UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS ET AL | CASE NO. 3:24-CV-00122 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| NANCY LANDRY | MAG. JUDGE KAYLA D. MCCLUSKY |

## ORDER CONSTITUTING THREE-JUDGE COURT

This suit challenges the constitutionality of the apportionment of congressional districts in the State of Louisiana. Judge David C. Joseph has requested, pursuant to 28 U.S.C. § 2284, that a three-judge court be convened. I hereby designate a Circuit Judge and a District Judge to serve with Judge Joseph. The members of the three-judge district court convened under 28 U.S.C. § 2284 are:

Judge Carl E. Stewart
Circuit Judge
United States Court of Appeals for the Fifth Circuit

Judge Robert R. Summerhays
United States District Judge
Western District of Louisiana

Judge David C. Joseph
United States District Judge
Western District of Louisiana

**SIGNED** on February 2, 2024.

PRISCILLA RICHMAN
CHIEF JUDGE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT