IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>NANCY LANDRY, in her official capacity as Louisiana Secretary of State,<br><br>Defendant. | Case No. 3:24-cv-00122-DCJ-CES-RRS |

### [PROPOSED] ORDER GRANTING PROPOSED INTERVENORS' MOTION TO INTERVENE

The Court having considered the unopposed motion to intervene of Proposed Intervenors' Edward Galmon, Sr., Ciara Hart, Norris Henderson, Tramelle Howard, and Ross Williams, and all the grounds presented, it is hereby ORDERED that the Proposed Intervenors' motion is GRANTED. The Proposed Intervenors are permitted to participate in this matter as Intervenor-Defendants, enjoying full rights as parties, and their Proposed Answer is "deemed filed." LR 7.6.

IT IS SO ORDERED.

This ____ day of _____ 2024.

_____
Judge Carl E. Stewart
United States Circuit Judge

 

                                                                _____

                                                                            Judge Robert R. Summerhays

                                                                              United States District Judge

 

 

                                               _____

                                                                                Judge David C. Joseph

                                                                            United States District Judge