# Exhibit EE

MORE ▼



# Rep Willard to lead Louisiana House Democratic Caucus in 2024

Baton Rouge / louisianaradionetwork.com

Brooke Thorington

Dec 1, 2023 | 3:58 AM



New Orleans Rep Matthew Willard

New Orleans Representative Matthew Willard has been elected chairman of the House Democratic Caucus for the 2024 legislative term. And even with a Republican governor and supermajority in the legislature, he said Democrats will continue to champion people-centric issues like insurance reform, equal pay for women, and rape and incest exceptions to the state's abortion ban…

"And hopefully we can bring some excitement and encouragement back to the Democratic voters here in the State of Louisiana," said Willard.

Among the first issues lawmakers will address in 2024 is the special redistricting session following a court order to create two majority-minority congressional districts. Even with a tight deadline, Williard believes lawmakers will complete the task.

"We'll be doing everything we can to make sure that we are not diluting the voices of Black voters in Louisiana and to get those two majority-minority seats," said Willard.

The earliest the legislature could meet after a special session can officially be called for on January 8th is the 15th and the deadline has been extended to January 30th.

Willard said the courts agree the current congressional map passed by the majority Republican legislature twice violates the Voting Rights Act. He believes GOP members who thought the courts would approve their map with only one majority-Black congressional district no longer have that failsafe.

"Because at the end of the day, you can keep trying to challenge it in court but if the legislature does not comply with Judge Dick's ruling, Judge Dick will put a map in that she believes complies with Section 2 of the Voting Rights Act," said Willard.

In addition to Willard as Chair of the House Democratic Caucus, New Iberia Representative Marcus Bryant was elected Vice Chair, New Orleans Representative Aimee Adatto Freeman was elected Treasurer and Monroe Representative Adrian Fisher was elected Whip.

## Comments

**Leave a Reply**

You must be logged in to post a comment.

Search this website …

