IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA, MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, <br><br>*Plaintiffs*, <br><br>v. <br><br>NANCY LANDRY, in her official capacity as Secretary of State for Louisiana, <br><br>*Defendant*. | Civil Action No. 3:24-cv-00122 <br><br> Judge David C. Joseph <br><br> Circuit Judge Carl E. Stewart <br><br> Judge Robert R. Summerhays |

## MOTION TO INTERVENE AS DEFENDANTS AND TRANSFER

Movants Press Robinson, Edgar Cage, Dorothy Nairne, Edwin Rene Soule, Alice Washington, Clee Earnest Lowe, Davante Lewis, Martha Davis, Ambrose Sims, National Association for the Advancement of Colored People Louisiana State Conference ("Louisiana NAACP"), and Power Coalition for Equity and Justice (collectively, the "Proposed Intervenor-Defendants") respectfully move (i) pursuant to Fed. R. Civ. P. 24(a) and (b), for leave to intervene in this action as Defendants as a matter of right, or in the alternative, permissively, and file an answer; and (ii) pursuant to the common law first-to-file rule, *see Save Power Ltd.* v. *Syntek Fin. Corp.*, 121 F.3d 947, 950 (5th Cir. 1997), to transfer this action to the Middle District of Louisiana for consolidation or coordination with *Robinson* v. *Ardoin*, No. 3:22-cv-02111-SDD-SDJ.

Pursuant to Rule 24, Proposed Intervenor-Defendants are filing herewith a Proposed Answer to the Complaint. In accordance with Local Rule 7.6, counsel for Proposed Intervenor-Defendants have presented the Proposed Answer to counsel for Plaintiffs, and requested their positions on intervention and transfer. Plaintiffs' counsel oppose intervention and transfer. Proposed Intervenor-Defendants have been unsuccessful in their attempts to ascertain the identity of counsel for Defendants, who have yet to appear before the Court.

DATED: February 7, 2024

Respectfully submitted,

By: /s/ *Tracie L. Washington*
Tracie L. Washington
LA. Bar No. 25925
Louisiana Justice Institute
8004 Belfast Street
New Orleans, LA 70125
Tel: (504) 872-9134
tracie.washington.esq@gmail.com

*Counsel for Proposed Intervenor-Defendants Dorothy Nairne, Martha Davis, Clee Earnest Lowe, and Rene Soule*

By: /s/ *John Adcock*
John Adcock
Adcock Law LLC
3110 Canal Street
New Orleans, LA 70119
Tel: (504) 233-3125
jnadcock@gmail.com

*Counsel for Proposed Intervenor-Defendants*

<div style="column-count:2">

Stuart Naifeh (pro hac vice forthcoming)
Kathryn Sadasivan (pro hac vice forthcoming)
Victoria Wenger (pro hac vice forthcoming)
NAACP Legal Defense and
    Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Tel: (212) 965-2200
snaifeh@naacpldf.org
ksadasivan@naacpldf.org
vwenger@naacpldf.org

R. Jared Evans
LA. Bar No. 34537
I. Sara Rohani (pro hac vice forthcoming)
NAACP Legal Defense and Educational Fund, Inc.
700 14th Street N.W. Ste. 600
Washington, DC 20005
Tel: (202) 682-1300
jevans@naacpldf.org
srohani@naacpldf.org

Sarah Brannon (pro hac vice forthcoming)*
Megan C. Keenan (pro hac vice forthcoming)
American Civil Liberties Union Foundation
915 15th St., NW
Washington, DC 20005
sbrannon@aclu.org
mkeenan@aclu.org

Nora Ahmed
NY Bar No. 5092374 (pro hac vice forthcoming)
ACLU Foundation of Louisiana
1340 Poydras St, Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
nahmed@laaclu.org

*Additional counsel for Proposed Intervenor-Defendants*

\*Practice is limited to federal court.

Robert A. Atkins (pro hac vice forthcoming)
Yahonnes Cleary (pro hac vice forthcoming)
Jonathan H. Hurwitz (pro hac vice forthcoming)
Amitav Chakraborty (pro hac vice forthcoming)
Adam P. Savitt (pro hac vice forthcoming)
Arielle B. McTootle (pro hac vice forthcoming)
Robert Klein (pro hac vice forthcoming)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue Of The Americas
New York, NY 10019
Tel.: (212) 373-3000
Fax: (212) 757-3990
ratkins@paulweiss.com
ycleary@paulweiss.com
jhurwitz@paulweiss.com
achakraborty@paulweiss.com
asavitt@paulweiss.com
amctootle@paulweiss.com
rklein@paulweiss.com

Sophia Lin Lakin (pro hac vice forthcoming)
Dayton Campbell-Harris (pro hac vice forthcoming)*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org
dcampbell-harris@aclu.org

T. Alora Thomas-Lundborg (pro hac vice forthcoming)
Daniel Hessel (pro hac vice forthcoming)
Election Law Clinic
Harvard Law School
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 495-5202
tthomaslundborg@law.harvard.edu
dhessel@law.harvard.edu

</div>

## **CERTIFICATE OF SERVICE**

I, John Adcock, counsel for Proposed Intervenor-Defendants, hereby certify that on February 7, 2024, I caused a copy of this Motion to Intervene as Defendants and Transfer, to be served on counsel for Plaintiffs of record by electronic service, and on Defendant by mail service to the following addresses:

Louisiana Secretary of State
P.O. Box 94125
Baton Rouge, LA 70804-9125

8585 Archives Ave
Baton Rouge, LA 70809

By: */s/ John Adcock*
John Adcock
Adcock Law LLC
3110 Canal Street
New Orleans, LA 70119
Tel: (504) 233-3125
jnadcock@gmail.com


*Counsel for Proposed Intervenor-Defendants*