UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

PHILLIP CALLAIS, ET AL            NO. 3:24-CV-0122-DCJ-CES-RRS

VERSUS            THREE-JUDGE COURT

NANCY LANDRY

### ORDER

The three-judge court convened by Chief Judge Priscilla Richman hereby APPOINTS Magistrate Judge Kayla D. McClusky to this matter to handle attorney admission requests, pro hac vice applications, and all other matters referred to her by the three-judge court.

THUS, DONE AND SIGNED on this 8th day of February 2024.

/s/ Carl E. Stewart
CARL E. STEWART
CIRCUIT JUDGE
UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA