IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA—MONROE DIVISION

| | |
|---|---|
| PHILIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>NANCY LANDRY, IN HER OFFICIAL CAPACITY AS LOUISIANA SECRETARY OF STATE, <br><br>　　　　Defendant. | Case No. 3:24-cv-00122-DCJ-CES-RRS <br><br>District Judge  David C. Joseph <br>Circuit Judge Carl E. Stewart <br>District Judge  Robert R. Summerhays <br><br>Magistrate Judge Kayla D. McClusky |

## PLAINTIFFS' RESPONSE TO MOTIONS TO INTERVENE AND MOTION TO TRANSFER

Plaintiffs Philip Callais, Lloyd Price, Bruce Odell, Elizabeth Ersoff, Albert Caissie, Daniel Weir, Joyce LaCour, Candy Carroll Peavy, Tanya Whitney, Mike Johnson, Grover Joseph Rees, Rolfe McCollister (collectively, "Plaintiffs"), by and through their counsel, submit the following response to the Motion to Intervene as Defendants and Transfer of Movants Press Robinson, Edgar Cage, Dorothy Nairne, Edwin Rene Soule, Alice Washington, Clee Earnest Lowe, Davante Lewis, Martha Davis, Ambrose Sims, National Association for the Advancement of Colored People Louisiana State Conference, and Power Coalition for Equity and Justice (collectively, "Robinson Movants") (**Doc. 18**), and the Motion to Intervene of Movants Edward Galmon, Sr., Ciara Hart, Norris Henderson, Tramelle Howard, and Dr. Ross Williams (collectively, "Galmon Movants") (**Doc. 10**).

1

For the reasons set forth more fully in the attached memorandum of law, Plaintiffs request that the Court deny both Motions. First, Plaintiffs request that the Court deny both Motions to Intervene (**Doc. 10, 18**), or at the very least deny Galmon Movants' Motion to Intervene, given that their interests in intervention are especially weak and their interests are adequately represented by the State and cumulatively represented if Robinson Movants are permitted to intervene. Plaintiffs also request that this Court deny Robinson Movants' Motion to Transfer (**Doc. 18**) because this Court must hear and decide the case pursuant to 28 U.S.C. § 2284; venue is proper in this tribunal; there is no Article III case or controversy in the proposed transferee Court; and the first-to-file principle does not apply.

Dated this 14th day of February, 2024

**PAUL LOY HURD, APLC**
*/s/ Paul Loy Hurd*
Paul Loy Hurd
Louisiana Bar No. 13909
Paul Loy Hurd, APLC
1896 Hudson Circle, Suite 5
Monroe, Louisiana 71201
Tel.: (318) 323-3838
paul@paulhurdlawoffice.com
*Attorney for Plaintiffs*

Respectfully submitted,

**GRAVES GARRETT GREIM LLC**
*/s/ Edward D. Greim*
Edward D. Greim
Missouri Bar No. 54034
*Admitted Pro Hac Vice*
Jackson Tyler
Missouri Bar No. 73115
*Admitted Pro Hac Vice*
Matthew Mueller
Missouri Bar No. 70263
*Admitted Pro Hac Vice*
GRAVES GARRETT GREIM LLC
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Tel.: (816) 256-3181
Fax: (816) 256-5958
edgreim@gravesgarrett.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I do hereby certify that, on this 14th day of February 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which gives notice of filing to all counsel of record.

                                        */s/ Edward D. Greim*
                                        Edward D. Greim