IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA—MONROE DIVISION

| | |
|---|---|
| PHILIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>NANCY LANDRY, IN HER OFFICIAL CAPACITY AS LOUISIANA SECRETARY OF STATE, <br><br>　　　　Defendant. | Case No. 3:24-cv-00122-DCJ-CES-RRS <br><br>District Judge  David C. Joseph <br>Circuit Judge Carl E. Stewart <br>District Judge  Robert R. Summerhays <br><br>Magistrate Judge Kayla D. McClusky |

**UNOPPOSED MOTION FOR CASE MANAGEMENT CONFERENCE
AND EXPEDITED SCHEDULE**

Plaintiffs respectfully request this Court to set an expedited briefing schedule and hold a status conference as soon as practicable to discuss the briefing schedule.

The Parties met and conferred on February 16, 2024, and discussed an expedited schedule. Given the urgency of this case, Plaintiffs propose—and Defendant does not object to—the following schedule:

- All Answers to Plaintiffs' Complaint due Friday, February 23, 2024.

- All Responses to Plaintiffs' Preliminary Injunction Motion due Tuesday, February 27, 2024.

- Reply in Support of Preliminary Injunction Motion due Friday, March 8, 2024.

- Exhibit and witness lists for trial due Friday, March 8, 2024.

- All trial exhibits or expert reports to be produced by Friday, March 15, 2024.

1

- Preliminary injunction hearing set for Monday, March 25, 2024, at 9:00 a.m., expected to be completed by Tuesday, March 26, 2024.

- Trial on the merits to be advanced to the setting for the preliminary injunction hearing, and to be consolidated with the hearing, pursuant to Fed. R. Civ. P. 65(a)(2).

- Bifurcation of the trial to incorporate a remedial phase, if necessary, which shall be held on Monday, April 22, 2024.

Dated this 19th day of February, 2024                    Respectfully submitted,

| | |
|---|---|
| **PAUL LOY HURD, APLC** | **GRAVES GARRETT GREIM LLC** |
| */s/ Paul Loy Hurd* | */s/ Edward D. Greim* |
| Paul Loy Hurd | Edward D. Greim |
| Louisiana Bar No. 13909 | Missouri Bar No. 54034 |
| Paul Loy Hurd, APLC | *Admitted Pro Hac Vice* |
| 1896 Hudson Circle, Suite 5 | Jackson Tyler |
| Monroe, Louisiana 71201 | Missouri Bar No. 73115 |
| Tel.: (318) 323-3838 | *Admitted Pro Hac Vice* |
| paul@paulhurdlawoffice.com | Matthew Mueller |
| *Attorney for Plaintiffs* | Missouri Bar No. 70263 |
| | *Admitted Pro Hac Vice* |
| | GRAVES GARRETT GREIM LLC |
| | 1100 Main Street, Suite 2700 |
| | Kansas City, Missouri 64105 |
| | Tel.: (816) 256-3181 |
| | Fax: (816) 256-5958 |
| | edgreim@gravesgarrett.com |
| | *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

      I do hereby certify that, on this 19th day of February 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which gives notice of filing to all counsel of record.

                                              */s/ Edward D. Greim*
                                              Edward D. Greim