# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF LOUISIANA—MONROE DIVISION

| | | |
|---|---|---|
| PHILIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:24-cv-00122-DCJ-CES-RRS |
| v. | ) ) ) | District Judge David C. Joseph<br>Circuit Judge Carl E. Stewart |
| NANCY LANDRY, IN HER OFFICIAL CAPACITY AS LOUISIANA SECRETARY OF STATE, | ) ) ) ) ) | District Judge Robert R. Summerhays<br><br>Magistrate Judge Kayla D. McClusky |
| Defendant. | ) | |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of the Motion for Case Management Conference, IT IS ORDERED that the Motion is GRANTED. The parties shall appear before this Court on _____, 2024 at _____ for a case management conference to set dates for briefing, the preliminary injunction hearing, trial on the merits, and other related matters.

IT IS FURTHER ORDERED that the Parties shall comply with the following Scheduling Order:

- All Answers to Plaintiffs' Complaint due Friday, February 23, 2024.

- All Responses to Plaintiffs' Preliminary Injunction Motion due Tuesday, February 27, 2024.

- Reply in Support of Preliminary Injunction Motion due Friday, March 8, 2024.

- Exhibit and witness lists for trial due Friday, March 8, 2024.

- All trial exhibits or expert reports to be produced by Friday, March 15, 2024.

- Preliminary injunction hearing set for Monday, March 25, 2024, at 9:00 a.m., expected to be completed by Tuesday, March 26, 2024.

- Trial on the merits to be advanced to the setting for the preliminary injunction hearing, and to be consolidated with the hearing, pursuant to Fed. R. Civ. P. 65(a)(2).

- Bifurcation of the trial to incorporate a remedial phase, if necessary, which shall be held on Monday, April 22, 2024.

SO ORDERED on this, the ___ of February, 2024.

_____

U.S. District Judge