# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF LOUISIANA, MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, | |
| *Plaintiffs*, | Civil Action No. 3:24-cv-00122 |
| v. | Judge David C. Joseph |
| NANCY LANDRY, in her official capacity as Secretary of State for Louisiana, | Circuit Judge Carl E. Stewart |
| *Defendant*. | Judge Robert R. Summerhays |

## MOTION TO APPEAR PRO HAC VICE

In accordance with the local rules for the United States District Court, Western District of Louisiana, an application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of the proposed Intervenor-Defendants in the above-described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of New York State. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, John Adcock of the firm of Adcock Law LLC is appointed as local counsel.

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

DATED: February 20, 2024                             Respectfully submitted,

By: /s/ *Victoria Wenger*                                  By: */s/ John Adcock*
Victoria Wenger                                              John Adcock
NY Bar No. 5803390                                           Adcock Law LLC
NAACP Legal Defense                                          3110 Canal Street
& Educational Fund, Inc.                                     New Orleans, LA 70119
40 Rector St., 5th FL                                        Tel: (504) 233-3125
New York, NY, 10006                                          jnadcock@gmail.com
Tel: (212)965-2200
vwenger@naacpldf.org

*Applying Attorney*                                          *Local Counsel for Proposed Intervenor-Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2024, I presented the foregoing Petition for Admission Pro Hac Vice to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all parties.

Respectfully Submitted,
/s/ John Adcock
John Adcock
Adcock Law LLC
3110 Canal Street
New Orleans, LA 70119
Tel: (504) 233-3125
jnadcock@gmail.com
