# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF LOUISIANA, MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, | Civil Action No. 3:24-cv-00122 |
| *Plaintiffs*, | Judge David C. Joseph |
| v. | Circuit Judge Carl E. Stewart |
| NANCY LANDRY, in her official capacity as Secretary of State for Louisiana, | Judge Robert R. Summerhays |
| *Defendant*. | |

## ORDER

IT IS ORDERED that Victoria Wenger be and is hereby admitted to the bar of this Court pro hac vice on behalf of the proposed Intervenor-Defendants in the above-described action.

SO ORDERED on this, the _____ day of February, 2024.

_____
U.S. Magistrate Judge