IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA, MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, <br><br> *Plaintiffs*, <br><br> v. <br><br> NANCY LANDRY, in her official capacity as Secretary of State for Louisiana, <br><br> *Defendant*. | Civil Action No. 3:24-cv-00122 <br><br> Judge David C. Joseph <br><br> Circuit Judge Carl E. Stewart <br><br> Judge Robert R. Summerhays |

### NOTICE OF INTERVENORS' POSITION AND REQUEST FOR LEAVE TO PARTICIPATE IN THE CASE MANAGEMENT CONFERENCE

On February 8, 2024, the Court instructed the parties to request a scheduling conference to determine a briefing schedule and hearing date regarding three pending motions: (1) the Proposed Galmon Intervenors Motion to Intervene; (2) the Proposed Robinson Intervenors (together with Proposed Galmon Intervenors, the "Intervenors") Motion to Intervene and Transfer; and (3) Plaintiffs' Motion for Preliminary Injunction. ECF No. 19.

Based on Plaintiffs' recently filed Motion for Case Management Conference, ECF No. 43, it appears that the Plaintiffs and the Defendant have consulted with respect to the third item, but not the first two. Intervenors have not been consulted regarding the briefing schedule for their pending motions or for the pending preliminary injunction motion. Intervenors appreciate that the Court has now set a reply deadline for the Motions to Intervene, and the Intervenors intend to file their

respective replies by that deadline.  Additionally, Intervenors seek leave of the Court to participate in the case management conference when it is scheduled.  Should the Court prefer it, Intervenors are also available to meet and confer with the current parties to develop a proposed schedule and submit it to the Court prior to the conference.

DATED:  February 21, 2024                              Respectfully submitted,

By:  /s/ *Tracie L. Washington*                            By: */s/ John Adcock*
Tracie L. Washington                                   John Adcock
LA. Bar No. 25925                                      Adcock Law LLC
Louisiana Justice Institute                            3110 Canal Street
8004 Belfast Street                                    New Orleans, LA 70119
New Orleans, LA 70125                                  Tel: (504) 233-3125
Tel: (504) 872-9134                                    jnadcock@gmail.com
tracie.washington.esq@gmail.com

*Counsel for Intervenor-Defendants*              *Counsel for Robinson Intervenor-Defendants*
*Dorothy Nairne, Martha Davis, Clee*
*Earnest Lowe, and Rene Soule*

Stuart Naifeh (pro hac vice pending)
Kathryn Sadasivan (pro hac vice pending)
Victoria Wenger (pro hac vice pending)
NAACP Legal Defense and
    Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Tel: (212) 965-2200
snaifeh@naacpldf.org
ksadasivan@naacpldf.org
vwenger@naacpldf.org

R. Jared Evans
LA. Bar No. 34537
I. Sara Rohani (pro hac vice pending)
NAACP Legal Defense and Educational Fund, Inc.
700 14th Street N.W. Ste. 600
Washington, DC 20005
Tel: (202) 682-1300
jevans@naacpldf.org
srohani@naacpldf.org

Sarah Brannon (pro hac vice forthcoming)*
Megan C. Keenan (pro hac vice forthcoming)
American Civil Liberties Union Foundation
915 15th St., NW
Washington, DC 20005
sbrannon@aclu.org
mkeenan@aclu.org

Nora Ahmed
NY Bar No. 5092374 (pro hac vice forthcoming)
ACLU Foundation of Louisiana
1340 Poydras St, Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
nahmed@laaclu.org
*Additional counsel for Proposed Intervenor-Defendants*

Robert A. Atkins (pro hac vice pending)
Yahonnes Cleary (pro hac vice pending)
Jonathan H. Hurwitz (pro hac vice pending)
Amitav Chakraborty (pro hac vice pending)
Adam P. Savitt (pro hac vice pending)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue Of The Americas
New York, NY 10019
Tel.: (212) 373-3000
Fax: (212) 757-3990
ratkins@paulweiss.com
ycleary@paulweiss.com
jhurwitz@paulweiss.com
achakraborty@paulweiss.com
asavitt@paulweiss.com

Sophia Lin Lakin (pro hac vice forthcoming)
Dayton Campbell-Harris (pro hac vice forthcoming)*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org
dcampbell-harris@aclu.org

T. Alora Thomas-Lundborg (pro hac vice forthcoming)
Daniel Hessel (pro hac vice forthcoming)
Election Law Clinic
Harvard Law School
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 495-5202
tthomaslundborg@law.harvard.edu
dhessel@law.harvard.edu

*Practice is limited to federal court.

*s/ J.E. Cullens, Jr.*
J. E. Cullens, Jr. (LA # 23011)
Andrée Matherne Cullens (LA # 23212)
Stephen Layne Lee (LA # 17689)
Renee Chabert Crasto (LA # 31657)
WALTERS, THOMAS, CULLENS, LLC
12345 Perkins Road, Bldg. One
Baton Rouge, LA 70810
(225) 236-3636
cullens@lawbr.net
acullens@lawbr.net
laynelee@lawbr.net
crasto@lawbr.net

*s/ Abha Khanna*
Abha Khanna* (# 917978)
ELIAS LAW GROUP LLP
1700 Seventh Ave., Suite 2100
Seattle, WA 98101
(206) 656-0177
akhanna@elias.law

Lalitha D. Madduri* (# 917979)
Jacob D. Shelly* (# 917980)
Daniel Cohen* (# 917976)
Qizhou Ge* (# 917977)
ELIAS LAW GROUP LLP
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
(202) 968-4490
lmadduri@elias.law
jshelly@elias.law
dcohen@elias.law
age@elias.law

* Admitted pro hac vice

*Counsel for Proposed Galmon Intervenors*

4