# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, and ROLFE MCCOLLISTER, <br><br> *Plaintiffs*, <br><br> v. <br><br> NANCY LANDRY, in her official capacity as Secretary of State of Louisiana, <br><br> *Defendant*. | Case No. 3:24-cv-00122-DCJ-CES-RRS <br><br> Judge David C. Joseph <br> Judge Carl E. Stewart <br> Judge Robert R. Summerhays <br><br> Magistrate Judge Kayla D. McClusky |

## ORDER

IT IS ORDERED that Sarah Brannon be and is hereby admitted to the bar of this Court *pro hac vice* on behalf of Proposed Intervenors Press Robinson, Alice Washington, Clee Ernest Lowe, Ambrose Sims, Edgar Cage, Dorothy Nairne, Davante Lewis, Edwin René Soulé, Martha Davis, Louisiana State Conference of the NAACP, and Power Coalition for Equity and Justice in the above-described action.

SO ORDERED on this, the ___ day of _____, 2024.

_____
U.S. Magistrate Judge