IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER,<br><br>              Plaintiffs,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Louisiana Secretary of State,<br><br>              Defendant. | No. 3:24-cv-00122-DCJ-CES-RRS<br><br>**RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION BY DEFENDANT SECRETARY OF STATE** |

Defendant Nancy Landry, in her official capacity as Louisiana Secretary of State ("Defendant"), hereby responds to Plaintiffs' Motion for Preliminary Injunction, ECF No. 17, as follows:[1]

La. Const. art. 4, § 7 provides that the Defendant "heads[s] the department and shall be the chief election officer of the state[,]" and that she "shall prepare and certify the ballots for all elections, promulgate all elections returns, and administer the election laws, except those relating to voter registration and custody of voting machines." Defendant has no authority to draw congressional districts and has no personal knowledge of the motives of the legislature in its decision to ratify and enact S.B. 8. Defendant therefore takes no position on the merits of Plaintiffs' Motion for Preliminary Injunction at this time.

---

[1] Counsel for Secretary Landry conferred with counsel for the State Intervenors this morning pursuant to this Court's Order at ECF No. 79.

Defendant will administer congressional elections pursuant to current law unless otherwise ordered by this Court. Defendant hereby notifies the Court that she and her department will need an approved congressional plan no later than May 15, 2024, in order to have sufficient time and resources needed to administer congressional elections in 2024 pursuant to the schedule for congressional elections mandated by both federal and state law.

Respectfully submitted, this the 27th day of February, 2024.

/s/ Phillip J. Strach
Phillip J. Strach* (Lead Counsel)
phillip.strach@nelsonmullins.com
Thomas A. Farr*
tom.farr@nelsonmullins.com
Alyssa M. Riggins*
alyssa.riggins@nelsonmullins.com
Cassie A. Holt*
cassie.holt@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3799

/s/ John C. Walsh
John C. Walsh (Louisiana Bar Roll No. 24903)
**SHOWS, CALI & WALSH, L.L.P.**
628 St. Louis St. (70802)
P.O. Box 4225
Baton Rouge, LA 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-5561
john@scwllp.com

*Admitted pro hac vice*

*Counsel for Defendant NANCY LANDRY, in her official capacity as Louisiana Secretary of State*

2

4887-3913-7192

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 27th day of February, 2024, the foregoing document was filed via the Court's CM/ECF system which sent notice of the same to all counsel of record in this matter.

/s/ Phillip J. Strach
Phillip J. Strach* (Lead Counsel)
phillip.strach@nelsonmullins.com
Thomas A. Farr*
tom.farr@nelsonmullins.com
Alyssa M. Riggins*
alyssa.riggins@nelsonmullins.com
Cassie A. Holt*
cassie.holt@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3799

/s/ John C. Walsh
John C. Walsh (Louisiana Bar Roll No. 24903)
**SHOWS, CALI & WALSH, L.L.P.**
628 St. Louis St. (70802)
P.O. Box 4225
Baton Rouge, LA 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-5561
john@scwllp.com

*Admitted pro hac vice*

*Counsel for Defendant NANCY LANDRY, in her official capacity as Louisiana Secretary of State*

4887-3913-7192