IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

PHILLIP CALLAIS, et al.,

    Plaintiffs,

vs.

NANCY LANDRY, in her official capacity as Louisiana Secretary of State,

    Defendant.

Case No. 3:24-cv-00122-DCJ-CES-RRS

## ORDER

The Court having considered the unopposed Motion and Memorandum Requesting Leave to File *Amicus Curiae* Brief of *Galmon* Amici in Opposition to Motion for Preliminary Injunction, it is hereby ORDERED that the motion is GRANTED. The proposed brief that accompanied the motion shall be deemed to have been filed and served by ECF on the date of this Order.

IT IS SO ORDERED.

This 28th day of February 2024.

                                                /s/ Carl E. Stewart
                                                Judge Carl E. Stewart
                                                United States Circuit Judge

                                                Judge Robert R. Summerhays
                                                United States District Judge

_____
Judge David C. Joseph
United States District Judge