IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA, MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, <br><br> *Plaintiffs*, <br><br> v. <br><br> NANCY LANDRY, in her official capacity as Secretary of State for Louisiana, <br><br> *Defendant*. | Civil Action No. 3:24-cv-00122 <br><br> Judge David C. Joseph <br><br> Circuit Judge Carl E. Stewart <br><br> Judge Robert R. Summerhays |

### *ROBINSON* MOVANTS' MOTION TO RECONSIDER INTERVENTION ORDER AND TO EXPEDITE BRIEFING ON THE MOTION

Pursuant to Federal Rule of Civil Procedure 54(b) and this Court's Order, ECF No. 79, Press Robinson, Edgar Cage, Dorothy Nairne, Edwin Rene Soule, Alice Washington, Clee Earnest Lowe, Davante Lewis, Martha Davis, Ambrose Sims, the National Association for the Advancement of Colored People Louisiana State Conference, and the Power Coalition for Equity and Justice (collectively, the "*Robinson* Movants") respectfully move this Court for reconsideration of its Order granting Movants' application for intervention, but limited only to a potential remedial phase. *See* ECF No. 79 at 7. The Order invited Movants to move for reconsideration if it became evident that their interests diverged from those of the State. *Id.*

As set forth in the accompanying Memorandum of Law, the Secretary of State and the State have now indicated, among other things, that they do not intend to contest critical legal issues bearing on the constitutionality of SB8.  *See* ECF Nos. 82, 86.  Therefore, the Secretary of State and the State cannot adequately represent Movants' interests.  The Court should reconsider its Order limiting intervention to the remedial phase and grant *Robinson* Movants' motion to intervene as a matter of right under Rule 24(a)(2), or, in the alternative, permit them to intervene under Rule 24(b) for all phases of this litigation.

Pursuant to 28 U.S.C. § 1657(a), the *Robinson* Movants also respectfully request that the Court set an expedited briefing schedule on this Motion to Reconsider.  Mindful that the Court has set an expeditious schedule for discovery and trial, the *Robinson* Movants seek to promptly resolve this threshold Motion.  Without an expedited briefing schedule, any opposition to this Motion would be due on March 31, nearly ten days after the exchange of expert reports and one day before exhibit and witness lists for trial are due.  *See* L.R. 7.5; ECF No. 63.  An expedited briefing schedule would benefit the Court and the parties by settling the identity of the merits litigants without disrupting the schedule.

Moreover, the prolonged exclusion of the *Robinson* Movants during the liability phase will prejudice their interest in vigorously defending SB8 and guarding against the unlawful vote dilution that Plaintiffs' illustrative map would impose.  Particularly now that the Secretary of State and the State have not meaningfully disputed core substantive issues bearing on Plaintiffs' claims, ECF Nos. 82, 86, and that Plaintiffs have confirmed their intention to press those issues, ECF No. 101, immediate representation of the *Robinson* Movants' interests is essential to full and fair adjudication of this case.

The *Robinson* Movants respectfully propose the following expedited briefing schedule:

> March 12, 2024: Deadline for any Responses to the *Robinson* Movants'
> Motion to Reconsider Intervention Order
>
> March 13, 2024: Deadline for Reply to the *Robinson* Movants'
> Motion to Reconsider Intervention Order

In the alternative, in the interest of avoiding delay, proceeding expeditiously to trial, and adequately preparing for a potential remedial phase, the *Robinson* Movants respectfully request leave to participate in discovery while the motion for reconsideration is pending.

DATED:  March 9, 2024

By: /s/ *Tracie L. Washington*
Tracie L. Washington
LA. Bar No. 25925
Louisiana Justice Institute
8004 Belfast Street
New Orleans, LA 70125
Tel: (504) 872-9134
tracie.washington.esq@gmail.com

*Counsel for Movants Dorothy Nairne, Martha Davis, Clee Earnest Lowe, and Rene Soule*

Respectfully submitted,

By: /s/ *John Adcock*
John Adcock
Adcock Law LLC
3110 Canal Street
New Orleans, LA 70119
Tel: (504) 233-3125
jnadcock@gmail.com

*Counsel for Robinson Movants*

3

Stuart Naifeh (admitted pro hac vice)
Kathryn Sadasivan (admitted pro hac vice)
Victoria Wenger (admitted pro hac vice)
NAACP Legal Defense and
    Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Tel: (212) 965-2200
snaifeh@naacpldf.org
ksadasivan@naacpldf.org
vwenger@naacpldf.org

R. Jared Evans
LA. Bar No. 34537
I. Sara Rohani (admitted pro hac vice)
NAACP Legal Defense and
Educational Fund, Inc.
700 14th Street N.W. Ste. 600
Washington, DC 20005
Tel: (202) 682-1300
jevans@naacpldf.org
srohani@naacpldf.org

Sarah Brannon (admitted pro hac vice)
Megan C. Keenan (admitted pro hac vice)
American Civil Liberties Union Foundation
915 15th St., NW
Washington, DC 20005
sbrannon@aclu.org
mkeenan@aclu.org

Nora Ahmed
NY Bar No. 5092374 (pro hac vice forthcoming)
ACLU Foundation of Louisiana
1340 Poydras St, Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
nahmed@laaclu.org

Robert A. Atkins (admitted pro hac vice)
Yahonnes Cleary (admitted pro hac vice)
Jonathan H. Hurwitz (admitted pro hac vice)
Amitav Chakraborty (admitted pro hac vice)
Adam P. Savitt (admitted pro hac vice)
Arielle B. McTootle (admitted pro hac vice)
Robert Klein (admitted pro hac vice)
Neil Chitrao (admitted pro hac vice)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Tel.: (212) 373-3000
Fax: (212) 757-3990
ratkins@paulweiss.com
ycleary@paulweiss.com
jhurwitz@paulweiss.com
achakraborty@paulweiss.com
asavitt@paulweiss.com
amctootle@paulweiss.com
rklein@paulweiss.com
nchitrao@paulweiss.com

Sophia Lin Lakin (admitted pro hac vice)
Dayton Campbell-Harris (pro hac vice forthcoming)*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org
dcampbell-harris@aclu.org

T. Alora Thomas-Lundborg (pro hac vice pending)
Daniel Hessel (admitted pro hac vice)
Election Law Clinic
Harvard Law School
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 495-5202
tthomaslundborg@law.harvard.edu
dhessel@law.harvard.edu

*Additional counsel for Robinson Movants*

*Practice is limited to federal court.

4

## CERTIFICATE OF SERVICE

I, John Adcock, counsel for the *Robinson* Movants, hereby certify that on March 9 2024, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and that service will be provided through the CM/ECF system.

By: */s/ John Adcock*
John Adcock
Adcock Law LLC
3110 Canal Street
New Orleans, LA 70119
Tel: (504) 233-3125
jnadcock@gmail.com

*Counsel for Robinson Movants*