UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA, MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER,<br>*Plaintiffs*,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State for Louisiana.<br><br>*Defendant*. | Civil Action No.3:24-cv-00122<br><br>Judge David C. Joseph<br><br>Circuit Judge Carl E. Stewart<br><br>Judge Robert R. Summerhays |

**[PROPOSED] ORDER**

The Court having considered the *Robinson* Movants' request to expedite briefing on their Motion to Reconsider the Intervention Order, it is hereby ORDERED that the request is GRANTED.

Parties shall comply with the following briefing schedule:

    March 12, 2024: Deadline for any Responses to the *Robinson* Movants'
           Motion to Reconsider Intervention Order

    March 13, 2024: Deadline for Reply to the *Robinson* Movants'
           Motion to Reconsider Intervention Order

IT IS SO ORDERED. This ____ day of _____ 2024.

_____
Judge Carl E. Stewart
United States Circuit Judge


_____
Judge Robert R. Summerhays
United States District Judge


_____
Judge David C. Joseph
United States District Judge