**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **PHILLIP CALLAIS,** *et al.*,<br><br>    **Plaintiffs,**<br><br>    **v.**<br><br>**NANCY LANDRY, in her official capacity as Louisiana Secretary of State,**<br><br>    **Defendant.** | **Case No. 3:24-cv-00122-DCJ-CES-RRS** |

**_GALMON_ MOVANTS' MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO RECONSIDER ORDER DENYING INTERVENTION**

Edward Galmon, Sr., Ciara Hart, Norris Henderson, Tramelle Howard, and Ross Williams (collectively, "*Galmon* Movants") respectfully request to file a Reply in Support of Their Motion to Reconsider the Order Denying Intervention, as contemplated in their Motion to Expedite Briefing on Their Motion to Reconsider Order Denying Intervention. ECF No. 100. In accordance with *Galmon* Movants' requested briefing schedule, both the State and Plaintiffs filed responses to *Galmon* Movants' Motion to Reconsider Order Denying Intervention on March 11, ECF No. 104, ECF No. 105, and *Galmon* Movants seek leave to file their reply one day after. The proposed reply is timely, responds to the arguments raised in the State and Plaintiffs' responses, does not prejudice the parties, and assists with the determination of *Galmon* Movants' Motion to Reconsider the Order Denying Intervention.

Respectfully submitted this March 12, 2024.

*s/ J.E. Cullens, Jr.*                                    *s/ Abha Khanna*

J. E. Cullens, Jr. (LA # 23011)                    Abha Khanna* (# 917978)

1

Andrée Matherne Cullens (LA # 23212)
Stephen Layne Lee (LA # 17689)
WALTERS, THOMAS, CULLENS, LLC
12345 Perkins Road, Bldg. One
Baton Rouge, LA 70810
(225) 236-3636
cullens@lawbr.net
acullens@lawbr.net
laynelee@lawbr.net

ELIAS LAW GROUP LLP
1700 Seventh Ave., Suite 2100
Seattle, WA 98101
(206) 656-0177
akhanna@elias.law

Lalitha D. Madduri* (# 917979)
Jacob D. Shelly* (# 917980)
Daniel Cohen* (# 917976)
Qizhou Ge* (# 917977)
ELIAS LAW GROUP LLP
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
(202) 968-4490
lmadduri@elias.law
jshelly@elias.law
dcohen@elias.law
age@elias.law

\* Admitted *pro hac vice*

Counsel for *Galmon* Movants

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2024, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and that service will be provided through the CM/ECF system.

_s/ Abha Khanna_
Abha Khanna

Counsel for _Galmon_ Movants
