IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **PHILLIP CALLAIS,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **NANCY LANDRY, in her official capacity as Louisiana Secretary of State,** <br><br> **Defendant.** | Case No. 3:24-cv-00122-DCJ-CES-RRS |

**[PROPOSED] ORDER GRANTING *GALMON* MOVANTS' MOTION TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO RECONSIDER ORDER DENYING INTERVENTION**

The Court having considered the Motion to File a Reply in Support of Their Motion to Reconsider the Order Denying Intervention to *Galmon* Movants Edward Galmon, Sr., Ciara Hart, Norris Henderson, Tramelle Howard, and Ross Williams, and all the grounds presented, it is hereby ORDERED that *Galmon* Movants' motion is GRANTED, and *Galmon* Movants' Reply in Support of Their Motion to Reconsider Order Denying Intervention is deemed filed.

IT IS SO ORDERED.

This _____ day of _____ 2024.

_____

Judge Carl E. Stewart

United States Circuit Judge

                                                        _____

                                                        Judge Robert R. Summerhays

                                                        United States District Judge

                                                        _____

                                                        Judge David C. Joseph

                                                        United States District Judge