# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **PHILLIP CALLAIS, et al** | **CIVIL DOCKET NO. 3:24-CV-00122-DCJ-CES-RRS** |
| **VERSUS** | |
| **NANCY LANDRY, in her official capacity as Louisiana Secretary of State** | **THREE-JUDGE COURT** |

## ORDER

Before the Court are the following: (1) MOTION TO RECONSIDER ORDER DENYING INTERVENTION [Doc. 96], (2) MOTION TO EXPEDITE BRIEFING ON THEIR MOTION TO RECONSIDER [Doc. 100]; and (3) MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO RECONSIDER ORDER DENYING INTERVENTION [Doc. 108], all filed by the *Galmon*[1] movants; (4) MOTION TO RECONSIDER INTERVENTION ORDER AND TO EXPEDITE BRIEFING [Doc. 103]; and (5) MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO RECONSIDER ORDER DENYING INTERVENTION [Doc. 112], both filed by the *Robinson*[2] movants; and (6) MOTION FOR LEAVE TO FILE A RESPONSE IN OPPOSITION TO MOTION FOR RECONSIDERATION [Doc. 105]; and (7) MOTION FOR LEAVE TO FILE A RESPONSE IN OPPOSITION TO ROBINSON MOTION FOR RECONSIDERATION [Doc. 111], both filed by Plaintiffs.

---

[1] The *Galmon* movants include Edward Galmon, Sr., Ciara Hart, Norris Henderson, and Tramelle Howard.

[2] The Robinson movants include Press Robinson, Edgar Cage, Dorothy Nairne, Edwin Rene Soule, Alice Washington, Clee Earnest Lowe, Davante Lewis, Martha Davis, Ambrose Sims, the National Association for the Advancement of Colored People Louisiana State Conference ("LA NAACP"), and the Power Coalition for Equity and Justice.

The Court previously ruled that the *Robinson* movants could participate in the remedial phase of the case. The *Robinson* movants now seek reconsideration to be permitted to participate in the initial phase of the case. The Court has reviewed the pleadings and will permit the proposed briefs to be filed. No further briefing is necessary.

The Court finds that the *Robinson* movants have demonstrated that the existing representation of their interests may be inadequate for the initial phase of the case, specific to the issues of: (1) whether race was the predominant factor in the creation of SB 8; and (2) if so, whether SB 8 can pass strict scrutiny review. The Court will therefore grant reconsideration and permit the *Robinson* movants to participate in the initial phase of the case in addition to any remedial phase but will limit their role in the initial phase to presenting evidence and argument as to: (1) whether race was the predominant factor in the creation of SB 8; and (2) if so, whether SB 8 can pass strict scrutiny review.

As to the *Galmon* movants, the Court's analysis that their interest is adequately represented by the *Robinson* movants has not changed. Therefore, the Court will not grant reconsideration as to the *Galmon* movants.

## CONCLUSION

Accordingly,

IT IS HEREBY ORDERED that the *Galmon* Movants' Motion to Expedite Briefing, [Doc. 100], is DENIED AS MOOT;

IT IS FURTHER ORDERED that the Motions for Leave to File Responses and/or Replies filed by the *Galmon* Movants [Doc. 108], the *Robinson* Movants [Doc. 112], and the Plaintiffs [Docs. 105, 111], are all GRANTED;

IT IS FURTHER ORDERED that the *Galmon* Movants' Motion to Reconsider Order Denying Intervention, [Doc. 96], is DENIED; and

IT IS FURTHER ORDERED that the *Robinson* Movants' Motion to Reconsider Intervention Order and to Expedite Briefing, [Doc. 103], is GRANTED. The Court will permit the *Robinson* movants to participate in the initial phase of the case but will limit their role to presenting evidence and argument as to: (1) whether race was the predominant factor in the creation of SB8; and (2) if so, whether SB 8 can pass strict scrutiny review.

IT IS FURTHER ORDERED that all parties to the suit will attend a status conference on **Friday, March 22, 2024**, to be held via Zoom at 10:00 a.m. CST.

THUS, DONE AND SIGNED on this 15th day of March 2024.

    /s/ Carl E. Stewart
_____
CARL E. STEWART
CIRCUIT JUDGE
UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA