# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

**PHILLIP CALLAIS, ET AL**                     CASE NO.  3:24-CV-00122

**VERSUS**                                     **CIRCUIT JUDGE: CARL E. STEWART**
                                               **DISTRICT JUDGES: ROBERT R.**
                                               **SUMMERHAYS, DAVID C. JOSEPH**

**NANCY LANDRY, ET AL**                        **MAG. JUDGE KAYLA D. MCCLUSKY**

## MINUTES OF COURT:
## STATUS CONFERENCE

| | | | |
|---|---|---|---|
| Date: | March 22, 2024 | Presiding: | Judges Carl E. Stewart, Robert R. Summerhays and David C. Joseph |
| Court Opened: | 10:05 AM | Courtroom Deputy: | Lisa LaCombe/Chrissy Craig |
| Court Adjourned: | 10:45 AM | Court Reporter: | Zoom Recording |
| Statistical Time: | 40 Minutes | Courtroom: | Zoom Video Conference |

## APPEARANCES

| | | |
|---|---|---|
| Paul L. Hurd<br>Edward D. Greim | For | Phillip Callais, All Plaintiffs |
| John N. Adcock<br>Adam P. Savitt<br>Daniel Hessel<br>Sarah E. Brannon<br>T. Alora Thomas<br>I. Sara Rohani<br>Colin Burke<br>Stuart Naifeh<br>Kathryn C. Sandasivan<br>Victoria Wenger<br>Sarah Brannon<br>Megan C. Keenan | For | Press Robinson, All Intervenor Plaintiffs |
| Morgan Elizabeth Brungard<br>Carey T. Jones<br>Brennan Bowen<br>Phillip M. Gordon<br>Zachary D. Henson<br>Jason B. Torchinsky | For | State of Louisiana, Intervenor Defendant |

| | | |
|---|---|---|
| John Carroll Walsh<br>Alyssa M. Riggins<br>Phillip J. Strach | For | Nancy Landry, In her official capacity as Secretary of State, Defendant |

## **PROCEEDINGS**

The Court held a Status Conference via Zoom Video Conference.

The parties discussed ongoing discovery issues and potential pretrial motion practice.

Bench trial remains set to begin **April 8, 2024, at 9:00 a.m. Courtroom 1 in Shreveport.**
The Court will set aside three (3) days for trial.
Trial will begin promptly at 9:00 a.m. each day and will conclude at 5:30 p.m. or 6:00 p.m, at the latest.
The Court set a Final Pretrial Conference via Zoom Video on **April 4, 2024, at 9:00 a.m**.
A Zoom link will be forwarded to all counsel of record.

Motions in Limine due on or before **April 2, 2024.**
Daubert Motions may be filed prior to trial or raised at trial. They will be addressed and ruled on during the course of trial.
Bench books due **April 3, 2024, by 12:00 p.m**.
Requests for witnesses to testify remotely shall be filed in the record on or before **April 2, 2024.**
Each party will have ten (10) minutes for opening statements.
Each side will have eight (8) hours to complete their case. Defendant and Intervenors shall attempt to agree on an allocation of their time. If those parties are unable to do so, parties are instructed to contact the Court who will allocate the time.

The parties may contact Scott Breite at 318-934-4715 to arrange times to test electronic equipment in Shreveport.