# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 26, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-30177   Callais v. Landry
                USDC No. 3:24-CV-122

Enclosed is an order entered in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Whitney M. Jett, Deputy Clerk
                    504-310-7772

Mr. John N. Adcock
Mr. Jorge Benjamin Aguinaga
Ms. Morgan Brungard
Mr. Daniel Cohen
Mr. Joseph Elton Cullens Jr.
Ms. Qizhou Ge
Mr. Paul Loy Hurd
Ms. Abha Khanna
Ms. Lalitha Madduri
Mr. Tony R. Moore
Mr. Jacob D. Shelly
Mr. John Carroll Walsh

# United States Court of Appeals for the Fifth Circuit

—————————

No. 24-30177

—————————

United States Court of Appeals
Fifth Circuit

**FILED**

March 26, 2024

Lyle W. Cayce
Clerk

PHILLIP CALLAIS; LLOYD PRICE; BRUCE ODELL; ELIZABETH ERSOFF; ALBERT CAISSIE; DANIEL WEIR; JOYCE LACOUR; CANDY CARROLL PEAVY; TANYA WHITNEY; MIKE JOHNSON; GROVER JOSEPH REES; ROLFE MCCOLLISTER,

*Plaintiffs—Appellees,*

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE LOUISIANA STATE CONFERENCE

*Intervenor—Appellee,*

*versus*

NANCY LANDRY, *In her official capacity as Louisiana Secretary of State*,

*Defendant—Appellee,*

PRESS ROBINSON; EDGAR CAGE; DOROTHY NAIRNE; EDWIN RENE SOULE; ALICE WASHINGTON; CLEE EARNEST LOWE; DAVANTE LEWIS; MARTHA DAVIS; AMBROSE SIMS; POWER COALITION FOR EQUITY AND JUSTICE; STATE OF LOUISIANA,

*Intervenors - Appellees*

*versus*

EDWARD GALMON, SR.; CIARA HART; NORRIS HENDERSON; TRAMELLE HOWARD; ROSS WILLIAMS,

*Movants—Appellants.*

No. 24-30177

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:24-CV-122

_____

UNPUBLISHED ORDER

Before HAYNES, WILLETT, and DUNCAN, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that Movants' motion to expedite the appeal is DENIED.