**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, and ROLFE MCCOLLISTER, | Case No. 3:24-cv-00122-DCJ-CES-RRS |
| *Plaintiffs*, | Judge David C. Joseph<br>Judge Carl E. Stewart<br>Judge Robert R. Summerhays |
| v. | |
| NANCY LANDRY, in her official capacity as Secretary of State of Louisiana, | Magistrate Judge Kayla D. McClusky |
| *Defendant*. | |

**MOTION TO APPEAR *PRO HAC VICE***

In accordance with the local rules for the United States District Court of the Western District of Louisiana, this application seeks to admit Garrett Muscatel *pro hac vice* to the bar of this Court for the purpose of appearing on behalf of Proposed Intervenors Press Robinson, Alice Washington, Clee Ernest Lowe, Ambrose Sims, Edgar Cage, Dorothy Nairne, Davante Lewis, Edwin René Soulé, Martha Davis, Louisiana State Conference of the NAACP, and Power Coalition for Equity and Justice in the above-described action.

- Mr. Muscatel is ineligible to become a member of this court, but he is a member in good standing of the bar of the Supreme Court of the State of New York, which is the highest court of such state. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against Mr. Muscatel.

- In accordance with the local rules for the United States District Court of the Western District of Louisiana, I, John Adcock, am acting as local counsel.

- Mr. Muscatel and I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me and Mr. Muscatel under Fed. R. Civ. P. 77, Fed. R. Cr. P. 49, LR 5.7.10. We also agree to receive notice electronically from other parties and the court via electronic mail. We understand that electronic mail filter software (SPAM filer) may interfere with the receipt of e-mail notices and have verified that any such software installed on our computers or networks will not filter our messages sent from Clerk@lawd.uscourts.gov. We understand this electronic notice will be in lieu of notice by any other means. We understand it is our responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update electronic mail addresses within the court's electronic filing system.

Date: March 27, 2024                              Respectfully submitted,


s/ *Garrett Muscatel*                            s/ *John N. Adcock*
Garrett Muscatel                                 John N. Adcock (La. Bar No. 30372)
Fellow, Voting Rights Project                    Adcock Law LLC
American Civil Liberties Union                    3110 Canal Street
125 Broad Street                                 New Orleans, LA 70119
New York, NY 10004                               (504) 233-3125
332-204-2804                                     jnadcock@gmail.com
GMuscatel@aclu.org

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2024, I presented the foregoing Petition for Admission *Pro Hac Vice* to the Clerk of Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ *John N. Adcock*
John N. Adcock (La. Bar No. 30372)
Adcock Law LLC
3110 Canal Street
New Orleans, LA 70119
(504) 233-3125
jnadcock@gmail.com