# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF LOUISIANA—MONROE DIVISION

| | |
|---|---|
| PHILIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, <br><br>    Plaintiffs, <br><br>v. <br><br>NANCY LANDRY, IN HER OFFICIAL CAPACITY AS LOUISIANA SECRETARY OF STATE, <br><br>    Defendant. | Case No. 3:24-cv-00122 |

## PLAINTIFFS' EXHIBIT AND WITNESS LISTS

COME NOW Plaintiffs Philip Callais, et al. ("Plaintiffs") and identify the following exhibits and witness for trial. Plaintiffs' investigation and development of all facts and circumstances related to this matter is ongoing. Plaintiffs submit these Lists based on information currently available to Plaintiffs and reserve their right to present and rely upon any exhibit or witness in the course of this litigation. Plaintiffs further reserve the right to rely on any exhibit or witness listed by any other party.

## PLAINTIFFS' EXHIBITS

| Exhibit Number | Description | Docket # (if previously filed) | Bates # (if previously produced) |
|---|---|---|---|
| P1 | Legislative History Summary of HB1 | 17-4, filed 2/7/24 | |

| | | | |
|---|---|---|---|
| P2 | Louisiana Legislature Joint Rule No. 21 | 17-5, filed 2/7/24 | |
| P3 | HB1 Road Show Schedule | 17-6, filed 2/7/24 | Callais_000040-Callais_000042 |
| P4 | HB1 Original Bill Text | 17-7, filed 2/7/24 | Callais_000044-Callais_000063 |
| P5 | HB1 Population and VAP by Congressional District | 17-8, filed 2/7/24 | Callais_000065-Callais_000071 |
| P6 | US Census Data, BVAP | 17-9, filed 2/7/24 | Callais_000073-Callais_000074 |
| P7 | Jeff Landry January 8, 2024 Press Release | 17-11, filed 2/7/24 | Callais_000094 |
| P8 | Jeff Landry Call and Convene January 23, 2024 | 17-12, filed 2/7/24 | Callais_000096-Callais_000097 |
| P9 | Jeff Landry January 16, 2024 Press Release | 17-13, filed 2/7/24 | Callais_000099-Callais_000101 |
| P10 | Legislative History Summary of SB8 | 17-14, filed 2/7/24 | Callais_000103-Callais_000104 |
| P11 | SB8 Original Text | 17-15, filed 2/7/24 | Callais_000106-Callais_000132 |
| P12 | SB8 Enacted Text | 17-16, filed 2/7/24 | Callais_000134-Callais_000141 |
| P13 | Jeff Landry January 19, 2024 Press Release | 17-17, filed 2/7/24 | Callais_0000143 |
| P14 | SB8 Map | 17-18, filed 2/7/24 | Callais_000145 |
| P15 | Act 2 District Summaries | 17-19, filed 2/7/24 | Callais_000147-Callais_000149 |
| P16 | Act 5 Statewide Map | 17-20, filed 2/7/24 | Callais_000151 |
| P17 | SB8 Maps by Parish | 17-21 through 17-31, filed 2/7/24 | Callais_000153-Callais_000173 |

| | | | |
|---|---|---|---|
| P18 | January 8, 2024 Article, "Gov. Landry calls special session on redistricting as new legislature takes office" | 17-32, filed 2/7/24 | Callais_000175-Callais_000176 |
| P19 | December 1, 2023 Article, "Rep Willard to lead Louisiana House Democratic Caucus in 2024" | 17-33, filed 2/7/24 | Callais_000178 |
| P20 | Rep. Troy Carter January 15, 2024 Press Release | 17-34, filed 2/7/24 | Callais_000178 |
| P21 | Video of March 18, 2024 Sen. Cleo Fields Press Club Speech | | |
| P22 | Transcript of March 18, 2024 Sen. Cleo Fields Press Club Speech | | |
| P23 | Excerpts from January 15, 2024 Louisiana House of Representatives Governmental Affairs Committee | | |
| P24 | Excerpts from January 16, 2024, Louisiana Senate Governmental Affairs Committee | | |
| P25 | Excerpts from January 17, 2024, Louisiana Senate Floor Debate | | |
| P26 | Excerpts from January 18, 2024, Louisiana House of Representatives | | |

| | | | |
|---|---|---|---|
| | Governmental Affairs Committee | | |
| P27 | Excerpts from January 18, 2024, Louisiana House of Representatives Floor Debate | | |
| P28 | Excerpts from January 19, 2024, Louisiana House of Representatives Floor Debate | | |
| P29 | Excerpts from January 19, 2024, Louisiana Senate Floor Debate | | |
| P30 | Expert Report of Michael Hefner | | Callais_000193-Callais_000241 |
| P31 | Curriculum Vitae of Michael Hefner | | |
| P32 | Expert Report of Stephen Voss | | Callais_000326-Callais_000335 |
| P33 | Curriculum Vitae of Dr. Stephen Voss | | |
| P34 | Rebuttal Report of Michael Hefner | | |
| P35 | Rebuttal Report of Stephen Voss | | |
| P36 | Rebuttal Report of Ben Overholt | | |
| P37 | Curriculum Vitae of Ben Overholt | | |

## **WITNESS LIST**

| |
|---|
| Michael Hefner (will call) |
| Dr. Stephen Voss (will call) |
| Ben Overholt (will call) |
| Sen. Alan Seabaugh (will call) |
| Sen. Thomas Pressly (will call) |
| Sen. Cleo Fields (may call) |

| | |
|---|---|
| Dated this 1st day of April, 2024 | Respectfully submitted, |
| **PAUL LOY HURD, APLC** | **GRAVES GARRETT GREIM LLC** |
| */s/ Paul Loy Hurd* | */s/ Edward D. Greim* |
| Paul Loy Hurd | Edward D. Greim |
| Louisiana Bar No. 13909 | Missouri Bar No. 54034 |
| Paul Loy Hurd, APLC | *Admitted Pro Hac Vice* |
| 1896 Hudson Circle, Suite 5 | Jackson Tyler |
| Monroe, Louisiana 71201 | Missouri Bar No. 73115 |
| Tel.: (318) 323-3838 | *Admitted Pro Hac Vice* |
| paul@paulhurdlawoffice.com | Matthew Mueller |
| *Attorney for Plaintiffs* | Missouri Bar No. 70263 |
| | *Admitted Pro Hac Vice* |
| | GRAVES GARRETT GREIM LLC |
| | 1100 Main Street, Suite 2700 |
| | Kansas City, Missouri 64105 |
| | Tel.: (816) 256-3181 |
| | Fax: (816) 256-5958 |
| | edgreim@gravesgarrett.com |
| | *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I do hereby certify that, on this 1st day of April, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which gives notice of filing to all counsel of record.

/s/ *Edward D. Greim*
Edward D. Greim