# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

**PHILLIP CALLAIS ET AL**                                   **CASE NO. 3:24-CV-00122**

**VERSUS**                                                  **CIRCUIT JUDGE: CARL E. STEWART**
                                                            **DISTRICT JUDGES: ROBERT R.**
                                                            **SUMMERHAYS AND DAVID C. JOSEPH**

**NANCY LANDRY, ET AL**                                     **MAG. JUDGE KAYLA D. MCCLUSKY**

## MINUTES OF COURT:
## PRETRIAL CONFERENCE/MOTIONS HEARING

| Date: | April 4, 2024 | Presiding: | Judges Carl E. Stewart, Robert R. Summerhays, David C. Joseph |
|---|---|---|---|
| Court Opened: | 9:00 AM | Courtroom Deputy: | Lisa LaCombe/Chrissy Craig |
| Court Adjourned: | 9:45 AM | Court Reporter: | DD Juranka |
| Statistical Time: | 45 Minutes | Courtroom: | Zoom Video Conference |

### APPEARANCES

| | | |
|---|---|---|
| Edward D Greim | For | Phillip Callais, et al, Plaintiffs |
| Adam P Savitt<br>Stuart Naifeh<br>Amitav Chakraborty<br>Daniel Hessel<br>I Sara Rohani<br>Jonathan Hurwitz<br>Victoria Wenger<br>T. Alora Thomas<br>Colin Burke | For | Press Robinson, et al, Intervenor Defendants |
| Morgan Elizabeth Brungard<br>Brennan Bowen<br>Jason Brett Torchinsky<br>Carey Jones<br>Phillip Michael Gordon<br>Zachary D. Henson | For | State of Louisiana, Intervenor Defendant |
| John Carroll Walsh<br>Alyssa M. Riggins<br>Cassie A. Holt | For | Nancy Landry, In her official capacity as Secretary of State |

# **PROCEEDINGS**

The Court held a Final Pretrial Conference and Motions Hearing via Zoom Video Conference.

After considering oral argument, motions and memoranda submitted and the applicable law, the Court ruled as follows:

1 – [142] Motion for Leave to Allow Anthony Fairfax and Royce Duplessis to Testify at Trial Remotely via Videoconferencing by Edgar Cage, Martha Davis, Davante Lewis, Clee Earnest Lowe, Dorothy Nairne, National Association for the Advancement of Colored People Louisiana State Conference, Power Coalition for Equity & Justice, Press Robinson, Ambrose Sims, Edwin Rene Soule, Alice Washington is GRANTED IN PART AND DENIED IN PART.  The Court will allow Anthony Fairfax to testify remotely.  The Court declined to allow Royce Duplessis to testify remotely.

2 – [144] Motion in Limine by Clee Earnest Lowe, Dorothy Nairne, National Association for the Advancement of Colored People Louisiana State Conference, Power Coalition for Equity & Justice, Press Robinson, Ambrose Sims, Edwin Rene Soule, Alice Washington was DENIED WITHOUT PREJUDICE for the reasons stated on the record.

3 – [145] MOTION to Strike *Improper Rebuttal Expert Testimony of Dr. Ben Overholt* by Edgar Cage, Martha Davis, Davante Lewis, Clee Earnest Lowe, Dorothy Nairne, National Association for the Advancement of Colored People Louisiana State Conference, Power Coalition for Equity & Justice, Press Robinson, Ambrose Sims, Edwin Rene Soule, Alice Washington was DEFERRED/CARRIED OVER to trial.

ORAL motion by the Robinson Intervenors for an additional two hours for presentation of evidence.  The motion was opposed by the Plaintiffs.  After careful consideration, the Court declined to allow additional time; however, upon completion of each case-in-chief and for good cause shown, the Court may revisit this issue and consider awarding additional time.  The Court will also award and designate a time allotment for closing arguments.

At the conclusion of trial, the Court will allow post-trial briefs to be submitted within ***seven (7)*** days.  Briefs are limited to ***twenty-five (25) pages.***