# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF LOUISIANA, MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, | |
| *Plaintiffs*, | Civil Action No. 3:24-cv-00122 |
| v. | Judge David C. Joseph |
| NANCY LANDRY, in her official capacity as Secretary of State for Louisiana, | Circuit Judge Carl E. Stewart |
| *Defendant*. | Judge Robert R. Summerhays |

### *ROBINSON* INTERVENORS' MOTION TO RECONSIDER
### DENIAL OF LEAVE TO PRESENT RESPONSIVE EXPERT TESTIMONY

1

Defendant-Intervenors Press Robinson, Edgar Cage, Dorothy Nairne, Edwin Rene Soule, Alice Washington, Clee Earnest Lowe, Davante Lewis, Martha Davis, Ambrose Sims, the National Association for the Advancement of Colored People Louisiana State Conference, and the Power Coalition for Equity and Justice (the "*Robinson* Intervenors") respectfully move this Court for reconsideration of its order denying leave to submit expert testimony responding to Dr. Overholt. In support of this motion, the *Robinson* Intervenors are submitting herewith a proposed Surrebuttal Report by Dr. Handley. *See* Ex. 1. Dr. Handley's proposed report raises serious questions about the validity and reliability of Dr. Overholt's performance analysis. As set forth in the accompanying memorandum, refusing to allow *Robinson* Intervenors to present testimony by Dr. Handley if Dr. Overholt is allowed to testify would deprive the Court of important evidence bearing on its assessment of Dr. Overholt's opinions and would gravely prejudice the *Robinson* Intervenors. There would be no unfair surprise or prejudice to Plaintiffs in permitting Dr. Handley to testify.

*Robinson* Intervenors also submit additional reasons to exclude Dr. Overholt's report. Dr. Overholt's deposition transcript, also submitted herewith, *see* Ex. 2, makes clear that his report did not respond in substance to any of *Robinson* Intervenors' expert reports, and instead is focused on a topic—the performance of CD 6 in the enacted plan and the performance of majority-Black districts in other alternative plans the Legislature considered—that none of the *Robinson* Intervenors' experts addressed. Dr. Overholt conceded that he did not analyze the methodology of the experts proffered by the *Robinson* Intervenors whose reports he purports to rebut. Dr. Overholt also testified that he started working on his report in late January or early February, long before the expert reports of *Robinson* Intervenors were submitted.

| | |
|---|---|
| DATED:  April 5, 2024 | Respectfully submitted, |
| By: /s/ *Tracie L. Washington* <br> Tracie L. Washington <br> LA. Bar No. 25925 <br> Louisiana Justice Institute <br> 8004 Belfast Street <br> New Orleans, LA 70125 <br> Tel: (504) 872-9134 <br> tracie.washington.esq@gmail.com | By: */s/ John Adcock* <br> John Adcock <br> Adcock Law LLC <br> 3110 Canal Street <br> New Orleans, LA 70119 <br> Tel: (504) 233-3125 <br> jnadcock@gmail.com |
| *Counsel for* Robinson *Intervenors Dorothy Nairne, Martha Davis, Clee Earnest Lowe, and Rene Soule* | *Counsel for* Robinson *Intervenors* |

3

Stuart Naifeh (admitted pro hac vice)
Kathryn Sadasivan (admitted pro hac vice)
Victoria Wenger (admitted pro hac vice)
Colin Burke (admitted pro hac vice)
NAACP Legal Defense and
    Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Tel: (212) 965-2200
snaifeh@naacpldf.org
ksadasivan@naacpldf.org
vwenger@naacpldf.org
cburke@naacpldf.org

R. Jared Evans
LA. Bar No. 34537
I. Sara Rohani (admitted pro hac vice)
NAACP Legal Defense and
Educational Fund, Inc.
700 14th Street N.W. Ste. 600
Washington, DC 20005
Tel: (202) 682-1300
jevans@naacpldf.org
srohani@naacpldf.org

Sarah Brannon (admitted pro hac vice)
Megan C. Keenan (admitted pro hac vice)
American Civil Liberties Union Foundation
915 15th St., NW
Washington, DC 20005
sbrannon@aclu.org
mkeenan@aclu.org

Nora Ahmed
NY Bar No. 5092374 (pro hac vice forthcoming)
ACLU Foundation of Louisiana
1340 Poydras St, Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
nahmed@laaclu.org

*Additional counsel for* Robinson *Intervenors*

*Practice is limited to federal court.

Robert A. Atkins (admitted pro hac vice)
Yahonnes Cleary (admitted pro hac vice)
Jonathan H. Hurwitz (admitted pro hac vice)
Amitav Chakraborty (admitted pro hac vice)
Adam P. Savitt (admitted pro hac vice)
Arielle B. McTootle (admitted pro hac vice)
Robert Klein (admitted pro hac vice)
Neil Chitrao (admitted pro hac vice)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Tel.: (212) 373-3000
Fax: (212) 757-3990
ratkins@paulweiss.com
ycleary@paulweiss.com
jhurwitz@paulweiss.com
achakraborty@paulweiss.com
asavitt@paulweiss.com
amctootle@paulweiss.com
rklein@paulweiss.com
nchitrao@paulweiss.com

Sophia Lin Lakin (admitted pro hac vice)
Garrett Muscatel (admitted pro hac vice)
Dayton Campbell-Harris (pro hac vice forthcoming)*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org
gmuscatel@aclu.org
dcampbell-harris@aclu.org

T. Alora Thomas-Lundborg (admitted pro hac vice)
Daniel Hessel (admitted pro hac vice)
Election Law Clinic
Harvard Law School
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 495-5202
tthomaslundborg@law.harvard.edu
dhessel@law.harvard.edu

## CERTIFICATE OF SERVICE

I, John Adcock, counsel for the *Robinson* Intervenors, hereby certify that on April 5, 2024, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and that service will be provided through the CM/ECF system.

By: */s/ John Adcock*
John Adcock
Adcock Law LLC
3110 Canal Street
New Orleans, LA 70119
Tel: (504) 233-3125
jnadcock@gmail.com

*Counsel for* Robinson *Intervenors*