# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF LOUISIANA, MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, | Civil Action No. 3:24-cv-00122 |
| *Plaintiffs*, | Judge David C. Joseph |
| v. | Circuit Judge Carl E. Stewart |
| NANCY LANDRY, in her official capacity as Secretary of State for Louisiana, | Judge Robert R. Summerhays |
| *Defendant*. | |

**DECLARATION OF JOHN ADCOCK IN SUPPORT OF *ROBINSON* INTERVENORS' MOTION TO RECONSIDER DENIAL OF LEAVE TO <u>PRESENT RESPONSIVE EXPERT TESTIMONY</u>**

I, John Adcock, hereby declare as follows:

1. I am over 18 years of age and am competent to make this declaration.

2. I am an attorney in good standing with the Louisiana Bar and able to practice before the Western District of Louisiana.

3. I have personal knowledge of the statements made in this affidavit and each is true and correct.

4. I am an attorney with John Adcock Law LLC.

5. I am counsel for Amici Press Robinson, Edgar Cage, Dorothy Nairne, Edwin René Soulé, Alice Washington and Clee Earnest Lowe, Davante Lewis, Martha Davis, Ambrose Sims, Louisiana State Conference of the NAACP ("Louisiana NAACP"), Power Coalition for Equity and Justice ("Power Coalition"), in the above-captioned action and submit this declaration to provide the Court true and correct copies of certain documents submitted in support of *Robinson* Intervenors' Motion To Reconsider Denial of Leave to Present Responsive Expert Testimony.

**Exhibit 1** is a true and correct copy of the proposed April 5, 2024 Surrebuttal Report of Dr. Lisa Handley to the Expert Report of Dr. Ben Overholt, submitted on behalf of *Robinson* Intervenors.

**Exhibit 2** is a true and correct copy of the Rough Transcript of the April 4, 2024 Deposition of Dr. Ben Overholt, conducted by counsel for the *Robinson* Intervenors.

**Exhibit 3** is a true and correct copy of a April 4–5, 2024 Email exchange among counsel for *Robinson* Intervenors and Plaintiffs.

Dated: April 5, 2024 Respectfully submitted,

By: /s/*John Adcock*
John Adcock
Adcock Law LLC
L.A. Bar No. 30372
3110 Canal Street
New Orleans, LA 70119
Tel: (504) 233-3125
Fax: (504) 308-1266
jnadcock@gmail.com

*Counsel for* Robinson *Intervenors*