# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF LOUISIANA, MONROE DIVISION**

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, | Civil Action No. 3:24-cv-00122 |
| *Plaintiffs*, | Judge David C. Joseph |
| v. | Circuit Judge Carl E. Stewart |
| NANCY LANDRY, in her official capacity as Secretary of State for Louisiana, | Judge Robert R. Summerhays |
| *Defendant*. | |

**Surrebuttal Report of Dr. Lisa Handley to the Expert Report of Dr. Ben Overholt**

**April 5, 2024**

## I. Introduction

***Scope of Project***   I was retained by Robinson Intervenors in this case as an expert to prepare a surrebuttal to the rebuttal report prepared by Dr. Ben Overholt. To address some of his specific findings, I was asked to conduct a functional analysis of the districts in several proposed congressional plans to determine what districts, if any, in these plans provide Black voters with an opportunity to elect their candidates of choice to congress. I examined four plans, including the plan enacted by the state legislature in 2022 (hereafter "HB 1"), the remedial plan enacted by the state legislature in 2024 (hereafter "SB 8"); and two plans proposed by Tony Fairfax in *Robinson v. Ardoin*, 3:22-cv-00211 (M.D. Louisiana): the plan presented to the Court in June 2022 as part of remedial proceeding at that time (hereafter "Fairfax 2022 Remedial Plan"), and another similar illustrative plan drawn by Tony Fairfax and provided to the *Robinson* Defendants in 2023 as part of on-going *Robinson* proceeding (hereafter "Fairfax 2023 Illustrative Plan"). These plans were selected for review because I previously analyzed them in conjunction with the *Robinson* matter and current time constraints do not allow for the analysis of any additional plans.

***Summary Conclusions***   Dr. Overholt significantly underestimates the ability of the majority-Black districts in the plans he examines to provide Black voters with an opportunity to elect their candidates of choice. Although there are a number of problems with his analysis (several of which I discuss in my report), the most fundamental problem is his failure to recognize how the jungle primary system in Louisiana operates and how this impacts the ultimate success or failure of the candidates preferred by Black voters. Dr. Overholt estimates the percentage of the vote he believes candidates supported by Black voters would receive in a district, and if that estimate is less than 50%, he considers that candidate to have lost the election. He does this even when there are no other candidates in the contest that received 50% of the vote and the Black-preferred candidate would have proceeded to a runoff and, according to my data, almost certainly would win the runoff in the district.

## II. Professional Background and Experience

I have over thirty-five years of experience as a voting rights and redistricting expert. I have advised scores of jurisdictions and other clients on minority voting rights and redistricting-related issues. I have served as an expert in dozens of voting rights cases. My clients have included state and local jurisdictions, independent redistricting commissions (Arizona, Colorado,

2

Michigan), the U.S. Department of Justice, national civil rights organizations, and such international organizations as the United Nations.

I have been actively involved in researching, writing, and teaching on subjects relating to voting rights, including minority representation, electoral system design, and redistricting. I co-authored a book, *Minority Representation and the Quest for Voting Equality* (Cambridge University Press, 1992), and co-edited a volume, *Redistricting in Comparative Perspective* (Oxford University Press, 2008), on these subjects. In addition, my research on these topics has appeared in peer-reviewed journals such as *Journal of Politics*, *Legislative Studies Quarterly*, *American Politics Quarterly*, *Journal of Law and Politics*, and *Law and Policy,* as well as law reviews (e.g., *North Carolina Law Review*) and a number of edited books. I hold a Ph.D. in political science from The George Washington University.

I have been a principal of Frontier International Electoral Consulting since co-founding the company in 1998. Frontier IEC specializes in providing electoral assistance in transitional democracies and post-conflict countries. In addition, I am a Visiting Research Academic at Oxford Brookes University in Oxford, United Kingdom. Attached to the end of this report is a copy of my curriculum vitae.

## III.  Assessing the Opportunity to Elect in Districts Using Reaggregated Election Results

To assess whether a proposed district is likely to provide Black voters with an opportunity to elect their candidates of choice, a district-specific, functional analysis should be conducted. This assessment depends not only upon the demographic composition of the district but the voting patterns in that district and whether the candidates preferred by minority voters are likely to usually win in the district – this is what is meant by "functional." Typically, to assess proposed congressional districts, election results from previous elections are reaggregated or recompiled to conform to the boundaries of the proposed districts because no elections have occurred within the boundaries of the proposed districts. The best election contests to use for a functional analysis are recent elections that included a minority candidate supported by minority voters, but not by white voters. In Louisiana, where Black voters comprise the only sizeable minority, we are interested in whether Black voters are offered an opportunity to elect their candidates of choice to Congress.

3

I analyzed all recent (2015 – 2023) Louisiana statewide election contests that included Black candidates.[1] Table 1 lists the election contests I analyzed, the Black candidate(s) that competed in the election, and the total number of candidates who ran for that office in that contest.[2]

### Table 1: Louisiana Statewide Elections Analyzed

| Election Cycle | Office | Black Candidate(s) | Total Number of Candidates |
|---|---|---|---|
| November 2023 | Secretary of State | Gwen Collins-Greenup | 2 |
| October 2023 | Governor | Shawn Wilson | 15 |
| October 2023 | Lieutenant Governor | Willie Jones | 6 |
| October 2023 | Secretary of State | Gwen Collins-Greenup | 8 |
| November 2022 | U.S. Senator | Gary Chambers, Jr. | 13 |
| November 2020 | U.S. President/VP | Kamala Harris | 2 |
| November 2020 | U.S. Senator | Adrian Perkins Derrick Edwards | 15 |
| November 2019 | Secretary of State | Gwen Collins-Greenup | 2 |
| October 2019 | Lieutenant Governor | Willie Jones | 2 |
| October 2019 | Attorney General | Ike Jackson | 2 |
| October 2019 | Treasurer | Derrick Edwards | 3 |
| October 2019 | Secretary of State | Gwen Collins-Greenup | 4 |

---

[1]  I analyzed statewide elections because only statewide elections cover a geographic area large enough to be used for election reaggregation purposes. I focused on elections that included Black candidates because the courts consider contests that include minority candidates more probative than contests that include only white candidates for determining if voting is racially polarized. This is because it is not sufficient for minority voters to be able to elect their candidates of choice only if these candidates are white.

[2]  Dr. Overholt did not examine all of the elections listed in Table 1. He only looked at elections prior to 2016 and therefore did not analyze any of the 2015 elections that included Black candidates that I reviewed. Despite going back in time as far as 2016, however, he neglected to analyze the two state treasurer contests in 2017 (October and November 2017) that included Black candidates. And he did not analyze the November 2020 presidential race – even though presidential contests are usually considered by political scientists to be particularly probative of what is possible in a proposed district in which no elections have been conducted.

4

| December 2018 | Secretary of State | Gwen Collins-Greenup | 2 |
| November 2018 | Secretary of State | Gwen Collins-Greenup | 9 |
| November 2017 | Treasurer | Derrick Edwards | 2 |
| October 2017 | Treasurer | Derrick Edwards | 6 |
| November 2015 | Lieutenant Governor | Kip Holden | 2 |
| October 2015 | Lieutenant Governor | Kip Holden | 4 |
| October 2015 | Attorney General | Ike Jackson<br>Geri Broussard Baloney | 5 |
| October 2015 | Secretary of State | Chris Tyson | 2 |

The estimates of Black and white voters supporting the candidates that competed in these 20 election contests can be found in *Appendix A*. All of these contests were racially polarized, with Black and white voters supporting different candidates. As a consequence, all 20 contests are included in my assessment of the opportunity of Black voters to elect their candidates of choice to congress under the set of congressional plans I have been asked to review.

The precinct election results for these 20 contests were disaggregated down to the census block level and then recompiled to conform to the boundaries of the proposed congressional districts in various plans to determine how well the candidates of choice of Black voters would perform.[3] These recompiled results were then used to construct two indices, or "effectiveness scores" that indicate whether a proposed district is likely to provide Black voters with an opportunity to elect their candidates of choice to congress.

The first score (Effectiveness Score #1) indicates the percent of election contests (out of the total 20 statewide contests) that the Black-preferred candidate would have won or advanced to a runoff. This is important because the jungle primary system in Louisiana requires 50% of the vote to avoid a runoff, but if no candidate receives at least 50% of the vote, a runoff is held between the two candidates with the most votes.

---

[3] The disaggregation of each candidate's votes was done on the basis of the proportion of the voting age population (VAP) that each census block comprised of the total VAP of the precinct. If the precinct was not split by district lines, then the precinct totals were unaffected. This approach yielded similar election reaggregation results as whatever approach was used by Dr. Overholt, or whoever prepared the data for him, to produce reaggregated election results. It is not possible to completely understand every step of Dr. Overholt's process because of the short time frame, particularly given that I have not yet received a complete copy of the code used and his back-up data.

As mentioned above, Dr. Overholt ignores the possibility that no candidate received 50% of the vote in many of the contests he considers – he simply counts an election as a "loss" any time a theoretical Black-preferred candidate receives less than 50% of the vote. This means that he consistently underestimates the ability of the Black voters to elect their candidates of choice in the districts he is examining. For example, Dr. Overholt interprets the results in Table 5a as follows: "In congressional general election years, all proposed districts…including SB 8-D6, would defeat candidates supported by most black voters most of the time" (Overholt Report, page 12). The only plan (other than the original Plan enacted by the State Legislature in 2022) that both Dr. Overholt and I analyzed was SB 8. Table 2, below, lists the elections for which we both produced reaggregated election results. It includes the vote percentages for the Black candidates supported by Black voters from Overholt Tables 5a and 5b (Overholt Report, pages 12-13), as well as the results of my reaggregation of the election results. In the final column I indicate what the election results would have actually meant for the Black candidate.

As Table 2 clearly demonstrates, many of the election contests in which the Black candidate received less than 50% of the vote would actually have led to a runoff rather than a defeat. Overall, Dr. Overholt concludes that the Black candidates would have been defeated in six of the 10 contests. However, the Black candidates was actually defeated in only two of the 10 contests. In the other four contests, the Black candidate would have progressed to a runoff and, as both Dr. Overholt and myself show, would most likely have been successful. (We both find that Black voters are usually able to elect their preferred candidates in runoffs in majority Black districts in Louisiana.)

