# Exhibit 2

Page 1

1

2    IN THE UNITED STATES DISTRICT COURT FOR THE

     WESTERN DISTRICT OF LOUISIANA, MONROE DIVISION

3    Civil Action No. 3:24-cv-00122

     - - - - - - - - - - - - - - - - - - - - - - -x

4    PHILLIP CALLAIS, LLOYD PRICE,  BRUCE ODELL,

     ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR,

5    JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA

     WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES,

6    ROLFE MCCOLLISTER,

                      Plaintiffs,

7    v.

     NANCY LANDRY, in her official capacity

8    as Secretary of State for Louisiana,

                      Defendant.

9    - - - - - - - - - - - - - - - - - - - - - - -x

10

11

12

13

14        DEPOSITION OF DR. BENJAMIN OVERHOLT

15            APPEARING REMOTELY FROM

16             KANSAS CITY , MISSOURI

17              THURSDAY, APRIL 4, 2024

18                   12:18 p.m.

19

20

21   REPORTED BY:

22   DANIELLE GRANT

23   APPEARING REMOTELY FROM RICHMOND COUNTY, N.Y.

24

25

Page 2

1
2
3
4
5
6
7
8
9
10
11          APRIL 4, 2024
12          12:18 p.m.
13
14
15          Remote Videotaped Deposition of
16   DR. BENJAMIN OVERHOLT, held remotely with all
17   parties appearing from their respective
18   locations, pursuant to Notice before DANIELLE
19   GRANT, a Stenographic Reporter and Notary Public
20   of the State of New York.
21
22
23
24
25

Page 4

1
2  REMOTE APPEARANCES:
3
   NAACP LEGAL DEFENSE and EDUCATIONAL FUND, INC.
4     Attorneys For the Robinson
      Intervenor-Defendants
5     700 14th Street N.W.
      Suite 600
6     Washington, DC 20005
   BY:  I. SARA ROHANI, ESQ.
7     VICTORIA WENGER, ESQ. (NYC Office)
8
9  HOLTZMAN VOGEL BARAN TORCHINSKY & IOSEFIAC PLLC.
     Attorneys for the State of Louisiana
10    15405 John Marshall Highway
      Haymarket, Virginia 20169
11  BY:  ZACHARY HENSON, ESQ.
12
13
14
15
16
17
18
19
20
21
22  ALSO PRESENT:
      THOMAS DEVINE, Videographer
23  Garrett Muscatel of ACLU-VRP
24
25

Page 3

1
2  REMOTE APPEARANCES:
3
   GRAVES GARRETT GREIM, LLP
4  Attorneys for the Plaintiffs and the witness
     1100 Main Street
5     Suite 2700
      Kansas City, Missouri 64105
6  BY:  EDWARD D. GREIM, ESQ.
7
8  PAUL LOY HURD, ESQ.
     Attorneys for the Plaintiffs
9     1890 Hudson Circle
      Suite 6
10    Monroe, Louisiana 71201
     BY:  PAUL LOY HURD, ESQ.
11
12
13  ELECTION LAW CLINIC
     HARVARD LAW SCHOOL
14  Attorneys For the Robinson
      Intervenor-Defendants
15    6 Everett Street
      Suite 4105
16    Cambridge, Massachusetts 02138
     BY:  T. ALORA THOMAS-LUNDBORG, ESQ.
17     DANIEL HESSEL, ESQ.
18
     SHOWS, CALI & WALSH, L.L.P.
19  Counsel for Defendant, Nancy Landry, in her
     capacity as Secretary of State of Louisiana
20    628 St. Louis Street (70802)
      P.O. Box 4425
21    Baton Rouge, Louisiana 70821-4425
     BY:  JOHN C. WALSH, ESQ.
22
23
24
25

Page 5

1
2          FEDERAL STIPULATIONS
3
4          IT IS STIPULATED AND AGREED by and
5   between the attorneys for the respective parties
6   herein that the filing, sealing, and
7   certification of the within deposition be waived.
8          IT IS FURTHER STIPULATED AND AGREED
9   that all objections, except as to the form of the
10  question, shall be reserved to the time of the
11  trial.
12          IT IS FURTHER STIPULATED AND AGREED
13  that the within deposition may be sworn to and
14  signed before any officer authorized to
15  administer an oath, with the same force and
16  effect as if signed to before the court.
17
18
19          - oOo -
20
21
22
23
24
25

2 (Pages 2 - 5)

Page 6

1
2
3
4         VIDEOGRAPHER:  Good afternoon.
5   We're going on the record at
6   approximately 12:18 p.m. on April 4,
7   2024.  Please note that this
8   deposition is being conducted
9   virtually.  Quality of recording
10  depends on the quality of camera and
11  Internet connection of participants.
12  What is seen from the witness and
13  heard onscreen is what will be
14  recorded.  Audio and video recording
15  will continue to take place unless
16  all parties agree to go off the
17  record.
18      This is Media Unit 1 of the
19  video-recorded deposition of Dr. Ben
20  Overholt taken by counsel for the
21  Intervenor defendants in the matter
22  of Philip Callais, et al., v. Nancy
23  Landry, et al., filed in the U.S.
24  District Court for the Western
25  District of Louisiana, Monroe

Page 7

1
2   Division, Civil Action
3   Number 3:24-CV-00122.
4       The location of this
5   deposition -- excuse me.  This
6   deposition is be conducted remotely
7   using virtual technology.  My name is
8   Tom Devine representing Veritext New
9   York and I'm the videographer.  The
10  court reporter is Danielle Grant also
11  with Veritext New York.  I am not
12  authorized to administer an oath; I
13  am not related to any party in this
14  action nor am I financially
15  interested in the outcome.
16      Counsels' appearances will be
17  noted on the stenographic record.  I
18  ask the court reporter to now please
19  swear in the witness after which we
20  may proceed.
21  B E N J A M I N    O V E R H O L T, called as a
22      witness, having been first duly sworn
23      by Danielle Grant, a Notary Public
24      within and for the State of New York,
25      was examined and testified as follows:

Page 8

1
2         COURT REPORTER:  Counsel can
3   proceed.
4   DIRECT EXAMINATION BY
5   MS. THOMAS-LUNDBORG:
6   Q   Okay.  Dr. Overholt, could you
7   please state your full name for the record?
8   A   Yeah.  My whole name is Benjamin
9   Allen Overholt.
10  Q   And your address please?
11  A   605 Saint Charles Street,
12  Moberly, Missouri 65270.
13  Q   And you understand that you're
14  under oath today?
15  A   I do.
16  Q   Okay.  My name is Alora Thomas.
17  I work at the election law clinic at
18  Harvard Law School, and I'm one of the
19  attorneys for the defendant interveners.
20  Thank you for making time to talk with me
21  today.
22      Have you ever been deposed
23      before?
24  A   I have not.
25  Q   Okay.  Well, we're going to go

Page 9

1
2   over some ground rules.  And make sure you
3   gave only verbal responses.  The
4   stenographer cannot pick up sounds or
5   gestures.
6       Do you understand that?
7   A   I do.
8   Q   So that there is a clear record,
9   let's try not to talk over one another.
10  Please wait for me to finish a question
11  before you begin to answer a question, and
12  I will also wait until you have finished
13  your answer before answer -- asking another
14  question.
15      Do you understand that?
16  A   I do.
17  Q   If you do not hear a question,
18  please let me know and I will repeat.
19      Do you understand?
20  A   Of course.  Yes.
21  Q   At any point -- as we notice off
22  the record, there are multiple attorneys on
23  this deposition.  They may object,
24  including your own counsel.  Unless you're
25  instructed not to answer, please answer any

3 (Pages 6 - 9)

Page 10

1
2 questions even if an objection is posed.
3    A   Okay.
4    Q   Is there anything to prevent you
5 from testifying truthfully today?
6    A   No.
7    Q   Are you take any medication or
8 other substances that would impede your
9 ability to answer truthfully?
10    A   No, I'm not.
11    Q   Can you briefly describe your
12 educational background?
13    A   Of course.  I have a Ph.D. in
14 applied statistics from the University of
15 Northern Colorado.  I graduated in 2013.
16 In addition, I have a master's degree in
17 the same, in applied statistics, again,
18 from the University of Northern Colorado.
19 And I have a bachelor's degree in history
20 with a minor in mathematics from the same
21 university.
22        MS. THOMAS-LUNDBORG:  If we
23    could have the concierge pull up what
24    I'm going to be marking as Exhibit 1?
25        And that will be the report of

Page 11

1
2    Dr. Overholt.
3        (Whereupon, a Document, Expert
4        Report of Ben Overholt on Behalf of
5        Plaintiffs in Response to Anthony
6        Fairfax and Cory McCartan was marked
7        as Defendants' Exhibit No. 1 for
8        identification, as of this date.)
9        MS. THOMAS-LUNDBORG:  I see that
10    we have the concierge on.  Okay.  I
11    will share my screen in the absence
12    of that.
13        CONCIERGE:  Sorry.  I'm sorry.  I
14    was on mute.  Is that the Fairfax
15    report or --
16        MS. THOMAS-LUNDBORG:  No.
17    Over -- and if we could scroll down
18    to page 54?
19    Q   Okay.  This is a copy of the CV
20 that you appended to your report.
21        Do you recognize it?
22    A   I do.
23    Q   Okay.  I didn't see in your CV
24 any references to peer-reviewed
25 publications.

Page 12

1
2        As part of your doctoral work,
3 did you produce any peer-reviewed
4 publications?
5    A   The only, I guess, publication
6 I -- that I produced in my doctoral work
7 was my dissertation.
8    Q   Okay.  And what was the subject
9 matter of your dissertation?
10    A   A Lilliefors test for normality.
11    Q   And what is that?
12    A   You -- when you're dealing with
13 data, one of the underlying assumptions in
14 a lot of statistical methodologies is the
15 data is distributed normally.  There is a
16 number of tests for determining if data is
17 distributed normally, and this was the -- a
18 new step in -- it's coming up with better
19 ways to analyze that normality and look for
20 different problem that arise in data and
21 the assumption of normality.
22    Q   And did you published your thesis
23 in any peer-reviewed publications?
24    A   No.  It was only published, I
25 think, through the university so it's on

Page 13

1
2 their site.  It may be in -- is it ERIC? --
3 or one of the big library warehouses, but
4 it wasn't formally published.
5    Q   And outside of your -- getting
6 your Ph.D. and your thesis, have you
7 produced any peer-reviewed publications?
8    A   No.
9    Q   And I -- you mentioned your
10 degree is in statistics or applied
11 statistics.
12        Would you consider --
13    A   Yes.
14    Q   -- would you consider yourself a
15 political scientist?
16    A   No.  No.  I'm a -- I guess I kind
17 of think of myself as a civil rights
18 statistician or civil rights data analyst,
19 I suppose, is how I would put it.
20    Q   But you're not a political
21 scientist; is that correct?
22    A   No.  I'm not.
23    Q   Okay.  Can you briefly describe
24 your work background?
25    A   Yeah.  Of course.  After

4 (Pages 10 - 13)

Page 14

1
2 graduating, I spent about five and a half
3 years working for the Department of
4 Justice, and there, the bulk of my work was
5 in analyzing polarized voting situations.
6 So looking at districts and looking to see
7 if minority groups of interests were voting
8 differently and have enough candidates
9 defeated by White majority voters,
10 essentially looking at the three prongs of
11 Gingles and determining if proposed
12 districts would actually provide a -- an
13 additional or continue to provide a
14 minority majority district.  I did five
15 years worked there.
16        In addition to that, I reviewed
17 plans for some of the more common things
18 you'll hear about like voter ID laws, access
19 to polling places, things like that for --
20 during this time, I was the only
21 statistician.  I worked with a geographer and
22 a few other political scientists that
23 provided me data, and we worked together to
24 determine the efficacy of voting districts.
25 After that, I went on to the EEOC, and worked

Page 15

1
2 there to streamline a lot of their data.
3 They've got a terrifically large dataset
4 going back to the 70s.
5        I helped them modernized and
6 increase their ability to access that data,
7 then also to look forward and analyze that
8 data for potential future abuses of
9 employees.  After that, I spent a bit at the
10 Census Bureau trying to get the data to from
11 the 2020 census to provide a usable citizen
12 voting age population estimate down to the
13 block level for voting rights enforcement.
14 And since being at the Census Bureau, I've
15 worked as a consultant for Deloitte, American
16 Systems, and a few smaller firms.
17   Q   Okay.  And in your answer, you
18 mentioned that, while at the DOJ, you
19 worked with political scientists.
20        Do you -- while at the DOJ, did
21 you ever come across a Dr. Lisa Handley?
22   A   I did.  Yes.
23   Q   And who is Dr. Lisa Handley?
24   A   Lisa Handley was an expert that
25 we used in, in my -- to my understanding, a

Page 16

1
2 number of cases.  But in one --
3 specifically there was one case where she
4 was hired as an expert witness for a case
5 the DOJ was working on.  The reason is, is
6 with DOJ -- so for instance, all the work
7 that I perform at DOJ is internal and its
8 kept there.  And so then when a case goes
9 on to trial, instead of using internal
10 experts, the Department of Justice also
11 hires external experts.  I think the idea
12 there is to try and keep us from being --
13 the actual DOJ employees from being caught
14 up in litigation and, you know, be called
15 to testify and pulled away from our regular
16 work.
17        And so the DOJ employs outside
18 expert witnesses, and I've worked with her
19 on, as I recall, just one case for a number
20 of months in trying to, you know, just help
21 pervasively process her work and develop her
22 argument in that case.
23   Q   Okay.  And you mentioned that,
24 while you were at the DOJ, one of the main
25 things you did was perform racially

Page 17

1
2 polarized voting.
3        Did you perform all the different
4 types of racially polarized voting that you
5 discuss in your report or just ecological
6 inference?
7   A   Overwhelmingly, in all -- in
8 most -- or in every case, I always
9 performed at least ecological inference and
10 ecological regression.  And in most cases,
11 I included homogenous precinct analyses as
12 well.
13        It's not really necessary, right?
14        The jingle's case itself used only
15 ecological regression and homogenous precinct
16 analysis.  But EI is newer and I think
17 more -- probably more accurate in its
18 estimates.  And using more than one way of
19 measuring the outcome gives a little more
20 reliability that you're capturing the true
21 result.
22   Q   Okay.  While at the -- let me ask
23 you this: Are you familiar with the term
24 recompiled election analysis?
25   A   I don't think we called it

5 (Pages 14 - 17)

Page 18

1
2 recompiled. I would call re reaggregated,
3 but I suspect it's the same thing.
4    Q    And what is reaggregated election
5 analysis?
6    A    Reaggregated election analysis is
7 when you look at a -- you look at a -- if
8 you take an election, and rather than look
9 at it -- so in this instance, we're looking
10 at congressional districts. Well, when we
11 make a hypothetical district, we make it
12 out of, you know, parts of the state, but
13 those parts don't include only an existing
14 district. So in order to estimate how that
15 district would perform, what we want to do
16 is you want to use old elections that
17 actually have occurred, but only look at
18 those districts and those regions that are
19 in the proposed district or the -- or the
20 hypothetical district to try to estimate
21 how that election would have occurred.
22        So in this case for instance, a
23 congressional district is so large there's no
24 other district that contains all of any of
25 the districts -- any of the congressional

Page 19

1
2 districts of interest other than the entire
3 state. So here, we take an election, like
4 state -- say, senator, which includes -- the
5 election would have included every district
6 in the entire state, and then we look at only
7 those districts or whatever regions that are
8 included in a hypothetical district.
9        And we can't say how the election
10 of a congressperson would have been gone in
11 that hypothetical district, but we can say,
12 oh, that hypothetical district would have
13 voted for this Senate candidate. And so we
14 reaggregate these elections in different ways
15 so we can get a good idea as to how a
16 nonexisting, as of yet, district would
17 actually have performed had it existed in the
18 past.
19    Q    And is that a type of analysis
20 that you performed at the DOJ?
21    A    Yes. So under section -- before
22 Section 5 -- before jurisdictions were
23 removed from Section 5 early -- fairly
24 early in my tenure there and continuing on
25 when we were doing Section 2 analyses, it

Page 20

1
2 was a common issue trying to review
3 districts, not only to see if they were,
4 you know, majority Hispanic or Black, or a
5 majority/minority in actual people or in
6 actual voting age population, but also to
7 determine that they would perform.
8        So one of the -- the real question
9 is is we can have a majority of one racial
10 group in a district, but if they're not
11 cohesive, if they're not voting for -- you
12 know, if there's many candidates not voting
13 together or they're not -- their turnout is
14 too much lower, they may not actually be
15 providing the majority of the votes. And
16 they may not be able to control that
17 district. And so a key piece of the -- we
18 had a -- we actually had a geographer there
19 at DOJ who would generate hypothetical
20 redistricting maps.
21        And when she would generate those,
22 I would look at the results she had and run
23 similar analyses to what I ran here to
24 determine if those maps would have performed,
25 and if they were performing, how often they

Page 21

1
2 were performing, how often they were failing.
3 And then we would, collectively with
4 attorneys, determine, you know, if this map
5 was good enough, and then we would go on to
6 other maps until we found either that there
7 was no map we could produce that would
8 actually generate a legitimate majority
9 minority district or until we actually
10 generated a district that we were comfortable
11 with.
12    Q    And just so the record is clear,
13 we're talking about two separate analyses.
14 There's ecological inference, which works
15 for polarized voting, then reaggregated
16 election analysis.
17        Do you understand those to be two
18 separate things?
19    A    Well, they are separate things,
20 but they're used among each other. So for
21 instance, ecological inference, ecological
22 regression, homogenous precinct analyses,
23 what they're used for is to determine not
24 just how an election went but how a
25 minority group or how a racial group within

6 (Pages 18 - 21)

1
2 an election voted.  So we can reaggregate
3 an election, only look at outright totals,
4 and the result would tell us who won in a
5 hypothetical district.  But instead, if we
6 use RBV analyses on that district, on that
7 hypothetical district, we can add to that.
8       Within the district, we know what
9 percentage of people, from each racial group
10 analyzed, voted for which candidate, and so
11 we can actually see who is voting for that
12 candidate, see if this person, in fact, the
13 preferred candidate or not within that
14 district and determine whether or not the
15 district itself is functioning like a -- like
16 a majority minority district, whether or not
17 the contest within it is polarized and
18 whether or not it's actually electing the
19 candidate that the Black or Hispanic voters
20 within that district are attempting to elect.
21    Q   We'll get into, later, some of
22 the specifics about the analysis you did
23 here.  I just want to understand clearly
24 what you did at the DOJ.
25       While at the DOJ, did you ever

1
2 actually draw restricting maps?
3    A   No.  I didn't draw the maps.  We
4 had a geographer there.  She drew -- she
5 drew the maps, though the -- I worked with
6 her.  We had suggestions as to, you know,
7 what areas should be included and the such,
8 but the actual map drawing was done by our
9 in-house geographer.
10    Q   Okay.  And have you ever drawn a
11 congressional map?
12    A   No.  No.  I haven't drawn maps.
13 No.
14    Q   Okay.  And you haven't drawn any
15 legislative maps of any kind?
16    A   No.  No.
17    Q   Okay.  Have you ever worked as an
18 expert witness before?
19    A   I don't think -- No.
20    Q   Okay.  Have you ever worked --
21 submitted a report as an expert witness in
22 a case before?
23    A   Yes.  Yes, I have.
24    Q   Okay.  And which case is that?
25    A   I don't know the name of it.  I'm

1
2 sorry if that sounds silly.
3    Q   Would what -- if I said that you
4 were an expert in Pearson v. Kemp, would
5 that jog your memory?
6    A   Pearson v Kemp.  That could be.
7 The name Kemp is probably right.  I guess I
8 wouldn't argue that point.  It's -- that
9 sounds potentially correct, yes.
10    Q   Okay.  And what was the subject
11 matter of that litigation?
12    A   So yeah.  So I put together a
13 memo on how early voting in the state of
14 Georgia differed in 2020 from previous
15 elections, how ballot rejection rates had
16 changed, and the significance of those
17 differences coming out of -- or, yes,
18 really right during the pandemic with that
19 election and just attempted to show how
20 those voting patterns had shifted, how
21 ballot rejection rates had plummeted, and
22 how the election itself was different from
23 previous elections.
24    Q   Okay.  And do you know what the
25 subject matter of the litigation was?

1
2    A   It was about the election.
3    Q   Okay.  Did you end up testifying
4 in that case?
5    A   No.  My affidavit, as I recall
6 was attached to -- was attached to the
7 case.  The case was, I think, thrown out,
8 like, in an initial hearing.  I was never
9 brought in as a witness.  I don't even
10 think my affidavit was brought in as
11 evidence or anything like that.  I wasn't
12 questioned or even referenced.
13    Q   Okay.  And outside of this
14 Pearson v. Kemp case, have you served as an
15 expert witness in any other cases?
16    A   I mean, other than the work I did
17 with DOJ, where I don't -- or I don't think
18 that's what you're getting at.  I have not
19 worked as an -- as a expert witness like
20 what I'm doing here, other than my -- I
21 guess you would call it a consulting expert
22 for DOJ for five and half years.  And if
23 you include that, then I've done that a
24 hundred plus times.
25    Q   Okay.  But a court has never

7 (Pages 22 - 25)

Page 26

1
2 accepted your opinions in rendering its
3 opinion in a case; is that correct?
4     A   I think that's correct.  Yes.  I
5 have not directly --
6     Q   Have you ever cited in a court
7 case?
8     A   I'm sorry.  What was that?
9         (Whereupon, the court reporter
10        requested clarification.)
11    Q   Have you ever been cited in a
12 court case?
13    A   Not to my knowledge.  I wouldn't
14 think so.  That's a little better.
15    Q   When were you retained to be an
16 expert witness in this case?
17    A   Yeah.  I was retained to put this
18 memo together comparing these guys on
19 March 28th.  I think March 28th.
20    Q   Okay.  And was that the first
21 time you were contacted about this case?
22    A   No.  No.  We -- I signed a
23 contract to work here on March 28th.  I've
24 had prior conversations about my potential
25 work on the case before that.

Page 27

1
2     Q   Okay.  And when did you have your
3 first conversation about work in this case?
4         THE WITNESS:  Do you remember
5     when we had our first conversation?
6     Q   You can't -- I'm sorry.
7         MS. THOMAS-LUNDBORG:  It has to
8     be the witness's recollection.
9         MR. GREIM:  Oh, I'm sorry.  I
10    can't help you.  Sorry.
11        THE WITNESS:  Okay.
12    A   Before Valentine's Day.  Yeah.
13 Before Valentine's Day.  I -- so early
14 February.  And, say, early February, maybe
15 late January, somewhere in there.  I
16 don't -- I don't know exactly the day.
17    Q   Okay.  And when did you start
18 putting together the data that you used to
19 analyze in this case?
20    A   So the datasets I first got, they
21 were kind of spread out.  But over the
22 course of -- I think the very first data I
23 looked at, I did, in fact, get in -- I
24 would have gotten in February, because
25 that's when I first starting looking to see

Page 28

1
2 if there was anything I could do.  The
3 final datasets that -- like, the bulk of
4 the datasets that I used here would have
5 been late March kind of as I was building
6 up for being a testifying witness, is when
7 I got the most -- the bulk of the data that
8 I used here.
9         MS. THOMAS-LUNDBORG:  Okay.  If
10    we could put back up Exhibit 1 --
11        CONCIERGE:  Okay.
12        MS. THOMAS-LUNDBORG:  -- which I
13    believe is the Overholt rebuttal
14    report.
15        And if we could go to page 3?
16    Q   Okay.  In your data section, in
17 the second full paragraph, you state:  In
18 data science, analyzing data is often very
19 mechanical and straightforward.  Finding
20 data, cleaning data, merging data, and
21 determining methological -- sorry, strike
22 that -- methodology to use take up the vast
23 majority of my time and effort in any
24 project.
25        How much time did you spend on

Page 29

1
2 these various processes in this case?
3     A   Well, so to set -- to set up the
4 initial analysis, so, essentially, what I
5 have is the data itself is a spreadsheet
6 essentially for each precinct or each --
7 I'm sorry -- for each geographic area.  I
8 have got to have certain information in
9 order to run these types of analyses.  So I
10 need to know percentage of the minority
11 groups of interest, of the -- or the
12 percentage of the people in the district
13 that are of the minority group, the
14 percentage of people who are not, the total
15 number of people, and then percentage of
16 votes that were cast for each candidate in
17 a given contest.
18        Once I have those -- once I have
19 that data and I get that data into a uniform
20 shape, I'm able to analyze it very clearly.
21 Once I have code that works on the initial
22 set, it takes a lot less time to do the next
23 set, but many hours.  The very first set I
24 analyzed of the -- of the -- the first set of
25 elections, probably five elections, took

Page 30

1
2 me -- or it took hours for me to get through
3 the first batch.  But once I had the code
4 running, I think it took less time per
5 election.
6     Q    And how many hours would that be?
7     A    Certainly dozens.
8     Q    Dozens as in 24 hours? as in
9 36 hours? as in 48 hours?
10    A    I think I billed -- I think I
11 billed north of 90 hours.
12    Q    And that was 90 hours on the
13 dataset?
14    A    No, I think that's -- that's for
15 pretty much all of it.  That's for the
16 writeup as well and discussion time and
17 such.
18    Q    Okay.  And when did you begin
19 this 90 hours of work?
20    A    I guess the very beginning would
21 be back early February, early mid-February.
22        MR. GREIM:  I'm going to
23    interject here, Counsel, just for a
24    second.  This is Mr. Grime, counsel
25    for the Plaintiffs.  As you can see,

Page 31

1
2    this witness did some consulting work
3    for us initially, and so to the
4    extent that that work formed the
5    basis for him becoming an expert
6    witness in this case, that's fine.
7    But I may begin to assert attorney
8    work product objections to the extent
9    that you ask only about the
10    consulting work.  So I don't have an
11    objection at this time.  I just want
12    to make sure you know that that's
13    coming.
14        MS. THOMAS-LUNDBORG:  We'll
15    address that when we get to that
16    point.
17    Q    So continuing on.
18        On page 4, in the middle of the
19 third paragraph, you state --
20        MS. THOMAS-LUNDBORG:  If we
21    could go there and get it
22    highlighted?
23    Q    Okay.  You state:  Voter
24 registration lists were made available by
25 the state of Louisiana, which include

Page 32

1
2 individual level data about voters such as
3 race, party, precinct, and voting history.
4     Q    Is this file that you're
5 discussing here also known as the "voter
6 file"?
7     A    So the first sentence, the
8 election results were taken from the
9 Louisiana Secretary of State's website --
10        (Whereupon, the court reporter
11        requested clarification.)
12        THE WITNESS:  Oh, I'm sorry.
13        COURT REPORTER:  That's okay.
14    That's okay.
15        THE WITNESS:  I'll try not to
16    twitch.
17    A    The first sentence there, where
18 it says, election results were taken from
19 Louisiana's Secretary of State's website,
20 that is a publicly available domain to
21 download from.  The --
22    Q    Sorry.  I think we're in the
23 wrong paragraph.  It should be -- and
24 that's on us.  It should be the fourth
25 paragraph -- oh, it is.  Okay.  Sorry.  I

Page 33

1
2 just want to ask you --
3        MS. THOMAS-LUNDBORG:  We can go
4    back.  I'm sorry.  We were in the
5    right paragraph.
6    Q    I just want to ask you -- we're
7 going to go through this systemically, and
8 we have very little time.  So if you could
9 just focus in on the second sentence?
10        Voter registration lists made
11 available by the state of Louisiana, which
12 include individual level data about voters
13 such as race, party, precinct, and voting
14 history.
15        Is this file in the second
16 sentence also known as the "voter file"?
17    A    Yeah.  I believe so.
18    Q    Okay.  Which voter file did you
19 use to conduct your analysis?
20    A    These aggregations here -- you --
21 part of the reason this is in the passive
22 voice, these were actually -- this is what
23 was done, but it was done by computer
24 scientists, and the results, the
25 tabulations that I needed, were given to me

9 (Pages 30 - 33)

Page 34

1
2  by them.
3      Q   Okay.  And when did you receive
4  this data?
5      A   Again, spread out throughout
6  the -- I received probably the first
7  sets -- the first election -- the initial
8  stuff, again, early, mid-February, but I
9  received the majority of them late March.
10  And I think -- I did, in fact, receive
11  some, I think, in between as well.  So kind
12  of through -- kind of throughout the last
13  few months.
14      Q   Okay.  And were these folks who
15  worked directly under you or folks who you
16  were connected to through counsel?
17      A   I was connected to through
18  counsel.
19      Q   Okay.  And do you know whether
20  the computer science folks that you're
21  referencing now used the most recent voter
22  file or had access to historic voter files?
23      A   My understanding is they had the
24  most recent voter files.  We discussed, you
25  know, when they acquired data and such, and

Page 35

1
2  he made reference to having the most recent
3  data.  But, again, I can't be sure he's
4  correct if that makes sense.
5      Q   Okay.  Did you or -- let me --
6  I'm going to ask two questions.
7          First, did you do anything to
8  check the accuracy of the voter file that
9  you received particularly when it comes to
10  older elections?
11      A   Well, I know -- I guess what
12  we're getting here is I know full well, as
13  elections get older, there come to be
14  problems as people -- as voter rolls get
15  cleaned, voters oftentimes who voted in an
16  election, they vanish.  And that's actually
17  part of the reason that I didn't really use
18  older elections.  That's why I try to stick
19  to nothing too much older, like 2016, and
20  only there because I felt the need to get
21  more even year elections.
22          And it's why I didn't go back any
23  older than 2019 is because the data itself,
24  as you alluding to, tends to degrade over
25  time, and as voters get cleaned out of the

Page 36

1
2  voter rolls, not only do they stop being on
3  the voter roll now, but they oftentimes are
4  scrubbed away and so they're not in the voter
5  roll back then.
6      Q   Okay.  Did you do --
7      A   So I know --
8          (Cross-talking.)
9      A   I'm sorry.  Go on.
10      Q   Did you do anything to check the
11  accuracy of the voter file for older
12  elections?
13      A   I guess that's why I stuck with
14  the newer elections so there wouldn't be a
15  huge issue there.  So, again -- so I mean,
16  yes.  We can compare total numbers of
17  people.  You know, if you -- as you go
18  through, like, the percent BVAPs and such,
19  I verified that those lined up with -- so,
20  like, the results he was giving me, that
21  those lined up with the data that is
22  available in other places.  So for
23  instance, the election results Secretary of
24  State's website has to offer there, from my
25  Footnote 3 at the beginning of the same

Page 37

1
2  paragraph, I'm able to use that date data
3  and confirm that the grand totals, the
4  turnout numbers and such are at least very
5  close to the results that I was getting
6  when I would tabulate out of the dataset
7  that I had.
8      Q   And you mentioned that the
9  Secretary of State has a voter -- has
10  election results.
11          Why not rely on that?
12      A   Well, because the Secretary of
13  State's website -- well, not the Secretary
14  of State's website.  The state of
15  Louisiana, like most states these days, has
16  a lot of mail-in and absentee votes.  And
17  unlike most states these days, the state of
18  Louisiana does not reaggregate them out to
19  the precincts.  And so what you wind up
20  with is, I think, more about a quarter to a
21  third of the votes that were cast in a
22  precinct aren't listed as being cast in the
23  precinct.
24          And here, it's critical to include
25  those people, because, well, they're a

10 (Pages 34 - 37)

Page 38

1
2 quarter of the votes, and as we try to
3 reaggregate an election, like I've said, we
4 need to break it up into as small a piece as
5 possible, and I need to know the number of
6 votes cast for each candidate in those
7 precincts.  And if I don't have though --
8 that data broken up by those precincts, I
9 can't possibly create reliable reaggregation.
10 So one of the key issues is that the
11 available results don't give you those --
12 don't give you election results down to the
13 block or VTD level.
14       And so the roundabout way of
15 getting those numbers was primary done to
16 break those absentee votes down by voter
17 district.
18    Q    Okay.  I think we're going to get
19 back to the kind of absentee question a
20 little later.  I want to pick up on two
21 things that you said in your last few
22 answers.  You mentioned that folks move or
23 die and some problems with the voter file
24 if you're using the most recent voter file.
25       Do you know how many voters were

Page 39

1
2 missing or misplace from the voter file for
3 each election because they died, moved,
4 deregistered or were purged?
5    A    No.
6    Q    In using the newer voter file for
7 older elections, did you use precinct level
8 data and configure it to conform to the
9 boundaries?
10    A    Yes.  My understanding is they
11 actually used -- they took the precinct
12 level data and approximated that out to the
13 VTDs.  I don't know if they took it to the
14 block level first or not, but they broke it
15 down to the VTD level and then reaggregated
16 up to the districts to collect in the
17 election results.  But I didn't do that,
18 again.
19    Q    And you said that you spent
20 90 hours just on your portion.
21       Do you know how much time the
22 data science folks spent on their portion?
23    A    I don't.
24    Q    Do you have an estimate based on
25 your prior work at the DOJ?

Page 40

1
2    A    Probably -- well, honestly, I
3 wouldn't want -- I wouldn't want to float
4 an estimate because it could range so much.
5 I know that some of the datasets that they
6 got me would be, like, Okay, we're working
7 on this dataset, and it could take them
8 days to get it to me.  But I don't know
9 that they were working on it for days, and
10 so I just can't -- I honestly can't speak
11 to how much time it took them.  And, again,
12 I didn't -- or so most of this work in
13 building maps and a lot of these
14 aggregations, this wasn't the work I really
15 did at DOJ either.  So I don't have -- you
16 know, the generating the map and getting
17 the estimates from the map wasn't really my
18 focus.
19    Q    Okay.  Focusing in on the kind of
20 aggregation, but as it relates to racially
21 polarized voting, what aggregate level data
22 was used to conduct the racially polarized
23 voting analysis?
24    A    Voting precinct.  That's the
25 smallest level it has to voting results

Page 41

1
2 available, and so the demographics were
3 aggregated up to those levels.
4    Q    Okay.  So did you use the
5 precincts and the elections as reported by
6 the Secretary of State or did you convert
7 the precinct level data to approximate the
8 2020 VTDs, also known as voting tabulation
9 districts?
10    A    Yeah.  So I believe what they
11 did -- for the demographics, for sure, they
12 broke it down to the VTDs, and then I was
13 aggregating the VTDs together to create
14 the -- for hypothetical districts.  So they
15 were -- they broke -- they estimated and
16 broke the voting results down to the VTD
17 level as well.
18    Q    Okay.  And is that the 2020 VTDs?
19    A    Yes.  I think it was the
20 2020 VTDs, but I don't have -- I guess I
21 don't confirmation in front of me.  I think
22 it was the 2020 VTDs.
23    Q    Okay.  And I just want to make
24 sure I got this part right.
25       Is it your testimony that the

11 (Pages 38 - 41)

1
2 voter file identifies early and absentee
3 votes, so that's how you were able to
4 allocate them down to the parish level -- I
5 mean down to the VTD level?
6    A   I didn't allocate them down, and
7 I didn't look at the voter file.  Again,
8 what I was given were tabulations from the
9 voter file at the VTD level, and then lists
10 essentially of which VTDs went with -- went
11 with which precinct -- or sorry -- which
12 VTDs went with which voting district in
13 each redistricting plan so that I could,
14 then, aggregate those VTDs together to
15 create voting districts and I could, then,
16 analyze those voting districts.
17    Q   I guess I am trying to
18 understand.  I think earlier you testified
19 that one of the reasons you want to use the
20 voter file was because of the absentee and
21 the early vote issue.
22        And how did you use the voter
23 file to solve the problem of absentee and
24 early votes only being reported at the
25 parish level?

1
2    A   So essentially each voter -- so
3 this is in that next -- this is the fourth
4 paragraph.
5        So precinct level election results
6 for each cycle were matched to a
7 corresponding shape in the precinct shape
8 file.
9        So each voter is placed inside of
10 a -- well, inside of a centroid -- it was
11 placed and given a centroid, the center point
12 of their block.  And when those we -- then
13 we -- when those aggregated, that's what gave
14 everybody a location.  The voter file must --
15 all right.  Yeah.  The voter file will
16 include who voted in each election, and so
17 we're able to identify where each voter lives
18 using census data.  From the voter file, we
19 will have the data as to which voters voted.
20 And the voter file will include, as well,
21 the -- their sub-identification on race.  And
22 we can aggregate those together to get a
23 better idea as to where each voter is and
24 whether or not they voted.
25    Q   Okay.  But the voter file doesn't

1
2 tell you which candidates the voter voted
3 for, correct?
4    A   No.  No.  Not at all.  That's
5 actually the purpose of the ecological
6 inference regression and HPA is to get a
7 good estimate of how voters voted according
8 to -- you know, how voters within each
9 racial group voted.
10    Q   Okay.  We're going to circle back
11 to this.  I want to ask some more
12 data-related questions.  Okay.  Just one
13 other question about this centroid
14 methodology that you're discussing in this
15 paragraph that we just looked at.
16        Are you aware that the precincts
17 change regularly?
18    A   Oh, yeah.  Of course.  I've
19 literally seen precinct maps that were
20 drawn on napkins and submitted to the
21 Department of Justice.  It's a fantastic
22 world, the redistricting and
23 precinct-shaping world.
24    Q   And how did the -- your analysis
25 account for that?

