# Exhibit 3

| | |
|---|---|
| **From:** | Greim, Edward D. |
| **To:** | tthomaslundborg@law.harvard.edu; Brennan Bowen; Cassie Holt; snaifeh@naacpldf.org; Tyler, Jackson; Alyssa Riggins; Phil Gordon; Jason Torchinsky; Paul@paulhurdlawoffice.Com; Mueller, Matthew; Jones, Carey; Badell, Rebekah; Aguinaga, Ben; Brungard, Morgan; Graves, Katie; Badell, Rebekah; Kim Acres; John Walsh; Phil Strach; Tom Farr; Zack Henson; Chakraborty, Amitav |
| **Cc:** | ksadasivan@naacpldf.org; srohani@naacpldf.org; vwenger@naacpldf.org; Hurwitz, Jonathan; jnadcock@gmail.com; Savitt, Adam P; McTootle, Arielle B; sbrannon@aclu.org; MKeenan@aclu.org; Nora Ahmed; Hessel, Daniel; Klein, Robert |
| **Subject:** | RE: Callais v. Landry: Overholt Deposition |
| **Date:** | Friday, April 5, 2024 9:29:37 AM |
| **Attachments:** | EIcompareCODE2019gov.txt<br>EIcompareCODE2019govRO.txt<br>EIcompareCODE2019ltg.txt<br>EIcompareCODE2019sos.txt<br>EIcompareCODE2019sosRO.txt<br>EIcompareCODE2019trs.txt<br>EIcompareCODE2020sen.txt<br>EIcompareCODE2022SEN.txt<br>EIcompareCODE2023ag.txt<br>EIcompareCODE2023atgRO.txt<br>EIcompareCODE2023gov.txt<br>EIcompareCODE2023ltg.txt<br>EIcompareCODE2023sos.txt<br>EIcompareCODE2023sosRO.txt<br>EIcompareCODE2023trs.txt<br>EIcompareCODE2023trsRO.txt<br>EIcompareCODE2016sen.txt<br>EIcompareCODE2016senRO.txt<br>EIcompareCODE2018SOS.txt<br>EIcompareCODE2018SOSro.txt<br>EIcompareCODE2019atg.txt |

Alora, here are the code sets.

Eddie

**Edward D. Greim**
**Office:** (816) 256-3181 | **Direct:** (816) 256-4144



www.gravesgarrett.com

1100 Main Street, Suite 2700
Kansas City, MO 64105

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

**From:** Thomas-Lundborg, Alora <tthomaslundborg@law.harvard.edu>
**Sent:** Thursday, April 04, 2024 6:24 PM
**To:** Greim, Edward D. <EDGreim@gravesgarrett.com>; Brennan Bowen <bbowen@HoltzmanVogel.com>; Cassie Holt <cassie.holt@nelsonmullins.com>;

snaifeh@naacpldf.org; Tyler, Jackson <jtyler@gravesgarrett.com>; Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; Phil Gordon <pgordon@HoltzmanVogel.com>; Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; Paul@paulhurdlawoffice.Com; Mueller, Matthew <mmueller@gravesgarrett.com>; Jones, Carey <JonesCar@ag.louisiana.gov>; Aguinaga, Ben <AguinagaJ@ag.louisiana.gov>; Brungard, Morgan <BrungardM@ag.louisiana.gov>; Graves, Katie <kgraves@gravesgarrett.com>; Badell, Rebekah <RBadell@gravesgarrett.com>; Kim Acres <kacres@HoltzmanVogel.com>; John Walsh <john@scwllp.com>; Phil Strach <phil.strach@nelsonmullins.com>; Tom Farr <tom.farr@nelsonmullins.com>; Zack Henson <zhenson@HoltzmanVogel.com>; Chakraborty, Amitav <achakraborty@paulweiss.com>
**Cc:** ksadasivan@naacpldf.org; srohani@naacpldf.org; vwenger@naacpldf.org; Hurwitz, Jonathan <jhurwitz@paulweiss.com>; jnadcock@gmail.com; Savitt, Adam P <asavitt@paulweiss.com>; McTootle, Arielle B <amctootle@paulweiss.com>; sbrannon@aclu.org; MKeenan@aclu.org; Nora Ahmed <Nahmed@laaclu.org>; Hessel, Daniel <dhessel@law.harvard.edu>; Klein, Robert <rklein@paulweiss.com>
**Subject:** Callais v. Landry: Overholt Deposition

Dear Eddie,

It is clear from today's deposition that we did not receive the full dataset used by Dr. Overholt in rendering his analysis. Please turn over the database used by Dr. Overholt along with the code.

Thank you,

Alora


**T. Alora Thomas-Lundborg**
**(pronouns she/her/hers)**

*Strategic Director of Litigation and Advocacy*
**Harvard Law School**
**Charles Hamilton Houston Institute for Race & Justice**
Areeda Hall, Room 522 | 1545 Massachusetts Avenue | Cambridge MA, 02138
w: (617) 998-1582


*Senior Counsel*
**Harvard Law School**
**Election Law Clinic**
4105 Wasserstein Hall (WCC) | 6 Everett Street | Cambridge MA, 02138
w: (617) 998-1582