**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA, MONROE DIVISION**

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, <br><br>*Plaintiffs*, <br><br>v. <br><br>NANCY LANDRY, in her official capacity as Secretary of State for Louisiana, <br><br>*Defendant*. | Civil Action No. 3:24-cv-00122 <br><br>Judge David C. Joseph <br><br>Circuit Judge Carl E. Stewart <br><br>Judge Robert R. Summerhays |

**[PROPOSED] ORDER**

The Court having considered the *Robinson* Intervenors' Motion To Reconsider Denial of Leave to Present Responsive Expert Testimony, it is hereby ORDERED that the motion is GRANTED and the *Robinson* Intervenors are permitted to produce a report by Dr. Lisa Handley responsive to Dr. Overholt's report and to present expert testimony at the consolidated hearing.

IT IS SO ORDERED. This ____ day of _____ 2024.

                                                                                                  _____
                                                                                                  Judge Carl E. Stewart
                                                                                                  United States Circuit Judge

                                                        _____

                                                        Judge Robert R. Summerhays
                                                        United States District Judge


                                                        _____

                                                        Judge David C. Joseph
                                                        United States District Judge