# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF LOUISIANA—MONROE DIVISION

| | |
|---|---|
| PHILIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER,<br><br>        Plaintiffs,<br><br>v.<br><br>NANCY LANDRY, IN HER OFFICIAL CAPACITY AS LOUISIANA SECRETARY OF STATE,<br><br>        Defendant. | Case No. 3:24-cv-00122 |

## JOINT STIPULATIONS FOR APRIL 8, 2024 BENCH TRIAL

COME NOW Plaintiffs Philip Callais, Lloyd Price, Bruce Odell, Elizabeth Ersoff, Albert Caissie, Daniel Weir, Joyce LaCour, Candy Carroll Peavy, Tanya Whitney, Mike Johnson, Grover Joseph Rees, and Rolfe McCollister (collectively, "Plaintiffs"), as well as Defendant Secretary of State Nancy Landry, Defendant-Intervenor the State of Louisiana, and Defendant-Intervenors Press Robinson, Edgar Cage, Dorothy Nairne, Edwin Rene Soule, Alice Washington, Clee Earnest Lowe, Davante Lewis, Martha Davis, Ambrose Sims, the National Association for the Advancement of Colored People Louisiana State Conference, and the Power Coalition for Equity and Justice (collectively, "Robinson Intervenors") (altogether, the "Parties"), by and through counsel and stipulate the following:

**The Parties**

    1.    Plaintiff Philip Callais is a registered voter of District 6.

    2.    Plaintiff Albert Caissie, Jr., is a registered voter of District 5.

3. Plaintiff Elizabeth Ersoff is a registered voter of District 6.

4. Plaintiff Grover Joseph Rees is a registered voter of District 6.

5. Plaintiff Lloyd Price is a registered voter of District 6.

6. Plaintiff Rolfe McCollister is a registered voter of District 5.

7. Plaintiff Candy Carroll Peavy is a registered voter of District 4.

8. Plaintiff Mike Johnson is a registered voter of District 4.

9. Plaintiff Bruce Odell is a registered voter of District 3.

10. Plaintiff Joyce LaCour is a registered voter of District 2.

11. Plaintiff Tanya Whitney is a registered voter of in District 1.

12. Plaintiff Danny Weir, Jr., is a registered voter of District 1.

13. Defendant Secretary of State Nancy Landry is "the chief election officer of the state." La. Const. art. 4, § 7; La. R.S. § 18:421. The State Constitution requires her to "prepare and certify the ballots for all elections, promulgate all election returns, and administer the election laws, except those relating to voter registration and custody of voting machines." La. Const. art. 4, § 7. Her oversight of elections extends to federal congressional elections. La. R.S. §§ 18:452, 18:462.

14. Intervenor-Defendant the State of Louisiana is represented by Attorney General Elizabeth Murrill. As Attorney General, she is Louisiana's "chief legal officer," is charged with "the assertion and protection of the rights and interests" of the State of Louisiana, and has a sworn duty to uphold the State's Constitution and laws. La. Const. art. IV., § 8.

15. Robinson Intervenor-Defendants are Black Louisiana voters and civil rights organizations. They were Plaintiffs in *Robinson, et al. v. Landry*, No. 3:22-cv-02111-SDD-

2

SDJ (M.D. La.) which challenged Louisiana's congressional map as a violation of Section 2 of the Voting Rights Act.

Dated this 5th day of April, 2024      Respectfully submitted,

**PAUL LOY HURD, APLC**
*/s/ Paul Loy Hurd*
Paul Loy Hurd
Louisiana Bar No. 13909
Paul Loy Hurd, APLC
1896 Hudson Circle, Suite 5
Monroe, Louisiana 71201
Tel.: (318) 323-3838
paul@paulhurdlawoffice.com

**GRAVES GARRETT GREIM LLC**
*/s/ Edward D. Greim*
Edward D. Greim,* Missouri Bar No. 54034
A. Bradley Bodamer,* Missouri Bar No. 28676
Matthew Mueller*, Missouri Bar No. 70263
Jackson Tyler,* Missouri Bar No. 73115
Katherine Graves,* Missouri Bar No. 74671
**Admitted Pro Hac Vice*
GRAVES GARRETT GREIM LLC
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Tel.: (816) 256-3181
Fax: (816) 256-5958
edgreim@gravesgarrett.com
bbodamer@gravesgarrett.com
mmueller@gravesgarrett.com
jtyler@gravesgarrett.com
kgraves@gravesgarrett.com

*Counsel for Plaintiffs*

Jason B. Torchinsky (DC Bar No 976033)*
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC
2300 N Street, NW
Suite 643A
Washington, DC 20037
Tel: 202-737-8808
Email: jtorchinsky@holtzmanvogel.com

Phillip M. Gordon (VA Bar No. 95621)*
Zachary D. Henson (NY Bar No. 5907340)*
HOLTZMAN VOGEL BARAN

*/s/ Carey Tom Jones*
Carey Tom Jones (LSBA No. 07474)
Office of the Attorney General
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6000 phone
(225) 326-6098 fax
jonescar@ag.louisiana.gov

