**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA—MONROE DIVISION**

| | | |
|---|---|---|
| PHILIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:24-cv-00122 |
| | ) | |
| NANCY LANDRY, IN HER OFFICIAL CAPACITY AS LOUISIANA SECRETARY OF STATE, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**INTERVENOR DEFENDANT THE STATE OF LOUISIANA'S SECOND
CORRECTED WITNESS AND EXHIBIT LIST**

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A), the Court's February 21, 2024, Scheduling Order, (ECF No. 63), and the agreement of the parties as discussed at the March 22, 2024, Status Conference, (ECF No. 130), Attorney General Elizabeth Murrill, on behalf of the State of Louisiana (the "State"), submits this disclosure. The state does not intend to proffer any fact witness at this time.

The State reserves the right to call any witness listed on any other party's forthcoming witness lists. The State reserves this right regardless of whether the witness is called by the party who listed the witness or not. The State further reserves the right to rely on any exhibit listed on any other party's exhibit list.

The State submits this disclosure solely in compliance with the Federal Rules of Civil Procedure and this Court's orders, and this disclosure is solely for the purpose of this action.

| Exhibit Number | Description | Docket # (if previously filed) |
|---|---|---|
| State 1 | Legislative History Summary of HB1 | 17-4, filed 2/7/24 |
| State 2 | Louisiana Legislature Joint Rule No. 21 | 17-5, filed 2/7/24 |
| State 3 | HB1 Road Show Schedule | 17-6, filed 2/7/24 |
| State 4 | HB1 Original Bill Text | 17-7, filed 2/7/24 |
| State 5 | HB1 Population and VAP by Congressional District | 17-8, filed 2/7/24 |
| State 6 | US Census Data, BVAP | 17-9, filed 2/7/24 |
| State 7 | Jeff Landry January 8, 2024 Press Release | 17-11, filed 2/7/24 |
| State 8 | Jeff Landry Call and Convene January 23, 2024 | 17-12, filed 2/7/24 |
| State 9 | Jeff Landry January 16, 2024 Press Release | 17-13, filed 2/7/24 |
| State 10 | Legislative History Summary of SB8 | 17-14, filed 2/7/24 |
| State 11 | SB8 Original Text | 17-15, filed 2/7/24 |
| State 12 | SB8 Enacted Text | 17-16, filed 2/7/24 |
| State 12a | Jeff Landry January 19, 2024 Press Release | 17-17, filed 2/7/24 |
| State 14 | SB8 Map | 17-18, filed 2/7/24 |
| State 15 | Act 2 District Summaries | 17-19, filed 2/7/24 |
| State 16 | Act 5 Statewide Map | 17-20, filed 2/7/24 |

| | | |
|---|---|---|
| State 17 | SB8 Maps by Parish | 17-21 through 17-31, filed 2/7/24 |
| State 18 | January 8, 2024 Article, "Gov. Landry calls special session on redistricting as new legislature takes office" | 17-32, filed 2/7/24 |
| State 19 | Transcripts from January 15, 2024 Louisiana House of Representatives Governmental Affairs Committee | |
| State 20 | Transcripts from January 16, 2024, Louisiana Senate Governmental Affairs Committee | |
| State 21 | Transcripts from January 17, 2024, Louisiana Senate Floor Debate | |
| State 22 | Transcripts from January 18, 2024, Louisiana House of Representatives Governmental Affairs Committee | |
| State 23 | Transcripts from January 18, 2024, Louisiana House of Representatives Floor Debate | |
| State 24 | Transcripts from January 19, 2024, Louisiana House of Representatives Floor Debate | |
| State 25 | Transcripts from January 19, 2024, Louisiana Senate Floor Debate | |
| State 26 | Expert Report of Anthony Fairfax | 3:22cv211 (consolidated with 3:22cv00214) Exhibit 1 to Doc 41–2, filed 4/15/22 |
| State 27 | Preliminary Expert Report of Dr. Lisa Handley | 3:22cv211 (consolidated with 3:22cv00214) Exhibit 2 to Doc 41-2, filed 4/15/22 |

| State 28 | Expert report of William Cooper | 3:22cv211 (consolidated with 3:22cv00214) Doc 43, filed 4/15/22 |
|---|---|---|
| State 29 | Exhibits to Expert Report of William Cooper | 3:22cv211 (consolidated with 3:22cv00214) Doc 44, filed 4/15/22 |
| State 30 | Exhibits to Expert Report of William Cooper, continued 1 | 3:22cv211 (consolidated with 3:22cv00214) Doc 45, filed 4/15/22 |
| State 31 | Exhibits to Expert Report of William Cooper, continued 2 | 3:22cv211 (consolidated with 3:22cv00214) Doc 46, filed 4/15/22 |
| State 32 | Expert Report of Dr. Maxwell Palmer | 3:22cv211 (consolidated with 3:22cv00214) Doc 47, filed 4/15/22 |
| State 33 | Rebuttal Expert Report of William Cooper | 3:22cv211 (consolidated with 3:22cv00214) Doc 120-2, filed 5/2/22 |
| State 34 | Rebuttal Expert Report of Dr. Maxwell Palmer | 3:22cv211 (consolidated with 3:22cv00214) Doc 120-3, filed 5/2/22 |
| State 35 | Supplemental Expert Report of Anthony Fairfax | 3:22cv211 (consolidated with 3:22cv00214) Exhibit 1 to Doc 123, filed 5/2/22 |
| State 36 | Supplemental Expert Report of Dr. Lisa Handley | 3:22cv211 (consolidated with 3:22cv00214) Exhibit 2 to Doc 123, filed 5/2/22 |

Dated this 6th day of April, 2024        Respectfully submitted,

Jason B. Torchinsky (DC Bar No. 976033)*
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC
2300 N Street, NW
Suite 643A
Washington, DC 20037
Tel: 202-737-8808
Email: jtorchinsky@holtzmanvogel.com

*/s/ Carey Tom Jones*
Carey Tom Jones (LSBA No. 07474)
Office of the Attorney General
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6000 phone
(225) 326-6098 fax
jonescar@ag.louisiana.gov

Phillip M. Gordon (VA Bar No. 95621)*
Zachary D. Henson (NY Bar No. 5907340)*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
15405 John Marshall Hwy.
Haymarket, VA 20169
Telephone: (540) 341-8808
Facsimile: (540) 341-8809
Email: pgordon@holtzmanvogel.com
        zhenson@holtzmanvogel.com

Brennan A.R. Bowen (AZ Bar No. 036639)*
Drew C. Ensign (DC Bar No. 976571)**
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
2575 East Camelback Rd, Ste 860
Phoenix, AZ 85016
602-388-1262
Email: bbowen@holtzmanvogel.com

    *admitted *pro hac vice*
    ***pro hac vice* motion forthcoming

*Counsel for Intervenor-Defendant the State of Louisiana*

## CERTIFICATE OF SERVICE

I do hereby certify that, on this 6th day of April, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which gives notice of filing to all counsel of record.

*/s/ Jason B. Torchinsky*
Jason B. Torchinsky