IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF LOUISIANA—MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, <br><br> *Plaintiffs,* <br><br> v. <br><br> NANCY LANDRY, in her official capacity as Secretary of State of Louisiana, <br><br> *Defendants.* | Case No. 3:24-cv-00122-DCJ-CES-RRS <br><br> District Judge David C. Joseph <br> Circuit Judge Carl E. Stewart <br> District Judge Robert R. Summerhays <br><br> Magistrate Judge Kayla D. McClusky |

## MOTION FOR *PRO HAC VICE* ADMISSION

MAY IT PLEASE THE COURT:

In accordance with Local Rule 83 governing Visiting Attorneys of the United States District Court of Louisiana, the undersigned, Carey Tom Jones, counsel for Intervenor Defendant, Elizabeth B. Murrill, in her official capacity as Attorney General of Louisiana and the State of Louisiana, and a member of the Bar of the State of Louisiana in good standing and of this court, respectfully requests this Court to permit Drew C. Ensign to appear and participate *pro hac vice* as additional counsel on behalf of the Attorney General and State of Louisiana in the above captioned action.

1.

Mr. Ensign is a licensed attorney admitted to practice in Arizona.  Mr. Ensign's practice is at 2575 E. Camelback Road, Suite 860, Phoenix, AZ 85016.  Mr. Ensign is a member in good standing with the Arizona State Bar.

2.

Pursuant to Local Rule 83, the Affidavit of Drew C. Ensign is attached hereto in support of this motion as Exhibit "A".  The affidavit states that Drew C. Ensign is a member in good standing with the District of Columbia Bar and was admitted on June 21, 2018.  Drew C. Ensign is admitted to practice law in Arizona, California, Arizona, the U.S. Court of Appeals for the First Circuit, U.S. Court of Appeals or the Second Circuit, U.S. Court of Appeals for the Fifth Circuit, U.S. Court of Appeals for the Sixth Circuit Court, U.S. Court of Appeals for the Seventh Circuit, U.S. Court of Appeals for the Eight Circuit, U.S. Court of Appeals for the Ninth Circuit, U.S. Court of Appeals for the Tenth Circuit, U.S. Court of Appeals for the Eleventh Circuit Court, the Federal Circuit Court of Appeals, U.S. District Court of Arizona, U.S. District Court for the Central District of California, U.S. District Court for the Northern District of Texas, U.S. District Court for the Southern District of Indiana, and the U. S. Supreme Court.

3.

Also, Pursuant to Local Rule 83, a Certificate of Good Standing from the District of Columbia is attached to Mr. Ensign's Affidavit verifying that Drew C. Ensign is admitted to practice in that Court and is in good standing therein.

WHEREFORE, Carey Tom Jones, counsel of record for Intervenor Defendant, The State of Louisiana, in these consolidated cases and a member in good standing, prays that this court enter an Order permitting Drew C. Ensign to appear *pro hac vice* as counsel on behalf of The State of Louisiana, in the above captioned matters.

Dated: April 6, 2024

Respectfully submitted,

/s/ Carey Tom Jones
Carey Tom Jones (LSBA 07474)
Morgan Brungard (LSBA 40298)
Amanda M. LaGroue (LSBA 35509)
Office of the Attorney General
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70802
Telephone: (225) 326-6000
Facsimile: (225) 326-6098
Email: jonescar@ag.louisiana.gov
        BrungardM@ag.louisiana.gov
        LaGroueA@ag.louisiana.gov


Jason B. Torchinsky (DC Bar No 976033)*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
2300 N Street, NW
Suite 643A
Washington, DC 20037
Tel: 202-737-8808
Email: jtorchinsky@holtzmanvogel.com


Phillip M. Gordon (VA Bar No. 95621)*
Zachary D. Henson (NY Bar No. 5907340)*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
15405 John Marshall Hwy.
Haymarket, VA 20169
Telephone: (540) 341-8808
Facsimile: (540) 341-8809
Email: pgordon@holtzmanvogel.com
        zhenson@holtzmanvogel.com

Brennan A.R. Bowen (AZ 036639)*
Drew C. Ensign (DC Bar No. 976571)**
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
2575 East Camelback Rd, Ste 860
Phoenix, AZ 85016
602-388-1262
Email: bbowen@holtzmanvogel.com

3

*Admitted *pro hac vice*
**\**pro hac vice* motion forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that, on this 6th day of April  2024, the foregoing has been filed with the

Clerk via the CM/ECF system that has sent a Notice of Electronic filing to all counsel of record.

/s/ Carey Tom Jones
Carey Tom Jones