IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF LOUISIANA—MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, <br><br>*Plaintiffs,* <br><br> v. <br><br> NANCY LANDRY, in her official capacity as Secretary of State of Louisiana, <br><br> *Defendants.* | Case No. 3:24-cv-00122-DCJ-CES-RRS <br><br> District Judge David C. Joseph <br> Circuit Judge Carl E. Stewart <br> District Judge Robert R. Summerhays <br><br> Magistrate Judge Kayla D. McClusky |

### AFFIDAVIT OF DREW C. ENSIGN

BEFORE ME, the undersigned authority, personally came and appeared, DREW C. ENSIGN, who being duly first sworn, did depose and say;

1. That I practice law at 2575 E. Camelback Road, Suite 860, Phoenix, AZ 85016. That I am a member in good standing with the District of Columbia Bar and was admitted on June 21, 2018. I am admitted to practice law in Arizona, California, Arizona, the U.S. Court of Appeals for the First Circuit, U.S. Court of Appeals or the Second Circuit, U.S. Court of Appeals for the Fifth Circuit, U.S. Court of Appeals for the Sixth Circuit Court, U.S. Court of Appeals for the Seventh Circuit, U.S. Court of Appeals for the Eight Circuit, U.S. Court of Appeals for the Ninth Circuit, U.S. Court of Appeals for the Tenth Circuit, U.S. Court of Appeals for the Eleventh Circuit Court, the Federal Circuit Court of Appeals, U.S. District Court of Arizona, U.S. District Court for the Central District of California, U.S. District Court for the Northern District of Texas, U.S. District Court for the Southern District of Indiana, and the U. S. Supreme Court. That there have been no disciplinary proceedings or

criminal charges instituted against me in any jurisdiction. Attached hereto as "Exhibit A" is a Certificate of Good Standing from the District of Columbia.

2. That I DO SOLEMNLY SWEAR that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States. I do formally swear that I have read the Federal Rules of Civil Procedure, 28 U.S.C.; the Federal Rules of Criminal Procedure, 18 U.S.C.; Federal Rules of Evidence; and the Local Rules of the United States District Court for the Western District of Louisiana, and I am fully prepared to use and abide by them in my practice before this Court.

3. That the matters set forth in this Affidavit are true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 6, 2024

*/s/ Drew C. Ensign*
Drew C. Ensign