**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA, MONROE DIVISION**

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, | Civil Action No. 3:24-cv-00122 |
| *Plaintiffs*, | Judge David C. Joseph |
| v. | Circuit Judge Carl E. Stewart |
| NANCY LANDRY, in her official capacity as Secretary of State for Louisiana, | Judge Robert R. Summerhays |
| *Defendant*. | |

*ROBINSON* **INTERVENORS' MOTION FOR CONTINUANCE OR, IN THE ALTERNATIVE, TO DECONSOLIDATE PRELIMINARY HEARING FROM THE MERITS TRIAL**

Defendant-Intervenors Press Robinson, Edgar Cage, Dorothy Nairne, Edwin Rene Soule, Alice Washington, Clee Earnest Lowe, Davante Lewis, Martha Davis, Ambrose Sims, the National Association for the Advancement of Colored People Louisiana State Conference, and the Power Coalition for Equity and Justice (the "Intervenors") respectfully move this Court to continue trial in the above-captioned matter. Trial is currently scheduled for April 8-10. Intervenors seek a three-week continuance. In the alternative, if the Court denies that request, Intervenors respectfully request that the Court deconsolidate the preliminary injunction hearing from the full trial on the merits and continue the preliminary injunction hearing by one week. In either event, Intervenors further request that the court set the trial for four days to allow each side to fully present its case.

1

Intervenors respectfully request leave to file this motion notwithstanding Judge Joseph's Standing Order on motions to continue, which require a continuance motion to be filed at least fourteen days before trial is scheduled to commence.[1] In this case, the Court granted Intervenors' Motion to Reconsider the partial denial of their intervention on March 15, 2024, only twenty-four calendar days (and fifteen business days) before trial was scheduled. Since that time, Intervenors have been working diligently to comply with the Court's schedule. As explained in the attached memorandum, it has only become evident in the last approximately 48 hours that the trial schedule will prejudice Intervenors by depriving them of their right to fully and fairly present their case.

Pursuant to Local Rule 7.9, Counsel for *Robinson* Intervenors has contacted counsel for the other parties to ascertain their positions on this motion. Plaintiffs oppose "both prongs of the request on the grounds that a delay may well endanger [their] right to relief, and because [they] have expended substantial time and cost in meeting this trial schedule." Defendant Secretary of State Nancy Landry opposes this motion "as a delayed trial or hearing could impact her ability to secure the needed finality on Louisiana's Congressional plan by May 15, 2024 and could impede her ability to administer the 2024 Congressional Elections under the deadlines set by state and federal law." Defendant-Intervenor State of Louisiana has indicated that it "opposes this motion to the extent it could have a negative impact on the orderly administration of elections in Louisiana. Otherwise, the State takes no position on this motion."

---

[1] https://www.lawd.uscourts.gov/sites/lawd/files/UPLOADS/StandingOrder.Joseph.MotionsToContinue.pdf

DATED:  April 6, 2024                           Respectfully submitted,

By: /s/ *Tracie L. Washington*                  By: */s/ John Adcock*
Tracie L. Washington                            John Adcock
LA. Bar No. 25925                               Adcock Law LLC
Louisiana Justice Institute                     3110 Canal Street
8004 Belfast Street                             New Orleans, LA 70119
New Orleans, LA 70125                           Tel: (504) 233-3125
Tel: (504) 872-9134                             jnadcock@gmail.com
tracie.washington.esq@gmail.com


*Counsel for* Robinson *Intervenors Dorothy*     *Counsel for* Robinson *Intervenors*
*Nairne, Martha Davis, Clee Earnest Lowe,*
*and Rene Soule*

3

Stuart Naifeh (admitted pro hac vice)
Kathryn Sadasivan (admitted pro hac vice)
Victoria Wenger (admitted pro hac vice)
Colin Burke (admitted pro hac vice)
NAACP Legal Defense and
    Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Tel: (212) 965-2200
snaifeh@naacpldf.org
ksadasivan@naacpldf.org
vwenger@naacpldf.org
cburke@naacpldf.org

R. Jared Evans
LA. Bar No. 34537
I. Sara Rohani (admitted pro hac vice)
NAACP Legal Defense and
Educational Fund, Inc.
700 14th Street N.W. Ste. 600
Washington, DC 20005
Tel: (202) 682-1300
jevans@naacpldf.org
srohani@naacpldf.org

Sarah Brannon (admitted pro hac vice)
Megan C. Keenan (admitted pro hac vice)
American Civil Liberties Union Foundation
915 15th St., NW
Washington, DC 20005
sbrannon@aclu.org
mkeenan@aclu.org

Nora Ahmed
NY Bar No. 5092374 (pro hac vice forthcoming)
ACLU Foundation of Louisiana
1340 Poydras St, Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
nahmed@laaclu.org

Robert A. Atkins (admitted pro hac vice)
Yahonnes Cleary (admitted pro hac vice)
Jonathan H. Hurwitz (admitted pro hac vice)
Amitav Chakraborty (admitted pro hac vice)
Adam P. Savitt (admitted pro hac vice)
Arielle B. McTootle (admitted pro hac vice)
Robert Klein (admitted pro hac vice)
Neil Chitrao (admitted pro hac vice)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Tel.: (212) 373-3000
Fax: (212) 757-3990
ratkins@paulweiss.com
ycleary@paulweiss.com
jhurwitz@paulweiss.com
achakraborty@paulweiss.com
asavitt@paulweiss.com
amctootle@paulweiss.com
rklein@paulweiss.com
nchitrao@paulweiss.com

Sophia Lin Lakin (admitted pro hac vice)
Garrett Muscatel (admitted pro hac vice)
Dayton Campbell-Harris (pro hac vice forthcoming)*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org
gmuscatel@aclu.org
dcampbell-harris@aclu.org

T. Alora Thomas-Lundborg (admitted pro hac vice)
Daniel Hessel (admitted pro hac vice)
Election Law Clinic
Harvard Law School
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 495-5202
tthomaslundborg@law.harvard.edu
dhessel@law.harvard.edu

*Additional counsel for* Robinson *Intervenors*

*Practice is limited to federal court.

4

## <u>CERTIFICATE OF SERVICE</u>

I, Daniel Hessel, counsel for the *Robinson* Intervenors, hereby certify that on April 6, 2024,

a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system,

and that service will be provided through the CM/ECF system.


By: */s/ Daniel Hessel*
       Daniel Hessel
       Election Law Clinic
       Harvard Law School
       6 Everett Street, Ste. 4105
       Cambridge, MA 02138
       dhessel@law.harvard.edu


       *Counsel for* Robinson *Intervenors*