# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF LOUISIANA, MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER,<br>*Plaintiffs*,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State for Louisiana.<br><br>*Defendant*. | Civil Action No.3:24-cv-00122<br><br>Judge David C. Joseph<br><br>Circuit Judge Carl E. Stewart<br><br>Judge Robert R. Summerhays |

## [PROPOSED] ORDER

The Court having considered the *Robinson* Intervenors' Motion for leave to seek a continuance within 14 days of the trial and Motion for Continuance or, in the Alternative, to Unconsolidate Preliminary Hearing from the Merits Trial, it is hereby ORDERED that the Motion is GRANTED.

The trial in the above-captioned matter, scheduled to commence on April 8, 2024, is hereby continued. Trial shall begin on April 29, 2024 and conclude on May 2, 2024:

IT IS SO ORDERED. This ____ day of _____ 2024.

_____
Judge Carl E. Stewart
United States Circuit Judge

_____
Judge Robert R. Summerhays
United States District Judge

_____
Judge David C. Joseph
United States District Judge