UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA – MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, *Plaintiffs*, v. NANCY LANDRY, in her official capacity as Secretary of State of Louisiana, *Defendant.* | Case No. 3:24-cv-00122-DCJ-CES-RRS<br><br>District Judge David C. Joseph<br>Circuit Judge Carl E. Stewart<br>District Judge Robert R. Summerhays<br><br>Magistrate Judge Kayla D. McClusky |

## MOTION TO SUBSTITUTE ATTACHEMENT TO PRO HOC VICE APPLICATION

NOW COMES the State of Louisiana, through undersigned counsel, and moves to substitute the executed Endorsement Certificate attached hereto for the pro hoc vice application of Drew Ensign for the Endorsement Certificate (Doc 160-2), previously filed on 4/6/24 as the undersigned inadvertently omitted his signature.

Respectfully Submitted,

*/s/ Carey T. Jones*
Carey T. Jones (# 07474)
LSBA No. 40298
Assistant AttorneyGenral

1

        Office of the Attorney General
        Louisiana Department of Justice
        1885 N. 3rd Street
        Baton Rouge, LA 70808-9005
        Telephone: (225) 326-6000
        Facsimile: (225) 326-6098
        BrungardM@ag.louisiana.gov

        *Counsel for the State of Louisiana*

### CERTIFICATE OF SERVICE

**I CERTIFY** that this Motion for Leave to Substitute Pleading was filed on April 6, 2024 via the CM/ECF System, which provides a copy to all counsel of record.

        */s/ Carey T. Jones*
        Carey T. Jones