# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

## ENDORSEMENT CERTIFICATE
*(Required Attachment to Petition for Admission to Practice)*

I am admitted to practice before this Court and am familiar with: Printed name of attorney requesting admission: Drew C. Ensign

I have reviewed the information in the Petition for Admission to Practice, and it is true to the best of my knowledge and belief. Petitioner is of good moral character and is qualified to practice before this Court.

Endorsing Attorney Information:

Signature (No "s/" allowed): *[signature]*

Printed Name: Carey Tom Jones

Louisiana Bar number: 07474

Date: April 6, 2024

Instructions:

1. Complete the form and convert it into PDF.
2. Upload the PDF using the appropriate link when completing the online petition for attorney admission.

The online petition for attorney admission can be accessed by logging into [illegible] and clicking on the "Maintenance" tab. Then click on the "Attorney Admissions / E-File Registration" link.