UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA – MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, *Plaintiffs,* v. NANCY LANDRY, in her official capacity as Secretary of State of Louisiana, *Defendant.* | Case No. 3:24-cv-00122-DCJ-CES-RRS District Judge David C. Joseph Circuit Judge Carl E. Stewart District Judge Robert R. Summerhays Magistrate Judge Kayla D. McClusky |

## ORDER

CONSIDERING THE FOREGOING MOTION:

IT IS ORDERED that the Motion to Substitute Attachment substituting the executed Endorsement Certificate for the previously fileD Endorsement Certificate (Doc 160-2) is GRANTED, and the substituted attachment is allowed.

_____
MAGISTRATE JUDGE
WESTERN DISTRICT OF LOUISIANA

1