| | |
|---|---|
| **From:** | Tyler, Jackson |
| **To:** | Stuart Naifeh; Greim, Edward D.; phil.strach@nelsonmullins.com; john@scwllp.com; cullens@lawbr.net; krojas@lawbr.net; paul@paulhurdlawoffice.com; brungardm@ag.louisiana.gov; Jason Torchinsky; Phil Gordon |
| **Cc:** | Kathryn Sadasivan; Sara Rohani; Victoria Wenger; Jonathan Hurwitz; John Adcock; Amitav Chakraborty; Adam Savitt; arielle McTootle; Sarah Brannon; Megan Keenan; Nora Ahmed; Tracie Washington |
| **Subject:** | RE: Callais v. Landry -- discovery |
| **Date:** | Tuesday, March 12, 2024 12:34:00 PM |
| **Attachments:** | image001.png |

Counsel,

Thank you for reaching out. Plaintiffs will share discovery with the Robinson Intervenors once it has been produced. Plaintiffs will share the map data files at that time as well.

Thank you,
Jackson Tyler

**From:** Stuart Naifeh <snaifeh@naacpldf.org>
**Sent:** Thursday, March 7, 2024 8:14 PM
**To:** Greim, Edward D. <EDGreim@gravesgarrett.com>; phil.strach@nelsonmullins.com; john@scwllp.com; cullens@lawbr.net; krojas@lawbr.net; paul@paulhurdlawoffice.com; brungardm@ag.louisiana.gov; Tyler, Jackson <jtyler@gravesgarrett.com>; Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; Phil Gordon <pgordon@HoltzmanVogel.com>
**Cc:** Kathryn Sadasivan <ksadasivan@naacpldf.org>; Sara Rohani <Srohani@naacpldf.org>; Victoria Wenger <vwenger@naacpldf.org>; Jonathan Hurwitz <jhurwitz@paulweiss.com>; John Adcock <jnadcock@gmail.com>; Amitav Chakraborty <achakraborty@paulweiss.com>; Adam Savitt <asavitt@paulweiss.com>; arielle McTootle <amctootle@paulweiss.com>; Sarah Brannon <sbrannon@aclu.org>; Megan Keenan <MKeenan@aclu.org>; Nora Ahmed <Nahmed@laaclu.org>; Tracie Washington <tracie.washington.esq@gmail.com>
**Subject:** Callais v. Landry -- discovery

Counsel,

As you know, the court granted in part the Robinson intervenors' motion to intervene. Please provide us with any initial disclosures and/or discovery requests and responses that have been exchanged among the parties to date.

In particular, we request that plaintiffs' counsel provide any backup materials for Mr. Hefner's expert report, and specifically, census block equivalency files for the map included with the report and any information or data Mr. Hefner relied on in creating the map.

Thank you.

Kind regards,

**Stuart C. Naifeh** (he/him/él)



Manager, Redistricting Project



40 Rector Street, 5th Floor, New York, NY 10006
o: 212.217.1669  |  c: 917.574.5846  |  snaifeh@naacpldf.org
naacpldf.org

PRIVILEGE AND CONFIDENTIALITY NOTICE: This email and any attachments may contain privileged or
confidential information and is/are for the sole use of the intended recipient(s). Any unauthorized
use or disclosure of this communication is prohibited. If you believe that you have received this
email in error, please notify the sender immediately and delete it from your system.