| | |
|---|---|
| **From:** | Greim, Edward D. |
| **To:** | Stuart Naifeh; Alyssa Riggins; Tyler, Jackson; Brennan Bowen; Phil Gordon; Jason Torchinsky; Paul@paulhurdlawoffice.Com; Mueller, Matthew; Jones, Carey; Aguinaga, Ben; Brungard, Morgan; Graves, Katie; Badell, Rebekah; Kathryn Sadasivan; Sara Rohani; Victoria Wenger; Jonathan Hurwitz; John Adcock; Amitav Chakraborty; Adam Savitt; arielle McTootle; Sarah Brannon; Megan Keenan; Nora Ahmed; Alora Thomas-Lundborg; D Hessel |
| **Cc:** | John Walsh; Phil Strach; Tom Farr; Cassie Holt |
| **Subject:** | RE: Callais v. Landry; Defendant"s Objections and Responses to Plaintiffs" RFPDs |
| **Date:** | Thursday, March 21, 2024 9:54:55 PM |
| **Attachments:** | image001.png |

Counsel, this email is to keep us moving forward on our discussion of earlier today. Feel free to reply to all with thoughts/responses.

I. Pretrial disclosure deadlines
   a. We propose a uniform discovery response deadline of Weds., March 27. All seem to agree, with a few exceptions:
      i. The Robinsons would like a few more days, potentially, depending on the size of their document productions. We're ok with this if necessary.
      ii. We'll be producing our plaintiff information tomorrow morning before our conference, even though you will also get on Weds. as part of rog responses.
   b. We propose exchange of witness/exhibit lists on Friday, March 29, say by noon.
   c. The Robinsons will disclose expert reports on Weds., March 27, which will include any rebuttal to our reports to be disclosed tomorrow. We will disclose rebuttal reports, if any, on Friday, March 29.
   d. We will all ask the court tomorrow about possibly moving back bench books by 2 days to Weds., April 3. If we get that, we could move some of the disclosures back a bit (although we are not likely to press our folks to work strenuously on Good Friday or Easter weekend).

II. Stips and joint exhibits
   a. We'll compare notes on our two sets of transcripts from legislative hearings, and come to some agreement on a joint set of transcripts.
   b. We invite redlines/additions to the stips and joint exhibit list.
   c. It is especially pressing for our team that we reach agreement on plaintiffs, as a failure there has the strongest chance of curtailing our trial time. The relevant info is going out tomorrow AM.

III. Witnesses/order of trial
   a. We propose that we'd first play relevant transcript sections (not all of them, but 20 minutes, perhaps, agreed by the parties). Then, we have at most 1-2 expert witnesses who would go before Hefner, who cannot go until Tuesday morning. He would address Shaw part 1, but also the defendants' anticipated effort to claim the map was reasonably required by the VRA.
   b. We're ok with one (or maybe 2) of the Robinsons' experts testifying remotely. Perhaps that could happen in the window that may open up on Monday afternoon.
   c. We may have a rebuttal witness to address the Robinsons' anticipated effort to claim the map was reasonably required by the VRA.
   d. We may also have a fact witness to rebut any claims that the map was drawn for

EXHIBIT B

    e. predominantly political, not racial, reasons. We understand that the Robinsons may bring 2-4 witnesses in this area. We respectfully suggest that those may be appropriate for Mon. afternoon.

    e. Very, very tentatively, and reserving all rights given that we are in advance of our disclosure deadlines, the SOS and State may not call their own witnesses.

  IV. Opening/closing statements

    a. No party had strong thoughts. Plaintiffs suggested that time might be at a premium on Tuesday, so brief opening statements may make more sense than closing arguments. If the time available were equal and we had to choose just one, the parties might prefer closing arguments to opening statements.

