IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA—MONROE DIVISION

| | |
|---|---|
| PHILIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, <br><br> Plaintiffs, <br><br> v. <br><br> NANCY LANDRY, IN HER OFFICIAL CAPACITY AS LOUISIANA SECRETARY OF STATE, <br><br> Defendant. | Case No. 3:24-cv-00122 |

## JOINT EXHIBIT LIST

COME NOW Plaintiffs Philip Callais, Lloyd Price, Bruce Odell, Elizabeth Ersoff, Albert Caissie, Daniel Weir, Joyce LaCour, Candy Carroll Peavy, Tanya Whitney, Mike Johnson, Grover Joseph Rees, and Rolfe McCollister (collectively, "Plaintiffs"), as well as Defendant Secretary of State Nancy Landry, Defendant-Intervenor the State of Louisiana, and Defendant-Intervenors Press Robinson, Edgar Cage, Dorothy Nairne, Edwin Rene Soule, Alice Washington, Clee Earnest Lowe, Davante Lewis, Martha Davis, Ambrose Sims, the National Association for the Advancement of Colored People Louisiana State Conference, and the Power Coalition for Equity and Justice (collectively, "Robinson Intervenors") (collectively, the "Parties"), by and through counsel and stipulate the following:

1

I.      **Stipulations as to Joint Exhibits ("JE") 1-27.**

The Parties stipulate to the authenticity and admissibility of the documents listed below as Exhibits JE1-JE26. Each Party reserves the right to argue that appropriate weight should be given to the documents subject to this stipulation.

| Joint Exhibit # | Description | Docket # (if previously filed) |
|---|---|---|
| JE1 | Legislative History Summary of HB1 | 17-4, filed 2/7/24 |
| JE2 | Louisiana Legislature Joint Rule No. 21 | 17-5, filed 2/7/24 |
| JE3 | HB1 Road Show Schedule | 17-6, filed 2/7/24 |
| JE4 | HB1 Original Bill Text | 17-7, filed 2/7/24 |
| JE5 | HB1 Population and VAP by Congressional District | 17-8, filed 2/7/24 |
| JE6 | US Census Data, BVAP | 17-9, filed 2/7/24 |
| JE7 | Jeff Landry January 8, 2024 Press Release | 17-11, filed 2/7/24 |
| JE8 | Jeff Landry Call and Convene January 23, 2024 | 17-12, filed 2/7/24 |
| JE9 | Jeff Landry January 16, 2024 Press Release | 17-13, filed 2/7/24 |
| JE10 | Legislative History Summary of SB8 | 17-14, filed 2/7/24 |
| JE11 | SB8 Original Text | 17-15, filed 2/7/24 |
| JE12 | SB8 Enacted Text | 17-16, filed 2/7/24 |
| JE13 | Jeff Landry January 19, 2024 Press Release | 17-17, filed 2/7/24 |
| JE14 | SB8 Enacted Map | 17-18, filed 2/7/24 |
| JE15 | Act 2 District Summaries | 17-19, filed 2/7/24 |
| JE16 | Act 5 Statewide Map | 17-20, filed 2/7/24 |
| JE17 | SB8 Maps by Parish | 17-21 through 17-31, filed 2/7/24 |

II.     **Stipulations as to Designations from the legislative record.**

The Parties stipulate to the authenticity and admissibility of separately filed designations from transcripts of the January 2024 First Special Legislative Session. Each Party reserves the right to argue that appropriate weight should be given to the documents subject to this stipulation.

Dated this 7th day of April, 2024

**PAUL LOY HURD, APLC**
*/s/ Paul Loy Hurd*
Paul Loy Hurd
Louisiana Bar No. 13909
Paul Loy Hurd, APLC
1896 Hudson Circle, Suite 5
Monroe, Louisiana 71201
Tel.: (318) 323-3838
paul@paulhurdlawoffice.com
*Attorney for Plaintiffs*

Respectfully submitted,

**GRAVES GARRETT GREIM LLC**
*/s/ Edward D. Greim*
Missouri Bar No. 54034
*Admitted Pro Hac Vice*
Jackson Tyler
Missouri Bar No. 73115
*Admitted Pro Hac Vice*
Matthew Mueller
Missouri Bar No. 70263
*Admitted Pro Hac Vice*
Katherine Graves
Missouri Bar No. 74671
*Admitted Pro Hac Vice*
GRAVES GARRETT GREIM LLC
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Tel.: (816) 256-3181
Fax: (816) 256-5958
edgreim@gravesgarrett.com
jtyler@gravesgarrett.com
mmueller@gravesgarrett.com
kgraves@gravesgarrett.com
*Attorneys for Plaintiffs*

Jason B. Torchinsky (DC Bar No 976033)*
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC
2300 N Street, NW

