2022 FIRST EXTRAORDINARY SESSION

# HB1  by Representative Clay Schexnayder

*REAPPORTIONMENT/CONGRESS:*  Provides relative to the districts for members of the United States Congress (Item #3)

**Current Status** (as of 1/31/2024 3:50 pm):  Sent to the Secretary of State - Act 5

| Date | Chamber | Journal Page | Action |
|---|---|---|---|
| 03/31 | H |  | Effective date: See Act. |
| 03/31 | H |  | Becomes Act No. 5. |
| 03/31 | H |  | Taken by the Clerk of the House and presented to the Secretary of State in accordance with the Rules of the House. |
| 03/30 | H |  | Notice Senate voted to override the Governor's veto |
| 03/30 | S | 3 | By a vote of 27 yeas and 11 nays, the Senate voted to override the Governor's veto. |
| 03/30 | S | 3 | Reconsidered. |
| 03/30 | S | 2 | Veto message from the Governor received and read. |
| 03/30 | S | 1 | Notice House voted to override the Governor's veto. |
| 03/30 | H | 3 | Veto message received and read. Rules suspended. By a vote of 72 yeas and 31 nays, having received two-thirds vote of elected members, veto overridden. |
| 03/30 | H | 3 | Reconsidered. |
| 03/30 | H | 3 | Rules suspended. |
| 03/30 | H | 3 | Read by title, reconsidered, returned to the calendar, under the rules. |
| 03/10 | H |  | Vetoed by the Governor. |
| 02/21 | H |  | Sent to the Governor for executive approval. |
| 02/18 | S | 7 | Signed by the President of the Senate. |
| 02/18 | H | 13 | Enrolled and signed by the Speaker of the House. |
| 02/18 | H | 11 | Read by title, roll called, yeas 62, nays 27, Senate amendments concurred in. |
| 02/18 | H | 11 | Rules suspended. |
| 02/18 | H | 11 | Received from the Senate with amendments. |
| 02/18 | S | 1 | Senate floor amendments read and adopted. Read by title, passed by a vote of 27 yeas and 10 nays, and ordered returned to the House. Motion to reconsider tabled. |
| 02/18 | S | 1 | Rules suspended. Called from the Calendar. |
| 02/17 | S | 5 | Read by title and returned to the Calendar, subject to call. |
| 02/17 | S | 5 | Called from the Calendar. |
| 02/17 | S | 2 | Read by title and returned to the Calendar, subject to call. |
| 02/15 | S | 3 | Reported without Legislative Bureau amendments. Read by title and passed to third reading and final passage. |
| 02/15 | S | 2 | Reported favorably. Rules suspended. Read by title and referred to the Legislative Bureau. |
| 02/14 | S | 1 | Received in the Senate; read by title Rules suspended. Read second time by title and referred to the Committee on Senate and Governmental Affairs. |
| 02/10 | H | 9 | Read third time by title, amended, roll called on final passage, yeas 70, nays 33. Finally passed, title adopted, ordered to the Senate. |
| 02/10 | H | 3 | Called from the calendar. |
| 02/09 | H |  | Scheduled for floor debate on 02/10/2022. |

EXHIBIT JE1

| Date | Chamber | Journal Page | Action |
|---|---|---|---|
| 02/09 | H | 2 | Notice given. |
| 02/09 | H | 2 | Read by title, returned to the calendar. |
| 02/08 | H |  | Scheduled for floor debate on 02/09/2022. |
| 02/08 | H | 3 | Notice given. |
| 02/08 | H | 3 | Read by title, returned to the calendar. |
| 02/06 | H |  | Scheduled for floor debate on 02/08/2022. |
| 02/06 | H | 2 | Read by title, ordered engrossed, passed to 3rd reading. |
| 02/04 | H | 2 | Reported favorably (13-5). |
| 02/02 | H | 1 | Read by title, under the rules, referred to the Committee on House and Governmental Affairs. |
| 02/01 | H | 5 | Read by title. Lies over under the rules. |

