# MEETINGS, DOCS & VIDEO ARCHIVES 📅

| Committee | Date, Time, Location | Agenda, Video | Documents |
|---|---|---|---|
| **2024** 📅 | | | |
| House & Governmental | Jan 15, 10:00 AM, HCR-5 | 📄 ▶ | Docs and Comments 📄 |
| House & Governmental | Jan 16, 10:00 AM, HCR-5 | 📄 ▶ | Docs and Comments 📄 |
| House & Governmental | Jan 17, 10:00 AM, HCR-5 | 📄 ▶ | Docs and Comments 📄 |
| House & Governmental | Jan 18, 10:00 AM, HCR-5 | 📄 ▶ P1  ▶ P2 | Docs and Comments 📄 |
| **2022** 📅 | | | |
| House & Governmental | Jun 17, 10:00 AM, HCR-5 | 📄 ▶ | |
| Senate & Governmental | Jun 17, 1:00 PM, Hainkel | 📄 ▶ | |
| Senate & Governmental | Jun 16, 09:00 AM, Hainkel | 📄 ▶ | |
| House & Governmental | Feb 16, 09:30 AM, HCR-5 | 📄 ▶ | |
| Senate & Governmental | Feb 15, 9:30 AM, Hainkel | 📄 ▶ | |
| House & Governmental | Feb 15, 10:00 AM, HCR-5 | 📄 ▶ | Docs and Comments 📄 |
| Senate & Governmental | Feb 14, 9:30 AM, Hainkel | 📄 ▶ | |
| House & Governmental | Feb 14, 10:00 AM, HCR-5 | 📄 ▶ | |
| House & Governmental | Feb 11, 9:00 AM, HCR-5 | 📄 ▶ | Docs and Comments 📄 |
| House & Governmental | Feb 10, 9:30 AM, HCR-5 | 📄 ▶ | Docs and Comments 📄 |
| Senate & Governmental | Feb 9, 2:30 PM, Hainkel | 📄 ▶ | |
| House & Governmental | Feb 9, 9:30 AM, HCR-5 | 📄 ▶ | Docs and Comments 📄 |
| Senate & Governmental | Feb 8, 2:30 PM, Hainkel | 📄 ▶ | |

EXHIBIT JE3

| | | | | |
|---|---|---|---|---|
| House & Governmental | Feb 8, 9:30 AM, HCR-5 | 📄 ▶ | | Docs and Comments 📄 |
| Senate & Governmental | Feb 7, 2:30 PM, Hainkel | 📄 ▶ | | |
| House & Governmental | Feb 7, 9:30 AM, HCR-5 | 📄 ▶ | | Docs and Comments 📄 |
| Senate & Governmental | Feb 4, 2:30 PM, Hainkel | 📄 ▶ | | |
| House & Governmental | Feb 4, 9:30 AM, HCR-5 | 📄 ▶ | | Docs and Comments 📄 |
| Senate & Governmental | Feb 3, 2:30 PM, Hainkel | 📄 ▶ | | |
| Senate & Governmental | Feb 2, 2:30 PM, Hainkel | 📄 ▶ | | |
| Joint Gov Affairs | Jan 20, 11:00 AM, HCR-5 | 📄 ▶ | | Docs and Comments 📄 |
| Joint Gov Affairs | Jan 11, 05:30 PM, Thibodaux, LA | 📄 ▶ | | PowerPoint 📊 Jt Governmental Affairs-Bayou Region  Docs and Comments 📄 |
| Joint Gov Affairs | Jan 5, 05:30 PM, New Orleans, LA | 📄 ▶ | | PowerPoint 📊 Jt Governmental Affairs-Orleans Metro Region  Docs and Comments 📄 |

# 2021 📅

| | | | | |
|---|---|---|---|---|
| Joint Gov Affairs | Dec 15, 05:30 PM, Lake Charles, LA  Brief Audio loss due to technical difficulties | 📄 ▶ | | PowerPoint 📊 Jt Governmental Affairs-Southwest Region  Docs and Comments 📄 |
| Joint Gov Affairs | Nov 30, 05:30 PM, Covington, LA | 📄 ▶ | | PowerPoint 📊 Jt Governmental Affairs-Northshore Region  Docs and Comments 📄 |
| Joint Gov Affairs | Nov 16, 05:30 PM, Baton Rouge, LA | 📄 ▶ | | PowerPoint 📊 Jt Governmental Affairs-Baton Rouge, LA  Docs and Comments 📄 |
| Joint Gov Affairs | Nov 09, 05:30 PM, Alexandria, LA | 📄 ▶ | | PowerPoint 📊 Jt Governmental Affairs-Alexandria, LA  Docs and Comments 📄 |
| Joint Gov Affairs | Oct 26, 05:30 PM, Lafayette, LA | 📄 ▶ | | PowerPoint 📊 Jt Governmental Affairs-Lafayette, LA  Docs and Comments 📄 |
| Joint Gov Affairs | Oct 21, 05:30 PM, Shreveport, LA | 📄 ▶ | | PowerPoint 📊 Jt Governmental Affairs-NW Region-Shreveport, LA |

| | Joint Gov Affairs | Oct 20, 05:30 PM, Monroe, LA | | PowerPoint |
| --- | --- | --- | --- | --- |
| Docs and Comments | | | | Jt Governmental Affairs-NE Region-Monroe, LA |
| | | | | Docs and Comments |
| | Joint Gov Affairs | Sep 17, 11:00 AM, HCR-5 | | PowerPoint |
| | | | | Docs and Comments |
| | Senate & Governmental | Jun 02, 9:30 AM, Room F | P1 P2 | . |
| | | | | . |
| | House & Gov | May 26, 9:00 AM, HCR-3 | | . |
| | | | | . |

# 2019 📅

| | House & Gov | May 21, 9:00 AM, HCR-4 | | State population trends 2018 (Tim Slack) |
| --- | --- | --- | --- | --- |
| | | | | Redistricting Law 101 BR |



BOX 44294 BATON ROUGE, LA 70804

YOUR FEEDBACK