HLS 221ES-2 ORIGINAL

2022 First Extraordinary Session

HOUSE BILL NO. 1

BY REPRESENTATIVES SCHEXNAYDER, MAGEE, AND STEFANSKI



REAPPORTIONMENT/CONGRESS: Provides relative to the districts for members of the United States Congress (Item #3)

1  AN ACT
2  To enact R.S. 18:1276 and to repeal R.S. 18:1276.1, relative to congressional districts; to
3      provide for the redistricting of Louisiana's congressional districts; to provide with
4      respect to positions and offices, other than congressional, which are based upon
5      congressional districts; to provide for the effectiveness; and to provide for related
6      matters.
7  Be it enacted by the Legislature of Louisiana:
8      Section 1.  R.S. 18:1276 is hereby enacted to read as follows:
9      §1276.  Congressional districts
10         Louisiana shall be divided into six congressional districts, and the qualified
11     electors of each district shall elect one representative to the United States House of
12     Representatives.  The districts shall be composed as follows:
13         (1)  District 1 is composed of Precincts 1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14,
14     15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,
15     38, 39, 40, 41, 42, 43, 44, 45, 46, 51, 52, 53, 54, 55, 56, 58, 59, 60, 61, 62, 63, 64, 65,
16     66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88,
17     89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 105, 106, 117, 118, 119,
18     120, 121, 122, 123, 124, 125A, 125B, 126, 127, 128, 129, 130, 132, 134, 136, 138,
19     192, 198, 199, 203, 246, 247, 248, 1-GI, 1-H, 2-H, 3-H, 4-H, 5-H, 6-H, 7-H, 8-H,
20     9-H, 1-K, 2-K, 3-K, 4-K, 5-K, 6-KA, 6-KB, 7-KA, 7-KB, 8-K, 9-K, 10-K, 11-K,

CODING:  Words in struck through type are deletions from existing law; words underscored are additions.

1    12-K, 13-KA, 14-K, 16-K, 17-K, 18-K, 19-K, 20-K, 25-K, 27-K, 28-K, 34-K, 35-K,

2    and 1-L of Jefferson Parish; Precincts 3-3, 3-4, 3-5, 3-6, 4-1, 4-2, 4-3, 4-4, 4-5, 4-6,

3    7-4, 8-1, 9-1, 9-2, 10-1, 10-2, 10-3, 10-4, 10-5, 10-6, 10-7, 10-8, 10-9, 10-10, 10-11,

4    10-12, 10-13, 10-14, 10-15, 10-16, 11-1, 11-2, and 11-5 of Lafourche Parish;

5    Precincts 3-20, 4-7, 4-8, 4-9, 4-11, 4-14, 4-15, 4-17, 4-17A, 4-18, 4-20, 4-21, 4-22,

6    4-23, 5-15, 5-16, 5-17, 5-18, 14-2, 14-3, 14-4, 14-5, 14-6, 14-7, 14-8, 14-9, 14-10,

7    14-11, 14-12, 14-13A, 14-14, 14-15, 14-16, 14-17, 14-18A, 14-19, 14-20, 14-21,

8    16-1, 16-1A, 16-2, 16-3, 17-1, 17-2, 17-17, 17-18, 17-18A, 17-19, and 17-20 of

9    Orleans Parish; Plaquemines Parish; St. Bernard Parish; St. Tammany Parish;

10    Precincts 70, 70A, 71, 72, 72A, 73, 74, 120, 122, 122A, 122B, 124, 124A, 139, 143,

11    143A, 145, 147, 149, 149A, and 151 of Tangipahoa Parish; and Precincts 11, 15, 20,

12    21, 23, 25, 27, 29, 31, 32, 34, 35, 36, 38, 41, 43, 46, 48, 49, 52, 53, 54, 55, 56, 57, 58,

13    59, 60, 61, 63, 69, 72, 84, 85, 88, 89, 110, and 111 of Terrebonne Parish.

14    (2) District 2 is composed of Precincts 30, 36, 37, 39, 42, 44, 45, 47, 48, 50,

15    51, 52, 53, 54, 55, 57, and 65 of Ascension Parish; Precincts 1-1, 1-2, 2-2, 4-3, 5-5,

16    6-1, 6-2, 6-3, and 7-1 of Assumption Parish; Precincts 1-2, 1-3, 1-4, 1-5, 1-6, 1-10,

17    1-11, 1-13, 1-14, 1-15, 1-16, 1-17, 1-18, 1-19, 1-21, 1-22, 1-23, 1-24, 1-25, 1-26,

18    1-27, 1-28, 1-29, 1-30, 1-31, 1-32, 1-36, 1-50, 1-51, 1-58, 1-61, 1-62, 1-63, 1-67,

19    1-77, 1-84, 1-85, 1-86, 1-91, 1-92, 1-93, 1-94, 1-95, 1-100, 1-101, 1-104, 2-1, 2-9,

20    2-11, 2-13, 2-16, 2-20, 2-22, 2-23, 2-24, and 2-30 of East Baton Rouge Parish;

21    Precincts 1, 3, 6, 7, 9, 10, 11, 12, 13C, 14, 14A, 15, 16, 17, 18, 19, 20, 21, 22, and

22    23 of Iberville Parish; Precincts 57, 104, 108, 115, 116, 131, 133, 150, 151, 152, 153,

23    154, 155, 156, 157A, 157B, 170, 171, 172, 173, 174, 175, 176, 177, 178, 179A,

24    179B, 180, 181, 182, 183, 184, 185A, 185B, 187, 188, 189, 190, 191, 193A, 193B,

25    194A, 194B, 195, 196, 197A, 197B, 200, 201, 202, 204, 205, 210, 211, 212, 213A,

26    213B, 213C, 214A, 214B, 215, 216A, 216B, 216C, 217, 225, 226, 227, 228, 229,

27    230, 231, 232A, 232B, 234, 235, 236, 237, 238A, 238B, 1-G, 2-G, 3-G, 4-G, 5-G,

28    6-G, 7-G, 8-G, 9-G, 10-G, 11-G, 12-G, 13-G, 13-KB, 15-K, 21-K, 22-K, 23-K, 24-K,

29    26-K, 29-K, 30-K, 31-K, 33-K, 1-W, 2-W, 3-W, 4-W, 5-W, 6-W, and 7-W of

CODING: Words in struck through type are deletions from existing law; words underscored are additions.

