## Districts: 2020 Pop & VAP and 2022 VoteReg
### District 1

Plan: Congress: Act 5 1ES 2022 (HB1)

Page 1 of 1

| | Total Population | Total White | Total Black | Total Asian | Total Other | Total Hispanic | VAP Total | VAP White | VAP Black | VAP Hispanic Total | Reg Total Dec 2022 | Reg White Dec 2022 | Reg Black Dec 2022 | Reg Other Dec 2022 | Reg Dem Total Dec 2022 | Reg Rep Total Dec 2022 | Reg Other Total Dec 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | | | | | | | | | | | | | | | | | |
| Jefferson | 245,132 | 158,171 | 32,307 | 12,015 | 38,152 | 47,716 | 196,104 | 132,171 | 23,683 | 34,196 | 148,882 | 116,026 | 13,309 | 19,547 | 41,150 | 62,051 | 45,681 |
| | 100.000% | 64.525% | 13.179% | 4.901% | 15.564% | 19.465% | 100.000% | 67.398% | 12.077% | 17.438% | 75.920% | 77.932% | 8.939% | 13.129% | 27.639% | 41.678% | 30.683% |
| Lafourche | 43,701 | 35,524 | 1,903 | 534 | 2,779 | 3,353 | 33,330 | 28,074 | 1,095 | 2,127 | 23,802 | 21,879 | 523 | 1,400 | 6,723 | 10,432 | 6,647 |
| | 100.000% | 81.289% | 4.355% | 1.222% | 6.359% | 7.673% | 100.000% | 84.230% | 3.285% | 6.382% | 71.413% | 91.921% | 2.197% | 5.882% | 28.246% | 43.828% | 27.926% |
| Orleans | 48,050 | 38,141 | 3,973 | 1,929 | 3,438 | 5,984 | 39,613 | 31,740 | 3,348 | 5,070 | 32,369 | 27,334 | 1,595 | 3,440 | 12,653 | 9,482 | 10,234 |
| | 100.000% | 79.378% | 8.268% | 4.015% | 7.155% | 12.454% | 100.000% | 80.125% | 8.452% | 12.799% | 81.713% | 84.445% | 4.928% | 10.627% | 39.090% | 29.293% | 31.617% |
| Plaquemines | 23,515 | 14,287 | 5,428 | 1,317 | 1,786 | 2,236 | 17,334 | 10,856 | 3,857 | 1,377 | 13,819 | 9,441 | 3,114 | 1,264 | 4,963 | 5,100 | 3,756 |
| | 100.000% | 60.757% | 23.083% | 5.601% | 7.595% | 9.509% | 100.000% | 62.628% | 22.251% | 7.944% | 79.722% | 68.319% | 22.534% | 9.147% | 35.914% | 36.906% | 27.180% |
| St. Bernard | 43,764 | 24,497 | 12,309 | 1,381 | 4,630 | 6,010 | 31,775 | 18,992 | 7,944 | 4,028 | 25,676 | 18,118 | 5,578 | 1,980 | 10,098 | 6,790 | 8,788 |
| | 100.000% | 55.975% | 28.126% | 3.156% | 10.579% | 13.733% | 100.000% | 59.770% | 25.001% | 12.677% | 80.806% | 70.564% | 21.725% | 7.711% | 39.329% | 26.445% | 34.227% |
| St. Tammany | 264,570 | 196,641 | 38,643 | 5,774 | 17,852 | 20,844 | 202,228 | 154,621 | 26,761 | 14,310 | 178,514 | 144,930 | 21,507 | 12,077 | 39,783 | 84,330 | 54,401 |
| | 100.000% | 74.325% | 14.606% | 2.182% | 6.748% | 7.878% | 100.000% | 76.459% | 13.233% | 7.076% | 88.274% | 81.187% | 12.048% | 6.765% | 22.286% | 47.240% | 30.474% |
| Tangipahoa | 39,681 | 29,260 | 7,152 | 457 | 1,874 | 2,202 | 30,157 | 22,966 | 4,838 | 1,493 | 22,913 | 18,600 | 3,339 | 974 | 5,748 | 10,263 | 6,902 |
| | 100.000% | 73.738% | 18.024% | 1.152% | 4.723% | 5.549% | 100.000% | 76.155% | 16.043% | 4.951% | 75.979% | 81.177% | 14.573% | 4.251% | 25.086% | 44.791% | 30.123% |
| Terrebonne | 67,855 | 41,957 | 14,123 | 1,008 | 4,221 | 5,084 | 51,018 | 33,541 | 9,579 | 3,210 | 35,396 | 25,979 | 6,304 | 3,113 | 10,271 | 14,510 | 10,615 |
| | 100.000% | 61.833% | 20.813% | 1.486% | 6.221% | 7.492% | 100.000% | 65.743% | 18.776% | 6.292% | 69.379% | 73.395% | 17.810% | 8.795% | 29.017% | 40.993% | 29.989% |
| District 1 | 776,268 | 538,478 | 115,838 | 24,415 | 74,732 | 93,429 | 601,559 | 432,961 | 81,105 | 65,811 | 481,371 | 382,307 | 55,269 | 43,795 | 131,389 | 202,958 | 147,024 |
| | 100.000% | 69.368% | 14.922% | 3.145% | 9.627% | 12.036% | 100.000% | 71.973% | 13.482% | 10.940% | 80.021% | 79.420% | 11.482% | 9.098% | 27.295% | 42.162% | 30.543% |



EXHIBIT
JE5

Callais_000065

# Districts: 2020 Pop & VAP and 2022 VoteReg
## District 2

Plan: Congress: Act 5 1ES 2022 (HB1)

