# HISPANIC OR LATINO, AND NOT HISPANIC OR LATINO BY RACE FOR THE POPULATION 18 YEARS AND OVER



**Note:** This is a modified view of the original table produced by the U.S. Census Bureau. This download or printed version may have missing information from the original table.

| Label | Louisiana |
|---|---:|
| Total: | 3,570,548 |
|   Hispanic or Latino | 223,662 |
|   Not Hispanic or Latino: | 3,346,886 |
|     Population of one race: | 3,248,981 |
|       White alone | 2,082,110 |
|       Black or African American alone | 1,066,511 |
|       American Indian and Alaska Native alone | 19,531 |
|       Asian alone | 67,983 |
|       Native Hawaiian and Other Pacific Islander alone | 1,322 |
|       Some Other Race alone | 11,524 |
|     Population of two or more races: | 97,905 |
|       Population of two races: | 91,451 |
|         White; Black or African American | 18,172 |
|         White; American Indian and Alaska Native | 34,949 |
|         White; Asian | 8,985 |
|         White; Native Hawaiian and Other Pacific Islander | 730 |
|         White; Some Other Race | 16,982 |
|         Black or African American; American Indian and Alaska Native | 4,858 |
|         Black or African American; Asian | 1,215 |
|         Black or African American; Native Hawaiian and Other Pacific Islander | 226 |
|         Black or African American; Some Other Race | 4,426 |
|         American Indian and Alaska Native; Asian | 174 |
|         American Indian and Alaska Native; Native Hawaiian and Other Pacific Islander | 42 |
|         American Indian and Alaska Native; Some Other Race | 149 |
|         Asian; Native Hawaiian and Other Pacific Islander | 351 |
|         Asian; Some Other Race | 161 |
|         Native Hawaiian and Other Pacific Islander; Some Other Race | 31 |
|       Population of three races: | 5,646 |
|         White; Black or African American; American Indian and Alaska Native | 2,752 |

EXHIBIT
JE6

Callais_000073

Case 3:24-cv-00122-DCJ-CES-RRS  Document 156-9  Filed 02/07/24  Page 2 of 2 PageID #: 2787

# Table Notes

**HISPANIC OR LATINO, AND NOT HISPANIC OR LATINO BY RACE FOR THE POPULATION 18 YEARS AND OVER**

**Survey/Program:** Decennial Census
**Universe:** Total population 18 years and over
**Year:** 2020
**Table ID:** P11

Note: For information on data collection, confidentiality protection, nonsampling error, subject definitions, and guidance on using the data, visit the 2020 Census 118th Congressional District Summary File (CD118) Technical Documentation webpage.

To protect respondent confidentiality, data have undergone disclosure avoidance methods which add "statistical noise" - small, random additions or subtractions - to the data so that no one can reliably link the published data to a specific person or household. The Census Bureau encourages data users to aggregate small populations and geographies to improve accuracy and diminish implausible results.

Source: U.S. Census Bureau, 2020 Census 118th Congressional District Summary File (CD118)

Callais_000074