

JEFF LANDRY

(/) | OFFICE *of the* GOVERNOR

# Governor Jeff Landry Assumes Office

January 08, 2024

**Baton Rouge, La**–Today, Governor Jeff Landry took action to maintain education standards, he issued a court required call for a redistricting special session, and he formally established the office of the First-Lady

Today's Executive Order (/assets/ExecutiveOrders/2024/JML-Executive-Order-01.pdf), the Veto of Graduation Appeals Process, will ensure that students are adequately prepared for postsecondary education and the workforce by meeting minimum standards of proficiency in core subjects. (EO attached)

**"Ensuring our children have a quality education is a top priority. Today's Executive Order will maintain our education standards,"** said Jeff Landry.

Today's required call for a special session will redistrict the congressional districts of Louisiana along with the districts of the Louisiana Supreme Court, and make other election related changes. (Call attached)

**"The courts have mandated that the state of Louisiana redraw our congressional districts. Redistricting is a state legislative function. That is why today, I followed the court order and made the call to convene the legislature of Louisiana into a special session on redistricting,"** said Jeff Landry.

Today's Executive Order (/assets/ExecutiveOrders/2024/JML-Executive-Order-02.pdf)to fund the office of the First Lady mirrors the actions of former Governor John Bel Edwards. It will establish and formerly recognize her office as part of the Office of the Governor. (EO attached)

**"Our First-Lady, Sharon Landry, will be an incredible ambassador to Louisiana. I am proud to fund this important office, and I look forward to seeing the work she will do for folks across the state,"** said Jeff Landry.

*Governor Jeff Landry signs documents on his first day in office*

###

**CONNECT** *with*
*the* **GOVERNOR**

EMAIL *the*
**GOVERNOR**

REQUEST *of*
*the* **GOVERNOR**

APPLY *to*
**SERVE**