

**EXECUTIVE DEPARTMENT**
**OFFICE OF THE GOVERNOR**
**PROCLAMATION NUMBER 01 JML 2024**

### CALL AND CONVENE THE LEGISLATURE OF LOUISIANA INTO EXTRAORDINARY SESSION

By virtue of the authority vested in me by Louisiana Constitution Article III, Section 2(B), I, Jeff Landry, Governor of the State of Louisiana, HEREBY CALL AND CONVENE THE LEGISLATURE OF LOUISIANA INTO EXTRAORDINARY SESSION to convene at the State Capital, in the city of Baton Rouge, Louisiana, during eight calendar days, beginning at 4:00 o'clock p.m. on the 15th day of January, 2024, and ending no later than 6:00 o'clock p.m. on the 23rd day of January 2024. The power to legislate at this session shall be limited, under penalty of nullity, to the consideration of the following enumerated objects.

**ITEM 1:** To legislate relative to the redistricting of the Congressional districts of Louisiana;

**ITEM 2:** To legislate relative to amendments to the election code needed for implementation of the redistricting of the Congressional districts of Louisiana;

**ITEM 3:** To legislate relative to the redistricting and elections of the Supreme Court;

**ITEM 4:** To legislate relative to amendments to the Constitution relative to the Supreme Court:
a) composition;
b) number of justices;
c) number of districts;
d) method of electing justices to the Supreme Court; and
e) method of selecting the chief justice;

**ITEM 5:** To legislate relative to amendments to the election code needed for implementation of the redistricting of the Supreme Court;

**ITEM 6:** To legislate to provide funding, including the use of excess state general fund dollars, for the implementation of changes made to the Supreme Court;

**ITEM 7:** To legislate relative to the creation of a party primary system for elections;

**ITEM 8:** To legislate relative to campaign finance laws;

**ITEM 9:** To legislate relative to campaign qualifying fees for Presidential and Congressional elections;

**ITEM 10:** To legislate relative to amendments to the election code needed for the implementation of elections;

EXHIBIT
JE8

Callais_000096

ITEM 11:    To legislate to provide funding, including the use of excess state general fund dollars, for the implementation of the party primary system for elections and corresponding changes to the election laws;

ITEM 12:    To legislate relative to amendments to the Constitution relative to the implementation of elections;

ITEM 13:    To legislate relative to calling a special statewide election for the purposes of allowing all voters, registered and qualified, to vote on the Constitutional amendments; and

ITEM 14:    To legislate to provide funding, including the use of excess state general fund dollars, for purposes of calling and holding a special election on the Constitutional amendments.



**IN WITNESS WHEREOF,** I have set my hand officially and caused to be affixed the Great Seal of Louisiana in the City of Baton Rouge, on this 8th day of January, 2024.

Jeff Landry
GOVERNOR OF LOUISIANA

ATTEST BY THE
SECRETARY OF STATE

Nancy Landry
SECRETARY OF STATE

Callais_000097