**2024 FIRST EXTRAORDINARY SESSION**

# SB8   by Senator Glen Womack

---

***CONGRESS:***  Provides for redistricting of Louisiana congressional districts. (Item #1)(See Act) (EN INCREASE GF EX See Note)

**Current Status** (as of 1/31/2024 3:20 pm):  Signed by the Governor - Act 2

| Date | Chamber | Journal Page | Action |
|---|---|---|---|
| 01/22 | S | | Effective date: See Act. |
| 01/22 | S | | Signed by the Governor. Becomes Act No. 2. |
| 01/19 | S | 6 | Sent to the Governor by the Secretary of the Senate. |
| 01/19 | H | | Signed by the Speaker of the House. |
| 01/19 | S | 6 | Enrolled. Signed by the President of the Senate. |
| 01/19 | S | 4 | Rules suspended. Amendments proposed by the House read and concurred in by a vote of 27 yeas and 11 nays. |
| 01/19 | S | 3 | Received from the House with amendments. |
| 01/19 | H | | Read third time by title, amended, roll called on final passage, yeas 86, nays 16. Finally passed, ordered to the Senate. |
| 01/18 | H | | Scheduled for floor debate on 01/19/2024. |
| 01/18 | H | 3 | Read by title, amended, passed to 3rd reading. |
| 01/18 | H | 3 | Reported without Legislative Bureau amendments. |
| 01/18 | H | 1 | Rules suspended. |
| 01/18 | H | 1 | Reported with amendments (14-1). Referred to the Legislative Bureau. |
| 01/17 | H | 7 | Received in the House from the Senate, rules suspended, read by title, referred to the Committee on House and Governmental Affairs. |
| 01/17 | S | 2 | Rules suspended. Read by title, passed by a vote of 27 yeas and 11 nays, and sent to the House. Motion to reconsider tabled. |
| 01/16 | S | 3 | Rules suspended. Reported with amendments. Rules suspended. Read by title; Committee amendments read and adopted. Ordered engrossed and passed to third reading and final passage. |
| 01/15 | S | 5 | Introduced in the Senate; read by title. Rules suspended. Read second time and referred to the Committee on Senate and Governmental Affairs. |

**Authors:**

Glen Womack

Marcus Bryant

Wilford Carter , Sr.

Tehmi Chassion

Kyle M. Green , Jr.

Mandie Landry

Ed Larvadain III

Pat Moore

Larry Selders

Joy Walters



EXHIBIT

JE10

Callais_000103

**Authors:**

Rashid Young

Alonzo Knox

**Available Documents:**

### Text

| | |
|---|---|
| SB8 Act 2 | https://legis.la.gov/legis/ViewDocument.aspx?d=1341081 |
| SB8 Enrolled | https://legis.la.gov/legis/ViewDocument.aspx?d=1340797 |
| SB8 Engrossed | https://legis.la.gov/legis/ViewDocument.aspx?d=1340284 |
| SB8 Original | https://legis.la.gov/legis/ViewDocument.aspx?d=1340141 |

### Amendments

| | |
|---|---|
| House Floor Amendment, #83, Beaullieu, Adopted | https://legis.la.gov/legis/ViewDocument.aspx?d=1340695 |
| House Committee Amendment, #74, H&G, Adopted | https://legis.la.gov/legis/ViewDocument.aspx?d=1340645 |
| House Committee Amendment, #68, H&G, Draft | https://legis.la.gov/legis/ViewDocument.aspx?d=1340501 |
| House Committee Amendment, #70, H&G, Draft | https://legis.la.gov/legis/ViewDocument.aspx?d=1340478 |
| Senate Committee Amendment, #48, S&G, Adopted | https://legis.la.gov/legis/ViewDocument.aspx?d=1340274 |
| Senate Committee Amendment, #38, S&G, Draft | https://legis.la.gov/legis/ViewDocument.aspx?d=1340218 |
| Senate Committee Amendment, #34, S&G, Draft | https://legis.la.gov/legis/ViewDocument.aspx?d=1340190 |
| Senate Committee Amendment, #31, S&G, Draft | https://legis.la.gov/legis/ViewDocument.aspx?d=1340187 |

### Digests

| | |
|---|---|
| Summary of House Amendments to SB8 | https://legis.la.gov/legis/ViewDocument.aspx?d=1340757 |
| House Committee Redigest of SB8 | https://legis.la.gov/legis/ViewDocument.aspx?d=1340646 |
| Digest of SB8 Engrossed | https://legis.la.gov/legis/ViewDocument.aspx?d=1340304 |
| Digest of SB8 Original | https://legis.la.gov/legis/ViewDocument.aspx?d=1340142 |

### Notes

| | |
|---|---|
| Fiscal Note - SB8 Enrolled | https://legis.la.gov/legis/ViewDocument.aspx?d=1340837 |
| Fiscal Note - SB8 Engrossed With House Floor Amendments | https://legis.la.gov/legis/ViewDocument.aspx?d=1340767 |
| Fiscal Note - SB8 Engrossed With House Cmte Amendments | https://legis.la.gov/legis/ViewDocument.aspx?d=1340657 |
| Fiscal Note - SB8 Engrossed | https://legis.la.gov/legis/ViewDocument.aspx?d=1340336 |
| Fiscal Note - SB8 Original | https://legis.la.gov/legis/ViewDocument.aspx?d=1340185 |

### Votes

| | |
|---|---|
| Senate Vote on SB 8, CONCUR (#20) | https://legis.la.gov/legis/ViewDocument.aspx?d=1340794 |
| House Vote on SB 8, FINAL PASSAGE (#21) | https://legis.la.gov/legis/ViewDocument.aspx?d=1340770 |
| House Vote on SB 8, AMENDMENT # 83 BY BEAULLIEU, MOTION TO ADOPT (#20) | https://legis.la.gov/legis/ViewDocument.aspx?d=1340769 |
| Senate Vote on SB 8, FINAL PASSAGE (#9) | https://legis.la.gov/legis/ViewDocument.aspx?d=1340426 |

Callais_000104