SLS 241ES-18        <u>**ORIGINAL**</u>

2024 First Extraordinary Session

SENATE BILL NO. 8

BY SENATOR WOMACK



CONGRESS. Provides for redistricting of Louisiana congressional districts. (Item #1)(See Act)

| | |
|---|---|
| 1 | <div align="center">AN ACT</div> |
| 2 | To enact R.S. 18:1276.1 and to repeal R.S. 18:1276, relative to congressional districts; to |
| 3 | provide for the redistricting of Louisiana's congressional districts; to provide with |
| 4 | respect to positions and offices, other than congressional, which are based upon |
| 5 | congressional districts; to provide for the effectiveness; and to provide for related |
| 6 | matters. |
| 7 | Be it enacted by the Legislature of Louisiana: |
| 8 | Section 1. R.S. 18:1276.1 is hereby enacted to read as follows: |
| 9 | **§1276.1. Congressional districts** |
| 10 | **Louisiana shall be divided into six congressional districts, and the** |
| 11 | **qualified electors of each district shall elect one representative to the United** |
| 12 | **States House of Representatives. The districts shall be composed as follows:** |
| 13 | **(1) District 1 is composed of Precincts 13, 14, 15, 18, 21, 22, 25, 26, 27, 33,** |
| 14 | **34, 35, 41, 43 and 69 of Ascension Parish; Precincts 1, 2, 3, 4, 5, 7, 8, 9, 10, 11,** |
| 15 | **12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34,** |
| 16 | **35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 51, 52, 53, 54, 55, 56, 58, 59, 60, 61, 62,** |
| 17 | **63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85,** |

Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **boldface type and underscored** are additions.

Callais_000106

1 **86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 105, 106,**

2 **117, 118, 119, 120, 121, 122, 123, 124, 125A, 125B, 126, 127, 128, 129, 130, 132,**

3 **134, 136, 192, 198, 199, 246, 247, 248, 1-GI, 1-H, 2-H, 3-H, 4-H, 5-H, 6-H, 7-H,**

4 **8-H, 9-H, 1-K, 2-K, 3-K, 4-K, 5-K, 6-KA, 6-KB, 7-KA, 7-KB, 8-K, 9-K, 10-K,**

5 **11-K, 12-K, 13-KA, 14-K, 16-K, 17-K, 18-K, 19-K, 20-K, 25-K, 27-K, 28-K,**

6 **29-K, 34-K, 35-K and 1-L of Jefferson Parish; Precincts 3-3, 3-6, 4-1, 4-2, 4-3,**

7 **4-4, 4-5, 4-6, 7-4, 8-1, 9-1, 9-2, 10-1, 10-2, 10-3, 10-4, 10-6, 10-8, 10-9, 10-10,**

8 **10-11, 10-12, 10-13, 10-14, 10-15, 10-16, 11-1, 11-2, 11-3 and 11-5 of Lafourche**

9 **Parish; Precincts 13A, 13B, 14, 15, 16, 17, 22, 31, 32 and 38 of Livingston**

10 **Parish; Precincts 4-7, 4-8, 4-9, 4-11, 4-14, 4-15, 4-17, 4-17A, 4-18, 4-20, 4-21,**

11 **4-22, 4-23, 5-12, 5-13, 5-15, 5-16, 5-17, 5-18, 6-9, 7-41, 7-42, 9-45, 9-45A, 11-4,**

12 **11-5, 11-8, 11-9, 11-10, 11-11, 12-5, 12-6, 12-7, 12-9, 12-10, 13-5, 13-7, 13-8, 14-1,**

13 **14-2, 14-3, 14-4, 14-5, 14-6, 14-7, 14-8, 14-9, 14-10, 14-11, 14-13A, 14-14, 14-15,**

14 **14-16, 14-17, 14-18A, 14-20, 14-21, 16-1, 16-1A, 17-1, 17-17, 17-18, 17-18A, 17-19**

15 **and 17-20 of Orleans Parish; Plaquemines Parish; Precincts 32, 33, 34, 41, 42A,**

16 **43, 44, 45, 46, 50, 51, 52, 53, 54 and 55 of St. Bernard Parish; Precincts 1-6, 2-6,**

17 **3-1, 3-2, 3-3, 5-5, 6-1, 6-2, 6-3, 6-4, 6-6 and 6-8 of St. Charles Parish; St.**

18 **Tammany Parish and Precincts 44, 49, 70, 70A, 71, 72, 72A, 73, 74, 120B, 122A,**

19 **122B, 122C, 124, 137, 137A, 137B, 137C, 137D, 139, 141, 141A, 143, 143A, 145,**

20 **147, 149, 149A and 151 of Tangipahoa Parish.**

21 **(2) District 2 is composed of Precincts 6, 7, 9, 11, 17, 20, 23, 24, 28, 30, 31,**

22 **32, 36, 37, 38, 39, 40, 42, 44, 45, 47, 48, 50, 51, 52, 53, 54, 55, 57, 58, 62, 63, 65, 66,**

23 **68, 71, 72, 73, 77 and 78 of Ascension Parish; Assumption Parish; Iberville**

24 **Parish; Precincts 57, 104, 108, 115, 116, 131, 133, 138, 150, 151, 152, 153, 154,**

25 **155, 156, 157A, 157B, 170, 171, 172, 173, 174, 175, 176, 177, 178, 179A, 179B,**

26 **180, 181, 182, 183, 184, 185A, 185B, 187, 188, 189, 190, 191, 193A, 193B, 194A,**

27 **194B, 195, 196, 197A, 197B, 200, 201, 202, 203, 204, 205, 210, 211, 212, 213A,**

28 **213B, 213C, 214A, 214B, 215, 216A, 216B, 216C, 217, 225, 226, 227, 228, 229,**

29 **230, 231, 232A, 232B, 234, 235, 236, 237, 238A, 238B, 1-G, 2-G, 3-G, 4-G, 5-G,**

Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **boldface type and underscored** are additions.

Callais_000107

Case 3:24-cv-01222-DCJ-CES-RRS   Document 116-11   Filed 02/07/24   Page 4 of 82 PageID #: 3198

1      **6-G, 7-G, 8-G, 9-G, 10-G, 11-G, 12-G, 13-G, 13-KB, 15-K, 21-K, 22-K, 23-K,**

2      **24-K, 26-K, 30-K, 31-K, 33-K, 1-W, 2-W, 3-W, 4-W, 5-W, 6-W and 7-W of**

3      **Jefferson Parish; Precincts 1-2, 1-3, 1-4, 1-5, 1-6, 2-1, 2-1A, 2-3, 2-5, 2-7, 2-9,**

4      **2-10, 2-11, 2-16, 5-1, 5-1A and 5-3 of Lafourche Parish; Precincts 1-1, 1-2, 1-5,**

5      **1-6, 2-1, 2-2, 2-4, 2-6, 2-7, 3-1, 3-8, 3-9, 3-12, 3-14, 3-15, 3-18, 3-19, 3-20, 4-2, 4-3,**

6      **4-6, 5-1, 5-2, 5-3, 5-5, 5-7, 5-8, 5-9, 5-10, 5-11, 6-1, 6-2, 6-4, 6-6, 6-7, 6-8, 7-1, 7-2,**

