# JEFF LANDRY

## OFFICE *of the* GOVERNOR (/)



## Gov. Jeff Landry's First Special Session Concludes

January 19, 2024

**Baton Rouge, LA** - Today, Governor Jeff Landry marked the close of the special legislative session on court-ordered congressional redistricting.

Watch Governor Landry's remarks here (https://www.youtube.com/watch?v=UX7pHGiH9po)

"Today is an exciting day! The outcome of this special session is a win for the people of Louisiana. We started the process of necessary structural change to our election system, allowing for a cleaner and simpler final ballot, and we took the pen out of the hand of a non-elected judge and placed it in the hands of the people. I applaud those legislators who worked hard to pass these bills, and I look forward to moving on to our top priority—the upcoming crime special session," **said Governor Jeff Landry**.

###

## CONNECT *with* the GOVERNOR

**EMAIL** *the* **GOVERNOR**

**REQUEST** *of* *the* **GOVERNOR**

**APPLY** *to* **SERVE**

(https://twitter.com/LAGovJeffLandry) (https://www.facebook.com/GovJeffLandry/) (https://www.instagram.com/govjef

Contact the Governor (/page/contact) | Employee Webmail (https://webmail.la.gov/) | Report Possible Fraud or Abuse (https://www.lla.la.gov/hotline/) | Public Records Request (/page/public-records-request) | Privacy Policy (/page/privacy-policy)

Callais_000143