# Act 2 (SB2) 1st ES (2024) - Congressional Districts

