

## District Summary with Parishes

Plan: Act 2 of the 2024 1st E.S. (Congress SB8)

Page: 1 of 3

| | Total Population | Total White | Total Black | Total Asian | Total Other | Total Hispanic | VAP Total | VAP White | VAP Black | VAP Hispanic Total | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 | Reg Dem Total Dec 2023 | Reg Rep Total Dec 2023 | Reg Other Total Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 1** | | | | | | | | | | | | | | | | | |
| *Ascension | 27,718 | 23,228 | 2,058 | 201 | 1,709 | 1,982 | 20,611 | 17,693 | 1,304 | 1,270 | 17,243 | 15,672 | 954 | 617 | 4,242 | 7,837 | 5,164 |
| *Jefferson | 240,081 | 155,518 | 30,822 | 11,880 | 37,505 | 46,887 | 192,148 | 129,999 | 22,555 | 33,607 | 144,399 | 112,491 | 12,528 | 19,380 | 38,705 | 60,529 | 45,165 |
| *Lafourche | 47,193 | 37,212 | 3,189 | 577 | 2,973 | 3,612 | 35,543 | 29,123 | 1,939 | 2,282 | 25,117 | 22,442 | 1,115 | 1,560 | 6,774 | 11,140 | 7,203 |
| *Livingston | 13,310 | 11,276 | 1,138 | 84 | 553 | 543 | 10,369 | 8,949 | 804 | 336 | 8,639 | 7,732 | 668 | 239 | 2,097 | 4,133 | 2,409 |
| *Orleans | 64,493 | 50,312 | 6,498 | 2,503 | 4,431 | 7,264 | 53,843 | 42,329 | 5,556 | 6,060 | 41,535 | 34,071 | 3,239 | 4,225 | 16,969 | 11,220 | 13,346 |
| Plaquemines | 23,515 | 14,287 | 5,428 | 1,317 | 1,786 | 2,236 | 17,334 | 10,856 | 3,857 | 1,377 | 13,143 | 8,996 | 2,934 | 1,213 | 4,601 | 4,964 | 3,578 |
| *St. Bernard | 20,543 | 11,907 | 5,780 | 617 | 1,803 | 2,466 | 14,871 | 8,992 | 3,854 | 1,697 | 12,975 | 8,866 | 3,231 | 878 | 5,210 | 3,529 | 4,236 |
| *St. Charles | 19,887 | 13,870 | 3,607 | 347 | 1,707 | 2,063 | 14,990 | 10,865 | 2,485 | 1,367 | 12,791 | 9,837 | 2,063 | 891 | 3,618 | 5,495 | 3,678 |
| St. Tammany | 264,570 | 196,641 | 38,643 | 5,774 | 17,852 | 20,844 | 202,228 | 154,621 | 26,761 | 14,310 | 174,307 | 141,262 | 21,129 | 11,916 | 38,066 | 82,670 | 53,571 |
| *Tangipahoa | 55,017 | 39,500 | 11,025 | 691 | 2,584 | 3,071 | 41,970 | 31,248 | 7,531 | 2,059 | 29,037 | 23,729 | 4,108 | 1,200 | 6,971 | 13,734 | 8,332 |
| **District 1** | **776,327** | **553,751** | **108,188** | **23,991** | **72,903** | **90,968** | **603,907** | **444,675** | **76,646** | **64,365** | **479,186** | **385,098** | **51,969** | **42,119** | **127,253** | **205,251** | **146,682** |
| | 100.000% | 71.330% | 13.936% | 3.090% | 9.391% | 11.718% | 100.000% | 73.633% | 12.692% | 10.658% | 79.348% | 80.365% | 10.845% | 8.790% | 26.556% | 42.833% | 30.611% |
