# Act 5 (HB1) 1st ES (2022) - Congressional Districts



EXHIBIT
JE16