Case 3:24-cv-00122-DCJ-CES-RRS   Document 189-17   Filed 04/05/24   Page 1 of 21 PageID #:

EXHIBIT
JE17

East Baton Rouge

6

5

Livingston

1

Iberville

Ascension

2

St. James

Assumption

St. John
the Baptist

# Exhibit T

Callais_000154

# Act 2 - 1st ES (2024) - Congressional Districts - Avoyelles



# Exhibit U

Callais_000156

Case 3:24-cv-00122-DCJ-CES-RRS   Document 189-37   Filed 04/08/24   Page 5 of 21 PageID #:

Precincts as of 01-10-2024



# Exhibit V

Callais_000158

# Exhibit W

Callais_000160

Case 3:24-cv-00122-DCJ-CES-RRS Document 186/57 Filed 03/20/24 Page 9 of 21 PageID

# Exhibit X

Callais_000162

Case 3:24-cv-00122-DCJ-CES-RRS    Document 331-20    Filed 04/04/24    Page 2 of 2 PageID #:



# Exhibit Y

Callais_000164

# Act 2 - 1st ES (2024) - Congressional Districts - Lafayette



# Exhibit Z

Callais_000166



# Exhibit AA

Callais_000168

# Exhibit BB

Callais_000170



# Exhibit CC

Callais_000172

St. John
the Baptist

Jefferson

St. Charles

1

2