IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA—MONROE DIVISION

| | |
|---|---|
| PHILIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER,<br><br>    Plaintiffs,<br><br>v.<br><br>NANCY LANDRY, IN HER OFFICIAL CAPACITY AS LOUISIANA SECRETARY OF STATE,<br><br>    Defendant. | Case No. 3:24-cv-00122 |

**INTERVENOR DEFENDANT THE STATE OF LOUISIANA'S SECOND AMENDED WITNESS AND EXHIBIT LIST**

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A), the Court's February 21, 2024, Scheduling Order, (ECF No. 63), and the agreement of the parties as discussed at the March 22, 2024, Status Conference, (ECF No. 130), Attorney General Elizabeth Murrill, on behalf of the State of Louisiana (the "State"), submits this amended disclosure. The state does not intend to proffer any fact witness at this time.

The State reserves the right to call any witness listed on any other party's witness lists. The State reserves this right regardless of whether the witness is called by the party who listed the witness or not. The State further reserves the right to rely on any exhibit listed on any other party's exhibit list.

The State submits this disclosure solely in compliance with the Federal Rules of Civil Procedure and this Court's orders, and this disclosure is solely for the purpose of this action.

| Exhibit # | Joint Exhibit # | Description | Docket # (if previously filed) |
|---|---|---|---|
| State 1 | JE1 | Legislative History Summary of HB1 | 17-4, filed 2/7/24 |
| State 2 | JE2 | Louisiana Legislature Joint Rule No. 21 | 17-5, filed 2/7/24 |
| State 3 | JE3 | HB 1 Road Show Schedule | 17-6, filed 2/7/24 |
| State 4 | JE4 | HB 1 Original Bill Text | 17-7, filed 2/7/24 |
| State 5 | JE5 | HB 1 Population and VAP by Congressional District | 17-8, filed 2/7/24 |
| State 6 | JE6 | US Census Data, BVAP | 17-9, filed 2/7/24 |
| State 7 | JE7 | Jeff Landry January 8, 2024, Press Release | 17-11, filed 2/7/24 |
| State 8 | JE8 | Jeff Landry Call and Convene January 23, 2024 | 17-12, filed 2/7/24 |
| State 9 | JE9 | Jeff Landry January 16, 2024, Press Release | 17-13, filed 2/7/24 |
| State 10 | JE10 | Legislative History Summary of SB8 | 17-14, filed 2/7/24 |
| State 11 | JE11 | SB8 Original Text | 17-15, filed 2/7/24 |
| State 12 | JE12 | SB8 Enacted Text | 17-16, filed 2/7/24 |
| State 12a | JE13 | Jeff Landry January 19, 2024, Press Release | 17-17, filed 2/7/24 |
| State 14 | JE14 | SB8 Map | 17-18, filed 2/7/24 |
| State 15 | JE15 | Act 2 District Summaries | 17-19, filed 2/7/24 |
| State 16 | JE16 | Act 5 Statewide Map | 17-20, filed 2/7/24 |
| State 17 | JE17 | SB 8 Maps by Parish | 17-21 through 17-31, filed 2/7/24 |

| | | | |
|---|---|---|---|
| State 18 | | January 8, 2024 Article, "Gov. Landry calls special session on redistricting as new legislature takes office" | 17-32, filed 2/7/24 |
| State 19 | | Transcripts from January 15, 2024, Louisiana House of Representatives Governmental Affairs Committee | Excerpts of Transcripts at:<br>• 3:12 to 78:13 |
| State 20 | | Transcripts from January 16, 2024, Louisiana Senate Governmental Affairs Committee | Excerpts of Transcripts at:<br>• 1:1 to 16:15<br>• 27:22 to 29:19 |
| State 21 | | Transcripts from January 17, 2024, Louisiana Senate Floor Debate | Excerpts of Transcripts at:<br>• 3:9 to 24:16 |
| State 22 | | Transcripts from January 18, 2024, Louisiana House of Representatives Governmental Affairs Committee | Excerpts of Transcripts at:<br>• 5:4 to 12:2<br>• 17:19 to 19:15<br>• 24:16 to 28:5<br>• 88:12 to 89:5<br>• 94:16 to 97:3 |
| State 23 | | Transcripts from January 18, 2024, Louisiana House of Representatives Floor Debate | Removed |
| State 24 | | Transcripts from January 19, 2024, Louisiana House of Representatives Floor Debate | Excerpts of Transcripts at:<br>• 2:16 to 8:22<br>• 9:3–9<br>• 10:25 to 11:8 |
| State 25 | | Transcripts from January 19, 2024, Louisiana Senate Floor Debate | Excerpts of Transcripts at:<br>• 10:12 to 12:22 |
| State 26[1] | | Expert Report of Anthony Fairfax | 3:22cv211 (consolidated with 3:22cv00214)<br>Exhibit 1 to Doc 41–2, filed 4/15/22 |

