IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA—MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, <br><br>*Plaintiffs,* <br><br>v. <br><br>NANCY LANDRY, in her official capacity as Secretary of State of Louisiana, <br><br>*Defendants.* | Case No. 3:24-cv-00122-DCJ-CES-RRS <br><br>District Judge David C. Joseph <br>Circuit Judge Carl E. Stewart <br>District Judge Robert R. Summerhays <br><br>Magistrate Judge Kayla D. McClusky |

## ORDER

CONSIDERING the foregoing Motion for Admission *Pro Hac Vice:*

IT IS ORDERED that the Motion is GRANTED, and Drew C. Ensign is hereby enrolled as additional counsel for the Intervenor Defendant, Elizabeth B. Murrill, in her official capacity as Attorney General of Louisiana and the State of Louisiana, in the above captioned matters.

READ SIGNED AND DATED this 8th day of April, 2024, in Monroe, Louisiana.

_____
UNITED STATES MAGISTRATE JUDGE

1