IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA—MONROE DIVISION

| | |
|---|---|
| PHILIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, <br><br>       Plaintiffs, <br><br> v. <br><br> NANCY LANDRY, IN HER OFFICIAL CAPACITY AS LOUISIANA SECRETARY OF STATE, <br><br>       Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:24-cv-00122 ) ) ) ) ) ) |

**PLAINTIFFS SECOND AMENDED EXHIBIT AND WITNESS LISTS**

COME NOW Plaintiff Philip Callais, et al. ("Plaintiffs") who submit the following exhibit and witness lists.

| Exhibit # | Description | Docket # (if previously filed) |
|---|---|---|
| PE1 | Act 1 (SB1) 1st ES 2022 – Senate Districts | |
| PE2 | Grayscale Map of Louisiana Districts with Precincts | |
| PE3 | Voss Report Figure 13A | |
| PE4 | Voss Report Figure 13F | |
| PE5 | Voss Report Table 4 | |
| PE6 | Voss Report Table 1 | |
| PE7 | Voss Report Table 7 | |
| PE8 | Voss Rebuttal Figure 3 | |

| | | |
|---|---|---|
| PE9 | Voss Rebuttal Table 1 | |
| PE10 | Alarm-Redist-About.org | |
| PE11 | Alarm-Redist-Fifty-States.org | |
| PE12 | McCartan 2020 Louisiana Congressional Districts Report | |
| PE13 | Curriculum Vitae of Michael Hefner | |
| PE14 | Hefner Report Map 4 – Plaintiffs Illustrative Plan 1 | |
| PE15 | Hefner Report Map 14 – Heat Map of African American VAP (2020 Census) | |
| PE16 | Hefner Report Map 15 – SB8 Plan with African American Populations | |
| PE17 | Hefner Report Map 16 – SB8 Plan with Voting Age Population Declines | |
| PE18 | Hefner Report Map 21 – Shreveport Area in Caddo Parish | |
| PE19 | Hefner Report Table 5 – Assignment of Precincts with 40%+ APB VAP to CD6 | |
| PE20 | Hefner Report Map 10 – Gross Domestic Product for Louisiana Agricultural Products (by Parish) | |
| PE21 | Hefner Table 9 Compactness Scores | |
| PE22 | 1994 Louisiana Congressional Map | |
| PE23 | Excerpts from January 15, 2024 Louisiana House of Representatives Governmental Affairs Committee | |
| PE24 | Excerpts from January 16, 2024, Louisiana Senate | |

| | | |
|---|---|---|
| | Governmental Affairs Committee | |
| PE25 | Excerpts from January 17, 2024, Louisiana Senate Floor Debate | |
| PE26 | Excerpts from January 18, 2024, Louisiana House of Representatives Governmental Affairs Committee | |
| PE27 | Excerpts from January 18, 2024, Louisiana House of Representatives Floor Debate | |
| PE28 | Excerpts from January 19, 2024, Louisiana House of Representatives Floor Debate | |
| PE29 | Excerpts from January 19, 2024, Louisiana Senate Floor Debate | |
| PE30 | Hefner Report Map 23 – SB8 Districts Overlayed on the 1994 Districts | |
| PE 31 | Fairfax *Robinson v. Ardoin* Transcript of Testimony | |
| PE32 | Fairfax Rebuttal Figure 2 | |
| PE33 | Fairfax Rebuttal Figure 5 | |
| PE34 | Fairfax Rebuttal Figure 6 | |
| PE39 | Joint Stipulations | |
| PE40 | Statement of Additional Admitted Facts | |
| PE41 | Designations of the 2024 First Legislative Session | |
| PE42 | Audio Designations of 2024 First Legislative Session- With Audio | |

**PLAINTIFFS' AMENDED WITNESS LIST**

Michael Hefner (will call)
Dr. Stephen Voss (will call)
Ben Overholt (may call)
Sen. Alan Seabaugh (will call)
Sen. Thomas Pressly (will call)

Dated this 9th day of April, 2024

**PAUL LOY HURD, APLC**
*/s/  Paul  Loy  Hurd*
Paul Loy Hurd
Louisiana Bar No. 13909
Paul Loy Hurd, APLC
1896 Hudson Circle, Suite 5
Monroe, Louisiana 71201
Tel.: (318) 323-3838
paul@paulhurdlawoffice.com
*Attorney for Plaintiffs*

Respectfully submitted,

**GRAVES GARRETT GREIM LLC**
*/s/  Edward  D.  Greim*
Missouri Bar No. 54034
*Admitted Pro Hac Vice*
Jackson Tyler
Missouri Bar No. 73115
*Admitted Pro Hac Vice*
Matthew Mueller
Missouri Bar No. 70263
*Admitted Pro Hac Vice*
Katherine Graves
Missouri Bar No. 74671
*Admitted Pro Hac Vice*
A. Bradley Bodamer
Missouri Bar No. 28676
*Admitted Pro Hac Vice*
GRAVES GARRETT GREIM LLC
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Tel.: (816) 256-3181
Fax: (816) 256-5958
edgreim@gravesgarrett.com
jtyler@gravesgarrett.com
mmueller@gravesgarrett.com
kgraves@gravesgarrett.com
bbodamer@gravesgarrett.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I do hereby certify that, on this 9th day of April, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which gives notice of filing to all counsel of record.

*/s/ Edward D. Greim*
Edward D. Greim
*Attorney for Plaintiffs*
