IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA, MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, <br><br> *Plaintiffs*, <br><br> v. <br><br> NANCY LANDRY, in her official capacity as Secretary of State for Louisiana, <br><br> *Defendant*. | Civil Action No. 3:24-cv-00122 <br><br> Judge David C. Joseph <br><br> Circuit Judge Carl E. Stewart <br><br> Judge Robert R. Summerhays |

### *ROBINSON* INTERVENORS' SECOND AMENDED LIST OF EXHIBITS AND WITNESSES FOR THE CONSOLIDATED HEARING

Press Robinson, Edgar Cage, Dorothy Nairne, Edwin Rene Soule, Alice Washington, Clee Earnest Lowe, Davante Lewis, Martha Davis, Ambrose Sims, the National Association for the Advancement of Colored People Louisiana State Conference, and the Power Coalition for Equity and Justice (collectively, the "*Robinson* Intervenors") respectfully submit the following second amended list of exhibits they expect to use and witnesses they expect to call in connection with the consolidated hearing beginning April 8, 2024.

### EXHIBIT LIST

The *Robinson* Intervenors expect to use the following exhibits during their case-in-chief and reserve the right to revise or supplement this list, including but not limited to, revisions or supplements in response to Plaintiffs', the State's, and the Secretary of State's submissions. The

*Robinson* Intervenors further reserve the right to offer additional exhibits on cross-examination or as part of their rebuttal; the right to offer additional exhibits to respond to any exhibits or other evidence offered by any party; the right to offer additional exhibits should Plaintiffs or other any other party offer testimony from any undisclosed witness or any witness previously withdrawn (including but not limited to Dr. Sadow); and the right to offer exhibits listed or offered by any other party to this action.

| Exhibit No. | Description |
|---|---|
| RI-1 | Expert Report of Anthony Fairfax (and appendices), dated March 27, 2024 |
| RI-2 | Expert Report of Dr. Michael Martin, dated March 27, 2024 |
| RI-3 | Expert Report of Dr. Cory McCartan, dated March 28, 2024 |
| RI-4 | Louisiana Special Joint Session – January 15, 2024 (publicly available at https://house.louisiana.gov/H_Video/VideoArchivePlayer?v=house/2024/jan/0115_24_241ES) |
| RI-5 | Transcription of Louisiana Special Joint Session – January 15, 2024 |
| RI-6 | Louisiana State House and Governmental Affairs Committee Special Session – January 15, 2024 (publicly available at https://redist.legis.la.gov/default_video?v=house/2024/jan/0115_24_HG) |
| RI-7 | Transcription of Louisiana State House and Governmental Affairs Committee Special Session – January 15, 2024 |
| RI-8 | Louisiana State Senate and Governmental Affairs Committee Special Session – January 16, 2024 [Part 1] (publicly available at https://senate.la.gov/s_video/VideoArchivePlayer?v=senate/2024/01/011624SG) |
| RI-9 | Transcription of Louisiana State Senate and Governmental Affairs Committee Special Session – January 16, 2024 [Part 1] |
| RI-10 | Louisiana State Senate and Governmental Affairs Committee Special Session – January 16, 2024 [Part 2] (publicly available at https://senate.la.gov/s_video/VideoArchivePlayer?v=senate/2024/01/011624SG2) |
| RI-11 | Transcription of Louisiana State Senate and Governmental Affairs Committee Special Session – January 16, 2024 [Part 2] |
| RI-12 | Louisiana State House and Governmental Affairs Committee Special Session – January 17, 2024 (publicly available at https://redist.legis.la.gov/default_video?v=house/2024/jan/0117_24_HG) |
| RI-13 | Transcription of Louisiana State House and Governmental Affairs Committee Special Session – January 17, 2024 |
| RI-14 | Louisiana State Senate Floor Special Session – January 17, 2024 (publicly available at https://senate.la.gov/s_video/VideoArchivePlayer?v=senate/2024/01/011724SCHAMB) |
| RI-15 | Transcription of Louisiana State Senate Floor Special Session – January 17, 2024 |

| Exhibit No. | Description |
|---|---|
| RI-16 | Louisiana State House and Governmental Affairs Committee Special Session – January 18, 2024 [Part 1] (publicly available at https://redist.legis.la.gov/default_video?v=house/2024/jan/0118_24_HG_P1) |
| RI-17 | Transcription of Louisiana State House and Governmental Affairs Committee Special Session – January 18, 2024 [Part 1] |
| RI-18 | Louisiana State House and Governmental Affairs Committee Special Session – January 18, 2024 [Part 2] (publicly available at https://redist.legis.la.gov/default_video?v=house/2024/jan/0118_24_HG_P2) |
| RI-19 | Transcription of Louisiana State House and Governmental Affairs Committee Special Session – January 18, 2024 [Part 2] |
| RI-20 | Louisiana State House Floor Special Session – January 19, 2024 (publicly available at https://house.louisiana.gov/H_Video/VideoArchivePlayer?v=house/2024/jan/0119_24_1ES_Day5) |
| RI-21 | Transcription of Louisiana State House Floor Special Session – January 19, 2024 |
| RI-22 | Louisiana State Senate Floor Special Session – January 19, 2024 (publicly available at https://senate.la.gov/s_video/VideoArchivePlayer?v=senate/2024/01/011924SCHAMB2) |
| RI-23 | Transcription of Louisiana State Senate Floor Special Session – January 19, 2024 |
| RI-24 | H.B. 14, 1st Spec. Sess. (La. 2024) - Engrossed |
| RI-25 | H.B. 14, 1st Spec. Sess. (La. 2024) - Original |
| RI-26 | H.B. 19, 1st Spec. Sess. (La. 2024) |
| RI-27 | H.B. 2, 1st Spec. Sess. (La. 2024) |
| RI-28 | H.B. 5, 1st Spec. Sess. (La. 2024) |
| RI-29 | S.B. 10, 1st Spec. Sess. (La. 2024) |
| RI-30 | S.B. 4, 1st Spec. Sess. (La. 2024) |
| RI-31 | S.B. 8, 1st Spec. Sess. (La. 2024) - Act No. 2 |
| RI-32 | S.B. 8, 1st Spec. Sess. (La. 2024) - Engrossed |
| RI-33 | S.B. 8, 1st Spec. Sess. (La. 2024) - Enrolled |
| RI-34 | S.B. 8, 1st Spec. Sess. (La. 2024) - House Vote Sheet Final Passage |
| RI-35 | S.B. 8, 1st Spec. Sess. (La. 2024) - House Vote Sheet on Amendment #83 |
| RI-36 | S.B. 8, 1st Spec. Sess. (La. 2024) - Original |
| RI-37 | S.B. 8, 1st Spec. Sess. (La. 2024) - Senate Vote Sheet Concur |
| RI-38 | S.B. 8, 1st Spec. Sess. (La. 2024) - Senate Vote Sheet Final Passage |
| RI-39 | Amendment #31 to S.B. 8, 1st Spec. Sess. (La. 2024) |
| RI-40 | Amendment #34 to S.B. 8, 1st Spec. Sess. (La. 2024) |
| RI-41 | Amendment #38 to S.B. 8, 1st Spec. Sess. (La. 2024) |
| RI-42 | Amendment #48 to S.B. 8, 1st Spec. Sess. (La. 2024) |
| RI-43 | Amendment #68 to S.B. 8, 1st Spec. Sess. (La. 2024) |
| RI-44 | Amendment #70 to S.B. 8, 1st Spec. Sess. (La. 2024) |
| RI-45 | Amendment #74 to S.B. 8, 1st Spec. Sess. (La. 2024) |
| RI-46 | Amendment #83 to S.B. 8, 1st Spec. Sess. (La. 2024) |

