UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION
(Held in Shreveport)

**PHILLIP CALLAIS ET AL**            **CASE NO.  3:24-CV-00122**

**VERSUS**                           **JUDGES CARL E. STEWART, ROBERT R. SUMMERHAYS, DAVID C. JOSEPH**

**NANCY LANDRY**                     **MAG. JUDGE KAYLA D. MCCLUSKY**

MINUTES OF COURT:
BENCH TRIAL

| Date: | April 8, 2024 | Presiding: | Judges Carl E. Stewart, Robert R. Summerhays, David C. Joseph |
|---|---|---|---|
| Court Opened: | 9:02 AM | Courtroom Deputy: | Lisa LaCombe/Chrissy Craig |
| Court Adjourned: | 5:30 PM | Court Reporter: | Diana Cavenah |
| Statistical Time: | 6:26 | Courtroom: | Courtroom 1 |

## APPEARANCES

| | | |
|---|---|---|
| Edward D. Greim | For | Phillip Callais, All Plaintiffs |
| Katherine Graves | For | Phillip Callais, All Plaintiffs |
| Jackson Tyler | For | Phillip Callais, All Plaintiffs |
| Paul L Hurd | For | Phillip Callais, All Plaintiffs |
| A. Bradley Bodamer | For | Phillip Callais, All Plaintiffs |
| Amitav Chakraborty | For | Robinson, All Intervenor Defendants |
| T Alora Thomas | For | Robinson, All Intervenor Defendants |
| Jonathan Hurwitz | For | Robinson, All Intervenor Defendants |
| Robert Klein | For | Robinson, All Intervenor Defendants |
| I Sara Rohani | For | Robinson, All Intervenor Defendants |
| Arielle McTootle | For | Robinson, All Intervenor Defendants |
| Colin Burke | For | Robinson, All Intervenor Defendants |
| Victoria Wenger | For | Robinson, All Intervenor Defendants |
| R. Jared Evans | For | Robinson, All Intervenor Defendants |
| Sarah Brannon | For | Robinson, All Intervenor Defendants |
| Garrett Muscatel | For | Robinson, All Intervenor Defendants |
| Daniel Hessel | For | Robinson, All Intervenor Defendants |
| Stuart Naifeh | For | Robinson, All Intervenor Defendants |
| Casey T. Jones | For | State of Louisiana, Attorney General |
| Morgan Brungard | For | State of Louisiana, Attorney General |

| | | |
|---|---|---|
| Drew C. Ensign | For | State of Louisiana |
| Jason Torchinsky | For | State of Louisiana |
| Brennan Bowen | For | State of Louisiana |
| Phillip Gordon | For | State of Louisiana |
| | | |
| Phillip J. Stracer | For | Nancy Landry, Secretary of State |
| John C. Walsh | For | Nancy Landry, Secretary of State |

## **PROCEEDINGS**

Case called for Bench Trial regarding [1] Complaint Seeking Declaratory Judgement and Injunctive Relief and [17] Motion for Preliminary Injunction by all Plaintiffs.

For the reasons stated on the record, the Court **DENIED** [161] Motion to Continue Trial with Opposition and Motion to Deconsolidate Preliminary Hearing from the merits trial.

The Court **GRANTED IN PART and DENIED IN PART** [155] Motion for Reconsideration / Motion to Reconsider Denial of Leave to Present Responsive Expert Testimony. The Court will allow rebuttal expert testimony of Dr. Ben Overholt for the limited purposes discussed on the record.

Opening statements by all parties.
Evidence and testimony for the Plaintiffs began.
Evidence and testimony for the Robinson Intervenors began.
Case laid over to Tuesday, April 9, 2024, at 9:00 a.m.

## **COMMENTS:**

The Court qualified Dr. Stephen Voss as an expert in the field of:
- (i) racial gerrymandering
- (ii) compactness
- (iii) simulations

Without objections, the Court accepted Dr. Cory McCartan as an expert in the field of redistricting and simulations.