## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF LOUISIANA—MONROE DIVISION

| | |
|---|---|
| PHILIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, <br><br>    Plaintiffs, <br><br>v. <br><br>NANCY LANDRY, IN HER OFFICIAL CAPACITY AS LOUISIANA SECRETARY OF STATE, <br><br>    Defendant. | Case No. 3:24-cv-00122 |

## **JOINT EXHIBIT LIST**

COME NOW Plaintiffs Philip Callais, Lloyd Price, Bruce Odell, Elizabeth Ersoff, Albert Caissie, Daniel Weir, Joyce LaCour, Candy Carroll Peavy, Tanya Whitney, Mike Johnson, Grover Joseph Rees, and Rolfe McCollister (collectively, "Plaintiffs"), as well as Defendant Secretary of State Nancy Landry, Defendant-Intervenor the State of Louisiana, and Defendant-Intervenors Press Robinson, Edgar Cage, Dorothy Nairne, Edwin Rene Soule, Alice Washington, Clee Earnest Lowe, Davante Lewis, Martha Davis, Ambrose Sims, the National Association for the Advancement of Colored People Louisiana State Conference, and the Power Coalition for Equity and Justice (collectively, "Robinson Intervenors") (collectively, the "Parties"), by and through counsel and stipulate the following:

1

I. **Stipulations as to Joint Exhibits ("JE") 1-39.**

The Parties stipulate to the authenticity and admissibility of the documents listed below as Exhibits JE1-JE39. Each Party reserves the right to argue that appropriate weight should be given to the documents subject to this stipulation.

| Joint Exhibit # | Description |
|---|---|
| JE1 | Legislative History Summary of HB1 |
| JE2 | Louisiana Legislature Joint Rule No. 21 |
| JE3 | HB1 Road Show Schedule |
| JE4 | HB1 Original Bill Text |
| JE5 | HB1 Population and VAP by Congressional District |
| JE6 | US Census Data, BVAP |
| JE7 | Jeff Landry January 8, 2024 Press Release |
| JE8 | Jeff Landry Call and Convene January 23, 2024 |
| JE9 | Jeff Landry January 16, 2024 Press Release |
| JE10 | Legislative History Summary of SB8 |
| JE11 | SB8 Original Text |
| JE12 | SB8 Enacted Text |
| JE13 | Jeff Landry January 19, 2024 Press Release |
| JE14 | SB8 Enacted Map |
| JE15 | Act 2 District Summaries |
| JE16 | Act 5 Statewide Map |
| JE17 | SB8 Maps by Parish |
| JE18 | Louisiana Special Joint Session – January 15, 2024 (publicly available at https://house.louisiana.gov/H_Video/VideoArchivePlayer?v=house/2024/jan/0115_24_241ES) |

| | |
|---|---|
| JE19 | Louisiana State House and Governmental Affairs Committee Special Session – January 15, 2024 (publicly available at https://redist.legis.la.gov/default_video?v=house/2024/jan/0115_24_HG) |
| JE20 | Louisiana State Senate and Governmental Affairs Committee Special Session – January 16, 2024 [Part 1] (publicly available at https://senate.la.gov/s_video/VideoArchivePlayer?v=senate/2024/01/011624SG) |
| JE21 | Louisiana State Senate and Governmental Affairs Committee Special Session – January 16, 2024 [Part 2] (publicly available at https://senate.la.gov/s_video/VideoArchivePlayer?v=senate/2024/01/011624SG2) |
| JE22 | Louisiana State House and Governmental Affairs Committee Special Session – January 17, 2024 (publicly available at https://redist.legis.la.gov/default_video?v=house/2024/jan/0117_24_HG) |
| JE23 | Louisiana State Senate Floor Special Session – January 17, 2024 (publicly available at https://senate.la.gov/s_video/VideoArchivePlayer?v=senate/2024/01/011724SCHAMB) |
| JE24 | Louisiana State House and Governmental Affairs Committee Special Session – January 18, 2024 [Part 1] (publicly available at https://redist.legis.la.gov/default_video?v=house/2024/jan/0118_24_HG_P1) |
| JE25 | Louisiana State House and Governmental Affairs Committee Special Session – January 18, 2024 [Part 2] (publicly available at https://redist.legis.la.gov/default_video?v=house/2024/jan/0118_24_HG_P2) |
| JE26 | Louisiana State House Floor Special Session – January 19, 2024 (publicly available at https://house.louisiana.gov/H_Video/VideoArchivePlayer?v=house/2024/jan/0119_24_1ES_Day5) |
| JE27 | Louisiana State Senate Floor Special Session – January 19, 2024 (publicly available at https://senate.la.gov/s_video/VideoArchivePlayer?v=senate/2024/01/011924SCHAMB2) |
| JE28 | Transcription of Louisiana House Governmental Affairs Committee Hearing – January 15, 2024 |
| JE29 | Transcription of Louisiana State Senate Special Session – January 16, 2024 |
| JE30 | Transcription of Louisiana State Senate Special Session – January 17, 2024 |

