# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION
### (Held in Shreveport)

| | |
|---|---|
| **PHILLIP CALLAIS ET AL** | **CASE NO. 3:24-CV-00122** |
| **VERSUS** | **JUDGES CARL E. STEWART, ROBERT R. SUMMERHAYS, DAVID C. JOSEPH** |
| **NANCY LANDRY** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### MINUTES OF COURT:
### BENCH TRIAL – Day 2

| | | | |
|---|---|---|---|
| Date: | April 9, 2024 | Presiding: | Judges Carl E. Stewart, Robert R. Summerhays, David C. Joseph |
| Court Opened: | 9:08 AM | Courtroom Deputy: | Lisa LaCombe/Chrissy Craig |
| Court Adjourned: | 5:10 PM | Court Reporter: | Diana Cavenah |
| Statistical Time: | 5:26 | Courtroom: | Courtroom 1 |

## APPEARANCES

| | | |
|---|---|---|
| Edward D. Greim | For | Phillip Callais, All Plaintiffs |
| Katherine Graves | For | Phillip Callais, All Plaintiffs |
| Jackson Tyler | For | Phillip Callais, All Plaintiffs |
| Paul L Hurd | For | Phillip Callais, All Plaintiffs |
| A. Bradley Bodamer | For | Phillip Callais, All Plaintiffs |
| Amitav Chakraborty | For | Robinson, All Intervenor Defendants |
| T Alora Thomas | For | Robinson, All Intervenor Defendants |
| Jonathan Hurwitz | For | Robinson, All Intervenor Defendants |
| Stuart Naifeh | For | Robinson, All Intervenor Defendants |
| I Sara Rohani | For | Robinson, All Intervenor Defendants |
| Colin Burke | For | Robinson, All Intervenor Defendants |
| Victoria Wenger | For | Robinson, All Intervenor Defendants |
| R. Jared Evans | For | Robinson, All Intervenor Defendants |
| Kathryn Sudasivan | For | Robinson, All Intervenor Defendants |
| Casey T. Jones | For | State of Louisiana, Attorney General |
| Drew C. Ensign | For | State of Louisiana, Attorney General |
| Jason Torchinsky | For | State of Louisiana |
| Brennan Bowen | For | State of Louisiana |
| Phillip Gordon | For | State of Louisiana |
| Zachary Henson | For | State of Louisiana |

| | | |
|---|---|---|
| Phillip J. Stracer | For | Nancy Landry, Secretary of State |
| John C. Walsh | For | Nancy Landry, Secretary of State |

## **PROCEEDINGS**

Case called for Bench Trial regarding [1] Complaint Seeking Declaratory Judgment and Injunctive Relief and [17] Motion for Preliminary Injunction by all Plaintiffs.

Evidence and testimony for the Plaintiffs continued and concluded.
Plaintiffs rest.

Evidence and testimony for the Robinson Intervenors continued.
Case laid over to Wednesday, April 10, 2024, at 9:00 a.m.

## **COMMENTS:**

After objections noted, the Court accepted Michael Hefner as an expert.

The Court qualified and accepted Anthony Fairfax as an expert in redistricting and demography.