IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA—MONROE DIVISION

| | |
|---|---|
| PHILIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, <br><br> Plaintiffs, <br><br> v. <br><br> NANCY LANDRY, IN HER OFFICIAL CAPACITY AS LOUISIANA SECRETARY OF STATE, <br><br> Defendant. | Case No. 3:24-cv-00122 |

## INTERVENOR DEFENDANT THE STATE OF LOUISIANA'S THIRD AMENDED WITNESS AND EXHIBIT LIST

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A), the Court's February 21, 2024, Scheduling Order, (ECF No. 63), and the agreement of the parties as discussed at the March 22, 2024, Status Conference, (ECF No. 130), Attorney General Elizabeth Murrill, on behalf of the State of Louisiana (the "State"), submits this amended disclosure. The state does not intend to proffer any fact witness at this time.

The State reserves the right to call any witness listed on any other party's witness lists. The State reserves this right regardless of whether the witness is called by the party who listed the witness or not. The State further reserves the right to rely on any exhibit listed on any other party's exhibit list.

The State submits this disclosure solely in compliance with the Federal Rules of Civil Procedure and this Court's orders, and this disclosure is solely for the purpose of this action.

| Joint Exhibit # | Exhibit # | Description | Docket # (if previously filed) |
|---|---|---|---|
| JE1 | State 1 | Legislative History Summary of HB1 | 17-4, filed 2/7/24 |
| JE2 | State 2 | Louisiana Legislature Joint Rule No. 21 | 17-5, filed 2/7/24 |
| JE3 | State 3 | HB 1 Road Show Schedule | 17-6, filed 2/7/24 |
| JE4 | State 4 | HB 1 Original Bill Text | 17-7, filed 2/7/24 |
| JE5 | State 5 | HB 1 Population and VAP by Congressional District | 17-8, filed 2/7/24 |
| JE6 | State 6 | US Census Data, BVAP | 17-9, filed 2/7/24 |
| JE7 | State 7 | Jeff Landry January 8, 2024, Press Release | 17-11, filed 2/7/24 |
| JE8 | State 8 | Jeff Landry Call and Convene January 23, 2024 | 17-12, filed 2/7/24 |
| JE9 | State 9 | Jeff Landry January 16, 2024, Press Release | 17-13, filed 2/7/24 |
| JE10 | State 10 | Legislative History Summary of SB8 | 17-14, filed 2/7/24 |
| JE11 | State 11 | SB8 Original Text | 17-15, filed 2/7/24 |
| JE12 | State 12 | SB8 Enacted Text | 17-16, filed 2/7/24 |
| JE13 | State 12a | Jeff Landry January 19, 2024, Press Release | 17-17, filed 2/7/24 |
| JE14 | State 14 | SB8 Map | 17-18, filed 2/7/24 |
| JE15 | State 15 | Act 2 District Summaries | 17-19, filed 2/7/24 |
| JE16 | State 16 | Act 5 Statewide Map | 17-20, filed 2/7/24 |
| JE17 | State 17 | SB 8 Maps by Parish | 17-21 through 17-31, filed 2/7/24 |
| JE18 | State 40 | Louisiana Special Joint Session – January 15, 2024 (publicly available at https://house.louisiana.gov/H_Video/VideoArchivePlayer?v=house/2024/jan/0115_24_241ES) | |
| JE19 | State 41 | Louisiana State House and Governmental Affairs Committee Special Session – January 15, 2024 (publicly available at https://redist.legis.la.gov/default_video?v=house/2024/jan/0115_24_HG) | |

