# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION
### (Held in Shreveport)

**PHILLIP CALLAIS ET AL**           **CASE NO. 3:24-CV-00122**

**VERSUS**                          **JUDGES CARL E. STEWART, ROBERT R. SUMMERHAYS, DAVID C. JOSEPH**

**NANCY LANDRY**                    **MAG. JUDGE KAYLA D. MCCLUSKY**

## MINUTES OF COURT:
## BENCH TRIAL – Day 3

| Date: | April 10, 2024 | Presiding: | Judges Carl E. Stewart, Robert R. Summerhays, David C. Joseph |
|---|---|---|---|
| Court Opened: | 9:08 AM | Courtroom Deputy: | Lisa LaCombe/Chrissy Craig |
| Court Adjourned: | 12:38 PM | Court Reporter: | Diana Cavenah |
| Statistical Time: | 3:05 | Courtroom: | Courtroom 1 |

### APPEARANCES

| | | |
|---|---|---|
| Edward D. Greim | For | Phillip Callais, All Plaintiffs |
| Katherine Graves | For | Phillip Callais, All Plaintiffs |
| Jackson Tyler | For | Phillip Callais, All Plaintiffs |
| Paul L Hurd | For | Phillip Callais, All Plaintiffs |
| A. Bradley Bodamer | For | Phillip Callais, All Plaintiffs |
| | | |
| Amitav Chakraborty | For | Robinson, All Intervenor Defendants |
| T. Alora Thomas | For | Robinson, All Intervenor Defendants |
| Jonathan Hurwitz | For | Robinson, All Intervenor Defendants |
| Stuart Naifeh | For | Robinson, All Intervenor Defendants |
| I. Sara Rohani | For | Robinson, All Intervenor Defendants |
| Colin Burke | For | Robinson, All Intervenor Defendants |
| Victoria Wenger | For | Robinson, All Intervenor Defendants |
| R. Jared Evans | For | Robinson, All Intervenor Defendants |
| Kathryn Sudasivan | For | Robinson, All Intervenor Defendants |
| Robert Klein | For | Robinson, All Intervenor Defendants |
| Arielle McTootle | For | Robinson, All Intervenor Defendants |
| Sarah Brannon | For | Robinson, All Intervenor Defendants |
| Garrett Muscatel | For | Robinson, All Intervenor Defendants |
| Daniel Hessel | For | Robinson, All Intervenor Defendants |
| | | |
| Casey T. Jones | For | State of Louisiana, Attorney General |
| Drew C. Ensign | For | State of Louisiana, Attorney General |

| | | |
|---|---|---|
| Jason Torchinsky | For | State of Louisiana |
| Brennan Bowen | For | State of Louisiana |
| Phillip Gordon | For | State of Louisiana |
| | | |
| Phillip J. Stracer | For | Nancy Landry, Secretary of State |
| John C. Walsh | For | Nancy Landry, Secretary of State |

## **PROCEEDINGS**

Case called for Bench Trial regarding [1] Complaint Seeking Declaratory Judgment and Injunctive Relief and [17] Motion for Preliminary Injunction by all Plaintiffs.

Evidence and testimony for the Robinson Intervenors continued and concluded.
Robinson Intervenors rest.

The State of Louisiana and the Secretary of State declined to call any witnesses.
No rebuttal by Plaintiffs.

Closing arguments by all parties.

The Court will allow post-trial briefs from all parties filed by close of business on Wednesday, April 17, 2024, and shall contain proposed Findings of Fact.

A written ruling will follow.