UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION
(Held in Shreveport)

PHILLIP CALLAIS ET AL            CASE NO. 3:24-CV-00122

VERSUS            JUDGES CARL STEWART, ROBERT SUMMERHAYS, DAVID C. JOSEPH

NANCY LANDRY            MAG. JUDGE KAYLA D. MCCLUSKY

## EXHIBIT LIST
### Bench Trial

**PARTY: JOINT EXHIBITS – ALL PARTIES**

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | DATE ADMITTED |
|---|---|---|
| Joint -1 | House Bill 1 – HB1 by Rep. Clay Schexnayder (See Doc. 165 in CM-ECF) | 04/08/2024 |
| Joint -2 | Joint Rule 21 (See Doc. 165 in CM-ECF) | 04/08/2024 |
| Joint -3 | Louisiana Redistricting – Meetings, Docs & Archives (See Doc. 165 in CM-ECF) | 04/08/2024 |
| Joint -4 | House Bill 1 (See Doc. 165 in CM-ECF) | 04/08/2024 |
| Joint -5 | 2020 Pop & VAP and 2022 VoteReg (See Doc. 165 in CM-ECF) | 04/08/2024 |
| Joint -6 | United States Census Bureau (See Doc. 165 in CM-ECF) | 04/08/2024 |
| Joint -7 | Office of the Governor statement (See Doc. 165 in CM-ECF) | 04/08/2024 |
| Joint -8 | State of Louisiana – Legislature Session printout (See Doc. 165 in CM-ECF) | 04/08/2024 |
| Joint -9 | Office of the Governor statement (See Doc. 165 in CM-ECF) | 04/08/2024 |
| Joint – 10 | Senate Bill 8 by Senator Glen Womack (See Doc. 165 in CM-ECF) | 04/08/2024 |
| Joint – 11 | Senate Bill 8 – Original Text (See Doc. 165 in CM-ECF) | 04/08/2024 |
| Joint – 12 | Senate Bill 8 – Enacted Text -Act No. 2 (See Doc. 165 in CM-ECF) | 04/08/2024 |
| Joint – 13 | Office of the Governor statement (Special Session Concludes) (See Doc. 165 in CM-ECF) | 04/08/2024 |
| Joint – 14 | Act 2 – (SB2) Map (See Doc. 165 in CM-ECF) | 04/08/2024 |
| Joint – 15 | District Summary with Parishes (See Doc. 165 in CM-ECF) | 04/08/2024 |
| Joint – 16 | Act 5 – (HB1) Map (See Doc. 165 in CM-ECF) | 04/08/2024 |
| Joint – 17 | SB 8 - 1st ES (2024) Map Ascension (See Doc. 165 in CM-ECF) | 04/08/2024 |
| Joint – 18 | AUDIO - Louisiana Special Joint Session – Jan. 15, 2024, Manual Attachment | 04/10/2024 |
| Joint – 19 | AUDIO - Louisiana State and House Gov. Affairs Comm. Special Session – January 15, 2024, Manual Attachment | 04/10/2024 |
| Joint – 20 | AUDIO – Louisiana State Senate and Gov. Affairs Special Session – January 16, 2024, Manual Attachment | 04/10/2024 |
| Joint – 21 | AUDIO – Louisiana State Senate and Gov. Affairs Comm. Special Session, January 16, 2024, Manual Attachment | 04/10/2024 |
| Joint – 22 | AUDIO – Louisiana State House and Gov. Affairs Comm. Special Session – January 17, 2024, Manual Attachment | 04/10/2024 |
| Joint – 23 | AUDIO – Louisiana State Senate Floor Special Session-Jan. 17, 2024 – Manual Attachment | 04/10/2024 |

| | | |
|---|---|---|
| Joint – 24 | AUDIO – Louisiana State House and Gov. Affairs Comm. Special Session – January 18, 2024 (Part 1) , Manual Attachment | 04/10/2024 |
| Joint – 25 | AUDIO – Louisiana State House and Gov. Affairs Comm. Special Session – January 18, 2024, Manual Attachment | 04/10/2024 |
| Joint – 26 | AUDIO – Louisiana State House Floor Special Session – January 19, 2024, Manual Attachment | 04/10/2024 |
| Joint – 27 | AUDIO – Louisiana State Senate Floor Special Session, Jan. 19, 2024, Manual Attachment | 04/10/2024 |
| Joint – 28 | Transcript – Louisiana House Governmental Affairs Comm. Hearing – January 15, 2024 | 04/10/2024 |
| Joint – 29 | Transcript – Louisiana State Senate Special Session – January 16, 2024 | 04/10/2024 |
| Joint – 30 | Transcript – Louisiana State Senate Special Session – January 17, 2024 | 04/10/2024 |
| Joint – 31 | Transcript – Louisiana House Governmental Affairs Comm. Hearing – January 18, 2024 | 04/10/2024 |
| Joint – 32 | Transcript – House Floor – January 18, 2024 | 04/10/2024 |
| Joint – 33 | Transcript – House Floor – January 19, 2024 | 04/10/2024 |
| Joint – 34 | Transcript – Louisiana State Senate Special Session – January 19, 2024 | 04/10/2024 |
| Joint – 35 | Transcript - Louisiana Special Joint Session – January 15, 2024 | 04/10/2024 |
| Joint – 36 | Transcript – Louisiana State Senate and Gov. Affairs Comm. Special Session – January 16, 2024 (Part 1) | 04/10/2024 |
| Joint – 37 | Transcript – Louisiana State House and Gov. Affairs Comm. Special Session – January 17, 2024 | 04/10/2024 |
| Joint – 38 | Parties' Legislative Session Transcript Designations | 04/10/2024 |
| Joint – 39 | Parties' Legislative Session Audio Designations | 04/10/2024 |