

Louisiana State Senate 1st Special Session-Audio Transcription

January 16, 2024

In Re: Louisiana Senate Committee Video

PLAINTIFFS' EXHIBIT P24

EXHIBIT JE29

CHAIRMAN FIELDS:  Bill by Senator Womack, Senate Bill 8.  Senate Bill 8 by Senator Womack provides for redistricting of the Louisiana congressional districts.

(Pause.)

SENATOR WOMACK:  Thank you, Mr. Chairman.  Members of the committee, I have an amendment, if I could pass out, please.  If I could, I'll -- I'll begin with my opening.

CHAIRMAN FIELDS:  All right.  Senator Womack, you are recognized, and you may proceed, sir.

SENATOR WOMACK:  Thank you.  As you know, Louisiana congressional districts must be drawn given the Federal Voting Rights Act litigation that is still ongoing in the US District Court for the Middle District of Louisiana.  The map is the bill that I'm introducing, which, as the product of a long, detailed process, achieves several goals.  First, as you know -- all are aware, Congresswoman Letlow, Julia Letlow, is my representative in Washington, DC.

The boundaries in this bill I'm proposing ensure that Congresswoman Letlow remains both unimpaired with any other incumbents and in a congressional district that should continue to elect a Republican to Congress for the remainder of this decade.  I have great

Page 2

1  pride in the work Congresswoman Letlow has accomplished,
2  and this map will ensure that Louisianans will continue
3  to benefit from her presence in the halls of Congress
4  for a long -- for as long as she decides to continue to
5  serve our great state.
6      Second, of Louisiana's six congressional
7  districts, the map and the proposed bill ensures that
8  four of our safe Republican seats, Louisiana Republican
9  presence in the United States Congress has contributed
10 tremendously to the national discourse.  And I'm very
11 proud of both Speaker of the US House of Representatives
12 Mike Johnson and US House Majority Leader Steve Scalise
13 are both from our great state.  This map ensures that
14 the two of them will have solidly Republican districts
15 at home so that they can focus on the national
16 leadership that we need in Washington, DC.
17     The map proposed in this bill ensures that the
18 conservative principles retained by the majority of
19 those in Louisiana will continue to extend past our
20 boundaries to our nation's capital.  Finally, the maps
21 in the proposed bill respond appropriately to the
22 ongoing Federal Voting Rights Act case in the Middle
23 District of Louisiana.  For those of you who are
24 unaware, the congressional maps that we enacted in March
25 2022 have been the subject of litigation since the day

Page 3

1  the 2022 congressional redistricting bill went into
2  effect and even before we enacted it.
3      After a substantial amount of prolonged
4  litigation, the federal district court has (inaudible
5  0:03:35) to its view that the federal law requires that
6  the state have two congressional districts with a
7  majority of Black voters.  Our secretary of state,
8  attorney general, and our prior legislative leadership
9  appealed but have yet to succeed.  And we are here now
10 because of the federal court's order that we must --
11 that we have a first opportunity to act.
12     The district court's order that we must have
13 two majority Black voting age population districts,
14 combined with the political imperatives I just
15 described, having largely driven the boundaries of
16 District 2 and District 6, both of which are over 50
17 percent Black voting age population -- given the state's
18 current demographics, there is not a high enough Black
19 population in the southeast portion of Louisiana to
20 create two majority Black districts and to also comply
21 with the US Constitution one person, one vote
22 requirement.
23     That is the reason why District 2 is drawn
24 around New Orleans Parish, while District 6 includes the
25 Black population of East Baton Rouge Parish and travels

Page 4

1  up I-49 to include back -- Black population in
2  Shreveport.  While this is a different map than the
3  plaintiffs in the litigation have proposed, this is the
4  only map I reviewed that accomplished the political
5  goals I believe are important for my district, for
6  Louisiana, and for my country.  While I did not draw
7  these boundaries myself, I carefully considered a number
8  of different map options.
9      I firmly submit the congressional voting
10 boundaries represented in this bill best achieve the
11 goals of protecting Congresswoman Letlow's seat,
12 maintaining strong districts for Speaker Johnson and
13 Majority Leader Scalise, ensuring four Republican
14 districts, and adhering to the command of the federal
15 court in the Middle District of Louisiana.  I'd be happy
16 to take any questions.
17     CHAIRMAN FIELDS:  All right.  Thank you,
18 Senator.  Just a couple questions.  Do -- do -- do you
19 know how many parishes -- I did -- I tried to do a
20 count.  How many -- this district here -- can you put it
21 back up?  It appears to split about 15 parishes.  Senate
22 Bill 8.
23     SENATOR WOMACK:  Right.  It does split --
24     CHAIRMAN FIELDS:  All right.  And you were
25 here and you heard the testimony of Senator Price with

Page 5

1  Senate Bill 4.  Senate Bill 4 split only 11 parishes, as
2  I appreciate it, and it created two majority-minority
3  districts.  What was the predominant reason for you to
4  create the 6th District the way it looks now vs. just
5  going with Senator Price's bill, which created a more
6  compact district?
7      SENATOR WOMACK:  It -- it was strictly --
8  politics drove this map because of the -- the -- Speaker
9  Johnson, Majority Leader Scalise, and my congresswoman,
10 Julia Letlow, predominantly drove this map that I was a
11 part of.
12     CHAIRMAN FIELDS:  All right.  So is it safe to
13 say that your convection of District 6, race is not the
14 predominant factor?
15     SENATOR WOMACK:  No.  It's not the predominant
16 factor.  It -- it -- it has a secondary consideration in
17 that because that was the district that we were trying
18 to -- trying to encompass, but it wasn't the primary.
19     CHAIRMAN FIELDS:  So I guess it's kind of
20 difficult when you got a speaker of the house.  We're
21 very fortunate in Louisiana.  But when you got two
22 members of your Congress that are the two top-ranking
23 members of the US House of Representatives, being a
24 speaker and a majority leader, you know, how much did
25 that weigh in on your decision in drawing this map?

2 (Pages 2 to 5)

Page 6

1  SENATOR WOMACK:  Well, it -- it -- it had a
2  lot to weigh in on.  Not only that, but you have
3  Congresswoman Letlow that sits on Ag and Appropriation,
4  which is a big part of my district.  So when you put
5  them all together, that's -- that's a lot of -- a lot of
6  I call it muscle that we -- we were able to look at and
7  put in for the State of Louisiana, for all of Louisiana.
8        CHAIRMAN FIELDS:  Okay.  So your -- your
9  minority population in District 2 is -- is -- voter
10 registration is 52.6, and your population is 53.1.  And
11 in the 6th District it's 54.3 in registration and 56.1
12 in population.  And this was the -- the -- you know,
13 looking at all of the issues you were dealing with, this
14 was the best you could come up with?
15       SENATOR WOMACK:  Yes, sir.  They perform well.
16  When you look at the performance base, when you look at
17 the District 6, the performance of it appears to be
18 positive for the minority district.
19       CHAIRMAN FIELDS:  All right.  Are there any
20 things that bring these communities together in District
21 6?  I guess that would be considered the Red River
22 District.
23       SENATOR WOMACK:  Well, you -- you got the Red
24 River, but you also got I-49 that -- that -- that goes
25 through this district from Shreveport down to Lafayette,

Page 7

1  follows the (inaudible 0:09:30) of the Red River through
2  there.
3        CHAIRMAN FIELDS:  Okay.  All right.  Questions
4  from members of the committee?  No questions.  You have
5  some amendments you had, Senator?
6        SENATOR WOMACK:  I do.  Did -- did you --
7  y'all have the amendments?
8        CHAIRMAN FIELDS:  I'm sorry.  Senator Carter
9  for --
10       SENATOR CARTER:  I don't have a --
11       CHAIRMAN FIELDS:  -- a question.
12       SENATOR CARTER:  -- copy to (inaudible
13 0:09:50).  Thank you, Mr. Chairman.  I'm sorry, Senator.
14  I did have a -- a -- a question before we move to the
15 amendment.  You said that both districts -- you said
16 that the district performed.  You were asked a question
17 from the Chairman a minute ago about District 6 and
18 whether or not it performs as an African American
19 district.  Do you remember that question a second ago?
20       SENATOR WOMACK:  I do.
21       SENATOR CARTER:  Same question for District 2.
22  From looking at the District 2 in your map, we have a
23 total African American population of 53.121 percent, and
24 we have the registered African American -- registered
25 African American vote for District 2 at 52.659 percent;

Page 8

1  did I read that correctly?
2        MALE SPEAKER 1:  (inaudible 0:10:56)?
3        SENATOR WOMACK:  Yes.
4        SENATOR CARTER:  Did -- was any performance
5  test conducted -- I'm sorry.  I'm (inaudible 0:11:02).
6  Did -- were any performance tests or analyses conducted
7  to see how District 2 performs as an African American
8  majority district or not?
9        SENATOR WOMACK:  The Democratic incumbent wins
10 over 60 percent of the time in that race.
11       SENATOR CARTER:  (inaudible 0:11:43) 60
12 percent of the time?
13       SENATOR WOMACK:  Okay.  I'm sorry.  60 percent
14 of the vote.
15       SENATOR CARTER:  Yeah, I think my microphone
16 -- can you repeat it?  I'm sorry.
17       SENATOR WOMACK:  The Democratic --
18       SENATOR CARTER:  So my question -- well, let
19 me ask this.  So my question was: how does District 2
20 perform?  And you just gave me a figure.  What was it?
21       SENATOR WOMACK:  60 percent of the vote on the
22 Democratic nominee.
23       SENATOR CARTER:  We heard earlier when we were
24 considering Senator Price's bill that the -- the legal
25 defense fund had conducted an analysis of the

