

# PohlmanUSA®
## Court Reporting and Litigation Services

House Governmental Affairs - Audio Transcription

January 18, 2024

Phillip Callais, et al.

vs.

Nancy Landry

EXHIBIT
JE31

PLAINTIFFS'
EXHIBIT
P26

exhibitsticker.com

JE31-001

CHAIRMAN BEAULLIEU:  Good morning.  Today is Thursday, January 18th, 2024.  You're in the Committee of House and Governmental Affairs.  We ask everyone to please silence your cell phones.  If you need to take a call, please step out.  There's witness cards that are maintained in committee records.  Red is in -- in -- opposed.  Green is in favor.  If you plan on testifying, please fill out one of those cards.  Ms. Baker, would you please call the roll?

MS. BAKER:  Thank you, Mr. Chairman.  Chairman Beaullieu.

CHAIRMAN BEAULLIEU:  Here.

MS. BAKER:  Present.  Representative Billings.

REPRESENTATIVE BILLINGS:  Here.

MS. BAKER:  Present.  Representative Boyd.

REPRESENTATIVE BOYD:  Present.

MS. BAKER:  Present.  Representative Carlson.

REPRESENTATIVE CARLSON:  Present.

MS. BAKER:  Present.  Representative Carter. Representative Carver.

REPRESENTATIVE CARVER:  Here.

MS. BAKER:  Present.  Representative Farnum. Representative Gadberry.

REPRESENTATIVE GADBERRY:  Here.

MS. BAKER:  Present.  Representative Johnson.

Page 2

1    Representative Larvadain.  Vice Chair Lyons.
2        VICE CHAIRMAN LYONS:  Present.
3        MS. BAKER:  Present.  Representative Marcelle.
4        REPRESENTATIVE MARCELLE:  Here.
5        MS. BAKER:  Present.  Representative Newell.
6        REPRESENTATIVE NEWELL:  Here.
7        MS. BAKER:  Present.  Representative
8    Schamerhorn.
9        REPRESENTATIVE SCHAMERHORN:  Here.
10       MS. BAKER:  Present.  Representative Thomas.
11       REPRESENTATIVE THOMAS:  Here.
12       MS. BAKER:  Present.  Representative Wright.
13   Representative Wyble.
14       REPRESENTATIVE WYBLE:  Here.
15       MS. BAKER:  Present.  We have 12 members in a
16   quorum.
17       CHAIRMAN BEAULLIEU:  Thank you, Ms. Baker.
18   Members, we have one item on the agenda today.  It's
19   Senate Bill 8 by Senator Womack.  Senator Womack is --
20   is delayed this morning, so what we're going to do --
21   until I hear back from Senator Womack, we're going to
22   stand at ease until then.  So we just ask you all to
23   kind of stay nearby.
24       We'll give you all some time to -- to be able
25   to get back, but until we hear back from Senator Womack,

Page 3

1    we're going to go ahead and stand at ease.  And so just
2    viewer -- members that are listening online or watching
3    online, just kind of be aware.  We are hoping to come
4    back in at some time later this morning.  Thank you all.
5        (Pause.)
6        CHAIRMAN BEAULLIEU:  Good afternoon, members,
7    viewing audience.  Thank you for your patience.  We are
8    ready to resume our House and Governmental Affairs
9    Committee.  Today is Thursday, January 18th, 2024.  Ms.
10   Baker, can you give me an updated roll call, please?
11       MS. BAKER:  Chairman Beaullieu.
12       CHAIRMAN BEAULLIEU:  Here.
13       MS. BAKER:  Present.  Representative Billings.
14       REPRESENTATIVE BILLINGS:  Here.
15       MS. BAKER:  Present.  Representative Boyd.
16       REPRESENTATIVE BOYD:  Present.
17       MS. BAKER:  Present.  Representative Carlson.
18       REPRESENTATIVE CARLSON:  Present.
19       MS. BAKER:  Present.  Representative Carter.
20   Representative Carver.
21       REPRESENTATIVE CARVER:  Here.
22       MS. BAKER:  Present.  Representative Farnum.
23       REPRESENTATIVE FARNUM:  Here.
24       MS. BAKER:  Present.  Representative Gadberry.
25       REPRESENTATIVE GADBERRY:  Here.

Page 4

1        MS. BAKER:  Present.  Representative Johnson.
2    Representative Larvadain.
3        REPRESENTATIVE LARVADAIN:  Here.
4        MS. BAKER:  Present.  Vice Chair Lyons.
5        VICE CHAIRMAN LYONS:  Present.
6        MS. BAKER:  Present.  Representative Marcelle.
7    Representative Newell.
8        REPRESENTATIVE NEWELL:  Here.
9        MS. BAKER:  Present.  Representative
10   Schamerhorn.
11       REPRESENTATIVE SCHAMERHORN:  Here.
12       MS. BAKER:  Present.  Representative Thomas.
13       REPRESENTATIVE THOMAS:  Here.
14       MS. BAKER:  Present.  Representative Wright.
15   Representative Wyble.
16       REPRESENTATIVE WYBLE:  Here.
17       MS. BAKER:  Present.  We have 13 in a quorum.
18       CHAIRMAN BEAULLIEU:  Thank you, Ms. Baker.
19   Members, we have one item on our agenda today.  That's
20   Senate Bill 8 by Senator Womack.  Ms. Lowery, would you
21   please read-in the bill?
22       MS. LOWERY:  Thank you so much, Mr. Chairman.
23   Members, Senator Womack brings Senate Bill Number 8 to
24   provide relative to the redistricting of Louisiana's
25   Congressional District, to provide with respect to

Page 5

1    positions and offices other than congressional based
2    upon congressional districts, and to provide related
3    matters.
4        CHAIRMAN BEAULLIEU:  Senior Womack, on your
5    bill.
6        SENATOR WOMACK:  Thank you, Mr. Chairman.
7    Committee members, good evening.  Thank you for letting
8    me come in today and present this bill.  As you know,
9    Louisiana Congressional Districts must be redrawn, given
10   the Federal Voting Rights Act litigation that is still
11   ongoing in the US District Court for the Middle District
12   of Louisiana.  The map and the bill that I'm
13   introducing, which is the product of a long, detailed
14   process, achieves several goals.
15       First, as you all are aware, Congresswoman
16   Julia Letlow is my representative in Washington, DC.
17   The boundaries in this bill I'm proposing, ensure that
18   Congresswoman Letlow remains both unpaired with any
19   other incumbents, and in the congressional district that
20   should continue to elect a Republican to Congress for
21   the remainder of this decade.
22       I have great pride in the work that
23   Congresswoman Letlow has accomplished, and this map will
24   ensure that Louisianans will continue to benefit from
25   her presence in the halls of Congress for as long as she

2  (Pages 2 to 5)

JE31-003

## Page 6

1  decides and continues to serve our great state.  As you
2  know, Congresswoman Letlow sits on appropriations.  She
3  sits on ag, which is a big part of my district.
4      Second, the Louisiana 6th Congressional
5  District.  The map and the proposed bill ensures that
6  four are safe Republican seats.  Louisiana's Republican
7  present in the United States Congress has contributed
8  tremendously to the national discourse, and I'm very
9  proud that both Speaker of the US House of
10 Representatives, Mike Johnson, and US House Majority
11 Leader Steve Scalise are both from our great state.
12      This map ensures that the two of them will
13 have solidly Republican districts at home, so they can
14 focus on the national leadership that we need in
15 Washington, DC.  The map proposed in this bill ensures
16 that the Conservative principles retained by the
17 majority of those in Louisiana will continue to extend
18 past our boundaries to our nation's capital.
19      Third, the map that I've presented is -- goes
20 along the Red River.  It's the I-49 corridor.  We have
21 commerce through there.  We have a college through
22 there.  We have a lot of ag cattlemen as well as farm
23 row crop, and a lot of people up through that corridor
24 comes back to Alexandria using that corridor for their
25 healthcare.  Finally, these maps in the proposed bill

## Page 7

1  respond appropriate to the ongoing Federal Voting Rights
2  Act case in the Middle District of Louisiana.
3      For those who are unaware, the congressional
4  maps that we enacted in March 2022 have been the subject
5  of litigation, roughly since the day the 2022
6  Congressional Redistricting Bill went into effect and
7  even before we enacted it.  After a substantial amount
8  of prolonged litigation, the Federal District Court has
9  adhered to its view that the federal law requires that
10 the state have two congressional districts with a
11 majority of Black voters.
12      Our secretary of state, attorney general, and
13 our prior legislative leadership appealed, but have yet
14 to succeed, and we are now here because of the Federal
15 Court's order that we have a first opportunity to act.
16 The District Court's order that we must have two
17 majority Black voting age population districts, combined
18 with the political imperative I just described, have
19 largely driven the boundaries for District 2 and
20 District 6, both of which are over 50 percent Black
21 voting age population.
22      Given the state's current demographics, there
23 is not enough high -- high enough Black population in
24 the southeast portion of this -- Louisiana to create two
25 majority Black districts, and to also comply with the US

## Page 8

1  Constitution one person, one vote requirement.  That is
2  the reason why District 2 is drawn around the Orleans
3  Parish and why District 6 includes the Black population
4  of East Baton Rouge Parish and travels up I-49 corridor
5  to include Black population in Shreveport.
6      While this is a different map than the
7  plaintiffs' litigation have proposed, this is the only
8  map I reviewed that accomplishes the political goals I
9  believe are important for my district, for Louisiana,
10 and for the country.
11      While I did not draw these boundaries myself,
12 I carefully considered a number of different map
13 options, and I firmly submit the congressional voting
14 boundaries represented in this bill best achieve the
15 goals for protecting Congressman Letlow's seat,
16 maintaining strong districts for Speaker Johnson and
17 Majority Leader Scalise, ensuring four Republican
18 districts, and adhering to the command of the Federal
19 Court in the Middle District of Louisiana.  I'd be happy
20 to answer any questions.
21      CHAIRMAN BEAULLIEU:  Thank you, Senator
22 Womack.  Representative Marcelle for a question.
23      REPRESENTATIVE MARCELLE:  Thank you, Senator
24 Womack, for presenting this bill.  Were -- did you have
25 the opportunity to view the map that I filed?

## Page 9

1      SENATOR WOMACK:  I -- I reviewed several maps,
2  Representative Marcelle.
3      REPRESENTATIVE MARCELLE:  HB5.
4      SENATOR WOMACK:  HB5.  I didn't -- I didn't
5  look at the HB5 --
6      REPRESENTATIVE MARCELLE:  Did not.
7      SENATOR WOMACK:  -- per se.  I looked at
8  several maps.  One of them could have been that.
9      REPRESENTATIVE MARCELLE:  Okay.  Because I
10 heard you say that you thought that your map was the
11 best possible route.  A pathway to get to what we needed
12 to, first of all, make sure that we get out of the
13 litigation, apply with Section 2, and go about the
14 deviations and the compactness and all of those
15 different things that we needed to do in order to create
16 a second Black seat -- congressional seat.  Is that what
17 I heard you say?
18      SENATOR WOMACK:  Yes, ma'am.
19      REPRESENTATIVE MARCELLE:  Okay.  Well, I -- I
20 certainly want to thank you, and I know -- I spoke to
21 you yesterday about putting an amendment on your bill to
22 make sure that we could reduce the parish splits and
23 that we had some conversations, and it's a short period
24 of time.  Certainly, I don't know when the amendments
25 are going to be offered up, but I certainly want to go

PohlmanUSA Court Reporting
(877) 421-0099    PohlmanUSA.com

JE31-004

Page 10

1   down those same lines of -- since I could not get my map
2   through, which I thought was the best path, that I -- I
3   would support this map, with some cleanup done to it.
4        So I -- I just want to make sure that I go on
5   the record of saying that I spoke to you.  The things
6   that my amendment would do would certainly be to add Red
7   River Parish to Congressional District 6, and preserving
8   the things in Red River community as well.  So I want to
9   go on the record of saying that I -- I believe that we
10  have had several maps that would have gotten us there,
11  but I think because of political reasons, we are here
12  where we are today.
13       CHAIRMAN BEAULLIEU:  Representative Marcelle,
14  just if I can chime in for a second, just can let the
15  viewing members know that online there are two different
16  amendments that -- that will likely be proposed today,
17  and both of those are available online for the -- for
18  the viewing public.  If we could hold off on those
19  amendments for -- we have a -- a handful of questions on
20  the board, Representative Marcelle, and then we'll come
21  back.  Is that okay with you?
22       REPRESENTATIVE MARCELLE:  Yes.  I just --
23       CHAIRMAN BEAULLIEU:  Okay.  Good.
24       REPRESENTATIVE MARCELLE:  I just wanted to --
25  to make mention to that why -- why I was asking him some

Page 11

1   of the questions.  So when you did this map, you -- you
2   considered the population deviation.
3        SENATOR WOMACK:  Well, we had -- had to -- to
4   create the two districts, we had to think about the
5   population.
6        REPRESENTATIVE MARCELLE:  And the parish
7   splits as well?
8        SENATOR WOMACK:  The parish splits as well.
9        REPRESENTATIVE MARCELLE:  So you felt like
10  this was the best pathway after you viewed those areas
11  that we certainly had to do to enact this map.
12       SENATOR WOMACK:  Representative Marcelle, I --
13  I -- I want to be -- and -- and I -- I was hoping that
14  it -- that covered that in my opening statement, but it
15  -- it -- my map is politically drawn to protect our
16  members of Congress as it stands, as well as create the
17  two districts, minority district, Black districts.
18       REPRESENTATIVE MARCELLE:  So in your opinion,
19  your map does two things.  It satisfies the Court, and
20  it also protects the politics, or our congressional
21  members.  Is that -- is that --
22       SENATOR WOMACK:  Yes, ma'am.
23       REPRESENTATIVE MARCELLE:  -- accurate to say?
24       SENATOR WOMACK:  Yes, ma'am.
25       REPRESENTATIVE MARCELLE:  Okay.  Thank you

Page 12

1   very much and thank you for your work.
2        SENATOR WOMACK:  Thank you.
3        CHAIRMAN BEAULLIEU:  Thank you, Representative
4   Marcelle.  Representative Boyd.
5        REPRESENTATIVE BOYD:  Good afternoon, Senator.
6   How are you?
7        SENATOR WOMACK:  Fine, thank you.
8        REPRESENTATIVE BOYD:  So I agree with Rep
9   Marcelle.  This is not, in my opinion, the best map that
10  I've seen, but I do understand what it took to get here,
11  and my congressman seems to also be in support of the
12  map.  Therefore, I do plan on supporting the map,
13  hopefully with some amendments.  Are you open to an
14  amendment on this?
15       SENATOR WOMACK:  Yes, ma'am, once -- once I
16  see some amendments.
17       REPRESENTATIVE BOYD:  Okay.
18       SENATOR WOMACK:  You know, we'll look at
19  amendments.
20       REPRESENTATIVE BOYD:  And then she mentioned
21  the parish splits.  How many parish splits are they; do
22  you know?
23       SENATOR WOMACK:  I think we're 16 at the -- at
24  the present time.
25       REPRESENTATIVE BOYD:  And do you know the

Page 13

1   BVAPs for 2 and 6?
2        SENATOR WOMACK:  I'm sorry?
3        REPRESENTATIVE BOYD:  The BVAPs for 2 and 6,
4   do you know what they are right now?
5        SENATOR WOMACK:  No, I don't.
6        REPRESENTATIVE BOYD:  Okay.  Did you have any
7   communication with anybody from -- with community
8   influences on this?  Have you met with other groups?
9   Who did you meet with to come up with this map?
10       SENATOR WOMACK:  I've had several meetings
11  over the period of time with several groups.
12       REPRESENTATIVE BOYD:  With community of
13  interest as well?
14       SENATOR WOMACK:  It -- it was hard to -- to
15  create communities of interest with this map and -- and
16  -- and still achieve some of the goals that we were
17  trying to achieve from the congressional, political
18  standpoint.
19       REPRESENTATIVE BOYD:  Okay.  Again, based on
20  the map and my conversation with our congressman, if we
21  can get some things cleared up and straightened up on
22  it, I would be in support of the bill as well.
23       SENATOR WOMACK:  Okay.  Thank you.
24       CHAIRMAN BEAULLIEU:  Thank you, Representative
25  Boyd.  Representative Newell.

4  (Pages 10 to 13)

Page 14

1    REPRESENTATIVE NEWELL:  Thank you very much,
2    Mr. Chairman.  Senator Womack, thank you for the time
3    that you've spent because I know myself, we've been in
4    this redistricting process for almost three years now,
5    so I -- I knew the time it took for me just to try to
6    redraw my house district because of the growth in
7    Orleans Parish.  So I do understand when you're looking
8    at congressional districts.  So again, I want to thank
9    you for the time that you dedicated to -- to doing -- to
10   -- to redrawing this map and submitting this bill, but I
11   must say that I am along the lines of my two colleagues
12   that just spoke.
13       That although this is a good map, this isn't
14   the best map that has come before us.  It does meet the
15   -- it does meet the Court requirements.  It does meet --
16   meet the statute and the -- the -- the jurisprudence
17   that is before us that guides us as to what needs to be
18   to satisfy congressional districts.  I did look at your
19   numbers, the BVAP in 2 and 6, as well as the total
20   population for the -- these two minority-majority
21   districts.
22       However, there were two that were -- two other
23   maps that were presented that were stronger for those
24   two minority-majority districts and didn't do as many
25   splits.  That's House Bill 5 and Senate Bill 4.

Page 15

1    However, the politics of those two individuals that
2    submitted those two maps, I guess, have led us to having
3    to work with yours.  And -- and -- and it's -- it's
4    disheartening that we do have so much politics that are
5    guiding our maps instead of the policy, and the people
6    helping us to guide our maps and our decisions.
7        Because your map gives us what we're -- what
8    we're wanting, I am going to support your map.  And
9    again, I'm going to say it's not because it's the best
10   map, but it is because it -- it -- it looks that -- it
11   looks as though it's giving what we -- what we need.  It
12   does not reflect what the African Americans that we've
13   heard from across the state during the road shows in
14   2021 asked for.  It does not reflect all of what the
15   Black Caucus and the Democratic Caucus has asked for
16   these past three years.
17       But it's the closest that we've gotten thus
18   far, and it seems like it's the closest one that we're
19   going to get that we could possibly get support from my
20   other Republican colleagues on.  But I just wanted to
21   make that clear, that it is not all that we asked for,
22   and there have been better ones that were submitted by
23   Democrats.  But this is the best one that we've seen
24   that's been submitted by you, sir.  And again, I thank
25   you.  That's all I have for now, Mr. Chair.  I'll

Page 16

1    probably press my button again.
2        SENATOR WOMACK:  Thank you.
3        CHAIRMAN BEAULLIEU:  Thank you, Representative
4    Newell.  Representative Marcelle would like to just make
5    a clarification for the Committee.
6        REPRESENTATIVE MARCELLE:  Thank you.  Senator
7    Womack, we keep using the term BVAP, and we know that
8    there are many people in the audience who may not
9    understand that terminology.  So do you want to tell
10   them what BVAP means, or you want me to do it?
11       SENATOR WOMACK:  Go ahead.  You got the mic.
12       REPRESENTATIVE MARCELLE:  I got -- okay, sir.
13   I didn't want to take over your bill.  It's the Black
14   voting age population for those that are -- that are
15   looking online, and maybe across the state.  We --
16   because we keep using those terms, and I want to make
17   sure that everybody understands what BVAP means.  Thank
18   you, Senator Womack.
19       SENATOR WOMACK:  Thank you.  When she -- when
20   she asked that question, I started running through my
21   mind.  It's got to be voting age population.  And -- and
22   I hadn't heard the term BVAP.  It's voting age
23   population, which does meet the -- I don't know exactly,
24   but it's in a high percentage, 50 percentile on that --
25   on voting age population.

Page 17

1        CHAIRMAN BEAULLIEU:  Thank you, Senator
2    Womack.  And look, for the -- again, the viewing
3    audience, those numbers are all on the bill.  They're
4    part of the bill that's been filed.  So if you -- if
5    you're listening online and you want to scroll through
6    and -- and look at different statistics on the maps and
7    on the amendments, they're all there for you.  Vice
8    Chairman Lyons.
9        VICE CHAIRMAN LYONS:  Thank -- thank you, Mr.
10   Chairman.  Thank you, Senator Womack, for -- for -- for
11   bringing this like that, even though we're looking at
12   this piece, and I'm studying it as -- as it is there.
13   And you mentioned in your opening statement about the --
14   the plaintiffs and -- and the cause of -- of why you're
15   doing this, but my question is: did you do any -- any
16   comparisons to the -- the plaintiffs' map or the first
17   map that was -- that was issued, drawn on this piece
18   with your map?
19       SENATOR WOMACK:  Representative Lyons, I've
20   looked at so many maps in the last three days till --
21   till -- to say I did or didn't would be -- be -- I
22   couldn't answer that.  I'm sorry, but -- but I've looked
23   at so many maps from what -- even through our roadshow.
24   But in the last two or three days to -- to say that --
25   that my map and how it compares to another map, I'm kind

5  (Pages 14 to 17)

JE31-006

## Page 18

1  of where I'm at right now, and I -- I can -- I know what
2  my map looks like now.
3      VICE CHAIRMAN LYONS:  Well, the reason why I
4  asked that question was I wanted to know if you did any
5  type of analysis to see how it would perform.  I mean,
6  it looks, in particular, according to certain criteria,
7  that it is a -- a -- a workable map of some sort, but
8  how does it perform in comparison to the plaintiffs' map
9  that was out there, that existing map?  I -- I would
10  think that you would compare it to that one because that
11  was the map of -- not of choice, but that was the map in
12  litigation.  How would your map perform along with that
13  one?
14      SENATOR WOMACK:  I -- I didn't look at a map.
15  I looked at a performance chart --
16      VICE CHAIRMAN LYONS:  Performance.  Yes.
17      SENATOR WOMACK:  -- and it -- it -- right.
18  That was printed.  It's online.  That -- that we --
19      VICE CHAIRMAN LYONS:  Okay.
20      SENATOR WOMACK:  -- pull, and it does -- it
21  does perform very well.  It does in the election.  It --
22  it performs.
23      VICE CHAIRMAN LYONS:  Okay.  And --
24      SENATOR WOMACK:  I -- I don't have that map in
25  front of me, I'm sorry.  I thought -- I'm looking for

## Page 19

1  it.  But I thought it was here, but it's not.  But I did
2  have -- I did have that with me.
3      VICE CHAIRMAN LYONS:  Okay.
4      SENATOR WOMACK:  But it's not with me, but I
5  -- I do remember us looking at that.
6      VICE CHAIRMAN LYONS:  Okay.  Okay.  I want --
7  I just wanted to know if you did analysis and it was
8  done and how it compared.  I know it could perform.
9  Basically, as I'm looking at it now, I would think it
10  does.  And I don't think it would perform better --
11  better than the original map of -- of the plaintiff, but
12  it does perform.  I kind of want to see if something at
13  least close to that performance measures there, but this
14  is a performing map.  Thank you for answering my
15  questions.
16      CHAIRMAN BEAULLIEU:  Thank you, Vice Chairman
17  Lyons.  Representative Farnum for a question.
18      REPRESENTATIVE FARNUM:  Yeah.  Thank you, Mr.
19  Speaker.  If it's the proper time, I'd like to offer an
20  amendment.
21      CHAIRMAN BEAULLIEU:  Do we have any other
22  questions before we go into the amendments?  Because we
23  do have -- we have two amendments.  No other button's
24  pushed.  So give me two seconds, and we'll -- we'll come
25  right back to you.  Give me -- we've got one more

## Page 20

1  question.  Representative Larvadain.
2      REPRESENTATIVE LARVADAIN:  Thank you, Senator
3  Womack.  I want to thank you for -- for trying to make
4  an effort to comply with the federal judge.  But when I
5  look at your map - and you have a copy in front of you -
6  it goes from East Baton Rouge to West Baton Rouge to
7  Pointe Coupee to Saint Landry, some of Avoyelles, some
8  of Rapides, all of Natchitoches, DeSoto, and then some
9  of Caddo; is that correct?  Am I right?  We're looking
10  at the right map?
11      SENATOR WOMACK:  Which district are you going
12  through, 2 --
13      REPRESENTATIVE LARVADAIN:  Yeah.  District 2.
14      SENATOR WOMACK:  -- or 5 -- 6?  2?
15      REPRESENTATIVE LARVADAIN:  6.
16      SENATOR WOMACK:  Right.
17      REPRESENTATIVE LARVADAIN:  6.
18      SENATOR WOMACK:  You're right.
19      REPRESENTATIVE LARVADAIN:  Okay.  Now, when
20  you look at the community of interest -- I'm in Rapides.
21  I've got -- my district is cut up two -- two spots.
22  I'm in District 4 and District 6.  I know in the
23  community of interest, you've got Rapides and
24  Natchitoches, and I think that you've got the Creole
25  Nation.  You've got Northwestern State University.  A

## Page 21

1  lot of my students in my district attend those, so
2  that's the community of interest; would you agree?
3      SENATOR WOMACK:  I agree.
4      REPRESENTATIVE LARVADAIN:  When you look at
5  Natchitoches, there's a community of interest with
6  Natchitoches and Caddo.  You've got a lot of -- you've
7  got lumber companies in the Natchitoches area.  A lot of
8  people work.  RoyOMartin has a big -- big plant in
9  Natchitoches --
10      SENATOR WOMACK:  Right.
11      REPRESENTATIVE LARVADAIN:  -- and a lot of
12  folks in my area work there.  RoyOMartin from
13  Alexandria.  And a lot of folks work in DeSoto where you
14  have a lot of timber.  And would you agree with that?
15      SENATOR WOMACK:  I agree.
16      REPRESENTATIVE LARVADAIN:  You look at Saint
17  Landry.  Saint Landry has -- Opelousas has a nice-sized,
18  medium-sized hospital.  So those folks in Pointe Coupee,
19  they will go to Saint Landry to get their medical care
20  and so forth in the Opelousas area.  Would you agree
21  with that?
22      SENATOR WOMACK:  I agree.
23      REPRESENTATIVE LARVADAIN:  And you look at
24  West Baton Rouge-East Baton Rouge Parish.  Is East Baton
25  Rouge Parish cut in one district or two districts in

6 (Pages 18 to 21)

JE31-007

Page 22

1  your map? Because I'm having problems seeing it. Is it
2  two?
3          SENATOR WOMACK: I would have to look at the
4  --
5          REPRESENTATIVE LARVADAIN: Two. Okay. I've
6  seen maps to infinitum. So I think East Baton Rouge is
7  divided into two.
8          SENATOR WOMACK: It's --
9          REPRESENTATIVE LARVADAIN: Is that two? It's
10 yellow, and I guess a white piece.
11         SENATOR WOMACK: Yeah. Right. Two.
12         REPRESENTATIVE LARVADAIN: Okay. And it goes
13 all the way to the great city of Shreveport.
14         SENATOR WOMACK: Right. Where our LSU
15 hospital is.
16         REPRESENTATIVE LARVADAIN: And the hospital is
17 vital because in Alexandria, we had a HOEPA loan.
18 You're familiar with that. And Jindal shut my HOEPA
19 loan. So my folks --
20         SENATOR WOMACK: Right.
21         REPRESENTATIVE LARVADAIN: -- in Rapides have
22 to go to LSU. So that's a community of interest. Now,
23 with your hospital, with your district, it goes from
24 East Baton Rouge all the way to Caddo, which is probably
25 about a two-hour ride, give or take, because I take that

Page 23

1  ride a lot going up to Meyer in Alexandria. There was a
2  -- a different map that was heard in the Senate, but it
3  was a much cleaner map. That map didn't get out of the
4  Senate, and it didn't get out of this area. The map I'm
5  talking about is Ed Price's. I think Ed Price had a
6  map.
7          FEMALE SPEAKER 1: It was Price and Marcelle.
8          REPRESENTATIVE LARVADAIN: Price-Marcelle map.
9  I'm sorry. Did you get a chance to look at that map?
10 That map was heard on the Senate side.
11         SENATOR WOMACK: Yes.
12         REPRESENTATIVE LARVADAIN: Those districts
13 were a lot closer, a lot compact, but you're presenting
14 this district. When you look at District 4, that's --
15 that is the district for the Speaker, Mr. Johnson; is
16 that correct?
17         SENATOR WOMACK: Right.
18         REPRESENTATIVE LARVADAIN: Does he have a
19 problem with his district being cut in -- in half like
20 that? If you look at Winnfield, if he's in Winnfield
21 and he goes to Sabine, he has to go through
22 Natchitoches, which is not (inaudible 0:26:54) district.
23 Yet you think he has a problem with that?
24         SENATOR WOMACK: No. It looks like the
25 shortest route would be through Natchitoches.

Page 24

1          REPRESENTATIVE LARVADAIN: But his prior map
2  was just one continuous area. Now he has to leave one
3  district and go to another area, which is -- which he'll
4  be representing; is that correct?
5          SENATOR WOMACK: Yeah, that.
6          REPRESENTATIVE LARVADAIN: Okay. Have you had
7  a chance to talk to -- to Congressman Johnson about this
8  map?
9          SENATOR WOMACK: Not directly to him.
10         REPRESENTATIVE LARVADAIN: Okay. Is he
11 content with this map?
12         SENATOR WOMACK: He's content.
13         REPRESENTATIVE LARVADAIN: Even though it
14 slashes right through the middle of his district.
15         SENATOR WOMACK: Yeah. It -- it --
16         REPRESENTATIVE LARVADAIN: Now, Ed Price and
17 Denise Marcelle. Let's go to District 5. Let's go the
18 District 5 area. Their map, they were looking at
19 District 5, which is the eastern part of Louisiana. And
20 their map, they had that as the minority --
21 majority-minority district, I think, but you kept that
22 map so you can help your friend, Congressman Letlow; is
23 that correct?
24         SENATOR WOMACK: Yes. Yes, sir.
25         REPRESENTATIVE LARVADAIN: So this is more of

Page 25

1  a political map.
2          SENATOR WOMACK: Exactly.
3          REPRESENTATIVE LARVADAIN: So our objective is
4  to get two majority-minority districts, but you have
5  presented us a political map; isn't that correct?
6          SENATOR WOMACK: The influence is political.
7  I created -- we created two minority Black districts.
8          REPRESENTATIVE LARVADAIN: But you also said
9  earlier that you were trying to do your best to protect
10 Congressman Scalise.
11         SENATOR WOMACK: That was -- that -- that --
12 Scalise, as well as Johnson, Letlow, which is my
13 representative, and Higgins.
14         REPRESENTATIVE LARVADAIN: You were trying to
15 protect your Republican team.
16         SENATOR WOMACK: That was a primary driver.
17         REPRESENTATIVE LARVADAIN: So this is a
18 political matter. But the judge wanted you to make sure
19 that you presented two --
20         SENATOR WOMACK: Two Black.
21         REPRESENTATIVE LARVADAIN: --
22 majority-minority districts.
23         SENATOR WOMACK: And I've done that.
24         REPRESENTATIVE LARVADAIN: I don't know if
25 you've done -- you've -- you've made a effort at it, but

7 (Pages 22 to 25)

JE31-008

## Page 26

1    there was another map.  There's a lot cleaner map
2    because the map that I see goes from Shreveport to Baton
3    Rouge, which you're just zigzagging.  And you picked up
4    Alexandria, you picked up Natchitoches, you picked up
5    DeSoto, but it's more of a political map.  The map that
6    the Democrats pursued, it was a map that we agreed on
7    two majority-minority districts, and this is more of a
8    political map.
9            SENATOR WOMACK:  Yeah, I know.
10           REPRESENTATIVE LARVADAIN:  Okay.  Thank you.
11           SENATOR WOMACK:  Thank you.
12           CHAIRMAN BEAULLIEU:  Senator Womack, why are
13   we here today?  What -- what brought us all to this
14   special session as it -- as it relates to, you know,
15   what we're discussing here today?
16           SENATOR WOMACK:  The middle courts of the
17   district courts brought us here from the Middle
18   District, and said, "Draw a map, or I'll draw a map."
19           CHAIRMAN BEAULLIEU:  Okay.
20           SENATOR WOMACK:  So that's what we've done.
21           CHAIRMAN BEAULLIEU:  And -- and were you --
22   does -- does this map achieve that middle court's
23   orders?
24           SENATOR WOMACK:  It does.
25           CHAIRMAN BEAULLIEU:  Okay.  When you were

## Page 27

1    drawing the maps, you also took into consideration
2    incumbency, correct?
3            SENATOR WOMACK:  Right.
4            CHAIRMAN BEAULLIEU:  Okay.  To protect not
5    just our state, but our national interest as well.
6            SENATOR WOMACK:  Our national.
7            CHAIRMAN BEAULLIEU:  Is that correct?
8            SENATOR WOMACK:  Right.
9            CHAIRMAN BEAULLIEU:  This is -- this is bigger
10   than just us.
11           SENATOR WOMACK:  It's bigger than just us, and
12   Louisiana has never been sitting in the poor position
13   that they are today.
14           CHAIRMAN BEAULLIEU:  What -- what position
15   does Congressman Mike Johnson have in the United States
16   House of Representatives?
17           SENATOR WOMACK:  He's a speaker of the house.
18           CHAIRMAN BEAULLIEU:  Okay.  And what about
19   Congressman Steve Scalise?
20           SENATOR WOMACK:  Majority leader of the house.
21           CHAIRMAN BEAULLIEU:  Okay.  So if we've been
22   able to accomplish what the judge has ordered through
23   your map, and also been able to protect the political
24   interest, that is kosher, correct?
25           SENATOR WOMACK:  That's exactly.

