

# PohlmanUSA®
## Court Reporting and Litigation Services

Floor - Audio Transcription

January 19, 2024

Phillip Callais, et al.

vs.

Nancy Landry

PLAINTIFFS' EXHIBIT P28

EXHIBIT JE33

THE CLERK: Mr. Speaker and members, Representative Beaullieu moves to advance to Regular Order No. 6, Senate Bills on Third Reading and Final Passage.

MR. SPEAKER: Without objection.

THE CLERK: Mr. Speaker and members, first instrument in this order -- only instrument in this order is Senate Bill 8 by Senator Womack: to enact Title 18 relative to congressional districts; provide relative to redistricting Louisiana's congressional district; provide with respect to offices, positions, other than congressional, which are based on congressional districts.

MR. SPEAKER: Representative Beaullieu on the bill.

REPRESENTATIVE BEAULLIEU: Thank you, Mr. Speaker. Thank you, Madam Clerk. Members, also, thank you. Thank you for your patience this week. I know we have been charged with a tall task, and your patience, your fortitude, your strong desires to represent your district, it's impressive. It's -- it's nice to see, especially -- especially with some of the new members. You've been awesome this week, and you've -- you've stood strong. And to say it's impressive is -- is -- is a -- is just the bit of it.

Page 2

1  Members, I'm bringing you this congressional
2  redistricting map that Senator Womack presented.  You've
3  -- you've heard it debated a couple of times.  You heard
4  it in -- in committee as well.  Yesterday, we added an
5  amendment in committee to Senator Womack's bill.  And so
6  my first order of business, even before I make my
7  opening remarks, is going to get this bill in a proper
8  posture.  I'd like to offer up an amendment to delete
9  the amendments that we added in committee yesterday.  So
10  if you'll check your monitors, it's going to -- or Madam
11  Clerk, would you mind reading in the amendment?
12       THE CLERK:  Mr. Speaker and members,
13  Representative Beaullieu, as he's just discussed, is
14  offering up a one-page set of amendments.  That set is
15  online.  It's set number 83.
16       REPRESENTATIVE BEAULLIEU:  So, members, after
17  hearing from a lot of you, it's my thought that this
18  instrument was in its best posture when it came over
19  here from the Senate.  And so I am offering an amendment
20  to put it back in that posture, and I'd ask for your
21  support.
22       MR. SPEAKER:  I see no questions on the
23  amendment.  Representative Marcelle for the floor on the
24  amendment.
25       REPRESENTATIVE MARCELLE:  Thank you, Mr.

Page 3

1  Speaker and Chairman.  And thank you, members.  On
2  yesterday, we had a pretty, I would say, heated debate
3  in H&G about these amendments, and so I rise in support
4  of removing those amendments.  And I had a lot of
5  questions after I got home about why didn't I object to
6  the amendments, but I'd stepped out of the room and so
7  that's the reason for me not objecting to the
8  amendments.  I did object to the bill because the
9  amendments had been added.
10       I know this is the process.  I think that the
11  bill was in its best posture when it came over with
12  Representative -- I mean, with Senator Womack, Senate
13  Bill 8.  However, I tried to put that bill in a better
14  posture.  That matter failed.  I know the process.  I
15  appreciate the process.  And I appreciate the chairman
16  taking that amendment off that I think does us no good
17  to get to a better place where we can get the second
18  congressional district.  And I'd ask that you all would
19  support the chairman in removing the amendment that was
20  placed on there on yesterday.  Thank you.
21       MR. SPEAKER:  Is there any objections to the
22  adoption of the amendment?  Representative Farnum,
23  objection.  Would you like to speak on your objection?
24  Representative Beaullieu, would you like to close on
25  your amendment?

Page 4

1       REPRESENTATIVE BEAULLIEU:  Members, I just ask
2  you to support the removal of the amendment that we
3  added in -- in House and Governmental.  Thank you.
4       MR. SPEAKER:  Representative Beaullieu has
5  offered up an amendment which Representative Farnum
6  objects.  All those in favor, vote yea.  All those
7  opposed, vote nay.  The clerk will open the machine.
8       THE CLERK:  (inaudible 0:04:34).
9       MR. SPEAKER:  Wright, yea.
10       THE CLERK:  Emerson, yea.
11       MR. SPEAKER:  Emerson, yea.  Are you through
12  voting, members?  The clerk will close the machine.  We
13  have 84 yeas and 16 nays, and amendment passes.
14  Representative Beaullieu on the bill.
15       REPRESENTATIVE BEAULLIEU:  Okay, Mr. Speaker.
16  Thank you, members, for supporting me on that amendment.
17   You'll bear with me for a second.  So, members, I -- I
18  appreciate you giving me the opportunity to be with you
19  here today.  Two years ago, I sat on the committee that
20  -- that passed the original congressional map after
21  redistricting, and we spent a lot of time going around
22  the state listening to folks from all over our state.
23  And this House, by two -- over two-thirds vote,
24  supported a map that we thought was fair, that we
25  thought was representative of the state of Louisiana.

