

# PohlmanUSA®
## Court Reporting and Litigation Services

---

Lousiana State Senate 1st Special Session-Audio Transcription

January 19, 2024

---

In Re: Louisiana House Floor/Committee Video

**EXHIBIT**
**JE34**

PLAINTIFFS' EXHIBIT

P29

exhibitsticker.com

MALE SPEAKER:  Secretary will open the machines.  Vote at the machines, members.  Vote at the machines.  Are we finished voting?  36 members in a quorum.  Next order of business.

THE CLERK:  Messages.  Messages from the House.  The -- I'm directed to inform you that the House of Representatives has finally passed the following Senate bills and joint resolutions.  Senate Bill 8 reported with amendments respectfully submitted. Michelle Fontana, clerk of the house.  Senate bills returned from the House with amendments.  Senate Bill 8 by Senator Womack is an act to amend Title 18, relative to congressional districts, to provide for the redistricting of Louisiana's congressional districts to provide with respect to positions and offices other than congressional, which are based upon congressional districts.  The bill comes from the House with a set of House Committee amendments and House Floor amendments.

Senator Womack now moves for suspension of the rules to take up the bill at this time.

MALE SPEAKER:  Without objection.  Without objection.  Senator Womack, on your bill.

SENATOR WOMACK:  Thank you, Mr. President. Members, Senate Bill 8, which provides for redistricting of congressional districts, appears to be before you now

## Page 2

1   in the exact posture that it left the Senate.  The House
2   is removed.  HGA Committee amendment I move to concur
3   with on Senate Bill Number 8.
4       (Pause.)
5       MALE SPEAKER:  Gotcha.  Members, the summaries
6   are being passed out right now, so we're just going to
7   slow down a little bit.  I want to give everybody the
8   chance to see what we're voting on.
9       (Pause.)
10      MALE SPEAKER:  Senator Womack, would you mind
11  going over the -- I know we've all seen the amendment
12  once.  We -- we know what the bill looks like, but if
13  you could just go over some high points on it while
14  they're passing this out.  Members, if you have a --
15  members, if you want to speak, hit your Floor button if
16  anybody would like to come to the Floor to discuss the
17  bill.  I know some members -- make sure that you do
18  that.
19      (Pause.)
20      SENATOR WOMACK:  Okay.  They're passing out
21  the amendments.  The -- the way they did lay up the
22  House -- I mean, lay up the Senate, it was one district
23  change on that amendment.  That took in part of
24  Avoyelles Parish.  That was the only change, to my
25  knowledge, that was in the -- that was in the new map.

## Page 3

1       MALE SPEAKER:  Okay.  Senate Morris for -- for
2   -- Senator Morris for a question on the bill, and you
3   also have your Floor button, so which -- you want to
4   question.  Let's do question first, please, and then we
5   can do the Floor.  Thank you.
6       SENATOR MORRIS:  Senator Womack, you said the
7   only change was -- was taking some of Avoyelles Parish
8   and putting it in Miss Letlow's district, correct?
9       SENATOR WOMACK:  Correct.
10      SENATOR MORRIS:  However, it actually took my
11  personal home out of Miss Letlow's district, as well as
12  Senator Cathey's home precinct, as well as State Rep
13  Echols' home precinct, and put that in Representative
14  Johnson's district; did it not?
15      SENATOR WOMACK:  It did.
16      SENATOR MORRIS:  So the only thing being done
17  was not just Avoyelles Parish, correct?
18      SENATOR WOMACK:  I stand to be corrected.
19  You're correct.
20      SENATOR MORRIS:  Why did we do that for
21  Avoyelles Parish?
22      SENATOR WOMACK:  That was -- that was brought
23  before the -- the -- I'll have to look back.  I -- I was
24  -- I was thinking that was a -- a -- a Senate Committee
25  amendment on that, and that's the way it came out of

