# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF LOUISIANA—MONROE DIVISION

| | |
|---|---|
| PHILIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | )  Case No. 3:24-cv-00122-DCJ-CES-RRS<br>) |
| v. | )  District Judge  David C. Joseph<br>)  Circuit Judge Carl E. Stewart |
| NANCY LANDRY, IN HER OFFICIAL CAPACITY AS LOUISIANA SECRETARY OF STATE, | )  District Judge  Robert R. Summerhays<br>)<br>)  Magistrate Judge Kayla D. McClusky<br>) |
| Defendant. | ) |

## THE PARTIES' TIMESTAMP DESIGNATIONS OF THE
## 2024 FIRST LEGISLATIVE SESSION AUDIO

COME NOW Plaintiffs Philip Callais, Lloyd Price, Bruce Odell, Elizabeth Ersoff, Albert Caissie, Daniel Weir, Joyce LaCour, Candy Carroll Peavy, Tanya Whitney, Mike Johnson, Grover Joseph Rees, and Rolfe McCollister (collectively, "Plaintiffs"), as well as Defendant Secretary of State Nancy Landry, Defendant-Intervenor the State of Louisiana, and Defendant-Intervenors Press Robinson, Edgar Cage, Dorothy Nairne, Edwin Rene Soule, Alice Washington, Clee Earnest Lowe, Davante Lewis, Martha Davis, Ambrose Sims, the National Association for the Advancement of Colored People Louisiana State Conference, and the Power Coalition for Equity and Justice (collectively, "Robinson Intervenors") (altogether, the "Parties"), by and through counsel and designate the following:

EXHIBIT
JE39

I. **<u>Plaintiffs' Designations</u>**

| January 15, 2024 House Governmental Affairs Committee | | |
|---|---|---|
| | **Start** | **End** |
| Attorney General Murrill | 45:41 | 45:54 |
| Attorney General Murrill | 55:32 | 55:43 |
| Representative Marcelle and Attorney General Murrill | 56:34 | 57:23 |
| Representative Farnum and Attorney General Murrill | 01:05:22 | 01:05:48 |
| Representative Carter | 01:10:58 | 01:11:07 |
| Attorney General Murrill | 01:15:48 | 01:16:14 |
| Attorney General Murrill | 01:24:02 | 01:24:08 |

| January 17, 2024 Senate Floor Session | | |
|---|---|---|
| | **Start** | **End** |
| Senator Womack | 05:14 | 10:54 |
| Senator Morris and Senator Womack | 11:44 | 12:08 |
| Senator Morris and Senator Womack | 12:48 | 13:34 |
| Senator Morris and Senator Womack | 18:01 | 18:25 |

| | | |
|---|---|---|
| Senator Carter | 24:36 | 27:17 |
| Senator Duplessis | 34:15 | 35:01 |
| Senator Pressly | 35:49 | 38:47 |

| January 18, 2024 House Committee (RO18) | | |
|---|---|---|
| | **Start** | **Stop** |
| Senator Womack | 02:19:14 | 02:19:49 |
| Representative Marcelle and Senator Womack | 7:35 | 8:14 |
| Vice Chairman Representative Lyons | 01:21:45 | 01:22:55 |
| Chairman Beaullieu and Senator Womack | 27:37 | 28:19 |
| Chairman Beaullieu and Senator Womack | 28:40 | 29:05 |
| Representative Newell | 01:38:17 | 01:38:49 |
| Representative Marcelle | 01:51:34 | 01:52:04 |

| January 19, 2024 House Floor Session | | |
|---|---|---|
| | **Start** | **End** |
| Rep. Beaullieu | 02:44:51 | 02:50:02 |
| Rep. Amedee and Rep. Beaullieu | 02:50:59 | 02:51:16 |

| January 19, 2024 Senate Floor Session | | |
|---|---|---|
| | **Start** | **End** |

| | | |
|---|---|---|
| Senator Morris | 08:32 | 09:29 |
| Senator Morris | 11:25 | 11:39 |
| Senator Luneau | 16:35 | 16:53 |
| Senator Carter | 17:05 | 17:24 |

