UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION
(Held in Shreveport)

PHILLIP CALLAIS ET AL           CASE NO.  3:24-CV-00122

VERSUS                          JUDGES CARL E. STEWART, ROBERT
                                R. SUMMERHAYS, DAVID C. JOSEPH

NANCY LANDRY                    MAG. JUDGE KAYLA D. MCCLUSKY

**EXHIBIT LIST**
**Bench Trial**

**PARTY: PLAINTIFFS-CALLAIS**

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | DATE ADMITTED |
|---|---|---|
| P-23 | Transcript Excerpt from January 15, 2024 -La. House Gov. Affairs Comm. Hearing | 04/08/2024 |
| P-24 | Transcript Excerpt from January 16, 2024 -La. State Senate – 1st Special Session | 04/08/2024 |
| P-25 | Transcript Excerpt from January 17, 2024 -La. State Senate – 1st Special Session. | 04/08/2024 |
| P-26 | Transcript Excerpt from January 18, 2024 -House Gov. Affairs | 04/08/2024 |
| P-27 | Transcript Excerpt from January 18, 2024 -House Floor | 04/08/2024 |
| P-28 | Transcript Excerpt from January 19, 2024 -Floor | 04/08/2024 |
| P-29 | Transcript Excerpt from January 19, 2024 -La. State Senate – 1st Special Session | 04/08/2024 |
| P-13 | Curriculum Vitae of Michael Hefner | 04/09/2024 |
| P-15 | Map 14 – Heat Map of African American Voting Age Population (2020 Census) | 04/09/2024 |
| P-16 | Map 15 – SB 8 – Plan with African American Populations | 04/09/2024 |
| P-17 | Map 16 – SB 8 – Plan with Voting Age Population Densities | 04/09/2024 |
| P-18 | Map 21 – Shreveport Area in Caddo Parish | 04/09/2024 |
| P-19 | Table 5 – Assignment of Precincts Table | 04/09/2024 |
| P-20 | Map 10 – Gross Domestic Product for Louisiana Agriculture Products Map | 04/09/2024 |
| P-21 | Table 9 – Polsby-Popper and Reock Compactness Scores | 04/09/2024 |
| P-14 | Plaintiffs' Illustrative Plan 1 – Map 4 | 04/09/2024 |
| P-22 | Map | 04/09/2024 |
| P-30 | Map 23 – SB 8 Districts overlayed on the 1994 Districts | 04/09/2024 |
| P-2 | Grayscale Map of Louisiana | 04/09/2024 |
| P-3 | Voss Report Figure 13A | 04/09/2024 |
| P-4 | Voss Report Figure 13F | 04/09/2024 |
| P-5 | Voss Report Table 4 | 04/09/2024 |
| P-6 | Voss Report Table 1 | 04/09/2024 |
| P-7 | Voss Report Table 7 | 04/09/2024 |
| P-8 | Voss Rebuttal Figure 3 | 04/09/2024 |
| P-9 | Voss Rebuttal Table 1 | 04/09/2024 |
| P-10 | Alarm – Redist-About.org | 04/09/2024 |

| P-11 | Alarm-Redist-Fifty States.org | 04/09/2024 |
| P-12 | 2020 Louisiana Congressional Districts Report | 04/09/2024 |
| P-40 | Statement of Additional Admitted Facts | 04/09/2024 |
| P-41 | Designations of the 2024 First Legislative Session | 04/09/2024 |
| P-42 | Audio Designation of 2024 First Legislative Session | 04/09/2024 |
| P-39 | Joint Stipulations | 04/09/2024 |