

**Pohlman**USA®

## Court Reporting and Litigation Services

House Governmental Affairs Committee Hearing -Audio Transcription

January 15, 2024

Phillip Callais, et al.

vs.

Nancy Landry

PLAINTIFFS' EXHIBIT

PE23

exhibitsticker.com

REPRESENTATIVE BEAULLIEU:  Members, if you could please find your seats.  Good morning, everyone. Today is January 15th, 2024.  Welcome to the committee on House and Governmental Affairs.  Welcome, members. Welcome, public.  This is the -- from what I can understand, the first gavel of the new legislative leaders here at -- at the capital.  So welcome, everyone.

A couple of things.  If you have a cell phone, please silence it.  If -- if you forgot to turn off your gumbo or you need to remind somebody to stir your gumbo back home, we ask you to step out and take all calls outside.  We have some cards up here for witnesses although we won't be hearing bills today.  And just reminding everybody, this is -- this is a preparatory committee meeting.  The special session doesn't start until this -- this afternoon.

So what we're going to be doing here is educating members, educating the public, refreshing everyone on redistricting and redistricting principles, and then also hearing from our attorney general.  So we won't be debating bills.  If -- if everyone could, you know, keep questions and comments strictly to the -- the subject matter that -- we're going to be here from an education standpoint.  And if you have questions as it

## Page 2

1  relates to certain bills, we ask you to hold those until
2  we -- until we have -- have those bills.  But, Ms.
3  Baker, if you wouldn't mind, please call role.
4      MS. BAKER:  Thank you, Mr. Chair.  Chairman
5  Beaullieu?
6      REPRESENTATIVE BEAULLIEU:  Here.
7      MS. BAKER:  Present.  Vice-chair Lyons?
8      VICE-CHAIRMAN LYONS:  Present.
9      MS. BAKER:  Present.  Representative Billings?
10     REPRESENTATIVE BILLINGS:  Present.
11     MS. BAKER:  Present.  Representative Boyd?
12  Representative Carlson?
13     REPRESENTATIVE CARLSON:  Present.
14     MS. BAKER:  Present.  Representative Carter?
15     REPRESENTATIVE CARTER:  Present.
16     MS. BAKER:  Present.  Representative Carver?
17     REPRESENTATIVE CARVER:  Here.  Present.
18     MS. BAKER:  Present.  Representative Farnum?
19     REPRESENTATIVE FARNUM:  Here.
20     MS. BAKER:  Present.  Representative Gadberry?
21     REPRESENTATIVE GADBERRY:  Here.
22     MS. BAKER:  Present.  Representative Johnson?
23     REPRESENTATIVE JOHNSON:  Here.
24     MS. BAKER:  Present.  Representative
25  Larvadain?

## Page 3

1      REPRESENTATIVE LARVADAIN:  Here.
2      MS. BAKER:  Present.  Representative Marcelle?
3  Representative Newell?  Representative Schamerhorn?
4      REPRESENTATIVE SCHAMERHORN:  Here.
5      MS. BAKER:  Present.  Representative Thomas?
6      REPRESENTATIVE THOMAS:  Here.
7      MS. BAKER:  Present.  Representative Wright?
8  Representative Wyble?
9      REPRESENTATIVE WYBLE:  Here.
10     MS. BAKER:  Present.  We have 13, and a
11  quorum.
12     REPRESENTATIVE BEAULLIEU:  Thank you.
13  Members, a couple of things.  One, in your folders
14  you're going to have a copy of the -- rules for the
15  House and Governmental Affairs Committee.  These are the
16  rules that have been adopted by this committee.  If you
17  would review them at -- at your leisure, we're not going
18  to be discussing them today.  But if you have questions
19  regarding these rules or you would like to amend these
20  rules or -- or make some changes, we're going to address
21  that in the -- in the regular session.  But I just
22  wanted to point that out that we have those in -- in the
23  folder for all of you.
24     Also, members, and -- and the viewing public,
25  we don't want to forget all of the work that this

## Page 4

1  committee has done over the last several years as it
2  relates to redistricting.  On our website, if you go to
3  the legislator's main page and you click on House page,
4  and then there's a -- button that says, "Additional
5  Sites."  Under that "Additional Sites" button is a
6  Louisiana redistricting site where we have all the work
7  that this committee has done over the last couple of
8  years.  We don't want to have to -- to -- we want -- we
9  don't want to forget that hard work.  And if anybody
10  needs a resource, there's a lot of resources there.
11     But with that said -- so we're going to start
12  off this morning with Ms. -- Ms. Lowery from here in the
13  House and Governmental staff.  She's going to update us
14  on some principles with redistricting and -- and kind of
15  get everybody up to speed.  So, Ms. Lowrey.
16     MS. LOWREY-DUFOUR:  Thank you so much, Mr.
17  Chairman.  Hi, members.  My name is Patricia
18  Lowrey-Dufour.  I am the senior legislative analyst for
19  House and Governmental Affairs.  I have staffed this
20  committee in some capacity since 1988.  And the chairman
21  has asked me to give y'all a brief redistricting 101
22  this morning, and it's going to be abbreviated.
23     And again, as the chairman said, there are a
24  plethora of resources available on the redistricting
25  website of the legislature, including links to the

## Page 5

1  videos of the hearings, the roadshow hearings, all
2  public comments and documents that were received there.
3  So again, you are encouraged to go look there.
4      REPRESENTATIVE BEAULLIEU:  Anyone watching
5  online, we're working on the technology.
6      MS. LOWREY-DUFOUR:  Thank you, Anthony.  Thank
7  you.  Okay.  Briefly, we'll be giving an overview of
8  redistricting terms concepts and law, redistricting
9  criteria, the 2020 census population and population
10  trends, malapportionment statistics and illustrative
11  maps on Congress and the Supreme Court since those are
12  items included in the call for this special session, and
13  the act for Congress that was adopted in the 2022 First
14  Extraordinary Session as well as the timeline related to
15  the adoption of that act.
16     Okay.  Briefly, Louisiana's resident
17  population is 4,657,757.  This is the number that we use
18  to determine the ideal district.  Now, why is this
19  important to you?  One of the main criteria for
20  redistricting is to achieve population equality, so --
21  among the district.  So the ideal district population is
22  very important.
23     Just so you know, for congressional
24  apportionment there is a different number that is used.
25  It's called the apportionment population.  And Louisiana

## Page 6

1  had an additional 3,711 overseas and uniform citizens
2  allocated to Louisiana for the apportionment population
3  which is how Congress uses the method of equal
4  proportions to allocate the number of congressmen to the
5  state.
6        Okay.  Briefly, in Louisiana our 2020 census
7  data showed that we grew by 2.74 percent while the
8  growth rate of the nation was 7.35 and the southern
9  region growth rate was 10.22.  This is key because even
10  though we are showing a population growth, we are
11  lagging behind both the nation and the state.  And just
12  keep in mind that the nation grew at its lowest rate
13  since 1940.
14        This is a map that shows the historical
15  population trends in the state of Louisiana.  And while
16  you can see that there were some decade differences --
17  so, you know, clearly we had significant population
18  growth from 1990 to 2000, you know, there were trends
19  such as what you see in the 2000s to 2010 which were the
20  effects of hurricanes Katrina and Rita on our coastal
21  and Orleans metro areas.
22        But what I also want to tell you is this is
23  important because, again, even though the state grew in
24  each of these decades, when I first started working for
25  this committee in the late eighties, we had eight

## Page 7

1  congressmen allocated to the state.  So in the 1980 to
2  '90, we had eight.  Following the 1990 census, we were
3  dropped to seven.  And then we maintained seven from
4  2000 to 2010 and again from -- then we dropped another
5  congressman.
6        So what you see is a pattern is emerging that
7  every other decade, even though the state is growing,
8  because we're lagging behind the nation we are losing
9  our -- our number allocated to us for Congress.
10        So specifically with the 2020 census, you will
11  see there is growth in this state along, really, the
12  I-10/12 corridor.  There is loss in north Louisiana
13  generally, although there are a few spots of growth and,
14  you know, there are areas of our coast that are clearly
15  suffering population losses.  So why is this important?
16  Obviously, when the districts were drawn in 2010, the
17  population, you know, was substantially equal -- or
18  equal to the extent practicable in all of the districts.
19  Over the decade, you can see, because of the shifts in
20  population it necessitated a change in the district
21  boundaries.
22        Now, our census population demographic change.
23  In 2010, you can see there we had 62.56 percent of
24  people who identified as single race White, 32.8 percent
25  of people who identified as Black, and we had 1.8

## Page 8

1  percent of people who identified as Asian, 1.3 percent
2  that identified as American Indian, and 1.83 as Other.
3  And one thing I want to point out about this chart is
4  Hispanic is an ethnicity.  So when you look at these
5  numbers across the board, they will not total to 100
6  because you can be any of these races and also Hispanic.
7  Okay?
8        So Hispanic is separately reported as a
9  number, and we have 4 -- we had 4.25 percent Hispanic in
10  2010.  That number has increased to 6.92 in 2020.  The
11  White population is 57.06; the Black population, 33.13;
12  Asian, 2.30; American Indian, 1.87.  And again, the
13  Other -- you'll see the most significant growth in the
14  Other category.  The sum of the race is interesting
15  because it's not -- these are people who chose to
16  respond to the census as being not White, not Black, not
17  Asian, not American Indian.  Okay.  So it's just an
18  interesting jump to see this increase.
19        REPRESENTATIVE BEAULLIEU:  Yeah.  Ms. Lowrey,
20  also just to kind of point out, if -- if members look at
21  the -- the decrease in the White population and look at
22  the increase in the Other population, they're pretty
23  close to the same from a number standpoint.  Just if --
24  I don't know if it's more people.  I -- we had talked
25  about this in committee over the last couple of years,

## Page 9

1  if it's more people identifying as Other with mixed
2  races.  But just to kind of point that out for you all.
3        MS. LOWREY-DUFOUR:  Right.  And -- and I do
4  want to point out that we -- so this will tell you how
5  the census reports the -- the population to the state.
6  So every person in the state can respond in a single
7  race or any combination of six races.  And so there are
8  -- you know, you can respond that you are White, Black,
9  and African -- you could be all six, okay?  And you can
10  respond to the census that way.
11        But in order for y'all to be able to analyze
12  reports -- and I have included -- we've included some
13  reports from Act 6 which was the congressional act that
14  y'all adopted.  And if you flip to this page called,
15  "Total Population", it's numbered page 9 in your packet.
16  And I just want to talk about it just a little bit so
17  that y'all will become familiar because tomorrow, as we
18  are hearing bills, you'll need to be familiar with these
19  reports.
20        So each report will have a total population
21  figure, will have White -- so in order -- so we -- the
22  -- your six -- your predecessors on this committee and
23  the Joint Senate Committee adopted a population
24  allocation document that is available on the
25  redistricting website.  And so the White population

3  (Pages 6 to 9)

Page 10

1  number that you see on this report indicates White
2  alone. So this is not going to be any person that
3  reported that they were White and any other race.
4       The Black category reflects all people who
5  reported Black alone, plus any other race and Black,
6  okay? Asian is Asian alone and any other race other
7  than Black, okay? And total American Indian, the same,
8  American Indian alone and any other race other than
9  Asian or Black. And the Other is that category that we
10 talked about, the people who reported that they were any
11 other, and it also includes the Pacific Islanders that
12 the population in Louisiana was not significant. So
13 that is included in the Other category.
14      And the category that's labeled VAP total,
15 that means voting-age population. And that's going to
16 be key, as you will hear, I'm sure, from our attorney
17 general. Okay. Moving on. Any questions about that?
18 All right. Yes, sir.
19      REPRESENTATIVE CARTER: So (inaudible 0:13:18)
20 --
21      REPRESENTATIVE BEAULLIEU: Hold on, let me --
22 let -- is it Carter?
23      REPRESENTATIVE CARTER: If -- if you reported
24 --
25      REPRESENTATIVE BEAULLIEU: Representative

Page 11

1  Carter, you're on.
2       REPRESENTATIVE CARTER: Thank you. Thank you,
3  Mr. Chairman. If you reported White and -- and you --
4  you -- is any other -- only White -- is counted all the
5  (inaudible 0:13:36) --
6       MS. LOWREY-DUFOUR: The White population
7  category on your report is people who responded to the
8  census as being White alone.
9       REPRESENTATIVE CARTER: White alone?
10      MS. LOWREY-DUFOUR: Not combination with any
11 other race.
12      REPRESENTATIVE CARTER: Okay.
13      MS. LOWREY-DUFOUR: Okay?
14      REPRESENTATIVE CARTER: So, basically, the
15 same way with the -- the Black population as --
16      MS. LOWREY-DUFOUR: No, sir.
17      REPRESENTATIVE CARTER: So go back
18 through that because --
19      MS. LOWREY-DUFOUR: On the report -- and
20 again, this population allocation document is on the
21 website and it was adopted by the committee when we
22 started the process. So the Black population category
23 is people who reported to the census that they were
24 Black and any other race.
25      REPRESENTATIVE CARTER: Okay.

Page 12

1       MS. LOWREY-DUFOUR: Okay. So they could be a
2  combination of up to the six.
3       REPRESENTATIVE BEAULLIEU: Oh, gotcha.
4       MS. LOWREY-DUFOUR: Okay?
5       REPRESENTATIVE BEAULLIEU: Thank you,
6  Representative Carter. And members, also just to -- to
7  let you all know, I know some of this -- this room --
8  this technology is new to some of y'all. The buttons on
9  your -- your desk, the one to the left is -- is -- is
10 dead. There's nothing on it. So if you want to be
11 recognized, please hit the button towards your right,
12 and you'll see your microphone light up when -- when
13 it's your turn. Representative Gadberry for a question.
14      REPRESENTATIVE GADBERRY: A pleasure, Mr.
15 Chair.
16      REPRESENTATIVE BEAULLIEU: Give me a second.
17 It's giving me a little trouble here. All right.
18 You're on.
19      REPRESENTATIVE GADBERRY: Pleasure, Mr. Chair.
20 So when we proportion a district, we go by voting-age
21 population and not total population?
22      MS. LOWREY-DUFOUR: No, sir. So the
23 population of the district that is keyed into the ideal
24 district population is the total population of the
25 district.

Page 13

1       REPRESENTATIVE GADBERRY: Okay. So what's the
2  significance of voting-age population then if we --
3       MS. LOWREY-DUFOUR: That is the population
4  that is 18 or over, and it is significant when you're
5  analyzing voting rights issues because, obviously, the
6  people who are 18 and over are of voting age.
7       REPRESENTATIVE GADBERRY: Right. So the -- I
8  guess the question is -- is -- that I've always come up
9  with is -- and I'm just taking the -- say, District 1
10 here, it shows 69 percent is White on total population
11 and 100 -- I'm sorry, 71 percent on voting-age
12 population. So -- so when we proportion or when we come
13 up with a district, do we go by the percentage based on
14 total population or voting-age population?
15      MS. LOWREY-DUFOUR: To achieve the population
16 equality required on the districts, you go by
17 population. To achieve other goals, you look at the
18 totality of the circumstances including voting-age
19 population, okay?
20      REPRESENTATIVE GADBERRY: Thank you.
21      MS. LOWREY-DUFOUR: You're welcome. Okay.
22      REPRESENTATIVE BEAULLIEU: You did that well,
23 Ms. Lowrey.
24      MS. LOWREY-DUFOUR: Thank you, Mr. Chairman.
25 What is redistricting? I will tell you the terms

4  (Pages 10 to 13)

Page 14

```
 1   apportionment and districting are sometimes used
 2   interchangeably, and in fact, in our state constitution,
 3   the term reapportionment is used.  However, they are
 4   different concepts.  Apportionment is the process of
 5   allocating seats in a legislature while districting is
 6   the process of drawing lines to create geographical
 7   territories from which officials are elected.
 8        So, again, we talked about the apportionment
 9   of numbers of members of Congress to each state.  That
10   is allocating seats to the state in Congress, whereas
11   what -- the charge before you under the call for this
12   special session is to draw lines for the geographic
13   territories from which those officials will be elected.
14        Why do you redistrict?  Well, there are many,
15   many, many legal requirements involving redistricting,
16   as we briefly touched on with Representative Gadberry
17   just a moment ago.  One includes Article III, Section 6
18   of our constitution that includes deadlines and duties
19   regarding legislative redistricting.  There are also
20   various statutes for your local governing bodies and
21   school boards to conduct redistrictings and as well as
22   deadlines.  And then there are some general legal
23   requirements, including the Equal Protection Clause and
24   the Voting Rights Act of 1965.
25        So given that, who do you -- who are you
```

Page 15

```
 1   responsible for redistricting?  Congress, the courts,
 2   the House and the Senate, the Public Service Commission
 3   and the State Board Of Elementary and Secondary
 4   Education.  All those have been enacted by the state
 5   legislature as laws, so it takes a bill.
 6        The issue's dealing with federal law, right,
 7   so equal population.  You know, you hear often the term,
 8   "One man, one vote," you know.  So how do you measure
 9   it?  Again, you measure it by looking at the ideal
10   population.  And again, how do we come up with that
11   ideal population?  We take the total resident population
12   of the state or the geographic area where the districts
13   are to be confected, and you divide that total
14   population by the number of districts, and you come up
15   with an ideal district population.
16        So I'm going to refer you now to the planned
17   statistic document that's in your folder.  It's numbered
18   8.  And again, this is all relevant to Act 5 of the 2022
19   First Extraordinary Session.
20        So this report -- and again, I encourage you
21   to become familiar with the structure of it and what it
22   is telling you.  So this will tell you there are six
23   districts in a congressional plan, they are single
24   member districts, the actual population within the
25   district, the ideal population that you are basing the
```

Page 16

```
 1   calculation to determine your deviation off of.  And so
 2   you can see there that the absolute deviation ranges
 3   from negative 24 to positive 41 for an overall deviation
 4   of 65 people between all six districts and a relative
 5   mean deviation of 0.00 and overall range of 0.01.
 6        REPRESENTATIVE BEAULLIEU:  Ms. Lowrey, if you
 7   don't mind, just -- if -- for a question, if we -- if we
 8   drew -- since we're -- one of the maps we're going to be
 9   talking about is -- is Congress.  And we were out of --
10   the deviation was 1 and a half percent which on -- on
11   the legislative maps, that's well within -- within
12   deviation range.  What would 1 and a half percent or 2
13   percent do for Congress?  Is that allowable?  Is there
14   -- what's -- what's -- what's the wiggle room there?
15        MS. LOWREY-DUFOUR:  So the courts have clearly
16   established that strict population equality among
17   congressional districts has to be the overriding
18   objective.  Now that said, however, there have also been
19   some deviations that have been okay in certain states
20   provided the state has an overriding reason for it that
21   is rational and nondiscriminatory.
22        REPRESENTATIVE BEAULLIEU:  So we want to be as
23   close to zero as we can?
24        MS. LOWREY-DUFOUR:  Yes.  Sir.
25        REPRESENTATIVE BEAULLIEU:  Thank you.
```

Page 17

```
 1        MS. LOWREY-DUFOUR:  Okay.  Everybody clear on
 2   population equality and deviations?  Okay.  And as the
 3   chairman alluded to, the standards are different between
 4   Congress and other representative districts that we
 5   draw.  They are based on different legal provisions.
 6        Congress, the nearly as equal in population as
 7   practicable is based on jurisprudence.  Wesberry v.
 8   Sanders is the seminal case there, based on Article 1,
 9   Section 2 in the 14th Amendment, "Representatives shall
10   be apportioned," among the states, "according to their
11   respective numbers."  And you must make a good faith
12   effort to avoid deviation and to be able to provide a
13   legally acceptable, nondiscriminatory justification for
14   any deviation.
15        Whereas for other representative districts
16   that you will draw, you are allowed to have a slightly
17   larger deviation field.  It is substantial equality of
18   population among various districts.  That derives from
19   the case of Reynolds v. Sims.  Again, the 1960s created
20   a lot of cases dealing with population equality as well
21   as requirements for single member districts.
22        Again, based on the Equal Protection Clause of
23   the 14th Amendment, there's a generally accepted 10
24   percent standard that a legislative plan with an overall
25   range of less than 10 percent would not be enough to
```

5 (Pages 14 to 17)

Page 18

1    make a prima facie case of invidious discrimination
2    under the 14th Amendment.  However, so asterisk, it is
3    not necessarily a state harbor -- a safe harbor.  I'm
4    sorry.
5        In Larios v. Cox, you -- any substantial
6    deviation must have a legitimate state interest behind
7    it.  Okay.  In Louisiana, in order to accomplish this
8    overall 10 percent range, we have adopted a criteria of
9    plus or minus five from the ideal to stay as close to
10   that ideal population among the districts as you can
11   get.
12       Okay.  Again, and I know this seems like it's
13   very repetitive.  It's important.  Equality of
14   population must be the overriding objective of
15   districting, and deviations from the -- the principle
16   are permissible only if incident to the effectuation of
17   a rational state policy which would include allowing
18   representation to political subdivisions, compactness,
19   preserving cores of prior districts, and avoiding
20   contest between incumbents.  And again, that is based on
21   Reynolds v. Sims.
22       Okay.  Judicial districts, which, again, will
23   be the subject of this special session.  In a Louisiana
24   case, Wells v. Edwards which was decided in the Middle
25   District of Louisiana, the court decided that the one

Page 19

1    person, one vote standard does not apply to judicial
2    districts as judges serve the people.  They do not
3    represent the people.
4        Now, we're going to talk about other issues of
5    federal law: discrimination against minorities, the
6    Voting Rights Act of 1965.  And again, principles of
7    this are contained within the 14th and 15th Amendment,
8    but basically, Section 2 of the Voting Rights Act
9    prohibits the state or any political subdivision from
10   imposing a voting qualification, standard, practice, or
11   procedure that results in the denial or abridgment of
12   any citizen's right to vote on account of race, color,
13   status as a member of a language minority group.
14       So there have been a lot of litigation on this
15   issue.  Section 2 of the Voting Rights Act was amended
16   in 1982 to clarify that a violation of Section 2 is
17   established if, based on the totality of circumstances,
18   it is shown that election processes are not equally open
19   to participation by members of a protected class in that
20   its members have less opportunity than other members of
21   the electorate to participate in the political process
22   and elect representative of their choice.
23       So there was a case, Thornburg v. Gingles,
24   1986, that established certain preconditions that courts
25   will look to to make determinations on violations of the

Page 20

1    Voting Rights Act.  They are size and geographical
2    compactness of the group.  It requires that the
3    population be sufficiently large and geographically
4    compact; a constitutional majority in a single member
5    district; that the minority population is politically
6    cohesive; and that in the absence of special
7    circumstances, block voting by the majority defeats the
8    minority's preferred candidates.
9        Once courts have established those
10   preconditions, there are other objective factors that it
11   looks to determine the totality of the circumstances.
12   And I'm not going to go into those at this moment, but
13   if you would like to talk later, we'll be happy to do
14   that.
15       Now, the other side of that is racial
16   gerrymandering.  So again, the Equal Protection Clause
17   of the 14th Amendment found that -- you know, there have
18   been a series of cases, Reno v. Shaw in Louisiana, Hays
19   -- the Hays lines of cases where the courts have found
20   that if race was found to be the predominant overriding
21   factor, that strict scrutiny on the state's plan would
22   apply.  And in order to survive that strict scrutiny,
23   the plan must have been narrowly tailored to serve a
24   compelling state interest.
25       So what would be a compelling state interest?

