

# PohlmanUSA®
## Court Reporting and Litigation Services

Louisiana State Senate 1st Special Session-Audio Transcription

January 17, 2024

In Re: Louisiana House Floor/Committee Video

PLAINTIFFS' EXHIBIT PE25

MALE SPEAKER: Senate will come to order. Sector, open machines. Members, vote your machines. OCHA, machines. Senator McMath is here. Senator Pressly. Senator Morris. Senator Talbot. Senator Talbot is here. Senator Connick is here. 36 members are present for a quorum. Senate will rise. Senator Mizell will -- will open the senate in prayer and also lead us in the -- for the Pledge of Allegiance.

MS. MIZELL: Thank you, Mr. President. Members, before we pray, I just want to say, we are all here for a time such as this. I -- I haven't heard one member say this is easy, and I -- I just -- I think it would be appropriate if we join together in the Lord's Prayer of unifying our body and reaching out to God. If you'd join me. Our Father, who art in Heaven, hallowed be Thy name. Thy kingdom come. Thy will be done on earth, as it is in Heaven. Give us this day our daily bread. And forgive us our trespasses, as we forgive those who trespass against us.

And lead us not to temptation, deliver us from evil. For thine is the kingdom and the power and the glory forever. Amen. Thank you. Join me in the pledge, please.

(Pledge of Allegiance.)

MALE SPEAKER: Reading of the journal.

Page 2

1      MS. MIZELL:  Official Journal of the Senate of
2  the state of Louisiana, Second day's proceedings,
3  Tuesday, January 16th, 2024.
4      MALE SPEAKER:  Senator Hodges moves to
5  dispense the reading of the journal without objection.
6      MS. MIZELL:  Petitions, memorials, and
7  communications, I am in receipt of a letter from the
8  president appointing the parliamentarians, Senator
9  Gregory Miller.  Messages from the house, the house is
10 finally passed and asked for concurrence in the
11 following house bills and joint resolutions.  House Bill
12 16.  House Bill 8, respectfully submit headed.  Michelle
13 Fontenot, Clerk of the House.  Introduction of House
14 bills.  Senator Talbot now moves for suspension of the
15 rules for the purpose of reading the house bills the
16 first and second time and referring them to Committee.
17     House Bill 8 by Representative Mike Johnson is
18 an act to Entitled 13 relative to the Supreme Court to
19 provide relative to redistricting Supreme Court Justice
20 districts.  It is referred to senate and governmental
21 affairs.  House Bill 16 by Representative McFarland is
22 an act to appropriate funds and to make certain
23 reductions from certain sources to be allocated to the
24 designated agencies and purposes in specific amounts for
25 making of supplemental appropriations.  Refer to

Page 3

1  finance.
2      MALE SPEAKER:  Oh, Senator O'Connor for an
3  introduction.
4      MALE SPEAKER 2:  (inaudible 0:04:15).
5      MALE SPEAKER:  Oh, okay.
6      MALE SPEAKER 2:  It's okay.
7      MALE SPEAKER:  Never mind.  It's -- that zip
8  sound?  Senate bills on third reading and final passage.
9      MS. MIZELL:  First bill?  Senator Womack now
10 moves for a suspension of the rules for the purpose of
11 calling out of order, Senate Bill 8 by Senator Womack.
12 It's an act to amend Title 18 relative to congressional
13 districts to provide for the redistricting of
14 Louisiana's congressional
15     FEMALE SPEAKER:  To provide with respect to
16 positions and offices other than congressional, which
17 are based on congressional districts.
18     MALE SPEAKER:  Senator Womack, on your bill.
19     SENATOR WOMACK:  Thank you, Mr. President.
20 Colleagues, I bring Senate Bill Number 8 before you this
21 evening.  As you know, Louisiana congressional districts
22 must be drawn, given the Federal Voting Rights Act
23 litigation that is still ongoing in the US District
24 Court for the Middle District of Louisiana.  This map in
25 the bill that I'm introducing, which is the product of a

Page 4

1  long, detailed process, achieves several goals.
2      First, as you know and you're aware of,
3  Congresswoman Julia Letlow is my representative in
4  Washington, DC.  The boundaries in the bill I'm
5  proposing ensure that Congresswoman Letlow remains both
6  unpaired with any other incumbents, and in a
7  congressional district that should continue to elect a
8  Republican to Congress for the remainder of this decade.
9  I have great pride in the work of Congresswoman Letlow
10 and -- that she's accomplished, and this map will ensure
11 that Louisianans will continue to benefit from her
12 presence in the halls of the Congress for as long as she
13 decides to continue to serve this great state.
14     Second.  Louisiana has six congressional
15 districts.  The map that's proposed bill ensures that
16 four are safe Republican seats.  Louisiana Republican
17 presence in the United States' countours has contributed
18 tremendously to the national discourse, and I'm very
19 proud that both Speaker of the US House of
20 Representatives, Mike Johnson, and US House Majority
21 Leader Steve Scalise are both from our great state.
22 This map ensures that two of them will have solidly
23 Republican districts at home, so they can focus on the
24 national leadership that we need in Washington, DC.  The
25 map that's proposed in this bill ensures conservative

Page 5

1  principle is retained by the majority of those in
2  Louisiana and will continue to extend past our
3  boundaries to the nation's capital.
4      Third.  The corridor that you see on the map
5  that -- that you have on your -- your table, if you'll
6  notice the map runs up Red River, which is barge
7  traffic, commerce.  It also has I-49, which is a --
8  which is -- goes from Lafayette to Shreveport, which is
9  also a corridor for our state that is very important to
10 our commerce.  We have a college.  We have education
11 along that corridor.  We have a presence with ag with
12 our row crop, as well as our cattle industry all up
13 along Red River in those parishes.
14     A lot of people from that area, the
15 Natchitoches Parish, as well as Alexandria, use
16 Alexandria for -- for -- for their healthcare, their
17 hospitals, and so forth in that area.  So finally, the
18 amounts in the proposed bill responds appropriate to the
19 ongoing Federal Voting Rights Act in the Middle District
20 of Louisiana.  For those who are unaware, the
21 congressional amounts that we enacted in 2022 of March
22 have been the subject of litigation, roughly since the
23 day -- the 2022 Congressional Redistricting Bill went
24 into effect.  Even before we enacted it.
25     After a substantial amount of prolonged

Page 6

1  litigation, the Federal District Court has adhered to
2  its view that the federal law requires that the state
3  have two congressional districts with a majority of
4  Black voters.  Our secretary of state, attorney general,
5  and our prior legislative leadership appealed that, but
6  have yet to succeed.  And we are now here because of the
7  federal court order, that we have to have first
8  opportunity to act.  The district court order that we
9  must have two majority voting-age population districts,
10  combined with the political impurities I just described,
11  have largely -- largely driven the boundaries of
12  District Two and District Six on your map, both of which
13  are over 50 percent voting -- Black voting age
14  population.
15       Given the state's current demographics, there
16  is not enough high Black population in the southeast
17  portion of Louisiana to create two majority Black
18  districts, and to also comply with the US Constitution
19  one person, one vote requirement.  That is the reason
20  why District Two is drawn around Orleans Parish, while
21  District Six includes the Black population of East Baton
22  Rouge Parish and travels up the I-49 quarter to include
23  Black population in Shreveport.  While this is a
24  different map than the Plaintiffs' litigation have
25  proposed, this is the only map I reviewed that

