

# PohlmanUSA®
## Court Reporting and Litigation Services

House Floor Audio Transcription

January 18, 2024

Phillip Callais, et al.

vs.

Nancy Landry


PLAINTIFFS' EXHIBIT
PE27

SPEAKER DEVILLIER: The House will come to order. The clerk will open the machine. Members, vote your machines. Members, vote your machines. Are you through voting? Representative Newell? Members, vote your machines. Are you through voting? The clerk will close the machine. We have 102 yeas, 102 members present and a quorum. The House will be opened in prayer by Representative Illg.

REPRESENTATIVE ILLG: Thank you, Mr. Speaker. It's always a great honor to be able to come up here and start the day or late evening with a prayer. I've met some of my best friends in -- in -- in -- in this room. I've served with you for a little over four years, and for our newer members, the -- your colleagues that you have in this room, you're blessed to serve with.

Because we're leaders for our districts and for the state and we take up important issues, and sometimes it does drag out and it -- we need patience to be able to do this job properly. And I'm proud to serve with each and every one of you because I know it's been a long day and it's been a tough beginning for a number of our members. And will you please join me and bow your heads in prayer.

Lord, as we continue our special session dealing with important and transformative issues facing

Page 2

1  our wonderful state, we pray to you for guidance as
2  representatives and leaders of our district of the -- in
3  the state of Louisiana.  Help us in making good solid
4  decisions, knowing that our actions today will shape not
5  only our future but that of generations to come.  Lord,
6  please help us to learn from our mistakes and make a
7  more loving and caring example of how we can work
8  together to heal this state.  Amen.
9       SPEAKER DEVILLIER:  Representative Jordan will
10 lead us in the pledge.
11      REPRESENTATIVE JORDAN:  I pledge allegiance to
12 the flag, the United States Of America, and to the
13 republic for which --
14      (Pledge of Allegiance.)
15      SPEAKER DEVILLIER:  Morning hour, number 4.
16      THE CLERK:  Official journal, the House of
17 Representatives.  The House of Representatives was
18 called to order at 12:15 p.m. --
19      SPEAKER DEVILLIER:  Representative Bacala
20 moves to dispense with the journal -- the reading of the
21 journal and moves to adopt the journal.  Without
22 objection.  So ordered.  Members, we are waiting on the
23 receipt from the committee report.  Morning hour 9.
24      THE CLERK:  Reports of committees.  Mr.
25 Speaker and members, the House and Governmental Affairs

Page 3

1  Committee submits the following report.  Senate Bill 8
2  reported with amendments.  Signed, Gerald Beau
3  Beaullieu, Chair.  Senate Bill 8 by Senator Womack, to
4  enact Title 18 relative to congressional districts,
5  provide for the redistricting of Louisiana's
6  congressional districts, provides with respect to
7  offices and positions other than congressional based on
8  those congressional districts.
9       (Pause.)
10      SPEAKER DEVILLIER:  Representative McFarland
11 for a motion?
12      REPRESENTATIVE MCFARLAND:  Thank you, Mr.
13 Speaker.  I move we suspend the rules in advance and not
14 send SB8 to Appropriations Committee.
15      SPEAKER DEVILLIER:  Without objection.
16      THE CLERK:  Mr. Speaker and members, under the
17 rules, that senate bill is referred to the Legislative
18 Bureau.
19      (Pause.)
20      THE CLERK:  Mr. Speaker and members, the House
21 is in receipt of a privileged report from the
22 Legislative Bureau.  The bureau submits the following
23 report.  Senate Bill 8 reported without bureau
24 amendments.  Respectfully submitted, Dodie Horton,
25 Chair.

Page 4

1       And Representative Beaullieu moves to suspend
2  the rules for the purpose of considering this (inaudible
3  0:04:58) on the same day in which the bureau report was
4  received.
5       SPEAKER DEVILLIER:  Without objection.
6  Representative Beaullieu moves to adopt the amendments
7  and moves to pass the bill to its third reading.
8  Without objection.  So ordered.
9       (Pause.)
10      SPEAKER DEVILLIER:  Representative Thompson
11 for a motion.
12      REPRESENTATIVE THOMPSON:  Mr. Speaker,
13 members, I move we adjourn till 9:00 in the morning.
14      SPEAKER DEVILLIER:  Without objection.
15      (Meeting adjourned.)

