**Map 14 – Heat Map of African American Voting Age Population (2020 Census)**





PLAINTIFFS' EXHIBIT

PE15