## Map 15 – SB 8 Plan with African American Populations



