**Map 16 – SB 8 Plan with Voting Age Population Densities**



