Map 21 – Shreveport Area in Caddo Parish




PLAINTIFFS' EXHIBIT

PE18