**Table 5 – Assignment of Precincts with 40%+ Any Part Black VAP to CD 6**

| Parish | Majority-Any Part Black District | # of Parish 40%+ AP Blk VAP in CD 6 | Total Parish with 40%+ AP Blk VAP | % of Parish 40%+ AP Blk VAP in CD 6 | Total VTD in Parish | Total Parish VTD in CD 6 | % of Total Parish VTD in CD 6 |
|---|---|---|---|---|---|---|---|
| Avoyelles | CD 6 | 8 | 12 | 67% | 56 | 26 | 46% |
| Caddo | CD 6 | 55 | 61 | 90% | 128 | 60 | 47% |
| DeSoto | CD 6 | 23 | 27 | 85% | 57 | 31 | 54% |
| E. Baton Rouge | CD 6 | 112 | 115 | 97% | 220 | 146 | 66% |
| Lafayette | CD 6 | 29 | 31 | 94% | 134 | 40 | 30% |
| Natchitoches | CD 6 | 14 | 14 | 100% | 50 | 50 | 100% |
| Pointe Coupee | CD 6 | 6 | 6 | 100% | 25 | 25 | 100% |
| Rapides | CD 6 | 34 | 34 | 100% | 102 | 80 | 78% |
| St. Landry | CD 6 | 37 | 37 | 100% | 91 | 91 | 100% |
| W. Baton Rouge | CD 6 | 10 | 10 | 100% | 30 | 30 | 100% |
| Totals | | 328 | 347 | 95% | 893 | 579 | 65% |

Table title: Louisiana SB8 CD 6 Any Part Black Voting Age Population Assignments By Parish and 2024 Precincts



PLAINTIFFS' EXHIBIT PE19