**Map 10 – Gross Domestic Product for Louisiana Agricultural Products (by Parish)**



