## Table 9 – Polsby-Popper and Reock Compactness Scores

| Louisiana Congressional Plan Comparison<br>Polsby-Popper Compact Scores | | | | | | | |
|---|---|---|---|---|---|---|---|
| Plan | CD1 | CD2 | CD3 | CD4 | CD5 | CD6 | Plan Mean |
| HB1 Enacted Plan 2022 | 0.16 | 0.06 | 0.29 | 0.16 | 0.12 | 0.07 | 0.14 |
| SB8 Enacted Plan 2024 | 0.16 | 0.11 | 0.19 | 0.08 | 0.08 | 0.05 | 0.11 |
| Plaintiffs Illustrative Plan 1 | 0.19 | 0.13 | 0.32 | 0.30 | 0.12 | 0.33 | 0.23 |

Scores closer to 1.0 are more compact.

| Louisiana Congressional Plan Comparison<br>Reock Compact Scores | | | | | | | |
|---|---|---|---|---|---|---|---|
| Plan | CD1 | CD2 | CD3 | CD4 | CD5 | CD6 | Plan Mean |
| HB1 Enacted Plan 2022 | 0.50 | 0.18 | 0.37 | 0.33 | 0.37 | 0.45 | 0.37 |
| SB8 Enacted Plan 2024 | 0.52 | 0.23 | 0.28 | 0.37 | 0.32 | 0.12 | 0.31 |
| Plaintiffs Illustrative Plan 1 | 0.45 | 0.38 | 0.40 | 0.45 | 0.39 | 0.38 | 0.41 |

Scores closer to 1.0 are more compact.



PLAINTIFFS' EXHIBIT

PE21