**Map 4– Plaintiffs' Illustrative Plan 1**




PLAINTIFFS' EXHIBIT
PE14