

(Act 1)

