**Map 23 – SB8 Districts overlayed on the 1994 Districts**

