

PLAINTIFFS' EXHIBIT

PE2

exhibitsticker.com