UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION
(Held in Shreveport)

PHILLIP CALLAIS ET AL            CIVIL DOCKET NO. 3:24-CV-00122

VERSUS            JUDGES CARL E. STEWART, ROBERT
           R. SUMMERHAYS, DAVID C. JOSEPH
NANCY LANDRY            MAG. JUDGE KAYLA D. MCCLUSKY

## EXHIBIT LIST
## Bench Trial

**PARTY: ROBINSON INTERVENORS**

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | DATE ADMITTED |
|---|---|---|
| RI-24 | H.B. 14, 1st Spec. Sess. (La. 2024) | 04/09/2024 |
| RI-25 | H.B. 14, 1st Spec. Sess. (La. 2024) - Original | 04/09/2024 |
| RI-26 | H.B. 19, 1st Spec. Sess. (La. 2024) | 04/09/2024 |
| RI-27 | H.B. 2, 1st Spec. Sess. (La. 2024) | 04/09/2024 |
| RI-28 | H.B. 5, 1st Spec. Sess. (La. 2024) | 04/09/2024 |
| RI-29 | S.B. 10, 1st Spec. Sess. (La. 2024) | 04/09/2024 |
| RI-30 | S.B. 4, 1st Spec. Sess. (La. 2024) | 04/09/2024 |
| RI-31 | S.B. 8, 1st Spec. Sess. (La. 2024) - Act No. 2 | 04/09/2024 |
| RI-32 | S.B. 8, 1st Spec. Sess. (La. 2024) | 04/09/2024 |
| RI-33 | S.B. 8, 1st Spec. Sess. (La. 2024) - Enrolled | 04/09/2024 |
| RI-34 | S.B. 8, 1st Spec. Sess. (La. 2024) - House Vote Sheet Final Passage | 04/09/2024 |
| RI-35 | S.B. 8, 1st Spec. Sess. (La. 2024) - House Vote Sheet on Amendment #83 | 04/09/2024 |
| RI-36 | S.B. 8, 1st Spec. Sess. (La. 2024) - Original | 04/09/2024 |
| RI-37 | S.B. 8, 1st Spec. Sess. (La. 2024) - Senate Vote Sheet Concur | 04/09/2024 |
| RI-38 | S.B. 8, 1st Spec. Sess. (La. 2024) - Senate Vote Sheet Final Passage | 04/09/2024 |
| RI-39 | Amendment #31 to S.B. 8, 1st Spec. Sess. (La. 2024) | 04/09/2024 |
| RI-40 | Amendment #34 to S.B. 8, 1st Spec. Sess. (La. 2024) | 04/09/2024 |
| RI-41 | Amendment #38 to S.B. 8, 1st Spec. Sess. (La. 2024) | 04/09/2024 |
| RI-42 | Amendment #48 to S.B. 8, 1st Spec. Sess. (La. 2024) | 04/09/2024 |
| RI-43 | Amendment #68 to S.B. 8, 1st Spec. Sess. (La. 2024) | 04/09/2024 |
| RI-44 | Amendment #70 to S.B. 8, 1st Spec. Sess. (La. 2024) | 04/09/2024 |
| RI-45 | Amendment #74 to S.B. 8, 1st Spec. Sess. (La. 2024) | 04/09/2024 |
| RI-46 | Amendment #83 to S.B. 8, 1st Spec. Sess. (La. 2024) | 04/09/2024 |
| RI-294 | Fairfax Response Report Map | 04/09/2024 |
| RI-295 | Parish Split Tables | 04/09/2024 |
| RI-296 | Split Analysis Tables | 04/09/2024 |
| RI-297 | Metropolitan Statistical Areas- Heat Map | 04/09/2024 |
| RI-298 | Distribution of Black Voting Age Population in Louisiana | 04/09/2024 |

| RI-299 | Opinions on Socioeconomic Commonalities | 04/10/2024 |
| RI-300 | Hefner and Voss's Racial Predominance Analysis | 04/10/2024 |
| RI-301 | Table Summary Rebuttal | 04/10/2024 |
| RI-302 | Table – Average Polsby-Popper compactness | 04/10/2024 |
| RI-303 | Table - Parish Splits | 04/10/2024 |
| RI-304 | Table – Highest District BVAP Share | 04/10/2024 |
| RI-305 | Map – Part of District Core | 04/10/2024 |
| RI-306 | Table | 04/10/2024 |
| RI-275 | Handout ACLU | 04/10/2024 |
| RI-276 | Letter – Legal Defense Fund | 04/10/2024 |