HLS 241ES-3                                                    **ENGROSSED**

2024 First Extraordinary Session

HOUSE BILL NO. 14

BY REPRESENTATIVE ECHOLS

REAPPORTIONMENT/CONGRESS:   Provides relative to the election districts for members of congress (Item #1)

1          AN ACT

2 To enact R.S. 18:1276.1 and to repeal R.S. 18:1276, relative to congressional districts; to

3          provide for the redistricting of Louisiana's congressional districts; to provide with

4          respect to positions and offices, other than congressional, which are based upon

5          congressional districts; to provide for effectiveness; and to provide for related

6          matters.

7 Be it enacted by the Legislature of Louisiana:

8          Section 1.  R.S. 18:1276.1 is hereby enacted to read as follows:

9          §1276.1.  Congressional districts

10                 Louisiana shall be divided into six congressional districts, and the qualified

11          electors of each district shall elect one representative to the United States House of

12          Representatives.  The districts shall be composed as follows:

13                 (1)  District 1 is composed of Precincts 1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14,

14          15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,

15          38, 39, 40, 41, 42, 43, 44, 45, 46, 51, 52, 53, 54, 55, 56, 58, 59, 60, 61, 62, 63, 64, 65,

16          66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88,

17          89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 105, 106, 117, 118, 119,

18          120, 121, 122, 123, 124, 125A, 125B, 126, 127, 128, 129, 130, 132, 134, 136, 138,

19          1-H, 2-H, 3-H, 4-H, 5-H, 6-H, 7-H, 8-H, 9-H, 1-K, 2-K, 3-K, 4-K, 5-K, 6-KA, 6-KB,

20          7-KA, 7-KB, 8-K, 9-K, 10-K, 11-K, 12-K, 13-KA, 14-K, 16-K, 17-K, 19-K, 20-K,

CODING:  Words in ~~struck through~~ type are deletions from existing law; words underscored are additions.

Hearing Exhibit
R024
Case No: 3:24-cv-00122-DCJ-CES-RRS

1  25-K, 27-K, 28-K, 29-K, 34-K, and 35-K of Jefferson Parish; Precincts 9, 10, 11,

2  11A, 12, 13A, 13B, 14, 30, 31, and 38 of Livingston Parish; Precincts 3-20, 4-8, 4-9,

3  4-11, 4-14, 4-15, 4-17, 4-17A, 4-18, 4-20, 4-21, 4-22, 4-23, 5-10, 5-11, 5-12, 5-13,

4  5-15, 5-16, 5-17, 5-18, 6-9, 7-41, 7-42, 9-45, 9-45A, 17-17, 17-18, 17-18A, 17-19,

5  and 17-20 of Orleans Parish; St. Bernard Parish; Precincts 3-1, 3-2, 5-5, 6-1, 6-2, and

6  6-4 of St. Charles Parish; St. Tammany Parish; Tangipahoa Parish; and Washington

7  Parish.

8      (2)  District 2 is composed of Assumption Parish; Precincts 57, 104, 108,

9  115, 116, 131, 133, 150, 151, 152, 153, 154, 155, 156, 157A, 157B, 170, 171, 172,

10  173, 174, 175, 176, 177, 178, 179A, 179B, 180, 181, 182, 183, 184, 185A, 185B,

11  187, 188, 189, 190, 191, 192, 193A, 193B, 194A, 194B, 195, 196, 197A, 197B, 198,

12  199, 200, 201, 202, 203, 204, 205, 210, 211, 212, 213A, 213B, 213C, 214A, 214B,

13  215, 216A, 216B, 216C, 217, 225, 226, 227, 228, 229, 230, 231, 232A, 232B, 234,

14  235, 236, 237, 238A, 238B, 246, 247, 248, 1-G, 2-G, 3-G, 4-G, 5-G, 6-G, 7-G, 8-G,

15  9-G, 10-G, 11-G, 12-G, 13-G, 1-GI, 13-KB, 15-K, 18-K, 21-K, 22-K, 23-K, 24-K,

16  26-K, 30-K, 31-K, 33-K, 1-L, 1-W, 2-W, 3-W, 4-W, 5-W, 6-W, and 7-W of

17  Jefferson Parish; Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 1-6, 2-1, 2-1A, 2-2, 2-3, 2-5, 2-6,

18  2-7, 2-8, 2-9, 2-10, 2-11, 2-12, 2-13, 2-14, 2-15, 2-16, 3-4, 5-1, 5-1A, 5-2, 5-3, 6-1,

19  6-2, 6-3, 6-4, 6-5, 7-1, 7-2, 7-3, and 7-4 of Lafourche Parish; Precincts 1-1, 1-2, 1-5,

20  1-6, 2-1, 2-2, 2-4, 2-6, 2-7, 3-1, 3-8, 3-9, 3-12, 3-14, 3-15, 3-18, 3-19, 4-2, 4-3, 4-6,

21  4-7, 5-1, 5-2, 5-3, 5-5, 5-7, 5-8, 5-9, 6-1, 6-2, 6-4, 6-6, 6-7, 6-8, 7-1, 7-2, 7-4, 7-5,

22  7-6, 7-7, 7-8, 7-9A, 7-10, 7-11, 7-12, 7-13, 7-14, 7-15, 7-16, 7-17, 7-18, 7-19, 7-20,

23  7-21, 7-23, 7-24, 7-25, 7-25A, 7-26, 7-27, 7-27B, 7-28, 7-28A, 7-29, 7-30, 7-32,

24  7-33, 7-35, 7-37, 7-37A, 7-40, 8-1, 8-2, 8-4, 8-6, 8-7, 8-8, 8-9, 8-12, 8-13, 8-14,

25  8-15, 8-19, 8-20, 8-21, 8-22, 8-23, 8-24, 8-25, 8-26, 8-27, 8-28, 8-30, 9-1, 9-3, 9-4,

26  9-5, 9-6, 9-7, 9-8, 9-9, 9-10, 9-11, 9-12, 9-13, 9-14, 9-15, 9-16, 9-17, 9-19, 9-21,

27  9-23, 9-25, 9-26, 9-28, 9-28C, 9-29, 9-30, 9-30A, 9-31, 9-31A, 9-31B, 9-31D, 9-32,

28  9-33, 9-34A, 9-35, 9-35A, 9-36, 9-36B, 9-37, 9-38, 9-38A, 9-39, 9-39B, 9-40,

29  9-40A, 9-40C, 9-41, 9-41A, 9-41B, 9-41C, 9-41D, 9-42, 9-42C, 9-43A, 9-43B,

CODING:  Words in struck through type are deletions from existing law; words underscored are additions.

