HLS 241ES-35                                                                    **ORIGINAL**

2024 First Extraordinary Session

HOUSE BILL NO. 19

BY REPRESENTATIVE BEAULLIEU

REAPPORTIONMENT/CONGRESS:    Provides relative to the election districts for
members of congress (Item #1)

1                                        AN ACT

2    To enact R.S. 18:1276.1 and to repeal R.S. 18:1276, relative to congressional districts; to

3           provide for the redistricting of Louisiana's congressional districts; to provide with

4           respect to positions and offices, other than congressional, which are based upon

5           congressional districts; to provide for the effectiveness; and to provide for related

6           matters.

7    Be it enacted by the Legislature of Louisiana:

8           Section 1.  R.S. 18:1276.1 is hereby enacted to read as follows:

9           §1276.1.  Congressional districts

10                 Louisiana shall be divided into six congressional districts, and the qualified

11   electors of each district shall elect one representative to the United States House of

12   Representatives.  The districts shall be composed as follows:

13                 (1)  District 1 is composed of Precincts 13, 14, 15, 18, 21, 22, 25, 26, 27, 33,

14   34, 35, 41, 43, and 69 of Ascension Parish; Precincts 1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 12,

15   13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35,

16   36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 51, 52, 53, 54, 55, 56, 58, 59, 60, 61, 62, 63,

17   64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86,

18   87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 105, 106, 117,

19   118, 119, 120, 121, 122, 123, 124, 125A, 125B, 126, 127, 128, 129, 130, 132, 134,

20   136, 192, 198, 199, 246, 247, 248, 1-GI, 1-H, 2-H, 3-H, 4-H, 5-H, 6-H, 7-H, 8-H,

CODING:  Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

Hearing Exhibit
R026
Case No:  3:24-cv-00122-DCJ-CES-RRS

1    9-H, 1-K, 2-K, 3-K, 4-K, 5-K, 6-KA, 6-KB, 7-KA, 7-KB, 8-K, 9-K, 10-K, 11-K,

2    12-K, 13-KA, 14-K, 16-K, 17-K, 18-K, 19-K, 20-K, 25-K, 27-K, 28-K, 29-K, 34-K,

3    35-K, and 1-L of Jefferson Parish; Precincts 3-3, 3-6, 4-1, 4-2, 4-3, 4-4, 4-5, 4-6, 7-4,

4    8-1, 9-1, 9-2, 10-1, 10-2, 10-3, 10-4, 10-6, 10-8, 10-9, 10-10, 10-11, 10-12, 10-13,

5    10-14, 10-15, 10-16, 11-1, 11-2, 11-3, and 11-5 of Lafourche Parish; Precincts 13A,

6    13B, 14, 15, 16, 17, 22, 31, 32, and 38 of Livingston Parish; Precincts 4-7, 4-8, 4-9,

7    4-11, 4-14, 4-15, 4-17, 4-17A, 4-18, 4-20, 4-21, 4-22, 4-23, 5-12, 5-13, 5-15, 5-16,

8    5-17, 5-18, 6-9, 7-41, 7-42, 9-45, 9-45A, 11-4, 11-5, 11-8, 11-9, 11-10, 11-11, 12-5,

9    12-6, 12-7, 12-9, 12-10, 13-5, 13-7, 13-8, 14-1, 14-2, 14-3, 14-4, 14-5, 14-6, 14-7,

10   14-8, 14-9, 14-10, 14-11, 14-13A, 14-14, 14-15, 14-16, 14-17, 14-18A, 14-20, 14-21,

11   16-1, 16-1A, 17-1, 17-17, 17-18, 17-18A, 17-19, and 17-20 of Orleans Parish;

12   Plaquemines Parish; Precincts 32, 33, 34, 41, 42A, 43, 44, 45, 46, 50, 51, 52, 53, 54,

13   and 55 of St. Bernard Parish; Precincts 1-6, 2-6, 3-1, 3-2, 3-3, 5-5, 6-1, 6-2, 6-3, 6-4,

14   6-6, and 6-8 of St. Charles Parish; St. Tammany Parish; and Precincts 44, 49, 70,

15   70A, 71, 72, 72A, 73, 74, 120B, 122A, 122B, 122C, 124, 137, 137A, 137B, 137C,

16   137D, 139, 141, 141A, 143, 143A, 145, 147, 149, 149A, and 151 of Tangipahoa

17   Parish.

18       (2)  District 2 is composed of Precincts 6, 7, 9, 11, 17, 20, 23, 24, 28, 30, 31,

19   32, 36, 37, 38, 39, 40, 42, 44, 45, 47, 48, 50, 51, 52, 53, 54, 55, 57, 58, 62, 63, 65, 66,

20   68, 71, 72, 73, 77, and 78 of Ascension Parish; Assumption Parish; Iberville Parish;

21   Precincts 57, 104, 108, 115, 116, 131, 133, 138, 150, 151, 152, 153, 154, 155, 156,

22   157A, 157B, 170, 171, 172, 173, 174, 175, 176, 177, 178, 179A, 179B, 180, 181,

23   182, 183, 184, 185A, 185B, 187, 188, 189, 190, 191, 193A, 193B, 194A, 194B, 195,

24   196, 197A, 197B, 200, 201, 202, 203, 204, 205, 210, 211, 212, 213A, 213B, 213C,

25   214A, 214B, 215, 216A, 216B, 216C, 217, 225, 226, 227, 228, 229, 230, 231, 232A,

26   232B, 234, 235, 236, 237, 238A, 238B, 1-G, 2-G, 3-G, 4-G, 5-G, 6-G, 7-G, 8-G,

27   9-G, 10-G, 11-G, 12-G, 13-G, 13-KB, 15-K, 21-K, 22-K, 23-K, 24-K, 26-K, 30-K,

28   31-K, 33-K, 1-W, 2-W, 3-W, 4-W, 5-W, 6-W, and 7-W of Jefferson Parish; Precincts

29   1-2, 1-3, 1-4, 1-5, 1-6, 2-1, 2-1A, 2-3, 2-5, 2-7, 2-9, 2-10, 2-11, 2-16, 5-1, 5-1A, and

CODING:  Words in ~~struck through~~ type are deletions from existing law; words underscored are additions.

**ORIGINAL**
HB NO. 19

1    5-3 of Lafourche Parish; Precincts 1-1, 1-2, 1-5, 1-6, 2-1, 2-2, 2-4, 2-6, 2-7, 3-1, 3-8,

2    3-9, 3-12, 3-14, 3-15, 3-18, 3-19, 3-20, 4-2, 4-3, 4-6, 5-1, 5-2, 5-3, 5-5, 5-7, 5-8, 5-9,

3    5-10, 5-11, 6-1, 6-2, 6-4, 6-6, 6-7, 6-8, 7-1, 7-2, 7-4, 7-5, 7-6, 7-7, 7-8, 7-9A, 7-10,

4    7-11, 7-12, 7-13, 7-14, 7-15, 7-16, 7-17, 7-18, 7-19, 7-20, 7-21, 7-23, 7-24, 7-25,

5    7-25A, 7-26, 7-27, 7-27B, 7-28, 7-28A, 7-29, 7-30, 7-32, 7-33, 7-35, 7-37, 7-37A,

6    7-40, 8-1, 8-2, 8-4, 8-6, 8-7, 8-8, 8-9, 8-12, 8-13, 8-14, 8-15, 8-19, 8-20, 8-21, 8-22,