6

**Table 2: Election Results for Contests with Black Candidates in SB 8 District 6**

| Election Contest | Percent of Vote Black Candidate(s) Received[4] | | | |
|---|---|---|---|---|
| | Overholt Tables 5a and 5b | Handley recompilation | Overholt Interpretation | Actual Result[5] |
| 2022 US Senate | 47.7 | 47.4 | Loss | Runoff |
| 2020 US Senate | 46.2 | 47.6 | Loss | Runoff |
| 2018 SOS | 54.2 | 54.0 | Won | Won |
| 2023 Governor | 41.3 | 43.3 | Loss | Runoff |
| 2023 Lt Gov | 32.6 | 32.8 | Loss | Loss |
| 2023 SOS | 46.9 | 48.8 | Loss | Runoff |
| 2019 Lt Gov | 49.5 | 49.1 | Loss | Loss |
| 2019 SOS | 52.3 | 52.1 | Won | Won |
| 2019 AG | 51.4 | 51.0 | Won | Won |
| 2019 Treasurer | 53.7 | 53.4 | Won | Won |

---

[4] Dr. Overholt combined candidates that received more than 10% of the Black vote to produce the percent of vote the Black-preferred candidate would receive and therefore I did the same to approximate his vote percentages more closely. This is an improper way to determine how Black voters would behave in a general election featuring only one Democratic candidate, however. In primary elections, the Black vote can be split across several Black-preferred candidates. As the evidence shows, Black voters in Louisiana cohesively support the Black candidate that advances to the runoff. Excluding votes for any candidates that receive less than 10% of the vote from the estimated Black support results in a several percentage point underestimation of the percentage of Black voters who would support the Black candidate in a runoff election. Because Dr. Overholt's estimates are often just under 50%, this approach to combining only some of the candidates supported by Black voters (in Dr. Overholt's case, two candidates) dramatically impacts the conclusions to be drawn from this data.

[5] In four of the 10 elections, no candidate in the contest received at least 50% of the vote and the candidate most preferred by Black voters would have moved into a runoff even without the additional votes from the second most preferred candidate. (In no instance did Dr. Overholt combine more than two candidates.) As discussed below, interpreting advancing to the runoff as a loss is a significant error because, as Dr. Overholt's Table 5c shows, Black candidates win every runoff election in District 6 of SB 8.

The second score (Effectiveness Score #2) that I report below is the percent of two-candidate elections that the Black-preferred candidate would have actually won with 50% of the vote. It is calculated on the basis of the subset of the nine two-candidate contests: the November 2023 runoff for Secretary of State; the November 2020 race for U.S. President; the October 2019 Lieutenant Governor and Attorney General contests; the 2019 runoff for Secretary of State; the December 2018 runoff for Secretary of State; the November 2017 runoff for State Treasurer; the October 2015 Secretary of State contest; and the November 2015 runoff for Lieutenant Governor.

These two-candidate contests are particularly relevant for my assessment of Black opportunity for two reasons. One, the two scores make it clear that while a Black-preferred Black candidate may obtain a sufficient number of votes to advance to a runoff in some instances, winning the runoff is far more challenging in districts that are not majority Black in composition. Two, these two-candidate contests – all of which include a Democrat and a Republican – are what congressional contests will most resemble beginning in the autumn of 2026. A law passed by the state legislature in January 2024 puts in place a new system for Louisiana congressional elections: there will be closed partisan primaries followed by a general election in which the winners of the Democratic and Republican primaries will compete for the congressional seat.[6]

Dr. Overholt reports the results of a subset of two-candidate contests in Table 5c: seven runoffs conducted between 2016 and 2023. Only three of these seven contests included Black candidates. The Black-preferred candidates won a majority of the elections in all of the districts he analyzed and, more importantly, in at least 66.7% of the contests that included Black-preferred Black candidates, the Black candidates were successful. Despite the fact that these are the most predictive elections for assessing the effectiveness of the proposed districts for electing candidates supported by Black voters to congress, especially in future elections, Dr. Overholt argues that these contests "are nothing like the general elections considered and have very little predictive power when analyzing a district's ability to elect the candidates supported by most black voters in congressional contests" (Overholt Rebuttal Report, page 13).[7]

---

[6] *See* Louisiana Revised Statutes Title 18, §410; *see also* Acts 2024, 1st Ex. Sess., No. 1, §1, eff. Jan. 1, 2026.
[7] Dr. Overholt appears to be relying on turnout rates for disregarding these runoff elections. However, the turnout differential between Black and non-Black voters is comparable from general elections to runoff elections.

**IV. Effectiveness Scores for Various Proposed Congressional Plans**

The two scores for each of the districts in the four plans that I analyzed can be found in Table 3, below. As stated above, Effectiveness Score #1 indicates the percent of election contests (out of the total 20 statewide contests) that the Black-preferred candidate would have won or advanced to a runoff, while Effectiveness Score #2 is the percent of two-candidate elections that the Black-preferred candidate would have won with 50% of the vote.

**Table 3: Effectiveness Scores for Various Proposed Congressional Plans**

| Congressional Plan | Percent BVAP | Effectiveness Score #1 | Effectiveness Score #2 |
|---|---|---|---|
| **HB 1** | | | |
| District 1 | 13.5% | 5.0% | 0.0% |
| District 2 | 58.7% | 100.0% | 100.0% |
| District 3 | 24.6% | 10.0% | 0.0% |
| District 4 | 33.8% | 20.0% | 0.0% |
| District 5 | 32.9% | 20.0% | 0.0% |
| District 6 | 23.9% | 10.0% | 0.0% |
| **SB 8** | | | |
| District 1 | 12.7% | 10.0% | 0.0% |
| District 2 | 51.0% | 95.0% | 100.0% |
| District 3 | 22.6% | 5.0% | 0.0% |
| District 4 | 20.6% | 0.0% | 0.0% |
| District 5 | 27.0% | 10.0% | 0.0% |
| District 6 | 54.0% | 90.0% | 88.9% |
| **Fairfax 2022 Remedial Plan**[8] | | | |
| District 1 | 18.3% | 15.0% | 0.0% |

---

[8]  This remedial plan was originally provided to the Federal Court in the *Robinson* proceedings on June 22, 2022, and a report with effectiveness scores relying upon the available elections was completed at that time. Subsequently in the course of the continuing *Robinson* proceedings, I updated the analysis to include the relevant 2022 and 2023 elections. It is my understanding that this updated analysis has been provided to the Defendants in the *Robinson* proceeding.

| District 2 | 51.0% | 95.0% | 100.0% |
| District 3 | 17.9% | 0.0% | 0.0% |
| District 4 | 31.9% | 20.0% | 0.0% |
| District 5 | 52.1% | 75.0% | 66.7% |
| District 6 | 16.2% | 5.0% | 0.0% |
| **Fairfax 2023 Illustrative Plan** | | | |
| District 1 | 17.1% | 20.0% | 0.0% |
| District 2 | 51.2% | 95.0% | 100.0% |
| District 3 | 18.6% | 0.0% | 0.0% |
| District 4 | 31.9% | 20.0% | 0.0% |
| District 5 | 52.0% | 75.0% | 66.7% |
| District 6 | 16.9% | 0.0% | 0.0% |

As this table makes clear, HB 1 offered only one district – District 2 – that would have provided Black voters with an opportunity to elect their preferred candidates to Congress. The effectiveness scores of the other five districts in this plan indicate that while the Black-preferred candidates may occasionally make it to a runoff, they would have been very unlikely to ultimately win the congressional seat.

The other three plans examined offer Black voters two districts that would provide them with an opportunity to elect their candidates of choice. District 2 in every plan reviewed provides Black voters with a very strong opportunity; in the two-candidate contests most similar to future congressional elections in Louisiana, the Black-preferred Black candidate wins every contest in every plan reviewed. With regard to the contests with more than two candidates, the Black-preferred candidate fails to win or make it to a runoff in only one of the contests analyzed.

The second majority-Black district in each of the plans (District 5 or District 6 depending on the plan) consistently provides Black voters with an opportunity to elect their preferred candidates, but the opportunity varies somewhat across the various plans. However, in both SB 8 and the two Fairfax plans I reviewed, the Black-preferred Black candidate wins at least 66.7% of the nine two-candidate contests and wins 88.9% of the two-candidate contests in SB 8.

**V. Assessing the Opportunity to Elect by Estimating BVAP Needed to Win 50% of the Vote**

Dr. Overholt states that he estimated the "BVAP necessary to win each contest." He did this "by multiplying EI results by turnout as a percent of VAP by race to determine the BVAP% that would have led to victory for the candidate supported by most black voters" (Overholt Report, page 15).[9] This is an approach that I, along with two co-authors, first introduced to ascertain the opportunity proposed districts provided for minority voters to elect their candidates of choice in a law review article published in 2001.[10] I have offered opinions relying upon this methodology that have been accepted by the courts in other redistricting/voting rights cases.

This approach was designed for use in the two-candidate general elections held in most states – in these contests 50% of the vote plus one vote produces a win for one of the two candidates. It is less appropriate for use in Louisiana jungle primaries with more than two candidates because far less than 50% of the vote can ensure a spot in a runoff election. While the algorithm calculates the percentage of vote a Black-preferred candidate would receive, if the percentage produced is less than 50%, this does not mean the candidate of choice will not ultimately win the election in a runoff election. When used in this way, Dr. Overholt calculated the BVAP necessary for a Black candidate to avoid a runoff altogether.

Despite the clear drawbacks of this approach in the context of multicandidate contests with the possibility of a runoff, Dr. Overholt applies this approach using the 14 contests that he analyzed, only two of which are two-candidate contests. For some reason, he does not apply this approach to the more appropriate two-candidate runoffs he analyzed.

---

[9]  Even if Dr. Overholt properly applied my percent needed to win methodology, Dr. Overholt's turnout figures may be inaccurate. First, for the years prior to 2023, turnout figures are likely unreliable if they are based on the current voter file – the further back in time, the more unreliable. Second, Dr. Overholt does not acknowledge that turnout could increase if a new majority-Black district is drawn. Political science literature indicates this is likely to happen (see, for example, Kimball Brace, Lisa Handley, Richard Niemi, and Harold Stanley, "Minority Turnout and the Creation of Majority-Minority Districts," American Politics Quarterly, 23 (2), April 1995)). And evidence suggests this is already the case in majority-Black congressional district 2. According to Dr. Overholt (Table 4 in Overholt Report), Black turnout Congressional District 2 in was higher than the statewide average Black turnout in every even-year election – the set of elections Dr. Overholt deems the most relevant because congressional elections are conducted in even years.

[10]  For a more detailed discussion of this approach, see *Appendix C*; see also Bernard Grofman, Lisa Handley, and David Lublin, "Drawing Effective Minority Districts: A Conceptual Framework and Some Empirical Evidence," *North Carolina Law Review*, volume 79(5), June 2001.

As when he uses his election reaggregation method, Dr. Overholt counts any election where a Black-preferred candidate is estimated to receive less than 50% of the vote as a loss. And once again, he significantly underestimates the ability of District 6 in SB 8 to elect candidates supported by Black voters.[11]  Dr. Overholt contends that the candidate supported by Black voters would "win" only five out of the 14 contests he analyzed. My analysis of District 6 in the same plan indicates that Black voters' candidates of choice would win 50% of the vote or proceed to a runoff in 18 of the 20 (90%) elections I analyzed and would win over 50% of the vote in eight of the nine two-candidate contests (88.9%) I analyzed. In my opinion, this is clearly a district that provides Black voters with an opportunity to elect their candidates of choice to congress.