1
2    A   By breaking folks down to the VTD
3 level.  Using the voter file, I would know
4 what VTD they were in, and then we would
5 just simply reaggregate VTDs, because they
6 weren't moving around.  We used 2020 census
7 VTDs.  We know where people were at that
8 time, and then we just aggregate those VTDs
9 up to create a district.
10    Q   Okay.
11        MS. THOMAS-LUNDBORG:  If we
12 could go to --
13    Q   And I may come back with some
14 other questions about this but, again, I
15 want to make sure I get to everything.
16        MS. THOMAS-LUNDBORG:  If we go
17 to page 3?
18        And then if we could go to the
19 second full paragraph on page 3?
20        Sorry.  It's actually the second
21 full paragraph under the data section
22 on page 3.  I'm sorry.
23        Can we take this down, the
24 highlight for a second?
25        This is what happens when I

1
2     don't cut and paste.
3         THE WITNESS:  Yeah.  It seems to
4     cut the right inch off here as well,
5     where I can't read the whole
6     paragraph on the screen.
7         CONCIERGE:  So if you go up top
8     to where it says "view options,"
9     Doctor?
10        THE WITNESS:  Okay.  I've
11    actually got a paper copy I'm using
12    as well.
13        CONCIERGE:  Okay.  Okay.  Okay.
14        MS. THOMAS-LUNDBORG:  Okay.
15        CONCIERGE:  You could --
16    Q    Then I think we can -- we can
17    just move on.  If we -- so it's the second
18    full paragraph.
19        The last sentence of the second
20    full paragraph, which reads:  Second, I had
21    to determine the best data to use for
22    election results.
23        Are you there?
24    A    Okay.  That second paragraph, you
25    said the last sentence?

1
2     Q    Yeah.  It's the first paragraph
3     under "data."
4     A    Okay.
5     Q    The second full paragraph on the
6     page, the last sentence:  Second, I had to
7     determine the best data to use for election
8     results.
9         Do you see that?
10    A    Yes.  Yes.
11    Q    Where did you get your election
12    results data?
13    A    So the election results -- the
14    base election results data is available
15    from the Secretary of State website.  And
16    you go -- so -- and the first step there
17    was to review and see how elections had
18    actually gone in the past, and they're
19    right there on the Secretary of State's
20    website to download right -- their total
21    results.  And then on top of that, like,
22    through the voter file as well there is who
23    voted that can be aggregated up to the VTD
24    level.  So they -- I guess ultimately came
25    from the state of Louisiana.

1
2     Q    Okay.  So you're saying that you
3     would run a comparison between the
4     Secretary of State's data and the voter
5     file data that you had?
6     A    Yeah.  So one -- another way of
7     checking ecological regression, ecological
8     inference, and homogenous precinct analyses
9     is to take the actual election as it
10    occurred, so governor in 2023.  And I can
11    look at the actual election, how it went.
12    I can see who won, who lost, what the vote
13    totals were.  Then I can run a RBV analysis
14    on that election.  And when I add up -- you
15    know, so the RBV results will essentially
16    show that, you know, X percent of, say,
17    Black voters voted for this candidate and
18    Y percent of Y voters voted for that
19    candidate.  Well, I can multiply in that --
20    those percentages by the number of Black
21    and White voters who voted, and I can do
22    that for each candidate and make sure that
23    the election results come out about correct
24    when I use the RBV analysis.  It's just a
25    way of, I guess, checking -- kind of

1
2     checking my work.  Yeah.  I -- for the
3     full --
4     Q    But did --
5         (Cross-talking.)
6     A    -- and I run RBVs on those.
7     Q    Did at any point -- to your
8     knowledge, was the Secretary of State
9     election data aggregated to the VTDs that
10    you were using in your analysis?
11    A    Not to my knowledge, no.
12    Q    Okay.  What method did you use to
13    determine which election results to
14    include?
15    A    Yeah.  So that's actually kind of
16    the -- some of it is just looking and
17    saying, Okay, these make sense.  So the
18    first step was, as you mentioned before,
19    I'm going to have to aggregate these
20    elections.  So what I know right off the
21    bat is I'm going to have to have state-wide
22    contests, because I have to break them up
23    by these congressional districts.  I also
24    know that state-wide -- the congressional
25    districts are elected in even years,

Page 50

1
2 November of even years.
3      So I went looking immediately for
4 even year November contests.  Because we're
5 statewide and because Louisiana hold their
6 state contests in odd years, the only
7 elections available to me then, in even years
8 November, were the three Senate seats in
9 2016, 2020, and 2022, and a Secretary of
10 State special election in 2018.  That is all
11 that was available.  And so the only reason I
12 went beyond those four was because there's
13 only four of them.
14      And, you know, as -- anyone in
15 statistics will tell you, like, four is not
16 really enough, but my -- so then from there,
17 the option were to either go to older
18 elections, and as we've discussed, there is a
19 data problem.  The older the election gets,
20 we tend to have more and more data issues
21 with who actually voted and who didn't.  But
22 we also have a shifting election potentially.
23 You can imagine we wouldn't want to go back
24 to the 1990s and evaluate something that
25 that's old so, at some point, we have got to

Page 51

1
2 kind of cut this off.
3      You don't want to get too old with
4 the elections you're reviewing, and it's
5 fairly common practice, two full presidential
6 cycles gets you a pretty good idea.
7      Q   Okay.
8      A   And so then to expand the number
9 of elections beyond just those four, I
10 looked at the other state-wide contests.
11 And I focused on partisan contests.  And so
12 four of those -- there's the five.  Each
13 odd year there's governor, lieutenant
14 governor, secretary of state, treasurer and
15 attorney general.  And so that gives me ten
16 additional elections that happened in odd
17 years; oddly enough, in October of odd
18 years, of all things.
19      But I brought those in as well,
20 because it's additional state-wide contests
21 that could be reaggregated, and they fall
22 within a fairly time frame.  I grabbed, in
23 this case, just '23 and 2019.  Again,
24 basically looking back for two full, you
25 know, four-year election cycles.  And then,

Page 52

1
2 in addition to that, I grabbed all of the
3 runoff elections that; happened as a result
4 of any of those previous 14 contests.  So
5 I've got four even year contests, I've got
6 ten odd year contests, and I think there are
7 a total of seven runoffs total from those 14
8 contests.
9      So those were the elections that I
10 chose to focus on, because I wanted to make
11 sure I grabbed, you know, everything that is
12 statewide.  And then I took that a step
13 further, and look at them at -- with the --
14 with the turnout analysis to determine which
15 ones were most like even year contests to
16 make sure I wasn't including elections that
17 didn't make a lot of sense.  You can imagine,
18 for instance, we oftentimes don't include
19 ballot initiatives and, like, legal questions
20 because the situation surrounding them is
21 very different from a partisan candidate.
22      Q   Okay.  So I think you have
23 anticipated some of my questions, which is
24 great.  We get to move more quickly.
25      MS. THOMAS-LUNDBORG:  If we

Page 53

1
2      could go to page 6, the top of
3      Table 2?
4      A   Yeah.
5      Q   So these are the elections that
6 you analyzed; is that right?
7      A   Yeah, that's them.
8      Q   Okay.  And in this chart, you
9 include even year, Senate elections, one
10 even year secretary of state election, and
11 the other elections are off-year state
12 elections; is that right?
13      A   Correct.
14      Q   Okay.  And the first election is
15 Senate 2016.
16      Why did you decide to go back to
17 the Senate 2016 election?
18      A   Well, that gives me a full -- few
19 presidential cycles, right?
20      So I get two presidential even
21 years and two non-presidential even years.
22 The difference in presidential elections,
23 especially in turnout, is important to try to
24 encompass.
25      (Whereupon, the court reporter

14 (Pages 50 - 53)

Page 54

1
2        requested clarification.)
3        THE WITNESS:  Yeah.  Encompass.
4    To include.
5    Q    Okay.  I have some more
6  questions, but I think you've anticipated
7  another one of my questions.  You just
8  mentioned the presidential election
9  turnout.  I noticed there are no
10  presidential elections here, and you talk
11  about that a little bit in your report.
12        So in 2016, there was a
13  presidential election, correct?
14    A    Yes, there was.
15    Q    Okay.  And that's not an election
16  that you analyzed, correct?
17    A    Yeah.  So the thing we fall into
18  with president is, yes, it is voted on
19  state-wide, but president is the only --
20  you know, there is the -- in elections you
21  hear, you know -- you know, All politics is
22  local.  That's true of everything except
23  for president.  The sheer amount of money,
24  I suspect, and the sheer magnitude of media
25  pressure creates a different dynamic.  You

Page 55

1
2  only have got to look at the Senate, and
3  look the number of senators from states
4  that overwhelming vote for one president
5  and those senators from a different party
6  to know there are very strong republican or
7  democrat states.
8        Throughout the Senate, it's the
9  opposite of the way their party votes, the
10  way they voted for -- you know, they vote
11  president opposite of Senate because you
12  just -- it's simply different.  Presidential
13  elections are useful.  They can be useful
14  when you're focus is on specifically racial
15  block voting to determine if an electorate in
16  the state is polarized.  It can be useful for
17  that.  But once you step outside a specific
18  RBVs and start reaggregating elections,
19  president is simply too big of a question to
20  effectively replicate a small district like a
21  congressperson.
22        MS. THOMAS-LUNDBORG:  If we
23    could pull up -- if we could pull up
24    what I'm going to mark as Exhibit 2?
25        (Whereupon, a Document, 2016

Page 56

1
2        Election Calendar was marked as
3        Defendants' Exhibit No. 2 for
4        identification, as of this date.)
5        MS. THOMAS-LUNDBORG:  And it's
6    the 2016 election calendar.
7    Q    I have some more questions around
8  these presidential elections.
9        If you could look at the column
10  titled "November 8"?
11        Do you see that?
12    A    Yeah.
13    Q    Okay.  And can you read the box
14  for the type of election that occurred on
15  November 8, 2016?
16    A    Open primary presidential
17  congressional.
18    Q    Okay.  Is it your understanding
19  that, on November 8, Louisiana voters went
20  to the polls and voted a ballot that
21  included the presidential election and a
22  congressional election?
23    A    Yep.
24    Q    Okay.  And you would agree, also,
25  that a presidential election in November 8

Page 57

1
2  would have had two candidates?
3    A    Mostly.  I think they have --
4  there's always the -- you know, the 2 to
5  5 percent kind of third party guys.  But,
6  yeah, generally, there are the two
7  candidates.
8    Q    And that's most like the new
9  system that Louisiana is moving to for
10  congressional elections that you discuss in
11  your report?
12    A    Are you talking about the
13  traditional -- although not really.  So the
14  primary election going into a president
15  contest happen much earlier in the year.
16  So I guess I don't know when Louisiana
17  hits.  But most states, you know -- which
18  we're going through right now.  We started
19  voting for presidential primaries in early
20  February, and so a lot of these states --
21  the presidential primaries are different
22  dates than state primaries are.  And so the
23  primary system itself will still be
24  different in terms of when we're selecting,
25  you know, candidates for the different

1
2  parties for candidate.
3         And then on top of that --
4    Q   I understand.
5    A   Yeah.
6    Q   I think it is understood that the
7  presidential primary, even looking at the
8  document, Exhibit 2, happens at a different
9  time than the congressional primary might
10  under the new system.
11        My question is, as we get into
12  later of your report, you discuss
13  Louisiana's changing from a system of kind
14  of open primary to a system of closed
15  primaries and then an election.  And is it
16  your understanding that the presidential
17  election, which has a limited number of
18  candidates, will be similar to the
19  congressional system that Louisiana is
20  moving towards as far as number of
21  candidates on the ballot?
22        MR. GREIM:  Object to form.
23    A   I guess there is an assumption
24  here being made, I suppose, that the
25  congress -- so we're looking at

1
2  congressional contests.  And so even using
3  Senate -- right? -- isn't a great -- isn't
4  a perfect way of looking at Congress, but
5  it's the closest we can get.  If we were
6  aggregating -- for instance, instead of
7  looking at the state, if we were -- if we
8  were looking at a city, and I was looking
9  at specifically city council.  To aggregate
10  those elections, I would be looking at
11  elections like mayor, perhaps police chief,
12  whatever city-wide elections, but I would
13  be very careful about moving on to a
14  state-wide contest, something that is far
15  above the city, even county-wide contests.
16        And reason is, even though they may
17  be elected at the same time, the politics of
18  your city are not always the politics of your
19  county, and they're not always the politics
20  of your -- of your state.  And they're
21  certainly not the politics of the country.
22  We're looking at a state office, Congress,
23  Senate.  When we're looking at a -- I know we
24  think of president as being elected by the
25  states.  Of course, you know, you know, is

1
2  president is.  But we're looking at a
3  national contest there.
4         And it takes on a color or a flavor
5  that is very different to the voters, and as
6  a result, the election is, I supposed, less
7  probative to what we're trying to get at here
8  with these congressional districts.
9    Q   Did you rely on any peer-reviewed
10  scholarship in your determination that the
11  presidential election is less probative
12  than a state governor election or state
13  Secretary of State election or any of the
14  other elections in your chart?
15    A   No, but multiple times at the
16  Department of Justice, I was told that
17  presidential elections aren't really
18  something that they cared to see in most of
19  the analyses I did.  In RBV -- again, in
20  RBV analyses, they make sense because it
21  can encapsulate the entire state and see if
22  there is polarization to that state.  Well,
23  when you begin reaggregating elections, you
24  start bumping into difficulties of trying
25  to pick elections that makes sense.  And

1
2  it's not to say that a, you know,
3  presidential contest is completely unusable
4  but, in my opinion, it's not as useful as
5  some of these other contests were.  And the
6  truth is, even if they were included, they
7  don't shift the overall conclusions.
8    Q   Did you look at the presidential
9  election data?
10    A   I looked at -- I think I looked
11  at 2020.  Yeah.  I looked at -- I looked at
12  the results in 2020 just from the Secretary
13  of State site I believe.
14    Q   Okay.  Did you do the similar
15  type of analysis on the 2020 presidential
16  election as you did here in the other
17  election?
18    A   Yeah.  No.  So I kind of -- I
19  kind of -- I looked at it to see what had
20  happened there.  But even there, I didn't
21  really add it into the elections at the
22  very beginning.  Because just the lack of
23  what I viewed as reasonableness to try to
24  predict a congressional outcome.
25    Q   And did do any analysis when you

1
2 were deciding which elections to include to
3 determine if a voter was more likely to
4 split a ticket for president and Congress
5 or between Congress and the governor, for
6 example?
7     A   Oh, no.  I mean -- so here's kind
8 of the situation is the majority of the
9 elections that we have here aren't the best
10 elections to analyze Congress, right.
11     In fact, none of them are
12 congressional seats, but they're the best we
13 do have.  And it's -- it's what I -- this
14 list of elections is what I would have
15 presented at the Department of Justice.
16     Q   Okay.  And would it surprise you
17 to find out that a voter in Louisiana might
18 be more likely to split their ticket for
19 governor and Congress than for Congress and
20 the president?
21     A   Well, I think I would go along
22 with, but that's only because you're
23 probably focusing on the 2019 governor
24 contest, but I wouldn't be surprised to see
25 it.  There is substantial ticket splitting,

1
2 and that's not the only concern in why, for
3 instance, governor is included and
4 president isn't.  Again, governor is a
5 state office; president isn't.
6     Q   Right.  But under that
7 definition, a Senator still serves in
8 federal government; is that --
9     A   No, he's --
10     Q   -- correct?
11     A   -- no.  He's a state office.
12 He's not -- he's elected by the members of
13 his state to represent -- or his or her, to
14 represent their state and to the federal
15 government, just like a member of Congress
16 is.  They're an officer that's accountable
17 directly to the state.
18     Q   Okay.  And do you have any
19 peer-reviewed publications that use that
20 same definition of state officers you're
21 using now?
22     A   No.  But it's -- again, it's now
23 being reviewed at the Department of
24 Justice.
25     Q   Okay.

1
2     MS. THOMAS-LUNDBORG:  If we
3 could go back to exhibit -- sorry.
4 Before I do that, I would like to
5 enter what I'm going to mark as
6 Exhibit 3, and it's the 2020 election
7 calendar.
8     (Whereupon, a Document, 2020
9     Election Calendar was marked as
10     Defendants' Exhibit No. 3 for
11     identification, as of this date.)
12     Q   So just for completeness of the
13 record, on November 3rd, could you read for
14 me what type of election occurred on
15 November 3rd?
16     A   An open primary, presidential,
17 congressional.
18     Q   And is it your understanding that
19 the open primary presidential race and the
20 congressional race would have all been on
21 the same ballot on November 3rd?
22     A   Yeah.  That seems right.
23     Q   Okay.
24     MS. THOMAS-LUNDBORG:  If we
25 could now go back to Exhibit 1.

1
2     MR. GREIM:  And counsel, this is
3 Mr. Grime.  We've been going, by my
4 count, for about an hour now,
5 actually record time.  I know we kind
6 of sat around beforehand.
7     Is there any way we can maybe
8 take a short break for the witness or
9 court reporter?
10     The witness -- the witness will
11 try to wolf down a sandwich in that
12 short break.
13     It won't count against you on
14 your time, I just wondered if we
15 could take a break?
16     MS. THOMAS-LUNDBORG:  Yeah.  I
17 mean, as long as we can get our three
18 hours on the record, I'm fine taking
19 a short break now.
20     MR. GREIM:  Okay.
21     VIDEOGRAPHER:  Okay.  Thank you.
22 The time is 1:20 p.m. we're going off
23 the record.
24     (Whereupon, at 1:20 p.m., a recess
25     was taken to 1:33 p.m.)

17 (Pages 62 - 65)

Page 66

1
2          (The proceeding resumed with all
3          parties present.)
4          VIDEOGRAPHER:  The time is
5     approximately 1:33 p.m.  We're back
6     on the record.
7     Q   I have one more data question
8  before we -- we're going to switch topics
9  and maybe get back to that a little later.
10        Do you have any concerns with
11  using the 2020 VTDs for every election over
12  seven years when all of these elections
13  happened under completely different
14  precincts?
15    A   Well, they did happen under
16  completely different precincts.  That's
17  true.  But the VTDs themselves are so small
18  that they're bound to do a pretty good job
19  of approximating precinct boundaries when
20  aggregated together.  In the past, the DOJ
21  for instance, we ran sometimes elections
22  based on 2010 census data.  Other -- there
23  were times I used a BVAP from 2010 census
24  and as late as 2016, 2017.  Sometimes it's
25  the best data you have, and it does -- it

Page 67

1  does a fine job.
2     Q   Okay.  So is your testimony that
3  VTDs are much smaller than precincts?
4     A   Than voting precincts?
5     Q   Yeah.
6     A   I guess their much smaller than
7  districts, but -- so the VTDs were
8  aggregated -- and I guess I apologize if
9  I'm using precinct and district
10  interchangeably.  VTDs --
11    Q   Yeah.
12    A   -- aggregate into the districts
13  that I'm using, and then we're --
14    Q   Right.  So my question was do you
15  have any concerns with using the 2020 VTDs
16  for every election over seven years, when
17  all of these elections happened under
18  different precincts, so state of Louisiana
19  precincts, not --
20    A   Right.
21    Q   -- districts?
22    A   So -- and it is used over the
23  course of seven years, but 2020 is the
24  center, so it's really only three years

Page 68

1
2  from either end, right?
3        So 2016, I guess, is four years
4  prior; 2023 is three years after.  So it's
5  not like it's seven-year-old data by any
6  means.  And no, the results, when I
7  aggregated state-wide contests, were very
8  close to the actual results in the elections
9  and, as a result, I didn't have any concerns
10  with it.
11    Q   Okay.  Did you check, for
12  example, how much the 2020 VTD might differ
13  from the 2023 precincts?
14    A   No.
15    Q   Okay.  I'm going to switch topics
16  now.  I would like to go back to the kind
17  of work you did for this report and the
18  data that you reviewed.
19        You reviewed the report of a
20  Mr. Anthony Fairfax; is that right?
21    A   Yes.
22    Q   Okay.
23        MS. THOMAS-LUNDBORG:  And if we
24  could now enter what I'm going to
25  mark as Exhibit 4, the report of --

Page 69

1
2  the Fairfax report?
3     Q   And we also sent a copy to your
4  counsel.
5        MS. THOMAS-LUNDBORG:  If we can
6  just scroll through quickly?
7        (Whereupon, a Document, Response
8        Report of Anthony E. Fairfax's to
9        the Expert Reports of Michael
10       Hefner, Dr. Jeffrey Sadow, and Dr.
11       Stephen Voss was marked as
12       Defendants' Exhibit No. 4 for
13       identification, as of this date.)
14       MS. THOMAS-LUNDBORG:  Maybe if
15  we could just scroll to the end?
16    Q   Is this, what we're seeing on the
17  screen, appear to be a -- an accurate copy
18  of the report that you reviewed for
19  Mr. Fairfax?
20    A   Yeah.  It looks like it.
21    Q   Okay.
22       MS. THOMAS-LUNDBORG:  If we
23  could enter -- well, before we do
24  that, if we could go to page 7,
25  paragraph 16 of Mr. Fairfax's report?

18 (Pages 66 - 69)

Page 70

1
2      Paragraph -- yeah.  Okay.
3    Q   And here, Mr. Fairfax states:
4  The central purpose of this report is to
5  respond to the expert reports of Michael
6  Hefner, Stephen Voss, and Jeffrey Sadow
7  that analyzed the plan enacted by the
8  Louisiana legislator, SB8.
9      Do you see that?
10   A   Yes.
11   Q   Did you review the reports of
12  Mr. Hefner, Dr. Voss, or Dr. Sadow?
13   A   I didn't read their entire
14  reports, but I did -- I did go through
15  them, yes.
16   Q   Okay.  And did their --
17   A   Well, I did go through Voss.  I
18  don't know if I did Sadow, so I don't -- I
19  don't think I did Sadow.
20   Q   Okay.  And you reviewed
21  Mr. Hefner's report?
22   A   Yes.
23   Q   Okay.  And did any -- did their
24  reports influence any of the conclusions in
25  your report?

Page 71

1
2    A   Oh, no.  I had -- trying to
3  remember if I had everything written
4  completely.  The overall majority of my
5  analyses and results were done before I had
6  read them in their entirety.  They were
7  kind of read.  So the focus of my report
8  was to respond to Fairfax and McCartan.
9  And so I primarily read these first, and
10  then responded to things they said, you
11  know, to inclusions they had of other
12  districts and suggesting that those
13  districts performed, you know, the same or
14  better than SB8.  It was really the focus
15  of my work and then, after the fact, I had
16  gone back and looked at what was said
17  prior.
18   Q   Okay.  And what part of
19  Mr. Fairfax's analysis did you find most
20  important in working on your report?
21   A   I guess an example here would be
22  paragraph 72 of page 32.
23      MS. THOMAS-LUNDBORG:  If we
24    could go to that page?
25   Q   Okay.  And what about this

Page 72

1
2  paragraph did you find --
3    A   This is just an example of where
4  he's talking about an additional plan that
5  he -- so he starts and says:  The A3 plan
6  provides an example of how population could
7  be added to CD 4 using the SB8 plan as a
8  baseline to eliminate a wrap-around
9  configuration, create more compact
10  districts.  The popular -- the
11  configuration of the A3 plan would have
12  provided more compact district and plan
13  configuration while creating a majority
14  Black district.
15      THE WITNESS:  I'm sorry.
16      (Whereupon, the court reporter
17      requested clarification.)
18   A   All right.  The configuration of
19  the A3 plan would have provided a more
20  compact district and plan configuration
21  while creating a second majority Black
22  district in the Red River Region of the
23  state.
24      And so essentially here he's making
25  the claim that the A3 plan, you know, is just

Page 73

1
2  as good or perhaps better than SB8, that
3  essentially SB8 is, you know -- and even
4  here, you know, is based on, like, political
5  measure only and doesn't -- you know, and
6  isn't based on racial considerations.  And so
7  I was trying to looking at that and see, you
8  know, how A3, Robinson, and the Price plans
9  kind of compared to SB8 in terms of their
10  performance.
11      Because it seems like there is a
12  lot of argument about how they're shaped and
13  suggesting that, you know, other -- you know,
14  the -- a myriad of factors played a role in
15  creating SB8, where my analysis is to combine
16  all of these districts together and determine
17  the underlying -- you know, the difference
18  among them, what is the most important
19  difference among these districts.  And my
20  conclusion is the most important difference
21  among them is the shared BVAP percentages,
22  that SB8 was -- yes.
23      (Whereupon, the court reporter
24      requested clarification.)
25      THE WITNESS:  Oh, I'm sorry.

19 (Pages 70 - 73)

Page 74

1
2      Yeah.  That SB8 was generated to
3      maximize BVAP and to -- it
4      successfully creates a better
5      performing majority -- a better
6      performing district for Black voters
7      but that, ultimately, it fails to
8      provide a functioning majority
9      minority district.
10        Q   Did you, at any point, look at
11  compactness which is referenced in this
12  paragraph that we're reading?
13     A   No.  So for my purposes,
14  compactness is actually fairly irrelevant.
15  I am not really concerned with how it
16  looks.  I'm not concerned with any of the
17  other issues.  The concern -- the primary
18  concern really here is what is driving
19  success rates of this district.  So in this
20  instance, you know, the question is does
21  this district actually perform for minority
22  voters, and --
23     Q   Did you --
24     A   -- the analysis shows that it
25  does not.  But then the other piece and the

Page 75

1
2   more important piece here is does this
3   district perform better than all the other
4   districts, because it's completely
5   different from them.  The other districts,
6   you know, right at the East Coast -- or the
7   east -- not the East Coast, but the
8   northeast corner of the state, where they
9   kind of run across the state, but then the
10  narrowest -- there's A3s.  District 5 is
11  about 30 miles, where SB8 runs almost --
12  what? -- 180, 200 miles long, in places
13  it's only 4 or 5 miles wide.
14         It's a very exaggerated district,
15  and the one thing that it absolutely brings
16  to the table is increased BVAP and increased
17  performance in terms of candidates being
18  elected who were supported by a majority of
19  Black voters.
20     Q   At any point in your report did
21  you discuss the geography of the districts
22  or the compactness of the districts?
23     A   Again, I wasn't really concerned
24  with -- my only real concern is how they
25  performed compared to one another.  So

Page 76

1
2   these three different plans, they have
3   districts that -- you know, and some of
4   them may look similar or whatever, and
5   they're family similar, especially the
6   other three.  A3, Price, and Robinson are
7   fairly similar.  They all range from about
8   51 and a half to 52 percent Black by voting
9   age population.
10         They're all very similar, but I
11  know they're in different areas.  But they
12  all perform pretty similarly.
13         But then SB8 is a completely
14  different creature, right?
15         We all -- we all acknowledge that.
16  And its performance is better, but it's not
17  quite good enough to get -- you know, to
18  really create the functioning district.  And
19  I guess that's the thing is my focus wasn't
20  on how to build a district; my focus was on
21  does this district function, does it -- you
22  know, does this district function better than
23  that district, does this -- does this
24  district function well enough to actually
25  elect minority candidates of choice.  Those

Page 77

1
2   are really the questions that come out of my
3   analysis -- or the answers.
4      Q   Okay.  And at any point, just
5   sticking with this paragraph, did you look
6   at incumbency and whether incumbents were
7   paired in various versions of the maps that
8   you analyzed?
9      A   Yeah.  Again -- so, I mean,
10  incumbency can be an issue.  It can lead
11  to, you know, advantage or whatever in
12  elections.  You know, obviously an
13  incumbent has some advantage when they're
14  facing a new, especially an unknown
15  challenger.  But in this instance, again,
16  the only real concern is does the district
17  perform and how does SB8 compare to the
18  other districts.
19         Does it do a better job of getting
20  Black candidates victories?
21         That was really the focus question
22  I focused on.
23     Q   Right.  As a statistician, when
24  there are multiple competing -- when there
25  are multiple competing possible

20 (Pages 74 - 77)

Page 78

1
2 explanations for an outcome, is it
3 important to control for all of those to
4 select which one may, in fact, have been
5 influencing the results?
6     A   Well, I think that's kind of
7 tricky here, because when we start --
8 especially -- so for instance, when you
9 deal with racial Black voting, I get -- so
10 as a statistician, yeah, there's a lot of
11 goals to try to control variables and try
12 to maximize our squedge while minimizing
13 the number of variables in a model.  But,
14 for instance, when you're dealing with an
15 RBV outright, you know, the courts come
16 back time and again, and their only real
17 consideration, under a Gingles case for a
18 voting rights act district, is does the
19 district actually -- you know, is the
20 district compact enough to elect, is the
21 population within the districts, the
22 minority population with district cohesive
23 enough to overcome the influence of the
24 non-minority voting majority.
25       So really what the courts are

Page 79

1
2 getting at is does this district actually
3 elect minority-preferred candidates?
4       That's a VRA district.  So all
5 these other variables are interesting and I
6 know they go to motive, but at the end of the
7 day, the real question is does this district
8 perform, and the way to determine how it will
9 perform is to aggregate these elections and
10 compare these different districts to one
11 another.  This is -- this is the exact kind
12 of study we did at DOJ to try to determine
13 which maps made sense, to determine if we
14 should challenge a new map or let a new map
15 go, and determine if we were -- you know, a
16 common one was kind of, like, what is going
17 on here with District 2, and that is trimming
18 away some of the majority in a minority
19 majority district and making it a slimmer and
20 slimmer majority.
21       And in some cases, some
22 redistricting plans have actually tried to
23 marginalized a majority Black district, you
24 know, in much the way that we're working
25 towards here.

Page 80

1
2     Q   So would you say, based on your
3 DOJ experience, you're remit was to focus
4 on Gingles 2 and 3?
5     A   Yeah.  For the most part.
6 Gingles 2 and 3 was a great deal of the
7 work I did but, again, it expands somewhat
8 beyond that.  But, yes, Gingles 2 and 3
9 were a majority of my work there.
10     Q   Now, I would like to just focus
11 in a little bit still on what Mr. Fairfax
12 was doing.
13     A   Okay.
14     Q   And if we could -- I am going to
15 just back up for a second.
16       Are you familiar with the term
17 "traditional redistricting criteria"?
18     A   Traditional -- yeah.  Yeah.  I'm
19 familiar with it.
20     Q   Okay.  And what are traditional
21 redistricting criteria?
22     A   I know there is a list of them.
23 It's got to be things along lines of, like,
24 compactness, communities, split, was it
25 precincts or counties, that sort of a

Page 81

1
2 thing.  It's -- yeah.  The idea is you're
3 trying to build a district so that that
4 district is a community.  We don't want to
5 combine people who don't agree, and we
6 don't want to separate people who do.  And
7 especially in cases something like this, we
8 don't want to, say, take a large Black
9 community, like the one that's centered
10 in -- sorry -- Baton Rouge and New Orleans
11 and split them into making two districts,
12 thus by -- thus making two districts --
13 right? -- where there is no majority Black
14 in -- Black population in either one.
15       Because essentially -- at least
16 over the years, that district is -- has
17 become a congressional community, if you
18 will.  So I know there's a lot -- I know
19 there's a number of them but, again, they
20 weren't really the focus of my work.
21     Q   Okay.  And would you agree that
22 Mr. Fairfax's report focuses on comparing
23 maps across traditional redistricting
24 criteria?
25     A   I think Mr. Fairfax's report

21 (Pages 78 - 81)

Page 82

1
2 focuses on comparing a number of districts
3 and making the argument that they're all so
4 similar that the differences among them are
5 explained, you know, by, you know,
6 innocuous things, like we're trying to
7 keep, you know, certain incumbents
8 protected while getting rid of other
9 incumbents.  But at the end of the day,
10 he's really comparing these districts and
11 trying to determine, you know, which one,
12 you know, is the most compact or better or
13 worse in different ways.  And I think he
14 misses the most important measure of
15 whether a district is good or bad and
16 that's whether or not it will actually
17 perform for the minority community of
18 interest.
19        MS. THOMAS-LUNDBORG:  If we
20    could go to page 9, paragraph 19 of
21    the exhibit we're currently in?
22        And I'm at the second sentence.
23    Q   Once I recreated the plans, I
24 performed an analysis and compared the
25 plans.  I analyzed the result of the plan

Page 83

1
2 comparison and drew my opinions and
3 conclusions on the reports from Mr. Hefner,
4 Dr. Voss, and Mr. Sadow on whether the SB8
5 plan follows traditional redistricting
6 criteria and whether any departures from
7 traditional redistricting criteria can be
8 attributed only to racial predominance.
9        Does this refresh your
10 recollection about whether Mr. Fairfax was
11 focused on traditional redistricting
12 criteria?
13        MR. GREIM:  Objection to form.
14    The witness did not -- did not
15    show a need to have his memory
16    refreshed.  You're actually just
17    asking him --
18        MS. THOMAS-LUNDBORG:  We don't
19    need a speaking objection.  Your
20    objection is marked on the record.
21    Q   Please answer.
22    A   So it seems to me that he's just
23 trying to frame the way he's comparing
24 these plans, and he's focused on trying to
25 say that racial predominance wasn't what

Page 84

1
2 determined these plans, right?
3        So he's trying to rule out race as
4 the cause for why SB8 came into being.  And I
5 suppose -- I mean, that kind of cuts to
6 the -- to the foundation of my analysis is
7 that my analysis shows that race, at the very
8 least, was very much affected by SB8.  So, I
9 guess, yeah.  I mean, he's trying to say
10 that -- you know, he's trying to say that
11 racial -- that race wasn't the primary factor
12 here.
13        MS. THOMAS-LUNDBORG:  If we
14    could go to paragraph 20 of
15    Mr. Fairfax's report?
16        MR. GREIM:  I think it's the
17    very next page.
18        MS. THOMAS-LUNDBORG:  Yes.  It's
19    the next page.
20        THE WITNESS:  Yeah.  I already
21    flipped to page 20 so that --
22        MR. GREIM:  No --
23        THE WITNESS:  Yeah.  So I have
24    to come all the way back.
25    Q   So here, Mr. Fairfax lists a

Page 85

1
2 couple of things that he looked at.
3        First, minimizing political
4 subdivision splits at parishes and
5 municipalities.
6        Do you see that?
7    A   Yes.
8    Q   Did you look at that?
9    A   Well, I mean, again, I looked at
10 how these districts actually performed in
11 elections that actually occurred to see --
12 to try to estimate how they would likely
13 occur -- how they would likely perform in
14 future elections.
15    Q   Two, adhering to district cores.
16        Did you look at that?
17    A   Oh, no.  Wait.  I'm sorry.
18 Again, I focused on the actual performance
19 of the districts, who they would elect, who
20 they wouldn't elect, and then comparing
21 them to each other.
22    Q   Three, crafting reasonably
23 compact districts.
24        Did you look at that?
25    A   Okay.  So, I guess, in my memo,

22 (Pages 82 - 85)

Page 86

1
2  I -- I mean, all I -- well, what I did is I
3  compared the election results from a number
4  of previous contests, and I aggregated them
5  together to try to predict how the district
6  would actually perform.
7         To me, it wasn't a concern as to,
8  like, how the district was made, all right?
9         My rubric is very -- is very
10  quantitative.
11        Does it work?
12        Does it work better?
13        That's -- that is what I did.  I
14  don't answer the question -- I don't get into
15  the qualitative questions as to who did what
16  and why.
17        I'm concerned with just does it
18  work?
19        Does it work better than this in
20  the real world where elections actually
21  happen?
22        That was the focus of my work, and
23  so, no, I didn't review these at all.
24     Q   Well, I will submit to you that,
25  in another part of his report, which we can

Page 87

1
2  go to, he looked at contiguity.
3         Did you look at contiguity at any
4  point?
5     A   Where is his reference to
6  contiguity?
7         MS. THOMAS-LUNDBORG:  If you
8  look at page 7, paragraph 17(b)(iii)?
9     A   Okay.
10        MS. THOMAS-LUNDBORG:  "B."
11  That's "A."  It's on -- oh, sorry.
12  It's page 8.
13    A   Okay.  So page 8 (b)(ii)?
14    Q   Three.
15    A   (b)(iii).  Sorry.  Okay.
16  (b)(iii).  I mean -- so, again, you know,
17  the focus of my work was on does the
18  district action perform.  I suppose I'm
19  aware that the districts are all one piece,
20  if that goes to what you're asking.  But,
21  yeah, the focus of my -- this wasn't the
22  focus of my work.  I was -- I was trying to
23  establish the -- a best guess as to whether
24  or not this district would actually
25  perform, and whether any of these districts

Page 88

1
2  would perform for the minority community
3  there.
4     Q   So you did not look -- analyze
5  contiguity, correct?
6     A   Yeah.  That would be correct.
7     Q   Okay.  On page 7, paragraph
8  17(a)(iii), he also mentions that he
9  analyzed social economic data.
10        Did you analyze any social
11  economic data.
12    A   Wow.  Okay.  So the data that I
13  used were -- was based on voting results
14  and demographic counts within the districts
15  that I was analyzing.  So the results that
16  I get, then, are purely answering the
17  question who would have been elected if
18  this district had existed.  And then I used
19  that to surmise, to try and estimate who
20  would be elected in the future, who will --
21  you know, which voting block will control
22  this district going forward, what's the --
23  what are the chances, what percentage of
24  elections would be won by this group as
25  opposed to that group.