*Counsel for Intervenor-Defendant the State of Louisiana*

3

Torchinsky & Josefiak, PLLC
15405 John Marshall Hwy.
Haymarket, VA 20169
Telephone: (540) 341-8808
Facsimile: (540) 341-8809
Email: pgordon@holtzmanvogel.com
   zhenson@holtzmanvogel.com

Brennan A.R. Bowen (AZ Bar No. 036639)*
Drew C. Ensign (DC Bar No. 976571)**
Holtzman Vogel Baran
Torchinsky & Josefiak, PLLC
2575 East Camelback Rd, Ste 860
Phoenix, AZ 85016
602-388-1262
Email: bbowen@holtzmanvogel.com

*admitted *pro hac vice*
***pro hac vice* motion forthcoming

/s/ Phillip J. Strach
Phillip J. Strach* (Lead Counsel)
phillip.strach@nelsonmullins.com
Thomas A. Farr*
tom.farr@nelsonmullins.com
Alyssa M. Riggins*
alyssa.riggins@nelsonmullins.com
Cassie A. Holt*
cassie.holt@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3799

/s/ John C. Walsh
John C. Walsh (Louisiana Bar Roll No. 24903)
**SHOWS, CALI & WALSH, L.L.P.**
628 St. Louis St. (70802)
P.O. Box 4225
Baton Rouge, LA 70821

4

Telephone: (225) 346-1461
Facsimile: (225) 346-5561
john@scwllp.com

*Admitted pro hac vice*

*Counsel for Defendant NANCY LANDRY, in her official capacity as Louisiana Secretary of State*

| | |
|---|---|
| Tracie L. Washington<br>LA. Bar No. 25925<br>Louisiana Justice Institute<br>8004 Belfast Street<br>New Orleans, LA 70125<br>Tel: (504) 872-9134<br>tracie.washington.esq@gmail.com | John Adcock<br>Adcock Law LLC<br>3110 Canal Street<br>New Orleans, LA 70119<br>Tel: (504) 233-3125<br>jnadcock@gmail.com |
| *Counsel for* Robinson *Intervenors Dorothy Nairne, Martha Davis, Clee Earnest Lowe, and Rene Soule* | *Counsel for* Robinson *Intervenors* |

Stuart Naifeh*  
Kathryn Sadasivan*  
Victoria Wenger*  
Colin Burke*  
NAACP Legal Defense and  
Educational Fund, Inc.  
40 Rector Street, 5th Floor  
New York, NY 10006  
Tel: (212) 965-2200  
snaifeh@naacpldf.org  
ksadasivan@naacpldf.org  
vwenger@naacpldf.org  
cburke@naacpldf.org  

R. Jared Evans  
LA. Bar No. 34537  
I. Sara Rohani*  
NAACP Legal Defense and  
Educational Fund, Inc.  
700 14th Street N.W. Ste. 600  
Washington, DC 20005  
Tel: (202) 682-1300  
jevans@naacpldf.org  
srohani@naacpldf.org  

Sarah Brannon*  
Megan C. Keenan*  
American Civil Liberties Union Foundation  
915 15th St., NW  
Washington, DC 20005  
sbrannon@aclu.org  
mkeenan@aclu.org  

Nora Ahmed  
NY Bar No. 5092374 (pro hac vice forthcoming)  
ACLU Foundation of Louisiana  
1340 Poydras St, Ste. 2160  
New Orleans, LA 70112  
Tel: (504) 522-0628  
nahmed@laaclu.org  

Robert A. Atkins*  
Yahonnes Cleary*  
Jonathan H. Hurwitz*  
Amitav Chakraborty*  
Adam P. Savitt*  
Arielle B. McTootle*  
Robert Klein*  
Neil Chitrao*  
Paul, Weiss, Rifkind, Wharton & Garrison LLP  
1285 Avenue of the Americas  
New York, NY 10019  
Tel.: (212) 373-3000  
Fax: (212) 757-3990  
ratkins@paulweiss.com  
ycleary@paulweiss.com  
jhurwitz@paulweiss.com  
achakraborty@paulweiss.com  
asavitt@paulweiss.com  
amctootle@paulweiss.com  
rklein@paulweiss.com  
nchitrao@paulweiss.com  

Sophia Lin Lakin*  
Garrett Muscatel*  
Dayton Campbell-Harris (pro hac vice forthcoming)*  
American Civil Liberties Union Foundation  
125 Broad Street, 18th Floor  
New York, NY 10004  
slakin@aclu.org  
gmuscatel@aclu.org  
dcampbell-harris@aclu.org  

T. Alora Thomas-Lundborg*  
Daniel Hessel*  
Election Law Clinic  
Harvard Law School  
6 Everett Street, Ste. 4105  
Cambridge, MA 02138  
(617) 495-5202  
tthomaslundborg@law.harvard.edu  
dhessel@law.harvard.edu  

*Additional counsel for* Robinson *Intervenors*

\* Admitted pro hac vice.  
\*\*Practice is limited to federal court.