Eddie

### Edward D. Greim
**Office:** (816) 256-3181 | **Direct:** (816) 256-4144



www.gravesgarrett.com

1100 Main Street, Suite 2700
Kansas City, MO 64105

---

**From:** Greim, Edward D.
**Sent:** Wednesday, March 20, 2024 11:30 PM
**To:** Stuart Naifeh <snaifeh@naacpldf.org>; Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; Tyler, Jackson <jtyler@gravesgarrett.com>; Brennan Bowen <bbowen@HoltzmanVogel.com>; Phil Gordon <pgordon@HoltzmanVogel.com>; Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; Paul@paulhurdlawoffice.Com; Mueller, Matthew <mmueller@gravesgarrett.com>; Jones, Carey <JonesCar@ag.louisiana.gov>; Aguinaga, Ben <AguinagaJ@ag.louisiana.gov>; Brungard, Morgan <BrungardM@ag.louisiana.gov>; Graves, Katie <kgraves@gravesgarrett.com>; Badell, Rebekah <RBadell@gravesgarrett.com>; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Sara Rohani <Srohani@naacpldf.org>; Victoria Wenger <vwenger@naacpldf.org>; Jonathan Hurwitz <jhurwitz@paulweiss.com>; John Adcock <jnadcock@gmail.com>; Amitav Chakraborty <achakraborty@paulweiss.com>; Adam Savitt <asavitt@paulweiss.com>; arielle McTootle <amctootle@paulweiss.com>; Sarah Brannon <sbrannon@aclu.org>; Megan Keenan <MKeenan@aclu.org>; Nora Ahmed <Nahmed@laaclu.org>; Alora Thomas-Lundborg <tthomaslundborg@law.harvard.edu>; D Hessel <dhessel@law.harvard.edu>
**Cc:** John Walsh <john@scwllp.com>; Phil Strach <phil.strach@nelsonmullins.com>; Tom Farr <tom.farr@nelsonmullins.com>; Cassie Holt <cassie.holt@nelsonmullins.com>
**Subject:** RE: Callais v. Landry; Defendant's Objections and Responses to Plaintiffs' RFPDs

Counsel:

It probably makes sense for us to confer on the order of trial, stipulations, logistics, etc., in advance of Friday's status conference. We have one witness, for example, who isn't available until Tuesday morning—something we raised a few weeks ago with the state defendants before the Robinson parties were admitted. Can each party have someone available at 2PM CT/ 3PM ET tomorrow? In addition to anything else others want to raise, the topics would be:

1. Stipulations
2. Joint exhibits
3. Witnesses/order of trial
4. Opening or closing statements

Eddie Greim

---

**From:** Stuart Naifeh <snaifeh@naacpldf.org>
**Sent:** Tuesday, March 19, 2024 6:28 PM
**To:** Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; Tyler, Jackson <jtyler@gravesgarrett.com>; Brennan Bowen <bbowen@HoltzmanVogel.com>; Greim, Edward D. <EDGreim@gravesgarrett.com>; Phil Gordon <pgordon@HoltzmanVogel.com>; Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; Paul@paulhurdlawoffice.Com; Mueller, Matthew <mmueller@gravesgarrett.com>; Jones, Carey <JonesCar@ag.louisiana.gov>; Aguinaga, Ben <AguinagaJ@ag.louisiana.gov>; Brungard, Morgan <BrungardM@ag.louisiana.gov>; Graves, Katie <kgraves@gravesgarrett.com>; Badell, Rebekah <RBadell@gravesgarrett.com>; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Sara Rohani <Srohani@naacpldf.org>; Victoria Wenger <vwenger@naacpldf.org>; Jonathan Hurwitz <jhurwitz@paulweiss.com>; John Adcock <jnadcock@gmail.com>; Amitav Chakraborty <achakraborty@paulweiss.com>; Adam Savitt <asavitt@paulweiss.com>; arielle McTootle <amctootle@paulweiss.com>; Sarah Brannon <sbrannon@aclu.org>; Megan Keenan <MKeenan@aclu.org>; Nora Ahmed <Nahmed@laaclu.org>; Alora Thomas-Lundborg <tthomaslundborg@law.harvard.edu>; D Hessel <dhessel@law.harvard.edu>
**Cc:** John Walsh <john@scwllp.com>; Phil Strach <phil.strach@nelsonmullins.com>; Tom Farr <tom.farr@nelsonmullins.com>; Cassie Holt <cassie.holt@nelsonmullins.com>
**Subject:** Re: Callais v. Landry; Defendant's Objections and Responses to Plaintiffs' RFPDs

Plaintiffs' Counsel,

Yesterday, we received the email below from the Secretary's counsel attaching responses to document requests you propounded. We never received a copy of the original requests. Under FRCP 5, you are required to serve all discovery documents on all parties, and the *Robinson* intervenors have been parties to this litigation since February 26, when the court first granted our motion to intervene in part. In addition, on March 7, we contacted you and asked to be provided with copies of all discovery requests and responses that had been served to date, and you responded that you would serve those documents on us when they were provided to other parties, leaving the misleading impression that no discovery had yet been conducted.