*/s/ Carey Tom Jones*
Carey Tom Jones (LSBA No. 07474)
Office of the Attorney General
Louisiana Department of Justice
1885 N. Third St.

| | |
|---|---|
| Suite 643A<br>Washington, DC 20037<br>Tel: 202-737-8808<br>Email: jtorchinsky@holtzmanvogel.com | Baton Rouge, LA 70804<br>(225) 326-6000 phone<br>(225) 326-6098 fax<br>jonescar@ag.louisiana.gov |
| Phillip M. Gordon (VA Bar No. 95621)*<br>Zachary D. Henson (NY Bar No. 5907340)*<br>HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC<br>15405 John Marshall Hwy.<br>Haymarket, VA 20169<br>Telephone: (540) 341-8808<br>Facsimile: (540) 341-8809<br>Email: pgordon@holtzmanvogel.com<br>       zhenson@holtzmanvogel.com | *Counsel for Intervenor-Defendant the State of Louisiana* |

Brennan A.R. Bowen (AZ Bar No. 036639)*
Drew C. Ensign (DC Bar No. 976571)**
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC
2575 East Camelback Rd, Ste 860
Phoenix, AZ 85016
602-388-1262
Email: bbowen@holtzmanvogel.com

*admitted *pro hac vice*
***pro hac vice* motion forthcoming

/s/ Phillip J. Strach
Phillip J. Strach* (Lead Counsel)
phillip.strach@nelsonmullins.com
Thomas A. Farr*
tom.farr@nelsonmullins.com
Alyssa M. Riggins*
alyssa.riggins@nelsonmullins.com
Cassie A. Holt*
cassie.holt@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603

4

Telephone: (919) 329-3800
Facsimile: (919) 329-3799

/s/ John C. Walsh
John C. Walsh (Louisiana Bar Roll No. 24903)
**SHOWS, CALI & WALSH, L.L.P.**
628 St. Louis St. (70802)
P.O. Box 4225
Baton Rouge, LA 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-5561
john@scwllp.com

*Admitted pro hac vice*

*Counsel for Defendant NANCY LANDRY, in her official capacity as Louisiana Secretary of State*

| | |
|---|---|
| Tracie L. Washington<br>LA. Bar No. 25925<br>Louisiana Justice Institute<br>8004 Belfast Street<br>New Orleans, LA 70125<br>Tel: (504) 872-9134<br>tracie.washington.esq@gmail.com | John Adcock<br>Adcock Law LLC<br>3110 Canal Street<br>New Orleans, LA 70119<br>Tel: (504) 233-3125<br>jnadcock@gmail.com |
| *Counsel for* Robinson *Intervenors Dorothy Nairne, Martha Davis, Clee Earnest Lowe, and Rene Soule* | *Counsel for* Robinson *Intervenors* |

Stuart Naifeh*
Kathryn Sadasivan*
Victoria Wenger*
Colin Burke*
NAACP Legal Defense and
    Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Tel: (212) 965-2200
snaifeh@naacpldf.org
ksadasivan@naacpldf.org
vwenger@naacpldf.org
cburke@naacpldf.org

R. Jared Evans
LA. Bar No. 34537
I. Sara Rohani*
NAACP Legal Defense and
Educational Fund, Inc.
700 14th Street N.W. Ste. 600
Washington, DC 20005
Tel: (202) 682-1300
jevans@naacpldf.org
srohani@naacpldf.org

Sarah Brannon*
Megan C. Keenan*
American Civil Liberties Union Foundation
915 15th St., NW
Washington, DC 20005
sbrannon@aclu.org
mkeenan@aclu.org

Nora Ahmed
NY Bar No. 5092374 (pro hac vice forthcoming)
ACLU Foundation of Louisiana
1340 Poydras St, Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
nahmed@laaclu.org

*Additional counsel for* Robinson *Intervenors*

Robert A. Atkins*
Yahonnes Cleary*
Jonathan H. Hurwitz*
Amitav Chakraborty*
Adam P. Savitt*
Arielle B. McTootle*
Robert Klein*
Neil Chitrao*
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Tel.: (212) 373-3000
Fax: (212) 757-3990
ratkins@paulweiss.com
ycleary@paulweiss.com
jhurwitz@paulweiss.com
achakraborty@paulweiss.com
asavitt@paulweiss.com
amctootle@paulweiss.com
rklein@paulweiss.com
nchitrao@paulweiss.com

Sophia Lin Lakin*
Garrett Muscatel*
Dayton Campbell-Harris (pro hac vice forthcoming)*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org
gmuscatel@aclu.org
dcampbell-harris@aclu.org

T. Alora Thomas-Lundborg*
Daniel Hessel*
Election Law Clinic
Harvard Law School
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 495-5202
tthomaslundborg@law.harvard.edu
dhessel@law.harvard.edu

\* Admitted pro hac vice.
\*\*Practice is limited to federal court.