**Authors:**

Clay Schexnayder

Beau Beaullieu

Daryl Deshotel

Les Farnum

Valarie Hodges

Dodie Horton

Tanner Magee

John Stefanski

**Available Documents:**

**Text**

| | |
|---|---|
| HB1 Act 5 | https://www.legis.la.gov/Legis/ViewDocument.aspx?d=1267128 |
| HB1 Enrolled | https://www.legis.la.gov/Legis/ViewDocument.aspx?d=1248568 |
| HB1 Reengrossed | https://www.legis.la.gov/Legis/ViewDocument.aspx?d=1247164 |
| HB1 Engrossed | https://www.legis.la.gov/Legis/ViewDocument.aspx?d=1245838 |
| HB1 Original | https://www.legis.la.gov/Legis/ViewDocument.aspx?d=1244898 |

**Amendments**

| | |
|---|---|
| Senate Floor Amendment, #174, Hewitt, Adopted | https://www.legis.la.gov/Legis/ViewDocument.aspx?d=1248358 |
| Senate Committee Amendment, #153, S&G, Draft | https://www.legis.la.gov/Legis/ViewDocument.aspx?d=1247602 |
| House Floor Amendment, #99, Marcelle, Rejected | https://www.legis.la.gov/Legis/ViewDocument.aspx?d=1247152 |
| House Floor Amendment, #80, Schexnayder, Adopted | https://www.legis.la.gov/Legis/ViewDocument.aspx?d=1246959 |
| House Floor Amendment, #88, Gaines, Rejected | https://www.legis.la.gov/Legis/ViewDocument.aspx?d=1246825 |
| House Floor Amendment, #66, Amedee, Withdrawn | https://www.legis.la.gov/Legis/ViewDocument.aspx?d=1246060 |

**Digests**

| | |
|---|---|
| Resume Digest for HB1 | https://www.legis.la.gov/Legis/ViewDocument.aspx?d=1291946 |
| Digest of HB1 Reengrossed | https://www.legis.la.gov/Legis/ViewDocument.aspx?d=1247178 |
| Digest of HB1 Engrossed | https://www.legis.la.gov/Legis/ViewDocument.aspx?d=1245814 |
| Digest of HB1 Original | https://www.legis.la.gov/Legis/ViewDocument.aspx?d=1244900 |

**Votes**

| | |
|---|---|
| Senate Vote on HB 1, Override Veto (#3) | https://www.legis.la.gov/Legis/ViewDocument.aspx?d=1263950 |

| | |
|---|---|
| House Vote on HB 1, PASS BILL SUBSEQUENT TO VETO (#4) | https://www.legis.la.gov/Legis/ViewDocument.aspx?d=1263924 |
| House Vote on HB 1, CONCUR IN SENATE AMENDMENTS (#53) | https://www.legis.la.gov/Legis/ViewDocument.aspx?d=1248634 |
| Senate Vote on HB 1, FINAL PASSAGE (#47) | https://www.legis.la.gov/Legis/ViewDocument.aspx?d=1248522 |
| Senate Vote on HB 1, AMENDMENT # 174 BY HEWITT, HB 1 BY MR. SPEAKER (#46) | https://www.legis.la.gov/Legis/ViewDocument.aspx?d=1248505 |
| House Vote on HB 1, FINAL PASSAGE (#26) | https://www.legis.la.gov/Legis/ViewDocument.aspx?d=1247159 |
| House Vote on HB 1, AMENDMENT # 88 BY GAINES, MOTION TO ADOPT (#25) | https://www.legis.la.gov/Legis/ViewDocument.aspx?d=1247155 |
| House Vote on HB 1, AMENDMENT # 70 BY JENKINS, MOTION TO ADOPT (#24) | https://www.legis.la.gov/Legis/ViewDocument.aspx?d=1247153 |

**Other**

| | |
|---|---|
| HB1 Veto Message | https://www.legis.la.gov/Legis/ViewDocument.aspx?d=1258719 |