Callais_000045

HLS 221ES-2 ORIGINAL
HB NO. 1

1 Jefferson Parish; Precincts 1-1, 1-2, 1-5, 1-6, 2-1, 2-2, 2-4, 2-6, 2-7, 3-1, 3-8, 3-9,
2 3-12, 3-14, 3-15, 3-18, 3-19, 4-2, 4-3, 4-5, 4-6, 5-1, 5-2, 5-3, 5-5, 5-7, 5-8, 5-9, 5-10,
3 5-11, 5-12, 5-13, 6-1, 6-2, 6-4, 6-6, 6-7, 6-8, 6-9, 7-1, 7-2, 7-4, 7-5, 7-6, 7-7, 7-8,
4 7-9A, 7-10, 7-11, 7-12, 7-13, 7-14, 7-15, 7-16, 7-17, 7-18, 7-19, 7-20, 7-21, 7-23,
5 7-24, 7-25, 7-25A, 7-26, 7-27, 7-27B, 7-28, 7-28A, 7-29, 7-30, 7-32, 7-33, 7-35,
6 7-37, 7-37A, 7-40, 7-41, 7-42, 8-1, 8-2, 8-4, 8-6, 8-7, 8-8, 8-9, 8-12, 8-13, 8-14,
7 8-15, 8-19, 8-20, 8-21, 8-22, 8-23, 8-24, 8-25, 8-26, 8-27, 8-28, 8-30, 9-1, 9-3, 9-4,
8 9-5, 9-6, 9-7, 9-8, 9-9, 9-10, 9-11, 9-12, 9-13, 9-14, 9-15, 9-16, 9-17, 9-19, 9-21,
9 9-23, 9-25, 9-26, 9-28, 9-28C, 9-29, 9-30, 9-30A, 9-31, 9-31A, 9-31B, 9-31D, 9-32,
10 9-33, 9-34A, 9-35, 9-35A, 9-36, 9-36B, 9-37, 9-38, 9-38A, 9-39, 9-39B, 9-40,
11 9-40A, 9-40C, 9-41, 9-41A, 9-41B, 9-41C, 9-41D, 9-42, 9-42C, 9-43A, 9-43B,
12 9-43C, 9-43E, 9-43F, 9-43G, 9-43H, 9-43I, 9-43J, 9-43K, 9-43L, 9-43M, 9-43N,
13 9-44, 9-44A, 9-44B, 9-44D, 9-44E, 9-44F, 9-44G, 9-44I, 9-44J, 9-44L, 9-44M,
14 9-44N, 9-44O, 9-44P, 9-44Q, 9-45, 9-45A, 10-3, 10-6, 10-7, 10-8, 10-9, 10-11,
15 10-12, 10-13, 10-14, 11-2, 11-3, 11-4, 11-5, 11-8, 11-9, 11-10, 11-11, 11-12, 11-13,
16 11-14, 11-17, 12-1, 12-2, 12-3, 12-4, 12-5, 12-6, 12-7, 12-8, 12-9, 12-10, 12-11,
17 12-12, 12-13, 12-14, 12-16, 12-17, 12-19, 13-1, 13-2, 13-3, 13-4, 13-5, 13-6, 13-7,
18 13-8, 13-9, 13-10, 13-11, 13-12, 13-13, 13-14, 13-15, 13-16, 14-1, 14-23, 14-24A,
19 14-25, 14-26, 15-1, 15-2, 15-3, 15-5, 15-6, 15-8, 15-9, 15-10, 15-11, 15-12, 15-12A,
20 15-13, 15-13A, 15-13B, 15-14, 15-14A, 15-14B, 15-14C, 15-14D, 15-14E, 15-14F,
21 15-14G, 15-15, 15-15A, 15-15B, 15-16, 15-17, 15-17A, 15-17B, 15-18, 15-18A,
22 15-18B, 15-18C, 15-18D, 15-18E, 15-18F, 15-19, 15-19A, 15-19B, 15-19C, 16-4,
23 16-5, 16-6, 16-7, 16-8, 16-9, 17-3, 17-4, 17-5, 17-6, 17-7, 17-8, 17-9, 17-10, 17-11,
24 17-12, 17-13, 17-13A, 17-14, 17-15, and 17-16 of Orleans Parish; Precincts 1-1, 1-2,
25 1-3, 1-5, 2-1, 2-2, 2-3, 2-4, 2-5, 4-1, 4-2, 4-3, 4-4, 5-1, 5-3, 5-4, 6-6, 6-7, 6-8, 7-1,
26 7-2, 7-3, and 7-4 of St. Charles Parish; St. James Parish; Precincts 1-1, 1-2, 1-3, 1-4,
27 1-5, 2-1, 2-2, 2-3, 2-4, 3-1, 3-2, 3-4, 4-1, 4-2, 4-3, 4-14, 5-1, 5-8, 6-1, 6-3, 6-4, and
28 7-7 of St. John the Baptist Parish; and Precincts 1A, 1B, 1C, 2B, 6, 7B, 8, 10A, 10B,
29 11A, 11B, 13A, 13B, 14, and 15 of West Baton Rouge Parish.

CODING: Words in struck through type are deletions from existing law; words underscored are additions.

Callais_000046

1    (3)  District 3 is composed of Acadia Parish; Calcasieu Parish; Cameron
2    Parish; Iberia Parish; Jefferson Davis Parish; Lafayette Parish; Precincts 3, 4, 5, 6,
3    7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, and
4    29 of St. Martin Parish; Precincts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16,
5    17, 18, 19, 20, 21, 22, 23, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40,
6    42, 43, and 44 of St. Mary Parish; and Vermilion Parish.
7    (4)  District 4 is composed of Allen Parish; Beauregard Parish; Bienville
8    Parish; Bossier Parish; Caddo Parish; Claiborne Parish; De Soto Parish; Evangeline
9    Parish; Natchitoches Parish; Precincts C1, C2, C3, C4, C5, C6, C7, C8, C9, C10,
10   C11-A, C11-B, C13, C14, C15, C17, C18, C19, C20, C21, C22, C23, C24, C25, C26,
11   C27, C28, C30, C31, C32, C33, C34, C35, C36, C37-A, C37-B, C38-A, C38-B, C39,
12   C40, C41, C42, N1, N2, N3, N4, N5, N6, N7, N8, N9, N10, N11, N12, N13-A,
13   N13-B, N14-A, N14-B, N15, N18-A, N19, N20, N21, N22, S1, S2, S4, S5, S6A,
14   S6B, S7, S8, S9, S10, S11, S13, S14, S15, S17, S18, S19, S20, S21, S22, S23, S24,
15   S25, S26, S27, S28, and S29 of Rapides Parish; Red River Parish; Sabine Parish;
16   Vernon Parish; and Webster Parish.
17   (5)  District 5 is composed of Avoyelles Parish; Caldwell Parish; Catahoula
18   Parish; Concordia Parish; East Carroll Parish; East Feliciana Parish; Franklin Parish;
19   Grant Parish; Jackson Parish; La Salle Parish; Lincoln Parish; Madison Parish;
20   Morehouse Parish; Ouachita Parish; Pointe Coupee Parish; Precincts N16, N17,
21   N18-B, N23, N24, N25, N26, N27, N28, N29, and S16 of Rapides Parish; Richland
22   Parish; St. Helena Parish; St. Landry Parish; Precincts 1, 2, 6, 11, 15, 16, 17, 18, 26,
23   27, 28, 33, 40, 40A, 41, 42, 42A, 43, 44, 45, 45A, 46, 47, 48, 49, 101, 102, 104,
24   104A, 105, 106, 106A, 107, 108, 109, 110, 111A, 112, 114, 115B, 116, 117, 118,
25   119, 120A, 120B, 121, 121A, 123, 125, 127, 127A, 129, 129A, 133, 133A, 137,
26   137A, 137B, 137C, 137D, 141, and 141A of Tangipahoa Parish; Tensas Parish;
27   Union Parish; Washington Parish; West Carroll Parish; West Feliciana Parish; and
28   Winn Parish.