Page 1 of 1

| | Total Population | Total White | Total Black | Total Asian | Total Other | Total Hispanic | VAP Total | VAP White | VAP Black | VAP Hispanic Total | Reg Total Dec 2022 | Reg White Dec 2022 | Reg Black Dec 2022 | Reg Other Dec 2022 | Reg Dem Total Dec 2022 | Reg Rep Total Dec 2022 | Reg Other Total Dec 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 2** | | | | | | | | | | | | | | | | | |
| Ascension | 20,892 | 5,625 | 13,842 | 140 | 1,115 | 1,416 | 15,426 | 4,672 | 9,766 | 949 | 12,963 | 3,856 | 8,595 | 512 | 8,256 | 1,905 | 2,802 |
| | 100.000% | 26.924% | 66.255% | 0.670% | 5.337% | 6.778% | 100.000% | 30.287% | 63.309% | 6.152% | 84.033% | 29.746% | 66.304% | 3.950% | 63.689% | 14.696% | 21.615% |
| Assumption | 6,710 | 2,870 | 3,622 | 23 | 151 | 201 | 5,270 | 2,334 | 2,764 | 151 | 4,733 | 2,040 | 2,632 | 61 | 3,039 | 898 | 796 |
| | 100.000% | 42.772% | 53.979% | 0.343% | 2.250% | 2.996% | 100.000% | 44.288% | 52.448% | 2.865% | 89.810% | 43.102% | 55.610% | 1.289% | 64.209% | 18.973% | 16.818% |
| East Baton Rouge | 94,325 | 5,624 | 85,793 | 483 | 2,056 | 2,758 | 70,960 | 5,094 | 63,632 | 2,008 | 57,704 | 2,842 | 53,147 | 1,715 | 43,145 | 1,852 | 12,707 |
| | 100.000% | 5.962% | 90.955% | 0.512% | 2.180% | 2.924% | 100.000% | 7.179% | 89.673% | 2.830% | 81.319% | 4.925% | 92.103% | 2.972% | 74.770% | 3.209% | 22.021% |
| Iberville | 21,073 | 8,453 | 11,316 | 173 | 984 | 1,127 | 16,631 | 7,182 | 8,363 | 959 | 13,598 | 5,356 | 7,919 | 323 | 8,447 | 2,475 | 2,676 |
| | 100.000% | 40.113% | 53.699% | 0.821% | 4.669% | 5.348% | 100.000% | 43.184% | 50.286% | 5.766% | 81.763% | 39.388% | 58.237% | 2.375% | 62.119% | 18.201% | 19.679% |
| Jefferson | 195,649 | 62,764 | 93,910 | 11,009 | 24,767 | 31,341 | 148,550 | 51,964 | 68,492 | 21,288 | 110,154 | 40,395 | 55,029 | 14,730 | 57,055 | 19,825 | 33,274 |
| | 100.000% | 32.080% | 47.999% | 5.627% | 12.659% | 16.019% | 100.000% | 34.981% | 46.107% | 14.331% | 74.153% | 36.671% | 49.956% | 13.372% | 51.796% | 17.998% | 30.207% |
| Orleans | 335,947 | 88,321 | 214,996 | 10,927 | 18,606 | 25,033 | 266,583 | 78,512 | 162,720 | 18,086 | 221,102 | 64,074 | 137,549 | 19,479 | 150,110 | 15,026 | 55,966 |
| | 100.000% | 26.290% | 63.997% | 3.253% | 5.538% | 7.451% | 100.000% | 29.451% | 61.039% | 6.784% | 82.939% | 28.979% | 62.211% | 8.810% | 67.892% | 6.796% | 25.312% |
| St. Charles | 34,943 | 21,021 | 11,091 | 501 | 1,720 | 2,224 | 26,288 | 16,352 | 7,957 | 1,465 | 22,744 | 14,752 | 6,889 | 1,103 | 8,840 | 7,982 | 5,922 |
| | 100.000% | 60.158% | 31.740% | 1.434% | 4.922% | 6.365% | 100.000% | 62.203% | 30.269% | 5.573% | 86.519% | 64.861% | 30.289% | 4.850% | 38.867% | 35.095% | 26.038% |
| St. James | 20,192 | 9,973 | 9,762 | 60 | 315 | 343 | 15,505 | 7,883 | 7,297 | 237 | 14,732 | 7,182 | 7,335 | 215 | 9,053 | 3,226 | 2,453 |
| | 100.000% | 49.391% | 48.346% | 0.297% | 1.560% | 1.699% | 100.000% | 50.842% | 47.062% | 1.529% | 95.015% | 48.751% | 49.790% | 1.459% | 61.451% | 21.898% | 16.651% |
| St. John the Baptist | 32,678 | 8,833 | 21,557 | 244 | 1,741 | 2,254 | 24,826 | 7,363 | 15,831 | 1,527 | 21,637 | 5,951 | 14,654 | 1,032 | 14,055 | 2,742 | 4,840 |
| | 100.000% | 27.030% | 65.968% | 0.747% | 5.328% | 6.898% | 100.000% | 29.658% | 63.768% | 6.151% | 87.155% | 27.504% | 67.727% | 4.770% | 64.958% | 12.673% | 22.369% |
| West Baton Rouge | 13,908 | 5,716 | 7,347 | 213 | 484 | 531 | 10,164 | 4,372 | 5,196 | 371 | 8,429 | 3,681 | 4,566 | 180 | 4,579 | 1,880 | 1,968 |
| | 100.000% | 41.099% | 52.826% | 1.531% | 3.480% | 3.818% | 100.000% | 43.015% | 51.122% | 3.650% | 82.930% | 43.671% | 54.170% | 2.135% | 54.324% | 22.304% | 23.348% |
| **District 2** | 776,317 | 219,200 | 473,236 | 23,773 | 51,939 | 67,228 | 600,203 | 185,728 | 352,018 | 47,041 | 487,796 | 150,129 | 298,315 | 39,350 | 306,579 | 57,811 | 123,404 |
| | 100.000% | 28.236% | 60.959% | 3.062% | 6.690% | 8.660% | 100.000% | 30.944% | 58.650% | 7.838% | 81.272% | 30.777% | 61.156% | 8.067% | 62.850% | 11.851% | 25.298% |

Callais_000066

## Districts: 2020 Pop & VAP and 2022 VoteReg
### District 3

Plan: Congress: Act 5 1ES 2022 (HB1)