7      **7-4, 7-5, 7-6, 7-7, 7-8, 7-9A, 7-10, 7-11, 7-12, 7-13, 7-14, 7-15, 7-16, 7-17, 7-18,**

8      **7-19, 7-20, 7-21, 7-23, 7-24, 7-25, 7-25A, 7-26, 7-27, 7-27B, 7-28, 7-28A, 7-29,**

9      **7-30, 7-32, 7-33, 7-35, 7-37, 7-37A, 7-40, 8-1, 8-2, 8-4, 8-6, 8-7, 8-8, 8-9, 8-12,**

10      **8-13, 8-14, 8-15, 8-19, 8-20, 8-21, 8-22, 8-23, 8-24, 8-25, 8-26, 8-27, 8-28, 8-30, 9-1,**

11      **9-3, 9-4, 9-5, 9-6, 9-7, 9-8, 9-9, 9-10, 9-11, 9-12, 9-13, 9-14, 9-15, 9-16, 9-17, 9-19,**

12      **9-21, 9-23, 9-25, 9-26, 9-28, 9-28C, 9-29, 9-30, 9-30A, 9-31, 9-31A, 9-31B, 9-31D,**

13      **9-32, 9-33, 9-34A, 9-35, 9-35A, 9-36, 9-36B, 9-37, 9-38, 9-38A, 9-39, 9-39B, 9-40,**

14      **9-40A, 9-40C, 9-41, 9-41A, 9-41B, 9-41C, 9-41D, 9-42, 9-42C, 9-43A, 9-43B,**

15      **9-43C, 9-43E, 9-43F, 9-43G, 9-43H, 9-43I, 9-43J, 9-43K, 9-43L, 9-43M, 9-43N,**

16      **9-44, 9-44A, 9-44B, 9-44D, 9-44E, 9-44F, 9-44G, 9-44I, 9-44J, 9-44L, 9-44M,**

17      **9-44N, 9-44O, 9-44P, 9-44Q, 10-3, 10-6, 10-7, 10-8, 10-9, 10-11, 10-12, 10-13,**

18      **10-14, 11-2, 11-3, 11-12, 11-13, 11-14, 11-17, 12-1, 12-2, 12-3, 12-4, 12-11, 12-12,**

19      **12-13, 12-14, 12-16, 12-17, 12-19, 13-1, 13-2, 13-3, 13-4, 13-6, 13-9, 13-10, 13-11,**

20      **13-12, 13-13, 13-14, 13-15, 13-16, 14-12, 14-19, 14-23, 14-24A, 14-25, 14-26, 15-1,**

21      **15-2, 15-3, 15-5, 15-6, 15-8, 15-9, 15-10, 15-11, 15-12, 15-12A, 15-13, 15-13A,**

22      **15-13B, 15-14, 15-14A, 15-14B, 15-14C, 15-14D, 15-14E, 15-14F, 15-14G, 15-15,**

23      **15-15A, 15-15B, 15-16, 15-17, 15-17A, 15-17B, 15-18, 15-18A, 15-18B, 15-18C,**

24      **15-18D, 15-18E, 15-18F, 15-19, 15-19A, 15-19B, 15-19C, 16-2, 16-3, 16-4, 16-5,**

25      **16-6, 16-7, 16-8, 16-9, 17-2, 17-3, 17-4, 17-5, 17-6, 17-7, 17-8, 17-9, 17-10, 17-11,**

26      **17-12, 17-13, 17-13A, 17-14, 17-15 and 17-16 of Orleans Parish; Precincts 10, 11,**

27      **12, 13, 14, 15, 20, 21, 22, 23, 24, 25, 30, 31, 40 and 42 of St. Bernard Parish;**

28      **Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 2-1, 2-3, 2-4, 2-5, 4-1, 4-2, 4-3, 4-4, 4-5, 5-1, 5-3,**

29      **5-4, 7-1, 7-2, 7-3, 7-4, 7-5 and 7-6 of St. Charles Parish; St. James Parish and St.**

Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **boldface type and underscored** are additions.

Callais_000108

SLS 241ES-18

1    **John the Baptist Parish.**

2    **(3) District 3 is composed of Acadia Parish; Precincts 167, 260, 261, 262,**

3    **300, 301, 302, 303, 304, 305, 306, 307, 308, 309E, 309W, 310, 311, 312, 313E,**

4    **313W, 314, 315E, 315W, 316E, 316W, 317, 318, 319N, 319S, 320E, 320W, 321,**

5    **322, 323, 324, 325, 326, 327, 328, 329, 330, 331, 332N, 332S, 333, 334, 335, 336,**

6    **337, 338, 339, 340, 360, 361, 362, 363, 364, 368, 369, 370, 372, 405, 440, 441, 463,**

7    **464, 467, 800, 801, 860S, 861E and 861W of Calcasieu Parish; Cameron Parish;**

8    **Iberia Parish; Jefferson Davis Parish; Precincts 1, 3, 8, 25, 26, 27, 28, 29, 30, 31,**

9    **32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 65, 66, 67, 69, 70,**

10   **71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93,**

11   **94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111,**

12   **114, 115, 116, 117, 118, 119, 120, 121, 123, 124, 125, 126, 127, 128, 130, 131, 133,**

13   **134, 135 and 136 of Lafayette Parish; Precincts 1-1, 2-2, 2-6, 2-8, 2-12, 2-13,**

14   **2-14, 2-15, 3-1, 3-2, 3-4, 3-5, 3-7, 5-2, 6-1, 6-2, 6-3, 6-4, 6-5, 7-1, 7-2, 7-3 and 11-4**

15   **of Lafourche Parish; St. Martin Parish; St. Mary Parish; Terrebonne Parish**

16   **and Vermilion Parish.**

17   **(4) District 4 is composed of Allen Parish; Beauregard Parish; Bienville**

18   **Parish; Bossier Parish; Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 1-6, 1-7, 1-8, 1-9, 1-10,**

19   **1-11, 1-12, 1-13, 1-14, 2-1, 2-2, 2-4, 2-7, 3-1, 3-8, 4-1, 4-2, 4-3, 4-4, 4-5, 4-6, 4-7,**

20   **4-8, 4-9, 4-10, 5-10, 6-1, 7-1, 8-1, 8-2, 8-3, 8-4, 8-5, 8-6, 8-7, 8-8, 8-9, 9-1, 9-2, 9-3,**

21   **9-5, 9-7, 9-8, 9-12, 9-13, 10-2, 10-8, 11-1, 11-2, 11-3, 11-4, 11-5, 11-6, 11-7, 11-8,**

22   **11-9, 11-10, 12-1, 12-3, 12-7 and 12-8 of Caddo Parish; Precincts 160E, 160W,**

23   **161, 162E, 162W, 163, 164, 165, 166E, 166W, 365, 366, 367, 371N, 371S, 400,**

24   **401, 402, 404, 406, 407, 408, 460E, 460W, 461, 465, 466E, 466W, 468, 469,**

25   **560, 561, 562, 600, 601, 602, 603, 660, 661, 662, 663, 664, 700, 701, 702, 703, 760,**

26   **761, 762 and 860N of Calcasieu Parish; Claiborne Parish; Precincts 4, 10, 11,**

27   **11B, 11C, 16, 16A, 16B, 16C, 22, 22A, 23, 28, 30, 30A, 31A, 34, 34A, 34B, 35,**

28   **35A, 35B, 37, 37C, 44, 46, 46A, 46B, 48, 49, 49A, 51, 53 and 55 of De Soto**

29   **Parish; Evangeline Parish; Grant Parish; Jackson Parish; Lincoln Parish;**

Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **boldface type and underscored** are additions.