| **District 2** | | | | | | | | | | | | | | | | | |
| *Ascension | 67,009 | 34,447 | 25,291 | 1,260 | 5,026 | 5,992 | 48,560 | 26,086 | 17,639 | 3,904 | 41,549 | 23,859 | 15,251 | 2,439 | 16,516 | 14,009 | 11,024 |
| Assumption | 21,039 | 13,722 | 6,220 | 96 | 743 | 914 | 16,616 | 11,145 | 4,707 | 631 | 13,323 | 8,977 | 4,131 | 215 | 6,706 | 3,918 | 2,699 |
| Iberville | 30,241 | 14,833 | 13,730 | 202 | 1,202 | 1,418 | 24,086 | 12,462 | 10,232 | 1,187 | 19,906 | 9,999 | 9,484 | 423 | 11,341 | 4,476 | 4,089 |
| *Jefferson | 200,700 | 65,417 | 95,395 | 11,144 | 25,414 | 32,170 | 152,506 | 54,136 | 69,620 | 21,877 | 109,034 | 40,445 | 53,674 | 14,915 | 55,583 | 20,032 | 33,419 |
| *Lafourche | 19,271 | 10,678 | 7,472 | 188 | 641 | 802 | 14,620 | 8,657 | 5,185 | 563 | 10,440 | 6,675 | 3,412 | 353 | 3,994 | 3,422 | 3,024 |
| *Orleans | 319,504 | 76,150 | 212,471 | 10,353 | 17,613 | 23,753 | 252,353 | 67,923 | 160,512 | 17,096 | 196,855 | 52,054 | 127,351 | 17,450 | 135,375 | 11,960 | 49,520 |
| *St. Bernard | 23,221 | 12,590 | 6,529 | 764 | 2,827 | 3,544 | 16,904 | 10,000 | 4,090 | 2,331 | 12,710 | 9,178 | 2,362 | 1,170 | 4,604 | 3,450 | 4,656 |
| *St. Charles | 32,662 | 19,680 | 10,321 | 490 | 1,602 | 2,078 | 24,551 | 15,289 | 7,405 | 1,370 | 20,791 | 13,574 | 6,207 | 1,010 | 7,844 | 7,494 | 5,453 |
| St. James | 20,192 | 9,973 | 9,762 | 60 | 315 | 343 | 15,505 | 7,883 | 7,297 | 237 | 14,531 | 7,116 | 7,196 | 219 | 8,732 | 3,364 | 2,435 |
| St. John the Baptist | 42,477 | 13,877 | 25,196 | 403 | 2,536 | 3,291 | 32,503 | 11,622 | 18,437 | 2,210 | 27,484 | 9,338 | 16,653 | 1,493 | 16,451 | 4,427 | 6,606 |
| **District 2** | **776,316** | **271,367** | **412,387** | **24,960** | **57,919** | **74,305** | **598,204** | **225,203** | **305,124** | **51,406** | **466,623** | **181,215** | **245,721** | **39,687** | **267,146** | **76,552** | **122,925** |
| | 100.000% | 34.956% | 53.121% | 3.215% | 7.461% | 9.571% | 100.000% | 37.647% | 51.007% | 8.593% | 78.004% | 38.835% | 52.659% | 8.505% | 57.251% | 16.406% | 26.344% |
| **District 3** | | | | | | | | | | | | | | | | | |
| Acadia | 57,576 | 44,480 | 10,864 | 238 | 1,421 | 1,641 | 42,943 | 34,071 | 7,383 | 1,026 | 36,151 | 29,438 | 5,995 | 718 | 11,965 | 15,645 | 8,541 |