---

[1] The Court may take judicial notice of State exhibits 26–36 and 38–39 because they are offered for the fact of their existence as documents filed in other courts and are not offered for the truth of the matters asserted therein. *See Giles v. City of Dall.*, 539 F. App'x 537, 542 n.1 (5th Cir. 2013) ("A court may take judicial notice of a document filed in another court 'not for the truth of the matters asserted in the other litigation, but rather to establish the fact of such litigation and related filings.'") (citation omitted).

| | | | |
|---|---|---|---|
| State 27 | | Preliminary Expert Report of Dr. Lisa Handley | 3:22cv211 (consolidated with 3:22cv00214) Exhibit 2 to Doc 41-2, filed 4/15/22 |
| State 28 | | Expert report of William Cooper | 3:22cv211 (consolidated with 3:22cv00214) Doc 43, filed 4/15/22 |
| State 29 | | Exhibits to Expert Report of William Cooper | Removed |
| State 30 | | Exhibits to Expert Report of William Cooper, continued 1 | Removed |
| State 31 | | Exhibits to Expert Report of William Cooper, continued 2 | Removed |
| State 32 | | Expert Report of Dr. Maxwell Palmer | 3:22cv211 (consolidated with 3:22cv00214) Doc 47, filed 4/15/22 |
| State 33 | | Rebuttal Expert Report of William Cooper | 3:22cv211 (consolidated with 3:22cv00214) Doc 120-2, filed 5/2/22 |
| State 34 | | Rebuttal Expert Report of Dr. Maxwell Palmer | 3:22cv211 (consolidated with 3:22cv00214) Doc 120-3, filed 5/2/22 |
| State 35 | | Supplemental Expert Report of Anthony Fairfax | 3:22cv211 (consolidated with 3:22cv00214) Exhibit 1 to Doc 123, filed 5/2/22 |
| State 36 | | Supplemental Expert Report of Dr. Lisa Handley | 3:22cv211 (consolidated with 3:22cv00214) Exhibit 2 to Doc 123, filed 5/2/22 |
| State 37 | | Transcripts from January 15, 2024, Louisiana Special Joint Session[2] | Excerpts of Transcripts at:<br>• R005-002 to R005-003<br>• R005-008 to R005-0013 |
| State 38 | | June 6, 2024, Preliminary Injunction Order of United States District Court for the Middle District of Louisiana | 3:22cv211 (consolidated with 3:22cv00214) Doc 173 |
| State 39 | | November 10, 2023, Opinion of the United State Court of Appeals for the Fifth Circuit | 22-30333 (5th Cir) Doc 336-1 |

---

[2] State exhibit 37 was included in *Robinson* Intervenors' previous exhibit list. ECF No. 143.

Dated this 7th day of April, 2024                Respectfully submitted,

Jason B. Torchinsky (DC Bar No. 976033)*
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC
2300 N Street, NW
Suite 643A
Washington, DC 20037
Tel: 202-737-8808
Email: jtorchinsky@holtzmanvogel.com

Phillip M. Gordon (VA Bar No. 95621)*
Zachary D. Henson (NY Bar No. 5907340)*
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC
15405 John Marshall Hwy.
Haymarket, VA 20169
Telephone: (540) 341-8808
Facsimile: (540) 341-8809
Email: pgordon@holtzmanvogel.com
          zhenson@holtzmanvogel.com

Brennan A.R. Bowen (AZ Bar No. 036639)*
Drew C. Ensign (DC Bar No. 976571)**
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC
2575 East Camelback Rd, Ste 860
Phoenix, AZ 85016
602-388-1262
Email: bbowen@holtzmanvogel.com

   *admitted *pro hac vice*
   ***pro hac vice* motion forthcoming

*/s/ Carey Tom Jones*
Carey Tom Jones (LSBA No. 07474)
Office of the Attorney General
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6000 phone
(225) 326-6098 fax
jonescar@ag.louisiana.gov

*Counsel for Intervenor-Defendant the State of Louisiana*

## CERTIFICATE OF SERVICE

 I do hereby certify that, on this 7th day of April, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which gives notice of filing to all counsel of record.

       */s/ Jason B. Torchinsky*
       Jason B. Torchinsky