| Exhibit No. | Description |
|---|---|
| RI-47 | *Shreveport Times* article entitled "Congressman Garret Graves blasts new Louisiana map as 'boneheaded' move," dated January 23, 2024 (publicly available at https://www.shreveporttimes.com/story/news/2024/01/23/garret-graves-blasts-new-louisiana-congressional-map-as-boneheaded-move-by-governor-jeff-landry/72318012007/) |
| RI-48 | *E&E News by POLITICO* article entitled "Garret Graves defiant as state lawmakers cut up his district," dated January 19, 2024 (publicly available at https://www.eenews.net/articles/garret-graves-defiant-as-state-lawmakers-cut-up-his-district/) |
| RI-49 | Office of Governor Jeff Landry article entitled "Governor Jeff Landry Opens First Special Session on Court Ordered Redistricting," dated January 16, 2024 (publicly available at https://gov.louisiana.gov/news/governor-jeff-landry-opens-first-special-session-on-court-ordered-redistricting#:~:text=Baton%20Rouge%2C%20La%20%2D%20Today%2C,make%20other%20election%2Drelated%20changes.) |
| RI-50 | *Lailluminator.com* article entitled "Graves to lose U.S. House seat under Louisiana redistricting plan that adds minority seat," dated January 19, 2024 (publicly available at https://lailluminator.com/2024/01/19/graves-to-lose-u-s-house-seat-under-louisiana-redistricting-plan-that-adds-minority-seat/#:~:text=Louisiana%20lawmakers%20gave%20final%20approval,a%20Republican%20from%20Baton%20Rouge.) |
| RI-51 | *Montana Free Press* article entitled "Judge orders redo election for two Kalispell city council wards," dated February 22, 2024 (publicly available at https://montanafreepress.org/2024/02/22/flathead-county-kalispell-city-council-election-redo-decision/) |
| RI-52 | Liz Murrill Tweet, dated January 16, 2024 (publicly available at https://twitter.com/AGLizMurrill/status/1747376599446516056) |
| RI-53 | *Lailluminator.com* article entitled "Louisiana House committee alters, advances congressional map with 2nd Black district," dated January 18, 2024 (publicly available at https://lailluminator.com/2024/01/18/louisiana-house-committee-alters-advances-congressional-map-with-2nd-black-district/#:~:text=A%20Louisiana%20legislative%20committee%20advanced,Senate%20Bill%208%20by%20Sen.) |
| RI-54 | *Lailluminator.com* article entitled "Louisiana's special session on election matters: Winner and Losers," dated January 20, 2024 (publicly available at https://lailluminator.com/2024/01/20/louisianas-special-session-on-election-matters-winners-and-losers/) |
| RI-55 | *Nola.com* article entitled "Rep. Garret Graves sees fortunes fall steeply," dated January 20, 2024 (publicly available at https://www.nola.com/news/politics/rep-garret-graves-sees-fortunes-fall-steeply/article_c4592922-b721-11ee-bba8-c3fe4cd6a7ad.html) |
| RI-56 | *Fox8live.com* article entitled "Clock ticking after federal court orders redrawn Louisiana congressional map," dated November 14, 2023 (publicly available at https://www.fox8live.com/2023/11/14/clock-ticking-after-federal-court-orders-redrawn-louisiana-congressional-map/) |

| Exhibit No. | Description |
|---|---|
| RI-57 | *Lailluminator.com* article entitled "Both parties push for Louisianas second majority-Black congressional district," dated January 15, 2024 (publicly available at https://lailluminator.com/2024/01/15/both-parties-push-for-louisianas-second-majority-black-congressional-district/) |
| RI-58 | *Lailluminator.com* article entitled "Federal court rejects Louisiana congressional map," dated June 6, 2022 (publicly available at https://lailluminator.com/2022/06/06/federal-court-rejects-louisiana-congressional-map/) |
| RI-59 | *Lailluminator.com* article entitled "Graves to lose US House seat under Louisiana redistricting plan that adds minority seat," dated January 19, 2024 (publicly available at https://lailluminator.com/2024/01/19/graves-to-lose-u-s-house-seat-under-louisiana-redistricting-plan-that-adds-minority-seat/#:~:text=Louisiana%20lawmakers%20gave%20final%20approval,a%20Republican%20from%20Baton%20Rouge.) |
| RI-60 | *Nola.com* article entitled "Federal court to decide if Louisianas new congressional map with second Black district is legal," dated March 15, 2024 (publicly available at https://www.nola.com/news/court-to-decide-legality-of-louisianas-congressional-maps/article_605a4634-e2b1-11ee-a916-1b9f9a6b6874.html) |
| RI-61 | *Wafb.com* article entitled "Congressman Graves claims Governor Landry intentionally targeted his district," dated March 18, 2024 (publicly available at https://www.wafb.com/2024/03/18/congressman-graves-claims-governor-landry-intentionally-targeted-his-district/) |
| RI-62 | *Washington Examiner* article entitled "How GOP politics played a hand in Louisianas high-profile redistricting fight," dated January 25, 2024 (publicly available at https://www.washingtonexaminer.com/news/2818406/gop-politics-louisiana-high-profile-redistricting-fight/) |
| RI-63 | *Wdsu.com* article entitled "Hot Seat State Senate president talks redistricting," dated January 15, 2024 (publicly available at https://www.wdsu.com/article/hot-seat-state-senate-president-talks-redistricting/46398271) |
| RI-64 | *Nola.com* article entitled 'I know what was being said' Steve Scalise suggests Garret Graves undercut speaker bid," dated December 1, 2023 (publicly available at https://www.nola.com/news/politics/i-know-what-was-being-said-steve-scalise-suggests-garret-graves-undercut-speaker-bid/article_c8fb3590-905e-11ee-86ce-4319bdb3475d.html) |
| RI-65 | *Nola.com* article entitled 'Lying and Misleading the American People' Garret Graves says GOP Must Tune Out Extremists," dated February 12, 2024 (publicly available at https://www.nola.com/news/politics/garret-graves-says-lies-kept-house-gop-majority-from-wins/article_8b707aca-c7b1-11ee-889b-2b4d82b01780.html) |
| RI-66 | Louisiana Legislature new release entitled "1ST SPECIAL SESSION OF 2024 CONVENES," dated January 15, 2024 |
| RI-67 | Session Information for the 2024 First Extraordinary Session - Louisiana Legislature |