| | |
|---|---|
| JE31 | Transcription of Louisiana House Governmental Affairs Committee Hearing – January 18, 2024 |
| JE32 | Transcription of House Floor – January 18, 2024 |
| JE33 | Transcription of House Floor – January 19, 2024 |
| JE34 | Transcription of Louisiana State Senate Special Session – January 19, 2024 |
| JE35 | Transcription of Louisiana Special Joint Session – January 15, 2024 |
| JE36 | Transcription of Louisiana State Senate and Governmental Affairs Committee Special Session – January 16, 2024 [Part 1] |
| JE37 | Transcription of Louisiana State House and Governmental Affairs Committee Special Session – January 17, 2024 |
| JE38 | Parties' Legislative Session Transcript Designations |
| JE39 | Parties' Legislative Session Audio Designations |

Dated this 9th day of April, 2024                              Respectfully submitted,


*/s/ Jason B. Torchinsky*                               */s/ Carey Tom Jones*
Jason B. Torchinsky (DC Bar No. 976033)*      Carey Tom Jones (LSBA No. 07474)
HOLTZMAN VOGEL BARAN                          Office of the Attorney General
TORCHINSKY & JOSEFIAK, PLLC                   Louisiana Department of Justice
2300 N Street, NW                             1885 N. Third St.
Suite 643A                                    Baton Rouge, LA 70804
Washington, DC 20037                          (225) 326-6000 phone
Tel: 202-737-8808                             (225) 326-6098 fax
Email: jtorchinsky@holtzmanvogel.com          jonescar@ag.louisiana.gov

Phillip M. Gordon (VA Bar No. 95621)*         *Counsel for Intervenor-Defendant the State of*
Zachary D. Henson (NY Bar No. 5907340)*       *Louisiana*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
15405 John Marshall Hwy.
Haymarket, VA 20169
Telephone: (540) 341-8808
Facsimile: (540) 341-8809
Email: pgordon@holtzmanvogel.com
       zhenson@holtzmanvogel.com

4

Brennan A.R. Bowen (AZ Bar No. 036639)*
Drew C. Ensign (DC Bar No. 976571)*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
2575 East Camelback Rd, Ste 860
Phoenix, AZ 85016
602-388-1262
Email: bbowen@holtzmanvogel.com

*admitted *pro hac vice*

| **PAUL LOY HURD, APLC** | **GRAVES GARRETT GREIM LLC** |
|---|---|
| /s/  Paul  Loy  Hurd | /s/  Edward  D.  Greim |
| Paul Loy Hurd | Missouri Bar No. 54034 |
| Louisiana Bar No. 13909 | *Admitted Pro Hac Vice* |
| Paul Loy Hurd, APLC | Jackson Tyler |
| 1896 Hudson Circle, Suite 5 | Missouri Bar No. 73115 |
| Monroe, Louisiana 71201 | *Admitted Pro Hac Vice* |
| Tel.: (318) 323-3838 | Matthew Mueller |
| paul@paulhurdlawoffice.com | Missouri Bar No. 70263 |
| *Attorney for Plaintiffs* | *Admitted Pro Hac Vice* |
| | Katherine Graves |
| | Missouri Bar No. 74671 |
| | *Admitted Pro Hac Vice* |
| | GRAVES GARRETT GREIM LLC |
| | 1100 Main Street, Suite 2700 |
| | Kansas City, Missouri 64105 |
| | Tel.: (816) 256-3181 |
| | Fax: (816) 256-5958 |
| | edgreim@gravesgarrett.com |
| | jtyler@gravesgarrett.com |
| | mmueller@gravesgarrett.com |
| | kgraves@gravesgarrett.com |
| | *Attorneys for Plaintiffs* |