| | | | |
|---|---|---|---|
| JE20 | State 42 | Louisiana State Senate and Governmental Affairs Committee Special Session – January 16, 2024 [Part 1] (publicly available at https://senate.la.gov/s_video/VideoArchivePlayer?v=senate/2024/01/011624SG) | |
| JE21 | State 43 | Louisiana State Senate and Governmental Affairs Committee Special Session – January 16, 2024 [Part 2] (publicly available at https://senate.la.gov/s_video/VideoArchivePlayer?v=senate/2024/01/011624SG2) | |
| JE22 | State 44 | Louisiana State House and Governmental Affairs Committee Special Session – January 17, 2024 (publicly available at https://redist.legis.la.gov/default_video?v=house/2024/jan/0117_24_HG) | |
| JE23 | State 45 | Louisiana State Senate Floor Special Session – January 17, 2024 (publicly available at https://senate.la.gov/s_video/VideoArchivePlayer?v=senate/2024/01/011724SCHAMB) | |
| JE24 | State 46 | Louisiana State House and Governmental Affairs Committee Special Session – January 18, 2024 [Part 1] (publicly available at https://redist.legis.la.gov/default_video?v=house/2024/jan/0118_24_HG_P1) | |
| JE25 | State 47 | Louisiana State House and Governmental Affairs Committee Special Session – January 18, 2024 [Part 2] (publicly available at https://redist.legis.la.gov/default_video?v=house/2024/jan/0118_24_HG_P2) | |
| JE26 | State 48 | Louisiana State House Floor Special Session – January 19, 2024 (publicly available at https://house.louisiana.gov/H_Video/VideoArchivePlayer?v=house/2024/jan/0119_24_1_ES_Day5) | |
| JE27 | State 49 | Louisiana State Senate Floor Special Session – January 19, 2024 (publicly available at | |

|       |          |                                                                                                      |   |
|-------|----------|------------------------------------------------------------------------------------------------------|---|
|       |          | https://senate.la.gov/s_video/VideoArchivePlayer?v=senate/2024/01/011924SCHAMB2)                     |   |
| JE28  | State 19 | Transcripts from January 15, 2024, Louisiana House of Representatives Governmental Affairs Committee |   |
| JE29  | State 20 | Transcripts from January 16, 2024, Louisiana Senate Governmental Affairs Committee                   |   |
| JE30  | State 21 | Transcripts from January 17, 2024, Louisiana Senate Floor Debate                                     |   |
| JE31  | State 22 | Transcripts from January 18, 2024, Louisiana House of Representatives Governmental Affairs Committee |   |
| JE32  | State 23 | Transcripts from January 18, 2024, Louisiana House of Representatives Floor Debate                   |   |
| JE33  | State 24 | Transcripts from January 19, 2024, Louisiana House of Representatives Floor Debate                   |   |
| JE34  | State 25 | Transcripts from January 19, 2024, Louisiana Senate Floor Debate                                     |   |
| J35   | State 37 | Transcripts from January 15, 2024, Louisiana Special Joint Session                                   |   |
| JE38  | State 50 | Parties' Legislative Session Transcript Designations                                                 |   |
| JE39  | State 51 | Parties' Legislative Session Audio Designations                                                      |   |

Dated this 10th day of April, 2024    Respectfully submitted,

Jason B. Torchinsky (DC Bar No. 976033)*
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC
2300 N Street, NW
Suite 643A
Washington, DC 20037
Tel: 202-737-8808
Email: jtorchinsky@holtzmanvogel.com

/s/ Carey Tom Jones
Carey Tom Jones (LSBA No. 07474)
Office of the Attorney General
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6000 phone
(225) 326-6098 fax
jonescar@ag.louisiana.gov

| | |
|---|---|
| Phillip M. Gordon (VA Bar No. 95621)*<br>Zachary D. Henson (NY Bar No. 5907340)*<br>HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC<br>15405 John Marshall Hwy.<br>Haymarket, VA 20169<br>Telephone: (540) 341-8808<br>Facsimile: (540) 341-8809<br>Email: pgordon@holtzmanvogel.com<br>            zhenson@holtzmanvogel.com<br><br>Brennan A.R. Bowen (AZ Bar No. 036639)*<br>Drew C. Ensign (DC Bar No. 976571)**<br>HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC<br>2575 East Camelback Rd, Ste 860<br>Phoenix, AZ 85016<br>602-388-1262<br>Email: bbowen@holtzmanvogel.com<br><br>       *admitted *pro hac vice*<br>       ***pro hac vice* motion forthcoming | *Counsel for Intervenor-Defendant the State of Louisiana* |

## CERTIFICATE OF SERVICE

    I do hereby certify that, on this 10th day of April, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which gives notice of filing to all counsel of record.

                                      */s/ Jason B. Torchinsky*
                                       Jason B. Torchinsky