Page 9

1  performance of that district.  They conducted multiple
2  different elections based upon that district, and it had
3  a 100 percent performance race that's coming in as an
4  African American seat.  And I guess I'm curious to know
5  what would be the comparable number in terms of the
6  performance of the District 2 of this particular map,
7  the District 2 on your map that's being proposed here.
8  You -- am I asking the question in a way you get what
9  I'm asking?
10       CHAIRMAN FIELDS:  I think -- yeah.  I think
11 what the Senator is -- is requesting -- have you done
12 any kind of performance tests for either District 6 or
13 District 2?  Any performance analysis?
14       SENATOR WOMACK:  I have not.
15       SENATOR CARTER:  Okay.
16       SENATOR WOMACK:  I -- I -- I have a report
17 here printed off on a congressional map, and in District
18 2, a Democratic candidate could win 100 percent of the
19 time.
20       SENATOR CARTER:  A democratic candidate, but
21 not necessarily an African American Democratic -- an
22 African American candidate regardless of party.  So you
23 said "a Democratic candidate."  So I'm asking about an
24 African American candidate.  You said that a Democrat
25 candidate performs in that district, but my question is

3 (Pages 6 to 9)

Page 10

1  whether or not it performs as a -- for an -- as an
2  African American district?
3      SENATOR WOMACK:  Okay.  Our analysis is on --
4  is -- is on party, not race.  So -- so I can't answer
5  that.
6      SENATOR CARTER:  There was -- there was no
7  analysis done to determine whether or not District 2 for
8  this map -- of your map performs as an African American
9  district?
10     SENATOR WOMACK:  No.
11     SENATOR CARTER:  Okay.  Thank you, Mr.
12 Chairman.
13     CHAIRMAN FIELDS:  Thank you, Senator Carter.
14 The board is clear.  Do you have an amendment, Senator?
15     SENATOR WOMACK:  I do.  It's Amendment 34.
16     CHAIRMAN FIELDS:  All right.  Senate Womack
17 brings up Amendment Number 34.  Senator Womack on his
18 amendment.
19     SENATOR WOMACK:  You want -- you want -- you
20 want to pull that up and --
21     MALE SPEAKER 2:  Yes, Senator.
22     SENATOR WOMACK:  It's okay for him to pull
23 that up?
24     CHAIRMAN FIELDS:  Yes, sir.
25     SENATOR WOMACK:  Sorry.

Page 11

1      (Pause.)
2      CHAIRMAN FIELDS:  Okay.  You may proceed,
3  Senator.  This is the amended -- the amended --
4      SENATOR WOMACK:  This is the amendment.  What
5  we did on that in Avoyelles Parish, we -- we took out --
6  split Avoyelles Parish, put those into Rapides, around
7  Alexandria, Rapides Parish.  And then we moved into --
8  that's Rapides there where we moved it to.  And then we
9  moved into Ouachita Parish and took Ouachita, West
10 Monroe, Monroe, and Calhoun into that.
11     CHAIRMAN FIELDS:  Okay.
12     SENATOR WOMACK:  Any other -- that's it.
13     CHAIRMAN FIELDS:  All right.  So how many
14 parishes, with the -- with that amendment would the bill
15 overall split?
16     SENATOR WOMACK:  Could you -- it'd -- it goes
17 from 15 to 16.
18     CHAIRMAN FIELDS:  Okay.  So it splits one
19 additional one there.
20     SENATOR WOMACK:  One -- one extra parish.
21     CHAIRMAN FIELDS:  And that would be Avoyelles
22 Parish?
23     SENATOR WOMACK:  That would be Avoyelles
24 Parish.  Okay.
25     CHAIRMAN FIELDS:  All right.  Questions from

Page 12

1  members of the -- and the percentages pretty much stay
2  the same in the 2nd District?
3      SENATOR WOMACK:  Yes.
4      CHAIRMAN FIELDS:  And the 6th District?
5      SENATOR WOMACK:  And 6th, yeah.  The -- the
6  numbers are the same.
7      CHAIRMAN FIELDS:  Are there questions from
8  members of the committee?  All right.  I do have a card
9  - you don't need to fill out no card - from Senator
10 Heather Cloud.  If you wish to be recognized, you --
11 please come and take --
12     SENATOR CLOUD:  Thank you, Mr. Chair.  I just
13 want to make a simple statement.  As a Republican woman,
14 I want to stand here -- or sit here, rather, and offer
15 my support for the amendment to the map, which I believe
16 further protects Congresswoman Julia Letlow.  She is the
17 only woman in the Louisiana's congressional district.
18 She is a member of the Appropriations Committee in the
19 US House, as Senator Womack stated, and also a member of
20 the Agricultural Committee in the US House.  It's --
21 it's important to me and all of the other residents of
22 our area that -- to have these two representatives from
23 our crucial region in our state.
24     I think that politically, this map does a
25 great job protecting Speaker Johnson and Congresswoman

Page 13

1  Julia Letlow as well as Majority Leader Scalise.  It
2  keeps CD5 in the northern Louisiana area and allows
3  Congresswoman Letlow to keep doing the great job that
4  she's been doing.  So I just sit here and offer my
5  support of the amendment.  Thank you, members.
6      CHAIRMAN FIELDS:  Thank you.  And -- and so we
7  can be clear, Senator, just to be, like they say, on -
8  what is it? - A Few Good Men, crystal clear, so this
9  map, with this amendment, there are other ways we could
10 perfect a second minority-majority district --
11 majority-minority district that's more compact, 11
12 parishes split.  This one splits 16 parishes, and the
13 reason you're offering this amendment is for protecting
14 -- I hate to say for -- but to protect incumbents,
15 members of Congress.  But race is not your predominant
16 reason for drawing and perfecting this map?
17     SENATOR CLOUD:  Mr. Chair, I have both
18 Congresswoman Julia Letlow and Congressman Mike Johnson
19 in my Senate -- in my district.  I work well with both
20 of them, and I want them to continue to be able to do
21 the great job that they do on behalf of all of the
22 constituency in my district.
23     CHAIRMAN FIELDS:  Okay.  So basically, you are
24 trying to -- attempting to comply with the federal
25 court, but yet protect members of the US Congress, be it

4 (Pages 10 to 13)

Page 14

1  a female and be it two of the most powerful members of
2  the US Congress?
3      SENATOR CLOUD:  Yes, sir.
4      CHAIRMAN FIELDS:  All right.  Senator Reese
5  for a question.
6      SENATOR REESE:  Thank you, Mr. Chairman.  For
7  Senator Womack.  First of all, you know, as we -- as we
8  continue to contemplate these alternative maps, I've got
9  to say that I -- I continue to move forward cautiously
10 as I have been concerned that -- that we may indeed be
11 taking some action that the courts may not have
12 necessarily directed us to take yet.  You know, we do
13 know that there was an alternative to -- to ultimately
14 end up with a hearing on the merits.
15     But I'm also conflicted in that because I know
16 that the person charged with the responsibility of
17 representing the decisions we make in this legislature
18 is our attorney general, and our attorney general has --
19 has certainly declared that she thought it was the best
20 action for us to -- to take at this time to -- to
21 contemplate a different map structure.  The reason we've
22 not done that in the past is because of the difficulty,
23 I believe, in managing what the Voting Rights Act would
24 ask us to do and avoiding other pitfalls in the Voting
25 Rights Act like gerrymandering to ultimately come up

Page 15

1  with the districts.  And so I -- I appreciate what
2  you're charged with trying to present here.
3      Would you say that -- that predominantly, in
4  the remaining districts that are not majority-minority
5  districts, that you've tried to really adhere to the
6  continuity of representation in those districts?  And it
7  appears perhaps that you're really trying to -- to not
8  bust up the -- kind of the communities of interest,
9  crack or split or divide those communities of interest.
10     SENATOR WOMACK:  Yes.
11     SENATOR REESE:  So in -- in -- in the 4th
12 District, for instance, I noticed that you've kept
13 together, like, our major military installations in that
14 4th District that has -- that kind of speaks to
15 communities of interest that it looks like you're --
16 you're attempting to preserve with this map while you
17 still attempt to -- to comply with -- with the objective
18 of the courts in terms of creating another
19 majority-minority opportunity district there.
20     SENATOR WOMACK:  That's exactly right.
21     SENATOR REESE:  The numbers -- and -- and
22 we're talking -- we're on your amendment now, right, Mr.
23 Chairman?
24     CHAIRMAN FIELDS:  Yes.
25     SENATOR REESE:  We've not adopted the

Page 16

1  amendment yet?
2      CHAIRMAN FIELDS:  No, we have not.
3      (Pause.)
4      CHAIRMAN FIELDS:  What -- just -- yes.  And
5  because if you need to be -- want to --
6      MALE SPEAKER 3:  It's okay.  Yeah.  Just in
7  opposition.
8      CHAIRMAN FIELDS:  Okay.  Yeah.  Your -- your
9  opposition will be noted for the record.  There are no
10 other cards that I see.  Senator Reese has moved that
11 the amendments be adopted.  Are there any objections to
12 the adoption of the amendments?  Hearing no objections,
13 those amendments are adopted.
14     SENATOR WOMACK:  Thank you, committee members
15 and Mr. Chairman.  Close on my bill.
16     CHAIRMAN FIELDS:  Yes.  Before you do, I have
17 -- I wanted to just show you an amendment that I'm not
18 -- I wanted -- Bill, can you pull up -- initially, when
19 I -- when I saw the -- you know, I tried to -- you know,
20 I'm a stickler to keeping parishes together, try to make
21 districts as compact as possible.  And I had tried to
22 put something together, and I just want to get some
23 comments from you about it.  As soon as Bill pulls it
24 up, I want to know if this amendment would impact any of
25 the considerations you have -- you have made in

Page 17

1  perfecting the one we just passed.  Is it working?
2      All right.  I tried to keep as many parishes
3  whole as possible in both the -- you know, in the whole
4  state, but I particularly want to concentrate on the 2nd
5  District and the 6th District.  Would -- would -- would
6  -- would that satisfy your -- if I -- if -- if -- if we
7  were to adopt that amendment, would that interfere with
8  your concerns about helping some of the members of
9  Congress?
10     (Pause.)
11     CHAIRMAN FIELDS:  Do we have the amendment
12 prepared?  Okay.  Let me offer up the amendment.  I want
13 to offer up an amendment.  I'm -- I'm going to offer it
14 up.
15     (Pause.)
16     CHAIRMAN FIELDS:  Give you a quick second to
17 look at this amendment.  This amendments -- amendment
18 splits only 15 parishes.  Would you have a problem with
19 adopting this amendment?
20     SENATOR WOMACK:  Well, I -- Mr. Chairman, all
21 due respect, if we could get a few minutes to look at
22 it.  If you could get a --
23     CHAIRMAN FIELDS:  Yes, sir.
24     SENATOR WOMACK:  Go -- maybe a 10- or
25 15-minute recess to look at it and -- and kind of see.