## Page 28

1            CHAIRMAN BEAULLIEU:  Okay.  That's what --
2    that's what I was thinking.  That's what I've learned
3    through the process, and I just wanted to make sure that
4    your map achieved that.  Yeah.
5            SENATOR WOMACK:  Yes, sir, Mr. Chairman.
6            CHAIRMAN BEAULLIEU:  All right.  Senator, the
7    board's cleared.  We're going to go ahead, if you don't
8    mind, and -- and take up the amendments right now.  Bear
9    with me for two seconds.  Senator Marcelle, and -- and
10   -- excuse me.  Sorry about that promotion,
11   Representative Marcelle.
12           REPRESENTATIVE MARCELLE:  That's okay.
13           CHAIRMAN BEAULLIEU:  And -- and Representative
14   Farnum both have amendments.
15           FEMALE SPEAKER 2:  Here.  This card's in
16   Marcelle's name.
17           CHAIRMAN BEAULLIEU:  Okay.  Hold that -- hold
18   that for me.  Bear with me.  So the first amendment is
19   how -- is Amendment 68.  That is Amendment 60.  Give me
20   a second while it's loading.  What amendment is 68?
21           MS. LOWERY:  That is the one offered by
22   Representative Farnum.
23           CHAIRMAN BEAULLIEU:  Representative Farnum,
24   we're going to take up your amendment first.
25   Representative Farnum, on your amendment.

## Page 29

1            REPRESENTATIVE FARNUM:  Thank you, Mr.
2    Speaker.  So I offer -- does -- do we need to read it
3    in?
4            MS. LOWERY:  Certainly.
5            CHAIRMAN BEAULLIEU:  Ms. Lowery, please
6    read-in the amendment.
7            MS. LOWERY:  Thank you so much, Mr. Chairman.
8    Representative Farnum is offering up HCASBA-36268.  And
9    on page 1, it's going to delete lines 13 through 17, and
10   delete pages 2 through 6, and we'll be inserting a new
11   district configuration for the congressional districts
12   for the State of Louisiana.  This amendment is available
13   online and is available in your packets, members, and
14   contains maps and statistics relevant to the plan.
15           CHAIRMAN BEAULLIEU:  Thank you, Ms. Lowery.
16   Representative Farnum, on your amendment.
17           REPRESENTATIVE FARNUM:  Thank you, Mr.
18   Chairman.  So in the -- in the beginning of this
19   process, me and my colleagues from Southwest Louisiana
20   set out to accomplish making Calcasieu whole.  In the
21   history of -- of our -- our great parish, we've always
22   had one congressman that represented us.  And -- and --
23   and with the current map as presented from Senator
24   Womack, it -- it split Calcasieu Parish basically in
25   half in population.  And -- and with the community of

8  (Pages 26 to 29)

Page 30

1  interest in our industrial sector down there, we thought
2  that was not just for our area.
3      We -- we have -- we're -- we're probably one
4  of the top two or three economic engines for the State
5  of Louisiana with our oil and gas industries and our LNG
6  industry that's going on in -- in our region.  So we
7  thought it would be -- be great to make an effort to get
8  back to one congressman.
9      We have issues with -- with all sorts of
10  natural disasters in our area, and we have a hard enough
11  time getting -- getting the -- the adequate supplies and
12  -- and resources to our region in those situations with
13  one congressman, and I -- I can imagine it might be a
14  little more difficult with two.  So in that effort, we
15  set out to make -- make ourselves whole.  And in the
16  process, a lot of folks in -- in other areas wanted to
17  come along and -- and get -- be a part of this to -- to
18  correct little -- little tweaks in their area.
19      So last night a group of senators and
20  representatives got together.  I wasn't able to attend
21  that meeting.  So this is the product of that meeting.
22  At the end of the day, we -- we accomplished a few
23  things.  So -- we kept the, the basic intent of what
24  Senator Womack's bill is in place, and with a -- a
25  kind of a counterclockwise shift that would -- but the

Page 31

1  process has to happen that way to increase some areas in
2  -- in Northeast Louisiana to help that district to make
3  Congressman Johnson come down some.
4      That inherently makes Congressman Higgins have
5  to shift to the east, and so on and so forth.  In the
6  process, we increase the -- the -- both the Black
7  population and the voting population of both of the
8  minority districts by almost a percent each in most
9  cases.
10      So it helps -- it helps the -- the workability
11  of the two new districts and -- and what they're trying
12  to accomplish, and it accomplished the -- the -- making
13  more -- more parishes whole.  I think we -- we only --
14  we're down to 15 split parishes with this map, and so I
15  think we've accomplished several things in the process.
16  And -- and with that, we can answer questions or ask for
17  your passage.
18      CHAIRMAN BEAULLIEU:  Representative Farnum,
19  does your -- does your amendment meet the judge's order?
20      REPRESENTATIVE FARNUM:  Absolutely.
21      CHAIRMAN BEAULLIEU:  Okay.  And so we have two
22  majority-minority districts, or two Black districts that
23  have a voting -- a majority voting age population over
24  50 percent?
25      REPRESENTATIVE FARNUM:  I -- I think it

Page 32

1  accomplished that, but it -- it actually increases the
2  -- the viability of the two minority districts.
3      CHAIRMAN BEAULLIEU:  Okay.  And what about
4  incumbency, are the -- the current members protected?
5      REPRESENTATIVE FARNUM:  Protects all the
6  current incumbencies.  I think it -- it -- it meets all
7  the -- all the checkboxes.
8      CHAIRMAN BEAULLIEU:  Okay.  Thank you.
9  Representative Marcelle.  Again, give me a second,
10  Representative Marcelle, because I'm going to get
11  Representative Farnum added back on.  Bear with me.
12      (Pause.)
13      REPRESENTATIVE MARCELLE:  You ready?  Thank
14  you.  Representative Farnum.
15      REPRESENTATIVE FARNUM:  Yes, ma'am.
16      REPRESENTATIVE MARCELLE:  You said that some
17  senators and some representatives met last night, but
18  you weren't able to be there.  Is that -- is that what
19  you said?
20      REPRESENTATIVE FARNUM:  That's correct.
21      REPRESENTATIVE MARCELLE:  So whose map is
22  this?
23      REPRESENTATIVE FARNUM:  This is Senator
24  Womack's map.
25      REPRESENTATIVE MARCELLE:  No, no, no, no.  The

Page 33

1  amendment.
2      REPRESENTATIVE FARNUM:  The amendment.  I'm
3  the author because --
4      REPRESENTATIVE MARCELLE:  Because if senator
5  -- I don't mean --
6      REPRESENTATIVE FARNUM:  -- it has -- it has to
7  have an author from this committee, and -- and I'm --
8      REPRESENTATIVE MARCELLE:  Okay.  It has to
9  have an author from this committee, so that's why.  Who
10  asked you to carry it is my question.
11      REPRESENTATIVE FARNUM:  I started it myself
12  without anybody asking me.  Now, I -- I allowed input
13  from other members of this body to -- to better my
14  amendment because it -- mine was -- mine was from my
15  region's perspective.
16      REPRESENTATIVE MARCELLE:  It's Calcasieu.
17      REPRESENTATIVE FARNUM:  Calcasieu's
18  perspective.
19      REPRESENTATIVE MARCELLE:  And so let me -- let
20  me see -- let -- let me walk down this really quick.  In
21  Calcasieu, you said that you wanted to make your parish
22  whole.  Did I understand that correctly?
23      REPRESENTATIVE FARNUM:  Correct.
24      REPRESENTATIVE MARCELLE:  So instead of having
25  two congressional representatives, you wanted to make

9  (Pages  30 to  33)

JE31-010

## Page 34

1  sure you were whole, and you just wanted one; is that
2  accurate?
3      REPRESENTATIVE FARNUM:  Correct.  That's
4  correct.
5      REPRESENTATIVE MARCELLE:  Okay.  But over in
6  East Baton Rouge, if I'm reading it correctly, we now
7  have three congressional districts; is that accurate?
8      REPRESENTATIVE FARNUM:  That's accurate.
9      REPRESENTATIVE MARCELLE:  That's accurate.
10 Okay.  Good.  So on the one hand, you want to make
11 yourself whole, and you want to split us three ways in
12 East Baton Rouge Parish.
13     REPRESENTATIVE FARNUM:  That's the net result.
14     REPRESENTATIVE MARCELLE:  That's the net
15 result.  Okay.  Got it.  So are you aware of the
16 population shift in Louisiana?  You know, we had these
17 hearings a year and a half ago, two, whatever.  It was
18 two years ago.  Whenever it was.  Are you aware --
19 because I think you were on this committee.
20     REPRESENTATIVE FARNUM:  Yes, ma'am.
21     REPRESENTATIVE MARCELLE:  Okay.  So are you
22 aware of the growth, the largest growth in the state?
23     REPRESENTATIVE FARNUM:  Yes.
24     REPRESENTATIVE MARCELLE:  Where was that?
25     REPRESENTATIVE FARNUM:  Northshore.

## Page 35

1      REPRESENTATIVE MARCELLE:  Where?  Northshore.
2      REPRESENTATIVE FARNUM:  Northshore.
3      REPRESENTATIVE MARCELLE:  And where was Baton
4  Rouge in that?
5      REPRESENTATIVE FARNUM:  It's probably middle
6  of the road.
7      REPRESENTATIVE MARCELLE:  Middle of the road.
8      REPRESENTATIVE FARNUM:  Yeah.
9      REPRESENTATIVE MARCELLE:  Would you say that
10 Baton Rouge had more growth than Calcasieu?
11     REPRESENTATIVE FARNUM:  I don't know if that's
12 accurate.  I -- I couldn't speak to that.
13     REPRESENTATIVE MARCELLE:  They did.  My -- my
14 point to you is that there was growth in -- in Baton
15 Rouge.  They lost population in North Louisiana.  Is
16 that accurate?
17     REPRESENTATIVE FARNUM:  That's correct.
18     REPRESENTATIVE MARCELLE:  They did lose
19 population, and I'm just trying to --
20     REPRESENTATIVE FARNUM:  That's correct.
21     REPRESENTATIVE MARCELLE:  -- refresh my
22 memory.  In North Louisiana, so, but you wanted to make
23 sure that North Louisiana -- because it looks like --
24 I'm looking at his map and your map, and it looks like
25 you shift Letlow back over --

## Page 36

1      REPRESENTATIVE FARNUM:  That's correct.
2      REPRESENTATIVE MARCELLE:  -- and she picked up
3  some more, right?
4      REPRESENTATIVE FARNUM:  That's correct.
5      REPRESENTATIVE MARCELLE:  His map -- Womack's
6  map didn't do that.  So you added back Lincoln, Jackson,
7  and you made her whole in Ouachita.
8      REPRESENTATIVE FARNUM:  Ouachita.
9      REPRESENTATIVE MARCELLE:  Ouachita.  Ouachita.
10     REPRESENTATIVE FARNUM:  Ouachita whole.
11     REPRESENTATIVE MARCELLE:  Ouachita, right?
12     REPRESENTATIVE FARNUM:  Correct.
13     REPRESENTATIVE MARCELLE:  Is that right?
14 Okay.
15     REPRESENTATIVE FARNUM:  That's correct.
16     REPRESENTATIVE MARCELLE:  I -- I want to make
17 sure I -- I got that straight.  So it -- are you aware
18 that this map that you're proposing has less compact
19 overall than Womack's map or the enacting map?  Are you
20 aware of that?  It has less compactness.
21     REPRESENTATIVE FARNUM:  No.
22     REPRESENTATIVE MARCELLE:  I know you didn't
23 have a whole lot of time to study it because it was last
24 minute.
25     REPRESENTATIVE FARNUM:  Yeah.  I don't know if

## Page 37

1  I agree with that.
2      REPRESENTATIVE MARCELLE:  You don't know if
3  you agree with it.
4      REPRESENTATIVE FARNUM:  No.
5      REPRESENTATIVE MARCELLE:  Okay.  Well, it
6  does.  In fact, it's the lowest compactness of all of
7  the maps.  That's A.  The district level in Congressional
8  District 6 is less compact than Womack's map, and the
9  Congressional District 2 is half as compact as Womack's
10 map.  Are you aware of that?
11     REPRESENTATIVE FARNUM:  So what I do know is
12 that the -- the BVAP increased.
13     REPRESENTATIVE MARCELLE:  I'm not asking about
14 the BVAP.
15     REPRESENTATIVE FARNUM:  The population
16 increased, and it helps those -- the electability of
17 those minority candidates in those areas.
18     REPRESENTATIVE MARCELLE:  I -- I guess that's
19 your opinion, but what I'm asking you for right now is
20 facts in -- in -- in -- in terms of the compactness of
21 the districts.  So let me go to another one.  Are you
22 aware that it splits more municipalities than Womack's
23 and almost twice as many as the -- the bill that I
24 brought?
25     REPRESENTATIVE FARNUM:  I'm not familiar --

PohlmanUSA Court Reporting
(877) 421-0099    PohlmanUSA.com

JE31-011

Page 38

1    REPRESENTATIVE MARCELLE:  Are you aware of
2    that?
3    REPRESENTATIVE FARNUM:  I'm not familiar with
4    your bill.
5    REPRESENTATIVE MARCELLE:  Okay.  Was HB5 up?
6    REPRESENTATIVE FARNUM:  We didn't -- we didn't
7    have a chance to hear that.
8    REPRESENTATIVE MARCELLE:  I presented it in
9    here.  You were -- you were here.
10   REPRESENTATIVE FARNUM:  You -- you voluntarily
11   withdrew it.
12   REPRESENTATIVE MARCELLE:  Pardon me?
13   REPRESENTATIVE FARNUM:  You voluntarily
14   withdrew it.
15   REPRESENTATIVE MARCELLE:  But I presented it.
16   But you had an opportunity to get it on your laptop and
17   see it like we get all bills, right, because you're on
18   this committee.
19   REPRESENTATIVE FARNUM:  Yes.
20   REPRESENTATIVE MARCELLE:  Okay.  So this map,
21   the -- well, not map, the amendments.  If these
22   amendments get on this bill, it will split more
23   municipalities than Womack's.  The deviation on these
24   amendments that go to this map is a 129, which is both
25   higher than Womack's bill, which is almost twice as much

Page 39

1    as the enacted map at 65.  I -- I think what I'm saying
2    is there were more than one goal to meet when we were
3    told to draw these maps.
4    It was more than one thing that we had to
5    consider: compactness, communities of interest, not
6    splitting municipalities.  And it appears that this map
7    -- or these amendments, if we were to vote on this, does
8    far more harm than good.
9    REPRESENTATIVE FARNUM:  So -- so it's my
10   opinion that -- that we -- we addressed all of the
11   issues that we were set out to do.  We've accomplished
12   all the goals that we were mandated by the Court to do.
13   We have the -- the two minority districts were very,
14   very lightly touched, it -- and mostly White population
15   was pulled out of those districts.
16   REPRESENTATIVE MARCELLE:  Well, let -- let me
17   just say this, Representative Farnum, with all due
18   respect.  If you were just trying to make Calcasieu
19   whole and that was your parish and you were trying to do
20   that, I might have a little bit more respect for this
21   amendment.  But since you are trying to make yourself
22   whole, and East Baton Rouge Parish split between three
23   congressional districts, that would mean that for the
24   public that's watching -- because you can't see the map,
25   or you may not be able to understand it.

Page 40

1    That would mean that Clay Higgins would
2    represent the people on Lakeshore Drive in Baton Rouge.
3    That's what that would mean.
4    REPRESENTATIVE FARNUM:  So -- so in -- in my
5    area, Clay Higgins represents my house, and if I drive
6    10 houses down the road, Congressman Johnson represents
7    those people --
8    REPRESENTATIVE MARCELLE:  I guess --
9    REPRESENTATIVE FARNUM:  -- 10 houses away from
10   my house.
11   REPRESENTATIVE MARCELLE:  I imagine because
12   you're on the line.  But what I'm saying is that's a far
13   distance from where his district starts, to bring him
14   down to Baton Rouge, and I'm just trying to -- it's
15   unclear to me what the motivation of offering this
16   amendment is, other than political reasons.  It -- it --
17   it certainly doesn't help us in Baton Rouge.
18   REPRESENTATIVE FARNUM:  Well, all -- all I can
19   say is my constituents at home expressed a strong desire
20   to remain whole.  Now, whether we were in District 3 --
21   REPRESENTATIVE MARCELLE:  So do mine.
22   REPRESENTATIVE FARNUM:  -- or District 4 -- I
23   -- I can appreciate that.  I really can appreciate that,
24   and that's why we all get a vote here.  And so it's --
25   this is -- this is my attempt to -- to help my citizens

Page 41

1    in my area.
2    REPRESENTATIVE MARCELLE:  I get that.
3    REPRESENTATIVE FARNUM:  And in the process, I
4    included -- a lot of other people from a lot of other
5    regions were included in the conversation.  I can't
6    speak to who all was included that night because I
7    wasn't able to attend that.  So it -- it was people from
8    New Orleans.  I think Senator Womack was in the room
9    when -- when it was discussed, and -- and feel free to
10   jump in any time.
11   SENATOR WOMACK:  Okay.  I -- I was in that
12   meeting, and -- and the -- back to the BVAP.  And in the
13   districts, District 2 and District 6 went up -- up as
14   far as Black voter age population.  Senator Gary Carter
15   was in the room with us looking at this and -- and
16   working on this to -- to try to come up with the best
17   outcome.  We did --
18   REPRESENTATIVE MARCELLE:  That would be --
19   SENATOR WOMACK:  -- include --
20   REPRESENTATIVE MARCELLE:  I'm sorry.  That --
21   you said Senator Carter.
22   SENATOR WOMACK:  Carter.  Gary Carter.
23   REPRESENTATIVE MARCELLE:  And that we be
24   Congressional District 2, right?
25   SENATOR WOMACK:  He was in the room.

11  (Pages 38 to 41)

Page  42

1    REPRESENTATIVE MARCELLE:  Okay.
2    SENATOR WOMACK:  He was in the room, and --
3    and -- and looking at these districts with us.  This
4    wasn't -- this wasn't -- this was several senators
5    trying to work to -- to try to accomplish, I guess, a
6    lot of maybe concerns from different ones, but I know
7    Red River Parish was put in.
8    REPRESENTATIVE MARCELLE:  Well, the -- the
9    only one that could have been concerned about
10   Congressional District 2 would be Congressman Troy
11   Carter; is that accurate?  Who -- did he have a concern
12   about your map?
13   SENATOR WOMACK:  I -- I would think that
14   Congressman -- Senator Carter would -- would be speaking
15   in -- in that capacity, as to watching the -- the -- the
16   VAP, the -- the -- the -- the voting age population.  He
17   was watching that.  He was working with us to try to
18   best fit everything that we -- that -- that people was
19   wanting and -- and -- and concerns from each side that
20   we're asking for and -- and to still maintain the -- the
21   fact that -- that we -- we got a map to draw.  And we
22   had to draw this map to get --
23   REPRESENTATIVE MARCELLE:  So let me -- let me
24   ask you, Senator.  Was somebody from Baton Rouge asking
25   to be split three ways in that room?  Because I want to

Page  43

1    know who that was.
2    SENATOR WOMACK:  I -- I -- I don't know where
3    these people -- all the people live.
4    REPRESENTATIVE MARCELLE:  Don't know where the
5    --
6    SENATOR WOMACK:  I -- I think Carter lives
7    back toward New Orleans.
8    REPRESENTATIVE MARCELLE:  Yeah.  That's what I
9    said.
10   SENATOR WOMACK:  Okay.  All right.
11   REPRESENTATIVE MARCELLE:  Right.  That's what
12   I said.  And this is --
13   SENATOR WOMACK:  And -- and -- and that's --
14   and I can't say he's been on the phone, but he was in
15   the room and worked with us on this.
16   REPRESENTATIVE MARCELLE:  Let -- let -- let me
17   say this, and I'll -- I'll leave it alone at this.  I --
18   I respect you, Senator Womack.  That's why when I
19   proposed a cleanup amendment to your bill, I came over
20   to talk to you about exactly what I was going to propose
21   on your bill.  I think it's disingenuous that we sit
22   here, and we drop maps that changes Baton Rouge because
23   some senators got in a room and decided to change my
24   district.  This is what I represent.  I -- I -- I don't
25   mean -- I'm -- and you --

Page  44

1    SENATOR WOMACK:  I'm sorry.
2    REPRESENTATIVE MARCELLE:  It's not your
3    amendment.
4    SENATOR WOMACK:  Yeah.  I'm sorry.
5    REPRESENTATIVE MARCELLE:  I'm just making a
6    statement.
7    SENATOR WOMACK:  Yes, ma'am.
8    REPRESENTATIVE MARCELLE:  And I'm not voting
9    for any map that has Baton Rouge split three ways
10   because that's insane.  It's insane.  And so for
11   whatever motive that they had, I believe that they threw
12   a monkey wrench in a bill that I think would have gotten
13   out of here without any opposition, which is your bill.
14   So I don't -- I don't know if you realize it --
15   SENATOR WOMACK:  Yeah.  Yeah.
16   REPRESENTATIVE MARCELLE:  -- but, I mean, I
17   don't think what they have done has helped your bill.
18   And if Farnum wanted to protect Calcasieu, that's
19   Calcasieu.  It ain't got nothing to do with Baton Rouge.
20    So he should have put amendment on this bill that
21   protects Calcasieu, not Baton Rouge.  Not change
22   anything in Baton Rouge.  And that's just my honest
23   opinion.  So I -- I -- I could not -- so I would object.
24   REPRESENTATIVE MARCELLE:  I -- I -- I could
25   not -- so I would object to this amendment being added.

Page  45

1    And I want everybody in Baton Rouge who's listening to
2    please call your senators and the people that represent
3    you and tell them we do not want to be split in three
4    ways in Baton Rouge.  Thank you.
5    SENATOR WOMACK:  Thank you.  Just for
6    correction, Senator Fields was in the room with us.  So
7    that -- that -- I appreciate Senator Kathy reminding me
8    of that.  He was in the room as well.
9    CHAIRMAN BEAULLIEU:  Thank you.  Ms. --
10   Representative Marcelle.  Representative Johnson.
11   REPRESENTATIVE JOHNSON:  Thank you, Mr.
12   Chairman.  Senator Womack, you represent Senate District
13   -- what's the number?
14   SENATOR WOMACK:  32.
15   REPRESENTATIVE JOHNSON:  32.  You're my
16   senator, and we share a lot of people, a lot of
17   population.  You have spent a lot of time on this map;
18   haven't you?
19   SENATOR WOMACK:  Yes, sir.
20   REPRESENTATIVE JOHNSON:  And you've tried to
21   do it as best you can and to make it legal and to make
22   it -- to adjust the population shift that has occurred
23   in our state; is that right?
24   SENATOR WOMACK:  That's right.
25   REPRESENTATIVE JOHNSON:  And it -- you're not

12  (Pages  42  to  45)

JE31-013

Page 46

1  doing it in a vacuum. It's affecting people that are in
2  your district.
3      SENATOR WOMACK: Yes, sir. That's exactly
4  right.
5      REPRESENTATIVE JOHNSON: And you are catching
6  a lot of heat because of that; aren't you?
7      SENATOR WOMACK: That's right.
8      REPRESENTATIVE JOHNSON: You take your
9  responsibility seriously; don't you?
10     SENATOR WOMACK: I do.
11     REPRESENTATIVE JOHNSON: Even when it hurts
12  you politically?
13     SENATOR WOMACK: I do.
14     REPRESENTATIVE JOHNSON: It hurts me
15  politically.
16     SENATOR WOMACK: It does. And I've
17  apologized.
18     REPRESENTATIVE JOHNSON: I know you to be a
19  good and honest man who tries to do the right thing.
20  Does this map, as amended by -- by Representative
21  Farnum, my good friend from Southwest Louisiana -- well,
22  let me back up. You believe that you have presented a
23  map that achieves all the necessary requirements and
24  provides us with the best instrument that you could come
25  up with?

Page 47

1      SENATOR WOMACK: I do.
2      REPRESENTATIVE JOHNSON: Do you believe that
3  Representative Farnum's amendment makes your bill
4  better?
5      SENATOR WOMACK: Yes.
6      REPRESENTATIVE JOHNSON: And would you support
7  your bill and your map and all of your time and all your
8  political pain that you and I are feeling if he presents
9  that amendment?
10     SENATOR WOMACK: I do. I would.
11     REPRESENTATIVE JOHNSON: Okay. Thank you,
12  Senator.
13     CHAIRMAN BEAULLIEU: Thank you, Representative
14  Johnson. Representative Newell.
15     REPRESENTATIVE NEWELL: Thank you very much,
16  Mr. Chairman. And Representative Farnum, I appreciate
17  your attempt at drawing this map. But what I don't
18  appreciate -- and I do understand that this is a
19  compressed session. And let me pause right quick and
20  say thank you to our staff because our staff is truly
21  overworked and underpaid. So I -- I -- I -- I
22  understand how swiftly they work to try to get bills
23  prepared, amendments prepared so that we can have them
24  in order to get to committee.
25     But I -- with all of that, we also need to

Page 48

1  consider this -- this -- how critical it is for everyone
2  to have these -- this information and these documents in
3  time that those of us who are sitting right here and
4  about to vote on this -- and Senator, I'm sorry. I'm
5  looking directly at you, but you -- you right there.
6  But this is -- no -- no slight against you.
7      This was not enough time to digest everything
8  that is in this amendment. We went at ease at about
9  10:15, 10:20, whatever time it was in the 10 o'clock
10  hour. We just got these maps before we sat down. When
11  y'all saw us sit down and pick up these papers, that's
12  why we were shuffling because we just got these
13  amendments. And I just needed to say this is too
14  sensitive of a issue, too sensitive of a topic to rush
15  through it and to be thrown a set of amendments.
16     There's probably more splits that we -- than
17  -- than what we're noticing. Rep Marcelle saw Baton
18  Rouge because that's where she lives. So that's what's
19  kind of jumped out at her first. But I'm sure there's
20  some other members that might feel slighted. There
21  might be some other populations or communities of
22  interest that feel that they are not being listened to
23  or heard.
24     We -- we -- I would have appreciated more time
25  to understand this since I was not given the benefit of

Page 49

1  being in the room. Rep Farnum's name is on this map,
2  and he wasn't in the room. You mentioned a lot of
3  senators in the room talking about something that
4  representatives are now sitting here trying to pour
5  over, talk about, discuss, and understand in a shorter
6  period of time.
7      Most of us can't really pay attention to the
8  discussions because we're looking and trying to
9  understand these 15 pages that we've just been given.
10  And I just needed to put that out there, Mr. Pro Tem,
11  that we should need to give each other more
12  consideration in our futures, that we give each other
13  more time to digest things that are this sensitive of a
14  issue and of a topic. And I'm still not satisfied with
15  this map. Thank you.
16     CHAIRMAN BEAULLIEU: Thank you, Representative
17  Newell. Representative Mark Wright.
18     REPRESENTATIVE WRIGHT: Thank you, Mr. Pro
19  Tem. I didn't expect to get called on so soon I thought
20  there'd be a line. I -- I don't know. I'm going to
21  upset somebody with this statement, but I'm just going
22  to say it. I don't understand the idea of wanting just
23  one rep for a parish.
24     I think if you got two, you got two people to
25  go to. I don't think congressmen sit there and say,

13 (Pages 46 to 49)

JE31-014

Page 50

1    "Oh, you know, St. Tammany, 50 percent is there.  I'm
2    only going to give it 25 percent of my time."  I think
3    if you got three, I think it's possible you get three
4    congressmen working for your parish.
5         So I don't know what that does, but I just --
6    I've been hearing this all week, heard it the last time
7    we did this, and to me, it's just not something I think
8    matters.  So I'll leave it there.
9         CHAIRMAN BEAULLIEU:  Thank you.
10   Representative Wright.  Representative Boyd.
11        REPRESENTATIVE BOYD:  Thank you, Mr. Speaker
12   Pro Tem.  I think what the problem is that, again,
13   following up on Candace -- on Rep Newell, we just were
14   presented with these amendments and your map as a matter
15   of fact.
16        I do understand, Rep Marcelle, that Senator
17   Fields was in the room with this.  But that's Senator
18   Fields and Senator Carter in the room.  We were not
19   privy to that conversation, so we had no idea what we
20   were expecting to see -- today.  And now we're
21   shuffling through pages and pages of a bill as well as
22   an amendment.
23        So I don't think anything was done
24   intentionally, but the frustration comes from us not
25   having this ourselves to actually digest it and meet

Page 51

1    with our people, our community of interest, and speak
2    about what's being presented.  So I think --
3         MALE SPEAKER 1:  (inaudible 0:57:16).
4         REPRESENTATIVE BOYD:  Exactly.  So I think
5    that that's the -- main issue here.  We know who was
6    in the -- well, we know now who were in the room when
7    this was being discussed, but we weren't, if that makes
8    any sense.  Thank you.
9         CHAIRMAN BEAULLIEU:  Thank you, Representative
10   Boyd.  Representative Larvadain.
11        REPRESENTATIVE LARVADAIN:  Thank you, Mr.
12   Chair.  Rep Farnum, thank you for making an effort to
13   try to comply with the judge's wishes, but I'm still
14   confused with your map.  In the great parish of Rapides,
15   we've divided three ways; is that correct?
16        REPRESENTATIVE FARNUM:  Two or three.
17        REPRESENTATIVE LARVADAIN:  I -- three -- I see
18   pink, green, and yellow in the great -- is that correct?
19    Am I seeing something right?  Yes.  Look at Rapides,
20   the real parish, where I'm from and Mike Johnson.
21   Rapides is -- on the east side, it's in the yellow,
22   which is Clay Higgins.  In the middle, it's in
23   District 6, and then it has a portion of District 5.  So
24   it's three in the -- is that correct?
25        REPRESENTATIVE FARNUM:  That's correct.

Page 52

1         REPRESENTATIVE LARVADAIN:  Okay.  But your
2    parish is only single; is that correct?
3         REPRESENTATIVE FARNUM:  That's correct.
4         REPRESENTATIVE LARVADAIN:  I think Avoyelles
5    Parish is -- is divided into two areas; is that correct?
6         REPRESENTATIVE FARNUM:  Excuse me?
7         REPRESENTATIVE LARVADAIN:  Avoyelles Parish is
8    divided in District 5 and 4.
9         MALE SPEAKER 1:  5 and 10.
10        REPRESENTATIVE LARVADAIN:  5 and --
11        REPRESENTATIVE FARNUM:  Yes, and they're --
12   they're --
13        REPRESENTATIVE LARVADAIN:  5 and 6?
14        REPRESENTATIVE FARNUM:  -- split in the
15   current map.
16        REPRESENTATIVE LARVADAIN:  Okay.  Now, we had
17   a better map that we think we proposed.  But once again,
18   with your map, you're dipping and diving, and you're
19   going through -- you've got a -- how many split
20   districts do you have in that area; do you know?
21        REPRESENTATIVE FARNUM:  How many what?
22        REPRESENTATIVE LARVADAIN:  Split parishes you
23   have in -- just in District 6.
24        REPRESENTATIVE FARNUM:  So in -- in this map,
25   there are 15 split parishes.  And -- and in the original

Page 53

1    map, if I counted it right, there's 32 split parishes.
2         REPRESENTATIVE LARVADAIN:  If I told you it
3    was 16 original, would that be correct?  Where would you
4    get 36?
5         REPRESENTATIVE FARNUM:  That's not the count
6    that I came up -- but I -- I don't know.  I might be
7    wrong, but I -- I think the asterisk --
8         CHAIRMAN BEAULLIEU:  16.
9         REPRESENTATIVE FARNUM:  -- the asterisk beside
10   the parishes mean that they're split.
11        REPRESENTATIVE LARVADAIN:  Okay.  Let -- let
12   me correct then --
13        REPRESENTATIVE FARNUM:  There's 32 of them.
14        REPRESENTATIVE LARVADAIN:  Yeah.  And -- and
15   Senator Womack's map, it was 16 split; is that correct?
16        REPRESENTATIVE FARNUM:  I don't believe that's
17   correct.  I think there's 32 in the original map.  Help
18   -- help me with that Ms. Lowery.
19        REPRESENTATIVE LARVADAIN:  I think it's 16.
20        MS. LOWERY:  Members, I think what
21   Representative Farnum is counting the number of
22   asterisks, but the asterisk in front of a parish on the
23   report -- on the split parish report means it is split,
24   but there are 16 split parishes --
25        REPRESENTATIVE FARNUM:  Okay.

14  (Pages 50 to 53)

## Page 54

1  MS. LOWERY: -- in the plan, so.

2  REPRESENTATIVE FARNUM: Okay. So we reduced

3  that by one.

4  REPRESENTATIVE LARVADAIN: Those 15?

5  REPRESENTATIVE FARNUM: I think. If I -- if

6  I'm adding right.

7  MS. LOWERY: 15 in his original --

8  REPRESENTATIVE FARNUM: 15 in the original?

9  MS. LOWERY: -- and 16 in your amendment,

10  Representative.

11  REPRESENTATIVE FARNUM: Okay. So we increase

12  it by one.