Page 5

1       As Senator Stine said earlier in this week,
2  "It's with a heavy heart that I present to you this
3  other map," but we have to.  It's that clear.  A federal
4  judge has ordered us to draw an additional minority seat
5  in the state of Louisiana.  We have the -- the federal
6  Voting Rights Act litigation is still going on in the US
7  District Court in the Middle District of Louisiana.  The
8  map in this bill that I'm presenting is one of a product
9  of long, detailed process with several goals.
10       First, and as a lot of you are aware,
11  Congresswoman Julia Letlow represents north Louisiana in
12  our nation's capital and serves on both the
13  appropriations and agricultural committees.  The
14  boundaries in the bill that I'm presenting ensure that
15  Congresswoman Letlow remains both unimpaired with any
16  other incumbents, and in a congressional district that
17  should continue to elect a Republican Congress for the
18  remainder of this decade.
19       I have great pride in the work Congresswoman
20  Letlow has accomplished, and this map will ensure that
21  Louisianians will continue to benefit from her presence
22  in the halls of Congress for as long as she decides to
23  continue serving our great state of Louisiana.
24       Second, of Louisiana's six congressional
25  districts, the map and the proposed bill ensures that

2 (Pages 2 to 5)

Page 6

1  four are safe from -- or safe Republican seats.
2  Louisiana's Republican presence in the United States
3  Congress has contributed tremendously to the national
4  discourse, and I'm very proud, and it's remarkable, that
5  both the speaker of the United States House of
6  Representatives, Mike Johnson, and the US House majority
7  leader, Steve Scalise, are both from our great state.
8         This map ensures that the two men -- the two
9  of them will have solidly Republican districts at home
10 so they can focus on the national leadership that we
11 need in Washington, DC.  The map proposed in this bill
12 ensures that the conservative principles retained by the
13 majority of those in Louisiana will continue to extend
14 past our boundaries to our nation's capital.
15        Finally, the maps in the proposed bill respond
16 appropriately to the ongoing federal litigation, the
17 ongoing federal Voting Rights Act case in the Middle
18 District of Louisiana.  For those who are unaware of the
19 background, the congressional maps that we enacted, that
20 I mentioned a second ago, in March of -- in March of
21 2022, have been the subject of litigation roughly since
22 the day the 2022 congressional redistricting bill went
23 into effect, and even before we enacted it.  So the suit
24 was filed before we actually enacted the bill.
25        After a substantial amount of prolonged

Page 7

1  litigation, two trips to the Fifth Circuit asking it to
2  reverse it, and a trip to the US Supreme Court, the
3  federal District Court has adhered to its view that the
4  federal law requires that the state have two
5  congressional districts with a majority of Black voters.
6   It's that simple.  Our secretary of state, our attorney
7  general, and our prior legislative leadership appealed
8  but have yet to succeed.  We are now here because the
9  federal courts order that we have a first opportunity to
10 act.
11        If we don't act, it is very clear that the
12 federal court will impose the plaintiff's proposed map
13 on our state, and we don't want that.  The District
14 Court's order that we must have two majority-Black
15 voting-age population districts, combined with the
16 political imperatives I just described, have largely
17 driven the boundaries for District 2 and District 6,
18 both of which are over 50 percent Black voting-age
19 population, or BVAP as you've heard discussed a lot in
20 committees and may hear with folks discussing today.
21        Given the state's current demographics,
22 there's not a high enough Black -- Black population in
23 the southeast portion of Louisiana to create two
24 majority-Black districts and to also comply with the US
25 Constitution's one vote, one person requirement.  That a