## Page 4

1   Committee.
2       SENATOR MORRIS:  Yes, sir.  I think you
3   altered the amendment.
4       SENATOR WOMACK:  Senator Morris, I'll have to
5   -- I'll have to look back and -- and put that together
6   for you.  Any other questions?
7       SENATOR MORRIS:  So you don't know why we put
8   Avoyelles in Miss Letlow's district?
9       SENATOR WOMACK:  As I stated earlier, we were
10  -- we were trying to put what we could to -- to give
11  senator -- Representative Letlow as much North Louisiana
12  as we could.  So that was what we -- that was what we
13  done on -- on that amendment.
14      SENATOR MORRIS:  By -- by trading Avoyelles
15  for Monroe, we gave her more North Louisiana.
16      SENATOR WOMACK:  As I understand it, in that
17  bill, I didn't think that -- that your home or Senator
18  Cathey or Echols was in the original bill to start with.
19  My recollection.
20      SENATOR MORRIS:  It wasn't in Miss Letlow's
21  district.
22      SENATOR WOMACK:  Right.
23      SENATOR MORRIS:  Would you be shocked if that
24  was not the case, and that we were all in Miss Letlow's
25  district?

## Page 5

1       SENATOR WOMACK:  Probably so.  But that -- at
2   the -- at the time I put that amendment on, I don't
3   remember the original map having that -- y'all's address
4   in her district.
5       SENATOR MORRIS:  But you did know that the
6   amendment took some more of Ouachita Parish out of
7   Letlow's, and put it into Johnson's district; you did
8   know that, right?
9       SENATOR WOMACK:  I knew it had to come from
10  somewhere.
11      SENATOR MORRIS:  Yes, sir.  Thank you.
12      MALE SPEAKER:  Senator Morris, you have the
13  Floor now for the -- for Senate (inaudible 0:08:19).
14      SENATOR MORRIS:  Thank you, Mr. President.  We
15  came here to redistrict because there's a chance.  It's
16  not absolute, but there's a chance that the judge will
17  rule that our districts that we -- that we completed in
18  the last couple of years will not be declared
19  unconstitutional.  That case never went to a final
20  judgment.  It hasn't even gone to a full trial on the
21  merits, but yet here we are.  So what do we do?  We're
22  supposed to redistrict with a lot of principles in mind.
23  Among those include compactness and contiguity.
24      This bill does neither.  It's neither
25  contiguous nor compact.  We're all supposed to do it and

2  (Pages 2 to 5)

JE34-003

Page 6

1  consider political subdivisions and communities of
2  interest. So now, by everyone's account, I live in
3  Northeast Louisiana, and now I'm in the same district as
4  Lake Charles. Louisiana Tech, Grambling, and University
5  of Louisiana, Monroe are now in different congressional
6  districts. They're all only 30 miles apart.
7        Senator Womack said in Committee that what he
8  wanted to do was protect Julia Letlow. She's the only
9  woman in our congressional delegation in this state,
10 she's the only member of appropriations, and she's on
11 the Agriculture Committee. So protecting her district
12 because she has seniority, and because she's a bright,
13 articulate, and effective Congresswoman, that's a very
14 noble and worthwhile goal. And I applaud him for having
15 stated that that is one of the objectives of this bill,
16 but this bill doesn't do that.
17       This bill puts more votes south of the
18 Mississippi line in the Florida parishes than it does in
19 the northeast corner of the state. Now, I'm not
20 horribly disappointed to be in Congressman Johnson's
21 district because I admire him immensely. It's nothing
22 against him. He -- I served with him in the House, and
23 we are friends, and I'm a supporter, and he knows that.
24 It has nothing to do with him. But we didn't do the
25 things that I believe that we should have done. Well,