II.  *Robinson* **Intervenors' Designations**

| January 15, 2024 House Governmental Affairs Committee Hearing (Ex. JE19) | |
|---|---|
| **Start** | **Stop** |
| 0:02 | 37:09 |
| 39:36 | 1:49:30 |

| January 15, 2024 Joint Session (Ex. JE18) | |
|---|---|
| **Start** | **Stop** |
| 10:03 | 15:47 |
| 26:16 | 26:25 |
| 26:45 | 26:56 |
| 41:35 | 43:45 |
| 47:06 | 1:03:05 |

| January 16, 2024 Senate Governmental Affairs Committee Hearing [Part I] (Ex. JE20) | |
|---|---|
| **Start** | **Stop** |
| 0:02 | 2:17:56 |

| January 16, 2024 Senate Governmental Affairs Committee Hearing [Part II] (Ex. JE21) | |
|---|---|
| **Start** | **Stop** |
| 29:01 | 1:16:10 |

| January 17, 2024 Senate Floor Session (Ex. JE23) | |
|---|---|
| **Start** | **Stop** |
| 0:05 | 39:55 |

| January 17, 2024 House Governmental Affairs Committee Hearing (Ex. JE22) ||
| --- | --- |
| **Start** | **Stop** |
| 3:37 | 29:48 |
| 33:20 | 34:00 |

| January 18, 2024 House Governmental Affairs Committee Hearing (Ex. JE25) ||
| --- | --- |
| **Start** | **Stop** |
| 00:01:06 | 01:55:39 |
| 02:17:24 | 02:21:46 |

| January 19, 2024 House Floor Session (Ex. JE26) ||
| --- | --- |
| **Start** | **Stop** |
| 2:39:42 | 3:06:58 |

| January 19, 2024 Senate Floor Session (Ex. JE27) ||
| --- | --- |
| **Start** | **Stop** |
| 00:39 | 21:00 |

### III.   State's Designations

| January 15, 2024 House Governmental Affairs Committee Hearing (Ex. JE19) ||
| --- | --- |
| **Start** | **Stop** |
| 45:50 | 46:52 |
| 57:46 | 58:14 |
| 1:21:30 | 1:23:36 |
| 56:34 | 57:14 |

| January 15, 2024 Joint Session (Ex. JE18) ||
|---|---|
| **Start** | **Stop** |
| 49:40 | 53:25 |

| January 17, 2024 Senate Floor Session (Ex. JE23) ||
|---|---|
| **Start** | **Stop** |
| 05:14 | 10:54 |
| 11:35 | 12:08 |

| January 18, 2024 House Governmental Affairs Committee Hearing (Ex. JE25) ||
|---|---|
| **Start** | **Stop** |
| 02:19:14 | 02:19:49 |
| 07:35 | 08:14 |
| 027:37 | 028:19 |
| 28:40 | 29:05 |

| January 19, 2024 House Floor Session (Ex. JE26) ||
|---|---|
| **Start** | **Stop** |
| 02:44:51 | 02:50:02 |
| 02:50:59 | 02:51:16 |

Dated this 10th day of April, 2024　　　　　　　　Respectfully submitted,

<div style="display: flex;">

<div>

Jason B. Torchinsky (DC Bar No. 976033)\*
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC
2300 N Street, NW
Suite 643A
Washington, DC 20037
Tel: 202-737-8808
Email: jtorchinsky@holtzmanvogel.com

Phillip M. Gordon (VA Bar No. 95621)\*
Zachary D. Henson (NY Bar No. 5907340)\*
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC
15405 John Marshall Hwy.
Haymarket, VA 20169
Telephone: (540) 341-8808
Facsimile: (540) 341-8809
Email: pgordon@holtzmanvogel.com
         zhenson@holtzmanvogel.com

Brennan A.R. Bowen (AZ Bar No. 036639)\*
Drew C. Ensign (DC Bar No. 976571)\*
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC
2575 East Camelback Rd, Ste 860
Phoenix, AZ 85016
602-388-1262
Email: bbowen@holtzmanvogel.com

*\*admitted pro hac vice*

</div>

<div>

*/s/ Carey Tom Jones*
Carey Tom Jones (LSBA No. 07474)
Office of the Attorney General
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6000 phone
(225) 326-6098 fax
jonescar@ag.louisiana.gov

*Counsel for Intervenor-Defendant the State of Louisiana*

</div>

</div>

/s/ Phillip J. Strach
Phillip J. Strach* (Lead Counsel)
phillip.strach@nelsonmullins.com
Thomas A. Farr*
tom.farr@nelsonmullins.com
Alyssa M. Riggins*
alyssa.riggins@nelsonmullins.com
Cassie A. Holt*
cassie.holt@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3799