Page 21

1    Remedying past discrimination, avoiding retrogression,
2    avoiding violations of Section 2 of the Voting Rights
3    Act.  And key here is those interests must be strongly
4    supported in the evidence when the policymakers are
5    making their decisions on the plan.  And this would
6    apply not only to plans that distinguish citizens
7    because of race, but also to plans that may be race
8    neutral but on their face are inexplicable except on
9    grounds other than race.
10       REPRESENTATIVE BEAULLIEU:  Ms. Lowrey, we have
11   a question.  Representative Marcelle.
12       REPRESENTATIVE MARCELLE:  Thank you.  Can you
13   go back over what you just said about the -- the strict
14   scrutiny and how -- how that's overridden?  Why would
15   that be overridden?  So I -- I know you -- you -- you
16   talked about the --
17       MS. LOWREY-DUFOUR:  No, I --
18       REPRESENTATIVE MARCELLE:  -- idea of
19   population, and I'm just --
20       MS. LOWREY-DUFOUR:  -- think it's satisfied.
21       REPRESENTATIVE MARCELLE:  So it has to be
22   satisfied?
23       MS. LOWREY-DUFOUR:  That if you can prove that
24   it -- that the plan was narrowly tailored to further
25   your compelling governmental interest.

6  (Pages 18 to 21)

Page 22

1    REPRESENTATIVE MARCELLE:  And what would be an
2    example of that?
3        MS. LOWREY-DUFOUR:  Remedying past
4    discrimination, avoiding retrogression, avoiding
5    violations of Section 2 of the Voting Rights Act.  And
6    again, all those things must be firmly established on
7    the record as you are making your decisions on a plan.
8        REPRESENTATIVE MARCELLE:  So in essence -- I'm
9    new on the committee, so, you know, you got to bring me
10   up to speed.  So -- so in essence, if -- if a bill is
11   proposed and these criterias aren't met, what you're
12   saying is during the argument of the bill they have to
13   be laid out -- or they should be laid out.  Is that what
14   the law says?
15       MS. LOWREY-DUFOUR:  Okay.  This is based on
16   jurisprudence, not, you know, necessarily the letter of
17   the law.  But to -- I think, you know, because y'all
18   were elected to represent your districts and the state
19   of Louisiana.  And y'all are the policymakers of the
20   state of Louisiana.  And so as you're making the policy,
21   I think it's important that as you're presenting --
22   because, you know, individually, you -- you alone have
23   the right to present your bill, right?
24       REPRESENTATIVE MARCELLE:  Right.
25       MS. LOWREY-DUFOUR:  And I think it's important

Page 23

1    for your -- for your colleagues to understand the
2    reasons why because you're asking them to vote -- or to
3    -- to vote for your bill.  And I think that would be on
4    any bill that you present.  You know, what is the policy
5    behind your legislation?  Why is it important?  So --
6        REPRESENTATIVE MARCELLE:  Well -- well, I
7    understand, you know, that each of us have to, when we
8    present a bill, talk about how it's important to us at
9    our districts, but we also have to take into account of
10   the laws that are set and the criteria that we need to
11   meet.  So when we don't do that, then we find ourselves
12   in court like -- like we are now.
13       MS. LOWREY-DUFOUR:  Yes, ma'am.
14       REPRESENTATIVE MARCELLE:  Thank you.
15       MS. LOWREY-DUFOUR:  Thank you.
16       REPRESENTATIVE BEAULLIEU:  Thank you,
17   Representative Marcelle.
18       MS. LOWREY-DUFOUR:  And -- and one other thing
19   I want to say is the courts are very aware that
20   redistricting plans are not drawn in a vacuum.  They
21   understand that this is a, you know, environment, a
22   political environment, that y'all have awareness of many
23   factors.  So I just want to put that on.
24       All right.  Redistricting criteria, the
25   legislature adopted, in the '21 Regular Session, Joint

Page 24

1    Rule -- Joint Rule 21.  So this is the criteria, and
2    copies of this rule, members, are in your packets.  And
3    this is important because this is the standards that the
4    legislature has adopted for consideration of
5    redistricting plans.
6        So what are we talking about?  Compliance with
7    the Equal Protection Clause of the 14th Amendment, the
8    15th Amendment, Section 2 of the Voting Rights Act, all
9    other applicable federal and state law; that all
10   redistricting plans must be composed of contiguous
11   geography - does anybody ask a question about that? -
12   okay; contain whole VTDs - so that is the term -- the
13   census term for election precincts - to the extent
14   practicable, and a limitation on the number of divisions
15   that can be used in a precinct if they have to be split.
16       All redistricting plans have to respect
17   establish boundaries of parish municipalities - but that
18   is subordinate and not used to undermine maintenance of
19   communities of interest within the same district - to
20   the extent practicable.  We must use the most recent
21   census data, that is the redistricting data file, the PL
22   94-171 data released by the census, as it is validated
23   through our data verification program.
24       If a member of the public wishes to submit a
25   plan, they must submit it electronically in a comma

Page 25

1    delimited block equivalency file.  The purpose for this,
2    members, is so we can import it into our system and be
3    able to produce the reports that you're going to be used
4    to seeing.  Each redistricting plan for the House and
5    the Senate, PSC, BESE, Congress, and the Supreme Court
6    must be a whole plan which assigns all the geography of
7    the state.  Now, why is this?
8        Well, I can tell you what.  After many decades
9    of drawing districts, I can tell you: I can draw a
10   single perfect district every day all day, but drawing
11   105 or 39 or even 6 is much more difficult, so.  And you
12   have to, again, consider the totality of the
13   circumstances there.  So we require -- you can't just
14   submit the perfect district, you must submit a whole
15   plan.
16       Each redistricting plan for the House, Senate,
17   PSC, and BESE must contain single member districts;
18   contain districts substantially equal in population, and
19   that, again, is that plus or minus 5 percent from the
20   ideal; must give due consideration to traditional
21   district alignments to the extent practicable.  For
22   Congress, again, single member districts, and contain
23   districts with as nearly equal to the ideal district
24   population as practicable.
25       Okay.  Let's talk about what we've got.  So

7  (Pages 22 to 25)

Page 26

1    when the 2020 census came in and was reported to the
2    state -- and again, this was a unique year for the
3    census.  They were seriously behind in reporting the
4    data to the states, and they also employed a new privacy
5    metric, the differential privacy, which has been a
6    challenge.  But anyway, the census data is considered
7    the gold standard for data to use for redistricting.
8         So in 2010, the ideal population for
9    congressional districts was 755,562.  That increased by
10   over 20,000 to 776,292 following the 2020 census.  Why
11   is this important?  Well, here is the map of the prior
12   congressional districts before the redistricting cycle
13   following the 2020 census.  This is the
14   malapportionment.  So what does that mean?  That is the
15   number by which the districts, both each individual
16   district and the overall plan, deviate from the ideal.
17   And as you can see, there is substantial deviation.
18        There is a difference of 88,120 between
19   Congressional District number 4 and Congressional
20   District number 6.  As a reminder, congressional
21   districts have to be as close to equal in population as
22   possible.  Therefore, the legislature had to act to
23   redraw the districts.  I call this the heat map.  This
24   shows the -- and so the dark orange reddish color are
25   deviations with -- that are furthest below the ideal.

Page 27

1    The lighter orange is still below the ideal.  The light
2    yellow colors are population that is above.  But
3    obviously, District 6 was the most above the ideal
4    district.
5         So to remedy the population inequality among
6    the districts, the legislature passed a bill.  That bill
7    was introduced on February 1st.  It was reported
8    favorably by your predecessor committee on February 4th,
9    2022.  It passed the House, 70 votes to 33 nays, on the
10   10th.  It was received in the Senate on the 14th.  The
11   Senate and Governmental Affairs Committee reported it on
12   the 15th.  Senate passed it 27 to 10 on the 18th.  The
13   House concurred in amendments, 62 yeas to 27 nays, on
14   the 18th.
15        Then it was sent to the governor on March the
16   10th.  The governor vetoed the bill on May the 30th.
17   The House overrode the veto, 72 yeas to 31 nays.  On
18   March 30th, the Senate also overrode the veto, 27 yeas
19   to 11 nays.  And on March 31st, the bill became Act
20   number 5 of the 2022 First Extraordinary Session.  This
21   bill, Act 5, is -- this map represents the districts
22   that were drawn pursuant to Act 5.  And this is the map
23   that, again, is in litigation currently.
24        This is the population, again, statistics, the
25   deviations.  You've looked at the report.  I don't need

Page 28

1    to repeat that to you, but you can see that they are as
2    nearly equal in population, and certainly much more
3    equal in population than where we started.
4         Malapportionment of the Supreme Court, and
5    we're talking about this again because it is in the
6    special session call.  These are the current districts
7    for the seven Supreme Court districts.  These districts,
8    while not subject to equal population requirements due
9    to that case that we mentioned earlier -- when these
10   districts were last drawn in 1997 using the 1990 census
11   -- okay.  So they were drawn in 1997 using 1990 census
12   figures.
13        The legislature did draw them with
14   substantially equal populations, and in fact, the mean
15   deviation was less than 2 percent among the districts.
16   The ideal district population at that time was 602,853.
17        This, members, shows you this current state of
18   the deviations among each of the Supreme Court
19   districts.  District 1, well, the -- I'm just going to
20   say the -- the population of the districts vary
21   considerably from a low of 476,554 in District number 7
22   which is a Orleans and Jefferson-based district, to a
23   high of 838,610 in District 5 which is the Baton Rouge
24   metropolitan-based district, a difference among the
25   districts of more than 362,000 people.

Page 29

1         REPRESENTATIVE BEAULLIEU:  Ms. Lowrey, just --
2    the original districts, they were -- they were built in
3    the '20s; is that -- is that correct?  And only changed
4    once if -- if my memory --
5         MS. LOWREY-DUFOUR:  Changed once.  I believe,
6    '21, they were -- Supreme Court districts were
7    established.
8         REPRESENTATIVE BEAULLIEU:  Let me -- since
9    we're in the twenties again, like, we're talking the
10   1920s?
11        MS. LOWREY-DUFOUR:  Yes.  I'm sorry.  Yes.
12   Yes.  Back before, I believe, anyone in this room had
13   yet made an appearance.
14        REPRESENTATIVE BEAULLIEU:  Yeah.
15   Representative Thompson may have been in the
16   legislature, but that's -- that's it.
17        (Laughter.)
18        MS. LOWREY-DUFOUR:  He certainly has more
19   seniority than anyone in the legislature.  Whether or
20   not he was actually here in the '20s, we'd have to ask.
21   But, yes.  So again, and here's that heat map showing
22   the population deviations.  Dark red, dark orange,
23   furthest below the ideal, and then dark green
24   representing population the furthest above the ideal.
25        REPRESENTATIVE BEAULLIEU:  Ms. Lowrey, we have

8  (Pages 26 to 29)

## Page 30

1  a question.  Representative Wyble.

2      REPRESENTATIVE WYBLE:  Thank you, Mr. Chair.

3  Ms. Lowrey, thank you for all of this information.  It's

4  very helpful.  I'm still trying to wrap my head around

5  how the census is counting population, what we talked

6  about earlier.  So if a respondent checked White and

7  Asian, that respondent would be counted as --

8      MS. LOWREY-DUFOUR:  Okay.  The census reported

9  all of those population figures to the state, okay?

10     REPRESENTATIVE WYBLE:  Right.

11     MS. LOWREY-DUFOUR:  So if you really want to

12  know who reported -- not who, but numbers who reported

13  themselves as White and Asian, we can certainly provide

14  that to you.  However, and I -- I just want to say

15  there's a limited number -- there's a limited space on

16  -- on reports.  And in order for you to be able to

17  analyze voting-rights issues -- and we have a document

18  on our website, and it was a kind of guidance from the

19  justice department -- the United States Justice

20  Department about analyzing Section 2 guidance for that

21  where you really look at one -- the population of

22  "alone," so who reported single race.

23     And then you would allocate to the protected

24  class minority groups the White plus the minority group

25  as well as any other reporting.  So you would look at it

## Page 31

1  like that.  So for simplicity and -- and to basically

2  allow y'all to look at, you know, categories of

3  population, this is how the reports are confected.  But

4  the census reports hundreds of categories of racial

5  populations, you know, and they'll tell you.  I mean,

6  it's, like, White alone, White plus Black, White plus

7  Asian, White plus Black plus Asian plus other.  I mean,

8  all those things will be reported by the census.

9     But for simplicity, I mean, there's no way for

10  y'all to look at --

11     REPRESENTATIVE WYBLE:  Sure.

12     MS. LOWREY-DUFOUR:  -- the report --

13     REPRESENTATIVE WYBLE:  Sure.

14     MS. LOWREY-DUFOUR:  -- because it would be

15  hundreds of columns of data.

16     REPRESENTATIVE WYBLE:  But -- but that

17  criteria is regarded equally regardless of what they

18  check off, I guess is what I'm trying to find out.  If

19  -- if they were White -- White only, they're counted as

20  White.  But if they're White and another, then they're

21  counted as Other.  But if they check off Black and

22  others, then we count them as part of our Black

23  population; is that correct?

24     MS. LOWREY-DUFOUR:  Right.  And that's based

25  on that guidance.

## Page 32

1     REPRESENTATIVE WYBLE:  From the federal

2  government?

3     MS. LOWREY-DUFOUR:  Yes, sir.

4     REPRESENTATIVE WYBLE:  Has that guidance been

5  -- I -- I don't know if this is a fair question or not.

6  Was that similar guidance in 2020 --

7     MS. LOWREY-DUFOUR:  Yeah.

8     REPRESENTATIVE WYBLE:  -- compared to 2010?

9     MS. LOWREY-DUFOUR:  Yes.

10     REPRESENTATIVE WYBLE:  Has it always been that

11  way?

12     MS. LOWREY-DUFOUR:  It's similar guidance.

13     REPRESENTATIVE WYBLE:  All right.  Thank you.

14     MS. LOWREY-DUFOUR:  No.  You're very welcome.

15  Okay.  Well, that --

16     REPRESENTATIVE BEAULLIEU:  I think

17  Representative --

18     MS. LOWREY-DUFOUR:  -- concludes my

19  presentation, unless there's any other questions.

20     REPRESENTATIVE BEAULLIEU:  Thank you, Ms.

21  Lowrey.  Representative Gadberry does have a question.

22  Representative Gadberry.

23     REPRESENTATIVE GADBERRY:  Thank you, Mr.

24  Chair.  Just to make this clear, what was the ruling

25  from the judge against the maps that were submitted?  I

## Page 33

1  -- I assume we submitted a --

2     MS. LOWREY-DUFOUR:  Representative Gadberry,

3  we do have the attorney general here today --

4     REPRESENTATIVE GADBERRY:  Okay.

5     MS. LOWREY-DUFOUR:  -- to address those issues

6  regarding the litigation, and I think it would be much

7  more appropriate coming from the chief legal officer of

8  the state.

9     REPRESENTATIVE GADBERRY:  I figured that would

10  be your answer.  We submitted Act 5 though, right?  This

11  one?

12     MS. LOWREY-DUFOUR:  Act 5 --

13     REPRESENTATIVE GADBERRY:  Is what we submitted

14  --

15     MS. LOWREY-DUFOUR:  -- was adopted by the

16  legislature.

17     REPRESENTATIVE GADBERRY:  That's what we

18  submitted to the judge?

19     MS. LOWREY-DUFOUR:  Well, the judge was

20  looking at it --

21     REPRESENTATIVE GADBERRY:  Yeah.

22     MS. LOWREY-DUFOUR:  -- as part of the

23  litigation.

24     REPRESENTATIVE GADBERRY:  Right.

25     MS. LOWREY-DUFOUR:  Okay?

9  (Pages 30 to 33)

Page 34

1    REPRESENTATIVE GADBERRY:  That's the one that
2    she looked at though, that she rejected?
3    MS. LOWREY-DUFOUR:  Well, I mean -- and -- and
4    also there have been other plans --
5    REPRESENTATIVE GADBERRY:  Okay.
6    MS. LOWREY-DUFOUR:  -- that have been
7    submitted by plaintiffs to the court.
8    REPRESENTATIVE GADBERRY:  And -- and would you
9    say that Act 5 did not meet the redistricting criteria?
10   MS. LOWREY-DUFOUR:  Representative Gadberry --
11   REPRESENTATIVE GADBERRY:  I know.  You're not
12   (inaudible 0:43:45) --
13   MS. LOWREY-DUFOUR:  That is a -- that is a
14   legal matter that is currently the subject of litigation
15   in the Middle District, and again, much more
16   appropriately addressed by our chief legal officer.
17   REPRESENTATIVE BEAULLIEU:  Yeah.  We can let
18   our attorney general handle that one.
19   REPRESENTATIVE GADBERRY:  Okay.  Thank you.
20   MS. LOWREY-DUFOUR:  Thank you.
21   REPRESENTATIVE BEAULLIEU:  Thank you, Ms.
22   Lowrey.  Members, as -- as you all were just -- got a --
23   got a teaser from Representative Gadberry, we have our
24   attorney general here with us, Ms. -- Ms. Liz Murrill.
25   She's going to join us and give us an update on the

Page 35

1    litigation.  And I see Ms. Murrill has a familiar face
2    with her, so I'd like to welcome back to the House of
3    Representatives former colleague Representative Larry
4    Frieman.  Welcome, welcome, Mr. Frieman.
5    MR. FRIEMAN:  Thank you, Chair.  Thank you,
6    members.  It's -- I'm glad to be back.  And sitting on
7    this side of the table is a familiar place --
8    REPRESENTATIVE BEAULLIEU:  Yeah.
9    MR. FRIEMAN:  -- for myself as well.  So thank
10   you for having me.
11   REPRESENTATIVE BEAULLIEU:  If you wouldn't
12   mind, everyone, and introduce yourself for the
13   committee, and then it's all yours.
14   MS. MURRILL:  Thank you, Mr. Chairman, and
15   members of the committee.  It's great to be with you
16   today as your new attorney general.  I'm Liz Murrill.  I
17   also have with me Tom Jones who is the new director of
18   the civil division and has been involved in the
19   litigation.  And now, chief deputy -- almost chief
20   deputy, assuming you confirm him, is Larry Frieman.  So
21   that'll be before you soon, too.
22   I -- I -- I want to tell you that
23   redistricting is hard.  I'm not going to tell you this
24   is easy.  I -- I think that you did a -- you did the
25   best job you could before.  We've been in litigation.

Page 36

1    The last time redistricting, in the 1990s, it -- it was
2    -- when the second majority/minority map was drawn, we
3    ended up in litigation for a decade.  So there is no
4    guarantee that when you do this again, we won't still be
5    in litigation.  But we are in litigation now.
6    The District Court judge has conducted a
7    fact-finding mission - that's what will -- what always
8    happens - and made fact findings regarding the map.  She
9    issued an injunction.  That injunction is not currently
10   in effect for reasons that I can explain to you, but I
11   think the bottom line is it is not currently in effect
12   because the deadlines for the election that it enjoined
13   are -- are over.
14   The courts, nevertheless, have told us to draw
15   a new map, and they have indicated that we have a
16   deadline to do that or Judge Dick will draw the map for
17   us.  So you have an opportunity now to go back and draw
18   the map again.  And -- and I think that it is not an
19   easy task because the United States Supreme Court has
20   not made it an easy task.  They've given you some
21   directives that seem to be -- to not give you a lot of
22   clear lines for doing your job.  I -- I apologize on
23   their behalf for -- but, you know, we tried.
24   I mean, I am defending that map, and so you
25   won't hear me say that I believe that that map violated

Page 37

1    the redistricting criteria.  I'm defending that map, but
2    I will defend your new map if you draw a new map.  So,
3    you know, it's an act of the legislature.  My job is to
4    defend the work of the legislature, and I will do that
5    to the very best of my ability.
6    I think that the difficulty is that in the
7    Merrill v. Milligan case, which was the Alabama
8    litigation that preceded ours, the Supreme Court issued
9    an opinion.  And it says that in a Section 2 disparate
10   impact claim, which is different really from the work
11   that you did -- you did your work.  You did it in good
12   faith.  But they can -- they -- the plaintiffs will go
13   to court, and they will make a disparate impact claim,
14   and that's what gets litigated.
15   That has nothing to do with whether your
16   intent was nefarious or not.  Everyone can have had the
17   right intent and followed the rules as they believed
18   they were given to them, and go to court.  And the court
19   can still say, "Under Section 2, there's a disparate
20   impact.  And because there's a disparate impact, you
21   have to go back and do it again, or I will do it for
22   you."
23   And that is -- that is the short version of
24   what Judge Dick has held and what has not been
25   overturned by any court that we have brought it before,

10  (Pages 34 to 37)

Page 38

1   since then.  There's no definitive ruling on that case.
2   It is still in litigation.  If you pass a new act of the
3   legislature, that will become the new law.  So I'm happy
4   to take some more questions.  I think that what -- what
5   Merrill v. Milligan did, which is, I think, one
6   question, is that it said, "You can't do this job once
7   there's been some litigation over disparate impact.  You
8   can't really do the job without taking race into
9   account."
10          And so that's not illegal or improper to -- to
11  think about race when you're doing this.  You can't
12  really do it otherwise.  I mean, that's the whole -- the
13  litigation is because someone has made a claim about the
14  disparate impact.  And so there's no way to not give
15  some thought to what you're doing in that context,
16  especially when it's preceded by some litigation and
17  some fact finding.  But what the United States Supreme
18  Court has said is that race can't predominate in the way
19  that you draw your lines.
20          So there have to be other reasons that would
21  justify the map.  And those are some -- I thought Ms.
22  Lowery did an excellent job of -- of giving you what the
23  broad parameters are.  They aren't -- you know, they're
24  not going to be real -- it's not going to be easy
25  because the Supreme Court hasn't made it real clear in

Page 39

1   terms of how you can meet strict scrutiny,
2   Representative Marcelle.  I mean, it's -- it is -- it is
3   a difficult task.
4          And I think that some of the other directives
5   that the court has given, like trying to keep
6   geographical compactness, doing the best you can in
7   terms of meeting all the other requirements, I mean,
8   those are things -- those are justifications that still
9   apply.  Maintaining communities of interest still apply.
10  Balancing geographical -- I mean, population still
11  applies.  So all of those things are, you know -- and
12  then the totality of the circumstances is ultimately
13  what the test is going to be that the courts apply.
14          And so, you know, I -- I think that if that
15  makes things even more confusing to you, I blame the
16  courts.  I mean, we -- we have tried to get them to
17  explain and give you more clear directions.  It is
18  ultimately your job.  The constitution makes this the
19  job of the legislature to draw the maps, and then when
20  we end up in litigation, it perverts that process.
21          Because the -- the -- the way that the -- the
22  precedent is built, there's fact finding that occurs
23  from a judge that can override the very fact finding
24  that you've made and your legislative record.  And --
25  and that's just a product of precedent and how these

Page 40

1   cases have been litigated.  It's not something I can
2   change.
3          REPRESENTATIVE BEAULLIEU:  So let me just --
4   to kind of -- you know, I sat on this committee last --
5   the last four years, and I spent a long time working on
6   the map that we ultimately ended up drawing.  And with
7   over two-thirds vote of the legislature, we upheld it
8   over a veto override and whatnot.  Went through --
9   thought it was the most -- two-thirds of us thought it
10  was the most representative of the state of Louisiana.
11          And even all the work we did, everything we've
12  put into it, all the testimony we've heard, the -- the
13  deviation being what it is, close to zero, none of that
14  matters with the federal judge and control.  She has the
15  ability to draw it without our input and can do what she
16  -- if we don't draw a map this week.  Is that correct?
17          MR. FRIEMAN:  Well, she -- yeah.  She made
18  fact findings of her own based on the evidence that was
19  presented to her in court, and those fact findings are
20  very difficult to overturn in the federal judicial
21  system.  There's -- you know, I can talk to you about
22  precedent, I can talk to you about terms of our -- in
23  terms of appellate review.  But at the end of the day,
24  her fact finding becomes very difficult to overturn.
25          REPRESENTATIVE BEAULLIEU:  Okay.  We have --