Page 7

1  accomplishes the political goals I believe that are
2  important for my district, for Louisiana, and for the
3  country.
4       While I did not draw these boundaries myself,
5  I carefully considered the number of different map
6  options.  I firmly submit that the congressional voting
7  boundaries represented in this bill best achieve the
8  goals of protecting Congresswoman Letlow's seat,
9  maintaining a strong district for Speaker Johnson, as
10  well as Majority Leader Steve Scalise, ensuring four
11  Republican districts, and adhering to the command of the
12  Federal Court in the Middle District of Louisiana.  And
13  I ask for favorable passage.
14       MALE SPEAKER:  We have -- we have one question
15  by Senator Morris for --
16       SENATOR MORRIS:  Senator Womack, among the
17  factors that you considered was the community of
18  interest of the district.  Something that was considered
19  in coming up with this version of the map that we have
20  before us.
21       SENATOR WOMACK:  Senator Morris, this map was
22  strictly drawn from the political aspect of our
23  congressman in -- in office is how it was drawn.
24       SENATOR MORRIS:  Did -- you didn't consider
25  the community of interest of people having something in

Page 8

1  common with one another within the district?
2       SENATOR WOMACK:  No, I didn't because it was
3  -- it was -- we had to draw two districts, and that's
4  the only way we could get two districts.  One of the
5  ways we could get two districts, and still protect our
6  political interest.
7       SENATOR MORRIS:  Well, one of the things you
8  said earlier was that -- that we had in common the
9  agriculture.  You mentioned that.  That's a community of
10  interest.  So you did consider agriculture as being
11  something that everybody had in common with this
12  district, or?
13       SENATOR WOMACK:  My comment was -- was the
14  fact that it was along that corridor.  Ag was along that
15  corridor some -- some -- not so much in that community
16  interest.  Just maintaining -- bringing out the fact
17  that I-49 does go through there, and it does encompass
18  your -- your timberland, your ag, your hospitals.  Just
19  trying to bring to light some of the positives going up
20  that corridor.
21       SENATOR MORRIS:  So would you -- would you say
22  that the heart of this district is Northeast Louisiana
23  and North Central Louisiana?
24       SENATOR WOMACK:  I wouldn't say the heart of
25  the district is that way, but the way the district -- to

Page 9

1  pick up the -- the -- and honor the courts, it had to be
2  drawn like it had to be drawn to pick that up.
3       SENATOR MORRIS:  So the -- is there a heart of
4  the district?
5       SENATOR WOMACK:  If it is, it'll be a small
6  majority of the heart.  I don't think it's a -- it's a
7  -- it -- it has a heart of the district, but it had to
8  start somewhere.
9       SENATOR MORRIS:  Do you know what the most
10  populated parish is of Congressional District Five at
11  the current moment?
12       SENATOR WOMACK:  I do not.  I hadn't looked at
13  that to -- to prove that myself.  I (inaudible 0:08:54)
14  -- could be Ouachita Parish.
15       SENATOR MORRIS:  Right.  So Ouachita Parish,
16  which is the most populated parish in Congressional
17  District Five, which you seek to protect for
18  Congresswoman Letlow.  Your map cuts Ouachita Parish
19  into various pieces, does it not?  And puts a lot of
20  that in Congressman Johnson's District Four, correct?
21       SENATOR WOMACK:  That's true.  The way the map
22  is drawn.  That's in my bill.  That is the way it's
23  drawn.
24       SENATOR MORRIS:  And like you, your -- I -- I
25  think you indicated that Congresswoman Letlow is your

Page 10

1  congressperson, and -- and it's important to you for her
2  to remain to be your Congresswoman; is that correct?
3      SENATOR WOMACK:  Very important.
4      SENATOR MORRIS:  Well, under your map, I would
5  be Congressman Johnson's -- in his district, and so
6  would Senator Cathey, and so would Representative
7  Echols; is that correct?
8      SENATOR WOMACK:  That would be correct.  I
9  don't -- I know -- I've been to your house, but I hadn't
10 been in any of the others, but I think you're correct.
11     SENATOR MORRIS:  So that would be important to
12 me; did you know?  But -- but this district as it's
13 drawn now, would move Lincoln Parish and Louisiana Tech
14 into Congressman Johnson's district; would it not?
15     SENATOR WOMACK:  That's a possibility.
16     SENATOR MORRIS:  Well, your map does -- map
17 does put Lincoln Parish -- all of Lincoln Parish into
18 Congressman Johnson's district; does it not?
19     SENATOR WOMACK:  It does do that, yes.
20     SENATOR MORRIS:  So -- but the district does
21 reach down into Baton Rouge; does it not?
22     SENATOR WOMACK:  It does.
23     SENATOR MORRIS:  And the district includes
24 Tiger Stadium in the district and also Joe Aillet
25 Stadium at -- in Louisiana Tech in Ruston.

Page 11

1      SENATOR WOMACK:  In the minority district, in
2  district -- in District Two -- or District Six.
3      SENATOR MORRIS:  Isn't it true that Tiger
4  Stadium in your -- on your map is located in
5  Congresswoman Letlow's district?
6      SENATOR WOMACK:  Yes.
7      SENATOR MORRIS:  And so is Joe Aillet Stadium
8  at Louisiana Tech.
9      SENATOR WOMACK:  Not -- not in -- not in that
10 district.  She don't go into -- under my map, she
11 doesn't go into Ruston.
12     SENATOR MORRIS:  Under your map, all of
13 Lincoln Parish is in Congresswoman -- that's Lincoln on
14 the map right there.  That's where Ruston is.
15     SENATOR WOMACK:  Right.
16     SENATOR MORRIS:  And so that is Congresswoman
17 -- that would be -- it's currently Congresswoman
18 Letlow's, but now it's going to be Congressman
19 Johnson's.
20     SENATOR WOMACK:  Right.
21     SENATOR MORRIS:  Okay.  Right.
22     SENATOR WOMACK:  Yeah.
23     SENATOR MORRIS:  So they will be in different
24 districts.  Tiger Stadium will be in Congresswoman -- I
25 mean, yeah, Congresswoman Letlow's district, but

Page 12

1  Louisiana Tech will be in Congressman Johnson, even
2  though Louisiana Tech is only 30 mile -- 30, 40 miles
3  away from Congresswoman Letlow's home.
4      SENATOR WOMACK:  I -- I agree with that --
5  with that totally, where we had to draw two minority
6  districts.  That's -- that's the way the numbers worked
7  out.  You've worked with -- with -- with redistricting
8  before, and that's -- that's -- you have to -- you have
9  to work everybody around the best you can.  This is --
10     SENATOR MORRIS:  Well, as of yesterday before
11 Committee, the map -- my home and Senator Cathey's home,
12 but you amended it to put even more in Congressman
13 Johnson's district; did you not?
14     SENATOR WOMACK:  Senator Morris, my
15 understanding that -- that -- that my amendment put you
16 all in Congresswoman Letlow's district.
17     SENATOR MORRIS:  In Congressman Johnson's
18 district under the -- under your amendment because it
19 added more Ouachita Parish into District Four; did it
20 not?
21     SENATOR WOMACK:  My understanding that when we
22 moved that, that it added y'all.  I could be wrong on
23 that, but it added y'all.
24     SENATOR MORRIS:  The -- the amendment as I
25 understand it and looked at it in Committee before