Page 5

1       CERTIFICATE OF TRANSCRIPTION
2       I, Nathan Pikover, COO of TranscribeMe, Inc.,
3  do hereby certify that
4  291440-RUSH-audio-0118_24_1es_day4_.mp4 was transcribed
5  utilizing computer aided means and the TranscribeMe
6  transcription team.
7       The transcript of the audio mentioned above,
8  having been transcribed and reviewed by TranscribeMe,
9  Inc. to the best of the company's ability, is a full,
10 true, and correct transcription.
11      I further certify that neither I, nor the
12 TranscribeMe, Inc. transcription team, have any personal
13 association with the parties involved or are in any way
14 interested in the outcome thereof.
15      Dated this 21st of March, 2024.
16      _____
17      Nathan Pikover, COO TranscribeMe, Inc.

| A | | D | future | J |
|---|---|---|---|---|
| ability | 3:1,3,17,23 4:7 | Dated | 2:5 | job |
| 5:9 | blessed | 5:15 | | 1:19 |
| able | 1:15 | day | G | join |
| 1:10,19 | bow | 1:11,21 4:3 | generations | 1:22 |
| actions | 1:22 | dealing | 2:5 | Jordan |
| 2:4 | bureau | 1:25 | Gerald | 2:9,11 |
| adjourn | 3:18,22,22 3:23 4:3 | decisions | 3:2 | journal |
| 4:13 | | 2:4 | good | 2:16,20,21 2:21 |
| adjourned | C | DEVILLIER | 2:3 | |
| 4:15 | called | 1:1 2:9,15 2:19 3:10 | Governme... | K |
| adopt | 2:18 | 3:15 4:5 | 2:25 | know |
| 2:21 4:6 | caring | 4:10,14 | great | 1:20 |
| advance | 2:7 | dispense | 1:10 | knowing |
| 3:13 | CERTIFICATE | 2:20 | guidance | 2:4 |
| Affairs | 5:1 | district | 2:1 | |
| 2:25 | certify | 2:2 | | L |
| aided | 5:3,11 | districts | H | late |
| 5:5 | Chair | 1:16 3:4,6 3:8 | heads | 1:11 |
| allegiance | 3:3,25 | Dodie | 1:23 | lead |
| 2:11,14 | clerk | 3:24 | heal | 2:10 |
| Amen | 1:2,5 2:16 2:24 3:16 3:20 | drag | 2:8 | leaders |
| 2:8 | | 1:18 | help | 1:16 2:2 |
| amendments | close | | 2:3,6 | learn |
| 3:2,24 4:6 | 1:6 | E | honor | 2:6 |
| America | colleagues | enact | 1:10 | Legislative |
| 2:12 | 1:14 | 3:4 | Horton | 3:17,22 |
| Appropri... | come | evening | 3:24 | little |
| 3:14 | 1:1,10 2:5 | 1:11 | hour | 1:13 |
| association | committee | example | 2:15,23 | long |
| 5:13 | 2:23 3:1,14 | 2:7 | House | 1:21 |
| audio | committees | | 1:1,7 2:16 2:17,25 3:20 | Lord |
| 5:7 | 2:24 | F | | 1:24 2:5 |
| | company's | facing | I | Louisiana |
| B | 5:9 | 1:25 | Illg | 2:3 |
| Bacala | computer | flag | 1:8,9 | Louisiana's |
| 2:19 | 5:5 | 2:12 | important | 3:5 |
| based | congress... | following | 1:17,25 | loving |
| 3:7 | 3:4,6,7,8 | 3:1,22 | inaudible | 2:7 |
| Beau | considering | four | 4:2 | |
| 3:2 | 4:2 | 1:13 | interested | M |
| Beaullieu | continue | friends | 5:14 | machine |
| 3:3 4:1,6 | 1:24 | 1:12 | involved | 1:2,6 |
| beginning | COO | full | 5:13 | machines |
| 1:21 | 5:2,17 | 5:9 | issues | 1:3,3,5 |
| best | correct | further | 1:17,25 | making |
| 1:12 5:9 | 5:10 | 5:11 | | 2:3 |
| bill | | | | March |