1    9-43C, 9-43E, 9-43F, 9-43G, 9-43H, 9-43I, 9-43J, 9-43K, 9-43L, 9-43M, 9-43N,

2    9-44, 9-44A, 9-44B, 9-44D, 9-44E, 9-44F, 9-44G, 9-44I, 9-44J, 9-44L, 9-44M,

3    9-44N, 9-44O, 9-44P, 9-44Q, 10-3, 10-6, 10-7, 10-8, 10-9, 10-11, 10-12, 10-13,

4    10-14, 11-2, 11-3, 11-4, 11-5, 11-8, 11-9, 11-10, 11-11, 11-12, 11-13, 11-14, 11-17,

5    12-1, 12-2, 12-3, 12-4, 12-5, 12-6, 12-7, 12-9, 12-10, 12-11, 12-12, 12-13, 12-14,

6    12-16, 12-17, 12-19, 13-1, 13-2, 13-3, 13-4, 13-5, 13-6, 13-7, 13-8, 13-9, 13-10,

7    13-11, 13-12, 13-13, 13-14, 13-15, 13-16, 14-1, 14-2, 14-3, 14-4, 14-5, 14-6, 14-7,

8    14-8, 14-9, 14-10, 14-11, 14-12, 14-13A, 14-14, 14-15, 14-16, 14-17, 14-18A, 14-19,

9    14-20, 14-21, 14-23, 14-24A, 14-25, 14-26, 15-1, 15-2, 15-3, 15-5, 15-6, 15-8, 15-9,

10   15-10, 15-11, 15-12, 15-12A, 15-13, 15-13A, 15-13B, 15-14, 15-14A, 15-14B,

11   15-14C, 15-14D, 15-14E, 15-14F, 15-14G, 15-15, 15-15A, 15-15B, 15-16, 15-17,

12   15-17A, 15-17B, 15-18, 15-18A, 15-18B, 15-18C, 15-18D, 15-18E, 15-18F, 15-19,

13   15-19A, 15-19B, 15-19C, 16-1, 16-1A, 16-2, 16-3, 16-4, 16-5, 16-6, 16-7, 16-8,

14   16-9, 17-1, 17-2, 17-3, 17-4, 17-5, 17-6, 17-7, 17-8, 17-9, 17-10, 17-11, 17-12,

15   17-13, 17-13A, 17-14, 17-15, and 17-16 of Orleans Parish; Plaquemines Parish;

16   Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 1-6, 2-1, 2-3, 2-4, 2-5, 2-6, 3-3, 4-1, 4-2, 4-3, 4-4,

17   4-5, 5-1, 5-3, 5-4, 6-3, 6-6, 6-8, 7-1, 7-2, 7-3, 7-4, 7-5, and 7-6 of St. Charles Parish;

18   St. James Parish; St. John the Baptist Parish; and Precincts 1, 2, 5, 7, 8, 11, 30, 33,

19   37, 67, and 76 of Terrebonne Parish.

20          (3)   District 3 is composed of Acadia Parish; Precincts 160E, 160W, 161,

21   162E, 162W, 163, 164, 165, 166E, 166W, 167, 260, 261, 262, 300, 301, 302, 303,

22   304, 305, 306, 307, 308, 309E, 309W, 310, 311, 312, 313E, 313W, 314, 315E,

23   315W, 316E, 316W, 317, 318, 319N, 319S, 320E, 320W, 321, 322, 323, 324, 325,

24   326, 327, 328, 329, 330, 331, 332N, 332S, 333, 334, 335, 336, 337, 338, 339, 340,

25   360, 361, 362, 363, 364, 365, 366, 367, 368, 369, 370, 371N, 371S, 372, 405, 440,

26   441, 463, 464, 468, 469, 662, 664, 800, 801, 860N, 860S, 861E, and 861W of

27   Calcasieu Parish; Cameron Parish; Precincts 3-3, 3-4, 3-5, 5-1, 5-2, 6-2, 7-1, 7-2,

28   7-4, 7-5, 8-1, 8-2, 8-3, 9-1, 9-2, 9-4, 9-5, 10-1, 10-2, 10-3, 10-4, 11-1, 11-3, 11-4,

29   11-5, 11-6, 12-1, 12-2, 12-3, 12-4, 13-1, 13-2, 13-3, 13-4, 13-5, 14-1, 14-3, 14-4, and

CODING:  Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

1  14-5 of Iberia Parish; Precincts 4, 5, 6, 15B, 24, 25, and 26 of Iberville Parish;

2  Jefferson Davis Parish; Precincts 3, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,

3  38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 65, 66, 67, 69, 70, 71, 72, 73, 74, 75, 76,

4  77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99,

5  100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 114, 115, 116, 117, 118,

6  119, 120, 121, 124, 125, 126, 127, 128, 130, 131, 133, 134, 135, and 136 of

7  Lafayette Parish; Precincts 3-1, 3-2, 3-3, 3-5, 3-6, 3-7, 4-1, 4-2, 4-3, 4-4, 4-5, 4-6,

8  8-1, 9-1, 9-2, 10-1, 10-2, 10-3, 10-4, 10-6, 10-8, 10-9, 10-10, 10-11, 10-12, 10-13,

9  10-14, 10-15, 10-16, 11-1, 11-2, 11-3, 11-4, and 11-5 of Lafourche Parish; Precincts

10  32, 33, 33A, 34, 34A, 41, 41A, 42, 43, 44, 44B, 45, 46, 47, 48, 49, 50, 50A, 51, 51A,

11  and 52 of St. Landry Parish; Precincts 1, 2, 3, 6, 7, 8, 16, 17, 21, 22, 23, 31, 32, 38,

12  41, 42, and 43 of St. Martin Parish; St. Mary Parish; Precincts 10, 12, 14, 15, 16, 17,

13  18, 19, 20, 21, 23, 25, 27, 28, 29, 31, 34, 35, 38, 39, 40, 41, 42, 43, 45, 48, 49, 51, 52,

14  53, 55, 56, 57, 58, 59, 60, 62, 63, 64, 65, 68, 69, 71, 72, 73, 74, 81, 83, 84, 85, 87, 88,

15  90, 94, 95, 100, 110, and 115 of Terrebonne Parish; and Vermilion Parish.

16      (4)  District 4 is composed of Allen Parish; Beauregard Parish; Bienville

17  Parish; Bossier Parish; Caddo Parish; Precincts 400, 401, 402, 403, 404, 406, 407,

18  408, 460E, 460W, 461, 465, 466E, 466W, 467, 560, 561, 562, 600, 601, 602, 603,

19  660, 661, 663, 700, 701, 702, 703, 760, 761, and 762 of Calcasieu Parish; Claiborne

20  Parish; De Soto Parish; Precincts 1020, 1040, 1041, 1050, 1130, 1140, 1150, 2010,

21  2010A, 2020, 2030, 2040, 3010, 3020, 3030, 3031, 3032, 3040, 3050, 3051, 3052,

22  3060, 3070, 3071, 4001, 4010, 4011, 4012, 4020, 4021, 4030, 4040, 5004, 5010,

23  5020, 5030, 5040, 5041, and 5050 of Evangeline Parish; Grant Parish; Jackson

24  Parish; Natchitoches Parish; Red River Parish; Sabine Parish; Union Parish; Vernon

25  Parish; Webster Parish; and Winn Parish.

26      (5)  District 5 is composed of Precincts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13,

27  14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 32, 33, 34, 35, 41, 43, 58, 61, 62,

28  63, 64, 65, 66, 68, 69, 71, 72, 73, 76, 77, and 78 of Ascension Parish; Precincts 1-1,

29  1-2, 1-3, 1-3A, 2-1, 2-1A, 2-2, 2-2A, 2-2B, 2-2C, 2-2D, 2-2F, 2-3A, 2-4, 2-4A, 2-5,

CODING:  Words in struck through type are deletions from existing law; words underscored are additions.