7    8-23, 8-24, 8-25, 8-26, 8-27, 8-28, 8-30, 9-1, 9-3, 9-4, 9-5, 9-6, 9-7, 9-8, 9-9, 9-10,

8    9-11, 9-12, 9-13, 9-14, 9-15, 9-16, 9-17, 9-19, 9-21, 9-23, 9-25, 9-26, 9-28, 9-28C,

9    9-29, 9-30, 9-30A, 9-31, 9-31A, 9-31B, 9-31D, 9-32, 9-33, 9-34A, 9-35, 9-35A,

10   9-36, 9-36B, 9-37, 9-38, 9-38A, 9-39, 9-39B, 9-40, 9-40A, 9-40C, 9-41, 9-41A,

11   9-41B, 9-41C, 9-41D, 9-42, 9-42C, 9-43A, 9-43B, 9-43C, 9-43E, 9-43F, 9-43G,

12   9-43H, 9-43I, 9-43J, 9-43K, 9-43L, 9-43M, 9-43N, 9-44, 9-44A, 9-44B, 9-44D,

13   9-44E, 9-44F, 9-44G, 9-44I, 9-44J, 9-44L, 9-44M, 9-44N, 9-44O, 9-44P, 9-44Q,

14   10-3, 10-6, 10-7, 10-8, 10-9, 10-11, 10-12, 10-13, 10-14, 11-2, 11-3, 11-12, 11-13,

15   11-14, 11-17, 12-1, 12-2, 12-3, 12-4, 12-11, 12-12, 12-13, 12-14, 12-16, 12-17,

16   12-19, 13-1, 13-2, 13-3, 13-4, 13-6, 13-9, 13-10, 13-11, 13-12, 13-13, 13-14, 13-15,

17   13-16, 14-12, 14-19, 14-23, 14-24A, 14-25, 14-26, 15-1, 15-2, 15-3, 15-5, 15-6,

18   15-8, 15-9, 15-10, 15-11, 15-12, 15-12A, 15-13, 15-13A, 15-13B, 15-14, 15-14A,

19   15-14B, 15-14C, 15-14D, 15-14E, 15-14F, 15-14G, 15-15, 15-15A, 15-15B, 15-16,

20   15-17, 15-17A, 15-17B, 15-18, 15-18A, 15-18B, 15-18C, 15-18D, 15-18E, 15-18F,

21   15-19, 15-19A, 15-19B, 15-19C, 16-2, 16-3, 16-4, 16-5, 16-6, 16-7, 16-8, 16-9, 17-2,

22   17-3, 17-4, 17-5, 17-6, 17-7, 17-8, 17-9, 17-10, 17-11, 17-12, 17-13, 17-13A, 17-14,

23   17-15, and 17-16 of Orleans Parish; Precincts 10, 11, 12, 13, 14, 15, 20, 21, 22, 23,

24   24, 25, 30, 31, 40, and 42 of St. Bernard Parish; Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 2-1,

25   2-3, 2-4, 2-5, 4-1, 4-2, 4-3, 4-4, 4-5, 5-1, 5-3, 5-4, 7-1, 7-2, 7-3, 7-4, 7-5, and 7-6 of

26   St. Charles Parish; St. James Parish; and St. John the Baptist Parish.

27          (3)  District 3 is composed of Acadia Parish; Precincts 167, 260, 261, 262,

28   300, 301, 302, 303, 304, 305, 306, 307, 308, 309E, 309W, 310, 311, 312, 313E,

29   313W, 314, 315E, 315W, 316E, 316W, 317, 318, 319N, 319S, 320E, 320W, 321,

CODING:  Words in ~~struck through~~ type are deletions from existing law; words underscored are additions.

1   322, 323, 324, 325, 326, 327, 328, 329, 330, 331, 332N, 332S, 333, 334, 335, 336,

2   337, 338, 339, 340, 360, 361, 362, 363, 364, 368, 369, 370, 372, 405, 440, 441, 463,

3   464, 467, 800, 801, 860S, 861E, and 861W of Calcasieu Parish; Cameron Parish;

4   Iberia Parish; Jefferson Davis Parish; Precincts 1, 3, 8, 25, 26, 27, 28, 29, 30, 31, 32,

5   33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 65, 66, 67, 69, 70, 71,

6   72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94,

7   95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 114,

8   115, 116, 117, 118, 119, 120, 121, 123, 124, 125, 126, 127, 128, 130, 131, 133, 134,

9   135, and 136 of Lafayette Parish; Precincts 1-1, 2-2, 2-6, 2-8, 2-12, 2-13, 2-14, 2-15,

10   3-1, 3-2, 3-4, 3-5, 3-7, 5-2, 6-1, 6-2, 6-3, 6-4, 6-5, 7-1, 7-2, 7-3, and 11-4 of

11   Lafourche Parish; St. Martin Parish; St. Mary Parish; Terrebonne Parish; and

12   Vermilion Parish.

13         (4)   District 4 is composed of Allen Parish; Beauregard Parish; Bienville

14   Parish; Bossier Parish; Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 1-6, 1-7, 1-8, 1-9, 1-10, 1-11,

15   1-12, 1-13, 1-14, 2-1, 2-2, 2-4, 2-7, 3-1, 3-8, 4-1, 4-2, 4-3, 4-4, 4-5, 4-6, 4-7, 4-8, 4-9,

16   4-10, 5-10, 6-1, 7-1, 8-1, 8-2, 8-3, 8-4, 8-5, 8-6, 8-7, 8-8, 8-9, 9-1, 9-2, 9-3, 9-4, 9-5,

17   9-6, 9-7, 9-8, 9-9, 9-10, 9-11, 9-12, 9-13, 10-2, 11-1, 11-2, 11-3, 11-6, 11-7, 11-9,

18   11-10, 12-1, 12-3, 12-7, 12-8, and 12-9 of Caddo Parish; Precincts 160E, 160W, 161,

19   162E, 162W, 163, 164, 165, 166E, 166W, 365, 366, 367, 371N, 371S, 400, 401, 402,

20   403, 404, 406, 407, 408, 460E, 460W, 461, 465, 466E, 466W, 468, 469, 560, 561,

21   562, 600, 601, 602, 603, 660, 661, 662, 663, 664, 700, 701, 702, 703, 760, 761, 762,

22   and 860N of Calcasieu Parish; Claiborne Parish; Precincts 10, 11, 11B, 11C, 16,

23   16A, 16B, 16C, 23, 28, 30A, 31A, 34, 34A, 34B, 35, 35A, 35B, 37, 37C, 46, 46A,

24   48, 49, 49A, and 51 of DeSoto Parish; Evangeline Parish; Grant Parish; Jackson

25   Parish; Lincoln Parish; Precincts 1, 1A, 2, 4, 25, 32, 33, 38, 41, 43, 44, 44A, 45, 49,

26   50, 51, 51A, 53, 55, 57, 58, 61, 64, 71, 75, 76, and 77 of Ouachita Parish; Precincts

27   C22, C23, C35, C37-A, C37-B, C41, S7, S8, S9, S10, S11, S13, S14, S21, S22, S23,

28   S24, S25, S26, S27, S28, and S29 of Rapides Parish; Red River Parish; Sabine

29   Parish; Union Parish; Vernon Parish; Webster Parish; and Winn Parish.

CODING: Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

HLS 241ES-35

**ORIGINAL**
HB NO. 19

1       (5)  District 5 is composed of Precincts 1, 2, 3, 4, 5, 8, 10, 12, 16, 19, 61, 64,