## IV. Calculating the Percent Needed to Win in Fairfax 2022 Remedial District 5

Table 4 utilizes the results of the racial bloc voting analysis I conducted of Black and all other (non-Black) voters to calculate the percentage of the vote each Black-preferred candidate would receive,[12] given the turnout rates of Black and non-Black eligible voters and the degree of Black cohesion and non-Black crossover voting for each of the candidates in the election contests I analyzed. I have done this only for District 5 in Fairfax 2022 Remedial Plan because this is the only plan for which I had already done the analysis (in the context of the *Robinson* case) and there is insufficient time to do a new analysis for this report. Table 4 is generated based on the turnout percentages and the EI RxC estimates reported in *Appendix B*. Because the analysis was done prior to the November 2022 elections, Table 4 does not include any 2022 or 2023 election contests.

The first two columns in Table 4 list the election contest and the race of the Black-preferred candidate. Columns 3-5 provide the turnout and voting patterns for Black voters, and columns 6-8 provide the same information for non-Black voters. (This information comes directly from Appendix B.) The next two columns report the percentage of vote the Black-preferred candidate would receive in a hypothetical 55% BVAP district (column 9) and a 50%

---

[11]   District 6 in SB 8 is the only proposed district Dr. Overholt analyzes using this approach.

[12]   Because there was a small number of voters (less than 3% in every instance) that indicated they were not Black or white – they marked "other" on their voter registration form – and I wanted to account for all possible voters in calculating the percentage Black VAP needed to win election, I conducted a racial bloc voting analysis with Black and non-Black voters.

BVAP district (column 10) in this precise area of the State. The final column indicates what, if anything, we can conclude about the Black-preferred candidate's electoral success.

**Table 4: Percent Black Voting Age Population Needed to Elect Candidates of Choice**

| Fairfax 2022 Remedial Plan: Congressional District 5 | race of B-P candidate | Turnout Rate and Percent of Vote for Black-preferred Candidates | | | | | | percent of vote B-P cand would have received if district was 55% black VAP | percent of vote B-P cand would have received if district was 50% black VAP | Win/Loss at 50% BVAP |
| | | Black voters | | | Non-Black voters | | | | | |
| | | turnout of VAP | votes for B-P | votes for all others | turnout of VAP | votes for B-P | votes for all others | | | |
| **2 Candidate Contests** | | | | | | | | | | |
| US President Nov 2020 | W/B | 58.8 | 92.6 | 7.4 | 61.7 | 16.0 | 84.0 | 57.2 | 53.4 | Win |
| Lt Governor Oct 2019 | B | 38.9 | 88.8 | 11.2 | 43.5 | 7.0 | 93.0 | 49.7 | 45.6 | Loss |
| Attorney General Oct 2019 | B | 38.9 | 90.9 | 9.1 | 43.5 | 7.9 | 92.1 | 51.2 | 47.1 | Loss |
| Secretary of State Nov 2019 | B | 48.3 | 96.8 | 3.2 | 45.0 | 11.1 | 88.9 | 59.7 | 55.5 | Win |
| Secretary of State Dec 2018 | B | 17.4 | 96.9 | 3.1 | 17.0 | 14.0 | 86.0 | 60.1 | 55.9 | Win |
| Treasurer Nov 2017 | B | 7.7 | 98.5 | 1.5 | 10.1 | 15.9 | 84.1 | 55.7 | 51.6 | Win |
| Secretary of State Oct 2015 | B | 34.3 | 94.4 | 5.6 | 36.7 | 15.1 | 84.9 | 57.4 | 53.4 | Win |
| Lieut Governor Nov 2015 | B | 36.4 | 97.5 | 2.5 | 34.2 | 24.6 | 75.4 | 65.8 | 62.2 | Win |
| **Contests with more than 2 Candidates** | | | | | | | | | | |
| Secretary of State Oct 2019 | B | 38.9 | 92.0 | 8.0 | 43.5 | 7.9 | 92.1 | 51.8 | 47.6 | Unknown |
| Treasurer Oct 2019 | B | 38.9 | 94.4 | 5.6 | 43.5 | 9.4 | 90.6 | 53.8 | 49.5 | Unknown |
| Secretary of State 2018 Nov | B | 42.8 | 56.3 | 43.7 | 43.8 | 3.7 | 96.3 | 32.3 | 29.7 | Unknown |
| Treasurer Oct 2017 | B | 7.3 | 88.4 | 11.6 | 13.6 | 7.3 | 92.7 | 39.4 | 35.6 | Unknown |
| Lieut Governor Oct 2015 | B | 34.3 | 90.6 | 9.4 | 36.7 | 15.4 | 84.6 | 55.5 | 51.7 | Win |
| **More than 2 Candidates, with more than 1 Black Candidate** | | | | | | | | | | |
| US Senate Nov 2020 | B | 58.8 | 46.6 | 53.4 | 61.7 | 4.5 | 95.5 | 27.2 | 25.0 | Unknown |
| Attorney General Oct 2015 | B | 34.3 | 41.3 | 49.0 | 36.7 | 5.2 | 94.8 | 25.8 | 23.8 | Unknown |

District 5 in the Fairfax Remedial Plan has a BVAP of 52.0%. In a district with a 50% BVAP (column 10), the Black-preferred candidate would win six of the eight two-candidate contests. This win rate (75%) is very similar to effectiveness score #2 for this district (66.7%) but, because it does not include all nine two-candidate contests, the win rate is actually higher.[13] And because this district has a BVAP above 50%, it is possible that this is an underestimate of the win-rate for Black-preferred candidates in this district. In a 55% BVAP district, the Black-preferred candidate would win seven of the eight two-candidate contests.

---

[13]   The candidate of choice of Black voters in the 2023 Secretary of State runoff was Gwen Collins-Green-up and she did not carry the Fairfax Remedial District 5 according to the recompiled election results.

With regard to the contests with more than two candidates, if the candidate received more than 50% of the vote, the candidate clearly wins. However, it is not possible to know if the Black-preferred candidate would have lost or proceeded to a runoff without knowing the percentage of votes the other candidates in the contest received. Because this approach does not easily provide information about individual candidates if there are more than two, determining if a candidate would make it to a runoff is not possible. The final column in Table 4 indicates whether the Black-preferred candidate won or lost, or if the candidate received less than 50% of the vote in a multicandidate race, whether the election fate of the candidate is unknown. In my view, this approach to gauging the performance of a district in the context of multicandidate races and the potential of runoff elections provides little useful information.

## VI. Conclusion

Dr. Overholt significantly underestimates the ability of the majority-Black districts in the plans he examines to provide Black voters with an opportunity to elect their candidates of choice. He does this by failing to acknowledge that the jungle primary system used in Louisiana often produces runoff elections, and that many candidates who do not receive 50% of the vote in the primary go on to a runoff election and prevail. He also essentially ignores the importance of the two-candidate contests in his assessment of the performance of the districts he considers despite the fact that these are the most predictive elections for two reasons: (1) only in two-candidate contests does a vote percentage of less than 50% guarantee a loss, and (2) congressional contests in the future will feature two major party candidates competing, just as all of the statewide runoff and two candidate contests he examined did.

My own analysis of the proposed plans I examined has led me to conclude that all of these plans except HB 1 offer Black voters an opportunity to elect their candidates of choice in two districts. HB 1 is the only plan reviewed that only provides one Black opportunity district.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed April 5, 2024.

*Lisa Handley*

Lisa Handley, Ph. D.

14

## Appendix A
**Voting Patterns by Race Statewide**

| | Party | Race | Vote | Estimates for Black Voters | | | | | Estimates for White Voters | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | EI RxC | 95% confidence interval | EI 2x2 | ER | HP | EI RxC | 95% confidence interval | EI 2x2 | ER | HP |
| **2023 October** | | | | | | | | | | | | | |
| **Governor** | | | | | | | | | | | | | |
| Shawn Wilson | D | B | 25.9 | 78.9 | (78.4, 79.3) | 78.0 | 81.1 | 76.9 | 7.7 | (7.6, 8.0) | 7.9 | 5.3 | 8.1 |
| Jeff Landry | R | W | 51.6 | 4.8 | (4.5, 5.0) | 4.9 | 1.9 | 6.6 | 69.2 | (67.0, 69.3) | 68.9 | 71.3 | 67.1 |
| Stephen Waguespack | R | W | 5.9 | 0.8 | (.7, .9) | 0.7 | 0.1 | 0.9 | 7.7 | (7.6, 7.8) | 7.5 | 7.4 | 7.6 |
| John Schroder | R | W | 5.3 | 0.8 | (.7, .9) | 0.7 | 0.1 | 0.7 | 6.9 | (6.8, 7.0) | 7.0 | 6.3 | 7.4 |
| Hunter Lundy | I | W | 4.9 | 3.4 | (3.2, 3.6) | 4.0 | 4.0 | 3.9 | 4.6 | (4.5, 4.7) | 5.4 | 5.2 | 5.3 |
| Daniel Coles | D | W | 2.6 | 7.7 | (7.4, 7.8) | 7.7 | 8.7 | 7.3 | 0.8 | (.7, .9) | 0.7 | 0.7 | 0.9 |
| Others (9) | | | 3.8 | 3.8 | (3.6, 3.9) | 4.2 | 4.2 | 3.7 | 3.1 | (2.9, 3.2) | 3.7 | 3.8 | 3.7 |
| *Black turnout/BVAP* | | | 24.3 | | | | | | | | | | |
| *White turnout/WVAP* | | | 37.3 | | | | | | | | | | |
| **Lieutenant Governor** | | | | | | | | | | | | | |
| Willie Jones | D | B | 20.5 | 67.6 | (66.0, 68.1) | 67.1 | 70.5 | 64.9 | 3.8 | (3.5, 5.6) | 4.8 | 3.2 | 5.5 |
| Billy Nungesser | R | W | 65.5 | 24.1 | (23.6, 25.9) | 22.0 | 21.3 | 27.2 | 81.0 | (79.0, 81.4) | 81.2 | 79.8 | 78.7 |
| Elbert Guillory | R | B | 6.2 | 3.7 | (3.5, 3.9) | 3.7 | 3.6 | 3.5 | 7.1 | (7.0, 7.2) | 7.1 | 7.8 | 7.0 |
| Tami Hotard | R | W | 4.9 | 1.7 | (1.6, 1.9) | 1.4 | 1.3 | 1.6 | 5.9 | (5.8, 6.1) | 6.3 | 6.4 | 6.0 |
| Others | | | 2.9 | 3.0 | (2.8, 3.2) | 3.2 | 3.2 | 2.8 | 2.2 | (2.1, 2.3) | 2.8 | 2.8 | 2.8 |
| *Black turnout/BVAP* | | | 24.3 | | | | | | | | | | |
| *White turnout/WVAP* | | | 37.3 | | | | | | | | | | |
| **Secretary of State** | | | | | | | | | | | | | |
| Gwen Collins-Greenup | D | B | 19.3 | 55.6 | (47.8, 57.1) | 58.0 | 58.2 | 55.4 | 6.7 | (6.0, 9.7) | 5.3 | 5.0 | 6.5 |
| Nancy Landry | R | W | 19.3 | 2.9 | (2.5, 5.4) | 2.2 | 1.9 | 3.4 | 25.3 | (23.9, 25.7) | 25.7 | 25.1 | 24.3 |
| Mike Francis | R | W | 17.9 | 2.7 | (2.2, 5.3) | 2.4 | 0.2 | 2.6 | 23.4 | (21.7, 23.7) | 23.6 | 27.0 | 25.0 |
| Clay Schexnayder | R | W | 14.7 | 2.7 | (2.2, 5.1) | 1.8 | 1.3 | 2.2 | 19.1 | (18.0, 19.4) | 19.5 | 18.3 | 18.5 |
| Arthur Morrell | D | B | 11.1 | 31.1 | (29.6, 31.6) | 33.2 | 35.3 | 32.3 | 3.3 | (3.0, 5.0) | 3.1 | 2.4 | 3.9 |
| Thomas Kennedy | R | W | 10.1 | 2.1 | (1.8, 3.1) | 1.6 | 1.3 | 1.9 | 13.2 | (12.9, 13.3) | 13.3 | 13.3 | 12.5 |
| Brandon Trosclair | R | W | 6.3 | 1.4 | (1.1, 2.1) | 0.3 | 0.2 | 0.8 | 8.3 | (8.0, 8.4) | 8.6 | 7.7 | 8.0 |
| Amanda Jennings | O | W | 1.3 | 1.5 | (1.3, 1.6) | 1.7 | 1.7 | 1.4 | 0.8 | (.7, .8) | 1.2 | 1.2 | 1.2 |
| *Black turnout/BVAP* | | | 24.3 | | | | | | | | | | |
| *White turnout/WVAP* | | | 37.3 | | | | | | | | | | |