Page 89

1
2         And socioeconomic status, I mean, I
3  know that these things are all related to,
4  you know, the issues at hand here, but
5  practically, the only thing that elects
6  people is who showed up to vote and who did
7  they vote for and who were they.  That's the
8  focus of my work is who is going to get
9  elected next.
10    Q   Did you analyze any socioeconomic
11  data, yes or no?
12    A   Oh, no.
13    Q   Okay.  Have you ever used GIS
14  software?
15    A   Only very minimally.  So the real
16  answer there is no, but I have -- I've
17  worked with a geographer who was using it,
18  and I have done very, very minor things,
19  like, working with her while she's working
20  on it and I've typed things in.  But, no, I
21  have not practically used ArcGIS at all.
22    Q   Are you familiar with a GIS
23  software called Maptitude?
24    A   I know of it.  I mean -- so I --
25  as a -- the programmer in me says, no, I'm

23 (Pages 86 - 89)

Page 90

1
2 not familiar with it because I can't use --
3 I can't use the software. But I'm familiar
4 with it in the sense that I generally know
5 what it does.
6     Q   Are you aware of whether GIS
7 software, like Maptitude, can give numbers
8 for traditional redistricting criteria?
9     A   Yeah. I think it can.
10     Q   Okay. And do you know whether
11 Mr. Fairfax used Maptitude for this
12 purpose?
13     A   I suppose we would have to ask
14 him. I can -- I mean, I can look for it
15 but I don't know.
16     Q   Okay.
17         MS. THOMAS-LUNDBORG: Let's look
18 at page 10, paragraph 21.
19     A   Okay.
20         MS. THOMAS-LUNDBORG: And I will
21 read it for the record. Finally,
22 after analyzing the plans, I
23 generated a final report from
24 Maptitude, maps and data tables, and
25 summarized the plan's performance on

Page 91

1
2 a set of traditional redistricting
3 criteria and provided relevant
4 conclusions. These reports and
5 conclusions are discussed below.
6     Q   Do you see that?
7     A   Yes.
8     Q   Okay. Does that refresh your
9 recollection of whether Mr. Fairfax used
10 Maptitude for traditional restricting
11 criteria analysis?
12     A   It seems like he does. That's
13 what he says here.
14     Q   Okay. Do you know whether the
15 legislator used Maptitude or another GIS
16 software for this purpose?
17     A   I mean, I'm certain they used
18 something but I don't know what it was.
19     Q   Okay.
20         MS. THOMAS-LUNDBORG: On
21 page 26, paragraph 28 --
22     A   Did you say --
23         MS. THOMAS-LUNDBORG: Oh, sorry.
24     A   -- page 106?
25     Q   No. No. No.

Page 92

1
2     A   Okay.
3     Q   It's pages 26 through pages 28.
4     A   Okay.
5     Q   Mr. Fairfax -- and I think if we
6 go to page 26, we can see the title. It
7 looks like "The Distribution of the Black
8 Population throughout Louisiana."
9         Did you look at the distribution
10 of the Black population in rendering your
11 conclusions?
12     A   In so much as I'm aware of the
13 percentage BVAP within each of the
14 districts I analyzed, yes. I have got a
15 vague -- you know, I've -- I mean, I'm
16 looking at 6800 individual demographic --
17 or geographic areas. But, yeah, I am aware
18 of, like, the BVAP distribution within the
19 districts, how they shift, you know, with
20 the different redistricting plans. So, for
21 that, I -- yeah, I mean -- and it's -- you
22 know, it seems kinds of obvious, I guess,
23 with the way the districts are built where
24 bans of Black communities are.
25     Q   Okay. Now, are you saying that

Page 93

1
2 you were aware of where the Black community
3 population lives, or did you do an analysis
4 of where the Black population lives?
5     A   Well, I mean, I suppose I'm
6 looking at districts, and I can see where
7 the district is because I can actually see
8 the map. And I know -- you know, I know
9 with how the -- I know -- I know the BVAP
10 within each district. And so I can see,
11 you know, the population within the
12 districts. I didn't really have to run an
13 analysis; it's just how many people lived
14 in these -- how many people of each race
15 lived in a given district.
16     Q   So you did not do an analysis of
17 the distribution of the Black population,
18 correct?
19         MR. GREIM: Objection. Asked
20 and answered.
21     Q   You may answer.
22     A   For my purposes, I didn't need
23 to. The analysis itself was that these are
24 the people that are in the proposed
25 district, and how will that district

Page 94

1
2 perform with their voting preferences.
3 It's -- I mean, to build the maps that I
4 analyzed, I would need to go into and
5 figure out where, you know, individual
6 communities were, so I can combine, you
7 know, different Black communities to try to
8 build a majority minority district.
9        But having already been given them,
10 it wasn't necessary for me to look into where
11 they were, these individual communities,
12 because they were already combined together
13 into the districts being proposed and
14 defended by Fairfax.
15    Q   Okay.  I think we discussed you
16 ran a racially polarized voting analysis as
17 part of your report, correct?
18    A   Yes.
19    Q   Did Mr. Fairfax run any racially
20 polarized voting analysis?
21    A   I don't think so.  I'm sure
22 you're about to show me a page that I am
23 not thinking of.  But I don't think he did.
24    Q   I can't show you a page where
25 there is an absent one.  So if you are

Page 95

1
2 aware of a place where it exists --
3    A   Yeah.  I didn't --
4    Q   -- please show me.
5    A   Yeah.  I -- yeah.  I didn't think
6 so but, I -- yeah.
7    Q   Okay.  And you also -- we've
8 discussed kind of performance and
9 effectiveness analysis.  I know racially
10 polarized voting played a role in it.
11        But did Mr. Fairfax run any type
12 of effectiveness or performance analysis --
13    A   Yeah.  So --
14    Q   -- in his report --
15    A   Sorry.
16    Q   -- in his report?
17    A   Most of his analysis focused on
18 measures that aren't directly related to
19 the performance of a district in terms of
20 electoral outcomes.  And so he looked at,
21 it seems, the motivations in making a
22 district and what was considered there.
23        My focus was on primarily
24 determining how these districts performed
25 compared to each other, whether -- right?

Page 96

1
2        If -- whether SB8 is a better
3 built, if you will, racial district, whether
4 district -- whether SB8 constitutes a
5 district with two VRA voting districts.
6 Those are the sorts of questions I was
7 answering, and it seemed to be -- it's a --
8 yeah.  There is a bit of a difference here.
9    Q   So I think my question was yes or
10 no.
11        Did Mr. Fairfax run an
12 effectiveness or performance analysis in
13 his report?
14        MR. GREIM:  Object to form.
15    Asked and answered.  The witness
16    didn't think it could be answered yes
17    or no.
18    Q   You may answer now.
19    A   Well, see, I -- he might say yes
20 because he seems to be measuring using
21 different variables of measures of
22 performance, you know, compactness and
23 such.  You know, is this -- this district
24 is better than that district.  And so you
25 see that kind of throughout where you

Page 97

1
2 start -- you know, this -- this new
3 district performs better for compactness or
4 whatever.
5        And I think that maybe that's the
6 nature of the confusion here is that when I
7 say performance, I'm talking about if a
8 district will actually elect the candidates
9 that a minority group wants to elect, where I
10 think what is happening here is performance
11 is being turned into a term -- into a word
12 that can also be, you know, how well-shaped
13 is it, right?
14        How compact is it?
15        You know, does it use the -- those
16 traditional redistricting methods
17 effectively?
18        And I think I that might be what's
19 happened here.  And so I'm -- I'm -- for me,
20 from my interpretation, he didn't really look
21 at performance, and that is a key flaw, is
22 because all of these districts -- you know,
23 Okay, this one is better than that one
24 because it -- you know, it's more compact,
25 but that doesn't tell you who is going to win

25 (Pages 94 - 97)

Page 98

1
2 the contest.  And ultimately -- ultimately
3 that is what matters, who is going to win.
4 And so I think he would say he their
5 performance, you know, on the rubrics that --
6     Q    Does he use the term
7 "performance" anywhere in his report?
8     A    I would have to search using
9 Adobe Acrobat to be sure if he did or
10 didn't.  But he certainly compares -- he
11 certainly compares these districts to see
12 which one he things is best or if
13 they're -- if they're -- you know,
14 effectiveness and such.  So I think that --
15 yeah.  I think that might be part of the
16 problem.
17     Q    Okay.
18        MS. THOMAS-LUNDBORG:  If we
19     could go to page 2, which is a table
20     of contents?
21     Q    Are any of these sections of his
22 report labeled "performance"?
23     A    Well, I mean, a lot of them, I
24 think, attempts to get at performance, like
25 when we say --

Page 99

1
2     Q    Not as you define it, though,
3 right?
4     A    What's that?
5     Q    Not as you define performance.
6     A    Right.  It's not performance for
7 me.  But I think if you were to -- but,
8 going through this, like, the word
9 "performance" mean does it -- does it work
10 well, does it do well, and the entirety of
11 this -- of this here is measures to
12 determine if these districts are doing
13 well, are they doing better than each
14 other.  That's what he is doing here.
15 That -- that's, I think, what's happening
16 here is, when I'm saying "performance," I'm
17 talking specifically about who were the
18 elected candidate of choice.
19        And I think maybe you're asking me
20 about if it follows these other measures.
21 And I get that, that these other measures are
22 important, but they're not something I
23 analyzed.  They're just outside the scope of
24 what I did.
25     Q    Okay.

Page 100

1
2        MS. THOMAS-LUNDBORG:  I'd like
3     to turn to Mr. McCartan's report.  If
4     we could -- what I'm going to enter
5     as Exhibit 5, the McCartan report.
6     Thank you.
7        (Whereupon, a Document, Rebuttal
8        Expert Report, Cory McCartan, Ph.D.
9        was marked as Defendants' Exhibit
10        No. 5 for identification, as of this
11        date.)
12     Q    Do you have a copy of that?
13     A    Do I have McCartan?
14        I'm working on it.  Yeah.  I think
15 I do.
16     Q    Okay.  So do -- what you have in
17 front of you is a true and accurate copy of
18 the McCartan report as far as you can tell?
19     A    It looks the same as what you've
20 got up there.
21     Q    Okay.  Dr. McCartan is a
22 statistician as you are.  He ran
23 simulations as part of his work.
24        Have you ever run a simulation?
25     A    Yes.

Page 101

1
2     Q    You have.  Okay.
3        When?
4     A    Throughout my education, I ran a
5 number of simulations leading up to my
6 dissertation and also assisted with a
7 number of other doctoral level research
8 projects that were going on for
9 dissertations that involved Monte Carlo
10 simulations.
11     Q    Okay.  Did you run simulations as
12 part of your work at the DOJ?
13     A    No.  No.  But I did a little
14 bit -- I -- we did so some simulations at
15 the EEOC, trying to gauge the effect of --
16 so the EEOC, it's primarily concerned
17 unemployment, but the goal there was to try
18 to see if we could use EEOC data to try to
19 anticipate the next, if you will, major
20 employment crisis in the shadow of the "Me
21 Too" movement.  Both to see if the EEOC,
22 instead of being completely reactive to
23 crises, could step out in front of them,
24 anticipate them, and try to deal with them
25 before they became major issues nationwide.

26 (Pages 98 - 101)

Page 102

1
2    Q    Okay.  On page 5, paragraph 10 --
3    A    Yep.
4    Q    -- Dr. McCartan states:  Dr. Voss
5  performed seven sets of simulations
6  analyses, four race neutral simulations and
7  three race conscious simulations.  My
8  analysis and study of the simulated plans
9  and the code used to generate them allowed
10  me to evaluate each of the core conclusions
11  Dr. Voss makes in his reports that depend
12  on simulation analyses.
13        Do you see that?
14    A    Yes.
15    Q    Okay.  Did you study any of the
16  simulated plans at issue here?
17    A    On the -- these are simulated.
18  No.  No.  I didn't go into the -- see, I
19  focused on the plans that I listed in my
20  memo.  I think it's HB1, SB8, what I call
21  "Robinson," A3, and Price.  Those are
22  the -- those are the ones that were
23  mentioned, I think, in Fairfax's report.
24    Q    Did you look at any of the
25  simulated code in rendering your opinions?

Page 103

1
2    A    No.  No.  I didn't really have
3  any direct interaction with the other
4  experts in this case.
5    Q    Okay.  What part of
6  Dr. McCartan's analysis did you, in fact,
7  study and analyze?
8    A    I'm not being silent for no
9  reason.  I'm skimming right now.  Give me
10  just one moment.
11    Q    Okay.  That's fine.
12    A    Yeah.  I'm just looking at a
13  clean copy of it without notes.  But as I
14  skim through it, most of the comparisons to
15  my work really came out of Fairfax.  I
16  don't -- I don't see where McCartan is
17  making reference to the districts that I
18  was analyzing, and so off -- I -- yeah.
19  Off the top of my head, I'm not seeing the
20  work that I really -- because I don't think
21  he -- I don't see anywhere where he was
22  talking about the redistricting steams that
23  I analyzed.
24        MR. GREIM:  Yeah.  And counsel,
25    just to be clear, this is Mr. Grime.

Page 104

1
2    As I told the court this morning, our
3  argument on the rebuttal is related
4  to Fairfax's report, not McCartan --
5        MS. THOMAS-LUNDBORG:  Okay.
6        MR. GREIM:  -- I understand.
7  And so I don't want you to spend a
8  bunch of extra time on this given the
9  limited time we have.
10        MS. THOMAS-LUNDBORG:  Don't plan
11  to.  But since it -- Dr. Overholt
12  mentioned Dr. McCartan in his report,
13  I wanted to circle up and make sure
14  the record was clear.
15    Q    We've talk about some different
16  data sources that you had and reports that
17  you looked at.
18        Did you review any other
19  materials in preparing your report?
20    A    Well, I spent a great deal of
21  time going back over code to make sure that
22  the -- you know, there's the -- as time
23  goes on, a lot of the algorithms, a lot of
24  the functions that I had used in the past
25  got -- have aged.  And so I had to go back

Page 105

1
2  through and, you know, research at code
3  options and such and our -- to make sure
4  that the analysis I was conducting were the
5  analysis I thought I was conducting.  But
6  in terms of the data itself, I think it all
7  either came from the Census Bureau or --
8  it, ultimately, came from the Census Bureau
9  or the Louisiana -- or the state of
10  Louisiana.
11    Q    Do you know whether your code was
12  turned over as part of your report?
13    A    I don't.
14    Q    Okay.
15        MS. THOMAS-LUNDBORG:  I'll
16    submit that we don't have that code,
17    and we're now requesting it on the
18    record.
19        MR. GREIM:  We're happy to turn
20    that over.  I, frankly, didn't
21    realize.  I should have probably
22    that -- that code was actually used.
23    I didn't realize that, but we'll get
24    it and turn it over ASAP.
25        MS. THOMAS-LUNDBORG:  Okay.

27 (Pages 102 - 105)

Page 106

1
2    Q   We've talked a little bit about
3  traditional restricting criteria.
4        Do you know whether the
5  legislature has any rules about the use of
6  traditional redistricting criteria in
7  redistricting?
8    A   I suppose I'm sure they do.  Most
9  of the states do, but it's not -- it's not
10 a subject that really affects my analysis.
11   Q   Okay.  We're not going to spend a
12 lot of time on this.
13       MS. THOMAS-LUNDBORG:  I'm just
14   going to admit for the record what
15   I'm going to mark as Exhibit 6, and
16   it is named "Joint Rule 21."
17       (Whereupon, a Document, Louisiana
18       Laws, Joint Rule 21 was marked as
19       Defendants' Exhibit No. 6 for
20       identification, as of this date.)
21   Q   Okay.  Did you review
22 Joint Rule 21 as part of your analysis?
23   A   No.  I don't think so.
24   Q   Okay.
25   A   Yeah.  No.  At least not

Page 107

1
2  directly, no.
3    Q   Okay.  I would like to now go
4  back to your report and the work that you
5  were asked to do.
6        MS. THOMAS-LUNDBORG:  If we
7    could go back to Exhibit 1, which is
8    the Overholt report?
9        And then if we could go to
10   page 2?
11       And I didn't write the paragraph
12   here, so just give me a second to
13   find it.  Okay.  It's the first
14   paragraph, last full sentence that
15   begins with "I was asked," and I will
16   just read it.
17       I was asked to specifically
18   compare the voting trends in the new
19   and hypothetical map to the
20   well-established majority minority
21   district from the H -- from the 2022
22   map, HB1, to determine if any of the
23   new or proposed maps provided two
24   majority minority districts.
25       Do you see that?

Page 108

1
2    A   I do.
3    Q   Okay.  What do you mean by "you
4  were asked to determine whether the maps
5  provide two majority minority districts"?
6        How are you defining that term?
7    A   Two districts wherein the
8  minority group that makes up a majority of
9  the population by BVAP within the district
10 are able to control and elect their
11 candidates of choice.
12   Q   Okay.  Are you aware of the
13 50 percent plus one standard established in
14 Gingles?
15   A   I am aware of the need to have at
16 least majority BVAP within a district, but
17 I'm also aware that, if the district
18 doesn't elect the preferred candidates,
19 it's failing.
20   Q   Okay.  Are you aware that, in
21 Gingles, once you reach 50 percent plus
22 one, it's determined to be a majority
23 minority district?
24       MR. GREIM:  Objection to form.
25   Q   Are you aware given your time at

Page 109

1
2  the DOJ?
3    A   Well --
4        MR. GREIM:  Same objection.
5    A   -- I've seen districts in the
6  past that weren't even majority listed as
7  majority minority districts.  In fact, Lisa
8  Handley, who you've mentioned, has had a
9  number of cases where she's advocated for
10 majority minority districts that had
11 anywhere from 35 to 40 percent BVAP,
12 because those districts should elect a
13 Black for candidate because it's
14 substantial crossover voting.
15       And I am not sure -- I'm not sure
16 the Supreme Court specifically says
17 50 percent plus one, because they focus
18 mostly on if they're is sufficiently compact
19 to create a majority district, that's step
20 one.  But that doesn't -- that is a bare
21 minimum to argue you have a majority minority
22 district.
23       Once have that, you have got to go
24 a step further, right?
25       Because even if you have 50 percent

28 (Pages 106 - 109)

Page 110

1
2 plus one, of you don't have polarized
3 voting -- right? -- you don't have a majority
4 minority district.  That's one of the other
5 prongs.  And so there's more to it than just
6 I have 50 percent plus one, it's a majority
7 minority district.  If the district can't
8 perform, it's not doing what it's designed to
9 do.
10     Q    Did you rely on any written
11 guidance in determining how to define
12 majority minority district?
13     A    No.
14     Q    Okay.  Further down the page in
15 the third paragraph -- and it's the first
16 sentence, you state:  Specifically, I found
17 that SB8 and the group of proposed
18 alternative maps for Louisiana all failed
19 to provide a -- sorry -- a second
20 functioning majority minority district and,
21 in the process, they weaken the previously
22 existing majority minority district.
23        Do you see that?
24     A    I do.
25     Q    How are you defining "functioning

Page 111

1
2 majority minority district" here?
3     A    Yeah.  So to skip back just for a
4 moment, the end of the third paragraph that
5 I added to functioning majority minority
6 districts, I think that would have
7 clarified a little bit more.  But
8 functioning, the functioning portion is is
9 it actually electing the preferred
10 candidates of the minority group that makes
11 up the majority in the district.
12     Q    Okay.  So just focusing on this
13 functioning question --
14     A    Yeah.
15     Q    -- is a Black-preferred candidate
16 required to win all the reaggregated
17 elections to be determined a functioning
18 Black --
19     A    No.  They -- I think the word
20 used is they need to generally win those
21 elections.
22        And, of course, we can, you know,
23 argue what is "generally," right?
24        But it's not 50 percent plus one.
25 If I tell you I've got a dog that doesn't

Page 112

1
2 generally bite people and bites people
3 49 percent of the time, I clearly don't have
4 a dog that doesn't generally bit people.  And
5 so generally should mean with only limited
6 exceptions, with acknowledged exceptions.  So
7 at DOJ, you made reference to it.
8        There was a case I -- without going
9 into anything -- any of the details, where
10 there was a Black candidate who had been
11 elected sheriff in a county, and it was kind
12 of a big deal because it appears to blow up
13 our argument that there's polarized voting,
14 because this Black candidate received a
15 majority of votes from the White -- from
16 White voters as well as Black voters.
17        But the fact that he got elected as
18 an individual Black candidate wasn't --
19 didn't prove that they didn't generally --
20 that the White majority didn't generally
21 defeat Black-preferred candidates.  It just
22 proved that that one candidate was special.
23 It turns out that, in fact, he had been the
24 local high school football coach for about
25 20 years, and so everybody knew and treated

Page 113

1
2 him differently.  And he was able to get
3 White votes in a very polarized place.  And
4 so it generally allows -- it does, in fact,
5 allow for a reasonable number of elections to
6 be lost, but it shouldn't be allowing for a
7 substantial number of them.
8     Q    Okay.  And how are you defining
9 "reasonable" and "substantial"?
10        How many elections is too many,
11 what percentage?
12     A    It's -- I don't know.  I think
13 ideally 80 percent, 90 percent.  But if you
14 were to argue 70 percent, even two-thirds,
15 I think there is room to argue that.  But
16 I -- "generally" should mean, when you look
17 at it, you see a bunch of people who are
18 elected by this candidate.  Look at H --
19 and a perfect example of it is if you look
20 at my analysis, look at how HB1 performs.
21 HB1 is a district that's been a majority
22 minority functioning district probably my
23 entire life, that or a district built
24 somewhere around it.
25        And that district would have

Page 114

1
2 elected, I think, all but one of the
3 candidates in every contest I looked at.
4 That is a functioning majority minority
5 district.  They elect the candidates they're
6 looking for.  Now, I look at HB2 and, under
7 SB8, and now we've lost a second contest.  So
8 that is two contests it would have lost out
9 of -- out of just the ten in the odd years.
10       Does that make it not functioning?
11       Even in my -- even in my memo, I
12 said I don't think so.  I think it's still
13 functioning.  It's obviously weaker, but it's
14 still functioning.  And then there's two more
15 districts.  I think it's Price and Robinson
16 that dropped down to seven of those ten
17 contests.
18       Now we have got 70 percent, all
19 right?
20       We're starting to get into the
21 territory where it's reasonable to say, Maybe
22 this district isn't functioning.  But to put
23 a specific number on it, that's the kind of
24 decision that frankly a judge would need to
25 make.  It's what is, quote, generally.  I

Page 115

1
2 mean, I can opine about it, somewhere between
3 70 and 90 is probably where it falls.
4    Q   Okay.  And are you basing your 70
5 to 90 number on any written guidance?
6    A   No.  I'm not even proposing that
7 that's, like, the rule.  I'm just pointing
8 out that that's the shift in difference
9 here.  I guess I'm suggesting if I told you
10 my dog doesn't bit people and he bites them
11 30 percent of the time, I think you'd look
12 at me like I was a lunatic.  If I told you
13 my dog doesn't bite people and he bites
14 people 5 percent of the time, that seems
15 like a pretty thing I can tell you.
16       My dog doesn't generally bite, but
17 he does bit people, right?
18       And so the "generally" has got to
19 fall in a range somewhere, and I'm -- I mean,
20 I'm open to a discussion about what
21 "generally" is but "generally" is far more
22 than 51 percent for sure.
23    Q   Okay.  But you don't have any
24 written guidance either from the
25 peer-reviewed literature or cases that you

Page 116

1
2 became aware of at DOJ to support your
3 "generally" definition?
4    A   Well, I mean -- so let's be
5 clear.  Like, I am here as an expert not
6 because I write papers that are
7 theoretical, not because I read papers that
8 are theoretical, but because I applied this
9 where the rubber meets the road for half a
10 decade.  I helped build these districts.  I
11 reviewed these districts.  I designed these
12 districts.  I analyzed them.  When we spoke
13 about, Okay, is this election -- is this
14 district polarized, that means they
15 generally -- that the White majority
16 generally votes to defeat a Black-preferred
17 candidate of choice.  That's means that the
18 White voters overwhelmingly defeat
19 Black-preferred candidates.
20       If Black-preferred candidates are
21 electing half of their people, that's not
22 general.  So I acknowledge that there is no
23 dictionary definition for the number as to
24 what "generally" is.  But, no, I've spent my
25 career long enough to know "generally" is one

Page 117

1
2 of those things that says, With only limited
3 exceptions, it will do something.
4
5    A   So there's always, exceptions,
6 that sheriff, all right?
7       That doesn't make if not a
8 polarized county because one person managed
9 to get elected there.  That person can be
10 special.  Even just a few people, that's fine
11 because those are exceptions to the rule.
12 But at some point, as you approach
13 50 percent, 60 percent, you have got an
14 exception to the rule that's overwhelming.
15 It's not "generally" when it happens
16 frequently, certainly not when it happens
17 half the time.
18    Q   I'd like to focus in on the
19 analysis that you did.
20       MS. THOMAS-LUNDBORG:  Let's look
21    at page 8.
22    Q   In the second paragraph, you
23 describe your work.  I am not going to read
24 it bit for bit.  It's too long.  And I
25 actually want to paraphrase -- excuse me --

30 (Pages 114 - 117)

Page 118

1
2 and see if I have got this right.  This is
3 my understanding of the steps in
4 paragraph 8, and you can tell me if I get
5 anything wrong.
6         So you first generate turnout
7 estimates by race by census block using
8 geo-coding of the voter file.  You, then,
9 calculate the number of Black people who
10 voted in the district.  You, then, run the
11 ecological inference on that district.
12 You, then, multiply the ecological
13 inference percentage estimate by the number
14 of voters in each category by race, and
15 then you divide by total turnout.
16        Are those the steps?
17        And if not, let me know where I
18 got something wrong.
19    A    Yeah.  That was -- just listening
20 to you describe it, that sounds -- that
21 sounds about right.  That sounds like a
22 reasonable description of what's going on.
23 I don't think -- I don't think you missed
24 anything there but, yeah, that sounds
25 reasonable.

Page 119

1
2    Q    Okay.  Did you use both turnout
3 and ecological inference estimates to
4 produce your election aggregation?
5         I think you've testified that you
6 just used ecological inference, but I want
7 to make sure I'm clear.
8    A    Well, so the ecological inference
9 uses turnout, so I used turnout to get the
10 ecological inference and then, in the -- in
11 the analysis here, what I did is I, then,
12 used turnout as a percentage of BVAP to
13 allow me to look at the districts and what
14 percent -- so at the end there, to what
15 percentage of BVAP would be necessary to
16 have a functioning majority minority
17 district.
18    Q    Okay.  I want to ask you about
19 the turnout that was used.
20    A    Yep.
21    Q    And you may or may not know this,
22 because this may or may not have happened
23 with the computer science folks.
24        Did you use turnout by block to
25 disaggregate the election results down to

Page 120

1
2 the block level?
3         And if so, how did you
4 disaggregate the election results?
5    A    Again, that was -- that -- yeah.
6 That was done by the data science team, but
7 what I do know is -- so the -- for
8 instance, the BVAP that was used the "any
9 part Black" as I explained there, to try to
10 create -- to try to recreate -- you know,
11 to try not to argue a point that doesn't
12 need to be argued in the data.  So I used
13 the "any part Black" -- or, you know, the
14 "any part Black" is what was used to try to
15 create a -- numbers that are similar to
16 what has been done in the past here.
17    Q    Instead of using ecological
18 inference as a step, you could have done
19 this -- I think you called it
20 "reaggregation analysis," which you would
21 take the election results by precinct,
22 disaggregate them down to the census block,
23 then recompile the result into the new
24 precinct to determine which candidate
25 prevails in the elections in the new

Page 121

1
2 districts being analyzed.
3         Why didn't you do this method?
4    A    Because this method lets me look
5 and see who -- well, how Black voters are
6 actually voting.
7         Is it a Black candidate -- is it a
8 Black-preferred or a candidate getting the
9 majority of votes from Black voters is that
10 candidate actually the one winning?
11         In this -- so it's kind of a
12 combination of an RBV analysis so I can see
13 what percentage of the vote was cast by Black
14 voters, how strong is the support of this
15 candidate in this district, right?
16         So when we do an RBV analysis,
17 we're looking at the district to determine is
18 it polarized, and so here, I look at those
19 districts again to see their polarization, to
20 see if that there is, in fact, a candidate
21 that may be receiving the majority of votes
22 from Black voters, and see whether or not
23 that candidate is winning.
24    Q    Okay.  And how long did it take
25 you to run the EI version of this analysis?

31 (Pages 118 - 121)

Page 122

1
2    A    Most of the individual analyses,
3 so when you compare one racial group for
4 one contest, take three to five minutes on
5 the computer.  It would take me longer to
6 tabulate it and bring results into a table
7 as a -- as a general rule.  When it was
8 state-wide, it would take longer.  But most
9 of these districts, I think -- I think it
10 took about three to five minutes to
11 process.
12    Q    And that's after you had the
13 code?
14    A    Right.  Yeah.  So that's after.
15 That's after I've got the code running.
16 It's much faster to just -- to move through
17 the code -- move through code more quickly.
18 You run it, it runs for just a few minutes
19 on the computer before I've got a result
20 output, and then I have to check the
21 results and verify, you know, what happened
22 there and make sure it makes sense, make
23 sure something didn't go wrong.
24    Q    Right.  In order to get to that
25 three to five minutes, that -- you first

Page 123

1
2 have to write the code, right?
3    A    Right.
4    Q    And how long does that take?
5    A    That would depend.  An hour or
6 two.
7    Q    Okay.
8    A    I'm -- another few hours to --
9 well, understand I have got -- I've got
10 code that I've been using for over a
11 decade, and so it's not a case of I start
12 with a blank slate and start doing
13 something.  It's a case of I have got
14 pretty good foundations to where I'm going,
15 I've been there before, and so I can
16 basically update what I've already got.  So
17 it's actually a fairly quick process.
18    Q    Okay.  And then we discussed
19 before, before you can even run the code,
20 you have to compile the analysis and that
21 took many hours, some of that is unknown
22 because it was done by the computer science
23 folks, right?
24    A    Yeah.  So to compile, I'm talking
25 about building the datasets, what it's

Page 124

1
2 going to need.  Yeah.  That came before me.
3        (Whereupon, the court reporter
4        requested clarification.)
5        THE WITNESS:  Building the
6    datasets was before me.
7    A    I guess I didn't do that work,
8 that -- building the actual datasets wasn't
9 something that I did.
10    Q    This analysis seems to be fairly
11 complicated.
12        Would you agree with that?
13    A    The method itself, ecological
14 inference, is a fairly complex series of
15 calculations.  Ecological regression is
16 actually pretty straightforward and
17 homogenous precinct analysis is downright
18 simple.  Aggregating them all together
19 is -- I mean, it's something that could --
20 something that can be done in -- I mean, in
21 an Excel spreadsheet.  It's -- I mean,
22 it -- there's complexity to it, but it's
23 not -- in the grand scheme of the data
24 science, it's nothing -- it's nothing
25 particularly difficult.

Page 125

1
2    Q    Do you have any indication that
3 the legislature ran a similar ecological
4 inference to get to performance in the way
5 that you did?
6    A    I don't know.
7    Q    Okay.  Turning to your turnout
8 analysis.
9        MS. THOMAS-LUNDBORG:  If you
10    could turn to Table 4, which let me
11    see if I have the page.  One second.
12        MR. GREIM:  Hey, counsel, this
13    is Mr. Grime.  While we're flipping,
14    we've going about another hour since
15    our last break.  I don't know what
16    people are doing for the next series
17    of depositions, but I wonder if we
18    could take another short little break
19    now?
20        It won't be ten minutes, but
21    just take another five-minute break?
22        MS. THOMAS-LUNDBORG:  We can do
23    a five-minute break.
24        CONCIERGE:  Yeah.
25        MS. THOMAS-LUNDBORG:  Okay.

32 (Pages 122 - 125)

Page 126

1
2        VIDEOGRAPHER:  Okay.  Thank you.
3    The time is 2:35 p.m.  We're going
4    off the record.
5        (Whereupon, at 2:35 p.m., a recess
6        was taken to 2:41 p.m.)
7        (The proceeding resumed with all
8        parties present.)
9        VIDEOGRAPHER:  The time is
10    approximately 2:41.  We're back on
11    the record.
12    Q    Okay.  So I think if we could --
13    if we could pull up what is Exhibit 1,
14    Page 10, Table 4.  And we'll just use this
15    table as a reference point for this section
16    on turnout.
17        To what extent in doing your
18    turnout analysis did the political science
19    literature which suggests that turnout is
20    higher in competitive races play a role in
21    how you viewed turnout in this section?
22        MR. GREIM:  Objection to form.
23    Compound question.
24    A    So I guess my focus on this
25    section, like especially this table, was to

Page 127

1
2    simply generate and see what the turnout
3    rates were to compare general -- so the
4    real question here.  This goes to deciding
5    which contests were, I guess, most like the
6    even year general elections.  So this is a
7    piece of the reasoning for why, for
8    instance, those even year runoffs don't
9    make a lot of sense to put too much credit
10    to.  Because the electorate is so
11    different.  And then just to get a feel for
12    the difference in actual turnout between
13    the groups.  That was the real focus us
14    here.
15    Q    Are you aware of the political
16    science literature which suggests that
17    turnout is higher in competitive races?
18    A    Well, I think it makes sense.
19    Q    Are you aware of the political
20    science literature which suggests Black
21    turnout is different when there is a viable
22    candidate of choice?
23    A    Well, I think what's happening
24    here, and I think you have may even see a
25    little bit of it happening here is, when

Page 128

1
2    you look at the 2019 contest, 2019 general
3    in the runoff, you'll actually see that
4    Black turnout jumps from 40.4 to 50.2
5    percent.  And in that instance, the
6    governor candidate, if it's a democrat who
7    won in Louisiana.  It's a little bit of a
8    feat if you think about Louisiana as a
9    whole.  So obviously, there's a little bit
10    of excitement happening in there.
11        But, again, that's great.  That's
12    good.  But the problem is, the candidate is a
13    White man.  And so we're trying to focus on
14    these majority/minority districts.  It's all
15    well and good to point and said, Hey, look at
16    that.  The state elected the person the Black
17    voters preferred.  But they also elected the
18    candidate, that White democrats preferred.
19    And in a near majority or in some of these
20    districts, the majority of White republicans
21    preferred.
22        So, yeah, turnout changes depending
23    on what candidates are available.  And you
24    see it, right?  What's the most important
25    election?  President.  When does turnout

Page 129

1
2    always spike?  President.  We see that.  That
3    drives turnout for sure.  There are things
4    when something is exciting, more people go to
5    it.
6    Q    Okay.  Did you base any of your
7    opinions in this section on political
8    science literature related to turnout?
9    A    No.  The opinions on this were
10    based on the turnout as it actually
11    occurred in this state and the best
12    practices I used at the Department of
13    Justice.
14    Q    And is that based on any written
15    guidance at the Department of Justice?
16    A    It was based on instructions from
17    attorneys there.
18    Q    Okay.  Small point, but looking
19    at Table 4, you used the term "general" and
20    "runoff."  And is the general election on
21    the Secretary of State's website call the
22    "open primary"?
23    A    Yes.  They called it that.  Yes,
24    they called it an open primary for some of
25    them.  So it's tricky.  Because the even

33 (Pages 126 - 129)

1
2 years, right, that's a general election.
3 It -- anyway, yeah, they call it an open
4 primary.  So the even-year generals are the
5 November even year.  Even year runoff is
6 December even years.  The general odd years
7 are October odd years.  And the runoff odd
8 years are the November odd years.
9       At first I had them listed as odd
10 and even, but it same across very -- almost
11 confusing.
12    Q   And do you have a sense in the
13 open primary how many candidates can run?
14    A   Oh, theoretically, unlimited, I
15 suppose.
16    Q   And do you have a sense of how
17 many have run in the races?
18       (Cross-talking.)
19    A   Yeah.  A number of them have only
20 two candidates, and a number had seven or
21 eight at least.  I think one of them had
22 maybe a dozen.
23    Q   Okay.  All right.  Could you walk
24 me through the data that you used to
25 compile Table 4.  These are the elections

1
2 that we saw before in Table 2; is that
3 right?
4    A   Mostly.  But if you notice, I
5 include '15, '11, and '7 in the odd-year
6 elections.  It was just looking back at
7 turnout.  I wanted to get a better idea.
8 The turnout in '19 and '23 were so
9 different.  I was kind of curious.  It is
10 usually like '19?  Is it usually like '23?
11       So I wanted a better feel for the
12 turnout.  It turns out that, in fact '23 and
13 '19 were both extreme years.  One was perhaps
14 the lowest turnout.  One was the absolute
15 highest turnout we've seen recently.  So it's
16 a kind of an interesting dichotomy there.
17       But other than that, yeah, these
18 are the -- these are the turnout statistics
19 for the elections I analyzed.  But, again, I
20 didn't have a runoff election in '22 or '20,
21 so those are just the numbers from the
22 Secretary of State website for those
23 elections, but there was not a '22 or '20
24 senate runoff.
25    Q   Okay.  If we could go --

1
2    A   Because leaving it blank makes it
3 look, you know, it just makes it look
4 incomplete.
5    Q   If we could actually go back to
6 Table 2, top of Page 6.  So you state that
7 you -- in Table 2, you don't list the 2015
8 election.
9    A   No.
10    Q   But you're saying that you
11 actually did analyze the 2015 election?
12    A   No.
13    Q   Okay.
14    A   No.  The turnout data, if you
15 look at Table 4 again, I pulled out the
16 turnout data for '15, '11, and '9, just the
17 turnout data.  I didn't look at any
18 elections or anything like that because I
19 was looking at the turnout in 2019 and
20 2023, and those two, they were so
21 different, it led me to wonder what's
22 normal.  Right?  If they had been similar.
23 If it had been in both cases 35 and 33
24 percent, it would make sense that that's
25 how turnout is in those odd-year elections.