Please immediately provide us with a copy of the discovery requests that were directed to the Secretary as well as any other discovery that has been exchanged, including any initial disclosures pursuant to FRCP 26(a).

Kind regards,

**Stuart C. Naifeh** (he/him/él)
Manager, Redistricting Project



40 Rector Street, 5th Floor, New York, NY 10006
o: 212.217.1669  |  c: 917.574.5846  |  snaifeh@naacpldf.org
naacpldf.org

```
PRIVILEGE AND CONFIDENTIALITY NOTICE: This email and any attachments may contain privileged or
confidential information and is/are for the sole use of the intended recipient(s). Any unauthorized
use or disclosure of this communication is prohibited. If you believe that you have received this
email in error, please notify the sender immediately and delete it from your system.
```

---

**From:** Alyssa Riggins <alyssa.riggins@nelsonmullins.com>
**Date:** Monday, March 18, 2024 at 4:43 PM
**To:** Tyler, Jackson <jtyler@gravesgarrett.com>, Brennan Bowen <bbowen@HoltzmanVogel.com>, Greim, Edward D. <EDGreim@gravesgarrett.com>, Phil Gordon <pgordon@HoltzmanVogel.com>, Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>, Paul@paulhurdlawoffice.Com <Paul@paulhurdlawoffice.Com>, Mueller, Matthew <mmueller@gravesgarrett.com>, Jones, Carey <JonesCar@ag.louisiana.gov>, Aguinaga, Ben <AguinagaJ@ag.louisiana.gov>, Brungard, Morgan <BrungardM@ag.louisiana.gov>, Graves, Katie <kgraves@gravesgarrett.com>, Badell, Rebekah <RBadell@gravesgarrett.com>, Kathryn Sadasivan <ksadasivan@naacpldf.org>, Sara Rohani <Srohani@naacpldf.org>, Victoria Wenger <vwenger@naacpldf.org>, Stuart Naifeh <snaifeh@naacpldf.org>, Jonathan Hurwitz <jhurwitz@paulweiss.com>, John Adcock <jnadcock@gmail.com>, Amitav Chakraborty <achakraborty@paulweiss.com>, Adam Savitt <asavitt@paulweiss.com>, arielle McTootle <amctootle@paulweiss.com>, Sarah Brannon <sbrannon@aclu.org>, Megan Keenan <MKeenan@aclu.org>, Nora Ahmed <Nahmed@laaclu.org>, Alora Thomas-Lundborg <tthomaslundborg@law.harvard.edu>, D Hessel <dhessel@law.harvard.edu>, Mueller, Matthew <mmueller@gravesgarrett.com>
**Cc:** John Walsh <john@scwllp.com>, Phil Strach <phil.strach@nelsonmullins.com>,

Tom Farr <tom.farr@nelsonmullins.com>, Cassie Holt <cassie.holt@nelsonmullins.com>

**Subject:** Callais v. Landry; Defendant's Objections and Responses to Plaintiffs' RFPDs

[Caution: EXTERNAL EMAIL]

Dear Counsel,

Please find attached Defendant Landry's Objections and Responses to Plaintiffs' Requests for Production of Documents.

Best,
Alyssa

**ALYSSA RIGGINS   SENIOR ASSOCIATE**
alyssa.riggins@nelsonmullins.com
301 HILLSBOROUGH STREET | SUITE 1400
RALEIGH, NC 27603
T 919.329.3810   F 919.329.3799
NELSONMULLINS.COM   VCARD   VIEW BIO

**Confidentiality Notice**

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.