CODING:  Words in struck through type are deletions from existing law; words underscored are additions.

Callais_000047

1    (6) District 6 is composed of Precincts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13,
2 14, 15, 16, 17, 18, 20, 21, 22, 23, 24, 25, 26, 27, 28, 31, 32, 33, 34, 35, 40, 41, 43, 58,
3 61, 62, 63, 64, 66, 71, 72, 73, 76, 77, and 78 of Ascension Parish; Precincts 2-1, 2-3,
4 2-4, 2-5, 3-1, 3-2, 4-1, 4-2, 5-1, 5-2, 5-3, 7-2, 7-3, 8-1, and 9-1 of Assumption Parish;
5 Precincts 1-1, 1-7, 1-8, 1-9, 1-12, 1-20, 1-33, 1-34, 1-35, 1-37, 1-38, 1-39, 1-40,
6 1-41, 1-42, 1-43, 1-44, 1-45, 1-46, 1-47, 1-48, 1-49, 1-52, 1-53, 1-54, 1-55, 1-56,
7 1-57, 1-59, 1-60, 1-64, 1-65, 1-66, 1-68, 1-69, 1-70, 1-71, 1-72, 1-73, 1-74, 1-75,
8 1-76, 1-78, 1-79, 1-80, 1-81, 1-82, 1-83, 1-87, 1-88, 1-89, 1-90, 1-97, 1-98, 1-99,
9 1-102, 1-103, 1-105, 1-107, 2-2, 2-3, 2-4, 2-5, 2-6, 2-7, 2-8, 2-10, 2-12, 2-14, 2-15,
10 2-17, 2-18, 2-19, 2-21, 2-25, 2-26, 2-27, 2-28, 2-29, 2-31, 2-32, 2-33, 2-34, 2-35,
11 2-36, 2-37, 3-1, 3-2, 3-3, 3-4, 3-5, 3-6, 3-7, 3-8, 3-9, 3-10, 3-11, 3-12, 3-13, 3-14,
12 3-15, 3-16, 3-17, 3-18, 3-19, 3-20, 3-21, 3-22, 3-23, 3-24, 3-25, 3-26, 3-27, 3-28,
13 3-29, 3-30, 3-31, 3-32, 3-33, 3-34, 3-35, 3-36, 3-37, 3-38, 3-39, 3-40, 3-41, 3-43,
14 3-44, 3-45, 3-46, 3-47, 3-48, 3-49, 3-50, 3-51, 3-52, 3-53, 3-54, 3-55, 3-56, 3-57,
15 3-58, 3-59, 3-60, 3-61, 3-62, 3-63, 3-64, 3-65, 3-66, 3-67, 3-68, 3-69, 3-70, 3-71, and
16 3-72 of East Baton Rouge Parish; Precincts 4, 5, 13, 15B, 24, 25, 26, 27, 28, 29, 31,
17 and 32 of Iberville Parish; Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 2-1, 2-1A, 2-2, 2-3, 2-3A,
18 2-4, 2-5, 2-6, 2-7, 2-8, 2-9, 2-10, 2-11, 2-12, 2-13, 2-14, 3-1, 3-2, 5-1, 5-1A, 5-1B,
19 5-2, 6-1, 6-2, 6-3, 6-4, 6-5, 7-1, 7-2, 7-3, 11-3, and 11-4 of Lafourche Parish;
20 Livingston Parish; Precincts 1-6, 2-6, 3-1, 3-2, 3-3, 5-5, 6-1, 6-2, and 6-4 of St.
21 Charles Parish; Precincts 4-13, 5-4, 5-7, 7-2, 7-3, and 7-5 of St. John the Baptist
22 Parish; Precincts 1 and 2 of St. Martin Parish; Precincts 24, 41, and 45 of St. Mary
23 Parish; Precincts 1, 4, 5, 7, 8, 9, 10, 12, 13, 14, 16, 17, 18, 19, 45, 51, 64, 65, 67, 68,
24 71, 73, 74, 76, 82, 83, 86, 87, and 90 of Terrebonne Parish; and Precincts 2A, 3, 4,
25 5, 7A, 9, 12, 16, 17, 18, 19, 20, 21, and 22 of West Baton Rouge Parish.
26    Section 2. R.S. 18:1276.1 is hereby repealed in its entirety.
27    Section 3.(A) The precincts referenced in this Act are those precincts identified as
28 Voting Districts (VTDs) in the 2020 Census Redistricting TIGER/Line Shapefiles for the
29 State of Louisiana as validated through the data verification program of the Louisiana House

CODING: Words in struck through type are deletions from existing law; words underscored are additions.

Callais_000048

Case 3:24-cv-00122-DCJ-CES-RRS Document 165-4 Filed 02/07/24 Page 6 of 20 PageID #: 2564

1 of Representatives and the Louisiana Senate and available on the legislature's website on the

2 effective date of this Section.

3      (B) When a precinct referenced in this Act has been subdivided by action of the

4 parish governing authority on a nongeographic basis or subdivided by action of the parish

5 governing authority on a geographic basis in accordance with the provisions of R.S.

6 18:532.1, the enumeration in this Act of the general precinct designation shall include all

7 nongeographic and all geographic subdivisions thereof, however such subdivisions may be

8 designated.

9      (C) The territorial limits of the districts as provided in this Act shall continue in

10 effect until changed by law regardless of any subsequent change made to the precincts by

11 the parish governing authority.

12      Section 4. The provisions of this Act shall not reduce the term of office of any

13 person holding any position or office on the effective date of this Section for which the

14 appointment or election is based upon a congressional district as composed pursuant to R.S.

15 18:1276.1. Any position or office that is filled by appointment or election based on a

16 congressional district and that is to be filled after January 3, 2023, shall be appointed or

17 elected from a district as it is described in Section 1 of this Act.