Page 1 of 1

| | Total Population | Total White | Total Black | Total Asian | Total Other | Total Hispanic | VAP Total | VAP White | VAP Black | VAP Hispanic Total | Reg Total Dec 2022 | Reg White Dec 2022 | Reg Black Dec 2022 | Reg Other Dec 2022 | Reg Dem Total Dec 2022 | Reg Rep Total Dec 2022 | Reg Other Total Dec 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 3** | | | | | | | | | | | | | | | | | |
| Acadia | 57,576 | 44,480 | 10,864 | 238 | 1,421 | 1,641 | 42,943 | 34,071 | 7,383 | 1,026 | 37,412 | 30,357 | 6,331 | 724 | 12,899 | 15,577 | 8,936 |
| | 100.000% | 77.254% | 18.869% | 0.413% | 2.468% | 2.850% | 100.000% | 79.340% | 17.193% | 2.389% | 87.120% | 81.142% | 16.922% | 1.935% | 34.478% | 41.636% | 23.885% |
| Calcasieu | 216,785 | 139,772 | 59,386 | 4,702 | 9,389 | 11,384 | 163,166 | 108,789 | 41,898 | 7,570 | 115,402 | 82,202 | 28,046 | 5,154 | 39,399 | 42,947 | 33,056 |
| | 100.000% | 64.475% | 27.394% | 2.169% | 4.331% | 5.251% | 100.000% | 66.674% | 25.678% | 4.639% | 70.727% | 71.231% | 24.303% | 4.466% | 34.141% | 37.215% | 28.644% |
| Cameron | 5,617 | 5,232 | 125 | 30 | 155 | 197 | 4,358 | 4,100 | 79 | 130 | 4,552 | 4,381 | 88 | 83 | 1,261 | 2,086 | 1,205 |
| | 100.000% | 93.146% | 2.225% | 0.534% | 2.759% | 3.507% | 100.000% | 94.080% | 1.813% | 2.983% | 104.452% | 96.243% | 1.933% | 1.823% | 27.702% | 45.826% | 26.472% |
| Iberia | 69,929 | 39,206 | 24,556 | 2,123 | 3,250 | 3,897 | 52,791 | 31,295 | 17,069 | 2,657 | 43,079 | 27,436 | 13,808 | 1,835 | 16,246 | 15,578 | 11,255 |
| | 100.000% | 56.065% | 35.116% | 3.036% | 4.648% | 5.573% | 100.000% | 59.281% | 32.333% | 5.033% | 81.603% | 63.688% | 32.053% | 4.260% | 37.712% | 36.161% | 26.126% |
| Jefferson Davis | 32,250 | 25,066 | 5,837 | 183 | 692 | 734 | 24,039 | 19,121 | 4,006 | 489 | 19,954 | 16,339 | 3,129 | 486 | 6,535 | 7,879 | 5,540 |
| | 100.000% | 77.724% | 18.099% | 0.567% | 2.146% | 2.276% | 100.000% | 79.542% | 16.665% | 2.034% | 83.007% | 81.883% | 15.681% | 2.436% | 32.750% | 39.486% | 27.764% |
| Lafayette | 241,753 | 153,363 | 65,136 | 6,454 | 13,590 | 15,983 | 183,875 | 121,608 | 45,917 | 10,829 | 153,648 | 108,799 | 36,314 | 8,535 | 47,429 | 62,030 | 44,189 |
| | 100.000% | 63.438% | 26.943% | 2.670% | 5.621% | 6.611% | 100.000% | 66.136% | 24.972% | 5.889% | 83.561% | 70.811% | 23.635% | 5.555% | 30.869% | 40.371% | 28.760% |
| St. Martin | 50,399 | 31,974 | 15,908 | 590 | 1,422 | 1,635 | 38,250 | 25,187 | 11,282 | 1,113 | 33,480 | 22,593 | 10,096 | 791 | 13,570 | 11,841 | 8,069 |
| | 100.000% | 63.442% | 31.564% | 1.171% | 2.821% | 3.244% | 100.000% | 65.848% | 29.495% | 2.910% | 87.529% | 67.482% | 30.155% | 2.363% | 40.532% | 35.367% | 24.101% |
| St. Mary | 44,607 | 24,545 | 15,198 | 489 | 2,857 | 3,298 | 34,054 | 19,719 | 11,013 | 2,177 | 27,177 | 16,650 | 9,260 | 1,267 | 10,663 | 9,039 | 7,475 |
| | 100.000% | 55.025% | 34.071% | 1.096% | 6.405% | 7.393% | 100.000% | 57.905% | 32.340% | 6.393% | 79.806% | 61.265% | 34.073% | 4.662% | 39.235% | 33.260% | 27.505% |
| Vermilion | 57,359 | 44,477 | 8,810 | 1,447 | 2,002 | 2,296 | 43,012 | 34,363 | 5,787 | 1,496 | 36,713 | 30,463 | 4,962 | 1,288 | 12,196 | 14,642 | 9,875 |
| | 100.000% | 77.541% | 15.359% | 2.523% | 3.490% | 4.003% | 100.000% | 79.892% | 13.454% | 3.478% | 85.355% | 82.976% | 13.516% | 3.508% | 33.220% | 39.882% | 26.898% |
| **District 3** | 776,275 | 508,115 | 205,820 | 16,256 | 34,778 | 41,065 | 586,488 | 398,253 | 144,434 | 27,487 | 471,417 | 339,220 | 112,034 | 20,163 | 160,198 | 181,619 | 129,600 |
| | 100.000% | 65.456% | 26.514% | 2.094% | 4.480% | 5.290% | 100.000% | 67.905% | 24.627% | 4.687% | 80.380% | 71.958% | 23.765% | 4.277% | 33.982% | 38.526% | 27.492% |

## Districts: 2020 Pop & VAP and 2022 VoteReg
### District 4

Plan: Congress: Act 5 1ES 2022 (HB1)