Callais_000109

1  **Precincts 25, 32, 36, 38, 41, 42, 43, 44, 44A, 45, 49, 51, 51A, 53, 55, 57 and 58 of**

2  **Ouachita Parish; Precincts C22, C23, C27, C30, C31, C32, C33, C34, C35, C36,**

3  **C37-A, C37-B, C41, C42, S7, S8, S9, S10, S11, S13, S14, S15, S16, S17, S18, S19,**

4  **S20, S21, S22, S23, S24, S25, S26, S27, S28 and S29 of Rapides Parish; Red**

5  **River Parish; Sabine Parish; Union Parish; Vernon Parish; Webster Parish and**

6  **Winn Parish.**

7         **(5) District 5 is composed of Precincts 1, 2, 3, 4, 5, 8, 10, 12, 16, 19, 61, 64**

8  **and 76 of Ascension Parish; Caldwell Parish; Catahoula Parish; Concordia**

9  **Parish; Precincts 1-12, 1-34, 1-41, 1-42, 1-43, 1-44, 1-46, 1-47, 1-49, 1-56, 1-69,**

10  **1-74, 1-75, 1-76, 1-79, 1-80, 1-99, 1-105, 1-107, 2-6, 2-7, 2-8, 2-33, 3-1, 3-2, 3-3,**

11  **3-4, 3-5, 3-6, 3-7, 3-9, 3-13, 3-14, 3-15, 3-16, 3-17, 3-18, 3-21, 3-22, 3-23, 3-25,**

12  **3-26, 3-29, 3-30, 3-31, 3-33, 3-34, 3-35, 3-36, 3-37, 3-38, 3-39, 3-40, 3-41, 3-43,**

13  **3-45, 3-46, 3-47, 3-48, 3-49, 3-51, 3-53, 3-58, 3-60, 3-61, 3-62, 3-64, 3-65, 3-66,**

14  **3-67, 3-68, 3-71, 3-73 and 3-74 of East Baton Rouge Parish; East Carroll Parish;**

15  **East Feliciana Parish; Franklin Parish; La Salle Parish; Precincts 1, 1A, 1B, 1C,**

16  **1D, 2, 2A, 3, 3A, 3B, 4, 4A, 4B, 5, 5A, 5B, 5D, 6, 6A, 6B, 7, 7A, 7B, 7C, 7D, 8A,**

17  **8B, 9, 10, 11, 11A, 12, 18, 18A, 19, 19A, 20, 21, 21A, 21B, 23, 23A, 23B, 23C, 24,**

18  **24B, 24C, 24D, 25, 26, 26A, 26B, 26C, 27, 28, 29, 30, 33, 34, 35, 35A, 36, 36A, 39,**

19  **39A, 39B, 40, 40A, 41 and 43 of Livingston Parish; Madison Parish; Morehouse**

20  **Parish; Precincts 1, 1A, 2, 3, 4, 5, 6, 7, 8, 9, 9A, 10, 11, 12, 13, 14, 15, 16, 17, 18,**

21  **19, 20, 21, 22, 23, 24, 26, 27, 28, 30, 31, 33, 34, 35, 37, 39, 40, 46, 47, 48, 50, 52,**

22  **52A, 54, 56, 56A, 59, 60, 61, 62, 63, 64, 65, 65A, 66, 67, 68, 69, 70, 71, 72, 73, 74,**

23  **75, 76, 77, 78 and 79 of Ouachita Parish; Richland Parish; St. Helena Parish;**

24  **Precincts 2, 6, 11, 15, 16, 17, 28, 33, 40A, 41, 42, 43, 45A, 45B, 46, 47, 101, 102,**

25  **104, 105, 106, 106A, 107, 108, 109, 110, 111A, 112, 114, 115B, 116, 117, 118,**

26  **118A, 119, 120, 120A, 121, 121A, 123, 125, 127, 129A, 133 and 133A of**

27  **Tangipahoa Parish; Tensas Parish; Washington Parish; West Carroll Parish**

28  **and West Feliciana Parish.**

29         **(6) District 6 is composed of Avoyelles Parish; Precincts 2-3, 2-5, 2-6, 2-8,**

Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **boldface type and underscored** are additions.

Callais_000110

1   **2-9, 2-10, 2-11, 2-12, 3-2, 3-3, 3-4, 3-5, 3-6, 3-7, 3-9, 5-1, 5-2, 5-3, 5-4, 5-5, 5-6, 5-7,**

2   **5-8, 5-9, 5-11, 6-2, 6-3, 6-4, 6-5, 6-6, 6-7, 6-8, 6-9, 6-10, 7-2, 7-3, 7-4, 7-5, 7-6, 7-7,**

3   **7-8, 7-9, 7-10, 9-4, 9-6, 9-9, 9-10, 9-11, 10-1, 10-3, 10-4, 10-5, 10-6, 10-7, 10-9,**

4   **12-2, 12-4, 12-5, 12-6, 12-9, 12-10 and 12-11 of Caddo Parish; Precincts 1, 5, 5A,**

5   **6, 6A, 6B, 9, 21, 26, 26A, 31, 32, 33, 33A, 38, 38A, 42, 56, 59, 60, 60A, 63 and 63A**

6   **of De Soto Parish; Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 1-6, 1-7, 1-8, 1-9, 1-10, 1-11,**

7   **1-13, 1-14, 1-15, 1-16, 1-17, 1-18, 1-19, 1-20, 1-21, 1-22, 1-23, 1-24, 1-25, 1-26,**

8   **1-27, 1-28, 1-29, 1-30, 1-31, 1-32, 1-33, 1-35, 1-36, 1-37, 1-38, 1-39, 1-40, 1-45,**

9   **1-48, 1-50, 1-51, 1-52, 1-53, 1-54, 1-55, 1-57, 1-58, 1-59, 1-60, 1-61, 1-62, 1-63,**

10  **1-64, 1-65, 1-66, 1-67, 1-68, 1-70, 1-71, 1-72, 1-73, 1-77, 1-78, 1-81, 1-82, 1-83,**

11  **1-84, 1-85, 1-86, 1-87, 1-88, 1-89, 1-90, 1-91, 1-92, 1-93, 1-94, 1-95, 1-96, 1-97,**

12  **1-98, 1-100, 1-101, 1-102, 1-103, 1-104, 2-1, 2-2, 2-3, 2-4, 2-5, 2-9, 2-10, 2-11, 2-12,**

13  **2-13, 2-14, 2-15, 2-16, 2-17, 2-18, 2-19, 2-20, 2-21, 2-22, 2-23, 2-24, 2-25, 2-26,**

14  **2-27, 2-28, 2-29, 2-30, 2-31, 2-32, 2-34, 2-35, 2-36, 2-37, 2-38, 3-8, 3-10, 3-11, 3-12,**

15  **3-19, 3-20, 3-24, 3-27, 3-28, 3-32, 3-42, 3-44, 3-50, 3-52, 3-54, 3-55, 3-56, 3-57,**

16  **3-59, 3-63, 3-69, 3-70, 3-72, 3-75 and 3-76 of East Baton Rouge Parish; Precincts**

17  **2, 4, 5, 6, 7, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 50, 51, 52, 53,**

18  **54, 55, 56, 57, 58, 59, 60, 61, 63, 64, 68, 112, 113, 122 and 129 of Lafayette**