| *Calcasieu | 131,299 | 69,747 | 50,290 | 3,564 | 5,934 | 7,180 | 99,893 | 55,812 | 35,987 | 4,860 | 65,841 | 39,808 | 22,822 | 3,211 | 26,412 | 20,997 | 18,432 |
| Cameron | 5,617 | 5,232 | 125 | 30 | 155 | 197 | 4,358 | 4,100 | 79 | 130 | 4,072 | 3,936 | 61 | 75 | 1,044 | 2,009 | 1,019 |
| Iberia | 69,929 | 39,206 | 24,556 | 2,123 | 3,250 | 3,897 | 52,791 | 31,295 | 17,069 | 2,657 | 42,188 | 26,848 | 13,441 | 1,899 | 15,505 | 15,542 | 11,141 |
| Jefferson Davis | 32,250 | 25,066 | 5,837 | 183 | 692 | 734 | 24,039 | 19,121 | 4,006 | 489 | 18,733 | 15,509 | 2,784 | 440 | 5,818 | 7,766 | 5,149 |
| *Lafayette | 180,411 | 131,849 | 29,263 | 5,960 | 10,674 | 12,528 | 137,635 | 103,919 | 19,952 | 8,666 | 111,925 | 91,759 | 13,498 | 6,668 | 25,819 | 53,386 | 32,720 |
| *Lafourche | 31,093 | 23,820 | 5,194 | 260 | 1,129 | 1,258 | 24,456 | 19,058 | 3,953 | 898 | 18,681 | 16,364 | 1,750 | 567 | 5,251 | 8,542 | 4,888 |
| St. Martin | 51,767 | 33,259 | 15,921 | 597 | 1,451 | 1,679 | 39,404 | 26,278 | 11,293 | 1,144 | 33,997 | 23,306 | 9,880 | 811 | 13,258 | 12,431 | 8,308 |
| St. Mary | 49,406 | 26,949 | 15,991 | 835 | 3,961 | 4,524 | 37,521 | 21,594 | 11,520 | 2,954 | 29,204 | 17,999 | 9,570 | 1,635 | 10,956 | 9,904 | 8,344 |

## District Summary with Parishes

Plan: Act 2 of the 2024 1st E.S. (Congress SB8)

Page: 2 of 3

| | Total Population | Total White | Total Black | Total Asian | Total Other | Total Hispanic | VAP Total | VAP White | VAP Black | VAP Hispanic Total | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 | Reg Dem Total Dec 2023 | Reg Rep Total Dec 2023 | Reg Other Total Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 3** | | | | | | | | | | | | | | | | | |
| Terrebonne | 109,580 | 69,934 | 23,147 | 1,743 | 6,119 | 7,358 | 82,505 | 55,631 | 15,796 | 4,701 | 55,810 | 41,601 | 9,910 | 4,299 | 15,299 | 24,064 | 16,447 |
| Vermilion | 57,359 | 44,477 | 8,810 | 1,447 | 2,002 | 2,296 | 43,012 | 34,363 | 5,787 | 1,496 | 35,511 | 29,693 | 4,555 | 1,263 | 11,154 | 14,736 | 9,621 |
| District 3 | 776,287 | 514,019 | 189,998 | 16,980 | 36,788 | 43,292 | 588,557 | 405,242 | 132,825 | 29,021 | 452,113 | 336,261 | 94,266 | 21,586 | 142,481 | 185,022 | 124,610 |
| | 100.000% | 66.215% | 24.475% | 2.187% | 4.739% | 5.577% | 100.000% | 68.853% | 22.568% | 4.931% | 76.817% | 74.375% | 20.850% | 4.774% | 31.514% | 40.924% | 27.562% |
| **District 4** | | | | | | | | | | | | | | | | | |