| Exhibit No. | Description |
|---|---|
| RI-68 | *Lailluminator.com* article entitled "5th Circuit denies Louisiana's appeal in congressional redistricting case," dated December 15, 2023 (publicly available at https://lailluminator.com/2023/12/15/5th-circuit-denies-louisianas-appeal-in-congressional-redistricting-case/#:~:text=In%20Louisiana's%20congressional%20redistricting%20case,aspects%20of%20the%20Robinson%20v.) |
| RI-69 | Bill Info - SB8 (2024 First Extraordinary Session) |
| RI-70 | *The Center for Politics* article entitled "The Fields Above the Graves - Louisiana 2024 Redistricting," dated January 25, 2024 (publicly available at https://centerforpolitics.org/crystalball/the-fields-above-the-graves-louisiana-2024-redistricting/#:~:text=Jeff%20Landry%20(R%2DLA),2020%20and%20is%20Safe%20Democratic.) |
| RI-71 | *Nola.com* article entitled "Redistricting cases could again upend Louisianas political landscape," dated February 15, 2024 (publicly available at https://www.nola.com/gambit/news/clancy_dubos/clancy-dubos-redistricting-cases-could-again-upend-louisiana-s-political-landscape/article_1e5accc2-cc2c-11ee-8702-eb3de0498e43.html#:~:text=It's%20a%20long%20shot%20right,Louisiana's%20political%20landscape%20once%20more.) |
| RI-72 | *Lailluminator.com* article entitled "Congressional map with Gov. Jeff Landry's backing clears Louisiana Senate," dated January 17, 2024 (publicly available at https://lailluminator.com/2024/01/17/congressional-map-with-gov-jeff-landrys-backing-clears-louisiana-senate/) |
| RI-73 | *E&E News by POLITICO* article entitled "Garret Graves defiant as state lawmakers cut up his district," dated January 19, 2024 (publicly available at https://www.eenews.net/articles/garret-graves-defiant-as-state-lawmakers-cut-up-his-district/) |
| RI-74 | Biography – U.S. Congressman Garret Graves |
| RI-75 | *Nola.com* article entitled "GOP plan to force out Rep. Garret Graves befuddles U.S. House Republicans," dated January 21, 2024 (publicly available https://www.nola.com/news/politics/new-garret-graves-district-befuddles-us-house-republicans/article_2d2543fc-b6f8-11ee-9b1c-eba690a9b7f7.html) |
| RI-76 | *Office of Governor Jeff Landry*  Gov. Jeff Landry's First Special Session Concludes," dated January 19, 2024 (publicly available at https://gov.louisiana.gov/news/gov-jeff-landrys-first-special-session-concludes) |
| RI-77 | *Office of Governor Jeff Landry* "Governor Jeff Landry Assumes Office," dated January 8, 2024 (publicly available at https://gov.louisiana.gov/news/governor-jeff-landry-assumes-office) |
| RI-78 | *Office of Governor Jeff Landry* "Governor Jeff Landry Opens First Special Session on Court Ordered Redistricting," dated January 16, 2024  (publicly available at https://gov.louisiana.gov/news/governor-jeff-landry-opens-first-special-session-on-court-ordered-redistricting#:~:text=Baton%20Rouge%2C%20La%20%2D%20Today%2C,make%20other%20election%2Drelated%20changes.) |