/s/ Phillip J. Strach
Phillip J. Strach* (Lead Counsel)
phillip.strach@nelsonmullins.com
Thomas A. Farr*
tom.farr@nelsonmullins.com
Alyssa M. Riggins*
alyssa.riggins@nelsonmullins.com
Cassie A. Holt*
cassie.holt@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603

Telephone: (919) 329-3800
Facsimile: (919) 329-3799


/s/ John C. Walsh
John C. Walsh (Louisiana Bar Roll No. 24903)
**SHOWS, CALI & WALSH, L.L.P.**
628 St. Louis St. (70802)
P.O. Box 4225
Baton Rouge, LA 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-5561
john@scwllp.com

*Admitted pro hac vice*

*Counsel for Defendant NANCY LANDRY, in her official capacity as Louisiana Secretary of State*


Tracie L. Washington
LA. Bar No. 25925
Louisiana Justice Institute
8004 Belfast Street
New Orleans, LA 70125
Tel: (504) 872-9134
tracie.washington.esq@gmail.com

John Adcock
Adcock Law LLC
3110 Canal Street
New Orleans, LA 70119
Tel: (504) 233-3125
jnadcock@gmail.com

*Counsel for* Robinson *Intervenors Dorothy Nairne, Martha Davis, Clee Earnest Lowe, and Rene Soule*

*Counsel for* Robinson *Intervenors*

6

Stuart Naifeh*
Kathryn Sadasivan*
Victoria Wenger*
Colin Burke*
NAACP Legal Defense and
    Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Tel: (212) 965-2200
snaifeh@naacpldf.org
ksadasivan@naacpldf.org
vwenger@naacpldf.org
cburke@naacpldf.org

R. Jared Evans
LA. Bar No. 34537
I. Sara Rohani*
NAACP Legal Defense and
Educational Fund, Inc.
700 14th Street N.W. Ste. 600
Washington, DC 20005
Tel: (202) 682-1300
jevans@naacpldf.org
srohani@naacpldf.org

Sarah Brannon*
Megan C. Keenan*
American Civil Liberties Union Foundation
915 15th St., NW
Washington, DC 20005
sbrannon@aclu.org
mkeenan@aclu.org

Nora Ahmed
NY Bar No. 5092374 (pro hac vice forthcoming)
ACLU Foundation of Louisiana
1340 Poydras St, Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
nahmed@laaclu.org

Robert A. Atkins*
Yahonnes Cleary*
Jonathan H. Hurwitz*
Amitav Chakraborty*
Adam P. Savitt*
Arielle B. McTootle*
Robert Klein*
Neil Chitrao*
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Tel.: (212) 373-3000
Fax: (212) 757-3990
ratkins@paulweiss.com
ycleary@paulweiss.com
jhurwitz@paulweiss.com
achakraborty@paulweiss.com
asavitt@paulweiss.com
amctootle@paulweiss.com
rklein@paulweiss.com
nchitrao@paulweiss.com

Sophia Lin Lakin*
Garrett Muscatel*
Dayton Campbell-Harris (pro hac vice forthcoming)*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org
gmuscatel@aclu.org
dcampbell-harris@aclu.org

T. Alora Thomas-Lundborg*
Daniel Hessel*
Election Law Clinic
Harvard Law School
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 495-5202
tthomaslundborg@law.harvard.edu
dhessel@law.harvard.edu

*Additional counsel for* Robinson *Intervenors*

\* Admitted pro hac vice.
\*\*Practice is limited to federal court.