Page 18

1  I -- I -- I can see where I could have some issues with
2  it on the north end, but.
3      CHAIRMAN FIELDS: For example, it keeps --
4  keeps Avoyelles whole. And under your -- the amendment
5  we just adopted, it splits Avoyelles. Sorry. Senator
6  Miguez.
7      SENATOR MIGUEZ: Thank you, Mr. Chairman. And
8  to save a little bit of time, if you don't mind if you
9  have this information readily available, if you can give
10  us the split comparisons to the -- the author's current
11  version until now, and then give us some -- maybe the
12  African American voting population numbers as it relates
13  to Congressional District 2 and 6 in both and any other,
14  you know, notable differences in his map that's really
15  available that doesn't have me digging through the
16  entire bill trying to cross up multiple papers, if you
17  have any of that.
18      CHAIRMAN FIELDS: Yeah. The amendment
19  actually shows the split with -- with the senator's
20  amendment, and it also shows the -- the splits with the
21  amendment we're discussing. I'm -- I'm trying to show
22  that we could do -- we can create this district more
23  compact, even trying to protect members of Congress.
24  And I just want to know, could you be for that
25  amendment? And if the answer is no, that's fine.

Page 19

1      SENATOR WOMACK: At -- at this point, I would
2  have to say no.
3      CHAIRMAN FIELDS: Okay. All right. I'm going
4  to withdraw the amendment. And are there -- are there
5  any further discussions on the bill? Oh, Senator
6  Carter.
7      SENATOR CARTER: No, no, no, no. Are we doing
8  any other amendments right now or just the bill?
9      CHAIRMAN FIELDS: If there is an amendment,
10  now is the time because we're going to vote one way or
11  the other in a few.
12      SENATOR CARTER: Give me one second.
13      CHAIRMAN FIELDS: Are there any further
14  amendments on the bill?
15      SENATOR CARTER: Yeah, I (inaudible 0:29:27).
16      (Pause.)
17      CHAIRMAN FIELDS: Senator Carter.
18      (Pause.)
19      CHAIRMAN FIELDS: All right. Senator Carter,
20  you're recognized.
21      SENATOR CARTER: Give me a second. I'm
22  coming. I'm looking at the numbers.
23      (Pause.)
24      SENATOR CARTER: Thank you, Mr. Chair.
25  Members, this amendment swaps one, two, three, four

Page 20

1  precincts between what is listed as District 2, the
2  Congressional District 2, and District 6. It moves
3  approximately - I believe it's 3,000 - approximately
4  3,000 or so voters. But what it does, though, is it
5  increases the -- very slightly, the registered
6  Democratic African American vote in District 2 by
7  increasing that number to 52.823 percent, which is a
8  very slight increase. It's an increase of right around
9  an additional thousand or so votes for District 2.
10      And it barely has any implications with the
11  new District 6. It doesn't involve and I -- and I --
12  it's my understanding from staff that it doesn't affect
13  any other districts other than District 2 and District
14  6. It doesn't affect any of the other congressional
15  districts proposed in the map.
16      CHAIRMAN FIELDS: Okay. Senator, how many
17  additional parishes would this amendment split?
18      SENATOR CARTER: Well, it does. It would
19  split West Baton Rouge Parish, but I believe West Baton
20  Rouge Parish is currently in District 2, and also very
21  slightly in Iberville Parish. There would be one, two,
22  three parishes in those for a very minor adjustment, but
23  it increases the African American population in District
24  2 by an additional couple of thousand votes or so.
25      CHAIRMAN FIELDS: So it split -- it splits two

Page 21

1  additional parishes?
2      SENATOR CARTER: Very slightly, yes.
3      CHAIRMAN FIELDS: Senator Jenkins.
4      SENATOR JENKINS: I'm just trying to see. So
5  where -- where -- if you picked up some votes in 2,
6  which I don't inherently -- I don't inherently have a
7  problem with it, but where do -- where do they -- where
8  do those votes come from?
9      SENATOR CARTER: They came from District 6.
10  So if you look at the -- the map that's proposed
11  (inaudible 0:33:36). If you look at the map that's
12  proposed by Senator Womack, it moves precincts 1C, 1B,
13  8, and 6 from West Baton Rouge, and in Iberville Parish,
14  it will move those precincts from District 2 into
15  District 6, precincts 20, 22, and 26. So it's very,
16  very small and minor in terms of an adjustment. Small,
17  but very important. Very significant. It increases the
18  -- the African American vote in District 2 with a swap
19  between 2 and 6.
20      SENATOR JENKINS: So how much of a decrease in
21  6?
22      SENATOR CARTER: So the -- in -- with 6, 6
23  will maintain a registered African American percentage
24  of 54.189. And then for District 2, it will be 52.823.
25      (Pause.)

6 (Pages 18 to 21)

PohlmanUSA Court Reporting
(877) 421-0099      PohlmanUSA.com

Page 22

1  CHAIRMAN FIELDS: Okay. 6 is not contiguous
2  with this amendment. I don't -- I don't know if the
3  author knew it or not.
4  SENATOR CARTER: I just -- I just heard from
5  staff -- I just heard from staff that there was a
6  problem with one of the areas being not contiguous that
7  they just pointed out to me that we didn't discuss
8  during the recess. Perhaps that's something we could
9  quickly adjust in the next few minutes or so.
10  CHAIRMAN FIELDS: Or -- or we could do it on
11  the floor.
12  SENATOR CARTER: I would prefer to handle it
13  in committee, of course, Mr. Chair.
14  CHAIRMAN FIELDS: All right. So you're
15  splitting two additional parishes, Senator.
16  SENATOR CARTER: And it's also my
17  understanding that the -- in addition to that, it also
18  is supposed to take into consideration the previous
19  amendment that was inserted on from -- the previous
20  amendment from Senator Womack.
21  CHAIRMAN FIELDS: All right.
22  SENATOR CARTER: So those are some technical
23  revisions that -- to consider the -- the amendment that
24  was just passed by Senator Womack and also deal with the
25  one issue that they just mentioned regarding the

Page 23

1  contiguous nature of it. You were supposed to take the
2  -- supposed to take both of those things into
3  consideration, the amendment.
4  CHAIRMAN FIELDS: Okay. Senator Miguez.
5  SENATOR MIGUEZ: Thank you. Thank you, Mr.
6  Chairman. Just -- just for clarification, and you may
7  have just addressed this, the Womack -- I'll call it the
8  -- the amendment that Senator Cloud just testified upon
9  and then just got onto the bill, your new amendment
10  doesn't contemplate those changes in Avoyelles Parish.
11  You're going to have to rework that, because I'm looking
12  -- I may have the wrong amendment. I'm looking at
13  Avoyelles Parish being completely within the new --
14  within Congressional District 6. Oh, yeah; is that
15  right?
16  SENATOR CARTER: It's my understanding that
17  that is being (inaudible 0:36:41).
18  SENATOR MIGUEZ: So --
19  SENATOR CARTER: (inaudible 0:36:43).
20  SENATOR MIGUEZ: So you had the --
21  SENATOR CARTER: My amendment would assume --
22  it should assume that that amendment was (inaudible
23  0:36:49). So it should not affect the previous
24  amendment that was just passed.
25  SENATOR MIGUEZ: You have to rework your

Page 24

1  amendments --
2  CHAIRMAN FIELDS: Let's -- let's --
3  SENATOR MIGUEZ: -- that contemplate the
4  change, basically.
5  SENATOR CARTER: Yes. That's correct, and
6  that's what they're working on.
7  SENATOR MIGUEZ: Okay. Then we're not ready
8  to really review it at this point until we can see that
9  because that -- the version I have is based on the
10  original version of the bill.
11  CHAIRMAN FIELDS: Senator, you -- have you
12  concluded, Senator?
13  SENATOR MIGUEZ: Yes.
14  CHAIRMAN FIELDS: Senator Kleinpeter.
15  SENATOR KLEINPETER: Thank you, Mr. Chairman.
16  Senator Carter, with all due respect, this -- I'm not in
17  favor of this. This is from my -- two of my hometown
18  parishes, growing up in Iberville and West Baton Rouge
19  and -- and part of this is my old council district that
20  -- we're already chopped up as it is between Senator
21  Price and I as far as on the state level, and we're
22  definitely going to be cutting West Baton Rouge and
23  Iberville up. I just wanted to go on the record and
24  voice my opinion based on this new map that has been
25  presented to us.

Page 25

1  CHAIRMAN FIELDS: Senator Miller.
2  SENATOR MILLER: Thank you. Just two -- two
3  quick questions again. What was the voting age
4  population splits for 2 and 6 with these amendments,
5  your math?
6  SENATOR CARTER: The voting age --
7  SENATOR MILLER: Voting age population, Black.
8  SENATOR CARTER: African American voting age
9  population in District 2 -- oh, here it is. The -- the
10  VAP, the African American voting age population for
11  District 2 would be 51.132 percent, and the African
12  American voting age population for District 6 would be
13  53.612 percent.
14  SENATOR MILLER: Okay. And last question: did
15  any -- did you have any information of how these would
16  -- would perform?
17  SENATOR CARTER: It's my understanding it
18  would help it better perform because it is an additional
19  increase of African American voters, even though it's a
20  small amount of individuals. It's a small but
21  significant change.
22  SENATOR MILLER: But y'all -- y'all didn't run
23  any -- any performance tests on it?
24  SENATOR CARTER: No.
25  SENATOR MILLER: Okay. Thank you.