13  REPRESENTATIVE LARVADAIN: Yeah. You added

14  one to it, okay. What about -- where does Congressman

15  Graves live? Is he in District 6 or he's in District 5?

16  REPRESENTATIVE FARNUM: I have no idea where

17  Congressman Graves lives.

18  FEMALE SPEAKER 3: I think Baton Rouge.

19  REPRESENTATIVE LARVADAIN: I think he's in --

20  I think he's in East Baton Rouge Parish.

21  REPRESENTATIVE FARNUM: I -- I have no --

22  REPRESENTATIVE LARVADAIN: If I told you --

23  REPRESENTATIVE FARNUM: -- no idea where he

24  lives.

25  REPRESENTATIVE LARVADAIN: Would he -- would

## Page 55

1  he be a part of District 5, that district, or you don't

2  know?

3  REPRESENTATIVE FARNUM: I don't know. I don't

4  know where any of the congressmen live other than the

5  regions that they come from.

6  REPRESENTATIVE LARVADAIN: Okay. Okay. Did

7  you get a chance to talk to Congressman Mike Johnson

8  about his district?

9  REPRESENTATIVE FARNUM: Huh? I have not. I

10  talked to Congressman Higgins about his.

11  REPRESENTATIVE LARVADAIN: Okay. And what did

12  Congressman Higgins say about his district?

13  REPRESENTATIVE FARNUM: He -- he -- he thought

14  it was a good idea that we were okay to be split. I

15  disagreed with him. Very -- very civil conversation.

16  He was disappointed that we would rather push -- push to

17  the -- a single member. But, you know, I'm -- I'm

18  listening to my constituents, and that's -- that's who I

19  have to answer to.

20  REPRESENTATIVE LARVADAIN: Does Congressman

21  Higgins have -- have a problem with going all the way

22  from Cameron to Baton Rouge Parish? Is that ideal for

23  him?

24  REPRESENTATIVE FARNUM: That wasn't an issue

25  that he -- he expressed to me.

## Page 56

1  REPRESENTATIVE LARVADAIN: Okay.

2  REPRESENTATIVE FARNUM: He -- he -- he would

3  like to retain part of Calcasieu if possible. And --

4  REPRESENTATIVE LARVADAIN: Blame him. That's

5  a big city.

6  REPRESENTATIVE FARNUM: -- and we -- we

7  disagreed with that.

8  REPRESENTATIVE LARVADAIN: Yeah, I don't -- I

9  don't blame him. I know he wants to control --

10  represent Lake Charles.

11  REPRESENTATIVE FARNUM: And I'm -- I'm

12  perfectly fine having Congressman Higgins or Congressman

13  Johnson. I like both of them. We just want to have

14  one.

15  REPRESENTATIVE LARVADAIN: And it's not

16  Representative -- Congressman Higgins. It's -- you'd

17  rather have --

18  REPRESENTATIVE FARNUM: No. It's -- it's --

19  REPRESENTATIVE LARVADAIN: Yeah.

20  REPRESENTATIVE FARNUM: That's -- that's the

21  rotation that's possible.

22  REPRESENTATIVE LARVADAIN: Okay.

23  REPRESENTATIVE FARNUM: Is -- is a

24  counterclockwise rotation is the only one that's

25  possible.

## Page 57

1  REPRESENTATIVE LARVADAIN: And I know with

2  Congressman Mike Johnson, the Caddo Parish, they wanted

3  to make sure Bossier -- they wanted to make sure

4  Barksdale and Fort Johnson were in the same district; is

5  that correct?

6  REPRESENTATIVE FARNUM: I believe so.

7  REPRESENTATIVE LARVADAIN: And this map does

8  that?

9  REPRESENTATIVE FARNUM: I believe so.

10  REPRESENTATIVE LARVADAIN: Now, what about

11  Congressman Scalise? Did he have a problem with his

12  district?

13  REPRESENTATIVE FARNUM: I don't think -- I

14  haven't spoke with him. I haven't spoke with any of his

15  staff. I couldn't answer that question.

16  REPRESENTATIVE LARVADAIN: What about

17  Congressman Letlow? Does she have a problem with her

18  district?

19  REPRESENTATIVE FARNUM: I think she very happy

20  with the fact that she made Ouachita whole, which was

21  one of her desires, and gained more northern population

22  to -- for -- for her district. People that she's

23  represented in the past, she wanted to retain those

24  people.

25  REPRESENTATIVE LARVADAIN: And you had a good

15 (Pages 54 to 57)

Page 58

1   idea of what Congressman Carter wanted in District --
2   District 2?
3           REPRESENTATIVE FARNUM:  I have no idea.
4           REPRESENTATIVE LARVADAIN:  Okay.  And let me
5   make sure in -- in District 6, the new district, the VAP
6   -- the VAP map is 54.342; is that correct?  I'm looking
7   at it.
8           REPRESENTATIVE FARNUM:  I'll take your word
9   for it.  It -- they went up.
10          REPRESENTATIVE LARVADAIN:  Yeah.  BVAP.  Okay.
11   And we know that that district will perform at that
12   capacity?
13          REPRESENTATIVE FARNUM:  We feel like it'll
14   perform better because the population -- the -- the BVAP
15   has increased.
16          REPRESENTATIVE LARVADAIN:  And what about the
17   BVAP for District 2 at 51.7?  Will that increase?
18          REPRESENTATIVE FARNUM:  It -- it increased as
19   well.
20          REPRESENTATIVE LARVADAIN:  So your -- your map
21   will produce two majority-minority districts; is that
22   correct?
23          REPRESENTATIVE FARNUM:  That's correct.
24          REPRESENTATIVE LARVADAIN:  But you've got
25   several districts in District 6 where you have my

Page 59

1   district, Rapides, is split three ways, and also East
2   Baton Rouge Parish is split three ways.
3           REPRESENTATIVE FARNUM:  I -- I think in order
4   to accomplish the shift in population, I think some of
5   the white population was extracted from -- from that
6   minority district in order to increase their -- their
7   BVAP.
8           REPRESENTATIVE LARVADAIN:  Okay.  That's it.
9   Thank you.
10          REPRESENTATIVE FARNUM:  Thank you.
11          CHAIRMAN BEAULLIEU:  Thank you, Representative
12   Larvadain.  Representative Marcelle.
13          REPRESENTATIVE MARCELLE:  Thank you.  Let --
14   let -- let me start out by saying I'm not personally
15   attacking any senator, particularly Gary Carter, who I
16   like and have served with.  I believe that you said that
17   Senator Carter was in the room.  And I believe that you
18   said that he probably was protecting the interest or
19   speaking on behalf of Senator -- I mean, Congressman
20   Carter.
21          So I -- I asked a question was anybody in
22   there from Baton Rouge?  What I'm being told by my
23   senator or one of my senators, which is Cleo Fields,
24   that he was handed the finished product - he did not
25   work on the product - after the product was finished.

Page 60

1   That's what I was being told.
2           That's A. And B, we do have another senator in
3   Baton Rouge.  Her name is Senator Regina Barrow.  She is
4   the Pro Tem.  So I'm wondering why she wasn't in the
5   room.  We're a metropolitan area.  So I want to clear
6   that up.  I guess she wasn't invited to the party.  I --
7   I don't know.
8           But I -- I do want to ask our chairman if the
9   Legal Defense Fund can come up and help to clear up some
10   of the questions that we may have about these map and
11   the performance because we have the public who's
12   listening, and they should know what's going on.  I
13   believe that these are the people who could perhaps
14   answer some of the questions that we have.
15          And I certainly have some questions for them
16   myself, since I can't get a clear answer on performance
17   or compactness.  All of these issues that we're talking
18   about: the deviation, how many splits it is.  I have an
19   attorney right here by me, Mr. Larvadain.  And he's --
20   because we were given this information a few minutes
21   ago, as legislators, many of us can't decipher through
22   it.
23          So I would ask that LDF, the Legal Defense
24   Fund, would be able to come up to the table to answer
25   some questions as it relates to these amendments, if you

Page 61

1   don't mind.  Mr. Beaullieu -- Chairman Beaullieu.  Thank
2   you.
3           REPRESENTATIVE JOHNSON:  Someone present here
4   from the Legal Defense Fund like to come to the table?
5           CHAIRMAN BEAULLIEU:  Ms. Lowery on a
6   clarification.
7           MS. LOWERY:  I just wanted to correct.  Hey,
8   Members - I'm sorry - in the audience, I want to correct
9   something I said earlier.  Senator Womack's Bill
10   presently has 16 split parishes as well as
11   Representative Farnum's amendment at 16 split parishes.
12          CHAIRMAN BEAULLIEU:  Thank you.  Ms. Lowery,
13   Rep Marcelle.  And we have -- if y'all wouldn't mind,
14   please introduce yourselves.  And y'all filled out
15   cards?
16          MS. WENGER:  We did not, but we can.
17          CHAIRMAN BEAULLIEU:  Please do.  Thank you.
18          MS. WENGER:  My name is Victoria Wenger.  I'm
19   an attorney with the Legal Defense Fund.
20          MR. EVANS:  Jared Evans, attorney with the
21   Legal Defense Fund.
22          REPRESENTATIVE MARCELLE:  Thank you all for
23   coming to the table, and thank you for your work on this
24   matter.  Can you please -- first of all, let me -- let
25   me ask you a question because perhaps you all got this

16  (Pages 58 to 61)

Page 62

1    map a lot sooner than us.  You all have been working for
2    how many years on getting this done?
3         MS. WENGER:  We filed our litigation,
4    Robinson, now, v. Landry - at the time it was Robinson
5    v. Ardoin - the day that the legislature overrode the
6    governor's veto.  I believe it was March 30th, 2022.
7         MR. EVANS:  But the work started around the
8    first roadshow in October 2021 -- September 2021.
9         REPRESENTATIVE MARCELLE:  Okay.  So can you
10   all please tell me, in your opinion, what adding -- if
11   this amendment get on, what does it do to Womack's bill?
12   Does it make it better?  Does it make it worse?  Is it
13   more compactness?  Is it more split parishes?  Does it
14   make sense?
15        Help me and help walk us through it because
16   the public really needs to know what's going on.  And I
17   know they can't know because we just got hit with it
18   today.
19        MS. WENGER:  Representative Marcelle, we're in
20   a similar posture to you.  The map that we advocated for
21   was presented here in the legislature as SB4 which died
22   in committee, and HB5, sponsored by you.  That exact map
23   has been in public discourse since the roadshow, as my
24   colleague mentioned, at least a similar version.  Our
25   attempt was to create a new Black-majority district in

Page 63

1    District 5, uniting north Baton Rouge with the Delta
2    parishes.
3         We have also seen in the public domain other
4    versions of maps, like HB12 in 2022, that run along the
5    Red River and the I-49 corridor.  But we, for a variety
6    of different reasons, had really coalesced around
7    another -- another option here, and that's because it
8    has been held up to court scrutiny for years now.
9         It has made its way before the District Court,
10   but also before the Fifth Circuit Court of Appeals.
11   We've had to show that it's possible to reduce parish
12   splits in line with Joint Rule 21, which was passed by
13   this legislature in 2021.
14        So I guess our journey started earlier than we
15   represented.  We've been following redistricting since,
16   perhaps, the census and since you all made the rules.
17   So --
18        REPRESENTATIVE MARCELLE:  So -- so I guess my
19   question is: does this amendment make more splits than
20   -- because I think it has 16 in it.
21        MS. WENGER:  So you'll put us on the spot.  So
22   let me pull out my notebook and -- and talk a little bit
23   about the other maps we've seen in this process.
24        REPRESENTATIVE MARCELLE:  Okay.  Well, I'm
25   just trying to get a little clarity for myself and other

Page 64

1    members and -- and just trying to figure out exactly
2    what putting this amendment -- and I know you hadn't had
3    a long time to digest it.  What is -- what is your
4    opinion about adding this amendment to Senator Womack's
5    bill?
6         MS. WENGER:  Sure.  So I think I heard
7    recently - and, again, we're processing this information
8    as quickly as you all are - that there was 16 parish
9    splits.  Am I accurate in that?
10        REPRESENTATIVE MARCELLE:  Yeah.
11        MS. WENGER:  Okay.
12        REPRESENTATIVE MARCELLE:  That's what I
13   counted.
14        MS. WENGER:  So the enacted map that is
15   currently in place has 15 parish splits.  The remedial
16   map that we proposed in litigation and that been vetted
17   by the courts --
18        REPRESENTATIVE MARCELLE:  11.
19        MS. WENGER:  -- has 11 parish splits.
20        REPRESENTATIVE MARCELLE:  Yeah.  That's what I
21   thought.
22        MS. WENGER:  Representative Marcelle, I think
23   you also have an amendment that -- I don't know if it
24   has this beat, but it's certainly closer to that.  And,
25   again, I know that there's been different opinions

Page 65

1    shared here about parish splits.  But that's coming not
2    only directly from doctrine around redistricting, but
3    also Joint Rule 21.  We have been abiding by the rules
4    that this legislature put in place for yourselves.
5         So that is the rubric that we are guided by,
6    that the courts are referring to, that our map drawer is
7    accountable to.  So that's why parish splits are
8    emphasized.
9         There's also a logic to it.  There's a lot of
10   governing that's done at the parish level here.  There's
11   election administration, school boards, other elements
12   of civic life that have been recognized in your
13   politics, in your policy, in Joint Rule 21, and by the
14   federal courts.  So that's why that principle is so
15   important.  I think there's many other things.
16        And, again, I -- I don't even have a copy of
17   the amendment in front of me here, but we have had to
18   comply with principles like deviation, trying to get
19   that as close to zero as possible, certainly trying to
20   keep important places.
21        We've heard really compelling testimony about
22   the importance of keeping military bases whole or the
23   communities that serve those areas, whether it's, you
24   know, housing or other communities of interest.  We have
25   tried to comply with that over the course of the -- the

17  (Pages 62 to 65)

Page 66

1    process.  Even SB4 and HB5, we have alternative options
2    that we could pursue to keep some of the military
3    districts that have been -- or military bases that have
4    been mentioned whole.
5         We'd be happy to work on that with you all.
6    We would be happy to end this litigation with a map that
7    complies with Section 2 and also can achieve other
8    political ends.  We understand for any type of politics
9    that our bill was not successful here.
10        We do, however, know based off of the
11   amendment that Representative Marcelle has presented
12   here, based off of record from prior bills filed in this
13   process or presented by the civil rights community that
14   follow the Red River and I-49, that there could be ways
15   to clean up this amendment to otherwise perfect it that,
16   maybe, maybe, could get us further towards resolution in
17   this litigation but none that could do that as
18   efficiently and cost-effectively for years and years of
19   expensive litigation with folks far above my -- my
20   bracket to get it over with and to finally just be
21   resolved.
22        There is a path forward there.  It is in
23   grasp.  We would love -- and on behalf of our clients,
24   we would love to see that resolution.
25        REPRESENTATIVE MARCELLE:  Well, thank you.  I

Page 67

1    -- I just was wondering, Rapides and East Baton Rouge
2    are heavily populated by minorities, right?
3         MS. WENGER:  That's correct.
4         MR. EVANS:  That's correct.
5         REPRESENTATIVE MARCELLE:  Would you agree with
6    that?
7         MR. EVANS:  That's correct.
8         REPRESENTATIVE MARCELLE:  And I'm just
9    wondering how would the Court view that, that we split
10   it three ways, both of them?
11        MS. WENGER:  I think the Court would have a
12   lot of questions about what are the politics guiding
13   this.  And I think my question is:  why, for three years
14   or more, are we not listening to Black people who came
15   here?  We had young people who drove here overnight in
16   the snow and back roads from my colleague's alma mater
17   up north at Grambling University just to have their
18   voices heard in the process.
19        We had people who were here when the whole
20   state was closed down, were here on Martin Luther King
21   Day when the nation is closed down.  And they came to
22   advocate for SB4.  And they still, after years, have
23   never gotten a floor debate.
24        They've never been able to see this
25   conversation happen or to have their grievances met with

Page 68

1    any genuine effort to resolve this Section 2 violation
2    or just honor a principle of fairness.
3         So there might be a path forward here.  We
4    tried to give a much easier one to get this litigation
5    over with.  I cannot speak to whether this is that path
6    forward.  I can speak to ways to do this better by
7    redistricting criteria and, hopefully, give people some
8    fairness and give you all some reprieve from federal
9    court litigation.
10        REPRESENTATIVE MARCELLE:  Okay.  Thank you.
11   I'm -- I'm just wondering if there's a risk that the
12   judge would say that this is -- she would go ahead and
13   draw it herself because instead of reducing it, we
14   increased it, and so -- the splits.  And I -- and I --
15   I'm just curious.
16        And -- and we keep talking about the political
17   motivations.  And I heard and I respect Senator Womack
18   who talked about he wanted to -- to make Scalise -- he
19   checked with Scalise.  He checked with Letlow.  I heard
20   every person's name except Gary Graves, and that's one
21   of my congressmen.  I was wondering if y'all had a
22   conversation with him as well.  But --
23        MR. EVANS:  Hope you're not asking us that.
24        REPRESENTATIVE MARCELLE:  Pardon me?
25        MR. EVANS:  I was talking -- yeah.  You

Page 69

1    weren't asking that to me, right?
2         REPRESENTATIVE MARCELLE:  No, no, no, no, no
3    --
4         MR. EVANS:  Yeah.
5         REPRESENTATIVE MARCELLE:  -- no, no, no.  I
6    was just making a statement because I'm -- I'm -- I'm
7    about to be quiet.
8         But I -- I just want to make sure that
9    everybody understand when you start talking about -- and
10   I said this the other day when I was at the table.  If
11   we could remove all of the people who represent the
12   districts away from it and give it to somebody and allow
13   them to draw it fairly, then we would get the best
14   product because it's not impossible to draw two Black
15   congressional districts.
16        But if everybody -- nobody wants to give up
17   any portion of anything, you're going to have the same
18   problem over and over again.  And -- and I do respect
19   that Senator Womack says he's -- you know, his district
20   is -- is getting hit as well.  But everybody has to give
21   up something to do what is right.  And nobody wants to
22   do that.
23        Some people want to make sure that they have,
24   you know, a certain number of a certain population to
25   win.  And it's just not right.  It is not right.  It is

18  (Pages 66 to 69)

JE31-019

Page 70

1  far too long that Louisiana has done things wrong.  And
2  it's about time that we do something that's right and
3  get us out of the courts.
4        And I want to thank you guys for your work.  I
5  don't know if anybody else has any questions for you,
6  but I -- I see this as strictly politics, last minute,
7  let's throw in something and confuse the whole issue.
8  But I will not vote for this bill with that amendment on
9  it.  Thank you.
10       CHAIRMAN BEAULLIEU:  Also -- have -- have --
11 have y'all filled out cards.  If not, would you please
12 do it?
13       MR. EVANS:  We going to fill them out.
14       MS. WENGER:  We will.  Thank you.
15       CHAIRMAN BEAULLIEU:  Thank you.
16 Representative Wyble.
17       REPRESENTATIVE WYBLE:  Yes.  Thank you.  If
18 you could remain just for a minute, please.  Sorry.  I'm
19 sorry.  I didn't catch your name.
20       MS. WENGER:  Sorry.  I'm Victoria Wenger.
21       REPRESENTATIVE WYBLE:  Oh, thank you both for
22 being here.  I appreciate it.  You mentioned in -- in
23 your remarks, you connected splitting parishes with
24 local politics and, like, school board elections.  So
25 just connect for me, where's the voter confusion if a

Page 71

1  parish is split with a school board election?  Make that
2  connection for me, because you mentioned school board
3  particularly --
4        MS. WENGER:  So --
5        REPRESENTATIVE WYBLE:  -- specifically.
6        MS. WENGER:  Yeah, this could vary based off
7  -- parish to parish, based off where -- what types of
8  elections are happening, whether they're a district, at
9  large, whether -- you know, how many folks are on a
10 school board, if there's someone elected at large and
11 another position.  It can happen a lot of different
12 ways.
13       Again, what -- what I was speaking to, again,
14 is Joint Rule 21, which signified the fact that this
15 legislature and the prior legislature that enacted it,
16 wanted to keep in consideration how current lines,
17 political lines, like parishes -- that's probably the
18 most significant one you could think of here.
19       But another thing that our map drawer
20 considered and that Joint Rule 21 is considering is
21 municipalities or unincorporated areas.  And so you're
22 thinking about how are ballots drawn around that.  How
23 are people conceptualizing?
24       And, you know, we -- we don't just work on
25 redistricting or litigating.  We do civic education all

Page 72

1  the time, and we represent groups that are trying to get
2  folks engaged in this process, excited, and knowing that
3  their vote's going to matter.  So it's perhaps a way to
4  reduce some confusion or to have, again, the lines line
5  up.
6        But, again, I think the legislature and the
7  folks behind Joint Rule 21, many of y'all, colleagues,
8  or folks that, you know, have moved along to the Senate
9  but were part of that process, can speak best to why
10 that matters specifically to them.
11       But it is something that's been dignified in
12 the courts, that's been recognized both at a very
13 Louisiana-specific level.  Most other places, we're
14 calling them counties instead of parishes.  So it means
15 something here.  It really matters.
16       So I think that's why, perhaps, it was
17 involved in Joint Rule 21.  Perhaps it's mattered to the
18 courts.  But parish splits is -- is something you can
19 quantify.  You can look at how many times the parishes
20 are split overall.  There's this other quantitative
21 metric we talk about called fracking, which is, like,
22 where multiple districts or different non-contiguous
23 parts of a district are coming into a parish.
24       We're just really looking at what are those
25 metrics where it's fair to put one map side by side and

Page 73

1  make some observations about how they compare, where you
2  can take politics or you can take other subjective
3  measures out of the equation for a moment just to do
4  that side by side.  So I was mentioning that as one of
5  those quantitative measures that's codified for this
6  legislature in Joint Rule 21.
7        REPRESENTATIVE WYBLE:  I -- I was just curious
8  where the correlation was because, I'm not sure if
9  you're aware, but we actually have parishes in Louisiana
10 that have multiple public school districts.
11       MS. WENGER:  Absolutely.
12       REPRESENTATIVE WYBLE:  So in some of those
13 parishes, they're already voting for different school
14 board members and -- and there are splits, if you want
15 to call it that.  And I just -- you -- you -- you caught
16 my attention when you mentioned school boards.  And I
17 was trying to figure out the correlation to that and
18 splitting a parish in a congressional district.
19       MS. WENGER:  Yeah.  And it really depends
20 parish by parish, and those are -- those are the types
21 of lines.  Or, like, you could halve the districts,
22 those school districts.  That's one of the things that
23 map drawers can actually have on the screen and can use
24 as a measure of how to look at that.
25       So you can also look at what's called landmark

19  (Pages 70 to 73)

Page 74

1 or COI landmark. So thinking of school districts or
2 hospitals, airports, everything else when you're looking
3 at that metric, all I can speak to -- I can't speak to
4 this amendment. I just saw it. But in terms of
5 landmark place splits, the map that we had proposed had
6 the exact same amount as the enacted map.
7 So that was another metric that, in our
8 process, we were able to hold ourselves accountable to,
9 to making sure our map was as good as or, in most of the
10 instances, better than the enacted map.
11 CHAIRMAN BEAULLIEU: So, Representative Wyble,
12 what we can do -- I know you're a big school board guy.
13 Why don't we get you with them afterwards, and y'all can
14 talk in some details on that?
15 MS. WENGER: We've got slide decks on this.
16 CHAIRMAN BEAULLIEU: Right. No. They have --
17 they have -- they have tons of information.
18 MS. WENGER: I'd be happy to provide it for us
19 anytime.
20 REPRESENTATIVE WYBLE: Thank -- thank you so
21 much.
22 MS. WENGER: Thank you.
23 CHAIRMAN BEAULLIEU: Thank you, Representative
24 Wyble. Members, that clears the board. Representative
25 Farnum has a motion on the table to adopt Amendment Set

Page 75

1 68. And objection -- what's that?
2 VICE CHAIRMAN LYONS: (inaudible 1:22:44).
3 CHAIRMAN BEAULLIEU: Oh, oh. One second,
4 Members. Vice Chairman Lyons.
5 VICE CHAIRMAN LYONS: Thank you, Mr. Chairman.
6 And I was going to address this -- this to
7 Representative Farnum on -- on your amendment. And
8 after the table was just -- was clear with that
9 information, now, I -- I just want to say that the past
10 two years, I've been through every roadshow throughout
11 this state.
12 I was in Calcasieu, and I heard the testimony
13 there. And I -- I sympathize in it with the individual
14 residents there as they talked about being whole as
15 other communities of interest throughout the state.
16 That was the most impacting testimony that we received
17 throughout this process. And it went on for not only
18 from our community to your community, everywhere else.
19 And the question remains always - and we don't
20 have an answer for - is: can we draw the perfect map? I
21 don't think we ever can draw the perfect map. I don't
22 think that there's ever going to be a situation where
23 everybody's going to be happy or even whole.
24 But I'm looking at the mission that we have
25 here. And the mission that we have here is that we have

Page 76

1 to create two majority-Black districts. And performance
2 of those maps that we saw earlier, some that didn't make
3 it through, some that were here, including yours,
4 Senator Womack, some of them perform. Some perform
5 better than others.
6 But we have to look at the -- the -- the
7 center of this piece, and that is to create those
8 districts that perform. And some of that's going to be
9 for debate and some that's going to be for the -- the
10 clearing pieces to happen as we go forward.
11 But I just want to put on the record, you
12 know, that I know the senators worked hard on this
13 piece. And that goal is what was in mind, to create
14 these two majority-Black districts and to do it with as
15 much of the criteria as possible to be done to -- to
16 make sure that it -- it -- it is conforming.
17 And -- and with that being said, I wanted to
18 get that clear of what that message is and what we're
19 doing here, which you remember before we -- we go with
20 this piece. And I wanted to say that, Mr. Chairman, as
21 we go forward in this opportunity. Thank you.
22 CHAIRMAN BEAULLIEU: Thank you, Vice Chairman
23 Lyons. Members, back on the motion, we have a -- a
24 motion by Representative Foreman to adopt -- Farnum to
25 adopt Amendment Set 68. Is there any objections to the

Page 77

1 adoption of that amendment set? Hearing no -- no
2 objection, Amendment Set 68 is -- is hereby adopted.
3 On to the next amendment. We have Amendment
4 Set 70, I believe, Representative Marcelle.
5 Representative Marcelle, on -- on your amendment.
6 REPRESENTATIVE MARCELLE: That's amendment
7 (inaudible 1:25:52).
8 CHAIRMAN BEAULLIEU: Or Ms. Lowery, would you
9 mind reading that in?
10 REPRESENTATIVE MARCELLE: I just missed my
11 objection -- amendment.
12 MS. LOWERY: Thank you, Mr. Chairman.
13 Representative Marcelle brings Amendment Set HCASB-8362,
14 number 70. This is available, Members, in front of you,
15 and also for members of the public, it's available
16 online.
17 CHAIRMAN BEAULLIEU: Representative Marcelle,
18 on your amendment.
19 REPRESENTATIVE MARCELLE: Thank you.
20 Amendment Number 3 adds River -- the Red River Parish to
21 Congressional District 6, better preserving the Red
22 River community of interest and the community of
23 interest formed by Red River, Natchitoches, and DeSoto
24 Parishes. It also makes Ouachita Parish whole in
25 Congressional District 5.

20 (Pages 74 to 77)

## Page 78

1    It keeps all the Delta parishes whole and
2  together.  It reduces the parish splits to 11.  It
3  reduces the deviation to 22.  It keeps more of
4  Shreveport together in Congressional District 6 - I did
5  that for Representative Phelps - substantially improves
6  compactness of Congressional District 6, performs as
7  well for Black voters as Senate Bill 8 with a lower
8  Black voting-age population.
9         And that's what it does.  And I ask for your
10  favorable passes.  This is actually a cleanup bill.  It
11  doesn't change Senator Womack's bill a whole lot.  It's
12  just a cleanup bill, and it gives us fewer splits.  And
13  I'd ask for your favorable passage.
14         CHAIRMAN BEAULLIEU:  Thank you, Representative
15  Marcelle.  Members, just as a clarification, the way
16  these amendments are drafted, they are drafted in a --
17  in a -- in a fashion that -- it's the whole plan.  It's
18  not -- we're not taking a precinct here or there and --
19  and adding them.  And so it's a -- it's a whole plan.
20         So the amendment set that we just adopted,
21  Representative Farnum, is currently the whole plan.
22  What Representative Marcelle is proposing is that we
23  abandon Representative Farnum's plan and we adopt
24  Amendment Set 70, which would be another -- which would
25  be a separate whole plan.  And should this amendment

## Page 79

1  pass, it would replace the Representative Farnum
2  amendment that -- that just passed.
3         I just want to make sure we have a
4  clarification on there.  Do we have any questions on the
5  amendment?  Okay.  There are no questions at this time.
6  If you give me a second, I believe we have some -- I got
7  a bunch of cards up here, and we might have some cards
8  on the amendment set.  Bear with me for a second while I
9  start through some of these.
10         (Pause.)
11         SENATOR WOMACK:  Mr. Chairman, if I might --
12         CHAIRMAN BEAULLIEU:  Yeah.  Go ahead, Senator.
13         SENATOR WOMACK:  -- have the mic.  I just want
14  to clarify that Senator Fields did come in with the plan
15  -- on the plan, but he was not for splitting up Baton
16  Rouge.  I want to clarify that.
17         REPRESENTATIVE MARCELLE:  I -- I certainly
18  thank you for that, because I was going to vote against
19  Senator Fields the next time he ran if you told me he
20  was splitting up Baton Rouge three ways.  And I -- and I
21  like him, but he -- he was going to have to go if he did
22  that.
23         SENATOR WOMACK:  Well, I just wanted to --
24  wanted to put that on the record.
25         REPRESENTATIVE MARCELLE:  Yes, sir.  Thank

## Page 80

1  you.
2         SENATOR WOMACK:  Thank you.
3         REPRESENTATIVE MARCELLE:  Thank you.
4         CHAIRMAN BEAULLIEU:  Representative Marcelle,
5  we do have some -- some green cards.  All of them
6  present and do not wish to speak, but all in favor of
7  this amendment set: Ms. Martha Davis (phonetic), Mr.
8  Jared Evans, Ms. Ashley Shelton (phonetic), and Ms.
9  Victoria Wenger.  So all those green cards in favor.
10         There are no questions for you, Representative
11  Marcelle.  Members, Representative Marcelle has offered
12  up Amendment Set 70 --
13         REPRESENTATIVE FARNUM:  Objection.
14         CHAIRMAN BEAULLIEU:  -- for your
15  consideration.  Representative Farnum has objected.  Ms.
16  Baker, would you please call -- so look -- an -- a --
17  vote yes replaces Representative Marcelle's amendment with
18  Representative Marcelle's amendment.  A vote of no keeps
19  Representative Farnum's amendment as your -- your
20  primary maps.  Ms. Baker.
21         MS. BAKER:  Thank you.  Mr. Chairman.
22  Chairman Beaullieu?
23         CHAIRMAN BEAULLIEU:  No.
24         MS. BAKER:  No.  Representative Billings?
25         REPRESENTATIVE BILLINGS:  No.

## Page 81

1         MS. BAKER:  No.  Representative Boyd?
2         REPRESENTATIVE BOYD:  Yes.
3         MS. BAKER:  Yes.  Representative Carlson?
4         REPRESENTATIVE CARLSON:  No.
5         MS. BAKER:  No.  Representative Carter --
6  Representative Carver?
7         REPRESENTATIVE CARTER:  No.
8         MS. BAKER:  No.  Representative Farnum?
9         REPRESENTATIVE FARNUM:  No.
10         MS. BAKER:  No.  Representative Gadberry?
11         REPRESENTATIVE GADBERRY:  No.
12         MS. BAKER:  No.  Representative Johnson?
13         REPRESENTATIVE JOHNSON:  No.
14         MS. BAKER:  No.  Representative Larvadain?
15         REPRESENTATIVE LARVADAIN:  Yes.
16         MS. BAKER:  Yes.  Representative -- Vice Chair
17  Lyons?
18         VICE CHAIRMAN LYONS:  Yes.
19         MS. BAKER:  Yes.  Representative Marcelle?
20         REPRESENTATIVE MARCELLE:  Yes.
21         MS. BAKER:  Yes.  Representative Newell?
22         REPRESENTATIVE NEWELL:  Yes.
23         MS. BAKER:  Yes.  Representative Schamerhorn?
24         REPRESENTATIVE SCHAMERHORN:  No.
25         MS. BAKER:  No.  Representative Thomas?