Page 8

1  -- the reason why District 2 is growing around Orleans
2  Parish, while District 6 includes the Black population
3  of east Baton Rouge Parish and travels up the I-49
4  corridor and the Red River to include Black population
5  in Shreveport.
6         While this is a different map than the
7  plaintiffs in the litigation have proposed, this is the
8  only map I reviewed that accomplishes the political
9  goals I believe are important for my district, for
10 Louisiana, and for our country.
11        While I did not draw these boundaries myself,
12 and I'm bringing the bill to the floor for the --
13 Senator Womack carried through the Senate and through
14 committee yesterday in this House, I firmly submit that
15 the congressional voting boundaries represented in this
16 bill best achieve the goals of protecting Congresswoman
17 Letlow's seat, maintaining strong districts for Speaker
18 Johnson and Majority Leader Scalise, ensuring four
19 Republican districts, and adhering to the command of the
20 federal court in the Middle District of Louisiana.
21        I submit to you this map, and I'll be happy to
22 take any questions.
23        MR. SPEAKER:  Representative Taylor on a
24 question.
25        THE CLERK:  She waives.

Page 9

1         MR. SPEAKER:  She waives.  Representative
2  Amedee on a question.
3         REPRESENTATIVE AMEDEE:  Thank you, Mr.
4  Speaker.  Rep. Beaullieu, thanks for carrying the bill
5  over here.  Is this bill intended to create another
6  Black district?
7         REPRESENTATIVE BEAULLIEU:  Yes, ma'am, and to
8  comply with the judge's order.
9         REPRESENTATIVE AMEDEE:  Thank you.
10        MR. SPEAKER:  Seeing no further questions,
11 Representative Bayham for the floor.
12        (Pause.)
13        REPRESENTATIVE BAYHAM:  When I ran for the
14 legislature, I had one goal, and that is to give my
15 community a voice.  I've studied some of the plans that
16 were submitted by my colleagues here.  Representative
17 Wilford Carter had a plan, I believe, that kept St.
18 Bernard Parish intact, and I appreciate that,
19 Representative Carter.  I am here to stand up for my
20 community.  St. Bernard has never been split into two
21 congressional districts.  We've already been split into
22 two Senate districts.  And to be brutally honest,
23 looking at the way these precincts are -- and I know
24 every precinct.  I've campaigned in every precinct in
25 St. Bernard.

3 (Pages 6 to 9)

PohlmanUSA Court Reporting
(877) 421-0099    PohlmanUSA.com

### Page 10

1  We have two precincts, for example, that are
2  in the 2nd Congressional District. One, Precinct 24,
3  gave President Trump 75 percent of the vote. Precinct
4  25 gave President Trump 69 percent of the vote. Those
5  are in the 2nd District. In the 1st District is
6  Precinct 44, which gave President Biden 83 percent of
7  the vote. Precinct 45 gave President Biden 85 percent
8  of the vote. It seems like these precincts were just
9  thrown together like a mechanical claw machine, just
10  grabbing people and dropping them off.
11  Now, I participated in the hearings on the
12  congressional reapportionment where they toured the
13  state, and I appreciated the leadership of the House and
14  the Senate, the committees in doing this. I took
15  advantage of it. I testified. We are being told that
16  we have to redraw all of this in a period of less than
17  eight days. That is not how you make sausage. That's
18  how you make a mess. I cannot in good conscience vote
19  for this bill that divides my community, and I will
20  stand by that for my community. Thank you.
21  MR. SPEAKER: There's no questions.
22  REPRESENTATIVE BAYHAM: Thank you.
23  MR. SPEAKER: Representative Beaullieu to
24  close on the bill.
25  REPRESENTATIVE BEAULLIEU: As a colleague

### Page 11

1  mentioned earlier - sorry, Representative Cox, if I have
2  to poach you - "Everybody likes to eat sausage, but
3  nobody likes to see how it's made." And it's -- it has
4  been painful, and it has been painful for all of us.
5  But it's simple. We're under a federal judge's mandate,
6  and this bill is our best attempt to comply with her
7  decision. So, members, I ask you to support me in
8  voting for this map. Thank you.
9  MR. SPEAKER: Representative Beaullieu moves
10  for final passage of the bill. Those in favor, vote
11  yea. Those opposed, vote nay. The clerk will open the
12  machine. Vote your machine, members. Members, are you
13  through voting? The clerk will close the machine. We
14  have 86 yeas, 16 nays, and the bill is finally passed.
15  Representative Beaullieu moves to adopt the title, and
16  moves to reconsider the vote for which the bill finally
17  passed and lay that motion on the table without
18  objection.
19  MR. SPEAKER: Open the machine for co-authors.
20  (Pause.)
21  MR. SPEAKER: The clerk will close the
22  machine. We have ten co-authors.
23  MALE SPEAKER: Representative Bagley for a
24  motion to move to correct his vote.
25  REPRESENTATIVE BAGLEY: I want to correct on