Page 7

1  what did we do?
2        It looks like to me we primarily considered
3  race, and we considered the personal interest of a
4  handful of members. There was no reason. The bill, as
5  originally filed, we did not like. It cut my home
6  parish in half. I understand it's got to go through
7  somebody's district, right? A lot of you have your
8  districts, your home parishes cut through, but you
9  didn't have to zigzag it around just so somebody can get
10 a personal stake, who might want to run for Congress, or
11 just wants their parish there because of their personal
12 interest.
13       I'm not going to be around to run for Congress
14 or anything of the sort in two years, eight years, or
15 ten years. This is about districts and regions that
16 will represent the people of our area, and the lack of
17 compactness is going to effectively disenfranchise, I
18 believe, to a certain degree, the people that I
19 represent. And for these reasons, I urge you to vote
20 against this bill. Thank you, Mr. President.
21       MALE SPEAKER: Thank you, Senator Morris.
22 Senator Cathey to the Floor on the bill.
23       (Pause.)
24       SENATOR CATHEY: Thank you, Mr. President.
25 Members, I -- I don't know that I can say any better

Page 8

1  than what Senator Morris just said, and I wholeheartedly
2  agree with everything that he said. You know, I love
3  the Senate, and I love being a member of this body, and
4  I'm excited about the things that we're going to do in
5  this term. I think we're going to do some great things.
6  Unfortunately, today is not one of those days.
7        What we're doing to Northeast Louisiana with
8  this map is a travesty and a disservice to the only
9  woman that we have serving in our congressional
10 delegation. The only member that we have that sits on
11 the House Appropriations Committee, which controls
12 federal dollars to this state. When we say that this
13 map protects Northeast Louisiana and Congresswoman
14 Letlow, I'll have you know, 50 percent of the votes in
15 Congresswoman Letlow's district now reside within 30
16 miles of this building. Let that sink in. 30 miles of
17 this building. Look, I can see the writing on the wall,
18 and I know where this is going to go.
19       And so, look, I'm -- I'm -- I've been around
20 long enough to -- to count, and -- and I know that --
21 that we can't get to 20, but -- but I just couldn't let
22 this go without standing up for my people and my
23 district and my congresswoman. And so I guess there is
24 one other thing that -- that I do want to say just to
25 put it into perspective. Again, kind of like Senator

Page 9

1  Morris said, my home, my personal home, which is 35
2  miles from the Arkansas line, and 65 miles from the
3  Mississippi line will now be in the same congressional
4  district as Fort Polk and McNeese State University and
5  Lake Charles. That's a disservice and a travesty. So
6  with that, I close.
7        MALE SPEAKER: Thank you, Senator Cathey.
8  Senator Luneau for the Floor.
9        (Pause.)
10       SENATOR LUNEAU: Thank you, Mr. President.
11 Members, we -- we did redistricting last year, I'm sure
12 most of you remember that, and it was an utter failure.
13 And there were a lot of us that talked about some of the
14 things that we could have done different to make it
15 different, but it didn't work out that way, so here we
16 are again. And I remember when we redistricted our own
17 district, our Senate districts, Rapides Parish, my home
18 parish, now has six different senators. Six. And I
19 fought that, but I lost on that -- on that -- on that
20 quest. I -- I just couldn't -- couldn't get everybody
21 together.
22       And they said, "You know, it's going to be
23 great if you have six centers. Then you've got six
24 people coming together." That -- that didn't happen.
25 That's not true. We didn't come together, and it hurt

3  (Pages 6 to 9)

| Page 10 | Page 12 |
|---|---|

**Page 10**

1  Rapides Parish.  And now this map, yet again, has
2  Rapides Parish divided in half.  I guess that's better
3  than six, but I guess we would have to have every
4  congressperson from the -- from the state to have six.
5  It's important that we do these maps, and we do them
6  correctly, where we establish another minority majority
7  district.  And for that reason, I'm going to support and
8  I'm going to vote for this map, but like my colleagues
9  before me, I have to admit we should do better.
10      MALE SPEAKER:  Thank you, Senator Luneau.
11  Senator Carter for the floor.
12      SENATOR CARTER:  Thank you, Mr. President.
13  Members, we have an historic opportunity before us
14  today, and it's an exciting day for the great State of
15  Louisiana.  If we concur and accept Senate Bill 8, we
16  get to create two performing African American districts
17  right here in the State of Louisiana.  That is historic.
18  That is to be celebrated.  I really want to say thank
19  you to everyone in this room.  I can't thank you all
20  enough.  I appreciate the sincere effort.  I appreciate
21  the -- the -- the working late into the evenings that --
22  I want to thank the staff of the SGA committee and the
23  tireless hours that they have.  This is -- this is
24  historic.
25      I know that it's hard to do anything that's