/s/ John C. Walsh
John C. Walsh (Louisiana Bar Roll No. 24903)
**SHOWS, CALI & WALSH, L.L.P.**
628 St. Louis St. (70802)
P.O. Box 4225
Baton Rouge, LA 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-5561
john@scwllp.com

*\*Admitted pro hac vice*

*Counsel for Defendant NANCY LANDRY, in her official capacity as Louisiana Secretary of State*

**PAUL LOY HURD, APLC**
*/s/ Paul Loy Hurd*
Paul Loy Hurd
Louisiana Bar No. 13909
Paul Loy Hurd, APLC
1896 Hudson Circle, Suite 5
Monroe, Louisiana 71201
Tel.: (318) 323-3838
paul@paulhurdlawoffice.com
*Attorney for Plaintiffs*

**GRAVES GARRETT GREIM LLC**
*/s/ Edward D. Greim*
Edward D. Greim
Missouri Bar No. 54034
*Admitted Pro Hac Vice*
Jackson Tyler
Missouri Bar No. 73115
*Admitted Pro Hac Vice*
Matthew Mueller
Missouri Bar No. 70263
*Admitted Pro Hac Vice*
GRAVES GARRETT GREIM LLC
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Tel.: (816) 256-3181
Fax: (816) 256-5958
edgreim@gravesgarrett.com
*Attorneys for Plaintiffs*

By: /s/ *Tracie L. Washington*
Tracie L. Washington
LA. Bar No. 25925
Louisiana Justice Institute
8004 Belfast Street
New Orleans, LA 70125
Tel: (504) 872-9134
tracie.washington.esq@gmail.com

*Counsel for* Robinson *Intervenors Dorothy Nairne, Martha Davis, Clee Earnest Lowe, and Rene Soule*

Stuart Naifeh*
Kathryn Sadasivan*
Victoria Wenger*
Colin Burke*
NAACP Legal Defense and
    Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Tel: (212) 965-2200
snaifeh@naacpldf.org
ksadasivan@naacpldf.org
vwenger@naacpldf.org
cburke@naacpldf.org

R. Jared Evans
LA. Bar No. 34537
I. Sara Rohani*
NAACP Legal Defense and
Educational Fund, Inc.
700 14th Street N.W. Ste. 600
Washington, DC 20005
Tel: (202) 682-1300
jevans@naacpldf.org
srohani@naacpldf.org

Sarah Brannon*
Megan C. Keenan*
American Civil Liberties Union Foundation
915 15th St., NW
Washington, DC 20005
sbrannon@aclu.org
mkeenan@aclu.org

By: /s/ *John Adcock*
John Adcock
Adcock Law LLC
3110 Canal Street
New Orleans, LA 70119
Tel: (504) 233-3125
jnadcock@gmail.com

*Counsel for* Robinson *Intervenors*

Robert A. Atkins*
Yahonnes Cleary*
Jonathan H. Hurwitz*
Amitav Chakraborty*
Adam P. Savitt*
Arielle B. McTootle*
Robert Klein*
Neil Chitrao*
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Tel.: (212) 373-3000
Fax: (212) 757-3990
ratkins@paulweiss.com
ycleary@paulweiss.com
jhurwitz@paulweiss.com
achakraborty@paulweiss.com
asavitt@paulweiss.com
amctootle@paulweiss.com
rklein@paulweiss.com
nchitrao@paulweiss.com

Sophia Lin Lakin*
Garrett Muscatel*
Dayton Campbell-Harris (pro hac vice forthcoming)**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org
gmuscatel@aclu.org
dcampbell-harris@aclu.org

| | |
|---|---|
| Nora Ahmed | T. Alora Thomas-Lundborg* |
| NY Bar No. 5092374 (pro hac vice forthcoming) | Daniel Hessel* |
| ACLU Foundation of Louisiana | Election Law Clinic |
| 1340 Poydras St, Ste. 2160 | Harvard Law School |
| New Orleans, LA 70112 | 6 Everett Street, Ste. 4105 |
| Tel: (504) 522-0628 | Cambridge, MA 02138 |
| nahmed@laaclu.org | (617) 495-5202 |
| | tthomaslundborg@law.harvard.edu |
| | dhessel@law.harvard.edu |

*Additional counsel for* Robinson *Intervenors*

\* Admitted pro hac vice.
\*\*Practice is limited to federal court.