Page 41

1   we have a couple of questions.  Representative Thomas.
2          REPRESENTATIVE THOMAS:  Thank you, Mr. Chair.
3   Good morning.  I think I heard you say that race is the
4   predominant --
5          MS. MURRILL:  No.  No.  Race cannot be the
6   predominant factor in what you would draw.  That would
7   violate the Equal Protection Clause.  So what you have
8   to do is think about how to best draw the maps, given
9   the criteria that the Supreme Court has established,
10  without allowing race to be the predominant factor that
11  drives the drawing of your lines.  That's where the
12  actual Equal Protection Clause violation will come in.
13  So, you know, you need to stay south of that.
14          And then I -- I think that, you know, you're
15  going to have a lot of other things that you have to
16  think about when you draw these maps.  Communities of
17  interest is one of the -- the -- the most important
18  ones.  I think that's always been a driving feature of
19  the maps -- or of the map drawing exercise.
20          Core retention is what was discussed very
21  heavily in Merrill v. Milligan, and I think core
22  retention has now become -- and -- and I'm just going to
23  tell you my personal opinion in trying to decipher
24  Merrill v. Milligan.  It was not easy.  There are a lot
25  of -- it's a very fractured opinion.  But I -- I think

11  (Pages 38 to 41)

Page 42

1  that core retention is the part that the court has given
2  the least amount of attention to in this process now,
3  that once you are trying to redraw the map, I think that
4  core retention takes -- is -- becomes a less important
5  factor under Merrill v. Milligan.
6          REPRESENTATIVE THOMAS:  Thank you.
7          REPRESENTATIVE BEAULLIEU:  Thank you,
8  Representative Thomas.  Representative Marcelle.
9          REPRESENTATIVE MARCELLE:  Thank you.  Let me
10  start by congratulating you.  I don't know if I should
11  say congratulations or condolences.  I'm not really
12  sure.  Congratulations.
13          MS. MURRILL:  Well, I asked for the job, so
14  thank you.
15          REPRESENTATIVE MARCELLE:  Okay.  Let -- let me
16  just go over a couple of things that you said, and --
17  and so I can be clear in what you're -- what you're
18  telling us today.  Number one, you said you're going to
19  defend the map, Act 5, that they presented because that
20  is your job to do so, correct?
21          MS. MURRILL:  Yes.
22          REPRESENTATIVE MARCELLE:  And so --
23          MS. MURRILL:  I am defending it now.
24          REPRESENTATIVE MARCELLE:  Correct.  Because
25  that's -- that's what we hired you to do, to defend us,

Page 43

1  right?  And if we pass another map, you'll defend that
2  map as well?
3          MS. MURRILL:  That's correct.
4          REPRESENTATIVE MARCELLE:  The other thing that
5  I -- I -- I -- I -- I heard you say was this is a
6  -- the judge has fact-finding matters.  Can you kind of
7  elaborate on what that means?  Is that -- that's based
8  upon the testimony that was presented by the plaintiffs;
9  is that accurate?  And -- and the -- and the defense,
10  obviously, she took both -- both matters into
11  consideration when she was doing her fact finding.
12          MS. MURRILL:  She did.  That doesn't mean I
13  agree with them.
14          REPRESENTATIVE MARCELLE:  Okay.  So --
15          MS. MURRILL:  And I -- and I think that it's
16  also a product of -- this is part of what's frustrating,
17  I think, for the legislature when it goes into
18  litigation because people can -- like, experts, for
19  example, that are hired by the plaintiffs, no matter who
20  they are -- this could happen on the new map.  Right?
21  Those experts can come and testify in court, and the
22  judge can control that testimony.  In our case, it
23  happened in a very, very short, short turnaround in a
24  preliminary injunction hearing which is different from a
25  trial on the merits.  We've never had a trial on the

Page 44

1  merits.
2          So, you know, the -- the -- the court -- the
3  judge, whoever that judge may be, has an enormous amount
4  of control over how much testimony is allowed and by
5  whom, and -- and how much time we will have to do that.
6  That was all very, very compressed when we litigated
7  this right after the map was passed.  We have not had
8  any other fact finding because we haven't had a trial on
9  the merits.  I have raised an objection to that because
10  I think that you are entitled to have a trial on the
11  merits, but the courts have not accepted those arguments
12  at this point.
13          They have told us to go back and draw the map,
14  and they have given us a deadline.  So, you know, I am
15  making the same arguments that I would make on the new
16  map.  But at the -- at the same time, you know, the --
17  the courts haven't given us a lot of safe harbor to go
18  litigate --
19          REPRESENTATIVE MARCELLE:  Okay.
20          MS. MURRILL:  -- the rest of this case.
21  They've said, "Go do this."
22          REPRESENTATIVE MARCELLE:  So it's -- it -- it
23  is a fact that we do have six congressional districts in
24  Louisiana?  That is --
25          MS. MURRILL:  It is.

Page 45

1          REPRESENTATIVE MARCELLE:  -- a fact, right?
2  Is -- is it also a fact that a third of that -- the
3  population is African American?
4          MS. MURRILL:  Approximately, based on the
5  data.  I would also point out that 50 percent are women.
6  I mean, there are other -- there are other population,
7  you know, and gender and differences -- like, that's why
8  Section 2 has never been -- I mean, it is expressly
9  stated in Section 2 of the Voting Rights Act that this
10  is not an act of proportionate dividing.  That is not
11  permitted under Section 2.  And so we can't just take
12  that number and say that's -- that's how we do this,
13  because it's not that simple and that's actually not
14  permitted under the law.
15          REPRESENTATIVE MARCELLE:  So -- so it's not
16  permitted to say that we have six congressional
17  districts, and of those six congressional districts, we
18  -- we talk about community interests, I think was one of
19  them.  So do you believe that all five of the other
20  districts has all the community interests impacted in
21  those, and African American districts only should have
22  one?
23          MS. MURRILL:  Representative Marcelle, the --
24  the -- the -- the job of drawing the districts is yours.
25          REPRESENTATIVE MARCELLE:  I get it.

                              12  (Pages 42 to 45)

Page 46

1    MS. MURRILL:  It's not mine.
2    REPRESENTATIVE MARCELLE:  Right.
3    MS. MURRILL:  And I -- I am defending what I
4  believe to have been a -- a defensible map.  And if you
5  draw a new map, I will defend that map.  Judge Dick has
6  put us in a -- in a position -- and the Fifth Circuit,
7  the panel that reviewed that decision, and the whole
8  court, when I asked them to go en banc, by declining to
9  go en banc, have put us in a position of where we are
10  today, where we -- we need to draw a map.  So I'm here
11  to tell -- I'm not here to tell you don't draw a map.  I
12  mean, I think we do have to draw a map --
13    REPRESENTATIVE MARCELLE:  And -- and --
14    MS. MURRILL:  -- and I will defend that map.
15    REPRESENTATIVE WYBLE:  And -- and my final
16  question.  I heard Representative Beaullieu talk about
17  two-thirds of the legislature approving this map and --
18  and -- and voting for it.  Beaullieu.  I'm sorry.
19    (Simultaneous speaking.)
20    REPRESENTATIVE MARCELLE:  Beaullieu?
21    (Simultaneous speaking.)
22    REPRESENTATIVE MARCELLE:  I just call you
23  Beau, so I'm -- I'm trying to get your real name because
24  --
25    REPRESENTATIVE BEAULLIEU:  We'll -- we'll --

Page 47

1    REPRESENTATIVE MARCELLE:  -- I been calling
2  you Beau.
3    REPRESENTATIVE BEAULLIEU:  -- we'll work on
4  you --
5    REPRESENTATIVE MARCELLE:  Yes.
6    REPRESENTATIVE BEAULLIEU:  -- Representative
7  Marcelle.
8    (Laughter.)
9    REPRESENTATIVE MARCELLE:  So Beaullieu -- I
10  always call him Beau.  But Beaullieu, I -- I -- I
11  heard him say that two-thirds of the legislature voted
12  for this map.  And he's absolutely accurate because the
13  majority of the legislature would support this map
14  because it benefits them.  We talked about, you know,
15  our districts and our interests.  What I did not hear
16  him say is -- because I sat at that table on the other
17  side and presented a map, and none of the maps that he
18  presented got out of this committee.
19    So it's, you know, it's unfair to say, "Okay,
20  we passed it with the majority of the people," because a
21  majority of the people would support us not having an --
22  an additional African American representation in another
23  district.  I get that.  But it's not fair to say that
24  those arguments weren't made to -- to support that.  I
25  was one of those that made the argument to support an

Page 48

1  additional congressional map.  And I think what we're
2  hearing from Judge Kelly Dick is --
3    MS. MURRILL:  Shelly Dick.
4    REPRESENTATIVE MARCELLE:  -- Shelly Dick is
5  that the map is not fair for the state of Louisiana.
6  And -- and what I -- what I agree with her on is that if
7  we cannot -- and we had an opportunity to draw this map
8  ourselves and we did not do it as it supports Section 2,
9  in my opinion.  I know you gave yours, but this is my
10  opinion.  So then we will allow her to draw that map if
11  we can't do that.  We can't draw a map right now, right?
12  Is that accurate?
13    MS. MURRILL:  So what will happen if you do
14  not draw a map is that she has set a trial date.  It's
15  very, very quick, and we will still be operating under
16  the old map.  So we will move forward then with a trial
17  on the -- under the old map.  There'll be a trial on the
18  merits, the same record I think that was presented, and
19  Tom can affirm or -- or correct me if I'm wrong, but the
20  -- the record from the preliminary injunction hearing
21  will all go into the -- into the -- into the court
22  record, and we will look at whether we want to have
23  additional testimony.  And that trial will move forward.
24    I -- I don't expect Judge Dick to change her
25  position.  I think she will draw a map, and -- and so

Page 49

1  you are getting the first opportunity to do that.  I
2  mean, we could have -- in theory, we could have had a
3  trial on the merits, and she could have said, "I don't
4  --" you know, again, "I don't like the old map," and --
5  or, "I don't like the map that you drew and I'm going to
6  redraw your map."  But as a matter of law, you get the
7  first shot at doing that, so.
8    REPRESENTATIVE MARCELLE:  No.  We get the
9  second shot at doing it.  Thank you very much, though.
10    REPRESENTATIVE BEAULLIEU:  Thank you.
11  Representative Marcelle.  Representative Farnum.
12    REPRESENTATIVE FARNUM:  Thank you, Mr.
13  Chairman.  So a couple of things.  So the -- the
14  parallel that the argument has been based on is the --
15  the case in Alabama; was that the one?
16    MS. MURRILL:  Yeah.  The Alabama case was
17  litigated just, you know, a few months ahead of ours,
18  and so it went up to the Supreme Court before ours did.
19  And so we've basically been held -- our case was held in
20  abeyance pending the outcome of that case.
21    REPRESENTATIVE FARNUM:  So -- and that was a
22  seven-member district, right?
23    MS. MURRILL:  I believe so.
24    REPRESENTATIVE FARNUM:  So -- so they were
25  trying to reach a second district in a seven-member

13  (Pages 46 to 49)

Page 50

1   state.  So would you say, just in your opinion, is it
2   harder to -- to draw two of six than it is two of seven,
3   just based on the compactness of the population of that
4   state?  Because wouldn't you say that every state has a
5   different compactness, there's no two states that are
6   identical, and maybe it's easier in one state, that
7   maybe the compactness is -- is much more centrally
8   located to reach that conclusion.  Wouldn't -- would you
9   agree with that?
10          MS. MURRILL:  I -- I would agree with you that
11  every state is different and that -- that our population
12  -- how our population is spread out is -- is different
13  from every other state.
14          REPRESENTATIVE FARNUM:  Would -- would you --
15          MS. MURRILL:  So our population is -- our
16  population, I think, is relatively close to theirs.  I
17  -- they'd probably have a little more population because
18  they still have seven districts.  You know, we -- this
19  isn't going to be easy.  I -- I didn't -- that's why I
20  started out by saying, "I'm not here to tell you this is
21  an easy job."  You have a hard job.  Our state is
22  different.  Every state is different from each other,
23  and -- and you have to do this based on the facts in our
24  state.
25          We have argued in our case that our state is

Page 51

1   different from Alabama with regard to -- so that they --
2   the fact findings aren't -- can't be the same.  We're
3   not the same.  Our history isn't the same.  Our history
4   of redistricting and redistricting litigation is not the
5   same.  And we -- we brought those issues up, and here we
6   are still, so.
7           REPRESENTATIVE FARNUM:  I -- I -- I know.  I
8   spent the better part of three years going over this.  I
9   was on the committee last time and sat through numerous,
10  numerous meetings on -- on this across a period of the
11  three years.  Help -- help me understand how the -- the
12  voting-age population factors in when the voting -- the
13  Black voting-age population is lower than the total
14  population in the state.  How does that factor in?
15          MS. MURRILL:  You want to take that one?
16          MR. JONES:  Yeah.  The -- the judge --
17          MS. MURRILL:  Introduce yourself just quickly
18  again.
19          REPRESENTATIVE BEAULLIEU:  You're on.  You're
20  on.
21          MR. JONES:  The judge here in the Middle
22  District has based her rulings on the Black --
23          REPRESENTATIVE BEAULLIEU:  If you don't mind,
24  could you kind of speak into the mic a little bit?  Or
25  you can pull the mic to you, I believe, as well.

Page 52

1           MR. JONES:  I'm sorry.  My name is Tom Jones.
2   I'm the director of the civil division in the attorney
3   general's office.
4           The judge has principally based her ruling on
5   Black voting-age population.  That's what she's used as
6   the primary criteria.  Then the experts take that Black
7   voting-age population, and they're very clever people,
8   and they do very clever things with those numbers.  They
9   can persuade you on one side that the Black voting-age
10  population should be analyzed this way, and the other
11  experts can convince you of just the opposite the next
12  day.  But Black voting-age population has been the
13  primary criteria for this judge's rulings.
14          REPRESENTATIVE FARNUM:  Because you did say
15  something earlier, that -- that race cannot be a
16  determining factor of -- of why you draw maps.
17          MS. MURRILL:  It can't be the predominant
18  factor.
19          REPRESENTATIVE FARNUM:  Isn't that the only
20  reason we're here right now?
21          MS. MURRILL:  You know, we're here because of
22  --
23          REPRESENTATIVE FARNUM:  But isn't that the
24  predominant reason?
25          MS. MURRILL:  -- the court's telling us we

Page 53

1   have to be here.  I mean, I -- I think that's part of
2   it.  You know, the -- I mean, I'm defending the map.
3   I'm going to defend the new map.  I -- I want you to
4   know, I mean, if you draw a new map, I'm defending that
5   map, so.
6           REPRESENTATIVE FARNUM:  I -- I agree.
7           MS. MURRILL:  I'm not going to say that, you
8   know, I mean, I think -- I don't -- I have complaints
9   about how this case was managed, I mean, not by our
10  litigators, not -- you know, I just think that we need
11  -- we should have a trial on the merits.  I've always --
12  I have argued that in court.  I have signed off on those
13  pleadings.  I still believe that that's true.  The
14  courts have told us to do this by a certain date or it's
15  going to be done for us.
16          REPRESENTATIVE FARNUM:  I -- I think the
17  circular fashion of -- of the 14th, the 15th Amendment,
18  and this Section 2 of the Voting Rights Act is a circle.
19  So it -- it -- it sends you in this race to chase your
20  tail to try and accomplish what you're trying to
21  accomplish.  And -- and each one contradicts the other
22  one in the circle.  So you end up in this never ending
23  loop of -- of how do you accomplish what we're tasked to
24  do here.
25          We did look at a lot of maps and -- and, you

14  (Pages 50 to 53)

Page 54

1  know, I -- I personally think that the one we passed was
2  -- was a very legal, legitimate map.  And -- and -- and
3  we'll do the best we can with what we have.  So,
4  appreciate your time today.  Thank you, Mr. Chairman.
5       REPRESENTATIVE BEAULLIEU:  Thank you,
6  Representative Farnum.  Representative Carter.
7       REPRESENTATIVE CARTER:  Thank you, Mr.
8  Chairman.  I -- because this committee meeting is being
9  viewed by people throughout the state, I think it's
10  important that we be honest and -- and -- and -- and put
11  the whole picture, why we here, how we got here.  It
12  seemed to be an impression that the old Judge Dick's
13  begging us, trying to make us do something even though
14  we've done the right thing.
15       Is it not true that the judge's job, her task,
16  is to look at the law, first the law, the -- the
17  jurisprudence of reapportionment, and look at the -- the
18  -- the -- the statute that's been passed,
19  reapportionment and other criteria that Congress and --
20  has given us, to see if we went about this the right
21  way.  She just didn't come up the side to say, "I'm
22  going to make them have another Black district."  That
23  is not her job.  And -- and -- and she did anything
24  contrary to that, she certainly would have been reversed
25  quite quickly.

Page 55

1       But -- but -- but what she did, she looked at
2  the law, and there was -- there was -- there was a
3  request made by motion to -- to -- as to whether or not
4  the plaintiff would succeed on this problem with
5  disparity and what have you if they went to trial.  And
6  she pretty much said, after studying the law and
7  studying the facts and what actually took place in this
8  legislature, she decided it would probably succeed.  So
9  she asked the legislature to go back and try to do this
10  over again the right way.  And the legislature has that
11  opportunity.  We could get nothing done, okay?
12       So now the judge -- it will stay -- the
13  attorney general office -- she -- she expressed that she
14  wanted another map and she -- a better map, she thought,
15  that's more legal.  And so she -- she asked the
16  legislature to -- there was a state made by the attorney
17  general's office, and that was granted by the Fifth
18  Circuit.
19       And because of the Alabama case -- and Alabama
20  is different from -- first of all, Alabama has 26
21  percent population of African Americans.  Louisiana, 33
22  percent.  Alabama has a larger overall population than
23  Louisiana as well.  That's why they have seven
24  congressman.  But -- but you can't compare Alabama to
25  Louisiana.

Page 56

1       But the law is pretty much the -- it's the
2  same.  So based on that law, that judge says, "Well,
3  y'all either going to do a map, or I'm going to do a
4  map."  So -- so he gave us another -- a third time to do
5  the map.  Now, if you look at the analysis of the -- of
6  what we done the last time, there was about eight maps
7  that were presented to this House and Government Affairs
8  Committee, but there's only one map, the speaker map,
9  House Bill 1, that was even considered, seriously
10  considered.
11       I mean, there was some people came to the --
12  to the table and -- and talked about these other maps,
13  but -- but -- but it was asked by the speaker then --
14  the then speaker who was carrying the House Bill 1, "Did
15  you look at Section 2 of the Voters Right Act?  And did
16  you try to comply this map with Section 2?"  And the
17  speaker said no.
18       "Well, did you look at the disparity that this
19  map represents?  It's just common sense.  If you got a
20  third of the population that is African American and --
21  and -- and 33 -- over 33 percent, did you look at those
22  -- those figures?  You don't have to be the primary
23  criteria, but you got to first look at whether or not
24  it's a -- it's appears to be a fair map and complying
25  with the 14th Amendment, Section 2 and other -- other of

Page 57

1  Supreme Court jurisprudence?"  He said no.
2       He said that he -- he -- he -- he -- this is
3  his map that he's presenting, and he didn't -- let the
4  lawyers worry about all this other stuff.  This is his
5  map.  So the -- the -- the record -- the record of the
6  -- and I tried to tell him this because I was asking
7  questions to this -- to -- on House Bill 1, like
8  everybody else, "Why this map have a problem?"  And so
9  -- so -- so the legislature knew the map had a problem,
10  but they wouldn't listen to anybody else.
11       So while I agree that the -- your
12  representation that race is not the -- sole factor,
13  the -- the fact is you got to have six divided equally,
14  okay?  And -- and if it -- but -- but -- but Section 2
15  says if you've got a group that is compact, that is
16  compact and that vote certain voting patterns, that you
17  should try to create a map that allow that group to
18  represent a person of their choice.  That's all it says.
19       So I asked the speaker, "Did you look at Section 2 and
20  try to come up with a map that does that?"  He said,
21  "No, I didn't."
22       So it's the speaker's and -- and -- and the
23  legislators' testimony in the record that caused them
24  the problem they had when it went to the judge.  Had
25  they said, "We looked at Section 2, we tried to comply

15  (Pages 54 to 57)

Page 58

1  with Section 2 but we couldn't because the Black
2  population is so dispersed in the state.  We could not
3  get another district that was compact," they didn't say
4  that, didn't even try.  So that's why the state is in
5  the position it's in, not because somebody is out there
6  -- some federal judge is out there trying to make
7  Louisiana have another -- another minority district now.
8          However, I do agree that we need to have this
9  opportunity, and it's wonderful to have this opportunity
10 to try to create a map that will comply.  Now -- now --
11 and I think that I applaud the governor because I think
12 the governor wants to do the right thing.  The new
13 governor wants to do the right thing.  He wants to have
14 a map to -- so we can do our own map and not a federal
15 judge.  And I support that.  And so -- but I don't want
16 to give the impression that federal judge is just a bad,
17 bad monster, is trying to make us do something we
18 shouldn't do.  She has to comply with the law.
19         Now, the Supreme Court has reviewed what the
20 -- the -- the -- the attorney general's office presented
21 there on confection of the state, and it's really --
22 they -- they denied that.  It's the United States
23 Supreme Court saying you got to go back and do this map,
24 not just Judge Dick, okay?  So -- so we need to accept
25 the fact that the map we had, based on the record, based

Page 59

1  on the testimony presented here in the legislature,
2  based on the debate in the legislature, based on the
3  law, that it was not in compliance.
4          Now, you can differ.  People can differ
5  because they -- they don't like what the law says,
6  maybe, or they want to twist the law.  But the fact of
7  the matter is it's not a sustainable map.  This map is
8  not sustainable that we have now.  And so we have a
9  chance to do that and not offend too many political
10 notions at the same time.
11         And so I just -- I just want to make that --
12 put that in the record that -- that this is a effort on
13 the part of people of different political interests to
14 try to resolve the issue that had been defined by -- by
15 Supreme Court decision and by federal statute, and --
16 and try to come up with a district that is acceptable.
17         That's what we're trying to do, you know.  And
18 it doesn't mean that you're a bad person or you -- or
19 you got a problem because you supported that last map.
20 It's just that the record did not support -- we didn't
21 get enough input from other people that had concerns
22 about it.  We didn't allow people to have -- have -- put
23 their input in.  Had we putting three or four maps on
24 the floor and explain why we putting on the floor, that
25 might have been different.  Have we tried to do what the

Page 60

1  -- what the Supreme Courts over the years have told us
2  to do?
3          I happened to be on the legislature in '84 to
4  '92 when we wrote a lot of the reapportion maps.  Okay.
5  So this problem been around a long time.  So we -- and
6  -- and so we had -- oftentimes, federal judges had to
7  put us on the right track, say, "Okay.  Y'all doing
8  good.  Y'all working in the right direction, but y'all
9  got to go back and do this over again."  And that's what
10 she did.
11         REPRESENTATIVE BEAULLIEU:  Thank you, Judge
12 Carter.  Vice-chairman Lyons.
13         VICE-CHAIRMAN LYONS:  Thank you, Mr. Chairman.
14 Is it Ms. Murrill?
15         MS. MURRILL:  Murrill.
16         VICE-CHAIRMAN LYONS:  Murrill.  I'm sorry,
17 sorry.  I -- I -- I have a question for you, but before
18 I get into my question, I just wanted to note that as we
19 talk about the Voting Rights Act and -- and the premise
20 of a lot of things that we've done, today is actually
21 the holiday of Martin Luther King Day, today, which his
22 actual birthday is tomorrow.  This is -- the observance
23 of it is today.  So a lot of us question, you know, as
24 the federal holiday (inaudible 1:14:43) was -- was
25 empty, what have you, is why we're here today.