Page 13

1  yesterday, the bill as filed -- but now, under the
2  current version of the bill, I am in Congressman
3  Johnson's district.
4      SENATOR WOMACK:  Okay.
5      SENATOR MORRIS:  Don't you think we should
6  have moved -- included Louisiana Tech and Ouachita
7  Parish in the Northeast Louisiana Congressional
8  District?
9      SENATOR WOMACK:  Senator Morris, it's -- it's
10 a lot of could have, and -- and -- and I regret that
11 it's not, but we also have to look at the other members
12 of Congress, and what we can live with concerning that.
13     SENATOR MORRIS:  If your bill gets out of --
14 off the floor today and goes over to the House, would
15 you be amenable to amendments that would allow this
16 district, as long as all the other requisites are -- are
17 there for -- to comply with the judge's order, and to
18 comply with, you know, the -- the community of interest
19 and all the other redistricting principles that we have
20 to abide by?
21     SENATOR WOMACK:  Senator Morris, I have no
22 problem in that, as long as it -- it -- it -- it -- it
23 meets the requirements of the bill.
24     SENATOR MORRIS:  Thank you, Senator.  I
25 appreciate your efforts, and I'm hopeful that we can --

4 (Pages 10 to 13)

Page 14

1  as if -- assuming the bill does move, that we can
2  perhaps find a resolution that can make everybody, if
3  not absolutely happy, a little happier.  Thank you.
4        SENATOR WOMACK:  Thank you, Senator Morris.
5        MALE SPEAKER:  Senator Stine for the floor.
6        (Pause.)
7        SENATOR STINE:  Thank you, Mr. President.
8  Members of this esteemed chamber, today we stand at a
9  crossroads, burdened with a decision that weighs heavily
10 on each of us.  The congressional map before us, a
11 construct far from our ideal, now demands our reluctant
12 endorsement.  It pains me, as it does many of you, to
13 navigate these troubled waters not of our own making,
14 but of a heavy-handed, Obama-appointed federal judge,
15 who has regrettably left us little room to maneuver.
16 This map, imperfect as it is, stands as a bulwark
17 protecting not just lines on a map, but the very pillars
18 of our representation in Congress.
19       It safeguards the positions of pivotal
20 figures, the United States Speaker of the House, the
21 majority leader, and notably, the sole female member of
22 our congressional delegation.  Her role is not merely
23 symbolic.  She is a lynchpin in the appropriations,
24 education, and workforce committees which are vital to
25 the prosperity and well-being of our state.  We are the

Page 15

1  guardians of Louisiana's voice on the national stage.
2  Our decision today, while constrained, is crucial.
3        It's about more than lines on a map.  It's
4  about ensuring our state's continued influence in the
5  halls of power where decisions are made that affect
6  every citizen we represent.  So with a heavy heart, but
7  a clear understanding of the stakes, unfortunately, we
8  must pass this map before us instead of giving the pen
9  to a heavy-handed, Obama-appointed federal judge who
10 seeks to enforce her will on the legislature.  Into an
11 untenable situation, rather than acting as a co-equal
12 branch of government as laid out in our constitution.
13       MALE SPEAKER:  Senator Carter for the floor.
14       SENATOR CARTER:  Thank you, Mr. President,
15 members.  This proposed map by Senator Womack -- well,
16 let me start with the current district, District Two.
17 The current African American voting age population in
18 District Two is currently 58 percent.  This map proposed
19 by Senator Womack reduces it to barely 51 percent, and,
20 Committee, the bill's author testified that no sort of
21 performance analysis had been conducted to determine
22 whether or not District Two continues to consistently
23 perform as an African American district.  There are
24 serious concerns about this map.  There are serious
25 concerns about this proposal.

Page 16

1        Despite those concerns, I stand in support of
2  this legislation.  It still needs work, it must be
3  amended, but I stand in support of it today, and I speak
4  only for today.  I would like to read to you all a
5  statement from Congressman Carter, who currently
6  represents the Second Congressional District.  Many of
7  us served with him either when we were in the House, or
8  those of us who served with him in the Senate.  Here's a
9  statement.
10       "My dear friends and colleagues, as I said on
11 the steps of the capital, I will work with anyone who
12 wants to create two majority-minority districts.  I am
13 not married to any one map.  I have worked tirelessly to
14 help create two majority-minority districts that
15 perform.  That's how I know that there may be better
16 ways to create -- to craft both of these districts.
17 There are multiple maps that haven't been reviewed at
18 all.  However, the Womack map creates two
19 majority-minority districts, and therefore I am
20 supportive of it.  And I urge my former colleagues and
21 friends to vote for it while trying to make both
22 districts stronger with appropriate amendment."
23       "We do not want to jeopardize this rare
24 opportunity to give African American voters the equal
25 representation they rightly deserve."  And that's the

Page 17

1  statement from Congressman Troy Carter.  I expressed my
2  concerns.  They're serious concerns.  It is my
3  expectation and my hope that this bill continue to be
4  worked on, that amendments continue to happen, but today
5  I stand in support.  Thank you.
6        MALE SPEAKER:  Senator Jackson for the floor.
7        (Pause.)
8        SENATOR JACKSON:  He tried to cut off my mic.
9        (Pause.)
10       MALE SPEAKER:  Members, you have to talk
11 directly into the mic, unlike in previous times, where
12 you could kind of talk around the mic.  You have to
13 literally talk directly into the mic for it to work.
14 We're going to adjust that for the next --
15       SENATOR JACKSON:  Hello.  Okay.  Good.
16 (inaudible 0:23:11) was going to have a fit if I wasn't
17 able to speak.  I stand in support of this map.  I first
18 want to thank Senator Womack, who had the fortitude,
19 regardless of how we got here, but to stand up and do
20 what the last body couldn't do, and that's to come
21 together.  But I do stand to say this because I said it
22 in Committee.  I reluctantly came to the floor to
23 support this map because my constituents and a lot of
24 our constituents in North Louisiana right now are still
25 experiencing an ice state.  That's what I call it

Page 18

1  because we didn't get snow.
2       And so a lot of them don't even know that
3  we're down here right now passing maps. And so this is
4  the first time in a long time I'm probably going to vote
5  for something that I haven't vetted through my
6  constituency because tonight, myself, Representative
7  Fisher and Representative Morrell will have a Zoom
8  community meeting to catch them up on what they have
9  lost while they were at home, because my legislative
10 assistant was finally able to get to the office and at
11 least send something out to our constituency.
12      However, at some point, what they did tell me
13 over and over again for the last year, year and a half
14 that we've been going through this process, that they
15 were supportive of fair and equitable maps, and that
16 they knew a fair and equitable -- equitable map would be
17 something that created fair representation for all
18 people in the State of Louisiana. I will end with this.
19  I don't think we're in a -- in the hands of a
20 heavy-handed judge, but we're in the hands of
21 consequences that the last legislature created in our
22 failure to act. And I say that with a heart of hope
23 that we act today on what is right, on what is just, and
24 what is fair.
25      I don't believe, and I said this before, any

Page 19

1  of my colleagues in this chamber would have it to be
2  that a certain group of people in the State of Louisiana
3  would not be properly represented. I am an American who
4  stands every time the flag is presented. I proudly say
5  one nation under God. And I hope today that in this
6  senate we will stand as one Louisiana under God, because
7  God is for what's just and what's equitable and what
8  helps all people.
9       There is nothing that says that a second
10 African American serving in Congress in Louisiana will
11 not help the masses. Well, if we think that, then we
12 think that we're less or better than a person based on
13 race. If anyone in this chamber could articulate a
14 reason why they believe that any African American that
15 sits before you today wouldn't go to Congress with the
16 same zeal and vigor and heart for the people, then maybe
17 we can say that there's not an African American in this
18 state that's going to stand in Congress and represent
19 us.
20      But I literally do not believe that there's a
21 colleague in here that looks across this chamber at any
22 member of the Black caucus and does not believe that we
23 wouldn't go to Congress and represent Louisiana. And so
24 I stand in support, with reluctancy of having to talk to
25 my constituents after this vote, but with carrying the