| | | | | |
|---|---|---|---|---|
| 5:15 | 4:5,8,14 | provide 3:5 | rules 3:13,17 4:2 | 1:17 team 5:6,12 |
| McFarland 3:10,12 | offices 3:7 | provides 3:6 | **S** | Thank 1:9 3:12 |
| means 5:5 | Official 2:16 | purpose 4:2 | SB8 3:14 | thereof 5:14 |
| Meeting 4:15 | open 1:2 | **Q** | senate 3:1,3,17,23 | third 4:7 |
| members 1:2,3,4,6 1:14,22 2:22,25 3:16,20 4:13 | opened 1:7 | quorum 1:7 | Senator 3:3 | Thompson 4:10,12 |
| | order 1:2 2:18 | | send 3:14 | till 4:13 |
| | ordered 2:22 4:8 | **R** | serve 1:15,19 | Title 3:4 |
| | outcome 5:14 | reading 2:20 4:7 | served 1:13 | today 2:4 |
| mentioned 5:7 | | receipt 2:23 3:21 | session 1:24 | tough 1:21 |
| met 1:11 | **P** | received 4:4 | shape 2:4 | transcribed 5:4,8 |
| mistakes 2:6 | p.m 2:18 | redistri... 3:5 | Signed 3:2 | Transcri... 5:2,5,8,12 5:17 |
| morning 2:15,23 4:13 | parties 5:13 | referred 3:17 | solid 2:3 | transcript 5:7 |
| motion 3:11 4:11 | pass 4:7 | relative 3:4 | Speaker 1:1,9 2:9 2:15,19,25 3:10,13,15 3:16,20 4:5,10,12 4:14 | transcri... 5:1,6,10,12 |
| move 3:13 4:13 | patience 1:18 | report 2:23 3:1,21 3:23 4:3 | | transfor... 1:25 |
| moves 2:20,21 4:1 4:6,7 | Pause 3:9,19 4:9 | reported 3:2,23 | | true 5:10 |
| mp4 5:4 | personal 5:12 | Reports 2:24 | | |
| | Pikover 5:2,17 | Represen... 1:4,8,9 2:9 2:11,19 3:10,12 4:1,6,10 4:12 | special 1:24 | **U** |
| **N** | please 1:22 2:6 | | start 1:11 | United 2:12 |
| Nathan 5:2,17 | pledge 2:10,11,14 | | state 1:17 2:1,3 2:8 | utilizing 5:5 |
| need 1:18 | positions 3:7 | | | |
| neither 5:11 | pray 2:1 | represen... 2:2,17,17 | States 2:12 | **V** |
| Newell 1:4 | prayer 1:8,11,23 | republic 2:13 | submits 3:1,22 | vote 1:2,3,4 |
| newer 1:14 | present 1:7 | respect 3:6 | submitted 3:24 | voting 1:4,5 |
| number 1:21 2:15 | privileged 3:21 | Respectf... 3:24 | suspend 3:13 4:1 | **W** |
| **O** | properly 1:19 | reviewed 5:8 | **T** | waiting 2:22 |
| objection 2:22 3:15 | proud 1:19 | room 1:12,15 | take | way |

| | |
|---|---|
| 5:13 | **7** |
| **we're** | |
| 1:16 | **8** |
| **Womack** | **8** |
| 3:3 | 3:1,3,23 |
| **wonderful** | |
| 2:1 | **9** |
| **work** | **9** |
| 2:7 | 2:23 |
| | **9:00** |
| **X** | 4:13 |
| | |
| **Y** | |
| **years** | |
| 1:13 | |
| **yeas** | |
| 1:6 | |
| | |
| **Z** | |
| | |
| **0** | |
| **0:04:58** | |
| 4:3 | |
| | |
| **1** | |
| **102** | |
| 1:6,6 | |
| **12:15** | |
| 2:18 | |
| **18** | |
| 3:4 | |
| | |
| **2** | |
| **2024** | |
| 5:15 | |
| **21st** | |
| 5:15 | |
| **291440-R...** | |
| 5:4 | |
| | |
| **3** | |
| | |
| **4** | |
| **4** | |
| 2:15 | |
| | |
| **5** | |
| | |
| **6** | |