HLS 241ES-3 **ENGROSSED**
HB NO. 14

1  2-5E, 2-7, 2-8, 3-1, 3-1B, 3-3, 4-1, 4-2, 5-1, 5-1A, 5-1B, 6-1A, 6-1B, 6-2, 6-2A,

2  7-3B, 8-1, 8-3, 8-3A, 9-4, 9-4B, and 11-2A of Avoyelles Parish; Caldwell Parish;

3  Catahoula Parish; Concordia Parish; Precincts 2-6, 2-7, 2-8, 2-33, 3-1, 3-2, 3-6, 3-9,

4  3-14, 3-25, 3-26, 3-30, 3-37, 3-46, 3-47, and 3-61 of East Baton Rouge Parish; East

5  Carroll Parish; East Feliciana Parish; Franklin Parish; La Salle Parish; Lincoln

6  Parish; Precincts 1, 1A, 1B, 1C, 1D, 2, 2A, 3, 3A, 3B, 4, 4A, 4B, 5, 5A, 5B, 5D, 6,

7  6A, 6B, 7, 7A, 7B, 7C, 7D, 8A, 8B, 15, 16, 17, 18, 18A, 19, 19A, 20, 21, 21A, 21B,

8  22, 23, 23A, 23B, 23C, 24, 24B, 24C, 24D, 25, 26, 26A, 26B, 26C, 27, 28, 29, 32,

9  33, 34, 35, 35A, 36, 36A, 39, 39A, 39B, 40, 40A, 41, and 43 of Livingston Parish;

10  Madison Parish; Morehouse Parish; Ouachita Parish; Precincts C22, C23, C26, C27,

11  C30, C31, C32, C33, C34, C35, C36, C37-A, C37-B, C41, C42, N5, N6, N7, N8, N9,

12  N10, N11, N12, N13-A, N13-B, N14-A, N14-B, N15, N16, N17, N18-A, N18-B,

13  N19, N20, N21, N22, N23, N24, N25, N26, N27, N28, N29, S1, S2, S4, S5, S6A,

14  S6B, S7, S8, S9, S10, S11, S13, S14, S21, S22, S23, S24, S25, S26, S27, S28, and

15  S29 of Rapides Parish; Richland Parish; St. Helena Parish; Tensas Parish; West

16  Carroll Parish; and West Feliciana Parish.

17       (6) District 6 is composed of Precincts 28, 30, 31, 36, 37, 38, 39, 40, 42, 44,

18  45, 47, 48, 50, 51, 52, 53, 54, 55, and 57 of Ascension Parish; Precincts 4-2A, 4-2B,

19  7-1, 7-3, 8-2A, 8-2B, 9-1A, 9-2, 9-2A, 9-3, 9-5B, 10-2, 10-2A, 10-2B, 10-3A, 10-3B,

20  10-4, and 11-1 of Avoyelles Parish; Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 1-6, 1-7, 1-8,

21  1-9, 1-10, 1-11, 1-12, 1-13, 1-14, 1-15, 1-16, 1-17, 1-18, 1-19, 1-20, 1-21, 1-22, 1-23,

22  1-24, 1-25, 1-26, 1-27, 1-28, 1-29, 1-30, 1-31, 1-32, 1-33, 1-34, 1-35, 1-36, 1-37,

23  1-38, 1-39, 1-40, 1-41, 1-42, 1-43, 1-44, 1-45, 1-46, 1-47, 1-48, 1-49, 1-50, 1-51,

24  1-52, 1-53, 1-54, 1-55, 1-56, 1-57, 1-58, 1-59, 1-60, 1-61, 1-62, 1-63, 1-64, 1-65,

25  1-66, 1-67, 1-68, 1-69, 1-70, 1-71, 1-72, 1-73, 1-74, 1-75, 1-76, 1-77, 1-78, 1-79,

26  1-80, 1-81, 1-82, 1-83, 1-84, 1-85, 1-86, 1-87, 1-88, 1-89, 1-90, 1-91, 1-92, 1-93,

27  1-94, 1-95, 1-96, 1-97, 1-98, 1-99, 1-100, 1-101, 1-102, 1-103, 1-104, 1-105, 1-107,

28  2-1, 2-2, 2-3, 2-4, 2-5, 2-9, 2-10, 2-11, 2-12, 2-13, 2-14, 2-15, 2-16, 2-17, 2-18, 2-19,

29  2-20, 2-21, 2-22, 2-23, 2-24, 2-25, 2-26, 2-27, 2-28, 2-29, 2-30, 2-31, 2-32, 2-34,

CODING: Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

1    2-35, 2-36, 2-37, 2-38, 3-3, 3-4, 3-5, 3-7, 3-8, 3-10, 3-11, 3-12, 3-13, 3-15, 3-16,

2    3-17, 3-18, 3-19, 3-20, 3-21, 3-22, 3-23, 3-24, 3-27, 3-28, 3-29, 3-31, 3-32, 3-33,

3    3-34, 3-35, 3-36, 3-38, 3-39, 3-40, 3-41, 3-42, 3-43, 3-44, 3-45, 3-48, 3-49, 3-50,

4    3-51, 3-52, 3-53, 3-54, 3-55, 3-56, 3-57, 3-58, 3-59, 3-60, 3-62, 3-63, 3-64, 3-65,

5    3-66, 3-67, 3-68, 3-69, 3-70, 3-71, 3-72, 3-73, 3-74, 3-75, and 3-76 of East Baton

6    Rouge Parish; Precincts 1010, 1030, 1031, 1080, 1081, 1090, 1091, 1100, 1101,

7    1110, 1120, 1160, 1161, 1162, 1170, and 1171 of Evangeline Parish; Precincts 1-1,

8    1-3, 1-7, 1-8, 2-1, 2-2, 2-3, 3-2, 4-1, 4-2, 4-3, 5-3, 5-5, 6-1, 6-4, and 6-5 of Iberia

9    Parish; Precincts 1, 3, 7, 9, 10, 10B, 11, 12, 13, 14, 14A, 15, 15A, 16, 17, 18, 19, 20,

10   21, 22, 22B, 27, 28, 29, 31, and 32 of Iberville Parish; Precincts 1, 2, 4, 5, 6, 7, 8, 9,

11   10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 50, 51, 52, 53, 54, 55, 56, 57,

12   58, 59, 60, 61, 63, 64, 68, 112, 113, 122, 123, and 129 of Lafayette Parish; Pointe

13   Coupee Parish; Precincts C1, C2, C3, C4, C5, C6, C7, C8, C9, C10, C11-A, C11-B,

14   C13, C14, C15, C17, C18, C19, C20, C21, C24, C25, C28, C38-A, C38-B, C39, C40,

15   N1, N2, N3, N4, S15, S16, S17, S18, S19, and S20 of Rapides Parish; Precincts 1,

16   1A, 1B, 1C, 1D, 2, 2A, 2B, 2C, 3, 4, 4A, 4B, 5, 6, 7, 7A, 8, 9, 9A, 10, 10A, 11, 11B,

17   12, 13, 13A, 14, 14A, 14B, 15, 16, 16A, 17, 18, 18A, 18B, 19, 19A, 20, 20B, 21,

18   21A, 22, 22B, 23, 23A, 24, 24B, 25, 26, 26A, 27, 28, 29, 29A, 30, 30A, 30B, 31,

19   32A, 35, 36, 37, 37A, 38, 39, 39A, 40, and 44A of St. Landry Parish; Precincts 4, 5,

20   9, 10, 11, 12, 13, 14, 15, 18, 19, 20, 24, 25, 26, 27, 28, 29, 30, 33, 34, 35, 36, 37, 39,

21   and 40 of St. Martin Parish; and West Baton Rouge Parish.