2    and 76 of Ascension Parish; Precincts 1-1, 1-2, 1-3, 1-3A, 2-1, 2-1A, 2-2, 2-2A,

3    2-2B, 2-2C, 2-2D, 2-2F, 2-3A, 2-4, 2-4A, 2-5, 2-5E, 2-7, 2-8, 3-1B, 4-1, 4-2, 5-1,

4    5-1A, 5-1B, 6-1A, 6-2, 6-2A, 7-3B, and 9-4B of Avoyelles Parish; Caldwell Parish;

5    Catahoula Parish; Concordia Parish; Precincts 1-12, 1-34, 1-41, 1-42, 1-43, 1-44,

6    1-46, 1-47, 1-49, 1-56, 1-69, 1-74, 1-75, 1-76, 1-79, 1-80, 1-99, 1-105, 1-107, 2-6,

7    2-7, 2-8, 2-33, 3-1, 3-2, 3-3, 3-4, 3-5, 3-6, 3-7, 3-9, 3-13, 3-14, 3-15, 3-16, 3-17,

8    3-18, 3-21, 3-22, 3-23, 3-25, 3-26, 3-29, 3-30, 3-31, 3-33, 3-34, 3-35, 3-36, 3-37,

9    3-38, 3-39, 3-40, 3-41, 3-43, 3-45, 3-46, 3-47, 3-48, 3-49, 3-51, 3-53, 3-58, 3-60,

10    3-61, 3-62, 3-64, 3-65, 3-66, 3-67, 3-68, 3-71, 3-73, and 3-74 of East Baton Rouge

11    Parish; East Carroll Parish; East Feliciana Parish; Franklin Parish; LaSalle Parish;

12    Precincts 1, 1A, 1B, 1C, 1D, 2, 2A, 3, 3A, 3B, 4, 4A, 4B, 5, 5A, 5B, 5D, 6, 6A, 6B,

13    7, 7A, 7B, 7C, 7D, 8A, 8B, 9, 10, 11, 11A, 12, 18, 18A, 19, 19A, 20, 21, 21A, 21B,

14    23, 23A, 23B, 23C, 24, 24B, 24C, 24D, 25, 26, 26A, 26B, 26C, 27, 28, 29, 30, 33,

15    34, 35, 35A, 36, 36A, 39, 39A, 39B, 40, 40A, 41, and 43 of Livingston Parish;

16    Madison Parish; Morehouse Parish; Precincts 3, 5, 6, 7, 8, 9, 9A, 10, 11, 12, 13, 14,

17    15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 26, 27, 28, 30, 31, 34, 35, 36, 37, 39, 40, 42, 46,

18    47, 48, 52, 52A, 54, 56, 56A, 59, 60, 62, 63, 65, 65A, 66, 67, 68, 69, 70, 72, 73, 74,

19    78, and 79 of Ouachita Parish; Richland Parish; St. Helena Parish; Precincts 2, 6, 11,

20    15, 16, 17, 28, 33, 40A, 41, 42, 43, 45A, 45B, 46, 47, 101, 102, 104, 105, 106, 106A,

21    107, 108, 109, 110, 111A, 112, 114, 115B, 116, 117, 118, 118A, 119, 120, 120A,

22    121, 121A, 123, 125, 127, 129A, 133, and 133A of Tangipahoa Parish; Tensas

23    Parish; Washington Parish; West Carroll Parish; and West Feliciana Parish.

24       (6)  District 6 is composed of Precincts 3-1, 3-3, 4-2A, 4-2B, 6-1B, 7-1, 7-3,

25    8-1, 8-2A, 8-2B, 8-3, 8-3A, 9-1A, 9-2, 9-2A, 9-3, 9-4, 9-5B, 10-2, 10-2A, 10-2B,

26    10-3A, 10-3B, 10-4, 11-1, and 11-2A of Avoyelles Parish; Precincts 2-3, 2-5, 2-6,

27    2-8, 2-9, 2-10, 2-11, 2-12, 3-2, 3-3, 3-4, 3-5, 3-6, 3-7, 3-9, 5-1, 5-2, 5-3, 5-4, 5-5, 5-6,

28    5-7, 5-8, 5-9, 5-11, 6-2, 6-3, 6-4, 6-5, 6-6, 6-7, 6-8, 6-9, 6-10, 7-2, 7-3, 7-4, 7-5, 7-6,

29    7-7, 7-8, 7-9, 7-10, 10-1, 10-3, 10-4, 10-5, 10-6, 10-7, 10-8, 10-9, 11-4, 11-5, 11-8,

Page 5 of 9

CODING:  Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

1    12-2, 12-4, 12-5, 12-6, 12-10, and 12-11 of Caddo Parish; Precincts 1, 4, 5, 5A, 6,

2    6A, 6B, 9, 21, 22, 22A, 26, 26A, 30, 31, 32, 33, 33A, 38, 38A, 42, 44, 46B, 53, 55,

3    56, 59, 60, 60A, 63, and 63A of De Soto Parish; Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 1-6,

4    1-7, 1-8, 1-9, 1-10, 1-11, 1-13, 1-14, 1-15, 1-16, 1-17, 1-18, 1-19, 1-20, 1-21, 1-22,

5    1-23, 1-24, 1-25, 1-26, 1-27, 1-28, 1-29, 1-30, 1-31, 1-32, 1-33, 1-35, 1-36, 1-37,

6    1-38, 1-39, 1-40, 1-45, 1-48, 1-50, 1-51, 1-52, 1-53, 1-54, 1-55, 1-57, 1-58, 1-59,

7    1-60, 1-61, 1-62, 1-63, 1-64, 1-65, 1-66, 1-67, 1-68, 1-70, 1-71, 1-72, 1-73, 1-77,

8    1-78, 1-81, 1-82, 1-83, 1-84, 1-85, 1-86, 1-87, 1-88, 1-89, 1-90, 1-91, 1-92, 1-93,

9    1-94, 1-95, 1-96, 1-97, 1-98, 1-100, 1-101, 1-102, 1-103, 1-104, 2-1, 2-2, 2-3, 2-4,

10    2-5, 2-9, 2-10, 2-11, 2-12, 2-13, 2-14, 2-15, 2-16, 2-17, 2-18, 2-19, 2-20, 2-21, 2-22,

11    2-23, 2-24, 2-25, 2-26, 2-27, 2-28, 2-29, 2-30, 2-31, 2-32, 2-34, 2-35, 2-36, 2-37,

12    2-38, 3-8, 3-10, 3-11, 3-12, 3-19, 3-20, 3-24, 3-27, 3-28, 3-32, 3-42, 3-44, 3-50, 3-52,

13    3-54, 3-55, 3-56, 3-57, 3-59, 3-63, 3-69, 3-70, 3-72, 3-75, and 3-76 of East Baton

14    Rouge Parish; Precincts 2, 4, 5, 6, 7, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,

15    22, 23, 24, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 63, 64, 68, 112, 113, 122,

16    and 129 of Lafayette Parish; Natchitoches Parish; Pointe Coupee Parish; Precincts