## Appendix A
### Voting Patterns by Race
#### Statewide

| | Party | Race | Vote | EI RxC | 95% confidence interval | EI 2x2 | ER | HP | EI RxC | 95% confidence interval | EI 2x2 | ER | HP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Estimates for Black Voters** | | | | | **Estimates for White Voters** | | | |
| **2023 November** | | | | | | | | | | | | | |
| **Secretary of State** | | | | | | | | | | | | | |
| Gwen Collins-Greenup | D | B | 33.2 | 95.0 | (94.7, 95.4) | 92.0 | 99.5 | 92.2 | 11.1 | (10.9, 11.3) | 12.9 | 10.4 | 13.2 |
| Nancy Landry | R | W | 66.8 | 5.0 | (4.6, 5.3) | 8.0 | 0.5 | 7.8 | 88.9 | (88.7, 89.1) | 87.0 | 89.6 | 86.8 |
| *Black turnout/BVAP* | | | 15.0 | | | | | | | | | | |
| *White turnout/WVAP* | | | 24.1 | | | | | | | | | | |
| **2022 November** | | | | | | | | | | | | | |
| **U.S. Senator** | | | | | | | | | | | | | |
| Gary Chambers, Jr | D | B | 17.9 | 54.2 | (53.8, 54.6) | 56.1 | 55.7 | 52.6 | 4.5 | (4.3, 4.8) | 3.7 | 2.8 | 4.7 |
| John Kennedy | R | W | 61.6 | 4.4 | (4.1, 4.7) | 4.6 | 0.0 | 6.6 | 84.4 | (84.2, 84.5) | 83.5 | 86.1 | 83.0 |
| Luke Mixon | D | W | 13.2 | 26.7 | (26.3, 27.0) | 28.4 | 28.0 | 27.0 | 8.8 | (8.4, 8.9) | 7.2 | 6.9 | 7.8 |
| Others | | | 7.3 | 14.7 | (14.5, 15.0) | 16.7 | 16.4 | 13.8 | 2.4 | (2.3, 2.5) | 3.6 | 4.1 | 4.5 |
| **2020 November** | | | | | | | | | | | | | |
| **U.S. President** | | | | | | | | | | | | | |
| Biden/Harris | D | W/B | 39.9 | 86.6 | (72.0, 92.9) | 96.1 | 102.0 | 94.6 | 18.4 | (14.8, 26.7) | 12.8 | 9.8 | 12.7 |
| Trump/Pence | R | W/W | 58.5 | 12.0 | (5.9, 26.2) | 3.5 | -3.8 | 3.9 | 80.9 | (72.5, 84.5) | 85.3 | 88.7 | 85.9 |
| Others | | | 1.6 | 1.4 | (1.2, 1.8) | 1.7 | 1.7 | 1.5 | 0.7 | (.6, .8) | 1.6 | 1.5 | 1.4 |
| *Black turnout/BVAP* | | | 57.1 | | | | | | | | | | |
| *White turnout/WVAP* | | | 69.9 | | | | | | | | | | |
| **U.S. Senator** | | | | | | | | | | | | | |
| Adrian Perkins | D | B | 19.0 | 49.8 | (49.4, 50.1) | 50.8 | 50.9 | 48.7 | 6.9 | (6.7, 7.1) | 5.7 | 4.3 | 5.5 |
| Derrick Edwards | D | B | 11.1 | 30.0 | (29.7, 30.3) | 32.6 | 32.3 | 29.5 | 2.0 | (1.8, 2.3) | 1.8 | 1.9 | 3.3 |
| Bill Cassidy | R | W | 59.3 | 4.7 | (4.4, 4.9) | 4.5 | -0.2 | 6.4 | 87.0 | (86.8, 87.1) | 86.4 | 88.0 | 85.2 |
| Others | | | 10.6 | 15.6 | (15.3, 15.9) | 17.0 | 17.0 | 15.4 | 4.2 | (4.0, 4.3) | 5.4 | 5.8 | 6.0 |
| *Black turnout/BVAP* | | | 57.1 | | | | | | | | | | |
| *White turnout/WVAP* | | | 69.9 | | | | | | | | | | |

## Appendix A

**Voting Patterns by Race**
**Statewide**

| | Party | Race | Vote | Estimates for Black Voters | | | | | Estimates for White Voters | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | EI RxC | 95% confidence interval | EI 2x2 | ER | HP | EI RxC | 95% confidence interval | EI 2x2 | ER | HP |
| **2019 October** | | | | | | | | | | | | | |
| **Lieutenant Governor** | | | | | | | | | | | | | |
| Willie Jones | D | B | 31.9 | 88.6 | (88.3, 88.9) | 90.0 | 92.1 | 85.2 | 7.6 | (7.4, 7.8) | 8.0 | 7.8 | 10.9 |
| Billy Nungesser | R | W | 68.1 | 11.5 | (11.1, 11.7) | 10.0 | 7.9 | 14.8 | 92.4 | (92.2, 92.6) | 92.0 | 92.2 | 89.1 |
| *Black turnout/BVAP* | | | 35.2 | | | | | | | | | | |
| *White turnout/WVAP* | | | 45.2 | | | | | | | | | | |
| **Attorney General** | | | | | | | | | | | | | |
| Ike Jackson | D | B | 33.8 | 90.6 | (90.3, 90.9) | 91.2 | 94.0 | 87.7 | 9.4 | (9.3, 9.7) | 10.1 | 9.2 | 12.2 |
| Jeff Landry | R | W | 66.2 | 9.4 | (9.1, 9.7) | 9.0 | 6.1 | 12.3 | 90.6 | (90.3, 90.7) | 89.9 | 90.8 | 87.8 |
| *Black turnout/BVAP* | | | 35.2 | | | | | | | | | | |
| *White turnout/WVAP* | | | 45.2 | | | | | | | | | | |
| **Secretary of State** | | | | | | | | | | | | | |
| Gwen Collins-Greenup | D | B | 33.8 | 91.6 | (91.1, 91.9) | 92.3 | 95.0 | 88.9 | 9.3 | (9.0, 10.0) | 9.4 | 8.5 | 11.6 |
| Kyle Ardoin | R | W | 41.1 | 3.1 | (2.8, 3.9) | 2.9 | 0.5 | 4.9 | 57.4 | (57.0, 57.6) | 57.3 | 55.9 | 55.2 |
| Thomas Kennedy III | R | W | 19.0 | 3.3 | (3.1, 3.5) | 2.8 | 2.7 | 3.9 | 25.7 | (25.5, 25.8) | 25.8 | 27.1 | 25.4 |
| Amanda Smith | R | W | 6.1 | 2.0 | (1.8, 2.2) | 2.1 | 1.8 | 2.3 | 7.7 | (7.4, 7.8) | 7.8 | 8.4 | 7.8 |
| *Black turnout/BVAP* | | | 35.2 | | | | | | | | | | |
| *White turnout/WVAP* | | | 45.2 | | | | | | | | | | |
| **Treasurer** | | | | | | | | | | | | | |
| Derrick Edwards | D | B | 34.5 | 94.6 | (91.5, 95.0) | 94.6 | 97.4 | 91.9 | 11.2 | (10.8, 13.3) | 9.4 | 9.0 | 12.5 |
| John Schroder | R | W | 60.0 | 2.1 | (1.7, 5.4) | 2.9 | -2.1 | 4.2 | 84.7 | (83.2, 85.0) | 84.3 | 85.0 | 82.2 |
| Teresa Kenny | | W | 5.5 | 3.3 | (3.0, 3.6) | 4.3 | 4.7 | 3.9 | 4.0 | (3.4, 4.3) | 5.9 | 6.0 | 5.4 |
| *Black turnout/BVAP* | | | 35.2 | | | | | | | | | | |
| *White turnout/WVAP* | | | 45.2 | | | | | | | | | | |
| **2019 November** | | | | | | | | | | | | | |
| **Secretary of State** | | | | | | | | | | | | | |
| Gwen Collins-Greenup | D | B | 40.9 | 96.1 | (95.9, 96.3) | 96.0 | 99.7 | 93.8 | 12.9 | (12.7, 13.1) | 13.7 | 12.0 | 15.4 |
| Kyle Ardoin | R | W | 59.1 | 3.9 | (3.7, 4.1) | 4.0 | 0.3 | 6.2 | 87.1 | (86.9, 87.3) | 86.4 | 88.1 | 84.6 |
| *Black turnout/BVAP* | | | 44.0 | | | | | | | | | | |
| *White turnout/WVAP* | | | 47.9 | | | | | | | | | | |