1
2 But they were so different.  The turnout in
3 '19 was almost double '23.  And so that
4 made me wonder what's the difference.  So I
5 just simply went and looked at the turnout
6 rates going back further to get a feel for
7 it.  And, in fact, 2019 is an absolute
8 water mark for turnout.  And 2023 is a low
9 water mark.
10    Q   Okay.  So you looked at the
11 turnout in 2015.  Why not actually look at
12 that election?
13    A   Well, so to look at the turnout,
14 I go to the Secretary of State's website.
15 I open their file, and they literally
16 report these numbers.  To analyze
17 additional elections is an entire other
18 debate.
19       So if I go back to 2015, questions
20 that you've brought up come back into mind.
21 Do I need to include -- do I need to look at
22 different VTDs?  I need a whole new dataset
23 with these new elections with new breakdowns
24 by who is where, and then when I get back to
25 2011, 2009, these elections start to get so

Page 134

1
2 old that I don't know who voted, right. As
3 you pointed out, voter rolls are unreliable
4 the older they get. But here, these are just
5 totals that the state reports. And these
6 numbers don't change.
7      So the turnout data is still
8 accurate going back as far as they reported
9 because those are the totals. They're
10 affected by the voter file. They're not
11 affected by -- you know, I didn't look at it
12 at the precinct level. I didn't have to
13 break it down. I didn't have to spend any
14 time really processing anything. It just
15 lets me look at the turnout and get an idea
16 for what the trend is. I wanted to have an
17 idea, if the turnout was generally like 2023,
18 I wanted to know that. If it was generally
19 like '19, I wanted to know that. The fact
20 that those two are the extremes. I wanted to
21 know that. And if -- I figured it out and
22 thought it was valuable to conclude so we can
23 see how much the 2023 turnout -- or, I'm
24 sorry, the odd-year turn out fluctuates.
25      Q   Do you know how the

Page 135

1
2 Black-preferred candidates performed in the
3 2015 state-wide elections?
4      A   I saw that from Lisa Handley's
5 report in the Robinson case.
6      Q   Okay. And what do you recall?
7      A   As I recall in the general
8 odd-year election in 2015 one of them the
9 Black-preferred candidate won, and the
10 other two they lost.
11      Q   Okay. And you just mentioned the
12 Lisa Handley report. Did you review the
13 Lisa Handley Robinson report?
14      A   Yeah, I read it.
15      Q   And did you read it prior to
16 writing your report in this case?
17      A   Yes.
18      Q   And did it inform any of your
19 opinions in this case?
20      A   Not my opinions, but I did in
21 some cases kind of follow a little bit of
22 her lead. We'd actually -- so I've been --
23 you know, there's kind of a debate as to
24 how to present things. So, like, my final
25 conclusion table, that Table 7, is loosely

Page 136

1
2 based on what she used for her conclusion
3 in her rebuttal report.
4      Q   Okay. I have another question
5 about elections, actually, analyzed. Did
6 you look at -- I see you have -- actually,
7 you don't have it in the turnout report.
8 But why didn't you look at the 2017
9 treasurer race in either turnout or your
10 elections analyzed?
11      A   I guess -- well, I guess it's a
12 special election. Oh, yeah, yeah. I would
13 have had to have them build an entire new
14 dataset. Again, it's older than 2019,
15 brings into question issues of data for the
16 one additional election.
17      Q   Got it. But you looked at 2016,
18 so why not look at -- the election in 2016,
19 so why not look at an election in 2017?
20      A   I would have been more likely to
21 look at 2012 than 2017. Because 2016 has
22 value because it's an even-year election.
23 I can't stress that enough. That's the
24 electorate that elects Congress. 2019
25 doesn't; 2017 certainly doesn't; 2023

Page 137

1
2 doesn't.
3      I included '23 and '19 because they
4 were efficient. I could get five elections
5 with one data tranche. I could process them
6 and see how they perform. I got as many as I
7 good going back two full presidential cycles.
8      Q   And then you mentioned that you
9 reviewed Lisa Handley's rebuttal report.
10      Do you recall when you reviewed
11 that?
12      A   I don't remember when I first
13 reviewed it. Probably in March. It would
14 have been -- probably would have been
15 March. That would be my best guess.
16      Q   But it was prior to you
17 submitting your report here?
18      A   Correct, yeah. Yeah, absolutely.
19 So, I mean, if you look at my Table 7, my
20 Table 7 bears some of the shadow of what
21 her conclusion was in her rebuttal report.
22      Q   And that was in the Robinson case
23 report that you reviewed?
24      A   Her rebuttal report in Robinson.
25      Q   And did you find that report on

35 (Pages 134 - 137)

Page 138

```
1
2  your own, or were you given that report?
3      A   Oh, no, I think it was definitely
4  given the report.
5      Q   Okay.  In the second paragraph on
6  Page 10, you state that:  For runoff
7  elections, comparisons were less reliable.
8          And I think you said that in
9  our -- in this deposition.
10         What was the basis for this
11 statement?
12     A   Well, they're less reliable
13 because their turnout is so different.  A
14 member of Congress will never be elected
15 with 17 percent of the people voting.  And
16 so as a result, it's not a good idea to
17 look at an election where only 17 percent
18 of the people voted because you don't know
19 the difference in who voted.  Even if you
20 break it down by race, you don't know who
21 those voters were.  You don't how they
22 would have acted.
23         So it's just simply the thing of
24 there's far less turnout, and it's at a
25 different time than these general elections
```

Page 139

```
1
2  are going to be going forward.  And so
3  they're less reliable in predicting even-year
4  November results.
5      Q   And how many candidates, do you
6  know, were present in the runoff elections?
7      A   Oh, in the runoff elections, it's
8  just two.
9      Q   And how many candidates can be on
10 the ballot in November congressional
11 elections under the new system?
12     A   November for the new system?  I
13 think generally two, but there will be the
14 possibility, I think, of a third-party
15 candidate.  So just like before with, you
16 know, how many people run for president?
17 There's generally going to be a -- yeah, I
18 think it's going to be a republican and a
19 democrat.  But there's the potential for
20 third-party entrants:  Libertarian, Green,
21 or whatever else.
22     Q   And do you know how competitive
23 the various open primary elections or
24 general elections were that you analyzed?
25     A   So, again, that kind of varies a
```

Page 140

```
1
2  little bit.  There were examples where, you
3  know, there were multiple candidates who
4  were actually Black, both receiving
5  substantial Black support.  There were
6  contests with multiple -- where a Black
7  candidate and a White candidate were both
8  receiving substantial Black voter support.
9  And there were contests without any Black
10 candidates at all receiving a lot of Black
11 voter support.
12         So it kind of varies, and it
13 varies, you know, largely with turnout.  So
14 2019, again, things were much more
15 competitive than they were in 2023.
16     Q   Do you know how competitive any
17 of the runoff elections were for any of the
18 elections that you analyzed?
19     A   Again, they varied pretty widely.
20 So the -- well, so -- and even there,
21 there's a trick, right?  And that is how
22 competitive was it state-wide, because it's
23 a statewide contest.  And also how
24 competitive was it within the individual
25 districts.  But the competitive -- excuse
```

Page 141

```
1
2  me.  The competitiveness varies.
3      Q   I would like to turn on the next
4  section of your report called "Election
5  Reaggregations" on Page 11.  And I want to
6  spend some time with Table 5A.
7      A   Okay.
8      Q   Okay.  Can you walk me through
9  how you created the data that you used for
10 Table 5A, or the data was created if it was
11 created by a computer --
12     A   Yeah.  So, basically, these are
13 the result of the ecological inference,
14 ecological regression, and homogenous
15 precinct analyses.  So practically here,
16 the numbers being reported are all a result
17 of ecological inference.  Essentially, I
18 multiplied a percentage of -- not unlike
19 what you described earlier.  I multiplied a
20 percentage of support from each race by the
21 number of people from that race who voted.
22 Then I divide that by the total, and in
23 this case, I come u -- and then I add them
24 up by candidate.  And I will add up
25 those -- add up the candidates and see how
```

36 (Pages 138 - 141)

Page 142

1
2 candidates who were supported by -- who
3 received substantial support from the Black
4 community, how they actually would have
5 fared.
6     Q    Okay.  Why do you report only the
7 Black-preferred candidates and not also the
8 other candidates in this table?
9     A    Because the question is, can this
10 district elect a Black-preferred candidate,
11 not can it elect a White-preferred
12 candidate.
13    Q    Do you know if you have to --
14 well, I'll back up for a second.
15         How are you determining whether
16 the Black-preferred candidate would be
17 elected by looking at this table?
18    A    Well, in this case, the candidate
19 who received substantial Black voter
20 support, essentially, if they clear
21 50 percent of the vote, they would have
22 been elected, right?  So really ultimately,
23 the question is going to be as to these
24 districts going forward, be able to provide
25 a majority number of the votes cast in a

Page 143

1
2 congressional election.  Naturally, the
3 question.
4         And so this table here shows how
5 cohesive the Black voting community was
6 around the candidates that they were
7 supporting.
8     Q    Now, is it your testimony -- I
9 just want to make sure I'm clear on this --
10 that a candidate would have to get over 50
11 percent to win any of these elections?
12    A    Well, in Louisiana, there's a
13 majority vote requirement.  So, I mean, I
14 understand that, you know, a lot of states
15 have, you know, a kind of plurality
16 requirement, but Louisiana requires a
17 majority to win.
18    Q    Okay.  So if they didn't win in
19 the election in Table 5A, and no one got
20 over 50 percent, what would happen?
21    A    For one election and one election
22 only, would go to a runoff.
23    Q    And how would your analysis in 5A
24 account for the fact that no one won and
25 the race ended up in a runoff?

Page 144

1
2     A    Well, it will end up in a runoff
3 in 2024, but the real issue here is we're
4 trying to establish a district that
5 generally elects candidates of choice.  If
6 it elects it one time in 2024, it didn't
7 generally anything.
8         This plan is going to exist until
9 2030 or 2032 the way lawsuits go, maybe 2034.
10 So the real question is, will this
11 district -- will these districts be able to
12 reliably elect candidates that Black voters
13 are voting for.  That's what this table
14 shows.
15         (Cross-talking.)
16    Q    Understanding that your focus was
17 on Black voters and it was necessary to get
18 over 50 percent, why did you exclude
19 candidates for whom less than
20 10 percent -- sorry.  Strike that.
21         Why did you only look at
22 candidates that had over 20 percent of
23 Black votes?
24    A    Because it's difficult to run an
25 analysis on a candidate who has a small

Page 145

1
2 percentage of the vote total.  My option
3 would have been aggregate them all
4 together, but there's a bias issue that
5 comes along, and it tends to wash out
6 results, and you have a difficulty
7 interpreting all these combined candidates.
8         Here, what I tried to do -- and I
9 think there's actually one contest with a
10 Black candidate who got, I think it was 10.
11 I'd have to look.  The cutoff wasn't actually
12 10 percent.  I think the largest example was
13 a 6 percent candidate that wasn't included.
14 But in the majority of these cases, the top
15 candidate that wasn't included received half
16 a percent of the vote.
17    Q    Okay.  The table is labeled from
18 at least 10 percent of the vote?
19    A    Correct.
20    Q    So is the table inaccurate, the
21 title of the table inaccurate?
22         (Cross-talking.)
23    A    No.  Every candidate who received
24 more than -- who received a vote from at
25 least 10 percent of the Black voters is on

37 (Pages 142 - 145)

Page 146

1
2 that table. But in the vast majority of
3 the -- in the elections analyzed, very few
4 of them had more -- very few candidates
5 that I didn't include got more than 1
6 percent of the Black vote, and some of
7 them, there weren't any other
8 Black-preferred candidates. That's said as
9 a caveat, so there is an understanding that
10 there are some candidates that received
11 some percentage of the Black vote who
12 aren't included.
13        I mean, this includes, right, for
14 instance, the candidate on the other side,
15 right, that's running against them, if you
16 will, the White-preferred candidate,
17 potentially receives, you know, with the
18 crossover voting, 8, 9, 10 percent of the
19 vote, and so I was distinguishing that to
20 make it clear that I'm not including these
21 majority-preferred White candidates. I have
22 to pull them away.
23        And so I looked at the candidates,
24 and in every case, anyone who got over 10
25 percent of the Black vote was not a candidate

Page 147

1
2 who was a majority White candidate. So I
3 have to set that differentiation line
4 somewhere.
5    Q    Okay. Now, when you removed or
6 didn't include candidates who received less
7 than 10 percent of the Black vote from the
8 numerator of your analysis, did you leave
9 them in the denominator when calculating,
10 or did you also remove them from the
11 denominator?
12    A    If I removed them from the
13 denominator, I'd wind up with a hundred
14 percent for everything. I mean, that --
15 that seems like a -- that's confusing.
16    Q    I'm saying that, for example, if
17 there is 10 percent of the vote missing, so
18 let's say we could actually go to an
19 example. Let's look at the senate race
20 2022. Do you know -- well, we can go to
21 the appendices, but would it surprise you
22 to find out that that Senate race 2022 had
23 four democrats in it?
24    A    No, that seems reasonable.
25    Q    Okay. So if we look at

Page 148

1
2 Appendix A, it's Page 22 of the report,
3 Appendix A?
4    A    All right.
5    Q    And so you report in Appendix A,
6 Chambers, who is a democrat, and Luke
7 Mixon, who is also a democrat. And we
8 looked at the analysis. It looks like
9 Chambers got 31.1, Mixon got 16.4 and if we
10 go back to Table -- sorry. If we go back
11 to Table 5A, we can see that you've
12 reported -- and I'm just looking at, I'm
13 sorry, D6 in SB8, you reported 14.7, which
14 seems to be the Chambers Mixon numbers.
15        And then in your appendices,
16 Appendix A, you have a republican listed,
17 and then you have this "Others" category.
18 And looking at the other category in
19 Appendix A, it looks like there's 15
20 percent of the Black vote. The other
21 candidates get 15 percent of the Black vote
22 and 7 percent of the non-Black vote.
23        How did you account for that 15
24 percent of the Black vote and 7 percent --
25 7 to 8 percent of the non-Black vote in

Page 149

1
2 Table 5A?
3    A    Well, the majority of that
4 vote -- the majority of the remaining
5 candidates, I guess, I don't remember
6 exactly the percentages on each one of the
7 contests, but most of those others were
8 republicans. A few of them were democrats.
9 And none of them got very substantial
10 support among Black voters.
11    Q    Except your Appendix A reports
12 the Black preference and other voter
13 preference, and it looks like the others
14 were Black-preferred get 12, 13 percent of
15 the support, and for others gets much less,
16 gets around 3 percent.
17    A    Right.
18    Q    So how did you reflect this
19 missing 12, 13 percent of the Black
20 preference, which is much higher than the
21 other preference, in Table A -- 5A.
22        Oh, you know what? It's actually
23 higher. We're looking at the wrong page in
24 the appendices. Let me get you to the
25 right page so we can all be in the same

38 (Pages 146 - 149)

Page 150

```
1
2  place.
3       If we look at Page 20.  And there
4  you see the number's actually even much
5  higher.  We get 14, 13, 13.9, 14.4, 15.7
6  preference of the Black voters in the Other
7  category, and for non-Black voters, we have
8  3.5, 3.3, 3.7, 4.8, et cetera.
9       How did you account for this
10 missing 15 percent of Black voters
11 preferring someone else?
12    A   Well, generally, I just looked at
13 them and identified what their
14 alternative -- what the alternative
15 candidates they had available to them were.
16    Q   And then you added that to any
17 columns in 5A?
18    A   Now, I added the -- the two
19 candidates that received substantial
20 support together so I could talk -- in that
21 case, the 58.9 but plus 24.9 would be
22 potentially added together to create, if
23 you will, a super-candidate.  So this -- a
24 piece of this here is based on the way that
25 Handley's report had been handled in
```

Page 151

```
1
2  Robinson where she hadn't actually added
3  them together.
4       The reason I added them together is
5  to give a reasonable chance to the candidate
6  who is receiving Black support.  So in her
7  final analysis, she had a lot of candidates
8  and result that were showing 30 percent
9  support for a Black-preferred candidate.  So
10 what I did here was my attempt was to
11 combine, because of the primary-ish nature of
12 these elections, to combine enough Black
13 voter support to create a candidate that
14 would have been viable.
15    Q   Okay.
16    A   So and I could report just the
17 top number.  Look, Chambers got 58.9, and,
18 actually, if we put it together, Chambers
19 would have gotten probably about 45 or so.
20 I could have reported 45.  But that's
21 disingenuous because Black democrats united
22 together, Black voters united together and
23 at least delivered 63.5 percent of the vote
24 to their preferred candidate in the 2022
25 Senate contest in District 2.
```

Page 152

```
1
2       Granted, they only delivered --
3  they delivered far less to an individual,
4  Chambers or Mixon, but my effort here was to
5  try to inflate that enough to be reasonable.
6  Where it was done before, prior, didn't even
7  bother to attempt that, used only the most
8  preferred candidate.  Here, I tried to
9  neutralize that as best I could.  And the
10 problem is if I tried to add in candidates
11 who received tiny -- half a percent of the
12 vote or 1 percent of the vote, I'd wind up
13 with a mess that means it's more error than
14 it is known data.
15    Q   Okay.  So then did you subtract
16 that percentage that is not being reflected
17 in 5A in the Black-preferred candidate from
18 any part of your analysis in 5A so that the
19 analysis would reflect that there is a
20 certain number of Black vote that is being
21 lost in 5A?
22    A   Well, no.  See, what's going on
23 here in, is those elections, just like in
24 future elections, there are Green
25 candidates that are pulling some of that
```

Page 153

```
1
2  Black support.  There are Libertarian
3  candidates who are pulling more White
4  support, but perhaps are pulling Black
5  support.  There are other party candidates
6  that are pulling as well.  So I can't just
7  exclude those numbers.
8     Q   Well, I will submit to you that
9  there were four democrats.  You have
10 included the top two, but the other
11 democrats -- other democrat in this
12 category -- actually, it looks like there
13 were five -- are Vinnie Mendoza,
14 1.2 percent; Salvador Rodriguez, 1 percent;
15 Syrita Steib, 2.6 percent, who, together,
16 would get you to -- and I'm doing math on
17 the fly -- 4.8 percent of the vote.
18      Did you account for that 4.8 that
19 represents the democrats in any part of
20 your 5A analysis?
21    A   No, because what's happening
22 there as well is you're bumping into -- so
23 these are candidates receiving votes, but
24 we don't know who is casting those votes.
25 And to try to break them down by estimates
```

39 (Pages 150 - 153)

Page 154

1
2 creates a real problem. Part of the
3 analysis when I'm looking at a candidate
4 that's got 1 percent of the vote will
5 almost always break down. And if EI works
6 at all, it will report results that are
7 unreliable.
8    Q   Okay. But so you're saying that
9 you did not account for, in 5A, this 4.8
10 percent that the democrats received in the
11 race, which if I added 4.8 to 48.7, it
12 looks like we would get over your
13 50 percent plus 1 threshold. That didn't
14 go to the republican; it didn't go anywhere
15 in 5A.
16    A   Well, I mean, you're saying that
17 4 percent, it may have worked very in
18 District 6 once, maybe twice. but even that
19 would --
20    Q   I'm just talking about this race
21 that we're looking at --
22    A   I understand.
23    Q   -- 2022?
24    A   We're talking about my analysis.
25 It would have been worked in D6, sure. And

Page 155

1
2 this, to my point, just shows that SB8 is
3 better as a racial gerrymander than
4 Robinson, A3, or Price, because they would
5 still fail, even with the hypothetical
6 addition of these other tiny candidates.
7    Q   Okay. Let's turn to Table 5B.
8 And that's on Page 12.
9        Okay. Did you use the same data
10 source for 5B as 5A?
11    A   Yes.
12    Q   Okay. And did you use the same
13 analysis as you did for 5A as you did for
14 5B?
15    A   Yeah, the methodology was the
16 same.
17    Q   Okay. Now let's turn to 5C,
18 which is on Page 13.
19        Yeah, did you use the same data
20 source in 5C as you used for 5A and 5B?
21    A   Yes.
22    Q   And did you use the same analysis
23 as 5A and B?
24    A   Yeah.
25    Q   Okay. Now looking at the results

Page 156

1
2 of 5C, you're using your 50 percent
3 threshold to decide if there is a win here,
4 correct?
5    A   Yes.
6    Q   And it looks like there is seven
7 races across nine districts, so 63 races
8 total; is that right?
9    A   Sounds about right, yeah, 63.
10    Q   Okay. And I looked at this, and
11 I only found nine races where the vote --
12 where the candidate gets less than
13 50 percent of the vote across all the
14 various plans.
15    A   Yeah. As we'd said, yeah, the
16 runoff elections are a very different
17 electorate than the general primary
18 election, as you put it. And especially
19 this table, in eight months, evaporates.
20 Never happens again. And on top of --
21    Q   I thought you said that --
22    A   The turnout here, in the -- in
23 the even-year contests here, at the bottom
24 tier, they're even-year contests, their
25 turnout is miniscule compared to the

Page 157

1
2 turnout in the general, and even the other
3 five, the turnout there is erratic. In
4 2019, it's the highest -- yeah, 2019, it's
5 the highest that an odd-year election has
6 had for the last, is it 20 years? And in
7 2023, it's the lowest turnout that we've
8 had in 20 years.
9        These elections aren't going to do
10 a very good job of predicting the results in
11 even-year congressional contests going
12 forward. These are included because I looked
13 at these elections, and I considered them,
14 and it's a totality of what I analyzed. So
15 we can see what's happening here. And the
16 fact that Black-preferred candidates win so
17 many of them reinforced my point that these
18 elections aren't like others.
19        We've got a contest -- in most
20 probative elections we've had, a
21 Black-preferred candidate wins one out of
22 four. In these contests, they're 7 and 0.
23 You think those elections look the same to
24 anybody who looks at them? There's a
25 different here.

40 (Pages 154 - 157)

Page 158

1
2      And so these numbers, how it looks
3 so consistent, these victory rates?  Yeah, I
4 see them.  I agree that they're there.  But
5 they're not probative.  They don't have much
6 bearing on the question at hand.  And that
7 is, well, if -- sorry.  One one of the
8 questions at hand.  The other questions, it's
9 very useful for.  SB8 without a doubt, the
10 SB8-D6, is performing far better because of
11 its increased BVAP, than Robinson, A3, or
12 Price, even in these elections.
13      And in these elections you can see
14 the drop-off still in candidate support.  So
15 that's still present.  But what's happening
16 is, the very low turnout, perhaps due to high
17 interest, I don't know, in December of even
18 years, not odd years, seems to create a good
19 opportunity for Black voters.  The problem is
20 that's not going to exist in about seven
21 months.
22   Q   Okay.  Now, I know you're saying
23 the turnout is different in the races.  I
24 think we agreed before that these races
25 have two candidates, and under the new

Page 159

1
2 system, it will primarily be two candidate,
3 correct?
4   A   Yeah.  I think the new system
5 will primarily be two candidates, you know,
6 minus the little ones, and these, I think,
7 are strictly two-candidate contests, yeah.
8   Q   And the prior tables that we
9 looked at, 5A and 5B, some of those races
10 had, I think you said, up to seven
11 candidates?
12   A   Yeah.  I think about half of them
13 had multiple candidates.  Yeah, absolutely.
14 A good number of them had multiple
15 candidate that were viable, more than what
16 you would expect out of, say, a Green or
17 Libertarian party candidate going forward.
18   Q   And in 5A and 5B, even though
19 some of those races had seven candidates,
20 you only show the top two?
21   A   No.  I choose the two that
22 received the overwhelming majority of Black
23 support, as well as the share of -- the
24 majority of the White support that would go
25 to a future Black candidate.

Page 160

1
2   Q   Okay.  But you excluded the ones
3 where candidates got less than 10 percent
4 as we've discussed.
5   A   Right.  I exclude the ones where
6 the candidates got very little support.  If
7 I was going include every candidate that
8 got any support, then I have to sit there
9 and say, okay, I'm only looking at
10 republicans and democrats.  And that's one
11 of the things here when we start dealing
12 with the VRA that people try to avoid is
13 trying to boil down the contest for the
14 Voting Rights Act district into a partisan
15 politics issue.  And so I'm trying to avoid
16 that.  That's why I said less than
17 10 percent, because that's a casual way of
18 removing those candidates that the White
19 majority prefers.
20   Q   But you could have gotten
21 reliable estimates down to 5 percent,
22 right?
23   A   No, no.  If you have a candidate
24 that's only getting -- so here's the issue.
25 Ecological regression is easier to explain,

Page 161

1
2 but it's closely related to ecological
3 inference.  One of the issues is on drawing
4 the line.  If you can imagine a graph that
5 starts down at the bottom left corner it's
6 0 percent, you know, going across the
7 bottom, it's the percent of, say, BVAP in
8 the district.  And then going up the side,
9 there's percent of voter support for a
10 candidate.
11      And so, in theory, we should be
12 able to plot what percentage -- so if we have
13 a district that has no Black voters in it and
14 no votes for, say, Jones, and then we have a
15 district with a hundred percent Black voters
16 and a hundred percent votes for Jones, you
17 see there's a line starting to appear, that
18 as I get more Black voters in the district, I
19 have, more support for Jones, okay?
20      The trick is, I don't really ever
21 have a district with zero votes or a hundred
22 percent votes for Jones.  They're all towards
23 the middle.  And so when I had a candidate
24 who only got 5 percent of the vote, my
25 districts, my -- the biggest district I have

41 (Pages 158 - 161)

Page 162

1
2 for support for that candidate might be 15
3 percent of the vote in a specific precinct.
4         And as a result, my line, rather
5 than going all the way up to 100 -- starting
6 at zero or close to it and going all the way
7 up to hundred percent, my actual data is only
8 this long. It's only just a few inches long,
9 right? And so I'm extrapolating from the
10 data that I have and trying to make a claim
11 about something that's too far away.
12         So, no, when you have a candidate
13 who doesn't receive substantial voter support
14 in a number of precincts, 60, 70 percent, you
15 can't get reliable estimates out of it. You
16 can't run HPA at all because you need
17 districts of at least 80. ER becomes
18 completely unreliable, even EI becomes
19 completely unreliable if you don't have
20 substantial support for a given candidate in
21 at least a few precincts.
22     Q   Are you aware that the political
23 science literature has found that
24 ecological inference is reliable down to
25 5 percent?

Page 163

1
2     A   I am not aware of a study that
3 shows that, but I have probably done a
4 thousand ecological inference analyses.
5 And what I know is that when I get down
6 that low, I start building -- I start using
7 districts and results that don't make
8 sense. All of a sudden I'll have things
9 where ER and EI disagree. ER says it has a
10 high confidence in one of the candidates
11 and a low level of confidence in the other.
12         No, it becomes very messy when you
13 get down too low. You're starting to
14 extrapolate. You're using data that says,
15 okay, when a district has 5 percent of the
16 voters supporting Jacobs, we're trying to say
17 what would have happened if we had a district
18 that was a hundred percent Black. How many
19 of them would have voted for Jacobs? And the
20 problem is, is you're extrapolating. So
21 whatever political scientists are saying,
22 when you use a regression method or anything
23 like this and you extrapolate three times
24 away from your data, you've got a precinct
25 with 15 percent, you want to extrapolate all

Page 164

1
2 the way out to 100 percent? What's that?
3 That's six times -- that's six times the
4 width of your data you're extrapolating out.
5 You set yourself up for difficulty when you
6 extrapolate that far.
7     Q   Okay. Let's go back to Tables 5B
8 and 5C. And if we could get them both up
9 on the screen. 5B is on Page 12, and 5C is
10 on Page 13.
11         Okay. So one race covered in
12 both of 5B and C is the Secretary of State
13 race in 2023.
14         Do you see that?
15     A   I see it.
16     Q   Okay. And in Table B, 5B, you
17 report that the Black-preferred candidate
18 lost. And I think we've already discussed
19 the Black-preferred candidate lost, but
20 it's still possible to lose at this stage
21 and make the runoff, correct?
22     A   Again, for seven more months,
23 theoretically, yes; but in seven months,
24 no.
25     Q   Just comparing what actually

Page 165

1
2 happened. So looking at 5B, it looks like
3 the Black-preferred candidate made it to
4 the runoff in 5C.
5         Do you see that?
6     A   Oh, yeah. Yeah. That is
7 correct, yes, Collins made it. I mean,
8 she's present in every Secretary of State
9 contest, so all five of them the
10 Black-preferred candidate is -- is it Susan
11 Collins? And she's present in all five.
12     Q   I believe it's Gwen Collins.
13     A   Gwen Collins. Oh, my daughter is
14 named Gwen. How did I forget that? Yeah,
15 Gwen Collins is present in all five
16 Secretary of State contests that I
17 analyzed.
18     Q   Okay. And so then in the runoff,
19 it looks like she easily is getting above
20 50 percent; is that correct?
21     A   Okay. So, again, we're trying to
22 build a district that will generally elect
23 a candidate of choice for Black voters.
24 The hypothetical situation we're building
25 here may be true for the next six months.

42 (Pages 162 - 165)

Page 166

1
2 But in seven months, it's not true.  It may
3 elect someone one time, but it won't
4 generally.  That's the core of the issue
5 here.
6     Q   Right.  But 5B, as we've
7 discussed, doesn't account for,
8 potentially, a very fractured Black
9 electorate because there are so many
10 candidates because some of the smaller
11 candidates are removed from 5B.
12     A   Well, the other trick is that,
13 what, Black cohesion ranges from the low
14 90s?  Yeah, Black cohesion ranges --
15 there's a few in the high 80, but,
16 generally, Black cohesion seen here is in
17 the low to mid 90s.  So 5 or 6 percent of
18 Black voters are voting for a non- --
19 they're voting for the candidate of choice
20 of White voters.  So I think a substantial
21 number of those folks could be voting on
22 the other side.  We have -- what percentage
23 was it?  The votes that cross here?  I
24 mean, so we've got -- these are odd years,
25 but 80 percent support for Wilson in to

Page 167

1
2 2023 for governor.  Only 2.9 percent of
3 Black voters who voted for Landry.  14
4 percent voted the others.
5         Well, generally speaking, these
6 contests, they range for support maybe up to
7 92, 93.  So the majority of those others
8 probably were going to vote, potentially for
9 a republican.
10     Q   Right.  But you didn't do the
11 analysis to tell us for sure who those
12 voters voted for?
13     A   No.  But your assertion that they
14 definitely would have voted for, for
15 instance, Collins, is --
16     Q   My assertion is we don't know
17 looking at 5B.
18     A   Looking at 5B, we get a very good
19 idea for where major candidates are going
20 to fall when democratic voters and Black
21 voters unite and vote for candidates of
22 choice.  There is always room for error,
23 and somehow who got 1 percent of the vote
24 falls within the margin of error of any
25 analysis that's going to be done.  That's

Page 168

1
2 the problem with looking at these tiny
3 candidates.  Their margin of error will
4 overwhelm the amount of support that they
5 got, and that leaves us with an estimate
6 that is meaningless.
7     Q   Right.  But we can't see from 5B
8 and looking at 5C that between the general
9 and the runoff, there was some coalescence
10 of the Black vote around one candidate when
11 there were two candidates?
12     A   No.  The vast majority of Black
13 voters didn't even vote.  So the people who
14 were coalescing before, didn't even show up
15 in the runoff.  The people who were voting
16 for the White candidate, most of them
17 didn't show up for the -- 2/3 of the people
18 who voted didn't show up.
19     Q   Right.
20     A   And so we -- who voted there and
21 who didn't.  And this entire line becomes
22 pointless in seven months.  And we're
23 trying to build a district that will last a
24 decade.
25     Q   Right.  I think we've exhausted

Page 169

1
2 this topic.
3         Going to Page 14 -- actually, I'm
4 not going to ask that question.  I want to
5 ask you a question.  I have to find that
6 page.  Give me one second.
7         Okay.  I'm on Page 14, the middle
8 of the last paragraph.
9     A   Okay.
10     Q   You say:  Here, the mistake of
11 using any part Black compounds the issue of
12 exaggerating the number of Black voters
13 available in a district.
14         Do you see that?
15     A   Yes.
16     Q   Okay.  Are you aware that the
17 state's own voter file only has Black,
18 White, and other?
19     A   Yes.
20     Q   Okay.  And the state's use of
21 Black is closer to any part Black than the
22 other Black categories used by the census,
23 correct?
24     A   No, not necessarily.  Again, as
25 you're pointing out, we don't know.  When

43 (Pages 166 - 169)

Page 170

1
2 you get the option to select six racial
3 categories and an ethnicity, you wind up
4 with the possibility of a colossal collage
5 of groups. There are people who will mark,
6 literally, I am Black and White. Are they
7 Black? Are they White? Where do you put
8 them, right? You have to make a decision
9 there. No, the State's voter file is nice
10 because you get one choice. When you have
11 one choice, you're going to pick what you
12 identify as.
13      So in the voter file, when someone
14 identifies as I am Black, we can trust that
15 that is their self-identification. When
16 someone says, I am White. We can trust in
17 that. The problem is, when someone says I am
18 Black and White and Asian and Native
19 American, I don't know what their primary is.
20 I don't know how they identify. It's
21 possible they live on a resignation and they
22 really identify as Native American, but they
23 pay tribute to the rest of their nature, the
24 rest of their -- their cultural backgrounds.
25      But now when we try to break this

Page 171

1
2 down, you see, it's an artifact to try to
3 create a majority minority district and say,
4 okay, I need a district that is majority
5 Black. If we're going to use the census
6 data, we've got to come up with a way of
7 quantifying that. In the 1990s, the
8 Department of Justice got beat up over this
9 issue because of the way that Hispanic, as an
10 ethnicity, interacts with Black.
11      The problem is when you start
12 adding these groups up, if you use any part
13 Black and you've got Hispanic and you've got
14 everyone else, you add those up, you get like
15 112 percent because there's so many folks who
16 are Black and Hispanic. And those groups,
17 although they're marked as two separate
18 categories, definitely overlap.
19      That's why DOJ came up with what I
20 described as DOJ Black earlier in the
21 document was to get away from this ridiculous
22 situation where they've got more than a
23 hundred percent of the people. And when we
24 look at Louisiana, sure, we said, okay, but
25 the Hispanic community is not huge here.

Page 172

1
2 It's like 1.2, 1.3 percent. That's enough to
3 flip some of these elections back the other
4 direction.
5      And the real issue here is -- and
6 this is like the issue of this paragraph and
7 the focus here is that none of this is really
8 about BVAP. BVAP is a good proxy for, do I
9 have a majority minority district? How many
10 people of this racial group do I have? Is it
11 majority Black? That's great. Okay. That's
12 step one. But that's only step one. That's
13 the easiest step is build a map that majority
14 Black. All right?
15      The geographer DOJ produced those
16 maps all the time. The difficult part, and
17 the part that needs to be done, the part
18 that's critical is, now you have to take that
19 map. You have to analyze that map. You've
20 got to look at the turnout. You have to ask
21 yourself, who's actually voting? A district
22 could be 78 percent Black and not elect Black
23 for candidate of choice if that community
24 does not vote, if that community is not
25 cohesive.