18      Section 5.(A) Solely for the purposes of qualifying for election and the election of

19 representatives to the United States Congress at the regularly scheduled election for

20 representatives to the congress in 2022, the provisions of Section 1 of this Act shall become

21 effective upon signature of this Act by the governor or, if not signed by the governor, upon

22 expiration of the time for bills to become law without signature by the governor, as provided

23 in Article III, Section 18 of the Constitution of Louisiana. If this Act is vetoed by the

24 governor and subsequently approved by the legislature, the provisions of Section 1 of this

25 Act shall become effective on the day following such approval for the purposes established

26 in this Subsection.

27      (B) For subsequent elections of representatives to the United States Congress and

28 for all other purposes, the provisions of Section 1 of this Act shall become effective at noon

29 on January 3, 2023.

CODING: Words in struck through type are deletions from existing law; words underscored are additions.

Callais_000049

1     (C) The provisions of Section 2 of this Act shall become effective at noon on

2 January 3, 2023.

3     (D) The provisions of this Section and Sections 3 and 4 of this Act shall become

4 effective upon signature of this Act by the governor or, if not signed by the governor, upon

5 expiration of the time for bills to become law without signature by the governor, as provided

6 in Article III, Section 18 of the Constitution of Louisiana. If this Act is vetoed by the

7 governor and subsequently approved by the legislature, the provisions of this Section and

8 Sections 3 and 4 of this Act shall become effective on the day following such approval.

---

# DIGEST

The digest printed below was prepared by House Legislative Services. It constitutes no part of the legislative instrument. The keyword, one-liner, abstract, and digest do not constitute part of the law or proof or indicia of legislative intent. [R.S. 1:13(B) and 24:177(E)]

---

HB 1 Original          2022 First Extraordinary Session          Schexnayder

**Abstract:** Provides for the redistricting of the state's congressional districts and provides for the composition of each of the six congressional districts. Effective for election purposes only for the regular congressional elections in 2022 and for all other purposes at noon on Jan. 3, 2023.

    Statistical summaries of proposed law, including district variances from the ideal population of 776,292 and the range of those variances, as well as maps illustrating proposed district boundaries accompany this digest. *(Attached to the bill version on the internet.)*

Present U.S. Constitution (14th Amendment) provides that representatives in congress shall be apportioned among the several states according to their respective numbers, counting the whole number of persons in each state. The U.S. Supreme Court has held that the population of congressional districts in the same state must be as nearly equal in population as practicable.

Proposed law redraws district boundaries for the six congressional districts, effective upon signature of governor or lapse of time for gubernatorial action for purposes of the 2022 election.

Proposed law retains present districts until noon on Jan. 3, 2023, at which time present law is repealed and proposed districts are effective for all other purposes.

Proposed law specifies that precincts referenced in district descriptions are those precincts identified as Voting Districts (VTDs) in the 2020 Census Redistricting TIGER/Line Shapefiles for the state of La. as validated through the data verification program of the La. legislature. Also specifies that if any such precinct has been subdivided by action of the parish governing authority on a nongeographic basis or subdivided by action of the parish governing authority on a geographic basis in accordance with present law, the enumeration of the general precinct designation shall include all nongeographic and all geographic subdivisions thereof. Further provides that the territorial limits of the districts as enacted shall continue in effect until changed by law regardless of any subsequent change made to the precincts by the parish governing authority.

CODING: Words in struck through type are deletions from existing law; words underscored are additions.

Callais_000050

HLS 221ES-2                                                          **ORIGINAL**
                                                                      HB NO. 1

Proposed law specifies that proposed law does not reduce the term of office of any person holding any position or office on the effective date of proposed law for which the appointment or election is based upon a congressional district as composed pursuant to present law.  Specifies that any position or office filled after Jan. 3, 2023, for which the appointment or election is based on a congressional district shall be appointed or elected from a district as it is described in proposed law.

Population data in the summaries accompanying this digest are derived from 2020 Census Redistricting Data (Public Law 94-171), Summary File for Louisiana.  Population data, statistical information, and maps are supplied for purposes of information and analysis and comprise no part of proposed law.

Effective for election purposes only for the regular congressional elections in 2022; effective for all other purposes at noon on Jan. 3, 2023.

(Adds R.S. 18:1276; Repeals R.S. 18:1276.1)

CODING:  Words in struck through type are deletions from existing law; words underscored are additions.

Callais_000051

# Plan Statistics

### Plan: HLS 221ES-2 (Schexnayder) Original

| Districts: | # of Members | Actual Population | Ideal Population | Absolute Deviation | Relative Deviation |
|---|---|---|---|---|---|
| District 1 | 1 | 776,288 | 776,292 | -4 | -0.001% |
| District 2 | 1 | 776,293 | 776,292 | 1 | 0.000% |
| District 3 | 1 | 776,275 | 776,292 | -17 | -0.002% |
| District 4 | 1 | 776,321 | 776,292 | 29 | 0.004% |
| District 5 | 1 | 776,275 | 776,292 | -17 | -0.002% |
| District 6 | 1 | 776,305 | 776,292 | 13 | 0.002% |
| Grand Total: | 6 | 4,657,757 | 4,657,752 | | |

| | | | |
|---|---|---|---|
| Ideal Population Per Member: | 776292 | | |
| Number of Districts for Plan Type: | 6 | | |
| Range of District Populations: | 776,275 | to | 776,321 |
| Absolute Mean Deviation: | 8 | | |
| Absolute Range: | -17 | to | 29 |
| Absolute Overall Range: | 46 | | |
| Relative Mean Deviation: | 0.00% | | |
| Relative Range: | 0.00% | to | 0.00% |
| Relative Overall Range: | 0.00% | | |

| | |
|---|---|
| *Ideal - Actual:* | *-5* |
| *Remainder:* | *5* |
| *Unassigned Population:* | *0* |