Page 1 of 1

| | Total Population | Total White | Total Black | Total Asian | Total Other | Total Hispanic | VAP Total | VAP White | VAP Black | VAP Hispanic Total | Reg Total Dec 2022 | Reg White Dec 2022 | Reg Black Dec 2022 | Reg Other Dec 2022 | Reg Dem Total Dec 2022 | Reg Rep Total Dec 2022 | Reg Other Total Dec 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 4** | | | | | | | | | | | | | | | | | |
| Allen | 22,750 | 16,327 | 4,490 | 246 | 740 | 1,893 | 17,510 | 12,751 | 3,275 | 1,755 | 11,972 | 9,324 | 2,134 | 514 | 4,465 | 4,729 | 2,778 |
| | 100.000% | 71.767% | 19.736% | 1.081% | 3.253% | 8.321% | 100.000% | 72.821% | 18.704% | 10.023% | 68.372% | 77.882% | 17.825% | 4.293% | 37.295% | 39.501% | 23.204% |
| Beauregard | 36,549 | 29,529 | 4,649 | 402 | 917 | 1,271 | 27,489 | 22,304 | 3,495 | 828 | 22,335 | 18,828 | 2,329 | 1,178 | 5,058 | 10,588 | 6,689 |
| | 100.000% | 80.793% | 12.720% | 1.100% | 2.509% | 3.478% | 100.000% | 81.138% | 12.714% | 3.012% | 81.251% | 84.298% | 10.428% | 5.274% | 22.646% | 47.405% | 29.949% |
| Bienville | 12,981 | 6,950 | 5,600 | 57 | 167 | 211 | 10,073 | 5,486 | 4,284 | 141 | 8,698 | 4,704 | 3,894 | 100 | 4,164 | 2,864 | 1,670 |
| | 100.000% | 53.540% | 43.140% | 0.439% | 1.286% | 1.625% | 100.000% | 54.462% | 42.530% | 1.400% | 86.350% | 54.081% | 44.769% | 1.150% | 47.873% | 32.927% | 19.200% |
| Bossier | 128,746 | 81,052 | 32,551 | 3,492 | 8,378 | 10,237 | 95,876 | 62,931 | 22,440 | 6,619 | 68,849 | 50,216 | 14,562 | 4,071 | 17,592 | 32,265 | 18,992 |
| | 100.000% | 62.955% | 25.283% | 2.712% | 6.507% | 7.951% | 100.000% | 65.638% | 23.405% | 6.904% | 71.810% | 72.936% | 21.151% | 5.913% | 25.552% | 46.863% | 27.585% |
| Caddo | 237,848 | 103,457 | 119,304 | 4,034 | 7,213 | 8,381 | 182,407 | 85,059 | 86,359 | 5,618 | 146,718 | 70,934 | 68,928 | 6,856 | 68,248 | 41,532 | 36,938 |
| | 100.000% | 43.497% | 50.160% | 1.696% | 3.033% | 3.524% | 100.000% | 46.631% | 47.344% | 3.080% | 80.434% | 48.347% | 46.980% | 4.673% | 46.516% | 28.307% | 25.176% |
| Claiborne | 14,170 | 7,263 | 6,360 | 88 | 274 | 479 | 11,507 | 6,258 | 4,824 | 403 | 8,508 | 4,617 | 3,738 | 153 | 3,588 | 2,953 | 1,967 |
| | 100.000% | 51.256% | 44.884% | 0.621% | 1.934% | 3.380% | 100.000% | 54.384% | 41.922% | 3.502% | 73.938% | 54.267% | 43.935% | 1.798% | 42.172% | 34.709% | 23.119% |
| De Soto | 26,812 | 15,284 | 9,973 | 117 | 698 | 762 | 20,440 | 11,909 | 7,425 | 495 | 18,708 | 11,304 | 6,813 | 591 | 7,511 | 6,954 | 4,243 |
| | 100.000% | 57.004% | 37.196% | 0.436% | 2.603% | 2.842% | 100.000% | 58.263% | 36.326% | 2.422% | 91.526% | 60.423% | 36.418% | 3.159% | 40.149% | 37.171% | 22.680% |
| Evangeline | 32,350 | 21,354 | 9,235 | 241 | 1,240 | 1,336 | 24,408 | 16,460 | 6,483 | 1,111 | 20,777 | 14,516 | 5,898 | 363 | 9,266 | 7,239 | 4,272 |
| | 100.000% | 66.009% | 28.547% | 0.745% | 3.833% | 4.130% | 100.000% | 67.437% | 26.561% | 4.552% | 85.124% | 69.866% | 28.387% | 1.747% | 44.597% | 34.841% | 20.561% |
| Grant | 7,473 | 5,598 | 1,563 | 28 | 110 | 108 | 5,801 | 4,451 | 1,133 | 61 | 4,843 | 3,810 | 910 | 123 | 1,574 | 1,986 | 1,283 |
| | 100.000% | 74.910% | 20.915% | 0.375% | 1.472% | 1.445% | 100.000% | 76.728% | 19.531% | 1.052% | 83.486% | 78.670% | 18.790% | 2.540% | 32.501% | 41.008% | 26.492% |
| Natchitoches | 37,515 | 19,361 | 15,725 | 255 | 1,313 | 1,490 | 29,349 | 16,010 | 11,415 | 1,140 | 22,471 | 12,535 | 8,944 | 992 | 9,795 | 6,950 | 5,726 |
| | 100.000% | 51.609% | 41.917% | 0.680% | 3.500% | 3.972% | 100.000% | 54.550% | 38.894% | 3.884% | 76.565% | 55.783% | 39.802% | 4.415% | 43.590% | 30.929% | 25.482% |
| Red River | 7,620 | 4,195 | 3,106 | 25 | 123 | 188 | 5,714 | 3,338 | 2,164 | 113 | 5,565 | 3,101 | 2,383 | 81 | 2,715 | 1,790 | 1,060 |
| | 100.000% | 55.052% | 40.761% | 0.328% | 1.614% | 2.467% | 100.000% | 58.418% | 37.872% | 1.978% | 97.392% | 55.723% | 42.821% | 1.456% | 48.787% | 32.165% | 19.048% |
| Sabine | 22,155 | 15,036 | 3,861 | 94 | 441 | 710 | 17,064 | 12,054 | 2,655 | 502 | 13,846 | 10,503 | 1,967 | 1,376 | 4,206 | 6,374 | 3,266 |
| | 100.000% | 67.867% | 17.427% | 0.424% | 1.991% | 3.205% | 100.000% | 70.640% | 15.559% | 2.942% | 81.142% | 75.856% | 14.206% | 9.938% | 30.377% | 46.035% | 23.588% |
| St. Landry | 82,540 | 43,611 | 35,836 | 499 | 1,958 | 2,178 | 61,811 | 34,209 | 25,497 | 1,374 | 53,717 | 29,660 | 22,675 | 1,382 | 26,485 | 15,158 | 12,074 |
| | 100.000% | 52.836% | 43.417% | 0.605% | 2.372% | 2.639% | 100.000% | 55.345% | 41.250% | 2.223% | 86.905% | 55.215% | 42.212% | 2.573% | 49.305% | 28.218% | 22.477% |
| Union | 21,107 | 14,460 | 5,224 | 62 | 1,023 | 1,135 | 16,632 | 11,807 | 3,861 | 709 | 15,032 | 10,970 | 3,599 | 463 | 4,836 | 6,790 | 3,406 |
| | 100.000% | 68.508% | 24.750% | 0.294% | 4.847% | 5.377% | 100.000% | 70.990% | 23.214% | 4.263% | 90.380% | 72.978% | 23.942% | 3.080% | 32.171% | 45.170% | 22.658% |
| Vernon | 48,750 | 35,087 | 7,611 | 1,442 | 3,010 | 4,175 | 36,261 | 26,765 | 5,133 | 2,740 | 23,573 | 18,866 | 2,883 | 1,824 | 5,925 | 10,528 | 7,120 |
| | 100.000% | 71.973% | 15.612% | 2.958% | 6.174% | 8.564% | 100.000% | 73.812% | 14.156% | 7.556% | 65.009% | 80.032% | 12.230% | 7.738% | 25.135% | 44.661% | 30.204% |
| Webster | 36,967 | 22,735 | 12,679 | 208 | 658 | 688 | 28,753 | 18,144 | 9,464 | 434 | 22,344 | 14,698 | 7,188 | 458 | 8,397 | 8,550 | 5,397 |
| | 100.000% | 61.501% | 34.298% | 0.563% | 1.780% | 1.861% | 100.000% | 63.103% | 32.915% | 1.509% | 77.710% | 65.781% | 32.170% | 2.050% | 37.581% | 38.265% | 24.154% |
| **District 4** | 776,333 | 441,299 | 277,767 | 11,290 | 28,263 | 35,242 | 591,095 | 349,936 | 199,907 | 24,043 | 467,956 | 288,586 | 158,845 | 20,525 | 183,825 | 167,250 | 116,881 |
| | 100.000% | 56.844% | 35.779% | 1.454% | 3.641% | 4.540% | 100.000% | 59.201% | 33.820% | 4.068% | 79.168% | 61.669% | 33.944% | 4.386% | 39.283% | 35.741% | 24.977% |