19  **Parish; Natchitoches Parish; Pointe Coupee Parish; Precincts C1, C2, C3, C4,**

20  **C5, C6, C7, C8, C9, C10, C11-A, C11-B, C13, C14, C15, C17, C18, C19, C20,**

21  **C21, C24, C25, C26, C28, C38-A, C38-B, C39, C40, N1, N2, N3, N4, N5, N6, N7,**

22  **N8, N9, N10, N11, N12, N13-A, N13-B, N14-A, N14-B, N15, N16, N17, N18-A,**

23  **N18-B, N19, N20, N21, N22, N23, N24, N25, N26, N27, N28, N29, S1, S2, S4, S5,**

24  **S6A and S6B of Rapides Parish; St. Landry Parish and West Baton Rouge**

25  **Parish.**

26  Section 2. R.S. 18:1276 is hereby repealed.

27  Section 3.(A) The precincts referenced in this Act are those contained in the file

28  named "2024 Precinct Shapefiles (1-10-2024)" available on the website of the Legislature

29  of Louisiana on the effective date of this Section. The 2024 Precinct Shapefiles are based

Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **boldface type and underscored** are additions.

Callais_000111

1    upon those Voting Districts (VTDs) contained in the 2020 Census Redistricting TIGER/Line

2    Shapefiles for the State of Louisiana as those files have been modified and validated through

3    the data verification program of the Louisiana House of Representatives and the Louisiana

4    Senate to represent precinct changes submitted through January 10, 2024, to the Legislature

5    of Louisiana by parish governing authorities pursuant to the provisions of R.S. 18:532 and

6    532.1.

7           (B) When a precinct referenced in this Act has been subdivided by action of the

8    parish governing authority on a nongeographic basis or subdivided by action of the parish

9    governing authority on a geographic basis in accordance with the provisions of R.S.

10   18:532.1, the enumeration in this Act of the general precinct designation shall include all

11   nongeographic and all geographic subdivisions thereof, however such subdivisions may be

12   designated.

13          (C) The territorial limits of the districts as provided in this Act shall continue in

14   effect until changed by law regardless of any subsequent change made to the precincts by

15   the parish governing authority.

16          Section 4. The provisions of this Act shall not reduce the term of office of any person

17   holding any position or office on the effective date of this Section for which the appointment

18   or election is based upon a congressional district as composed pursuant to R.S. 18:1276. Any

19   position or office that is filled by appointment or election based upon a congressional district

20   and that is to be filled after January 3, 2025, shall be appointed or elected from a district as

21   it is described in Section 1 of this Act.

22          Section 5.(A) Solely for the purposes of qualifying for election and the conduct of

23   the election of representatives to the United States Congress at the regularly scheduled

24   election for representatives to the congress in 2024, the provisions of Section 1 of this Act

25   shall become effective upon signature of this Act by the governor or, if not signed by the

26   governor, upon expiration of the time for bills to become law without signature by the

27   governor, as provided in Article III, Section 18 of the Constitution of Louisiana. If this Act

28   is vetoed by the governor and subsequently approved by the legislature, the provisions of

29   Section 1 of this Act shall become effective on the day following such approval for the

Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **boldface type and underscored** are additions.

Callais_000112

SLS 241ES-18                                                              **ORIGINAL**
                                                                         SB NO. 8

1    purposes established in this Subsection.

2           (B) For subsequent elections of representatives to the United States Congress and for

3    all other purposes, the provisions of Section 1 of this Act shall become effective at noon on

4    January 3, 2025.

5           (C) The provisions of Section 2 of this Act shall become effective at noon on January

6    3, 2025.

7           (D) The provisions of this Section and Sections 3 and 4 of this Act shall become

8    effective upon signature of this Act by the governor or, if not signed by the governor, upon

9    expiration of the time for bills to become law without signature by the governor, as provided

10   in Article III, Section 18 of the Constitution of Louisiana. If this Act is vetoed by the

11   governor and subsequently approved by the legislature, the provisions of this Section and

12   Sections 3 and 4 of this Act shall become effective on the day following such approval.

---

The original instrument and the following digest, which constitutes no part
of the legislative instrument, were prepared by J. W. Wiley.

---

DIGEST

SB 8 Original            2024 First Extraordinary Session              Womack

Present U.S. Constitution (14th Amendment) provides that representatives in congress shall
be apportioned among the several states according to their respective numbers, counting the
whole number of persons in each state. The U.S. Supreme Court has held that the population
of congressional districts in the same state must be as nearly equal in population as
practicable.

Present law provides for six congressional districts based upon the 2020 federal decennial
census.

Proposed law redraws district boundaries for the congressional districts based upon the 2020
federal decennial census.

Proposed law provides that the new districts become effective upon signature of governor
or lapse of time for gubernatorial action for election purposes only for the regular
congressional elections in 2024. Retains present law districts based upon the 2020 census
until noon on January 3, 2025, at which time present law is repealed and the new districts
based upon the 2020 census, as established by proposed law, become effective for all other
purposes.

Proposed law specifies that precincts referenced in district descriptions are those precincts
identified as Voting Districts (VTDs) contained in the file named "2024 Precinct Shapefiles
(1-10-2024)" available on the La. Legislature's website. Specifies that the 2024 Precinct
Shapefiles are based upon those Voting Districts (VTDs) contained in the 2020 Census
Redistricting TIGER/Line Shapefiles for the State of Louisiana as those files have been
modified and validated through the data verification program of the La. legislature. Also
specifies that if any such precinct has been subdivided by action of the parish governing
authority on a nongeographic basis or subdivided by action of the parish governing authority

Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **boldface type and underscored** are additions.

Callais_000113

on a geographic basis in accordance with <u>present law</u>, the enumeration of the general precinct designation shall include all nongeographic and all geographic subdivisions thereof. Further provides that the territorial limits of the districts as enacted shall continue in effect until changed by law regardless of any subsequent change made to the precincts by the parish governing authority.

<u>Proposed law</u> specifies that <u>proposed law</u> does not reduce the term of office of any person holding any position or office on the effective date of <u>proposed law</u> for which the appointment or election is based upon a congressional district as composed pursuant to <u>present law</u>. Specifies that any position or office filled after Jan. 1, 2025, for which the appointment or election is based upon a congressional district shall be appointed or elected from a district as it is described in <u>proposed law</u>.

Population data in the summaries accompanying this digest are derived from 2020 Census Redistricting Data (Public Law 94-171), Summary File for Louisiana. Population data, statistical information, and maps are supplied for purposes of information and analysis and comprise no part of <u>proposed law</u>.

Effective upon signature of governor or lapse of time for gubernatorial action for election purposes only for the regular congressional elections in 2024; effective for all other purposes at noon on January 3, 2025.

(Adds R.S. 18:1276.1; repeals R.S. 18:1276)

Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **boldface type and underscored** are additions.