| Allen | 22,750 | 16,327 | 4,490 | 246 | 740 | 1,893 | 17,510 | 12,751 | 3,275 | 1,755 | 11,079 | 8,704 | 1,920 | 455 | 3,978 | 4,586 | 2,515 |
| Beauregard | 36,549 | 29,529 | 4,649 | 402 | 917 | 1,271 | 27,489 | 22,304 | 3,495 | 828 | 22,071 | 18,639 | 2,264 | 1,168 | 4,725 | 10,715 | 6,631 |
| Bienville | 12,981 | 6,950 | 5,600 | 57 | 167 | 211 | 10,073 | 5,486 | 4,284 | 141 | 8,336 | 4,509 | 3,728 | 99 | 3,947 | 2,751 | 1,638 |
| Bossier | 128,746 | 81,052 | 32,551 | 3,492 | 8,378 | 10,237 | 95,876 | 62,931 | 22,440 | 6,619 | 65,726 | 48,229 | 13,555 | 3,942 | 16,152 | 31,254 | 18,320 |
| *Caddo | 115,441 | 81,078 | 24,210 | 3,063 | 4,410 | 4,919 | 90,776 | 65,789 | 17,575 | 3,298 | 69,121 | 52,696 | 12,684 | 3,741 | 19,302 | 31,373 | 18,446 |
| *Calcasieu | 85,486 | 70,025 | 9,096 | 1,138 | 3,455 | 4,204 | 63,273 | 52,977 | 5,911 | 2,710 | 45,978 | 40,556 | 3,671 | 1,751 | 10,475 | 21,830 | 13,673 |
| Claiborne | 14,170 | 7,263 | 6,360 | 88 | 274 | 479 | 11,507 | 6,258 | 4,824 | 403 | 8,390 | 4,557 | 3,677 | 156 | 3,468 | 2,953 | 1,969 |
| *De Soto | 11,787 | 8,939 | 2,074 | 35 | 362 | 358 | 8,971 | 6,910 | 1,554 | 223 | 8,699 | 6,940 | 1,476 | 283 | 2,151 | 4,459 | 2,089 |
| Evangeline | 32,350 | 21,354 | 9,235 | 241 | 1,240 | 1,336 | 24,408 | 16,460 | 6,483 | 1,111 | 20,388 | 14,274 | 5,744 | 370 | 8,778 | 7,364 | 4,246 |
| Grant | 22,169 | 17,709 | 3,335 | 133 | 348 | 1,333 | 17,527 | 13,964 | 2,717 | 1,179 | 12,226 | 10,764 | 1,120 | 342 | 2,824 | 6,036 | 3,366 |
| Jackson | 15,031 | 9,967 | 4,166 | 175 | 468 | 468 | 11,783 | 7,967 | 3,125 | 372 | 9,375 | 6,570 | 2,610 | 195 | 3,302 | 4,022 | 2,051 |
| Lincoln | 48,396 | 26,034 | 19,364 | 892 | 1,444 | 1,754 | 38,655 | 21,306 | 15,119 | 1,187 | 24,408 | 15,139 | 8,357 | 912 | 8,622 | 9,457 | 6,329 |
| *Ouachita | 55,373 | 45,898 | 5,641 | 1,121 | 1,488 | 1,529 | 41,613 | 34,950 | 3,864 | 999 | 36,532 | 32,374 | 2,853 | 1,305 | 6,129 | 21,181 | 9,222 |
| *Rapides | 24,719 | 19,507 | 2,233 | 699 | 1,451 | 1,719 | 18,855 | 15,256 | 1,530 | 1,084 | 15,222 | 13,127 | 1,240 | 855 | 3,564 | 7,730 | 3,928 |
| Red River | 7,620 | 4,195 | 3,106 | 25 | 123 | 188 | 5,714 | 3,338 | 2,164 | 113 | 5,475 | 3,034 | 2,358 | 83 | 2,624 | 1,789 | 1,062 |
| Sabine | 22,155 | 15,036 | 3,861 | 94 | 441 | 710 | 17,064 | 12,054 | 2,655 | 502 | 13,570 | 10,287 | 1,912 | 1,371 | 3,894 | 6,441 | 3,235 |