| Exhibit No. | Description |
|---|---|
| RI-79 | *Lailluminator.com* article entitled "Graves to lose U.S. House seat under Louisiana redistricting plan that adds minority seat," dated January 19, 2024 (publicly available at https://lailluminator.com/2024/01/19/graves-to-lose-u-s-house-seat-under-louisiana-redistricting-plan-that-adds-minority-seat/#:~:text=Louisiana%20lawmakers%20gave%20final%20approval,a%20Republican%20from%20Baton%20Rouge.) |
| RI-80 | *POLITICO* article entitled "How Life is Going for This Former McCarthy Deputy Not Great," dated January 25, 2024 (publicly available at https://www.politico.com/news/2024/01/25/mccarthy-deputy-louisiana-gop-00136428) |
| RI-81 | *Shreveport Times* article entitled, "Speaker Mike Johnson urges Louisiana to ignore court order to create black district." dated January 17, 2024 (publicly available at: https://www.shreveporttimes.com/story/news/2024/01/17/speaker-mike-johnson-says-louisiana-map-to-create-black-district-threatens-republican-house-majority/72253666007/) |
| RI-82 | *Lailluminator.com* article entitled, "Congressional map with Gov. Jeff Landry's backing clears Louisiana senate." dated January 17, 2024 (publicly available at: https://lailluminator.com/2024/01/17/congressional-map-with-gov-jeff-landrys-backing-clears-louisiana-senate) |
| RI-83 | *Lailluminator.com* article entitled, "In governor's race, we'll see if 'Wags' can tail top dog Landry." dated March 8, 2023 (publicly available at: https://lailluminator.com/2023/03/08/in-governors-race-well-see-if-wags-can-tail-top-dog-landry) |
| RI-84 | *Shreveport Times* article entitled, "Julia Letlow emphasizes her reelection bid in Louisiana's new congressional boundaries." dated January 22, 2024 (publicly available at: https://www.shreveporttimes.com/story/news/2024/01/22/julia-letlow-emphasizes-reelection-bid-in-new-louisiana-fifth-congressional-district-map/72309482007) |
| RI-85 | *Hotline* article entitled, "Louisiana congressional map passes state Senate." dated January 18, 2024 |
| RI-86 | *The Center Square* article entitled, "Louisiana House committee approves redistricting bill, rejects another." dated January 17, 2024 (publicly available at https://www.thecentersquare.com/louisiana/article_46371c8c-b570-11ee-bb19-93dddd4e327b.html) |
| RI-87 | *Nola.com* article entitled, "Louisiana lawmakers approve congressional map, adding new majority black district." dated January 19, 2024 (publicly available at: https://www.nola.com/news/politics/louisiana-lawmakers-just-approved-a-new-congressional-map/article_42818490-b702-11ee-94ec-0bf0693537a1.html |
| RI-88 | *The Advocate* article entitled, "Louisiana Legislature sends congressional map with one majority-Black district to governor's desk." dated February 18, 2022 (publicly available at https://www.theadvocate.com/baton_rouge/news/politics/legislature/louisiana-legislature-sends-congressional-map-with-one-majority-black-district-to-governors-desk/article_dd507448-90e1-11ec-bc5d-1faf116428b4.html) |
| RI-89 | *Hotline* article entitled, "Louisiana map proposal guts Graves' seat." dated January 16, 2024 |

| Exhibit No. | Description |
|---|---|
| RI-90 | *Franklin Banner-Tribune* article entitled, "Louisiana Voters Disturbed by Legislative Antics." dated January 31, 2024 |
| RI-91 | *National Journal Hotline* article entitled, "Louisiana Gov.-elect Jeff Landry could punish rival Graves in redistricting case," dated Nov. 6, 2023, 2023 WLNR 38152091. |
| RI-92 | Louisiana GOP press update entitled, "Unity Is Our Only Path to Victory." dated January 16, 2023 (publicly available at https://www.lagop.com/post/unity-is-our-only-path-to-victory) |
| RI-93 | 118th Congress – House Committee on Appropriations – Republican Membership |
| RI-94 | *Denver Gazette* article entitled, "Musical chairs – Five House Republicans who have seen their seats shift in last six months – and how it could cost GOP." dated January 30, 2024 |
| RI-95 | *The Acadiana Advocate* article entitled, "McCarthy: Debt ceiling deal possible." dated May 17, 2023 |
| RI-96 | *The Advocate* article entitled, "GOP endorsement in governor's race stirs controversy." dated January 17, 2023 (publicly available at https://www.theadvocate.com/baton_rouge/news/politics/elections/gop-gets-more-ire-over-endorsement-possible-graves-run/article_ab85ba00-96b1-11ed-bfef-e35871ed67e7.html) |
| RI-97 | *Nola.com* article entitled, "Garret Graves endorses Stephen Waguespack in Louisiana governor's race." dated June 7, 2023 (publicly available at https://www.nola.com/news/politics/garret-graves-endorses-stephen-waguespack-in-governors-race/article_fa443074-0559-11ee-af08-27e4fcb098fe.html) |
| RI-98 | "Our District" page on Garret Graves Congressional page (publicly available at https://garretgraves.house.gov/about/our-district.htm) |
| RI-99 | *Nola.com* article entitled, "Republicans taking cues from Jeff Landry in special session, with flashes of dissent" dated January 17, 2024 (publicly available at https://www.nola.com/news/politics/legislature/republicans-take-cues-from-jeff-landry-with-some-dissent/article_3decfa8a-b58c-11ee-9af6-9b3a5cb28cd7.html) |
| RI-100 | *Shreveport Times* article entitled, "Speaker Mike Johnson urges Louisiana to ignore court order to create black district." dated January 17, 2024 (publicly available at: https://www.shreveporttimes.com/story/news/2024/01/17/speaker-mike-johnson-says-louisiana-map-to-create-black-district-threatens-republican-house-majority/72253666007/) |
| RI-101 | *Nola.com* article entitled, "Stephen Waguespack, candidate for governor, is selling fiscal conservatism. Are voters buying?" dated August 21, 2023 (publicly available at https://www.nola.com/news/politics/elections/stephen-waguespack-touts-economic-policy-in-governors-race/article_fa095ce0-3e04-11ee-8fcd-17d068c4dcb7.html) |
| RI-102 | *Louisiana Illuminator* article entitled, "Supreme Court Ruling in Louisiana Redistricting Case Creates Uncertainty" dated October 21, 2023 (publicly available at https://lailluminator.com/2023/10/21/louisiana-redistricting/) |
| RI-103 | *Associated Press* article entitled "Supreme Court unfreezes Louisiana redistricting case that could boost Black voting power before 2024," dated June 26, 2023 (publicly available at https://apnews.com/article/supreme-court-redistricting-louisiana-race-voting-rights-168774be5a995c6c34225b666ad81851) |