7 (Pages 22 to 25)

PohlmanUSA Court Reporting
(877) 421-0099    PohlmanUSA.com

Page 26

1  CHAIRMAN FIELDS: Thank you, Senator. Senator
2  Jenkins.
3  SENATOR JENKINS: Well, I'm just trying to be
4  sure here. I mean, I fundamentally don't have an issue.
5  I'm just trying to see what's happened here in -- in
6  north Louisiana.
7  SENATOR CARTER: It shouldn't affect northern
8  Louisiana at all. It's just a swap between 6 -- sorry,
9  I'm -- I'm not on. It -- it should not affect northern
10  Louisiana. This is just a swap between District 2 and
11  District 6. At the very bottom, if you're looking at
12  Iberville and West Baton Rouge parishes right there
13  towards the bottom, it has no bearing or no effect on
14  northern Louisiana.
15  SENATOR JENKINS: Well, I'm looking at the
16  configuration. I mean --
17  SENATOR CARTER: Well, I think the difference
18  is we're looking at the configuration from the previous
19  amendment from Senator Womack. That should be
20  incorporated into the amendment that I'm offering.
21  SENATOR JENKINS: Okay. So --
22  SENATOR CARTER: So that's a technical thing
23  that they're fixing. It -- it doesn't have anything to
24  do with the swap that I am. So there was the previous
25  amendment that was offered by Senator Womack with

Page 27

1  Senator Cloud testifying at the table that got adopted.
2  SENATOR JENKINS: Okay.
3  SENATOR CARTER: This amendment doesn't --
4  SENATOR JENKINS: It doesn't -- doesn't
5  (inaudible 0:40:09).
6  SENATOR CARTER: -- doesn't undo that, doesn't
7  touch it whatsoever. This is just a very slight swap
8  between District 2 and District 6.
9  SENATOR JENKINS: I see that. Okay. Got it.
10  Thank you, Mr. Chairman.
11  CHAIRMAN FIELDS: Okay. Senator Jenkins. All
12  right. Are there any other members who wish to be heard
13  on the amendment?
14  SENATOR CARTER: At this time I would like to
15  move -- provide -- we don't have the amendment. Can we
16  do it in concept or no?
17  CHAIRMAN FIELDS: Senator Carter, why don't we
18  -- why don't we move the bill out the way it is now.
19  The -- your amendment is not ready. And you're talking
20  about 3,000 people. You know, I -- I -- I -- (inaudible
21  0:41:02) --
22  SENATOR CARTER: I know we had the
23  conversation earlier about doing the hard work in the
24  committee and making certain we have amendments that we
25  need here. I -- I did not realize that it didn't

Page 28

1  contemplate the previous amendment that got on. It was
2  my --
3  CHAIRMAN FIELDS: Yeah. Yeah.
4  SENATOR CARTER: -- understanding it was
5  supposed to, and I just heard about the issue --
6  CHAIRMAN FIELDS: Right.
7  SENATOR CARTER: -- about the contiguousness
8  of it.
9  CHAIRMAN FIELDS: I -- I hate to oppose one of
10  my distinguished colleagues in committee.
11  SENATOR CARTER: Well, I hope you don't.
12  CHAIRMAN FIELDS: But I do think we have an
13  obligation to -- to make sure that anything we do and
14  pass is not for -- race is not the predominant reason.
15  Can you give us the reason for splitting two parishes
16  other than race?
17  SENATOR CARTER: Well, I think -- one, I think
18  hearing the testimony of my previous colleague, Senator
19  Womack and Senator Cloud, this makes -- this increases
20  the odds of District 2 performing as an African American
21  district. And given the importance that our
22  congressperson has performed in District 2, I think it's
23  very important that that district remains strengthened
24  where it can perform as an African American district.
25  That is a factor. It is not the predominant factor.

Page 29

1  It's also consistent with the principles outlined with
2  the federal judge, and it's also consistent with
3  communities of interest and all the other factors that
4  we previously considered.
5  CHAIRMAN FIELDS: So lastly, what's the
6  predominant factor you're using to split the two
7  parishes, that -- the 3,000 people?
8  SENATOR CARTER: It's very important, and we
9  talked about very -- earlier when this hearing started,
10  we talked about many of the storms and hurricanes that
11  we've had. It's very important. You look at what
12  happened in New Orleans after Hurricane Katrina, making
13  certain we had congressional representation to deliver
14  for the City of New Orleans, for not just the City of
15  New Orleans, but for that whole area, the whole 2nd
16  Congressional District. Similarly, during hurricane --
17  not hurricane, with the pandemic with COVID, making
18  certain we have congressional representation that can
19  continue to deliver for our district.
20  CHAIRMAN FIELDS: Okay. Members, you've heard
21  the discussion by Senator Carter. The amendment can't
22  be adopted because it's not ready. We do have other
23  bills we have to hear. I would plead to the gentleman
24  to let us pass the bill, and if we can perfect your
25  amendment on the floor, we can do just that.

8 (Pages 26 to 29)

Page 30

1  SENATOR CARTER: Well, my only concern with
2  doing it on the floor is it opens it up to -- you know,
3  it's -- it's -- it's important that we do the hard work
4  in committee, I thought.
5  CHAIRMAN FIELDS: All right.
6  SENATOR CARTER: So if we can perhaps give
7  staff --
8  CHAIRMAN FIELDS: How much more time --
9  SENATOR CARTER: -- an opportunity to -- to
10 finalize the amendment so we can get that hopefully
11 considered by the committee.
12 CHAIRMAN FIELDS: Well, we're going to pass
13 over -- Senator, if you -- if we could pass over your
14 bill for now and get to the rest of these bills because
15 --
16 SENATOR CARTER: It shouldn't take long. It's
17 -- it's a very small -- it's -- I believe it's less than
18 3,000 voters, so it should be easy and quick to fix.
19 CHAIRMAN FIELDS: All right. Let's pass over
20 Senator -- Senator Womack, do you -- do you wish for us
21 to pass over your bill for now?
22 SENATOR WOMACK: That's good.
23 CHAIRMAN FIELDS: Bill, you have it?
24 SENATOR CARTER: I think we have it, but.
25 MALE SPEAKER 4: (inaudible 0:44:47) not quite

Page 31

1  the same. You can't have that one.
2  SENATOR CARTER: I believe we have the revised
3  amendment, so don't -- don't go too far, Senator.
4  MALE SPEAKER 4: (inaudible 0:45:02).
5  SENATOR CARTER: Yes.
6  (Pause.)
7  SENATOR CARTER: Does this contemplate the
8  previous amendment from that -- that got on from Senator
9  Womack and Senator Cloud?
10 MALE SPEAKER 4: (inaudible 0:45:30)?
11 SENATOR CARTER: The one that's already
12 passed, yes, yes.
13 MALE SPEAKER 4: (inaudible 0:45:34).
14 SENATOR CARTER: Without -- it doesn't undo
15 any of the previous amendments. It maintains the
16 revisions that was --
17 MALE SPEAKER 4: It maintains all of that
18 (inaudible 0:45:41).
19 SENATOR CARTER: Okay. Good. Yes. I
20 believe, Mr. Chairman, that the amendment is now -- it's
21 being finalized, that solves both of those issues where
22 it doesn't undo the previous -- where it doesn't undo
23 the previous amendment that was offered by Senator
24 Womack and Senator Cloud. It wasn't intended to do
25 that. And it fixed the one part of the amendment that

Page 32

1  wasn't contiguous.
2  CHAIRMAN FIELDS: Okay. The -- the staff is
3  -- is the staff ready? Staff?
4  MALE SPEAKER 5: (inaudible 0:46:13).
5  CHAIRMAN FIELDS: I'm going to lean on the
6  gentleman one last time. Will -- will the gentleman
7  defer to the chair and allow us to pass it now? And we
8  will have discussions between now and the floor. You
9  can have discussions with the author between now and the
10 floor.
11 SENATOR CARTER: Sounds good, Mr. Chairman.
12 CHAIRMAN FIELDS: Thank the gentleman. All
13 right. Thank you, Senator Carter. Are there any
14 further discussions on the bill? Senator Reese has
15 moved that Senate Bill 8 be reported favorable -- be
16 reported as amended. Are there any objections to
17 reporting Senate Bill 8 as amended? Hearing no
18 objections, that bill is reported favorable.
19 SENATOR WOMACK: Thank you, Mr. Chairman,
20 members.
21 CHAIRMAN FIELDS: Thank you. All right.
22 Let's get into some.
23
24
25

Page 33

1  CERTIFICATE OF TRANSCRIPTION
2  I, Nathan Pikover, COO of TranscribeMe, Inc.,
3  do hereby certify that 290872-Audio-Senate and
4  Governmental Affairs-Edited.wav was transcribed
5  utilizing computer aided means and the TranscribeMe
6  transcription team.
7  The transcript of the audio mentioned above,
8  having been transcribed and reviewed by TranscribeMe,
9  Inc. to the best of the company's ability, is a full,
10 true, and correct transcription.
11 I further certify that neither I, nor the
12 TranscribeMe, Inc. transcription team, have any personal
13 association with the parties involved or are in any way
14 interested in the outcome thereof.
15 Dated this 8th of March, 2024.
16 _____
17 Nathan Pikover, COO TranscribeMe, Inc.