21  (Pages 78 to 81)

Page 82

1    REPRESENTATIVE THOMAS:  No.
2    MS. BAKER:  No.  Representative Wright?
3    REPRESENTATIVE WRIGHT:  No.
4    MS. BAKER:  No.  Representative Wyble?
5    REPRESENTATIVE WYBLE:  No.
6    MS. BAKER:  No.  There are 5 yeas and 11 nays.
7    CHAIRMAN BEAULLIEU:  Members, Amendment Set 70
8    has failed to pass.  So we're back on the bill, which is
9    the Amendment Set of 68, which we have just adopted.
10   We're going to go ahead and -- and -- and read in some
11   cards present in support and not wishing to speak.
12       We have Ms. Brianna Robillard (phonetic),
13   present in support and not wishing to speak; Deborah
14   Hebert (phonetic); Gary Hebert as well; Elise Blade
15   (phonetic), present, in support, not wishing to speak.
16       All of these are present in support, not
17   wishing to speak.  Ashley Duly (phonetic), Heather Trice
18   (phonetic), Catherine Mays (phonetic), Gail Baralt
19   (phonetic), Julia Harris, Joyce LaCour, Lucille Harris
20   (phonetic), Kristy Robinson (phonetic), Kathleen --
21   maybe, Matharms.
22       MS. FARMS:  Farms.
23       CHAIRMAN BEAULLIEU:  Form?
24       MS. FARMS:  F-A-R-M-S.
25       CHAIRMAN BEAULLIEU:  Oh, Farms.  Okay, yeah.

Page 83

1    Thank you.  Farms, Tisha -- and Tisha Lathan.
2        We have a couple of red cards present and not
3    wishing to speak, in opposition.  Christine Robinson,
4    Gail Paralt.  And then we have some red cards present
5    and would like to speak.  We'll start with Chris
6    Alexander.  So if you'll give the floor, please,
7    Senator.
8        MR. ALEXANDER:  Thank you.
9        CHAIRMAN BEAULLIEU:  Mr. Alexander, if you
10   would please introduce yourself for the committee?
11       MR. ALEXANDER:  Sure.  My name is Chris.
12       CHAIRMAN BEAULLIEU:  Give me -- give me one
13   second, Mr. Alexander.
14       MR. ALEXANDER:  Sure.
15       CHAIRMAN BEAULLIEU:  Representative Newell, do
16   you have a question?
17       REPRESENTATIVE NEWELL:  Newell.
18       CHAIRMAN BEAULLIEU:  Newell.
19       REPRESENTATIVE NEWELL:  We're back --
20       CHAIRMAN BEAULLIEU:  I get it right most of
21   the time.
22       REPRESENTATIVE NEWELL:  Sometimes you do
23   (inaudible 1:33:36).  These red cards are on the
24   amendment that we just voted on or back on the bill?
25       CHAIRMAN BEAULLIEU:  So they can -- so that's

Page 84

1    -- so the bill now is the amendment.  So as -- as the --
2    the red cards come up, if they have a clarification to
3    where they -- this is -- they're not in opposition
4    anymore, they can waive and -- or -- or -- or correct
5    it.  And we can -- we can waive these red cards if -- if
6    they are in favor of this amendment.  So they could --
7    we give the liberty of those who turned in the red card
8    to be able to clarify that.  I don't want to speak for
9    them.
10       REPRESENTATIVE NEWELL:  Okay.  So we listening
11   to these red cards before we do the final vote on
12   passing --
13       CHAIRMAN BEAULLIEU:  Yes, ma'am.
14       REPRESENTATIVE NEWELL:  -- the bill as
15   amended.
16       CHAIRMAN BEAULLIEU:  Yes, ma'am.
17       REPRESENTATIVE NEWELL:  Okay.  Thank you for
18   that clarification, Mr. Chair.
19       CHAIRMAN BEAULLIEU:  No.  I'm -- thank you for
20   asking, Mr. Alexander.
21       MR. ALEXANDER:  Thank you, Representative
22   Beaullieu.  Thank you, members of the committee.  My
23   name is Chris Alexander.  I'm here simply on behalf of
24   the Louisiana Citizen Advocacy Group.
25       As each of you know, conservatives in the US

Page 85

1    House of Representatives now have a two-vote majority,
2    razor-thin Republican majority.  This is a
3    super-majority Republican legislature.  And it's that
4    for a reason because 70 percent of the citizens of
5    Louisiana are conservative.  And, actually, in the US
6    House of Representatives, at this second, there's --
7    there's a one-vote majority -- Republican majority
8    because Representative Scalise is on medical leave now.
9        So we're one vote away in our country right
10   now, in the US Congress, from having the Biden-Schumer
11   agenda essentially unleashed on the country.  Some
12   people may say it's already been.  But there is some
13   protection in the US Congress right now because of that
14   razor-thin majority.
15       By voting for this bill, creating an
16   additional minority district in Louisiana, it's our view
17   that you are giving that majority away.  And you're
18   putting the very delicate balance of power in the US
19   Congress in very grave jeopardy on matters of profound
20   consequence to citizens of Louisiana and citizens across
21   the country.  Everything is at risk here.
22       Now, the argument that we've heard from a lot
23   of Republican members here is that if you don't pass a
24   new plan creating an additional minority district in
25   Louisiana, then the Federal Court judge will make that

22  (Pages 82 to 85)

Page 86

1  decision.
2      Well, her actual order says that the
3  plaintiffs, when they went into Court for a preliminary
4  injunction, never tried on the merits, just a summary
5  proceeding, said that they had carried their burden of
6  showing that the current map violates Section 2 of the
7  Voting Rights Act and that the plaintiffs had a
8  substantial likelihood of making their claim successful,
9  which is that we'll have a second minority district in
10  Louisiana.
11      But there was no trial on the merits.  But the
12  judge essentially said, if we have a trial on the
13  merits, I'm going to rule in favor of the plaintiffs,
14  and I'm going to create a second majority-minority
15  district in Louisiana.  That's exactly what this bill is
16  doing right now.
17      And if our current map goes -- if you do
18  nothing and our current map goes back before Judge Dick,
19  she's going to probably end up doing the same thing.
20  But at least we have a chance to fight for the current
21  map in our state.  And no matter how she rules, we have
22  the Fifth Circuit Court of Appeal, and we have the US
23  Supreme Court.
24      And, again, everything is at stake, and it
25  seems like we're simply giving it all away right now.

Page 87

1  We believe that this is worth fighting for.  We believe
2  that that balance of power is worth fighting for.
3      And I would remind the members of this panel
4  that I know, some of whom we helped get elected, along
5  with Governor Landry whom we worked very hard for and
6  who we respect and think he's going to be a great
7  governor, that the citizens of Louisiana worked very
8  tirelessly to get you elected to come here, not to cave
9  in to political pressure, which is it appears to
10  hundreds and hundreds of citizens across the state that
11  that's what you're doing.  You're caving in to political
12  pressure, and you're giving in without a fight.
13      Speaker Mike Johnson has weighed in on this.
14  We heard some testimony earlier that Congressman Johnson
15  apparently was okay with this proposed legislation.
16  That's not our legislation.  That's not our
17  understanding at all.  In fact, Congressman Johnson
18  specifically said that our current map from 2022 needs a
19  full trial on the merits, with appellate review all the
20  way to the Supreme Court, if necessary, because the
21  issue is so profoundly important to the future of this
22  republic.  I will -- I want to reiterate before I close,
23  as I said, people all over the state are watching this
24  right now, many of whom voted for you to come here, some
25  of you who were just elected very recently.

Page 88

1      And if six months or a year from now, the
2  United States Congress is controlled by Democrats, it
3  started in this house, it started and ended in this
4  capital, and that's what will have made it possible.
5  And the citizens of Louisiana, I can tell you, will have
6  a very, very good memory if that occurs.  I would
7  respectfully submit that your responsibility is to
8  represent the interests of the substantial majority of
9  Louisiana citizens and not to cave to political
10  pressure.  And we're asking you to defeat this
11  legislation.  Thank you.
12      CHAIRMAN BEAULLIEU:  Thank you, Mr. Alexander.
13  And look just to -- to -- and -- and you got a couple
14  of questions.  But just from -- from my standpoint, I
15  sat on the committee when we drew the other maps that we
16  all believe were fair, and we believe is representative
17  of the state of Louisiana.  The Fifth Circuit sent it
18  back to the federal judge and basically held us hostage
19  that if -- if we don't do it, she's going to do it.  And
20  so none of us like the position we're in.
21      But -- you know, and -- and a little bit to
22  your point, we were elected to serve, and we feel that
23  -- that we would prefer to have the lines drawn in this
24  committee than have some Obama-appointed judge drawing
25  the lines for us.  And so we don't like it.  It's

Page 89

1  painful to do.  And so I feel your sentiment, and -- and
2  I don't -- I'm not disagreeing with most of what you
3  said.  I mean, it's -- it's -- it's -- it's what goes on
4  in a lot of our minds.  So I -- I appreciate your
5  comments.  Thank you.  And you do have -- you do have a
6  question.  Representative Newell.
7      REPRESENTATIVE NEWELL:  Thank you very much,
8  Mr. Chairman.  I'm troubled by your statements because
9  this is not a process by which one party is losing
10  power, caving into another party.  This is a process by
11  which the other 30 percent of the people in this state
12  are trying to get the representation that their
13  population and numbers deserve in Congress.  This isn't
14  a caving in or power grab or giving away of power or
15  losing of power of the Republican Party.
16      It's an opportunity for this body to represent
17  all of the people that they supposed to represent in
18  their district, listening to them and giving them the
19  opportunity to vote for someone of their choice, whether
20  that person of their choice is a Black Republican or
21  White Democrat.  It's an opportunity for Black people,
22  as some of my colleagues would prefer to be said, but a
23  minority-majority district to have the opportunity to
24  vote for their candidate of choice.  And I'm troubled by
25  the way you said your statement.  You're very

23  (Pages 86 to 89)

JE31-024

Page 90

1  respectful, but I listen to the words.
2          This is not supposed to be a process that is
3  this contentious and this divisive, but it is a very
4  difficult process.  And we have been fighting this for
5  three years now, and I've been on this committee since
6  the very start.  Went to Utah with the rest of the
7  people from across this country that had the same job
8  that we all have here to learn what we're doing.
9  Traveled this state from north to south, east to west,
10  to listen to what all of the people in this state
11  wanted.  The White citizens in this state, their issue
12  was keeping their -- their communities together.
13          You know what Black people wanted?  Just an
14  opportunity to have a voice in a room.  And that is what
15  we're trying to do.  It is not to -- it's not a power
16  grab.  It's not to say that Republicans rule or that if
17  that -- if there's another chance where Democrats are
18  ruling, that that's a problem.  We should not see one
19  party as a problem.  We should not see another person
20  that has a different letter behind the name as the
21  enemy.  I like him.  He's not the enemy because he's a
22  Republican.  We just have a different way of looking at
23  things, and that's how we should see it.  We both
24  observing the same problem.
25          We just have different ways as -- different

Page 91

1  ways as how we gets to the solution.  And we cannot
2  continue to have this rhetoric on -- out in the -- in
3  the world like it's a problem to be of another party, or
4  it's a problem for another party to be in -- in
5  leadership.  We're not giving away power.  The
6  Republicans are not caving in because they're helping
7  African Americans have an opportunity to vote for a
8  candidate of their choice.
9          That is what we're doing here because -- and
10  we're going through this fight because, as I've said
11  many times before, this is the first time that this
12  country has gone through redistricting where -- after
13  the expiration of Section 5 of the Voting Rights Act.
14  Section 5 required all states that had a history of
15  racism that any bills -- any laws that were passed that
16  would affect people's access and rights to voting had to
17  be overseen and approved by the Department of Justice.
18  This is our first time doing this where we no longer
19  have that supervision.
20          And God knows, I wish we still had that
21  supervision because, clearly, we can't do this on our
22  own, because, clearly, somewhere along the lines, the
23  message is getting construed that this is a giving up of
24  power.  Instead, this is an opportunity to let other
25  people enjoy the benefits that another group has had for

Page 92

1  forever.  And we're just -- I just want to see African
2  Americans across the state have the same privileges
3  you've had all your life, and that is voting in someone
4  that they know or believe will have their best interest
5  at heart, whether it's in this building or whether it's
6  in our United States Capitol.
7          It's not a caving-in.  Because if it was a
8  caving-in, this process would have been over a long time
9  ago.  And I just needed to say, I don't have any
10  questions for you, but your statement kind of disturbed
11  me a little bit --
12          MR. ALEXANDER:  Sure.
13          REPRESENTATIVE NEWELL:  -- because I don't
14  want you to think that it's a caving-in of any party.
15          MR. ALEXANDER:  Well, I respect you,
16  Representative Newell, and I respect your right to
17  speak.
18          REPRESENTATIVE NEWELL:  Newell.
19          MR. ALEXANDER:  And I would always -- Newell.
20  And I would always protect your right to speak, but we
21  do live in a democracy here.  And when a majority with a
22  particular ideology is in power and control, policy
23  should reflect that ideology.  Our position here is very
24  simple, that Congressman Mike Johnson, the Speaker of
25  the House, represents a conservative ideology.  Many

Page 93

1  citizens across Louisiana are very proud and happy that
2  he's there, and this legislation threatens the authority
3  that conservatives have in the United States Congress.
4          He has said very clearly that our current map
5  is constitutional and that we should fight for it in
6  federal court in order to reflect the interests of a
7  majority of Louisiana citizens.  And democracy and a
8  republic means something.  But I would always fight, by
9  the way, for your right to speak, and I -- I value it
10  greatly, as much as I value mine.
11          REPRESENTATIVE NEWELL:  Thank you for giving
12  me my right for letting me know I have a right to speak.
13   I also have a right to vote.  And I also have had a
14  right all my life, coming from Orleans Parish as having
15  an opportunity to vote for a representative of my
16  choosing that I believe represented my interests.  And
17  this democracy, we need to make sure that it enables
18  other people across this state to also have a voice and
19  a right to vote for a candidate of choice that could
20  also be their voices in rooms that they're not able to
21  be in.  That is what this process is, sir.
22          So I appreciate you reminding me of my right
23  to speak because I'm going to do it anyway.
24          MR. ALEXANDER:  Yes, ma'am.
25          REPRESENTATIVE NEWELL:  But it also is my

24  (Pages 90 to 93)

JE31-025

Page 94

1   right to ensure that others have their right to speak
2   and their right to vote and keep their access to voting
3   intact.  And while they have that right in that access,
4   that they also have the ability to vote for a person of
5   their choice.  Thank you very much, Mr. Chairman.
6           CHAIRMAN BEAULLIEU:  Thank you, Representative
7   Newell.  We have a handful of representatives that want
8   to exercise their right to speak.  Representative
9   Carlson.
10          REPRESENTATIVE CARLSON:  Thank you, Mr. Chair.
11   Mr. Alexander, I appreciate your comments.
12          MR. ALEXANDER:  Sure.
13          REPRESENTATIVE CARLSON:  I really do.  I'm --
14          MR. ALEXANDER:  And congratulations on your
15   election.
16          REPRESENTATIVE CARLSON:  Thank you very much.
17   I appreciate that.  Look, I'm -- certainly wish that
18   we're in a different position in the House of
19   Representatives with more than just a one-vote majority
20   --
21          MR. ALEXANDER:  Sure.
22          REPRESENTATIVE CARLSON:  -- and that this
23   wasn't looked at as a "we're going to lose the majority
24   or not" kind of decision.  But unfortunately, that's the
25   position that we find ourselves in.  I can assure you

Page 95

1   this: that we are not -- that we're not here today
2   because we're caving to any kind of political pressure.
3   The fact of the matter is, like it or not, Judge Dick
4   has said, "Either you do your job and draw the map, or
5   I'll draw the map for you," period.  We've argued this
6   case before the Fifth Circuit twice.
7           We've asked the Supreme Court to hear it.
8   They've said, "You need to go and do your job first,"
9   which our job is to draw these maps.
10          MR. ALEXANDER:  Sure.
11          REPRESENTATIVE CARLSON:  I don't like this
12   position.  I wish we were not in this position.  I like
13   the maps that the legislature a few years ago voted on
14   and approved, but here we are.  And so we -- if I -- as
15   I look at it today, I can -- I'm a -- I'm a realist,
16   right?  I don't -- I -- I could say I wish things were
17   different.  But today, what is presented in front of me
18   is either Judge Dick draw the map or we draw the maps.
19   I feel like this legislative body is going to draw a
20   better map than Judge Dick will, period.
21          MR. ALEXANDER:  Yeah.
22          REPRESENTATIVE CARLSON:  And that's why we're
23   here.  That's why we're going to vote on the map that we
24   think is the best.
25          MR. ALEXANDER:  Yeah.

Page 96

1           REPRESENTATIVE CARLSON:  And, you know, I
2   would rather put this decision in the hands of elected
3   representatives than in -- in the hands of an unelected
4   judge.
5           CHAIRMAN BEAULLIEU:  Thank you for that
6   (inaudible 1:48:43).
7           MR. ALEXANDER:  And I very much appreciate
8   that, Representative Carlson.  And I would simply argue,
9   I'm consistent with Speaker Johnson's position that our
10   current map is constitutional, and it's worth fighting
11   for when you consider what is so profoundly at stake.
12          REPRESENTATIVE CARLSON:  I understand, but
13   there is no position to fight at this time.  It is
14   either Judge Dick draw a map or we create a map.  There
15   is no continue --
16          MR. ALEXANDER:  Right.  That's true.
17          REPRESENTATIVE CARLSON:  The -- the fight
18   cannot continue on beyond that until we draw a map or we
19   don't draw a map.
20          MR. ALEXANDER:  But if you don't draw a map,
21   you're -- or do draw a map, either way, you end up with
22   a one --
23          REPRESENTATIVE CARLSON:  If we don't draw --
24          MR. ALEXANDER:  -- majority-minority increase.
25          REPRESENTATIVE CARLSON:  If we don't draw a

Page 97

1   map, we end up with the map that Judge Dick draws, which
2   will be a map with two majority Black districts.  But if
3   you say worse than that is --
4           MR. ALEXANDER:  Exactly what we're going to
5   have as a result of this legislation.
6           REPRESENTATIVE CARLSON:  But it will not be as
7   good as the senator's map.
8           MR. ALEXANDER:  Well, in the net effect, I
9   would respectfully submit, would be the same.
10          REPRESENTATIVE CARLSON:  It -- it certainly
11   is.  And, look, I -- I -- I think there is a legal basis
12   for it.  Look, I'm glad that we are having this
13   conversation.  In -- in all fairness and all honesty, I
14   think all of these maps look crazy because --
15          MR. ALEXANDER:  Yeah.
16          REPRESENTATIVE CARLSON:  -- the truth is that
17   every -- the overarching argument that I've heard from
18   nearly everyone over the last four days has been race
19   first.  I wish it weren't that.  This is the first
20   argument today that said, "I'm basing a -- map on
21   political reasons, not on race."  And I -- I think it's
22   a shame that we are having a conversation where race
23   seems to be, at least based on the conversations, the
24   driving force, when we do not live in a -- a -- a -- a
25   segregated society or nearly as segregated as it once

25  (Pages 94 to 97)

Page 98

1 was 40, 50 years ago.
2         And so the reason why this is so difficult is
3 because we are moving in the right direction.  We don't
4 have concentrated populations of -- of certain
5 minorities or populations of White folks in certain
6 areas.  It is spread out throughout the state.  Compared
7 to Alabama, Alabama has 17 counties that are
8 minority-majority, and they're all contiguous.
9 Louisiana has seven parishes that are minority-majority
10 and only three are contiguous.  That's why this process
11 is so difficult, but here we are without any other
12 options to move forward.
13         And so I -- I hear what you're saying.  I
14 respectfully disagree with the characterization that
15 it's bending to political pressure.
16         MR. ALEXANDER:  Yeah.
17         REPRESENTATIVE CARLSON:  I -- I -- you know
18 me, and you know that I wouldn't do that.  But I don't
19 see any other path forward.  This is the best of two bad
20 options, and I'm going to always do my job --
21         MR. ALEXANDER:  Yeah.
22         REPRESENTATIVE CARLSON:  -- that's before me.
23         MR. ALEXANDER:  And I understand that.
24         CHAIRMAN BEAULLIEU:  Thank you.
25         MR. ALEXANDER:  Is there -- is -- is there --

Page 99

1 do you think there's anything that would be -- an option
2 would be to allow our attorney general to argue the
3 constitutionality of our current map in Federal Court,
4 Fifth Circuit Court of Appeal, and Supreme Court?
5         CHAIRMAN BEAULLIEU:  Already been done
6 twice in the Fifth Circuit and asked of the Supreme
7 Court, and they've refused to do that.  And here we lie
8 today.
9         MR. ALEXANDER:  Yeah.
10         CHAIRMAN BEAULLIEU:  There's never even been a
11 trial on the merits, Representative Carlson, on this map
12 --
13         REPRESENTATIVE CARLSON:  That's not our
14 decision.
15         CHAIRMAN BEAULLIEU:  -- even in district
16 court.
17         REPRESENTATIVE CARLSON:  That -- that is the
18 judge's decision, unfortunately.
19         CHAIRMAN BEAULLIEU:  And if you don't do
20 anything, they'll have one.
21         REPRESENTATIVE CARLSON:  And if we don't do
22 anything, we'll have a worse map.  Thank you, Mr. Chair.
23         CHAIRMAN BEAULLIEU:  Thank you.
24         MR. ALEXANDER:  Thank you, sir.  I appreciate
25 the interchange.

Page 100

1         CHAIRMAN BEAULLIEU:  Representative Marcelle.
2         REPRESENTATIVE MARCELLE:  Thank you.  Mr.
3 Alexander, I guess it's disheartening for me to sit here
4 in 2024 and hear that we certainly need to keep the
5 power.  And if you all do what's right in Louisiana,
6 we're going to lose our thin majority.  If we would have
7 done what was right long time ago, you probably wouldn't
8 be in a majority.  If Alabama passes what they need to
9 pass and we pass what we need to pass, then, perhaps, we
10 will have a fair and balanced Congress.
11         MR. ALEXANDER:  And you'll be in the majority.
12         REPRESENTATIVE MARCELLE:  Well -- and -- and
13 what's the problem with that, sir?
14         MR. ALEXANDER:  Well, there's millions of
15 Americans who have a problem with that.
16         REPRESENTATIVE MARCELLE:  And guess what, it's
17 millions of people who have not had an opportunity to
18 have a seat at the table.  We have a problem with voter
19 suppression.  We have a problem with people thinking
20 that we can't make decisions.  And let me say this: on
21 the other side of the aisle -- on the other side of the
22 chamber in the Senate, I have colleagues that have some
23 of the same beliefs that some of you have, right?  And
24 they believe in pro-life.  They are African Americans.
25 I believe in pro-choice.  So to say that everybody's

Page 101

1 ideology because they are Black is one way, is certainly
2 crazy, number one.
3         And number two, I really agree with you with
4 something, and that is, send it back to the courts and
5 let Judge Shelly Dick draw the maps.  We could then
6 remove --
7         MR. ALEXANDER:  But you -- you agree with me.
8         REPRESENTATIVE MARCELLE:  I -- I do agree with
9 that because then we could remove all of these different
10 people and these moving parts that everybody -- these
11 political interests because we do deserve two Black
12 congressional seats because where I went to school - it
13 was a Black school, though, Capitol High School - when
14 you divide six into a third, a third into sixth, you get
15 two.  And so we deserve two seats, and that's what we
16 deserve.  We didn't -- we're not begging for something
17 that we don't deserve.  That's what we deserve.
18         And -- and God forbid, maybe somebody will get
19 elected that feels like you, have the same ideologies as
20 you, but perhaps they won't.  People need an opportunity
21 to have their voices heard.
22         MR. ALEXANDER:  I respect that.
23         REPRESENTATIVE MARCELLE:  And when I send
24 somebody to Congress that feels like you that represents
25 my district, then you do not represent what I believe.

26  (Pages 98 to 101)

Page 102

1  And that's called community --

2  MR. ALEXANDER: But what about representing

3  majority of the people in your district?

4  REPRESENTATIVE MARCELLE: What -- what?

5  CHAIRMAN BEAULLIEU: Look, let's let --

6  REPRESENTATIVE MARCELLE: I'm -- I'm just --

7  CHAIRMAN BEAULLIEU: The questions come from

8  this way to you.

9  MR. ALEXANDER: I'm sorry. I'm sorry.

10  CHAIRMAN BEAULLIEU: So we don't go the other

11  way.

12  MR. ALEXANDER: Thank -- thank you. I

13  appreciate that.

14  REPRESENTATIVE MARCELLE: All I'm saying to

15  you is -- is --

16  CHAIRMAN BEAULLIEU: And we keep this

17  timeline.

18  MR. ALEXANDER: Yeah. Absolutely.

19  REPRESENTATIVE MARCELLE: I think it's -- it's

20  -- it's disingenuous to sit here and say -- and look at

21  us in 2024 and say, "Black people in Louisiana, you

22  might be a third. You could be 40 percent, but we do

23  not want you at the table making decisions as it relates

24  to what you want or your constituents want." And that's

25  what I'm hearing. And it's really, really sad.

Page 103

1  MR. ALEXANDER: Representative Marcelle, I

2  hear you.

3  REPRESENTATIVE MARCELLE: It's really -- it's

4  about -- it's about control. It's about power. And it

5  is really fundamentally wrong. And I -- I said this

6  last year, and I -- I was hoping not to get upset, but

7  we -- we meet afterwards. We barbeque. We go across

8  the street. We hang out. We cool. I love you. You

9  love me. We go up to the bible study and we pray

10  together, but we do not feel like we are equal, and that

11  is wrong.

12  CHAIRMAN BEAULLIEU: Thank you, Representative

13  Marcelle. Representative Boyd.

14  MR. ALEXANDER: Thank you, Representative

15  Marcelle. I appreciate that.

16  REPRESENTATIVE BOYD: Thank you, Mr. Chair.

17  Sitting here today, thinking about the fact that we are

18  literally fighting for an opportunity. It's not given

19  because people still have to vote. An opportunity to

20  have two Black representation of African Americans in

21  DC. The opportunity, nothing is guaranteed. We're here

22  fighting for the last three years just for the

23  opportunity. And with voter apathy, we really don't

24  know where that's going to end up. The closed

25  primaries, we really don't know where that's going to

Page 104

1  end up. But if we continue along this path, I feel this

2  -- the state as a whole will suffer. The reality of it

3  is, is that Mike Johnson is the Speaker of the House.

4  They still have four Republicans representing

5  Louisiana. We're here trying to stop just one

6  additional African American seat. What does that say

7  for us? We have my chairman referring to the judge as

8  an Obama-judge. We cannot continue to divide the city

9  -- the state and expect to survive. It won't happen.

10  We have to learn to coexist, appreciate our differences,

11  appreciate the culture and differences. There are

12  things that you cannot possibly understand in African

13  American life because you're not one. We cannot

14  continue to throw out and spew divisive words and think

15  that we can survive as a state. It won't happen.

16  MR. ALEXANDER: Yeah.

17  REPRESENTATIVE BOYD: Thank you.

18  MR. ALEXANDER: Representative Boyd, in what

19  you're saying, it just -- it makes me think of what

20  Thomas Jefferson said as one of the founders of our

21  country. He said, "In matters of taste and culture,

22  swim like a fish. In matters of principle, stand like a

23  rock." And that's what I'm asking this committee to do,

24  is stand like a rock and allow our country to not argue

25  the constitutionality.

Page 105

1  REPRESENTATIVE BOYD: I repeat, that makes no

2  sense. So you're looking to further divide the state.

3  MR. ALEXANDER: I'm not here to divide anyone.

4  REPRESENTATIVE BOYD: That's exactly what

5  you're doing. Thank you.

6  MR. ALEXANDER: Thank you.

7  CHAIRMAN BEAULLIEU: Thank you. Mr.

8  Alexander, that clears the board.

9  MR. ALEXANDER: Thank you. Appreciate your

10  time.

11  CHAIRMAN BEAULLIEU: Thank you.

12  FEMALE SPEAKER 4: Mr. Chairman, it's possible

13  to have a --

14  CHAIRMAN BEAULLIEU: We -- we have three

15  witnesses left. Let's -- let's hold tight on that.

16  Let's try and get through these three -- three

17  witnesses. If y'all could just be respectful of --

18  everyone be respectful of time. Ms. -- Ms. Suzie

19  Labrie. What's that?

20  MS. LABRIE: Labrie.

21  CHAIRMAN BEAULLIEU: Ms. Suzie Labrie, would

22  you --

23  MS. LABRIE: Yes, (inaudible 1:58:09).

24  CHAIRMAN BEAULLIEU: -- would like to speak in

25  opposition.

27 (Pages 102 to 105)

## Page 106

1    MS. LABRIE:  Let me pull it up.

2    CHAIRMAN BEAULLIEU:  Ms. Labrie, you're ready

3 to go.

4    MS. LABRIE:  Okay.  Mr. Speaker, Mr. Chair,

5 and all the state representatives and US

6 representatives, I'm Suzie Labrie, appropriate

7 situational individuals who takes one issue at a time

8 and represent -- represent myself against this bill

9 because I'm in support of J. Hill Harmon's for

10 proposals, really the Speaker of the House, Mike

11 Johnson, and Congressman Steve Scalise and the power,

12 where they sit in Congress.  First, gerrymandering is

13 illegal.  Number two, I'm for integration, not

14 segregation.  Number three, individualism is better in a

15 collective class approach.  One-size-fit-all fails by

16 hiding different individuals within a large class fall

17 between the cracks.

18    This causes -- number four, this causes

19 interdivision, which we're seeing now within the

20 political, ethnic, and cultural areas causing conflict

21 and confusion, chopping up and pulverizing once

22 contented and happy integrated districts when more

23 important deeper issues than just color.  Small

24 businesses of both colors, working people of both races,

25 disabled of both races, economics and taxation streaks

## Page 107

1 introductory to all races, schools, et cetera.  I'm

2 going to skip number five.  Well, it -- I want to leave

3 room for other maps to be proposed by J.C.  Harmon,

4 which we had emailed to you last night.  And I hope that

5 y'all have seen.  It's called Harmon 2.

6    Number six, Louisiana is in a better and

7 higher position of power nationally due to Speaker Mike

8 Johnson and Majority Leader Steve Scalise and the

9 different chairs and seniority we enjoy.  If we have

10 minority districts, we will -- if we have two majority

11 districts -- no.  If we have two minority districts, we

12 will be short two votes in the US House of

13 Representative.  Most of the state is conservative, as

14 you see here, and we don't want the House going back to

15 the left.  With the present map or with J.C. Harmon's

16 map, we would beat the cost of time, effort, and money

17 in the courts and other activities.

18    Number seven, I'm either for the present map

19 or J.C.  Harmon's maps, which we had emailed to you last

20 night.  Eight, most everyone I have heard from in

21 Louisiana are against two or any minority districts.

22 Number nine, opening it would be other cans worms,

23 opening Pandora's box of suits, and other descriptions.

24 I love Senator Womack, who is doing well and his best to

25 serve his constituents in his district under restrictive

## Page 108

1 circumstances.  I want to thank you and to keep up the

2 good work and thank you for rejecting the rest of the

3 bills calling for minority districts.  It's been a

4 pleasure coming to you -- before you.

5    Representatives, please keep up the good work

6 and God bless you, God bless Louisiana, God bless the

7 USA, and God bless our great Speaker Mike Johnson and

8 Congressman Steve Scalise.  Thank you.

9    MR. ALEXANDER:  Thank -- thank you, Ms.

10 Labrie.

11    CHAIRMAN BEAULLIEU:  I have a Bert Callais

12 (phonetic), and that also says you're with Chris

13 Alexander.  Is there something additional that you

14 wanted to add to -- to Chris's comments?

15    MR. CALLAIS:  I don't know if it's so much in

16 addition right now.  What -- what was going on is

17 Christopher had a conflict of meeting.  He had to make

18 another meeting with Congressman Higgins.  So he

19 couldn't be here at the time, but the recess -- or at

20 least the at ease went long enough to where he had a

21 chance to make it and speak for himself.  So I'm here on

22 my own behalf.

23    CHAIRMAN BEAULLIEU:  Thank you.

24    MR. CALLAIS:  My name is Bert Callais.  I'm

25 West Baton Rouge Parish, RPAC chairman, and I'm speaking

## Page 109

1 for basically my constituency.  And they had some

2 concerns, and I wanted to convey that to you all.

3 They're wondering where they're -- the courage is to

4 stand up to a federal judge.  Basically, this federal

5 judge, they feel is ignoring the Constitution.  The

6 Constitution supersedes any act of Congress, such as the

7 Voting Rights Act.  And the Constitution places

8 determining congressional districts solely on the state

9 legislatures.  And we feel that it's an overreach of the

10 federal government.

11    And this is what we're having enough of being

12 dictated to by the federal government on state and local

13 issues, especially our own personal sovereignty.  The

14 past two, three years, you know, is -- is -- it really

15 -- it really brought all that to light how far the

16 federal government will go to trample on individual

17 rights.  So somewhere we got to stop and draw the line.

18 So, again -- and I -- I -- I grew up -- I was young when

19 -- when -- and naive, whatever you might want to call

20 it, but I was a person who supported desegregation when

21 my grandparents and my parents didn't exactly do so,

22 given the time of the '60s, early '70s.