### Page 12

1  -- on Senate Bill Number 8. I want to correct from
2  absent to nay.
3  MALE SPEAKER: Without objection.
4  REPRESENTATIVE BAGLEY: Thank you, Mr. --
5  MALE SPEAKER: Representative Taylor moves for
6  a motion to correct her vote.
7  REPRESENTATIVE TAYLOR: Good afternoon. I
8  would also like to vote from absent to yea on the
9  amendment.
10  MALE SPEAKER: Without objection.
11  Representative Jackson moves to correct his vote.
12  REPRESENTATIVE JACKSON: Yes. I want to
13  change my vote from nay to yea.
14  MALE SPEAKER: Without objection.
15  REPRESENTATIVE JACKSON: Thank you.

### Page 13

1  CERTIFICATE OF TRANSCRIPTION
2  I, Nathan Pikover, COO of TranscribeMe, Inc.,
3  do hereby certify that 291001-Audio-1-19-24_1es_day5 -
4  Cut-Appended was transcribed utilizing computer aided
5  means and the TranscribeMe transcription team.
6  The transcript of the audio mentioned above,
7  having been transcribed and reviewed by TranscribeMe,
8  Inc. to the best of the company's ability, is a full,
9  true, and correct transcription.
10  I further certify that neither I, nor the
11  TranscribeMe, Inc. transcription team, have any personal
12  association with the parties involved or are in any way
13  interested in the outcome thereof.
14  Dated this 11th of March, 2024.
15  _____
16  Nathan Pikover, COO TranscribeMe, Inc.

| A | | | | |
|---|---|---|---|---|
| **ability** | 2:9,14 3:3 | 2:13,16 | 2:6 | 10:25 |
| 13:8 | 3:4,6,8,9 | 3:24 4:1,4 | **BVAP** | **colleagues** |
| **absent** | **amount** | 4:14,15 | 7:19 | 9:16 |
| 12:2,8 | 6:25 | 9:4,7 | | **combined** |
| **accompli...** | **appealed** | 10:23,25 | C | 7:15 |
| 5:20 | 7:7 | 11:9,15 | **campaigned** | **command** |
| **accompli...** | **appreciate** | **believe** | 9:24 | 8:19 |
| 8:8 | 3:15,15 | 8:9 9:17 | **capital** | **committee** |
| **achieve** | 4:18 9:18 | **benefit** | 5:12 6:14 | 2:4,5,9 |
| 8:16 | **appreciated** | 5:21 | **carried** | 4:19 8:14 |
| **act** | 10:13 | **Bernard** | 8:13 | **committees** |
| 5:6 6:17 | **appropri...** | 9:18,20,25 | **carrying** | 5:13 7:20 |
| 7:10,11 | 6:16 | **best** | 9:4 | 10:14 |
| **added** | **appropri...** | 2:18 3:11 | **Carter** | **community** |
| 2:4,9 3:9 | 5:13 | 8:16 11:6 | 9:17,19 | 9:15,20 |
| 4:3 | **asking** | 13:8 | **case** | 10:19,20 |
| **additional** | 7:1 | **better** | 6:17 | **company's** |
| 5:4 | **association** | 3:13,17 | **CERTIFICATE** | 13:8 |
| **adhered** | 13:12 | **Biden** | 13:1 | **comply** |
| 7:3 | **attempt** | 10:6,7 | **certify** | 7:24 9:8 |
| **adhering** | 11:6 | **bill** | 13:3,10 | 11:6 |
| 8:19 | **attorney** | 1:8,15 2:5 | **chairman** | **computer** |
| **adopt** | 7:6 | 2:7 3:8,11 | 3:1,15,19 | 13:4 |
| 11:15 | **audio** | 3:13,13 | **change** | **Congress** |
| **adoption** | 13:6 | 4:14 5:8 | 12:13 | 5:17,22 6:3 |
| 3:22 | **aware** | 5:14,25 | **charged** | **congress...** |
| **advance** | 5:10 | 6:11,15,22 | 1:19 | 1:9,10,12 |
| 1:2 | **awesome** | 6:24 8:12 | **check** | 1:12 2:1 |
| **advantage** | 1:23 | 8:16 9:4,5 | 2:10 | 3:18 4:20 |
| 10:15 | | 10:19,24 | **Circuit** | 5:16,24 |
| **afternoon** | B | 11:6,10,14 | 7:1 | 6:19,22 |
| 12:7 | **back** | 11:16 12:1 | **claw** | 7:5 8:15 |
| **ago** | 2:20 | **Bills** | 10:9 | 9:21 10:2 |
| 4:19 6:20 | **background** | 1:3 | **clear** | 10:12 |
| **agricult...** | 6:19 | **bit** | 5:3 7:11 | **Congress...** |
| 5:13 | **Bagley** | 1:25 | **clerk** | 5:11,15,19 |
| **aided** | 11:23,25 | **Black** | 1:1,6,17 | 8:16 |
| 13:4 | 12:4 | 7:5,18,22 | 2:11,12 | **conscience** |
| **Amedee** | **based** | 7:22 8:2,4 | 4:7,8,10 | 10:18 |
| 9:2,3,9 | 1:12 | 9:6 | 4:12 8:25 | **conserva...** |
| **amendment** | **Baton** | **boundaries** | 11:11,13 | 6:12 |
| 2:5,8,11,19 | 8:3 | 5:14 6:14 | 11:21 | **Constitu...** |
| 2:23,24 | **Bayham** | 7:17 8:11 | **close** | 7:25 |
| 3:16,19,22 | 9:11,13 | 8:15 | 3:24 4:12 | **continue** |
| 3:25 4:2,5 | 10:22 | **bringing** | 10:24 | 5:17,21,23 |
| 4:13,16 | **bear** | 2:1 8:12 | 11:13,21 | 6:13 |
| 12:9 | 4:17 | **brutally** | **co-authors** | **contributed** |
| **amendments** | **Beaullieu** | 9:22 | 11:19,22 | 6:3 |
| | 1:2,14,16 | **business** | **colleague** | **COO** |