**Page 11**

1  perfect, and I know redistricting is the hardest thing
2  that we do of all.  This is my second redistricting
3  session, and they're very tough, but we came together in
4  a effort to comply with a federal judge's order that
5  Louisiana provide equal representation to the African
6  Americans in the State of Louisiana, and we have an
7  opportunity to do that.  Let's celebrate.  Let's be
8  happy.  Let's be glad this state has an opportunity to
9  provide equal representation in our congressional
10  leadership right here in the State of Louisiana.  Thank
11  you all so much.
12      And I also want to thank -- I'll be remiss if
13  I didn't thank the -- the president, all the members of
14  SGA committee, the -- the governor who called this
15  session.  We began with the governor addressing us on
16  Dr. King's Day, and here we are celebrating at the end
17  of that week.  And it just didn't start at the beginning
18  of this week with Dr. King's Day.  It started way back
19  when Dr. King was alive, in a push for a voters' rights
20  act.  There's so many hurdles along the way and so many
21  battles.  There's so many -- so many -- so much effort.
22  So much energy.
23      And when we were in Committee, we heard from
24  many people.  From the LDF people to the plaintiffs to
25  all the -- the community people that came to testify

**Page 12**

1  because they did it last year.  And some of them said,
2  "We are tired.  We're tired of keep doing this."  But
3  let me tell my friends and my colleagues, to everyone,
4  we shall not tire.  We shall continue to fight for
5  what's right.  It is -- this is how we make progress.
6  It is not easy, it is challenging, but this is how we
7  make progress, and we make progress.  We celebrate it.
8  We acknowledge it.  So thank you to my colleagues.
9  Thank you to all of us who engaged in this process.
10  Thank you, Mr. President.
11      MALE SPEAKER:  Thank you, Senator Carter.
12  Senator Womack to close.
13      SENATOR WOMACK:  Members, we all -- we all
14  know what we went through and worked through and
15  tirelessly.  Late nights.  Many hours.  Many hours spent
16  in the drafting room, of trying to help Senator Morris
17  and Senator Cathey in trying to alleviate some of the
18  problems they had.  We worked on that.  However,
19  congressional, it wasn't working for everybody.  So
20  we're here where we're at, and here your bill's before
21  you.  I ask that you concur with Senate Bill 8.  Thank
22  you.
23      MALE SPEAKER:  Thank you, Senator Womack.
24  Senator Womack moves to concur in Senate amendments
25  proposed to House -- to Senate Bill 8.  When the

**Page 13**

1  machines are open, all those in favor to concur in the
2  Senate amendments will vote aye.  All opposed will vote
3  nay.  Madam Secretary may open the machines.
4      SENATOR HENRY:  Go to machine, members.  Go to
5  machines.  Go to machines, members.  Close machine,
6  please.
7      27 yeas, 11 nays, and the motion carries.
8      Senator Talbot for a motion.
9      SENATOR TALBOT:  Thank you, Mr. President.  I
10  make a motion that we adjourn sine die.
11      SENATOR HENRY:  Without objection.  Members,
12  if you could have your seat just for a second.  Sit down
13  just.

4  (Pages 10 to 13)



Page 14

1        CERTIFICATE OF TRANSCRIPTION

2            I, Nathan Pikover, COO of TranscribeMe, Inc.,

3    do hereby certify that

4    290872-Audio-011924SCHAMB2-Edited-Appended was

5    transcribed utilizing computer aided means and the

6    TranscribeMe transcription team.

7            The transcript of the audio mentioned above,

8    having been transcribed and reviewed by TranscribeMe,

9    Inc. to the best of the company's ability, is a full,

10   true, and correct transcription.