Page 61

1          So I just want to just remind everyone that
2  one of the things that Martin Luther King did say was
3  there's never a wrong time to do the right thing.  So
4  we're here today and we would not have any other, I
5  guess, issue -- he wouldn't.  Now we're doing something
6  that we'll be doing to correct where we at and -- and so
7  forth.  But my question to you, ma'am, is you alluded to
8  earlier that you want to have a -- preference to have a
9  trial on the merits, that you were requesting -- asking
10 for.
11         So as a body here, as we're going to be going
12 through this process, can you outline to us in any form
13 necessary that -- to get it across, what were some of
14 those merits?  Because I'm assuming when you say the
15 trial on the merits, you mean that the merits of -- of
16 the decision that you may have had difference with, you
17 had other merits that you wanted to talk about or maybe
18 defend in the -- in the fact-finding portion that was
19 not revealed.
20         MS. MURRILL:  So, Representative Lyons, when
21 we went into this litigation right after the legislature
22 completed the map drawing process, we went into a very,
23 very compressed hearing on a motion for a preliminary
24 injunction.  That is a different standard.  It was very
25 compressed.  We did not have the -- the length of time

16  (Pages 58 to 61)

Page  62

1  that we would ordinarily have for a full trial.
2      I believe that -- I mean, this is -- you can
3  blame it on the litigator in me, which is fine, but I
4  believe that it -- that -- that the state and -- and I
5  believe this under the new map that you pass, that we
6  should be entitled to have a trial on the merits --
7  merits before we are forced to go in and change an act
8  of the legislature.  That is just a fundamental premise
9  that I have about acts of the legislature and us being
10  required by the courts to redo them.  That -- that -- as
11  a practical matter, we did not have a lot of time, but I
12  have lost -- we lost on that issue.
13      I mean, we -- we did.  Not just me, but the
14  entire litigation team, including the lawyers who
15  represented the legislature or the -- the -- the speaker
16  and the -- the president of the Senate at the time and
17  the secretary of state.  We asked to have a trial on the
18  merits set before you were required to go into session,
19  and we offered to do it quickly.  So just to be clear,
20  we were not trying to delay.  We offered to do it in
21  November.  There was another trial set.  I mean, we
22  tried to do this quickly so that we could have a
23  complete record upon which whatever the decision was.
24      And we did not believe that Judge Dick would
25  change her decision, but we still believe that the case

Page  63

1  should be before the courts on a complete record.  It is
2  not, because we weren't -- we never had a trial on the
3  merits.  The courts have told you to go back and draw a
4  map.  And they said, "We can have a trial on the merits,
5  but we can do that after you draw a map."
6      So as a -- I mean, just fundamentally as a
7  lawyer who represents the -- you and defends the laws
8  that you pass, your laws -- if you have a law that you
9  pass, that you feel very strongly about, and the entire
10  legislature has voted for it even though some people may
11  disagree with it, then I will defend your law.  And I --
12  I think that -- that you are entitled and the
13  legislature is entitled to that defense.  So that's the
14  point that I was making.  I -- I don't think any of
15  these cases should be tried and decided at the
16  preliminary injunction stage.  I think we are entitled
17  to a trial on the merits.
18      And -- but at this point, the courts have told
19  you -- the federal courts have told me and they have
20  told you that we don't get that right now.  You -- you
21  get to have this session right now, or Judge Dick is
22  going to draw the map for you.  So, you know, I'm not
23  here to say, "Don't draw the map."  I'm here to tell
24  you, "Draw the map."
25      VICE-CHAIRMAN LYONS:  Okay.  Thank -- thank

Page  64

1  you very much.  Thank you, Mr. Chairman.
2      REPRESENTATIVE BEAULLIEU:  Thank you,
3  Representative Lyons.  Representative Gadberry.
4      REPRESENTATIVE GADBERRY:  Thank you, Mr.
5  Chair.  Ms. Murrill, if we draw a new map and Judge Dick
6  decides she don't like that one, do we start all over
7  again, or will she immediately draw a map?  I don't
8  think she's capable of drawing a map, number one.  I
9  just don't think she could do it.  But --
10      MS. MURRILL:  She -- I mean, no federal judge
11  does this without a demographer helping.  I mean,
12  they're -- she'll appoint -- she will ask for experts.
13  She will ask for the maps to be submitted to her with
14  expert testimony, and then she will -- typically, she's
15  probably going to decide which map to take, but she can
16  tweak those lines.  She can decide how to draw the map,
17  how she wants to draw this map based on the input of the
18  experts from both sides.  She could appoint her own
19  expert and have that expert assist her in the
20  map-drawing exercise.
21      And remember, you've been through this before.
22  A large part of this exercise is done through computer
23  generated maps.  So, you know, you put the numbers in,
24  you start changing -- you change the inputs, it spits
25  out a new map.  She's going to have to go through that

Page  65

1  same process that you did, and then -- and then we
2  continue.  So I -- I mean, I can't tell you that the
3  plaintiffs will accept the map that you draw.  She has
4  established a timeline for the plaintiffs to amend their
5  petition and challenge that map, and then we will -- we
6  will go through the process again to determine whether
7  or not that map is acceptable.
8      REPRESENTATIVE GADBERRY:  And for four years
9  on this committee previously, I spent hours upon hours
10  looking at this map, all the maps.  And I looked at the
11  plaintiff's map, so to speak, that they presented before
12  this group, and I didn't feel like any of those met the
13  criteria.  The -- the overriding factor, I guess,
14  was they had gerrymander lines, which is against the
15  Voting Rights Act.  So I'm hearing that you said that
16  the map -- that the current map that's been rejected, I
17  guess, by the judge, has it been to the US Supreme
18  Court?  Because that's the next step.
19      MS. MURRILL:  It has not.  It -- the -- the --
20  the US Supreme Court can decide whether to take a case
21  or not take a case.
22      REPRESENTATIVE GADBERRY:  Right.
23      MS. MURRILL:  They have not taken our case.
24  They took our -- they -- they stayed our case last
25  summer while the Alabama case went forward and was

17  (Pages  62  to  65)

Page 66

1   litigated.  They said, "You just wait."  They thought we
2   had made a good case for a stay and so they paused our
3   case while they decided that one.  But they did
4   something and these -- this is kind of a term of art,
5   but I mean, they granted cert in advance of judgment.
6   That means they actually took our case, and then after
7   they decided the Merrill case, the Alabama case, they
8   just vacated their own grant and sent it back to us.
9       So in a way, they took our case, and then they
10  vacated their own decision to take our case and they
11  sent it back down to the Fifth Circuit and to judge
12  Dick.  And so it's -- it's back in the hands of the
13  District Court judge who is supervised by the Fifth
14  Circuit Court of Appeals.  And so there has been some
15  litigation between August and, really, through the
16  summer since the Merrill case came out all the way
17  through the time that the opinion was issued in
18  November, I think, from the Fifth Circuit where a panel
19  of the Fifth Circuit said, "You need to go draw a map by
20  February 15th."
21      So they actually suggested we should have done
22  this before -- before we legally, really -- or -- or --
23  or I think it was practically possible to even get it
24  done.  But, you know, here you are.  I think the
25  governor heeded that call that -- that -- that demand.

Page 67

1   I mean, we've had it reviewed by a number of judges.
2   They have had nothing to say about our arguments.  It's
3   been radio silence.  And so the only decision that
4   remains in front of us right now is Judge Dick's.
5       And -- and so Judge Dick has set a timeline
6   for us to have a trial.  They did say we get to have a
7   trial, but we don't get to have that trial until after
8   you go through this exercise.  And, you know, she will
9   do it for you.
10      REPRESENTATIVE GADBERRY:  And once we have
11  that trial, we have the opportunity, if she still
12  rejects the map, to appeal that?
13      MS. MURRILL:  If she -- if she rejects the new
14  map?
15      REPRESENTATIVE GADBERRY:  Or the existing one
16  again.
17      MS. MURRILL:  Well, I mean, if she -- if you
18  don't draw a map, then we will be back in front of her
19  for the trial on the merits in very short order and that
20  -- that case will continue.  If you do draw a map, then
21  the plaintiffs will have to decide whether they wish to
22  challenge that map, whether they accept that map.  And
23  if they accept that map, then -- then the whole case
24  should be over.
25      REPRESENTATIVE BEAULLIEU:  Yeah.

Page 68

1   MS. MURRILL:  If they do not accept that map
2   for whatever reason, then if they don't like it, I mean,
3   they may -- it may be a perfectly acceptable map for
4   some people.  It may be a second majority/minority map
5   that -- that some people like or that some people don't.
6   So there's no guarantee that someone won't, that they
7   -- that the plaintiffs will like the map.  But if they
8   -- they can -- so they could continue to challenge it,
9   and now they will have to go and amend their pleadings
10  and we, basically, will start over because it is a new
11  act of the legislature.
12      REPRESENTATIVE BEAULLIEU:  It's going to
13  replace the existing map --
14      MS. MURRILL:  It will replace the existing
15  map.
16      REPRESENTATIVE BEAULLIEU:  -- Representative
17  Gadberry.
18      REPRESENTATIVE GADBERRY:  Well, I mean, along
19  what Representative Farnum -- Farnum was saying earlier,
20  you chase your tail on this thing.
21      MS. MURRILL:  Well, that's why I said it's not
22  easy.
23      REPRESENTATIVE GADBERRY:  You comply with one
24  part, and you check another part and it doesn't meet the
25  criteria.  So you go back and rework your population or

Page 69

1   your districts, and that doesn't meet.  So you're --
2   you're constantly going in a circle.
3       MS. MURRILL:  Look, I believe that the United
4   States Supreme Court should give you better
5   instructions.  I -- I do.  I think that -- that -- that
6   is the argument that we made last summer.  And, you
7   know, if -- if you pass a map and somebody else
8   challenges that map, it -- I will make that argument
9   again.  I mean, I think that they -- the courts have
10  made this a difficult task for you and -- and so you are
11  doing the best that you can now within the constraints
12  of the rulings of the federal court.
13      So, you know, it's -- it's not an easy task
14  that you have and I believe that the jurisprudence has
15  made it confusing and that the Supreme Court would be
16  well -- I mean, you know, in my opinion, that the
17  Supreme Court ought to make its own jurisprudence
18  clearer to those of you who have the job of drawing the
19  maps.  I think that's fair.
20      The constitution makes it clear that it is
21  your job to draw the maps.  I believe that it is not
22  correct in terms of the balance of power between the
23  state and federal government, between the constitution,
24  you know, purview of how this should be happening, for
25  the courts to create precedent that makes it impossible

18  (Pages 66 to 69)

Page 70

1  for you to follow.  So I think they should give you
2  better guidance.  And you are -- you know, you are here
3  to do the best job that you can to try and draw the map.
4  And I will defend the map, and then we will see what
5  happens.
6       REPRESENTATIVE BEAULLIEU:  Yeah.  Members,
7  look.  We're not going to be able to litigate the
8  litigation here in committee.
9       REPRESENTATIVE GADBERRY:  Well, you know, my
10  -- my problem is we had a year to draw this map, at
11  least a year.  And now we've got eight days.
12       MS. MURRILL:  That's right.
13       REPRESENTATIVE BEAULLIEU:  That's nothing.
14       MS. MURRILL:  That's because the judge gave
15  you deadlines.
16       REPRESENTATIVE GADBERRY:  That's probably not
17  going to work then.  Thank you, Mr. Chair.
18       REPRESENTATIVE BEAULLIEU:  Thank you,
19  Representative Gadberry.  Representative Newell.
20       REPRESENTATIVE NEWELL:  Thank you very much,
21  Mr. Chairman.  I don't have very many questions because
22  I just don't have very many questions.  To add what
23  Judge Carter said, as far as ensuring that people are
24  educated about this process, most of us who are
25  attorneys or have some information or some kind of

Page 71

1  experience with a court system in process, we know that
2  sometimes you do need a preliminary injunction when
3  things need to happen quickly, particularly when there
4  is going to be irreparable harm, irreparable harm to the
5  applicants.
6       And in this case, the applicants were the
7  minorities of this state who would have not been given
8  the opportunity to vote for a candidate of choice in the
9  elections that were quickly coming upon us at the end of
10  the session, the first redistricting session.  So those
11  citizens, once again, did not have the opportunity to
12  have a candidate of choice because this legislature
13  could not come to an agreement.  The process is not
14  difficult.  The rules, the guidelines, are not difficult
15  if you want to understand the rules and guidelines that
16  have been put before you.
17       What comes to -- what -- what makes it
18  difficult is when we are choosing not to do what is
19  right, not to do what is fair for all of the citizens
20  that we represent.  I have a lot of folks in my district
21  that did not vote for me, but you know what I do?  I
22  still represent them in this body.  Some of us do not
23  take -- take upon that task.
24       This is the first redistricting session that
25  we have had -- well, '21 was the first redistricting

Page 72

1  session that the United States had after the expiration
2  of Section 5 of the Voting Rights Act which required all
3  of our maps and every law that we made -- and I'm saying
4  we, states that have had a history of discrimination.
5  Laws that we put in place before had to be reviewed by
6  the United States attorney general's office or by United
7  States District Courts if they were challenged in court.
8       This is why this has been such a foreign task,
9  I guess, this second part.  Because we are taking on all
10  of the onus, creating the maps and then going back and
11  reviewing and redrawing and rewriting the maps, because
12  this is the first time we've had to.  Before, we would
13  just throw something together and the United States
14  would take -- take over it.  We don't have that luxury
15  anymore.  We don't have that opportunity of having
16  someone else to say, "All right.  You messed this up.
17  We've got to do it."  Thank God for Judge Dick.
18       Just as it was stated that she doesn't have
19  the knowledge or the know-how to write a map -- Judge, I
20  didn't say it.  It -- clearly, we don't have it either.
21  And we've given -- been given every opportunity to
22  learn, every opportunity to educate ourselves, but some
23  of us take that information and -- sir, what's your name
24  again?  I -- I apologize.
25       MR. JONES:  Tom Jones.

Page 73

1       REPRESENTATIVE NEWELL:  (inaudible 1:30:56).
2  Just as Mr. Jones said in his opening statement, you
3  have -- or you determine -- okay.  Thank you.  Just as
4  Mr. Jones said in his opening statement, you got one
5  side that it's their job to confuse you and make you
6  think this.  The other job is -- the other side, it's
7  their job to confuse you and make you think that.  We
8  are not here to confuse anybody.  We should not try to
9  confuse ourselves with trying not to do right.
10       If we as a body task ourselves with
11  representing the interests of all the citizens that we
12  represent, whether they voted for us or not, whether we
13  want them in our district or not, if we set ourselves to
14  representing all, this is not going to be a difficult
15  task.  And the more we argue amongst ourselves and the
16  more we try to go and appease a national agenda that
17  does not care for the state of Louisiana, the longer
18  we're going to continue to have these fights and the
19  more divided the state will be.  I've never seen this
20  state as divided as it is now.
21       We used to have the divisions on just basic
22  moral value things, but we always, as Louisiana, looked
23  at family, looked at community, and tried to do what was
24  right by our neighbors.  I don't see that anymore, and
25  that is what's making this process difficult.  Judge

19  (Pages 70 to 73)

Page 74

1    also said that we had maps, and he pointed out the fact
2    that the -- we as -- and I want -- I think it was Rep.
3    Marcelle that said it.  We did not have an opportunity
4    to vote on all maps because all maps were not allowed to
5    come out of this committee.
6           There were options upon options to draw a
7    second minority/majority congressional district, and
8    they went all across the state to give minorities an
9    opportunity to vote for their candidate of choice.  They
10   were not allowed to come out of this committee.  We sat
11   for a month, six hours, at least, a day, listening to
12   the arguments of -- and the -- the makeup of each map
13   and discussing voting -- voting-age population vs.
14   population.  So I understand why we still having those
15   questions because we talked about it ad nauseam.
16          But when you choose not to do right, that is
17   when the process becomes difficult and it -- it seems as
18   though we can't make a headway.  But I want to put it on
19   the record that I didn't vote for none of them maps that
20   came out.  I didn't vote for any of the maps that Judge
21   Dick had in front of her because they were not maps that
22   were fair and they were not maps that were taking
23   consideration of all of the citizens of this great state
24   that I call home no matter how unfair or how unjust it
25   is to me.

Page 75

1           We still need to look and make sure that
2    Louisiana is a state that it used to be, considering all
3    of her citizens.  And thank you for your time, Mr.
4    Chair.  I don't have a question for anybody.
5           REPRESENTATIVE BEAULLIEU:  Yeah.  Let's try
6    and -- and look -- let's try and keep this to questions
7    for the attorney general.  We -- we going to have a time
8    to -- to talk about maps and -- and all that, but if --
9    like to try and stick to any kind of questions out of
10   respect for the attorney general's time.  Representative
11   Schamerhorn.
12          REPRESENTATIVE SCHAMERHORN:  Thank you, Mr.
13   Chairman.  Good morning.
14          MS. MURRILL:  Good morning.
15          REPRESENTATIVE SCHAMERHORN:  Welcome aboard.
16          MS. MURRILL:  Thank you.
17          REPRESENTATIVE SCHAMERHORN:  My question is if
18   we do not present a different map, Judge Dick has
19   threatened to draw her map.  Is it not our --
20          MS. MURRILL:  Promised, not threatened.
21          REPRESENTATIVE SCHAMERHORN:  Well, okay.  Is
22   it not our responsibility as legislators by the -- and
23   protected by the constitution, that our map should be
24   the one that is approved?  Now if she draws her own map,
25   when she does, do we still have to approve -- would we

Page 76

1    have to approve her map --
2           MS. MURRILL:  No.
3           REPRESENTATIVE SCHAMERHORN:  -- or would it
4    automatically go in force above what the constitution
5    says is our duties as representatives?
6           MS. MURRILL:  So let me kind of -- let me
7    untangle that a little bit.  If you draw a map now, that
8    map will become an act of the legislature and it will
9    supersede the prior act of the legislature.  The old map
10   goes away.
11          REPRESENTATIVE SCHAMERHORN:  Okay.
12          MS. MURRILL:  If -- if you do not draw a map,
13   then the -- the map that you drew before will remain --
14   will be the map, and the plaintiffs will continue to
15   litigate that.  We will have a trial on the merits.  The
16   -- the record from the preliminary injunction will be,
17   probably, supplemented with some additional testimony.
18   She will issue a new ruling and she will issue a
19   permanent injunction against the map.  And then that
20   will be litigated, which is my duty.  And so I will
21   continue to carry forth my duty to defend against the
22   injunction.  That's the process.
23          If she draws the map herself, then someone
24   could intervene and challenge that map.  You know, there
25   are a number of different potential outcomes if she

Page 77

1    draws the map.  If she draws the map, you know, we could
2    accept that map.  You don't get it back.  You don't get
3    a second -- you don't get another opportunity to approve
4    her work.  The only question is can her work survive the
5    scrutiny of the Fifth Circuit who grades her papers, and
6    potentially, the United States Supreme Court who grades
7    their papers.
8           And, you know, I think what makes your job a
9    little more complicated is that the prior -- not the --
10   the exact prior map, but the map before that had been
11   pre-cleared, there had been litigation in the past over
12   a majority/minority map that was declared
13   unconstitutional.  So, you know, that's why I have never
14   taken the position that our history is -- or at least
15   our recent history is the same in redistricting as
16   Alabama.
17          And I believe that the courts need to make it
18   more clear what your job is so that you can do it
19   properly the first time and we can all avoid the
20   litigation side of this and -- and continue to move
21   forward with -- with an act that -- that, as I believe
22   all your acts are, presumed to be constitutional.  That
23   is, you know, that's how I'll approach the next -- the
24   next act that you issue.  So I'm not picking and
25   choosing.  I mean, I think unless it's very clearly

20  (Pages 74 to 77)

Page 78

1  unconstitutional based on existing precedent, then my
2  job is to defend the map. I mean, not just that map,
3  any act of the legislature.
4        REPRESENTATIVE SCHAMERHORN: Thank you, ma'am.
5        REPRESENTATIVE BEAULLIEU: Thank you
6  Representative Schamerhorn. Attorney General, that
7  clears the board. Thank you for your time this morning.
8  Mr. Frieman, Mr. Jones, thank y'all for being here with
9  us today, look forward to working with y'all in the
10 future. And again, congratulations on -- on your
11 election.
12       MS. MURRILL: Thank you very much. Thank you
13 for having me, and good luck.
14       REPRESENTATIVE BEAULLIEU: Thank you.
15       MR. FRIEMAN: Thank you, Mr. Chairman. Thank
16 you, members.
17       REPRESENTATIVE BEAULLIEU: Members, we have a
18 -- a couple of witness card that -- that would like to
19 speak. Again, I want to remind the witnesses as well.
20 We don't -- we're not debating any bills today. We want
21 to hear your voices. So we have an information -- call
22 for information only card, but would like to speak. Mr.
23 Scott -- Edward Scott Galmon, if you want to please come
24 on up. Do you mind introducing yourself?
25       MR. GALMON: Yes. I'm Edward Scott Galmon

Page 79

1  from St. Helena Parish, Greensburg, Louisiana. And just
2  (inaudible 1:39:31), I'm -- I'm a plaintiff on the map.
3  My name is Galmon. If you look at the -- at the
4  original lawsuit, it bears my name. And you guys have a
5  -- a tremendous job ahead of you. And I just want to
6  thank y'all in advance, number one, because I -- I think
7  that this time that you -- you guys are going to produce
8  a map that both the plaintiff and the courts can agree
9  with.
10       I think the last map that we produced, it went
11 away from some of the -- of the -- the challenges that
12 set before. Because, number one, this would be a lot
13 easier if we pulled all the -- the congressmen off the
14 map and just looked at geography and the people. It'd
15 be very easy to do a map. The challenge comes in is
16 that the geography and the people that are already
17 elected, if you leave them on the map, you have another
18 caveat that you have to overcome.
19       So once again, you guys have a challenge. I
20 just thought I'd come this morning just to look at y'all
21 face and thank y'all. I thank y'all in advance because
22 I think we -- this time we going to achieve where we
23 trying to go. And for me, 33 percent is one-third. Six
24 divided by three is two. Pretty simple for me, not so
25 simple for you guys. But once again, I want to thank

Page 80

1  y'all in advance, and I know that at the end of this
2  process, we going to have something that we all can live
3  with. Thank y'all.
4        REPRESENTATIVE BEAULLIEU: Thank you, sir. We
5  have two witness cards. They're red cards. I'm -- I'm
6  not sure what we are -- this is just an educational
7  meeting this morning. But if you -- you're welcome to
8  come to the table, Ms. -- Ms. Labry, or if you wanted to
9  save it for the bills that are presented -- or I mean,
10 you're welcome to come to the table. Come on up.
11 You're welcome.
12       MS. LOWREY-DUFOUR: This is just -- can -- can
13 we come up together?
14       REPRESENTATIVE BEAULLIEU: Sure. Is -- is
15 this Mr. Harmon?
16       MR. HARMON: Yes, sir.
17       MS. LABRY: I wanted him to speak.
18       REPRESENTATIVE BEAULLIEU: Okay. Go ahead and
19 y'all have a seat and introduce yourselves.
20       MS. LABRY: Okay. You want to do you? And
21 then I'll do me.
22       MR. HARMON: You want me to go first?
23       MS. LABRY: Yes. You need to.
24       MR. HARMON: All right. JC Harmon from -- I'm
25 speaking for myself, but I'm on the benefit of working