Page 20

1  spirit of fairness that they asked me to carry in the
2  last redistricting session. And I want to thank Senator
3  Womack because the mark of a true leader is a leader
4  that not only does what he wants to do, but what's
5  necessary to bring resolve and wholeness to a body that
6  has to work together on a number of issues. Thank you.
7       MALE SPEAKER: Thank you, Senator Jackson.
8  Senator Duplessis for the floor.
9       SENATOR DUPLESSIS: Thank you, Mr. President.
10 Thank you, Chairman Womack. I just want to make a few
11 brief comments based on some comments that have been
12 made earlier today. I was not necessarily planning to
13 speak, but I think it's important that I just share a
14 thought or two. It was said that this is much more than
15 just lines on a map, and I agree. It is much more than
16 just lines on a map. We've heard a lot from Chairman
17 Womack and my colleague, Senator Stine about the
18 importance of protecting certain elected officials, but
19 it's about more than lines on a map. It's about the
20 people of this state. It's about one-third of this
21 state going underrepresented for too long.
22      It's about a federal law called the Voting
23 Rights Act that has not been interpreted just by one
24 judge in the Middle District of Louisiana who was
25 appointed by former president Barack Obama, but also a

Page 21

1  US Fifth Circuit Court of Appeals that's made up of
2  judges that were appointed by predominantly Republican
3  presidents, and a United States Supreme Court that has
4  already made rulings. That has been made up of justices
5  that were appointed by a majority of Republican
6  presidents, primarily former president Trump. This is
7  not about one judge that was appointed by former
8  president Barack Obama. This is about the people of
9  this state, and one-third of that state, 33 percent, to
10 be exact, being underrepresented.
11      So I think it's important that we keep the
12 focus on why we're here today. None of us want to be
13 here today. We've been at this for well over two years,
14 and all of us have a level of reluctancy with the maps
15 that are before us. Just like Senator Carter, I'm not
16 thrilled about what's happening to send it to
17 Congressional District Two, and the way that it's
18 lowering the numbers.
19      Senator Price and I, we coauthored a bill that
20 we felt performed better, but we too are going to
21 support this map because not only have we been ordered
22 to do it by, yes, a judge who was appointed by President
23 Obama, but if we felt like the -- the -- the -- the
24 appellate judges would overrule her, then we'd be right
25 back in court. We're at the end of the road, and I too

6 (Pages 18 to 21)

## Page 22

1  will support this -- this map. Not because I think it's
2  perfect, not because I think it's the best thing that we
3  could do, but because it's time to give people of this
4  state fair representation. Thank you.
5      MALE SPEAKER: Thank you, Senator Duplessis.
6  Senator Pressly for the floor.
7      SENATOR PRESSLY: Thank you, Mr. President,
8  and members. Senators, I rise today in opposition of
9  this bill, and I rise in opposition because I represent
10 a community that's unique and wonderful in many ways,
11 very diverse, and clearly a passionate part of my life
12 in Northwest Louisiana. I believe that Shreveport and
13 Bossier City and the surrounding parishes of De Soto and
14 Red River and Webster are unique from the rest of our
15 state, and I believe that commonalities of -- of
16 interest are important.
17     I agree with -- with Senator Jackson. I would
18 have no issue whatsoever of having any member of this
19 body, and many others from throughout our state of any
20 background, of any creed, of any race represent our
21 great, wonderful, diverse state in Washington, DC. But
22 I cannot support a map that puts Caddo Parish and
23 portions of my district, which is over 220 miles from
24 here, in a district that will be represented by someone
25 in East Baton Rouge that may or may not have ever even

## Page 23

1  been to Northwest Louisiana, and certainly doesn't
2  understand the rich culture, rich, important uniqueness
3  of our area of the state.
4      When we look at -- at Louisiana, we often talk
5  about north and south, and that division is true. It's
6  real. I think all of us acknowledge that. The I-10
7  corridor has unique needs. When you look at -- at the
8  challenges that you face with storms, often you think of
9  hurricanes. In North Louisiana, we think of tornados
10 and ice storms. When you look at the -- the important
11 region of our states and the -- the diverse industries
12 that we have in Northwest Louisiana, Barksdale is
13 vitally important. Certainly, having Barksdale and Fort
14 Johnson now, previously Fort Polk, together in one
15 district is the one positive thing that I see in this
16 map, and I think that is something that we must keep in
17 mind as we continue through this process.
18     But I am concerned with the important part of
19 -- of this state, Northwest Louisiana, not having the
20 same member of Congress. With having a -- two members
21 of Congress, that has the potential to split our
22 community even further along a -- a -- a -- a --
23 line that's based purely on race, and I'm concerned
24 about that. Therefore, I'm voting no, and I urge you to
25 do the same.

## Page 24

1      MALE SPEAKER: Thank you, Senator Pressly.
2  The board is clear. Senator Womack, to close on your
3  bill.
4      SENATOR WOMACK: Colleagues, appreciate the
5  questions and the comments, and I just ask that we move
6  this bill favorable.
7      MALE SPEAKER: Senator Womack has moved
8  favorable passage of Senate Bill 8. When the machines
9  are open, all those in favor, aye. Those opposed, vote
10 nay. Open the machines. Madam Secretary, open the
11 machines. Go to a machine, members. Senator -- Senator
12 Miguez. There we go. Secretary, close the machines.
13 27 ayes, 11 nays. The -- the -- the bill is passed.
14 Senator Womack moves of reconsideration. The -- the
15 vote by which the bill was passed. I lay the motion on
16 the table without objection. So ordered.

## Page 25

1  CERTIFICATE OF TRANSCRIPTION
2      I, Nathan Pikover, COO of TranscribeMe, Inc.,
3  do hereby certify that
4  290872-Audio-011724SCHAMB-Edited-Appended.json was
5  transcribed utilizing computer aided means and the
6  TranscribeMe transcription team.
7      The transcript of the audio mentioned above,
8  having been transcribed and reviewed by TranscribeMe,
9  Inc. to the best of the company's ability, is a full,
10 true, and correct transcription.
11     I further certify that neither I, nor the
12 TranscribeMe, Inc. transcription team, have any personal
13 association with the parties involved or are in any way
14 interested in the outcome thereof.
15     Dated this 8th of March, 2024.
16 _____
17 Nathan Pikover, COO TranscribeMe, Inc.