22   Section 2.  R.S. 18:1276 is hereby repealed in its entirety.

23   Section 3.(A) The precincts referenced in this Act are those contained in the file

24   named "2024 Precinct Shapefiles (1-10-2024)" available on the website of the Legislature

25   of Louisiana on the effective date of this Section. The 2024 Precinct Shapefiles are based

26   upon those Voting Districts (VTDs) contained in the 2020 Census Redistricting TIGER/Line

27   Shapefiles for the State of Louisiana as those files have been modified and validated through

28   the data verification program of the Louisiana House of Representatives and the Louisiana

29   Senate to represent precinct changes submitted through January 10, 2024, to the Legislature

CODING:  Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

HLS 241ES-3

**ENGROSSED**
HB NO. 14

1    of Louisiana by parish governing authorities pursuant to the provisions of R.S. 18:532 and

2    532.1.

3        (B) When a precinct referenced in this Act has been subdivided by action of the

4    parish governing authority on a nongeographic basis or subdivided by action of the parish

5    governing authority on a geographic basis in accordance with the provisions of R.S.

6    18:532.1, the enumeration in this Act of the general precinct designation shall include all

7    nongeographic and all geographic subdivisions thereof, however such subdivisions may be

8    designated.

9        (C)   The territorial limits of the districts as provided in this Act shall continue in

10   effect until changed by law regardless of any subsequent change made to the precincts by

11   the parish governing authority.

12       Section 4.   The provisions of this Act shall not reduce the term of office of any

13   person holding any position or office on the effective date of this Section for which the

14   appointment or election is based upon a congressional district as composed pursuant to R.S.

15   18:1276.   Any position or office that is filled by appointment or election based upon a

16   congressional district and that is to be filled after January 3, 2025, shall be appointed or

17   elected from a district as it is described in Section 1 of this Act.

18       Section 5.(A)   Solely for the purposes of qualifying for election and the conduct of

19   the election of representatives to the United States Congress at the regularly scheduled

20   election for representatives to the congress in 2024, the provisions of Section 1 of this Act

21   shall become effective upon signature of this Act by the governor or, if not signed by the

22   governor, upon expiration of the time for bills to become law without signature by the

23   governor, as provided in Article III, Section 18 of the Constitution of Louisiana.  If this Act

24   is vetoed by the governor and subsequently approved by the legislature, the provisions of

25   Section 1 of this Act shall become effective on the day following such approval for the

26   purposes established in this Subsection.

27       (B)   For subsequent elections of representatives to the United States Congress and

28   for all other purposes, the provisions of Section 1 of this Act shall become effective at noon

29   on January 3, 2025.

CODING:  Words in ~~struck through~~ type are deletions from existing law; words underscored are additions.

R024-007

HLS 241ES-3                                                    **ENGROSSED**
                                                              HB NO. 14

1        (C) The provisions of Section 2 of this Act shall become effective at noon on January

2    3, 2025.

3        (D)  The provisions of this Section and Sections 3 and 4 of this Act shall become

4    effective upon signature of this Act by the governor or, if not signed by the governor, upon

5    expiration of the time for bills to become law without signature by the governor, as provided

6    in Article III, Section 18 of the Constitution of Louisiana.  If this Act is vetoed by the

7    governor and subsequently approved by the legislature, the provisions of this Section and

8    Sections 3 and 4 of this Act shall become effective on the day following such approval.

---

DIGEST

The digest printed below was prepared by House Legislative Services.  It constitutes no part
of the legislative instrument.  The keyword, one-liner, abstract, and digest do not constitute
part of the law or proof or indicia of legislative intent.  [R.S. 1:13(B) and 24:177(E)]

HB 14 Engrossed              2024 First Extraordinary Session              Echols

**Abstract:**  Provides for the redistricting of the state's congressional districts and provides
for the composition of each of the six congressional districts.  Effective upon
signature of governor for election purposes only for the regular congressional
elections in 2024 and at noon on Jan. 3, 2025, for all other purposes.

Statistical summaries of proposed law, including district variances from the ideal
population of 776,292 and the range of those variances, as well as maps illustrating
proposed district boundaries accompany this digest. *(Attached to the bill version on
the internet.)*

Present U.S. Constitution (14th Amendment) provides that representatives in congress shall
be apportioned among the several states according to their respective numbers, counting the
whole number of persons in each state. The U.S. Supreme Court has held that the population
of congressional districts in the same state must be as nearly equal in population as
practicable.

Present law provides for six congressional districts based upon the 2020 federal decennial
census.

Proposed law redraws district boundaries for the congressional districts based upon the 2020
federal decennial census.

Proposed law provides that the new districts become effective upon signature of governor
or lapse of time for gubernatorial action for election purposes only for the regular
congressional elections in 2024.  Retains present law districts based upon the 2020 census
until noon on Jan. 3, 2025, at which time present law is repealed and the new districts based
upon the 2020 census, as established by proposed law, become effective for all other
purposes.

Proposed law specifies that precincts referenced in district descriptions are those precincts
identified as Voting Districts (VTDs) contained in the file named "2024 Precinct Shapefiles
(1-10-2024)" available on the La. Legislature's website.  Specifies that the 2024 Precinct
Shapefiles are based upon those Voting Districts (VTDs) contained in the 2020 Census

Page 8 of 9

CODING: Words in ~~struck through~~ type are deletions from existing law; words underscored
are additions.

Redistricting TIGER/Line Shapefiles for the State of Louisiana as those files have been modified and validated through the data verification program of the La. legislature.  Also specifies that if any such precinct has been subdivided by action of the parish governing authority on a nongeographic basis or subdivided by action of the parish governing authority on a geographic basis in accordance with <u>present law</u>, the enumeration of the general precinct designation shall include all nongeographic and all geographic subdivisions thereof. Further provides that the territorial limits of the districts as enacted shall continue in effect until changed by law regardless of any subsequent change made to the precincts by the parish governing authority.

<u>Proposed law</u> specifies that <u>proposed law</u> does not reduce the term of office of any person holding any position or office on the effective date of <u>proposed law</u> for which the appointment or election is based upon a congressional district as composed pursuant to <u>present law</u>. Specifies that any position or office filled after Jan. 1, 2025, for which the appointment or election is based upon a congressional district shall be appointed or elected from a district as it is described in <u>proposed law</u>.

Population data in the summaries accompanying this digest are derived from 2020 Census Redistricting Data (Public Law 94-171), Summary File for Louisiana.  Population data, statistical information, and maps are supplied for purposes of information and analysis and comprise no part of <u>proposed law</u>.

Effective upon signature of governor or lapse of time for gubernatorial action for election purposes only for the regular congressional elections in 2024; effective for all other purposes at noon on Jan. 3, 2025.