17    C1, C2, C3, C4, C5, C6, C7, C8, C9, C10, C11-A, C11-B, C13, C14, C15, C17, C18,

18    C19, C20, C21, C24, C25, C26, C27, C28, C30, C31, C32, C33, C34, C36, C38-A,

19    C38-B, C39, C40, C42, N1, N2, N3, N4, N5, N6, N7, N8, N9, N10, N11, N12,

20    N13-A, N13-B, N14-A, N14-B, N15, N16, N17, N18-A, N18-B, N19, N20, N21,

21    N22, N23, N24, N25, N26, N27, N28, N29, S1, S2, S4, S5, S6A, S6B, S15, S16,

22    S17, S18, S19, and S20 of Rapides Parish; St. Landry Parish; and West Baton Rouge

23    Parish.

24    Section 2.  R.S. 18:1276 is hereby repealed in its entirety.

25    Section 3.(A)  The precincts referenced in this Act are those contained in the file

26    named "2024 Precinct Shapefiles (1-10-2024)" available on the website of the Legislature

27    of Louisiana on the effective date of this Section. The 2024 Precinct Shapefiles are based

28    upon those Voting Districts (VTDs) contained in the 2020 Census Redistricting TIGER/Line

29    Shapefiles for the State of Louisiana as those files have been modified and validated through

CODING:  Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

HLS 241ES-35                                              **ORIGINAL**
                                                          HB NO. 19

1    the data verification program of the Louisiana House of Representatives and the Louisiana

2    Senate to represent precinct changes submitted through January 10, 2024, to the Legislature

3    of Louisiana by parish governing authorities pursuant to the provisions of R.S. 18:532 and

4    532.1.

5          (B)   When a precinct referenced in this Act has been subdivided by action of the

6    parish governing authority on a nongeographic basis or subdivided by action of the parish

7    governing authority on a geographic basis in accordance with the provisions of R.S.

8    18:532.1, the enumeration in this Act of the general precinct designation shall include all

9    nongeographic and all geographic subdivisions thereof, however such subdivisions may be

10   designated.

11         (C)   The territorial limits of the districts as provided in this Act shall continue in

12   effect until changed by law regardless of any subsequent change made to the precincts by

13   the parish governing authority.

14         Section 4.   The provisions of this Act shall not reduce the term of office of any

15   person holding any position or office on the effective date of this Section for which the

16   appointment or election is based upon a congressional district as composed pursuant to R.S.

17   18:1276.   Any position or office that is filled by appointment or election based upon a

18   congressional district and that is to be filled after January 3, 2025, shall be appointed or

19   elected from a district as it is described in Section 1 of this Act.

20         Section 5.(A)   Solely for the purposes of qualifying for election and the conduct of

21   the election of representatives to the United States Congress at the regularly scheduled

22   election for representatives to the congress in 2024, the provisions of Section 1 of this Act

23   shall become effective upon signature of this Act by the governor or, if not signed by the

24   governor, upon expiration of the time for bills to become law without signature by the

25   governor, as provided in Article III, Section 18 of the Constitution of Louisiana.   If this Act

26   is vetoed by the governor and subsequently approved by the legislature, the provisions of

27   Section 1 of this Act shall become effective on the day following such approval for the

28   purposes established in this Subsection.

CODING:  Words in struck through type are deletions from existing law; words underscored are additions.

HLS 241ES-35

**ORIGINAL**
HB NO. 19

1    (B)  For subsequent elections of representatives to the United States Congress and

2    for all other purposes, the provisions of Section 1 of this Act shall become effective at noon

3    on January 3, 2025.

4    (C)  The provisions of Section 2 of this Act shall become effective at noon on

5    January 3, 2025.

6    (D)  The provisions of this Section and Sections 3 and 4 of this Act shall become

7    effective upon signature of this Act by the governor or, if not signed by the governor, upon

8    expiration of the time for bills to become law without signature by the governor, as provided

9    in Article III, Section 18 of the Constitution of Louisiana.  If this Act is vetoed by the

10   governor and subsequently approved by the legislature, the provisions of this Section and

11   Sections 3 and 4 of this Act shall become effective on the day following such approval.

---

DIGEST

The digest printed below was prepared by House Legislative Services.  It constitutes no part
of the legislative instrument.  The keyword, one-liner, abstract, and digest do not constitute
part of the law or proof or indicia of legislative intent.  [R.S. 1:13(B) and 24:177(E)]

---

HB 19 Original              2024 First Extraordinary Session              Beaullieu

**Abstract:**  Provides for the redistricting of the state's congressional districts and provides
for the composition of each of the six congressional districts.  Effective upon
signature of governor for election purposes only for the regular congressional
elections in 2024 and at noon on January 3, 2025, for all other purposes.

Statistical summaries of proposed law, including district variances from the ideal
population of 776,292 and the range of those variances, as well as maps illustrating
proposed district boundaries accompany this digest. *(Attached to the bill version on
the internet.)*

Present U.S. Constitution (14th Amendment) provides that representatives in congress shall
be apportioned among the several states according to their respective numbers, counting the
whole number of persons in each state.  The U.S. Supreme Court has held that the population
of congressional districts in the same state must be as nearly equal in population as
practicable.

Present law provides for six congressional districts based upon the 2020 federal decennial
census.

Proposed law redraws district boundaries for the congressional districts based upon the 2020
federal decennial census.

Proposed law provides that the new districts become effective upon signature of governor
or lapse of time for gubernatorial action for election purposes only for the regular
congressional elections in 2024.  Retains present law districts based upon the 2020 census
until noon on January 3, 2025, at which time present law is repealed and the new districts

Page 8 of 9

CODING:  Words in ~~struck through~~ type are deletions from existing law; words underscored
are additions.

HLS 241ES-35                                            **ORIGINAL**
                                                        HB NO. 19

based upon the 2020 census, as established by proposed law, become effective for all other purposes.

Proposed law specifies that precincts referenced in district descriptions are those precincts identified as Voting Districts (VTDs) contained in the file named "2024 Precinct Shapefiles (1-10-2024)" available on the La. legislature's website.  Specifies that the 2024 Precinct Shapefiles are based upon those Voting Districts (VTDs) contained in the 2020 Census Redistricting TIGER/Line Shapefiles for the State of Louisiana as those files have been modified and validated through the data verification program of the La. legislature.  Also specifies that if any such precinct has been subdivided by action of the parish governing authority on a nongeographic basis or subdivided by action of the parish governing authority on a geographic basis in accordance with present law, the enumeration of the general precinct designation shall include all nongeographic and all geographic subdivisions thereof.  Further provides that the territorial limits of the districts as enacted shall continue in effect until changed by law regardless of any subsequent change made to the precincts by the parish governing authority.

Proposed law specifies that proposed law does not reduce the term of office of any person holding any position or office on the effective date of proposed law for which the appointment or election is based upon a congressional district as composed pursuant to present law.  Specifies that any position or office filled after Jan. 1, 2025, for which the appointment or election is based upon a congressional district shall be appointed or elected from a district as it is described in proposed law.

Population data in the summaries accompanying this digest are derived from 2020 Census Redistricting Data (Public Law 94-171), Summary File for Louisiana.  Population data, statistical information, and maps are supplied for purposes of information and analysis and comprise no part of proposed law.

Effective upon signature of governor or lapse of time for gubernatorial action for election purposes only for the regular congressional elections in 2024; effective for all other purposes at noon on January 3, 2025.

(Adds R.S. 18:1276.1; Repeals R.S. 18:1276)

CODING:  Words in struck through type are deletions from existing law; words underscored are additions.