| Appendix A<br>Voting Patterns by Race<br>Statewide | | | | | Estimates for Black Voters | | | | | Estimates for White Voters | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Party | Race | Vote | EI RxC | 95% confidence interval | EI 2x2 | ER | HP | EI RxC | 95% confidence interval | EI 2x2 | ER | HP |
| **2018 November** | | | | | | | | | | | | | |
| **Secretary of State** | | | | | | | | | | | | | |
| Gwen Collins-Greenup | D | B | 19.8 | 55.1 | (54.8, 55.4) | 57.9 | 56.4 | 52.8 | 3.1 | (3.0, 3.5) | 2.8 | 3.0 | 5.2 |
| Renee Fontenot Free | D | W | 16.4 | 34.7 | (34.4, 35.0) | 37.2 | 36.8 | 33.9 | 8.3 | (8.0, 8.5) | 6.6 | 6.8 | 7.6 |
| Julie Stokes | R | W | 11.2 | 1.7 | (1.6, 1.9) | 2.0 | 1.0 | 2.7 | 15.2 | (15.0, 15.3) | 15.5 | 14.2 | 15.0 |
| Kyle Ardoin | R | W | 20.5 | 2.2 | (2.1, 2.3) | 2.3 | 1.2 | 3.1 | 29.2 | (29.0, 29.3) | 28.9 | 30.7 | 28.9 |
| Rick Edmonds | R | W | 11.3 | 1.3 | (1.2, 1.4) | 1.2 | 0.5 | 1.8 | 16.1 | (16.0, 16.2) | 16.1 | 15.3 | 15.3 |
| Thomas Kennedy III | R | W | 9.4 | 1.6 | (1.5, 1.7) | 1.2 | 1.1 | 1.9 | 13.1 | (13.0, 13.2) | 13.1 | 14.6 | 13.4 |
| Others | | | 11.3 | 3.5 | (3.3, 3.6) | 3.0 | 3.0 | 3.7 | 15.0 | (14.9, 15.1) | 15.1 | 15.4 | 14.7 |
| *Black turnout/BVAP* | | | *41.1* | | | | | | | | | | |
| *White turnout/WVAP* | | | *49.1* | | | | | | | | | | |
| **2018 December** | | | | | | | | | | | | | |
| **Secretary of State** | | | | | | | | | | | | | |
| Gwen Collins-Greenup | D | B | 40.7 | 96.8 | (96.6, 97.1) | 95.0 | 101.7 | 93.7 | 14.0 | (13.8, 14.3) | 16.0 | 12.4 | 16.0 |
| Kyle Ardoin | R | W | 59.3 | 3.2 | (2.9, 3.4) | 4.8 | -1.7 | 6.3 | 86.0 | (85.7, 86.2) | 84.0 | 87.6 | 84.0 |
| *Black turnout/BVAP* | | | *14.9* | | | | | | | | | | |
| *White turnout/WVAP* | | | *17.1* | | | | | | | | | | |
| **2017 October** | | | | | | | | | | | | | |
| **Treasurer** | | | | | | | | | | | | | |
| Derrick Edwards | D | B | 31.3 | 86.7 | (86.2, 87.1) | 86.9 | 90.5 | 81.0 | 11.0 | (10.7, 11.7) | 10.5 | 8.2 | 11.1 |
| Angele Davis | R | W | 21.6 | 5.5 | (5.3, 5.9) | 5.4 | 4.4 | 7.1 | 28.1 | (27.8, 28.3) | 27.8 | 28.5 | 27.3 |
| Neil Riser | R | W | 18.1 | 4.2 | (3.9, 4.4) | 4.5 | 2.8 | 6.3 | 23.3 | (23.1, 23.5) | 22.7 | 27.0 | 24.1 |
| John Schroder | R | W | 24.0 | 1.7 | (1.5, 2.0) | 1.5 | 0.0 | 2.7 | 32.7 | (32.4, 32.9) | 33.1 | 30.4 | 31.8 |
| Others | | | 4.9 | 1.9 | (1.8, 2.2) | 2.2 | 2.2 | 3.0 | 4.9 | (4.7, 5.0) | 6.1 | 5.8 | 5.6 |
| *Black turnout/BVAP* | | | *10.4* | | | | | | | | | | |
| *White turnout/WVAP* | | | *14.5* | | | | | | | | | | |

| Appendix A Voting Patterns by Race Statewide | Party | Race | Vote | Estimates for Black Voters | | | | | Estimates for White Voters | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | EI RxC | 95% confidence interval | EI 2x2 | ER | HP | EI RxC | 95% confidence interval | EI 2x2 | ER | HP |
| **2017 November** | | | | | | | | | | | | | |
| **Treasurer** | | | | | | | | | | | | | |
| Derrick Edwards | D | B | 44.3 | 98.5 | (98.3, 98.6) | 95.8 | 103.0 | 96.0 | 18.7 | (18.5, 19.2) | 20.7 | 14.3 | 18.4 |
| John Schroder | R | W | 55.7 | 1.5 | (1.4, 1.7) | 4.0 | -3.0 | 4.0 | 81.3 | (80.8, 81.5) | 79.3 | 85.7 | 81.6 |
| *Black turnout/BVAP* | | | *10.8* | | | | | | | | | | |
| *White turnout/WVAP* | | | *12.5* | | | | | | | | | | |
| **2015 October** | | | | | | | | | | | | | |
| **Lieutenant Governor** | | | | | | | | | | | | | |
| Kip Holden | D | B | 33.3 | 86.3 | (85.9, 86.7) | 87.3 | 87.3 | 83.2 | 12.4 | (12.2, 12.7) | 11.1 | 10.7 | 13.4 |
| Billy Nungesser | R | W | 29.9 | 4.1 | (3.8, 4.3) | 3.7 | 3.5 | 5.2 | 40.4 | (40.0, 40.6) | 40.9 | 39.9 | 39.4 |
| John Young | R | W | 28.9 | 6.1 | (5.8, 6.4) | 5.8 | 5.5 | 7.9 | 37.5 | (37.3, 37.8) | 38.5 | 39.1 | 37.9 |
| Elbert Guillory | R | B | 7.9 | 3.6 | (3.4, 3.8) | 4.1 | 3.8 | 3.7 | 9.7 | (9.6, 9.8) | 9.8 | 10.3 | 9.3 |
| *Black turnout/BVAP* | | | *30.0* | | | | | | | | | | |
| *White turnout/WVAP* | | | *37.8* | | | | | | | | | | |
| **Attorney General** | | | | | | | | | | | | | |
| Ike Jackson | D | B | 10.8 | 33.1 | (32.8, 33.4) | 33.6 | 33.0 | 30.6 | 1.7 | (1.5, 1.9) | 1.8 | 1.9 | 2.9 |
| Geri Broussard Baloney | D | B | 17.6 | 46.7 | (44.6, 47.2) | 48.7 | 49.1 | 46.1 | 5.3 | (5.0, 6.3) | 5.6 | 5.3 | 6.8 |
| Buddy Caldwell | R | W | 35.4 | 14.9 | (14.5, 15.6) | 13.7 | 14.1 | 16.8 | 44.5 | (44.2, 44.7) | 44.4 | 44.2 | 42.6 |
| Jeff Landry | R | W | 32.7 | 3.3 | (3.0, 4.8) | 2.4 | 1.5 | 4.0 | 45.0 | (44.3, 45.3) | 45.3 | 44.5 | 43.8 |
| Marty Maley | R | W | 3.6 | 2.0 | (1.8, 2.1) | 2.2 | 2.3 | 2.5 | 3.6 | (3.4, 3.7) | 4.1 | 4.1 | 3.9 |
| *Black turnout/BVAP* | | | *30.0* | | | | | | | | | | |
| *White turnout/WVAP* | | | *37.8* | | | | | | | | | | |
| **Secretary of State** | | | | | | | | | | | | | |
| Chris Tyson | D | B | 37.8 | 93.5 | (93.2, 93.9) | 94.0 | 95.5 | 91.5 | 14.2 | (14.0, 14.8) | 14.2 | 15.4 | 17.8 |
| Tom Schedler | R | W | 62.2 | 6.5 | (6.1, 6.8) | 5.9 | 4.5 | 8.5 | 85.8 | (85.2, 86.0) | 85.8 | 84.6 | 82.2 |
| *Black turnout/BVAP* | | | *30.0* | | | | | | | | | | |
| *White turnout/WVAP* | | | *37.8* | | | | | | | | | | |

**Appendix A**
**Voting Patterns by Race**
**Statewide**

| | | | | Estimates for Black Voters | | | | | Estimates for White Voters | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Party | Race | Vote | EI RxC | 95% confidence interval | EI 2x2 | ER | HP | EI RxC | 95% confidence interval | EI 2x2 | ER | HP |
| **2015 November** | | | | | | | | | | | | | |
| **Lieutenant Governor** | | | | | | | | | | | | | |
| Kip Holden | D | B | 44.6 | 96.2 | (95.9, 96.5) | 96.4 | 98.7 | 93.2 | 20.5 | (20.2, 20.9) | 19.9 | 19.4 | 22.2 |
| Billy Nungesser | R | W | 55.4 | 3.8 | (3.5, 4.1) | 3.6 | 1.3 | 6.8 | 79.5 | (79.1, 79.8) | 80.0 | 80.6 | 77.8 |
| *Black turnout/BVAP* | | | 33.2 | | | | | | | | | | |
| *White turnout/WVAP* | | | 37.5 | | | | | | | | | | |

## APPENDIX B

| Voting Patterns by Race Fairfax 2022 Remedial Plan District 5 | Party | Race | Estimates for Black Voters | | | | Estimates for Non-Black Voters | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | EI RxC | 95% confidence interval | EI 2x2 | ER | EI RxC | 95% confidence interval | EI 2x2 | ER |
| **2020 November** | | | | | | | | | | |
| **U.S. President** | | | | | | | | | | |
| Biden/Harris | D | W/B | 92.6 | 77.3, 96.9 | 96.6 | 99.2 | 16.0 | 11.6, 31.7 | 12.4 | 8.2 |
| Trump/Pence | R | W/W | 5.6 | 1.2, 21.2 | 2.9 | -1.1 | 82.7 | 66.7, 87.2 | 85.1 | 90.8 |
| Others | | | 1.8 | 1.6, 2.1 | 1.9 | 1.9 | 1.3 | 1.1, 1.6 | 1.1 | 1.0 |
| *Black turnout/BVAP* | *58.8* | | | | | | | | | |
| *White turnout/WVAP* | *61.7* | | | | | | | | | |
| **U.S. Senator** | | | | | | | | | | |
| Adrian Perkins | D | B | 46.6 | 46.2, 47.0 | 47.7 | 46.2 | 4.5 | 4.2, 4.9 | 3.9 | 2.8 |
| Derrick Edwards | D | B | 32.4 | 32.0, 32.7 | 32.4 | 33.2 | 2.2 | 2.0, 2.5 | 1.9 | 2.1 |
| Bill Cassidy | R | W | 4.1 | 3.8, 4.4 | 4.8 | 3.4 | 87.8 | 87.4, 88.1 | 87.0 | 89.7 |
| Others | | | 17.0 | 16.6, 17.4 | 17.3 | 17.2 | 5.5 | 5.1, 5.8 | 5.0 | 5.4 |
| *Black turnout/BVAP* | *58.8* | | | | | | | | | |
| *White turnout/WVAP* | *61.7* | | | | | | | | | |
| **2019 October** | | | | | | | | | | |
| **Lieutenant Governor** | | | | | | | | | | |
| Willie Jones | D | B | 88.8 | 88.4, 89.3 | 88.2 | 89.6 | 7.0 | 6.6, 7.4 | 7.4 | 7.5 |
| Billy Nungesser | R | W | 11.2 | 10.7, 11.6 | 11.8 | 10.5 | 93.0 | 92.6, 93.4 | 92.7 | 92.5 |
| *Black turnout/BVAP* | *38.9* | | | | | | | | | |
| *White turnout/WVAP* | *43.5* | | | | | | | | | |
| **Attorney General** | | | | | | | | | | |
| Ike Jackson | D | B | 90.9 | 90.4, 91.3 | 90.4 | 90.8 | 7.9 | 7.5, 8.3 | 8.0 | 8.4 |
| Jeff Landry | R | W | 9.1 | 8.7, 9.6 | 9.6 | 9.2 | 92.1 | 91.7, 92.5 | 92.0 | 91.6 |
| *Black turnout/BVAP* | *38.9* | | | | | | | | | |
| *White turnout/WVAP* | *43.5* | | | | | | | | | |