Page 173

1
2      Now, you would probably be hard
3 pressed to find a district like that, but
4 what matters is not a percent BVAP. What
5 matters is who actually shows up to vote.
6 And in this case, the people who are showing
7 up to vote, will overwhelmingly defeat
8 candidates that receive the majority of votes
9 from Black voters.
10    Q   Okay. Staying on Page 14, the
11 last paragraph, you state: It's been my
12 experience that a district with BVAP
13 between 55 percent and 60 percent will
14 reliably elect the candidate supported by
15 the most Black voters.
16      Do you see that?
17    A   Yes.
18    Q   Is this a Louisiana-specific
19 experience that you're referencing here?
20    A   No, not at all. Generally, so,
21 again, I've been involved in too many of
22 these maps to count. And, generally, as I
23 was working through with the geographer at
24 DOJ, when we finally got a map that worked,
25 it was somewhere in the range of 55 to 60

44 (Pages 170 - 173)

Page 174

1
2 percent.
3        Now, we did, in fact, make maps
4 that had less.  You can see District 2, SB8
5 District 2.  It's 51 percent, and it seems to
6 be electing pretty darn well, right?  51
7 percent works.  That doesn't mean it works
8 everywhere.  The real thrust of this is that
9 once you see BVAP, BVAP is just the first
10 step of the geographer oftentimes bring me a
11 majority Black district.  It's 53, 54
12 percent.  And, generally, those districts
13 would fail.
14        When I was getting districts that
15 were 50 and certainly at 60 percent, they
16 overwhelmingly performed.  I'm not saying
17 there weren't any that didn't perform at 60.
18 And I'm not saying that there's not some that
19 perform below 55.  I'm just simply saying
20 that generally speaking, when a district is
21 somewhere between 55 and 60 percent, it will
22 reasonably elect minority candidates of
23 choice.
24    Q    So you agree that the analysis
25 has to be district-specific based on that

Page 175

1
2 specific geography and population?
3    A    Well, I mean, the best way to
4 analyze these elections is to find an
5 election that's comparable, you know, the
6 best election you can come up with, Senate
7 in this case, and to break them down,
8 right, into the district that exists, to
9 look at the demographics in the districts
10 as it would have existed as best you can
11 estimate, and to look at how those
12 elections would have come out.  And we look
13 and see how many of those elections were
14 won.
15        And not just -- you know, not just
16 wins and losses, but also margins.  If you
17 have a lot of 50.1 victories and 49.9 losses,
18 you need to look at them carefully and see,
19 you know, what's really going on here.
20        But, yes, generally, you -- the
21 best analysis is going to depend, looking at
22 the district of interest, looking at the
23 demographics of the district, and looking at
24 elections that were as close to the level of
25 the election of interest as you can get.

Page 176

1
2    Q    Okay.  I would like to look at
3 Table 7 on Page 15 quickly.
4        How are you determining whether a
5 candidate won or lost in this table?
6    A    No, these numbers just come from
7 the -- the previous tables, the 5A, 5B, 5C.
8    Q    Okay.  And looking at this, are
9 you using, for example, for Secretary of
10 State where the candidate won the runoff,
11 how are you treating that in this table?
12    A    Well, then, in the runoff -- oh,
13 I didn't include the runoffs here.  Again,
14 the runoffs don't do a good job of
15 predicting what's going to happen in
16 November of even years.  And that's all
17 that will matter in seven months.  On top
18 of that, the turnout is so much lower that
19 the electorate itself is just simply
20 different.  It's a different group of
21 voters.  Voting, granted, for two
22 candidates, but in this instance, the only
23 question is -- and this table here is the
24 closest table I have to the table that was
25 presented by Lisa Handley in the Robinson

Page 177

1
2 case in her rebuttal.  She went through and
3 said, you know, how would it perform at,
4 you know, to get 55 percent of the vote and
5 so on.
6        And this here just breaks down how
7 they would have performed with this percent
8 BVAP rather than looking at the results I
9 looked at BVAP results.  And the goal here
10 was to you show what percentage of BVAP is
11 going to result in a performing district.
12 And you can see even 60 percent, SB8, best of
13 these districts by far, may still be failing
14 to generally elect a referred Black
15 candidates.
16    Q    And how did you generate the
17 turnout estimates used to calculate the
18 percent needed to win?
19    A    The turnout estimates?  Usually
20 it's over 50 percent is usually the percent
21 needed to win.  Is that -- I don't -- I may
22 be missing something here.
23    Q    Okay.  So I understand that the
24 estimates of voter support for various
25 candidates is in your appendices.

45 (Pages 174 - 177)

Page 178

1
2    A   Right.
3    Q   But how did you generate those
4 turnout estimates?  Like what formula and
5 process did you use to generate your
6 turnout estimates here?
7    A   Okay.  So these are BVAP
8 estimates, not turnout.
9    Q   Okay.  And did you report the
10 kind of underlining BVAP estimates
11 anywhere?  Because I'm assuming what's
12 going into the loss/win is the -- your
13 numbers of like, 50 percent et cetera that
14 you got from 5B and 5C, but given that we
15 only have the Black-preferred candidate and
16 not all candidates, have you reported what
17 the estimate numbers are for all candidates
18 anywhere?
19    A   Oh, for individual candidates?
20 No.  No.  This just -- this mirroring
21 almost exactly what Lisa had done.  Just
22 simply shows -- and, actually, because I'm
23 combining multiple candidates, this does a
24 better job of showing how these districts
25 will perform.  And looking -- for instance,

Page 179

1
2 I'm looking at SB8, even if you claim
3 multiple wins here, you would need to claim
4 five, six at a bare minimum to even propose
5 that this district is performing.  It's
6 just simply not in the data.
7        MS. THOMAS-LUNDBORG:  I think I
8    need two minutes, and I might be
9    ready to turn over the witness.  I
10    think the state had a couple of
11    questions.  Just give me a second.
12        VIDEOGRAPHER:  May I take us off
13    the record?
14        MS. THOMAS-LUNDBORG:  Sure.  But
15    it's only going to be two minutes.
16    Don't anyone go anywhere.
17        VIDEOGRAPHER:  Fair enough.
18    Thank you.
19        The time is 3:42.  We are going
20    off the record.
21        (Whereupon, at 3:42 p.m., a recess
22        was taken to 4:46 p.m.)
23        (The proceeding resumed with all
24        parties present.)
25        VIDEOGRAPHER:  The time is --

Page 180

1
2    excuse me we are going off the record
3    today at 4:46 p.m., and this
4    concludes today's testimony given by
5    Dr. Ben Overholt.  The total number
6    of media used was three and will be
7    retained by Veritext New York.
8        Thanks, everyone.
9        (Time noted:  4:46 p.m.)
10
11
12 _____
13        BENJAMIN OVERHOLT
14
15
16 Subscribed and sworn to before me
17 this_____day of _____2024.
18 _____
   NOTARY PUBLIC
19
20
21
22
23
24
25

Page 181

1
2 ------------------INDEX-----------------------
3 WITNESS        EXAMINATION BY        PAGE
4 BENJAMIN OVERHOLT  MS. THOMAS-LUNDBORG        8
5
6 -----------------EXHIBITS--------------------
7 FOR IDENTIFICATION  DESCRIPTION        PAGE
   Exhibit No. 1    Document, Expert        11
8        Report of Ben Overholt
         on Behalf of
9        Plaintiffs in Response
         to Anthony Fairfax and
10        Cory McCartan
11 Exhibit No. 2    Document, 2016        56
         Election Calendar
12
   Exhibit No. 3    Document, 2020        64
13        Election Calendar
14 Exhibit No. 4    Document, Response        69
         Report of Anthony E.
15        Fairfax's to the
         Expert Reports of
16        Michael Hefner, Dr.
         Jeffrey Sadow, and Dr.
17        Stephen Voss
18 Exhibit No. 5    Document, Rebuttal        100
         Expert Report, Cory
19        McCartan, Ph.D.
20 Exhibit No. 6    Document, Louisiana        106
         Laws, Joint Rule 21
21
22
23    ---- *****  ----
24
25

46 (Pages 178 - 181)

Page 182

```
 1
 2              CERTIFICATE
 3    STATE OF NEW YORK )
 4              )ss:
 5    COUNTY OF RICHMOND)
 6          I, DANIELLE GRANT, a Certified
 7        Shorthand Reporter and Notary Public
 8        within and for the State of New
 9        York, do hereby certify:
10        That BENJAMIN OVERHOLT, the witness
11        whose deposition is hereinbefore set
12        forth, was duly sworn by me and that
13        such deposition is a true record of
14        the testimony given by such witness.
15        I further certify that I am not
16        related to any of the parties to
17        this action by blood or marriage and
18        that I am in no way interested in
19        the outcome of this matter.
20        In witness whereof, I have hereunto
21        set my hand this 5th day of April,
22        2024
23
          DANIELLE GRANT
24
25
```

Page 184

```
 1
 2        DEPOSITION ERRATA SHEET
 3    Page No._____Line No._____
 4    Change to:_____
 5    Reason for change:_____
 6    Page No._____Line No._____
 7    Change to:_____
 8    Reason for change:_____
 9    Page No._____Line No._____
10    Change to:_____
11    Reason for change:_____
12    Page No._____Line No._____
13    Change to:_____
14    Reason for change:_____
15    Page No._____Line No._____
16    Change to:_____
17    Reason for change:_____
18    Page No._____Line No._____
19    Change to:_____
20    Reason for change:_____
21    Page No._____Line No._____
22    Change to:_____
23    Reason for change:_____
24
25
```

Page 183

```
 1
 2        DEPOSITION ERRATA SHEET
 3
 4    DECLARATION UNDER PENALTY OF PERJURY
 5      I declare under penalty of perjury
 6    that I have read the entire transcript of
 7    my Deposition taken in the captioned matter
 8    or the same has been read to me, and
 9    the same is true and accurate, save and
10    except for changes and/or corrections, if
11    any, as indicated by me on the DEPOSITION
12    ERRATA SHEET hereof, with the understanding
13    that I offer these changes as if still under
14    oath.
15    Signed on the _____ day of
16    _____, 2024.
17    _____
18        BENJAMIN OVERHOLT
19
20
21
22
23
24
25
```

Page 185

```
 1
 2        DEPOSITION ERRATA SHEET
 3    Page No._____Line No._____
 4    Change to:_____
 5    Reason for change:_____
 6    Page No._____Line No._____
 7    Change to:_____
 8    Reason for change:_____
 9    Page No._____Line No._____
10    Change to:_____
11    Reason for change:_____
12    Page No._____Line No._____
13    Change to:_____
14    Reason for change:_____
15    Page No._____Line No._____
16    Change to:_____
17    Reason for change:_____
18    Page No._____Line No._____
19    Change to:_____
20    Reason for change:_____
21    SIGNATURE:_____DATE:_____
22        BENJAMIN OVERHOLT
23
24
25
```

47 (Pages 182 - 185)

| & | 12:18   1:18 2:12 | 2 | 2018   50:10 |
|---|---|---|---|
| **&**   3:18 4:9 | 6:6 | **2**   19:25 53:3 | **2019**   35:23 |
| **0** | **13**   149:14,19 | 55:24 56:3 | 51:23 62:23 |
| **0**   157:22 161:6 | 150:5 155:18 | 57:4 58:8 | 128:2,2 132:19 |
| **00122**   1:3 7:3 | 164:10 | 79:17 80:4,6,8 | 133:7 136:14 |
| **02138**   3:16 | **13.9**   150:5 | 98:19 107:10 | 136:24 140:14 |
| **1** | **14**   52:4,7 150:5 | 131:2 132:6,7 | 157:4,4 |
| **1**   6:18 10:24 | 167:3 169:3,7 | 151:25 174:4,5 | **2020**   15:11 |
| 11:7 28:10 | 173:10 | 181:11 | 24:14 41:8,18 |
| 64:25 107:7 | **14.4**   150:5 | **2.6**   153:15 | 41:20,22 45:6 |
| 126:13 146:5 | **14.7**   148:13 | **2.9**   167:2 | 50:9 61:11,12 |
| 152:12 153:14 | **14th**   4:5 | **2/3**   168:17 | 61:15 64:6,8 |
| 154:4,13 | **15**   131:5 132:16 | **20**   84:14,21 | 66:11 67:16,24 |
| 167:23 181:7 | 148:19,21,23 | 112:25 131:20 | 68:12 181:12 |
| **1.2**   153:14 | 150:10 162:2 | 131:23 144:22 | **2022**   50:9 |
| 172:2 | 163:25 176:3 | 150:3 157:6,8 | 107:21 147:20 |
| **1.3**   172:2 | **15.7**   150:5 | **200**   75:12 | 147:22 151:24 |
| **10**   90:18 102:2 | **15405**   4:10 | **20005**   4:6 | 154:23 |
| 126:14 138:6 | **16**   69:25 | **2009**   133:25 | **2023**   48:10 68:4 |
| 144:20 145:10 | **16.4**   148:9 | **2010**   66:22,23 | 68:13 132:20 |
| 145:12,18,25 | **17**   87:8 88:8 | **2011**   133:25 | 133:8 134:17 |
| 146:18,24 | 138:15,17 | **2012**   136:21 | 134:23 136:25 |
| 147:7,17 160:3 | **180**   75:12 | **2013**   10:15 | 140:15 157:7 |
| 160:17 | **1890**   3:9 | **2015**   132:7,11 | 164:13 167:2 |
| **100**   162:5 164:2 | **19**   82:20 131:8 | 133:11,19 | **2024**   1:17 2:11 |
| 181:18 | 131:10,13 | 135:3,8 | 6:7 144:3,6 |
| **106**   91:24 | 133:3 134:19 | **2016**   35:19 50:9 | 180:17 182:22 |
| 181:20 | 137:3 | 53:15,17 54:12 | 183:16 |
| **11**   131:5 132:16 | **1990s**   50:24 | 55:25 56:6,15 | **2030**   144:9 |
| 141:5 181:7 | 171:7 | 66:24 68:3 | **2032**   144:9 |
| **1100**   3:4 | **1:20**   65:22,24 | 136:17,18,21 | **2034**   144:9 |
| **112**   171:15 | **1:33**   65:25 66:5 | 181:11 | **21**   90:18 106:16 |
| **12**   149:14,19 | | **20169**   4:10 | 106:18,22 |
| 155:8 164:9 | | **2017**   66:24 | 181:20 |
| | | 136:8,19,21,25 | |

**[22 - 7]**

**22** 131:20,23
148:2
**23** 51:23 131:8
131:10,12
133:3 137:3
**24** 30:8
**24.9** 150:21
**26** 91:21 92:3,6
**2700** 3:5
**28** 91:21 92:3
**28th** 26:19,19
26:23
**2:35** 126:3,5
**2:41** 126:6,10

**3**

**3** 28:15 36:25
45:17,19,22
64:6,10 80:4,6
80:8 149:16
181:12
**3.3** 150:8
**3.5** 150:8
**3.7** 150:8
**30** 75:11 115:11
151:8
**31.1** 148:9
**32** 71:22
**33** 132:23
**35** 109:11
132:23
**359** 182:23
**36** 30:9
**3:24** 1:3 7:3
**3:42** 179:19,21

**3rd** 64:13,15,21

**4**

**4** 1:17 2:11 6:6
31:18 68:25
69:12 72:7
75:13 125:10
126:14 129:19
130:25 132:15
154:17 181:14
**4.8** 150:8
153:17,18
154:9,11
**40** 109:11
**40.4** 128:4
**4105** 3:15
**4425** 3:20
**45** 151:19,20
**48** 30:9
**48.7** 154:11
**49** 112:3
**49.9** 175:17
**4:46** 179:22
180:3,9

**5**

**5** 19:22,23 57:5
75:10,13 100:5
100:10 102:2
115:14 160:21
161:24 162:25
163:15 166:17
181:18
**50** 108:13,21
109:17,25
110:6 111:24

117:13 142:21
143:10,20
144:18 154:13
156:2,13
165:20 174:15
177:20 178:13
**50.1** 175:17
**50.2** 128:4
**51** 76:8 115:22
174:5,6
**52** 76:8
**53** 174:11
**54** 11:18 174:11
**55** 173:13,25
174:19,21
177:4
**56** 181:11
**58.9** 150:21
151:17
**5a** 141:6,10
143:19,23
148:11 149:2
149:21 150:17
152:17,18,21
153:20 154:9
154:15 155:10
155:13,20,23
159:9,18 176:7
**5b** 155:7,10,14
155:20 159:9
159:18 164:7,9
164:12,16
165:2 166:6,11
167:17,18
168:7 176:7

178:14
**5c** 155:17,20
156:2 164:8,9
165:4 168:8
176:7 178:14
**5th** 182:21

**6**

**6** 3:9,15 53:2
106:15,19
132:6 145:13
154:18 166:17
181:20
**60** 117:13
162:14 173:13
173:25 174:15
174:17,21
177:12
**600** 4:5
**605** 8:11
**628** 3:20
**63** 156:7,9
**63.5** 151:23
**64** 181:12
**64105** 3:5
**65270** 8:12
**6800** 92:16
**69** 181:14

**7**

**7** 69:24 87:8
88:7 131:5
135:25 137:19
137:20 148:22
148:24,25
157:22 176:3

**70** 113:14
114:18 115:3,4
162:14
**700** 4:5
**70802** 3:20
**70821-4425**
3:21
**70s** 15:4
**71201** 3:10
**72** 71:22
**78** 172:22

**8**

**8** 56:10,15,19
56:25 87:12,13
117:21 118:4
146:18 148:25
181:4
**80** 113:13
162:17 166:15
166:25

**9**

**9** 82:20 132:16
146:18
**90** 30:11,12,19
39:20 113:13
115:3,5
**90s** 166:14,17
**92** 167:7
**93** 167:7

**a**

**a3** 72:5,11,19
72:25 73:8
76:6 102:21
155:4 158:11

**a3s** 75:10
**ability** 10:9
15:6
**able** 20:16
29:20 37:2
42:3 43:17
108:10 113:2
142:24 144:11
161:12
**above** 59:15
165:19
**absence** 11:11
**absent** 94:25
**absentee** 37:16
38:16,19 42:2
42:20,23
**absolute** 131:14
133:7
**absolutely**
75:15 137:18
159:13
**abuses** 15:8
**accepted** 26:2
**access** 14:18
15:6 34:22
**account** 44:25
143:24 148:23
150:9 153:18
154:9 166:7
**accountable**
63:16
**accuracy** 35:8
36:11
**accurate** 17:17
69:17 100:17

134:8 183:9
**acknowledge**
76:15 116:22
**acknowledged**
112:6
**aclu** 4:23
**acquired** 34:25
**acrobat** 98:9
**act** 78:18
160:14
**acted** 138:22
**action** 1:3 7:2
7:14 87:18
182:17
**actual** 16:13
20:5,6 23:8
48:9,11 68:8
85:18 124:8
127:12 162:7
**actually** 14:12
18:17 19:17
20:14,18 21:8,9
22:11,18 23:2
33:22 35:16
39:11 44:5
45:20 46:11
47:18 49:15
50:21 65:5
74:14,21 76:24
78:19 79:2,22
82:16 83:16
85:10,11 86:6
86:20 87:24
93:7 97:8
105:22 111:9

117:25 121:6
121:10 123:17
124:16 128:3
129:10 132:5
132:11 133:11
135:22 136:5,6
140:4 142:4
145:9,11
147:18 149:22
150:4 151:2,18
153:12 164:25
169:3 172:21
173:5 178:22
**add** 22:7 48:14
61:21 141:23
141:24,25
152:10 171:14
**added** 72:7
111:5 150:16
150:18,22
151:2,4 154:11
**adding** 171:12
**addition** 10:16
14:16 52:2
155:6
**additional**
14:13 51:16,20
72:4 133:17
136:16
**address** 8:10
31:15
**adhering** 85:15
**administer**
5:15 7:12

| | | | |
|---|---|---|---|
| **admit** 106:14 | 124:12 158:4 | 33:19 40:23 | **analyzed** 22:10 |
| **adobe** 98:9 | 174:24 | 44:24 48:13,24 | 29:24 53:6 |
| **advantage** | **agreed** 5:4,8,12 | 49:10 52:14 | 54:16 70:7 |
| 77:11,13 | 158:24 | 61:15,25 71:19 | 77:8 82:25 |
| **advocated** | **al** 6:22,23 | 73:15 74:24 | 88:9 92:14 |
| 109:9 | **albert** 1:4 | 77:3 82:24 | 94:4 99:23 |
| **affected** 84:8 | **algorithms** | 84:6,7 91:11 | 103:23 116:12 |
| 134:10,11 | 104:23 | 93:3,13,16,23 | 121:2 131:19 |
| **affects** 106:10 | **allen** 8:9 | 94:16,20 95:9 | 136:5,10 |
| **affidavit** 25:5 | **allocate** 42:4,6 | 95:12,17 96:12 | 139:24 140:18 |
| 25:10 | **allow** 113:5 | 102:8 103:6 | 146:3 157:14 |
| **afternoon** 6:4 | 119:13 | 105:4,5 106:10 | 165:17 |
| **age** 15:12 20:6 | **allowed** 102:9 | 106:22 113:20 | **analyzing** 14:5 |
| 76:9 | **allowing** 113:6 | 117:19 119:11 | 28:18 88:15 |
| **aged** 104:25 | **allows** 113:4 | 120:20 121:12 | 90:22 103:18 |
| **aggregate** | **alluding** 35:24 | 121:16,25 | **answer** 9:11,13 |
| 40:21 42:14 | **alora** 3:16 8:16 | 123:20 124:10 | 9:13,25,25 10:9 |
| 43:22 45:8 | **alternative** | 124:17 125:8 | 15:17 83:21 |
| 49:19 59:9 | 110:18 150:14 | 126:18 143:23 | 86:14 89:16 |
| 67:13 79:9 | 150:14 | 144:25 147:8 | 93:21 96:18 |
| 145:3 | **american** 15:15 | 148:8 151:7 | **answered** |
| **aggregated** | 170:19,22 | 152:18,19 | 93:20 96:15,16 |
| 41:3 43:13 | **amount** 54:23 | 153:20 154:3 | **answering** |
| 47:23 49:9 | 168:4 | 154:24 155:13 | 88:16 96:7 |
| 66:20 67:9 | **analyses** 17:11 | 155:22 167:11 | **answers** 38:22 |
| 68:7 86:4 | 19:25 20:23 | 167:25 174:24 | 77:3 |
| **aggregating** | 21:13,22 22:6 | 175:21 | **anthony** 11:5 |
| 41:13 59:6 | 29:9 48:8 | **analyst** 13:18 | 68:20 69:8 |
| 124:18 | 60:19,20 71:5 | **analyze** 12:19 | 181:9,14 |
| **aggregation** | 102:6,12 122:2 | 15:7 27:19 | **anticipate** |
| 40:20 119:4 | 141:15 163:4 | 29:20 42:16 | 101:19,24 |
| **aggregations** | **analysis** 17:16 | 62:10 88:4,10 | **anticipated** |
| 33:20 40:14 | 17:24 18:5,6 | 89:10 103:7 | 52:23 54:6 |
| **agree** 6:16 | 19:19 21:16 | 132:11 133:16 | **anybody** |
| 56:24 81:5,21 | 22:22 29:4 | 172:19 175:4 | 157:24 |

**anyway**  130:3
**apologize**  67:9
**appear**  69:17
 161:17
**appearances**
 3:2 4:2 7:16
**appearing**  1:15
 1:23 2:17
**appears**  112:12
**appended**
 11:20
**appendices**
 147:21 148:15
 149:24 177:25
**appendix**  148:2
 148:3,5,16,19
 149:11
**applied**  10:14
 10:17 13:10
 116:8
**approach**
 117:12
**approximate**
 41:7
**approximated**
 39:12
**approximately**
 6:6 66:5
 126:10
**approximating**
 66:19
**april**  1:17 2:11
 6:6 182:21
**arcgis**  89:21

**area**  29:7
**areas**  23:7
 76:11 92:17
**argue**  24:8
 109:21 111:23
 113:14,15
 120:11
**argued**  120:12
**argument**
 16:22 73:12
 82:3 104:3
 112:13
**artifact**  171:2
**asap**  105:24
**asian**  170:18
**asked**  93:19
 96:15 107:5,15
 107:17 108:4
**asking**  9:13
 83:17 87:20
 99:19
**assert**  31:7
**assertion**
 167:13,16
**assisted**  101:6
**assuming**
 178:11
**assumption**
 12:21 58:23
**assumptions**
 12:13
**attached**  25:6,6
**attempt**  151:10
 152:7

**attempted**
 24:19
**attempting**
 22:20
**attempts**  98:24
**attorney**  31:7
 51:15
**attorneys**  3:4,8
 3:14 4:4,9 5:5
 8:19 9:22 21:4
 129:17
**attributed**  83:8
**audio**  6:14
**authorized**
 5:14 7:12
**available**  31:24
 32:20 33:11
 36:22 38:11
 41:2 47:14
 50:7,11 128:23
 150:15 169:13
**avoid**  160:12
 160:15
**aware**  44:16
 87:19 90:6
 92:12,17 93:2
 95:2 108:12,15
 108:17,20,25
 116:2 127:15
 127:19 162:22
 163:2 169:16

**b**

**b**  7:21 87:8,10
 87:13,15,16
 155:23 164:16

**bachelor's**
 10:19
**back**  15:4
 28:10 30:21
 33:4 35:22
 36:5 38:19
 44:10 45:13
 50:23 51:24
 53:16 64:3,25
 66:5,9 68:16
 71:16 78:16
 80:15 84:24
 104:21,25
 107:4,7 111:3
 126:10 131:6
 132:5 133:6,19
 133:20,24
 134:8 137:7
 142:14 148:10
 148:10 164:7
 172:3
**background**
 10:12 13:24
**backgrounds**
 170:24
**bad**  82:15
**ballot**  24:15,21
 52:19 56:20
 58:21 64:21
 139:10
**bans**  92:24
**baran**  4:9
**bare**  109:20
 179:4

**[base - bother]**                                                                    Page 6

**base** 47:14
129:6
**based** 39:24
66:22 73:4,6
80:2 88:13
129:10,14,16
136:2 150:24
174:25
**baseline** 72:8
**basically** 51:24
123:16 141:12
**basing** 115:4
**basis** 31:5
138:10
**bat** 49:21
**batch** 30:3
**baton** 3:21
81:10
**bearing** 158:6
**bears** 137:20
**beat** 171:8
**becoming** 31:5
**beginning**
30:20 36:25
61:22
**begins** 107:15
**behalf** 11:4
181:8
**believe** 28:13
33:17 41:10
61:13 165:12
**ben** 6:19 11:4
180:5 181:8
**benjamin** 1:14
2:16 8:8

180:13 181:4
182:10 183:18
185:22
**best** 46:21 47:7
62:9,12 66:25
87:23 98:12
129:11 137:15
152:9 175:3,6
175:10,21
177:12
**better** 12:18
26:14 43:23
71:14 73:2
74:4,5 75:3
76:16,22 77:19
82:12 86:12,19
96:2,24 97:3,23
99:13 131:7,11
155:3 158:10
178:24
**beyond** 50:12
51:9 80:8
**bias** 145:4
**big** 13:3 55:19
112:12
**biggest** 161:25
**billed** 30:10,11
**bit** 15:9 54:11
80:11 96:8
101:14 106:2
111:7 112:4
115:10,17
117:24,24
127:25 128:7,9
135:21 140:2

**bite** 112:2
115:13,16
**bites** 112:2
115:10,13
**black** 20:4
22:19 48:17,20
72:14,21 74:6
75:19 76:8
77:20 78:9
79:23 81:8,13
81:14 92:7,10
92:24 93:2,4,17
94:7 109:13
111:15,18
112:10,14,16
112:18,21
116:16,19,20
118:9 120:9,13
120:14 121:5,7
121:8,9,13,22
127:20 128:4
128:16 135:2,9
140:4,5,6,8,9
140:10 142:3,7
142:10,16,19
143:5 144:12
144:17,23
145:10,25
146:6,8,11,25
147:7 148:20
148:21,22,24
148:25 149:10
149:12,14,19
150:6,7,10
151:6,9,12,21

151:22 152:17
152:20 153:2,4
157:16,21
158:19 159:22
159:25 161:13
161:15,18
163:18 164:17
164:19 165:3
165:10,23
166:8,13,14,16
166:18 167:3
167:20 168:10
168:12 169:11
169:12,17,21
169:21,22
170:6,7,14,18
171:5,10,13,16
171:20 172:11
172:14,22,22
173:9,15
174:11 177:14
178:15
**blank** 123:12
132:2
**block** 15:13
38:13 39:14
43:12 55:15
88:21 118:7
119:24 120:2
120:22
**blood** 182:17
**blow** 112:12
**boil** 160:13
**bother** 152:7

**bottom** 156:23
  161:5,7
**bound** 66:18
**boundaries**
  39:9 66:19
**box** 3:20 56:13
**break** 38:4,16
  49:22 65:8,12
  65:15,19
  125:15,18,21
  125:23 134:13
  138:20 153:25
  154:5 170:25
  175:7
**breakdowns**
  133:23
**breaking** 45:2
**breaks** 177:6
**briefly** 10:11
  13:23
**bring** 122:6
  174:10
**brings** 75:15
  136:15
**broke** 39:14
  41:12,15,16
**broken** 38:8
**brought** 25:9
  25:10 51:19
  133:20
**bruce** 1:4
**build** 76:20
  81:3 94:3,8
  116:10 136:13
  165:22 168:23

172:13
**building** 28:5
  40:13 123:25
  124:5,8 163:6
  165:24
**built** 92:23 96:3
  113:23
**bulk** 14:4 28:3
  28:7
**bumping** 60:24
  153:22
**bunch** 104:8
  113:17
**bureau** 15:10
  15:14 105:7,8
**bvap** 66:23
  73:21 74:3
  75:16 92:13,18
  93:9 108:9,16
  109:11 119:12
  119:15 120:8
  158:11 161:7
  172:8,8 173:4
  173:12 174:9,9
  177:8,9,10
  178:7,10
**bvaps** 36:18

**c**

**c** 3:21 164:12
**caissie** 1:4
**calculate** 118:9
  177:17
**calculating**
  147:9

**calculations**
  124:15
**calendar** 56:2,6
  64:7,9 181:11
  181:13
**cali** 3:18
**call** 18:2 25:21
  102:20 129:21
  130:3
**callais** 1:4 6:22
**called** 7:21
  16:14 17:25
  89:23 120:19
  129:23,24
  141:4
**cambridge** 3:16
**camera** 6:10
**candidate**
  19:13 22:10,12
  22:13,19 29:16
  38:6 48:17,19
  48:22 52:21
  58:2 99:18
  109:13 111:15
  112:10,14,18
  112:22 113:18
  116:17 120:24
  121:7,8,10,15
  121:20,23
  127:22 128:6
  128:12,18
  135:9 139:15
  140:7,7 141:24
  142:10,12,16
  142:18 143:10

144:25 145:10
  145:13,15,23
  146:14,16,25
  147:2 150:23
  151:5,9,13,24
  152:8,17 154:3
  156:12 157:21
  158:14 159:2,7
  159:15,17,25
  160:7,23
  161:10,23
  162:2,12,20
  164:17,19
  165:3,10,23
  166:19 168:10
  168:16 172:23
  173:14 176:5
  176:10 178:15
**candidates** 14:8
  20:12 44:2
  57:2,7,25 58:18
  58:21 75:17
  76:25 77:20
  79:3 97:8
  108:11,18
  111:10 112:21
  114:3,5 116:19
  116:20 128:23
  130:13,20
  135:2 139:5,9
  140:3,10
  141:25 142:2,7
  142:8 143:6
  144:5,12,19,22
  145:7 146:4,8

| | | | |
|---|---|---|---|
| 146:10,21,23 | 25:4,7,7,14 | **census** 15:10,11 | **chance** 151:5 |
| 147:6 148:21 | 26:3,7,12,16,21 | 15:14 43:18 | **chances** 88:23 |
| 149:5 150:15 | 26:25 27:3,19 | 45:6 66:22,23 | **change** 44:17 |
| 150:19 151:7 | 29:2 31:6 | 105:7,8 118:7 | 134:6 184:4,5,7 |
| 152:10,25 | 51:23 78:17 | 120:22 169:22 | 184:8,10,11,13 |
| 153:3,5,23 | 103:4 112:8 | 171:5 | 184:14,16,17 |
| 155:6 157:16 | 123:11,13 | **center** 43:11 | 184:19,20,22 |
| 158:25 159:5 | 135:5,16,19 | 67:25 | 184:23 185:4,5 |
| 159:11,13,19 | 137:22 141:23 | **centered** 81:9 | 185:7,8,10,11 |
| 160:3,6,18 | 142:18 146:24 | **central** 70:4 | 185:13,14,16 |
| 163:10 166:10 | 150:21 173:6 | **centroid** 43:10 | 185:17,19,20 |
| 166:11 167:19 | 175:7 177:2 | 43:11 44:13 | **changed** 24:16 |
| 167:21 168:3 | **cases** 16:2 | **certain** 29:8 | **changes** 128:22 |
| 168:11 173:8 | 17:10 25:15 | 82:7 91:17 | 183:10,13 |
| 174:22 176:22 | 79:21 81:7 | 152:20 | **changing** 58:13 |
| 177:15,25 | 109:9 115:25 | **certainly** 30:7 | **charles** 8:11 |
| 178:16,17,19 | 132:23 135:21 | 59:21 98:10,11 | **chart** 53:8 |
| 178:23 | 145:14 | 117:16 136:25 | 60:14 |
| **candy** 1:5 | **cast** 29:16 | 174:15 | **check** 35:8 |
| **capacity** 1:7 | 37:21,22 38:6 | **certificate** | 36:10 68:11 |
| 3:19 | 121:13 142:25 | 182:2 | 122:20 |
| **captioned** | **casting** 153:24 | **certification** | **checking** 48:7 |
| 183:7 | **casual** 160:17 | 5:7 | 48:25 49:2 |
| **capturing** | **categories** | **certified** 182:6 | **chief** 59:11 |
| 17:20 | 169:22 170:3 | **certify** 182:9,15 | **choice** 76:25 |
| **cared** 60:18 | 171:18 | **cetera** 150:8 | 99:18 108:11 |
| **career** 116:25 | **category** | 178:13 | 116:17 127:22 |
| **careful** 59:13 | 118:14 148:17 | **challenge** 79:14 | 144:5 165:23 |
| **carefully** | 148:18 150:7 | **challenger** | 166:19 167:22 |
| 175:18 | 153:12 | 77:15 | 170:10,11 |
| **carlo** 101:9 | **caught** 16:13 | **chambers** | 172:23 174:23 |
| **carroll** 1:5 | **cause** 84:4 | 148:6,9,14 | **choose** 159:21 |
| **case** 16:3,4,8,19 | **caveat** 146:9 | 151:17,18 | **chose** 52:10 |
| 16:22 17:8,14 | **cd** 72:7 | 152:4 | **circle** 3:9 44:10 |
| 18:22 23:22,24 | | | 104:13 |

**[cited - compile]**

**cited**   26:6,11
**citizen**   15:11
**city**   1:16 3:5
   59:8,9,12,15,18
**civil**   1:3 7:2
   13:17,18
**claim**   72:25
   162:10 179:2,3
**clarification**
   26:10 32:11
   54:2 72:17
   73:24 124:4
**clarified**   111:7
**clean**   103:13
**cleaned**   35:15
   35:25
**cleaning**   28:20
**clear**   9:8 21:12
   103:25 104:14
   116:5 119:7
   142:20 143:9
   146:20
**clearly**   22:23
   29:20 112:3
**clinic**   3:13 8:17
**close**   37:5 68:8
   162:6 175:24
**closed**   58:14
**closely**   161:2
**closer**   169:21
**closest**   59:5
   176:24
**coach**   112:24
**coalescence**
   168:9

**coalescing**
   168:14
**coast**   75:6,7
**code**   29:21 30:3
   102:9,25
   104:21 105:2
   105:11,16,22
   122:13,15,17
   122:17 123:2
   123:10,19
**coding**   118:8
**cohesion**
   166:13,14,16
**cohesive**   20:11
   78:22 143:5
   172:25
**collage**   170:4
**collect**   39:16
**collectively**
   21:3
**collins**   165:7,11
   165:12,13,15
   167:15
**color**   60:4
**colorado**   10:15
   10:18
**colossal**   170:4
**column**   56:9
**columns**   150:17
**combination**
   121:12
**combine**   73:15
   81:5 94:6
   151:11,12

**combined**
   94:12 145:7
**combining**
   178:23
**come**   15:21
   35:13 45:13
   48:23 77:2
   78:15 84:24
   133:20 141:23
   171:6 175:6,12
   176:6
**comes**   35:9
   145:5
**comfortable**
   21:10
**coming**   12:18
   24:17 31:13
**common**   14:17
   20:2 51:5
   79:16
**communities**
   80:24 92:24
   94:6,7,11
**community**
   81:4,9,17 82:17
   88:2 93:2
   142:4 143:5
   171:25 172:23
   172:24
**compact**   72:9
   72:12,20 78:20
   82:12 85:23
   97:14,24
   109:18