## Total Population

Plan: HLS 221ES-2 (Schexnayder) Original

|  | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | Total Hispanic | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | VAP Hispanic Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | 776,288 | 537,983 | 116,701 | 24,434 | 22,736 | 74,434 | 93,082 | 601,549 | 432,516 | 81,775 | 17,986 | 16,150 | 53,122 | 65,531 |
|  | 100.000% | 69.302% | 15.033% | 3.148% | 2.929% | 9.588% | 11.991% | 100.000% | 71.900% | 13.594% | 2.990% | 2.685% | 8.831% | 10.894% |
| District 2 | 776,293 | 218,067 | 473,978 | 23,727 | 8,188 | 52,333 | 67,702 | 600,015 | 184,800 | 352,563 | 18,931 | 6,367 | 37,354 | 47,363 |
|  | 100.000% | 28.091% | 61.057% | 3.056% | 1.055% | 6.741% | 8.721% | 100.000% | 30.799% | 58.759% | 3.155% | 1.061% | 6.226% | 7.894% |
| District 3 | 776,275 | 508,115 | 205,820 | 16,256 | 11,306 | 34,778 | 41,065 | 586,488 | 398,253 | 144,434 | 11,650 | 8,287 | 23,864 | 27,487 |
|  | 100.000% | 65.456% | 26.514% | 2.094% | 1.456% | 4.480% | 5.290% | 100.000% | 67.905% | 24.627% | 1.986% | 1.413% | 4.069% | 4.687% |
| District 4 | 776,321 | 438,493 | 276,844 | 12,936 | 18,995 | 29,053 | 36,371 | 591,382 | 348,175 | 199,057 | 9,393 | 14,241 | 20,516 | 24,950 |
|  | 100.000% | 56.483% | 35.661% | 1.666% | 2.447% | 3.742% | 4.685% | 100.000% | 58.875% | 33.660% | 1.588% | 2.408% | 3.469% | 4.219% |
| District 5 | 776,275 | 459,595 | 273,524 | 7,843 | 11,916 | 23,397 | 28,238 | 597,284 | 367,334 | 197,336 | 6,102 | 9,057 | 17,455 | 20,613 |
|  | 100.000% | 59.205% | 35.235% | 1.010% | 1.535% | 3.014% | 3.638% | 100.000% | 61.501% | 33.039% | 1.022% | 1.516% | 2.922% | 3.451% |
| District 6 | 776,305 | 495,399 | 196,252 | 22,092 | 13,919 | 48,643 | 56,091 | 593,830 | 393,433 | 140,604 | 16,354 | 10,138 | 33,301 | 37,718 |
|  | 100.000% | 63.815% | 25.280% | 2.846% | 1.793% | 6.266% | 7.225% | 100.000% | 66.253% | 23.677% | 2.754% | 1.707% | 5.608% | 6.352% |
| Grand Total | 4,657,757 | 2,657,652 | 1,543,119 | 107,288 | 87,060 | 262,638 | 322,549 | 3,570,548 | 2,124,511 | 1,115,769 | 80,416 | 64,240 | 185,612 | 223,662 |
|  | 100.000% | 57.059% | 33.130% | 2.303% | 1.869% | 5.639% | 6.925% | 100.000% | 59.501% | 31.249% | 2.252% | 1.799% | 5.198% | 6.264% |

## Voter Registration

Plan: HLS 221ES-2 (Schexnayder) Original

|  | Reg Total Dec 2021 | Reg White Dec 2021 | Reg Black Dec 2021 | Reg Other Dec 2021 | Reg Dem Total Dec 2021 | Reg Rep Total Dec 2021 | Reg Other Total Dec 2021 |
|---|---|---|---|---|---|---|---|
| District 1 | 489,126 | 388,604 | 56,870 | 43,652 | 137,925 | 203,404 | 147,797 |
|  | 81.311% | 79.449% | 11.627% | 8.924% | 28.198% | 41.585% | 30.217% |
| District 2 | 495,171 | 151,791 | 304,309 | 39,071 | 313,201 | 58,654 | 123,316 |
|  | 82.526% | 30.654% | 61.455% | 7.890% | 63.251% | 11.845% | 24.904% |
| District 3 | 479,827 | 344,683 | 114,946 | 20,198 | 168,883 | 180,513 | 130,431 |
|  | 81.814% | 71.835% | 23.956% | 4.209% | 35.197% | 37.620% | 27.183% |
| District 4 | 470,683 | 290,476 | 158,433 | 21,774 | 184,700 | 167,337 | 118,646 |
|  | 79.590% | 61.714% | 33.660% | 4.626% | 39.241% | 35.552% | 25.207% |
| District 5 | 484,754 | 309,664 | 162,222 | 12,868 | 197,517 | 172,071 | 115,166 |
|  | 81.160% | 63.881% | 33.465% | 2.655% | 40.746% | 35.497% | 23.758% |
| District 6 | 474,785 | 342,771 | 105,968 | 26,046 | 158,778 | 186,801 | 129,206 |
|  | 79.953% | 72.195% | 22.319% | 5.486% | 33.442% | 39.344% | 27.214% |
| Grand Total | 2,894,346 | 1,827,989 | 902,748 | 163,609 | 1,161,004 | 968,780 | 764,562 |