Callais_000068

# Districts: 2020 Pop & VAP and 2022 VoteReg
## District 5

Plan: Congress: Act 5 1ES 2022 (HB1)

Page 1 of 2

| | Total Population | Total White | Total Black | Total Asian | Total Other | Total Hispanic | VAP Total | VAP White | VAP Black | VAP Hispanic Total | Reg Total Dec 2022 | Reg White Dec 2022 | Reg Black Dec 2022 | Reg Other Dec 2022 | Reg Dem Total Dec 2022 | Reg Rep Total Dec 2022 | Reg Other Total Dec 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 5** | | | | | | | | | | | | | | | | | |
| Avoyelles | 39,693 | 25,625 | 11,678 | 434 | 1,189 | 1,485 | 30,578 | 20,269 | 8,311 | 1,257 | 22,741 | 16,019 | 6,130 | 592 | 10,257 | 7,122 | 5,362 |
| | 100.000% | 64.558% | 29.421% | 1.093% | 2.995% | 3.741% | 100.000% | 66.286% | 27.180% | 4.111% | 74.370% | 70.441% | 26.956% | 2.603% | 45.104% | 31.318% | 23.579% |
| Caldwell | 9,645 | 7,646 | 1,632 | 51 | 166 | 221 | 7,478 | 5,969 | 1,224 | 163 | 5,899 | 5,024 | 784 | 91 | 1,680 | 2,822 | 1,397 |
| | 100.000% | 79.274% | 16.921% | 0.529% | 1.721% | 2.291% | 100.000% | 79.821% | 16.368% | 2.180% | 78.885% | 85.167% | 13.290% | 1.543% | 28.479% | 47.839% | 23.682% |
| Catahoula | 8,906 | 5,776 | 2,395 | 46 | 570 | 614 | 6,951 | 4,557 | 1,736 | 558 | 6,332 | 4,523 | 1,749 | 60 | 2,533 | 2,433 | 1,366 |
| | 100.000% | 64.855% | 26.892% | 0.517% | 6.400% | 6.894% | 100.000% | 65.559% | 24.975% | 8.028% | 91.095% | 71.431% | 27.622% | 0.948% | 40.003% | 38.424% | 21.573% |
| Concordia | 18,687 | 10,275 | 7,725 | 122 | 332 | 459 | 14,217 | 8,108 | 5,613 | 310 | 11,766 | 7,097 | 4,475 | 194 | 5,195 | 3,989 | 2,582 |
| | 100.000% | 54.985% | 41.339% | 0.653% | 1.777% | 2.456% | 100.000% | 57.030% | 39.481% | 2.180% | 82.760% | 60.318% | 38.033% | 1.649% | 44.153% | 33.903% | 21.945% |
| East Carroll | 7,459 | 2,054 | 5,272 | 29 | 61 | 115 | 5,901 | 1,773 | 4,043 | 80 | 4,688 | 1,277 | 3,367 | 44 | 3,057 | 769 | 862 |
| | 100.000% | 27.537% | 70.680% | 0.389% | 0.818% | 1.542% | 100.000% | 30.046% | 68.514% | 1.356% | 79.444% | 27.240% | 71.822% | 0.939% | 65.209% | 16.404% | 18.387% |
| East Feliciana | 19,539 | 11,516 | 7,341 | 91 | 329 | 391 | 16,183 | 9,740 | 5,918 | 317 | 13,457 | 7,868 | 5,142 | 447 | 5,888 | 4,573 | 2,996 |
| | 100.000% | 58.939% | 37.571% | 0.466% | 1.684% | 2.001% | 100.000% | 60.187% | 36.569% | 1.959% | 83.155% | 58.468% | 38.211% | 3.322% | 43.754% | 33.982% | 22.264% |
| Franklin | 19,774 | 12,492 | 6,802 | 70 | 205 | 276 | 15,028 | 9,901 | 4,779 | 183 | 12,973 | 8,846 | 4,017 | 110 | 4,887 | 5,421 | 2,665 |
| | 100.000% | 63.174% | 34.399% | 0.354% | 1.037% | 1.396% | 100.000% | 65.884% | 31.801% | 1.218% | 86.326% | 68.188% | 30.964% | 0.848% | 37.671% | 41.787% | 20.543% |
| Grant | 14,696 | 12,111 | 1,772 | 105 | 238 | 1,225 | 11,726 | 9,513 | 1,584 | 1,118 | 7,740 | 7,267 | 249 | 224 | 1,463 | 4,100 | 2,177 |
| | 100.000% | 82.410% | 12.058% | 0.714% | 1.619% | 8.336% | 100.000% | 81.127% | 13.508% | 9.534% | 66.007% | 93.889% | 3.217% | 2.894% | 18.902% | 52.972% | 28.127% |