Callais_000114

# Plan Statistics

## Plan: SLS 241ES-18 (Womack)

| Districts: | # of Members | Actual Population | Ideal Population | Absolute Deviation | Relative Deviation |
|---|---|---|---|---|---|
| District 1 | 1 | 776,327 | 776,292 | 35 | 0.005% |
| District 2 | 1 | 776,316 | 776,292 | 24 | 0.003% |
| District 3 | 1 | 776,287 | 776,292 | -5 | -0.001% |
| District 4 | 1 | 776,314 | 776,292 | 22 | 0.003% |
| District 5 | 1 | 776,259 | 776,292 | -33 | -0.004% |
| District 6 | 1 | 776,254 | 776,292 | -38 | -0.005% |
| Grand Total: | 6 | 4,657,757 | 4,657,752 | | |

| | | | | |
|---|---|---|---|---|
| Ideal Population Per Member: | 776292 | | | |
| Number of Districts for Plan Type: | 6 | | | |
| Range of District Populations: | 776,254 | to | 776,327 | |
| Absolute Mean Deviation: | 12 | | | |
| Absolute Range: | -38 | to | 35 | |
| Absolute Overall Range: | 73 | | | |
| Relative Mean Deviation: | 0.00% | | | |
| Relative Range: | 0.00% | to | 0.00% | |
| Relative Overall Range: | 0.00% | | | |

| | |
|---|---|
| *Ideal - Actual:* | *-5* |
| *Remainder:* | *5* |
| *Unassigned Population:* | *0* |

Callais_000115

# Total Population

Plan: SLS 241ES-18 (Womack)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | Total Hispanic | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | VAP Hispanic Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | 776,327 | 553,751 | 108,188 | 23,991 | 17,494 | 72,903 | 90,968 | 603,907 | 444,675 | 76,646 | 17,622 | 12,740 | 52,224 | 64,365 |
| | 100.000% | 71.330% | 13.936% | 3.090% | 2.253% | 9.391% | 11.718% | 100.000% | 73.633% | 12.692% | 2.918% | 2.110% | 8.648% | 10.658% |
| District 2 | 776,316 | 271,367 | 412,387 | 24,960 | 9,683 | 57,919 | 74,305 | 598,204 | 225,203 | 305,124 | 19,711 | 7,377 | 40,789 | 51,406 |
| | 100.000% | 34.956% | 53.121% | 3.215% | 1.247% | 7.461% | 9.571% | 100.000% | 37.647% | 51.007% | 3.295% | 1.233% | 6.819% | 8.593% |
| District 3 | 776,287 | 514,019 | 189,998 | 16,980 | 18,502 | 36,788 | 43,292 | 588,557 | 405,242 | 132,825 | 12,215 | 12,990 | 25,285 | 29,021 |
| | 100.000% | 66.215% | 24.475% | 2.187% | 2.383% | 4.739% | 5.577% | 100.000% | 68.853% | 22.568% | 2.075% | 2.207% | 4.296% | 4.931% |
| District 4 | 776,314 | 539,009 | 172,278 | 13,380 | 20,382 | 31,265 | 36,034 | 594,570 | 423,134 | 124,461 | 9,728 | 15,227 | 22,020 | 27,338 |
| | 100.000% | 69.432% | 22.192% | 1.724% | 2.625% | 4.027% | 5.095% | 100.000% | 71.166% | 20.933% | 1.636% | 2.561% | 3.704% | 4.598% |
| District 5 | 776,259 | 492,074 | 224,328 | 15,038 | 12,092 | 32,727 | 38,399 | 596,882 | 392,528 | 160,490 | 11,285 | 9,179 | 23,400 | 26,693 |
| | 100.000% | 63.390% | 28.899% | 1.937% | 1.558% | 4.216% | 4.947% | 100.000% | 65.763% | 26.888% | 1.891% | 1.538% | 3.920% | 4.472% |
| District 6 | 776,254 | 287,432 | 435,940 | 12,939 | 8,907 | 31,036 | 36,034 | 588,428 | 233,729 | 316,223 | 9,855 | 6,727 | 21,894 | 24,839 |
| | 100.000% | 37.028% | 56.159% | 1.667% | 1.147% | 3.998% | 4.642% | 100.000% | 39.721% | 53.740% | 1.675% | 1.143% | 3.721% | 4.221% |
| Grand Total | 4,657,757 | 2,657,652 | 1,543,119 | 107,288 | 87,060 | 262,638 | 322,549 | 3,570,548 | 2,124,511 | 1,115,769 | 80,416 | 64,240 | 185,612 | 223,662 |
| | 100.000% | 57.059% | 33.130% | 2.303% | 1.869% | 5.639% | 6.925% | 100.000% | 59.501% | 31.249% | 2.252% | 1.799% | 5.198% | 6.264% |

Callais_000116

# Voter Registration

## Plan: SLS 241ES-18 (Womack)

|  | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 | Reg Dem Total Dec 2023 | Reg Rep Total Dec 2023 | Reg Other Total Dec 2023 |
|---|---|---|---|---|---|---|---|
| District 1 | 479,186 | 385,098 | 51,969 | 42,119 | 127,253 | 205,251 | 146,682 |
|  | 79.348% | 80.365% | 10.845% | 8.790% | 26.556% | 42.833% | 30.611% |
| District 2 | 466,623 | 181,215 | 245,721 | 39,687 | 267,146 | 76,552 | 122,925 |
|  | 78.004% | 38.835% | 52.659% | 8.505% | 57.251% | 16.406% | 26.344% |
| District 3 | 452,113 | 336,261 | 94,266 | 21,586 | 142,481 | 185,022 | 124,610 |
|  | 76.817% | 74.375% | 20.850% | 4.774% | 31.514% | 40.924% | 27.562% |
| District 4 | 441,028 | 335,655 | 85,837 | 19,536 | 126,254 | 198,958 | 115,816 |
|  | 74.176% | 76.107% | 19.463% | 4.430% | 28.627% | 45.112% | 26.260% |
| District 5 | 455,822 | 317,221 | 120,765 | 17,836 | 152,554 | 186,002 | 117,266 |
|  | 76.367% | 69.593% | 26.494% | 3.913% | 33.468% | 40.806% | 25.726% |
| District 6 | 447,515 | 184,996 | 243,271 | 19,248 | 236,818 | 99,841 | 110,856 |
|  | 76.053% | 41.339% | 54.360% | 4.301% | 52.918% | 22.310% | 24.771% |
| Grand Total | 2,742,287 | 1,740,446 | 841,829 | 160,012 | 1,052,506 | 951,626 | 738,155 |