| Union | 21,107 | 14,460 | 5,224 | 62 | 1,023 | 1,135 | 16,632 | 11,807 | 3,861 | 709 | 14,802 | 10,847 | 3,497 | 458 | 4,643 | 6,759 | 3,400 |
| Vernon | 48,750 | 35,087 | 7,611 | 1,442 | 3,010 | 4,175 | 36,261 | 26,765 | 5,133 | 2,740 | 22,409 | 18,129 | 2,608 | 1,672 | 5,398 | 10,320 | 6,691 |
| Webster | 36,967 | 22,735 | 12,679 | 208 | 658 | 688 | 28,753 | 18,144 | 9,464 | 434 | 21,259 | 14,068 | 6,744 | 447 | 7,781 | 8,369 | 5,109 |
| Winn | 13,755 | 8,594 | 3,727 | 210 | 961 | 1,023 | 10,906 | 6,932 | 2,695 | 941 | 8,262 | 5,916 | 2,218 | 128 | 2,865 | 3,175 | 2,222 |
| District 4 | 776,302 | 541,739 | 169,212 | 13,823 | 31,358 | 39,630 | 593,646 | 424,349 | 122,168 | 27,348 | 443,328 | 339,359 | 84,236 | 19,733 | 124,622 | 202,564 | 116,142 |
| | 100.000% | 69.785% | 21.797% | 1.781% | 4.039% | 5.105% | 100.000% | 71.482% | 20.579% | 4.607% | 74.679% | 76.548% | 19.001% | 4.451% | 28.111% | 45.692% | 26.198% |
| **District 5** | | | | | | | | | | | | | | | | | |
| *Ascension | 31,773 | 23,466 | 4,867 | 839 | 2,104 | 2,409 | 22,786 | 17,357 | 3,196 | 1,487 | 19,854 | 16,011 | 2,623 | 1,220 | 4,371 | 9,557 | 5,926 |
| *Avoyelles | 20,125 | 14,889 | 4,417 | 132 | 290 | 313 | 15,393 | 11,696 | 3,076 | 225 | 11,431 | 8,976 | 2,117 | 338 | 4,518 | 4,148 | 2,765 |
| Caldwell | 9,645 | 7,646 | 1,632 | 51 | 166 | 221 | 7,478 | 5,969 | 1,224 | 163 | 5,813 | 4,959 | 762 | 92 | 1,567 | 2,846 | 1,400 |
| Catahoula | 8,906 | 5,776 | 2,395 | 46 | 570 | 614 | 6,951 | 4,557 | 1,736 | 558 | 6,113 | 4,363 | 1,695 | 55 | 2,411 | 2,397 | 1,305 |
| Concordia | 18,687 | 10,275 | 7,725 | 122 | 332 | 459 | 14,217 | 8,108 | 5,613 | 310 | 11,419 | 6,816 | 4,418 | 185 | 5,014 | 3,907 | 2,498 |
| *East Baton Rouge | 172,199 | 119,876 | 31,907 | 8,088 | 9,908 | 11,764 | 138,993 | 99,727 | 23,872 | 8,540 | 104,631 | 81,782 | 15,706 | 7,143 | 28,256 | 47,203 | 29,172 |
| East Carroll | 7,459 | 2,054 | 5,272 | 29 | 61 | 115 | 5,901 | 1,773 | 4,043 | 80 | 4,564 | 1,218 | 3,305 | 41 | 2,963 | 746 | 855 |

# District Summary with Parishes

Plan: Act 2 of the 2024 1st E.S. (Congress SB8)

Page: 3 of 3

| | Total Population | Total White | Total Black | Total Asian | Total Other | Total Hispanic | VAP Total | VAP White | VAP Black | VAP Hispanic Total | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 | Reg Dem Total Dec 2023 | Reg Rep Total Dec 2023 | Reg Other Total Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 5** | | | | | | | | | | | | | | | | | |