| Exhibit No. | Description |
|---|---|
| RI-104 | U.S. Census Bureau Quick Facts - Louisiana |
| RI-105 | *Lailluminator.com* article entitled "Voters sue over creation of Louisiana's second majority-Black congressional district," dated February 1, 2024 (publicly available at https://lailluminator.com/2024/02/01/voters-sue-over-creation-of-louisianas-second-majority-black-congressional-district/#:~:text=A%20group%20of%20non%2DBlack,the%20direction%20of%20Republican%20Gov.) |
| RI-106 | *Nola.com* article entitled "Garret Graves takes a lead on high-stakes debt talks," dated April 24, 2023 (publicly available at https://www.nola.com/news/politics/garret-graves-takes-a-lead-in-debt-ceiling-negotiations/article_a2e562d2-e2c5-11ed-a026-eb5e83bd7de2.html#:~:text=WASHINGTON%20%E2%80%93%20Baton%20Rouge%20Congressman%20Garret,for%20raising%20the%20debt%20ceiling.) |
| RI-107 | *Associated Press* article entitled "Judge denies extension for Louisiana redistricting deadline," dated June 16, 2022 (publicly available at https://apnews.com/article/voting-rights-john-bel-edwards-louisiana-government-and-politics-congress-14760c94d7d4acb7ec3f66d7e6407322) |
| RI-108 | *Nola.com* article entitled "Louisiana Lawmakers Approve Congressional Map, Adding New Majority-Black district," dated January 19, 2024 (publicly available at https://www.nola.com/news/politics/louisiana-lawmakers-just-approved-a-new-congressional-map/article_42818490-b702-11ee-94ec-0bf0693537a1.html) |
| RI-109 | *CQ Researcher* article entitled "Redistricting Battles," (available at https://doi.org/10.4135/cqresrre20220304) |
| RI-110 | *Shreveport Times* article entitled "Speaker Mike Johnson urges Louisiana to ignore court order to create Black district," dated January 17, 2024 (publicly available at https://www.shreveporttimes.com/story/news/2024/01/17/speaker-mike-johnson-says-louisiana-map-to-create-black-district-threatens-republican-house-majority/72253666007/) |
| RI-111 | *Lailluminator.com* article entitled "What does the Supreme Court's Alabama redistricting decision mean for Louisiana," dated June 8, 2023 (publicly available at https://lailluminator.com/2023/06/08/what-does-the-supreme-courts-alabama-redistricting-decision-mean-for-louisiana/#:~:text=In%20a%20statement%20Thursday%2C%20Edwards,six%20districts%20are%20majority%20Black.%E2%80%9D) |
| RI-112 | *The Advocate* article entitled "Louisiana Legislature sends congressional map with one majority-Black district to governor's desk," dated February 22, 2022 (publicly available at https://www.theadvocate.com/baton_rouge/news/politics/legislature/louisiana-legislature-sends-congressional-map-with-one-majority-black-district-to-governors-desk/article_dd507448-90e1-11ec-bc5d-1faf116428b4.html) |
| RI-113 | *Nola.com* article entitled "Want to Move to a Rural Area For 85,000 La. Residents, it Happened Without Them Doing a Thing," dated January 10, 2023 (publicly available at https://www.nola.com/news/data/rural-louisiana-gains-85000-residents-due-to-census-tweak/article_49e65a2a-8d24-11ed-b82d-dbf162c9d716.html) |
| RI-114 | Expert Report of Dr. Lisa Handley in *Robinson* v. *Ardoin*, dated April 14, 2022 (PR-12) |

| Exhibit No. | Description |
|---|---|
| RI-115 | Expert Report of Dr. Blakeslee Gilpin in *Robinson* v. *Ardoin*, dated April 14, 2022 (PR-13) |
| RI-116 | Expert Report of Dr. Traci Burch in *Robinson* v. *Ardoin*, dated April 14, 2022 (PR-14) |
| RI-117 | Expert Report of Anthony Fairfax in *Robinson* v. *Ardoin*, dated April 14, 2022 (PR-15) |
| RI-118 | Supplemental Expert Report of Anthony Fairfax in *Robinson* v. *Ardoin*, dated May 2, 2022 (PR-86) |
| RI-119 | Supplemental Expert Report of Dr. Lisa Handley in *Robinson* v. *Ardoin*, dated May 2, 2022 (PR-87) |
| RI-120 | Supplemental Expert Report of Dr. Blakeslee Gilpin in *Robinson* v. *Ardoin*, dated May 2, 2022 (PR-88) |
| RI-121 | Supplemental Expert Report of Dr. Traci Burch in *Robinson* v. *Ardoin*, dated May 2, 2022 (PR-89) |
| RI-122 | Second Supplemental Expert Report of Anthony Fairfax in *Robinson* v. *Ardoin*, dated May 6, 2022 (PR-90) |
| RI-123 | Second Supplemental Expert Report of Dr. Lisa Handley in *Robinson* v. *Ardoin*, dated May 6, 2022 (PR-91) |
| RI-124 | Corrected Expert Report of Dr. Lisa Handley in *Robinson* v. *Ardoin*, dated May 9, 2022 (PR-92) |
| RI-125 | *Robinson* v. *Ardoin* P.I. Hearing Transcript, May 9, 2022 |
| RI-126 | *Robinson* v. *Ardoin* P.I. Hearing Transcript, May 10, 2022 |
| RI-127 | H.B. 1, 1st Spec. Sess. (La. 2022) |
| RI-128 | S.B. 5, 1st Spec. Sess. (La. 2022) |
| RI-129 | H.B. 4, 1st Spec. Sess. (La. 2022) |
| RI-130 | H.B. 5, 1st Spec. Sess. (La. 2022) |
| RI-131 | H.B. 7, 1st Spec. Sess. (La. 2022) |
| RI-132 | H.B. 8, 1st Spec. Sess. (La. 2022) |
| RI-133 | H.B. 9, 1st Spec. Sess. (La. 2022) |
| RI-134 | H.B. 12, 1st Spec. Sess. (La. 2022) |
| RI-135 | S.B. 2, 1st Spec. Sess. (La. 2022) |
| RI-136 | S.B. 4, 1st Spec. Sess. (La. 2022) |
| RI-137 | S.B. 6, 1st Spec. Sess. (La. 2022) |
| RI-138 | S.B. 9, 1st Spec. Sess. (La. 2022) |
| RI-139 | S.B. 10, 1st Spec. Sess. (La. 2022) |
| RI-140 | S.B. 11, 1st Spec. Sess. (La. 2022) |
| RI-141 | S.B. 16, 1st Spec. Sess. (La. 2022) |
| RI-142 | S.B. 18, 1st Spec. Sess. (La. 2022) |
| RI-143 | Amendment #88 to H.B. 1, 1st Spec. Sess. (La. 2022) |
| RI-144 | Amendment #88 to H.B. 1, 1st Spec. Sess. (La. 2022) - Vote Sheet |
| RI-145 | Amendment #99 to H.B. 1, 1st Spec. Sess. (La. 2022) |
| RI-146 | Amendment #153 to H.B. 1, 1st Spec. Sess. (La. 2022) |
| RI-147 | Amendment #62 to S.B. 2, 1st Spec. Sess. (La. 2022) |
| RI-148 | Amendment #116 to S.B. 5, 1st Spec. Sess. (La. 2022) |
| RI-149 | Amendment #91 to S.B. 5, 1st Spec. Sess. (La. 2022) |