**A**
ability 33:9
able 6:6
  13:20
accompli...
  2:1  4:4
achieve 4:10
achieves
  1:18
act 1:14
  2:22  3:11
  14:23,25
action 14:11
  14:20
addition
  22:17
additional
  11:19  20:9
  20:17,24
  21:1  22:15
  25:18
addressed
  23:7
adhere 15:5
adhering
  4:14
adjust 22:9
adjustment
  20:22
  21:16
adopt 17:7
adopted
  15:25
  16:11,13
  18:5  27:1
  29:22
adopting
  17:19
adoption
  16:12
Affairs-...
  33:4
affect 20:12
  20:14
  23:23  26:7
  26:9
African 7:18
  7:23,24,25
  8:7  9:4,21
  9:22,24

10:2,8
18:12  20:6
20:23
21:18,23
25:8,10,11
25:19
28:20,24
Ag 6:3
age 3:13,17
  25:3,6,7,8
  25:10,12
ago 7:17,19
Agricult...
  12:20
aided 33:5
Alexandria
  11:7
allow 32:7
allows 13:2
alternative
  14:8,13
amended 11:3
  11:3  32:16
  32:17
amendment
  1:7  7:15
  10:14,15
  10:17,18
  11:4,14
  12:15  13:5
  13:9,13
  15:22  16:1
  16:17,24
  17:7,11,12
  17:13,17
  17:17,19
  18:4,18,20
  18:21,25
  19:4,9,25
  20:17  22:2
  22:19,20
  22:23  23:3
  23:8,9,12
  23:21,22
  23:24
  26:19,20
  26:25  27:3
  27:13,15
  27:19  28:1
  29:21,25

30:10  31:3
31:8,20,23
31:25
amendments
  7:5,7
  16:11,12
  16:13
  17:17  19:8
  19:14  24:1
  25:4  27:24
  31:15
American
  7:18,23,24
  7:25  8:7
  9:4,21,22
  9:24  10:2
  10:8  18:12
  20:6,23
  21:18,23
  25:8,10,12
  25:19
  28:20,24
amount 3:3
  25:20
analyses 8:6
analysis
  8:25  9:13
  10:3,7
answer 10:4
  18:25
appealed 3:9
appears 4:21
  6:17  15:7
appreciate
  5:2  15:1
appropri...
  2:21
Appropri...
  6:3
Appropri...
  12:18
approxim...
  20:3,3
area 12:22
  13:2  29:15
areas 22:6
asked 7:16
asking 9:8,9
  9:23
association

33:13
assume 23:21
  23:22
attempt
  15:17
attempting
  13:24
  15:16
attorney 3:8
  14:18,18
audio 33:7
author 22:3
  32:9
author's
  18:10
available
  18:9,15
avoiding
  14:24
Avoyelles
  11:5,6,21
  11:23  18:4
  18:5  23:10
  23:13
aware 1:19

**B**
back 4:1,21
barely 20:10
base 6:16
based 9:2
  24:9,24
basically
  13:23  24:4
Baton 3:25
  20:19,19
  21:13
  24:18,22
  26:12
bearing
  26:13
behalf 13:21
believe 4:5
  12:15
  14:23  20:3
  20:19
  30:17  31:2
  31:20
benefit 2:3
best 4:10

6:14  14:19
33:9
better 25:18
big 6:4
bill 1:1,2,2
  1:16,21
  2:7,17,21
  3:1  4:10
  4:22  5:1,1
  5:5  8:24
  11:14
  16:15,18
  16:23
  18:16  19:5
  19:8,14
  23:9  24:10
  27:18
  29:24
  30:14,21
  30:23
  32:14,15
  32:17,18
bills 29:23
  30:14
bit 18:8
Black 3:7,13
  3:17,18,20
  3:25  4:1
  25:7
board 10:14
bottom 26:11
  26:13
boundaries
  1:21  2:20
  3:15  4:7
  4:10
bring 6:20
brings 10:17
bust 15:8

**C**
Calhoun
  11:10
call 6:6
  23:7
candidate
  9:18,20,22
  9:23,24,25
capital 2:20
card 12:8,9

| | | | | |
|---|---|---|---|---|
| **cards** 16:10 | 1:6,10 | 23:6 | 15:17 | **consider...** |
| **carefully** | 4:17,24 | **clear** 10:14 | **computer** | 5:16 22:18 |
| 4:7 | 5:12,19 | 13:7,8 | 33:5 | 23:3 |
| **Carter** 7:8 | 6:8,19 7:3 | **Close** 16:15 | **concentrate** | **consider...** |
| 7:10,12,21 | 7:8,11,13 | **Cloud** 12:10 | 17:4 | 16:25 |
| 8:4,11,15 | 7:17 9:10 | 12:12 | **concept** | **considered** |
| 8:18,23 | 10:12,13 | 13:17 14:3 | 27:16 | 4:7 6:21 |
| 9:15,20 | 10:16,24 | 23:8 27:1 | **concern** 30:1 | 29:4 30:11 |
| 10:6,11,13 | 11:2,11,13 | 28:19 31:9 | **concerned** | **considering** |
| 19:6,7,12 | 11:18,21 | 31:24 | 14:10 | 8:24 |
| 19:15,17 | 11:25 12:4 | **colleague** | **concerns** | **consistent** |
| 19:19,21 | 12:7 13:6 | 28:18 | 17:8 | 29:1,2 |
| 19:24 | 13:23 14:4 | **colleagues** | **concluded** | **constitu...** |
| 20:18 21:2 | 14:6 15:23 | 28:10 | 24:12 | 13:22 |
| 21:9,22 | 15:24 16:2 | **combined** | **conducted** | **Constitu...** |
| 22:4,12,16 | 16:4,8,15 | 3:14 | 8:5,6,25 | 3:21 |
| 22:22 | 16:16 | **come** 6:14 | 9:1 | **contemplate** |
| 23:16,19 | 17:11,16 | 12:11 | **configur...** | 14:8,21 |
| 23:21 24:5 | 17:20,23 | 14:25 21:8 | 26:16,18 | 23:10 24:3 |
| 24:16 25:6 | 18:3,7,18 | **coming** 9:3 | **conflicted** | 28:1 31:7 |
| 25:8,17,24 | 19:3,9,13 | 19:22 | 14:15 | **contiguous** |
| 26:7,17,22 | 19:17,19 | **command** 4:14 | **Congress** | 22:1,6 |
| 27:3,6,14 | 20:16,25 | **comments** | 1:25 2:3,9 | 23:1 32:1 |
| 27:17,22 | 21:3 22:1 | 16:23 | 5:22 13:15 | **contiguo...** |
| 28:4,7,11 | 22:10,14 | **committee** | 13:25 14:2 | 28:7 |
| 28:17 29:8 | 22:21 23:4 | 1:7 7:4 | 17:9 18:23 | **continue** |
| 29:21 30:1 | 23:6 24:2 | 12:8,18,20 | **congress...** | 1:24 2:2,4 |
| 30:6,9,16 | 24:11,14 | 16:14 | 1:3,13,23 | 2:19 13:20 |
| 30:24 31:2 | 24:15 25:1 | 22:13 | 2:6,24 3:1 | 14:8,9 |
| 31:5,7,11 | 26:1 27:10 | 27:24 | 3:6 4:9 | 29:19 |
| 31:14,19 | 27:11,17 | 28:10 30:4 | 9:17 12:17 | **continuity** |
| 32:11,13 | 28:3,6,9 | 30:11 | 18:13 20:2 | 15:6 |
| **case** 2:22 | 28:12 29:5 | **communities** | 20:14 | **contributed** |
| **cautiously** | 29:20 30:5 | 6:20 15:8 | 23:14 | 2:9 |
| 14:9 | 30:8,12,19 | 15:9,15 | 29:13,16 | **convection** |
| **CD5** 13:2 | 30:23 | 29:3 | 29:18 | 5:13 |
| **certain** | 31:20 32:2 | **compact** 5:6 | **Congressman** | **conversa...** |
| 27:24 | 32:5,11,12 | 13:11 | 13:18 | 27:23 |
| 29:13,18 | 32:19,21 | 16:21 | **congress...** | **COO** 33:2,17 |
| **certainly** | **change** 24:4 | 18:23 | 28:22 | **copy** 7:12 |
| 14:19 | 25:21 | **company's** | **congress...** | **correct** 24:5 |
| **CERTIFICATE** | **changes** | 33:9 | 1:19,22 | 33:10 |
| 33:1 | 23:10 | **comparable** | 2:1 4:11 | **correctly** |
| **certify** 33:3 | **charged** | 9:5 | 5:9 6:3 | 8:1 |
| 33:11 | 14:16 15:2 | **comparisons** | 12:16,25 | **council** |
| **chair** 12:12 | **chopped** | 18:10 | 13:3,18 | 24:19 |
| 13:17 | 24:20 | **completely** | **conserva...** | **count** 4:20 |
| 19:24 | **City** 29:14 | 23:13 | 2:18 | **country** 4:6 |
| 22:13 32:7 | 29:14 | **comply** 3:20 | **consider** | **couple** 4:18 |
| **Chairman** 1:1 | **clarific...** | 13:24 | 22:23 | 20:24 |