23    I don't understand why we seem to be wanting

24 to segregate ourselves again, because all I hear -- and

25 from what I understand, gerrymandering is illegal when

28  (Pages 106 to 109)

JE31-029

Page 110

1    it comes to prioritizing race.  And they said, "Well,
2    then it's not a priority."  But that's all I hear and as
3    far as the argument.  And I understand having a seat at
4    the table.  Trust me, I do.  I served in the military
5    and swore to defend the Constitution.  I sit on the
6    board of election supervisors.  We've had these same
7    kind of arguments and disagreements.
8         But when I brought up the fact that if we
9    refer to the law and follow the law, no one can really
10   be upset with us, unless they're ready to change the
11   law.  And -- and that is to go ahead and draw the -- the
12   -- the balls, right, with the numbers on it so that
13   there's no picking and choosing in favoritism.  It's --
14   it's a blank slate.  So if we follow the Constitution,
15   the basics of the Constitution, the -- the -- the core
16   of it, we really don't have this issue, other than we're
17   having to fight a judge that is trying to dictate what
18   we must do.
19        So, again, if -- if -- as one of them stated,
20   "If Martin Luther King or Nelson Mandela had been as --
21   not as strong-willed and -- and cowed to it," I'm not
22   going to -- I don't like the word cowardly in this case.
23    As our current leadership, then apartheid and Jim Crow
24   would still be in place.  A country is not lost in an
25   invasion.  It's lost to the cowardice on the part of its

Page 111

1    leadership.  So that's why we're not in favor of this.
2    Thank you very much.
3         CHAIRMAN BEAULLIEU:  Thank you, Mr. Callais.
4    Mr. -- Mr. Hurd, the floor is yours.  Would you please
5    introduce yourself?  Pick one.
6         MR. HURD:  My name's Paul -- Paul Hurd.  I am
7    an attorney.  I was lead counsel when we set this
8    foolishness aside 30 years ago.  The district -- and --
9    and what I'm going to do is this:  I have never
10   represented anyone but voters.  I believe in compact
11   contiguous districts for White, Black, Asian voters that
12   live together, work together, go to school together.  We
13   have successfully defended that right in Louisiana.
14   We've -- we've done it -- I've done it in Texas.  I've
15   done it in Virginia.  The point is this, you're being
16   misled, and you politicians don't get misled.  It's the
17   cover.  Here's where we are with the Section 2 claim.
18   It is not --
19        CHAIRMAN BEAULLIEU:  I think you might have
20   pushed your own button there.  You're trying to tell us
21   something?
22        MR. HURD:  Even my wife can't mute me, so.
23        CHAIRMAN BEAULLIEU:  Like, leave your -- you
24   -- you leave the button alone.  We'll control it for
25   you; how's that?

Page 112

1         MR. HURD:  All right.  We good?
2         CHAIRMAN BEAULLIEU:  Yes, sir.
3         MR. HURD:  All right.  I apologize.  Here's
4    where we are with Section 2 voting -- voting rights
5    claims.  It is not unconstitutional to use race to draw
6    districts.  It is presumptively unconstitutional, okay?
7    What does that mean?  How can I use race to draw a
8    district?  I can use race provided that there is a
9    compelling governmental interest, compliance with
10   Section 2.  There's a compelling governmental interest.
11   Judge Dick has more or less signaled she's that far down
12   the process, okay?  The second step -- and this is where
13   you're missing the opportunity of a proud vote of your
14   life.
15        And that is this:  the second requirement of
16   Section 2 is whatever remedy there is going to be, it
17   must be racially narrow-tailored.  What that means is
18   you take a traditional districting plan before you start
19   fixing a Section 2 remedy.  And what makes it
20   constitutional is when you have an opportunity to draw a
21   majority-minority district based upon communities of
22   interest, whole parishes, whole cities.  The points
23   being made today are excellent, but what I'm going to
24   tell you you've made the full point that what you're
25   considering is a racial gerrymander.  This slash -- and

Page 113

1    it's even worse than that.
2         If you don't -- I -- I don't -- I -- I don't
3    know who was here in the '90s, but Ms. -- Ms. -- Ms.
4    Lowery and I were.  And what -- two things happened.
5    The Zorro district was set aside.  It went all the way
6    from Caddo -- does this ring a bell?  Caddo, all the way
7    down to Baton Rouge, all the way over to Lafayette, all
8    the way a little bit east.  And it was held to be a
9    gross racial gerrymander, unconstitutional, under
10   Section 2.  Why?  The reason it was held as
11   unconstitutional is because the use of race that is
12   apparent in that district and apparent in the -- this
13   district was not narrowly tailored to meet the
14   requirements of -- of Section 2.
15        Race was overused to the subordination of
16   other districting principles, or as Justice O'Connor
17   said, "When race predominates, it's unconstitutional."
18   If you can -- why can we draw a compact minority
19   district out of Orleans up the river?  The reason why is
20   it's otherwise lots of community interests.  It doesn't
21   violate commonalities of interest.
22        CHAIRMAN BEAULLIEU:  Mr. Hurd, would you --
23   would you entertain a question?  I think something may
24   have just come back, sparked a question.  Would you
25   entertain a question?

29  (Pages 110 to 113)

Page 114

1    MR. HURD:  Yeah.  If I can just get --
2    CHAIRMAN BEAULLIEU:  Okay.
3    MR. HURD:  Wait.  Once I -- I've spent all day
4 and I'll spend all night.  I'll be glad to help anyone.
5 But what you have done now, after we voided the -- the
6 Zorro district, the Z district, they enacted what was
7 called by the federal judge "the slash."  This district
8 that you're considering is 90 percent of "the slash."
9 If you will look at Hays v. Louisiana, 839 F. Supp.
10 1188, and then that's the Zorro district, Judge Jacques
11 Wiener, who is still on the Fifth Circuit, went through
12 racial gerrymandering community by community and said
13 why it was excessive.
14    He asked the question to start the opinion,
15 "Can we use race in districting?"  And he said the
16 answer is yes, "We -- we can use it to comply with a
17 compelling governmental interest."  He said that this
18 body -- two things, and I'll be glad to go anywhere that
19 a member would like to ask.  He said two things.  One,
20 this was excessive.  He said the same thing about "the
21 slash" that did exactly what you all are about to do
22 that went up to East Baton Rouge goes to Avoyelles, then
23 goes up the river taking minority districts.
24    He said they're both racial gerrymanders
25 because they subordinate all interest.  This district

Page 115

1 will hand -- I got good news for the plaintiffs.  This
2 district, if enacted, will hand them and Judge Dick
3 unrestrained power to redraw your district because you
4 just did it again.  And it -- it started -- it ends in
5 --
6    CHAIRMAN BEAULLIEU:  All right.  Mr. Hurd,
7 let's -- let's get to the question.  Just --
8    MR. HURD:  The last point -- the last point is
9 what Judge Wiener said, and this is what's equally
10 important for you.  He said, "The federal government --"
11 this point was Section 5.  "The -- the federal
12 government, one, has no authority to impose on a state
13 the violation of the Fourteenth Amendment."  So the idea
14 that we're afraid of Judge Dick may be more demanding of
15 the district, just like the DOJ was under pre-Clarence.
16 It is of no concern.  That's why our system gives us the
17 Fifth Circuit in the supremes.
18    This court -- I mean, this body should
19 consider either giving Judge Dick an opportunity to
20 judge it, then submit a remedy plan if you lose, or
21 enact a remedy.  Now, I've handed in material --
22    CHAIRMAN BEAULLIEU:  We've -- we've gotten all
23 that.
24    MR. HURD:  I --
25    CHAIRMAN BEAULLIEU:  So I'm going to

Page 116

1 Representative Carlson for a question.  Representative
2 Carlson.
3    REPRESENTATIVE CARLSON:  Thank you, Mr. Chair.
4 Mr. Hurd, after the Zorro district was eliminated and
5 the -- "the slash" district, as you represented, was --
6 was enacted, who created that district?
7    MR. HURD:  The legislature.
8    REPRESENTATIVE CARLSON:  And who did away with
9 that district, or who said that that was
10 unconstitutional or -- or -- or not -- could not stand?
11    MR. HURD:  Judge Jacques Wiener wrote the
12 opinion.
13    REPRESENTATIVE CARLSON:  Okay.  And then we
14 went back to the districts that we had up until
15 recently, right, that we were --
16    MR. HURD:  That's correct.
17    REPRESENTATIVE CARLSON:  So as I hear that --
18 I see one major difference between then and now.  I know
19 you stated that the district that we're looking at
20 creating through the senator's -- the senator's bill
21 looks very similar.  You said about 90 percent the same
22 as -- as that "slash" district.
23    MR. HURD:  I will reserve because y'all have
24 done (inaudible 2:15:30) since you've made unavailable
25 to the public, okay?

Page 117

1    CHAIRMAN BEAULLIEU:  Like, the -- the -- the
2 --
3    MR. HURD:  But the district isn't --
4    CHAIRMAN BEAULLIEU:  The minutes are public,
5 and they -- they are online and public, (inaudible
6 2:15:38).
7    MR. HURD:  You put them online ten minutes
8 before we started the meeting six hours late.  That's
9 not available for the public.
10    REPRESENTATIVE CARLSON:  Mr. Hurd, I
11 appreciate that, and I understand.  I wish we had more
12 time to -- to review those.  That's when those were made
13 available, but they are there for the public.  I think
14 there's one difference.  We are being mandated by the
15 judge to create a second Black district, period.  In
16 your example, it's complete opposite.
17    MR. HURD:  No, it's not.
18    REPRESENTATIVE CARLSON:  The legislature tried
19 to create a district that followed this similar route,
20 and it was ruled unconstitutional.  We're being told by
21 the judge, by Shelly Dick, that we must do this, period.
22 It's complete opposite.  We must do it or she will.
23 It's a complete opposite scenario than it was 20 years
24 ago.
25    MR. HURD:  Can I -- can I respond?

30  (Pages 114 to 117)

Page  118

1    REPRESENTATIVE CARLSON:  Absolutely.  And
2    thank you, Mr. Chair.  I'm done.
3        MR. HURD:  It's absolutely the same.  What
4    they held was in the '90s, the federal agency that was
5    telling you, "You had to do it," was the DOJ under
6    Section 5, which itself was later held unconstitutional.
7    The answer is they were wrong.  They were
8    unconstitutionally demanding racial districting beyond
9    what the federal courts now recognize as the permissible
10   range of remedy.  We may be -- we don't -- I -- I --
11   look, I'll give Judge Dick an opportunity.  It's not
12   that she's hailed Section 2 applies.
13       The question is whether or not Section 2 has a
14   constitutional remedy, i.e., I believe that my
15   districting plan that I've handed in and I did it for an
16   -- an example is as close as you can get to a
17   non-racially gerrymandered district and get to two
18   majority-minority districts, and it does.  The
19   plaintiff's remedy, Senate Bill 4 and 5, they're both
20   racial gerrymanders and will not stand up to the Fifth
21   Circuit.  There are abilities to draw a compact
22   contiguous majority-minority district, second one, in
23   Louisiana.  What you're going to do, you're going to
24   enact this.
25       If I was Judge Dick, I'd look at it and go,

Page  119

1    "I'm sorry.  I've got -- already got the judge that
2    wrote the opinion on the Fifth Circuit that says what
3    y'all are about to do is a constitutional gerrymander.
4    Therefore, I can disregard it."  Disregard it.  It is
5    null and void.  And she's going to draw the plan if you
6    want to remedy an actual remedy.  That's why it's
7    exactly the same.  You read the opinion, and you'll see
8    they said, "The federal power does not override or force
9    you to violate the Constitution."  Stand up for the
10   Constitution.
11       Stand up if you want a compact district.  Draw
12   the one that makes sense with our traditional
13   districting principles because you can do it.  The --
14   the -- the -- the -- the answer is, this is an
15   unconstitutional alternative.
16       CHAIRMAN BEAULLIEU:  Okay.  Thank you, Mr.
17   Hurd.  You -- you -- I think you've been very, very
18   clear on it.  The board is clear.  We have no more
19   witnesses.  Senator Womack, we're going to go ahead and
20   -- and call you back up to -- to close.
21       MR. HURD:  Your Honor, if -- I mean, Your
22   Honor.  I apologize.  I'd like to -- I've got a copy of
23   that opinion that outlines all the reasons that what
24   you've got is a racial gerrymander.  I had an outline of
25   what it -- of -- of the -- each criteria that the judge

Page  120

1    applies on why this is a -- a -- a ineffective remedy,
2    and I hope -- I hope your good judgment finds another
3    solution.
4        CHAIRMAN BEAULLIEU:  Thank you.
5    Representative Phelps, you failed to call, but you
6    didn't say you wanted to speak.  Are you trying to speak
7    now?
8        REPRESENTATIVE PHELPS:  Yes, (inaudible
9    2:19:39).
10       CHAIRMAN BEAULLIEU:  I know you're not on the
11   committee, but you want -- all right.  Come on.  Let's
12   -- all right.  All right.  So let's fill this out that
13   says she does want to speak.  She's providing
14   information only, not a green card or a red card.  So
15   Representative Phelps?
16       REPRESENTATIVE PHELPS:  Thank you for the
17   opportunity to speak.  I -- I just wanted to mention to
18   maybe some of our new colleagues here when we talk about
19   why we're here.  This started from an increase of the
20   population from our census.  So I -- and I think that's
21   not -- we haven't heard a lot of that with the audience
22   on the outside.  It just was not a mandate to draw a
23   map.  So this does go with the 2020, the Census results
24   that resulted in a population increase of African
25   Americans across the state.

Page  121

1        Secondly, I hope that there is some passion
2    here about if there were a different population, a White
3    population, and there was so much pushback about
4    creating a district so that everyone would be
5    represented, how that may feel.  Just a thought.
6    Thirdly, when I heard Judge Dick's name reference to
7    Obama's judge, I don't know if I've ever heard someone
8    say Trump's judge or Carter's judge or Reagan's judge or
9    whomever.  I don't know if we're going to start
10   referencing judges that way, but I hope that we do not
11   do that in this body.
12       I think we should give all of our elected
13   officials a little bit more respect in that, regardless
14   of what president they were appointed to or from.  Thank
15   you for your time.
16       CHAIRMAN BEAULLIEU:  Thank you, Representative
17   Phelps.  The board is clear.  Senator Womack, would you
18   come up and close on your bill?
19       SENATOR WOMACK:  Thank you, Mr. Chairman.
20   Members of the committee, we all know why we're here.
21   We were ordered to -- to draw a new Black district, and
22   that's what I've done.  At the same time, I tried to
23   protect Speaker Johnson, Minority Leader Scalise, and my
24   representative, Congresswoman Letlow.  I'm agreeable to
25   the amendment, and we complied with everything the judge

31  (Pages 118 to 121)

JE31-032

Page 122

1  has asked.  And I just ask for favorable passage.
2  CHAIRMAN BEAULLIEU:  Thank you, Senator --
3  Senator Womack.  Representative Farnum has made a motion
4  that we adopt Senate Bill 8 as amended.  Is there any
5  objection?  Representative Marcell objects.  Ms. Baker
6  -- listen, do we have anybody in an anteroom needs to
7  come in real quick?  We have everyone here?  Looks like
8  everyone's here.  Okay.  Ms. Baker, would you please
9  call the role?  So let me clarify the vote.  A vote of
10  yes moves Senator Womack's bill as amended by
11  Representative Farnum forward.  A vote of no leaves in
12  here in the committee.  Ms. Baker?
13  MS. BAKER:  Thank you.  Mr. Chairman.
14  Chairman Beaullieu?
15  CHAIRMAN BEAULLIEU:  Yes.
16  MS. BAKER:  Yes.  Representative Billings?
17  REPRESENTATIVE BILLINGS:  Yes.
18  MS. BAKER:  Yes.  Representative Boyd?
19  REPRESENTATIVE BOYD:  Yes.
20  MS. BAKER:  Yes.  Representative Carlson?
21  REPRESENTATIVE CARLSON:  Yes.
22  MS. BAKER:  Yes.  Representative Carter?
23  Representative Carver?
24  REPRESENTATIVE CARVER:  Yes.
25  MS. BAKER:  Yes.  Representative Farnum?

Page 123

1  REPRESENTATIVE FARNUM:  Yes.
2  MS. BAKER:  Yes.  Representative Gadberry?
3  Yes.  Representative Johnson?  Representative Larvadain?
4  Yes.  Representative Lyons?
5  VICE CHAIRMAN LYONS:  Yes.
6  MS. BAKER:  Yes.  Representative Marcelle?
7  Representative Newell?
8  REPRESENTATIVE MARCELLE:  Not as amended.  No,
9  as amended.
10  MS. BAKER:  No for Representative Marcelle.
11  REPRESENTATIVE MARCELLE:  No.
12  MS. BAKER:  Representative Newell?
13  REPRESENTATIVE NEWELL:  Yes.
14  MS. BAKER:  Yes.  Representative Schamerhorn?
15  REPRESENTATIVE SCHAMERHORN:  Yes.
16  MS. BAKER:  Yes.  Representative Thomas?
17  REPRESENTATIVE THOMAS:  Yes.
18  MS. BAKER:  Yes.  Representative Wright?
19  REPRESENTATIVE WRIGHT:  Yes.
20  MS. BAKER:  Yes.  Representative Wybel?
21  REPRESENTATIVE WYBEL:  Yes.
22  MS. BAKER:  Yes.  There are 14 yeas and 1 nay.
23  CHAIRMAN BEAULLIEU:  Members -- members have a
24  vote of 14 yeas, 1 nay.  Senate Bill 8 is hereby adopted
25  as amended.  Reported as amended.  There are no other

Page 124

1  matters before this committee.  Representative Thomas
2  had made a motion that we adjourn.  Look, and -- as we
3  adjourn, thank you everyone for your patience.  Thank
4  you everyone for your time.  It's been a -- great
5  debate and -- and we appreciate you.  Meeting adjourned.
6  Thank you all.
7  (Meeting adjourned.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 125

1  CERTIFICATE OF TRANSCRIPTION
2  I, Nathan Pikover, COO of TranscribeMe, Inc.,
3  do hereby certify that
4  291001-Audio-COMBINE-1-18-24_HG_p1-p2.MP3
5  was transcribed utilizing computer aided means and the
6  TranscribeMe transcription team.
7  The transcript of the audio mentioned above,
8  having been transcribed and reviewed by TranscribeMe,
9  Inc. to the best of the company's ability, is a full,
10  true, and correct transcription.
11  I further certify that neither I, nor the
12  TranscribeMe, Inc. transcription team, have any personal
13  association with the parties involved or are in any way
14  interested in the outcome thereof.
15  Dated this 12th of March, 2024.
16  _____
17  Nathan Pikover, COO TranscribeMe, Inc.
18
19
20
21
22
23
24
25

32  (Pages 122 to 125)

| **A** | | | | |
|---|---|---|---|---|
| abandon | 5:14 46:23 | adopted | 12:8 21:2,3 | 102:2,9,12 |
| 78:23 | act | 77:2 78:20 | 21:14,15 | 102:18 |
| abiding | 5:10 7:2,15 | 82:9 | 21:20,22 | 103:1,14 |
| 65:3 | 86:7 91:13 | 123:24 | 37:1,3 | 104:16,18 |
| abilities | 109:6,7 | adoption | 67:5 101:3 | 105:3,6,8 |
| 118:21 | activities | 77:1 | 101:7,8 | 105:9 |
| ability | 107:17 | Advocacy | agreeable | 108:9,13 |
| 94:4 125:9 | actual | 84:24 | 121:24 | Alexandria |
| able | 86:2 119:6 | advocate | agreed | 6:24 21:13 |
| 2:24 27:22 | add | 67:22 | 26:6 | 22:17 23:1 |
| 27:23 | 10:6 108:14 | advocated | ahead | 26:4 |
| 30:20 | added | 62:20 | 3:1 16:11 | allow |
| 32:18 | 32:11 36:6 | Affairs | 28:7 68:12 | 69:12 99:2 |
| 39:25 41:7 | 44:25 | 1:3 3:8 | 79:12 | 104:24 |
| 60:24 | 54:13 | affect | 82:10 | allowed |
| 67:24 74:8 | adding | 91:16 | 110:11 | 33:12 |
| 84:8 93:20 | 54:6 62:10 | afraid | 119:19 | alma |
| absolutely | 64:4 78:19 | 115:14 | aided | 67:16 |
| 31:20 73:11 | addition | African | 125:5 | alternative |
| 102:18 | 108:16 | 15:12 91:7 | ain't | 66:1 119:15 |
| 118:1,3 | additional | 92:1 | 44:19 | amended |
| access | 85:16,24 | 100:24 | airports | 46:20 84:15 |
| 91:16 94:2 | 104:6 | 103:20 | 74:2 | 122:4,10 |
| 94:3 | 108:13 | 104:6,12 | aisle | 123:8,9,25 |
| accomplish | address | 120:24 | 100:21 | 123:25 |
| 27:22 29:20 | 75:6 | afternoon | Alabama | amendment |
| 31:12 42:5 | addressed | 3:6 12:5 | 98:7,7 | 9:21 10:6 |
| 59:4 | 39:10 | ag | 100:8 | 12:14 |
| accompli... | adds | 6:3,22 | Alexander | 19:20 |
| 5:23 30:22 | 77:20 | age | 83:6,8,9,11 | 28:18,19 |
| 31:12,15 | adequate | 7:17,21 | 83:13,14 | 28:19,20 |
| 32:1 39:11 | 30:11 | 16:14,21 | 84:20,21 | 28:24,25 |
| accompli... | adhered | 16:22,25 | 84:23 | 29:6,12,16 |
| 8:8 | 7:9 | 31:23 | 88:12 | 31:19 33:1 |
| accountable | adhering | 41:14 | 92:12,15 | 33:2,14 |
| 65:7 74:8 | 8:18 | 42:16 | 92:19 | 39:21 |
| accurate | adjourn | agency | 93:24 | 40:16 |
| 11:23 34:2 | 124:2,3 | 118:4 | 94:11,12 | 43:19 44:3 |
| 34:7,8,9 | adjourned | agenda | 94:14,21 | 44:20,25 |
| 35:12,16 | 124:5,7 | 2:18 4:19 | 95:10,21 | 47:3,9 |
| 42:11 64:9 | adjust | 85:11 | 95:25 96:7 | 48:8 50:22 |
| achieve | 45:22 | ago | 96:16,20 | 54:9 61:11 |
| 8:14 13:16 | administ... | 34:17,18 | 96:24 97:4 | 62:11 |
| 13:17 | 65:11 | 60:21 92:9 | 97:8,15 | 63:19 64:2 |
| 26:22 66:7 | adopt | 95:13 98:1 | 98:16,21 | 64:4,23 |
| achieved | 74:25 76:24 | 100:7 | 98:23,25 | 65:17 |
| 28:4 | 76:25 | 111:8 | 99:9,24 | 66:11,15 |
| achieves | 78:23 | 117:24 | 100:3,11 | 70:8 74:4 |
| | 122:4 | agree | 100:14 | 74:25 75:7 |
| | | | 101:7,22 | 76:25 77:1 |

77:2,3,3,5
77:6,11,13
77:18,20
78:20,24
78:25 79:2
79:5,8
80:7,12,17
80:18,19
82:7,9
83:24 84:1
84:6
115:13
121:25
**amendments**
9:24 10:16
10:19
12:13,16
12:19 17:7
19:22,23
28:8,14
38:21,22
38:24 39:7
47:23
48:13,15
50:14
60:25
78:16
**American**
104:6,13
**Americans**
15:12 91:7
92:2
100:15,24
103:20
120:25
**amount**
7:7 74:6
**analysis**
18:5 19:7
**answer**
8:20 17:22
31:16
55:19
57:15
60:14,16
60:24
75:20
114:16
118:7
119:14

**answering**
19:14
**anteroom**
122:6
**anybody**
13:7 33:12
59:21 70:5
122:6
**anymore**
84:4
**anytime**
74:19
**anyway**
93:23
**apartheid**
110:23
**apathy**
103:23
**apologize**
112:3
119:22
**apologized**
46:17
**apparent**
113:12,12
**apparently**
87:15
**Appeal**
86:22 99:4
**appealed**
7:13
**Appeals**
63:10
**appears**
39:6 87:9
**appellate**
87:19
**applies**
118:12
120:1
**apply**
9:13
**appointed**
121:14
**appreciate**
40:23,23
45:7 47:16
47:18
70:22 89:4

93:22
94:11,17
96:7 99:24
102:13
103:15
104:10,11
105:9
117:11
124:5
**appreciated**
48:24
**approach**
106:15
**appropriate**
7:1 106:6
**appropri...**
6:2
**approved**
91:17 95:14
**Ardoin**
62:5
**area**
21:7,12,20
23:4 24:2
24:3,18
30:2,10,18
40:5 41:1
52:20 60:5
**areas**
11:10 30:16
31:1 37:17
52:5 65:23
71:21 98:6
106:20
**argue**
96:8 99:2
104:24
**argued**
95:5
**argument**
85:22 97:17
97:20
110:3
**arguments**
110:7
**Ashley**
80:8 82:17
**Asian**
111:11

**aside**
111:8 113:5
**asked**
15:14,15,21
16:20 18:4
33:10
59:21 95:7
99:6
114:14
122:1
**asking**
10:25 33:12
37:13,19
42:20,24
68:23 69:1
84:20
88:10
104:23
**association**
125:13
**assure**
94:25
**asterisk**
53:7,9,22
**asterisks**
53:22
**attacking**
59:15
**attempt**
40:25 47:17
62:25
**attend**
21:1 30:20
41:7
**attention**
49:7 73:16
**attorney**
7:12 60:19
61:19,20
99:2 111:7
**audience**
3:7 16:8
17:3 61:8
120:21
**audio**
125:7
**author**
33:3,7,9
**authority**

93:2 115:12
**available**
10:17 29:12
29:13
77:14,15
117:9,13
**Avoyelles**
20:7 52:4,7
114:22
**aware**
3:3 5:15
34:15,18
34:22
36:17,20
37:10,22
38:1 73:9

---

**B**

**B**
60:2
**back**
2:21,25,25
3:4 6:24
10:21
19:25 30:8
32:11
35:25 36:6
41:12 43:7
46:22
67:16
76:23 82:8
83:19,24
86:18
88:18
101:4
107:14
113:24
116:14
119:20
**bad**
98:19
**Baker**
1:8,10,13
1:15,17,19
1:22,25
2:3,5,7,10
2:12,15,17
3:10,11,13
3:15,17,19
3:22,24

JE31-035

```
4:1,4,6,9
4:12,14,17
4:18 80:16
80:20,21
80:24 81:1
81:3,5,8
81:10,12
81:14,16
81:19,21
81:23,25
82:2,4,6
122:5,8,12
122:13,16
122:18,20
122:22,25
123:2,6,10
123:12,14
123:16,18
123:20,22
balance
85:18 87:2
balanced
100:10
ballots
71:22
balls
110:12
Baralt
82:18
barbeque
103:7
Barksdale
57:4
Barrow
60:3
based
5:1 13:19
 66:10,12
 71:6,7
 97:23
 112:21
bases
65:22 66:3
basic
30:23
basically
19:9 29:24
 88:18
 109:1,4
```

```
basics
110:15
basing
97:20
basis
97:11
Baton
8:4 20:6,6
 21:24,24
 21:24 22:6
 22:24 26:2
 34:6,12
 35:3,10,14
 39:22 40:2
 40:14,17
 42:24
 43:22 44:9
 44:19,21
 44:22 45:1
 45:4 48:17
 54:18,20
 55:22 59:2
 59:22 60:3
 63:1 67:1
 79:15,20
 108:25
 113:7
 114:22
Bear
28:8,18
 32:11 79:8
beat
64:24
 107:16
Beaullieu
1:1,11,12
 2:17 3:6
 3:11,12
 4:18 5:4
 8:21 10:13
 10:23 12:3
 13:24 16:3
 17:1 19:16
 19:21
 26:12,19
 26:21,25
 27:4,7,9
 27:14,18
 27:21 28:1
 28:6,13,17
```

```
28:23 29:5
29:15
31:18,21
32:3,8
45:9 47:13
49:16 50:9
51:9 53:8
59:11 61:1
61:1,5,12
61:17
70:10,15
74:11,16
74:23 75:3
76:22 77:8
77:17
78:14
79:12 80:4
80:14,22
80:23 82:7
82:23,25
83:9,12,15
83:18,20
83:25
84:13,16
84:19,22
88:12 94:6
96:5 98:24
99:10,15
99:19,23
100:1
102:5,7,10
102:16
103:12
105:7,11
105:14,21
105:24
106:2
108:11,23
111:3,19
111:23
112:2
113:22
114:2
115:6,22
115:25
117:1,4
119:16
120:4,10
121:16
122:2,14
```

```
122:15
123:23
begging
101:16
beginning
29:18
behalf
59:19 66:23
 84:23
 108:22
beliefs
100:23
believe
8:9 10:9
 44:11
 46:22 47:2
 53:16 57:6
 57:9 59:16
 59:17
 60:13 62:6
 77:4 79:6
 87:1,1
 88:16,16
 92:4 93:16
 100:24,25
 101:25
 111:10
 118:14
bell
113:6
bending
98:15
benefit
5:24 48:25
benefits
91:25
Bert
108:11,24
best
8:14 9:11
 10:2 11:10
 12:9 14:14
 15:9,23
 25:9 41:16
 42:18
 45:21
 46:24
 69:13 72:9
 92:4 95:24
```

```
98:19
107:24
125:9
better
15:22 19:10
 19:11
 33:13 47:4
 52:17
 58:14
 62:12 68:6
 74:10 76:5
 77:21
 95:20
 106:14
 107:6
beyond
96:18 118:8
bible
103:9
Biden-Sc...
85:10
big
6:3 21:8,8
 56:5 74:12
bigger
27:9,11
bill
2:19 4:20
 4:21,23
 5:5,8,12
 5:17 6:5
 6:15,25
 7:6 8:14
 8:24 9:21
 13:22
 14:10,25
 14:25
 16:13 17:3
 17:4 30:24
 37:23 38:4
 38:22,25
 43:19,21
 44:12,13
 44:17,20
 47:3,7
 50:21 61:9
 62:11 64:5
 66:9 70:8
 78:7,10,11
 78:12 82:8
```

JE31-036

83:24 84:1
84:14
85:15
86:15
106:8
116:20
118:19
121:18
122:4,10
123:24
**Billings**
1:13,14
3:13,14
80:24,25
122:16,17
**bills**
38:17 47:22
66:12
91:15
108:3
**bit**
39:20 63:22
88:21
92:11
113:8
121:13
**Black**
7:11,17,20
7:23,25
8:3,5 9:16
11:17
15:15
16:13 25:7
25:20 31:6
31:22
41:14
67:14
69:14 78:7
78:8 89:20
89:21
90:13 97:2
101:1,11
101:13
102:21
103:20
111:11
117:15
121:21
**Black-ma...**
62:25

**Blade**
82:14
**blame**
56:4,9
**blank**
110:14
**bless**
108:6,6,6,7
**board**
10:20 70:24
71:1,2,10
73:14
74:12,24
105:8
110:6
119:18
121:17
**board's**
28:7
**boards**
65:11 73:16
**body**
33:13 89:16
95:19
114:18
115:18
121:11
**Bossier**
57:3
**boundaries**
5:17 6:18
7:19 8:11
8:14
**box**
107:23
**Boyd**
1:15,16
3:15,16
12:4,5,8
12:17,20
12:25 13:3
13:6,12,19
13:25
50:10,11
51:4,10
81:1,2
103:13,16
104:17,18
105:1,4

122:18,19
**bracket**
66:20
**Brianna**
82:12
**bring**
40:13
**bringing**
17:11
**brings**
4:23 77:13
**brought**
26:13,17
37:24
109:15
110:8
**building**
92:5
**bunch**
79:7
**burden**
86:5
**businesses**
106:24
**button**
16:1 111:20
111:24
**button's**
19:23
**BVAP**
14:19 16:7
16:10,17
16:22
37:12,14
41:12
58:10,14
58:17 59:7
**BVAPs**
13:1,3

_____
C
_____
**Caddo**
20:9 21:6
22:24 57:2
113:6,6
**Calcasieu**
29:20,24
33:16,21
35:10

39:18
44:18,19
44:21 56:3
75:12
**Calcasieu's**
33:17
**call**
1:5,9 3:10
45:2 73:15
80:16
109:19
120:5
122:9
**Callais**
108:11,15
108:24,24
111:3
**called**
49:19 72:21
73:25
102:1
107:5
114:7
**calling**
72:14 108:3
**Cameron**
55:22
**Candace**
50:13
**candidate**
89:24 91:8
93:19
**candidates**
37:17
**cans**
107:22
**capacity**
42:15 58:12
**capital**
6:18 88:4
**Capitol**
92:6 101:13
**card**
84:7 120:14
120:14
**card's**
28:15
**cards**

1:5,8 61:15
70:11 79:7
79:7 80:5
80:9 82:11
83:2,4,23
84:2,5,11
**care**
21:19
**carefully**
8:12
**Carlson**
1:17,18
3:17,18
81:3,4
94:9,10,13
94:16,22
95:11,22
96:1,8,12
96:17,23
96:25 97:6
97:10,16
98:17,22
99:5,11,13
99:17,21
116:1,2,3
116:8,13
116:17
117:10,18
118:1
122:20,21
**carried**
86:5
**carry**
33:10
**Carter**
1:19 3:19
41:14,21
41:22,22
42:11,14
43:6 50:18
58:1 59:15
59:17,20
81:5,7
122:22
**Carter's**
121:8
**Carver**
1:20,21
3:20,21
81:6