13:2,16
**correct**
11:24,25
 12:1,6,11
 13:9
**corridor**
8:4
**country**
8:10
**couple**
2:3
**court**
5:7 7:2,3
 7:12 8:20
**Court's**
7:14
**courts**
7:9
**Cox**
11:1
**create**
7:23 9:5
**current**
7:21
**Cut-Appe...**
13:4

____D____
**Dated**
13:14
**day**
6:22
**days**
10:17
**DC**
6:11
**debate**
3:2
**debated**
2:3
**decade**
5:18
**decides**
5:22
**decision**
11:7
**delete**
2:8
**demograp...**

7:21
**described**
7:16
**desires**
1:20
**detailed**
5:9
**different**
8:6
**discourse**
6:4
**discussed**
2:13 7:19
**discussing**
7:20
**district**
1:10,21
 3:18 5:7,7
 5:16 6:18
 7:3,13,17
 7:17 8:1,2
 8:9,20 9:6
 10:2,5,5
**districts**
1:9,13 5:25
 6:9 7:5,15
 7:24 8:17
 8:19 9:21
 9:22
**divides**
10:19
**doing**
10:14
**draw**
5:4 8:11
**driven**
7:17
**dropping**
10:10

____E____
**earlier**
5:1 11:1
**east**
8:3
**eat**
11:2
**effect**
6:23

**eight**
10:17
**elect**
5:17
**Emerson**
4:10,11
**enact**
1:8
**enacted**
6:19,23,24
**ensure**
5:14,20
**ensures**
5:25 6:8,12
**ensuring**
8:18
**especially**
1:22,22
**Everybody**
11:2
**example**
10:1
**extend**
6:13

____F____
**failed**
3:14
**fair**
4:24
**Farnum**
3:22 4:5
**favor**
4:6 11:10
**federal**
5:3,5 6:16
 6:17 7:3,4
 7:9,12
 8:20 11:5
**Fifth**
7:1
**filed**
6:24
**final**
1:3 11:10
**finally**
6:15 11:14
 11:16
**firmly**

8:14
**first**
1:6 2:6
 5:10 7:9
**floor**
2:23 8:12
 9:11
**focus**
6:10
**folks**
4:22 7:20
**fortitude**
1:20
**four**
6:1 8:18
**full**
13:8
**further**
9:10 13:10

____G____
**general**
7:7
**give**
9:14
**Given**
7:21
**giving**
4:18
**goal**
9:14
**goals**
5:9 8:9,16
**going**
2:7,10 4:21
 5:6
**good**
3:16 10:18
 12:7
**Governme...**
4:3
**grabbing**
10:10
**great**
5:19,23 6:7
**growing**
8:1