11           I further certify that neither I, nor the

12   TranscribeMe, Inc. transcription team, have any personal

13   association with the parties involved or are in any way

14   interested in the outcome thereof.

15           Dated this 8th of March, 2024.

16   _____

17        Nathan Pikover, COO TranscribeMe, Inc.

18

19

20

21

22

23

24

25

PohlmanUSA Court Reporting
(877) 421-0099     PohlmanUSA.com

JE34-006

**A**

ability 14:9
absolute 5:16
accept 10:15
account 6:2
acknowledge 12:8
act 1:12 11:20
address 5:3
addressing 11:15
adjourn 13:10
admire 6:21
admit 10:9
African 10:16 11:5
agree 8:2
Agriculture 6:11
aided 14:5
alive 11:19
alleviate 12:17
altered 4:3
amend 1:12
amendment 2:2,11,23 3:25 4:3 4:13 5:2,6
amendments 1:9,11,18 1:18 2:21 12:24 13:2
American 10:16
Americans 11:6
anybody 2:16
apart 6:6
appears 1:25
applaud 6:14
appreciate 10:20,20
appropri... 6:10 8:11
area 7:16
Arkansas 9:2

articulate 6:13
association 14:13
audio 14:7
Avoyelles 2:24 3:7 3:17,21 4:8,14
aye 13:2

**B**

back 3:23 4:5 11:18
based 1:16
battles 11:21
began 11:15
beginning 11:17
believe 6:25 7:18
best 14:9
better 7:25 10:2,9
bill 1:8,11 1:17,20,22 1:24 2:3 2:12,17 3:2 4:17 4:18 5:24 6:15,16,17 7:4,20,22 10:15 12:21,25
bill's 12:20
bills 1:8,10
bit 2:7
body 8:3
bright 6:12
brought 3:22
building 8:16,17
business 1:4
button 2:15 3:3

**C**

called 11:14
carries 13:7

Carter 10:11 10:12 12:11
case 4:24 5:19
Cathey 4:18 7:22,24 9:7 12:17
Cathey's 3:12
celebrate 11:7 12:7
celebrated 10:18
celebrating 11:16
centers 9:23
certain 7:18
CERTIFICATE 14:1
certify 14:3 14:11
challenging 12:6
chance 2:8 5:15,16
change 2:23 2:24 3:7
Charles 6:4 9:5
clerk 1:5,10
close 9:6 12:12 13:5
colleagues 10:8 12:3 12:8
come 2:16 5:9 9:25
comes 1:17
coming 9:24
committee 1:18 2:2 3:24 4:1 6:7,11 8:11 10:22 11:14,23
communities 6:1
community 11:25

compact 5:25
compactness 5:23 7:17
company's 14:9
completed 5:17
comply 11:4
computer 14:5
concur 2:2 10:15 12:21,24 13:1
Congress 7:10,13
congress... 1:13,14,16 1:16,25 6:5,9 8:9 9:3 11:9 12:19
Congressman 6:20
congress... 10:4
congress... 6:13 8:13 8:15,23
consider 6:1
considered 7:2,3
contiguity 5:23
contiguous 5:25
continue 12:4
controls 8:11
COO 14:2,17
corner 6:19
correct 3:8 3:9,17,19 14:10
corrected 3:18
correctly 10:6
count 8:20

couple 5:18
create 10:16
cut 7:5,8

**D**

Dated 14:15
day 10:14 11:16,18
days 8:6
declared 5:18
degree 7:18
delegation 6:9 8:10
die 13:10
different 6:5 9:14 9:15,18
directed 1:6
disappoi... 6:20
discuss 2:16
disenfra... 7:17
disservice 8:8 9:5
district 2:22 3:8 3:11,14 4:8,21,25 5:4,7 6:3 6:11,21 7:7 8:15 8:23 9:4 9:17 10:7
districts 1:13,14,17 1:25 5:17 6:6 7:8,15 9:17 10:16
divided 10:2
doing 8:7 12:2
dollars 8:12
Dr 11:16,18 11:19
drafting 12:16