Page 81

1  with a bunch of groups that are interested in the
2  process. What I did is I actually submitted to the --
3  to the committee a -- a --
4        REPRESENTATIVE BEAULLIEU: Yeah. We --
5        MR. HARMON: -- a -- a PowerPoint --
6        REPRESENTATIVE BEAULLIEU: Yeah. We --
7        MR. HARMON: -- if you got to look at that.
8        REPRESENTATIVE BEAULLIEU: -- we -- we
9  received -- the -- the committee -- we're going to hear
10 it when -- we're not in the special session yet, so the
11 committee is going to receive it and it's going to be
12 part of tomorrow's testimony.
13       MR. HARMON: Okay. So you want me to hold it
14 till then, or?
15       REPRESENTATIVE BEAULLIEU: Yeah, that might be
16 -- that might be best. If it's having to do with maps,
17 I -- I would suggest that.
18       MR. HARMON: I can do a brief overview right
19 now if -- if --
20       REPRESENTATIVE BEAULLIEU: We -- we're not
21 debating maps at all today.
22       MR. HARMON: Okay.
23       REPRESENTATIVE BEAULLIEU: So if -- if there
24 was, like, an educational thing that you had for the
25 committee real quick, we'll be happy to take it. But if

21  (Pages 78 to 81)

Page 82

```
 1   it's on a map, we would like to hold that.
 2         MR. HARMON:  Well, it's kind of a -- just a --
 3   just let me give a brief overview.  I won't go over the
 4   report.  Basically, what I did is I took a map of the --
 5   of Louisiana, and I color-coded it based on the
 6   breakdown of Black, White, Republican, Democrat, and
 7   looked at the state from an overview standpoint.  And I
 8   had some people asking me to do that.  And what I did is
 9   when I did that, you could see that the northern part of
10   the state only had what -- I based it on senatorial
11   districts.  So if you look at the northern part of the
12   state, you have three senatorial districts that would
13   fit the criteria that you were looking for.
14         The issue there is if you take the 39
15   senatorial district divided by 6, which is the number of
16   representatives you get, you have -- you get 6 and a
17   half.  So you need 6 and a half district -- senatorial
18   districts to make a US representative.  So if you -- if
19   -- so from a breakdown standpoint, it gives you a good
20   breakdown to start -- or a preference to start what
21   you're looking to do.  So that -- but when you do that,
22   you immediately see that you take the northern part of
23   the state off because it doesn't work.  So then you can
24   -- so now you're down at the southern part of the state.
25         So what I was trying to do is make it -- I
```

Page 83

```
 1   know you have a big job and it's not easy to do what
 2   you're trying to do, but if you can break down the state
 3   into geographical sections and take certain sections
 4   off, that makes you focus on the other part of the state
 5   to where you need to do what you're looking to do.  So
 6   -- and I'll hold the rest of it till later.  But
 7   hopefully, if you take a look at what I did, I think
 8   you'll see.
 9         And -- and I did it to try and help the
10   process because I agree that what you want to do is you
11   want to look at what you can do to unite the state.
12   Because I would agree with -- I think it was
13   Representative Newell that said, you know, we're divided
14   now.  And I think, if anything, because we're not
15   working to unite the state, that we -- I -- I did a
16   breakdown and if you look at the parishes and you break
17   it down, I actually came up where the parishes actually
18   split out into perfect six representatives.
19         And I didn't know what the number was as far
20   as the plus/minus number.  I was just looking at
21   population.  So it gives you a good starting point.  So
22   Representative Beaullieu, I'll -- I'll leave it there.
23         REPRESENTATIVE BEAULLIEU:  Thank you, Mr.
24   Harmon.  Ms. Labry, you have something you'd like to
25   add?
```

Page 84

```
 1         MS. LABRY:  Yes.  I'm Susie Labry, and I'm
 2   representing myself.  I'm -- I'm an appropriate
 3   individualist, not as a part of a collective class of
 4   color, of skin, height, genealogy, gender, physical
 5   descriptions.  As for districting, I tried to find a way
 6   to create an additional minority district.  After
 7   studying up myself and with JC Harmon here, I still
 8   cannot come up with an additional majority district
 9   without gerrymandering, which I consider as illegal if I
10   wanted to or not.  But I did try.  Gerrymandering, you
11   know, is illegal.  I also see it, myself, as reverse
12   discrimination.
13         Those I see, in my opinion, as other
14   ethnicities such as the Vietnamese, Spanish, et cetera,
15   farmers, rural communities and interests, small business
16   -- so proprietors, main street USA where I have seen
17   that liberals poorly represent by unfair overtaxation in
18   the working people and agriculture, farmers, and
19   businesses.
20         Three, it would pose more central power,
21   lessening individual position.  Individual constituents
22   would fall between the cracks and get less attention by
23   congressmen or be hurt or heeded-to less in a
24   one-size-fit-all class approach which is -- I've seen
25   happen to me.  When you represent a collective class as
```

Page 85

```
 1   a one-size-fit-all, too many of us individuals fall
 2   between the cracks as -- especially special needs, self
 3   identity, talents, ethnicities, nativities, et cetera.
 4         Four, it would cause us one vote short for
 5   conservatives in the United States House of
 6   Representatives and remove and keep Louisiana in a
 7   less-empowered position in the United States.  Five, the
 8   only way I could see myself to add a minority district
 9   is to draw it as a Z, S, coil, or snake which all have
10   been rejected over the decades -- which all have been
11   rejected over -- if we have to do so, I'm suggesting we
12   pop up a minority district as a set of archipelago
13   island -- looking like different-size polka dots as the
14   archipelago islands were scattered between a water.
15         A majority districts are districts -- majority
16   district's a district.  Or we can make a district as a
17   coil, like a slinky toy and -- and draw that around the
18   minorities.  And after studying up with myself and JC, I
19   find it mathematically impossible.  So I would say,
20   please -- and he'd adapt to -- his maps, we presenting
21   later.  He is -- JC here is a genius in research,
22   numbers, statistics, and science.  Being an actor myself
23   and also a great devil's advocate, and also trying as a
24   fair approach, I have tried justifying both sides.  And
25   I'm just going to ask you, please do not add another
```

Page 86

1   minority district.  Thank you.
2        REPRESENTATIVE BEAULLIEU:  Thank you, Ms.
3   Labry.  The -- the board is clear.  Members, this is
4   going to conclude our educational meeting this morning.
5   I appreciate you all being here this morning and -- and
6   your attentiveness and your questions.  We're going to
7   have a busy week.  I ask you all to stay close to your
8   computers.  As bills are uploaded, read them, become
9   familiar with them.  If you have amendments, please get
10  them to staff as soon as possible.
11       Remember, you also -- if anybody in any --
12  from the outside is submitting information or submitting
13  maps, to include shapefiles as well so we can have the
14  -- the equivalency -- block equivalency files so that we
15  can -- we can have that data and -- and get it to staff
16  as -- as soon as possible.  But, members, look forward
17  to it.  It'll be a fun week.  Thank you.
18       MS. BAKER:  Move to adjourn?
19       REPRESENTATIVE BEAULLIEU:  Yeah.
20  Representative Thomas has moved to adjourn.
21       (Meeting adjourned.)
22
23
24
25

Page 87

1        CERTIFICATE OF TRANSCRIPTION
2        I, Nathan Pikover, COO of TranscribeMe, Inc.,
3   do hereby certify that 291001-Audio-1-15-24_HC on HG
4   Affairs Meeting.mp4 was transcribed utilizing computer
5   aided means and the TranscribeMe transcription team.
6        The transcript of the audio mentioned above,
7   having been transcribed and reviewed by TranscribeMe,
8   Inc. to the best of the company's ability, is a full,
9   true, and correct transcription.
10       I further certify that neither I, nor the
11  TranscribeMe, Inc. transcription team, have any personal
12  association with the parties involved or are in any way
13  interested in the outcome thereof.
14       Dated this 12th of March, 2024.
15       _____
16       Nathan Pikover, COO TranscribeMe, Inc.
17
18
19
20
21
22
23
24
25

23  (Pages 86 to 87)

| A | | | |
|---|---|---|---|
| **abbreviated** | 19:8,15 | 11:21 18:8 | 55:24 |
| 4:22 | 20:1 21:3 | 23:25 24:4 | 65:25 66:7 |
| **abeyance** | 22:5 24:8 | 33:15 | 77:16 |
| 49:20 | 26:22 | **adoption** | **alignments** |
| **ability** | 27:19,21 | 5:15 | 25:21 |
| 37:5 40:15 | 27:22 | **advance** | **allocate** |
| 87:8 | 33:10,12 | 66:5 79:6 | 6:4 30:23 |
| **able** | 34:9 37:3 | 79:21 80:1 | **allocated** |
| 9:11 17:12 | 38:2 42:19 | **advocate** | 6:2 7:1,9 |
| 25:3 30:16 | 45:9,10 | 85:23 | **allocating** |
| 70:7 | 53:18 | **Affairs** | 14:5,10 |
| **aboard** | 56:15 | 1:4 3:15 | **allocation** |
| 75:15 | 60:19 62:7 | 4:19 27:11 | 9:24 11:20 |
| **abridgment** | 65:15 | 56:7 87:4 | **allow** |
| 19:11 | 68:11 72:2 | **affirm** | 31:2 48:10 |
| **absence** | 76:8,9 | 48:19 | 57:17 |
| 20:6 | 77:21,24 | **African** | 59:22 |
| **absolute** | 78:3 | 9:9 45:3,21 | **allowable** |
| 16:2 | **actor** | 47:22 | 16:13 |
| **absolutely** | 85:22 | 55:21 | **allowed** |
| 47:12 | **acts** | 56:20 | 17:16 44:4 |
| **accept** | 62:9 77:22 | **afternoon** | 74:4,10 |
| 58:24 65:3 | **actual** | 1:17 | **allowing** |
| 67:22,23 | 15:24 41:12 | **age** | 18:17 41:10 |
| 68:1 77:2 | 60:22 | 13:6 | **alluded** |
| **acceptable** | **ad** | **agenda** | 17:3 61:7 |
| 17:13 59:16 | 74:15 | 73:16 | **amend** |
| 65:7 68:3 | **adapt** | **ago** | 3:19 65:4 |
| **accepted** | 85:20 | 14:17 | 68:9 |
| 17:23 44:11 | **add** | **agree** | **amended** |
| **accomplish** | 70:22 83:25 | 43:13 48:6 | 19:15 |
| 18:7 53:20 | 85:8,25 | 50:9,10 | **Amendment** |
| 53:21,23 | **additional** | 53:6 57:11 | 17:9,23 |
| **account** | 4:4,5 6:1 | 58:8 79:8 | 18:2 19:7 |
| 19:12 23:9 | 47:22 48:1 | 83:10,12 | 20:17 24:7 |
| 38:9 | 48:23 | **agreement** | 24:8 53:17 |
| **accurate** | 76:17 84:6 | 71:13 | 56:25 |
| 43:9 47:12 | 84:8 | **agriculture** | **amendments** |
| 48:12 | **address** | 84:18 | 27:13 86:9 |
| **achieve** | 3:20 33:5 | **ahead** | **American** |
| 5:20 13:15 | **addressed** | 49:17 79:5 | 8:2,12,17 |
| 13:17 | 34:16 | 80:18 | 10:7,8 |
| 79:22 | **adjourn** | **aided** | 45:3,21 |
| **act** | 86:18,20 | 87:5 | 47:22 |
| 5:13,15 | **adjourned** | **Alabama** | 56:20 |
| 9:13,13 | 86:21 | 37:7 49:15 | **Americans** |
| 14:24 | **adopted** | 49:16 51:1 | 55:21 |
| 15:18 19:6 | 3:16 5:13 | 55:19,19 | **amount** |
| | 9:14,23 | 55:20,22 | 42:2 44:3 |

| | | | |
|---|---|---|---|
| **analysis** | | | |
| 56:5 | | | |
| **analyst** | | | |
| 4:18 | | | |
| **analyze** | | | |
| 9:11 30:17 | | | |
| **analyzed** | | | |
| 52:10 | | | |
| **analyzing** | | | |
| 13:5 30:20 | | | |
| **answer** | | | |
| 33:10 | | | |
| **Anthony** | | | |
| 5:6 | | | |
| **anybody** | | | |
| 4:9 24:11 | | | |
| 57:10 73:8 | | | |
| 75:4 86:11 | | | |
| **anymore** | | | |
| 72:15 73:24 | | | |
| **anyway** | | | |
| 26:6 | | | |
| **apologize** | | | |
| 36:22 72:24 | | | |
| **appeal** | | | |
| 67:12 | | | |
| **Appeals** | | | |
| 66:14 | | | |
| **appearance** | | | |
| 29:13 | | | |
| **appears** | | | |
| 56:24 | | | |
| **appease** | | | |
| 73:16 | | | |
| **appellate** | | | |
| 40:23 | | | |
| **applaud** | | | |
| 58:11 | | | |
| **applicable** | | | |
| 24:9 | | | |
| **applicants** | | | |
| 71:5,6 | | | |
| **applies** | | | |
| 39:11 | | | |
| **apply** | | | |
| 19:1 20:22 | | | |
| 21:6 39:9 | | | |
| 39:9,13 | | | |
| **appoint** | | | |

64:12,18
**apportioned**
17:10
**apportio...**
5:24,25 6:2
14:1,4,8
**appreciate**
54:4 86:5
**approach**
77:23 84:24
85:24
**appropriate**
33:7 84:2
**appropri...**
34:16
**approve**
75:25 76:1
77:3
**approved**
75:24
**approving**
46:17
**Approxim...**
45:4
**archipelago**
85:12,14
**area**
15:12
**areas**
6:21 7:14
**argue**
73:15
**argued**
50:25 53:12
**argument**
22:12 47:25
49:14 69:6
69:8
**arguments**
44:11,15
47:24 67:2
74:12
**art**
66:4
**Article**
14:17 17:8
**Asian**
8:1,12,17
10:6,6,9

30:7,13
31:7,7
**asked**
4:21 42:13
46:8 55:9
55:15
56:13
57:19
62:17
**asking**
23:2 57:6
61:9 82:8
**assigns**
25:6
**assist**
64:19
**association**
87:12
**assume**
33:1
**assuming**
35:20 61:14
**asterisk**
18:2
**attention**
42:2 84:22
**attentiv...**
86:6
**attorney**
1:21 10:16
33:3 34:18
34:24
35:16 52:2
55:13,16
58:20 72:6
75:7,10
78:6
**attorneys**
70:25
**audio**
87:6
**August**
66:15
**automati...**
76:4
**available**
4:24 9:24
**avoid**
17:12 77:19

**avoiding**
18:19 21:1
21:2 22:4
22:4
**aware**
23:19
**awareness**
23:22

———————
**B**
**back**
1:12 11:17
21:13
29:12 35:2
35:6 36:17
37:21
44:13 55:9
58:23 60:9
63:3 66:8
66:11,12
67:18
68:25
72:10 77:2
**bad**
58:16,17
59:18
**Baker**
2:3,4,7,9
2:11,14,16
2:18,20,22
2:24 3:2,5
3:7,10
86:18
**balance**
69:22
**Balancing**
39:10
**banc**
46:8,9
**based**
13:13 17:5
17:7,8,22
18:20
19:17
22:15
31:24
40:18 43:7
45:4 49:14
50:3,23
51:22 52:4

56:2 58:25
58:25 59:2
59:2 64:17
78:1 82:5
82:10
**basic**
73:21
**basically**
11:14 19:8
31:1 49:19
68:10 82:4
**basing**
15:25
**Baton**
28:23
**bears**
79:4
**Beau**
46:23 47:2
47:10
**Beaullieu**
1:1 2:5,6
3:12 5:4
8:19 10:21
10:25 12:3
12:5,16
13:22 16:6
16:22,25
21:10
23:16 29:1
29:8,14,25
32:16,20
34:17,21
35:8,11
40:3,25
42:7 46:16
46:18,20
46:25 47:3
47:6,9,10
49:10
51:19,23
54:5 60:11
64:2 67:25
68:12,16
70:6,13,18
75:5 78:5
78:14,17
80:4,14,18
81:4,6,8
81:15,20

81:23
83:22,23
86:2,19
**begging**
54:13
**behalf**
36:23
**believe**
29:5,12
36:25
45:19 46:4
49:23
51:25
53:13 62:2
62:4,5,24
62:25 69:3
69:14,21
77:17,21
**believed**
37:17
**benefit**
80:25
**benefits**
47:14
**BESE**
25:5,17
**best**
35:25 37:5
39:6 41:8
54:4 69:11
70:3 81:16
87:8
**better**
51:8 55:14
69:4 70:2
**big**
83:1
**bill**
15:5 22:10
22:12,23
23:3,4,8
27:6,6,16
27:19,21
56:9,14
57:7
**Billings**
2:9,10
**bills**
1:14,22 2:1

2:2 9:18
78:20 80:9
86:8
**birthday**
60:22
**bit**
9:16 51:24
76:7
**Black**
7:25 8:11
8:16 9:8
10:4,5,5,7
10:9 11:15
11:22,24
31:6,7,21
31:22
51:13,22
52:5,6,9
52:12
54:22 58:1
82:6
**blame**
39:15 62:3
**block**
20:7 25:1
86:14
**board**
8:5 15:3
78:7 86:3
**boards**
14:21
**bodies**
14:20
**body**
61:11 71:22
73:10
**bottom**
36:11
**boundaries**
7:21 24:17
**Boyd**
2:11
**break**
83:2,16
**breakdown**
82:6,19,20
83:16
**brief**
4:21 81:18

82:3
**briefly**
5:7,16 6:6
14:16
**bring**
22:9
**broad**
38:23
**brought**
37:25 51:5
**built**
29:2 39:22
**bunch**
81:1
**business**
84:15
**businesses**
84:19
**busy**
86:7
**button**
4:4,5 12:11
**buttons**
12:8

---
**C**

**calculation**
16:1
**call**
2:3 5:12
14:11
26:23 28:6
46:22
47:10
66:25
74:24
78:21
**called**
5:25 9:14
**calling**
47:1
**calls**
1:12
**candidate**
71:8,12
74:9
**candidates**
20:8
**capable**

64:8
**capacity**
4:20
**capital**
1:7
**card**
78:18,22
**cards**
1:13 80:5,5
**care**
73:17
**Carlson**
2:12,13
**carry**
76:21
**carrying**
56:14
**Carter**
2:14,15
10:19,22
10:23 11:1
11:2,9,12
11:14,17
11:25 12:6
54:6,7
60:12
70:23
**Carver**
2:16,17
**case**
17:8,19
18:1,24
19:23 28:9
37:7 38:1
43:22
44:20
49:15,16
49:19,20
50:25 53:9
55:19
62:25
65:20,21
65:23,24
65:25 66:2
66:3,6,7,7
66:9,10,16
67:20,23
71:6
**cases**

17:20 20:18
20:19 40:1
63:15
**categories**
31:2,4
**category**
8:14 10:4,9
10:13,14
11:7,22
**cause**
85:4
**caused**
57:23
**caveat**
79:18
**cell**
1:9
**census**
5:9 6:6 7:2
7:10,22
8:16 9:5
9:10 11:8
11:23
24:13,21
24:22 26:1
26:3,6,10
26:13
28:10,11
30:5,8
31:4,8
**central**
84:20
**centrally**
50:7
**cert**
66:5
**certain**
2:1 16:19
19:24
53:14
57:16 83:3
**certainly**
28:2 29:18
30:13
54:24
**CERTIFICATE**
87:1
**certify**
87:3,10

**cetera**
84:14 85:3
**Chair**
2:4 12:15
12:19 30:2
32:24 35:5
41:2 64:5
70:17 75:4
**chairman**
2:4 4:17,20
4:23 11:3
13:24 17:3
35:14
49:13 54:4
54:8 60:13
64:1 70:21
75:13
78:15
**challenge**
26:6 65:5
67:22 68:8
76:24
79:15,19
**challenged**
72:7
**challenges**
69:8 79:11
**chance**
59:9
**change**
7:20,22
40:2 48:24
62:7,25
64:24
**changed**
29:3,5
**changes**
3:20
**changing**
64:24
**charge**
14:11
**chart**
8:3
**chase**
53:19 68:20
**check**
31:18,21
68:24

checked
30:6
chief
33:7 34:16
  35:19,19
choice
19:22 57:18
  71:8,12
  74:9
choose
74:16
choosing
71:18 77:25
chose
8:15
circle
53:18,22
  69:2
Circuit
46:6 55:18
  66:11,14
  66:18,19
  77:5
circular
53:17
circumst...
13:18 19:17
  20:7,11
  25:13
  39:12
citizen's
19:12
citizens
6:1 21:6
  71:11,19
  73:11
  74:23 75:3
civil
35:18 52:2
claim
37:10,13
  38:13
clarify
19:16
class
19:19 30:24
  84:3,24,25
Clause
14:23 17:22

20:16 24:7
41:7,12
clear
17:1 32:24
  36:22
  38:25
  39:17
  42:17
  62:19
  69:20
  77:18 86:3
clearer
69:18
clearly
6:17 7:14
  16:15
  72:20
  77:25
clears
78:7
clever
52:7,8
click
4:3
close
8:23 16:23
  18:9 26:21
  40:13
  50:16 86:7
coast
7:14
coastal
6:20
cohesive
20:6
coil
85:9,17
colleague
35:3
colleagues
23:1
collective
84:3,25
color
19:12 26:24
  84:4
color-coded
82:5
colors

27:2
columns
31:15
combination
9:7 11:10
  12:2
come
13:8,12
  15:10,14
  41:12
  43:21
  54:21
  57:20
  59:16
  71:13 74:5
  74:10
  78:23
  79:20 80:8
  80:10,10
  80:13 84:8
comes
71:17 79:15
coming
33:7 71:9
comma
24:25
comments
1:23 5:2
Commission
15:2
committee
1:3,16 3:15
  3:16 4:1,7
  4:20 6:25
  8:25 9:22
  9:23 11:21
  22:9 27:8
  27:11
  35:13,15
  40:4 47:18
  51:9 54:8
  56:8 65:9
  70:8 74:5
  74:10 81:3
  81:9,11,25
common
56:19
communities
24:19 39:9

41:16
84:15
community
45:18,20
  73:23
compact
20:4 57:15
  57:16 58:3
compactness
18:18 20:2
  39:6 50:3
  50:5,7
company's
87:8
compare
55:24
compared
32:8
compelling
20:24,25
  21:25
complaints
53:8
complete
62:23 63:1
completed
61:22
compliance
24:6 59:3
complicated
77:9
comply
56:16 57:25
  58:10,18
  68:23
complying
56:24
composed
24:10
compressed
44:6 61:23
  61:25
computer
64:22 87:4
computers
86:8
concepts
5:8 14:4
concerns

59:21
conclude
86:4
concludes
32:18
conclusion
50:8
concurred
27:13
condolences
42:11
conduct
14:21
conducted
36:6
confected
15:13 31:3
confection
58:21
confirm
35:20
confuse
73:5,7,8,9
confusing
39:15 69:15
congratu...
42:10
congratu...
42:11,12
  78:10
Congress
5:11,13 6:3
  7:9 14:9
  14:10 15:1
  16:9,13
  17:4,6
  25:5,22
  54:19
congress...
5:23 9:13
  15:23
  16:17 26:9
  26:12,19
  26:19,20
  44:23
  45:16,17
  48:1 74:7
congressman
7:5 55:24

congressmen
6:4 7:1
  79:13
  84:23
conserva...
85:5
consider
25:12 84:9
consider...
28:21
consider...
24:4 25:20
  43:11
  74:23
considered
26:6 56:9
  56:10
considering
75:2
constantly
69:2
constitu...
84:21
constitu...
14:2,18
  39:18
  69:20,23
  75:23 76:4
constitu...
20:4 77:22
constraints
69:11
contain
24:12 25:17
  25:18,22
contained
19:7
contest
18:20
context
38:15
contiguous
24:10
continue
65:2 67:20
  68:8 73:18
  76:14,21
  77:20
contradicts