**A**
abide 13:20
ability 25:9
able 17:17 18:10
absolutely 14:3
accompli... 4:10
accompli... 7:1
achieve 7:7
achieves 4:1
acknowledge 23:6
act 2:18,22 3:12,22 5:19 6:8 18:22,23 20:23
acting 15:11
added 12:19 12:22,23
adhered 6:1
adhering 7:11
adjust 17:14
affairs 2:21
affect 15:5
African 15:17,23 16:24 19:10,14 19:17
ag 5:11 8:14 8:18
age 6:13 15:17
agencies 2:24
agree 12:4 20:15 22:17
agriculture 8:9,10
aided 25:5
Aillet 10:24 11:7
Alexandria 5:15,16

Allegiance 1:8,24
allocated 2:23
allow 13:15
Amen 1:22
amenable 13:15
amend 3:12
amended 12:12 16:3
amendment 12:15,18 12:24 16:22
amendments 13:15 17:4
American 15:17,23 16:24 19:3 19:10,14 19:17
amount 5:25
amounts 2:24 5:18,21
analysis 15:21
appealed 6:5
Appeals 21:1
appellate 21:24
appointed 20:25 21:2 21:5,7,22
appointing 2:8
appreciate 13:25 24:4
appropriate 1:13 2:22 5:18 16:22
appropri... 2:25 14:23
area 5:14,17 23:3
art 1:15
articulate 19:13
asked 2:10 20:1

aspect 7:22
assistant 18:10
association 25:13
assuming 14:1
attorney 6:4
audio 25:7
author 15:20
aware 4:2
aye 24:9
ayes 24:13

**B**
back 21:25
background 22:20
Barack 20:25 21:8
barely 15:19
barge 5:6
Barksdale 23:12,13
based 3:17 19:12 20:11 23:23
Baton 6:21 10:21 22:25
believe 7:1 18:25 19:14,20 19:22 22:12,15
benefit 4:11
best 7:7 12:9 22:2 25:9
better 16:15 19:12 21:20
bill 2:11,12 2:17,21 3:9,11,18 3:20,25 4:4,15,25 5:18,23 7:7 9:22

13:1,2,13 13:23 14:1 17:3 21:19 22:9 24:3 24:6,8,13 24:15
bill's 15:20
bills 2:11 2:14,15 3:8
Black 6:4,13 6:16,17,21 6:23 19:22
board 24:2
body 1:14 17:20 20:5 22:19
Bossier 22:13
boundaries 4:4 5:3 6:11 7:4,7
branch 15:12
bread 1:18
brief 20:11
bring 3:20 8:19 20:5
bringing 8:16
bulwark 14:16
burdened 14:9

**C**
Caddo 22:22
call 17:25
called 20:22
calling 3:11
capital 5:3 16:11
carefully 7:5
carry 20:1
carrying 19:25
Carter 15:13 15:14 16:5 17:1 21:15
catch 18:8

Cathey 10:6
Cathey's 12:11
cattle 5:12
caucus 19:22
Central 8:23
certain 2:22 2:23 19:2 20:18
certainly 23:1,13
CERTIFICATE 25:1
certify 25:3 25:11
Chairman 20:10,16
challenges 23:8
chamber 14:8 19:1,13,21
Circuit 21:1
citizen 15:6
City 22:13
clear 15:7 24:2
clearly 22:11
Clerk 2:13
close 24:2 24:12
co-equal 15:11
coauthored 21:19
colleague 19:21 20:17
colleagues 3:20 16:10 16:20 19:1 24:4
college 5:10
combined 6:10
come 1:1,16 17:20
coming 7:19
command 7:11
comment 8:13

```
comments            3:17,21         23:17           Dated 25:15      10:18,20
  20:11,11          4:7,14        continued         day 1:17         10:23,24
  24:5              5:21,23         15:4              5:23           11:1,2,2,2
commerce 5:7        6:3  7:6      continues         day's 2:2        11:5,10,25
  5:10              9:10,16         15:22           DC 4:4,24        12:13,16
Committee           13:7 14:10    contributed         22:21          12:18,19
  2:16 12:11        14:22 16:6      4:17            De 22:13         13:3,8,16
  12:25             21:17         COO 25:2,17      dear 16:10        15:16,16
  15:20           congressman     correct 9:20     decade 4:8        15:18,22
  17:22             7:23 9:20       10:2,7,8       decides 4:13      15:23 16:6
committees          10:5,14,18      10:10          decision          20:24
  14:24             11:18 12:1      25:10            14:9 15:2       21:17
common 8:1,8        12:12,17      corridor 5:4     decisions         22:23,24
  8:11              13:2 16:5       5:9,11           15:5            23:15
commonal...         17:1            8:14,15,20    delegation       districts
  22:15           congress...       23:7             14:22           2:20 3:13
communic...         10:1          countours       deliver 1:20       3:17,21
  2:7             Congress...       4:17          demands            4:15,23
community           4:3,5,9       country 7:3       14:11            6:3,9,18
  7:17,25           7:8 9:18      court 2:18      demograp...        7:11 8:3,4
  8:9,15            9:25 10:2       2:19 3:24       6:15             8:5 11:24
  13:18 18:8        11:5,13,16      6:1,7,8       described          12:6 16:12
  22:10             11:17,24        7:12 21:1       6:10             16:14,16
  23:22             11:25 12:3      21:3,25      deserve             16:19,22
company's           12:16         courts 9:1        16:25          diverse
  25:9            Connick 1:5     craft 16:16     designated         22:11,21
comply 6:18       conseque...     create 6:17       2:24             23:11
  13:17,18          18:21           16:12,14     Despite 16:1     division
computer          conserva...       16:16        detailed 4:1       23:5
  25:5              4:25          created        determine        draw 7:4 8:3
concerned         consider          18:17,21       15:21            12:5
  23:18,23          7:24 8:10     creates        different        drawn 3:22
concerning        considered        16:18          6:24 7:5         6:20 7:22
  13:12             7:5,17,18     creed 22:20      11:23            7:23 9:2,2
concerns          consiste...     crop 5:12      directly           9:22,23
  15:24,25          15:22         crossroads        17:11,13        10:13
  16:1 17:2       constitu...       14:9         discourse       driven 6:11
  17:2              18:6,11       crucial 15:2     4:18           Duplessis
concurrence       constitu...     culture 23:2   dispense 2:5      20:8,9
  2:10              17:23,24      current 6:15   district           22:5
conducted           19:25           9:11 13:2      3:23,24
  15:21           constitu...       15:16,17       4:7 5:19      ─────────────
Congress 4:8        6:18 15:12    currently        6:1,8,12           E
  4:12 13:12      constrained       11:17          6:12,20,21   earlier 8:8
  14:18             15:2            15:18 16:5     7:2,9,12       20:12
  19:10,15        construct       cut 17:8         7:18 8:1     earth 1:17
  19:18,23          14:11         cuts 9:18        8:12,22,25  East 6:21
  23:20,21        continue 4:7  ─────────────      8:25 9:4,7    22:25
congress...         4:11,13           D            9:10,17,20  easy 1:12
  3:12,14,16        5:2 17:3,4  daily 1:17         10:5,12,14  Echols 10:7
                                                                education
```

```
      5:10  14:24    fair 18:15          1:18          great 4:9,13     13:25
effect 5:24           18:16,17      former 16:20        4:21 22:21   hospitals
efforts               18:24 22:4     20:25 21:6     Gregory 2:9       5:17 8:18
  13:25             fairness         21:7           group 19:2       house 2:9,9
either 16:7           20:1          Fort 23:13      guardians         2:11,11,12
elect 4:7           far 14:11        23:14           15:1             2:13,13,15
elected             Father 1:15     forth 5:17                        2:17,21
  20:18             favor 24:9      fortitude              H          4:19,20
enacted 5:21        favorable        17:18                            10:9 13:14
  5:24               7:13 24:6      four 4:16       half 18:13        14:20 16:7
encompass            24:8            7:10 9:20      hallowed         hurricanes
  8:17              federal 3:22     12:19           1:15             23:9
endorsement          5:19 6:1,2     friends         halls 4:12
  14:12              6:7 7:12        16:10,21        15:5                  I
enforce              14:14 15:9     full 25:9       hands 18:19
  15:10              20:22          funds 2:22       18:20           I-10 23:6
ensure 4:5          felt 21:20      further         happen 17:4      I-49 5:7
  4:10               21:23           23:22          happening         6:22 8:17
ensures 4:15        female 3:15      25:11           21:16           ice 17:25
  4:22,25            14:21                          happier 14:3      23:10
ensuring            Fifth 21:1            G         happy 14:3       ideal 14:11
  7:10 15:4         figures                         headed 2:12      imperfect
Entitled             14:20          general 6:4     healthcare        14:16
  2:18              filed 13:1      give 1:17        5:16            importance
equal 16:24         final 3:8        16:24 22:3     heard 1:11        20:18
equitable           finally 2:10    given 3:22       20:16           important
  18:15,16           5:17 18:10      6:15           heart 8:22        5:9 7:2
  18:16 19:7        finance 3:1     giving 15:8      8:24 9:3,6       10:1,3,11
esteemed            find 14:2       glory 1:22       9:7 15:6         20:13
  14:8              firmly 7:6      go 8:17          18:22            21:11
evening 3:21        first 2:16       11:10,11        19:16            22:16 23:2
everybody            3:9 4:2         19:15,23       Heaven 1:15       23:10,13
  8:11 12:9          6:7 17:17       24:11,12        1:17             23:18
  14:2               18:4           goals 4:1       heavily 14:9     impurities
evil 1:21           Fisher 18:7      7:1,8          heavy 15:6        6:10
exact 21:10         fit 17:16       God 1:14        heavy-ha...      inaudible
expectation         Five 9:10,17     19:5,6,7        14:14 15:9       3:4 9:13
  17:3              flag 19:4       goes 5:8         18:20            17:16
experien...         floor 13:14      13:14          Hello 17:15      include 6:22
  17:25              14:5 15:13     going 8:19      help 16:14       included
expressed            17:6,22         11:18           19:11            13:6
  17:1               20:8 22:6       17:14,16       helps 19:8       includes
extend 5:2          focus 4:23       18:4,14        high 6:16         6:21 10:23
                     21:12           19:18          Hodges 2:4       incumbents
       F            following        20:21          home 4:23         4:6
                     2:11            21:20           12:3,11,11      indicated
face 23:8           Fontenot        Good 17:15       18:9             9:25
fact 8:14,16         2:13           government      honor 9:1        industries
factors 7:17        forever 1:22     15:12          hope 17:3         23:11
failure             forgive 1:18    governme...      18:22 19:5      industry
  18:22                              2:20           hopeful           5:12
```