(Adds R.S. 18:1276.1; Repeals R.S. 18:1276)

CODING:  Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

## Plan Statistics

### Plan: HLS 24 1E.S. - 3 (Echols)

| Districts: | # of Members | Actual Population | Ideal Population | Absolute Deviation | Relative Deviation |
|---|---|---|---|---|---|
| District 1 | 1 | 776,296 | 776,292 | 4 | 0.001% |
| District 2 | 1 | 776,274 | 776,292 | -18 | -0.002% |
| District 3 | 1 | 776,275 | 776,292 | -17 | -0.002% |
| District 4 | 1 | 776,272 | 776,292 | -20 | -0.003% |
| District 5 | 1 | 776,285 | 776,292 | -7 | -0.001% |
| District 6 | 1 | 776,355 | 776,292 | 63 | 0.008% |
| Grand Total: | 6 | 4,657,757 | 4,657,752 | | |

| | | | | |
|---|---|---|---|---|
| Ideal Population Per Member: | 776292 | | | |
| Number of Districts for Plan Type: | 6 | | | |
| | | | | |
| Range of District Populations: | 776,272 | to | 776,355 | |
| | | | | |
| Absolute Mean Deviation: | 14 | | | |
| Absolute Range: | -20 | to | 63 | |
| Absolute Overall Range: | 83 | | | |
| | | | | |
| Relative Mean Deviation: | 0.00% | | | |
| Relative Range: | 0.00% | to | 0.01% | |
| Relative Overall Range: | 0.01% | | | |

| | |
|---|---|
| *Ideal - Actual:* | *-5* |
| *Remainder:* | *5* |
| *Unassigned Population:* | *0* |

## Total Population

Plan: HLS 24 1E.S. - 3 (Echols)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | Total Hispanic | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | VAP Hispanic Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | 776,296 | 527,431 | 141,687 | 21,799 | 14,604 | 70,775 | 86,374 | 600,702 | 423,702 | 99,557 | 16,019 | 10,869 | 50,555 | 60,452 |
| | 100.000% | 67.942% | 18.252% | 2.808% | 1.881% | 9.117% | 11.126% | 100.000% | 70.534% | 16.573% | 2.667% | 1.809% | 8.416% | 10.064% |
| District 2 | 776,274 | 292,109 | 390,732 | 26,331 | 10,970 | 56,132 | 74,214 | 603,846 | 243,821 | 291,084 | 20,841 | 8,301 | 39,799 | 52,137 |
| | 100.000% | 37.630% | 50.334% | 3.392% | 1.413% | 7.231% | 9.560% | 100.000% | 40.378% | 48.205% | 3.451% | 1.375% | 6.591% | 8.634% |
| District 3 | 776,275 | 536,695 | 164,182 | 16,587 | 20,731 | 38,080 | 45,048 | 587,490 | 421,171 | 113,959 | 11,867 | 14,472 | 26,021 | 29,924 |
| | 100.000% | 69.137% | 21.150% | 2.137% | 2.671% | 4.905% | 5.803% | 100.000% | 71.690% | 19.398% | 2.020% | 2.463% | 4.429% | 5.094% |
| District 4 | 776,272 | 464,922 | 250,643 | 11,801 | 19,078 | 29,828 | 38,123 | 592,661 | 367,633 | 180,957 | 8,578 | 14,271 | 21,222 | 26,627 |
| | 100.000% | 59.892% | 32.288% | 1.520% | 2.458% | 3.842% | 4.911% | 100.000% | 62.031% | 30.533% | 1.447% | 2.408% | 3.581% | 4.493% |
| District 5 | 776,285 | 517,268 | 202,891 | 11,038 | 14,292 | 30,796 | 35,336 | 588,483 | 403,802 | 144,502 | 7,970 | 10,730 | 21,479 | 23,810 |
| | 100.000% | 66.634% | 26.136% | 1.422% | 1.841% | 3.967% | 4.552% | 100.000% | 68.617% | 24.555% | 1.354% | 1.823% | 3.650% | 4.046% |
| District 6 | 776,355 | 319,227 | 392,984 | 19,732 | 7,385 | 37,027 | 43,454 | 597,366 | 264,382 | 285,710 | 15,141 | 5,597 | 26,536 | 30,712 |
| | 100.000% | 41.119% | 50.619% | 2.542% | 0.951% | 4.769% | 5.597% | 100.000% | 44.258% | 47.828% | 2.535% | 0.937% | 4.442% | 5.141% |
| Grand Total | 4,657,757 | 2,657,652 | 1,543,119 | 107,288 | 87,060 | 262,638 | 322,549 | 3,570,548 | 2,124,511 | 1,115,769 | 80,416 | 64,240 | 185,612 | 223,662 |
| | 100.000% | 57.059% | 33.130% | 2.303% | 1.869% | 5.639% | 6.925% | 100.000% | 59.501% | 31.249% | 2.252% | 1.799% | 5.198% | 6.264% |

# Voter Registration

## Plan: HLS 24 1E.S. - 3 (Echols)

| | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 | Reg Dem Total Dec 2023 | Reg Rep Total Dec 2023 | Reg Other Total Dec 2023 |
|---|---|---|---|---|---|---|---|
| District 1 | 466,691 | 363,953 | 64,192 | 38,546 | 127,500 | 198,273 | 140,918 |
| | 77.691% | 77.986% | 13.755% | 8.259% | 27.320% | 42.485% | 30.195% |
| District 2 | 462,947 | 191,859 | 230,060 | 41,028 | 259,997 | 79,243 | 123,707 |
| | 76.666% | 41.443% | 49.695% | 8.862% | 56.161% | 17.117% | 26.722% |
| District 3 | 448,500 | 346,718 | 79,784 | 21,998 | 134,731 | 189,575 | 124,194 |
| | 76.342% | 77.306% | 17.789% | 4.905% | 30.040% | 42.269% | 27.691% |
| District 4 | 433,615 | 286,232 | 128,067 | 19,316 | 153,200 | 168,857 | 111,558 |
| | 73.164% | 66.011% | 29.535% | 4.455% | 35.331% | 38.942% | 25.727% |
| District 5 | 468,923 | 338,820 | 113,592 | 16,511 | 146,938 | 201,620 | 120,365 |
| | 79.683% | 72.255% | 24.224% | 3.521% | 31.335% | 42.996% | 25.668% |
| District 6 | 461,611 | 212,864 | 226,134 | 22,613 | 230,140 | 114,058 | 117,413 |
| | 77.274% | 46.113% | 48.988% | 4.899% | 49.856% | 24.709% | 25.435% |
| Grand Total | 2,742,287 | 1,740,446 | 841,829 | 160,012 | 1,052,506 | 951,626 | 738,155 |