## Plan Statistics

### Plan: HLS 24 1 E.S.-35 (Beaullieu)

| Districts: | # of Members | Actual Population | Ideal Population | Absolute Deviation | Relative Deviation |
|---|---|---|---|---|---|
| District 1 | 1 | 776,327 | 776,292 | 35 | 0.005% |
| District 2 | 1 | 776,316 | 776,292 | 24 | 0.003% |
| District 3 | 1 | 776,287 | 776,292 | -5 | -0.001% |
| District 4 | 1 | 776,302 | 776,292 | 10 | 0.001% |
| District 5 | 1 | 776,285 | 776,292 | -7 | -0.001% |
| District 6 | 1 | 776,240 | 776,292 | -52 | -0.007% |
| Grand Total: | 6 | 4,657,757 | 4,657,752 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Ideal Population Per Member: | 776292 | | | | **Ideal - Actual:** | **-5** |
| Number of Districts for Plan Type: | 6 | | | | **Remainder:** | **5** |
| | | | | | **Unassigned Population:** | **0** |
| Range of District Populations: | 776,240 | to | 776,327 | | | |
| Absolute Mean Deviation: | 14 | | | | | |
| Absolute Range: | -52 | to | 35 | | | |
| Absolute Overall Range: | 87 | | | | | |
| Relative Mean Deviation: | 0.00% | | | | | |
| Relative Range: | -0.01% | to | 0.00% | | | |
| Relative Overall Range: | 0.01% | | | | | |

R026-010

# Total Population

Plan: HLS 24 1 E.S.-35 (Beaullieu)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | Total Hispanic | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | VAP Hispanic Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | 776,327 | 553,751 | 108,188 | 23,991 | 17,494 | 72,903 | 90,968 | 603,907 | 444,675 | 76,646 | 17,622 | 12,740 | 52,224 | 64,365 |
| | 100.000% | 71.330% | 13.936% | 3.090% | 2.253% | 9.391% | 11.718% | 100.000% | 73.633% | 12.692% | 2.918% | 2.110% | 8.648% | 10.658% |
| District 2 | 776,316 | 271,367 | 412,387 | 24,960 | 9,683 | 57,919 | 74,305 | 598,204 | 225,203 | 305,124 | 19,711 | 7,377 | 40,789 | 51,406 |
| | 100.000% | 34.956% | 53.121% | 3.215% | 1.247% | 7.461% | 9.571% | 100.000% | 37.647% | 51.007% | 3.295% | 1.233% | 6.819% | 8.593% |
| District 3 | 776,287 | 514,019 | 189,998 | 16,980 | 18,502 | 36,788 | 43,292 | 588,557 | 405,242 | 132,825 | 12,215 | 12,990 | 25,285 | 29,021 |
| | 100.000% | 66.215% | 24.475% | 2.187% | 2.383% | 4.739% | 5.577% | 100.000% | 68.853% | 22.568% | 2.075% | 2.207% | 4.296% | 4.931% |
| District 4 | 776,302 | 541,739 | 169,212 | 13,823 | 20,170 | 31,358 | 39,630 | 593,646 | 424,349 | 122,168 | 9,987 | 15,060 | 22,082 | 27,348 |
| | 100.000% | 69.785% | 21.797% | 1.781% | 2.598% | 4.039% | 5.105% | 100.000% | 71.482% | 20.579% | 1.682% | 2.537% | 3.720% | 4.607% |
| District 5 | 776,285 | 491,932 | 225,122 | 14,471 | 12,211 | 32,549 | 38,166 | 597,217 | 392,767 | 160,995 | 10,902 | 9,249 | 23,304 | 26,564 |
| | 100.000% | 63.370% | 29.000% | 1.864% | 1.573% | 4.193% | 4.916% | 100.000% | 65.766% | 26.958% | 1.825% | 1.549% | 3.902% | 4.448% |
| District 6 | 776,240 | 284,844 | 438,212 | 13,063 | 9,000 | 31,121 | 36,188 | 589,017 | 232,275 | 318,011 | 9,979 | 6,824 | 21,928 | 24,958 |
| | 100.000% | 36.695% | 56.453% | 1.683% | 1.159% | 4.009% | 4.662% | 100.000% | 39.434% | 53.990% | 1.694% | 1.159% | 3.723% | 4.237% |
| Grand Total | 4,657,757 | 2,657,652 | 1,543,119 | 107,288 | 87,060 | 262,638 | 322,549 | 3,570,548 | 2,124,511 | 1,115,769 | 80,416 | 64,240 | 185,612 | 223,662 |
| | 100.000% | 57.059% | 33.130% | 2.303% | 1.869% | 5.639% | 6.925% | 100.000% | 59.501% | 31.249% | 2.252% | 1.799% | 5.198% | 6.264% |

# Voter Registration

## Plan: HLS 24 1 E.S.-35 (Beaullieu)

| | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 | Reg Dem Total Dec 2023 | Reg Rep Total Dec 2023 | Reg Other Total Dec 2023 |
|---|---|---|---|---|---|---|---|
| District 1 | 479,186 | 385,098 | 51,969 | 42,119 | 127,253 | 205,251 | 146,682 |
| | 79.348% | 80.365% | 10.845% | 8.790% | 26.556% | 42.833% | 30.611% |
| District 2 | 466,623 | 181,215 | 245,721 | 39,687 | 267,146 | 76,552 | 122,925 |
| | 78.004% | 38.835% | 52.659% | 8.505% | 57.251% | 16.406% | 26.344% |
| District 3 | 452,113 | 336,261 | 94,266 | 21,586 | 142,481 | 185,022 | 124,610 |
| | 76.817% | 74.375% | 20.850% | 4.774% | 31.514% | 40.924% | 27.562% |
| District 4 | 443,328 | 339,359 | 84,236 | 19,733 | 124,622 | 202,564 | 116,142 |
| | 74.679% | 76.548% | 19.001% | 4.451% | 28.111% | 45.692% | 26.198% |
| District 5 | 453,903 | 315,312 | 120,990 | 17,601 | 154,290 | 182,707 | 116,906 |
| | 76.003% | 69.467% | 26.655% | 3.878% | 33.992% | 40.252% | 25.756% |
| District 6 | 447,134 | 183,201 | 244,647 | 19,286 | 236,714 | 99,530 | 110,890 |
| | 75.912% | 40.972% | 54.714% | 4.313% | 52.940% | 22.260% | 24.800% |
| Grand Total | 2,742,287 | 1,740,446 | 841,829 | 160,012 | 1,052,506 | 951,626 | 738,155 |