| | | | | Estimates for Black Voters | | | Estimates for Non-Black Voters | | |
|---|---|---|---|---|---|---|---|---|---|
| **APPENDIX B** | | | | | | | | | |
| **Voting Patterns by Race** | | | | | | | | | |
| **Fairfax 2022 Remedial** | | | | 95% | | | | 95% | |
| **Plan District 5** | | | | confidence | | | | confidence | |
| | Party | Race | EI RxC | interval | EI 2x2 | ER | EI RxC | interval | EI 2x2 | ER |
| **Secretary of State** | | | | | | | | | | |
| Gwen Collins-Greenup | D | B | 92.0 | 91.6, 92.4 | 91.8 | 92.2 | 7.9 | 7.5, 8.3 | 8.3 | 7.5 |
| Kyle Ardoin | R | W | 2.8 | 2.4, 3.1 | 3.2 | 2.8 | 59.2 | 58.8, 59.6 | 59.2 | 57.2 |
| Thomas Kennedy III | R | W | 3.1 | 2.7, 3.4 | 2.9 | 3.0 | 25.0 | 24.6, 25.3 | 24.8 | 26.7 |
| Amanda Smith | R | W | 2.2 | 2.0, 2.4 | 1.8 | 1.9 | 7.9 | 7.6, 8.1 | 7.9 | 8.6 |
| *Black turnout/BVAP* | *38.9* | | | | | | | | | |
| *White turnout/WVAP* | *43.5* | | | | | | | | | |
| **Treasurer** | | | | | | | | | | |
| Derrick Edwards | D | B | 94.4 | 94.0, 94.8 | 94.3 | 95.3 | 9.4 | 9.0, 9.7 | 9.5 | 8.9 |
| John Schroder | R | W | 1.5 | 1.2, 1.7 | 2.5 | 0.4 | 85.2 | 84.9, 85.6 | 84.4 | 85.8 |
| Teresa Kenny | | W | 4.2 | 3.9, 4.4 | 4.2 | 4.3 | 5.4 | 5.1, 5.6 | 5.1 | 5.3 |
| *Black turnout/BVAP* | *38.9* | | | | | | | | | |
| *White turnout/WVAP* | *43.5* | | | | | | | | | |
| **2019 November** | | | | | | | | | | |
| **Secretary of State** | | | | | | | | | | |
| Gwen Collins-Greenup | D | B | 96.8 | 96.5, 97.2 | 95.8 | 97.4 | 11.1 | 10.7, 11.5 | 12.4 | 10.0 |
| Kyle Ardoin | R | W | 3.2 | 2.8, 3.5 | 4.2 | 2.6 | 88.9 | 88.5, 89.3 | 87.6 | 90.0 |
| *Black turnout/BVAP* | *48.3* | | | | | | | | | |
| *White turnout/WVAP* | *45.0* | | | | | | | | | |

## APPENDIX B

| Voting Patterns by Race Fairfax 2022 Remedial Plan District 5 | | | Estimates for Black Voters | | | | Estimates for Non-Black Voters | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Party | Race | EI RxC | 95% confidence interval | EI 2x2 | ER | EI RxC | 95% confidence interval | EI 2x2 | ER |
| **2018 November** | | | | | | | | | | |
| **Secretary of State** | | | | | | | | | | |
| Gwen Collins-Greenup | D | B | 56.3 | 55.9, 56.8 | 57.6 | 55.9 | 3.7 | 3.3, 4.0 | 2.9 | 3.1 |
| Renee Fontenot Free | D | W | 34.1 | 33.7, 34.6 | 34.9 | 35.3 | 8.0 | 7.6, 8.4 | 7.2 | 6.5 |
| Julie Stokes | R | W | 1.1 | 1.0, 1.3 | 1.0 | 1.2 | 10.5 | 10.3, 10.7 | 10.5 | 9.6 |
| Kyle Ardoin | R | W | 2.2 | 2.0, 2.5 | 2.5 | 1.6 | 36.6 | 36.3, 37.0 | 36.1 | 38.1 |
| Rick Edmonds | R | W | 1.3 | 1.1, 1.5 | 1.2 | 1.1 | 15.2 | 15.0, 15.5 | 15.3 | 14.4 |
| Thomas Kennedy III | R | W | 1.6 | 1.4, 1.8 | 1.3 | 1.1 | 14.1 | 13.8, 14.3 | 14.2 | 16.5 |
| Others | | | 3.3 | 3.1, 3.6 | 3.4 | 3.6 | 11.9 | 11.6, 12.2 | 11.7 | 11.8 |
| *Black turnout/BVAP* | *42.8* | | | | | | | | | |
| *White turnout/WVAP* | *43.8* | | | | | | | | | |
| **2018 December** | | | | | | | | | | |
| **Secretary of State** | | | | | | | | | | |
| Gwen Collins-Greenup | D | B | 96.9 | 96.5, 97.2 | 94.7 | 98.8 | 14.0 | 13.4, 14.5 | 16.9 | 10.7 |
| Kyle Ardoin | R | W | 3.1 | 2.8, 3.5 | 5.3 | 1.3 | 86.0 | 85.5, 86.6 | 83.1 | 89.3 |
| *Black turnout/BVAP* | *17.4* | | | | | | | | | |
| *White turnout/WVAP* | *17.0* | | | | | | | | | |
| **2017 October** | | | | | | | | | | |
| **Treasurer** | | | | | | | | | | |
| Derrick Edwards | D | B | 88.4 | 86.6, 89.4 | 85.9 | 90.5 | 7.3 | 6.7, 8.2 | 9.0 | 5.9 |
| Angele Davis | R | W | 4.6 | 3.9, 5.5 | 4.8 | 4.6 | 32.8 | 32.2, 33.4 | 32.6 | 29.7 |
| Neil Riser | R | W | 3.1 | 2.6, 4.0 | 5.0 | 1.1 | 36.1 | 35.5, 36.6 | 34.8 | 43.8 |
| John Schroder | R | W | 1.7 | 1.3, 2.3 | 1.1 | 1.9 | 18.7 | 18.2, 19.2 | 19.2 | 16.4 |
| Others | | | 2.2 | 1.8, 2.6 | 1.3 | 2.0 | 5.0 | 4.7, 5.3 | 5.1 | 4.3 |
| *Black turnout/BVAP* | *7.3* | | | | | | | | | |
| *White turnout/WVAP* | *13.6* | | | | | | | | | |

## APPENDIX B

| Voting Patterns by Race Fairfax 2022 Remedial Plan District 5 | Party | Race | Estimates for Black Voters | | | | Estimates for Non-Black Voters | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | EI RxC | 95% confidence interval | EI 2x2 | ER | EI RxC | 95% confidence interval | EI 2x2 | ER |
| **2017 November** | | | | | | | | | | |
| **Treasurer** | | | | | | | | | | |
| Derrick Edwards | D | B | 98.5 | 98.1, 98.8 | 94.7 | 101.8 | 15.9 | 15.3, 16.6 | 19.7 | 12.8 |
| John Schroder | R | W | 1.5 | 1.2, 1.9 | 5.3 | -1.8 | 84.1 | 83.4, 84.7 | 80.3 | 87.2 |
| *Black turnout/BVAP* | *7.7* | | | | | | | | | |
| *White turnout/WVAP* | *10.1* | | | | | | | | | |
| **2015 October** | | | | | | | | | | |
| **Lieutenant Governor** | | | | | | | | | | |
| Kip Holden | D | B | 90.6 | 90.0, 91.0 | 90.6 | 90.4 | 15.4 | 14.9, 15.9 | 15.9 | 13.5 |
| Billy Nungesser | R | W | 2.1 | 1.8, 2.4 | 2.1 | 1.8 | 36.0 | 35.6, 36.4 | 35.7 | 36.6 |
| John Young | R | W | 2.6 | 2.3, 2.9 | 2.5 | 2.4 | 34.7 | 34.3, 35.1 | 34.5 | 36.0 |
| Elbert Guillory | R | B | 4.8 | 4.4, 5.1 | 4.8 | 5.4 | 13.9 | 13.5, 14.3 | 13.9 | 13.9 |
| *Black turnout/BVAP* | *34.3* | | | | | | | | | |
| *White turnout/WVAP* | *36.7* | | | | | | | | | |
| **Attorney General** | | | | | | | | | | |
| Ike Jackson | D | B | 35.6 | 35.1, 36.0 | 36.0 | 35.1 | 2.0 | 1.7, 2.3 | 1.6 | 1.9 |
| Geri Broussard Baloney | D | B | 41.3 | 39.9, 41.9 | 41.8 | 41.2 | 5.2 | 4.7, 6.1 | 4.7 | 4.9 |
| Buddy Caldwell | R | W | 18.1 | 17.5, 18.7 | 17.1 | 18.3 | 49.4 | 48.8, 49.9 | 50.3 | 51.5 |
| Jeff Landry | R | W | 3.0 | 2.6, 3.7 | 2.8 | 3.6 | 39.2 | 38.4, 39.6 | 39.2 | 37.2 |
| Marty Maley | R | W | 2.1 | 1.8, 2.3 | 1.9 | 1.8 | 4.3 | 4.1, 4.5 | 4.4 | 4.4 |
| *Black turnout/BVAP* | *34.3* | | | | | | | | | |
| *White turnout/WVAP* | *36.7* | | | | | | | | | |
| **Secretary of State** | | | | | | | | | | |
| Chris Tyson | D | B | 94.4 | 94.0, 94.9 | 94.1 | 94.2 | 15.1 | 14.6, 15.5 | 15.4 | 15.4 |
| Tom Schedler | R | W | 5.6 | 5.1, 6.0 | 5.9 | 5.7 | 84.9 | 84.5, 85.4 | 84.6 | 84.6 |
| *Black turnout/BVAP* | *34.3* | | | | | | | | | |
| *White turnout/WVAP* | *36.7* | | | | | | | | | |

**APPENDIX B**

| | | | | Estimates for Black Voters | | | | Estimates for Non-Black Voters | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Voting Patterns by Race Fairfax 2022 Remedial Plan District 5** | **Party** | **Race** | **EI RxC** | **95% confidence interval** | **EI 2x2** | **ER** | **EI RxC** | **95% confidence interval** | **EI 2x2** | **ER** |
| **2015 November Lieutenant Governor** | | | | | | | | | | |
| Kip Holden | D | B | 97.5 | 97.2, 97.9 | 96.8 | 98.7 | 24.6 | 24.2, 25.1 | 25.9 | 22.6 |
| Billy Nungesser | R | W | 2.5 | 2.1, 2.8 | 3.2 | 1.5 | 75.4 | 74.9, 75.8 | 74.1 | 77.4 |
| *Black turnout/BVAP* | *36.4* | | | | | | | | | |
| *White turnout/WVAP* | *34.2* | | | | | | | | | |

## Appendix C: Overview of the Percent Needed to Win Methodology

***Calculating the Percent Needed to Win***  This methodological approach to assessing the opportunity of Black voters to elect their candidates of choice in proposed districts was designed in recognition of the fact that turnout rates by race alone are not sufficient for determining whether a district will perform for Black voters. Estimates of Black and white (or non-Black) support for Black-preferred candidates, used in conjunction with turnout rates by race, are needed to calculate the percentage of the vote a minority-preferred candidate would receive in a given proposed district.