**compactness**
   74:11,14 75:22
   80:24 96:22
   97:3
**comparable**
   175:5
**compare**   36:16
   77:17 79:10
   107:18 122:3
   127:3
**compared**   73:9
   75:25 82:24
   86:3 95:25
   156:25
**compares**
   98:10,11
**comparing**
   26:18 81:22
   82:2,10 83:23
   85:20 164:25
**comparison**
   48:3 83:2
**comparisons**
   103:14 138:7
**competing**
   77:24,25
**competitive**
   126:20 127:17
   139:22 140:15
   140:16,22,24
   140:25
**competitiven...**
   141:2
**compile**   123:20
   123:24 130:25

**[completely - copy]**

**completely**
61:3 66:13,16
71:4 75:4
76:13 101:22
162:18,19
**completeness**
64:12
**complex** 124:14
**complexity**
124:22
**complicated**
124:11
**compound**
126:23
**compounds**
169:11
**computer**
33:23 34:20
119:23 122:5
122:19 123:22
141:11
**concern** 63:2
74:17,18 75:24
77:16 86:7
**concerned**
74:15,16 75:23
86:17 101:16
**concerns** 66:10
67:16 68:9
**concierge** 10:23
11:10,13 28:11
46:7,13,15
125:24
**conclude**
134:22

**concludes**
180:4
**conclusion**
73:20 135:25
136:2 137:21
**conclusions**
61:7 70:24
83:3 91:4,5
92:11 102:10
**conduct** 33:19
40:22
**conducted** 6:8
7:6
**conducting**
105:4,5
**confidence**
163:10,11
**configuration**
72:9,11,13,18
72:20
**configure** 39:8
**confirm** 37:3
**confirmation**
41:21
**conform** 39:8
**confusing**
130:11 147:15
**confusion** 97:6
**congress** 58:25
59:4,22 62:4,5
62:10,19,19
63:15 136:24
138:14
**congressional**
18:10,23,25

23:11 49:23,24
56:17,22 57:10
58:9,19 59:2
60:8 61:24
62:12 64:17,20
81:17 139:10
143:2 157:11
**congressperson**
19:10 55:21
**connected**
34:16,17
**connection**
6:11
**conscious** 102:7
**consider** 13:12
13:14
**consideration**
78:17
**considerations**
73:6
**considered**
95:22 157:13
**consistent**
158:3
**constitutes** 96:4
**consultant**
15:15
**consulting**
25:21 31:2,10
**contacted**
26:21
**contains** 18:24
**contents** 98:20
**contest** 22:17
29:17 57:15

59:14 60:3
61:3 62:24
98:2 114:3,7
122:4 128:2
140:23 145:9
151:25 157:19
160:13 165:9
**contests** 49:22
50:4,6 51:10,11
51:20 52:4,5,6
52:8,15 59:2,15
61:5 68:7 86:4
114:8,17 127:5
140:6,9 149:7
156:23,24
157:11,22
159:7 165:16
167:6
**contiguity** 87:2
87:3,6 88:5
**continue** 6:15
14:13
**continuing**
19:24 31:17
**contract** 26:23
**control** 20:16
78:3,11 88:21
108:10
**conversation**
27:3,5
**conversations**
26:24
**convert** 41:6
**copy** 11:19
46:11 69:3,17

[copy - data]                                                              Page 11

| | | | |
|---|---|---|---|
| 100:12,17 | **counties** 80:25 | **creates** 54:25 | **daniel** 1:4 3:17 |
| 103:13 | **country** 59:21 | 74:4 154:2 | **danielle** 1:22 |
| **core** 102:10 | **counts** 88:14 | **creating** 72:13 | 2:18 7:10,23 |
| 166:4 | **county** 1:23 | 72:21 73:15 | 182:6,23 |
| **cores** 85:15 | 59:15,19 | **creature** 76:14 | **darn** 174:6 |
| **corner** 75:8 | 112:11 117:8 | **credit** 127:9 | **data** 12:13,15 |
| 161:5 | 182:5 | **crises** 101:23 | 12:16,20 13:18 |
| **correct** 13:21 | **couple** 85:2 | **crisis** 101:20 | 14:23 15:2,6,8 |
| 24:9 26:3,4 | 179:10 | **criteria** 80:17 | 15:10 27:18,22 |
| 35:4 44:3 | **course** 9:20 | 80:21 81:24 | 28:7,16,18,18 |
| 48:23 53:13 | 10:13 13:25 | 83:6,7,12 90:8 | 28:20,20,20 |
| 54:13,16 63:10 | 27:22 44:18 | 91:3,11 106:3,6 | 29:5,19,19 32:2 |
| 88:5,6 93:18 | 59:25 67:24 | **critical** 37:24 | 33:12 34:4,25 |
| 94:17 137:18 | 111:22 | 172:18 | 35:3,23 36:21 |
| 145:19 156:4 | **court** 1:2 5:16 | **cross** 36:8 49:5 | 37:2 38:8 39:8 |
| 159:3 164:21 | 6:24 7:10,18 | 130:18 144:15 | 39:12,22 40:21 |
| 165:7,20 | 8:2 25:25 26:6 | 145:22 166:23 | 41:7 43:18,19 |
| 169:23 | 26:9,12 32:10 | **crossover** | 44:12 45:21 |
| **corrections** | 32:13 53:25 | 109:14 146:18 | 46:21 47:3,7,12 |
| 183:10 | 65:9 72:16 | **cultural** 170:24 | 47:14 48:4,5 |
| **corresponding** | 73:23 104:2 | **curious** 131:9 | 49:9 50:19,20 |
| 43:7 | 109:16 124:3 | **currently** 82:21 | 61:9 66:7,22,25 |
| **cory** 11:6 100:8 | **courts** 78:15,25 | **cut** 46:2,4 51:2 | 68:5,18 88:9,11 |
| 181:10,18 | **covered** 164:11 | **cutoff** 145:11 | 88:12 89:11 |
| **council** 59:9 | **crafting** 85:22 | **cuts** 84:5 | 90:24 101:18 |
| **counsel** 3:19 | **create** 38:9 | **cv** 1:3 7:3 11:19 | 104:16 105:6 |
| 6:20 8:2 9:24 | 41:13 42:15 | 11:23 | 120:6,12 |
| 30:23,24 34:16 | 45:9 72:9 | **cycle** 43:6 | 124:23 130:24 |
| 34:18 65:2 | 76:18 109:19 | **cycles** 51:6,25 | 132:14,16,17 |
| 69:4 103:24 | 120:10,15 | 53:19 137:7 | 134:7 136:15 |
| 125:12 | 150:22 151:13 | | 137:5 141:9,10 |
| **counsels** 7:16 | 158:18 171:3 | **d** | 152:14 155:9 |
| **count** 65:4,13 | **created** 141:9 | **d** 3:6 | 155:19 162:7 |
| 173:22 | 141:10,11 | **d6** 148:13 | 162:10 163:14 |
| | | 154:25 158:10 | 163:24 164:4 |

171:6 179:6
**dataset**   15:3
30:13 37:6
40:7 133:22
136:14
**datasets**   27:20
28:3,4 40:5
123:25 124:6,8
**date**   11:8 37:2
56:4 64:11
69:13 100:11
106:20 185:21
**dates**   57:22
**daughter**
165:13
**day**   27:12,13
27:16 79:7
82:9 180:17
182:21 183:15
**days**   37:15,17
40:8,9
**dc**   4:6
**deal**   78:9 80:6
101:24 104:20
112:12
**dealing**   12:12
78:14 160:11
**debate**   133:18
135:23
**decade**   116:10
123:11 168:24
**december**
130:6 158:17
**decide**   53:16
156:3

**deciding**   62:2
127:4
**decision**   114:24
170:8
**declaration**
183:4
**declare**   183:5
**defeat**   112:21
116:16,18
173:7
**defeated**   14:9
**defendant**   1:8
3:19 8:19
**defendants**
3:14 4:4 6:21
11:7 56:3
64:10 69:12
100:9 106:19
**defended**   94:14
**defense**   4:3
**define**   99:2,5
110:11
**defining**   108:6
110:25 113:8
**definitely**   138:3
167:14 171:18
**definition**   63:7
63:20 116:3,23
**degrade**   35:24
**degree**   10:16
10:19 13:10
**delivered**
151:23 152:2,3
**deloitte**   15:15

**democrat**   55:7
128:6 139:19
148:6,7 153:11
**democratic**
167:20
**democrats**
128:18 147:23
149:8 151:21
153:9,11,19
154:10 160:10
**demographic**
88:14 92:16
**demographics**
41:2,11 175:9
175:23
**denominator**
147:9,11,13
**department**
14:3 16:10
44:21 60:16
62:15 63:23
129:12,15
171:8
**departures**
83:6
**depend**   102:11
123:5 175:21
**depending**
128:22
**depends**   6:10
**deposed**   8:22
**deposition**   1:14
2:15 5:7,13 6:8
6:19 7:5,6 9:23
138:9 182:11

182:13 183:2,7
183:11 184:2
185:2
**depositions**
125:17
**deregistered**
39:4
**describe**   10:11
13:23 117:23
118:20
**described**
141:19 171:20
**description**
118:22 181:7
**designed**   110:8
116:11
**details**   112:9
**determination**
60:10
**determine**
14:24 20:7,24
21:4,23 22:14
46:21 47:7
49:13 52:14
55:15 62:3
73:16 79:8,12
79:13,15 82:11
99:12 107:22
108:4 120:24
121:17
**determined**
84:2 108:22
111:17
**determining**
12:16 14:11

28:21 95:24
110:11 142:15
176:4
**develop**  16:21
**devine**  4:22 7:8
**dichotomy**
131:16
**dictionary**
116:23
**die**  38:23
**died**  39:3
**differ**  68:12
**differed**  24:14
**difference**
53:22 73:17,19
73:20 96:8
115:8 127:12
133:4 138:19
**differences**
24:17 82:4
**different**  12:20
17:3 19:14
24:22 52:21
54:25 55:5,12
57:21,24,25
58:8 60:5
66:13,16 67:19
75:5 76:2,11,14
79:10 82:13
92:20 94:7
96:21 104:15
127:11,21
131:9 132:21
133:2,22
138:13,25

156:16 157:25
158:23 176:20
176:20
**differentiation**
147:3
**differently**  14:8
113:2
**difficult**  124:25
144:24 172:16
**difficulties**
60:24
**difficulty**  145:6
164:5
**direct**  8:4 103:3
**direction**  172:4
**directly**  26:5
34:15 63:17
95:18 107:2
**disaggregate**
119:25 120:4
120:22
**disagree**  163:9
**discuss**  17:5
57:10 58:12
75:21
**discussed**  34:24
50:18 91:5
94:15 95:8
123:18 160:4
164:18 166:7
**discussing**  32:5
44:14
**discussion**
30:16 115:20

**disingenuous**
151:21
**dissertation**
12:7,9 101:6
**dissertations**
101:9
**distinguishing**
146:19
**distributed**
12:15,17
**distribution**
92:7,9,18 93:17
**district**  1:2,2
6:24,25 14:14
18:11,14,15,19
18:20,23,24
19:5,8,11,12,16
20:10,17 21:9
21:10 22:5,6,7
22:8,14,15,16
22:20 29:12
38:17 42:12
45:9 55:20
67:10 72:12,14
72:20,22 74:6,9
74:19,21 75:3
75:10,14 76:18
76:20,21,22,23
76:24 77:16
78:18,19,20,22
79:2,4,7,17,19
79:23 81:3,4,16
82:15 85:15
86:5,8 87:18,24
88:18,22 93:7

93:10,15,25,25
94:8 95:19,22
96:3,4,5,23,24
97:3,8 107:21
108:9,16,17,23
109:19,22
110:4,7,7,12,20
110:22 111:2
111:11 113:21
113:22,23,25
114:5,22
116:14 118:10
118:11 119:17
121:15,17
142:10 144:4
144:11 151:25
154:18 160:14
161:8,13,15,18
161:21,25
163:15,17
165:22 168:23
169:13 171:3,4
172:9,21 173:3
173:12 174:4,5
174:11,20,25
175:8,22,23
177:11 179:5
**districts**  14:6
14:12,24 18:10
18:18,25 19:2,7
20:3 39:16
41:9,14 42:15
42:16 49:23,25
60:8 67:8,13,22
71:12,13 72:10

73:16,19 75:4,5
75:21,22 76:3
77:18 78:21
79:10 81:11,12
82:2,10 85:10
85:19,23 87:19
87:25 88:14
92:14,19,23
93:6,12 94:13
95:24 96:5
97:22 98:11
99:12 103:17
107:24 108:5,7
109:5,7,10,12
111:6 114:15
116:10,11,12
119:13 121:2
121:19 122:9
128:14,20
140:25 142:24
144:11 156:7
161:25 162:17
163:7 174:12
174:14 175:9
177:13 178:24
**divide**  118:15
141:22
**division**  1:2 7:2
**doctor**  46:9
**doctoral**  12:2,6
101:7
**document**  11:3
55:25 58:8
64:8 69:7
100:7 106:17

171:21 181:7
181:11,12,14
181:18,20
**dog**  111:25
112:4 115:10
115:13,16
**doing**  19:25
25:20 80:12
99:12,13,14
110:8 123:12
125:16 126:17
153:16
**doj**  15:18,20
16:5,6,7,13,17
16:24 19:20
20:19 22:24,25
25:17,22 39:25
40:15 66:20
79:12 80:3
101:12 109:2
112:7 116:2
171:19,20
172:15 173:24
**domain**  32:20
**double**  133:3
**doubt**  158:9
**download**
32:21 47:20
**downright**
124:17
**dozen**  130:22
**dozens**  30:7,8
**dr**  1:14 2:16
6:19 8:6 11:2
15:21,23 69:10

69:10 70:12,12
83:4 100:21
102:4,4,11
103:6 104:11
104:12 180:5
181:16,16
**draw**  23:2,3
**drawing**  23:8
161:3
**drawn**  23:10,12
23:14 44:20
**drew**  23:4,5
83:2
**drives**  129:3
**driving**  74:18
**drop**  158:14
**dropped**
114:16
**due**  158:16
**duly**  7:22
182:12
**dynamic**  54:25

**e**

**e**  7:21,21 69:8
181:14
**earlier**  42:18
57:15 141:19
171:20
**early**  19:23,24
24:13 27:13,14
30:21,21 34:8
42:2,21,24
57:19
**easier**  160:25

**easiest**  172:13
**easily**  165:19
**east**  75:6,7,7
**ecological**  17:5
17:9,10,15
21:14,21,21
44:5 48:7,7
118:11,12
119:3,6,8,10
120:17 124:13
124:15 125:3
141:13,14,17
160:25 161:2
162:24 163:4
**economic**  88:9
88:11
**education**
101:4
**educational**  4:3
10:12
**edward**  3:6
**eeoc**  14:25
101:15,16,18
101:21
**effect**  5:16
101:15
**effectively**
55:20 97:17
**effectiveness**
95:9,12 96:12
98:14
**efficacy**  14:24
**efficient**  137:4
**effort**  28:23
152:4

| | | | |
|---|---|---|---|
| **ei** 17:16 121:25 154:5 162:18 163:9 | 19:3,5,9 21:16 21:24 22:2,3 24:19,22 25:2 | **elections** 18:16 19:14 24:15,23 29:25,25 35:10 | 157:13,18,20 157:23 158:12 158:13 172:3 |
| **eight** 130:21 156:19 | 30:5 32:8,18 34:7 35:16 | 35:13,18,21 36:12,14 39:7 | 175:4,12,13,24 |
| **either** 21:6 40:15 50:17 | 36:23 37:10 38:3,12 39:3,17 | 41:5 47:17 49:20 50:7,18 | **electoral** 95:20 **electorate** 55:15 127:10 |
| 68:2 81:14 105:7 115:24 136:9 | 43:5,16 46:22 47:7,11,13,14 48:9,11,14,23 | 51:4,9,16 52:3 52:9,16 53:5,9 53:11,12,22 | 136:24 156:17 166:9 176:19 **elects** 89:5 |
| **elect** 22:20 76:25 78:20 | 49:9,13 50:10 50:19,22 51:25 | 54:10,20 55:13 55:18 56:8 | 136:24 144:5,6 **eliminate** 72:8 |
| 79:3 85:19,20 97:8,9 108:10 | 53:10,14,17 54:8,13,15 56:2 | 57:10 59:10,11 59:12 60:14,17 | **elizabeth** 1:4 **employees** 15:9 16:13 |
| 108:18 109:12 114:5 142:10 | 56:6,14,21,22 56:25 57:14 | 60:23,25 61:21 62:2,9,10,14 | **employment** 101:20 |
| 142:11 144:12 165:22 166:3 | 58:15,17 60:6 60:11,12,13 | 66:12,21 67:18 68:8 77:12 | **employs** 16:17 **enacted** 70:7 |
| 172:22 173:14 174:22 177:14 | 61:9,16,17 64:6 64:9,14 66:11 | 79:9 85:11,14 86:20 88:24 | **encapsulate** 60:21 |
| **elected** 49:25 59:17,24 63:12 | 67:17 86:3 116:13 119:4 | 111:17,21 113:5,10 | **encompass** 53:24 54:3 |
| 75:18 88:17,20 89:9 99:18 | 119:25 120:4 120:21 128:25 | 120:25 127:6 130:25 131:6 | **ended** 143:25 **enforcement** |
| 112:11,17 113:18 114:2 | 129:20 130:2 131:20 132:8 | 131:19,23 132:18,25 | 15:13 **enter** 64:5 |
| 117:9 128:16 128:17 138:14 | 132:11 133:12 135:8 136:12 | 133:17,23,25 135:3 136:5,10 | 68:24 69:23 100:4 |
| 142:17,22 **electing** 22:18 | 136:16,18,19 136:22 138:17 | 137:4 138:7,25 139:6,7,11,23 | **entire** 19:2,6 60:21 70:13 |
| 111:9 116:21 174:6 | 141:4 143:2,19 143:21,21 | 139:24 140:17 140:18 143:11 | 113:23 133:17 136:13 168:21 |
| **election** 3:13 8:17 17:24 | 156:18 157:5 175:5,6,25 | 146:3 151:12 152:23,24 | 183:6 |
| 18:4,6,8,21 | 181:11,13 | 156:16 157:9 | |

**entirety** 71:6
99:10
**entrants** 139:20
**er** 162:17 163:9
163:9
**eric** 13:2
**errata** 183:2,12
184:2 185:2
**erratic** 157:3
**error** 152:13
167:22,24
168:3
**ersoff** 1:4
**especially**
53:23 76:5
77:14 78:8
81:7 126:25
156:18
**esq** 3:6,8,10,16
3:17,21 4:6,7
4:11
**essentially**
14:10 29:4,6
42:10 43:2
48:15 72:24
73:3 81:15
141:17 142:20
**establish** 87:23
144:4
**established**
107:20 108:13
**estimate** 15:12
18:14,20 39:24
40:4 44:7
85:12 88:19

118:13 168:5
175:11 178:17
**estimated**
41:15
**estimates** 17:18
40:17 118:7
119:3 153:25
160:21 162:15
177:17,19,24
178:4,6,8,10
**et** 6:22,23
150:8 178:13
**ethnicity** 170:3
171:10
**evaluate** 50:24
102:10
**evaporates**
156:19
**everett** 3:15
**everybody**
43:14 112:25
**evidence** 25:11
**exact** 79:11
**exactly** 27:16
149:6 178:21
**exaggerated**
75:14
**exaggerating**
169:12
**examination**
8:4 181:3
**examined** 7:25
**example** 62:6
68:12 71:21
72:3,6 113:19

145:12 147:16
147:19 176:9
**examples** 140:2
**excel** 124:21
**except** 5:9
54:22 149:11
183:10
**exception**
117:14
**exceptions**
112:6,6 117:3,5
117:11
**excitement**
128:10
**exciting** 129:4
**exclude** 144:18
153:7 160:5
**excluded** 160:2
**excuse** 7:5
117:25 140:25
180:2
**exhausted**
168:25
**exhibit** 10:24
11:7 28:10
55:24 56:3
58:8 64:3,6,10
64:25 68:25
69:12 82:21
100:5,9 106:15
106:19 107:7
126:13 181:7
181:11,12,14
181:18,20

**exhibits** 181:6
**exist** 144:8
158:20
**existed** 19:17
88:18 175:10
**existing** 18:13
110:22
**exists** 95:2
175:8
**expand** 51:8
**expands** 80:7
**expect** 159:16
**experience** 80:3
173:12,19
**expert** 11:3
15:24 16:4,18
23:18,21 24:4
25:15,19,21
26:16 31:5
69:9 70:5
100:8 116:5
181:7,15,18
**experts** 16:10
16:11 103:4
**explain** 160:25
**explained** 82:5
120:9
**explanations**
78:2
**extent** 31:4,8
126:17
**external** 16:11
**extra** 104:8
**extrapolate**
163:14,23,25

164:6
**extrapolating**
162:9 163:20
164:4
**extreme** 131:13
**extremes**
134:20

**f**

**facing** 77:14
**fact** 22:12
27:23 34:10
62:11 71:15
78:4 103:6
109:7 112:17
112:23 113:4
121:20 131:12
133:7 134:19
143:24 157:16
174:3
**factor** 84:11
**factors** 73:14
**fail** 155:5
174:13
**failed** 110:18
**failing** 21:2
108:19 177:13
**fails** 74:7
**fair** 179:17
**fairfax** 11:6,14
68:20 69:2,19
70:3 71:8
80:11 83:10
84:25 90:11
91:9 92:5
94:14,19 95:11

96:11 103:15
181:9
**fairfax's** 69:8
69:25 71:19
81:22,25 84:15
102:23 104:4
181:15
**fairly** 19:23
51:5,22 74:14
76:7 123:17
124:10,14
**fall** 51:21 54:17
115:19 167:20
**falls** 115:3
167:24
**familiar** 17:23
80:16,19 89:22
90:2,3
**family** 76:5
**fantastic** 44:21
**far** 58:20 59:14
100:18 115:21
134:8 138:24
152:3 158:10
162:11 164:6
177:13
**fared** 142:5
**faster** 122:16
**feat** 128:8
**february** 27:14
27:14,24 30:21
30:21 34:8
57:20
**federal** 5:2 63:8
63:14

**feel** 127:11
131:11 133:6
**felt** 35:20
**figure** 94:5
**figured** 134:21
**file** 32:4,6
33:15,16,18
34:22 35:8
36:11 38:23,24
39:2,6 42:2,7,9
42:20,23 43:8
43:14,15,18,20
43:25 45:3
47:22 48:5
118:8 133:15
134:10 169:17
170:9,13
**filed** 6:23
**files** 34:22,24
**filing** 5:6
**final** 28:3 90:23
135:24 151:7
**finally** 90:21
173:24
**financially** 7:14
**find** 62:17
71:19 72:2
107:13 137:25
147:22 169:5
173:3 175:4
**finding** 28:19
**fine** 31:6 65:18
67:2 103:11
117:10

**finish** 9:10
**finished** 9:12
**firms** 15:16
**first** 7:22 26:20
27:3,5,20,22,25
29:23,24 30:3
32:7,17 34:6,7
35:7 39:14
47:2,16 49:18
53:14 71:9
85:3 107:13
110:15 118:6
122:25 130:9
137:12 174:9
**five** 14:2,14
25:22 29:25
51:12 122:4,10
122:25 125:21
125:23 137:4
153:13 157:3
165:9,11,15
179:4
**flavor** 60:4
**flaw** 97:21
**flip** 172:3
**flipped** 84:21
**flipping** 125:13
**float** 40:3
**fluctuates**
134:24
**fly** 153:17
**focus** 33:9
40:18 52:10
55:14 71:7,14
76:19,20 77:21

80:3,10 81:20
86:22 87:17,21
87:22 89:8
95:23 109:17
117:18 126:24
127:13 128:13
144:16 172:7
**focused** 51:11
77:22 83:11,24
85:18 95:17
102:19
**focuses** 81:22
82:2
**focusing** 40:19
62:23 111:12
**folks** 34:14,15
34:20 38:22
39:22 45:2
119:23 123:23
166:21 171:15
**follow** 135:21
**follows** 7:25
83:5 99:20
**football** 112:24
**footnote** 36:25
**force** 5:15
**forget** 165:14
**form** 5:9 58:22
83:13 96:14
108:24 126:22
**formally** 13:4
**formed** 31:4
**formula** 178:4
**forth** 182:12

**forward** 15:7
88:22 139:2
142:24 157:12
159:17
**found** 21:6
110:16 156:11
162:23
**foundation**
84:6
**foundations**
123:14
**four** 50:12,13
50:15 51:9,12
51:25 52:5
68:3 102:6
147:23 153:9
157:22
**fourth** 32:24
43:3
**fractured** 166:8
**frame** 51:22
83:23
**frankly** 105:20
114:24
**frequently**
117:16
**front** 41:21
100:17 101:23
**full** 8:7 28:17
35:12 45:19,21
46:18,20 47:5
49:3 51:5,24
53:18 107:14
137:7

**function** 76:21
76:22,24
**functioning**
22:15 74:8
76:18 110:20
110:25 111:5,8
111:8,13,17
113:22 114:4
114:10,13,14
114:22 119:16
**functions**
104:24
**fund** 4:3
**further** 5:8,12
52:13 109:24
110:14 133:6
182:15
**future** 15:8
85:14 88:20
152:24 159:25

**g**

**garrett** 3:3 4:23
**gauge** 101:15
**general** 51:15
116:22 122:7
127:3,6 128:2
129:19,20
130:2,6 135:7
138:25 139:24
156:17 157:2
168:8
**generally** 57:6
90:4 111:20,23
112:2,4,5,19,20
113:4,16

114:25 115:16
115:18,21,21
116:3,15,16,24
116:25 117:15
134:17,18
139:13,17
144:5,7 150:12
165:22 166:4
166:16 167:5
173:20,22
174:12,20
175:20 177:14
**generals** 130:4
**generate** 20:19
20:21 21:8
102:9 118:6
127:2 177:16
178:3,5
**generated**
21:10 74:2
90:23
**generating**
40:16
**geo** 118:8
**geographer**
14:21 20:18
23:4,9 89:17
172:15 173:23
174:10
**geographic**
29:7 92:17
**geography**
75:21 175:2
**georgia** 24:14

**gerrymander**
  155:3
**gestures**  9:5
**getting**  13:5
  25:18 35:12
  37:5 38:15
  40:16 77:19
  79:2 82:8
  121:8 160:24
  165:19 174:14
**gingles**  14:11
  78:17 80:4,6,8
  108:14,21
**gis**  89:13,22
  90:6 91:15
**give**  38:11,12
  90:7 103:9
  107:12 151:5
  169:6 179:11
**given**  29:17
  33:25 42:8
  43:11 93:15
  94:9 104:8
  108:25 138:2,4
  162:20 178:14
  180:4 182:14
**gives**  17:19
  51:15 53:18
**giving**  36:20
**go**  6:16 8:25
  21:5 28:15
  31:21 33:3,7
  35:22 36:9,17
  45:12,16,18
  46:7 47:16

50:17,23 53:2
53:16 62:21
64:3,25 68:16
69:24 70:14,17
71:24 79:6,15
82:20 84:14
87:2 92:6 94:4
98:19 102:18
104:25 107:3,7
107:9 109:23
122:23 129:4
131:25 132:5
133:14,19
143:22 144:9
147:18,20
148:10,10
154:14,14
159:24 164:7
179:16
**goal**  101:17
  177:9
**goals**  78:11
**goes**  16:8 87:20
  104:23 127:4
**going**  6:5 8:25
  10:24 15:4
  30:22 33:7
  35:6 38:18
  44:10 49:19,21
  55:24 57:14,18
  64:5 65:3,22
  66:8 68:15,24
  79:16 80:14
  88:22 89:8
  97:25 98:3

99:8 100:4
101:8 104:21
106:11,14,15
112:8 117:23
118:22 123:14
124:2 125:14
126:3 133:6
134:8 137:7
139:2,2,17,18
142:23,24
144:8 152:22
157:9,11
158:20 159:17
160:7 161:6,8
162:5,6 167:8
167:19,25
169:3,4 170:11
171:5 175:19
175:21 176:15
177:11 178:12
179:15,19
180:2
**good**  6:4 19:15
  21:5 44:7 51:6
  66:18 73:2
  76:17 82:15
  123:14 128:12
  128:15 137:7
  138:16 157:10
  158:18 159:14
  167:18 172:8
  176:14
**gotten**  27:24
  151:19 160:20

**government**
  63:8,15
**governor**  48:10
  51:13,14 60:12
  62:5,19,23 63:3
  63:4 128:6
  167:2
**grabbed**  51:22
  52:2,11
**graduated**
  10:15
**graduating**
  14:2
**grand**  37:3
  124:23
**grant**  1:22 2:19
  7:10,23 182:6
  182:23
**granted**  152:2
  176:21
**graph**  161:4
**graves**  3:3
**great**  52:24
  59:3 80:6
  104:20 128:11
  172:11
**green**  139:20
  152:24 159:16
**greim**  3:3,6
  27:9 30:22
  58:22 65:2,20
  83:13 84:16,22
  93:19 96:14
  103:24 104:6
  105:19 108:24

109:4 125:12
126:22
**grime** 30:24
65:3 103:25
125:13
**ground** 9:2
**group** 20:10
21:25,25 22:9
29:13 44:9
88:24,25 97:9
108:8 110:17
111:10 122:3
172:10 176:20
**groups** 14:7
29:11 127:13
170:5 171:12
171:16
**grover** 1:5
**guess** 12:5
13:16 24:7
25:21 30:20
35:11 36:13
41:20 42:17
47:24 48:25
57:16 58:23
67:7,9 68:3
71:21 76:19
84:9 85:25
87:23 92:22
115:9 124:7
126:24 127:5
136:11,11
137:15 149:5
**guidance**
110:11 115:5

115:24 129:15
**guys** 26:18 57:5
**gwen** 165:12,13
165:14,15

**h**

**h** 7:21 107:21
113:18
**half** 14:2 25:22
76:8 116:9,21
117:17 145:15
152:11 159:12
**hand** 89:4
158:6,8 182:21
**handled** 150:25
**handley** 15:21
15:23,24 109:8
135:12,13
176:25
**handley's** 135:4
137:9 150:25
**happen** 57:15
66:15 86:21
143:20 176:15
**happened**
51:16 52:3
61:20 66:13
67:18 97:19
119:22 122:21
163:17 165:2
**happening**
97:10 99:15
127:23,25
128:10 153:21
157:15 158:15

**happens** 45:25
58:8 117:15,16
156:20
**happy** 105:19
**hard** 173:2
**harvard** 3:13
8:18
**haymarket**
4:10
**hb1** 102:20
107:22 113:20
113:21
**hb2** 114:6
**head** 103:19
**hear** 9:17 14:18
54:21
**heard** 6:13
**hearing** 25:8
**hefner** 69:10
70:6,12 83:3
181:16
**hefner's** 70:21
**held** 2:16
**help** 16:20
27:10
**helped** 15:5
116:10
**henson** 4:11
**hereinbefore**
182:11
**hereof** 183:12
**hereunto**
182:20
**hessel** 3:17

**hey** 125:12
128:15
**high** 112:24
133:7 158:16
163:10 166:15
**higher** 126:20
127:17 149:20
149:23 150:5
**highest** 131:15
157:4,5
**highlight** 45:24
**highlighted**
31:22
**highway** 4:10
**hired** 16:4
**hires** 16:11
**hispanic** 20:4
22:19 171:9,13
171:16,25
**historic** 34:22
**history** 10:19
32:3 33:14
**hits** 57:17
**hold** 50:5
**holtzman** 4:9
**homogenous**
17:11,15 21:22
48:8 124:17
141:14
**honestly** 40:2
40:10
**hour** 65:4
123:5 125:14
**hours** 29:23
30:2,6,8,9,9,11

30:12,19 39:20
65:18 123:8,21
**house** 23:9
**hpa** 44:6
162:16
**hudson** 3:9
**huge** 36:15
171:25
**hundred** 25:24
147:13 161:15
161:16,21
162:7 163:18
171:23
**hurd** 3:8,10
**hypothetical**
18:11,20 19:8
19:11,12 20:19
22:5,7 41:14
107:19 155:5
165:24

**i**

**idea** 16:11
19:15 43:23
51:6 81:2
131:7 134:15
134:17 138:16
167:19
**ideally** 113:13
**identification**
11:8 43:21
56:4 64:11
69:13 100:10
106:20 170:15
181:7

**identified**
150:13
**identifies** 42:2
170:14
**identify** 43:17
170:12,20,22
**ii** 87:13
**iii** 87:8,15,16
88:8
**imagine** 50:23
52:17 161:4
**immediately**
50:3
**impede** 10:8
**important**
53:23 71:20
73:18,20 75:2
78:3 82:14
99:22 128:24
**inaccurate**
145:20,21
**inch** 46:4
**inches** 162:8
**include** 18:13
25:23 31:25
33:12 37:24
43:16,20 49:14
52:18 53:9
54:4 62:2
131:5 133:21
146:5 147:6
160:7 176:13
**included** 17:11
19:5,8 23:7
56:21 61:6

63:3 137:3
145:13,15
146:12 153:10
157:12
**includes** 19:4
146:13
**including** 9:24
52:16 146:20
**inclusions**
71:11
**incomplete**
132:4
**increase** 15:6
**increased** 75:16
75:16 158:11
**incumbency**
77:6,10
**incumbent**
77:13
**incumbents**
77:6 82:7,9
**index** 181:2
**indicated**
183:11
**indication**
125:2
**individual** 32:2
33:12 92:16
94:5,11 112:18
122:2 140:24
152:3 178:19
**inference** 17:6
17:9 21:14,21
44:6 48:8
118:11,13

119:3,6,8,10
120:18 124:14
125:4 141:13
141:17 161:3
162:24 163:4
**inflate** 152:5
**influence** 70:24
78:23
**influencing**
78:5
**inform** 135:18
**information**
29:8
**initial** 25:8 29:4
29:21 34:7
**initially** 31:3
**initiatives**
52:19
**innocuous** 82:6
**inside** 43:9,10
**instance** 16:6
18:9,22 21:21
36:23 52:18
59:6 63:3
66:21 74:20
77:15 78:8,14
120:8 127:8
128:5 146:14
167:15 176:22
178:25
**instructed** 9:25
**instructions**
129:16
**interaction**
103:3

| | | | |
|---|---|---|---|
| **interacts** 171:10 | 166:4 169:11 171:9 172:5,6 | **k** | 35:12 36:7,17 38:5,25 39:13 |
| **interchangea...** 67:11 | **issues** 38:10 50:20 74:17 | **kansas** 1:16 3:5 | 39:21 40:5,8,16 44:8 45:3,7 |
| **interest** 19:2 29:11 82:18 158:17 175:22 175:25 | 89:4 101:25 136:15 161:3 | **keep** 16:12 82:7 **kemp** 24:4,6,7 25:14 **kept** 16:8 | 48:15,16 49:20 49:24 50:14 51:25 52:11 54:20,21,21 |
| **interested** 7:15 182:18 | **j** | **key** 20:17 38:10 97:21 | 55:6,10 57:4,16 57:17,25 59:23 |
| **interesting** 79:5 131:16 | **j** 7:21 **jacobs** 163:16 163:19 | **kind** 13:16 23:15 27:21 28:5 34:11,12 | 59:25,25 61:2 65:5 70:18 71:11,13 72:25 |
| **interests** 14:7 | **january** 27:15 | 38:19 40:19 | 73:3,4,5,8,13 |
| **interject** 30:23 | **jeffrey** 69:10 | 48:25 49:15 | 73:13,17 74:20 |
| **internal** 16:7,9 | 70:6 181:16 | 51:2 57:5 | 75:6 76:3,11,17 |
| **internet** 6:11 | **jingle's** 17:14 | 58:13 61:18,19 | 76:22 77:11,12 |
| **interpretation** 97:20 | **job** 66:18 67:2 77:19 157:10 | 62:7 65:5 68:16 71:7 | 78:15,19 79:6 79:15,24 80:22 |
| **interpreting** 145:7 | 176:14 178:24 | 73:9 75:9 78:6 | 81:18,18 82:5,5 |
| **interveners** 8:19 | **jog** 24:5 **john** 3:21 4:10 | 79:11,16 84:5 95:8 96:25 | 82:7,11,12 84:10 87:16 |
| **intervenor** 3:14 4:4 6:21 | **johnson** 1:5 **joint** 106:16,18 | 112:11 114:23 121:11 131:9 | 88:21 89:3,4,24 90:4,10,15 |
| **involved** 101:9 173:21 | 106:22 181:20 **jones** 161:14,16 | 131:16 135:21 135:23 139:25 | 91:14,18 92:15 92:19,22 93:8,8 |
| **iosefiac** 4:9 | 161:19,22 | 140:12 143:15 | 93:8,9,9,11 |
| **irrelevant** 74:14 | **joseph** 1:5 **joyce** 1:5 | 178:10 **kinds** 92:22 | 94:5,7 95:9 96:22,23 97:2 |
| **ish** 151:11 | **judge** 114:24 | **knew** 112:25 | 97:12,15,22,24 |
| **issue** 20:2 36:15 42:21 | **jumps** 128:4 **jurisdictions** | **know** 9:18 16:14,20 18:12 | 98:5,13 104:22 105:2,11 106:4 |
| 77:10 102:16 144:3 145:4 | 19:22 **justice** 14:4 | 20:4,12 21:4 22:8 23:6,25 | 111:22 113:12 116:25 118:17 |
| 160:15,24 | 16:10 44:21 60:16 62:15 63:24 129:13 129:15 171:8 | 24:24 27:16 29:10 31:12 34:19,25 35:11 | 119:21 120:7 |