Splits

Plan: HLS 221ES-2 (Schexnayder) Original

|  | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2021 | Reg White Dec 2021 | Reg Black Dec 2021 | Reg Other Dec 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 1** | | | | | | | | | | | | | | | | |
| *Jefferson | 240,887 | 155,928 | 31,112 | 11,891 | 4,421 | 37,535 | 192,684 | 130,249 | 22,749 | 8,966 | 3,340 | 27,380 | 148,329 | 116,351 | 12,947 | 19,031 |
| *Lafourche | 50,164 | 38,752 | 4,617 | 576 | 3,219 | 3,000 | 38,052 | 30,550 | 2,984 | 425 | 2,127 | 1,966 | 29,354 | 25,495 | 2,151 | 1,708 |
| *Orleans | 52,319 | 41,517 | 4,426 | 2,099 | 616 | 3,661 | 43,221 | 34,590 | 3,737 | 1,622 | 487 | 2,785 | 35,637 | 30,059 | 1,884 | 3,694 |
| Plaquemines | 23,515 | 14,287 | 5,428 | 1,317 | 697 | 1,786 | 17,334 | 10,856 | 3,857 | 925 | 500 | 1,196 | 13,908 | 9,513 | 3,134 | 1,261 |
| St. Bernard | 43,764 | 24,497 | 12,309 | 1,381 | 947 | 4,630 | 31,775 | 18,992 | 7,944 | 982 | 688 | 3,169 | 25,653 | 18,233 | 5,497 | 1,923 |
| St. Tammany | 264,570 | 196,641 | 38,643 | 5,774 | 5,660 | 17,852 | 202,228 | 154,621 | 26,761 | 4,075 | 4,161 | 12,610 | 178,779 | 145,724 | 21,142 | 11,913 |
| *Tangipahoa | 39,695 | 28,967 | 7,279 | 473 | 968 | 2,008 | 29,975 | 22,597 | 4,969 | 311 | 699 | 1,399 | 23,462 | 19,013 | 3,462 | 987 |
| *Terrebonne | 61,374 | 37,394 | 12,887 | 923 | 6,208 | 3,962 | 46,280 | 30,061 | 8,774 | 680 | 4,148 | 2,617 | 34,004 | 24,216 | 6,653 | 3,135 |
| District 1 | 776,288 | 537,983 | 116,701 | 24,434 | 22,736 | 74,434 | 601,549 | 432,516 | 81,775 | 17,986 | 16,150 | 53,122 | 489,126 | 388,604 | 56,870 | 43,652 |
|  | 100.000% | 69.302% | 15.033% | 3.148% | 2.929% | 9.588% | 100.000% | 71.900% | 13.594% | 2.990% | 2.685% | 8.831% | 81.311% | 79.449% | 11.627% | 8.924% |
| **District 2** | | | | | | | | | | | | | | | | |
| *Ascension | 20,892 | 5,625 | 13,842 | 140 | 170 | 1,115 | 15,426 | 4,672 | 9,766 | 104 | 113 | 771 | 13,180 | 3,868 | 8,794 | 518 |
| *Assumption | 6,710 | 2,870 | 3,622 | 23 | 44 | 151 | 5,270 | 2,334 | 2,764 | 15 | 33 | 124 | 4,756 | 1,997 | 2,702 | 57 |
| *East Baton Rouge | 94,325 | 5,624 | 85,793 | 483 | 369 | 2,056 | 70,960 | 5,094 | 63,632 | 382 | 289 | 1,563 | 58,983 | 2,990 | 54,254 | 1,739 |
| *Iberville | 21,073 | 8,453 | 11,316 | 173 | 147 | 984 | 16,631 | 7,182 | 8,363 | 125 | 114 | 847 | 13,630 | 5,355 | 7,955 | 320 |
| *Jefferson | 199,894 | 65,007 | 95,105 | 11,133 | 3,265 | 25,384 | 151,970 | 53,886 | 69,426 | 8,726 | 2,495 | 17,437 | 114,772 | 43,265 | 56,629 | 14,878 |
| *Orleans | 331,678 | 84,945 | 214,543 | 10,757 | 3,050 | 18,383 | 262,975 | 75,662 | 162,331 | 8,898 | 2,461 | 13,623 | 220,607 | 61,927 | 139,641 | 19,039 |
| *St. Charles | 34,943 | 21,021 | 11,091 | 501 | 610 | 1,720 | 26,288 | 16,352 | 7,957 | 307 | 457 | 1,215 | 23,249 | 15,046 | 7,109 | 1,094 |
| St. James | 20,192 | 9,973 | 9,762 | 60 | 82 | 315 | 15,505 | 7,883 | 7,297 | 31 | 64 | 230 | 14,966 | 7,254 | 7,501 | 211 |
| *St. John the Baptist | 32,678 | 8,833 | 21,557 | 244 | 303 | 1,741 | 24,826 | 7,363 | 15,831 | 183 | 235 | 1,214 | 22,433 | 6,282 | 15,109 | 1,042 |
| *West Baton Rouge | 13,908 | 5,716 | 7,347 | 213 | 148 | 484 | 10,164 | 4,372 | 5,196 | 160 | 106 | 330 | 8,595 | 3,807 | 4,615 | 173 |
| District 2 | 776,293 | 218,067 | 473,978 | 23,727 | 8,188 | 52,333 | 600,015 | 184,800 | 352,563 | 18,931 | 6,367 | 37,354 | 495,171 | 151,791 | 304,309 | 39,071 |
|  | 100.000% | 28.091% | 61.057% | 3.056% | 1.055% | 6.741% | 100.000% | 30.799% | 58.759% | 3.155% | 1.061% | 6.226% | 82.526% | 30.654% | 61.455% | 7.890% |
| **District 3** | | | | | | | | | | | | | | | | |
| Acadia | 57,576 | 44,480 | 10,864 | 238 | 573 | 1,421 | 42,943 | 34,071 | 7,383 | 173 | 400 | 916 | 37,678 | 30,555 | 6,407 | 716 |
| Calcasieu | 216,785 | 139,772 | 59,386 | 4,702 | 3,536 | 9,389 | 163,166 | 108,789 | 41,898 | 3,359 | 2,604 | 6,516 | 120,511 | 85,659 | 29,513 | 5,339 |
| Cameron | 5,617 | 5,232 | 125 | 30 | 75 | 155 | 4,358 | 4,100 | 79 | 23 | 47 | 109 | 4,789 | 4,610 | 88 | 91 |
| Iberia | 69,929 | 39,206 | 24,556 | 2,123 | 794 | 3,250 | 52,791 | 31,295 | 17,069 | 1,562 | 581 | 2,284 | 44,526 | 28,287 | 14,352 | 1,887 |
| Jefferson Davis | 32,250 | 25,066 | 5,837 | 183 | 472 | 692 | 24,039 | 19,121 | 4,006 | 111 | 325 | 476 | 20,013 | 16,350 | 3,202 | 461 |
| Lafayette | 241,753 | 153,363 | 65,136 | 6,454 | 3,210 | 13,590 | 183,875 | 121,608 | 45,917 | 4,664 | 2,387 | 9,299 | 153,493 | 108,645 | 36,481 | 8,367 |
| *St. Martin | 50,399 | 31,974 | 15,908 | 590 | 505 | 1,422 | 38,250 | 25,187 | 11,282 | 402 | 383 | 996 | 34,127 | 22,955 | 10,380 | 792 |
| *St. Mary | 44,607 | 24,545 | 15,198 | 489 | 1,518 | 2,857 | 34,054 | 19,719 | 11,013 | 319 | 1,072 | 1,931 | 27,921 | 17,117 | 9,529 | 1,275 |
| Vermilion | 57,359 | 44,477 | 8,810 | 1,447 | 623 | 2,002 | 43,012 | 34,363 | 5,787 | 1,037 | 488 | 1,337 | 36,769 | 30,505 | 4,994 | 1,270 |
| District 3 | 776,275 | 508,115 | 205,820 | 16,256 | 11,306 | 34,778 | 586,488 | 398,253 | 144,434 | 11,650 | 8,287 | 23,864 | 479,827 | 344,683 | 114,946 | 20,198 |
|  | 100.000% | 65.456% | 26.514% | 2.094% | 1.456% | 4.480% | 100.000% | 67.905% | 24.627% | 1.986% | 1.413% | 4.069% | 81.814% | 71.835% | 23.956% | 4.209% |