| Jackson | 15,031 | 9,967 | 4,166 | 175 | 468 | 468 | 11,783 | 7,967 | 3,125 | 372 | 9,436 | 6,621 | 2,620 | 195 | 3,384 | 4,029 | 2,023 |
| | 100.000% | 66.310% | 27.716% | 1.164% | 3.114% | 3.114% | 100.000% | 67.614% | 26.521% | 3.157% | 80.081% | 70.167% | 27.766% | 2.067% | 35.863% | 42.698% | 21.439% |
| La Salle | 14,791 | 11,348 | 1,422 | 283 | 1,366 | 1,402 | 11,563 | 8,636 | 1,065 | 1,325 | 8,630 | 7,849 | 615 | 166 | 1,948 | 4,764 | 1,918 |
| | 100.000% | 76.722% | 9.614% | 1.913% | 9.235% | 9.479% | 100.000% | 74.687% | 9.210% | 11.459% | 74.635% | 90.950% | 7.126% | 1.924% | 22.572% | 55.203% | 22.225% |
| Lincoln | 48,396 | 26,034 | 19,364 | 892 | 1,444 | 1,754 | 38,655 | 21,306 | 15,119 | 1,187 | 25,135 | 15,495 | 8,694 | 946 | 9,117 | 9,546 | 6,472 |
| | 100.000% | 53.794% | 40.012% | 1.843% | 2.984% | 3.624% | 100.000% | 55.118% | 39.113% | 3.071% | 65.024% | 61.647% | 34.589% | 3.764% | 36.272% | 37.979% | 25.749% |
| Madison | 10,017 | 3,475 | 6,363 | 20 | 100 | 204 | 7,435 | 2,906 | 4,391 | 149 | 7,182 | 2,430 | 4,642 | 110 | 4,082 | 1,503 | 1,597 |
| | 100.000% | 34.691% | 63.522% | 0.200% | 0.998% | 2.037% | 100.000% | 39.085% | 59.059% | 2.004% | 96.597% | 33.835% | 64.634% | 1.532% | 56.837% | 20.927% | 22.236% |
| Morehouse | 25,629 | 12,281 | 12,484 | 160 | 334 | 381 | 20,062 | 10,095 | 9,300 | 292 | 16,498 | 8,252 | 7,965 | 281 | 7,650 | 5,186 | 3,662 |
| | 100.000% | 47.918% | 48.710% | 0.624% | 1.303% | 1.487% | 100.000% | 50.319% | 46.356% | 1.455% | 82.235% | 50.018% | 48.279% | 1.703% | 46.369% | 31.434% | 22.197% |
| Ouachita | 160,368 | 88,545 | 61,217 | 2,788 | 5,157 | 5,658 | 120,200 | 69,974 | 42,290 | 3,946 | 98,322 | 59,819 | 34,942 | 3,561 | 35,841 | 37,473 | 25,008 |
| | 100.000% | 55.214% | 38.173% | 1.739% | 3.216% | 3.528% | 100.000% | 58.215% | 35.183% | 3.283% | 81.799% | 60.840% | 35.538% | 3.622% | 36.453% | 38.113% | 25.435% |
| Pointe Coupee | 20,758 | 12,395 | 7,504 | 107 | 593 | 625 | 16,250 | 10,108 | 5,502 | 429 | 14,576 | 9,274 | 5,068 | 234 | 7,267 | 4,112 | 3,197 |
| | 100.000% | 59.712% | 36.150% | 0.515% | 2.857% | 3.011% | 100.000% | 62.203% | 33.858% | 2.640% | 89.698% | 63.625% | 34.769% | 1.605% | 49.856% | 28.211% | 21.933% |
| Rapides | 130,023 | 77,510 | 42,592 | 2,428 | 4,391 | 5,090 | 98,792 | 61,373 | 30,205 | 3,442 | 78,303 | 51,757 | 23,005 | 3,541 | 28,048 | 29,662 | 20,593 |
| | 100.000% | 59.613% | 32.757% | 1.867% | 3.377% | 3.915% | 100.000% | 62.123% | 30.574% | 3.484% | 79.260% | 66.098% | 29.379% | 4.522% | 35.820% | 37.881% | 26.299% |
| Richland | 20,043 | 11,785 | 7,603 | 83 | 314 | 400 | 15,383 | 9,338 | 5,546 | 293 | 13,597 | 8,420 | 4,935 | 242 | 5,083 | 5,301 | 3,213 |
| | 100.000% | 58.799% | 37.933% | 0.414% | 1.567% | 1.996% | 100.000% | 60.703% | 36.053% | 1.905% | 88.390% | 61.925% | 36.295% | 1.780% | 37.383% | 38.987% | 23.630% |