Callais_000117

# Splits

## Plan: SLS 241ES-18 (Womack)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 1** | | | | | | | | | | | | | | | | |
| *Ascension | 27,718 | 23,228 | 2,058 | 201 | 522 | 1,709 | 20,611 | 17,693 | 1,304 | 121 | 368 | 1,125 | 17,243 | 15,672 | 954 | 617 |
| *Jefferson | 240,081 | 155,518 | 30,822 | 11,880 | 4,356 | 37,505 | 192,148 | 129,999 | 22,555 | 8,951 | 3,295 | 27,348 | 144,399 | 112,491 | 12,528 | 19,380 |
| *Lafourche | 47,193 | 37,212 | 3,189 | 577 | 3,242 | 2,973 | 35,543 | 29,123 | 1,939 | 413 | 2,140 | 1,928 | 25,117 | 22,442 | 1,115 | 1,560 |
| *Livingston | 13,310 | 11,276 | 1,138 | 84 | 259 | 553 | 10,369 | 8,949 | 804 | 46 | 207 | 363 | 8,639 | 7,732 | 668 | 239 |
| *Orleans | 64,493 | 50,312 | 6,498 | 2,503 | 749 | 4,431 | 53,843 | 42,329 | 5,556 | 1,950 | 609 | 3,399 | 41,535 | 34,071 | 3,239 | 4,225 |
| Plaquemines | 23,515 | 14,287 | 5,428 | 1,317 | 697 | 1,786 | 17,334 | 10,856 | 3,857 | 925 | 500 | 1,196 | 13,143 | 8,996 | 2,934 | 1,213 |
| *St. Bernard | 20,543 | 11,907 | 5,780 | 617 | 436 | 1,803 | 14,871 | 8,992 | 3,854 | 424 | 327 | 1,274 | 12,975 | 8,866 | 3,231 | 878 |
| *St. Charles | 19,887 | 13,870 | 3,607 | 347 | 356 | 1,707 | 14,990 | 10,865 | 2,485 | 229 | 241 | 1,170 | 12,791 | 9,837 | 2,063 | 891 |
| St. Tammany | 264,570 | 196,641 | 38,643 | 5,774 | 5,660 | 17,852 | 202,228 | 154,621 | 26,761 | 4,075 | 4,161 | 12,610 | 174,307 | 141,262 | 21,129 | 11,916 |
| *Tangipahoa | 55,017 | 39,500 | 11,025 | 691 | 1,217 | 2,584 | 41,970 | 31,248 | 7,531 | 488 | 892 | 1,811 | 29,037 | 23,729 | 4,108 | 1,200 |
| **District 1** | 776,327 | 553,751 | 108,188 | 23,991 | 17,494 | 72,903 | 603,907 | 444,675 | 76,646 | 17,622 | 12,740 | 52,224 | 479,186 | 385,098 | 51,969 | 42,119 |
| | 100.000% | 71.330% | 13.936% | 3.090% | 2.253% | 9.391% | 100.000% | 73.633% | 12.692% | 2.918% | 2.110% | 8.648% | 79.348% | 80.365% | 10.845% | 8.790% |
| **District 2** | | | | | | | | | | | | | | | | |
| *Ascension | 67,009 | 34,447 | 25,291 | 1,260 | 985 | 5,026 | 48,560 | 26,086 | 17,639 | 850 | 679 | 3,306 | 41,549 | 23,859 | 15,251 | 2,439 |
| Assumption | 21,039 | 13,722 | 6,220 | 96 | 258 | 743 | 16,616 | 11,145 | 4,707 | 57 | 197 | 510 | 13,323 | 8,977 | 4,131 | 215 |
| Iberville | 30,241 | 14,833 | 13,730 | 202 | 274 | 1,202 | 24,086 | 12,462 | 10,232 | 149 | 221 | 1,022 | 19,906 | 9,999 | 9,484 | 423 |
| *Jefferson | 200,700 | 65,417 | 95,395 | 11,144 | 3,330 | 25,414 | 152,506 | 54,136 | 69,620 | 8,741 | 2,540 | 17,469 | 109,034 | 40,445 | 53,674 | 14,915 |
| *Lafourche | 19,271 | 10,678 | 7,472 | 188 | 292 | 641 | 14,620 | 8,657 | 5,185 | 132 | 200 | 446 | 10,440 | 6,675 | 3,412 | 353 |
| *Orleans | 319,504 | 76,150 | 212,471 | 10,353 | 2,917 | 17,613 | 252,353 | 67,923 | 160,512 | 8,570 | 2,339 | 13,009 | 196,855 | 52,054 | 127,351 | 17,450 |
| *St. Bernard | 23,221 | 12,590 | 6,529 | 764 | 511 | 2,827 | 16,904 | 10,000 | 4,090 | 558 | 361 | 1,895 | 12,710 | 9,178 | 2,362 | 1,170 |
| *St. Charles | 32,662 | 19,680 | 10,321 | 490 | 569 | 1,602 | 24,551 | 15,289 | 7,405 | 300 | 426 | 1,131 | 20,791 | 13,574 | 6,207 | 1,010 |
| St. James | 20,192 | 9,973 | 9,762 | 60 | 82 | 315 | 15,505 | 7,883 | 7,297 | 31 | 64 | 230 | 14,531 | 7,116 | 7,196 | 219 |
| St. John the Baptist | 42,477 | 13,877 | 25,196 | 403 | 465 | 2,536 | 32,503 | 11,622 | 18,437 | 323 | 350 | 1,771 | 27,484 | 9,338 | 16,653 | 1,493 |
| **District 2** | 776,316 | 271,367 | 412,387 | 24,960 | 9,683 | 57,919 | 598,204 | 225,203 | 305,124 | 19,711 | 7,377 | 40,789 | 466,623 | 181,215 | 245,721 | 39,687 |
| | 100.000% | 34.956% | 53.121% | 3.215% | 1.247% | 7.461% | 100.000% | 37.647% | 51.007% | 3.295% | 1.233% | 6.819% | 78.004% | 38.835% | 52.659% | 8.505% |
| **District 3** | | | | | | | | | | | | | | | | |
| Acadia | 57,576 | 44,480 | 10,864 | 238 | 573 | 1,421 | 42,943 | 34,071 | 7,383 | 173 | 400 | 916 | 36,151 | 29,438 | 5,995 | 718 |
| *Calcasieu | 131,299 | 69,747 | 50,290 | 3,564 | 1,764 | 5,934 | 99,893 | 55,812 | 35,987 | 2,563 | 1,347 | 4,184 | 65,841 | 39,808 | 22,822 | 3,211 |
| Cameron | 5,617 | 5,232 | 125 | 30 | 75 | 155 | 4,358 | 4,100 | 79 | 23 | 47 | 109 | 4,072 | 3,936 | 61 | 75 |
| Iberia | 69,929 | 39,206 | 24,556 | 2,123 | 794 | 3,250 | 52,791 | 31,295 | 17,069 | 1,562 | 581 | 2,284 | 42,188 | 26,848 | 13,441 | 1,899 |
| Jefferson Davis | 32,250 | 25,066 | 5,837 | 183 | 472 | 692 | 24,039 | 19,121 | 4,006 | 111 | 325 | 476 | 18,733 | 15,509 | 2,784 | 440 |
| *Lafayette | 180,411 | 131,849 | 29,263 | 5,960 | 2,665 | 10,674 | 137,635 | 103,919 | 19,952 | 4,314 | 2,029 | 7,421 | 111,925 | 91,759 | 13,498 | 6,668 |
| *Lafourche | 31,093 | 23,820 | 5,194 | 260 | 690 | 1,129 | 24,456 | 19,058 | 3,953 | 193 | 437 | 815 | 18,681 | 16,364 | 1,750 | 567 |
| St. Martin | 51,767 | 33,259 | 15,921 | 597 | 539 | 1,451 | 39,404 | 26,278 | 11,293 | 407 | 413 | 1,013 | 33,997 | 23,306 | 9,880 | 811 |
| St. Mary | 49,406 | 26,949 | 15,991 | 835 | 1,670 | 3,961 | 37,521 | 21,594 | 11,520 | 593 | 1,173 | 2,641 | 29,204 | 17,999 | 9,570 | 1,635 |