| East Feliciana | 19,539 | 11,516 | 7,341 | 91 | 329 | 391 | 16,183 | 9,740 | 5,918 | 317 | 13,327 | 7,805 | 5,075 | 447 | 5,718 | 4,587 | 3,022 |
| Franklin | 19,774 | 12,492 | 6,802 | 70 | 205 | 276 | 15,028 | 9,901 | 4,779 | 183 | 12,350 | 8,524 | 3,718 | 108 | 4,501 | 5,318 | 2,531 |
| La Salle | 14,791 | 11,348 | 1,422 | 283 | 1,366 | 1,402 | 11,563 | 8,636 | 1,065 | 1,325 | 8,380 | 7,633 | 583 | 164 | 1,788 | 4,768 | 1,824 |
| *Livingston | 128,972 | 105,579 | 11,520 | 1,613 | 7,408 | 8,248 | 94,772 | 79,483 | 7,332 | 5,054 | 73,766 | 65,923 | 4,974 | 2,869 | 13,787 | 38,460 | 21,519 |
| Madison | 10,017 | 3,475 | 6,363 | 20 | 100 | 204 | 7,435 | 2,906 | 4,391 | 149 | 7,068 | 2,439 | 4,518 | 111 | 3,942 | 1,523 | 1,603 |
| Morehouse | 25,629 | 12,281 | 12,484 | 160 | 334 | 381 | 20,062 | 10,095 | 9,300 | 292 | 15,440 | 7,806 | 7,377 | 257 | 7,040 | 4,963 | 3,437 |
| *Ouachita | 104,995 | 42,647 | 55,576 | 1,667 | 3,669 | 4,129 | 78,587 | 35,024 | 38,426 | 2,947 | 59,098 | 25,775 | 31,168 | 2,155 | 28,272 | 15,621 | 15,205 |
| Richland | 20,043 | 11,785 | 7,603 | 83 | 314 | 400 | 15,383 | 9,338 | 5,546 | 293 | 13,141 | 8,144 | 4,753 | 244 | 4,806 | 5,216 | 3,119 |
| St. Helena | 10,920 | 4,527 | 6,031 | 39 | 189 | 216 | 8,463 | 3,805 | 4,371 | 149 | 8,260 | 3,626 | 4,492 | 142 | 4,845 | 1,934 | 1,481 |
| *Tangipahoa | 78,140 | 41,836 | 30,854 | 783 | 3,430 | 4,171 | 59,521 | 33,957 | 21,686 | 2,781 | 34,249 | 22,443 | 10,704 | 1,102 | 13,455 | 12,383 | 8,411 |
| Tensas | 4,147 | 1,744 | 2,312 | 23 | 42 | 67 | 3,235 | 1,446 | 1,728 | 46 | 3,485 | 1,510 | 1,937 | 38 | 2,051 | 868 | 566 |
| Washington | 45,463 | 29,943 | 13,434 | 216 | 1,134 | 1,410 | 34,951 | 23,743 | 9,732 | 901 | 27,151 | 18,603 | 7,892 | 656 | 10,457 | 9,868 | 6,826 |
| West Carroll | 9,751 | 7,894 | 1,425 | 27 | 225 | 325 | 7,532 | 6,223 | 1,010 | 192 | 6,871 | 5,770 | 1,013 | 88 | 1,785 | 3,400 | 1,686 |
| West Feliciana | 15,310 | 10,883 | 3,740 | 89 | 373 | 651 | 12,783 | 9,283 | 2,951 | 572 | 7,492 | 5,186 | 2,160 | 146 | 2,743 | 2,994 | 1,755 |
| **District 5** | 776,285 | 491,932 | 225,122 | 14,471 | 32,549 | 38,166 | 597,217 | 392,767 | 160,995 | 26,564 | 453,903 | 315,312 | 120,990 | 17,601 | 154,290 | 182,707 | 116,906 |
| | 100.000% | 63.370% | 29.000% | 1.864% | 4.193% | 4.916% | 100.000% | 65.766% | 26.958% | 4.448% | 76.003% | 69.467% | 26.655% | 3.878% | 33.992% | 40.252% | 25.756% |