| Exhibit No. | Description |
|---|---|
| RI-150 | Amendment #91 to S.B. 5, 1st Spec. Sess. (La. 2022) - Vote Sheet |
| RI-151 | Monroe Roadshow transcript, dated October 20, 2021 |
| RI-152 | Shreveport Roadshow transcript, dated October 21, 2021 |
| RI-153 | Lafayette Roadshow transcript, dated October 26, 2021 |
| RI-154 | Alexandra Roadshow transcript, dated November 9, 2021 |
| RI-155 | Baton Rouge Roadshow transcript, dated November 16, 2021 |
| RI-156 | Covington Roadshow transcript, dated November 30, 2021 |
| RI-157 | Lake Charles Roadshow transcript, dated December 15, 2021 |
| RI-158 | New Orleans Roadshow transcript, dated January 5, 2022 |
| RI-159 | Thibodaux Roadshow transcript, dated January 11, 2022 |
| RI-160 | Joint Governmental Affairs Committee Hearing transcript, dated January 20, 2022 |
| RI-161 | Special Session HGA Committee Transcript, dated May 26, 2021 |
| RI-162 | Special Session SGA Committee Transcript, dated June 2, 2021 Part 1 |
| RI-163 | Special Session SGA Committee Transcript, dated June 2, 2021 Part 2 |
| RI-164 | Special Session JGA Committee Transcript, dated September 17, 2021 |
| RI-165 | Special Session SGA Committee Transcript, dated February 2, 2022 |
| RI-166 | Special Session SGA Committee Transcript, dated February 3, 2022 Part 1 |
| RI-167 | Special Session SGA Committee Transcript, dated February 3, 2022 Part 2 |
| RI-168 | Special Session SGA Committee Transcript, dated February 3, 2022 Part 3 |
| RI-169 | Special Session HGA Committee Transcript, dated February 4, 2022 |
| RI-170 | Special Session SGA Committee Transcript, dated February 4, 2022 |
| RI-171 | Special Session HGA Committee Transcript, dated February 7, 2022 |
| RI-172 | Special Session SGA Committee Transcript, dated February 7, 2022 |
| RI-173 | Special Session HGA Committee Transcript, dated February 8, 2022 |
| RI-174 | Special Session SGA Committee Transcript, dated February 8, 2022 |
| RI-175 | Special Session HGA Committee Transcript, dated February 9, 2022 |
| RI-176 | Special Session SGA Committee Transcript, dated February 9, 2022 |
| RI-177 | Special Session HGA Committee Transcript, dated February 10, 2022 |
| RI-178 | Special Session HGA Committee Transcript, dated February 11, 2022 |
| RI-179 | Special Session HGA Committee Transcript, dated February 14, 2022 |
| RI-180 | Special Session SGA Committee Transcript, dated February 14, 2022 |
| RI-181 | Special Session HGA Committee Transcript, dated February 15, 2022 |
| RI-182 | Special Session SGA Committee Transcript, dated February 15, 2022 |
| RI-183 | Special Session HGA Committee Transcript, dated February 16, 2022 |
| RI-184 | Special Session Senate Full Floor Debate, dated February 8, 2022 |
| RI-185 | Special Session House Full Floor Debate, dated February 10, 2022 |
| RI-186 | Special Session Senate Full Floor Debate, dated February 17, 2022 |
| RI-187 | Special Session House Full Floor Debate, dated February 18, 2022 Part 1 |
| RI-188 | Special Session House Full Floor Debate, dated February 18, 2022 Part 2 |
| RI-189 | Special Session Senate Full Floor Debate, dated February 18, 2022 Part 1 |
| RI-190 | Special Session Senate Full Floor Debate, dated February 18, 2022 Part 2 |
| RI-191 | Special Session Senate Full Floor Debate, dated February 18, 2022 Part 3 |

| Exhibit No. | Description |
|---|---|
| RI-192 | Letter to the Louisiana State and Governmental Affairs Committee from Michael Pernick, et al., dated December 14, 2021 (publicly available at: https://www.naacpldf.org/wp-content/uploads/2021.12.14-Louisiana-Congressional-Redistricting-Advocacy-Follow-Up-Letter.pdf) |
| RI-193 | Letter to Clay J. Schexnayder, Speaker of the Louisiana House of Representatives, from Governor John Bel Edwards, dated March 9, 2022 (publicly available at: https://gov.louisiana.gov/assets/docs/Letters/SchexnayderLtr20220309VetoHB1.pdf) |
| RI-194 | Amendment #88 to H.B. 1, 1st Spec. Sess. (La. 2022) - Vote Sheet |
| RI-195 | Amendment #91 to S.B. 5, 1st Spec. Sess. (La. 2022) - Vote Sheet |
| RI-196 | H.B. 608, Reg. Sess. (La. 2022) |
| RI-197 | H.B. 712, Reg. Sess. (La. 2022) |
| RI-198 | H.B. 823, Reg. Sess. (La. 2022) |
| RI-199 | H.B. 1, 2nd Spec. Sess. (La. 2022) - Vote Sheet |
| RI-200 | H.B. 1, 2nd Spec. Sess. (La. 2022) |
| RI-201 | H.B. 2, 2nd Spec. Sess. (La. 2022) - Vote Sheet |
| RI-202 | H.B. 2, 2nd Spec. Sess. (La. 2022) |
| RI-203 | H.B. 3, 2nd Spec. Sess. (La. 2022) - Vote Sheet |
| RI-204 | H.B. 3, 2nd Spec. Sess. (La. 2022) |
| RI-205 | H.B. 4, 2nd Spec. Sess. (La. 2022) |
| RI-206 | S.B. 1, 2nd Spec. Sess. (La. 2022) - Vote Sheet Reconsider |
| RI-207 | S.B. 1, 2nd Spec. Sess. (La. 2022) - Vote Sheet Report from Committee Without Action |
| RI-208 | S.B. 1, 2nd Spec. Sess. (La. 2022) |
| RI-209 | S.B. 2, 2nd Spec. Sess. (La. 2022) - Vote Sheet Refer |
| RI-210 | S.B. 2, 2nd Spec. Sess. (La. 2022) - Vote Sheet Suspend the Rules |
| RI-211 | S.B. 2, 2nd Spec. Sess. (La. 2022) |
| RI-212 | S.B. 3, 2nd Spec. Sess. (La. 2022) - Engrossed |
| RI-213 | S.B. 3, 2nd Spec. Sess. (La. 2022) - Original |
| RI-214 | Amendment #17 to S.B. 3, 2nd Spec. Sess. (La. 2022) |
| RI-215 | Amendment #19 to S.B. 3, 2nd Spec. Sess. (La. 2022) |
| RI-216 | Amendment #20 to S.B. 3, 2nd Spec. Sess. (La. 2022) |
| RI-217 | Amendment #21 to S.B. 3, 2nd Spec. Sess. (La. 2022) |
| RI-218 | Amendment #22 to S.B. 3, 2nd Spec. Sess. (La. 2022) |
| RI-219 | Amendment #23 to S.B. 3, 2nd Spec. Sess. (La. 2022) |
| RI-220 | Amendment #25 to S.B. 3, 2nd Spec. Sess. (La. 2022) |
| RI-221 | Amendment #26 to S.B. 3, 2nd Spec. Sess. (La. 2022) |
| RI-222 | Monroe Roadshow Video, dated October 20, 2021 |
| RI-223 | Shreveport Roadshow Video, dated October 21, 2021 |
| RI-224 | Lafayette Roadshow Video, dated October 26, 2021 |
| RI-225 | Alexandra Roadshow Video, dated November 9, 2021 |
| RI-226 | Baton Rouge Roadshow Video, dated November 16, 2021 |
| RI-227 | Covington Roadshow Video, dated November 30, 2021 |
| RI-228 | Lake Charles Roadshow Video, dated December 15, 2021 |
| RI-229 | New Orleans Roadshow Video, dated January 5, 2022 |