| | | | | |
|---|---|---|---|---|
| course 22:13 | Democrat 9:24 | 6:20,22,25 7:16,17,19 | due 17:21 24:16 | 6:19 7:3,8 7:11 9:10 |
| court 1:15 3:4 4:15 13:25 | democratic 8:9,17,22 9:18,20,21 9:23 20:6 | 7:21,22,25 8:7,8,19 9:1,2,6,7 9:12,13,17 | **E** earlier 8:23 27:23 29:9 | 10:13,16 10:24 11:2 11:11,13 11:18,21 |
| court's 3:10 3:12 | demograp... 3:18 | 9:25 10:2 10:7,9 | East 3:25 easy 30:18 | 11:25 12:4 12:7 13:6 |
| courts 14:11 15:18 | described 3:15 | 12:2,4,17 13:10,11 | effect 3:2 26:13 | 13:23 14:4 15:24 16:2 |
| COVID 29:17 crack 15:9 | detailed 1:17 | 13:19,22 15:12,14 | either 9:12 elect 1:24 | 16:4,8,16 17:11,16 |
| create 3:20 5:4 18:22 | determine 10:7 | 15:19 17:5 17:5 18:13 | elections 9:2 | 17:23 18:3 18:18 19:3 |
| created 5:2 5:5 | difference 26:17 | 18:22 20:1 20:2,2,6,9 | enacted 2:24 3:2 | 19:9,13,17 19:19 |
| creating 15:18 | differences 18:14 | 20:11,13 20:13,20 | encompass 5:18 | 20:16,25 21:3 22:1 |
| cross 18:16 crucial 12:23 | different 4:2,8 9:2 14:21 | 20:23 21:9 21:14,15 21:18,24 | ensure 1:22 2:2 ensures 2:7 | 22:10,14 22:21 23:4 24:2,11,14 |
| crystal 13:8 curious 9:4 | difficult 5:20 | 23:14 24:19 25:9 | 2:13,17 ensuring | 25:1 26:1 27:11,17 |
| current 3:18 18:10 | difficulty 14:22 | 25:11,12 26:10,11 | 4:13 entire 18:16 | 28:3,6,9 28:12 29:5 |
| currently 20:20 | digging 18:15 | 27:8,8 28:20,21 | exactly 15:20 | 29:20 30:5 30:8,12,19 |
| cutting 24:22 | directed 14:12 | 28:22,23 28:24 | example 18:3 extend 2:19 | 30:23 32:2 32:5,12,21 |
| **D** | discourse 2:10 | 29:16,19 districts | extra 11:20 | figure 8:20 fill 12:9 |
| Dated 33:15 day 2:25 | discuss 22:7 discussing | 1:4,13 2:7 2:14 3:6 | **F** factor 5:14 | finalize 30:10 |
| DC 1:20 2:16 deal 22:24 | 18:21 discussion | 3:13,20 4:12,14 | 5:16 28:25 28:25 29:6 | finalized 31:21 |
| dealing 6:13 decade 1:25 | 29:21 discussions | 5:3 7:15 15:1,4,5,6 | factors 29:3 far 24:21 | Finally 2:20 fine 18:25 |
| decides 2:4 decision | 19:5 32:8 32:9,14 | 16:21 20:13,15 | 31:3 favor 24:17 | firmly 4:9 first 1:18 |
| 5:25 decisions | distingu... 28:10 | divide 15:9 doing 13:3,4 | favorable 32:15,18 | 3:11 14:7 fix 30:18 |
| 14:17 declared | district 1:15,15,24 | 19:7 27:23 30:2 | federal 1:14 2:22 3:4,5 | fixed 31:25 fixing 26:23 |
| 14:19 decrease | 2:23 3:4 3:12,16,16 | draw 4:6 drawing 5:25 | 3:10 4:14 13:24 29:2 | floor 22:11 29:25 30:2 |
| 21:20 defense 8:25 | 3:23,24 4:5,15,20 | 13:16 drawn 1:13 | female 14:1 FIELDS 1:1 | 32:8,10 focus 2:15 |
| defer 32:7 definitely | 5:4,6,13 5:17 6:4,9 | 3:23 driven 3:15 | 1:10 4:17 4:24 5:12 | follows 7:1 fortunate |
| 24:22 deliver 29:13,19 | 6:11,17,18 | drove 5:8,10 | 5:19 6:8 | 5:21 |

| | | | | |
|---|---|---|---|---|
| forward 14:9 | 24:18 | 21:13 | initially | 17:2 |
| four 2:8 | guess 5:19 | 24:18,23 | 16:18 | keeping |
| 4:13 19:25 | 6:21 9:4 | 26:12 | inserted | 16:20 |
| full 33:9 | | impact 16:24 | 22:19 | keeps 13:2 |
| fund 8:25 | **H** | imperatives | installa... | 18:3,4 |
| fundamen... | halls 2:3 | 3:14 | 15:13 | kept 15:12 |
| 26:4 | handle 22:12 | implicat... | instance | kind 5:19 |
| further | happened | 20:10 | 15:12 | 9:12 15:8 |
| 12:16 19:5 | 26:5 29:12 | importance | intended | 15:14 |
| 19:13 | happy 4:15 | 28:21 | 31:24 | 17:25 |
| 32:14 | hard 27:23 | important | interest | Kleinpeter |
| 33:11 | 30:3 | 4:5 12:21 | 15:8,9,15 | 24:14,15 |
| | hate 13:14 | 21:17 | 29:3 | knew 22:3 |
| **G** | 28:9 | 28:23 29:8 | interested | know 1:12,18 |
| general 3:8 | hear 29:23 | 29:11 30:3 | 33:14 | 4:19 5:24 |
| 14:18,18 | heard 4:25 | inaudible | interfere | 6:12 9:4 |
| gentleman | 8:23 22:4 | 3:4 7:1,12 | 17:7 | 14:7,12,13 |
| 29:23 32:6 | 22:5 27:12 | 8:2,5,11 | introducing | 14:15 |
| 32:6,12 | 28:5 29:20 | 19:15 | 1:16 | 16:19,19 |
| gerryman... | hearing | 21:11 | involve | 16:24 17:3 |
| 14:25 | 14:14 | 23:17,19 | 20:11 | 18:14,24 |
| give 17:16 | 16:12 | 23:22 27:5 | involved | 22:2 27:20 |
| 18:9,11 | 28:18 29:9 | 27:20 | 33:13 | 27:22 30:2 |
| 19:12,21 | 32:17 | 30:25 31:4 | issue 22:25 | |
| 28:15 30:6 | Heather | 31:10,13 | 26:4 28:5 | **L** |
| given 1:13 | 12:10 | 31:18 32:4 | issues 6:13 | Lafayette |
| 3:17 28:21 | help 25:18 | include 4:1 | 18:1 31:21 | 6:25 |
| go 17:24 | helping 17:8 | includes | it'd 11:16 | largely 3:15 |
| 24:23 31:3 | high 3:18 | 3:24 | | lastly 29:5 |
| goals 1:18 | home 2:15 | incorpor... | **J** | law 3:5 |
| 4:5,11 | hometown | 26:20 | Jenkins 21:3 | leader 2:12 |
| goes 6:24 | 24:17 | increase | 21:4,20 | 4:13 5:9 |
| 11:16 | hope 28:11 | 20:8,8 | 26:2,3,15 | 5:24 13:1 |
| going 5:5 | hopefully | 25:19 | 26:21 27:2 | leadership |
| 17:13 19:3 | 30:10 | increases | 27:4,9,11 | 2:16 3:8 |
| 19:10 | house 2:11 | 20:5,23 | job 12:25 | lean 32:5 |
| 23:11 | 2:12 5:20 | 21:17 | 13:3,21 | legal 8:24 |
| 24:22 | 5:23 12:19 | 28:19 | Johnson 2:12 | legislative |
| 30:12 32:5 | 12:20 | increasing | 4:12 5:9 | 3:8 |
| good 13:8 | hurricane | 20:7 | 12:25 | legislature |
| 30:22 | 29:12,16 | incumbent | 13:18 | 14:17 |
| 31:19 | 29:17 | 8:9 | judge 29:2 | let's 24:2,2 |
| 32:11 | hurricanes | incumbents | Julia 1:19 | 30:19 |
| Governme... | 29:10 | 1:23 13:14 | 5:10 12:16 | 32:22 |
| 33:4 | | individuals | 13:1,18 | Letlow 1:19 |
| great 1:25 | **I** | 25:20 | | 1:19,22 |
| 2:5,13 | I-49 4:1 | information | **K** | 2:1 5:10 |
| 12:25 13:3 | 6:24 | 18:9 25:15 | Katrina | 6:3 12:16 |
| 13:21 | Iberville | inherently | 29:12 | 13:1,3,18 |
| growing | 20:21 | 21:6,6 | keep 13:3 | Letlow's |

| | | | | |
|---|---|---|---|---|
| 4:11 | majority... | microphone | need 2:16 | okay 6:8 7:3 |
| level 24:21 | 5:2 13:11 | 8:15 | 12:9 16:5 | 8:13 9:15 |
| listed 20:1 | 15:4,19 | Middle 1:15 | 27:25 | 10:3,11,22 |
| litigation | making 27:24 | 2:22 4:15 | neither | 11:2,11,18 |
| 1:14 2:25 | 29:12,17 | Miguez 18:6 | 33:11 | 11:24 |
| 3:4 4:3 | MALE 8:2 | 18:7 23:4 | new 3:24 | 13:23 16:6 |
| little 18:8 | 10:21 16:6 | 23:5,18,20 | 20:11 23:9 | 16:8 17:12 |
| long 1:17 | 30:25 31:4 | 23:25 24:3 | 23:13 | 19:3 20:16 |
| 2:4,4 | 31:10,13 | 24:7,13 | 24:24 | 22:1 23:4 |
| 30:16 | 31:17 32:4 | Mike 2:12 | 29:12,14 | 24:7 25:14 |
| look 6:6,16 | managing | 13:18 | 29:15 | 25:25 |
| 6:16 17:17 | 14:23 | military | nominee 8:22 | 26:21 27:2 |
| 17:21,25 | map 1:16 2:2 | 15:13 | north 18:2 | 27:9,11 |
| 21:10,11 | 2:7,13,17 | Miller 25:1 | 26:6 | 29:20 |
| 29:11 | 4:2,4,8 | 25:2,7,14 | northern | 31:19 32:2 |
| looking 6:13 | 5:8,10,25 | 25:22,25 | 13:2 26:7 | old 24:19 |
| 7:22 19:22 | 7:22 9:6,7 | mind 18:8 | 26:9,14 | ongoing 1:15 |
| 23:11,12 | 9:17 10:8 | minor 20:22 | notable | 2:22 |
| 26:11,15 | 10:8 12:15 | 21:16 | 18:14 | opening 1:9 |
| 26:18 | 12:24 13:9 | minority 6:9 | noted 16:9 | opens 30:2 |
| looks 5:4 | 13:16 | 6:18 | noticed | opinion |
| 15:15 | 14:21 | minority... | 15:12 | 24:24 |
| lot 6:2,5,5 | 15:16 | 13:10 | number 4:7 | opportunity |
| Louisiana | 18:14 | minute 7:17 | 9:5 10:17 | 3:11 15:19 |
| 1:3,13,16 | 20:15 | minutes | 20:7 | 30:9 |
| 2:8,19,23 | 21:10,11 | 17:21 22:9 | numbers 12:6 | oppose 28:9 |
| 3:19 4:6 | 24:24 | Monroe 11:10 | 15:21 | opposition |
| 4:15 5:21 | maps 2:20,24 | 11:10 | 18:12 | 16:7,9 |
| 6:7,7 13:2 | 14:8 | move 7:14 | 19:22 | options 4:8 |
| 26:6,8,10 | March 2:24 | 14:9 21:14 | | order 3:10 |
| 26:14 | 33:15 | 27:15,18 | **O** | 3:12 |
| Louisiana's | math 25:5 | moved 11:7,8 | objections | original |
| 2:6 12:17 | mean 26:4,16 | 11:9 16:10 | 16:11,12 | 24:10 |
| Louisianans | means 33:5 | 32:15 | 32:16,18 | Orleans 3:24 |
| 2:2 | member 12:18 | moves 20:2 | objective | 29:12,14 |
| | 12:19 | 21:12 | 15:17 | 29:15 |
| **M** | members 1:7 | multiple 9:1 | obligation | Ouachita |
| maintain | 5:22,23 | 18:16 | 28:13 | 11:9,9 |
| 21:23 | 7:4 12:1,8 | muscle 6:6 | odds 28:20 | outcome |
| maintaining | 13:5,15,25 | | offer 12:14 | 33:14 |
| 4:12 | 14:1 16:14 | **N** | 13:4 17:12 | outlined |
| maintains | 17:8 18:23 | Nathan 33:2 | 17:13,13 | 29:1 |
| 31:15,17 | 19:25 | 33:17 | offered | overall |
| major 15:13 | 27:12 | nation's | 26:25 | 11:15 |
| majority | 29:20 | 2:20 | 31:23 | |
| 2:12,18 | 32:20 | national | offering | **P** |
| 3:7,13,20 | Men 13:8 | 2:10,15 | 13:13 | pandemic |
| 4:13 5:9 | mentioned | nature 23:1 | 26:20 | 29:17 |
| 5:24 8:8 | 22:25 33:7 | necessarily | oh 19:5 | papers 18:16 |
| 13:1 | merits 14:14 | 9:21 14:12 | 23:14 25:9 | parish 3:24 |