122:23,24
case
7:2 95:6
110:22
cases
31:9
catch
70:19
catching
46:5
Catherine
82:18
cattlemen
6:22
Caucus
15:15,15
caught
73:15
cause
17:14
causes
106:18,18
causing
106:20
cave
87:8 88:9
caving
87:11 89:10
89:14 91:6
95:2
caving-in
92:7,8,14
cell
1:4
census
63:16
120:20,23
center
76:7
certain
18:6 69:24
69:24 98:4
98:5
certainly
9:20,24,25
10:6 11:11
29:4 40:17
60:15
64:24

65:19
79:17
94:17
97:10
100:4
101:1
CERTIFICATE
125:1
certify
125:3,11
cetera
107:1
Chair
2:1 4:4
15:25
51:12
81:16
84:18
94:10
99:22
103:16
106:4
116:3
118:2
chairman
1:1,10,10
1:12 2:2
2:17 3:6
3:11,12
4:5,18,22
5:4,6 8:21
10:13,23
12:3 13:24
14:2 16:3
17:1,8,9
17:10 18:3
18:16,19
18:23 19:3
19:6,16,16
19:21
26:12,19
26:21,25
27:4,7,9
27:14,18
27:21 28:1
28:5,6,13
28:17,23
29:5,7,15
29:18
31:18,21

32:3,8
45:9,12
47:13,16
49:16 50:9
51:9 53:8
59:11 60:8
61:1,5,12
61:17
70:10,15
74:11,16
74:23 75:2
75:3,4,5,5
76:20,22
76:22 77:8
77:12,17
78:14
79:11,12
80:4,14,21
80:22,23
81:18 82:7
82:23,25
83:9,12,15
83:18,20
83:25
84:13,16
84:19
88:12 89:8
94:5,6
96:5 98:24
99:10,15
99:19,23
100:1
102:5,7,10
102:16
103:12
104:7
105:7,11
105:12,14
105:21,24
106:2
108:11,23
108:25
111:3,19
111:23
112:2
113:22
114:2
115:6,22
115:25
117:1,4

119:16
120:4,10
121:16,19
122:2,13
122:14,15
123:5,23
chairs
107:9
chamber
100:22
chance
23:9 24:7
38:7 55:7
86:20
90:17
108:21
change
43:23 44:21
78:11
110:10
changes
43:22
characte...
98:14
Charles
56:10
chart
18:15
checkboxes
32:7
checked
68:19,19
chime
10:14
choice
18:11 89:19
89:20,24
91:8 93:19
94:5
choosing
93:16
110:13
chopping
106:21
Chris
83:5,11
84:23
108:12
Chris's

108:14
Christine
83:3
Christopher
108:17
Circuit
63:10 86:22
88:17 95:6
99:4,6
114:11
115:17
118:21
119:2
circumst...
108:1
cities
112:22
Citizen
84:24
citizens
40:25 85:4
85:20,20
87:7,10
88:5,9
90:11 93:1
93:7
city
22:13 56:5
104:8
civic
65:12 71:25
civil
55:15 66:13
claim
86:8 111:17
claims
112:5
clarific...
16:5 61:6
78:15 79:4
84:2,18
clarify
79:14,16
84:8 122:9
clarity
63:25
class
106:15,16
Clay

40:1,5
51:22
**clean**
66:15
**cleaner**
23:3 26:1
**cleanup**
10:3 43:19
78:10,12
**clear**
15:21 60:5
60:9,16
75:8 76:18
119:18,18
121:17
**cleared**
13:21 28:7
**clearing**
76:10
**clearly**
91:21,22
93:4
**clears**
74:24 105:8
**Cleo**
59:23
**clients**
66:23
**close**
19:13 65:19
87:22
118:16
119:20
121:18
**closed**
67:20,21
103:24
**closer**
23:13 64:24
**closest**
15:17,18
**coalesced**
63:6
**codified**
73:5
**coexist**
104:10
**COI**
74:1

**colleague**
62:24
**colleague's**
67:16
**colleagues**
14:11 15:20
29:19 72:7
89:22
100:22
120:18
**collective**
106:15
**college**
6:21
**color**
106:23
**colors**
106:24
**combined**
7:17
**come**
3:3 5:8
10:20 13:9
14:14
19:24
30:17 31:3
41:16
46:24 55:5
60:9,24
61:4 79:14
84:2 87:8
87:24
102:7
113:24
120:11
121:18
122:7
**comes**
6:24 50:24
110:1
**coming**
61:23 65:1
72:23
93:14
108:4
**command**
8:18
**comments**
89:5 94:11

108:14
**commerce**
6:21
**committee**
1:2,6 3:9
5:7 16:5
33:7,9
34:19
38:18
47:24
62:22
83:10
84:22
88:15,24
90:5
104:23
120:11
121:20
122:12
124:1
**commonal...**
113:21
**communic...**
13:7
**communities**
13:15 39:5
48:21
65:23,24
75:15
90:12
112:21
**community**
10:8 13:7
13:12
20:20,23
21:2,5
22:22
29:25 51:1
66:13
75:18,18
77:22,22
102:1
113:20
114:12,12
**compact**
23:13 36:18
37:8,9
111:10
113:18
118:21

119:11
**compactness**
9:14 36:20
37:6,20
39:5 60:17
62:13 78:6
**companies**
21:7
**company's**
125:9
**compare**
18:10 73:1
**compared**
19:8 98:6
**compares**
17:25
**comparison**
18:8
**comparisons**
17:16
**compelling**
65:21 112:9
112:10
114:17
**complete**
117:16,22
117:23
**compliance**
112:9
**complied**
121:25
**complies**
66:7
**comply**
7:25 20:4
51:13
65:18,25
114:16
**compressed**
47:19
**computer**
125:5
**concentr...**
98:4
**conceptu...**
71:23
**concern**
42:11
115:16

**concerned**
42:9
**concerns**
42:6,19
109:2
**configur...**
29:11
**conflict**
106:20
108:17
**conforming**
76:16
**confuse**
70:7
**confused**
51:14
**confusion**
70:25 72:4
106:21
**congratu...**
94:14
**Congress**
5:20,25 6:7
11:16
85:10,13
85:19 88:2
89:13 93:3
100:10
101:24
106:12
109:6
**congress...**
4:25 5:1,2
5:9,19 6:4
7:3,6,10
8:13 9:16
10:7 11:20
13:17 14:8
14:18
29:11
33:25 34:7
37:7,9
39:23
41:24
42:10
69:15
73:18
77:21,25
78:4,6

101:12
109:8
**congressman**
8:15 12:11
13:20 24:7
24:22
25:10
27:15,19
29:22 30:8
30:13 31:3
31:4 40:6
42:10,14
54:14,17
55:7,10,12
55:20
56:12,12
56:16 57:2
57:11,17
58:1 59:19
87:14,17
92:24
106:11
108:8,18
**congressmen**
49:25 50:4
55:4 68:21
**Congress...**
5:15,18,23
6:2 121:24
**connect**
70:25
**connected**
70:23
**connection**
71:2
**consequence**
85:20
**conserva...**
6:16 85:5
92:25
107:13
**conserva...**
84:25 93:3
**consider**
39:5 48:1
96:11
115:19
**consider...**
27:1 49:12

71:16
80:15
**considered**
8:12 11:2
71:20
**considering**
71:20
112:25
114:8
**consistent**
96:9
**constitu...**
109:1
**constitu...**
40:19 55:18
102:24
107:25
**Constitu...**
8:1 109:5,6
109:7
110:5,14
110:15
119:9,10
**constitu...**
93:5 96:10
112:20
118:14
119:3
**constitu...**
99:3 104:25
**construed**
91:23
**contains**
29:14
**content**
24:11,12
**contented**
106:22
**contentious**
90:3
**contiguous**
98:8,10
111:11
118:22
**continue**
5:20,24
6:17 91:2
96:15,18
104:1,8,14

**continues**
6:1
**continuous**
24:2
**contributed**
6:7
**control**
56:9 92:22
103:4
111:24
**controlled**
88:2
**conversa...**
13:20 41:5
50:19
55:15
67:25
68:22
97:13,22
**conversa...**
9:23 97:23
**convey**
109:2
**COO**
125:2,17
**cool**
103:8
**copy**
20:5 65:16
119:22
**core**
110:15
**correct**
20:9 23:16
24:4,23
25:5 27:2
27:7,24
30:18
32:20
33:23 34:3
34:4 35:17
35:20 36:1
36:4,12,15
51:15,18
51:24,25
52:2,3,5
53:3,12,15
53:17 57:5
58:6,22,23

61:7,8
67:3,4,7
84:4
116:16
125:10
**correction**
45:6
**correctly**
33:22 34:6
**correlation**
73:8,17
**corridor**
6:20,23,24
8:4 63:5
**cost**
107:16
**cost-eff...**
66:18
**counsel**
111:7
**count**
53:5
**counted**
53:1 64:13
**counterc...**
30:25 56:24
**counties**
72:14 98:7
**counting**
53:21
**country**
8:10 85:9
85:11,21
90:7 91:12
104:21,24
110:24
**Coupee**
20:7 21:18
**couple**
83:2 88:13
**courage**
109:3
**course**
65:25
**court**
5:11 7:8
8:19 11:19
14:15
39:12 63:8

63:9,10
67:9,11
68:9 85:25
86:3,22,23
87:20 93:6
95:7 99:3
99:4,4,7
99:16
115:18
**court's**
7:15,16
26:22
**courts**
26:16,17
64:17 65:6
65:14 70:3
72:12,18
101:4
107:17
118:9
**cover**
111:17
**covered**
11:14
**cowardice**
110:25
**cowardly**
110:22
**cowed**
110:21
**cracks**
106:17
**crazy**
97:14 101:2
**create**
7:24 9:15
11:4,16
13:15
62:25 76:1
76:7,13
86:14
96:14
117:15,19
**created**
25:7,7
116:6
**creating**
85:15,24
116:20

121:4
**Creole**
20:24
**criteria**
18:6 68:7
76:15
119:25
**critical**
48:1
**crop**
6:23
**Crow**
110:23
**cultural**
106:20
**culture**
104:11,21
**curious**
68:15 73:7
**current**
7:22 29:23
32:4,6
52:15
71:16 86:6
86:17,18
86:20
87:18 93:4
96:10 99:3
110:23
**currently**
64:15 78:21
**cut**
20:21 21:25
23:19

**D**

**Dated**
125:15
**Davis**
80:7
**day**
7:5 30:22
62:5 67:21
69:10
114:3
**days**
17:20,24
97:18
**DC**

5:16 6:15
103:21
**debate**
67:23 76:9
124:5
**Deborah**
82:13
**decade**
5:21
**decided**
43:23
**decides**
6:1
**decipher**
60:21
**decision**
86:1 94:24
96:2 99:14
99:18
**decisions**
15:6 100:20
102:23
**decks**
74:15
**dedicated**
14:9
**deeper**
106:23
**defeat**
88:10
**defend**
110:5
**defended**
111:13
**Defense**
60:9,23
61:4,19,21
**delayed**
2:20
**delete**
29:9,10
**delicate**
85:18
**Delta**
63:1 78:1
**demanding**
115:14
118:8
**democracy**

92:21 93:7
93:17
**Democrat**
89:21
**Democratic**
15:15
**Democrats**
15:23 26:6
88:2 90:17
**demograp...**
7:22
**Denise**
24:17
**Department**
91:17
**depends**
73:19
**described**
7:18
**descript...**
107:23
**desegreg...**
109:20
**deserve**
89:13
101:11,15
101:16,17
101:17
**desire**
40:19
**desires**
57:21
**DeSoto**
20:8 21:13
26:5 77:23
**detailed**
5:13
**details**
74:14
**determining**
109:8
**deviation**
11:2 38:23
60:18
65:18 78:3
**deviations**
9:14
**Dick**
86:18 95:3

95:18,20
96:14 97:1
101:5
112:11
115:2,14
115:19
117:21
118:11,25
**Dick's**
121:6
**dictate**
110:17
**dictated**
109:12
**died**
62:21
**difference**
116:18
117:14
**differences**
104:10,11
**different**
8:6,12 9:15
10:15 17:6
23:2 42:6
63:6 64:25
71:11
72:22
73:13
90:20,22
90:25,25
94:18
95:17
101:9
106:16
107:9
121:2
**difficult**
30:14 90:4
98:2,11
**digest**
48:7 49:13
50:25 64:3
**dignified**
72:11
**dipping**
52:18
**direction**
98:3

**directly**
24:9 48:5
65:2
**disabled**
106:25
**disagree**
98:14
**disagreed**
55:15 56:7
**disagreeing**
89:2
**disagree...**
110:7
**disappoi...**
55:16
**disasters**
30:10
**discourse**
6:8 62:23
**discuss**
49:5
**discussed**
41:9 51:7
**discussing**
26:15
**discussions**
49:8
**disheart...**
15:4 100:3
**disingen...**
43:21
102:20
**disregard**
119:4,4
**distance**
40:13
**district**
4:25 5:11
5:11,19
6:3,5 7:2
7:8,16,19
7:20 8:2,3
8:9,19
10:7 11:17
14:6 20:11
20:13,21
20:22,22
21:1,25
22:23

```
23:14,14          117:3,15          101:14            120:22            8:4 20:6
23:15,19          117:19            104:8             121:21            21:24 22:6
23:22 24:3        118:17,22         105:2,3           drawer            22:24 31:5
24:14,17          119:11            divided           65:6 71:19        34:6,12
24:18,19          121:4,21          22:7 51:15        drawers           39:22
24:21             districting       52:5,8            73:23             51:21
26:17,18          112:18            diving            drawing           54:20 59:1
29:11 31:2        113:16            52:18             27:1 47:17        67:1 90:9
37:7,8,9          114:15            divisive          88:24             113:8
40:13,20          118:8,15          90:3 104:14       drawn             114:22
40:22             119:13            doctrine          8:2 11:15         eastern
41:13,13          districts         65:2              17:17            24:19
41:24             5:2,9 6:13        documents         71:22             economic
42:10             7:10,17,25        48:2              88:23             30:4
43:24             8:16,18           doing             draws             economics
45:12 46:2        11:4,17,17        14:9 17:15        97:1              106:25
51:23,23          14:8,18,21        46:1 76:19        drew              Ed
52:8,23           14:24             86:16,19          88:15             23:5,5
54:15,15          21:25             87:11 90:8        drive             24:16
55:1,1,8          23:12 25:4        91:9,18           40:2,5            education
55:12 57:4        25:7,22           105:5             driven            71:25
57:12,18          26:7 29:11        107:24            7:19              effect
57:22 58:1        31:8,11,22        DOJ               driver            7:6 97:8
58:2,5,5          31:22 32:2        115:15            25:16             efficiently
58:11,17          34:7 37:21        118:5             driving           66:18
58:25 59:1        39:13,15          domain            97:24             effort
59:6 62:25        39:23             63:3              drop              20:4 25:25
63:1,9            41:13 42:3        drafted           43:22             30:7,14
69:19 71:8        52:20             78:16,16          drove             51:12 68:1
72:23             58:21,25          draw              67:15             107:16
73:18             66:3 69:12        8:11 26:18        due               Eight
77:21,25          69:15             26:18 39:3        39:17 107:7       107:20
78:4,6            72:22             42:21,22          Duly              either
85:16,24          73:10,21          68:13             82:17             95:4,18
86:9,15           73:22 74:1        69:13,14                            96:14,21
89:18,23          76:1,8,14         75:20,21          _____          107:18
99:15             97:2              95:4,5,9             E               115:19
101:25            106:22            95:18,18          earlier           elect
102:3             107:10,11         95:19             25:9 61:9         5:20
107:25            107:11,21         96:14,18          63:14 76:2        electabi...
111:8             108:3             96:19,20          87:14             37:16
112:8,21          109:8             96:21,23          early             elected
113:5,12          111:11            96:25             109:22            71:10 87:4
113:13,19         112:6             101:5             ease              87:8,25
114:6,6,7         114:23            109:17            2:22 3:1          88:22 96:2
114:10,25         116:14            110:11            48:8              101:19
115:2,3,15        118:18            112:5,7,20        108:20            121:12
116:4,5,6         disturbed         113:18            easier            election
116:9,19          92:10             118:21            68:4              18:21 65:11
116:22            divide            119:5,11          east
```

71:1 94:15
110:6
**elections**
70:24 71:8
**elements**
65:11
**eliminated**
116:4
**Elise**
82:14
**emailed**
107:4,19
**emphasized**
65:8
**enables**
93:17
**enact**
11:11
 115:21
 118:24
**enacted**
7:4,7 39:1
 64:14
 71:15 74:6
 74:10
 114:6
 115:2
 116:6
**enacting**
36:19
**ended**
88:3
**ends**
66:8 115:4
**enemy**
90:21,21
**engaged**
72:2
**engines**
30:4
**enjoy**
91:25 107:9
**ensure**
5:17,24
 94:1
**ensures**
6:5,12,15
**ensuring**
8:17

**entertain**
113:23,25
**equal**
103:10
**equally**
115:9
**equation**
73:3
**especially**
109:13
**essentially**
85:11 86:12
**et**
107:1
**ethnic**
106:20
**Evans**
61:20,20
 62:7 67:4
 67:7 68:23
 68:25 69:4
 70:13 80:8
**evening**
5:7
**everybody**
16:17 45:1
 69:9,16,20
 101:10
**everybody's**
75:23
 100:25
**everyone's**
122:8
**exact**
62:22 74:6
**exactly**
16:23 25:2
 27:25
 43:20 46:3
 51:4 64:1
 86:15 97:4
 105:4
 109:21
 114:21
 119:7
**example**
117:16
 118:16
**excellent**

112:23
**excessive**
114:13,20
**excited**
72:2
**excuse**
28:10 52:6
**exercise**
94:8
**existing**
18:9
**expect**
49:19 104:9
**expecting**
50:20
**expensive**
66:19
**expiration**
91:13
**expressed**
40:19 55:25
**extend**
6:17
**extracted**
59:5

_____
F
_____
**F**
114:9
**F-A-R-M-S**
82:24
**fact**
37:6 42:21
 50:15
 57:20
 71:14
 87:17 95:3
 103:17
 110:8
**facts**
37:20
**failed**
82:8 120:5
**fails**
106:15
**fair**
72:25 88:16
 100:10
**fairly**

69:13
**fairness**
68:2,8
 97:13
**fall**
106:16
**familiar**
22:18 37:25
 38:3
**far**
15:18 39:8
 40:12
 41:14
 66:19 70:1
 109:15
 110:3
 112:11
**farm**
6:22
**Farms**
82:22,22,24
 82:25 83:1
**Farnum**
1:22 3:22
 3:23 19:17
 19:18
 28:14,22
 28:23,25
 29:1,8,16
 29:17
 31:18,20
 31:25 32:5
 32:11,14
 32:15,20
 32:23 33:2
 33:6,11,17
 33:23 34:3
 34:8,13,20
 34:23,25
 35:2,5,8
 35:11,17
 35:20 36:1
 36:4,8,10
 36:12,15
 36:21,25
 37:4,11,15
 37:25 38:3
 38:6,10,13
 38:19 39:9
 39:17 40:4

40:9,18,22
41:3 44:18
46:21
47:16
51:12,16
51:25 52:3
52:6,11,14
52:21,24
53:5,9,13
53:16,21
53:25 54:2
54:5,8,11
54:16,21
54:23 55:3
55:9,13,24
56:2,6,11
56:18,20
56:23 57:6
57:9,13,19
58:3,8,13
58:18,23
59:3,10
74:25 75:7
76:24
78:21 79:1
80:13,15
81:8,9
122:3,11
122:25
123:1
**Farnum's**
47:3 49:1
 61:11
 78:23
 80:17,19
**fashion**
78:17
**favor**
1:7 80:6,9
 84:6 86:13
 111:1
**favorable**
78:10,13
 122:1
**favoritism**
110:13
**federal**
5:10 7:1,8
 7:9,14
 8:18 20:4

65:14 68:8
85:25
88:18 93:6
99:3 109:4
109:4,10
109:12,16
114:7
115:10,11
118:4,9
119:8
**feel**
41:9 48:20
48:22
58:13
88:22 89:1
95:19
103:10
104:1
109:5,9
121:5
**feeling**
47:8
**feels**
101:19,24
**felt**
11:9
**FEMALE**
23:7 28:15
54:18
105:12
**fewer**
78:12
**Fields**
45:6 50:17
50:18
59:23
79:14,19
**Fifth**
63:10 86:22
88:17 95:6
99:4,6
114:11
115:17
118:20
119:2
**fight**
86:20 87:12
91:10 93:5
93:8 96:13
96:17

110:17
**fighting**
87:1,2 90:4
96:10
103:18,22
**figure**
64:1 73:17
**filed**
8:25 17:4
62:3 66:12
**fill**
1:8 70:13
120:12
**filled**
61:14 70:11
**final**
84:11
**finally**
6:25 66:20
**find**
94:25
**finds**
120:2
**fine**
12:7 56:12
**finished**
59:24,25
**firmly**
8:13
**first**
5:15 7:15
9:12 17:16
28:18,24
48:19
61:24 62:8
91:11,18
95:8 97:19
97:19
106:12
**fish**
104:22
**fit**
42:18
**five**
107:2
**fixing**
112:19
**floor**
67:23 83:6

111:4
**focus**
6:14
**folks**
21:12,13,18
22:19
30:16
66:19 71:9
72:2,7,8
98:5
**follow**
66:14 110:9
110:14
**followed**
117:19
**following**
50:13 63:15
**foolishness**
111:8
**forbid**
101:18
**force**
97:24 119:8
**Foreman**
76:24
**forever**
92:1
**Form**
82:23
**formed**
77:23
**Fort**
57:4
**forth**
21:20 31:5
**forward**
66:22 68:3
68:6 76:10
76:21
98:12,19
122:11
**founders**
104:20
**four**
6:6 8:17
97:18
104:4
106:18
**Fourteenth**

115:13
**fracking**
72:21
**free**
41:9
**friend**
24:22 46:21
**front**
18:25 20:5
53:22
65:17
77:14
95:17
**frustration**
50:24
**full**
87:19
112:24
125:9
**Fund**
60:9,24
61:4,19,21
**fundamen...**
103:5
**further**
66:16 105:2
125:11
**future**
87:21
**futures**
49:12

---
**G**
---

**Gadberry**
1:23,24
3:24,25
81:10,11
123:2
**Gail**
82:18 83:4
**gained**
57:21
**Gary**
41:14,22
59:15
68:20
82:14
**gas**
30:5

**general**
7:12 99:2
**genuine**
68:1
**gerrymander**
112:25
113:9
119:3,24
**gerryman...**
118:17
**gerryman...**
106:12
109:25
114:12
**gerryman...**
114:24
118:20
**getting**
30:11,11
62:2 69:20
91:23
**give**
2:24 3:10
19:24,25
22:25
28:19 32:9
49:11,12
50:2 68:4
68:7,8
69:12,16
69:20 79:6
83:6,12,12
84:7
118:11
121:12
**given**
5:9 7:22
48:25 49:9
60:20
103:18
109:22
**gives**
15:7 78:12
115:16
**giving**
15:11 85:17
86:25
87:12
89:14,18

91:5,23
93:11
115:19
**glad**
97:12 114:4
114:18
**go**
3:1 9:13,25
10:4,9
16:11
19:22
21:19
22:22
23:21 24:3
24:17,17
28:7 37:21
38:24
49:25
68:12
76:10,19
76:21
79:12,21
82:10 95:8
102:10
103:7,9
106:3
109:16
110:11
111:12
114:18
118:25
119:19
120:23
**goal**
39:2 76:13
**goals**
5:14 8:8,15
13:16
39:12
**God**
91:20
101:18
108:6,6,6
108:7
**goes**
6:19 20:6
22:12,23
23:21 26:2
86:17,18
89:3

114:22,23
**going**
2:20,21 3:1
9:25 15:8
15:9,19
20:11 23:1
28:7,24
29:9 30:6
32:10
43:20
49:20,21
50:2 52:19
55:21
60:12
62:16
69:17
70:13 72:3
75:6,22,23
76:8,9
79:18,21
82:10
86:13,14
86:19 87:6
88:19
91:10
93:23
94:23
95:19,23
97:4 98:20
100:6
103:24,25
107:2,14
108:16
110:22
111:9
112:16,23
115:25
118:23,23
119:5,19
121:9
**good**
1:1 3:6 5:7
10:23 12:5
14:13
34:10 39:8
46:19,21
55:14
57:25 74:9
88:6 97:7
108:2,5

112:1
115:1
120:2
**gotten**
10:10 15:17
44:12
67:23
115:22
**governing**
65:10
**government**
109:10,12
109:16
115:10,12
**governme...**
1:3 3:8
112:9,10
114:17
**governor**
87:5,7
**governor's**
62:6
**grab**
89:14 90:16
**Grambling**
67:17
**grandpar...**
109:21
**grasp**
66:23
**grave**
85:19
**Graves**
54:15,17
68:20
**great**
5:22 6:1,11
22:13
29:21 30:7
51:14,18
87:6 108:7
124:4
**greatly**
93:10
**green**
1:7 51:18
80:5,9
120:14
**grew**

109:18
**grievances**
67:25
**gross**
113:9
**group**
30:19 84:24
91:25
**groups**
13:8,11
72:1
**growth**
14:6 34:22
34:22
35:10,14
**guaranteed**
103:21
**guess**
15:2 22:10
37:18 40:8
42:5 60:6
63:14,18
100:3,16
**guide**
15:6
**guided**
65:5
**guides**
14:17
**guiding**
15:5 67:12
**guy**
74:12
**guys**
70:4

---

**H**

**hailed**
118:12
**half**
23:19 29:25
34:17 37:9
**halls**
5:25
**halve**
73:21
**hand**
34:10 115:1
115:2

**handed**
59:24
115:21
118:15
**handful**
10:19 94:7
**hands**
96:2,3
**hang**
103:8
**happen**
31:1 67:25
71:11
76:10
104:9,15
**happened**
113:4
**happening**
71:8
**happy**
8:19 57:19
66:5,6
74:18
75:23 93:1
106:22
**hard**
13:14 30:10
76:12 87:5
**harm**
39:8
**Harmon**
107:3,5
**Harmon's**
106:9
107:15,19
**Harris**
82:19,19
**Hays**
114:9
**HB12**
63:4
**HB5**
9:3,4,5
38:5 62:22
66:1
**HCASB-8362**
77:13
**HCASBA-3...**
29:8

JE31-045

he'll
24:3
healthcare
6:25
hear
2:21,25
38:7 95:7
98:13
100:4
103:2
109:24
110:2
116:17
heard
9:10,17
15:13
16:22 23:2
23:10
48:23 50:6
64:6 65:21
67:18
68:17,19
75:12
85:22
87:14
97:17
101:21
107:20
120:21
121:6,7
hearing
50:6 77:1
102:25
hearings
34:17
heart
92:5
heat
46:6
Heather
82:17
heavily
67:2
Hebert
82:14,14
held
63:8 88:18
113:8,10
118:4,6

help
24:22 31:2
40:17,25
53:17,18
60:9 62:15
62:15
114:4
helped
44:17 87:4
helping
15:6 91:6
helps
31:10,10
37:16
Hey
61:7
hiding
106:16
Higgins
25:13 31:4
40:1,5
51:22
55:10,12
55:21
56:12,16
108:18
high
7:23,23
16:24
101:13
higher
38:25 107:7
Hill
106:9
history
29:21 91:14
hit
62:17 69:20
HOEPA
22:17,18
hold
10:18 28:17
28:17 74:8
105:15
home
6:13 40:19
honest
44:22 46:19
honesty

97:13
honor
68:2 119:21
119:22
hope
68:23 107:4
120:2,2
121:1,10
hopefully
12:13 68:7
hoping
3:3 11:13
103:6
hospital
21:18 22:15
22:16,23
hospitals
74:2
hostage
88:18
hour
48:10
hours
117:8
house
1:3 3:8 6:9
6:10 14:6
14:25
27:16,17
27:20 40:5
40:10 85:1
85:6 88:3
92:25
94:18
104:3
106:10
107:12,14
houses
40:6,9
housing
65:24
how's
111:25
Huh
55:9
hundreds
87:10,10
Hurd
111:4,6,6

111:22
112:1,3
113:22
114:1,3
115:6,8,24
116:4,7,11
116:16,23
117:3,7,10
117:17,25
118:3
119:17,21
hurts
46:11,14

I

I-49
6:20 8:4
63:5 66:14
i.e
118:14
idea
49:22 50:19
54:16,23
55:14 58:1
58:3
115:13
ideal
55:22
ideologies
101:19
ideology
92:22,23,25
101:1
ignoring
109:5
illegal
106:13
109:25
imagine
30:13 40:11
impacting
75:16
imperative
7:18
importance
65:22
important
8:9 65:15
65:20

87:21
106:23
115:10
impose
115:12
impossible
69:14
improves
78:5
inaudible
23:22 51:3
75:2 77:7
83:23 96:6
105:23
116:24
117:5
120:8
include
8:5 41:19
included
41:4,5,6
includes
8:3
including
76:3
increase
31:1,6
54:11
58:17 59:6
96:24
120:19,24
increased
37:12,16
58:15,18
68:14
increases
32:1
incumben...
32:6
incumbency
27:2 32:4
incumbents
5:19
individual
75:13
109:16
individu...
106:14
individuals

15:1 106:7
106:16
industrial
30:1
industries
30:5
industry
30:6
ineffective
120:1
infinitum
22:6
influence
25:6
influences
13:8
information
48:2 60:20
  64:7 74:17
  75:9
  120:14
inherently
31:4
injunction
86:4
input
33:12
insane
44:10,10
inserting
29:10
instances
74:10
instrument
46:24
intact
94:3
integrated
106:22
integration
106:13
intent
30:23
intentio...
50:24
interchange
99:25
interdiv...
106:19

interest
13:13,15
20:20,23
21:2,5
22:22 27:5
27:24 30:1
39:5 48:22
51:1 59:18
65:24
75:15
77:22,23
92:4 112:9
112:10,22
113:21
114:17,25
125:14
interested
125:14
interests
88:8 93:6
93:16
101:11
113:20
introduce
61:14 83:10
111:5
introducing
5:13
introduc...
107:1
invasion
110:25
invited
60:6
involved
72:17
125:13
issue
48:14 49:14
51:5 55:24
70:7 87:21
90:11
106:7
110:16
issued
17:17
issues
30:9 39:11
60:17
106:23

109:13
it'll
51:22 58:13
item
2:18 4:19

---

## J

J
106:9
J.C
107:3,15,19
Jackson
36:6
Jacques
114:10
116:11
January
1:2 3:9
Jared
61:20 80:8
Jefferson
104:20
jeopardy
85:19
Jim
110:23
Jindal
22:18
job
90:7 95:4,8
95:9 98:20
Johnson
1:25 4:1
6:10 8:16
23:15 24:7
25:12
27:15 31:3
40:6 45:10
45:11,15
45:20,25
46:5,8,11
46:14,18
47:2,6,11
47:14
51:20 55:7
56:13 57:2
57:4 61:3
81:12,13
87:13,14

87:17
92:24
104:3
106:11
107:8
108:7
121:23
123:3
Johnson's
96:9
Joint
63:12 65:3
65:13
71:14,20
72:7,17
73:6
journey
63:14
Joyce
82:19
judge
20:4 25:18
27:22
68:12
85:25
86:12,18
88:18,24
95:3,18,20
96:4,14
97:1 101:5
104:7
109:4,5
110:17
112:11
114:7,10
115:2,9,14
115:19,20
116:11
117:15,21
118:11,25
119:1,25
121:6,7,8
121:8,8,25
judge's
31:19 51:13
99:18
judges
121:10
judgment
120:2

Julia
5:16 82:19
jump
41:10
jumped
48:19
jurispru...
14:16
Justice
91:17
113:16

---

## K

Kathleen
82:20
Kathy
45:7
keep
16:7,16
65:20 66:2
68:16
71:16 94:2
100:4
102:16
108:1,5
keeping
65:22 90:12
keeps
78:1,3
80:18
kept
24:21 30:23
kind
2:23 3:3
17:25
19:12
30:25
48:19
92:10
94:24 95:2
110:7
King
67:20
110:20
knew
14:5
know
5:8 6:2
9:20,24

10:15
12:18,22
12:25 13:4
14:3 16:7
16:23 18:1
18:4 19:7
19:8 20:22
25:24 26:9
26:14
34:16
35:11
36:22,25
37:2,11
42:6 43:1
43:2,4
44:14
46:18
49:20 50:1
50:5 51:5
51:6 52:20
53:6 55:2
55:3,4,17
56:9 57:1
58:11 60:7
60:12
62:16,17
62:17 64:2
64:23,25
65:24
66:10
69:19,24
70:5 71:9
71:24 72:8
74:12
76:12,12
84:25 87:4
88:21
90:13 92:4
93:12 96:1
98:17,18
103:24,25
108:15
109:14
113:3
116:18
120:10
121:7,9,20
**knowing**
72:2
**knows**