____H____

**H&G**
3:3
**halls**
5:22
**happy**
8:21
**hear**
7:20
**heard**
2:3,3 7:19
**hearing**
2:17
**hearings**
10:11
**heart**
5:2
**heated**
3:2
**heavy**
5:2
**high**
7:22
**home**
3:5 6:9
**honest**
9:22
**House**
4:3,23 6:5
 6:6 8:14
 10:13

____I____
**I-49**
8:3
**imperatives**
7:16
**important**
8:9
**impose**
7:12
**impressive**
1:21,24
**inaudible**
4:8
**include**
8:4
**includes**
8:2
**incumbents**

| | | | | |
|---|---|---|---|---|
| 5:16 | **Letlow's** 8:17 | **mandate** 11:5 | 11:17,24 12:6 | **offer** 2:8 |
| **instrument** 1:7,7 2:18 | **likes** 11:2,3 | **map** 2:2 4:20,24 | **move** 11:24 | **offered** 4:5 |
| **intact** 9:18 | **listening** 4:22 | 5:3,8,20 5:25 6:8 | **moves** 1:2 11:9,15 | **offering** 2:14,19 |
| **intended** 9:5 | **litigation** 5:6 6:16,21 | 6:11 7:12 8:6,8,21 | 11:16 12:5 12:11 | **offices** 1:11 |
| **interested** 13:13 | 7:1 8:7 | 11:8 | --- **N** --- | **Okay** 4:15 |
| **involved** 13:12 | **long** 5:9,22 | **maps** 6:15,19 | **Nathan** 13:2,16 | **one-page** 2:14 |
| --- **J** --- | **looking** 9:23 | **Marcelle** 2:23,25 | **nation's** 5:12 6:14 | **ongoing** 6:16,17 |
| **Jackson** 12:11,12,15 | **lot** 2:17 3:4 | **March** 6:20,20 | **national** 6:3,10 | **online** 2:15 |
| **Johnson** 6:6 8:18 | 4:21 5:10 7:19 | 13:14 | **nay** 4:7 11:11 | **open** 4:7 11:11 |
| **judge** 5:4 | **Louisiana** 4:25 5:5,7 | **matter** 3:14 | 12:2,13 | 11:19 |
| **judge's** 9:8 11:5 | 5:11,23 6:13,18 | **mean** 3:12 | **nays** 4:13 11:14 | **opening** 2:7 |
| **Julia** 5:11 | 7:23 8:10 8:20 | **means** 13:5 | **need** 6:11 | **opportunity** 4:18 7:9 |
| --- **K** --- | **Louisiana's** 1:10 5:24 | **mechanical** 10:9 | **neither** 13:10 | **opposed** 4:7 11:11 |
| **kept** 9:17 | 6:2 | **members** 1:1,6,17,22 | **never** 9:20 | **order** 1:3,7,8 2:6 |
| **know** 1:18 3:10 | **Louisian...** 5:21 | 2:1,12,16 3:1 4:1,12 | **new** 1:22 | 7:9,14 9:8 |
| 3:14 9:23 | --- **M** --- | 4:16,17 11:7,12,12 | **nice** 1:21 | **ordered** 5:4 |
| --- **L** --- | **ma'am** 9:7 | **men** 6:8 | **north** 5:11 | **original** 4:20 |
| **largely** 7:16 | **machine** 4:7,12 10:9 | **mentioned** 6:20 11:1 | **number** 2:15 12:1 | **Orleans** 8:1 |
| **law** 7:4 | 11:12,12 11:13,19 | 13:6 | --- **O** --- | **outcome** 13:13 |
| **lay** 11:17 | 11:22 | **mess** 10:18 | **object** 3:5,8 | --- **P** --- |
| **leader** 6:7 8:18 | **Madam** 1:17 2:10 | **Middle** 5:7 6:17 | **objecting** 3:7 | **painful** 11:4,4 |
| **leadership** 6:10 7:7 | **maintaining** 8:17 | 8:20 | **objection** 1:5 3:23,23 | **Parish** 8:2,3 9:18 |
| 10:13 | **majority** 6:6,13 7:5 | **Mike** 6:6 | 11:18 12:3 12:10,14 | **particip...** 10:11 |
| **legislative** 7:7 | 8:18 | **mind** 2:11 | **objections** 3:21 | **parties** 13:12 |
| **legislature** 9:14 | **majority...** 7:14,24 | **minority** 5:4 | **objects** 4:6 | **passage** 1:4 11:10 |
| **Letlow** 5:11,15,20 | **MALE** 11:23 12:3 12:5,10,14 | **monitors** 2:10 **motion** | | **passed** |