**E**

earlier 4:9
easy 12:6
Echols 4:18
Echols' 3:13
effective
 6:13
effectively
 7:17
effort 10:20
 11:4,21
eight 7:14
energy 11:22
engaged 12:9
equal 11:5,9
establish
 10:6
evenings
 10:21
everybody
 2:7 9:20
 12:19
everyone's
 6:2
exact 2:1
excited 8:4
exciting
 10:14

**F**
failure 9:12
favor 13:1
federal 8:12
 11:4
fight 12:4
filed 7:5
final 5:19
finally 1:7
finished 1:3
first 3:4
floor 1:18
 2:15,16
 3:3,5 5:13
 7:22 9:8
 10:11
Florida 6:18
following
 1:7
Fontana 1:10
Fort 9:4
fought 9:19

friends 6:23
 12:3
full 5:20
 14:9
further
 14:11

**G**
give 2:7
 4:10
glad 11:8
go 2:13 7:6
 8:18,22
 13:4,4,5
goal 6:14
going 2:6,11
 7:13,17
 8:4,5,18
 9:22 10:7
 10:8
Gotcha 2:5
governor
 11:14,15
Grambling
 6:4
great 8:5
 9:23 10:14
guess 8:23
 10:2,3

**H**
half 7:6
 10:2
handful 7:4
happen 9:24
happy 11:8
hard 10:25
hardest 11:1
heard 11:23
help 12:16
HENRY 13:4
 13:11
HGA 2:2
high 2:13
historic
 10:13,17
 10:24
hit 2:15
home 3:11,12
 3:13 4:17

7:5,8 9:1
 9:1,17
horribly
 6:20
hours 10:23
 12:15,15
house 1:6,6
 1:10,11,17
 1:18,18
 2:1,22
 6:22 8:11
 12:25
hurdles
 11:20
hurt 9:25

**I**
immensely
 6:21
important
 10:5
inaudible
 5:13
include 5:23
inform 1:6
interest 6:2
 7:3,12
interested
 14:14
involved
 14:13

**J**
Johnson's
 3:14 5:7
 6:20
joint 1:8
judge 5:16
judge's 11:4
judgment
 5:20
Julia 6:8

**K**
keep 12:2
kind 8:25
King 11:19
King's 11:16
 11:18
knew 5:9

know 2:11,12
 2:17 4:7
 5:5,8 7:25
 8:2,14,18
 8:20 9:22
 10:25 11:1
 12:14
knowledge
 2:25
knows 6:23

**L**
lack 7:16
Lake 6:4 9:5
late 10:21
 12:15
lay 2:21,22
LDF 11:24
leadership
 11:10
left 2:1
Let's 3:4
 11:7,7,8
Letlow 4:11
 6:8 8:14
Letlow's 3:8
 3:11 4:8
 4:20,24
 5:7 8:15
line 6:18
 9:2,3
little 2:7
live 6:2
long 8:20
look 3:23
 4:5 8:17
 8:19
looks 2:12
 7:2
lost 9:19
lot 5:22 7:7
 9:13
Louisiana
 4:11,15
 6:3,4,5
 8:7,13
 10:15,17
 11:5,6,10
Louisiana's
 1:14

love 8:2,3
Luneau 9:8
 9:10 10:10

**M**
machine 13:4
 13:5
machines 1:2
 1:2,3 13:1
 13:3,5,5
Madam 13:3
majority
 10:6
MALE 1:1,21
 2:5,10 3:1
 5:12 7:21
 9:7 10:10
 12:11,23
map 2:25 5:3
 8:8,13
 10:1,8
maps 10:5
March 14:15
McNeese 9:4
mean 2:22
means 14:5
member 6:10
 8:3,10
members 1:2
 1:3,24 2:5
 2:14,15,17
 7:4,25
 9:11 10:13
 11:13
 12:13 13:4
 13:5,11
mentioned
 14:7
merits 5:21
Messages 1:5
 1:5
Michelle
 1:10
miles 6:6
 8:16,16
 9:2,2
mind 2:10
 5:22
minority
 10:6