53:21
contrary
54:24
control
40:14 43:22
  44:4
convince
52:11
COO
87:2,16
copies
24:2
copy
3:14
core
41:20,21
  42:1,4
cores
18:19
correct
29:3 31:23
  40:16
  42:20,24
  43:3 48:19
  61:6 69:22
  87:9
corridor
7:12
count
31:22
counted
11:4 30:7
  31:19,21
counting
30:5
couple
1:9 3:13
  4:7 8:25
  41:1 42:16
  49:13
  78:18
court
5:11 18:25
  23:12 25:5
  28:4,7,18
  29:6 34:7
  36:6,19
  37:8,13,18
  37:18,25

38:18,25
39:5 40:19
41:9 42:1
43:21 44:2
46:8 48:21
49:18
53:12 57:1
58:19,23
59:15
65:18,20
66:13,14
69:4,12,15
69:17 71:1
72:7 77:6
court's
52:25
courts
15:1 16:15
  19:24 20:9
  20:19
  23:19
  36:14
  39:13,16
  44:11,17
  53:14 60:1
  62:10 63:1
  63:3,18,19
  69:9,25
  72:7 77:17
  79:8
Cox
18:5
cracks
84:22 85:2
create
14:6 57:17
  58:10
  69:25 84:6
created
17:19
creating
72:10
criteria
5:9,19 18:8
  23:10,24
  24:1 31:17
  34:9 37:1
  41:9 52:6
  52:13
  54:19

56:23
65:13
68:25
82:13
criterias
22:11
current
28:6,17
  65:16
currently
27:23 34:14
  36:9,11
cycle
26:12

D

dark
26:24 29:22
  29:22,23
data
6:7 24:21
  24:21,22
  24:23 26:4
  26:6,7
  31:15 45:5
  86:15
date
48:14 53:14
Dated
87:14
day
25:10,10
  40:23
  52:12
  60:21
  74:11
days
70:11
dead
12:10
deadline
36:16 44:14
deadlines
14:18,22
  36:12
  70:15
dealing
15:6 17:20
debate

59:2
debating
1:22 78:20
  81:21
decade
6:16 7:7,19
  36:3
decades
6:24 25:8
  85:10
decide
64:15,16
  65:20
  67:21
decided
18:24,25
  55:8 63:15
  66:3,7
decides
64:6
decipher
41:23
decision
46:7 59:15
  61:16
  62:23,25
  66:10 67:3
decisions
21:5 22:7
declared
77:12
declining
46:8
decrease
8:21
defeats
20:7
defend
37:2,4
  42:19,25
  43:1 46:5
  46:14 53:3
  61:18
  63:11 70:4
  76:21 78:2
defending
36:24 37:1
  42:23 46:3
  53:2,4

defends
63:7
defense
43:9  63:13
defensible
46:4
defined
59:14
definitive
38:1
delay
62:20
delimited
25:1
demand
66:25
Democrat
82:6
demographer
64:11
demographic
7:22
denial
19:11
denied
58:22
department
30:19,20
deputy
35:19,20
derives
17:18
descript...
84:5
desk
12:9
determin...
19:25
determine
5:18  16:1
  20:11  65:6
  73:3
determining
52:16
deviate
26:16
deviation
16:1,2,3,5
  16:10,12

17:12,14
17:17  18:6
26:17
28:15
40:13
deviations
16:1  17:2
18:15
26:25
27:25
28:18
29:22
devil's
85:23
Dick
36:16  37:24
46:5  48:2
48:3,4,24
58:24
62:24
63:21  64:5
66:12  67:5
72:17
74:21
75:18
Dick's
54:12  67:4
differ
59:4,4
difference
26:18  28:24
61:16
differences
6:16  45:7
different
5:24  14:4
17:3,5
37:10
43:24  50:5
50:11,12
50:22,22
51:1  55:20
59:13,25
61:24
75:18
76:25
differen...
85:13
differen...
26:5

difficult
25:11  39:3
40:20,24
69:10
71:14,14
71:18
73:14,25
74:17
difficulty
37:6
direction
60:8
directions
39:17
directives
36:21  39:4
director
35:17  52:2
disagree
63:11
discrimi...
18:1  19:5
21:1  22:4
72:4  84:12
discussed
41:20
discussing
3:18  74:13
disparate
37:9,13,19
37:20  38:7
38:14
disparity
55:5  56:18
dispersed
58:2
distinguish
21:6
district
5:18,21,21
7:20  12:20
12:23,24
12:25  13:9
13:13
15:15,25
18:25  20:5
24:19
25:10,14
25:21,23

26:16,19
26:20  27:3
27:4  28:16
28:19,21
28:22,23
28:24
34:15  36:6
47:23
49:22,25
51:22
54:22  58:3
58:7  59:16
66:13
71:20  72:7
73:13  74:7
82:15,17
84:6,8
85:8,12,16
85:16  86:1
district's
85:16
districting
14:1,5
18:15  84:5
districts
7:16,18
13:16
15:12,14
15:23,24
16:4,17
17:4,15,18
17:21
18:10,19
18:22  19:2
22:18  23:9
25:9,17,18
25:22,23
26:9,12,15
26:21,23
27:6,21
28:6,7,7
28:10,15
28:19,20
28:25  29:2
29:6  44:23
45:17,17
45:20,21
45:24
47:15
50:18  69:1

82:11,12
82:18
85:15,15
divide
15:13
divided
57:13  73:19
73:20
79:24
82:15
83:13
dividing
45:10
division
35:18  52:2
divisions
24:14  73:21
document
9:24  11:20
15:17
30:17
documents
5:2
doing
1:18  36:22
38:11,15
39:6  43:11
49:7,9
60:7  61:5
61:6  69:11
dots
85:13
draw
14:12  17:5
17:16  25:9
28:13
36:14,16
36:17  37:2
38:19
39:19
40:15,16
41:6,8,16
44:13  46:5
46:10,11
46:12  48:7
48:10,11
48:14,25
50:2  52:16
53:4  63:3
63:5,22,23

63:24 64:5
64:7,16,17
65:3 66:19
67:18,20
69:21 70:3
70:10 74:6
75:19 76:7
76:12 85:9
85:17
**drawing**
14:6 25:9
25:10 40:6
41:11,19
45:24
61:22 64:8
69:18
**drawn**
7:16 23:20
27:22
28:10,11
36:2
**draws**
75:24 76:23
77:1,1
**drew**
16:8 49:5
76:13
**drives**
41:11
**driving**
41:18
**dropped**
7:3,4
**due**
25:20 28:8
**duties**
14:18 76:5
**duty**
76:20,21

**E**

**earlier**
28:9 30:6
52:15 61:8
68:19
**easier**
50:6 79:13
**easy**
35:24 36:19

36:20
38:24
41:24
50:19,21
68:22
69:13
79:15 83:1
**educate**
72:22
**educated**
70:24
**educating**
1:19,19
**education**
1:25 15:4
**educational**
80:6 81:24
86:4
**Edward**
78:23,25
**Edwards**
18:24
**effect**
36:10,11
**effects**
6:20
**effectua...**
18:16
**effort**
17:12 59:12
**eight**
6:25 7:2
56:6 70:11
**eighties**
6:25
**either**
56:3 72:20
**elaborate**
43:7
**elect**
19:22
**elected**
14:7,13
22:18
79:17
**election**
19:18 24:13
36:12
78:11

**elections**
71:9
**electorate**
19:21
**electron...**
24:25
**Elementary**
15:3
**emerging**
7:6
**employed**
26:4
**empty**
60:25
**en**
46:8,9
**enacted**
15:4
**encourage**
15:20
**encouraged**
5:3
**ended**
36:3 40:6
**enjoined**
36:12
**enormous**
44:3
**ensuring**
70:23
**entire**
62:14 63:9
**entitled**
44:10 62:6
63:12,13
63:16
**environment**
23:21,22
**equal**
6:3 7:17,18
14:23 15:7
17:6,22
20:16 24:7
25:18,23
26:21 28:2
28:3,8,14
41:7,12
**equality**
5:20 13:16

16:16 17:2
17:17,20
18:13
**equally**
19:18 31:17
57:13
**equivalency**
25:1 86:14
86:14
**especially**
38:16 85:2
**essence**
22:8,10
**establish**
24:17
**established**
16:16 19:17
19:24 20:9
22:6 29:7
41:9 65:4
**et**
84:14 85:3
**ethnicities**
84:14 85:3
**ethnicity**
8:4
**everybody**
1:15 4:15
17:1 57:8
**evidence**
21:4 40:18
**exact**
77:10
**example**
22:2 43:19
**excellent**
38:22
**exercise**
41:19 64:20
64:22 67:8
**existing**
67:15 68:13
68:14 78:1
**expect**
48:24
**experience**
71:1
**expert**
64:14,19,19

**experts**
43:18,21
52:6,11
64:12,18
**expiration**
72:1
**explain**
36:10 39:17
59:24
**expressed**
55:13
**expressly**
45:8
**extent**
7:18 24:13
24:20
25:21
**Extraord...**
5:14 15:19
27:20

**F**

**face**
21:8 35:1
79:21
**facie**
18:1
**fact**
14:2 28:14
36:8 38:17
39:22,23
40:18,19
40:24
43:11 44:8
44:23 45:1
45:2 51:2
57:13
58:25 59:6
74:1
**fact-fin...**
36:7 43:6
61:18
**factor**
20:21 41:6
41:10 42:5
51:14
52:16,18
57:12
65:13

factors
20:10 23:23
 51:12
facts
50:23 55:7
fair
32:5 47:23
 48:5 56:24
 69:19
 71:19
 74:22
 85:24
faith
17:11 37:12
fall
84:22 85:1
familiar
9:17,18
 15:21 35:1
 35:7 86:9
family
73:23
far
70:23 83:19
farmers
84:15,18
Farnum
2:18,19
 49:11,12
 49:21,24
 50:14 51:7
 52:14,19
 52:23 53:6
 53:16 54:6
 68:19,19
fashion
53:17
favorably
27:8
feature
41:18
February
27:7,8
 66:20
federal
15:6 19:5
 24:9 32:1
 40:14,20
 58:6,14,16

59:15 60:6
 60:24
 63:19
 64:10
 69:12,23
feel
63:9 65:12
field
17:17
Fifth
46:6 55:17
 66:11,13
 66:18,19
 77:5
fights
73:18
figure
9:21
figured
33:9
figures
28:12 30:9
 56:22
file
24:21 25:1
files
86:14
final
46:15
find
1:2 23:11
 31:18 84:5
 85:19
finding
38:17 39:22
 39:23
 40:24
 43:11 44:8
findings
36:8 40:18
 40:19 51:2
fine
62:3
firmly
22:6
first
1:6 5:13
 6:24 15:19
 27:20 49:1

49:7 54:16
 55:20
 56:23
 71:10,24
 71:25
 72:12
 77:19
 80:22
fit
82:13
five
18:9 45:19
 85:7
flip
9:14
floor
59:24,24
focus
83:4
folder
3:23 15:17
folders
3:13
folks
71:20
follow
70:1
followed
37:17
following
7:2 26:10
 26:13
force
76:4
forced
62:7
foreign
72:8
forget
3:25 4:9
forgot
1:10
form
61:12
former
35:3
forth
61:7 76:21
forward

48:16,23
 65:25
 77:21 78:9
 86:16
found
20:17,19,20
four
40:5 59:23
 65:8 85:4
fractured
41:25
Frieman
35:4,4,5,9
 35:20
 40:17 78:8
 78:15
front
67:4,18
 74:21
frustrating
43:16
full
62:1 87:8
fun
86:17
fundamental
62:8
fundamen...
63:6
further
21:24 87:10
furthest
26:25 29:23
 29:24
future
78:10

——————
G
Gadberry
2:20,21
 12:13,14
 12:19 13:1
 13:7,20
 14:16
 32:21,22
 32:23 33:2
 33:4,9,13
 33:17,21
 33:24 34:1

34:5,8,10
 34:11,19
 34:23 64:3
 64:4 65:8
 65:22
 67:10,15
 68:17,18
 68:23 70:9
 70:16,19
Galmon
78:23,25,25
 79:3
gavel
1:6
gender
45:7 84:4
genealogy
84:4
general
1:21 10:17
 14:22 33:3
 34:18,24
 35:16
 55:13 75:7
 78:6
general's
52:3 55:17
 58:20 72:6
 75:10
generally
7:13 17:23
generated
64:23
genius
85:21
geographic
14:12 15:12
geograph...
14:6 20:1
 39:6,10
 83:3
geograph...
20:3
geography
24:11 25:6
 79:14,16
gerrymander
65:14
gerryman...

20:16 84:9
84:10
**getting**
49:1
**Gingles**
19:23
**give**
4:21 12:16
25:20
34:25
36:21
38:14
39:17
58:16 69:4
70:1 74:8
82:3
**given**
14:25 36:20
37:18 39:5
41:8 42:1
44:14,17
54:20 71:7
72:21,21
**gives**
82:19 83:21
**giving**
5:7 12:17
38:22
**glad**
35:6
**go**
4:2 5:3
11:17
12:20
13:13,16
20:12
21:13
36:17
37:12,18
37:21
42:16
44:13,17
44:21 46:8
46:9 48:21
55:9 58:23
60:9 62:7
62:18 63:3
64:25 65:6
66:19 67:8
68:9,25

73:16 76:4
79:23
80:18,22
82:3
**goals**
13:17
**God**
72:17
**goes**
43:17 76:10
**going**
1:18,24
3:14,17,20
4:11,13,22
10:2,15
15:16 16:8
19:4 20:12
25:3 28:19
34:25
35:23
38:24,24
39:13
41:15,22
42:18 49:5
50:19 51:8
53:3,7,15
54:22 56:3
56:3 61:11
61:11
63:22
64:15,25
68:12 69:2
70:7,17
71:4 72:10
73:14,18
75:7 79:7
79:22 80:2
81:9,11,11
85:25 86:4
86:6
**gold**
26:7
**good**
1:2 17:11
37:11 41:3
60:8 66:2
75:13,14
78:13
82:19
83:21

**gotcha**
12:3
**governing**
14:20
**government**
32:2 56:7
69:23
**governme...**
1:4 3:15
4:13,19
21:25
27:11
**governor**
27:15,16
58:11,12
58:13
66:25
**grades**
77:5,6
**grant**
66:8
**granted**
55:17 66:5
**great**
35:15 74:23
85:23
**green**
29:23
**Greensburg**
79:1
**grew**
6:7,12,23
**grounds**
21:9
**group**
19:13 20:2
30:24
57:15,17
65:12
**groups**
30:24 81:1
**growing**
7:7
**growth**
6:8,9,10,18
7:11,13
8:13
**guarantee**
36:4 68:6

**guess**
13:8 31:18
61:5 65:13
65:17 72:9
**guidance**
30:18,20
31:25 32:4
32:6,12
70:2
**guidelines**
71:14,15
**gumbo**
1:11,11
**guys**
79:4,7,19
79:25

**————— H —————**

**half**
16:10,12
82:17,17
**handle**
34:18
**hands**
66:12
**happen**
43:20 48:13
71:3 84:25
**happened**
43:23 60:3
**happening**
69:24
**happens**
36:8 70:5
**happy**
20:13 38:3
81:25
**harbor**
18:3,3
44:17
**hard**
4:9 35:23
50:21
**harder**
50:2
**harm**
71:4,4
**Harmon**
80:15,16,22

80:24,24
81:5,7,13
81:18,22
82:2 83:24
84:7
**Hays**
20:18,19
**head**
30:4
**headway**
74:18
**hear**
10:16 15:7
36:25
47:15
78:21 81:9
**heard**
40:12 41:3
43:5 46:16
47:11
**hearing**
1:14,21
9:18 43:24
48:2,20
61:23
65:15
**hearings**
5:1,1
**heat**
26:23 29:21
**heavily**
41:21
**heeded**
66:25
**heeded-to**
84:23
**height**
84:4
**held**
37:24 49:19
49:19
**Helena**
79:1
**help**
51:11,11
83:9
**helpful**
30:4
**helping**

64:11
HG
87:3
Hi
4:17
high
28:23
hired
42:25 43:19
Hispanic
8:4,6,8,9
historical
6:14
history
51:3,3 72:4
77:14,15
hit
12:11
hold
2:1 10:21
81:13 82:1
83:6
holiday
60:21,24
home
1:12 74:24
honest
54:10
hopefully
83:7
hours
65:9,9
74:11
House
1:4 3:15
4:3,13,19
15:2 25:4
25:16 27:9
27:13,17
35:2 56:7
56:9,14
57:7 85:5
hundreds
31:4,15
hurricanes
6:20
hurt
84:23

**I**

I-10/12
7:12
idea
21:18
ideal
5:18,21
12:23 15:9
15:11,15
15:25 18:9
18:10
25:20,23
26:8,16,25
27:1,3
28:16
29:23,24
identical
50:6
identified
7:24,25 8:1
8:2
identifying
9:1
identity
85:3
III
14:17
illegal
38:10 84:9
84:11
illustra...
5:10
immediately
64:7 82:22
impact
37:10,13,20
37:20 38:7
38:14
impacted
45:20
import
25:2
important
5:19,22
6:23 7:15
18:13
22:21,25
23:5,8
24:3 26:11

41:17 42:4
54:10
imposing
19:10
impossible
69:25 85:19
impression
54:12 58:16
improper
38:10
inaudible
10:19 11:5
34:12
60:24 73:1
79:2
incident
18:16
include
18:17 86:13
included
5:12 9:12
9:12 10:13
includes
10:11 14:17
14:18
including
4:25 13:18
14:23
62:14
increase
8:18,22
increased
8:10 26:9
incumbents
18:20
Indian
8:2,12,17
10:7,8
indicated
36:15
indicates
10:1
individual
26:15 84:21
84:21
individu...
84:3
individu...
22:22

individuals
85:1
inequality
27:5
inexplic...
21:8
information
30:3 70:25
72:23
78:21,22
86:12
injunction
36:9,9
43:24
48:20
61:24
63:16 71:2
76:16,19
76:22
input
40:15 59:21
59:23
64:17
inputs
64:24
instruct...
69:5
intent
37:16,17
intercha...
14:2
interest
18:6 20:24
20:25
21:25
24:19 39:9
41:17
interested
81:1 87:13
interesting
8:14,18
interests
21:3 45:18
45:20
47:15
59:13
73:11
84:15
intervene

76:24
introduce
35:12 51:17
80:19
introduced
27:7
introducing
78:24
invidious
18:1
involved
35:18 87:12
involving
14:15
irreparable
71:4,4
island
85:13
Islanders
10:11
islands
85:14
issue
19:15 59:14
61:5 62:12
76:18,18
77:24
82:14
issue's
15:6
issued
36:9 37:8
66:17
issues
13:5 19:4
30:17 33:5
51:5
It'd
79:14
It'll
86:17
items
5:12

**J**

January
1:3
JC
80:24 84:7

85:18,21
**Jefferso...**
28:22
**job**
35:25 36:22
37:3 38:6
38:8,22
39:18,19
42:13,20
45:24
50:21,21
54:15,23
69:18,21
70:3 73:5
73:6,7
77:8,18
78:2 79:5
83:1
**Johnson**
2:22,23
**join**
34:25
**Joint**
9:23 23:25
24:1
**Jones**
35:17 51:16
51:21 52:1
52:1 72:25
72:25 73:2
73:4 78:8
**judge**
32:25 33:18
33:19 36:6
36:16
37:24
39:23
40:14 43:6
43:22 44:3
44:3 46:5
48:2,24
51:16,21
52:4 54:12
55:12 56:2
57:24 58:6
58:15,16
58:24
60:11
62:24
63:21 64:5

64:10
65:17
66:11,13
67:4,5
70:14,23
72:17,19
73:25
74:20
75:18
**judge's**
52:13 54:15
**judges**
19:2 60:6
**judgment**
66:5
**judicial**
18:22 19:1
40:20
**jump**
8:18
**jurispru...**
17:7 22:16
54:17 57:1
69:14,17
**justice**
30:19,19
**justific...**
17:13
**justific...**
39:8
**justify**
38:21
**justifying**
85:24

**K**

**Katrina**
6:20
**keep**
1:23 6:12
39:5 75:6
85:6
**Kelly**
48:2
**key**
6:9 10:16
21:3
**keyed**

12:23
**kind**
4:14 8:20
9:2 30:18
40:4 43:6
51:24 66:4
70:25 75:9
76:6 82:2
**King**
60:21 61:2
**knew**
57:9
**know**
1:23 5:23
6:17,18
7:14,17
8:24 9:8
12:7,7
15:7,8
18:12
20:17
21:15 22:9
22:16,17
22:22 23:4
23:7,21
30:12 31:2
31:5 32:5
34:11
36:23 37:3
38:23
39:11,14
40:4,21
41:13,14
42:10 44:2
44:14,16
45:7 47:14
47:19 48:9
49:4,17
50:18 51:7
52:21 53:2
53:4,8,10
54:1 59:17
60:23
63:22
64:23
66:24 67:8
69:7,13,16
69:24 70:2
70:9 71:1
71:21

76:24 77:1
77:8,13,23
80:1 83:1
83:13,19
84:11
**know-how**
72:19
**knowledge**
72:19

**L**

**labeled**
10:14
**Labry**
80:8,17,20
80:23
83:24 84:1
84:1 86:3
**lagging**
6:11 7:8
**laid**
22:13,13
**language**
19:13
**large**
20:3 64:22
**larger**
17:17 55:22
**Larios**
18:5
**Larry**
35:3,20
**Larvadain**
2:25 3:1
**late**
6:25
**Laughter**
29:17 47:8
**law**
5:8 15:6
19:5 22:14
22:17 24:9
38:3 45:14
49:6 54:16
54:16 55:2
55:6 56:1
56:2 58:18
59:3,5,6
63:8,11

72:3
**laws**
15:5 23:10
63:7,8
72:5
**lawsuit**
79:4
**lawyer**
63:7
**lawyers**
57:4 62:14
**leaders**
1:7
**learn**
72:22
**leave**
79:17 83:22
**left**
12:9
**legal**
14:15,22
17:5 33:7
34:14,16
54:2 55:15
**legally**
17:13 66:22
**legislation**
23:5
**legislative**
1:6 4:18
14:19
16:11
17:24
39:24
**legislat...**
4:3
**legislators**
75:22
**legislat...**
57:23
**legislature**
4:25 14:5
15:5 23:25
24:4 26:22
27:6 28:13
29:16,19
33:16 37:3
37:4 38:3
39:19 40:7

43:17
46:17
47:11,13
55:8,9,10
55:16 57:9
59:1,2
60:3 61:21
62:8,9,15
63:10,13
68:11
71:12 76:8
76:9 78:3
**legitimate**
18:6 54:2
**leisure**
3:17
**length**
61:25
**less-emp...**
85:7
**lessening**
84:21
**let's**
25:25 75:5
75:6
**letter**
22:16
**liberals**
84:17
**light**
12:12 27:1
**lighter**
27:1
**limitation**
24:14
**limited**
30:15,15
**line**
36:11
**lines**
14:6,12
20:19
36:22
38:19
41:11
64:16
65:14
**links**
4:25

**listen**
57:10
**listening**
74:11
**litigate**
44:18 70:7
76:15
**litigated**
37:14 40:1
44:6 49:17
66:1 76:20
**litigation**
19:14 27:23
33:6,23
34:14 35:1
35:19,25
36:3,5,5
37:8 38:2
38:7,13,16
39:20
43:18 51:4
61:21
62:14
66:15 70:8
77:11,20
**litigator**
62:3
**litigators**
53:10
**little**
9:16 12:17
50:17
51:24 76:7
77:9
**live**
80:2
**Liz**
34:24 35:16
**local**
14:20
**located**
50:8
**long**
40:5 60:5
**longer**
73:17
**look**
5:3 8:4,20
8:21 13:17