influence 15:4
interest 7:18,25 8:6,10,16 13:18 22:16
interested 25:14
interpreted 20:23
introducing 3:25
introduc... 2:13 3:3
involved 25:13
issue 22:18
issues 20:6
it'll 9:5

**J**

Jackson 17:6 17:8,15 20:7 22:17
January 2:3
jeopardize 16:23
Joe 10:24 11:7
Johnson 2:17 4:20 7:9 12:1 23:14
Johnson's 9:20 10:5 10:14,18 11:19 12:13,17 13:3
join 1:13,15 1:22
joint 2:11
journal 1:25 2:1,5
judge 14:14 15:9 18:20 20:24 21:7 21:22
judge's 13:17

judges 21:2 21:24
Julia 4:3
Justice 2:19
justices 21:4

**K**

keep 21:11 23:16
kind 17:12
kingdom 1:16 1:21
knew 18:16
know 3:21 4:2 9:9 10:9,12 13:18 16:15 18:2

**L**

Lafayette 5:8
laid 15:12
largely 6:11 6:11
law 6:2 20:22
lay 24:15
lead 1:8,20
leader 4:21 7:10 14:21 20:3,3
leadership 4:24 6:5
left 14:15
legislation 16:2
legislative 6:5 18:9
legislature 15:10 18:21
Letlow 4:3,5 4:9 9:18 9:25
Letlow's 7:8 11:5,18,25 12:3,16
letter 2:7

level 21:14
life 22:11
light 8:19
Lincoln 10:13,17 10:17 11:13,13
line 23:23
lines 14:17 15:3 20:15 20:16,19
literally 17:13 19:20
litigation 3:23 5:22 6:1,24
little 14:3 14:15
live 13:12
located 11:4
long 4:1,12 13:16,22 18:4 20:21
look 13:11 23:4,7,10
looked 9:12 12:25
looks 19:21
Lord's 1:13
lost 18:9
lot 5:14 9:19 13:10 17:23 18:2 20:16
Louisiana 2:2 3:21 3:24 4:14 4:16 5:2 5:20 6:17 7:2,12 8:22,23 10:13,25 11:8 12:1 12:2 13:6 13:7 17:24 18:18 19:2 19:6,10,23 20:24 22:12 23:1

23:4,9,12 23:19
Louisiana's 3:14 15:1
Louisianans 4:11
lowering 21:18
lynchpin 14:23

**M**

machine 24:11
machines 1:2 1:2,3 24:8 24:10,11 24:12
Madam 24:10
maintaining 7:9 8:16
majority 4:20 5:1 6:3,9,17 7:10 9:6 14:21 21:5
majority... 16:12,14 16:19
making 2:25 14:13
MALE 1:1,25 2:4 3:2,4 3:5,6,7,18 7:14 14:5 15:13 17:6 17:10 20:7 22:5 24:1 24:7
maneuver 14:15
map 3:24 4:10,15,22 4:25 5:4,6 6:12,24,25 7:5,19,21 9:18,21 10:4,16,16 11:4,10,12 11:14

12:11 14:10,16 14:17 15:3 15:8,15,18 15:24 16:13,18 17:17,23 18:16 20:15,16 20:19 21:21 22:1 22:22 23:16
maps 16:17 18:3,15 21:14
March 5:21 25:15
mark 20:3
married 16:13
masses 19:11
McFarland 2:21
McMath 1:3
mean 11:25
means 25:5
meeting 18:8
meets 13:23
member 1:12 14:21 19:22 22:18 23:20
members 1:2 1:5,10 13:11 14:8 15:15 17:10 22:8 23:20 24:11
memorials 2:6
mentioned 8:9 25:7
merely 14:22
Messages 2:9
mic 17:8,11 17:12,13
Michelle