# Splits

## Plan: HLS 24 1E.S. - 3 (Echols)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 1** | | | | | | | | | | | | | | | | |
| *Jefferson | 226,378 | 145,977 | 28,963 | 11,274 | 3,831 | 36,333 | 181,707 | 122,522 | 21,265 | 8,517 | 2,909 | 26,494 | 135,537 | 105,683 | 11,332 | 18,522 |
| *Livingston | 17,382 | 14,060 | 1,977 | 93 | 333 | 919 | 12,958 | 10,682 | 1,381 | 46 | 242 | 607 | 10,183 | 9,020 | 862 | 301 |
| *Orleans | 31,848 | 25,245 | 2,363 | 1,305 | 385 | 2,550 | 25,361 | 20,414 | 1,821 | 955 | 302 | 1,869 | 21,977 | 18,417 | 1,414 | 2,146 |
| St. Bernard | 43,764 | 24,497 | 12,309 | 1,381 | 947 | 4,630 | 31,775 | 18,992 | 7,944 | 982 | 688 | 3,169 | 25,685 | 18,044 | 5,593 | 2,048 |
| *St. Charles | 13,734 | 9,732 | 2,119 | 282 | 258 | 1,343 | 10,231 | 7,523 | 1,436 | 190 | 179 | 903 | 8,565 | 6,752 | 1,158 | 655 |
| St. Tammany | 264,570 | 196,641 | 38,643 | 5,774 | 5,660 | 17,852 | 202,228 | 154,621 | 26,761 | 4,075 | 4,161 | 12,610 | 174,307 | 141,262 | 21,129 | 11,916 |
| Tangipahoa | 133,157 | 81,336 | 41,879 | 1,474 | 2,454 | 6,014 | 101,491 | 65,205 | 29,217 | 1,100 | 1,827 | 4,142 | 63,286 | 46,172 | 14,812 | 2,302 |
| Washington | 45,463 | 29,943 | 13,434 | 216 | 736 | 1,134 | 34,951 | 23,743 | 9,732 | 154 | 561 | 761 | 27,151 | 18,603 | 7,892 | 656 |
| **District 1** | **776,296** | **527,431** | **141,687** | **21,799** | **14,604** | **70,775** | **600,702** | **423,702** | **99,557** | **16,019** | **10,869** | **50,555** | **466,691** | **363,953** | **64,192** | **38,546** |
| | **100.000%** | **67.942%** | **18.252%** | **2.808%** | **1.881%** | **9.117%** | **100.000%** | **70.534%** | **16.573%** | **2.667%** | **1.809%** | **8.416%** | **77.691%** | **77.986%** | **13.755%** | **8.259%** |
| **District 2** | | | | | | | | | | | | | | | | |
| Assumption | 21,039 | 13,722 | 6,220 | 96 | 258 | 743 | 16,616 | 11,145 | 4,707 | 57 | 197 | 510 | 13,323 | 8,977 | 4,131 | 215 |
| *Jefferson | 214,403 | 74,958 | 97,254 | 11,750 | 3,855 | 26,586 | 162,947 | 61,613 | 70,910 | 9,175 | 2,926 | 18,323 | 117,896 | 47,253 | 54,870 | 15,773 |
| *Lafourche | 45,606 | 29,977 | 12,824 | 436 | 759 | 1,610 | 35,351 | 24,101 | 9,282 | 318 | 509 | 1,141 | 26,075 | 19,990 | 5,273 | 812 |
| *Orleans | 352,149 | 101,217 | 216,606 | 11,551 | 3,281 | 19,494 | 280,835 | 89,838 | 164,247 | 9,565 | 2,646 | 14,539 | 216,413 | 67,708 | 129,176 | 19,529 |
| Plaquemines | 23,515 | 14,287 | 5,428 | 1,317 | 697 | 1,786 | 17,334 | 10,856 | 3,857 | 925 | 500 | 1,196 | 13,143 | 8,996 | 2,934 | 1,213 |
| *St. Charles | 38,815 | 23,818 | 11,809 | 555 | 667 | 1,966 | 29,310 | 18,631 | 8,454 | 339 | 488 | 1,398 | 25,017 | 16,659 | 7,112 | 1,246 |
| St. James | 20,192 | 9,973 | 9,762 | 60 | 82 | 315 | 15,505 | 7,883 | 7,297 | 31 | 64 | 230 | 14,531 | 7,116 | 7,196 | 219 |
| St. John the Baptist | 42,477 | 13,877 | 25,196 | 403 | 465 | 2,536 | 32,503 | 11,622 | 18,437 | 323 | 350 | 1,771 | 27,484 | 9,338 | 16,653 | 1,493 |
| *Terrebonne | 18,078 | 10,280 | 5,633 | 163 | 906 | 1,096 | 13,445 | 8,132 | 3,893 | 108 | 621 | 691 | 9,065 | 5,822 | 2,715 | 528 |
| **District 2** | **776,274** | **292,109** | **390,732** | **26,331** | **10,970** | **56,132** | **603,846** | **243,821** | **291,084** | **20,841** | **8,301** | **39,799** | **462,947** | **191,859** | **230,060** | **41,028** |
| | **100.000%** | **37.630%** | **50.334%** | **3.392%** | **1.413%** | **7.231%** | **100.000%** | **40.378%** | **48.205%** | **3.451%** | **1.375%** | **6.591%** | **76.666%** | **41.443%** | **49.695%** | **8.862%** |
| **District 3** | | | | | | | | | | | | | | | | |
| Acadia | 57,576 | 44,480 | 10,864 | 238 | 573 | 1,421 | 42,943 | 34,071 | 7,383 | 173 | 400 | 916 | 36,151 | 29,438 | 5,995 | 718 |
| *Calcasieu | 168,812 | 99,900 | 54,891 | 4,107 | 2,480 | 7,434 | 127,466 | 78,517 | 38,957 | 2,927 | 1,859 | 5,206 | 86,206 | 57,636 | 24,574 | 3,996 |
| Cameron | 5,617 | 5,232 | 125 | 30 | 75 | 155 | 4,358 | 4,100 | 79 | 23 | 47 | 109 | 4,072 | 3,936 | 61 | 75 |
| *Iberia | 44,830 | 29,711 | 11,058 | 1,228 | 557 | 2,276 | 33,985 | 23,413 | 7,716 | 863 | 415 | 1,578 | 28,708 | 21,064 | 6,437 | 1,207 |
| *Iberville | 4,874 | 4,163 | 488 | 14 | 77 | 132 | 4,006 | 3,454 | 360 | 14 | 68 | 110 | 3,438 | 3,037 | 342 | 59 |
| Jefferson Davis | 32,250 | 25,066 | 5,837 | 183 | 472 | 692 | 24,039 | 19,121 | 4,006 | 111 | 325 | 476 | 18,733 | 15,509 | 2,784 | 440 |
| *Lafayette | 172,780 | 127,426 | 26,466 | 5,888 | 2,593 | 10,407 | 132,143 | 100,507 | 18,155 | 4,270 | 1,973 | 7,238 | 107,325 | 88,795 | 12,053 | 6,477 |
| *Lafourche | 51,951 | 41,733 | 3,031 | 589 | 3,465 | 3,133 | 39,268 | 32,737 | 1,795 | 420 | 2,268 | 2,048 | 28,163 | 25,491 | 1,004 | 1,668 |
| *St. Landry | 22,153 | 14,498 | 6,408 | 160 | 231 | 856 | 16,912 | 11,215 | 4,400 | 107 | 174 | 546 | 12,919 | 9,035 | 3,520 | 364 |
| *St. Martin | 17,165 | 13,406 | 2,699 | 288 | 184 | 588 | 13,247 | 10,580 | 1,898 | 198 | 153 | 418 | 11,325 | 9,306 | 1,694 | 325 |
| St. Mary | 49,406 | 26,949 | 15,991 | 835 | 1,670 | 3,961 | 37,521 | 21,594 | 11,520 | 593 | 1,173 | 2,641 | 29,204 | 17,999 | 9,570 | 1,635 |
| *Terrebonne | 91,502 | 59,654 | 17,514 | 1,580 | 7,731 | 5,023 | 69,060 | 47,499 | 11,903 | 1,131 | 5,129 | 3,398 | 46,745 | 35,779 | 7,195 | 3,771 |