## Splits

### Plan: HLS 24 1 E.S.-35 (Beaullieu)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 1** | | | | | | | | | | | | | | | | |
| *Ascension | 27,718 | 23,228 | 2,058 | 201 | 522 | 1,709 | 20,611 | 17,693 | 1,304 | 121 | 368 | 1,125 | 17,243 | 15,672 | 954 | 617 |
| *Jefferson | 240,081 | 155,518 | 30,822 | 11,880 | 4,356 | 37,505 | 192,148 | 129,999 | 22,555 | 8,951 | 3,295 | 27,348 | 144,399 | 112,491 | 12,528 | 19,380 |
| *Lafourche | 47,193 | 37,212 | 3,189 | 577 | 3,242 | 2,973 | 35,543 | 29,123 | 1,939 | 413 | 2,140 | 1,928 | 25,117 | 22,442 | 1,115 | 1,560 |
| *Livingston | 13,310 | 11,276 | 1,138 | 84 | 259 | 553 | 10,369 | 8,949 | 804 | 46 | 207 | 363 | 8,639 | 7,732 | 668 | 239 |
| *Orleans | 64,493 | 50,312 | 6,498 | 2,503 | 749 | 4,431 | 53,843 | 42,329 | 5,556 | 1,950 | 609 | 3,399 | 41,535 | 34,071 | 3,239 | 4,225 |
| Plaquemines | 23,515 | 14,287 | 5,428 | 1,317 | 697 | 1,786 | 17,334 | 10,856 | 3,857 | 925 | 500 | 1,196 | 13,143 | 8,996 | 2,934 | 1,213 |
| *St. Bernard | 20,543 | 11,907 | 5,780 | 617 | 436 | 1,803 | 14,871 | 8,992 | 3,854 | 424 | 327 | 1,274 | 12,975 | 8,866 | 3,231 | 878 |
| *St. Charles | 19,887 | 13,870 | 3,607 | 347 | 356 | 1,707 | 14,990 | 10,865 | 2,485 | 229 | 241 | 1,170 | 12,791 | 9,837 | 2,063 | 891 |
| St. Tammany | 264,570 | 196,641 | 38,643 | 5,774 | 5,660 | 17,852 | 202,228 | 154,621 | 26,761 | 4,075 | 4,161 | 12,610 | 174,307 | 141,262 | 21,129 | 11,916 |
| *Tangipahoa | 55,017 | 39,500 | 11,025 | 691 | 1,217 | 2,584 | 41,970 | 31,248 | 7,531 | 488 | 892 | 1,811 | 29,037 | 23,729 | 4,108 | 1,200 |
| **District 1** | **776,327** 100.000% | **553,751** 71.330% | **108,188** 13.936% | **23,991** 3.090% | **17,494** 2.253% | **72,903** 9.391% | **603,907** 100.000% | **444,675** 73.633% | **76,646** 12.692% | **17,622** 2.918% | **12,740** 2.110% | **52,224** 8.648% | **479,186** 79.348% | **385,098** 80.365% | **51,969** 10.845% | **42,119** 8.790% |
| **District 2** | | | | | | | | | | | | | | | | |
| *Ascension | 67,009 | 34,447 | 25,291 | 1,260 | 985 | 5,026 | 48,560 | 26,086 | 17,639 | 850 | 679 | 3,306 | 41,549 | 23,859 | 15,251 | 2,439 |
| Assumption | 21,039 | 13,722 | 6,220 | 96 | 258 | 743 | 16,616 | 11,145 | 4,707 | 57 | 197 | 510 | 13,323 | 8,977 | 4,131 | 215 |
| Iberville | 30,241 | 14,833 | 13,730 | 202 | 274 | 1,202 | 24,086 | 12,462 | 10,232 | 149 | 221 | 1,022 | 19,906 | 9,999 | 9,484 | 423 |
| *Jefferson | 200,700 | 65,417 | 95,395 | 11,144 | 3,330 | 25,414 | 152,506 | 54,136 | 69,620 | 8,741 | 2,540 | 17,469 | 109,034 | 40,445 | 53,674 | 14,915 |
| *Lafourche | 19,271 | 10,678 | 7,472 | 188 | 292 | 641 | 14,620 | 8,657 | 5,185 | 132 | 200 | 446 | 10,440 | 6,675 | 3,412 | 353 |
| *Orleans | 319,504 | 76,150 | 212,471 | 10,353 | 2,917 | 17,613 | 252,353 | 67,923 | 160,512 | 8,570 | 2,339 | 13,009 | 196,855 | 52,054 | 127,351 | 17,450 |
| *St. Bernard | 23,221 | 12,590 | 6,529 | 764 | 511 | 2,827 | 16,904 | 10,000 | 4,090 | 558 | 361 | 1,895 | 12,710 | 9,178 | 2,362 | 1,170 |
| *St. Charles | 32,662 | 19,680 | 10,321 | 490 | 569 | 1,602 | 24,551 | 15,289 | 7,405 | 300 | 426 | 1,131 | 20,791 | 13,574 | 6,207 | 1,010 |
| St. James | 20,192 | 9,973 | 9,762 | 60 | 82 | 315 | 15,505 | 7,883 | 7,297 | 31 | 64 | 230 | 14,531 | 7,116 | 7,196 | 219 |
| St. John the Baptist | 42,477 | 13,877 | 25,196 | 403 | 465 | 2,536 | 32,503 | 11,622 | 18,437 | 323 | 350 | 1,771 | 27,484 | 9,338 | 16,653 | 1,493 |
| **District 2** | **776,316** 100.000% | **271,367** 34.956% | **412,387** 53.121% | **24,960** 3.215% | **9,683** 1.247% | **57,919** 7.461% | **598,204** 100.000% | **225,203** 37.647% | **305,124** 51.007% | **19,711** 3.295% | **7,377** 1.233% | **40,789** 6.819% | **466,623** 78.004% | **181,215** 38.835% | **245,721** 52.659% | **39,687** 8.505% |
| **District 3** | | | | | | | | | | | | | | | | |
| Acadia | 57,576 | 44,480 | 10,864 | 238 | 573 | 1,421 | 42,943 | 34,071 | 7,383 | 173 | 400 | 916 | 36,151 | 29,438 | 5,995 | 718 |
| *Calcasieu | 131,299 | 69,747 | 50,290 | 3,564 | 1,764 | 5,934 | 99,893 | 55,812 | 35,987 | 2,563 | 1,347 | 4,184 | 65,841 | 39,808 | 22,822 | 3,211 |
| Cameron | 5,617 | 5,232 | 125 | 30 | 75 | 155 | 4,358 | 4,100 | 79 | 23 | 47 | 109 | 4,072 | 3,936 | 61 | 75 |
| Iberia | 69,929 | 39,206 | 24,556 | 2,123 | 794 | 3,250 | 52,791 | 31,295 | 17,069 | 1,562 | 581 | 2,284 | 42,188 | 26,848 | 13,441 | 1,899 |
| Jefferson Davis | 32,250 | 25,066 | 5,837 | 183 | 472 | 692 | 24,039 | 19,121 | 4,006 | 111 | 325 | 476 | 18,733 | 15,509 | 2,784 | 440 |
| *Lafayette | 180,411 | 131,849 | 29,263 | 5,960 | 2,665 | 10,674 | 137,635 | 103,919 | 19,952 | 4,314 | 2,029 | 7,421 | 111,925 | 91,759 | 13,498 | 6,668 |
| *Lafourche | 31,093 | 23,820 | 5,194 | 260 | 690 | 1,129 | 24,456 | 19,058 | 3,953 | 193 | 437 | 815 | 18,681 | 16,364 | 1,750 | 567 |
| St. Martin | 51,767 | 33,259 | 15,921 | 597 | 539 | 1,451 | 39,404 | 26,278 | 11,293 | 407 | 413 | 1,013 | 33,997 | 23,306 | 9,880 | 811 |
| St. Mary | 49,406 | 26,949 | 15,991 | 835 | 1,670 | 3,961 | 37,521 | 21,594 | 11,520 | 593 | 1,173 | 2,641 | 29,204 | 17,999 | 9,570 | 1,635 |