***Turnout rates by race***  Because the Black age-eligible population often turns out to vote at a lower rate than the white age-eligible population, the BVAP needed to ensure that Black voters comprise at least half of the voters in an election is often higher than 50%.[14] The BVAP percentage needed to equalize Black and white voters can be calculated mathematically.[15] But

---

[14] Black turnout is lower than all voters considered together in every election Dr. Overholt lists in Table 4 (Overholt Report, page 10).

[15] The equalizing percentage is calculated mathematically by solving the following equation:

Let
M = the proportion of the district's voting age population that is Black
W = 1-M = the proportion of the district's voting age population that is white
A = the proportion of the Black voting age population that turned out to vote
B = the proportion of the white voting age population that turned out to vote
Therefore,
M(A) = the proportion of the population that is Black and turned out to vote (1)
(1-M)B = the proportion of total population that is white and turned out to vote (2)

To find the value of M that is needed for (1) and (2) to be equal, (1) and (2) are set as equal and we solve for M algebraically:

$$M(A) = (1-M)B$$
$$M(A) = B - M(B)$$
$$M(A) + M(B) = B$$
$$M(A+B) = B$$
$$M = B/(A+B)$$

Thus, for example, if 39.3% of the black population turned out and 48.3% of the white population turned out, B= .483 and A = .393, and M = .483/ (.393+.483) = .483/.876 = .5513, therefore a Black VAP of 55.1% would produce an equal number of Black and white voters. (For a more in-depth discussion of equalizing turnout see Kimball Brace, Bernard Grofman, Lisa Handley, and Richard Niemi, "Minority Voting Equality: The 65 Percent Rule in Theory and Practice," *Law and Policy*, 10(1), January 1988.)

15

equalizing turnout is only the first step in the process – it does not take into account the voting patterns of Black and other voters. If voting is racially polarized but a significant number of non-Black voters typically "crossover" to vote for Black voters' preferred candidate, it may be the case that this crossover voting can compensate for depressed Black turnout relative to non-Black turnout. If this is the case, Black voters need not make up at least 50% of the voters in an election for the Black-preferred candidate to win. On the other hand, without significant crossover voting, a BVAP of 50%, or even higher, may be necessary to elect the candidates of choice of Black voters.

To illustrate this mathematically, consider a district that has 1000 persons of voting age, 50% of whom are Black and 50% of whom are white. Let us begin by assuming that Black turnout is lower than white turnout in a two-candidate election. In our hypothetical election example, 42% of the BVAP turn out to vote and 60% of the white voting age population ("WVAP") vote.[16] This means that, for our illustrative election, there are 210 Black voters and 300 white voters.

Further suppose that 96% of the Black voters supported their candidate of choice and 25% of the white voters cast their votes for this candidate (with the other 75% supporting her opponent in the election contest). Thus, in our example, Black voters cast 200 of their 210 votes for the Black-preferred candidate and their other 8 votes for her opponent; white voters cast 75 of their 300 votes for the Black-preferred candidate and 225 votes for their preferred candidate:

| | VAP | turnout | voters | support for Black-preferred candidate | votes for Black-preferred candidate | support for white-preferred candidate | votes for white-preferred candidate |
|---|---|---|---|---|---|---|---|
| Black | 500 | 0.42 | 210 | 0.96 | 202 | 0.04 | 8 |
| White | 500 | 0.60 | 300 | 0.25 | 75 | 0.75 | 225 |
| | | | 510 | | 277 | | 233 |

The candidate of choice of Black voters would receive a total of 277 votes (202 from Black voters and 75 from white voters), while the candidate preferred by white voters would receive

---

[16] In this example, a district that is 58.8% BVAP would be required to ensure that 50% of the voters on Election Day are Black voters.

16

only 233 votes (8 from Black voters and 225 from white voters). The Black-preferred candidate would win the election with 55.4% (277/500) of the vote in this hypothetical 50% Black VAP district. And the Black-preferred candidate would be successful despite the fact that Black eligible voters turned out to vote at a lower rate than white eligible voters and the election was racially polarized.

The candidate of choice of Black voters would still win the election by a very small margin (50.9%) in a district that is 45% Black with these same voting patterns:

|  | VAP | turnout | voters | support for Black-preferred candidate | votes for Black-preferred candidate | support for white-preferred candidate | votes for white-preferred candidate |
|---|---|---|---|---|---|---|---|
| Black | 450 | 0.42 | 189 | 0.96 | 181 | 0.04 | 8 |
| White | 550 | 0.60 | 330 | 0.25 | 83 | 0.75 | 248 |
|  |  |  | 519 |  | 264 |  | 255 |

In a district with a 40% BVAP, however, the Black-preferred candidate would garner only 47.5% of the vote.[17]

---

[17]  In the illustrative examples, VAP and voting patterns are known and the equation solves for the percentage of votes received by the Black-preferred candidate. In determining the percentage of BVAP needed to provide Black voters with an opportunity to elect their candidates of choice, voting patterns and the percentage of votes are known and we are solving for the VAP needed to produce at least 50 percent of the votes for the Black-preferred candidate.

**Appendix D**

**Lisa R. Handley**
CURRICULUM VITAE

## Professional Experience

Dr. Handley has over thirty years of experience in the areas of redistricting and voting rights, both as a practitioner and an academician, and is recognized nationally and internationally as an expert on these subjects. She has advised numerous clients on redistricting and has served as an expert in dozens of redistricting and voting rights court cases. Her clients have included the U.S. Department of Justice, civil rights organizations, independent redistricting commissions (Arizona, Colorado, Michigan) and scores of state and local jurisdictions. Internationally, Dr. Handley has provided electoral assistance in more than a dozen countries, serving as a consultant on electoral system design and redistricting for the United Nations, UNDP, IFES, and International IDEA. In addition, Dr. Handley served as Chairman of the Electoral Boundaries Commission in the Cayman Islands.

Dr. Handley has been actively involved in research, writing and teaching on the subjects of redistricting and voting rights.  She has co-written a book, <u>Minority Representation and the Quest for Voting Equality</u> (Cambridge University Press, 1992) and co-edited a volume (<u>Redistricting in Comparative Perspective</u>, Oxford University Press, 2008) on these subjects. Her research has also appeared in peer-reviewed journals such as *Journal of Politics*, *Legislative Studies Quarterly*, *American Politics Quarterly*, *Journal of Law and Politics*, and *Law and Policy,* as well as law reviews and edited books.  She has taught political science undergraduate and graduate courses related to these subjects at several universities including the University of Virginia and George Washington University. Dr. Handley is a Visiting Research Academic at Oxford Brookes University in the United Kingdom.

Dr. Handley is the President of Frontier International Consulting, a consulting firm that specializes in providing electoral assistance in transitional and post-conflict democracies. She also works as an independent election consultant both in the United States and internationally.

## Education

Ph.D.   The George Washington University, Political Science, 1991

## Present Employment

***President***, Frontier International Electoral Consulting LLC (since co-founding company in 1998).

***Senior International Electoral Consultant,*** Technical assistance for clients such as the UN, UNDP and IFES on electoral system design and boundary delimitation

**Visiting Research Academic**, Centre for Development and Emergency Practice (CENDEP), Oxford Brookes University

## U.S. Clients since 2010

American Civil Liberties Union – expert testimony in Voting Right Act challenges in Arkansas, Georgia and Louisiana, expert testimony in Ohio partisan gerrymander challenge and expert testimony in challenge to Commerce Department inclusion of citizenship question on 2020 census form

Lawyers Committee for Civil Rights Under Law – expert testimony in challenges to statewide judicial elections in Texas and Alabama

US Department of Justice – expert witness testimony in several Section 2 and Section 5 cases (City of Euclid, Euclid School Board, City of Port Chester, City of Eastpoint, two Texas challenges)

Alaska: Redistricting Board (2001 and 2011) – redistricting consultation, expert witness testimony

Albany County, NY (2021) – redistricting consultation

Arizona: Independent Redistricting Board (2001 and 2021) – redistricting consultation

Boston (2022) – redistricting consultation

Colorado: Redistricting Commission (2021), Redistricting Board (2001 and 2011) – redistricting consultation

Connecticut: State Senate and State House of Representatives (2001 and 2011) – redistricting consultation

Kansas: State Legislative Research Department (2001, 2011, 2021) – redistricting consultation

Massachusetts: State Senate (2001 and 2011) – redistricting consultation

Michigan: Michigan Independent Citizens Redistricting Commission (2021) – redistricting consultation

Miami-Dade County, Florida: County Attorney (2001 and 2011) – redistricting consultation

Monroe County, NY (2022) – redistricting consultation

New Mexico: State House (2001) – redistricting consultation, expert witness testimony

New York: State Assembly (2001), State Senate (2021) – redistricting consultation

New York City: Redistricting Commission and Charter Commission (2001, 2011, 2021 and 2022) – redistricting consultation

Pima County, AZ (2022) – redistricting consultation

Rhode Island: State Senate and State House (2001 and 2021) – redistricting consultation

Virginia (2015-2017) – redistricting consultant for Governor during redistricting litigation

2

## International Clients

United Nations
- Afghanistan – electoral system design and district delimitation expert
- Bangladesh (UNDP) – redistricting expert
- Sierra Leone (UNDP) – redistricting expert
- Liberia (UNMIL, UN peacekeeping mission) – redistricting expert
- Democratic Republic of the Congo (MONUC, UN peacekeeping mission) – election feasibility mission, electoral system design and redistricting expert
- Kenya (UN) – electoral system design and redistricting expert
- Haiti (UN) – election feasibility mission, electoral system design and redistricting expert
- Zimbabwe (UNDP) – redistricting expert
- Lead Writer on the topic of boundary delimitation (redistricting) for ACE (Joint UN, IFES and IDEA project on the Administration and Cost of Elections Project)

International Foundation for Election Systems (IFES)
- Afghanistan – district delimitation expert
- Sudan – redistricting expert
- Kosovo – electoral system design and redistricting expert
- Nigeria – redistricting expert
- Nepal – redistricting expert
- Georgia – electoral system design and district delimitation expert
- Yemen – redistricting expert
- Lebanon – electoral system design and redistricting expert
- Malaysia – electoral system design and redistricting expert
- Myanmar – electoral system design and redistricting expert
- Ukraine – electoral system design and redistricting expert
- Pakistan – consultant for developing redistricting software
- Principal consultant for the Delimitation Equity Project – conducted research, wrote reference manual and developed training curriculum
- Writer on electoral boundary delimitation (redistricting), Elections Standards Project
- Training – developed training curriculum and conducted training workshops on electoral boundary delimitation (redistricting ) in Azerbaijan and Jamaica

International Institute for Democracy and Electoral Assistance (International IDEA):
- Consultant on electoral dispute resolution systems
- Technology consultant on use of GIS for electoral district delimitation
- Training – developed training material and conducted training workshop on electoral boundary delimitation (redistricting ) for African election officials (Mauritius)
- Curriculum development – boundary delimitation curriculum for the BRIDGE Project

Other international clients have included The Cayman Islands; the Australian Election Commission; the Boundary Commission of British Columbia, Canada; and the Global Justice Project for Iraq.