120:10,13
122:21 125:6
125:15 132:3
134:2,11,18,19
134:21,25
135:23 138:18
138:20 139:6
139:16,22
140:3,13,16
142:13 143:14
143:15 146:17
147:20 149:22
153:24 158:17
158:22 159:5
161:6 163:5
167:16 169:25
170:19,20
175:5,15,19
177:3,4
**knowledge**
26:13 49:8,11
**known** 32:5
33:16 41:8
152:14

**l**

**l** 7:21
**l.l.p.** 3:18
**labeled** 98:22
145:17
**lack** 61:22
**lacour** 1:5
**landry** 1:7 3:19
6:23 167:3
**large** 15:3
18:23 81:8

**largely** 140:13
**largest** 145:12
**late** 27:15 28:5
34:9 66:24
**law** 3:13,13
8:17,18
**laws** 14:18
106:18 181:20
**lawsuits** 144:9
**lead** 77:10
135:22
**leading** 101:5
**leave** 147:8
**leaves** 168:5
**leaving** 132:2
**led** 132:21
**left** 161:5
**legal** 4:3 52:19
**legislative**
23:15
**legislator** 70:8
91:15
**legislature**
106:5 125:3
**legitimate** 21:8
**level** 15:13 32:2
33:12 38:13
39:7,12,14,15
40:21,25 41:7
41:17 42:4,5,9
42:25 43:5
45:3 47:24
101:7 120:2
134:12 163:11
175:24

**levels** 41:3
**libertarian**
139:20 153:2
159:17
**library** 13:3
**lieutenant**
51:13
**life** 113:23
**likely** 62:3,18
85:12,13
136:20
**lilliefors** 12:10
**limited** 58:17
104:9 112:5
117:2
**line** 147:3
161:4,17 162:4
168:21 184:3,6
184:9,12,15,18
184:21 185:3,6
185:9,12,15,18
**lined** 36:19,21
**lines** 80:23
**lisa** 15:21,23,24
109:7 135:4,12
135:13 137:9
176:25 178:21
**list** 62:14 80:22
132:7
**listed** 37:22
102:19 109:6
130:9 148:16
**listening**
118:19

**lists** 31:24
33:10 42:9
84:25
**literally** 44:19
133:15 170:6
**literature**
115:25 126:19
127:16,20
129:8 162:23
**litigation** 16:14
24:11,25
**little** 17:19
26:14 33:8
38:20 54:11
66:9 80:11
101:13 106:2
111:7 125:18
127:25 128:7,9
135:21 140:2
159:6 160:6
**live** 170:21
**lived** 93:13,15
**lives** 43:17 93:3
93:4
**lloyd** 1:4
**llp** 3:3
**local** 54:22
112:24
**location** 7:4
43:14
**locations** 2:18
**long** 65:17
75:12 116:25
117:24 121:24
123:4 162:8,8

**longer** 122:5,8
**look** 12:19 15:7
　18:7,7,8,17
　19:6 20:22
　22:3 42:7
　48:11 52:13
　55:2,3 56:9
　61:8 74:10
　76:4 77:5 85:8
　85:16,24 87:3,8
　88:4 90:14,17
　92:9 94:10
　97:20 102:24
　113:16,18,19
　113:20 114:6
　115:11 117:20
　119:13 121:4
　121:18 128:2
　128:15 132:3,3
　132:15,17
　133:11,13,21
　134:11,15
　136:6,8,18,19
　136:21 137:19
　138:17 144:21
　145:11 147:19
　147:25 150:3
　151:17 157:23
　171:24 172:20
　175:9,11,12,18
　176:2
**looked** 27:23
　44:15 51:10
　61:10,10,11,11
　61:19 71:16

85:2,9 87:2
95:20 104:17
114:3 133:5,10
136:17 146:23
148:8 150:12
156:10 157:12
159:9 177:9
**looking** 14:6,6
　14:10 18:9
　27:25 49:16
　50:3 51:24
　58:7,25 59:4,7
　59:8,8,10,22,23
　60:2 73:7
　92:16 93:6
　103:12 114:6
　121:17 129:18
　131:6 132:19
　142:17 148:12
　148:18 149:23
　154:3,21
　155:25 160:9
　165:2 167:17
　167:18 168:2,8
　175:21,22,23
　176:8 177:8
　178:25 179:2
**looks** 69:20
　74:16 92:7
　100:19 148:8
　148:19 149:13
　153:12 154:12
　156:6 157:24
　158:2 165:2,19

**loosely** 135:25
**lose** 164:20
**loss** 178:12
**losses** 175:16
　175:17
**lost** 48:12 113:6
　114:7,8 135:10
　152:21 164:18
　164:19 176:5
**lot** 12:14 15:2
　29:22 37:16
　40:13 52:17
　57:20 73:12
　78:10 81:18
　98:23 104:23
　104:23 106:12
　127:9 140:10
　143:14 151:7
　175:17
**louis** 3:20
**louisiana** 1:2,8
　3:10,19,21 4:9
　6:25 31:25
　32:9 33:11
　37:15,18 47:25
　50:5 56:19
　57:9,16 58:19
　62:17 67:19
　70:8 92:8
　105:9,10
　106:17 110:18
　128:7,8 143:12
　143:16 171:24
　173:18 181:20

**louisiana's**
　32:19 58:13
**low** 133:8
　158:16 163:6
　163:11,13
　166:13,17
**lower** 20:14
　176:18
**lowest** 131:14
　157:7
**loy** 3:8,10
**luke** 148:6
**lunatic** 115:12
**lundborg** 3:16
　8:5 10:22 11:9
　11:16 27:7
　28:9,12 31:14
　31:20 33:3
　45:11,16 46:14
　52:25 55:22
　56:5 64:2,24
　65:16 68:23
　69:5,14,22
　71:23 82:19
　83:18 84:13,18
　87:7,10 90:17
　90:20 91:20,23
　98:18 100:2
　104:5,10
　105:15,25
　106:13 107:6
　117:20 125:9
　125:22,25
　179:7,14 181:4

| m | | | |
|---|---|---|---|
| **m**  7:21 | 146:2,21 147:2 | 40:17 79:14,14 | **marriage** |
| **made**  31:24 | 149:3,4 159:22 | 93:8 107:19,22 | 182:17 |
| 33:10 35:2 | 159:24 160:19 | 172:13,19,19 | **marshall**  4:10 |
| 58:24 79:13 | 167:7 168:12 | 173:24 | **massachusetts** |
| 86:8 112:7 | 171:3,4 172:9 | **maps**  20:20,24 | 3:16 |
| 133:4 165:3,7 | 172:11,13 | 21:6 23:2,3,5 | **master's**  10:16 |
| **magnitude** | 173:8 174:11 | 23:12,15 40:13 | **matched**  43:6 |
| 54:24 | **make**  9:2 18:11 | 44:19 77:7 | **materials** |
| **mail**  37:16 | 18:11 31:12 | 79:13 81:23 | 104:19 |
| **main**  3:4 16:24 | 41:23 45:15 | 90:24 94:3 | **math**  153:16 |
| **major**  101:19 | 48:22 49:17 | 107:23 108:4 | **mathematics** |
| 101:25 167:19 | 52:10,16,17 | 110:18 172:16 | 10:20 |
| **majority**  14:9 | 60:20 104:13 | 173:22 174:3 | **matter**  6:21 |
| 14:14 20:4,5,9 | 104:21 105:3 | **maptitude** | 12:9 24:11,25 |
| 20:15 21:8 | 114:10,25 | 89:23 90:7,11 | 176:17 182:19 |
| 22:16 28:23 | 117:7 119:7 | 90:24 91:10,15 | 183:7 |
| 34:9 62:8 71:4 | 122:22,22 | **march**  26:19,19 | **matters**  98:3 |
| 72:13,21 74:5,8 | 127:9 132:24 | 26:23 28:5 | 173:4,5 |
| 75:18 78:24 | 143:9 146:20 | 34:9 137:13,15 | **maximize**  74:3 |
| 79:18,19,20,23 | 162:10 163:7 | **margin**  167:24 | 78:12 |
| 80:9 81:13 | 164:21 170:8 | 168:3 | **mayor**  59:11 |
| 94:8 107:20,24 | 174:3 | **marginalized** | **mccartan**  11:6 |
| 108:5,8,16,22 | **makes**  35:4 | 79:23 | 71:8 100:5,8,13 |
| 109:6,7,10,19 | 60:25 102:11 | **margins**  175:16 | 100:18,21 |
| 109:21 110:3,6 | 108:8 111:10 | **mark**  55:24 | 102:4 103:16 |
| 110:12,20,22 | 122:22 127:18 | 64:5 68:25 | 104:4,12 |
| 111:2,5,11 | 132:2,3 | 106:15 133:8,9 | 181:10,19 |
| 112:15,20 | **making**  8:20 | 170:5 | **mccartan's** |
| 113:21 114:4 | 72:24 79:19 | **marked**  11:6 | 100:3 103:6 |
| 116:15 119:16 | 81:11,12 82:3 | 56:2 64:9 | **mccollister**  1:6 |
| 121:9,21 | 95:21 103:17 | 69:11 83:20 | **mean**  25:16 |
| 128:14,19,20 | **man**  128:13 | 100:9 106:18 | 36:15 42:5 |
| 142:25 143:13 | **managed**  117:8 | 171:17 | 62:7 65:17 |
| 143:17 145:14 | **map**  21:4,7 | **marking**  10:24 | 77:9 84:5,9 |
| | 23:8,11 40:16 | | 85:9 86:2 |

87:16 89:2,24
90:14 91:17
92:15,21 93:5
94:3 98:23
99:9 108:3
112:5 113:16
115:2,19 116:4
124:19,20,21
137:19 143:13
146:13 147:14
154:16 165:7
166:24 174:7
175:3
**meaningless**
168:6
**means** 68:6
116:14,17
152:13
**measure** 73:5
82:14
**measures** 95:18
96:21 99:11,20
99:21
**measuring**
17:19 96:20
**mechanical**
28:19
**media** 6:18
54:24 180:6
**medication**
10:7
**meets** 116:9
**member** 63:15
138:14

**members** 63:12
**memo** 24:13
26:18 85:25
102:20 114:11
**memory** 24:5
83:15
**mendoza**
153:13
**mentioned** 13:9
15:18 16:23
37:8 38:22
49:18 54:8
102:23 104:12
109:8 135:11
137:8
**mentions** 88:8
**merging** 28:20
**mess** 152:13
**messy** 163:12
**method** 49:12
121:3,4 124:13
163:22
**methodologies**
12:14
**methodology**
28:22 44:14
155:15
**methods** 97:16
**methological**
28:21
**michael** 69:9
70:5 181:16
**mid** 30:21 34:8
166:17

**middle** 31:18
161:23 169:7
**mike** 1:5
**miles** 75:11,12
75:13
**mind** 133:20
**minimally**
89:15
**minimizing**
78:12 85:3
**minimum**
109:21 179:4
**miniscule**
156:25
**minor** 10:20
89:18
**minority** 14:7
14:14 20:5
21:9,25 22:16
29:10,13 74:9
74:21 76:25
78:22,24 79:3
79:18 82:17
88:2 94:8 97:9
107:20,24
108:5,8,23
109:7,10,21
110:4,7,12,20
110:22 111:2,5
111:10 113:22
114:4 119:16
128:14 171:3
172:9 174:22
**minus** 159:6

**minute** 125:21
125:23
**minutes** 122:4
122:10,18,25
125:20 179:8
179:15
**mirroring**
178:20
**misplace** 39:2
**missed** 118:23
**misses** 82:14
**missing** 39:2
147:17 149:19
150:10 177:22
**missouri** 1:16
3:5 8:12
**mistake** 169:10
**mixon** 148:7,9
148:14 152:4
**moberly** 8:12
**model** 78:13
**modernized**
15:5
**moment** 103:10
111:4
**money** 54:23
**monroe** 1:2
3:10 6:25
**monte** 101:9
**months** 16:20
34:13 156:19
158:21 164:22
164:23 165:25
166:2 168:22
176:17

**morning**  104:2
**motivations**
  95:21
**motive**  79:6
**move**  38:22
  46:17 52:24
  122:16,17
**moved**  39:3
**movement**
  101:21
**moving**  45:6
  57:9 58:20
  59:13
**multiple**  9:22
  60:15 77:24,25
  140:3,6 159:13
  159:14 178:23
  179:3
**multiplied**
  141:18,19
**multiply**  48:19
  118:12
**municipalities**
  85:5
**muscatel**  4:23
**mute**  11:14
**myriad**  73:14

**n**

**n**  7:21,21
**n.w.**  4:5
**n.y.**  1:23
**naacp**  4:3
**name**  7:7 8:7,8
  8:16 23:25
  24:7

**named**  106:16
  165:14
**nancy**  1:7 3:19
  6:22
**napkins**  44:20
**narrowest**
  75:10
**national**  60:3
**nationwide**
  101:25
**native**  170:18
  170:22
**naturally**  143:2
**nature**  97:6
  151:11 170:23
**near**  128:19
**necessarily**
  169:24
**necessary**
  17:13 94:10
  119:15 144:17
**need**  29:10
  35:20 38:4,5
  83:15,19 93:22
  94:4 108:15
  111:20 114:24
  120:12 124:2
  133:21,21,22
  162:16 171:4
  175:18 179:3,8
**needed**  33:25
  177:18,21
**needs**  172:17
**neutral**  102:6

**neutralize**
  152:9
**never**  25:8,25
  138:14 156:20
**new**  2:20 7:8,11
  7:24 12:18
  57:8 58:10
  77:14 79:14,14
  81:10 97:2
  107:18,23
  120:23,25
  133:22,23,23
  136:13 139:11
  139:12 158:25
  159:4 180:7
  182:3,8
**newer**  17:16
  36:14 39:6
**nice**  170:9
**nine**  156:7,11
**non**  53:21
  78:24 148:22
  148:25 150:7
  166:18
**nonexisting**
  19:16
**normal**  132:22
**normality**
  12:10,19,21
**normally**  12:15
  12:17
**north**  30:11
**northeast**  75:8
**northern**  10:15
  10:18

**notary**  2:19
  7:23 180:18
  182:7
**note**  6:7
**noted**  7:17
  180:9
**notes**  103:13
**notice**  2:18
  9:21 131:4
**noticed**  54:9
**november**  50:2
  50:4,8 56:10,15
  56:19,25 64:13
  64:15,21 130:5
  130:8 139:4,10
  139:12 176:16
**number**  7:3
  12:16 16:2,19
  29:15 38:5
  48:20 51:8
  55:3 58:17,20
  78:13 81:19
  82:2 86:3
  101:5,7 109:9
  113:5,7 114:23
  115:5 116:23
  118:9,13
  130:19,20
  141:21 142:25
  151:17 152:20
  159:14 162:14
  166:21 169:12
  180:5
**number's**  150:4

| | | | |
|---|---|---|---|
| **numbers** 36:16 37:4 38:15 90:7 120:15 131:21 133:16 134:6 141:16 148:14 153:7 158:2 176:6 178:13,17 | **odd** 50:6 51:13 51:16,17 52:6 114:9 130:6,7,7 130:8,9 131:5 132:25 134:24 135:8 157:5 158:18 166:24 | 23:10,14,17,20 23:24 24:10,24 25:3,13,25 26:20 27:2,11 27:17 28:9,11 28:16 30:18 31:23 32:13,14 32:25 33:18 | 100:21 101:2 101:11 102:2 102:15 103:5 103:11 104:5 105:14,25 106:11,21,24 107:3,13 108:3 108:12,20 |
| **numerator** 147:8 | **oddly** 51:17 **odell** 1:4 **offer** 36:24 | 34:3,14,19 35:5 36:6 38:18 40:6,19 41:4,18 | 110:14 111:12 113:8 115:4,23 116:13 119:2 |
| **nyc** 4:7 | 183:13 | 41:23 43:25 | 119:18 121:24 |
| **o** | **office** 4:7 59:22 63:5,11 | 44:10,12 45:10 46:10,13,13,13 | 123:7,18 125:7 125:25 126:2 |
| **o** 7:21,21 | **officer** 5:14 | 46:14,24 47:4 | 126:12 129:6 |
| **oath** 5:15 7:12 8:14 183:14 | 63:16 **officers** 63:20 | 48:2 49:12,17 51:7 52:22 | 129:18 130:23 131:25 132:13 |
| **object** 9:23 58:22 96:14 | **official** 1:7 **oftentimes** | 53:8,14 54:5,15 56:13,18,24 | 133:10 135:6 135:11 136:4 |
| **objection** 10:2 31:11 83:13,19 83:20 93:19 108:24 109:4 126:22 | 35:15 36:3 52:18 174:10 **oh** 19:12 27:9 32:12,25 44:18 62:7 71:2 | 61:14 62:16 63:18,25 64:23 65:20,21 67:3 68:11,15,22 69:21 70:2,16 | 138:5 141:7,8 142:6 143:18 145:17 147:5 147:25 151:15 152:15 154:8 |
| **objections** 5:9 31:8 | 73:25 85:17 87:11 89:12 | 70:20,23 71:18 71:25 77:4 | 155:7,9,12,17 155:25 156:10 |
| **obvious** 92:22 **obviously** 77:12 114:13 128:9 | 91:23 130:14 136:12 138:3 139:7 149:22 | 80:13,20 81:21 85:25 87:9,13 87:15 88:7,12 | 158:22 160:2,9 161:19 163:15 164:7,11,16 |
| **occur** 85:13 **occurred** 18:17 18:21 48:10 56:14 64:14 85:11 129:11 | 165:6,13 176:12 178:19 **okay** 8:6,16,25 10:3 11:10,19 11:23 12:8 13:23 15:17 | 89:13 90:10,16 90:19 91:8,14 91:19 92:2,4,25 94:15 95:7 97:23 98:17 | 165:18,21 169:7,9,16,20 171:4,24 172:11 173:10 176:2,8 177:23 |
| **october** 51:17 130:7 | 16:23 17:22 | 99:25 100:16 | 178:7,9 |

**old** 18:16 50:25
51:3 68:5
134:2
**older** 35:10,13
35:18,19,23
36:11 39:7
50:17,19 134:4
136:14
**once** 29:18,18
29:21 30:3
55:17 82:23
108:21 109:23
154:18 174:9
**ones** 52:15
102:22 159:6
160:2,5
**onscreen** 6:13
**ooo** 5:19
**open** 56:16
58:14 64:16,19
115:20 129:22
129:24 130:3
130:13 133:15
139:23
**opine** 115:2
**opinion** 26:3
61:4
**opinions** 26:2
83:2 102:25
129:7,9 135:19
135:20
**opportunity**
158:19
**opposed** 88:25

**opposite** 55:9
55:11
**option** 50:17
145:2 170:2
**options** 46:8
105:3
**order** 18:14
29:9 122:24
**orleans** 81:10
**outcome** 7:15
17:19 61:24
78:2 182:19
**outcomes** 95:20
**output** 122:20
**outright** 22:3
78:15
**outside** 13:5
16:17 25:13
55:17 99:23
**overall** 61:7
71:4
**overcome**
78:23
**overholt** 1:14
2:16 6:20 8:6,9
11:2,4 28:13
104:11 107:8
180:5,13 181:4
181:8 182:10
183:18 185:22
**overlap** 171:18
**overwhelm**
168:4
**overwhelming**
55:4 117:14

159:22
**overwhelmin...**
17:7 116:18
173:7 174:16
**own** 9:24 138:2
169:17

**p**

**p.m.** 1:18 2:12
6:6 65:22,24,25
66:5 126:3,5,6
179:21,22
180:3,9
**p.o.** 3:20
**page** 11:18
28:15 31:18
45:17,19,22
47:6 53:2
69:24 71:22,24
82:20 84:17,19
84:21 87:8,12
87:13 88:7
90:18 91:21,24
92:6 94:22,24
98:19 102:2
107:10 110:14
117:21 125:11
126:14 132:6
138:6 141:5
148:2 149:23
149:25 150:3
155:8,18 164:9
164:10 169:3,6
169:7 173:10
176:3 181:3,7
184:3,6,9,12,15

184:18,21
185:3,6,9,12,15
185:18
**pages** 92:3,3
**paired** 77:7
**pandemic**
24:18
**paper** 46:11
**papers** 116:6,7
**paragraph**
28:17 31:19
32:23,25 33:5
37:2 43:4
44:15 45:19,21
46:6,18,20,24
47:2,5 69:25
70:2 71:22
72:2 74:12
77:5 82:20
84:14 87:8
88:7 90:18
91:21 102:2
107:11,14
110:15 111:4
117:22 118:4
138:5 169:8
172:6 173:11
**paraphrase**
117:25
**parish** 42:4,25
**parishes** 85:4
**part** 12:2 33:21
35:17 41:24
71:18 80:5
86:25 94:17

| | | | |
|---|---|---|---|
| 98:15 100:23 | **peavy**  1:5 | 138:17 142:21 | 118:13 119:12 |
| 101:12 103:5 | **peer**  11:24 12:3 | 143:11,20 | 119:15 121:13 |
| 105:12 106:22 | 12:23 13:7 | 144:18,20,22 | 141:18,20 |
| 120:9,13,14 | 60:9 63:19 | 145:12,13,16 | 145:2 146:11 |
| 152:18 153:19 | 115:25 | 145:18,25 | 152:16 161:12 |
| 154:2 169:11 | **penalty**  183:4,5 | 146:6,18,25 | 166:22 177:10 |
| 169:21 171:12 | **people**  20:5 | 147:7,14,17 | **percentages** |
| 172:16,17,17 | 22:9 29:12,14 | 148:20,21,22 | 48:20 73:21 |
| **participants** | 29:15 35:14 | 148:24,24,25 | 149:6 |
| 6:11 | 36:17 37:25 | 149:14,16,19 | **perfect**  59:4 |
| **particularly** | 45:7 81:5,6 | 150:10 151:8 | 113:19 |
| 35:9 124:25 | 89:6 93:13,14 | 151:23 152:11 | **perform**  16:7 |
| **parties**  2:17 5:5 | 93:24 112:2,2,4 | 152:12 153:14 | 16:25 17:3 |
| 6:16 58:2 66:3 | 113:17 115:10 | 153:14,15,17 | 18:15 20:7 |
| 126:8 179:24 | 115:13,14,17 | 154:4,10,13,17 | 74:21 75:3 |
| 182:16 | 116:21 117:10 | 156:2,13 160:3 | 76:12 77:17 |
| **partisan**  51:11 | 118:9 125:16 | 160:17,21 | 79:8,9 82:17 |
| 52:21 160:14 | 129:4 138:15 | 161:6,7,9,15,16 | 85:13 86:6 |
| **parts**  18:12,13 | 138:18 139:16 | 161:22,24 | 87:18,25 88:2 |
| **party**  7:13 32:3 | 141:21 160:12 | 162:3,7,14,25 | 94:2 110:8 |
| 33:13 55:5,9 | 168:13,15,17 | 163:15,18,25 | 137:6 174:17 |
| 57:5 139:14,20 | 170:5 171:23 | 164:2 165:20 | 174:19 177:3 |
| 153:5 159:17 | 172:10 173:6 | 166:17,25 | 178:25 |
| **passive**  33:21 | **percent**  36:18 | 167:2,4,23 | **performance** |
| **past**  19:18 | 48:16,18 57:5 | 171:15,23 | 73:10 75:17 |
| 47:18 66:20 | 76:8 108:13,21 | 172:2,22 173:4 | 76:16 85:18 |
| 104:24 109:6 | 109:11,17,25 | 173:13,13 | 90:25 95:8,12 |
| 120:16 | 110:6 111:24 | 174:2,5,7,12,15 | 95:19 96:12,22 |
| **paste**  46:2 | 112:3 113:13 | 174:21 177:4,7 | 97:7,10,21 98:5 |
| **patterns**  24:20 | 113:13,14 | 177:12,18,20 | 98:7,22,24 99:5 |
| **paul**  3:8,10 | 114:18 115:11 | 177:20 178:13 | 99:6,9,16 125:4 |
| **pay**  170:23 | 115:14,22 | **percentage** | **performed**  17:9 |
| **pearson**  24:4,6 | 117:13,13 | 22:9 29:10,12 | 19:17,20 20:24 |
| 25:14 | 119:14 128:5 | 29:14,15 88:23 | 71:13 75:25 |
| | 132:24 138:15 | 92:13 113:11 | 82:24 85:10 |

95:24 102:5
135:2 174:16
177:7
**performing**
20:25 21:2
74:5,6 158:10
177:11 179:5
**performs** 97:3
113:20
**perjury** 183:4,5
**person** 22:12
117:8,9 128:16
**pervasively**
16:21
**ph.d.** 10:13
13:6 100:8
181:19
**philip** 6:22
**phillip** 1:4
**pick** 9:4 38:20
60:25 170:11
**piece** 20:17
38:4 74:25
75:2 87:19
127:7 150:24
**place** 6:15 95:2
113:3 150:2
**placed** 43:9,11
**places** 14:19
36:22 75:12
**plaintiffs** 1:6
3:4,8 11:5
30:25 181:9
**plan** 42:13 70:7
72:4,5,7,11,12

72:19,20,25
82:25 83:5
104:10 144:8
**plan's** 90:25
**plans** 14:17
73:8 76:2
79:22 82:23,25
83:24 84:2
90:22 92:20
102:8,16,19
156:14
**play** 126:20
**played** 73:14
95:10
**please** 6:7 7:18
8:7,10 9:10,18
9:25 83:21
95:4
**pllc** 4:9
**plot** 161:12
**plummeted**
24:21
**plurality**
143:15
**plus** 25:24
108:13,21
109:17 110:2,6
111:24 150:21
154:13
**point** 9:21 24:8
31:16 43:11
49:7 50:25
74:10 75:20
77:4 87:4
117:12 120:11

126:15 128:15
129:18 155:2
157:17
**pointed** 134:3
**pointing** 115:7
169:25
**pointless**
168:22
**polarization**
60:22 121:19
**polarized** 14:5
17:2,4 21:15
22:17 40:21,22
55:16 94:16,20
95:10 110:2
112:13 113:3
116:14 117:8
121:18
**police** 59:11
**political** 13:15
13:20 14:22
15:19 73:4
85:3 126:18
127:15,19
129:7 162:22
163:21
**politics** 54:21
59:17,18,19,21
160:15
**polling** 14:19
**polls** 56:20
**popular** 72:10
**population**
15:12 20:6
72:6 76:9

78:21,22 81:14
92:8,10 93:3,4
93:11,17 108:9
175:2
**portion** 39:20
39:22 111:8
**posed** 10:2
**possibility**
139:14 170:4
**possible** 38:5
77:25 164:20
170:21
**possibly** 38:9
**potential** 15:8
26:24 139:19
**potentially** 24:9
50:22 146:17
150:22 166:8
167:8
**practically** 89:5
89:21 141:15
**practice** 51:5
**practices**
129:12
**precinct** 17:11
17:15 21:22
29:6 32:3
33:13 37:22,23
39:7,11 40:24
41:7 42:11
43:5,7 44:19,23
48:8 66:19
67:10 120:21
120:24 124:17
134:12 141:15

162:3 163:24
**precincts** 37:19
38:7,8 41:5
44:16 66:14,16
67:4,5,19,20
68:13 80:25
162:14,21
**predict** 61:24
86:5
**predicting**
139:3 157:10
176:15
**predominance**
83:8,25
**preference**
149:12,13,20
149:21 150:6
**preferences**
94:2
**preferred**
22:13 79:3
108:18 111:9
111:15 112:21
116:16,19,20
121:8 128:17
128:18,21
135:2,9 142:7
142:10,11,16
146:8,16,21
149:14 151:9
151:24 152:8
152:17 157:16
157:21 164:17
164:19 165:3
165:10 178:15

**preferring**
150:11
**prefers** 160:19
**preparing**
104:19
**present** 4:22
66:3 126:8
135:24 139:6
158:15 165:8
165:11,15
179:24
**presented**
62:15 176:25
**president** 54:18
54:19,23 55:4
55:11,19 57:14
59:24 60:2
62:4,20 63:4,5
128:25 129:2
139:16
**presidential**
51:5 53:19,20
53:21,22 54:8
54:10,13 55:12
56:8,16,21,25
57:19,21 58:7
58:16 60:11,17
61:3,8,15 64:16
64:19 137:7
**pressed** 173:3
**pressure** 54:25
**pretty** 30:15
51:6 66:18
76:12 115:15
123:14 124:16

140:19 174:6
**prevails** 120:25
**prevent** 10:4
**previous** 24:14
24:23 52:4
86:4 176:7
**previously**
110:21
**price** 1:4 73:8
76:6 102:21
114:15 155:4
158:12
**primaries**
57:19,21,22
58:15
**primarily** 71:9
95:23 101:16
159:2,5
**primary** 38:15
56:16 57:14,23
58:7,9,14 64:16
64:19 74:17
84:11 129:22
129:24 130:4
130:13 139:23
151:11 156:17
170:19
**prior** 26:24
39:25 68:4
71:17 135:15
137:16 152:6
159:8
**probably** 17:17
24:7 29:25
34:6 40:2

62:23 105:21
113:22 115:3
137:13,14
151:19 163:3
167:8 173:2
**probative** 60:7
60:11 157:20
158:5
**problem** 12:20
42:23 50:19
98:16 128:12
152:10 154:2
158:19 163:20
168:2 170:17
171:11
**problems** 35:14
38:23
**proceed** 7:20
8:3
**proceeding**
66:2 126:7
179:23
**process** 16:21
110:21 122:11
123:17 137:5
178:5
**processes** 29:2
**processing**
134:14
**produce** 12:3
21:7 119:4
**produced** 12:6
13:7 172:15
**product** 31:8

**programmer**
89:25
**project** 28:24
**projects** 101:8
**prongs** 14:10
110:5
**propose** 179:4
**proposed** 14:11
18:19 93:24
94:13 107:23
110:17
**proposing**
115:6
**protected** 82:8
**prove** 112:19
**proved** 112:22
**provide** 14:12
14:13 15:11
74:8 108:5
110:19 142:24
**provided** 14:23
72:12,19 91:3
107:23
**provides** 72:6
**providing**
20:15
**proxy** 172:8
**public** 2:19
7:23 180:18
182:7
**publication**
12:5
**publications**
11:25 12:4,23
13:7 63:19

**publicly** 32:20
**published**
12:22,24 13:4
**pull** 10:23
55:23,23
126:13 146:22
**pulled** 16:15
132:15
**pulling** 152:25
153:3,4,6
**purely** 88:16
**purged** 39:4
**purpose** 44:5
70:4 90:12
91:16
**purposes** 74:13
93:22
**pursuant** 2:18
**put** 13:19 24:12
26:17 28:10
114:22 127:9
151:18 156:18
170:7
**putting** 27:18

**q**

**qualitative**
86:15
**quality** 6:9,10
**quantifying**
171:7
**quantitative**
86:10
**quarter** 37:20
38:2

**question** 5:10
9:10,11,14,17
20:8 38:19
44:13 55:19
58:11 66:7
67:15 74:20
77:21 79:7
86:14 88:17
96:9 111:13
126:23 127:4
136:4,15 142:9
142:23 143:3
144:10 158:6
169:4,5 176:23
**questioned**
25:12
**questions** 10:2
35:6 44:12
45:14 52:19,23
54:6,7 56:7
77:2 86:15
96:6 133:19
158:8,8 179:11
**quick** 123:17
**quickly** 52:24
69:6 122:17
176:3
**quite** 76:17
**quote** 114:25

**r**

**r** 7:21
**race** 32:3 33:13
43:21 64:19,20
84:3,7,11 93:14
102:6,7 118:7

118:14 136:9
138:20 141:20
141:21 143:25
147:19,22
154:11,20
164:11,13
**races** 126:20
127:17 130:17
156:7,7,11
158:23,24
159:9,19
**racial** 20:9
21:25 22:9
44:9 55:14
73:6 78:9 83:8
83:25 84:11
96:3 122:3
155:3 170:2
172:10
**racially** 16:25
17:4 40:20,22
94:16,19 95:9
**ran** 20:23 66:21
94:16 100:22
101:4 125:3
**range** 40:4 76:7
115:19 167:6
173:25
**ranges** 166:13
166:14
**rates** 24:15,21
74:19 127:3
133:6 158:3
**rather** 18:8
162:4 177:8

**rbv** 22:6 48:13
48:15,24 60:19
60:20 78:15
121:12,16
**rbvs** 49:6 55:18
**reach** 108:21
**reactive** 101:22
**read** 46:5 56:13
64:13 70:13
71:6,7,9 90:21
107:16 116:7
117:23 135:14
135:15 183:6,8
**reading** 74:12
**reads** 46:20
**ready** 179:9
**reaggregate**
19:14 22:2
37:18 38:3
45:5
**reaggregated**
18:2,4,6 21:15
39:15 51:21
111:16
**reaggregating**
55:18 60:23
**reaggregation**
38:9 120:20
**reaggregations**
141:5
**real** 20:8 75:24
77:16 78:16
79:7 86:20
89:15 127:4,13
144:3,10 154:2

172:5 174:8
**realize** 105:21
105:23
**really** 17:13
24:18 35:17
40:14,17 50:16
57:13 60:17
61:21 67:25
71:14 74:15,18
75:23 76:18
77:2,21 78:25
81:20 82:10
93:12 97:20
103:2,15,20
106:10 134:14
142:22 161:20
170:22 172:7
175:19
**reason** 16:5
33:21 35:17
50:11 59:16
103:9 151:4
184:5,8,11,14
184:17,20,23
185:5,8,11,14
185:17,20
**reasonable**
113:5,9 114:21
118:22,25
147:24 151:5
152:5
**reasonableness**
61:23
**reasonably**
85:22 174:22

**reasoning**
127:7
**reasons** 42:19
**rebuttal** 28:13
100:7 104:3
136:3 137:9,21
137:24 177:2
181:18
**recall** 16:19
25:5 135:6,7
137:10
**receive** 34:3,10
162:13 173:8
**received** 34:6,9
35:9 112:14
142:3,19
145:15,23,24
146:10 147:6
150:19 152:11
154:10 159:22
**receives** 146:17
**receiving**
121:21 140:4,8
140:10 151:6
153:23
**recent** 34:21,24
35:2 38:24
**recently** 131:15
**recess** 65:24
126:5 179:21
**recognize** 11:21
**recollection**
27:8 83:10
91:9

**recompile**
120:23
**recompiled**
17:24 18:2
**record** 6:5,17
7:17 8:7 9:8,22
21:12 64:13
65:5,18,23 66:6
83:20 90:21
104:14 105:18
106:14 126:4
126:11 179:13
179:20 180:2
182:13
**recorded** 6:14
6:19
**recording** 6:9
6:14
**recreate** 120:10
**recreated** 82:23
**red** 72:22
**redistricting**
20:20 42:13
44:22 79:22
80:17,21 81:23
83:5,7,11 90:8
91:2 92:20
97:16 103:22
106:6,7
**rees** 1:5
**reference** 35:2
87:5 103:17
112:7 126:15
**referenced**
25:12 74:11

**references**
  11:24
**referencing**
  34:21 173:19
**referred**  177:14
**reflect**  149:18
  152:19
**reflected**
  152:16
**refresh**  83:9
  91:8
**refreshed**  83:16
**region**  72:22
**regions**  18:18
  19:7
**registration**
  31:24 33:10
**regression**
  17:10,15 21:22
  44:6 48:7
  124:15 141:14
  160:25 163:22
**regular**  16:15
**regularly**  44:17
**reinforced**
  157:17
**rejection**  24:15
  24:21
**related**  7:13
  44:12 89:3
  95:18 104:3
  129:8 161:2
  182:16
**relates**  40:20

**relevant**  91:3
**reliability**
  17:20
**reliable**  38:9
  138:7,12 139:3
  160:21 162:15
  162:24
**reliably**  144:12
  173:14
**rely**  37:11 60:9
  110:10
**remaining**
  149:4
**remember**  27:4
  71:3 137:12
  149:5
**remit**  80:3
**remote**  2:15 3:2
  4:2
**remotely**  1:15
  1:23 2:16 7:6
**remove**  147:10
**removed**  19:23
  147:5,12
  166:11
**removing**
  160:18
**rendering**  26:2
  92:10 102:25
**repeat**  9:18
**replicate**  55:20
**report**  10:25
  11:4,15,20 17:5
  23:21 28:14
  54:11 57:11