Callais_000055

## Splits

Plan: HLS 221ES-2 (Schexnayder) Original

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2021 | Reg White Dec 2021 | Reg Black Dec 2021 | Reg Other Dec 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 4** | | | | | | | | | | | | | | | | |
| Allen | 22,750 | 16,327 | 4,490 | 246 | 947 | 740 | 17,510 | 12,751 | 3,275 | 182 | 646 | 656 | 12,201 | 9,478 | 2,217 | 506 |
| Beauregard | 36,549 | 29,529 | 4,649 | 402 | 1,052 | 917 | 27,489 | 22,304 | 3,495 | 269 | 773 | 648 | 22,294 | 18,771 | 2,369 | 1,154 |
| Bienville | 12,981 | 6,950 | 5,600 | 57 | 207 | 167 | 10,073 | 5,486 | 4,284 | 30 | 162 | 111 | 8,847 | 4,843 | 3,917 | 87 |
| Bossier | 128,746 | 81,052 | 32,551 | 3,492 | 3,273 | 8,378 | 95,876 | 62,931 | 22,440 | 2,448 | 2,477 | 5,580 | 69,743 | 50,861 | 14,838 | 4,044 |
| Caddo | 237,848 | 103,457 | 119,304 | 4,034 | 3,840 | 7,213 | 182,407 | 85,059 | 86,359 | 3,008 | 2,958 | 5,023 | 151,296 | 73,113 | 71,249 | 6,934 |
| Claiborne | 14,170 | 7,263 | 6,360 | 88 | 185 | 274 | 11,507 | 6,258 | 4,824 | 55 | 140 | 230 | 8,598 | 4,632 | 3,820 | 146 |
| De Soto | 26,812 | 15,284 | 9,973 | 117 | 740 | 698 | 20,440 | 11,909 | 7,425 | 86 | 557 | 463 | 18,713 | 11,330 | 6,810 | 573 |
| Evangeline | 32,350 | 21,354 | 9,235 | 241 | 280 | 1,240 | 24,408 | 16,460 | 6,483 | 187 | 217 | 1,061 | 20,553 | 14,566 | 5,643 | 344 |
| Natchitoches | 37,515 | 19,361 | 15,725 | 255 | 861 | 1,313 | 29,349 | 16,010 | 11,415 | 198 | 683 | 1,043 | 23,107 | 12,850 | 9,224 | 1,033 |
| *Rapides | 111,108 | 60,863 | 41,700 | 2,235 | 2,429 | 3,881 | 84,531 | 48,706 | 29,641 | 1,633 | 1,824 | 2,727 | 68,356 | 41,759 | 23,394 | 3,203 |
| Red River | 7,620 | 4,195 | 3,106 | 25 | 171 | 123 | 5,714 | 3,338 | 2,164 | 3 | 116 | 93 | 5,631 | 3,130 | 2,418 | 83 |
| Sabine | 22,155 | 15,036 | 3,861 | 94 | 2,723 | 441 | 17,064 | 12,054 | 2,655 | 66 | 1,970 | 319 | 14,547 | 11,023 | 2,184 | 1,340 |
| Vernon | 48,750 | 35,087 | 7,611 | 1,442 | 1,600 | 3,010 | 36,261 | 26,765 | 5,133 | 1,074 | 1,160 | 2,129 | 24,060 | 19,182 | 3,011 | 1,867 |
| Webster | 36,967 | 22,735 | 12,679 | 208 | 687 | 658 | 28,753 | 18,144 | 9,464 | 154 | 558 | 433 | 22,737 | 14,938 | 7,339 | 460 |
| **District 4** | **776,321** | **438,493** | **276,844** | **12,936** | **18,995** | **29,053** | **591,382** | **348,175** | **199,057** | **9,393** | **14,241** | **20,516** | **470,683** | **290,476** | **158,433** | **21,774** |
| | 100.000% | 56.483% | 35.661% | 1.666% | 2.447% | 3.742% | 100.000% | 58.875% | 33.660% | 1.588% | 2.408% | 3.469% | 79.590% | 61.714% | 33.660% | 4.626% |
| **District 5** | | | | | | | | | | | | | | | | |
| Avoyelles | 39,693 | 25,625 | 11,678 | 434 | 767 | 1,189 | 30,578 | 20,269 | 8,311 | 379 | 570 | 1,049 | 23,426 | 16,534 | 6,294 | 598 |
| Caldwell | 9,645 | 7,646 | 1,632 | 51 | 150 | 166 | 7,478 | 5,969 | 1,224 | 46 | 116 | 123 | 6,031 | 5,124 | 818 | 89 |
| Catahoula | 8,906 | 5,776 | 2,395 | 46 | 119 | 570 | 6,951 | 4,557 | 1,736 | 33 | 87 | 538 | 6,467 | 4,639 | 1,770 | 58 |
| Concordia | 18,687 | 10,275 | 7,725 | 122 | 233 | 332 | 14,217 | 8,108 | 5,613 | 100 | 167 | 229 | 11,964 | 7,222 | 4,540 | 202 |
| East Carroll | 7,459 | 2,054 | 5,272 | 29 | 43 | 61 | 5,901 | 1,773 | 4,043 | 19 | 27 | 39 | 4,709 | 1,306 | 3,359 | 44 |
| East Feliciana | 19,539 | 11,516 | 7,341 | 91 | 262 | 329 | 16,183 | 9,740 | 5,918 | 61 | 198 | 266 | 13,600 | 7,959 | 5,186 | 455 |
| Franklin | 19,774 | 12,492 | 6,802 | 70 | 205 | 205 | 15,028 | 9,901 | 4,779 | 44 | 153 | 151 | 13,159 | 9,015 | 4,034 | 110 |
| Grant | 22,169 | 17,709 | 3,335 | 133 | 644 | 348 | 17,527 | 13,964 | 2,717 | 97 | 507 | 242 | 12,688 | 11,174 | 1,176 | 338 |
| Jackson | 15,031 | 9,967 | 4,166 | 175 | 255 | 468 | 11,783 | 7,967 | 3,125 | 140 | 174 | 377 | 9,449 | 6,647 | 2,610 | 192 |
| La Salle | 14,791 | 11,348 | 1,422 | 283 | 372 | 1,366 | 11,563 | 8,636 | 1,065 | 264 | 271 | 1,327 | 8,792 | 7,978 | 637 | 177 |
| Lincoln | 48,396 | 26,034 | 19,364 | 892 | 662 | 1,444 | 38,655 | 21,306 | 15,119 | 744 | 526 | 960 | 25,649 | 15,672 | 9,016 | 961 |
| Madison | 10,017 | 3,475 | 6,363 | 20 | 59 | 100 | 7,435 | 2,906 | 4,391 | 9 | 48 | 81 | 7,278 | 2,494 | 4,674 | 110 |
| Morehouse | 25,629 | 12,281 | 12,484 | 160 | 370 | 334 | 20,062 | 10,095 | 9,300 | 117 | 279 | 271 | 16,922 | 8,505 | 8,131 | 286 |
| Ouachita | 160,368 | 88,545 | 61,217 | 2,788 | 2,661 | 5,157 | 120,200 | 69,974 | 42,290 | 2,118 | 2,059 | 3,759 | 99,752 | 60,515 | 35,658 | 3,579 |
| Pointe Coupee | 20,758 | 12,395 | 7,504 | 107 | 159 | 593 | 16,250 | 10,108 | 5,502 | 91 | 119 | 430 | 14,675 | 9,320 | 5,121 | 234 |
| *Rapides | 18,915 | 16,647 | 892 | 193 | 673 | 510 | 14,261 | 12,667 | 564 | 153 | 510 | 367 | 11,820 | 11,073 | 381 | 366 |
| Richland | 20,043 | 11,785 | 7,603 | 83 | 258 | 314 | 15,383 | 9,338 | 5,546 | 66 | 203 | 230 | 13,662 | 8,470 | 4,961 | 231 |
| St. Helena | 10,920 | 4,527 | 6,031 | 39 | 134 | 189 | 8,463 | 3,805 | 4,371 | 28 | 109 | 150 | 8,321 | 3,628 | 4,565 | 128 |