# Districts: 2020 Pop & VAP and 2022 VoteReg
## District 5

Plan: Congress: Act 5 1ES 2022 (HB1)

Page 2 of 2

| | Total Population | Total White | Total Black | Total Asian | Total Other | Total Hispanic | VAP Total | VAP White | VAP Black | VAP Hispanic Total | Reg Total Dec 2022 | Reg White Dec 2022 | Reg Black Dec 2022 | Reg Other Dec 2022 | Reg Dem Total Dec 2022 | Reg Rep Total Dec 2022 | Reg Other Total Dec 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District 5 | | | | | | | | | | | | | | | | | |
| St. Helena | 10,920 | 4,527 | 6,031 | 39 | 189 | 216 | 8,463 | 3,805 | 4,371 | 149 | 8,285 | 3,614 | 4,534 | 137 | 4,976 | 1,867 | 1,442 |
| | 100.000% | 41.456% | 55.229% | 0.357% | 1.731% | 1.978% | 100.000% | 44.960% | 51.648% | 1.761% | 97.897% | 43.621% | 54.725% | 1.654% | 60.060% | 22.535% | 17.405% |
| Tangipahoa | 93,476 | 52,076 | 34,727 | 1,017 | 4,140 | 5,040 | 71,334 | 42,239 | 24,379 | 3,347 | 50,815 | 32,778 | 16,203 | 1,834 | 19,650 | 17,410 | 13,755 |
| | 100.000% | 55.711% | 37.151% | 1.088% | 4.429% | 5.392% | 100.000% | 59.213% | 34.176% | 4.692% | 71.235% | 64.505% | 31.886% | 3.609% | 38.670% | 34.262% | 27.069% |
| Tensas | 4,147 | 1,744 | 2,312 | 23 | 42 | 67 | 3,235 | 1,446 | 1,728 | 46 | 3,434 | 1,492 | 1,906 | 36 | 2,049 | 841 | 544 |
| | 100.000% | 42.054% | 55.751% | 0.555% | 1.013% | 1.616% | 100.000% | 44.699% | 53.416% | 1.422% | 106.151% | 43.448% | 55.504% | 1.048% | 59.668% | 24.490% | 15.842% |
| Washington | 45,463 | 29,943 | 13,434 | 216 | 1,134 | 1,410 | 34,951 | 23,743 | 9,732 | 901 | 27,615 | 18,838 | 8,104 | 673 | 11,078 | 9,737 | 6,800 |
| | 100.000% | 65.862% | 29.549% | 0.475% | 2.494% | 3.101% | 100.000% | 67.932% | 27.845% | 2.578% | 79.011% | 68.217% | 29.346% | 2.437% | 40.116% | 35.260% | 24.624% |
| West Carroll | 9,751 | 7,894 | 1,425 | 27 | 225 | 325 | 7,532 | 6,223 | 1,010 | 192 | 6,968 | 5,848 | 1,030 | 90 | 1,891 | 3,408 | 1,669 |
| | 100.000% | 80.956% | 14.614% | 0.277% | 2.307% | 3.333% | 100.000% | 82.621% | 13.409% | 2.549% | 92.512% | 83.927% | 14.782% | 1.292% | 27.138% | 48.909% | 23.952% |
| West Feliciana | 15,310 | 10,883 | 3,740 | 89 | 373 | 651 | 12,783 | 9,283 | 2,951 | 572 | 7,408 | 5,101 | 2,168 | 139 | 2,797 | 2,903 | 1,708 |
| | 100.000% | 71.084% | 24.428% | 0.581% | 2.436% | 4.252% | 100.000% | 72.620% | 23.085% | 4.475% | 57.952% | 68.858% | 29.266% | 1.876% | 37.756% | 39.187% | 23.056% |
| Winn | 13,755 | 8,594 | 3,727 | 210 | 961 | 1,023 | 10,906 | 6,932 | 2,695 | 941 | 8,260 | 5,892 | 2,239 | 129 | 2,993 | 3,071 | 2,196 |
| | 100.000% | 62.479% | 27.096% | 1.527% | 6.987% | 7.437% | 100.000% | 63.561% | 24.711% | 8.628% | 75.738% | 71.332% | 27.107% | 1.562% | 36.235% | 37.179% | 26.586% |
| District 5 | 776,277 | 456,496 | 272,728 | 9,505 | 24,321 | 29,500 | 597,389 | 365,204 | 196,617 | 21,569 | 470,060 | 301,401 | 154,583 | 14,076 | 182,814 | 172,042 | 115,204 |
| | 100.000% | 58.806% | 35.133% | 1.224% | 3.133% | 3.800% | 100.000% | 61.133% | 32.913% | 3.611% | 78.686% | 64.120% | 32.886% | 2.995% | 38.892% | 36.600% | 24.508% |

# Districts: 2020 Pop & VAP and 2022 VoteReg
## District 6

Plan: Congress: Act 5 1ES 2022 (HB1)