Callais_000118

# Splits

## Plan: SLS 241ES-18 (Womack)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 3** | | | | | | | | | | | | | | | | |
| Terrebonne | 109,580 | 69,934 | 23,147 | 1,743 | 8,637 | 6,119 | 82,505 | 55,631 | 15,796 | 1,239 | 5,750 | 4,089 | 55,810 | 41,601 | 9,910 | 4,299 |
| Vermilion | 57,359 | 44,477 | 8,810 | 1,447 | 623 | 2,002 | 43,012 | 34,363 | 5,787 | 1,037 | 488 | 1,337 | 35,511 | 29,693 | 4,555 | 1,263 |
| **District 3** | **776,287** | **514,019** | **189,998** | **16,980** | **18,502** | **36,788** | **588,557** | **405,242** | **132,825** | **12,215** | **12,990** | **25,285** | **452,113** | **336,261** | **94,266** | **21,586** |
| | **100.000%** | **66.215%** | **24.475%** | **2.187%** | **2.383%** | **4.739%** | **100.000%** | **68.853%** | **22.568%** | **2.075%** | **2.207%** | **4.296%** | **76.817%** | **74.375%** | **20.850%** | **4.774%** |
| **District 4** | | | | | | | | | | | | | | | | |
| Allen | 22,750 | 16,327 | 4,490 | 246 | 947 | 740 | 17,510 | 12,751 | 3,275 | 182 | 646 | 656 | 11,079 | 8,704 | 1,920 | 455 |
| Beauregard | 36,549 | 29,529 | 4,649 | 402 | 1,052 | 917 | 27,489 | 22,304 | 3,495 | 269 | 773 | 648 | 22,071 | 18,639 | 2,264 | 1,168 |
| Bienville | 12,981 | 6,950 | 5,600 | 57 | 207 | 167 | 10,073 | 5,486 | 4,284 | 30 | 162 | 111 | 8,336 | 4,509 | 3,728 | 99 |
| Bossier | 128,746 | 81,052 | 32,551 | 3,492 | 3,273 | 8,378 | 95,876 | 62,931 | 22,402 | 2,448 | 2,477 | 5,580 | 65,726 | 48,229 | 13,555 | 3,942 |
| *Caddo | 114,165 | 79,332 | 25,268 | 2,803 | 2,688 | 4,074 | 90,157 | 64,820 | 18,302 | 2,076 | 2,067 | 2,892 | 67,861 | 51,103 | 13,239 | 3,519 |
| *Calcasieu | 85,486 | 70,025 | 9,096 | 1,138 | 1,772 | 3,455 | 63,273 | 52,977 | 5,911 | 796 | 1,257 | 2,332 | 45,978 | 40,556 | 3,671 | 1,751 |
| Claiborne | 14,170 | 7,263 | 6,360 | 88 | 185 | 274 | 11,507 | 6,258 | 4,824 | 55 | 140 | 230 | 8,390 | 4,557 | 3,677 | 156 |
| *De Soto | 16,131 | 11,671 | 3,364 | 60 | 535 | 501 | 12,226 | 8,945 | 2,534 | 41 | 400 | 306 | 11,099 | 8,487 | 2,256 | 356 |
| Evangeline | 32,350 | 21,354 | 9,235 | 241 | 280 | 1,240 | 24,408 | 16,460 | 6,483 | 187 | 217 | 1,061 | 20,388 | 14,274 | 5,744 | 370 |
| Grant | 22,169 | 17,709 | 3,335 | 133 | 644 | 348 | 17,527 | 13,964 | 2,717 | 97 | 507 | 242 | 12,226 | 10,764 | 1,120 | 342 |
| Jackson | 15,031 | 9,967 | 4,166 | 175 | 255 | 468 | 11,783 | 7,967 | 3,125 | 140 | 174 | 377 | 9,375 | 6,570 | 2,610 | 195 |
| Lincoln | 48,396 | 26,034 | 19,364 | 892 | 662 | 1,444 | 38,655 | 21,306 | 15,119 | 744 | 526 | 960 | 24,408 | 15,139 | 8,357 | 912 |
| *Ouachita | 35,274 | 30,867 | 2,018 | 422 | 947 | 1,020 | 26,555 | 23,493 | 1,293 | 286 | 749 | 734 | 23,182 | 21,489 | 961 | 732 |
| *Rapides | 41,762 | 30,822 | 6,574 | 1,190 | 1,153 | 2,023 | 32,201 | 24,432 | 4,687 | 871 | 867 | 1,344 | 25,132 | 20,354 | 3,398 | 1,380 |
| Red River | 7,620 | 4,195 | 3,106 | 25 | 171 | 123 | 5,714 | 3,338 | 2,164 | 3 | 116 | 93 | 5,475 | 3,034 | 2,358 | 83 |
| Sabine | 22,155 | 15,036 | 3,861 | 94 | 2,723 | 441 | 17,064 | 12,054 | 2,655 | 66 | 1,970 | 319 | 13,570 | 10,287 | 1,912 | 1,371 |
| Union | 21,107 | 14,460 | 5,224 | 62 | 338 | 1,023 | 16,632 | 11,807 | 3,861 | 39 | 254 | 671 | 14,802 | 10,847 | 3,497 | 458 |
| Vernon | 48,750 | 35,087 | 7,611 | 1,442 | 1,600 | 3,010 | 36,321 | 26,765 | 5,133 | 1,074 | 1,160 | 2,129 | 22,409 | 18,129 | 2,608 | 1,672 |
| Webster | 36,967 | 22,735 | 12,679 | 208 | 687 | 658 | 28,753 | 18,144 | 9,464 | 154 | 558 | 433 | 21,259 | 14,068 | 6,744 | 447 |
| Winn | 13,755 | 8,594 | 3,727 | 210 | 263 | 961 | 10,906 | 6,932 | 2,695 | 170 | 207 | 902 | 8,262 | 5,916 | 2,218 | 128 |
| **District 4** | **776,314** | **539,009** | **172,278** | **13,380** | **20,382** | **31,265** | **594,570** | **423,134** | **124,461** | **9,728** | **15,227** | **22,020** | **441,028** | **335,655** | **85,837** | **19,536** |
| | **100.000%** | **69.432%** | **22.192%** | **1.724%** | **2.625%** | **4.027%** | **100.000%** | **71.166%** | **20.933%** | **1.636%** | **2.561%** | **3.704%** | **74.176%** | **76.107%** | **19.463%** | **4.430%** |
| **District 5** | | | | | | | | | | | | | | | | |
| *Ascension | 31,773 | 23,466 | 4,867 | 839 | 497 | 2,104 | 22,786 | 17,357 | 3,196 | 543 | 343 | 1,347 | 19,854 | 16,011 | 2,623 | 1,220 |
| Caldwell | 9,645 | 7,646 | 1,632 | 51 | 150 | 166 | 7,478 | 5,969 | 1,224 | 46 | 116 | 123 | 5,813 | 4,959 | 762 | 92 |
| Catahoula | 8,906 | 5,776 | 2,395 | 46 | 119 | 570 | 6,951 | 4,557 | 1,736 | 33 | 87 | 538 | 6,113 | 4,363 | 1,695 | 55 |
| Concordia | 18,687 | 10,275 | 7,725 | 122 | 233 | 332 | 14,217 | 8,108 | 5,613 | 100 | 167 | 229 | 11,419 | 6,816 | 4,418 | 185 |
| *East Baton Rouge | 172,199 | 119,876 | 31,907 | 8,088 | 2,420 | 9,908 | 138,993 | 99,727 | 23,872 | 6,216 | 1,935 | 7,243 | 104,631 | 81,782 | 15,706 | 7,143 |
| East Carroll | 7,459 | 2,054 | 5,272 | 29 | 43 | 61 | 5,901 | 1,773 | 4,043 | 19 | 27 | 39 | 4,564 | 1,218 | 3,305 | 41 |
| East Feliciana | 19,539 | 11,516 | 7,341 | 91 | 262 | 329 | 16,183 | 9,740 | 5,918 | 61 | 198 | 266 | 13,327 | 7,805 | 5,075 | 447 |