| **District 6** | | | | | | | | | | | | | | | | | |
| *Avoyelles | 19,568 | 10,736 | 7,261 | 302 | 899 | 1,172 | 15,185 | 8,573 | 5,235 | 1,032 | 10,007 | 6,266 | 3,505 | 236 | 4,761 | 2,978 | 2,268 |
| *Caddo | 122,407 | 22,379 | 95,094 | 971 | 2,803 | 3,462 | 91,631 | 19,270 | 68,784 | 2,320 | 62,821 | 11,685 | 48,787 | 2,349 | 41,391 | 6,853 | 14,577 |
| *De Soto | 15,025 | 6,345 | 7,899 | 82 | 336 | 404 | 11,469 | 4,999 | 5,871 | 272 | 9,188 | 4,065 | 4,841 | 282 | 4,761 | 2,442 | 1,985 |
| *East Baton Rouge | 284,582 | 76,193 | 181,491 | 8,337 | 16,254 | 18,787 | 216,619 | 64,154 | 132,918 | 12,999 | 164,206 | 50,963 | 103,796 | 9,447 | 95,366 | 27,201 | 41,639 |
| *Lafayette | 61,342 | 21,514 | 35,873 | 494 | 2,916 | 3,455 | 46,240 | 17,689 | 25,965 | 2,163 | 36,884 | 14,039 | 21,247 | 1,598 | 18,876 | 7,821 | 10,187 |
| Natchitoches | 37,515 | 19,361 | 15,725 | 255 | 1,313 | 1,490 | 29,349 | 16,010 | 11,415 | 1,140 | 20,675 | 11,761 | 8,016 | 898 | 8,810 | 6,698 | 5,167 |
| Pointe Coupee | 20,758 | 12,395 | 7,504 | 107 | 593 | 625 | 16,250 | 10,108 | 5,502 | 429 | 14,107 | 9,040 | 4,837 | 230 | 6,811 | 4,198 | 3,098 |
| *Rapides | 105,304 | 58,003 | 40,359 | 1,729 | 2,940 | 3,371 | 79,937 | 46,117 | 28,675 | 2,358 | 60,064 | 36,829 | 20,719 | 2,516 | 22,711 | 21,347 | 16,006 |
| St. Landry | 82,540 | 43,611 | 35,836 | 499 | 1,958 | 2,178 | 61,811 | 34,209 | 25,497 | 1,374 | 52,429 | 28,933 | 22,135 | 1,361 | 25,477 | 15,081 | 11,871 |
| West Baton Rouge | 27,199 | 14,307 | 11,170 | 287 | 1,109 | 1,244 | 20,526 | 11,146 | 8,149 | 871 | 16,753 | 9,620 | 6,764 | 369 | 7,750 | 4,911 | 4,092 |
| **District 6** | 776,240 | 284,844 | 438,212 | 13,063 | 31,121 | 36,188 | 589,017 | 232,275 | 318,011 | 24,958 | 447,134 | 183,201 | 244,647 | 19,286 | 236,714 | 99,530 | 110,890 |
| | 100.000% | 36.695% | 56.453% | 1.683% | 4.009% | 4.662% | 100.000% | 39.434% | 53.990% | 4.237% | 75.912% | 40.972% | 54.714% | 4.313% | 52.940% | 22.260% | 24.800% |
| **Grand Total** | 4,657,757 | 2,657,652 | 1,543,119 | 107,288 | 262,638 | 322,549 | 3,570,548 | 2,124,511 | 1,115,769 | 223,662 | 2,742,287 | 1,740,446 | 841,829 | 160,012 | 1,052,506 | 951,626 | 738,155 |
| | 100.000% | 57.059% | 33.130% | 2.303% | 5.639% | 6.925% | 100.000% | 59.501% | 31.249% | 6.264% | 76.803% | 63.467% | 30.698% | 5.835% | 38.381% | 34.702% | 26.917% |