| Exhibit No. | Description |
|---|---|
| RI-230 | Thibodaux Roadshow Video, dated January 11, 2022 |
| RI-231 | Joint Governmental Affairs Committee Hearing Video, dated January 20, 2022 |
| RI-232 | Special Session HGA Committee Video, dated May 26, 2021 |
| RI-233 | Special Session SGA Committee Video, dated June 2, 2021 Part 1 |
| RI-234 | Special Session SGA Committee Video, dated June 2, 2021 Part 2 |
| RI-235 | Special Session JGA Committee Video, dated September 17, 2021 |
| RI-236 | Special Session SGA Committee Video, dated February 2, 2022 |
| RI-237 | Special Session SGA Committee Video, dated February 3, 2022 Part 1 |
| RI-238 | Special Session SGA Committee Video, dated February 3, 2022 Part 2 |
| RI-239 | Special Session SGA Committee Video, dated February 3, 2022 Part 3 |
| RI-240 | Special Session HGA Committee Video, dated February 4, 2022 |
| RI-241 | Special Session SGA Committee Video, dated February 4, 2022 |
| RI-242 | Special Session HGA Committee Video, dated February 7, 2022 |
| RI-243 | Special Session SGA Committee Video, dated February 7, 2022 |
| RI-244 | Special Session HGA Committee Video, dated February 8, 2022 |
| RI-245 | Special Session SGA Committee Video, dated February 8, 2022 |
| RI-246 | Special Session HGA Committee Video, dated February 9, 2022 |
| RI-247 | Special Session SGA Committee Video, dated February 9, 2022 |
| RI-248 | Special Session HGA Committee Video, dated February 10, 2022 |
| RI-249 | Special Session HGA Committee Video, dated February 11, 2022 |
| RI-250 | Special Session HGA Committee Video, dated February 14, 2022 |
| RI-251 | Special Session SGA Committee Video, dated February 14, 2022 |
| RI-252 | Special Session HGA Committee Video, dated February 15, 2022 |
| RI-253 | Special Session SGA Committee Video, dated February 15, 2022 |
| RI-254 | Special Session HGA Committee Video, dated February 16, 2022 |
| RI-255 | Special Session Senate Full Floor Debate Video, dated February 8, 2022 |
| RI-256 | Special Session House Full Floor Debate Video, dated February 10, 2022 |
| RI-257 | Special Session Senate Full Floor Debate Video, dated February 17, 2022 |
| RI-258 | Special Session House Full Floor Debate Video, dated February 18, 2022 Part 1 |
| RI-259 | Special Session House Full Floor Debate Video, dated February 18, 2022 Part 2 |
| RI-260 | Special Session Senate Full Floor Debate Video, dated February 18, 2022 Part 1 |
| RI-261 | Special Session Senate Full Floor Debate Video, dated February 18, 2022 Part 2 |
| RI-262 | Special Session Senate Full Floor Debate Video, dated February 18, 2022 Part 3 |
| RI-263 | January 15, 2024 - Baton Rouge, LA (H&G House) Redistricting 2024 Powerpoint |
| RI-264 | Written Testimony (Redistricting) from Billy Anderson (submitted for January 15, 2024 HGA meeting) |
| RI-265 | Written Testimony from Deldeirdra on Senate Bill 4 (submitted for January 16, 2024 SGA meeting) |
| RI-266 | Written Testimony from Gloria on Senate Bill 4 (submitted for January 16, 2024 SGA meeting) |
| RI-267 | Written Testimony from Leslie on Senate Bill 4 (submitted for January 16, 2024 SGA meeting) |