3:25 11:5
11:6,7,9
11:20,22
11:24
20:19,20
20:21
21:13
23:10,13
**parishes**
4:19,21
5:1 11:14
13:12,12
16:20 17:2
17:18
20:17,22
21:1 22:15
24:18
26:12
28:15 29:7
**part** 5:11
6:4 24:19
31:25
**particular**
9:6
**particul...**
17:4
**parties**
33:13
**party** 9:22
10:4
**pass** 1:8
28:14
29:24
30:12,13
30:19,21
32:7
**passed** 17:1
22:24
23:24
31:12
**Pause** 1:5
11:1 16:3
17:10,15
19:16,18
19:23
21:25 31:6
**people** 27:20
29:7
**percent** 3:17
7:23,25

8:10,12,13
8:21 9:3
9:18 20:7
25:11,13
**percentage**
21:23
**percentages**
12:1
**perfect**
13:10
29:24
**perfecting**
13:16 17:1
**perform** 6:15
8:20 25:16
25:18
28:24
**performance**
6:16,17
8:4,6 9:1
9:3,6,12
9:13 25:23
**performed**
7:16 28:22
**performing**
28:20
**performs**
7:18 8:7
9:25 10:1
10:8
**person** 3:21
14:16
**personal**
33:12
**picked** 21:5
**Pikover** 33:2
33:17
**pitfalls**
14:24
**plaintiffs**
4:3
**plead** 29:23
**please** 1:8
12:11
**point** 19:1
24:8
**pointed** 22:7
**political**
3:14 4:4
**politically**

12:24
**politics** 5:8
**population**
3:13,17,19
3:25 4:1
6:9,10,12
7:23 18:12
20:23 25:4
25:7,9,10
25:12
**portion** 3:19
**positive**
6:18
**possible**
16:21 17:3
**powerful**
14:1
**precincts**
20:1 21:12
21:14,15
**predominant**
5:3,14,15
13:15
28:14,25
29:6
**predomin...**
5:10 15:3
**prefer** 22:12
**prepared**
17:12
**presence** 2:3
2:9
**present** 15:2
**presented**
24:25
**preserve**
15:16
**pretty** 12:1
**previous**
22:18,19
23:23
26:18,24
28:1,18
31:8,15,22
31:23
**previously**
29:4
**Price** 4:25
24:21
**Price's** 5:5

8:24
**pride** 2:1
**primary** 5:18
**principles**
2:18 29:1
**printed** 9:17
**prior** 3:8
**problem**
17:18 21:7
22:6
**proceed** 1:11
11:2
**process** 1:17
**product** 1:17
**prolonged**
3:3
**proposed** 2:7
2:17,21
4:3 9:7
20:15
21:10,12
**proposing**
1:21
**protect**
13:14,25
18:23
**protecting**
4:11 12:25
13:13
**protects**
12:16
**proud** 2:11
**provide**
27:15
**provides** 1:2
**pull** 10:20
10:22
16:18
**pulls** 16:23
**put** 4:20 6:4
6:7 11:6
16:22

———
**Q**
**question**
7:11,14,16
7:19,21
8:18,19
9:8,25
14:5 25:14

**questions**
4:16,18
7:3,4
11:25 12:7
25:3
**quick** 17:16
25:3 30:18
**quickly** 22:9
**quite** 30:25

———
**R**
**race** 5:13
8:10 9:3
10:4 13:15
28:14,16
**Rapides** 11:6
11:7,8
**read** 8:1
**readily** 18:9
**ready** 24:7
27:19
29:22 32:3
**realize**
27:25
**really** 15:5
15:7 18:14
24:8
**reason** 3:23
5:3 13:13
13:16
14:21
28:14,15
**recess** 17:25
22:8
**recognized**
1:11 12:10
19:20
**record** 16:9
24:23
**Red** 6:21,23
7:1
**redistri...**
1:3 3:1
**Reese** 14:4,6
15:11,21
15:25
16:10
32:14
**regarding**
22:25

| | | | | |
|---|---|---|---|---|
| regardless 9:22 | 24:16 | Scalise 2:12 | 15:10,11 | 32:14,19 |
| region 12:23 | respond 2:21 | 4:13 5:9 | 15:20,21 | senator's |
| registered | responsi... | 13:1 | 15:25 | 18:19 |
| 7:24,24 | 14:16 | seat 4:11 | 16:10,14 | serve 2:5 |
| 20:5 21:23 | rest 30:14 | 9:4 | 17:20,24 | show 16:17 |
| registra... | retained | seats 2:8 | 18:5,7 | 18:21 |
| 6:10,11 | 2:18 | second 2:6 | 19:1,5,7 | shows 18:19 |
| relates | review 24:8 | 7:19 13:10 | 19:12,15 | 18:20 |
| 18:12 | reviewed 4:4 | 17:16 | 19:17,19 | Shreveport |
| remainder | 33:8 | 19:12,21 | 19:21,24 | 4:2 6:25 |
| 1:25 | revised 31:2 | secondary | 20:16,18 | significant |
| remaining | revisions | 5:16 | 21:2,3,4,9 | 21:17 |
| 15:4 | 22:23 | secretary | 21:12,20 | 25:21 |
| remains 1:22 | 31:16 | 3:7 | 21:22 22:4 | Similarly |
| 28:23 | rework 23:11 | see 8:7 | 22:12,15 | 29:16 |
| remember | 23:25 | 16:10 | 22:16,20 | simple 12:13 |
| 7:19 | right 1:10 | 17:25 18:1 | 22:22,24 | sir 1:11 |
| repeat 8:16 | 4:17,23,24 | 21:4 24:8 | 23:4,5,8 | 6:15 10:24 |
| report 9:16 | 5:12 6:19 | 26:5 27:9 | 23:16,18 | 14:3 17:23 |
| reported | 7:3 10:16 | Senate 1:2,2 | 23:19,20 | sit 12:14 |
| 32:15,16 | 11:13,25 | 4:21 5:1,1 | 23:21,25 | 13:4 |
| 32:18 | 12:8 14:4 | 10:16 | 24:3,5,7 | sits 6:3 |
| reporting | 15:20,22 | 13:19 | 24:11,12 | six 2:6 |
| 32:17 | 17:2 19:3 | 32:15,17 | 24:13,14 | slight 20:8 |
| represen... | 19:8,19 | Senator 1:1 | 24:15,16 | 27:7 |
| 15:6 29:13 | 20:8 22:14 | 1:2,6,10 | 24:20 25:1 | slightly |
| 29:18 | 22:21 | 1:12 4:18 | 25:2,6,7,8 | 20:5,21 |
| represen... | 23:15 | 4:23,25 | 25:14,17 | 21:2 |
| 1:20 | 26:12 | 5:5,7,15 | 25:22,24 | small 21:16 |
| represen... | 27:12 28:6 | 6:1,15,23 | 25:25 26:1 | 21:16 |
| 2:11 5:23 | 30:5,19 | 7:5,6,8,10 | 26:1,3,7 | 25:20,20 |
| 12:22 | 32:13,21 | 7:12,13,20 | 26:15,17 | 30:17 |
| represented | Rights 1:14 | 7:21 8:3,4 | 26:19,21 | solidly 2:14 |
| 4:10 | 2:22 14:23 | 8:9,11,13 | 26:22,25 | solves 31:21 |
| represen... | 14:25 | 8:15,17,18 | 27:1,2,3,4 | soon 16:23 |
| 14:17 | River 6:21 | 8:21,23,24 | 27:6,9,11 | sorry 7:8,13 |
| Republican | 6:24 7:1 | 9:11,14,15 | 27:14,17 | 8:5,13,16 |
| 1:24 2:8,8 | Rouge 3:25 | 9:16,20 | 27:22 28:4 | 10:25 18:5 |
| 2:14 4:13 | 20:19,20 | 10:3,6,10 | 28:7,11,17 | 26:8 |
| 12:13 | 21:13 | 10:11,13 | 28:18,19 | Sounds 32:11 |
| requesting | 24:18,22 | 10:14,15 | 29:8,21 | southeast |
| 9:11 | 26:12 | 10:17,19 | 30:1,6,9 | 3:19 |
| requirement | run 25:22 | 10:21,22 | 30:13,16 | speaker 2:11 |
| 3:22 | | 10:25 11:3 | 30:20,20 | 4:12 5:8 |
| | **S** | 11:4,12,16 | 30:22,24 | 5:20,24 |
| requires 3:5 | safe 2:8 | 11:20,23 | 31:2,3,5,7 | 8:2 10:21 |
| residents | 5:12 | 12:3,5,9 | 31:8,9,11 | 12:25 16:6 |
| 12:21 | satisfy 17:6 | 12:12,19 | 31:14,19 | 30:25 31:4 |
| respect | save 18:8 | 13:7,17 | 31:23,24 | 31:10,13 |
| 17:21 | saw 16:19 | 14:3,4,6,7 | 32:11,13 | 31:17 32:4 |