91:20
**kosher**
27:24
**Kristy**
82:20

——— **L** ———
**Labrie**
105:19,20
105:20,21
105:23
106:1,2,4
106:6
108:10
**LaCour**
82:19
**Lafayette**
113:7
**Lake**
56:10
**Lakeshore**
40:2
**landmark**
73:25 74:1
74:5
**Landry**
20:7 21:17
21:17,19
62:4 87:5
**laptop**
38:16
**large**
71:9,10
106:16
**largely**
7:19
**largest**
34:22
**Larvadain**
2:1 4:2,3
20:1,2,13
20:15,17
20:19 21:4
21:11,16
21:23 22:5
22:9,12,16
22:21 23:8
23:12,18
24:1,6,10

24:13,16
24:25 25:3
25:8,14,17
25:21,24
26:10
51:10,11
51:17 52:1
52:4,7,10
52:13,16
52:22 53:2
53:11,14
53:19 54:4
54:13,19
54:22,25
55:6,11,20
56:1,4,8
56:15,19
56:22 57:1
57:7,10,16
57:25 58:4
58:10,16
58:20,24
59:8,12
60:19
81:14,15
123:3
**late**
117:8
**Lathan**
83:1
**law**
7:9 110:9,9
110:11
**laws**
91:15
**LDF**
60:23
**lead**
111:7
**leader**
6:11 8:17
27:20
107:8
121:23
**leadership**
6:14 7:13
91:5
110:23
111:1
**learn**

90:8 104:10
**learned**
28:2
**leave**
24:2 43:17
50:8 85:8
107:2
111:23,24
**leaves**
122:11
**led**
15:2
**left**
105:15
107:15
**legal**
45:21 60:9
60:23 61:4
61:19,21
97:11
**legislation**
87:15,16
88:11 93:2
97:5
**legislative**
7:13 95:19
**legislators**
60:21
**legislature**
62:5,21
63:13 65:4
71:15,15
72:6 73:6
85:3 95:13
116:7
117:18
**legislat...**
109:9
**let's**
24:17,17
70:7 102:5
105:15,15
105:16
115:7,7
120:11,12
**Letlow**
5:16,18,23
6:2 24:22
25:12

35:25
57:17
68:19
121:24
**Letlow's**
8:15
**letter**
90:20
**letting**
5:7 93:12
**level**
37:7 65:10
72:13
**liberty**
84:7
**lie**
99:7
**life**
65:12 92:3
93:14
104:13
112:14
**light**
109:15
**lightly**
39:14
**likelihood**
86:8
**Lincoln**
36:6
**line**
40:12 49:20
63:12 72:4
109:17
**lines**
10:1 14:11
29:9 71:16
71:17 72:4
73:21
88:23,25
91:22
**listen**
90:1,10
122:6
**listened**
48:22
**listening**
3:2 17:5
45:1 55:18

60:12
67:14
84:10
89:18
**literally**
103:18
**litigating**
71:25
**litigation**
5:10 7:5,8
 8:7 9:13
 18:12 62:3
 64:16 66:6
 66:17,19
 68:4,9
**little**
30:14,18,18
 39:20
 63:22,25
 88:21
 92:11
 113:8
 121:13
**live**
43:3 54:15
 55:4 92:21
 97:24
 111:12
**lives**
43:6 48:18
 54:17,24
**LNG**
30:5
**loading**
28:20
**loan**
22:17,19
**local**
70:24
 109:12
**logic**
65:9
**long**
5:13,25
 64:3 70:1
 92:8 100:7
 108:20
**longer**
91:18

**look**
9:5 12:18
 14:18 17:2
 17:6 18:14
 20:5,20
 21:4,16,23
 22:3 23:9
 23:14,20
 51:19
 72:19
 73:24,25
 76:6 80:16
 88:13
 94:17
 95:15
 97:11,12
 97:14
 102:5,20
 114:9
 118:11,25
 124:2
**looked**
9:7 17:20
 17:22
 18:15
 94:23
**looking**
14:7 16:15
 17:11
 18:25 19:5
 19:9 20:9
 24:18
 35:24
 41:15 42:3
 48:5 49:8
 58:6 72:24
 74:2 75:24
 90:22
 105:2
 116:19
**looks**
15:10,11
 18:2,6
 23:24
 35:23,24
 116:21
 122:7
**lose**
35:18 94:23
 100:6

115:20
**losing**
89:9,15
**lost**
35:15
 110:24,25
**lot**
6:22,23
 21:1,6,7
 21:11,13
 21:14 23:1
 23:13,13
 26:1 30:16
 36:23 41:4
 41:4 42:6
 45:16,16
 45:17 46:6
 49:2 62:1
 65:9 67:12
 71:11
 78:11
 85:22 89:4
 120:21
**lots**
113:20
**Louisiana**
5:9,12 6:4
 6:17 7:2
 7:24 8:9
 8:19 24:19
 27:12
 29:12,19
 30:5 31:2
 34:16
 35:15,22
 35:23
 46:21 70:1
 73:9 84:24
 85:5,16,20
 85:25
 86:10,15
 87:7 88:5
 88:9,17
 93:1,7
 98:9 100:5
 102:21
 104:5
 107:6,21
 108:6
 111:13

114:9
 118:23
**Louisiana's**
4:24 6:6
**Louisian...**
72:13
**Louisianans**
5:24
**love**
66:23,24
 103:8,9
 107:24
**lower**
78:7
**Lowery**
4:20,22
 28:21 29:4
 29:5,7,15
 53:18,20
 54:1,7,9
 61:5,7,12
 77:8,12
 113:4
**lowest**
37:6
**LSU**
22:14,22
**Lucille**
82:19
**lumber**
21:7
**Luther**
67:22
 110:20
**Lyons**
2:1,2 4:4,5
 17:8,9,19
 18:3,16,19
 18:23 19:3
 19:6,17
 75:2,4,5
 76:23
 81:17,18
 123:4,5

---

**M**

**ma'am**
9:18 11:22
 11:24

12:15
32:15
34:20 44:7
84:13,16
93:24
**main**
51:5
**maintain**
42:20
**maintained**
1:6
**maintaining**
8:16
**major**
116:18
**majority**
6:10,17
 7:11,17,25
 8:17 27:20
 31:23 85:1
 85:2,7,7
 85:14,17
 88:8 92:21
 93:7 94:19
 94:23 97:2
 100:6,8,11
 102:3
 107:8,10
**majority...**
76:1,14
**majority...**
24:21 25:4
 25:22 26:7
 31:22
 58:21
 86:14
 96:24
 112:21
 118:18,22
**making**
29:20 31:12
 44:5 51:12
 69:6 74:9
 86:8
 102:23
**MALE**
51:3 52:9
**man**
46:19

mandate
120:22
mandated
39:12
 117:14
Mandela
110:20
map
5:12,23 6:5
 6:12,15,19
 8:6,8,12
 8:25 9:10
 10:1,3
 11:1,11,15
 11:19 12:9
 12:12,12
 13:9,15,20
 14:10,13
 14:14 15:7
 15:8,10
 17:16,17
 17:18,25
 17:25 18:2
 18:7,8,9
 18:11,11
 18:12,14
 18:24
 19:11,14
 20:5,10
 22:1 23:2
 23:3,3,4,6
 23:8,9,10
 24:1,8,11
 24:18,20
 24:22 25:1
 25:5 26:1
 26:1,2,5,5
 26:6,8,18
 26:18,22
 27:23 28:4
 29:23
 31:14
 32:21,24
 35:24,24
 36:5,6,18
 36:19,19
 37:8,10
 38:20,21
 38:24 39:1
 39:6,24

42:12,21
42:22 44:9
45:17
46:20,23
47:7,17
49:1,15
50:14
51:14
52:15,17
52:18,24
53:1,15,17
57:7 58:6
58:20
60:10 62:1
62:20,22
64:14,16
65:6 66:6
71:19
72:25
73:23 74:5
74:6,9,10
75:20,21
86:6,17,18
86:21
87:18 93:4
95:4,5,18
95:20,23
96:10,14
96:14,18
96:19,20
96:21 97:1
97:1,2,7
97:20 99:3
99:11,22
107:15,16
107:18
120:23
maps
6:25 7:4
9:1,8
10:10
14:23 15:2
15:5,6
17:6,20,23
22:6 27:1
29:14 37:7
39:3 43:22
48:10 63:4
63:23 76:2
80:20

88:15 95:9
95:13,18
97:14
101:5
107:3,19
Marcell
122:5
Marcelle
2:3,4 4:6
 8:22,23
 9:2,3,6,9
 9:19 10:13
 10:20,22
 10:24 11:6
 11:9,12,18
 11:23,25
 12:4,9
 16:4,6,12
 23:7 24:17
 28:9,11,12
 32:9,10,13
 32:16,21
 32:25 33:4
 33:8,16,19
 33:24 34:5
 34:9,14,21
 34:24 35:1
 35:3,7,9
 35:13,18
 35:21 36:2
 36:5,9,11
 36:13,16
 36:22 37:2
 37:5,13,18
 38:1,5,8
 38:12,15
 38:20
 39:16 40:8
 40:11,21
 41:2,18,20
 41:23 42:1
 42:8,23
 43:4,8,11
 43:16 44:2
 44:5,8,16
 44:24
 45:10
 48:17
 50:16
 59:12,13

61:13,22
62:9,19
63:18,24
64:10,12
64:18,20
64:22
66:11,25
67:5,8
68:10,24
69:2,5
77:4,5,6
77:10,13
77:17,19
78:15,22
79:17,25
80:3,4,11
80:11
81:19,20
100:1,2,12
100:16
101:8,23
102:4,6,14
102:19
103:1,3,13
103:15
123:6,8,10
123:11
Marcelle's
28:16 80:18
March
7:4 62:6
 125:15
Mark
49:17
Martha
80:7
Martin
67:20
 110:20
mater
67:16
material
115:21
Matharms
82:21
matter
25:18 50:14
 61:24 72:3
 86:21 95:3
mattered

72:17
matters
5:3 50:8
 72:10,15
 85:19
 104:21,22
 124:1
Mays
82:18
mean
18:5 33:5
 39:23 40:1
 40:3 43:25
 44:16
 53:10
 59:19 89:3
 112:7
 115:18
 119:21
means
16:10,17
 53:23
 72:14 93:8
 112:17
 125:5
measure
73:24
measures
19:13 73:3
 73:5
medical
21:19 85:8
medium-s...
21:18
meet
13:9 14:14
 14:15,15
 14:16
 16:23
 31:19 39:2
 50:25
 103:7
 113:13
meeting
30:21,21
 41:12
 108:17,18
 117:8
 124:5,7

JE31-050

**meetings**
13:10
**meets**
32:6
**member**
55:17
114:19
**members**
2:15,18  3:2
3:6  4:19
4:23  5:7
10:15
11:16,21
29:13  32:4
33:13
48:20
53:20  61:8
64:1  73:14
74:24  75:4
76:23
77:14,15
78:15
80:11  82:7
84:22
85:23  87:3
121:20
123:23,23
**memory**
35:22  88:6
**mention**
10:25
120:17
**mentioned**
12:20  17:13
49:2  62:24
66:4  70:22
71:2  73:16
125:7
**mentioning**
73:4
**merits**
86:4,11,13
87:19
99:11
**message**
76:18  91:23
**met**
13:8  32:17
67:25

**metric**
72:21  74:3
74:7
**metrics**
72:25
**metropol...**
60:5
**Meyer**
23:1
**mic**
16:11  79:13
**middle**
5:11  7:2
8:19  24:14
26:16,17
26:22  35:5
35:7  51:22
**Mike**
6:10  27:15
51:20  55:7
57:2  87:13
92:24
104:3
106:10
107:7
108:7
**military**
65:22  66:2
66:3  110:4
**millions**
100:14,17
**mind**
16:21  28:8
61:1,13
76:13  77:9
**minds**
89:4
**mine**
33:14,14
40:21
93:10
**minorities**
67:2  98:5
**minority**
11:17  24:20
25:7  31:8
32:2  37:17
39:13  59:6
85:16,24

86:9
107:10,11
107:21
108:3
113:18
114:23
121:23
**minority...**
14:20,24
89:23  98:8
98:9
**minute**
36:24  70:6
70:18
**minutes**
60:20  117:4
117:7
**misled**
111:16,16
**missed**
77:10
**missing**
112:13
**mission**
75:24,25
**moment**
73:3
**money**
107:16
**monkey**
44:12
**months**
88:1
**morning**
1:1  2:20
3:4
**motion**
74:25  76:23
76:24
122:3
124:2
**motivation**
40:15
**motivations**
68:17
**motive**
44:11
**move**
98:12

**moved**
72:8
**moves**
122:10
**moving**
98:3  101:10
**multiple**
72:22  73:10
**municipa...**
37:22  38:23
39:6  71:21
**mute**
111:22

———————
**N**
**naive**
109:19
**name**
28:16  49:1
60:3  61:18
68:20
70:19
83:11
84:23
90:20
108:24
121:6
**name's**
111:6
**narrow-t...**
112:17
**narrowly**
113:13
**Natchito...**
20:8,24
21:5,6,7,9
23:22,25
26:4  77:23
**Nathan**
125:2,17
**nation**
20:25  67:21
**nation's**
6:18
**national**
6:8,14  27:5
27:6
**nationally**
107:7

**natural**
30:10
**nay**
123:22,24
**nays**
82:6
**nearby**
2:23
**nearly**
97:18,25
**necessary**
46:23  87:20
**need**
1:4  6:14
15:11  29:2
47:25
49:11
93:17  95:8
100:4,8,9
101:20
**needed**
9:11,15
48:13
49:10  92:9
**needs**
14:17  62:16
87:18
122:6
**neither**
125:11
**Nelson**
110:20
**net**
34:13,14
97:8
**never**
27:12  67:23
67:24  86:4
99:10
111:9
**new**
29:10  31:11
41:8  43:7
58:5  62:25
85:24
120:18
121:21
**Newell**
2:5,6  4:7,8

13:25 14:1
16:4 47:14
47:15
49:17
50:13
81:21,22
83:15,17
83:17,18
83:19,22
84:10,14
84:17 89:6
89:7 92:13
92:16,18
92:18,19
93:11,25
94:7 123:7
123:12,13
**news**
115:1
**nice-sized**
21:17
**night**
30:19 32:17
41:6 107:4
107:20
114:4
**nine**
107:22
**non-cont...**
72:22
**non-raci...**
118:17
**north**
35:15,22,23
63:1 67:17
90:9
**Northeast**
31:2
**northern**
57:21
**Northshore**
34:25 35:1
35:2
**Northwes...**
20:25
**notebook**
63:22
**noticing**
48:17

**null**
119:5
**number**
4:23 8:12
45:13
53:21
69:24
77:14,20
101:2,3
106:13,14
106:18
107:2,6,18
107:22
**numbers**
14:19 17:3
89:13
110:12

_____
**O**

**o'clock**
48:9
**O'Connor**
113:16
**Obama's**
121:7
**Obama-ap...**
88:24
**Obama-judge**
104:8
**object**
44:23,25
**objected**
80:15
**objection**
75:1 77:2
77:11
80:13
122:5
**objections**
76:25
**objective**
25:3
**objects**
122:5
**observat...**
73:1
**observing**
90:24
**occurred**

45:22
**occurs**
88:6
**October**
62:8
**offer**
19:19 29:2
**offered**
9:25 28:21
80:11
**offering**
29:8 40:15
**offices**
5:1
**officials**
121:13
**oh**
50:1 70:21
75:3,3
82:25
**oil**
30:5
**okay**
9:9,19
10:21,23
11:25
12:17 13:6
13:19,23
16:12
18:19,23
19:3,6,6
20:19 22:5
22:12 24:6
24:10
26:10,19
26:25 27:4
27:18,21
28:1,12,17
31:21 32:3
32:8 33:8
34:5,10,15
34:21
36:14 37:5
38:5,20
41:11 42:1
43:10
47:11 52:1
52:16
53:11,25
54:2,11,14

55:6,6,11
55:14 56:1
56:22 58:4
58:10 59:8
62:9 63:24
64:11
68:10 79:5
82:25
84:10,17
87:15
106:4
112:6,12
114:2
116:13,25
119:16
122:8
**once**
12:15,15
52:17
97:25
106:21
114:3
**One-size...**
106:15
**one-vote**
85:7 94:19
**ones**
15:22 42:6
**ongoing**
5:11 7:1
**online**
3:2,3 10:15
10:17
16:15 17:5
18:18
29:13
77:16
117:5,7
**Opelousas**
21:17,20
**open**
12:13
**opening**
11:14 17:13
107:22,23
**opinion**
11:18 12:9
37:19
39:10
44:23

62:10 64:4
114:14
116:12
119:2,7,23
**opinions**
64:25
**opportunity**
7:15 8:25
38:16
76:21
89:16,19
89:21,23
90:14 91:7
91:24
93:15
100:17
101:20
103:18,19
103:21,23
112:13,20
115:19
118:11
120:17
**opposed**
1:7
**opposite**
117:16,22
117:23
**opposition**
44:13 83:3
84:3
105:25
**option**
63:7 99:1
**options**
8:13 66:1
98:12,20
**order**
7:15,16
9:15 31:19
47:24 59:3
59:6 86:2
93:6
**ordered**
27:22
121:21
**orders**
26:23
**original**

19:11
52:25 53:3
53:17 54:7
54:8
Orleans
8:2 14:7
41:8 43:7
93:14
113:19
Ouachita
36:7,8,9,9
36:10,11
57:20
77:24
outcome
41:17
125:14
outline
119:24
outlines
119:23
outside
120:22
overall
36:19 72:20
overarching
97:17
overnight
67:15
overreach
109:9
override
119:8
overrode
62:5
overseen
91:17
overused
113:15
overworked
47:21

_____

**P**

packets
29:13
page
29:9
pages
29:10 49:9

pain
47:8
painful
89:1
Pandora's
107:23
panel
87:3
papers
48:11
Paralt
83:4
Pardon
38:12 68:24
parents
109:21
parish
8:3,4 9:22
10:7 11:6
11:8 12:21
12:21 14:7
21:24,25
29:21,24
33:21
34:12
39:19,22
42:7 49:23
50:4 51:14
51:20 52:2
52:5,7
53:22,23
54:20
55:22 57:2
59:2 63:11
64:8,15,19
65:1,7,10
71:1,7,7
72:18,23
73:18,20
73:20
77:20,24
78:2 93:14
108:25
parishes
31:13,14
52:22,25
53:1,10,24
61:10,11
62:13 63:2

70:23
71:17
72:14,19
73:9,13
77:24 78:1
98:9
112:22
part
6:3 17:4
24:19
30:17 55:1
56:3 72:9
110:25
particular
18:6 92:22
particul...
59:15 71:3
parties
125:13
parts
72:23
101:10
party
60:6 89:9
89:10,15
90:19 91:3
91:4 92:14
pass
79:1 82:8
85:23
100:9,9,9
passage
31:17 78:13
122:1
passed
63:12 79:2
91:15
passes
78:10 100:8
passing
84:12
passion
121:1
path
10:2 66:22
68:3,5
98:19
104:1
pathway

9:11 11:10
patience
3:7 124:3
Paul
111:6,6
pause
3:5 32:12
47:19
79:10
pay
49:7
people
6:23 15:5
16:8 21:8
40:2,7
41:4,7
42:18 43:3
43:3 45:2
45:16 46:1
49:24 51:1
57:22,24
60:13
67:14,15
67:19 68:7
69:11,23
71:23
85:12
87:23
89:11,17
89:21 90:7
90:10,13
91:25
93:18
100:17,19
101:10,20
102:3,21
103:19
106:24
people's
91:16
percent
7:20 31:8
31:24 50:1
50:2 85:4
89:11
102:22
114:8
116:21
percentage
16:24

percentile
16:24
perfect
66:15 75:20
75:21
perfectly
56:12
perform
18:5,8,12
18:21 19:8
19:10,12
58:11,14
76:4,4,8
performance
18:15,16
19:13
60:11,16
76:1
performing
19:14
performs
18:22 78:6
period
9:23 13:11
49:6 95:5
95:20
117:15,21
permissible
118:9
person
8:1 89:20
90:19 94:4
109:20
person's
68:20
personal
109:13
125:12
personally
59:14
perspective
33:15,18
Phelps
78:5 120:5
120:8,15
120:16
121:17
phone
43:14

1:4
phonetic
80:7,8
  82:12,14
  82:15,17
  82:18,18
  82:19,20
  82:20
  108:12
pick
48:11 111:5
picked
26:3,4,4
  36:2
picking
110:13
piece
17:12,17
  22:10 76:7
  76:13,20
pieces
76:10
Pikover
125:2,17
pink
51:18
place
30:24 64:15
  65:4 74:5
  110:24
places
65:20 72:13
  109:7
plaintiff
19:11
plaintiff's
118:19
plaintiffs
17:14 86:3
  86:7,13
  115:1
plaintiffs'
8:7 17:16
  18:8
plan
1:7 12:12
  29:5 54:1
  78:17,19
  78:21,23

78:25
79:14,15
85:24
112:18
115:20
118:15
119:5
plant
21:8
please
1:4,5,8,9
  3:10 4:21
  29:5 45:2
  61:14,17
  61:24
  62:10
  70:11,18
  80:16 83:6
  83:10
  108:5
  111:4
  122:8
pleasure
108:4
point
35:14 88:22
  111:15
  112:24
  115:8,8,11
Pointe
20:7 21:18
points
112:22
policy
15:5 65:13
  92:22
political
7:18 8:8
  10:11
  13:17 25:1
  25:5,6,18
  26:5,8
  27:23
  40:16 47:8
  66:8 68:16
  71:17 87:9
  87:11 88:9
  95:2 97:21
  98:15
  101:11

106:20
politically
11:15 46:12
  46:15
politicians
111:16
politics
11:20 15:1
  15:4 65:13
  66:8 67:12
  70:6,24
  73:2
poor
27:12
populated
67:2
population
7:17,21,23
  8:3,5 11:2
  11:5 14:20
  16:14,21
  16:23,25
  29:25 31:7
  31:7,23
  34:16
  35:15,19
  37:15
  39:14
  41:14
  42:16
  45:17,22
  57:21
  58:14 59:4
  59:5 69:24
  78:8 89:13
  120:20,24
  121:2,3
populations
48:21 98:4
  98:5
portion
7:24 51:23
  69:17
position
27:12,14
  71:11
  88:20
  92:23
  94:18,25
  95:12,12

96:9,13
107:7
positions
5:1
possible
9:11 50:3
  56:3,21,25
  63:11
  65:19
  76:15 88:4
  105:12
possibly
15:19
  104:12
posture
62:20
pour
49:4
power
85:18 87:2
  89:10,14
  89:14,15
  90:15 91:5
  91:24
  92:22
  100:5
  103:4
  106:11
  107:7
  115:3
  119:8
pray
103:9
pre-Clar...
115:15
precinct
78:18
predomin...
113:17
prefer
88:23 89:22
preliminary
86:3
prepared
47:23,23
presence
5:25
present
1:13,15,16

1:17,18,19
1:22,25
2:2,3,5,7
2:10,12,15
3:13,15,16
3:17,18,19
3:22,24
4:1,4,5,6
4:9,12,14
4:17 5:8
6:7 12:24
61:3 80:6
82:11,13
82:15,16
83:2,4
107:15,18
presented
6:19 14:23
  25:5,19
  29:23 38:8
  38:15
  46:22
  50:14 51:2
  62:21
  66:11,13
  95:17
presenting
8:24 23:13
presently
61:10
presents
47:8
preserving
10:7 77:21
president
121:14
press
16:1
pressure
87:9,12
  88:10 95:2
  98:15
presumpt...
112:6
Price
23:5,7
  24:16
Price's
23:5

JE31-054

Price-Ma...
23:8
pride
5:22
primaries
103:25
primary
25:16 80:20
principle
65:14 68:2
104:22
principles
6:16 65:18
113:16
119:13
printed
18:18
prior
7:13 24:1
66:12
71:15
prioriti...
110:1
priority
110:2
privileges
92:2
privy
50:19
Pro
49:10,18
50:12 60:4
pro-choice
100:25
pro-life
100:24
probably
16:1 22:24
30:3 35:5
48:16
59:18
71:17
86:19
100:7
problem
23:19,23
50:12
55:21
57:11,17

69:18
90:18,19
90:24 91:3
91:4
100:13,15
100:18,19
problems
22:1
proceeding
86:5
process
5:14 14:4
28:3 29:19
30:16 31:1
31:6,15
41:3 63:23
66:1,13
67:18 72:2
72:9 74:8
75:17 89:9
89:10 90:2
90:4 92:8
93:21
98:10
112:12
processing
64:7
produce
58:21
product
5:13 30:21
59:24,25
59:25
69:14
profound
85:19
profoundly
87:21 96:11
prolonged
7:8
promotion
28:10
proper
19:19
proposals
106:10
propose
43:20
proposed

6:5,15,25
8:7 10:16
43:19
52:17
64:16 74:5
87:15
107:3
proposing
5:17 36:18
78:22
protect
11:15 25:9
25:15 27:4
27:23
44:18
92:20
121:23
protected
32:4
protecting
8:15 59:18
protection
85:13
protects
11:20 32:5
44:21
proud
6:9 93:1
112:13
provide
4:24,25 5:2
74:18
provided
112:8
provides
46:24
providing
120:13
public
10:18 39:24
60:11
62:16,23
63:3 73:10
77:15
116:25
117:4,5,9
117:13
pull
18:20 63:22

106:1
pulled
39:15
pulverizing
106:21
pursue
66:2
pursued
26:6
push
55:16,16
pushback
121:3
pushed
19:24
111:20
put
42:7 44:20
49:10
63:21 65:4
72:25
76:11
79:24 96:2
117:7
putting
9:21 64:2
85:18

———— Q ————
quantify
72:19
quantita...
72:20 73:5
question
8:22 16:20
17:15 18:4
19:17 20:1
33:10
57:15
59:21
61:25
63:19
67:13
75:19
83:16 89:6
113:23,24
113:25
114:14
115:7

116:1
118:13
questions
8:20 10:19
11:1 19:15
19:22
31:16
60:10,14
60:15,25
67:12 70:5
79:4,5
80:10
88:14
92:10
102:7
quick
33:20 47:19
122:7
quickly
64:8
quiet
69:7
quorum
2:16 4:17

———— R ————
race
97:18,21,22
110:1
112:5,7,8
113:11,15
113:17
114:15
races
106:24,25
107:1
racial
112:25
113:9
114:12,24
118:8,20
119:24
racially
112:17
racism
91:15
ran
79:19
range

JE31-055

118:10
**Rapides**
20:8,20,23
  22:21
  51:14,19
  51:21 59:1
  67:1
**razor-thin**
85:2,14
**read**
29:2 82:10
  119:7
**read-in**
4:21 29:6
**reading**
34:6 77:9
**ready**
3:8 32:13
  106:2
  110:10
**Reagan's**
121:8
**real**
51:20 122:7
**realist**
95:15
**reality**
104:2
**realize**
44:14
**really**
33:20 40:23
  49:7 62:16
  63:6 65:21
  72:15,24
  73:19
  94:13
  101:3
  102:25,25
  103:3,5,23
  103:25
  106:10
  109:14,15
  110:9,16
**reason**
8:2 18:3
  85:4 98:2
  113:10,19
**reasons**

10:11 40:16
  63:6 97:21
  119:23
**received**
75:16
**recess**
108:19
**recognize**
118:9
**recognized**
65:12 72:12
**record**
10:5,9
  66:12
  76:11
  79:24
**records**
1:6
**red**
1:6 6:20
  10:6,8
  42:7 63:5
  66:14
  77:20,21
  77:23 83:2
  83:4,23
  84:2,5,7
  84:11
  120:14
**redistri...**
4:24 7:6
  14:4 63:15
  65:2 68:7
  71:25
  91:12
**redraw**
14:6 115:3
**redrawing**
14:10
**redrawn**
5:9
**reduce**
9:22 63:11
  72:4
**reduced**
54:2
**reduces**
78:2,3
**reducing**

68:13
**refer**
110:9
**reference**
121:6
**referencing**
121:10
**referring**
65:6 104:7
**reflect**
15:12,14
  92:23 93:6
**refresh**
35:21
**refused**
99:7
**regardless**
121:1
**Regina**
60:3
**region**
30:6,12
**region's**
33:15
**regions**
41:5 55:5
**reiterate**
87:22
**rejecting**
108:2
**related**
5:2
**relates**
26:14 60:25
  102:23
**relative**
4:24
**relevant**
29:14
**remain**
40:20 70:18
**remainder**
5:21
**remains**
5:18 75:19
**remarks**
70:23
**remedial**
64:15

**remedy**
112:16,19
  115:20,21
  118:10,14
  118:19
  119:6,6
  120:1
**remember**
19:5 76:19
**remind**
87:3
**reminding**
45:7 93:22
**remove**
69:11 101:6
  101:9
**rep**
12:8 48:17
  49:1,23
  50:13,16
  51:12
  61:13
**repeat**
105:1
**replace**
79:1
**replaces**
80:17
**report**
53:23,23
**Reported**
123:25
**represent**
40:2 43:24
  45:2,12
  56:10
  69:11 72:1
  88:8 89:16
  89:17
  101:25
  106:8,8
**represen...**
89:12
  103:20
**represen...**
1:13,14,15
  1:16,17,18
  1:19,20,21
  1:22,23,24

1:25 2:1,3
2:4,5,6,7
2:9,10,11
2:12,13,14
3:13,14,15
3:16,17,18
3:19,20,21
3:22,23,24
3:25 4:1,2
4:3,6,7,8
4:9,11,12
4:13,14,15
4:16 5:16
8:22,23
9:2,3,6,9
9:19 10:13
10:20,22
10:24 11:6
11:9,12,18
11:23,25
12:3,4,5,8
12:17,20
12:25 13:3
13:6,12,19
13:24,25
14:1 16:3
16:4,6,12
17:19
19:17,18
20:1,2,13
20:15,17
20:19 21:4
21:11,16
21:23 22:5
22:9,12,16
22:21 23:8
23:12,18
24:1,6,10
24:13,16
24:25 25:3
25:8,13,14
25:17,21
25:24
26:10
28:11,12
28:13,22
28:23,25
29:1,8,16
29:17
31:18,20

| | | | | |
|---|---|---|---|---|
| 31:25 32:5 | 47:3,6,11 | 64:22 | 98:17,22 | 57:23 |
| 32:9,10,11 | 47:13,14 | 66:11,25 | 99:5,11,13 | 63:15 |
| 32:13,14 | 47:15,16 | 67:5,8 | 99:17,21 | 93:16 |
| 32:15,16 | 49:16,17 | 68:10,24 | 100:1,2,12 | 111:10 |
| 32:20,21 | 49:18 | 69:2,5 | 100:16 | 116:5 |
| 32:23,25 | 50:10,10 | 70:16,17 | 101:8,23 | 121:5 |
| 33:2,4,6,8 | 50:11 51:4 | 70:21 71:5 | 102:4,6,14 | **represen...** |
| 33:11,16 | 51:9,10,11 | 73:7,12 | 102:19 | 24:4 102:2 |
| 33:17,19 | 51:16,17 | 74:11,20 | 103:1,3,12 | 104:4 |
| 33:23,24 | 51:25 52:1 | 74:23,24 | 103:13,14 | **represents** |
| 34:3,5,8,9 | 52:3,4,6,7 | 75:7 76:24 | 103:16 | 40:5,6 |
| 34:13,14 | 52:10,11 | 77:4,5,6 | 104:17,18 | 92:25 |
| 34:20,21 | 52:13,14 | 77:10,13 | 105:1,4 | 101:24 |
| 34:23,24 | 52:16,21 | 77:17,19 | 107:13 | **reprieve** |
| 34:25 35:1 | 52:22,24 | 78:5,14,21 | 116:1,1,3 | 68:8 |
| 35:2,3,5,7 | 53:2,5,9 | 78:22,23 | 116:8,13 | **republic** |
| 35:8,9,11 | 53:11,13 | 79:1,17,25 | 116:17 | 87:22 93:8 |
| 35:13,17 | 53:14,16 | 80:3,4,10 | 117:10,18 | **Republican** |
| 35:18,20 | 53:19,21 | 80:11,13 | 118:1 | 5:20 6:6,6 |
| 35:21 36:1 | 53:25 54:2 | 80:15,17 | 120:5,8,15 | 6:13 8:17 |
| 36:2,4,5,8 | 54:4,5,8 | 80:18,19 | 120:16 | 15:20 |
| 36:9,10,11 | 54:10,11 | 80:24,25 | 121:16,24 | 25:15 85:2 |
| 36:12,13 | 54:13,16 | 81:1,2,3,4 | 122:3,5,11 | 85:3,7,23 |
| 36:15,16 | 54:19,21 | 81:5,6,7,8 | 122:16,17 | 89:15,20 |
| 36:21,22 | 54:22,23 | 81:9,10,11 | 122:18,19 | 90:22 |
| 36:25 37:2 | 54:25 55:3 | 81:12,13 | 122:20,21 | **Republicans** |
| 37:4,5,11 | 55:6,9,11 | 81:14,15 | 122:22,23 | 90:16 91:6 |
| 37:13,15 | 55:13,20 | 81:16,19 | 122:24,25 | 104:4 |
| 37:18,25 | 55:24 56:1 | 81:20,21 | 123:1,2,3 | **required** |
| 38:1,3,5,6 | 56:2,4,6,8 | 81:22,23 | 123:3,4,6 | 91:14 |
| 38:8,10,12 | 56:11,15 | 81:24,25 | 123:7,8,10 | **requirement** |
| 38:13,15 | 56:16,18 | 82:1,2,3,4 | 123:11,12 | 8:1 112:15 |
| 38:19,20 | 56:19,20 | 82:5 83:15 | 123:13,14 | **requirem...** |
| 39:9,16,17 | 56:22,23 | 83:17,19 | 123:15,16 | 14:15 46:23 |
| 40:4,8,9 | 57:1,6,7,9 | 83:22 | 123:17,18 | 113:14 |
| 40:11,18 | 57:10,13 | 84:10,14 | 123:19,20 | **requires** |
| 40:21,22 | 57:16,19 | 84:17,21 | 123:21 | 7:9 |
| 41:2,3,18 | 57:25 58:3 | 85:8 88:16 | 124:1 | **reserve** |
| 41:20,23 | 58:4,8,10 | 89:6,7 | **represen...** | 116:23 |
| 42:1,8,23 | 58:13,16 | 92:13,16 | 6:10 27:16 | **residents** |
| 43:4,8,11 | 58:18,20 | 92:18 | 30:20 | 75:14 |
| 43:16 44:2 | 58:23,24 | 93:11,15 | 32:17 | **resolution** |
| 44:5,8,16 | 59:3,8,10 | 93:25 94:6 | 33:25 49:4 | 66:16,24 |
| 44:24 | 59:11,12 | 94:8,10,13 | 85:1,6 | **resolve** |
| 45:10,10 | 59:13 61:3 | 94:16,22 | 94:7,19 | 68:1 |
| 45:11,15 | 61:11,22 | 95:11,22 | 96:3 106:5 | **resolved** |
| 45:20,25 | 62:9,19 | 96:1,8,12 | 106:6 | 66:21 |
| 46:5,8,11 | 63:18,24 | 96:17,23 | 108:5 | **resources** |
| 46:14,18 | 64:10,12 | 96:25 97:6 | **represented** | 30:12 |
| 46:20 47:2 | 64:18,20 | 97:10,16 | 8:14 29:22 | |