| | | | | |
|---|---|---|---|---|
| 4:20 11:14 11:17 | 10:2,3,6,7 precincts | 10:21 | 9:13,16,19 10:22,23 | 10:17 11:2 Scalise |
| passes 4:13 | 9:23 10:1,8 presence | **R** | 10:25 11:1 11:9,15,23 | 6:7 8:18 seat |
| patience 1:18,19 | 5:21 6:2 present | ran 9:13 | 11:25 12:4 12:5,7,11 | 5:4 8:17 seats |
| Pause 9:12 11:20 | 5:2 presented | reading 1:3 2:11 | 12:12,15 Represen... | 6:1 second |
| people 10:10 | 2:2 presenting | reapport... 10:12 | 6:6 represented | 3:17 4:17 5:24 6:20 |
| percent 7:18 10:3,4 10:6,7 | 5:8,14 President 10:3,4,6,7 | reason 3:7 8:1 reconsider | 8:15 represents 5:11 | secretary 7:6 see |
| period 10:16 | pretty 3:2 | 11:16 Red | Republican 5:17 6:1,2 | 1:21 2:22 11:3 |
| person 7:25 | pride 5:19 | 8:4 redistri... | 6:9 8:19 requirement | Seeing 9:10 |
| personal 13:11 | principles 6:12 | 1:10 2:2 4:21 6:22 | 7:25 requires | Senate 1:3,8 2:19 |
| Pikover 13:2,16 | prior 7:7 | redraw 10:16 | 7:4 respect | 3:12 8:13 9:22 10:14 |
| place 3:17 | process 3:10,14,15 | Regular 1:2 | 1:11 respond | 12:1 Senator |
| placed 3:20 | 5:9 product | relative 1:9,9 | 6:15 retained | 1:8 2:2,5 3:12 5:1 |
| plaintiff's 7:12 | 5:8 prolonged | remainder 5:18 | 6:12 reverse | 8:13 serves |
| plaintiffs 8:7 | 6:25 proper | remains 5:15 | 7:2 reviewed | 5:12 serving |
| plan 9:17 | 2:7 proposed | remarkable 6:4 | 8:8 13:7 Rights | 5:23 set |
| plans 9:15 | 5:25 6:11 6:15 7:12 | remarks 2:7 | 5:6 6:17 rise | 2:14,14,15 Shreveport |
| poach 11:2 | 8:7 protecting | removal 4:2 | 3:3 River | 8:5 simple |
| political 7:16 8:8 | 8:16 proud | removing 3:4,19 | 8:4 room | 7:6 11:5 six |
| population 7:15,19,22 8:2,4 | 6:4 provide 1:9,11 | Rep 9:4 represent | 3:6 Rouge 8:3 | 5:24 solidly 6:9 |
| portion 7:23 | put 2:20 3:13 | 1:20 represen... | roughly 6:21 | sorry 11:1 |
| positions 1:11 | **Q** | 1:2,14,16 2:13,16,23 | **S** | southeast 7:23 |
| posture 2:8,18,20 3:11,14 | question 8:24 9:2 questions | 2:25 3:12 3:22,24 4:1,4,5,14 4:15,25 | safe 6:1,1 sat | speak 3:23 speaker |
| precinct 9:24,24 | 2:22 3:5 8:22 9:10 | 8:23 9:1,3 9:7,9,11 | 4:19 sausage | 1:1,5,6,14 1:17 2:12 |