Mississippi 6:18 9:3
Monroe 4:15 6:5
Morris 3:1,2 3:6,10,16 3:20 4:2,4 4:7,14,20 4:23 5:5 5:11,12,14 7:21 8:1 9:1 12:16
motion 13:7 13:8,10
move 2:2
moves 1:19 12:24

**N**
Nathan 14:2 14:17
nay 13:3
nays 13:7
neither 5:24 5:24 14:11
never 5:19
new 2:25
nights 12:15
noble 6:14
North 4:11 4:15
northeast 6:3,19 8:7 8:13
Number 2:3

**O**
objection 1:21,22 13:11
objectives 6:15
offices 1:15
Okay 2:20 3:1
once 2:12
open 1:1 13:1,3
opportunity 10:13 11:7

11:8
opposed 13:2
order 1:4 11:4
original 4:18 5:3
originally 7:5
Ouachita 5:6
outcome 14:14

**P**
parish 2:24 3:7,17,21 5:6 7:6,11 9:17,18 10:1,2
parishes 6:18 7:8
part 2:23
parties 14:13
passed 1:7 2:6
passing 2:14 2:20
Pause 2:4,9 2:19 7:23 9:9
people 7:16 7:18 8:22 9:24 11:24 11:24,25
percent 8:14
perfect 11:1
performing 10:16
personal 3:11 7:3 7:10,11 9:1 14:12
perspective 8:25
Pikover 14:2 14:17
plaintiffs 11:24
please 3:4 13:6

points 2:13
political 6:1
Polk 9:4
positions 1:15
posture 2:1
precinct 3:12,13
president 1:23 5:14 7:20,24 9:10 10:12 11:13 12:10 13:9
primarily 7:2
principles 5:22
Probably 5:1
problems 12:18
process 12:9
progress 12:5,7,7
proposed 12:25
protect 6:8
protecting 6:11
protects 8:13
provide 1:13 1:15 11:5 11:9
provides 1:24
push 11:19
put 3:13 4:5 4:7,10 5:2 5:7 8:25
puts 6:17
putting 3:8

**Q**
quest 9:20
question 3:2 3:4,4
questions 4:6

quorum 1:4

**R**
race 7:3
Rapides 9:17 10:1,2
really 10:18
reason 7:4 10:7
reasons 7:19
recollec... 4:19
redistrict 5:15,22
redistri... 9:16
redistri... 1:14,24 9:11 11:1 11:2
regions 7:15
relative 1:12
remember 5:3 9:12,16
remiss 11:12
removed 2:2
Rep 3:12
reported 1:9
represent 7:16,19
represen... 11:5,9
Represen... 3:13 4:11
Represen... 1:7
reside 8:15
resolutions 1:8
respect 1:15
respectf... 1:9
returned 1:11
reviewed 14:8
right 2:6 4:22 5:8 7:7 10:17

11:10 12:5
rights 11:19
room 10:19 12:16
rule 5:17
rules 1:20
run 7:10,13

**S**
seat 13:12
second 11:2 13:12
Secretary 1:1 13:3
see 2:8 8:17
seen 2:11
Senate 1:8,8 1:10,11,24 2:1,3,22 3:1,24 5:13 8:3 9:17 10:15 12:21,24 12:25 13:2
senator 1:12 1:19,22,23 2:10,20 3:2,6,6,9 3:10,12,15 3:16,18,20 3:22 4:2,4 4:4,7,9,11 4:14,16,17 4:20,22,23 5:1,5,9,11 5:12,14 6:7 7:21 7:22,24 8:1,25 9:7 9:8,10 10:10,11 10:12 12:11,12 12:13,16 12:17,23 12:24 13:4 13:8,9,11
senators 9:18
seniority