19:25
30:21,25
31:2,10
48:22
53:25
54:16,17
56:5,15,18
56:21,23
57:19 69:3
70:7 75:1
75:6 78:9
79:3,20
81:7 82:11
83:7,11,16
86:16
**looked**
27:25 34:2
55:1 57:25
65:10
73:22,23
79:14 82:7
**looking**
15:9 33:20
65:10
82:13,21
83:5,20
85:13
**looks**
20:11
**loop**
53:23
**losing**
7:8
**loss**
7:12
**losses**
7:15
**lost**
62:12,12
**lot**
4:10 17:20
19:14
36:21
41:15,24
44:17
53:25 60:4
60:20,23
62:11
71:20
79:12

**Louisiana**
4:6 5:25
6:2,6,15
7:12 10:12
18:7,23,25
20:18
22:19,20
40:10
44:24 48:5
55:21,23
55:25 58:7
73:17,22
75:2 79:1
82:5 85:6
**Louisiana's**
5:16
**low**
28:21
**lower**
51:13
**Lowery**
4:12 38:22
**lowest**
6:12
**Lowrey**
4:15 8:19
13:23 16:6
21:10 29:1
29:25 30:3
32:21
34:22
**Lowrey-D...**
4:16,18 5:6
9:3 11:6
11:10,13
11:16,19
12:1,4,22
13:3,15,21
13:24
16:15,24
17:1 21:17
21:20,23
22:3,15,25
23:13,15
23:18 29:5
29:11,18
30:8,11
31:12,14
31:24 32:3
32:7,9,12

32:14,18
33:2,5,12
33:15,19
33:22,25
34:3,6,10
34:13,20
80:12
**luck**
78:13
**Luther**
60:21 61:2
**luxury**
72:14
**Lyons**
2:7,8 60:12
60:13,16
61:20
63:25 64:3

---

**M**

**ma'am**
23:13 61:7
78:4
**main**
4:3 5:19
84:16
**maintained**
7:3
**Maintaining**
39:9
**maintenance**
24:18
**majority**
20:4,7
47:13,20
47:21 84:8
85:15,15
**majority...**
36:2 68:4
77:12
**makeup**
74:12
**making**
21:5 22:7
22:20
44:15
63:14
73:25
**malappor...**

5:10 26:14
28:4
**man**
15:8
**managed**
53:9
**map**
6:14 26:11
26:23
27:21,22
29:21 36:2
36:8,15,16
36:18,24
36:25 37:1
37:2,2
38:21 40:6
40:16
41:19 42:3
42:19 43:1
43:2,20
44:7,13,16
46:4,5,5
46:10,11
46:12,14
46:17
47:12,13
47:17 48:1
48:5,7,10
48:11,14
48:16,17
48:25 49:4
49:5,6
53:2,3,4,5
54:2 55:14
55:14 56:3
56:4,5,8,8
56:16,19
56:24 57:3
57:5,8,9
57:17,20
58:10,14
58:14,23
58:25 59:7
59:7,19
61:22 62:5
63:4,5,22
63:23,24
64:5,7,8
64:15,16
64:17,25

65:3,5,7
65:10,11
65:16,16
66:19
67:12,14
67:18,20
67:22,22
67:23 68:1
68:3,4,7
68:13,15
69:7,8
70:3,4,10
72:19
74:12
75:18,19
75:23,24
76:1,7,8,9
76:12,13
76:14,19
76:23,24
77:1,1,2
77:10,10
77:12 78:2
78:2 79:2
79:8,10,14
79:15,17
82:1,4
**map-drawing**
64:20
**maps**
5:11 16:8
16:11
32:25
39:19 41:8
41:16,19
47:17
52:16
53:25 56:6
56:12
59:23 60:4
64:13,23
65:10
69:19,21
72:3,10,11
74:1,4,4
74:19,20
74:21,22
75:8 81:16
81:21
85:20

86:13
**Marcelle**
3:2 21:11
21:12,18
21:21 22:1
22:8,24
23:6,14,17
39:2 42:8
42:9,15,22
42:24 43:4
43:14
44:19,22
45:1,15,23
45:25 46:2
46:13,20
46:22 47:1
47:5,7,9
48:4 49:8
49:11 74:3
**March**
27:15,18,19
87:14
**Martin**
60:21 61:2
**mathemat...**
85:19
**matter**
1:24 34:14
43:19 49:6
59:7 62:11
74:24
**matters**
40:14 43:6
43:10
**mean**
16:5 26:14
28:14 31:5
31:7,9
34:3 36:24
38:12 39:2
39:7,10,16
43:12 45:6
45:8 46:12
49:2 53:1
53:2,4,8,9
56:11
59:18
61:15 62:2
62:13,21
63:6 64:10

64:11 65:2
66:5 67:1
67:17 68:2
68:18 69:9
69:16
77:25 78:2
80:9
**means**
10:15 43:7
66:6 87:5
**measure**
15:8,9
**meet**
23:11 34:9
39:1 68:24
69:1
**meeting**
1:16 39:7
54:8 80:7
86:4,21
**Meeting.mp4**
87:4
**meetings**
51:10
**member**
15:24 17:21
19:13 20:4
24:24
25:17,22
**members**
1:1,4,19
3:13,24
4:17 8:20
12:6 14:9
19:19,20
19:20 24:2
25:2 28:17
34:22 35:6
35:15 70:6
78:16,17
86:3,16
**memory**
29:4
**mentioned**
28:9 87:6
**merits**
43:25 44:1
44:9,11
48:18 49:3

53:11 61:9
61:14,15
61:15,17
62:6,7,18
63:3,4,17
67:19
76:15
**Merrill**
37:7 38:5
41:21,24
42:5 66:7
66:16
**messed**
72:16
**met**
22:11 65:12
**method**
6:3
**metric**
26:5
**metro**
6:21
**metropol...**
28:24
**mic**
51:24,25
**microphone**
12:12
**Middle**
18:24 34:15
51:21
**Milligan**
37:7 38:5
41:21,24
42:5
**mind**
2:3 6:12
16:7 35:12
51:23
78:24
**mine**
46:1
**minorities**
19:5 71:7
74:8 85:18
**minority**
19:13 20:5
30:24,24
58:7 84:6

85:8,12
86:1
**minority's**
20:8
**minority...**
74:7
**minus**
18:9 25:19
**mission**
36:7
**mixed**
9:1
**moment**
14:17 20:12
**monster**
58:17
**month**
74:11
**months**
49:17
**moral**
73:22
**morning**
1:2 4:12,22
41:3 75:13
75:14 78:7
79:20 80:7
86:4,5
**motion**
55:3 61:23
**move**
48:16,23
77:20
86:18
**moved**
86:20
**Moving**
10:17
**municipa...**
24:17
**Murrill**
34:24 35:1
35:14,16
41:5 42:13
42:21,23
43:3,12,15
44:20,25
45:4,23
46:1,3,14

48:3,13
49:16,23
50:10,15
51:15,17
52:17,21
52:25 53:7
60:14,15
60:15,16
61:20 64:5
64:10
65:19,23
67:13,17
68:1,14,21
69:3 70:12
70:14
75:14,16
75:20 76:2
76:6,12
78:12

_____
**N**
**name**
4:17 46:23
52:1 72:23
79:3,4
**narrowly**
20:23 21:24
**Nathan**
87:2,16
**nation**
6:8,11,12
7:8
**national**
73:16
**nativities**
85:3
**nauseam**
74:15
**nays**
27:9,13,17
27:19
**nearly**
17:6 25:23
28:2
**necessarily**
18:3 22:16
**necessary**
61:13
**necessit...**

7:20
**need**
1:11 9:18
23:10
27:25
41:13
46:10
53:10 58:8
58:24
66:19 71:2
71:3 75:1
77:17
80:23
82:17 83:5
**needs**
4:10 85:2
**nefarious**
37:16
**negative**
16:3
**neighbors**
73:24
**neither**
87:10
**neutral**
21:8
**never**
43:25 45:8
53:22 61:3
63:2 73:19
77:13
**neverthe...**
36:14
**new**
1:6 12:8
22:9 26:4
35:16,17
36:15 37:2
37:2 38:2
38:3 43:20
44:15 46:5
53:3,4
58:12 62:5
64:5,25
67:13
68:10
76:18
**Newell**
3:3 70:19

70:20 73:1
83:13
**nondiscr...**
16:21 17:13
**north**
7:12
**northern**
82:9,11,22
**note**
60:18
**notions**
59:10
**November**
62:21 66:18
**number**
5:17,24 6:4
7:9 8:9,10
8:23 10:1
15:14
24:14
26:15,19
26:20
27:20
28:21
30:15
42:18
45:12 64:8
67:1 76:25
79:6,12
82:15
83:19,20
**numbered**
9:15 15:17
**numbers**
8:5 14:9
17:11
30:12 52:8
64:23
85:22
**numerous**
51:9,10

_____
**O**
**objection**
44:9
**objective**
16:18 18:14
20:10
**observance**

60:22
**obviously**
7:16 13:5
27:3 43:10
**occurs**
39:22
**offend**
59:9
**offered**
62:19,20
**office**
52:3 55:13
55:17
58:20 72:6
**officer**
33:7 34:16
**officials**
14:7,13
**oftentimes**
60:6
**Oh**
12:3
**okay**
5:7,16 6:6
8:7,17 9:9
10:6,7,17
11:12,13
11:17,25
12:1,4
13:1,19,21
16:19 17:1
17:2 18:7
18:12,22
22:15
24:12
25:25
28:11 30:8
30:9 32:15
33:4,25
34:5,19
40:25
42:15
43:14
44:19
47:19
55:11
57:14
58:24 60:4
60:7 63:25
73:3 75:21

| | | | |
|---|---|---|---|
| 76:11 | orange | 37:25 | 63:9 69:7 |
| 80:18,20 | 26:24 27:1 | **overview** | **passed** |
| 81:13,22 | 29:22 | 5:7 81:18 | 27:6,9,12 |
| **old** | **order** | 82:3,7 | 44:7 47:20 |
| 48:16,17 | 9:11,21 | ———————— | 54:1,18 |
| 49:4 54:12 | 18:7 20:22 | **P** | **Patricia** |
| 76:9 | 30:16 | **Pacific** | 4:17 |
| **once** | 67:19 | 10:11 | **pattern** |
| 20:9 29:4,5 | **ordinarily** | **packet** | 7:6 |
| 38:6 42:3 | 62:1 | 9:15 | **patterns** |
| 67:10 | **original** | **packets** | 57:16 |
| 71:11 | 29:2 79:4 | 24:2 | **paused** |
| 79:19,25 | **Orleans** | **page** | 66:2 |
| **one-size...** | 6:21 28:22 | 4:3,3 9:14 | **pending** |
| 84:24 85:1 | **ought** | 9:15 | 49:20 |
| **one-third** | 69:17 | **panel** | **people** |
| 79:23 | **outcome** | 46:7 66:18 | 7:24,25 8:1 |
| **ones** | 49:20 87:13 | **papers** | 8:15,24 |
| 41:18 | **outcomes** | 77:5,7 | 9:1 10:4 |
| **online** | 76:25 | **parallel** | 10:10 11:7 |
| 5:5 | **outline** | 49:14 | 11:23 13:6 |
| **onus** | 61:12 | **parameters** | 16:4 19:2 |
| 72:10 | **outside** | 38:23 | 19:3 28:25 |
| **open** | 1:13 86:12 | **parish** | 43:18 |
| 19:18 | **overall** | 24:17 79:1 | 47:20,21 |
| **opening** | 16:3,5 | **parishes** | 52:7 54:9 |
| 73:2,4 | 17:24 18:8 | 83:16,17 | 56:11 59:4 |
| **operating** | 26:16 | **part** | 59:13,21 |
| 48:15 | 55:22 | 31:22 33:22 | 59:22 |
| **opinion** | **overcome** | 42:1 43:16 | 63:10 68:4 |
| 37:9 41:23 | 79:18 | 51:8 53:1 | 68:5,5 |
| 41:25 48:9 | **overridden** | 59:13 | 70:23 |
| 48:10 50:1 | 21:14,15 | 64:22 | 79:14,16 |
| 66:17 | **override** | 68:24,24 | 82:8 84:18 |
| 69:16 | 39:23 40:8 | 72:9 81:12 | **percent** |
| 84:13 | **overriding** | 82:9,11,22 | 6:7 7:23,24 |
| **opportunity** | 16:17,20 | 82:24 83:4 | 8:1,1,9 |
| 19:20 36:17 | 18:14 | 84:3 | 13:10,11 |
| 48:7 49:1 | 20:20 | **participate** | 16:10,12 |
| 55:11 58:9 | 65:13 | 19:21 | 16:13 |
| 58:9 67:11 | **overrode** | **particip...** | 17:24,25 |
| 71:8,11 | 27:17,18 | 19:19 | 18:8 25:19 |
| 72:15,21 | **overseas** | **particul...** | 28:15 45:5 |
| 72:22 74:3 | 6:1 | 71:3 | 55:21,22 |
| 74:9 77:3 | **overtaxa...** | **parties** | 56:21 |
| **opposite** | 84:17 | 87:12 | 79:23 |
| 52:11 | **overturn** | **pass** | **percentage** |
| **options** | 40:20,24 | 38:2 43:1 | 13:13 |
| 74:6,6 | **overturned** | 62:5 63:8 | **perfect** |
| | | | 25:10,14 |
| 83:18 | | | |
| **perfectly** | | | |
| 68:3 | | | |
| **period** | | | |
| 51:10 | | | |
| **permanent** | | | |
| 76:19 | | | |
| **permissible** | | | |
| 18:16 | | | |
| **permitted** | | | |
| 45:11,14,16 | | | |
| **person** | | | |
| 9:6 10:2 | | | |
| 19:1 57:18 | | | |
| 59:18 | | | |
| **personal** | | | |
| 41:23 87:11 | | | |
| **personally** | | | |
| 54:1 | | | |
| **persuade** | | | |
| 52:9 | | | |
| **perverts** | | | |
| 39:20 | | | |
| **petition** | | | |
| 65:5 | | | |
| **phone** | | | |
| 1:9 | | | |
| **physical** | | | |
| 84:4 | | | |
| **picking** | | | |
| 77:24 | | | |
| **picture** | | | |
| 54:11 | | | |
| **Pikover** | | | |
| 87:2,16 | | | |
| **PL** | | | |
| 24:21 | | | |
| **place** | | | |
| 35:7 55:7 | | | |
| 72:5 | | | |
| **plaintiff** | | | |
| 55:4 79:2,8 | | | |
| **plaintiff's** | | | |
| 65:11 | | | |
| **plaintiffs** | | | |
| 34:7 37:12 | | | |
| 43:8,19 | | | |
| 65:3,4 | | | |
| 67:21 68:7 | | | |

76:14
**plan**
15:23 17:24
20:21,23
21:5,24
22:7 24:25
25:4,6,15
25:16
26:16
**planned**
15:16
**plans**
21:6,7
23:20 24:5
24:10,16
34:4
**pleadings**
53:13 68:9
**please**
1:2,10 2:3
12:11
78:23
85:20,25
86:9
**pleasure**
12:14,19
**plethora**
4:24
**plus**
10:5 18:9
25:19
30:24 31:6
31:6,7,7,7
**plus/minus**
83:20
**point**
3:22 8:3,20
9:2,4
44:12 45:5
63:14,18
83:21
**pointed**
74:1
**policy**
18:17 22:20
23:4
**policyma...**
21:4 22:19
**political**

18:18 19:9
19:21
23:22 59:9
59:13
**politically**
20:5
**polka**
85:13
**poorly**
84:17
**pop**
85:12
**population**
5:9,9,17,20
5:21,25
6:2,10,15
6:17 7:15
7:17,20,22
8:11,11,21
8:22 9:5
9:15,20,23
9:25 10:12
10:15 11:6
11:15,20
11:22
12:21,21
12:23,24
12:24 13:2
13:3,10,12
13:14,14
13:15,17
13:19 15:7
15:10,11
15:11,14
15:15,24
15:25
16:16 17:2
17:6,18,20
18:10,14
20:3,5
21:19
25:18,24
26:8,21
27:2,5,24
28:2,3,8
28:16,20
29:22,24
30:5,9,21
31:3,23
39:10 45:3

45:6 50:3
50:11,12
50:15,16
50:17
51:12,13
51:14 52:5
52:7,10,12
55:21,22
56:20 58:2
68:25
74:13,14
83:21
**populations**
28:14 31:5
**portion**
61:18
**pose**
84:20
**position**
46:6,9
48:25 58:5
77:14 85:7
**positive**
16:3
**possible**
26:22 66:23
86:10,16
**potential**
76:25
**potentially**
77:6
**power**
69:22 84:20
84:21
**PowerPoint**
81:5
**practicable**
7:18 17:7
24:14,20
25:21,24
**practical**
62:11
**practically**
66:23
**practice**
19:10
**pre-cleared**
77:11
**preceded**

37:8 38:16
**precedent**
39:22,25
40:22
69:25 78:1
**precinct**
24:15
**precincts**
24:13
**precondi...**
19:24 20:10
**predecessor**
27:8
**predeces...**
9:22
**predominant**
20:20 41:4
41:6,10
52:17,24
**predominate**
38:18
**preference**
61:8 82:20
**preferred**
20:8
**preliminary**
43:24 48:20
61:23
63:16 71:2
76:16
**premise**
60:19 62:8
**preparatory**
1:15
**present**
2:7,8,9,10
2:11,13,14
2:15,16,17
2:18,20,22
2:24 3:2,5
3:7,10
22:23 23:4
23:8 75:18
**presenta...**
32:19
**presented**
40:19 42:19
43:8 47:17
47:18

48:18 56:7
58:20 59:1
65:11 80:9
**presenting**
22:21 57:3
85:20
**preserving**
18:19
**president**
62:16
**presumed**
77:22
**pretty**
8:22 55:6
56:1 79:24
**previously**
65:9
**prima**
18:1
**primary**
52:6,13
56:22
**principally**
52:4
**principle**
18:15
**principles**
1:20 4:14
19:6
**prior**
18:19 26:11
76:9 77:9
77:10
**privacy**
26:4,5
**probably**
50:17 55:8
64:15
70:16
76:17
**problem**
55:4 57:8,9
57:24
59:19 60:5
70:10
**procedure**
19:11
**process**
11:22 14:4

14:6 19:21
39:20 42:2
61:12,22
65:1,6
70:24 71:1
71:13
73:25
74:17
76:22 80:2
81:2 83:10
**processes**
19:18
**produce**
25:3 79:7
**produced**
79:10
**product**
39:25 43:16
**program**
24:23
**prohibits**
19:9
**Promised**
75:20
**properly**
77:19
**proportion**
12:20 13:12
**proporti...**
45:10
**proportions**
6:4
**proposed**
22:11
**proprietors**
84:16
**protected**
19:19 30:23
75:23
**Protection**
14:23 17:22
20:16 24:7
41:7,12
**prove**
21:23
**provide**
17:12 30:13
**provided**
16:20

**provisions**
17:5
**PSC**
25:5,17
**public**
1:5,19 3:24
5:2 15:2
24:24
**pull**
51:25
**pulled**
79:13
**purpose**
25:1
**pursuant**
27:22
**purview**
69:24
**put**
23:23 40:12
46:6,9
54:10
59:12,22
60:7 64:23
71:16 72:5
74:18
**putting**
59:23,24

_____ Q _____
**qualific...**
19:10
**question**
12:13 13:8
16:7 21:11
24:11 30:1
32:5,21
38:6 46:16
60:17,18
60:23 61:7
75:4,17
77:4
**questions**
1:23,25
3:18 10:17
32:19 38:4
41:1 57:7
70:21,22
74:15 75:6

75:9 86:6
**quick**
48:15 81:25
**quickly**
51:17 54:25
62:19,22
71:3,9
**quite**
54:25
**quorum**
3:11

_____ R _____
**race**
7:24 8:14
9:7 10:3,5
10:6,8
11:11,24
19:12
20:20 21:7
21:7,9
30:22 38:8
38:11,18
41:3,5,10
52:15
53:19
57:12
**races**
8:6 9:2,7
**racial**
20:15 31:4
**radio**
67:3
**raised**
44:9
**range**
16:5,12
17:25 18:8
**ranges**
16:2
**rate**
6:8,9,12
**rational**
16:21 18:17
**reach**
49:25 50:8
**read**
86:8
**real**

38:24,25
46:23
81:25
**really**
7:11 30:11
30:21
37:10 38:8
38:12
42:11
58:21
66:15,22
**reapportion**
60:4
**reapport...**
14:3 54:17
54:19
**reason**
16:20 52:20
52:24 68:2
**reasons**
23:2 36:10
38:20
**receive**
81:11
**received**
5:2 27:10
81:9
**recognized**
12:11
**record**
22:7 39:24
48:18,20
48:22 57:5
57:5,23
58:25
59:12,20
62:23 63:1
74:19
76:16
**red**
29:22 80:5
**reddish**
26:24
**redistrict**
14:14
**redistri...**
1:20,20 4:2
4:6,14,21
4:24 5:8,8

5:20 9:25
13:25
14:15,19
15:1 23:20
23:24 24:5
24:10,16
24:21 25:4
25:16 26:7
26:12 34:9
35:23 36:1
37:1 51:4
51:4 71:10
71:24,25
77:15
**redistri...**
14:21
**redo**
62:10
**redraw**
26:23 42:3
49:6
**redrawing**
72:11
**refer**
15:16
**reflects**
10:4
**refreshing**
1:19
**regard**
51:1
**regarded**
31:17
**regarding**
3:19 14:19
33:6 36:8
**regardless**
31:17
**region**
6:9
**regular**
3:21 23:25
**rejected**
34:2 65:16
85:10,11
**rejects**
67:12,13
**related**
5:14

relates
2:1 4:2
relative
16:4
relatively
50:16
released
24:22
relevant
15:18
remain
76:13
remains
67:4
remedy
27:5
Remedying
21:1 22:3
remember
64:21 86:11
remind
1:11 61:1
78:19
reminder
26:20
reminding
1:15
remove
85:6
Reno
20:18
Rep
74:2
repeat
28:1
repetitive
18:13
replace
68:13,14
report
9:20 10:1
11:7,19
15:20
27:25
31:12 82:4
reported
8:8 10:3,5
10:10,23
11:3,23

26:1 27:7
27:11 30:8
30:12,12
30:22 31:8
reporting
26:3 30:25
reports
9:5,12,13
9:19 25:3
30:16 31:3
31:4
represent
19:3 22:18
57:18
71:20,22
73:12
84:17,25
represen...
18:18 47:22
57:12
represen...
1:1 2:6,9
2:10,11,12
2:13,14,15
2:16,17,18
2:19,20,21
2:22,23,24
3:1,2,3,3
3:4,5,6,7
3:8,9,12
5:4 8:19
10:19,21
10:23,25
10:25 11:2
11:9,12,14
11:17,25
12:3,5,6
12:13,14
12:16,19
13:1,7,20
13:22
14:16 16:6
16:22,25
17:4,15
19:22
21:10,11
21:12,18
21:21 22:1
22:8,24
23:6,14,16

23:17 29:1
29:8,14,15
29:25 30:1
30:2,10
31:11,13
31:16 32:1
32:4,8,10
32:13,16
32:17,20
32:21,22
32:23 33:2
33:4,9,13
33:17,21
33:24 34:1
34:5,8,10
34:11,17
34:19,21
34:23 35:3
35:8,11
39:2 40:3
40:10,25
41:1,2
42:6,7,8,8
42:9,15,22
42:24 43:4
43:14
44:19,22
45:1,15,23
45:25 46:2
46:13,15
46:16,20
46:22,25
47:1,3,5,6
47:6,9
48:4 49:8
49:10,11
49:11,12
49:21,24
50:14 51:7
51:19,23
52:14,19
52:23 53:6
53:16 54:5
54:6,6,7
60:11
61:20 64:2
64:3,3,4
65:8,22
67:10,15
67:25