| | | | | |
|---|---|---|---|---|
| 2:12 | nation 19:5 | Oh 3:2,5 | pass 15:8 | 6:10 7:1 |
| Middle 3:24 | nation's 5:3 | okay 3:5,6 | passage 3:8 | 7:22 8:6 |
| 5:19 7:12 | national | 11:21 13:4 | 7:13 24:8 | Polk 23:14 |
| 20:24 | 4:18,24 | 17:15 | passed 2:10 | populated |
| Miguez 24:12 | 15:1 | one-third | 24:13,15 | 9:10,16 |
| Mike 2:17 | navigate | 20:20 21:9 | passing 18:3 | population |
| 4:20 | 14:13 | ongoing 3:23 | passionate | 6:9,14,16 |
| mile 12:2 | nay 24:10 | 5:19 | 22:11 | 6:21,23 |
| miles 12:2 | nays 24:13 | open 1:2,7 | Pause 14:6 | 15:17 |
| 22:23 | necessarily | 24:9,10,10 | 17:7,9 | portion 6:17 |
| Miller 2:9 | 20:12 | opportunity | pen 15:8 | portions |
| mind 3:7 | necessary | 6:8 16:24 | people 5:14 | 22:23 |
| 23:17 | 20:5 | opposed 24:9 | 7:25 18:18 | positions |
| minority | need 4:24 | opposition | 19:2,8,16 | 3:16 14:19 |
| 11:1 12:5 | needs 16:2 | 22:8,9 | 20:20 21:8 | positive |
| Mizell 1:7,9 | 23:7 | options 7:6 | 22:3 | 23:15 |
| 2:1,6 3:9 | neither | order 1:1 | percent 6:13 | positives |
| moment 9:11 | 25:11 | 3:11 6:7,8 | 15:18,19 | 8:19 |
| Morrell 18:7 | Never 3:7 | 13:17 | 21:9 | possibility |
| Morris 1:4 | north 8:23 | ordered | perfect 22:2 | 10:15 |
| 7:15,16,21 | 17:24 23:5 | 21:21 | perform | potential |
| 7:24 8:7 | 23:9 | 24:16 | 15:23 | 23:21 |
| 8:21 9:3,9 | Northeast | Orleans 6:20 | 16:15 | power 1:21 |
| 9:15,24 | 8:22 13:7 | Ouachita | performance | 15:5 |
| 10:4,11,16 | Northwest | 9:14,15,18 | 15:21 | pray 1:10 |
| 10:20,23 | 22:12 23:1 | 12:19 13:6 | performed | prayer 1:7 |
| 11:3,7,12 | 23:12,19 | outcome | 21:20 | 1:14 |
| 11:16,21 | notably | 25:14 | person 6:19 | predomin... |
| 11:23 | 14:21 | overrule | 19:12 | 21:2 |
| 12:10,14 | notice 5:6 | 21:24 | personal | presence |
| 12:17,24 | number 3:20 | | 25:12 | 4:12,17 |
| 13:5,9,13 | 7:5 20:6 | **P** | Petitions | 5:11 |
| 13:21,24 | numbers 12:6 | pains 14:12 | 2:6 | present 1:6 |
| 14:4 | 21:18 | parish 5:15 | pick 9:1,2 | presented |
| motion 24:15 | | 6:20,22 | pieces 9:19 | 19:4 |
| move 10:13 | **O** | 9:10,14,15 | Pikover 25:2 | president |
| 14:1 24:5 | O'Connor 3:2 | 9:16,18 | 25:17 | 1:9 2:8 |
| moved 12:22 | Obama 20:25 | 10:13,17 | pillars | 3:19 14:7 |
| 13:6 24:7 | 21:8,23 | 10:17 | 14:17 | 15:14 20:9 |
| moves 2:4,14 | Obama-ap... | 11:13 | pivotal | 20:25 21:6 |
| 3:10 24:14 | 14:14 15:9 | 12:19 13:7 | 14:19 | 21:8,22 |
| multiple | objection | 22:22 | Plaintiffs' | 22:7 |
| 16:17 | 2:5 24:16 | parishes | 6:24 | presidents |
| | OCHA 1:3 | 5:13 22:13 | planning | 21:3,6 |
| **N** | office 7:23 | parliame... | 20:12 | Pressly 1:4 |
| name 1:16 | 18:10 | 2:8 | please 1:23 | 22:6,7 |
| Natchito... | offices 3:16 | part 22:11 | pledge 1:8 | 24:1 |
| 5:15 | Official 2:1 | 23:18 | 1:23,24 | previous |
| Nathan 25:2 | officials | parties | point 18:12 | 17:11 |
| 25:17 | 20:18 | 25:13 | political | previously |

| | | | | |
|---|---|---|---|---|
| Price 21:19 | puts 9:19 | 2:18,19 | 2:12 | secretary |
| pride 4:9 | 22:22 | 3:12 | responds | 6:4 24:10 |
| primarily | | reluctancy | 5:18 | 24:12 |
| 21:6 | **Q** | 19:24 | rest 22:14 | Sector 1:2 |
| principle | quarter 6:22 | 21:14 | retained 5:1 | see 5:4 |
| 5:1 | question | reluctant | reviewed | 23:15 |
| principles | 7:14 | 14:11 | 6:25 16:17 | seek 9:17 |
| 13:19 | questions | reluctantly | 25:8 | seeks 15:10 |
| prior 6:5 | 24:5 | 17:22 | rich 23:2,2 | senate 1:1,6 |
| probably | quorum 1:6 | remain 10:2 | right 9:15 | 1:7 2:1,20 |
| 18:4 | | remainder | 11:14,15 | 3:8,11,20 |
| problem | **R** | 4:8 | 11:20,21 | 16:8 19:6 |
| 13:22 | race 19:13 | remains 4:5 | 17:24 18:3 | 24:8 |
| proceedings | 22:20 | represent | 18:23 | Senator 1:3 |
| 2:2 | 23:23 | 15:6 19:18 | 21:24 | 1:3,4,4,4 |
| process 4:1 | rare 16:23 | 19:23 22:9 | rightly | 1:5,6 2:4 |
| 18:14 | reach 10:21 | 22:20 | 16:25 | 2:8,14 3:2 |
| 23:17 | reaching | represen... | Rights 3:22 | 3:9,11,18 |
| product 3:25 | 1:14 | 14:18 | 5:19 20:23 | 3:19 7:15 |
| prolonged | read 16:4 | 16:25 | rise 1:6 | 7:16,16,21 |
| 5:25 | reading 1:25 | 18:17 22:4 | 22:8,9 | 7:21,24 |
| properly | 2:5,15 3:8 | represen... | River 5:6,13 | 8:2,7,13 |
| 19:3 | real 23:6 | 2:17,21 | 22:14 | 8:21,24 |
| proposal | reason 6:19 | 4:3 10:6 | road 21:25 | 9:3,5,9,12 |
| 15:25 | 19:14 | 18:6,7 | role 14:22 | 9:15,21,24 |
| proposed | receipt 2:7 | Represen... | room 14:15 | 10:3,4,6,8 |
| 4:15,25 | reconsid... | 4:20 | Rouge 6:22 | 10:11,15 |
| 5:18 6:25 | 24:14 | represented | 10:21 | 10:16,19 |
| 15:15,18 | Red 5:6,13 | 7:7 19:3 | 22:25 | 10:20,22 |
| proposing | 22:14 | 22:24 | roughly 5:22 | 10:23 11:1 |
| 4:5 | redistri... | represents | row 5:12 | 11:3,6,7,9 |
| prosperity | 2:19 3:13 | 16:6 | rules 2:15 | 11:12,15 |
| 14:25 | 5:23 12:7 | Republican | 3:10 | 11:16,20 |
| protect 8:5 | 13:19 20:2 | 4:8,16,16 | rulings 21:4 | 11:21,22 |
| 9:17 | reduces | 4:23 7:11 | runs 5:6 | 11:23 12:4 |
| protecting | 15:19 | 21:2,5 | Ruston 10:25 | 12:10,11 |
| 7:8 14:17 | reductions | requirement | 11:11,14 | 12:14,14 |
| 20:18 | 2:23 | 6:19 | | 12:17,21 |
| proud 4:19 | Refer 2:25 | requirem... | **S** | 12:24 13:4 |
| proudly 19:4 | referred | 13:23 | safe 4:16 | 13:5,9,9 |
| prove 9:13 | 2:20 | requires 6:2 | safeguards | 13:13,21 |
| provide 2:19 | referring | requisites | 14:19 | 13:21,24 |
| 3:13,15 | 2:16 | 13:16 | says 19:9 | 13:24 14:4 |
| purely 23:23 | regardless | resolution | Scalise 4:21 | 14:4,5,7 |
| purpose 2:15 | 17:19 | 14:2 | 7:10 | 15:13,14 |
| 3:10 | region 23:11 | resolutions | seat 7:8 | 15:15,19 |
| purposes | regret 13:10 | 2:11 | seats 4:16 | 17:6,8,15 |
| 2:24 | regrettably | resolve 20:5 | second 2:2 | 17:18 20:2 |
| put 10:17 | 14:15 | respect 3:15 | 2:16 4:14 | 20:7,8,9 |
| 12:12,15 | relative | respectf... | 16:6 19:9 | 20:17 |