# Splits

## Plan: HLS 24 1E.S. - 3 (Echols)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 3** | | | | | | | | | | | | | | | | |
| Vermilion | 57,359 | 44,477 | 8,810 | 1,447 | 623 | 2,002 | 43,012 | 34,363 | 5,787 | 1,037 | 488 | 1,337 | 35,511 | 29,693 | 4,555 | 1,263 |
| **District 3** | 776,275 | 536,695 | 164,182 | 16,587 | 20,731 | 38,080 | 587,490 | 421,171 | 113,959 | 11,867 | 14,472 | 26,021 | 448,500 | 346,718 | 79,784 | 21,998 |
| | 100.000% | 69.137% | 21.150% | 2.137% | 2.671% | 4.905% | 100.000% | 71.690% | 19.398% | 2.020% | 2.463% | 4.429% | 76.342% | 77.306% | 17.789% | 4.905% |
| **District 4** | | | | | | | | | | | | | | | | |
| Allen | 22,750 | 16,327 | 4,490 | 246 | 947 | 740 | 17,510 | 12,751 | 3,275 | 182 | 646 | 656 | 11,079 | 8,704 | 1,920 | 455 |
| Beauregard | 36,549 | 29,529 | 4,649 | 402 | 1,052 | 917 | 27,489 | 22,304 | 3,495 | 269 | 773 | 648 | 22,071 | 18,639 | 2,264 | 1,168 |
| Bienville | 12,981 | 6,950 | 5,600 | 57 | 207 | 167 | 10,073 | 5,486 | 4,284 | 30 | 162 | 111 | 8,336 | 4,509 | 3,728 | 99 |
| Bossier | 128,746 | 81,052 | 32,551 | 3,492 | 3,273 | 8,378 | 95,876 | 62,931 | 22,440 | 2,448 | 2,477 | 5,580 | 65,726 | 48,229 | 13,555 | 3,942 |
| Caddo | 237,848 | 103,457 | 119,304 | 4,034 | 3,840 | 7,213 | 182,407 | 85,059 | 86,393 | 3,008 | 2,958 | 5,023 | 131,942 | 64,381 | 61,471 | 6,090 |
| *Calcasieu | 47,973 | 39,872 | 4,495 | 595 | 1,056 | 1,955 | 35,700 | 30,272 | 2,941 | 432 | 745 | 1,310 | 25,613 | 22,728 | 1,919 | 966 |
| Claiborne | 14,170 | 7,263 | 6,360 | 88 | 185 | 274 | 11,507 | 6,258 | 4,824 | 55 | 140 | 230 | 8,390 | 4,557 | 3,677 | 156 |
| De Soto | 26,812 | 15,284 | 9,973 | 117 | 740 | 698 | 20,440 | 11,909 | 7,425 | 86 | 557 | 463 | 17,887 | 11,005 | 6,317 | 565 |
| *Evangeline | 23,374 | 18,044 | 3,787 | 166 | 236 | 1,141 | 17,670 | 13,682 | 2,685 | 127 | 184 | 992 | 14,518 | 12,104 | 2,133 | 281 |
| Grant | 22,169 | 17,709 | 3,335 | 133 | 644 | 348 | 17,527 | 13,964 | 2,717 | 97 | 507 | 242 | 12,226 | 10,764 | 1,120 | 342 |
| Jackson | 15,031 | 9,967 | 4,166 | 175 | 255 | 468 | 11,783 | 7,967 | 3,125 | 140 | 174 | 377 | 9,375 | 6,570 | 2,610 | 195 |
| Natchitoches | 37,515 | 19,361 | 15,725 | 255 | 861 | 1,313 | 29,349 | 16,010 | 11,415 | 198 | 683 | 1,043 | 20,675 | 11,761 | 8,016 | 898 |
| Red River | 7,620 | 4,195 | 3,106 | 25 | 171 | 123 | 5,714 | 3,338 | 2,164 | 3 | 116 | 93 | 5,475 | 3,034 | 2,358 | 83 |
| Sabine | 22,155 | 15,036 | 3,861 | 94 | 2,723 | 441 | 17,064 | 12,054 | 2,655 | 66 | 1,970 | 319 | 13,570 | 10,287 | 1,912 | 1,371 |
| Union | 21,107 | 14,460 | 5,224 | 62 | 338 | 1,023 | 16,632 | 11,807 | 3,861 | 39 | 254 | 671 | 14,802 | 10,847 | 3,497 | 458 |
| Vernon | 48,750 | 35,087 | 7,611 | 1,442 | 1,600 | 3,010 | 36,261 | 26,765 | 5,133 | 1,074 | 1,160 | 2,129 | 22,409 | 18,129 | 2,608 | 1,672 |
| Webster | 36,967 | 22,735 | 12,679 | 208 | 687 | 658 | 28,753 | 18,144 | 9,464 | 154 | 558 | 433 | 21,259 | 14,068 | 6,744 | 447 |
| Winn | 13,755 | 8,594 | 3,727 | 210 | 263 | 961 | 10,906 | 6,932 | 2,695 | 170 | 207 | 902 | 8,262 | 5,916 | 2,218 | 128 |
| **District 4** | 776,272 | 464,922 | 250,643 | 11,801 | 19,078 | 29,828 | 592,661 | 367,633 | 180,957 | 8,578 | 14,271 | 21,222 | 433,615 | 286,232 | 128,067 | 19,316 |
| | 100.000% | 59.892% | 32.288% | 1.520% | 2.458% | 3.842% | 100.000% | 62.031% | 30.533% | 1.447% | 2.408% | 3.581% | 73.164% | 66.011% | 29.535% | 4.455% |
| **District 5** | | | | | | | | | | | | | | | | |
| *Ascension | 100,088 | 73,021 | 15,840 | 2,098 | 1,758 | 7,371 | 72,526 | 54,528 | 10,623 | 1,362 | 1,224 | 4,789 | 62,477 | 49,920 | 8,974 | 3,583 |
| *Avoyelles | 25,915 | 19,003 | 5,906 | 152 | 495 | 359 | 19,720 | 14,846 | 4,113 | 117 | 355 | 289 | 14,759 | 11,454 | 2,893 | 412 |
| Caldwell | 9,645 | 7,646 | 1,632 | 51 | 150 | 166 | 7,478 | 5,969 | 1,224 | 46 | 116 | 123 | 5,813 | 4,959 | 762 | 92 |
| Catahoula | 8,906 | 5,776 | 2,395 | 46 | 119 | 570 | 6,951 | 4,557 | 1,736 | 33 | 87 | 538 | 6,113 | 4,363 | 1,695 | 55 |
| Concordia | 18,687 | 10,275 | 7,725 | 122 | 233 | 332 | 14,217 | 8,108 | 5,613 | 100 | 167 | 229 | 11,419 | 6,816 | 4,418 | 185 |
| *East Baton Rouge | 36,009 | 28,593 | 4,795 | 434 | 688 | 1,499 | 27,377 | 22,251 | 3,298 | 289 | 534 | 1,005 | 24,398 | 20,696 | 2,916 | 786 |
| East Carroll | 7,459 | 2,054 | 5,272 | 29 | 43 | 61 | 5,901 | 1,773 | 4,043 | 19 | 27 | 39 | 4,564 | 1,218 | 3,305 | 41 |
| East Feliciana | 19,539 | 11,516 | 7,341 | 91 | 262 | 329 | 16,183 | 9,740 | 5,918 | 61 | 198 | 266 | 13,327 | 7,805 | 5,075 | 447 |
| Franklin | 19,774 | 12,492 | 6,802 | 70 | 205 | 205 | 15,028 | 9,901 | 4,779 | 44 | 153 | 151 | 12,350 | 8,524 | 3,718 | 108 |
| La Salle | 14,791 | 11,348 | 1,422 | 283 | 372 | 1,366 | 11,563 | 8,636 | 1,065 | 264 | 271 | 1,327 | 8,380 | 7,633 | 583 | 164 |