# Splits

## Plan: HLS 24 1 E.S.-35 (Beaullieu)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 3** | | | | | | | | | | | | | | | | |
| Terrebonne | 109,580 | 69,934 | 23,147 | 1,743 | 8,637 | 6,119 | 82,505 | 55,631 | 15,796 | 1,239 | 5,750 | 4,089 | 55,810 | 41,601 | 9,910 | 4,299 |
| Vermilion | 57,359 | 44,477 | 8,810 | 1,447 | 623 | 2,002 | 43,012 | 34,363 | 5,787 | 1,037 | 488 | 1,337 | 35,511 | 29,693 | 4,555 | 1,263 |
| **District 3** | 776,287 100.000% | 514,019 66.215% | 189,998 24.475% | 16,980 2.187% | 18,502 2.383% | 36,788 4.739% | 588,557 100.000% | 405,242 68.853% | 132,825 22.568% | 12,215 2.075% | 12,990 2.207% | 25,285 4.296% | 452,113 76.817% | 336,261 74.375% | 94,266 20.850% | 21,586 4.774% |
| **District 4** | | | | | | | | | | | | | | | | |
| Allen | 22,750 | 16,327 | 4,490 | 246 | 947 | 740 | 17,510 | 12,751 | 3,275 | 182 | 646 | 656 | 11,079 | 8,704 | 1,920 | 455 |
| Beauregard | 36,549 | 29,529 | 4,649 | 402 | 1,052 | 917 | 27,489 | 22,304 | 3,495 | 269 | 773 | 648 | 22,071 | 18,639 | 2,264 | 1,168 |
| Bienville | 12,981 | 6,950 | 5,600 | 57 | 207 | 167 | 10,073 | 5,486 | 4,284 | 30 | 162 | 111 | 8,336 | 4,509 | 3,728 | 99 |
| Bossier | 128,746 | 81,052 | 32,551 | 3,492 | 3,273 | 8,378 | 95,876 | 62,931 | 22,402 | 2,448 | 2,477 | 5,580 | 65,726 | 48,229 | 13,555 | 3,942 |
| *Caddo | 115,441 | 81,078 | 24,210 | 3,063 | 2,680 | 4,410 | 90,776 | 65,789 | 17,575 | 2,243 | 2,062 | 3,107 | 69,121 | 52,696 | 12,684 | 3,741 |
| *Calcasieu | 85,486 | 70,025 | 9,096 | 1,138 | 1,772 | 3,455 | 63,273 | 52,977 | 5,911 | 796 | 1,257 | 2,332 | 45,978 | 40,556 | 3,671 | 1,751 |
| Claiborne | 14,170 | 7,263 | 6,360 | 88 | 185 | 274 | 11,507 | 6,258 | 4,824 | 55 | 140 | 230 | 8,390 | 4,557 | 3,677 | 156 |
| *De Soto | 11,787 | 8,939 | 2,074 | 35 | 377 | 362 | 8,971 | 6,910 | 1,554 | 25 | 266 | 216 | 8,699 | 6,940 | 1,476 | 283 |
| Evangeline | 32,350 | 21,354 | 9,235 | 241 | 280 | 1,240 | 24,408 | 16,460 | 6,483 | 187 | 217 | 1,061 | 20,388 | 14,274 | 5,744 | 370 |
| Grant | 22,169 | 17,709 | 3,335 | 133 | 644 | 348 | 17,527 | 13,964 | 2,717 | 97 | 507 | 242 | 12,226 | 10,764 | 1,120 | 342 |
| Jackson | 15,031 | 9,967 | 4,166 | 175 | 255 | 468 | 11,783 | 7,967 | 3,125 | 140 | 174 | 377 | 9,375 | 6,570 | 2,610 | 195 |
| Lincoln | 48,396 | 26,034 | 19,364 | 892 | 662 | 1,444 | 38,655 | 21,306 | 15,119 | 744 | 526 | 960 | 24,408 | 15,139 | 8,357 | 912 |
| *Ouachita | 55,373 | 45,898 | 5,641 | 1,121 | 1,225 | 1,488 | 41,613 | 34,950 | 3,864 | 771 | 961 | 1,067 | 36,532 | 32,374 | 2,853 | 1,305 |
| *Rapides | 24,719 | 19,507 | 2,233 | 699 | 829 | 1,451 | 18,855 | 15,256 | 1,530 | 494 | 627 | 948 | 15,222 | 13,127 | 1,240 | 855 |
| Red River | 7,620 | 4,195 | 3,106 | 25 | 171 | 123 | 5,714 | 3,338 | 2,164 | 3 | 116 | 93 | 5,475 | 3,034 | 2,358 | 83 |
| Sabine | 22,155 | 15,036 | 3,861 | 94 | 2,723 | 441 | 17,064 | 12,054 | 2,655 | 66 | 1,970 | 319 | 13,570 | 10,287 | 1,912 | 1,371 |
| Union | 21,107 | 14,460 | 5,224 | 62 | 338 | 1,023 | 16,632 | 11,807 | 3,861 | 39 | 254 | 671 | 14,802 | 10,847 | 3,497 | 458 |
| Vernon | 48,750 | 35,087 | 7,611 | 1,442 | 1,600 | 3,010 | 36,261 | 26,765 | 5,133 | 1,074 | 1,160 | 2,129 | 22,409 | 18,129 | 2,608 | 1,672 |
| Webster | 36,967 | 22,735 | 12,679 | 208 | 687 | 658 | 28,753 | 18,144 | 9,464 | 154 | 558 | 433 | 21,259 | 14,068 | 6,744 | 447 |
| Winn | 13,755 | 8,594 | 3,727 | 210 | 263 | 961 | 10,906 | 6,932 | 2,695 | 170 | 207 | 902 | 8,262 | 5,916 | 2,218 | 128 |
| **District 4** | 776,302 100.000% | 541,739 69.785% | 169,212 21.797% | 13,823 1.781% | 20,170 2.598% | 31,358 4.039% | 593,646 100.000% | 424,349 71.482% | 122,168 20.579% | 9,987 1.682% | 15,060 2.537% | 22,082 3.720% | 443,328 74.679% | 339,359 76.548% | 84,236 19.001% | 19,733 4.451% |
| **District 5** | | | | | | | | | | | | | | | | |
| *Ascension | 31,773 | 23,466 | 4,867 | 839 | 497 | 2,104 | 22,786 | 17,357 | 3,196 | 543 | 343 | 1,347 | 19,854 | 16,011 | 2,623 | 1,220 |
| *Avoyelles | 20,125 | 14,889 | 4,417 | 132 | 397 | 290 | 15,393 | 11,696 | 3,076 | 102 | 282 | 237 | 11,431 | 8,976 | 2,117 | 338 |
| Caldwell | 9,645 | 7,646 | 1,632 | 51 | 150 | 166 | 7,478 | 5,969 | 1,224 | 46 | 116 | 123 | 5,813 | 4,959 | 762 | 92 |
| Catahoula | 8,906 | 5,776 | 2,395 | 46 | 119 | 570 | 6,951 | 4,557 | 1,736 | 33 | 87 | 538 | 6,113 | 4,363 | 1,695 | 55 |
| Concordia | 18,687 | 10,275 | 7,725 | 122 | 233 | 332 | 14,217 | 8,108 | 5,613 | 100 | 167 | 229 | 11,419 | 6,816 | 4,418 | 185 |
| *East Baton Rouge | 172,199 | 119,876 | 31,907 | 8,088 | 2,420 | 9,908 | 138,993 | 99,727 | 23,872 | 6,216 | 1,935 | 7,243 | 104,631 | 81,782 | 15,706 | 7,143 |
| East Carroll | 7,459 | 2,054 | 5,272 | 29 | 43 | 61 | 5,901 | 1,773 | 4,043 | 19 | 27 | 39 | 4,564 | 1,218 | 3,305 | 41 |