3

## Publications

***Books***:

<u>Does Torture Prevention Work?</u> Liverpool University Press, 2016 (served as editor and author, with Richard Carver)

<u>Comparative Redistricting in Perspective</u>, Oxford University Press, 2008 (first editor, with Bernard Grofman).

<u>Delimitation Equity Project: Resource Guide</u>, Center for Transitional and Post-Conflict Governance at IFES and USAID publication, 2006 (lead author).

<u>Minority Representation and the Quest for Voting Equality</u>, Cambridge University Press, 1992 (with Bernard Grofman and Richard Niemi).

***Academic Journal Articles***:

"Drawing Electoral Districts to Promote Minority Representation, <u>Representation</u>, Volume 58 (3), 2022, pp. 373-389.

"Evaluating national preventive mechanisms: a conceptual model," <u>Journal of Human Rights Practice</u>, Volume 12 (2), July 2020 (with Richard Carver).

"Minority Success in Non-Majority Minority Districts: Finding the 'Sweet Spot'," <u>Journal of Race, Ethnicity and Politics</u>, Volume 5 (2), July 2020, pp. 275-298 (with David Lublin, Thomas Brunell and Bernard Grofman).

"Has the Voting Rights Act Outlived its Usefulness: In a Word, "No," <u>Legislative Studies Quarterly</u>, Volume 34 (4), November 2009 (with David Lublin, Thomas Brunell and Bernard Grofman).

"Delimitation Consulting in the US and Elsewhere," <u>Zeitschrift für Politikberatung</u>, volume 1 (3/4), 2008 (with Peter Schrott).

"Drawing Effective Minority Districts: A Conceptual Framework and Some Empirical Evidence," <u>North Carolina Law Review</u>, volume 79 (5), June 2001 (with Bernard Grofman and David Lublin).

"A Guide to 2000 Redistricting Tools and Technology" in <u>The Real Y2K Problem: Census 2000 Data and Redistricting Technology</u>, edited by Nathaniel Persily, New York: Brennan Center, 2000.

"1990s Issues in Voting Rights," <u>Mississippi Law Journal</u>, 65 (2), Winter 1995 (with Bernard Grofman).

"Minority Turnout and the Creation of Majority-Minority Districts," <u>American Politics Quarterly</u>, 23 (2), April 1995 (with Kimball Brace, Richard Niemi and Harold Stanley).

4

"Identifying and Remedying Racial Gerrymandering," <u>Journal of Law and Politics</u>, 8 (2), Winter 1992 (with Bernard Grofman).

"The Impact of the Voting Rights Act on Minority Representation in Southern State Legislatures," <u>Legislative Studies Quarterly</u>, 16 (1), February 1991 (with Bernard Grofman).

"Minority Population Proportion and Black and Hispanic Congressional Success in the 1970s and 1980s," <u>American Politics Quarterly</u>, 17 (4), October 1989 (with Bernard Grofman).

"Black Representation: Making Sense of Electoral Geography at Different Levels of Government," <u>Legislative Studies Quarterly</u>, 14 (2), May 1989 (with Bernard Grofman).

"Minority Voting Equality: The 65 Percent Rule in Theory and Practice," <u>Law and Policy</u>, 10 (1), January 1988 (with Kimball Brace, Bernard Grofman and Richard Niemi).

"Does Redistricting Aimed to Help Blacks Necessarily Help Republicans?" <u>Journal of Politics</u>, 49 (1), February 1987 (with Kimball Brace and Bernard Grofman).

***Chapters in Edited Volumes***:

 "Political representation of small minorities and the international normative framework in districted electoral systems," Addis Ababa University Law School series, 2021 (with Richard Carver and Sam Ponniah).

"Effective torture prevention," <u>Research Handbook on Torture</u>, Sir Malcolm Evans and Jens Modvig (eds), Cheltenham: Edward Elgar, 2020 (with Richard Carver).

"Redistricting" in <u>Oxford Handbook of Electoral Systems</u>, Erik Herron Robert Pekkanen and Matthew Shugart (eds), Oxford: Oxford University Press, 2018.

"Role of the Courts in the Electoral Boundary Delimitation Process," in <u>International Election Remedies</u>, John Hardin Young (ed.), Chicago: American Bar Association Press, 2017.

"One Person, One Vote, Different Values: Comparing Delimitation Practices in India, Canada, the United Kingdom, and the United States," in <u>Fixing Electoral Boundaries in India</u>, edited by Mohd. Sanjeer Alam and K.C. Sivaramakrishnan, New Delhi: Oxford University Press, 2015.

"Delimiting Electoral Boundaries in Post-Conflict Settings," in <u>Comparative Redistricting in Perspective</u>, edited by Lisa Handley and Bernard Grofman, Oxford: Oxford University Press, 2008.

"A Comparative Survey of Structures and Criteria for Boundary Delimitation," in <u>Comparative Redistricting in Perspective</u>, edited by Lisa Handley and Bernard Grofman, Oxford: Oxford University Press, 2008.

"Drawing Effective Minority Districts: A Conceptual Model," in <u>Voting Rights and Minority Representation</u>, edited by David Bositis, published by the Joint Center for Political and Economic Studies, Washington DC, and University Press of America, New York, 2006.

"Electing Minority-Preferred Candidates to Legislative Office: The Relationship Between Minority Percentages in Districts and the Election of Minority-Preferred Candidates," in <u>Race and Redistricting in the 1990s</u>, edited by Bernard Grofman; New York: Agathon Press, 1998 (with Bernard Grofman and Wayne Arden).

"Estimating the Impact of Voting-Rights-Related Districting on Democratic Strength in the U.S. House of Representatives," in <u>Race and Redistricting in the 1990s</u>, edited by Bernard Grofman; New York: Agathon Press, 1998 (with Bernard Grofman).

"Voting Rights in the 1990s: An Overview," in <u>Race and Redistricting in the 1990s</u>, edited by Bernard Grofman; New York: Agathon Press, 1998 (with Bernard Grofman and Wayne Arden).

"Racial Context, the 1968 Wallace Vote and Southern Presidential Dealignment: Evidence from North Carolina and Elsewhere," in <u>Spatial and Contextual Models in Political Research</u>, edited by Munroe Eagles; Taylor and Francis Publishing Co., 1995 (with Bernard Grofman).

"The Impact of the Voting Rights Act on Minority Representation: Black Officeholding in Southern State Legislatures and Congressional Delegations," in <u>The Quiet Revolution: The Impact of the Voting Rights Act in the South, 1965-1990</u>, eds. Chandler Davidson and Bernard Grofman, Princeton University Press, 1994 (with Bernard Grofman).

"Preconditions for Black and Hispanic Congressional Success," in <u>United States Electoral Systems: Their Impact on Women and Minorities</u>, eds. Wilma Rule and Joseph Zimmerman, Greenwood Press, 1992 (with Bernard Grofman).

***Additional Writings of Note***:

"Boundary Delimitation" Topic Area for the Administration and Cost of Elections (ACE) Project, 1998. Published by the ACE Project on the ACE website (electronic publication at www.aceproject.org).

Amicus brief presented to the US Supreme Court in <u>Gill v. Whitford</u>, Brief of Political Science Professors as Amici Curiae, 2017 (one of many social scientists to sign brief)

Amicus brief presented to the US Supreme Court in <u>Shelby County v. Holder</u>, Brief of Historians and Social Scientists as Amici Curiae, 2013 (one of several dozen historians and social scientists to sign brief)

Amicus brief presented to the US Supreme Court in <u>Bartlett v. Strickland</u>, 2008 (with Nathaniel Persily, Bernard Grofman, Bruce Cain, and Theodore Arrington).

**Recent Court Cases**

Pending cases:

- Michigan: *Agee v. Benson* (Case No. 1:22-CV-00272-PLM-RMK-JTN) (U.S. District Court, Western District of Michigan, Southern Division)

- Louisiana: *Robinson v. Ardoin* (Civil Action No. 3:22-cv-00211-SDD-RLB) **(**U.S. District Court, Middle District of Louisiana)

- Georgia: *Alpha Phi Alpha Fraternity et al. v. Raffensperger et al*. (Docket Number: 121-CV-05337-SCJ) (Northern District of Georgia)

- Arkansas: *Arkansas State Conference NAACP et al. v. Arkansas Board of Apportionment et al.* (Case Number: 4:21-cv-01239-LPR) (Eastern District of Arkansas)

- Ohio: *League of Women Voters of Ohio et al. v. Ohio Redistricting Commission et al.* (Case Number: 2021-1193) (Supreme Court of Ohio); *League of Women Voters of Ohio et al. v. Governor DeWine* (Case Number: 2021-1449) (Supreme Court of Ohio)

*Ohio Philip Randolph Institute v. Larry Householder* (2019) – partisan gerrymander challenge to Ohio congressional districts; testifying expert for ACLU on minority voting patterns

*State of New York v. U.S. Department of Commerce* (2018-2019) – challenge to inclusion of citizenship question on 2020 census form; testifying expert on behalf of ACLU

*U.S. v. City of Eastpointe* (settled 2019) – minority vote dilution challenge to City of Eastpointe, Michigan, at-large city council election system; testifying expert on behalf of U.S. Department of Justice

*Alabama NAACP v. State of Alabama* (decided 2020) – minority vote dilution challenge to Alabama statewide judicial election system; testifying expert on behalf of Lawyers Committee for Civil Rights Under Law

*Lopez v. Abbott* (2017-2018) – minority vote dilution challenge to Texas statewide judicial election system; testifying expert on behalf of Lawyers Committee for Civil Rights Under Law

*Personhuballuah v. Alcorn* (2015-2017) – racial gerrymandering challenge to Virginia congressional districts; expert for the Attorney General and Governor of the State of Virginia