58:12 68:17,19
68:25 69:2,8,18
69:25 70:4,21
70:25 71:7,20
75:20 81:22,25
84:15 86:25
90:23 94:17
95:14,16 96:13
98:7,22 100:3,5
100:8,18
102:23 104:4
104:12,19
105:12 107:4,8
133:16 135:5
135:12,13,16
136:3,7 137:9
137:17,21,23
137:24,25
138:2,4 141:4
142:6 148:2,5
150:25 151:16
154:6 164:17
178:9 181:8,14
181:18
**reported**  1:21
  41:5 42:24
  134:8 141:16
  148:12,13
  151:20 178:16
**reporter**  2:19
  7:10,18 8:2
  26:9 32:10,13
  53:25 65:9
  72:16 73:23
  124:3 182:7

**reports**  69:9
  70:5,11,14,24
  83:3 91:4
  102:11 104:16
  134:5 149:11
  181:15
**represent**  63:13
  63:14
**representing**
  7:8
**represents**
  153:19
**republican**
  55:6 139:18
  148:16 154:14
  167:9
**republicans**
  128:20 149:8
  160:10
**requested**
  26:10 32:11
  54:2 72:17
  73:24 124:4
**requesting**
  105:17
**required**
  111:16
**requirement**
  143:13,16
**requires**  143:16
**research**  101:7
  105:2
**reserved**  5:10
**resignation**
  170:21

**respective** 2:17 5:5

**respond** 70:5 71:8

**responded** 71:10

**response** 11:5 69:7 181:9,14

**responses** 9:3

**rest** 170:23,24

**restricting** 23:2 91:10 106:3

**result** 17:21 22:4 52:3 60:6 68:9 82:25 120:23 122:19 138:16 141:13 141:16 151:8 162:4 177:11

**results** 20:22 32:8,18 33:24 36:20,23 37:5 37:10 38:11,12 39:17 40:25 41:16 43:5 46:22 47:8,12 47:13,14,21 48:15,23 49:13 61:12 68:6,8 71:5 78:5 86:3 88:13,15 119:25 120:4 120:21 122:6 122:21 139:4 145:6 154:6

155:25 157:10 163:7 177:8,9

**resumed** 66:2 126:7 179:23

**retained** 26:15 26:17 180:7

**review** 20:2 47:17 70:11 86:23 104:18 106:21 135:12

**reviewed** 11:24 12:3,23 13:7 14:16 60:9 63:19,23 68:18 68:19 69:18 70:20 115:25 116:11 137:9 137:10,13,23

**reviewing** 51:4

**richmond** 1:23 182:5

**rid** 82:8

**ridiculous** 171:21

**right** 17:13 24:7,18 33:5 41:24 43:15 46:4 47:19,20 49:20 53:6,12 53:19 57:18 59:3 62:10 63:6 64:22 67:15,21 68:2 68:20 72:18 75:6 76:14

77:23 81:13 84:2 86:8 95:25 97:13 99:3,6 103:9 109:24 110:3 111:23 114:19 115:17 117:6 118:2,21 121:15 122:14 122:24 123:2,3 123:23 128:24 130:2,23 131:3 132:22 134:2 140:21 142:22 146:13,15 148:4 149:17 149:25 156:8,9 160:5,22 162:9 166:6 167:10 168:7,19,25 170:8 172:14 174:6 175:8 178:2

**rights** 13:17,18 15:13 78:18 160:14

**river** 72:22

**road** 116:9

**robinson** 3:14 4:4 73:8 76:6 102:21 114:15 135:5,13 137:22,24 151:2 155:4 158:11 176:25

**rodriguez** 153:14

**rohani** 4:6

**role** 73:14 95:10 126:20

**rolfe** 1:6

**roll** 36:3,5

**rolls** 35:14 36:2 134:3

**room** 113:15 167:22

**rouge** 3:21 81:10

**roundabout** 38:14

**rubber** 116:9

**rubric** 86:9

**rubrics** 98:5

**rule** 84:3 106:16,18,22 115:7 117:11 117:14 122:7 181:20

**rules** 9:2 106:5

**run** 20:22 29:9 48:3,13 49:6 75:9 93:12 94:19 95:11 96:11 100:24 101:11 118:10 121:25 122:18 123:19 130:13 130:17 139:16 144:24 162:16

**running** 30:4
122:15 146:15
**runoff** 52:3
128:3 129:20
130:5,7 131:20
131:24 138:6
139:6,7 140:17
143:22,25
144:2 156:16
164:21 165:4
165:18 168:9
168:15 176:10
176:12
**runoffs** 52:7
127:8 176:13
176:14
**runs** 75:11
122:18

**s**

**sadow** 69:10
70:6,12,18,19
83:4 181:16
**saint** 8:11
**salvador**
153:14
**sandwich** 65:11
**sara** 4:6
**sat** 65:6
**save** 183:9
**saw** 131:2
135:4
**saying** 48:2
49:17 92:25
99:16 132:10
147:16 154:8

154:16 158:22
163:21 174:16
174:18,19
**says** 32:18 46:8
72:5 89:25
91:13 109:16
117:2 163:9,14
170:16,17
**sb8** 70:8 71:14
72:7 73:2,3,9
73:15,22 74:2
75:11 76:13
77:17 83:4
84:4,8 96:2,4
102:20 110:17
114:7 148:13
155:2 158:9,10
174:4 177:12
179:2
**scheme** 124:23
**scholarship**
60:10
**school** 3:13
8:18 112:24
**science** 28:18
34:20 39:22
119:23 120:6
123:22 124:24
126:18 127:16
127:20 129:8
162:23
**scientist** 13:15
13:21
**scientists** 14:22
15:19 33:24

163:21
**scope** 99:23
**screen** 11:11
46:6 69:17
164:9
**scroll** 11:17
69:6,15
**scrubbed** 36:4
**sealing** 5:6
**search** 98:8
**seats** 50:8
62:12
**second** 28:17
30:24 33:9,15
45:19,20,24
46:17,19,20,24
47:5,6 72:21
80:15 82:22
107:12 110:19
114:7 117:22
125:11 138:5
142:14 169:6
179:11
**secretary** 1:8
3:19 32:9,19
36:23 37:9,12
37:13 41:6
47:15,19 48:4
49:8 50:9
51:14 53:10
60:13 61:12
129:21 131:22
133:14 164:12
165:8,16 176:9

**section** 19:21
19:22,23,25
28:16 45:21
126:15,21,25
129:7 141:4
**sections** 98:21
**see** 11:9,23
14:6 20:3
22:11,12 27:25
30:25 47:9,17
48:12 56:11
60:18,21 61:19
62:24 70:9
73:7 85:6,11
91:6 92:6 93:6
93:7,10 96:19
96:25 98:11
101:18,21
102:13,18
103:16,21
107:25 110:23
113:17 118:2
121:5,12,19,20
121:22 125:11
127:2,24 128:3
128:24 129:2
134:23 136:6
137:6 141:25
148:11 150:4
152:22 157:15
158:4,13
161:17 164:14
164:15 165:5
168:7 169:14
171:2 173:16

174:4,9 175:13
175:18 177:12
**seeing**  69:16
103:19
**seemed**  96:7
**seems**  46:3
64:22 73:11
83:22 91:12
92:22 95:21
96:20 115:14
124:10 147:15
147:24 148:14
158:18 174:5
**seen**  6:12 44:19
109:5 131:15
166:16
**select**  78:4
170:2
**selecting**  57:24
**self**  170:15
**senate**  19:13
50:8 53:9,15,17
55:2,8,11 59:3
59:23 131:24
147:19,22
151:25 175:6
**senator**  19:4
63:7
**senators**  55:3,5
**sense**  35:4
49:17 52:17
60:20,25 79:13
90:4 122:22
127:9,18
130:12,16

132:24 163:8
**sent**  69:3
**sentence**  32:7
32:17 33:9,16
46:19,25 47:6
82:22 107:14
110:16
**separate**  21:13
21:18,19 81:6
171:17
**series**  124:14
125:16
**served**  25:14
**serves**  63:7
**set**  29:3,3,22,23
29:23,24 91:2
147:3 164:5
182:11,21
**sets**  34:7 102:5
**seven**  52:7
66:12 67:17,24
68:5 102:5
114:16 130:20
156:6 158:20
159:10,19
164:22,23
166:2 168:22
176:17
**shadow**  101:20
137:20
**shape**  29:20
43:7,7
**shaped**  73:12
97:12

**shaping**  44:23
**share**  11:11
159:23
**shared**  73:21
**sheer**  54:23,24
**sheet**  183:2,12
184:2 185:2
**sheriff**  112:11
117:6
**shift**  61:7 92:19
115:8
**shifted**  24:20
**shifting**  50:22
**short**  65:8,12
65:19 125:18
**shorthand**
182:7
**show**  24:19
48:16 83:15
94:22,24 95:4
159:20 168:14
168:17,18
177:10
**showed**  89:6
**showing**  151:8
173:6 178:24
**shows**  3:18
74:24 84:7
143:4 144:14
155:2 163:3
173:5 178:22
**side**  146:14
161:8 166:22
**signature**
182:23 185:21

**signed**  5:14,16
26:22 183:15
**significance**
24:16
**silent**  103:8
**silly**  24:2
**similar**  20:23
58:18 61:14
76:4,5,7,10
82:4 120:15
125:3 132:22
**similarly**  76:12
**simple**  124:18
**simply**  45:5
55:12,19 127:2
133:5 138:23
174:19 176:19
178:22 179:6
**simulated**
102:8,16,17,25
**simulation**
100:24 102:12
**simulations**
100:23 101:5
101:10,11,14
102:5,6,7
**sit**  160:8
**site**  13:2 61:13
**situation**  52:20
62:8 165:24
171:22
**situations**  14:5
**six**  164:3,3
165:25 170:2
179:4

| | | | |
|---|---|---|---|
| **skim**  103:14 | **sort**  80:25 | **splits**  85:4 | 51:20 53:10,11 |
| **skimming** | **sorts**  96:6 | **splitting**  62:25 | 54:19 55:16 |
|   103:9 | **sounds**  9:4 24:2 | **spoke**  116:12 | 57:22 59:7,14 |
| **skip**  111:3 |   24:9 118:20,21 | **spread**  27:21 | 59:20,22 60:12 |
| **slate**  123:12 |   118:21,24 |   34:5 | 60:12,13,21,22 |
| **slimmer**  79:19 |   156:9 | **spreadsheet** | 61:13 63:5,11 |
|   79:20 | **source**  155:10 |   29:5 124:21 | 63:13,14,17,20 |
| **small**  38:4 |   155:20 | **squedge**  78:12 | 67:19 68:7 |
|   55:20 66:17 | **sources**  104:16 | **ss**  182:4 | 72:23 75:8,9 |
|   129:18 144:25 | **speak**  40:10 | **st**  3:20 | 105:9 110:16 |
| **smaller**  15:16 | **speaking**  83:19 | **stage**  164:20 | 122:8 128:16 |
|   67:4,7 166:10 |   167:5 174:20 | **standard** | 129:11 131:22 |
| **smallest**  40:25 | **special**  50:10 |   108:13 | 132:6 134:5 |
| **social**  88:9,10 |   112:22 117:10 | **start**  27:17 | 135:3 138:6 |
| **socioeconomic** |   136:12 |   55:18 60:24 | 140:22 164:12 |
|   89:2,10 | **specific**  55:17 |   78:7 97:2 | 165:8,16 |
| **software**  89:14 |   114:23 162:3 |   123:11,12 | 173:11 176:10 |
|   89:23 90:3,7 |   173:18 174:25 |   133:25 160:11 | 179:10 182:3,8 |
|   91:16 |   175:2 |   163:6,6 171:11 | **state's**  32:9,19 |
| **solve**  42:23 | **specifically** | **started**  57:18 | 36:24 37:13,14 |
| **somewhat**  80:7 |   16:3 55:14 | **starting**  27:25 | 47:19 48:4 |
| **sorry**  11:13,13 |   59:9 99:17 |   114:20 161:17 | 129:21 133:14 |
|   24:2 26:8 27:6 |   107:17 109:16 |   162:5 163:13 | 169:17,20 |
|   27:9,10 28:21 |   110:16 | **starts**  72:5 | 170:9 |
|   29:7 32:12,22 | **specifics**  22:22 |   161:5 | **statement** |
|   32:25 33:4 | **spend**  28:25 | **state**  1:8 2:20 |   138:11 |
|   36:9 42:11 |   104:7 106:11 |   3:19 4:9 7:24 | **states**  1:2 37:15 |
|   45:20,22 64:3 |   134:13 141:6 |   8:7 18:12 19:3 | 37:17 55:3,7 |
|   72:15 73:25 | **spent**  14:2 15:9 |   19:4,6 24:13 | 57:17,20 59:25 |
|   81:10 85:17 |   39:19,22 |   28:17 31:19,23 | 70:3 102:4 |
|   87:11,15 91:23 |   104:20 116:24 |   31:25 33:11 | 106:9 143:14 |
|   95:15 110:19 | **spike**  129:2 |   37:9,14,17 41:6 | **statewide**  50:5 |
|   134:24 144:20 | **split**  62:4,18 |   47:15,25 49:8 | 52:12 140:23 |
|   148:10,13 |   80:24 81:11 |   49:21,24 50:6 | **statistical**  12:14 |
|   158:7 | |   50:10 51:10,14 | |

**statistician**
13:18 14:21
77:23 78:10
100:22
**statistics** 10:14
10:17 13:10,11
50:15 131:18
**status** 89:2
**staying** 173:10
**steams** 103:22
**steib** 153:15
**stenographer**
9:4
**stenographic**
2:19 7:17
**step** 12:18
47:16 49:18
52:12 55:17
101:23 109:19
109:24 120:18
172:12,12,13
174:10
**stephen** 69:11
70:6 181:17
**steps** 118:3,16
**stick** 35:18
**sticking** 77:5
**stipulated** 5:4,8
5:12
**stipulations** 5:2
**stop** 36:2
**straightforward**
28:19 124:16
**streamline** 15:2

**street** 3:4,15,20
4:5 8:11
**stress** 136:23
**strictly** 159:7
**strike** 28:21
144:20
**strong** 55:6
121:14
**stuck** 36:13
**study** 79:12
102:8,15 103:7
163:2
**stuff** 34:8
**sub** 43:21
**subdivision**
85:4
**subject** 12:8
24:10,25
106:10
**submit** 86:24
105:16 153:8
**submitted**
23:21 44:20
**submitting**
137:17
**subscribed**
180:16
**substances** 10:8
**substantial**
62:25 109:14
113:7,9 140:5,8
142:3,19 149:9
150:19 162:13
162:20 166:20

**subtract** 152:15
**success** 74:19
**successfully**
74:4
**sudden** 163:8
**sufficiently**
109:18
**suggesting**
71:12 73:13
115:9
**suggestions**
23:6
**suggests** 126:19
127:16,20
**suite** 3:5,9,15
4:5
**summarized**
90:25
**super** 150:23
**support** 116:2
121:14 140:5,8
140:11 141:20
142:3,20
149:10,15
150:20 151:6,9
151:13 153:2,4
153:5 158:14
159:23,24
160:6,8 161:9
161:19 162:2
162:13,20
166:25 167:6
168:4 177:24
**supported**
75:18 142:2

173:14
**supporting**
143:7 163:16
**suppose** 13:19
58:24 84:5
87:18 90:13
93:5 106:8
130:15
**supposed** 60:6
**supreme**
109:16
**sure** 9:2 31:12
35:3 41:11,24
45:15 48:22
52:11,16 94:21
98:9 104:13,21
105:3 106:8
109:15,15
115:22 119:7
122:22,23
129:3 143:9
154:25 167:11
171:24 179:14
**surmise** 88:19
**surprise** 62:16
147:21
**surprised** 62:24
**surrounding**
52:20
**susan** 165:10
**suspect** 18:3
54:24
**swear** 7:19
**switch** 66:8
68:15

| | | | |
|---|---|---|---|
| **sworn** 5:13 | **tabulate** 37:6 | **technology** 7:7 | **thank** 8:20 |
| 7:22 180:16 | 122:6 | **tell** 22:4 44:2 | 65:21 100:6 |
| 182:12 | **tabulation** 41:8 | 50:15 97:25 | 126:2 179:18 |
| **syrita** 153:15 | **tabulations** | 100:18 111:25 | **thanks** 180:8 |
| **system** 57:9,23 | 33:25 42:8 | 115:15 118:4 | **theoretical** |
| 58:10,13,14,19 | **take** 6:15 10:7 | 167:11 | 116:7,8 |
| 139:11,12 | 18:8 19:3 | **ten** 51:15 52:6 | **theoretically** |
| 159:2,4 | 28:22 40:7 | 114:9,16 | 130:14 164:23 |
| **systemically** | 45:23 48:9 | 125:20 | **theory** 161:11 |
| 33:7 | 65:8,15 81:8 | **tend** 50:20 | **thesis** 12:22 |
| **systems** 15:16 | 120:21 121:24 | **tends** 35:24 | 13:6 |
| **t** | 122:4,5,8 123:4 | 145:5 | **thing** 18:3 |
| | 125:18,21 | **tenure** 19:24 | 54:17 75:15 |
| **t** 3:16 7:21 | 172:18 179:12 | **term** 17:23 | 76:19 81:2 |
| **table** 53:3 | **taken** 6:20 32:8 | 80:16 97:11 | 89:5 115:15 |
| 75:16 98:19 | 32:18 65:25 | 98:6 108:6 | 138:23 |
| 122:6 125:10 | 126:6 179:22 | 129:19 | **things** 14:17,19 |
| 126:14,15,25 | 183:7 | **terms** 57:24 | 16:25 21:18,19 |
| 129:19 130:25 | **takes** 29:22 | 73:9 75:17 | 38:21 51:18 |
| 131:2 132:6,7 | 60:4 | 95:19 105:6 | 71:10 80:23 |
| 132:15 135:25 | **talk** 8:20 9:9 | **terrifically** 15:3 | 82:6 85:2 89:3 |
| 135:25 137:19 | 54:10 104:15 | **territory** | 89:18,20 98:12 |
| 137:20 141:6 | 150:20 | 114:21 | 117:2 129:3 |
| 141:10 142:8 | **talked** 106:2 | **test** 12:10 | 135:24 140:14 |
| 142:17 143:4 | **talking** 21:13 | **testified** 7:25 | 160:11 163:8 |
| 143:19 144:13 | 36:8 49:5 | 42:18 119:5 | **think** 12:25 |
| 145:17,20,21 | 57:12 72:4 | **testify** 16:15 | 13:17 16:11 |
| 146:2 148:10 | 97:7 99:17 | **testifying** 10:5 | 17:16,25 23:19 |
| 148:11 149:2 | 103:22 123:24 | 25:3 28:6 | 25:7,10,17 26:4 |
| 149:21 155:7 | 130:18 144:15 | **testimony** | 26:14,19 27:22 |
| 156:19 164:16 | 145:22 154:20 | 41:25 67:3 | 30:4,10,10,14 |
| 176:3,5,11,23 | 154:24 | 143:8 180:4 | 32:22 34:10,11 |
| 176:24,24 | **tanya** 1:5 | 182:14 | 37:20 38:18 |
| **tables** 90:24 | **team** 120:6 | **tests** 12:16 | 41:19,21 42:18 |
| 159:8 164:7 | | | 46:16 52:6,22 |
| 176:7 | | | |

**[think - total]**

| | | | |
|---|---|---|---|
| 54:6 57:3 58:6 | 139:14,20 | **thrown** 25:7 | **today's** 180:4 |
| 59:24 61:10 | **thirds** 113:14 | **thrust** 174:8 | **together** 14:23 |
| 62:21 70:19 | **thomas** 3:16 | **thursday** 1:17 | 20:13 24:12 |
| 78:6 81:25 | 4:22 8:5,16 | **ticket** 62:4,18 | 26:18 27:18 |
| 82:13 84:16 | 10:22 11:9,16 | 62:25 | 41:13 42:14 |
| 90:9 92:5 | 27:7 28:9,12 | **tier** 156:24 | 43:22 66:20 |
| 94:15,21,23 | 31:14,20 33:3 | **time** 5:10 8:20 | 73:16 86:5 |
| 95:5 96:9,16 | 45:11,16 46:14 | 14:20 26:21 | 94:12 124:18 |
| 97:5,10,18 98:4 | 52:25 55:22 | 28:23,25 29:22 | 145:4 150:20 |
| 98:14,15,24 | 56:5 64:2,24 | 30:4,16 31:11 | 150:22 151:3,4 |
| 99:7,15,19 | 65:16 68:23 | 33:8 35:25 | 151:18,22,22 |
| 100:14 102:20 | 69:5,14,22 | 39:21 40:11 | 153:15 |
| 102:23 103:20 | 71:23 82:19 | 45:8 51:22 | **told** 60:16 |
| 105:6 106:23 | 83:18 84:13,18 | 58:9 59:17 | 104:2 115:9,12 |
| 111:6,19 | 87:7,10 90:17 | 65:5,14,22 66:4 | **tom** 7:8 |
| 113:12,15 | 90:20 91:20,23 | 78:16 104:8,9 | **took** 29:25 30:2 |
| 114:2,12,12,15 | 98:18 100:2 | 104:21,22 | 30:4 39:11,13 |
| 115:11 118:23 | 104:5,10 | 106:12 108:25 | 40:11 52:12 |
| 118:23 119:5 | 105:15,25 | 112:3 115:11 | 122:10 123:21 |
| 120:19 122:9,9 | 106:13 107:6 | 115:14 117:17 | **top** 46:7 47:21 |
| 126:12 127:18 | 117:20 125:9 | 126:3,9 134:14 | 53:2 58:3 |
| 127:23,24 | 125:22,25 | 138:25 141:6 | 103:19 132:6 |
| 128:8 130:21 | 179:7,14 181:4 | 144:6 166:3 | 145:14 151:17 |
| 138:3,8 139:13 | **thought** 105:5 | 172:16 179:19 | 153:10 156:20 |
| 139:14,18 | 134:22 156:21 | 179:25 180:9 | 159:20 176:17 |
| 145:9,10,12 | **thousand** 163:4 | **times** 25:24 | **topic** 169:2 |
| 157:23 158:24 | **three** 14:10 | 60:15 66:23 | **topics** 66:8 |
| 159:4,6,10,12 | 50:8 65:17 | 163:23 164:3,3 | 68:15 |
| 164:18 166:20 | 67:25 68:4 | **tiny** 152:11 | **torchinsky** 4:9 |
| 168:25 179:7 | 76:2,6 85:22 | 155:6 168:2 | **total** 29:14 |
| 179:10 | 87:14 102:7 | **title** 92:6 | 36:16 47:20 |
| **thinking** 94:23 | 122:4,10,25 | 145:21 | 52:7,7 118:15 |
| **third** 31:19 | 163:23 180:6 | **titled** 56:10 | 141:22 145:2 |
| 37:21 57:5 | **threshold** | **today** 8:14,21 | 156:8 180:5 |
| 110:15 111:4 | 154:13 156:3 | 10:5 180:3 | |

| | | | |
|---|---|---|---|
| **totality**  157:14 | **trust**  170:14,16 | **turning**  125:7 | 96:5 107:23 |
| **totals**  22:3 37:3 | **truth**  61:6 | **turnout**  20:13 | 108:5,7 113:14 |
| 48:13 134:5,9 | **truthfully**  10:5 | 37:4 52:14 | 114:8,14 123:6 |
| **towards**  58:20 | 10:9 | 53:23 54:9 | 130:20 132:20 |
| 79:25 161:22 | **try**  9:9 16:12 | 118:6,15 119:2 | 134:20 135:10 |
| **traditional** | 18:20 32:15 | 119:9,9,12,19 | 137:7 139:8,13 |
| 57:13 80:17,18 | 35:18 38:2 | 119:24 125:7 | 150:18 153:10 |
| 80:20 81:23 | 53:23 61:23 | 126:16,18,19 | 158:25 159:2,5 |
| 83:5,7,11 90:8 | 65:11 78:11,11 | 126:21 127:2 | 159:7,20,21 |
| 91:2,10 97:16 | 79:12 85:12 | 127:12,17,21 | 168:11 171:17 |
| 106:3,6 | 86:5 88:19 | 128:4,22,25 | 176:21 179:8 |
| **tranche**  137:5 | 94:7 101:17,18 | 129:3,8,10 | 179:15 |
| **transcript** | 101:24 120:9 | 131:7,8,12,14 | **type**  19:19 |
| 183:6 | 120:10,11,14 | 131:15,18 | 56:14 61:15 |
| **treasurer**  51:14 | 152:5 153:25 | 132:14,16,17 | 64:14 95:11 |
| 136:9 | 160:12 170:25 | 132:19,25 | **typed**  89:20 |
| **treated**  112:25 | 171:2 | 133:2,5,8,11,13 | **types**  17:4 29:9 |
| **treating**  176:11 | **trying**  15:10 | 134:7,15,17,23 | |
| **trend**  134:16 | 16:20 20:2 | 136:7,9 138:13 | **u** |
| **trends**  107:18 | 42:17 60:7,24 | 138:24 140:13 | **u**  141:23 |
| **trial**  5:11 16:9 | 71:2 73:7 81:3 | 156:22,25 | **u.s.**  6:23 |
| **tribute**  170:23 | 82:6,11 83:23 | 157:2,3,7 | **ultimately** |
| **trick**  140:21 | 83:24 84:3,9,10 | 158:16,23 | 47:24 74:7 |
| 161:20 166:12 | 87:22 101:15 | 172:20 176:18 | 98:2,2 105:8 |
| **tricky**  78:7 | 128:13 144:4 | 177:17,19 | 142:22 |
| 129:25 | 160:13,15 | 178:4,6,8 | **under**  8:14 |
| **tried**  79:22 | 162:10 163:16 | **turns**  112:23 | 19:21 34:15 |
| 145:8 152:8,10 | 165:21 168:23 | 131:12 | 45:21 47:3 |
| **trimming**  79:17 | **turn**  100:3 | **twice**  154:18 | 58:10 63:6 |
| **true**  17:20 | 105:19,24 | **twitch**  32:16 | 66:13,15 67:18 |
| 54:22 66:17 | 125:10 134:24 | **two**  21:13,17 | 78:17 114:6 |
| 100:17 165:25 | 141:3 155:7,17 | 35:6 38:20 | 139:11 158:25 |
| 166:2 182:13 | 179:9 | 51:5,24 53:20 | 183:4,5,13 |
| 183:9 | **turned**  97:11 | 53:21 57:2,6 | **underlining** |
| | 105:12 | 81:11,12 85:15 | 178:10 |

**underlying**
12:13 73:17
**understand**
8:13 9:6,15,19
21:17 22:23
42:18 58:4
104:6 123:9
143:14 154:22
177:23
**understanding**
15:25 34:23
39:10 56:18
58:16 64:18
118:3 144:16
146:9 183:12
**understood**
58:6
**unemployment**
101:17
**uniform** 29:19
**unit** 6:18
**unite** 167:21
**united** 1:2
151:21,22
**university**
10:14,18,21
12:25
**unknown** 77:14
123:21
**unlimited**
130:14
**unreliable**
134:3 154:7
162:18,19

**unusable** 61:3
**update** 123:16
**usable** 15:11
**use** 18:16 22:6
28:22 33:19
35:17 37:2
39:7 41:4
42:19,22 46:21
47:7 48:24
49:12 63:19
90:2,3 97:15
98:6 101:18
106:5 119:2,24
126:14 155:9
155:12,19,22
163:22 169:20
171:5,12 178:5
**used** 15:25
17:14 21:20,23
27:18 28:4,8
34:21 39:11
40:22 45:6
66:23 67:23
88:13,18 89:13
89:21 90:11
91:9,15,17
102:9 104:24
105:22 111:20
119:6,9,12,19
120:8,12,14
129:12,19
130:24 136:2
141:9 152:7
155:20 169:22
177:17 180:6

**useful** 55:13,13
55:16 61:4
158:9
**uses** 119:9
**using** 7:7 16:9
17:18 38:24
39:6 43:18
45:3 46:11
49:10 59:2
63:21 66:11
67:10,14,16
72:7 89:17
96:20 98:8
118:7 120:17
123:10 156:2
163:6,14
169:11 176:9
**usually** 131:10
131:10 177:19
177:20

**v**

**v** 1:7 6:22 7:21
24:4,6 25:14
**vague** 92:15
**valentine's**
27:12,13
**valuable**
134:22
**value** 136:22
**vanish** 35:16
**variables** 78:11
78:13 79:5
96:21
**varied** 140:19

**varies** 139:25
140:12,13
141:2
**various** 29:2
77:7 139:23
156:14 177:24
**vast** 28:22
146:2 168:12
**verbal** 9:3
**verified** 36:19
**verify** 122:21
**veritext** 7:8,11
180:7
**version** 121:25
**versions** 77:7
**viable** 127:21
151:14 159:15
**victoria** 4:7
**victories** 77:20
175:17
**victory** 158:3
**video** 6:14,19
**videographer**
4:22 6:4 7:9
65:21 66:4
126:2,9 179:12
179:17,25
**videotaped**
2:15
**view** 46:8
**viewed** 61:23
126:21
**vinnie** 153:13
**virginia** 4:10

**virtual** 7:7
**virtually** 6:9
**vogel** 4:9
**voice** 33:22
**voss** 69:11 70:6
  70:12,17 83:4
  102:4,11
  181:17
**vote** 42:21
  48:12 55:4,10
  89:6,7 121:13
  142:21 143:13
  145:2,16,18,24
  146:6,11,19,25
  147:7,17
  148:20,21,22
  148:24,25
  149:4 151:23
  152:12,12,20
  153:17 154:4
  156:11,13
  161:24 162:3
  167:8,21,23
  168:10,13
  172:24 173:5,7
  177:4
**voted** 19:13
  22:2,10 35:15
  43:16,19,24
  44:2,7,9 47:23
  48:17,18,21
  50:21 54:18
  55:10 56:20
  118:10 134:2
  138:18,19

141:21 163:19
167:3,4,12,14
168:18,20
**voter** 14:18
31:23 32:5
33:10,16,18
34:21,22,24
35:8,14 36:2,3
36:4,11 37:9
38:16,23,24
39:2,6 42:2,7,9
42:20,22 43:2,9
43:14,15,17,18
43:20,23,25
44:2 45:3
47:22 48:4
62:3,17 118:8
134:3,10 140:8
140:11 142:19
149:12 151:13
161:9 162:13
169:17 170:9
170:13 177:24
**voters** 14:9
22:19 32:2
33:12 35:15,25
38:25 43:19
44:7,8 48:17,18
48:21 56:19
60:5 74:6,22
75:19 112:16
112:16 116:18
118:14 121:5,9
121:14,22
128:17 138:21

144:12,17
145:25 149:10
150:6,7,10
151:22 158:19
161:13,15,18
163:16 165:23
166:18,20
167:3,12,20,21
168:13 169:12
173:9,15
176:21
**votes** 20:15
29:16 37:16,21
38:2,6,16 42:3
42:24 55:9
112:15 113:3
116:16 121:9
121:21 142:25
144:23 153:23
153:24 161:14
161:16,21,22
166:23 173:8
**voting** 14:5,7
14:24 15:12,13
17:2,4 20:6,11
20:12 21:15
22:11 24:13,20
32:3 33:13
40:21,23,24,25
41:8,16 42:12
42:15,16 55:15
57:19 67:5
76:8 78:9,18,24
88:13,21 94:2
94:16,20 95:10

96:5 107:18
109:14 110:3
112:13 121:6
138:15 143:5
144:13 146:18
160:14 166:18
166:19,21
168:15 172:21
176:21
**vra** 79:4 96:5
160:12
**vrp** 4:23
**vtd** 38:13 39:15
41:16 42:5,9
45:2,4 47:23
68:12
**vtds** 39:13 41:8
41:12,13,18,20
41:22 42:10,12
42:14 45:5,7,8
49:9 66:11,17
67:4,8,11,16
133:22

**w**

**wait** 9:10,12
85:17
**waived** 5:7
**walk** 130:23
141:8
**walsh** 3:18,21
**want** 18:15,16
22:23 31:11
33:2,6 38:20
40:3,3 41:23
42:19 44:11

45:15 50:23
51:3 81:4,6,8
104:7 117:25
119:6,18 141:5
143:9 163:25
169:4
**wanted**  52:10
104:13 131:7
131:11 134:16
134:18,19,20
**wants**  97:9
**warehouses**
13:3
**wash**  145:5
**washington**  4:6
**water**  133:8,9
**way**  17:18
38:14 48:6,25
55:9,10 59:4
65:7 79:8,24
83:23 84:24
92:23 125:4
144:9 150:24
160:17 162:5,6
164:2 171:6,9
175:3 182:18
**ways**  12:19
19:14 82:13
**we've**  50:18
65:3 95:7
104:15 106:2
114:7 125:14
131:15 157:7
157:19,20
160:4 164:18

166:6,24
168:25 171:6
**weaken**  110:21
**weaker**  114:13
**website**  32:9,19
36:24 37:13,14
47:15,20
129:21 131:22
133:14
**weir**  1:4
**wenger**  4:7
**went**  14:25
21:24 42:10,10
42:12 48:11
50:3,12 56:19
133:5 177:2
**western**  1:2
6:24
**whereof**  182:20
**white**  14:9
48:21 112:15
112:16,20
113:3 116:15
116:18 128:13
128:18,20
140:7 142:11
146:16,21
147:2 153:3
159:24 160:18
166:20 168:16
169:18 170:6,7
170:16,18
**whitney**  1:5
**wide**  49:21,24
51:10,20 54:19

59:12,14,15
68:7 75:13
122:8 135:3
140:22
**widely**  140:19
**width**  164:4
**wilson**  166:25
**win**  97:25 98:3
111:16,20
143:11,17,18
156:3 157:16
177:18,21
178:12
**wind**  37:19
147:13 152:12
170:3
**winning**  121:10
121:23
**wins**  157:21
175:16 179:3
**witness**  3:4
6:12 7:19,22
16:4 23:18,21
25:9,15,19
26:16 27:4,11
28:6 31:2,6
32:12,15 46:3
46:10 54:3
65:8,10,10
72:15 73:25
83:14 84:20,23
96:15 124:5
179:9 181:3
182:10,14,20

**witness's**  27:8
**witnesses**  16:18
**wolf**  65:11
**won**  22:4 48:12
88:24 128:7
135:9 143:24
175:14 176:5
176:10
**wonder**  125:17
132:21 133:4
**wondered**
65:14
**word**  97:11
99:8 111:19
**work**  8:17 12:2
12:6 13:24
14:4 16:6,16,21
25:16 26:23,25
27:3 30:19
31:2,4,8,10
39:25 40:12,14
49:2 68:17
71:15 80:7,9
81:20 86:11,12
86:18,19,22
87:17,22 89:8
99:9 100:23
101:12 103:15
103:20 107:4
117:23 124:7
**worked**  14:15
14:21,23,25
15:15,19 16:18
23:5,17,20
25:19 34:15

89:17 154:17
154:25 173:24
**working** 14:3
16:5 40:6,9
71:20 79:24
89:19,19
100:14 173:23
**works** 21:14
29:21 154:5
174:7,7
**world** 44:22,23
86:20
**worse** 82:13
**wow** 88:12
**wrap** 72:8
**write** 107:11
116:6 123:2
**writeup** 30:16
**writing** 135:16
**written** 71:3
110:10 115:5
115:24 129:14
**wrong** 32:23
118:5,18
122:23 149:23

**x**

**x** 1:3,9 48:16

**y**

**y** 48:18,18
**yeah** 8:8 13:25
24:12 26:17
27:12 33:17
41:10 43:15
44:18 46:3

47:2 48:6 49:2
49:15 53:4,7
54:3,17 56:12
57:6 58:5
61:11,18 64:22
65:16 67:6,12
69:20 70:2
74:2 77:9
78:10 80:5,18
80:18 81:2
84:9,20,23
87:21 88:6
90:9 92:17,21
95:3,5,5,6,13
96:8 98:15
100:14 103:12
103:18,24
106:25 111:3
111:14 118:19
118:24 120:5
122:14 123:24
124:2 125:24
128:22 130:3
130:19 131:17
135:14 136:12
136:12 137:18
137:18 139:17
141:12 155:15
155:19,24
156:9,15,15
157:4 158:3
159:4,7,12,13
165:6,6,14
166:14

**year** 35:21 50:4
51:13,25 52:5,6
52:15 53:9,10
53:11 57:15
68:5 127:6,8
130:4,5,5 131:5
132:25 134:24
135:8 136:22
139:3 156:23
156:24 157:5
157:11
**years** 14:3,15
25:22 49:25
50:2,6,7 51:17
51:18 53:21,21
66:12 67:17,24
67:25 68:3,4
81:16 112:25
114:9 130:2,6,6
130:7,8,8
131:13 157:6,8
158:18,18
166:24 176:16
**yep** 56:23 102:3
119:20
**york** 2:20 7:9
7:11,24 180:7
182:3,9

**z**

**zachary** 4:11
**zero** 161:21
162:6

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.