Callais_000056

Splits

Plan: HLS 221ES-2 (Schexnayder) Original

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2021 | Reg White Dec 2021 | Reg Black Dec 2021 | Reg Other Dec 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 5** | | | | | | | | | | | | | | | | |
| St. Landry | 82,540 | 43,611 | 35,836 | 499 | 636 | 1,958 | 61,811 | 34,209 | 25,497 | 353 | 451 | 1,301 | 54,482 | 30,093 | 23,005 | 1,384 |
| *Tangipahoa | 93,462 | 52,369 | 34,600 | 1,001 | 1,486 | 4,006 | 71,516 | 42,608 | 24,248 | 789 | 1,128 | 2,743 | 52,794 | 33,899 | 17,063 | 1,832 |
| Tensas | 4,147 | 1,744 | 2,312 | 23 | 26 | 42 | 3,235 | 1,446 | 1,728 | 12 | 23 | 26 | 3,455 | 1,503 | 1,917 | 35 |
| Union | 21,107 | 14,460 | 5,224 | 62 | 338 | 1,023 | 16,632 | 11,807 | 3,861 | 39 | 254 | 671 | 15,221 | 11,066 | 3,692 | 463 |
| Washington | 45,463 | 29,943 | 13,434 | 216 | 736 | 1,134 | 34,951 | 23,743 | 9,732 | 154 | 561 | 761 | 27,587 | 18,835 | 8,102 | 650 |
| West Carroll | 9,751 | 7,894 | 1,425 | 27 | 180 | 225 | 7,532 | 6,223 | 1,010 | 20 | 136 | 143 | 7,038 | 5,913 | 1,040 | 85 |
| West Feliciana | 15,310 | 10,883 | 3,740 | 89 | 225 | 373 | 12,783 | 9,283 | 2,951 | 56 | 174 | 319 | 7,407 | 5,092 | 2,180 | 135 |
| Winn | 13,755 | 8,594 | 3,727 | 210 | 263 | 961 | 10,906 | 6,932 | 2,695 | 170 | 207 | 902 | 8,406 | 5,988 | 2,292 | 126 |
| **District 5** | 776,275 100.000% | 459,595 59.205% | 273,524 35.235% | 7,843 1.010% | 11,916 1.535% | 23,397 3.014% | 597,284 100.000% | 367,334 61.501% | 197,336 33.039% | 6,102 1.022% | 9,057 1.516% | 17,455 2.922% | 484,754 81.160% | 309,664 63.881% | 162,222 33.465% | 12,868 2.655% |
| **District 6** | | | | | | | | | | | | | | | | |
| *Ascension | 105,608 | 75,516 | 18,374 | 2,160 | 1,834 | 7,724 | 76,531 | 56,464 | 12,373 | 1,410 | 1,277 | 5,007 | 66,737 | 52,932 | 10,020 | 3,785 |
| *Assumption | 14,329 | 10,852 | 2,598 | 73 | 214 | 592 | 11,346 | 8,811 | 1,943 | 42 | 164 | 386 | 9,683 | 7,703 | 1,808 | 172 |
| *East Baton Rouge | 362,456 | 190,445 | 127,605 | 15,942 | 4,358 | 24,106 | 284,652 | 158,787 | 93,158 | 12,217 | 3,458 | 17,032 | 220,281 | 135,242 | 70,421 | 14,618 |
| *Iberville | 9,168 | 6,380 | 2,414 | 29 | 127 | 218 | 7,455 | 5,280 | 1,869 | 24 | 107 | 175 | 6,832 | 4,777 | 1,942 | 113 |
| *Lafourche | 47,393 | 32,958 | 11,238 | 449 | 1,005 | 1,743 | 36,567 | 26,288 | 8,093 | 313 | 650 | 1,223 | 28,924 | 22,972 | 5,013 | 939 |
| Livingston | 142,282 | 116,855 | 12,658 | 1,697 | 3,111 | 7,961 | 105,141 | 88,432 | 8,136 | 1,099 | 2,311 | 5,163 | 84,568 | 76,062 | 5,425 | 3,081 |
| *St. Charles | 17,606 | 12,529 | 2,837 | 336 | 315 | 1,589 | 13,253 | 9,802 | 1,933 | 222 | 210 | 1,086 | 11,736 | 9,263 | 1,688 | 785 |
| *St. John the Baptist | 9,799 | 5,044 | 3,639 | 159 | 162 | 795 | 7,677 | 4,259 | 2,606 | 140 | 115 | 557 | 6,480 | 3,937 | 2,125 | 418 |
| *St. Martin | 1,368 | 1,285 | 13 | 7 | 34 | 29 | 1,154 | 1,091 | 11 | 5 | 30 | 17 | 993 | 979 | 1 | 13 |
| *St. Mary | 4,799 | 2,404 | 793 | 346 | 152 | 1,104 | 3,467 | 1,875 | 507 | 274 | 101 | 710 | 2,289 | 1,595 | 362 | 332 |
| *Terrebonne | 48,206 | 32,540 | 10,260 | 820 | 2,429 | 2,157 | 36,225 | 25,570 | 7,022 | 559 | 1,602 | 1,472 | 27,716 | 21,179 | 4,913 | 1,624 |
| *West Baton Rouge | 13,291 | 8,591 | 3,823 | 74 | 178 | 625 | 10,362 | 6,774 | 2,953 | 49 | 113 | 473 | 8,546 | 6,130 | 2,250 | 166 |
| **District 6** | 776,305 100.000% | 495,399 63.815% | 196,252 25.280% | 22,092 2.846% | 13,919 1.793% | 48,643 6.266% | 593,830 100.000% | 393,433 66.253% | 140,604 23.677% | 16,354 2.754% | 10,138 1.707% | 33,301 5.608% | 474,785 79.953% | 342,771 72.195% | 105,968 22.319% | 26,046 5.486% |

Callais_000057





# HLS 221ES-2 (Schexnayder) Original - Statewide

Callais_000058

# HLS 221ES-2 (Schexnayder) Original - Capital Region

Callais_000059


# HLS 221ES-2 (Schexnayder) Original - Bayou/River Region

Callais_000060

Case 3:24-cv-00122-DCJ-CES-RRS Document 163-4 Filed 02/07/24 Page 19 of 21 PageID #: 2876
Case 3:24-cv-00122-DCJ-CES-RRS Document 176-4 Filed 02/07/24 Page 19 of 21 PageID #: 2976

HLS 22IES-2 (Schexnayder) Original - Jefferson and Orleans

# HLS22ES-2 (Schexnayder) Original - Rapides

Callais_000062

# HLS 221ES-2 (Schexnayder) Original - Tangipahoa

Callais_000063