Page 1 of 1

| | Total Population | Total White | Total Black | Total Asian | Total Other | Total Hispanic | VAP Total | VAP White | VAP Black | VAP Hispanic Total | Reg Total Dec 2022 | Reg White Dec 2022 | Reg Black Dec 2022 | Reg Other Dec 2022 | Reg Dem Total Dec 2022 | Reg Rep Total Dec 2022 | Reg Other Total Dec 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 6** | | | | | | | | | | | | | | | | | |
| Ascension | 105,608 | 75,516 | 18,374 | 2,160 | 7,724 | 8,967 | 76,531 | 56,464 | 12,373 | 5,712 | 66,838 | 52,717 | 10,292 | 3,829 | 17,853 | 29,559 | 19,426 |
| | 100.000% | 71.506% | 17.398% | 2.045% | 7.314% | 8.491% | 100.000% | 73.779% | 16.167% | 7.464% | 87.335% | 78.873% | 15.398% | 5.729% | 26.711% | 44.225% | 29.064% |
| Assumption | 14,329 | 10,852 | 2,598 | 73 | 592 | 713 | 11,346 | 8,811 | 1,943 | 480 | 9,211 | 7,336 | 1,715 | 160 | 4,110 | 3,052 | 2,049 |
| | 100.000% | 75.735% | 18.131% | 0.509% | 4.131% | 4.976% | 100.000% | 77.657% | 17.125% | 4.231% | 81.183% | 79.644% | 18.619% | 1.737% | 44.621% | 33.134% | 22.245% |
| East Baton Rouge | 362,456 | 190,445 | 127,605 | 15,942 | 24,106 | 27,793 | 284,652 | 158,787 | 93,158 | 19,531 | 218,847 | 133,533 | 70,393 | 14,921 | 85,903 | 74,254 | 58,690 |
| | 100.000% | 52.543% | 35.206% | 4.398% | 6.651% | 7.668% | 100.000% | 55.783% | 32.727% | 6.861% | 76.882% | 61.017% | 32.165% | 6.818% | 39.253% | 33.930% | 26.818% |
| Iberville | 9,168 | 6,380 | 2,414 | 29 | 218 | 291 | 7,455 | 5,280 | 1,869 | 228 | 6,825 | 4,775 | 1,938 | 112 | 3,457 | 1,955 | 1,413 |
| | 100.000% | 69.590% | 26.331% | 0.316% | 2.378% | 3.174% | 100.000% | 70.825% | 25.070% | 3.058% | 91.549% | 69.963% | 28.396% | 1.641% | 50.652% | 28.645% | 20.703% |
| Lafourche | 53,856 | 36,186 | 13,952 | 491 | 1,964 | 2,319 | 41,289 | 28,764 | 9,982 | 1,616 | 31,215 | 24,206 | 5,919 | 1,090 | 10,148 | 12,591 | 8,476 |
| | 100.000% | 67.190% | 25.906% | 0.912% | 3.647% | 4.306% | 100.000% | 69.665% | 24.176% | 3.914% | 75.601% | 77.546% | 18.962% | 3.492% | 32.510% | 40.336% | 27.154% |
| Livingston | 142,282 | 116,855 | 12,658 | 1,697 | 7,961 | 8,791 | 105,141 | 88,432 | 8,136 | 5,390 | 83,614 | 74,917 | 5,601 | 3,096 | 16,700 | 42,605 | 24,309 |
| | 100.000% | 82.129% | 8.896% | 1.193% | 5.595% | 6.179% | 100.000% | 84.108% | 7.738% | 5.126% | 79.526% | 89.599% | 6.699% | 3.703% | 19.973% | 50.954% | 29.073% |
| St. Charles | 17,606 | 12,529 | 2,837 | 336 | 1,589 | 1,917 | 13,253 | 9,802 | 1,933 | 1,272 | 11,551 | 9,133 | 1,619 | 799 | 3,135 | 5,107 | 3,309 |
| | 100.000% | 71.163% | 16.114% | 1.908% | 9.025% | 10.888% | 100.000% | 73.961% | 14.585% | 9.598% | 87.158% | 79.067% | 14.016% | 6.917% | 27.141% | 44.213% | 28.647% |
| St. John the Baptist | 9,799 | 5,044 | 3,639 | 159 | 795 | 1,037 | 7,677 | 4,259 | 2,606 | 683 | 6,281 | 3,738 | 2,125 | 418 | 2,762 | 1,812 | 1,707 |
| | 100.000% | 51.475% | 37.136% | 1.623% | 8.113% | 10.583% | 100.000% | 55.477% | 33.946% | 8.897% | 81.816% | 59.513% | 33.832% | 6.655% | 43.974% | 28.849% | 27.177% |
| St. Martin | 1,368 | 1,285 | 13 | 7 | 29 | 44 | 1,154 | 1,091 | 11 | 31 | 921 | 908 | 1 | 12 | 238 | 454 | 229 |
| | 100.000% | 93.933% | 0.950% | 0.512% | 2.120% | 3.216% | 100.000% | 94.541% | 0.953% | 2.686% | 79.809% | 98.588% | 0.109% | 1.303% | 25.841% | 49.294% | 24.864% |
| St. Mary | 4,799 | 2,404 | 793 | 346 | 1,104 | 1,226 | 3,467 | 1,875 | 507 | 777 | 2,224 | 1,531 | 364 | 329 | 602 | 820 | 802 |
| | 100.000% | 50.094% | 16.524% | 7.210% | 23.005% | 25.547% | 100.000% | 54.081% | 14.624% | 22.411% | 64.148% | 68.840% | 16.367% | 14.793% | 27.068% | 36.871% | 36.061% |
| Terrebonne | 41,725 | 27,977 | 9,024 | 735 | 1,898 | 2,274 | 31,487 | 22,090 | 6,217 | 1,491 | 23,035 | 17,425 | 4,207 | 1,403 | 6,302 | 10,009 | 6,724 |
| | 100.000% | 67.051% | 21.627% | 1.762% | 4.549% | 5.450% | 100.000% | 70.156% | 19.745% | 4.735% | 73.157% | 75.646% | 18.264% | 6.091% | 27.358% | 43.451% | 29.190% |
| West Baton Rouge | 13,291 | 8,591 | 3,823 | 74 | 625 | 713 | 10,362 | 6,774 | 2,953 | 500 | 8,353 | 6,003 | 2,186 | 166 | 3,301 | 2,993 | 2,061 |
| | 100.000% | 64.638% | 28.764% | 0.557% | 4.702% | 5.365% | 100.000% | 65.373% | 28.498% | 4.825% | 80.612% | 71.866% | 26.170% | 1.987% | 39.519% | 35.831% | 24.674% |
| **District 6** | 776,287 | 494,064 | 197,730 | 22,049 | 48,605 | 56,085 | 593,814 | 392,429 | 141,688 | 37,711 | 468,915 | 336,222 | 106,360 | 26,335 | 154,511 | 185,211 | 129,195 |
| | 100.000% | 63.645% | 25.471% | 2.840% | 6.261% | 7.225% | 100.000% | 66.086% | 23.861% | 6.351% | 78.967% | 71.702% | 22.682% | 5.616% | 32.951% | 39.498% | 27.552% |