Callais_000119

# Splits

### Plan: SLS 241ES-18 (Womack)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 5** | | | | | | | | | | | | | | | | |
| Franklin | 19,774 | 12,492 | 6,802 | 70 | 205 | 205 | 15,028 | 9,901 | 4,779 | 44 | 153 | 151 | 12,350 | 8,524 | 3,718 | 108 |
| La Salle | 14,791 | 11,348 | 1,422 | 283 | 372 | 1,366 | 11,563 | 8,636 | 1,065 | 264 | 271 | 1,327 | 8,380 | 7,633 | 583 | 164 |
| *Livingston | 128,972 | 105,579 | 11,520 | 1,613 | 2,852 | 7,408 | 94,772 | 79,483 | 7,332 | 1,053 | 2,104 | 4,800 | 73,766 | 65,923 | 4,974 | 2,869 |
| Madison | 10,017 | 3,475 | 6,363 | 20 | 59 | 100 | 7,435 | 2,906 | 4,391 | 9 | 48 | 81 | 7,068 | 2,439 | 4,518 | 111 |
| Morehouse | 25,629 | 12,281 | 12,484 | 160 | 370 | 334 | 20,062 | 10,095 | 9,300 | 117 | 279 | 271 | 15,440 | 7,806 | 7,377 | 257 |
| *Ouachita | 125,094 | 57,678 | 59,199 | 2,366 | 1,714 | 4,137 | 93,645 | 46,481 | 40,997 | 1,832 | 1,310 | 3,025 | 72,448 | 36,660 | 33,060 | 2,728 |
| Richland | 20,043 | 11,785 | 7,603 | 83 | 258 | 314 | 15,383 | 9,338 | 5,546 | 66 | 203 | 230 | 13,141 | 8,144 | 4,753 | 244 |
| St. Helena | 10,920 | 4,527 | 6,031 | 39 | 134 | 189 | 8,463 | 3,805 | 4,371 | 28 | 109 | 150 | 8,260 | 3,626 | 4,492 | 142 |
| *Tangipahoa | 78,140 | 41,836 | 30,854 | 783 | 1,237 | 3,430 | 59,521 | 33,957 | 21,686 | 612 | 935 | 2,331 | 34,249 | 22,443 | 10,704 | 1,102 |
| Tensas | 4,147 | 1,744 | 2,312 | 23 | 26 | 42 | 3,235 | 1,446 | 1,728 | 12 | 23 | 26 | 3,485 | 1,510 | 1,937 | 38 |
| Washington | 45,463 | 29,943 | 13,434 | 216 | 736 | 1,134 | 34,951 | 23,743 | 9,732 | 154 | 561 | 761 | 27,151 | 18,603 | 7,892 | 656 |
| West Carroll | 9,751 | 7,894 | 1,425 | 27 | 180 | 225 | 7,532 | 6,223 | 1,010 | 20 | 136 | 143 | 6,871 | 5,770 | 1,013 | 88 |
| West Feliciana | 15,310 | 10,883 | 3,740 | 89 | 225 | 373 | 12,783 | 9,283 | 2,951 | 56 | 174 | 319 | 7,492 | 5,186 | 2,160 | 146 |
| **District 5** | 776,259 | 492,074 | 224,328 | 15,038 | 12,092 | 32,727 | 596,882 | 392,528 | 160,490 | 11,285 | 9,179 | 23,400 | 455,822 | 317,221 | 120,765 | 17,836 |
| | 100.000% | 63.390% | 28.899% | 1.937% | 1.558% | 4.216% | 100.000% | 65.763% | 26.888% | 1.891% | 1.538% | 3.920% | 76.367% | 69.593% | 26.494% | 3.913% |
| **District 6** | | | | | | | | | | | | | | | | |
| Avoyelles | 39,693 | 25,625 | 11,678 | 434 | 767 | 1,189 | 30,578 | 20,269 | 8,311 | 379 | 570 | 1,049 | 21,438 | 15,242 | 5,622 | 574 |
| *Caddo | 123,683 | 24,125 | 94,036 | 1,231 | 1,152 | 3,139 | 92,250 | 20,239 | 68,057 | 932 | 891 | 2,131 | 64,081 | 13,278 | 48,232 | 2,571 |
| *De Soto | 10,681 | 3,613 | 6,609 | 57 | 205 | 197 | 8,214 | 2,964 | 4,891 | 45 | 157 | 157 | 6,788 | 2,518 | 4,061 | 209 |
| *East Baton Rouge | 284,582 | 76,193 | 181,491 | 8,337 | 2,307 | 16,254 | 216,619 | 64,154 | 132,918 | 6,383 | 1,812 | 11,352 | 164,206 | 50,963 | 103,796 | 9,447 |
| *Lafayette | 61,342 | 21,514 | 35,873 | 494 | 545 | 2,916 | 46,240 | 17,689 | 25,965 | 350 | 358 | 1,878 | 36,884 | 14,039 | 21,247 | 1,598 |
| Natchitoches | 37,515 | 19,361 | 15,725 | 255 | 861 | 1,313 | 29,349 | 16,010 | 11,415 | 198 | 683 | 1,043 | 20,675 | 11,761 | 8,016 | 898 |
| Pointe Coupee | 20,758 | 12,395 | 7,504 | 107 | 159 | 593 | 16,250 | 10,108 | 5,620 | 91 | 119 | 430 | 14,107 | 9,040 | 4,837 | 230 |
| *Rapides | 88,261 | 46,688 | 36,018 | 1,238 | 1,949 | 2,368 | 66,591 | 36,941 | 25,518 | 915 | 1,467 | 1,750 | 50,154 | 29,602 | 18,561 | 1,991 |
| St. Landry | 82,540 | 43,611 | 35,836 | 499 | 636 | 1,958 | 61,811 | 34,209 | 25,497 | 353 | 451 | 1,301 | 52,429 | 28,933 | 22,135 | 1,361 |
| West Baton Rouge | 27,199 | 14,307 | 11,170 | 287 | 326 | 1,109 | 20,526 | 11,146 | 8,149 | 209 | 219 | 803 | 16,753 | 9,620 | 6,764 | 369 |
| **District 6** | 776,254 | 287,432 | 435,940 | 12,939 | 8,907 | 31,036 | 588,428 | 233,729 | 316,223 | 9,855 | 6,727 | 21,894 | 447,515 | 184,996 | 243,271 | 19,248 |
| | 100.000% | 37.028% | 56.159% | 1.667% | 1.147% | 3.998% | 100.000% | 39.721% | 53.740% | 1.675% | 1.143% | 3.721% | 76.053% | 41.339% | 54.360% | 4.301% |

Callais_000120

# Congress - Statewide



Callais_000121

# Congress - Jefferson / Orleans



Callais_000122

# Congress - Lafourche / St. Charles



Callais_000123

# Congress - Ascension



Callais_000124

# Congress - Livingston / Tangipahoa



Callais_000125

# Congress - East Baton Rouge



Callais_000126

# Congress - Lafayette



Callais_000127

# Congress - Calcasieu



Callais_000128



Congress, Rapides

Callais_000129

# Congress Caddo 7 DeSoto



Callais_000130

# Congress - Shreveport



Callais_000134

Congress - Ouachita

Callais_000132