| Exhibit No. | Description |
|---|---|
| RI-268 | Written Testimony from Margaret on Senate Bill 4 (submitted for January 16, 2024 SGA meeting) |
| RI-269 | Written Testimony from Reginald on Senate Bill 4 (submitted for January 16, 2024 SGA meeting) |
| RI-270 | Written Testimony from Shandrell on Senate Bill 4 (submitted for January 16, 2024 SGA meeting) |
| RI-271 | Written Testimony from Sharon 2 on Senate Bill 4 (submitted for January 16, 2024 SGA meeting) |
| RI-272 | Written Testimony from Sharon 3 on Senate Bill 4 (submitted for January 16, 2024 SGA meeting) |
| RI-273 | Written Testimony from Sharon on Senate Bill 4 (submitted for January 16, 2024 SGA meeting) |
| RI-274 | Written Testimony from Shelita on Senate Bill 4 (submitted for January 16, 2024 SGA meeting) |
| RI-275 | Handout from ACLU and others on Senate Bill 4 (submitted for January 16, 2024 SGA meeting) |
| RI-276 | Letter from Legal Defense Fund on Senate Bill 4 (submitted for January 16, 2024 SGA meeting) |
| RI-277 | Letter from Ronnie Evans on Senate Bill 8 (submitted for January 16, 2024 SGA meeting) |
| RI-278 | Written Testimony (House Bill 5) - Victoria Wenger (submitted for January 17, 2024 HGA meeting) |
| RI-279 | Written Testimony (House Bill 5) - Terry Landry, Jr. (submitted for January 17, 2024 HGA meeting) |
| RI-280 | Written Testimony (House Bill 5) - Rhania Written (submitted for January 17, 2024 HGA meeting) |
| RI-281 | Written Testimony (House Bill 5) - Caroline Sinders (submitted for January 17, 2024 HGA meeting) |
| RI-282 | Written Testimony (Redistricting) - Caroline (submitted for January 17, 2024 HGA meeting) |
| RI-283 | Written Testimony (Redistricting) - Brooke (submitted for January 17, 2024 HGA meeting) |
| RI-284 | Written Testimony from Congressman Troy Carter (submitted for January 18, 2024 SGA meeting) |
| RI-285 | Written Testimony Senate Bill 4 Wayne (submitted for January 18, 2024 SGA meeting) |
| RI-286 | Written Testimony (Redistricting) - Jodie (submitted for January 18, 2024 HGA meeting) |
| RI-287 | Written Testimony (Redistricting) - Peter (submitted for January 18, 2024 HGA meeting) |
| RI-288 | Written Testimony (Redistricting) - Victor M. Jones, Esq. (submitted for January 18, 2024 HGA meeting) |
| RI-289 | Written Testimony (Redistricting) - Betty (submitted for January 18, 2024 HGA meeting) |
| RI-290 | H.B. 1, Veto Sess. (La. 2022) - Vote Sheet |
| RI-291 | H.B. 1 (Enrolled), 1st Spec. Sess. (La. 2022) |

| Exhibit No. | Description |
|---|---|
| RI-292 | *Kishbaugh* v. *City of Lafayette Government*, 275 So.3d 471 (La. App. 2019) |
| RI-293 | *Robinson* Intervenors' Legislative Transcript Designations |

## WITNESS LIST

The *Robinson* Intervenors expect the following witnesses to testify at the consolidated hearing and reserve the right to call witnesses listed by any other party to this action. The *Robinson* Intervenors also reserve the right to call additional witnesses based on the other parties' submissions in connection with consolidated hearing, any undisclosed witnesses that any other party attempts to call, any previously withdrawn witness that any other party attempts to call, or otherwise in rebuttal.

| Witness |
|---|
| Anthony Fairfax (will call) |
| Comm'r Davante Lewis (will call) |
| Michael Martin (will call) |
| Cory McCartan (will call) |
| Ashley Shelton (will call) |
| Rep. Mandie Landry (may call) |
| Rep. Cedric Glover (may call) |
| Sen. Royce Duplessis (may call) |
| Omari Ho-Sang (may call) |
| Steven Harris (may call) |

DATED: April 9, 2024

By: /s/ *Tracie L. Washington*
Tracie L. Washington
LA. Bar No. 25925
Louisiana Justice Institute
8004 Belfast Street
New Orleans, LA 70125
Tel: (504) 872-9134
tracie.washington.esq@gmail.com

*Counsel for* Robinson *Intervenors Dorothy Nairne, Martha Davis, Clee Earnest Lowe, and Rene Soule*

By: */s/ John Adcock*
John Adcock
Adcock Law LLC
3110 Canal Street
New Orleans, LA 70119
Tel: (504) 233-3125
jnadcock@gmail.com

*Counsel for* Robinson *Intervenors*

Stuart Naifeh*
Kathryn Sadasivan*
Victoria Wenger*
Colin Burke*
NAACP Legal Defense and
    Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Tel: (212) 965-2200
snaifeh@naacpldf.org
ksadasivan@naacpldf.org
vwenger@naacpldf.org
cburke@naacpldf.org

R. Jared Evans
LA. Bar No. 34537
I. Sara Rohani*
NAACP Legal Defense and
Educational Fund, Inc.
700 14th Street N.W. Ste. 600
Washington, DC 20005
Tel: (202) 682-1300
jevans@naacpldf.org
srohani@naacpldf.org

Sarah Brannon*
Megan C. Keenan*
American Civil Liberties Union Foundation
915 15th St., NW
Washington, DC 20005
sbrannon@aclu.org
mkeenan@aclu.org

Nora Ahmed
NY Bar No. 5092374 (pro hac vice forthcoming)
ACLU Foundation of Louisiana
1340 Poydras St, Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
nahmed@laaclu.org

Robert A. Atkins*
Yahonnes Cleary*
Jonathan H. Hurwitz*
Amitav Chakraborty*
Adam P. Savitt*
Arielle B. McTootle*
Robert Klein*
Neil Chitrao*
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Tel.: (212) 373-3000
Fax: (212) 757-3990
ratkins@paulweiss.com
ycleary@paulweiss.com
jhurwitz@paulweiss.com
achakraborty@paulweiss.com
asavitt@paulweiss.com
amctootle@paulweiss.com
rklein@paulweiss.com
nchitrao@paulweiss.com

Sophia Lin Lakin*
Garrett Muscatel*
Dayton Campbell-Harris (pro hac vice forthcoming)**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org
gmuscatel@aclu.org
dcampbell-harris@aclu.org

T. Alora Thomas-Lundborg*
Daniel Hessel*
Election Law Clinic
Harvard Law School
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 495-5202
tthomaslundborg@law.harvard.edu
dhessel@law.harvard.edu

*Additional counsel for* Robinson *Intervenors*

\* Admitted pro hac vice.
\*\*Practice is limited to federal court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system which provides electronic notice of filing to all counsel of record, on this 9th day of April, 2024.

By: /s/ *John Adcock*
John Adcock
Adcock Law LLC
L.A. Bar No. 30372
3110 Canal Street
New Orleans, LA 70119
Tel: (504) 233-3125
Fax: (504) 308-1266
jnadcock@gmail.com