| | | | | |
|---|---|---|---|---|
| speaks 15:14 | 22:18 23:1 | 33:14 | two 2:14 3:6 | 14:23,24 |
| split 4:21 | 23:2 28:5 | thing 26:22 | 3:13,20 | 18:12 25:3 |
| 4:23 5:1 | sure 26:4 | things 6:20 | 5:2,21,22 | 25:6,7,8 |
| 11:6,15 | 28:13 | 23:2 | 12:22 14:1 | 25:10,12 |
| 13:12 15:9 | swap 21:18 | think 8:15 | 19:25 | vs 5:4 |
| 18:10,19 | 26:8,10,24 | 9:10,10 | 20:21,25 | |
| 20:17,19 | 27:7 | 12:24 | 22:15 | **W** |
| 20:25 29:6 | swaps 19:25 | 26:17 | 24:17 25:2 | want 10:19 |
| splits 11:18 | | 28:12,17 | 25:2 28:15 | 10:19,20 |
| 13:12 | **T** | 28:17,22 | 29:6 | 12:13,14 |
| 17:18 18:5 | table 27:1 | 30:24 | | 13:20 16:5 |
| 18:20 | take 4:16 | thought | **U** | 16:22,24 |
| 20:25 25:4 | 12:11 | 14:19 30:4 | ultimately | 17:4,12 |
| splitting | 14:12,20 | thousand | 14:13,25 | 18:24 |
| 22:15 | 22:18 23:1 | 20:9,24 | unaware 2:24 | wanted 16:17 |
| 28:15 | 23:2 30:16 | three 19:25 | understa... | 16:18 |
| staff 20:12 | talked 29:9 | 20:22 | 20:12 | 24:23 |
| 22:5,5 | 29:10 | time 8:10,12 | 22:17 | Washington |
| 30:7 32:2 | talking | 9:19 14:20 | 23:16 | 1:20 2:16 |
| 32:3,3 | 15:22 | 18:8 19:10 | 25:17 28:4 | wasn't 5:18 |
| stand 12:14 | 27:19 | 27:14 30:8 | undo 27:6 | 31:24 32:1 |
| started 29:9 | team 33:6,12 | 32:6 | 31:14,22 | way 5:4 9:8 |
| state 2:5,13 | technical | top-ranking | 31:22 | 19:10 |
| 3:6,7 6:7 | 22:22 | 5:22 | unimpaired | 27:18 |
| 12:23 17:4 | 26:22 | total 7:23 | 1:22 | 33:13 |
| 24:21 | terms 9:5 | touch 27:7 | United 2:9 | ways 13:9 |
| state's 3:17 | 15:18 | transcribed | utilizing | we're 5:20 |
| stated 12:19 | 21:16 | 33:4,8 | 33:5 | 15:22,22 |
| statement | test 8:5 | Transcri... | | 18:21 |
| 12:13 | testified | 33:2,5,8 | **V** | 19:10 24:7 |
| States 2:9 | 23:8 | 33:12,17 | VAP 25:10 | 24:20,21 |
| stay 12:1 | testifying | transcript | version | 26:18 |
| Steve 2:12 | 27:1 | 33:7 | 18:11 24:9 | 30:12 |
| stickler | testimony | transcri... | 24:10 | we've 14:21 |
| 16:20 | 4:25 28:18 | 33:1,6,10 | view 3:5 | 15:25 |
| storms 29:10 | tests 8:6 | 33:12 | voice 24:24 | 29:11 |
| strength... | 9:12 25:23 | travels 3:25 | vote 3:21 | weigh 5:25 |
| 28:23 | Thank 1:6,12 | tremendo... | 7:25 8:14 | 6:2 |
| strictly 5:7 | 4:17 7:13 | 2:10 | 8:21 19:10 | went 3:1 |
| strong 4:12 | 10:11,13 | tried 4:19 | 20:6 21:18 | West 11:9 |
| structure | 12:12 13:5 | 15:5 16:19 | voter 6:9 | 20:19,19 |
| 14:21 | 13:6 14:6 | 16:21 17:2 | voters 3:7 | 21:13 |
| subject 2:25 | 16:14 18:7 | true 33:10 | 20:4 25:19 | 24:18,22 |
| submit 4:9 | 19:24 23:5 | try 16:20 | 30:18 | 26:12 |
| substantial | 23:5 24:15 | trying 5:17 | votes 20:9 | whatsoever |
| 3:3 | 25:2,25 | 5:18 13:24 | 20:24 21:5 | 27:7 |
| succeed 3:9 | 26:1 27:10 | 15:2,7 | 21:8 | win 9:18 |
| support | 32:12,13 | 18:16,21 | voting 1:14 | wins 8:9 |
| 12:15 13:5 | 32:19,21 | 18:23 21:4 | 2:22 3:13 | wish 12:10 |
| supposed | thereof | 26:3,5 | 3:17 4:9 | 27:12 |

PohlmanUSA Court Reporting
(877) 421-0099    PohlmanUSA.com

JE29-018

| | | | |
|---|---|---|---|
| 30:20 | 23:14 28:3 | **2** | **53.121** 7:23 |
| **withdraw** | 28:3 | **2** 3:16,23 | **53.612** 25:13 |
| 19:4 | | 6:9 7:21 | **54.189** 21:24 |
| **Womack** 1:1,2 | **Z** | 7:22,25 | **54.3** 6:11 |
| 1:6,10,12 | | 8:7,19 9:6 | **56.1** 6:11 |
| 4:23 5:7 | **0** | 9:7,13,18 | |
| 5:15 6:1 | **0:03:35** 3:5 | 10:7,21 | **6** |
| 6:15,23 | **0:09:30** 7:1 | 18:13 20:1 | **6** 3:16,24 |
| 7:6,20 8:3 | **0:09:50** 7:13 | 20:2,6,9 | 5:13 6:17 |
| 8:9,13,17 | **0:10:56** 8:2 | 20:13,20 | 6:21 7:17 |
| 8:21 9:14 | **0:11:02** 8:5 | 20:24 21:5 | 9:12 18:13 |
| 9:16 10:3 | **0:11:43** 8:11 | 21:14,18 | 20:2,11,14 |
| 10:10,15 | **0:29:27** | 21:19,24 | 21:9,13,15 |
| 10:16,17 | 19:15 | 25:4,9,11 | 21:19,21 |
| 10:19,22 | **0:33:36** | 26:10 27:8 | 21:22,22 |
| 10:25 11:4 | 21:11 | 28:20,22 | 22:1 23:14 |
| 11:12,16 | **0:36:41** | **20** 21:15 | 25:4,12 |
| 11:20,23 | 23:17 | **2022** 2:25 | 26:8,11 |
| 12:3,5,19 | **0:36:43** | 3:1 | 27:8 |
| 14:7 15:10 | 23:19 | **2024** 33:15 | **60** 8:10,11 |
| 15:20 | **0:36:49** | **22** 21:15 | 8:13,21 |
| 16:14 | 23:23 | **26** 21:15 | **6th** 5:4 6:11 |
| 17:20,24 | **0:40:09** 27:5 | **290872-A...** | 12:4,5 |
| 19:1 21:12 | **0:41:02** | 33:3 | 17:5 |
| 22:20,24 | 27:21 | **2nd** 12:2 | |
| 23:7 26:19 | **0:44:47** | 17:4 29:15 | **7** |
| 26:25 | 30:25 | | |
| 28:19 | **0:45:02** 31:4 | **3** | **8** |
| 30:20,22 | **0:45:30** | **3** 16:6 | **8** 1:2,2 4:22 |
| 31:9,24 | 31:10 | **3,000** 20:3,4 | 21:13 |
| 32:19 | **0:45:34** | 27:20 29:7 | 32:15,17 |
| **woman** 12:13 | 31:13 | 30:18 | **8th** 33:15 |
| 12:17 | **0:45:41** | **34** 10:15,17 | |
| **work** 2:1 | 31:18 | | **9** |
| 13:19 | **0:46:13** 32:4 | **4** | |
| 27:23 30:3 | | **4** 5:1,1 | |
| **working** 17:1 | **1** | 30:25 31:4 | |
| 24:6 | **1** 8:2 | 31:10,13 | |
| **wrong** 23:12 | **10-** 17:24 | 31:17 | |
| | **100** 9:3,18 | **4th** 15:11,14 | |
| **X** | **11** 5:1 13:11 | | |
| | **15** 4:21 | **5** | |
| **Y** | 11:17 | **5** 32:4 | |
| **y'all** 7:7 | 17:18 | **50** 3:16 | |
| 25:22,22 | **15-minute** | **51.132** 25:11 | |
| **yeah** 8:15 | 17:25 | **52.6** 6:10 | |
| 9:10 12:5 | **16** 11:17 | **52.659** 7:25 | |
| 16:6,8 | 13:12 | **52.823** 20:7 | |
| 18:18 | **1B** 21:12 | 21:24 | |
| 19:15 | **1C** 21:12 | **53.1** 6:10 | |