JE31-057

respect
4:25 39:18
  39:20
  43:18
  68:17
  69:18 87:6
  92:15,16
  101:22
  121:13
respectful
90:1 105:17
  105:18
respectf...
88:7 97:9
  98:14
respond
7:1 117:25
responsi...
46:9 88:7
rest
90:6 108:2
restrictive
107:25
result
34:13,15
  97:5
resulted
120:24
results
120:23
resume
3:8
retain
56:3 57:23
retained
6:16
review
87:19
  117:12
reviewed
8:8 9:1
  125:8
rhetoric
91:2
ride
22:25 23:1
right
13:4 18:1
  18:17

19:25 20:9
20:10,16
20:18
21:10
22:11,14
22:20
23:17
24:14 27:3
27:8 28:6
28:8 36:3
36:11,13
37:19
38:17
41:24
43:10,11
45:23,24
46:4,7,19
47:19 48:3
48:5 51:19
53:1 54:6
60:19 67:2
69:1,21,25
69:25 70:2
74:16
83:20 85:9
85:13
86:16,25
87:24
92:16,20
93:9,12,12
93:13,14
93:19,22
94:1,1,2,3
94:8 95:16
96:16 98:3
100:5,7,23
108:16
110:12
111:13
112:1,3
115:6
116:15
120:11,12
120:12
rights
5:10 7:1
66:13 86:7
91:13,16
109:7,17
112:4

ring
113:6
risk
68:11 85:21
river
6:20 10:7,8
  42:7 63:5
  66:14
  77:20,20
  77:22,23
  113:19
  114:23
road
15:13 35:6
  35:7 40:6
roads
67:16
roadshow
17:23 62:8
  62:23
  75:10
Robillard
82:12
Robinson
62:4,4
  82:20 83:3
rock
104:23,24
role
122:9
roll
1:9 3:10
room
41:8,15,25
  42:2,25
  43:15,23
  45:6,8
  49:1,2,3
  50:17,18
  51:6 59:17
  60:5 90:14
  107:3
rooms
93:20
rotation
56:21,24
Rouge
8:4 20:6,6
  21:24,25

22:6,24
26:3 34:6
34:12 35:4
35:10,15
39:22 40:2
40:14,17
42:24
43:22 44:9
44:19,21
44:22 45:1
45:4 48:18
54:18,20
55:22 59:2
59:22 60:3
63:1 67:1
79:16,20
108:25
113:7
114:22
Rouge-East
21:24
roughly
7:5
route
9:11 23:25
  117:19
row
6:23
RoyOMartin
21:8,12
RPAC
108:25
rubric
65:5
rule
63:12 65:3
  65:13
  71:14,20
  72:7,17
  73:6 86:13
  90:16
ruled
117:20
rules
63:16 65:3
  86:21
ruling
90:18
run

63:4
running
16:20
rush
48:14

---

**S**

Sabine
23:21
sad
102:25
safe
6:6
Saint
20:7 21:16
  21:17,19
sat
48:10 88:15
satisfied
49:14
satisfies
11:19
satisfy
14:18
saw
48:11,17
  74:4 76:2
saying
10:5,9 39:1
  40:12
  59:14
  98:13
  102:14
  104:19
says
69:19 86:2
  108:12
  119:2
  120:13
SB4
62:21 66:1
  67:22
Scalise
6:11 8:17
  25:10,12
  27:19
  57:11
  68:18,19
  85:8

JE31-058

106:11
107:8
108:8
121:23
**scenario**
117:23
**Schamerhorn**
2:8,9  4:10
  4:11  81:23
  81:24
  123:14,15
**school**
65:11  70:24
  71:1,2,10
  73:10,13
  73:16,22
  74:1,12
  101:12,13
  101:13
  111:12
**schools**
107:1
**screen**
73:23
**scroll**
17:5
**scrutiny**
63:8
**se**
9:7
**seat**
8:15  9:16
  9:16
  100:18
  104:6
  110:3
**seats**
6:6  101:12
  101:15
**second**
6:4  9:16
  10:14
  28:20  32:9
  75:3  79:6
  79:8  83:13
  85:6  86:9
  86:14
  112:12,15
  117:15

118:22
**Secondly**
121:1
**seconds**
19:24  28:9
**secretary**
7:12
**Section**
9:13  66:7
  68:1  86:6
  91:13,14
  111:17
  112:4,10
  112:16,19
  113:10,14
  115:11
  118:6,12
  118:13
**sector**
30:1
**see**
12:16  18:5
  19:12  26:2
  33:20
  38:17
  39:24
  50:20
  51:17
  66:24
  67:24  70:6
  90:18,19
  90:23  92:1
  98:19
  107:14
  116:18
  119:7
**seeing**
22:1  51:19
  106:19
**seen**
12:10  15:23
  22:6  63:3
  63:23
  107:5
**segregate**
109:24
**segregated**
97:25,25
**segregation**

106:14
**Senate**
2:19  4:20
  4:23  14:25
  23:2,4,10
  45:12  72:8
  78:7
  100:22
  118:19
  122:4
  123:24
**senator**
2:19,19,21
  2:25  4:20
  4:23  5:6
  8:21,23
  9:1,4,7,18
  11:3,8,12
  11:22,24
  12:2,5,7
  12:15,18
  12:23  13:2
  13:5,10,14
  13:23  14:2
  16:2,6,11
  16:18,19
  17:1,10,19
  18:14,17
  18:20,24
  19:4  20:2
  20:11,14
  20:16,18
  21:3,10,15
  21:22  22:3
  22:8,11,14
  22:20
  23:11,17
  23:24  24:5
  24:9,12,15
  24:24  25:2
  25:6,11,16
  25:20,23
  26:9,11,12
  26:16,20
  26:24  27:3
  27:6,8,11
  27:17,20
  27:25  28:5
  28:6,9
  29:23

30:24
32:23  33:4
41:8,11,14
41:19,21
41:22,25
42:2,13,14
42:24  43:2
43:6,10,13
43:18  44:1
44:4,7,15
45:5,6,7
45:12,14
45:16,19
45:24  46:3
46:7,10,13
46:16  47:1
47:5,10,12
48:4  50:16
50:17,18
53:15
59:15,17
59:19,23
60:2,3
61:9  64:4
68:17
69:19  76:4
78:11
79:11,12
79:13,14
79:19,23
80:2  83:7
107:24
119:19
121:17,19
122:2,3,10
**senator's**
97:7  116:20
116:20
**senators**
30:19  32:17
42:4  43:23
45:2  49:3
59:23
76:12
**send**
101:4,23
**Senior**
5:4
**seniority**
107:9

**sense**
51:8  62:14
  105:2
  119:12
**sensitive**
48:14,14
  49:13
**sent**
88:17
**sentiment**
89:1
**separate**
78:25
**September**
62:8
**seriously**
46:9
**serve**
6:1  65:23
  88:22
  107:25
**served**
59:16  110:4
**session**
26:14  47:19
**set**
29:20  30:15
  39:11
  48:15
  74:25
  76:25  77:1
  77:2,4,13
  78:20,24
  79:8  80:7
  80:12  82:7
  82:9  111:7
  113:5
**seven**
98:9  107:18
**shame**
97:22
**share**
45:16
**shared**
65:1
**Shelly**
101:5
  117:21
**Shelton**

80:8
**shift**
30:25 31:5
34:16
35:25
45:22 59:4
**short**
9:23 107:12
**shorter**
49:5
**shortest**
23:25
**show**
63:11
**showing**
86:6
**shows**
15:13
**Shreveport**
8:5 22:13
26:2 78:4
**shuffling**
48:12 50:21
**shut**
22:18
**side**
23:10 42:19
51:21
72:25,25
73:4,4
100:21,21
**signaled**
112:11
**significant**
71:18
**signified**
71:14
**silence**
1:4
**similar**
62:20,24
116:21
117:19
**simple**
92:24
**simply**
84:23 86:25
96:8
**single**

52:2 55:17
**sir**
15:24 16:12
24:24 28:5
45:19 46:3
79:25
93:21
99:24
100:13
112:2
**sit**
43:21 48:11
49:25
100:3
102:20
106:12
110:5
**sits**
6:2,3
**sitting**
27:12 48:3
49:4
103:17
**situation**
75:22
**situational**
106:7
**situations**
30:12
**six**
88:1 101:14
107:6
117:8
**sixth**
101:14
**skip**
107:2
**slash**
112:25
114:7,8,21
116:5,22
**slashes**
24:14
**slate**
110:14
**slide**
74:15
**slight**
48:6

**slighted**
48:20
**Small**
106:23
**snow**
67:16
**society**
97:25
**solely**
109:8
**solidly**
6:13
**solution**
91:1 120:3
**somebody**
42:24 49:21
69:12
101:18,24
**soon**
49:19
**sooner**
62:1
**sorry**
13:2 17:22
18:25 23:9
28:10
41:20 44:1
44:4 48:4
61:8 70:18
70:19,20
102:9,9
119:1
**sort**
18:7
**sorts**
30:9
**south**
90:9
**southeast**
7:24
**Southwest**
29:19 46:21
**sovereignty**
109:13
**sparked**
113:24
**speak**
35:12 41:6
51:1 68:5

68:6 72:9
74:3,3
80:6 82:11
82:13,15
82:17 83:3
83:5 84:8
92:17,20
93:9,12,23
94:1,8
105:24
108:21
120:6,6,13
120:17
**speaker**
6:9 8:16
19:19 23:7
23:15
27:17
28:15 29:2
50:11 51:3
52:9 54:18
87:13
92:24 96:9
104:3
105:12
106:4,10
107:7
108:7
121:23
**speaking**
42:14 59:19
71:13
108:25
**special**
26:14
**specific...**
71:5 72:10
87:18
**spend**
114:4
**spent**
14:3 45:17
114:3
**spew**
104:14
**split**
29:24 31:14
34:11
38:22
39:22

42:25 44:9
45:3 52:14
52:19,22
52:25 53:1
53:10,15
53:23,23
53:24
55:14 59:1
59:2 61:10
61:11
62:13 67:9
71:1 72:20
**splits**
9:22 11:7,8
12:21,21
14:25
37:22
48:16
60:18
63:12,19
64:9,15,19
65:1,7
68:14
72:18
73:14 74:5
78:2,12
**splitting**
39:6 70:23
73:18
79:15,20
**spoke**
9:20 10:5
14:12
57:14,14
**sponsored**
62:22
**spot**
63:21
**spots**
20:21
**spread**
98:6
**St**
50:1
**staff**
47:20,20
57:15
**stake**
86:24 96:11

stand
2:22 3:1
  104:22,24
  109:4
  116:10
  118:20
  119:9,11
standpoint
13:18 88:14
stands
11:16
start
59:14 69:9
  79:9 83:5
  90:6
  112:18
  114:14
  121:9
started
16:20 33:11
  62:7 63:14
  88:3,3
  115:4
  117:8
  120:19
starts
40:13
state
6:1,11 7:10
  7:12 15:13
  16:15
  20:25 27:5
  29:12 30:4
  34:22
  45:23
  67:20
  75:11,15
  86:21
  87:10,23
  88:17
  89:11 90:9
  90:10,11
  92:2 93:18
  98:6 104:2
  104:9,15
  105:2
  106:5
  107:13
  109:8,12
  115:12

120:25
state's
7:22
stated
110:19
  116:19
statement
11:14 17:13
  44:6 49:21
  69:6 89:25
  92:10
statements
89:8
states
6:7 27:15
  88:2 91:14
  92:6 93:3
statistics
17:6 29:14
statute
14:16
stay
2:23
step
1:5 112:12
Steve
6:11 27:19
  106:11
  107:8
  108:8
stop
104:5
  109:17
straight
36:17
straight...
13:21
streaks
106:25
street
103:8
strictly
70:6
strong
8:16 40:19
strong-w...
110:21
stronger
14:23

students
21:1
study
36:23 103:9
studying
17:12
subject
7:4
subjective
73:2
submit
8:13 88:7
  97:9
  115:20
submitted
15:2,22,24
submitting
14:10
subordinate
114:25
subordin...
113:15
substantial
7:7 86:8
  88:8
substant...
78:5
succeed
7:14
successful
66:9 86:8
successf...
111:13
suffer
104:2
suits
107:23
summary
86:4
super-ma...
85:3
supersedes
109:6
supervision
91:19,21
supervisors
110:6
Supp
114:9

supplies
30:11
support
10:3 12:11
  13:22 15:8
  15:19 47:6
  82:11,13
  82:15,16
  106:9
supported
109:20
supporting
12:12
supposed
89:17 90:2
suppression
100:19
Supreme
86:23 87:20
  95:7 99:4
  99:6
supremes
115:17
sure
9:12,22
  10:4 16:17
  25:18 28:3
  34:1 35:23
  36:17
  48:19 57:3
  57:3 58:5
  64:6 69:8
  69:23 73:8
  74:9 76:16
  79:3 83:11
  83:14
  92:12
  93:17
  94:12,21
  95:10
survive
104:9,15
Suzie
105:18,21
  106:6
swiftly
47:22
swim
104:22

swore
110:5
sympathize
75:13
system
115:16

_____
         T
table
60:24 61:4
  61:23
  69:10
  74:25 75:8
  100:18
  102:23
  110:4
tailored
113:13
take
1:4 16:13
  22:25,25
  28:8,24
  46:8 58:8
  73:2,2
  112:18
takes
106:7
talk
24:7 43:20
  49:5 55:7
  63:22
  72:21
  74:14
  120:18
talked
55:10 68:18
  75:14
talking
23:5 49:3
  60:17
  68:16,25
  69:9
Tammany
50:1
taste
104:21
taxation
106:25
team

```
  25:15              45:11              124:3,3,6          64:22              34:11
  125:6,12           47:11,13           thereof            65:15              39:22
tell                 47:15,20           125:14             67:11,13           42:25 44:9
  16:9 45:3          49:15,16           thin               71:18 72:6         45:3 50:3
  62:10 88:5         49:18 50:9         100:6              72:16              50:3 51:15
  111:20             50:11 51:8         thing              75:21,22           51:16,17
  112:24             51:9,11,12         39:4 46:19         87:6 92:14         51:24 59:1
telling              59:9,10,11         71:19             95:24              59:2 67:10
  118:5              59:13 61:1         86:19             97:11,14           67:13
Tem                  61:12,17          114:20             97:21 99:1         79:20 90:5
  49:10,19           61:22,23          things             102:19            98:10
  50:12 60:4         66:25             9:15 10:5,8        104:14,19          103:22
ten                  68:10 70:4         11:19             111:19            105:14,16
  117:7              70:9,14,15         13:21             113:23            105:16
term                 70:17,21          30:23             117:13            106:14
  16:7,22            74:20,20           31:15             119:17            109:14
terminology          74:22,23           49:13             120:20            threw
  16:9               75:5 76:21         65:15 70:1        121:12            44:11
terms                76:22              73:22            thinking           throw
  16:16 37:20        77:12,19           90:23            28:2 71:22         70:7 104:14
  74:4               78:14              95:16             74:1              thrown
testifying           79:18,25          104:12            100:19            48:15
  1:7                80:2,3,21         113:4             103:17            Thursday
testimony            83:1,8            114:18,19         third             1:2 3:9
  65:21 75:12        84:17,19          think             6:19 101:14       tight
  75:16              84:21,22          10:11 11:4        101:14            105:15
  87:14              88:11,12          12:23             102:22            till
Texas                89:5,7            18:10 19:9        Thirdly           17:20,21
  111:14             93:11 94:5        19:10             121:6             timber
thank                94:6,10,16        20:24 22:6        Thomas            21:14
  1:10 2:17          96:5 98:24        23:5,23          2:10,11           time
  3:4,7 4:18         99:22,23          24:21             4:12,13          2:24 3:4
  4:22 5:6,7         99:24             31:13,15          81:25 82:1        9:24 12:24
  8:21,23            100:2             31:25 32:6        104:20           13:11 14:2
  9:20 11:25         102:12,12         34:19 39:1        123:16,17        14:5,9
  12:1,2,3,7         103:12,14         41:8 42:13        124:1            19:19
  13:23,24           103:16            43:6,21          thought           30:11
  14:1,2,8           104:17            44:12,17         9:10 10:2         36:23
  15:24 16:2         105:5,6,7         49:24,25          18:25 19:1        41:10
  16:3,6,17          105:9,11          50:2,3,7         30:1,7           45:17 47:7
  16:19 17:1         108:1,2,8         50:12,23          49:19            48:3,7,9
  17:9,9,10          108:9,9,23        51:2,4           55:13            48:24 49:6
  19:14,16           111:2,3           52:4,17          64:21            49:13 50:2
  19:18 20:2         116:3             53:7,17,19        121:5            50:6 62:4
  20:3 26:10         118:2             53:20 54:5       threatens         64:3 70:2
  26:11 29:1         119:16            54:18,19         93:2             72:1 79:5
  29:7,15,17         120:4,16          54:20            three            79:19
  32:8,13            121:14,16         57:13,19         14:4 15:16        83:21
  45:4,5,9           121:19            59:3,4           17:20,24         91:11,18
                     122:2,13          63:20 64:6       30:4 34:7        92:8 96:13
```

100:7
105:10,18
106:7
107:16
108:19
109:22
117:12
121:15,22
124:4
**timeline**
102:17
**times**
72:19 91:11
**tirelessly**
87:8
**Tisha**
83:1,1
**today**
1:1 2:18
3:9 4:19
5:8 10:12
10:16
26:13,15
27:13
50:20
62:18 95:1
95:15,17
97:20 99:8
103:17
112:23
**told**
39:3 53:2
54:22
59:22 60:1
79:19
117:20
**tons**
74:17
**top**
30:4
**topic**
48:14 49:14
**total**
14:19
**touched**
39:14
**traditional**
112:18
119:12

**trample**
109:16
**transcribed**
125:5,8
**Transcri...**
125:2,6,8
125:12,17
**transcript**
125:7
**transcri...**
125:1,6,10
125:12
**Traveled**
90:9
**travels**
8:4
**tremendo...**
6:8
**trial**
86:11,12
87:19
99:11
**Trice**
82:17
**tried**
45:20 65:25
68:4 86:4
117:18
121:22
**tries**
46:19
**troubled**
89:8,24
**Troy**
42:10
**true**
96:16
125:10
**truly**
47:20
**Trump's**
121:8
**Trust**
110:4
**truth**
97:16
**try**
14:5 41:16
42:5,17

47:22
51:13
105:16
**trying**
13:17 20:3
25:9,14
31:11
35:19
39:18,19
39:21
40:14 42:5
49:4,8
63:25 64:1
65:18,19
72:1 73:17
89:12
90:15
104:5
110:17
111:20
120:6
**turned**
84:7
**tweaks**
30:18
**twice**
37:23 38:25
95:6 99:6
**two**
6:12 7:10
7:16,24
10:15 11:4
11:17,19
14:11,20
14:22,22
14:24 15:1
15:2 17:24
19:23,24
20:21,21
21:25 22:2
22:5,7,9
22:11 25:4
25:7,19,20
26:7 28:9
30:4,14
31:11,21
31:22 32:2
33:25
34:17,18
39:13

49:24,24
51:16 52:5
58:21
69:14
75:10 76:1
76:14 97:2
98:19
101:3,11
101:15,15
103:20
106:13
107:10,11
107:12,21
109:14
113:4
114:18,19
118:17
**two-hour**
22:25
**two-vote**
85:1
**type**
18:5 66:8
**types**
71:7 73:20

— U —

**unavailable**
116:24
**unaware**
7:3
**unclear**
40:15
**unconsti...**
112:5,6
113:9,11
113:17
116:10
117:20
118:6
119:15
**unconsti...**
118:8
**underpaid**
47:21
**understand**
12:10 14:7
16:9 33:22
39:25
47:18,22

48:25 49:5
49:9,22
50:16 66:8
69:9 96:12
98:23
104:12
109:23,25
110:3
117:11
**understa...**
87:17
**understands**
16:17
**unelected**
96:3
**unfortun...**
94:24 99:18
**unincorp...**
71:21
**United**
6:7 27:15
88:2 92:6
93:3
**uniting**
63:1
**University**
20:25 67:17
**unleashed**
85:11
**unpaired**
5:18
**unrestra...**
115:3
**updated**
3:10
**upset**
49:21 103:6
110:10
**USA**
108:7
**use**
73:23 112:5
112:7,8
113:11
114:15,16
**Utah**
90:6
**utilizing**
125:5

**V**

v
62:4,5
  114:9
vacuum
46:1
value
93:9,10
VAP
42:16 58:5
  58:6
variety
63:5
vary
71:6
version
62:24
versions
63:4
veto
62:6
vetted
64:16
viability
32:2
Vice
2:1,2 4:4,5
  17:7,9
  18:3,16,19
  18:23 19:3
  19:6,16
  75:2,4,5
  76:22
  81:16,18
  123:5
Victoria
61:18 70:20
  80:9
view
7:9 8:25
  67:9 85:16
viewed
11:10
viewer
3:2
viewing
3:7 10:15
  10:18 17:2
violate

113:21
  119:9
violates
86:6
violation
68:1 115:13
Virginia
111:15
vital
22:17
voice
90:14 93:18
voices
67:18 93:20
  101:21
void
119:5
voided
114:5
voluntarily
38:10,13
vote
8:1 39:7
  40:24 48:4
  70:8 79:18
  80:17,18
  84:11 85:9
  89:19,24
  91:7 93:13
  93:15,19
  94:2,4
  95:23
  103:19
  112:13
  122:9,9,11
  123:24
vote's
72:3
voted
83:24 87:24
  95:13
voter
41:14 70:25
  100:18
  103:23
voters
7:11 78:7
  111:10,11
votes

107:12
voting
5:10 7:1,17
  7:21 8:13
  16:14,21
  16:22,25
  31:7,23,23
  42:16 44:8
  73:13
  85:15 86:7
  91:13,16
  92:3 94:2
  109:7
  112:4,4
voting-age
78:8

**W**

Wait
114:3
waive
84:4,5
walk
33:20 62:15
want
9:20,25
  10:4,8
  11:13 14:8
  16:9,10,13
  16:16 17:5
  19:6,12
  20:3 34:10
  34:11
  36:16
  42:25 45:1
  45:3 56:13
  60:5,8
  61:8 69:8
  69:23 70:4
  73:14 75:9
  76:11 79:3
  79:13,16
  84:8 87:22
  92:1,14
  94:7
  102:23,24
  102:24
  107:2,14
  108:1
  109:19

119:6,11
  120:11,13
wanted
10:24 15:20
  18:4 19:7
  25:18 28:3
  30:16
  33:21,25
  34:1 35:22
  44:18 57:2
  57:3,23
  58:1 61:7
  68:18
  71:16
  76:17,20
  79:23,24
  90:11,13
  108:14
  109:2
  120:6,17
wanting
15:8 42:19
  49:22
  109:23
wants
56:9 69:16
  69:21
Washington
5:16 6:15
wasn't
30:20 41:7
  42:4,4
  49:2 55:24
  60:4,6
  94:23
watching
3:2 39:24
  42:15,17
  87:23
way
22:13,24
  31:1 55:21
  63:9 72:3
  78:15
  87:20
  89:25
  90:22 93:9
  96:21
  101:1
  102:8,11

113:5,6,7
113:8
121:10
125:13
ways
34:11 42:25
  44:9 45:4
  51:15 59:1
  59:2 66:14
  67:10 68:6
  71:12
  79:20
  90:25 91:1
we'll
2:24 10:20
  12:18
  19:24,24
  29:10 83:5
  86:9 99:22
  111:24
we're
2:20,21 3:1
  12:23 15:7
  15:8,18
  17:11 20:9
  26:15 28:7
  28:24 30:3
  30:3 31:14
  42:20
  48:17 49:8
  50:20 60:5
  60:17
  62:19 64:7
  72:13,24
  76:18
  78:18 82:8
  82:10
  83:19 85:9
  86:25
  88:10,20
  90:8,15
  91:5,9,10
  92:1 94:18
  94:23 95:1
  95:2,22,23
  97:4 100:6
  101:16
  103:21
  104:5
  106:19

109:11
110:16
111:1
115:14
116:19
117:20
119:19
120:19
121:9,20
**we've**
14:3 15:12
15:17,23
19:25
26:20
27:21
29:21
31:15
39:11 49:9
51:15
63:11,15
63:23
65:21
74:15
85:22 95:5
95:7 110:6
111:14,14
115:22,22
**week**
50:6
**weighed**
87:13
**Wenger**
61:16,18,18
62:3,19
63:21 64:6
64:11,14
64:19,22
67:3,11
70:14,20
70:20 71:4
71:6 73:11
73:19
74:15,18
74:22 80:9
**went**
7:6 41:13
48:8 58:9
75:17 86:3
90:6
101:12

108:20
113:5
114:11,22
116:14
**weren't**
32:18 51:7
69:1 97:19
**west**
20:6 21:24
90:9
108:25
**white**
22:10 39:14
59:5 89:21
90:11 98:5
111:11
121:2
**Wiener**
114:11
115:9
116:11
**wife**
111:22
**win**
69:25
**Winnfield**
23:20,20
**wish**
80:6 91:20
94:17
95:12,16
97:19
117:11
**wishes**
51:13
**wishing**
82:11,13,15
82:17 83:3
**withdrew**
38:11,14
**witness**
1:5
**witnesses**
105:15,17
119:19
**Womack**
2:19,19,21
2:25 4:20
4:23 5:4,6

8:22,24
9:1,4,7,18
11:3,8,12
11:22,24
12:2,7,15
12:18,23
13:2,5,10
13:14,23
14:2 16:2
16:7,11,18
16:19 17:2
17:10,19
18:14,17
18:20,24
19:4 20:3
20:11,14
20:16,18
21:3,10,15
21:22 22:3
22:8,11,14
22:20
23:11,17
23:24 24:5
24:9,12,15
24:24 25:2
25:6,11,16
25:20,23
26:9,11,12
26:16,20
26:24 27:3
27:6,8,11
27:17,20
27:25 28:5
29:24 41:8
41:11,19
41:22,25
42:2,13
43:2,6,10
43:13,18
44:1,4,7
44:15 45:5
45:12,14
45:19,24
46:3,7,10
46:13,16
47:1,5,10
68:17
69:19 76:4
79:11,13
79:23 80:2

107:24
119:19
121:17,19
122:3
**Womack's**
30:24 32:24
36:5,19
37:8,9,22
38:23,25
53:15 61:9
62:11 64:4
78:11
122:10
**wondering**
60:4 67:1,9
68:11,21
109:3
**word**
58:8 110:22
**words**
90:1 104:14
**work**
5:22 12:1
15:3 21:8
21:12,13
42:5 47:22
59:25
61:23 62:7
66:5 70:4
71:24
108:2,5
111:12
**workability**
31:10
**workable**
18:7
**worked**
43:15 76:12
87:5,7
**working**
41:16 42:17
50:4 62:1
106:24
**world**
91:3
**worms**
107:22
**worse**
62:12 97:3

99:22
113:1
**worth**
87:1,2
96:10
**wouldn't**
61:13 98:18
100:7
**wrench**
44:12
**Wright**
2:12 4:14
49:17,18
50:10 82:2
82:3
123:18,19
**wrong**
53:7 70:1
103:5,11
118:7
**wrote**
116:11
119:2
**Wybel**
123:20,21
**Wyble**
2:13,14
4:15,16
70:16,17
70:21 71:5
73:7,12
74:11,20
74:24 82:4
82:5

———————
**X**
———————
———————
**Y**
———————
**y'all**
48:11 61:13
61:14
68:21
70:11 72:7
74:13
105:17
107:5
116:23
119:3
**yeah**
19:18 20:13

22:11 24:5
24:15 26:9
28:4 35:8
36:25 43:8
44:4,15,15
53:14
54:13 56:8
56:19
58:10
64:10,20
68:25 69:4
71:6 73:19
79:12
82:25
95:21,25
97:15
98:16,21
99:9
102:18
104:16
114:1

**year**
34:17 88:1
103:6

**years**
14:4 15:16
34:18 62:2
63:8 66:18
66:18
67:13,22
75:10 90:5
95:13 98:1
103:22
109:14
111:8
117:23

**yeas**
82:6 123:22
123:24

**yellow**
22:10 51:18
51:21

**yesterday**
9:21

**young**
67:15
109:18

_____
**z**

**z**

114:6
**zero**
65:19
**zigzagging**
26:3
**Zorro**
113:5 114:6
114:10
116:4

_____
**0**

**0:26:54**
23:22
**0:57:16**
51:3

_____
**1**

**1**
23:7 29:9
51:3 52:9
123:22,24
**1:22:44**
75:2
**1:25:52**
77:7
**1:33:36**
83:23
**1:48:43**
96:6
**1:58:09**
105:23
**10**
40:6,9 48:9
52:9
**10:15**
48:9
**10:20**
48:9
**11**
64:18,19
78:2 82:6
**1188**
114:10
**12**
2:15
**129**
38:24
**12th**
125:15

**13**
4:17 29:9
**14**
123:22,24
**15**
31:14 49:9
52:25 54:4
54:7,8
64:15
**16**
12:23 53:3
53:8,15,19
53:24 54:9
61:10,11
63:20 64:8
**17**
29:9 98:7
**18th**
1:2 3:9

_____
**2**

**2**
7:19 8:2
9:13 13:1
13:3 14:19
20:12,13
20:14
28:15
29:10 37:9
41:13,24
42:10 58:2
58:17 66:7
68:1 86:6
107:5
111:17
112:4,10
112:16,19
113:10,14
118:12,13
**2:15:30**
116:24
**2:15:38**
117:6
**2:19:39**
120:9
**20**
117:23
**2020**
120:23

**2021**
15:14 62:8
62:8 63:13
**2022**
7:4,5 62:6
63:4 87:18
**2024**
1:2 3:9
100:4
102:21
125:15
**21**
63:12 65:3
65:13
71:14,20
72:7,17
73:6
**22**
78:3
**25**
50:2
**291001-A...**
125:4

_____
**3**

**3**
40:20 54:18
77:20
**30**
89:11 111:8
**30th**
62:6
**32**
45:14,15
53:1,13,17
**36**
53:4

_____
**4**

**4**
14:25 20:22
23:14
40:22 52:8
105:12
118:19
**40**
98:1 102:22

_____
**5**

**5**
14:25 20:14
24:17,18
24:19
51:23 52:8
52:9,10,13
54:15 55:1
63:1 77:25
82:6 91:13
91:14
115:11
118:6,19
**50**
7:20 16:24
31:24 50:1
98:1
**51.7**
58:17
**54.342**
58:6

_____
**6**

**6**
7:20 8:3
10:7 13:1
13:3 14:19
20:14,15
20:17,22
29:10 37:8
41:13
51:23
52:13,23
54:15 58:5
58:25
77:21 78:4
78:6
**60**
28:19
**60s**
109:22
**65**
39:1
**68**
28:19,20
75:1 76:25
77:2 82:9
**6th**
6:4

_____
**7**

**70**
77:4,14
78:24
80:12 82:7
85:4
**70s**
109:22

---
**8**

**8**
2:19 4:20
4:23 78:7
122:4
123:24
**839**
114:9

---
**9**

**90**
114:8
116:21
**90s**
113:3 118:4

JE31-067