| | | | | |
|---|---|---|---|---|
| 2:22 3:1<br>3:21 4:4,9<br>4:11,15<br>6:5 8:17<br>8:23 9:1,4<br>9:10 10:21<br>10:23 11:9<br>11:19,21<br>11:23 12:3<br>12:5,10,14<br>**spent**<br>4:21<br>**split**<br>9:20,21<br>**St**<br>9:17,20,25<br>**stand**<br>9:19 10:20<br>**state**<br>4:22,22,25<br>5:5,23 6:7<br>7:4,6,13<br>10:13<br>**state's**<br>7:21<br>**States**<br>6:2,5<br>**stepped**<br>3:6<br>**Steve**<br>6:7<br>**Stine**<br>5:1<br>**stood**<br>1:24<br>**strong**<br>1:20,24<br>8:17<br>**studied**<br>9:15<br>**subject**<br>6:21<br>**submit**<br>8:14,21<br>**submitted**<br>9:16<br>**substantial**<br>6:25<br>**succeed** | 7:8<br>**suit**<br>6:23<br>**support**<br>2:21 3:3,19<br>4:2 11:7<br>**supported**<br>4:24<br>**supporting**<br>4:16<br>**Supreme**<br>7:2<br><br>—— T ——<br>**table**<br>11:17<br>**take**<br>8:22<br>**tall**<br>1:19<br>**task**<br>1:19<br>**Taylor**<br>8:23 12:5,7<br>**team**<br>13:5,11<br>**ten**<br>11:22<br>**testified**<br>10:15<br>**thank**<br>1:16,17,17<br>1:18 2:25<br>3:1,20 4:3<br>4:16 9:3,9<br>10:20,22<br>11:8 12:4<br>12:15<br>**thanks**<br>9:4<br>**thereof**<br>13:13<br>**think**<br>3:10,16<br>**Third**<br>1:3<br>**thought**<br>2:17 4:24<br>4:25 | **thrown**<br>10:9<br>**time**<br>4:21<br>**times**<br>2:3<br>**title**<br>1:8 11:15<br>**today**<br>4:19 7:20<br>**told**<br>10:15<br>**toured**<br>10:12<br>**transcribed**<br>13:4,7<br>**Transcri...**<br>13:2,5,7,11<br>13:16<br>**transcript**<br>13:6<br>**transcri...**<br>13:1,5,9,11<br>**travels**<br>8:3<br>**tremendo...**<br>6:3<br>**tried**<br>3:13<br>**trip**<br>7:2<br>**trips**<br>7:1<br>**true**<br>13:9<br>**Trump**<br>10:3,4<br>**two**<br>4:19,23 6:8<br>6:8 7:1,4<br>7:14,23<br>9:20,22<br>10:1<br>**two-thirds**<br>4:23<br><br>—— U ——<br>**unaware**<br>6:18 | **unimpaired**<br>5:15<br>**United**<br>6:2,5<br>**utilizing**<br>13:4<br><br>—— V ——<br>**view**<br>7:3<br>**voice**<br>9:15<br>**vote**<br>4:6,7,23<br>7:25 10:3<br>10:4,7,8<br>10:18<br>11:10,11<br>11:12,16<br>11:24 12:6<br>12:8,11,13<br>**voters**<br>7:5<br>**voting**<br>4:12 5:6<br>6:17 8:15<br>11:8,13<br>**voting-age**<br>7:15,18<br><br>—— W ——<br>**waives**<br>8:25 9:1<br>**want**<br>7:13 11:25<br>12:1,12<br>**Washington**<br>6:11<br>**way**<br>9:23 13:12<br>**We're**<br>11:5<br>**We've**<br>9:21<br>**week**<br>1:18,23 5:1<br>**went**<br>6:22<br>**Wilford** | 9:17<br>**Womack**<br>1:8 2:2<br>3:12 8:13<br>**Womack's**<br>2:5<br>**work**<br>5:19<br>**Wright**<br>4:9<br><br>—— X ——<br><br>—— Y ——<br>**yea**<br>4:6,9,10,11<br>11:11 12:8<br>12:13<br>**years**<br>4:19<br>**yeas**<br>4:13 11:14<br>**yesterday**<br>2:4,9 3:2<br>3:20 8:14<br><br>—— Z ——<br><br>—— 0 ——<br>**0:04:34**<br>4:8<br><br>—— 1 ——<br>**11th**<br>13:14<br>**16**<br>4:13 11:14<br>**18**<br>1:9<br>**1st**<br>10:5<br><br>—— 2 ——<br>**2**<br>7:17 8:1<br>**2022**<br>6:21,22<br>**2024**<br>13:14 |

| | | | | | |
|---|---|---|---|---|---|
| **24**<br>10:2<br>**25**<br>10:4<br>**291001-A...**<br>13:3<br>**2nd**<br>10:2,5 | | | | | |
| **3** | | | | | |
| **4**<br>**44**<br>10:6<br>**45**<br>10:7 | | | | | |
| **5**<br>**50**<br>7:18 | | | | | |
| **6**<br>**6**<br>1:3  7:17<br> 8:2<br>**69**<br>10:4 | | | | | |
| **7**<br>**75**<br>10:3 | | | | | |
| **8**<br>**8**<br>1:8  3:13<br> 12:1<br>**83**<br>2:15 10:6<br>**84**<br>4:13<br>**85**<br>10:7<br>**86**<br>11:14 | | | | | |
| **9** | | | | | |