6:12
served 6:22
serving 8:9
session 11:3
  11:15
set 1:17
SGA 10:22
  11:14
shocked 4:23
sincere
  10:20
sine 13:10
sink 8:16
sir 4:2  5:11
Sit 13:12
sits 8:10
six 9:18,18
  9:23,23
  10:3,4
slow 2:7
somebody 7:9
somebody's
  7:7
sort 7:14
south 6:17
speak 2:15
SPEAKER 1:1
  1:21  2:5
  2:10  3:1
  5:12  7:21
  9:7  10:10
  12:11,23
spent 12:15
staff 10:22
stake 7:10
stand 3:18
standing
  8:22
start 4:18
  11:17
started
  11:18
state 3:12
  6:9,19
  8:12  9:4
  10:4,14,17
  11:6,8,10
stated 4:9
  6:15
subdivis...

6:1
submitted
  1:9
summaries
  2:5
support 10:7
supporter
  6:23
supposed
  5:22,25
sure 2:17
  9:11
suspension
  1:19
_____
          T
take 1:20
Talbot 13:8
  13:9
talked 9:13
team 14:6,12
Tech 6:4
tell 12:3
ten 7:15
term 8:5
testify
  11:25
thank 1:23
  3:5  5:11
  5:14  7:20
  7:21,24
  9:7,10
  10:10,12
  10:18,19
  10:22
  11:10,12
  11:13  12:8
  12:9,10,11
  12:21,23
  13:9
thereof
  14:14
thing 3:16
  8:24  11:1
things 6:25
  8:4,5  9:14
think 4:2,17
  8:5
thinking
  3:24

time 1:20
  5:2
tire 12:4
tired 12:2,2
tireless
  10:23
tirelessly
  12:15
Title 1:12
today 8:6
  10:14
tough 11:3
trading 4:14
transcribed
  14:5,8
Transcri...
  14:2,6,8
  14:12,17
transcript
  14:7
transcri...
  14:1,6,10
  14:12
travesty 8:8
  9:5
trial 5:20
true 9:25
  14:10
trying 4:10
  12:16,17
two 7:14
  10:16
_____
          U
unconsti...
  5:19
understand
  4:16  7:6
Unfortun...
  8:6
University
  6:4  9:4
urge 7:19
utilizing
  14:5
utter 9:12
_____
          V
vote 1:2,2
  7:19  10:8

13:2,2
voters'
  11:19
votes 6:17
  8:14
voting 1:3
  2:8
_____
          W
wall 8:17
want 2:7,15
  3:3  7:10
  8:24  10:18
  10:22
  11:12
wanted 6:8
wants 7:11
wasn't 4:20
  12:19
way 2:21
  3:25  9:15
  11:18,20
  14:13
we're 2:6,8
  5:21,25
  8:4,5,7
  12:2,20,20
we've 2:11
week 11:17
  11:18
went 5:19
  12:14
wholehea...
  8:1
Womack 1:12
  1:19,22,23
  2:10,20
  3:6,9,15
  3:18,22
  4:4,9,16
  4:22  5:1,9
  6:7  12:12
  12:13,23
  12:24
woman 6:9
  8:9
work 9:15
worked 12:14
  12:18
working

10:21
12:19
worthwhile
  6:14
writing 8:17
_____
          X
_____
          Y
y'all's 5:3
year 9:11
  12:1
years 5:18
  7:14,14,15
yeas 13:7
_____
          Z
zigzag 7:9
_____
          0
0:08:19 5:13
_____
          1
11 13:7
18 1:12
_____
          2
20 8:21
2024 14:15
27 13:7
290872-A...
  14:4
_____
          3
30 6:6  8:15
  8:16
35 9:1
36 1:3
_____
          4
_____
          5
50 8:14
_____
          6
65 9:2
_____
          7
_____
          8
8 1:8,11,24

| 2:3 10:15 | | | | |
| 12:21,25 | | | | |
| **8th** 14:15 | | | | |
| **9** | | | | |

JE34-011