68:12,16
68:16,18
68:19,23
70:6,9,13
70:16,18
70:19,19
70:20 73:1
75:5,10,12
75:15,17
76:11 76:3
76:11 78:4
78:5,6,14
78:17 80:4
80:14,18
81:4,6,8
81:15,20
81:23
82:18
83:13,22
83:23 86:2
86:19,20
represen...
17:9 35:3
76:5 82:16
83:18 85:6
represented
62:15
represen...
29:24 73:11
73:14 84:2
represents
27:21 56:19
63:7
Republican
82:6
request
55:3
requesting
61:9
require
25:13
required
13:16 62:10
62:18 72:2
requirem...
14:15,23
17:21 28:8
39:7
requires

20:2
research
85:21
resident
5:16 15:11
resolve
59:14
resource
4:10
resources
4:10,24
respect
24:16 75:10
respective
17:11
respond
8:16 9:6,8
9:10
responded
11:7
respondent
30:6,7
responsi...
75:22
responsible
15:1
rest
44:20 83:6
results
19:11
retention
41:20,22
42:1,4
retrogre...
21:1 22:4
revealed
61:19
reverse
84:11
reversed
54:24
review
3:17 40:23
reviewed
46:7 58:19
67:1 72:5
87:7
reviewing
72:11

rework
68:25
rewriting
72:11
Reynolds
17:19 18:21
right
9:3 10:18
12:11,17
13:7 15:6
19:12
22:23,23
22:24
23:24
30:10
31:24
32:13
33:10,24
37:17 43:1
43:20 44:7
45:1 46:2
48:11,11
49:22
52:20
54:14,20
55:10
56:15
58:12,13
60:7,8
61:3,21
63:20,21
65:22 67:4
70:12
71:19
72:16 73:9
73:24
74:16
80:24
81:18
rights
13:5 14:24
19:6,8,15
20:1 21:2
22:5 24:8
45:9 53:18
60:19
65:15 72:2
Rita
6:20
roadshow

5:1
role
2:3
room
12:7 16:14
29:12
Rouge
28:23
rule
24:1,1,2
rules
3:14,16,19
3:20 37:17
71:14,15
ruling
32:24 38:1
52:4 76:18
rulings
51:22 52:13
69:12
rural
84:15

_____ S _____

S
85:9
safe
18:3 44:17
Sanders
17:8
sat
40:4 47:16
51:9 74:10
satisfied
21:20,22
save
80:9
saying
22:12 50:20
58:23
68:19 72:3
says
4:4 22:14
37:9 56:2
57:15,18
59:5 76:5
scattered
85:14
Schamerhorn

3:3,4 75:11
75:12,15
75:17,21
76:3,11
78:4,6
school
14:21
science
85:22
Scott
78:23,23,25
scrutiny
20:21,22
21:14 39:1
77:5
seat
80:19
seats
1:2 14:5,10
second
12:16 36:2
49:9,25
68:4 72:9
74:7 77:3
Secondary
15:3
secretary
62:17
Section
14:17 17:9
19:8,15,16
21:2 22:5
24:8 30:20
37:9,19
45:8,9,11
48:8 53:18
56:15,16
56:25
57:14,19
57:25 58:1
72:2
sections
83:3,3
see
6:16,19 7:6
7:11,19,23
8:13,18
10:1 12:12
16:2 26:17

28:1 35:1
54:20 70:4
73:24 82:9
82:22 83:8
84:11,13
85:8
seeing
25:4
seen
73:19 84:16
84:24
self
85:2
seminal
17:8
Senate
9:23 15:2
25:5,16
27:10,11
27:12,18
62:16
senatorial
82:10,12,15
82:17
sends
53:19
senior
4:18
seniority
29:19
sense
56:19
sent
27:15 66:8
66:11
separately
8:8
series
20:18
seriously
26:3 56:9
serve
19:2 20:23
Service
15:2
session
1:16 3:21
5:12,14
14:12

15:19
18:23
23:25
27:20 28:6
62:18
63:21
71:10,10
71:24 72:1
81:10
set
23:10 48:14
62:18,21
67:5 73:13
79:12
85:12
seven
7:3,3 28:7
50:2,18
55:23
seven-me...
49:22,25
shapefiles
86:13
Shaw
20:18
she'll
64:12
Shelly
48:3,4
shifts
7:19
short
37:23 43:23
43:23
67:19 85:4
shot
49:7,9
showed
6:7
showing
6:10 29:21
shown
19:18
shows
6:14 13:10
26:24
28:17
side
20:15 35:7

47:17 52:9
54:21 73:5
73:6 77:20
**sides**
64:18 85:24
**signed**
53:12
**signific...**
13:2
**significant**
6:17 8:13
10:12 13:4
**silence**
1:10 67:3
**similar**
32:6,12
**simple**
45:13 79:24
79:25
**simplicity**
31:1,9
**Sims**
17:19 18:21
**Simultan...**
46:19,21
**single**
7:24 9:6
15:23
17:21 20:4
25:10,17
25:22
30:22
**sir**
10:18 11:16
12:22
16:24 32:3
72:23 80:4
80:16
**site**
4:6
**Sites**
4:5,5
**sitting**
35:6
**six**
9:7,9,22
12:2 15:22
16:4 44:23
45:16,17

**50**:2 57:13
74:11
79:23
83:18
**size**
20:1
**skin**
84:4
**slightly**
17:16
**slinky**
85:17
**small**
84:15
**snake**
85:9
**sole**
57:12
**somebody**
1:11 58:5
69:7
**soon**
35:21 86:10
86:16
**sorry**
13:11 18:4
29:11
46:18 52:1
60:16,17
**south**
41:13
**southern**
6:8 82:24
**space**
30:15
**Spanish**
84:14
**speak**
51:24 65:11
78:19,22
80:17
**speaker**
56:8,13,14
56:17
57:19
62:15
**speaker's**
57:22
**speaking**

**46**:19,21
80:25
**special**
1:16 5:12
14:12
18:23 20:6
28:6 81:10
85:2
**specific...**
7:10
**speed**
4:15 22:10
**spent**
40:5 51:8
65:9
**spits**
64:24
**split**
24:15 83:18
**spots**
7:13
**spread**
50:12
**St**
79:1
**staff**
4:13 86:10
86:15
**staffed**
4:19
**stage**
63:16
**standard**
17:24 19:1
19:10 26:7
61:24
**standards**
17:3 24:3
**standpoint**
1:25 8:23
82:7,19
**start**
1:16 4:11
42:10 64:6
64:24
68:10
82:20,20
**started**
6:24 11:22

**28**:3 50:20
**starting**
83:21
**state**
6:5,11,15
6:23 7:1,7
7:11 9:5,6
14:2,9,10
15:3,4,12
16:20 18:3
18:6,17
19:9 20:24
20:25
22:18,20
24:9 25:7
26:2 28:17
30:9 33:8
40:10 48:5
50:1,4,4,6
50:11,13
50:21,22
50:24,25
51:14 54:9
55:16 58:2
58:4,21
62:4,17
69:23 71:7
73:17,19
73:20 74:8
74:23 75:2
82:7,10,12
82:23,24
83:2,4,11
83:15
**state's**
20:21
**stated**
45:9 72:18
**statement**
73:2,4
**states**
16:19 17:10
26:4 30:19
36:19
38:17 50:5
58:22 69:4
72:1,4,6,7
72:13 77:6
85:5,7
**statistic**

**15**:17
**statistics**
5:10 27:24
85:22
**status**
19:13
**statute**
54:18 59:15
**statutes**
14:20
**stay**
18:9 41:13
55:12 66:2
86:7
**stayed**
65:24
**step**
1:12 65:18
**stick**
75:9
**stir**
1:11
**street**
84:16
**strict**
16:16 20:21
20:22
21:13 39:1
**strictly**
1:23
**strongly**
21:3 63:9
**structure**
15:21
**studying**
55:6,7 84:7
85:18
**stuff**
57:4
**subdivision**
19:9
**subdivis...**
18:18
**subject**
1:24 18:23
28:8 34:14
**submit**
24:24,25
25:14,14

submitted
32:25 33:1
  33:10,13
  33:18 34:7
  64:13 81:2
submitting
86:12,12
subordinate
24:18
substantial
17:17 18:5
  26:17
substant...
7:17 25:18
  28:14
succeed
55:4,8
suffering
7:15
sufficie...
20:3
suggest
81:17
suggested
66:21
suggesting
85:11
sum
8:14
summer
65:25 66:16
  69:6
supersede
76:9
supervised
66:13
suppleme...
76:17
support
47:13,21,24
  47:25
  58:15
  59:20
supported
21:4 59:19
supports
48:8
Supreme
5:11 25:5

28:4,7,18
29:6 36:19
37:8 38:17
38:25 41:9
49:18 57:1
58:19,23
59:15 60:1
65:17,20
69:4,15,17
77:6
sure
10:16 31:11
  31:13
  42:12 75:1
  80:6,14
survive
20:22 77:4
Susie
84:1
sustainable
59:7,8
system
25:2 40:21
  71:1

— T —
table
35:7 47:16
  56:12 80:8
  80:10
tail
53:20 68:20
tailored
20:23 21:24
take
1:12 15:11
  23:9 38:4
  45:11
  51:15 52:6
  64:15
  65:20,21
  66:10
  71:23,23
  72:14,14
  72:23
  81:25
  82:14,22
  83:3,7
taken
65:23 77:14

takes
15:5 42:4
talents
85:3
talk
9:16 19:4
  20:13 23:8
  25:25
  40:21,22
  45:18
  46:16
  60:19
  61:17 75:8
talked
8:24 10:10
  14:8 21:16
  30:5 47:14
  56:12
  74:15
talking
16:9 24:6
  28:5 29:9
task
36:19,20
  39:3 54:15
  69:10,13
  71:23 72:8
  73:10,15
tasked
53:23
team
62:14 87:5
  87:11
teaser
34:23
technology
5:5 12:8
tell
6:22 9:4
  13:25
  15:22 25:8
  25:9 31:5
  35:22,23
  41:23
  46:11,11
  50:20 57:6
  63:23 65:2
telling
15:22 42:18

52:25
term
14:3 15:7
  24:12,13
  66:4
terms
5:8 13:25
  39:1,7
  40:22,23
  69:22
territories
14:7,13
test
39:13
testify
43:21
testimony
40:12 43:8
  43:22 44:4
  48:23
  57:23 59:1
  64:14
  76:17
  81:12
thank
2:4 3:12
  4:16 5:6,6
  11:2,2
  12:5 13:20
  13:24
  16:25
  21:12
  23:14,15
  23:16 30:2
  30:3 32:13
  32:20,23
  34:19,20
  34:21 35:5
  35:5,9,14
  41:2 42:6
  42:7,9,14
  49:9,10,12
  54:4,5,7
  60:11,13
  63:25,25
  64:1,2,4
  70:17,18
  70:20
  72:17 73:3
  75:3,12,16

78:4,5,7,8
78:12,12
78:14,15
78:15 79:6
79:21,21
79:25 80:3
80:4 83:23
86:1,2,17
theirs
50:16
theory
49:2
thereof
87:13
they'd
50:17
thing
8:3 23:18
43:4 54:14
58:12,13
61:3 68:20
81:24
things
1:9 3:13
22:6 31:8
39:8,11,15
41:15
42:16
49:13 52:8
60:20 61:2
71:3 73:22
think
21:20 22:17
22:21,25
23:3 32:16
33:6 35:24
36:11,18
37:6 38:4
38:5,11
39:4,14
41:3,8,14
41:16,18
41:21,25
42:3 43:15
43:17
44:10
45:18
46:12 48:1
48:18,25
50:16 53:1

53:8,10,16
54:1,9
58:11,11
63:12,14
63:16 64:8
64:9 66:18
66:23,24
69:5,9,19
70:1 73:6
73:7 74:2
77:8,25
79:6,10,22
83:7,12,14
**third**
45:2 56:4
56:20
**Thomas**
3:5,6 41:1
41:2 42:6
42:8 86:20
**Thompson**
29:15
**Thornburg**
19:23
**thought**
38:15,21
40:9,9
55:14 66:1
79:20
**threatened**
75:19,20
**three**
51:8,11
59:23
79:24
82:12
84:20
**throw**
72:13
**till**
81:14 83:6
**time**
28:16 36:1
40:5 44:5
44:16 51:9
54:4 56:4
56:6 59:10
60:5 61:3
61:25
62:11,16

66:17
72:12 75:3
75:7,10
77:19 78:7
79:7,22
**timeline**
5:14 65:4
67:5
**today**
1:3,14 3:18
33:3 35:16
42:18
46:10 54:4
60:20,21
60:23,25
61:4 78:9
78:20
81:21
**told**
36:14 44:13
53:14 60:1
63:3,18,19
63:20
**Tom**
35:17 48:19
52:1 72:25
**tomorrow**
9:17 60:22
**tomorrow's**
81:12
**total**
8:5 9:15,20
10:7,14
12:21,24
13:10,14
15:11,13
51:13
**totality**
13:18 19:17
20:11
25:12
39:12
**touched**
14:16
**toy**
85:17
**track**
60:7
**traditional**

25:20
**transcribed**
87:4,7
**Transcri...**
87:2,5,7,11
87:16
**transcript**
87:6
**transcri...**
87:1,5,9,11
**tremendous**
79:5
**trends**
5:10 6:15
6:18
**trial**
43:25,25
44:8,10
48:14,16
48:17,23
49:3 53:11
55:5 61:9
61:15 62:1
62:6,17,21
63:2,4,17
67:6,7,7
67:11,19
76:15
**tried**
36:23 39:16
57:6,25
59:25
62:22
63:15
73:23 84:5
85:24
**trouble**
12:17
**true**
53:13 54:15
87:9
**try**
53:20 55:9
56:16
57:17,20
58:4,10
59:14,16
70:3 73:8
73:16 75:5

75:6,9
83:9 84:10
**trying**
30:4 31:18
39:5 41:23
42:3 46:23
49:25
53:20
54:13 58:6
58:17
59:17
62:20 73:9
79:23
82:25 83:2
85:23
**turn**
1:10 12:13
**turnaround**
43:23
**tweak**
64:16
**twenties**
29:9
**twist**
59:6
**two**
50:2,2,5
79:24 80:5
**two-thirds**
40:7,9
46:17
47:11
**typically**
64:14

___

**U**

**ultimately**
39:12,18
40:6
**unconsti...**
77:13 78:1
**undermine**
24:18
**understand**
1:6 23:1,7
23:21
51:11
71:15
74:14

**unfair**
47:19 74:24
84:17
**uniform**
6:1
**unique**
26:2
**unite**
83:11,15
**United**
30:19 36:19
38:17
58:22 69:3
72:1,6,6
72:13 77:6
85:5,7
**unjust**
74:24
**untangle**
76:7
**update**
4:13 34:25
**upheld**
40:7
**uploaded**
86:8
**USA**
84:16
**use**
5:17 24:20
26:7
**uses**
6:3
**utilizing**
87:4

___

**V**

**v**
17:7,19
18:5,21,24
19:23
20:18 37:7
38:5 41:21
41:24 42:5
**vacated**
66:8,10
**vacuum**
23:20
**validated**

24:22
value
73:22
VAP
10:14
various
14:20 17:18
vary
28:20
verifica...
24:23
version
37:23
veto
27:17,18
40:8
vetoed
27:16
Vice-chair
2:7
Vice-cha...
2:8 60:12
60:13,16
63:25
videos
5:1
Vietnamese
84:14
viewed
54:9
viewing
3:24
violate
41:7
violated
36:25
violation
19:16 41:12
violations
19:25 21:2
22:5
voices
78:21
vote
15:8 19:1
19:12 23:2
23:3 40:7
57:16 71:8
71:21 74:4

74:9,19,20
85:4
voted
47:11 63:10
73:12
Voters
56:15
votes
27:9
voting
13:5,6
14:24 19:6
19:8,10,15
20:1,7
21:2 22:5
24:8 45:9
46:18
51:12
53:18
57:16
60:19
65:15 72:2
74:13
voting-age
10:15 12:20
13:2,11,14
13:18
51:12,13
52:5,7,9
52:12
74:13
voting-r...
30:17
vs
74:13
VTDs
24:12

W

wait
66:1
want
3:25 4:8,8
4:9 6:22
8:3 9:4,16
12:10
16:22
23:19,23
30:11,14
35:22

48:22
51:15 53:3
58:15 59:6
59:11 61:1
61:8 71:15
73:13 74:2
74:18
78:19,20
78:23 79:5
79:25
80:20,22
81:13
83:10,11
wanted
3:22 55:14
60:18
61:17 80:8
80:17
84:10
wants
58:12,13,13
64:17
watching
5:4
water
85:14
way
9:10 11:15
31:9 32:11
38:14,18
39:21
52:10
54:21
55:10 66:9
66:16 84:5
85:8 87:12
we'll
5:7 20:13
46:25,25
47:3 54:3
61:6 81:25
we're
1:18,24
3:17,20
4:11 5:5
7:8 16:8,8
19:4 28:5
29:9,9
48:1 51:2
52:20,21

53:23
59:17
60:25 61:4
61:5,11
70:7 73:18
78:20 81:9
81:10,20
83:13,14
86:6
we've
9:12 25:25
35:25
40:11,12
43:25
49:19
54:14
60:20 67:1
70:11
72:12,17
72:21
website
4:2,25 9:25
11:21
30:18
week
40:16 86:7
86:17
welcome
1:3,4,5,7
13:21
32:14 35:2
35:4,4
75:15 80:7
80:10,11
Wells
18:24
went
40:8 49:18
54:20 55:5
57:24
61:21,22
65:25 74:8
79:10
weren't
47:24 63:2
Wesberry
17:7
whatnot
40:8
White

7:24 8:11
8:16,21
9:8,21,25
10:1,3
11:3,4,6,8
11:9 13:10
30:6,13,24
31:6,6,6,7
31:19,19
31:20,20
82:6
wiggle
16:14
wish
67:21
wishes
24:24
witness
78:18 80:5
witnesses
1:13 78:19
women
45:5
wonderful
58:9
work
3:25 4:6,9
37:4,10,11
40:11 47:3
70:17 77:4
77:4 82:23
working
5:5 6:24
40:5 60:8
78:9 80:25
83:15
84:18
worry
57:4
wouldn't
2:3 35:11
50:4,8
57:10 61:5
wrap
30:4
Wright
3:7
write
72:19

| | | | | |
|---|---|---|---|---|
| **wrong**<br>48:19 61:3<br>**wrote**<br>60:4<br>**Wyble**<br>3:8,9 30:1<br>30:2,10<br>31:11,13<br>31:16 32:1<br>32:4,8,10<br>32:13<br>46:15<br><br>**X**<br><br>**Y**<br>**y'all**<br>4:21 9:11<br>9:14,17<br>12:8 22:17<br>22:19<br>23:22 31:2<br>31:10 56:3<br>60:7,8,8<br>78:8,9<br>79:6,20,21<br>79:21 80:1<br>80:3,19<br>**yeah**<br>8:19 29:14<br>32:7 33:21<br>34:17 35:8<br>40:17<br>49:16<br>51:16<br>67:25 70:6<br>75:5 81:4<br>81:6,15<br>86:19<br>**year**<br>26:2 70:10<br>70:11<br>**years**<br>4:1,8 8:25<br>40:5 51:8<br>51:11 60:1<br>65:8<br>**yeas**<br>27:13,17,18<br>**yellow** | 27:2<br><br>**Z**<br>**z**<br>85:9<br>**zero**<br>16:23 40:13<br><br>**0**<br>**0.00**<br>16:5<br>**0.01**<br>16:5<br>**0:13:18**<br>10:19<br>**0:13:36**<br>11:5<br>**0:43:45**<br>34:12<br><br>**1**<br>**1**<br>13:9 16:10<br>16:12 17:8<br>28:19 56:9<br>56:14 57:7<br>**1.3**<br>8:1<br>**1.8**<br>7:25<br>**1.83**<br>8:2<br>**1.87**<br>8:12<br>**1:14:43**<br>60:24<br>**1:30:56**<br>73:1<br>**1:39:31**<br>79:2<br>**10**<br>17:23,25<br>18:8 27:12<br>**10.22**<br>6:9<br>**100**<br>8:5 13:11<br>**101**<br>4:21 | **105**<br>25:11<br>**10th**<br>27:10,16<br>**11**<br>27:19<br>**12th**<br>87:14<br>**13**<br>3:10<br>**14th**<br>17:9,23<br>18:2 19:7<br>20:17 24:7<br>27:10<br>53:17<br>56:25<br>**15th**<br>1:3 19:7<br>24:8 27:12<br>53:17<br>66:20<br>**18**<br>13:4,6<br>**18th**<br>27:12,14<br>**1920s**<br>29:10<br>**1940**<br>6:13<br>**1960s**<br>17:19<br>**1965**<br>14:24 19:6<br>**1980**<br>7:1<br>**1982**<br>19:16<br>**1986**<br>19:24<br>**1988**<br>4:20<br>**1990**<br>6:18 7:2<br>28:10,11<br>**1990s**<br>36:1<br>**1997**<br>28:10,11 | **1st**<br>27:7<br><br>**2**<br>**2**<br>16:12 17:9<br>19:8,15,16<br>21:2 22:5<br>24:8 28:15<br>30:20 37:9<br>37:19 45:8<br>45:9,11<br>48:8 53:18<br>56:15,16<br>56:25<br>57:14,19<br>57:25 58:1<br>**2.30**<br>8:12<br>**2.74**<br>6:7<br>**20,000**<br>26:10<br>**2000**<br>6:18 7:4<br>**2000s**<br>6:19<br>**2010**<br>6:19 7:4,16<br>7:23 8:10<br>26:8 32:8<br>**2020**<br>5:9 6:6<br>7:10 8:10<br>26:1,10,13<br>32:6<br>**2022**<br>5:13 15:18<br>27:9,20<br>**2024**<br>1:3 87:14<br>**20s**<br>29:3,20<br>**21**<br>23:25 24:1<br>29:6 71:25<br>**24**<br>16:3<br>**26** | **55:20**<br>**27**<br>27:12,13,18<br>**291001-A...**<br>87:3<br><br>**3**<br>**3,711**<br>6:1<br>**30th**<br>27:16,18<br>**31**<br>27:17<br>**31st**<br>27:19<br>**32.8**<br>7:24<br>**33**<br>27:9 55:21<br>56:21,21<br>79:23<br>**33.13**<br>8:11<br>**362,000**<br>28:25<br>**39**<br>25:11 82:14<br><br>**4**<br>**4**<br>8:9 26:19<br>**4,657,757**<br>5:17<br>**4.25**<br>8:9<br>**41**<br>16:3<br>**476,554**<br>28:21<br>**4th**<br>27:8<br><br>**5**<br>**5**<br>15:18 25:19<br>27:20,21<br>27:22<br>28:23<br>33:10,12 |

```
  34:9 42:19        60:3
   72:2             88,120
50                   26:18
  45:5             _____
57.06                    9
  8:11             9
_____          9:15
        6           90
6                    7:2
  9:13 14:17        92
   25:11             60:4
   26:20 27:3       94-171
   82:15,16          24:22
   82:17
6.92
  8:10
602,853
  28:16
62
  27:13
62.56
  7:23
65
  16:4
69
  13:10
_____
        7
7
  28:21
7.35
  6:8
70
  27:9
71
  13:11
72
  27:17
755,562
  26:9
776,292
  26:10
_____
        8
8
  15:18
838,610
  28:23
84
```