21:15,19
22:5,6,7
22:17 24:1
24:2,4,7
24:11,11
24:14
**Senators**
22:8
**send** 18:11
21:16
**serious**
15:24,24
17:2
**serve** 4:13
**served** 16:7
16:8
**serving**
19:10
**session** 20:2
**share** 20:13
**Shreveport**
5:8  6:23
22:12
**sits** 19:15
**situation**
15:11
**six** 4:14
6:12,21
11:2
**small** 9:5
**snow** 18:1
**sole** 14:21
**solidly** 4:22
**sort** 15:20
**Soto** 22:13
**sound** 3:8
**sources** 2:23
**south** 23:5
**southeast**
6:16
**speak** 16:3
17:17
20:13
**Speaker** 1:1
1:25 2:4
3:2,4,5,6
3:7,15,18
4:19 7:9
7:14 14:5
14:20

15:13 17:6
17:10 20:7
22:5 24:1
24:7
**specific**
2:24
**spirit** 20:1
**split** 23:21
**Stadium**
10:24,25
11:4,7,24
**stage** 15:1
**stakes** 15:7
**stand** 14:8
16:1,3
17:5,17,19
17:21 19:6
19:18,24
**stands** 14:16
19:4
**start** 9:8
15:16
**state** 2:2
4:13,21
5:9 6:2,4
14:25
17:25
18:18 19:2
19:18
20:20,21
21:9,9
22:4,15,19
22:21 23:3
23:19
**state's** 6:15
15:4
**statement**
16:5,9
17:1
**states** 14:20
21:3 23:11
**States'** 4:17
**steps** 16:11
**Steve** 4:21
7:10
**Stine** 14:5,7
20:17
**storms** 23:8
23:10
**strictly**

7:22
**strong** 7:9
**stronger**
16:22
**subject** 5:22
**submit** 2:12
7:6
**substantial**
5:25
**succeed** 6:6
**suppleme...**
2:25
**support** 16:1
16:3 17:5
17:17,23
19:24
21:21 22:1
22:22
**supportive**
16:20
18:15
**Supreme** 2:18
2:19 21:3
**surrounding**
22:13
**suspension**
2:14 3:10
**symbolic**
14:23

_____
         **T**
_____
**table** 5:5
24:16
**Talbot** 1:4,5
2:14
**talk** 17:10
17:12,13
19:24 23:4
**team** 25:6,12
**Tech** 10:13
10:25 11:8
12:1,2
13:6
**tell** 18:12
**temptation**
1:20
**testified**
15:20
**thank** 1:9,22
3:19 13:24

14:3,4,7
15:14 17:5
17:18 20:2
20:6,7,9
20:10 22:4
22:5,7
24:1
**thereof**
25:14
**thine** 1:21
**thing** 22:2
23:15
**things** 8:7
**think** 1:12
9:6,25
10:10 13:5
18:19
19:11,12
20:13
21:11 22:1
22:2 23:6
23:8,9,16
**third** 3:8
5:4
**thought**
20:14
**thrilled**
21:16
**Thy** 1:16,16
1:16
**Tiger** 10:24
11:3,24
**timberland**
8:18
**time** 1:11
2:16 18:4
18:4 19:4
22:3
**times** 17:11
**tirelessly**
16:13
**Title** 3:12
**today** 13:14
14:8 15:2
16:3,4
17:4 18:23
19:5,15
20:12
21:12,13
22:8

**tonight** 18:6
**tornados**
23:9
**totally** 12:5
**traffic** 5:7
**transcribed**
25:5,8
**Transcri...**
25:2,6,8
25:12,17
**transcript**
25:7
**transcri...**
25:1,6,10
25:12
**travels** 6:22
**tremendo...**
4:18
**trespass**
1:19
**trespasses**
1:18
**tried** 17:8
**troubled**
14:13
**Troy** 17:1
**true** 9:21
11:3 20:3
23:5 25:10
**Trump** 21:6
**trying** 8:19
16:21
**Tuesday** 2:3
**two** 4:22 6:3
6:9,12,17
6:20 8:3,4
8:5 11:2
12:5 15:16
15:18,22
16:12,14
16:18
20:14
21:13,17
23:20

_____
         **U**
_____
**unaware** 5:20
**underrep...**
20:21
21:10

| | | | | |
|---|---|---|---|---|
| understand 12:25 23:2 | **W** | 14:4 15:15 15:19 16:18 17:18 20:3 20:10,17 24:2,4,7 24:14 | **16** 2:12,21 **16th** 2:3 **18** 3:12 | |
| understa... 12:15,21 15:7 | want 1:10 16:23 17:18 20:2 20:10 21:12 | | | |
| unfortun... 15:7 | | | **2** | |
| unifying 1:14 | wants 16:12 20:4 | wonderful 22:10,21 | **2** 3:4,6 **2022** 5:21,23 **2024** 2:3 25:15 **220** 22:23 **27** 24:13 **290872-A...** 25:4 | |
| unique 22:10 22:14 23:7 | Washington 4:4,24 22:21 | work 4:9 12:9 16:2 16:11 17:13 20:6 | | |
| uniqueness 23:2 | wasn't 17:16 | | | |
| United 4:17 14:20 21:3 | waters 14:13 way 8:4,25 8:25 9:21 9:22 12:6 21:17 25:13 | worked 12:6 12:7 16:13 17:4 | | |
| unpaired 4:6 | | workforce 14:24 | **3** | |
| untenable 15:11 | | | **30** 12:2,2 **33** 21:9 **36** 1:5 | |
| urge 16:20 23:24 | ways 8:5 16:16 22:10 | wouldn't 8:24 19:15 19:23 | | |
| use 5:15 | | | **4** | |
| utilizing 25:5 | we're 17:14 18:3,19,20 19:12 21:12,25 | wrong 12:22 | **40** 12:2 | |
| | | **X** | **5** | |
| **V** | | | **50** 6:13 **51** 15:19 **58** 15:18 | |
| various 9:19 | we've 18:14 20:16 21:13 | **Y** | | |
| version 7:19 13:2 | | y'all 12:22 12:23 | **6** | |
| vetted 18:5 | Webster 22:14 | yeah 11:22 11:25 | **7** | |
| view 6:2 | weighs 14:9 | year 18:13 18:13 | **8** | |
| vigor 19:16 | well-being 14:25 | years 21:13 | **8** 2:12,17 3:11,20 24:8 **8th** 25:15 | |
| vital 14:24 | went 5:23 | yesterday 12:10 13:1 | | |
| vitally 23:13 | whatsoever 22:18 | | | |
| voice 15:1 | wholeness 20:5 | **Z** | **9** | |
| vote 1:2 6:19 16:21 18:4 19:25 24:9,15 | | zeal 19:16 zip 3:7 Zoom 18:7 | | |
| | Womack 3:9 3:11,18,19 7:16,21 8:2,13,24 9:5,12,21 10:3,8,15 10:19,22 11:1,6,9 11:15,20 11:22 12:4 12:14,21 13:4,9,21 | | | |
| voters 6:4 16:24 | | **0** | | |
| voting 3:22 5:19 6:13 6:13 7:6 15:17 20:22 23:24 | | 0:04:15 3:4 0:08:54 9:13 0:23:11 17:16 | | |
| | | **1** | | |
| voting-age 6:9 | | **11** 24:13 **13** 2:18 | | |