# Splits

## Plan: HLS 24 1E.S. - 3 (Echols)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 5** | | | | | | | | | | | | | | | | |
| Lincoln | 48,396 | 26,034 | 19,364 | 892 | 662 | 1,444 | 38,655 | 21,306 | 15,119 | 744 | 526 | 960 | 24,408 | 15,139 | 8,357 | 912 |
| *Livingston | 124,900 | 102,795 | 10,681 | 1,604 | 2,778 | 7,042 | 92,183 | 77,750 | 6,755 | 1,053 | 2,069 | 4,556 | 72,222 | 64,635 | 4,780 | 2,807 |
| Madison | 10,017 | 3,475 | 6,363 | 20 | 59 | 100 | 7,435 | 2,906 | 4,391 | 9 | 48 | 81 | 7,068 | 2,439 | 4,518 | 111 |
| Morehouse | 25,629 | 12,281 | 12,484 | 160 | 370 | 334 | 20,062 | 10,095 | 9,300 | 117 | 279 | 271 | 15,440 | 7,806 | 7,377 | 257 |
| Ouachita | 160,368 | 88,545 | 61,217 | 2,788 | 2,661 | 5,157 | 120,200 | 69,974 | 42,290 | 2,118 | 2,059 | 3,759 | 95,630 | 58,149 | 34,021 | 3,460 |
| *Rapides | 85,991 | 65,581 | 12,541 | 1,937 | 2,614 | 3,318 | 65,608 | 51,367 | 8,629 | 1,412 | 1,972 | 2,228 | 51,306 | 43,028 | 5,845 | 2,433 |
| Richland | 20,043 | 11,785 | 7,603 | 83 | 258 | 314 | 15,383 | 9,338 | 5,546 | 66 | 203 | 230 | 13,141 | 8,144 | 4,753 | 244 |
| St. Helena | 10,920 | 4,527 | 6,031 | 39 | 134 | 189 | 8,463 | 3,805 | 4,371 | 28 | 109 | 150 | 8,260 | 3,626 | 4,492 | 142 |
| Tensas | 4,147 | 1,744 | 2,312 | 23 | 26 | 42 | 3,235 | 1,446 | 1,728 | 12 | 23 | 26 | 3,485 | 1,510 | 1,937 | 38 |
| West Carroll | 9,751 | 7,894 | 1,425 | 27 | 180 | 225 | 7,532 | 6,223 | 1,010 | 20 | 136 | 143 | 6,871 | 5,770 | 1,013 | 88 |
| West Feliciana | 15,310 | 10,883 | 3,740 | 89 | 225 | 373 | 12,783 | 9,283 | 2,951 | 56 | 174 | 319 | 7,492 | 5,186 | 2,160 | 146 |
| **District 5** | **776,285** | **517,268** | **202,891** | **11,038** | **14,292** | **30,796** | **588,483** | **403,802** | **144,502** | **7,970** | **10,730** | **21,479** | **468,923** | **338,820** | **113,592** | **16,511** |
| | 100.000% | 66.634% | 26.136% | 1.422% | 1.841% | 3.967% | 100.000% | 68.617% | 24.555% | 1.354% | 1.823% | 3.650% | 79.683% | 72.255% | 24.224% | 3.521% |
| **District 6** | | | | | | | | | | | | | | | | |
| *Ascension | 26,412 | 8,120 | 16,376 | 202 | 246 | 1,468 | 19,431 | 6,608 | 11,516 | 152 | 166 | 989 | 16,169 | 5,622 | 9,854 | 693 |
| *Avoyelles | 13,778 | 6,622 | 5,772 | 282 | 272 | 830 | 10,858 | 5,423 | 4,198 | 262 | 215 | 760 | 6,679 | 3,788 | 2,729 | 162 |
| *East Baton Rouge | 420,772 | 167,476 | 208,603 | 15,991 | 4,039 | 24,663 | 328,235 | 141,630 | 153,492 | 12,310 | 3,213 | 17,590 | 244,439 | 112,049 | 116,586 | 15,804 |
| *Evangeline | 8,976 | 3,310 | 5,448 | 75 | 44 | 99 | 6,738 | 2,778 | 3,798 | 60 | 33 | 69 | 5,870 | 2,170 | 3,611 | 89 |
| *Iberia | 25,099 | 9,495 | 13,498 | 895 | 237 | 974 | 18,806 | 7,882 | 9,353 | 699 | 166 | 706 | 13,480 | 5,784 | 7,004 | 692 |
| *Iberville | 25,367 | 10,670 | 13,242 | 188 | 197 | 1,070 | 20,080 | 9,008 | 9,872 | 135 | 153 | 912 | 16,468 | 6,962 | 9,142 | 364 |
| *Lafayette | 68,973 | 25,937 | 38,670 | 566 | 617 | 3,183 | 51,732 | 21,101 | 27,762 | 394 | 414 | 2,061 | 41,484 | 17,003 | 22,692 | 1,789 |
| Pointe Coupee | 20,758 | 12,395 | 7,504 | 107 | 159 | 593 | 16,250 | 10,108 | 5,502 | 91 | 119 | 430 | 14,107 | 9,040 | 4,837 | 230 |
| *Rapides | 44,032 | 11,929 | 30,051 | 491 | 488 | 1,073 | 33,981 | 10,006 | 21,576 | 374 | 362 | 866 | 23,980 | 6,928 | 16,114 | 938 |
| *St. Landry | 60,387 | 29,113 | 29,428 | 339 | 405 | 1,102 | 45,369 | 22,994 | 21,097 | 246 | 277 | 755 | 39,510 | 19,898 | 18,615 | 997 |
| *St. Martin | 34,602 | 19,853 | 13,222 | 309 | 355 | 863 | 26,157 | 15,698 | 9,395 | 209 | 260 | 595 | 22,672 | 14,000 | 8,186 | 486 |
| West Baton Rouge | 27,199 | 14,307 | 11,170 | 287 | 326 | 1,109 | 20,526 | 11,146 | 8,149 | 209 | 219 | 803 | 16,753 | 9,620 | 6,764 | 369 |
| **District 6** | **776,355** | **319,227** | **392,984** | **19,732** | **7,385** | **37,027** | **597,366** | **264,382** | **285,710** | **15,141** | **5,597** | **26,536** | **461,611** | **212,864** | **226,134** | **22,613** |
| | 100.000% | 41.119% | 50.619% | 2.542% | 0.951% | 4.769% | 100.000% | 44.258% | 47.828% | 2.535% | 0.937% | 4.442% | 77.274% | 46.113% | 48.988% | 4.899% |

## Congress (HLS 24-1ES. - 3 Echols)



R024-016

# Congress - Central Louisiana (HLS 24 1E.S. - 3 Echols)



R024-017

# Congress - Calcasieu (HLS 24 1E.S. - 3 Echols)



# Congress - Acadiana (HLS 24 1E.S. - 3 Echols)



R024-019

# Congress - Bayou (HLS24 1E.S. - 3 Echols)



R024-020

# Congress - Baton Rouge Metro (HLS 24 1E.S. - 3 Echols)



R024-021

# Congress - Orleans Metro Area (HLS 24 1E.S. - 3 Echols)