# Splits

## Plan: HLS 24 1 E.S.-35 (Beaullieu)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 5** | | | | | | | | | | | | | | | | |
| East Feliciana | 19,539 | 11,516 | 7,341 | 91 | 262 | 329 | 16,183 | 9,740 | 5,918 | 61 | 198 | 266 | 13,327 | 7,805 | 5,075 | 447 |
| Franklin | 19,774 | 12,492 | 6,802 | 70 | 205 | 205 | 15,028 | 9,901 | 4,779 | 44 | 153 | 151 | 12,350 | 8,524 | 3,718 | 108 |
| La Salle | 14,791 | 11,348 | 1,422 | 283 | 372 | 1,366 | 11,563 | 8,636 | 1,065 | 264 | 271 | 1,327 | 8,380 | 7,633 | 583 | 164 |
| *Livingston | 128,972 | 105,579 | 11,520 | 1,613 | 2,852 | 7,408 | 94,772 | 79,483 | 7,332 | 1,053 | 2,104 | 4,800 | 73,766 | 65,923 | 4,974 | 2,869 |
| Madison | 10,017 | 3,475 | 6,363 | 20 | 59 | 100 | 7,435 | 2,906 | 4,391 | 9 | 48 | 81 | 7,068 | 2,439 | 4,518 | 111 |
| Morehouse | 25,629 | 12,281 | 12,484 | 160 | 370 | 334 | 20,062 | 10,095 | 9,300 | 117 | 279 | 271 | 15,440 | 7,806 | 7,377 | 257 |
| *Ouachita | 104,995 | 42,647 | 55,576 | 1,667 | 1,436 | 3,669 | 78,587 | 35,024 | 38,426 | 1,347 | 1,098 | 2,692 | 59,098 | 25,775 | 31,168 | 2,155 |
| Richland | 20,043 | 11,785 | 7,603 | 83 | 258 | 314 | 15,383 | 9,338 | 5,546 | 66 | 203 | 230 | 13,141 | 8,144 | 4,753 | 244 |
| St. Helena | 10,920 | 4,527 | 6,031 | 39 | 134 | 189 | 8,463 | 3,805 | 4,371 | 28 | 109 | 150 | 8,260 | 3,626 | 4,492 | 142 |
| *Tangipahoa | 78,140 | 41,836 | 30,854 | 783 | 1,237 | 3,430 | 59,521 | 33,957 | 21,686 | 612 | 935 | 2,331 | 34,249 | 22,443 | 10,704 | 1,102 |
| Tensas | 4,147 | 1,744 | 2,312 | 23 | 26 | 42 | 3,235 | 1,446 | 1,728 | 12 | 23 | 26 | 3,485 | 1,510 | 1,937 | 38 |
| Washington | 45,463 | 29,943 | 13,434 | 216 | 736 | 1,134 | 34,951 | 23,743 | 9,732 | 154 | 561 | 761 | 27,151 | 18,603 | 7,892 | 656 |
| West Carroll | 9,751 | 7,894 | 1,425 | 27 | 180 | 225 | 7,532 | 6,223 | 1,010 | 20 | 136 | 143 | 6,871 | 5,770 | 1,013 | 88 |
| West Feliciana | 15,310 | 10,883 | 3,740 | 89 | 225 | 373 | 12,783 | 9,283 | 2,951 | 56 | 174 | 319 | 7,492 | 5,186 | 2,160 | 146 |
| **District 5** | 776,285 | 491,932 | 225,122 | 14,471 | 12,211 | 32,549 | 597,217 | 392,767 | 160,995 | 10,902 | 9,249 | 23,304 | 453,903 | 315,312 | 120,990 | 17,601 |
| | 100.000% | 63.370% | 29.000% | 1.864% | 1.573% | 4.193% | 100.000% | 65.766% | 26.958% | 1.825% | 1.549% | 3.902% | 76.003% | 69.467% | 26.655% | 3.878% |
| **District 6** | | | | | | | | | | | | | | | | |
| *Avoyelles | 19,568 | 10,736 | 7,261 | 302 | 370 | 899 | 15,185 | 8,573 | 5,235 | 277 | 288 | 812 | 10,007 | 6,266 | 3,505 | 236 |
| *Caddo | 122,407 | 22,379 | 95,094 | 971 | 1,160 | 2,803 | 91,631 | 19,270 | 68,784 | 765 | 896 | 1,916 | 62,821 | 11,685 | 48,787 | 2,349 |
| *De Soto | 15,025 | 6,345 | 7,899 | 82 | 363 | 336 | 11,469 | 4,999 | 5,871 | 61 | 291 | 247 | 9,188 | 4,065 | 4,841 | 282 |
| *East Baton Rouge | 284,582 | 76,193 | 181,491 | 8,337 | 2,307 | 16,254 | 216,619 | 64,154 | 132,918 | 6,383 | 1,812 | 11,352 | 164,206 | 50,963 | 103,796 | 9,447 |
| *Lafayette | 61,342 | 21,514 | 35,873 | 494 | 545 | 2,916 | 46,240 | 17,689 | 25,965 | 350 | 358 | 1,878 | 36,884 | 14,039 | 21,247 | 1,598 |
| Natchitoches | 37,515 | 19,361 | 15,725 | 255 | 861 | 1,313 | 29,349 | 16,010 | 11,415 | 198 | 683 | 1,043 | 20,675 | 11,761 | 8,016 | 898 |
| Pointe Coupee | 20,758 | 12,395 | 7,504 | 107 | 159 | 593 | 16,250 | 10,108 | 5,502 | 91 | 119 | 430 | 14,107 | 9,040 | 4,837 | 230 |
| *Rapides | 105,304 | 58,003 | 40,359 | 1,729 | 2,273 | 2,940 | 79,937 | 46,117 | 28,675 | 1,292 | 1,707 | 2,146 | 60,064 | 36,829 | 20,719 | 2,516 |
| St. Landry | 82,540 | 43,611 | 35,836 | 499 | 636 | 1,958 | 61,811 | 34,209 | 25,497 | 353 | 451 | 1,301 | 52,429 | 28,933 | 22,135 | 1,361 |
| West Baton Rouge | 27,199 | 14,307 | 11,170 | 287 | 326 | 1,109 | 20,526 | 11,146 | 8,149 | 209 | 219 | 803 | 16,753 | 9,620 | 6,764 | 369 |
| **District 6** | 776,240 | 284,844 | 438,212 | 13,063 | 9,000 | 31,121 | 589,017 | 232,275 | 318,011 | 9,979 | 6,824 | 21,928 | 447,134 | 183,201 | 244,647 | 19,286 |
| | 100.000% | 36.695% | 56.453% | 1.683% | 1.159% | 4.009% | 100.000% | 39.434% | 53.990% | 1.694% | 1.159% | 3.723% | 75.912% | 40.972% | 54.714% | 4.313% |

# Congress - Orleans Metro



# Congress - Statewide



R026-017

# Congress - Northwest La.



R026-018

# Congress - Ouachita



R026-019

# Congress - Central La.



R026-020

# Congress - Calcasieu



# Congress - Lafayette



# Congress - Baton Rouge Metro



R026-023

# Congress - River and Bayou Area



R026-024