HLS 241ES-15            **ORIGINAL**

2024 First Extraordinary Session

HOUSE BILL NO. 2

BY REPRESENTATIVE WILFORD CARTER

REAPPORTIONMENT/CONGRESS:    Provides relative to the election districts for members of congress (Item #1)

1                       AN ACT

2 To enact R.S. 18:1276.1 and to repeal R.S. 18:1276, relative to congressional districts; to

3         provide for the redistricting of Louisiana's congressional districts; to provide with

4         respect to positions and offices, other than congressional, which are based upon

5         congressional districts; to provide for effectiveness; and to provide for related

6         matters.

7 Be it enacted by the Legislature of Louisiana:

8         Section 1.  R.S. 18:1276.1 is hereby enacted to read as follows:

9         §1276.1.  Congressional districts

10             Louisiana shall be divided into six congressional districts, and the qualified

11 electors of each district shall elect one representative to the United States House of

12 Representatives.  The districts shall be composed as follows:

13             (1)  District 1 is composed of Precincts 6-2, 7-1, 7-2, 7-4, 7-5, 8-1, 8-2, 8-3,

14 9-1, 9-2, 9-4, 9-5, 11-1, 11-3, and 11-5 of Iberia Parish; Precincts 1, 2, 3, 4, 5, 7, 8,

15 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31,

16 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 51, 52, 53, 54, 55, 56, 57, 58,

17 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81,

18 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102,

19 103, 105, 106, 117, 118, 119, 120, 121, 122, 123, 124, 125A, 125B, 126, 127, 128,

20 129, 130, 131, 132, 133, 134, 136, 138, 246, 247, 248, 1-GI, 1-H, 2-H, 3-H, 4-H,

CODING:  Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

Hearing Exhibit
**R027**
Case No: 3:24-cv-00122-DCJ-CES-RRS

HLS 241ES-15

**ORIGINAL**
HB NO. 2

1    5-H, 6-H, 7-H, 8-H, 9-H, 1-K, 2-K, 3-K, 4-K, 5-K, 6-KA, 6-KB, 7-KA, 7-KB, 8-K,

2    9-K, 10-K, 11-K, 12-K, 13-KA, 14-K, 15-K, 16-K, 17-K, 18-K, 19-K, 20-K, 25-K,

3    27-K, 28-K, 29-K, 34-K, 35-K, and 1-L of Jefferson Parish; Lafourche Parish;

4    Precincts 3-19, 3-20, 4-7, 4-8, 4-9, 4-11, 4-14, 4-15, 4-17, 4-17A, 4-18, 4-20, 4-21,

5    4-22, 4-23, 5-11, 5-12, 5-13, 5-15, 5-16, 5-17, 5-18, 6-8, 6-9, 7-17, 7-18, 9-45,

6    9-45A, 12-1, 12-2, 12-3, 12-4, 12-5, 12-6, 12-7, 12-9, 12-10, 13-1, 13-2, 13-3, 13-4,

7    13-5, 13-6, 13-7, 13-8, 13-9, 13-10, 14-1, 14-2, 14-3, 14-4, 14-5, 14-6, 14-7, 14-8,

8    14-9, 14-10, 14-11, 14-12, 14-13A, 14-14, 14-15, 14-16, 14-17, 14-18A, 14-19,

9    14-20, 14-21, 14-25, 16-1, 16-1A, 16-2, 16-3, 16-4, 16-5, 16-6, 16-7, 16-8, 17-1,

10    17-2, 17-3, 17-17, 17-18, 17-18A, 17-19, and 17-20 of Orleans Parish; Plaquemines

11    Parish; St. Bernard Parish; Precincts 2-1, 2-3, 2-5, 4-1, 4-2, 4-3, 4-5, 7-1, 7-2, and

12    7-3 of St. Charles Parish; Precincts 1 and 2 of St. Martin Parish; Precincts 6A, 10,

13    19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41,

14    42, 43, 44, and 45 of St. Mary Parish; Precincts 603, 701, 702, 703, 704, 705, 706,

15    801, 802, 802A, 803, 804, 805, 806, 807, 808, 809, 810, 811, 812, 813, 814, 815,

16    815A, 816, 817, 818, 901, 902, 903, 903A, 904, 905, 906, 907, 909, 909A, 910, 911,

17    913, 914, 915, 916, 917, 918, 921, 922, P01, S01, S02, S03, S04, S05, S06, S07, S08,

18    S09, S10, S11, S13, S15, S16, S17, S18, S19, S21, S22, S23, and S24 of

19    St. Tammany Parish; and Terrebonne Parish.

20    (2) District 2 is composed of Precincts 6, 28, 30, 31, 32, 36, 37, 38, 39, 40,

21    42, 44, 45, 47, 48, 50, 51, 52, 53, 54, 55, 57, 58, and 71 of Ascension Parish;

22    Assumption Parish; Precincts 1-1, 1-3, 1-7, 1-8, 2-1, 2-2, 2-3, 3-2, 3-3, 4-1, 4-2, 4-3,

23    5-3, 6-1, 6-4, 10-1, 10-2, 11-4, 11-6, 12-1, 12-2, and 12-3 of Iberia Parish; Iberville

24    Parish; Precincts 104, 108, 115, 116, 150, 151, 152, 153, 154, 155, 156, 157A, 157B,

25    170, 171, 172, 173, 174, 175, 176, 177, 178, 179A, 179B, 180, 181, 182, 183, 184,

26    185A, 185B, 187, 188, 189, 190, 191, 192, 193A, 193B, 194A, 194B, 195, 196,

27    197A, 197B, 198, 199, 200, 201, 202, 203, 204, 205, 210, 211, 212, 213A, 213B,

28    213C, 214A, 214B, 215, 216A, 216B, 216C, 217, 225, 226, 227, 228, 229, 230, 231,

29    232A, 232B, 234, 235, 236, 237, 238A, 238B, 1-G, 2-G, 3-G, 4-G, 5-G, 6-G, 7-G,

CODING: Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

HLS 241ES-15

**ORIGINAL**
HB NO. 2

1    8-G, 9-G, 10-G, 11-G, 12-G, 13-G, 13-KB, 21-K, 22-K, 23-K, 24-K, 26-K, 30-K,

2    31-K, 33-K, 1-W, 2-W, 3-W, 4-W, 5-W, 6-W, and 7-W of Jefferson Parish; Precincts

3    1-1, 1-2, 1-5, 1-6, 2-1, 2-2, 2-4, 2-6, 2-7, 3-1, 3-8, 3-9, 3-12, 3-14, 3-15, 3-18, 4-2,

4    4-3, 4-6, 5-1, 5-2, 5-3, 5-5, 5-7, 5-8, 5-9, 5-10, 6-1, 6-2, 6-4, 6-6, 6-7, 7-1, 7-2, 7-4,

5    7-5, 7-6, 7-7, 7-8, 7-9A, 7-10, 7-11, 7-12, 7-13, 7-14, 7-15, 7-16, 7-19, 7-20, 7-21,

6    7-23, 7-24, 7-25, 7-25A, 7-26, 7-27, 7-27B, 7-28, 7-28A, 7-29, 7-30, 7-32, 7-33,

7    7-35, 7-37, 7-37A, 7-40, 7-41, 7-42, 8-1, 8-2, 8-4, 8-6, 8-7, 8-8, 8-9, 8-12, 8-13,

8    8-14, 8-15, 8-19, 8-20, 8-21, 8-22, 8-23, 8-24, 8-25, 8-26, 8-27, 8-28, 8-30, 9-1, 9-3,

9    9-4, 9-5, 9-6, 9-7, 9-8, 9-9, 9-10, 9-11, 9-12, 9-13, 9-14, 9-15, 9-16, 9-17, 9-19, 9-21,

10   9-23, 9-25, 9-26, 9-28, 9-28C, 9-29, 9-30, 9-30A, 9-31, 9-31A, 9-31B, 9-31D, 9-32,

11   9-33, 9-34A, 9-35, 9-35A, 9-36, 9-36B, 9-37, 9-38, 9-38A, 9-39, 9-39B, 9-40,

12   9-40A, 9-40C, 9-41, 9-41A, 9-41B, 9-41C, 9-41D, 9-42, 9-42C, 9-43A, 9-43B,

13   9-43C, 9-43E, 9-43F, 9-43G, 9-43H, 9-43I, 9-43J, 9-43K, 9-43L, 9-43M, 9-43N,

14   9-44, 9-44A, 9-44B, 9-44D, 9-44E, 9-44F, 9-44G, 9-44I, 9-44J, 9-44L, 9-44M,

15   9-44N, 9-44O, 9-44P, 9-44Q, 10-3, 10-6, 10-7, 10-8, 10-9, 10-11, 10-12, 10-13,

16   10-14, 11-2, 11-3, 11-4, 11-5, 11-8, 11-9, 11-10, 11-11, 11-12, 11-13, 11-14, 11-17,

17   12-11, 12-12, 12-13, 12-14, 12-16, 12-17, 12-19, 13-11, 13-12, 13-13, 13-14, 13-15,

18   13-16, 14-23, 14-24A, 14-26, 15-1, 15-2, 15-3, 15-5, 15-6, 15-8, 15-9, 15-10, 15-11,

19   15-12, 15-12A, 15-13, 15-13A, 15-13B, 15-14, 15-14A, 15-14B, 15-14C, 15-14D,

20   15-14E, 15-14F, 15-14G, 15-15, 15-15A, 15-15B, 15-16, 15-17, 15-17A, 15-17B,

21   15-18, 15-18A, 15-18B, 15-18C, 15-18D, 15-18E, 15-18F, 15-19, 15-19A, 15-19B,

22   15-19C, 16-9, 17-4, 17-5, 17-6, 17-7, 17-8, 17-9, 17-10, 17-11, 17-12, 17-13,

23   17-13A, 17-14, 17-15, and 17-16 of Orleans Parish; Precincts 1-1, 1-2, 1-3, 1-4, 1-5,

24   1-6, 2-4, 2-6, 3-1, 3-2, 3-3, 4-4, 5-1, 5-3, 5-4, 5-5, 6-1, 6-2, 6-3, 6-4, 6-6, 6-8, 7-4,

25   7-5, and 7-6 of St. Charles Parish; St. James Parish; St. John the Baptist Parish; and

26   Precincts 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24,

27   25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, and 43 of

28   St. Martin Parish.

Page 3 of 9

CODING:  Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u>
are additions.

**ORIGINAL**

1      (3)  District 3 is composed of Acadia Parish; Allen Parish; Beauregard Parish;

2  Calcasieu Parish; Cameron Parish; Precincts 1020, 1030, 1040, 1041, 1050, 1130,

3  1140, 1161, 1171, 2010, 2010A, 2020, 2030, 2040, 3010, 3020, 3030, 3031, 3032,

4  3040, 3050, 3051, 3052, 3060, 3070, 3071, 4001, 4010, 4011, 4012, 4020, 4021,

5  4030, 4040, 5004, 5010, 5020, 5030, 5040, 5041, and 5050 of Evangeline Parish;

6  Precincts 3-4, 3-5, 5-1, 5-2, 5-5, 6-5, 10-3, 10-4, 12-4, 13-1, 13-2, 13-3, 13-4, 13-5,

7  14-1, 14-3, 14-4, and 14-5 of Iberia Parish; Jefferson Davis Parish; Precincts 25, 26,

8  27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49,

9  65, 66, 67, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88,

10  89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108,

11  109, 110, 111, 114, 115, 116, 117, 118, 119, 120, 121, 124, 125, 126, 127, 128, 130,

12  131, 133, 134, 135, and 136 of Lafayette Parish; Precincts C22, C23, C26, C27, C30,

13  C31, C32, C33, C34, C35, C36, C37-A, C37-B, C41, C42, N5, N6, N7, N8, N11,

14  N12, N13-A, N13-B, N14-A, N14-B, N15, N16, N17, N18-A, N18-B, N19, N20,

15  N21, N22, N23, N24, N25, N26, S1, S2, S4, S5, S6A, S6B, S7, S8, S9, S10, S11,

16  S13, S14, S15, S16, S17, S18, S19, S20, S21, S22, S23, S24, S25, S26, S27, S28,

17  and S29 of Rapides Parish; Precincts 1, 2, 3, 4, 5, 6, 7, 8, 9, 11, 12, 13, 14, 15, 16,

18  17, and 18 of St. Mary Parish; Vermilion Parish; and Precincts 1-1, 1-1A, 1-1B, 1-2,

19  1-3, 1-3C, 1-4, 1-4B, 1-4C, 1-5, 1-6, 1-6A, 1-6B, 1-7, 1-7B, 1-8, 1-8A, 2-4, 3-1, 3-2,

20  3-3, 3-4, 3-5, 4-1, 4-2, 4-3, 4-3A, 4-3B, 4-3C, 4-3G, 4-3K, 4-3L, 4-3N, 5-1, 5-2,

21  5-2A, 7-1, 7-2, 7-2B, 7-3, 7-4, 7-4A, 7-5, 7-5A, 7-5D, 8-1, and 8-2 of Vernon Parish.

22      (4)  District 4 is composed of Bienville Parish; Bossier Parish; Caddo Parish;

23  Caldwell Parish; Catahoula Parish; Claiborne Parish; DeSoto Parish; Grant Parish;

24  Jackson Parish; LaSalle Parish; Lincoln Parish; Natchitoches Parish; Precincts 1, 1A,

25  2, 4, 6, 7, 25, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 44A, 45, 46, 47,

26  48, 49, 50, 51, 51A, 52, 52A, 53, 54, 55, 56, 56A, 57, 58, 61, 64, 71, 75, 77, and 78

27  of Ouachita Parish; Red River Parish; Sabine Parish; Union Parish; Precincts 1-5A,

28  1-9, 2-1, 2-1A, 2-2, 2-2A, 2-3, 6-1, 6-2, 6-3, 6-4, and 8-3 of Vernon Parish; Webster

29  Parish; and Winn Parish.

CODING:  Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

HLS 241ES-15

**ORIGINAL**
HB NO. 2

1         (5)  District 5 is composed of Avoyelles Parish; Concordia Parish; Precincts

2   1-1, 1-2, 1-3, 1-4, 1-6, 1-10, 1-11, 1-13, 1-14, 1-15, 1-16, 1-17, 1-18, 1-19, 1-20,

3   1-21, 1-22, 1-23, 1-24, 1-25, 1-26, 1-27, 1-28, 1-29, 1-30, 1-31, 1-32, 1-36, 1-37,

4   1-38, 1-50, 1-54, 1-55, 1-57, 1-58, 1-61, 1-62, 1-63, 1-67, 1-70, 1-71, 1-77, 1-78,

5   1-81, 1-82, 1-83, 1-84, 1-85, 1-86, 1-87, 1-88, 1-91, 1-92, 1-93, 1-94, 1-95, 1-96,

6   1-97, 1-100, 1-101, 1-104, 2-1, 2-2, 2-3, 2-4, 2-5, 2-6, 2-7, 2-8, 2-9, 2-10, 2-11, 2-12,

7   2-13, 2-14, 2-15, 2-16, 2-17, 2-18, 2-19, 2-20, 2-21, 2-22, 2-23, 2-24, 2-25, 2-26,

8   2-27, 2-28, 2-29, 2-30, 2-31, 2-32, 2-33, 2-34, 2-35, 2-36, 2-37, 2-38, 3-1, 3-2, 3-6,

9   3-8, 3-9, 3-12, 3-14, 3-21, 3-24, 3-25, 3-26, 3-28, 3-30, 3-32, 3-37, 3-42, 3-46, 3-54,

10   3-58, 3-61, and 3-72 of East Baton Rouge Parish; East Carroll Parish; East Feliciana

11   Parish; Precincts 1010, 1031, 1080, 1081, 1090, 1091, 1100, 1101, 1110, 1120, 1150,

12   1160, 1162, and 1170 of Evangeline Parish; Franklin Parish; Precincts 1, 2, 3, 4, 5,

13   6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 50, 51, 52, 53, 54,

14   55, 56, 57, 58, 59, 60, 61, 63, 64, 68, 112, 113, 122, 123, and 129 of Lafayette

15   Parish; Madison Parish; Morehouse Parish; Precincts 3, 5, 8, 9, 9A, 10, 11, 12, 13,

16   14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 26, 27, 28, 30, 59, 60, 62, 63, 65, 65A, 66,

17   67, 68, 69, 70, 72, 73, 74, 76, and 79 of Ouachita Parish; Pointe Coupee Parish;

18   Precincts C1, C2, C3, C4, C5, C6, C7, C8, C9, C10, C11-A, C11-B, C13, C14, C15,

19   C17, C18, C19, C20, C21, C24, C25, C28, C38-A, C38-B, C39, C40, N1, N2, N3,

20   N4, N9, N10, N27, N28, and N29 of Rapides Parish; Richland Parish; St. Helena

21   Parish; St. Landry Parish; Precincts 2, 6, 11, 15, 16, 17, 105, 107, 109, and 111A of

22   Tangipahoa Parish; Tensas Parish; West Baton Rouge Parish; West Carroll Parish;

23   and West Feliciana Parish.

24         (6)  District 6 is composed of Precincts 1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14,

25   15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 33, 34, 35, 41, 43, 61, 62, 63, 64, 65,

26   66, 68, 69, 72, 73, 76, 77, and 78 of Ascension Parish; Precincts 1-5, 1-7, 1-8, 1-9,

27   1-12, 1-33, 1-34, 1-35, 1-39, 1-40, 1-41, 1-42, 1-43, 1-44, 1-45, 1-46, 1-47, 1-48,

28   1-49, 1-51, 1-52, 1-53, 1-56, 1-59, 1-60, 1-64, 1-65, 1-66, 1-68, 1-69, 1-72, 1-73,

29   1-74, 1-75, 1-76, 1-79, 1-80, 1-89, 1-90, 1-98, 1-99, 1-102, 1-103, 1-105, 1-107, 3-3,

CODING:  Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

1   3-4, 3-5, 3-7, 3-10, 3-11, 3-13, 3-15, 3-16, 3-17, 3-18, 3-19, 3-20, 3-22, 3-23, 3-27,

2   3-29, 3-31, 3-33, 3-34, 3-35, 3-36, 3-38, 3-39, 3-40, 3-41, 3-43, 3-44, 3-45, 3-47,

3   3-48, 3-49, 3-50, 3-51, 3-52, 3-53, 3-55, 3-56, 3-57, 3-59, 3-60, 3-62, 3-63, 3-64,

4   3-65, 3-66, 3-67, 3-68, 3-69, 3-70, 3-71, 3-73, 3-74, 3-75, and 3-76 of East Baton

5   Rouge Parish; Livingston Parish; Precincts 101, 102, 103, 104, 105, 106, 106A, 107,

6   108, 110, 111, 112, 113, 114, 115, 116, 118, 201, 202, 203, 204, 205, 206, 207, 301,

7   302, 303, 304, 305, 306, 307, 308, 309, 310, 312, 312A, 313, 314, 401, 402, 403,

8   404, 405, 406, 407, 408, 409, 410, 411, 412, 413, 414, 415, 416, 417, 418, 419, 420,

9   421, 422, 426, 427, 429, 430, 501, 502, 503, 504, 505, 602, 604, 605, 606, 609, A01,

10  A02, A02A, A03, A04, C01, C02, C03, C04, C06, C07, C08, C09, C11, F01, M01,

11  M02, M04, M06, M07, M08, M09, M09A, M10, M11, M12, and MD1 of

12  St. Tammany Parish; Precincts 28, 33, 40A, 41, 42, 43, 44, 45A, 45B, 46, 47, 49, 70,

13  70A, 71, 72, 72A, 73, 74, 101, 102, 104, 106, 106A, 108, 110, 112, 114, 115B, 116,

14  117, 118, 118A, 119, 120, 120A, 120B, 121, 121A, 122A, 122B, 122C, 123, 124,

15  125, 127, 129A, 133, 133A, 137, 137A, 137B, 137C, 137D, 139, 141, 141A, 143,

16  143A, 145, 147, 149, 149A, and 151 of Tangipahoa Parish; and Washington Parish.

17  Section 2.  R.S. 18:1276 is hereby repealed in its entirety.

18  Section 3.(A)  The precincts referenced in this Act are those contained in the file

19  named "2024 Precinct Shapefiles (1-10-2024)" available on the website of the Legislature

20  of Louisiana on the effective date of this Section.  The 2024 Precinct Shapefiles are based

21  upon those Voting Districts (VTDs) contained in the 2020 Census Redistricting TIGER/Line

22  Shapefiles for the State of Louisiana as those files have been modified and validated through

23  the data verification program of the Louisiana House of Representatives and the Louisiana

24  Senate to represent precinct changes submitted through January 10, 2024, to the Legislature

25  of Louisiana by parish governing authorities pursuant to the provisions of R.S. 18:532 and

26  532.1.

27  (B)  When a precinct referenced in this Act has been subdivided by action of the

28  parish governing authority on a nongeographic basis or subdivided by action of the parish

29  governing authority on a geographic basis in accordance with the provisions of R.S.

CODING:  Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

HLS 241ES-15                                                    <u>**ORIGINAL**</u>
                                                               HB NO. 2

1    18:532.1, the enumeration in this Act of the general precinct designation shall include all

2    nongeographic and all geographic subdivisions thereof, however such subdivisions may be

3    designated.

4        (C)  The territorial limits of the districts as provided in this Act shall continue in

5    effect until changed by law regardless of any subsequent change made to the precincts by

6    the parish governing authority.

7        Section 4.  The provisions of this Act shall not reduce the term of office of any

8    person holding any position or office on the effective date of this Section for which the

9    appointment or election is based upon a congressional district as composed pursuant to R.S.

10   18:1276.  Any position or office that is filled by appointment or election based upon a

11   congressional district and that is to be filled after January 3, 2025, shall be appointed or

12   elected from a district as it is described in Section 1 of this Act.

13       Section 5.(A)  Solely for the purposes of qualifying for election and the conduct of

14   the election of representatives to the United States Congress at the regularly scheduled

15   election for representatives to the congress in 2024, the provisions of Section 1 of this Act

16   shall become effective upon signature of this Act by the governor or, if not signed by the

17   governor, upon expiration of the time for bills to become law without signature by the

18   governor, as provided in Article III, Section 18 of the Constitution of Louisiana.  If this Act

19   is vetoed by the governor and subsequently approved by the legislature, the provisions of

20   Section 1 of this Act shall become effective on the day following such approval for the

21   purposes established in this Subsection.

22       (B)  For subsequent elections of representatives to the United States Congress and

23   for all other purposes, the provisions of Section 1 of this Act shall become effective at noon

24   on January 3, 2025.

25       (C)  The provisions of Section 2 of this Act shall become effective at noon on

26   January 3, 2025.

27       (D)  The provisions of this Section and Sections 3 and 4 of this Act shall become

28   effective upon signature of this Act by the governor or, if not signed by the governor, upon

29   expiration of the time for bills to become law without signature by the governor, as provided

CODING:  Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

R027-007

HLS 241ES-15

**ORIGINAL**
HB NO. 2

1   in Article III, Section 18 of the Constitution of Louisiana.  If this Act is vetoed by the

2   governor and subsequently approved by the legislature, the provisions of this Section and

3   Sections 3 and 4 of this Act shall become effective on the day following such approval.

---

DIGEST

The digest printed below was prepared by House Legislative Services.  It constitutes no part of the legislative instrument.  The keyword, one-liner, abstract, and digest do not constitute part of the law or proof or indicia of legislative intent.  [R.S. 1:13(B) and 24:177(E)]

---

HB 2 Original         2024 First Extraordinary Session         Wilford Carter

**Abstract:**  Provides for the redistricting of the state's congresional districts and provides for the composition of each of the six congressional districts.  Effective upon signature of governor for election purposes only for the regular congressional elections in 2024 and at noon on Jan. 3, 2025, for all other purposes.

Statistical summaries of <u>proposed law</u>, including district variances from the ideal population of 776,292 and the range of those variances, as well as maps illustrating proposed district boundaries accompany this digest. *(Attached to the bill version on the internet.)*

<u>Present U.S. Constitution</u> (14th Amendment) provides that representatives in congress shall be apportioned among the several states according to their respective numbers, counting the whole number of persons in each state.  The U.S. Supreme Court has held that the population of congressional districts in the same state must be as nearly equal in population as practicable.

<u>Present law</u> provides for six congressional districts based upon the 2020 federal decennial census.

<u>Proposed law</u> redraws district boundaries for the congressional districts based upon the 2020 federal decennial census.

<u>Proposed law</u> provides that the new districts become effective upon signature of governor or lapse of time for gubernatorial action for election purposes only for the regular congressional elections in 2024.  Retains <u>present law</u> districts based upon the 2020 census until noon on Jan. 3, 2025, at which time <u>present law</u> is repealed and the new districts based upon the 2020 census, as established by <u>proposed law</u>, become effective for all other purposes.

<u>Proposed law</u> specifies that precincts referenced in district descriptions are those precincts identified as Voting Districts (VTDs) contained in the file named "2024 Precinct Shapefiles (1-10-2024)" available on the La. legislature's website.  Specifies that the 2024 Precinct Shapefiles are based upon those Voting Districts (VTDs) contained in the 2020 Census Redistricting TIGER/Line Shapefiles for the State of Louisiana as those files have been modified and validated through the data verification program of the La. legislature.  Also specifies that if any such precinct has been subdivided by action of the parish governing authority on a nongeographic basis or subdivided by action of the parish governing authority on a geographic basis in accordance with <u>present law</u>, the enumeration of the general precinct designation shall include all nongeographic and all geographic subdivisions thereof.  Further provides that the territorial limits of the districts as enacted shall continue in effect until changed by law regardless of any subsequent change made to the precincts by the parish governing authority.

CODING: Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

HLS 241ES-15                                                    **ORIGINAL**
                                                               HB NO. 2

Proposed law specifies that proposed law does not reduce the term of office of any person holding any position or office on the effective date of proposed law for which the appointment or election is based upon a congressional district as composed pursuant to present law. Specifies that any position or office filled after Jan. 1, 2025, for which the appointment or election is based upon a congressional district shall be appointed or elected from a district as it is described in proposed law.

Population data in the summaries accompanying this digest are derived from 2020 Census Redistricting Data (Public Law 94-171), Summary File for Louisiana. Population data, statistical information, and maps are supplied for purposes of information and analysis and comprise no part of proposed law.

Effective upon signature of governor or lapse of time for gubernatorial action for election purposes only for the regular congressional elections in 2024; effective for all other purposes at noon on Jan. 3, 2025.

(Adds R.S. 18:1276.1; Repeals R.S. 18:1276)

CODING: Words in ~~struck through~~ type are deletions from existing law; words underscored are additions.

## Plan Statistics

### Plan: HLS 24 1 E.S. -15 (W. Carter)

| Districts: | # of Members | Actual Population | Ideal Population | Absolute Deviation | Relative Deviation |
|---|---|---|---|---|---|
| District 1 | 1 | 776,319 | 776,292 | 27 | 0.003% |
| District 2 | 1 | 776,261 | 776,292 | -31 | -0.004% |
| District 3 | 1 | 776,312 | 776,292 | 20 | 0.003% |
| District 4 | 1 | 776,283 | 776,292 | -9 | -0.001% |
| District 5 | 1 | 776,295 | 776,292 | 3 | 0.000% |
| District 6 | 1 | 776,287 | 776,292 | -5 | -0.001% |
| **Grand Total:** | 6 | 4,657,757 | 4,657,752 | | |

| | | | |
|---|---|---|---|
| Ideal Population Per Member: | 776292 | | |
| Number of Districts for Plan Type: | 6 | | |
| Range of District Populations: | 776,261 | to | 776,319 |
| Absolute Mean Deviation: | 10 | | |
| Absolute Range: | -31 | to | 27 |
| Absolute Overall Range: | 58 | | |
| Relative Mean Deviation: | 0.00% | | |
| Relative Range: | 0.00% | to | 0.00% |
| Relative Overall Range: | 0.00% | | |

| | |
|---|---|
| *Ideal - Actual:* | *-5* |
| *Remainder:* | *5* |
| *Unassigned Population:* | *0* |

# Total Population

Plan: HLS 24 1 E.S. -15 (W. Carter)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | Total Hispanic | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | VAP Hispanic Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | 776,319 | 515,357 | 139,622 | 24,242 | 23,969 | 73,129 | 92,070 | 604,455 | 418,414 | 98,943 | 17,998 | 16,904 | 52,196 | 64,841 |
| | 100.000% | 66.385% | 17.985% | 3.123% | 3.088% | 9.420% | 11.860% | 100.000% | 69.222% | 16.369% | 2.978% | 2.797% | 8.635% | 10.727% |
| District 2 | 776,261 | 263,792 | 425,050 | 24,599 | 9,005 | 53,815 | 69,233 | 598,333 | 219,645 | 314,268 | 19,482 | 6,914 | 38,024 | 48,005 |
| | 100.000% | 33.982% | 54.756% | 3.169% | 1.160% | 6.933% | 8.919% | 100.000% | 36.709% | 52.524% | 3.256% | 1.156% | 6.355% | 8.023% |
| District 3 | 776,312 | 556,282 | 153,444 | 17,330 | 14,775 | 34,481 | 42,420 | 587,223 | 432,539 | 107,194 | 12,511 | 10,839 | 24,140 | 29,097 |
| | 100.000% | 71.657% | 19.766% | 2.232% | 1.903% | 4.442% | 5.464% | 100.000% | 73.658% | 18.254% | 2.131% | 1.846% | 4.111% | 4.955% |
| District 4 | 776,283 | 456,071 | 261,604 | 11,712 | 17,841 | 29,055 | 34,667 | 596,672 | 363,627 | 190,028 | 8,623 | 13,577 | 20,817 | 24,197 |
| | 100.000% | 58.751% | 33.700% | 1.509% | 2.298% | 3.743% | 4.466% | 100.000% | 60.943% | 31.848% | 1.445% | 2.275% | 3.489% | 4.055% |
| District 5 | 776,295 | 313,441 | 420,460 | 9,195 | 7,888 | 25,311 | 29,917 | 587,997 | 253,748 | 303,463 | 6,976 | 5,884 | 17,926 | 20,735 |
| | 100.000% | 40.377% | 54.162% | 1.184% | 1.016% | 3.260% | 3.854% | 100.000% | 43.155% | 51.610% | 1.186% | 1.001% | 3.049% | 3.526% |
| District 6 | 776,287 | 552,709 | 142,939 | 20,210 | 13,582 | 46,847 | 54,242 | 595,868 | 436,538 | 101,873 | 14,826 | 10,122 | 32,509 | 36,787 |
| | 100.000% | 71.199% | 18.413% | 2.603% | 1.750% | 6.035% | 6.987% | 100.000% | 73.261% | 17.097% | 2.488% | 1.699% | 5.456% | 6.174% |
| Grand Total | 4,657,757 | 2,657,652 | 1,543,119 | 107,288 | 87,060 | 262,638 | 322,549 | 3,570,548 | 2,124,511 | 1,115,769 | 80,416 | 64,240 | 185,612 | 223,662 |
| | 100.000% | 57.059% | 33.130% | 2.303% | 1.869% | 5.639% | 6.925% | 100.000% | 59.501% | 31.249% | 2.252% | 1.799% | 5.198% | 6.264% |

# Voter Registration

## Plan: HLS 24 1 E.S. -15 (W. Carter)

| | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 | Reg Dem Total Dec 2023 | Reg Rep Total Dec 2023 | Reg Other Total Dec 2023 |
|---|---|---|---|---|---|---|---|
| District 1 | 458,351 | 349,262 | 66,810 | 42,279 | 140,825 | 177,794 | 139,732 |
| | 75.829% | 76.200% | 14.576% | 9.224% | 30.724% | 38.790% | 30.486% |
| District 2 | 468,310 | 175,956 | 254,603 | 37,751 | 270,193 | 77,478 | 120,639 |
| | 78.269% | 37.573% | 54.366% | 8.061% | 57.695% | 16.544% | 25.761% |
| District 3 | 445,940 | 352,339 | 72,944 | 20,657 | 128,861 | 193,703 | 123,376 |
| | 75.940% | 79.010% | 16.357% | 4.632% | 28.896% | 43.437% | 27.667% |
| District 4 | 443,883 | 291,655 | 134,067 | 18,161 | 153,637 | 178,586 | 111,660 |
| | 74.393% | 65.705% | 30.203% | 4.091% | 34.612% | 40.233% | 25.155% |
| District 5 | 466,743 | 204,270 | 247,375 | 15,098 | 241,768 | 115,056 | 109,919 |
| | 79.378% | 43.765% | 53.000% | 3.235% | 51.799% | 24.651% | 23.550% |
| District 6 | 459,060 | 366,964 | 66,030 | 26,066 | 117,222 | 209,009 | 132,829 |
| | 77.041% | 79.938% | 14.384% | 5.678% | 25.535% | 45.530% | 28.935% |
| Grand Total | 2,742,287 | 1,740,446 | 841,829 | 160,012 | 1,052,506 | 951,626 | 738,155 |

# Splits

Plan: HLS 24 1 E.S. -15 (W. Carter)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 1** | | | | | | | | | | | | | | | | |
| *Iberia | 20,725 | 15,413 | 3,901 | 318 | 262 | 831 | 15,766 | 12,052 | 2,714 | 193 | 201 | 606 | 14,301 | 11,412 | 2,426 | 463 |
| *Jefferson | 238,074 | 153,014 | 31,164 | 11,614 | 4,262 | 38,020 | 190,739 | 128,160 | 22,912 | 8,769 | 3,218 | 27,680 | 142,474 | 110,534 | 12,665 | 19,275 |
| Lafourche | 97,557 | 71,710 | 15,855 | 1,025 | 4,224 | 4,743 | 74,619 | 56,838 | 11,077 | 738 | 2,777 | 3,189 | 54,238 | 45,481 | 6,277 | 2,480 |
| *Orleans | 80,639 | 61,290 | 9,633 | 3,130 | 985 | 5,601 | 67,580 | 51,861 | 8,139 | 2,450 | 796 | 4,334 | 52,468 | 41,385 | 5,591 | 5,492 |
| Plaquemines | 23,515 | 14,287 | 5,428 | 1,317 | 697 | 1,786 | 17,334 | 10,856 | 3,857 | 925 | 500 | 1,196 | 13,143 | 8,996 | 2,934 | 1,213 |
| St. Bernard | 43,764 | 24,497 | 12,309 | 1,381 | 947 | 4,630 | 31,775 | 18,992 | 7,944 | 982 | 688 | 3,169 | 25,685 | 18,044 | 5,593 | 2,048 |
| *St. Charles | 15,971 | 12,994 | 1,550 | 228 | 382 | 817 | 11,865 | 9,910 | 985 | 138 | 275 | 557 | 10,356 | 9,138 | 750 | 468 |
| *St. Martin | 1,368 | 1,285 | 13 | 7 | 34 | 29 | 1,154 | 1,091 | 11 | 5 | 30 | 17 | 891 | 876 | 1 | 14 |
| *St. Mary | 36,254 | 21,990 | 8,999 | 695 | 990 | 3,580 | 27,425 | 17,486 | 6,309 | 512 | 742 | 2,376 | 20,370 | 14,463 | 4,728 | 1,179 |
| *St. Tammany | 108,872 | 68,943 | 27,623 | 2,784 | 2,549 | 6,973 | 83,693 | 55,537 | 19,199 | 2,047 | 1,927 | 4,983 | 68,615 | 47,332 | 15,935 | 5,348 |
| Terrebonne | 109,580 | 69,934 | 23,147 | 1,743 | 8,637 | 6,119 | 82,505 | 55,631 | 15,796 | 1,239 | 5,750 | 4,089 | 55,810 | 41,601 | 9,910 | 4,299 |
| **District 1** | 776,319 100.000% | 515,357 66.385% | 139,622 17.985% | 24,242 3.123% | 23,969 3.088% | 73,129 9.420% | 604,455 100.000% | 418,414 69.222% | 98,943 16.369% | 17,998 2.978% | 16,904 2.797% | 52,196 8.635% | 458,351 75.829% | 349,262 76.200% | 66,810 14.576% | 42,279 9.224% |
| **District 2** | | | | | | | | | | | | | | | | |
| *Ascension | 37,224 | 14,462 | 19,212 | 434 | 495 | 2,621 | 27,229 | 11,374 | 13,459 | 321 | 343 | 1,732 | 22,500 | 9,923 | 11,421 | 1,156 |
| Assumption | 21,039 | 13,722 | 6,220 | 96 | 258 | 743 | 16,616 | 11,145 | 4,707 | 57 | 197 | 510 | 13,323 | 8,977 | 4,131 | 215 |
| *Iberia | 32,046 | 11,302 | 18,255 | 1,069 | 278 | 1,142 | 23,937 | 9,362 | 12,757 | 815 | 195 | 808 | 17,353 | 6,758 | 9,783 | 812 |
| Iberville | 30,241 | 14,833 | 13,730 | 202 | 274 | 1,202 | 24,086 | 12,462 | 10,232 | 149 | 221 | 1,022 | 19,906 | 9,999 | 9,484 | 423 |
| *Jefferson | 202,707 | 67,921 | 95,053 | 11,410 | 3,424 | 24,899 | 153,915 | 55,975 | 69,263 | 8,923 | 2,617 | 17,137 | 110,959 | 42,402 | 53,537 | 15,020 |
| *Orleans | 303,358 | 65,172 | 209,336 | 9,726 | 2,681 | 16,443 | 238,616 | 58,391 | 157,929 | 8,070 | 2,152 | 12,074 | 185,922 | 44,740 | 124,999 | 16,183 |
| *St. Charles | 36,578 | 20,556 | 12,378 | 609 | 543 | 2,492 | 27,676 | 16,244 | 8,905 | 391 | 392 | 1,744 | 23,226 | 14,273 | 7,520 | 1,433 |
| St. James | 20,192 | 9,973 | 9,762 | 60 | 82 | 315 | 15,505 | 7,883 | 7,297 | 31 | 64 | 230 | 14,531 | 7,116 | 7,196 | 219 |
| St. John the Baptist | 42,477 | 13,877 | 25,196 | 403 | 465 | 2,536 | 32,503 | 11,622 | 18,437 | 323 | 350 | 1,771 | 27,484 | 9,338 | 16,653 | 1,493 |
| *St. Martin | 50,399 | 31,974 | 15,908 | 590 | 505 | 1,422 | 38,250 | 25,187 | 11,282 | 402 | 383 | 996 | 33,106 | 22,430 | 9,879 | 797 |
| **District 2** | 776,392 100.000% | 263,792 33.982% | 425,050 54.756% | 24,599 3.169% | 9,005 1.160% | 53,815 6.933% | 425,032 100.000% | 219,645 36.709% | 314,268 52.524% | 19,482 3.256% | 6,914 1.156% | 38,024 6.355% | 468,310 78.269% | 175,956 37.573% | 254,603 54.366% | 37,751 8.061% |
| **District 3** | | | | | | | | | | | | | | | | |
| Acadia | 57,576 | 44,480 | 10,864 | 238 | 573 | 1,421 | 42,943 | 34,071 | 7,383 | 173 | 400 | 916 | 36,151 | 29,438 | 5,995 | 718 |
| Allen | 22,750 | 16,327 | 4,490 | 246 | 947 | 740 | 17,510 | 12,751 | 3,275 | 182 | 646 | 656 | 11,079 | 8,704 | 1,920 | 455 |
| Beauregard | 36,549 | 29,529 | 4,649 | 402 | 1,052 | 917 | 27,489 | 22,304 | 3,495 | 269 | 773 | 648 | 22,071 | 18,639 | 2,264 | 1,168 |
| Calcasieu | 216,785 | 139,772 | 59,386 | 4,702 | 3,536 | 9,389 | 163,166 | 108,789 | 41,898 | 3,359 | 2,604 | 6,516 | 111,819 | 80,364 | 26,493 | 4,962 |
| Cameron | 5,617 | 5,232 | 125 | 30 | 75 | 155 | 4,358 | 4,100 | 79 | 23 | 47 | 109 | 4,072 | 3,936 | 61 | 75 |
| *Evangeline | 23,988 | 18,552 | 3,854 | 176 | 242 | 1,164 | 18,192 | 14,131 | 2,726 | 132 | 190 | 1,013 | 14,984 | 12,508 | 2,180 | 296 |
| *Iberia | 17,158 | 12,491 | 2,400 | 736 | 254 | 1,277 | 13,088 | 9,881 | 1,598 | 554 | 185 | 870 | 10,534 | 8,678 | 1,232 | 624 |
| Jefferson Davis | 32,250 | 25,066 | 5,837 | 183 | 472 | 692 | 24,039 | 19,121 | 4,006 | 111 | 325 | 476 | 18,733 | 15,509 | 2,784 | 440 |

# Splits

## Plan: HLS 24 1 E.S. -15 (W. Carter)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 3** | | | | | | | | | | | | | | | | |
| *Lafayette | 170,390 | 125,633 | 25,993 | 5,874 | 2,565 | 10,325 | 130,427 | 99,150 | 17,864 | 4,263 | 1,952 | 7,198 | 105,930 | 87,641 | 11,862 | 6,427 |
| *Rapides | 81,266 | 61,202 | 12,632 | 1,808 | 2,415 | 3,209 | 62,279 | 48,112 | 8,850 | 1,320 | 1,824 | 2,153 | 48,618 | 40,139 | 6,175 | 2,304 |
| *St. Mary | 13,152 | 4,959 | 6,992 | 140 | 680 | 381 | 10,096 | 4,108 | 5,211 | 81 | 431 | 265 | 8,834 | 3,536 | 4,842 | 456 |
| Vermilion | 57,359 | 44,477 | 8,810 | 1,447 | 623 | 2,002 | 43,012 | 34,363 | 5,787 | 1,037 | 488 | 1,337 | 35,511 | 29,693 | 4,555 | 1,263 |
| *Vernon | 41,472 | 28,562 | 7,412 | 1,348 | 1,341 | 2,809 | 30,624 | 21,638 | 5,022 | 1,007 | 974 | 1,983 | 17,604 | 13,554 | 2,581 | 1,469 |
| **District 3** | **776,312** | **556,282** | **153,444** | **17,330** | **14,775** | **34,481** | **587,223** | **432,539** | **107,194** | **12,511** | **10,839** | **24,140** | **445,940** | **352,339** | **72,944** | **20,657** |
| | 100.000% | 71.657% | 19.766% | 2.232% | 1.903% | 4.442% | 100.000% | 73.658% | 18.254% | 2.131% | 1.846% | 4.111% | 75.940% | 79.010% | 16.357% | 4.632% |
| **District 4** | | | | | | | | | | | | | | | | |
| Bienville | 12,981 | 6,950 | 5,600 | 57 | 207 | 167 | 10,073 | 5,486 | 4,284 | 30 | 162 | 111 | 8,336 | 4,509 | 3,728 | 99 |
| Bossier | 128,746 | 81,052 | 32,551 | 3,492 | 3,273 | 8,378 | 95,876 | 62,931 | 22,440 | 2,448 | 2,477 | 5,580 | 65,726 | 48,229 | 13,555 | 3,942 |
| Caddo | 237,848 | 103,457 | 119,304 | 4,034 | 3,840 | 7,213 | 182,407 | 85,059 | 86,359 | 3,008 | 2,958 | 5,023 | 131,942 | 64,381 | 61,471 | 6,090 |
| Caldwell | 9,645 | 7,646 | 1,632 | 51 | 150 | 166 | 7,478 | 5,969 | 1,224 | 46 | 116 | 123 | 5,813 | 4,959 | 762 | 92 |
| Catahoula | 8,906 | 5,776 | 2,395 | 46 | 119 | 570 | 6,951 | 4,557 | 1,736 | 33 | 87 | 538 | 6,113 | 4,363 | 1,695 | 55 |
| Claiborne | 14,170 | 7,263 | 6,360 | 88 | 185 | 274 | 11,507 | 6,258 | 4,824 | 55 | 140 | 230 | 8,390 | 4,557 | 3,677 | 156 |
| De Soto | 26,812 | 15,284 | 9,973 | 117 | 740 | 698 | 20,440 | 11,909 | 7,425 | 86 | 557 | 463 | 17,887 | 11,005 | 6,317 | 565 |
| Grant | 22,169 | 17,709 | 3,335 | 133 | 644 | 348 | 17,527 | 13,964 | 2,717 | 97 | 507 | 242 | 12,226 | 10,764 | 1,120 | 342 |
| Jackson | 15,031 | 9,967 | 4,166 | 175 | 255 | 468 | 11,783 | 7,967 | 3,125 | 140 | 174 | 377 | 9,375 | 6,570 | 2,610 | 195 |
| La Salle | 14,791 | 11,348 | 1,422 | 283 | 372 | 1,366 | 11,563 | 8,636 | 1,065 | 264 | 271 | 1,327 | 8,380 | 7,633 | 583 | 164 |
| Lincoln | 48,396 | 26,034 | 19,364 | 892 | 662 | 1,444 | 38,655 | 21,306 | 15,119 | 744 | 526 | 960 | 24,408 | 15,139 | 8,357 | 912 |
| Natchitoches | 37,515 | 19,361 | 15,725 | 255 | 861 | 1,313 | 29,347 | 16,010 | 11,415 | 198 | 683 | 1,043 | 20,675 | 11,761 | 8,016 | 898 |
| *Ouachita | 90,391 | 72,679 | 10,981 | 1,396 | 2,092 | 3,243 | 68,357 | 56,173 | 7,345 | 975 | 1,628 | 2,236 | 56,439 | 49,058 | 5,420 | 1,961 |
| Red River | 7,620 | 4,195 | 3,106 | 25 | 171 | 123 | 5,714 | 3,338 | 2,164 | 3 | 116 | 93 | 5,475 | 3,034 | 2,358 | 83 |
| Sabine | 22,155 | 15,036 | 3,861 | 94 | 2,723 | 441 | 17,064 | 12,054 | 2,655 | 66 | 1,970 | 319 | 13,570 | 10,287 | 1,912 | 1,371 |
| Union | 21,107 | 14,460 | 5,224 | 62 | 338 | 1,023 | 16,632 | 11,807 | 3,861 | 39 | 254 | 671 | 14,802 | 10,847 | 3,497 | 458 |
| *Vernon | 7,278 | 6,525 | 199 | 94 | 259 | 201 | 5,637 | 5,127 | 111 | 67 | 186 | 146 | 4,805 | 4,575 | 27 | 203 |
| Webster | 36,967 | 22,735 | 12,679 | 208 | 687 | 658 | 28,753 | 18,144 | 9,464 | 154 | 558 | 433 | 21,259 | 14,068 | 6,744 | 447 |
| Winn | 13,755 | 8,594 | 3,727 | 210 | 263 | 961 | 10,906 | 6,932 | 2,695 | 170 | 207 | 902 | 8,262 | 5,916 | 2,218 | 128 |
| **District 4** | **776,283** | **456,071** | **261,604** | **11,712** | **17,841** | **29,055** | **596,672** | **363,627** | **190,028** | **8,623** | **13,577** | **20,817** | **443,883** | **291,655** | **134,067** | **18,161** |
| | 100.000% | 58.751% | 33.700% | 1.509% | 2.298% | 3.743% | 100.000% | 60.943% | 31.848% | 1.445% | 2.275% | 3.489% | 74.393% | 65.705% | 30.203% | 4.091% |
| **District 5** | | | | | | | | | | | | | | | | |
| Avoyelles | 39,693 | 25,625 | 11,678 | 434 | 767 | 1,189 | 30,578 | 20,269 | 8,311 | 379 | 570 | 1,049 | 21,438 | 15,242 | 5,622 | 574 |
| Concordia | 18,687 | 10,275 | 7,725 | 122 | 233 | 332 | 14,217 | 8,108 | 5,613 | 100 | 167 | 229 | 11,419 | 6,816 | 4,418 | 185 |
| *East Baton Rouge | 232,899 | 61,455 | 153,869 | 4,375 | 1,963 | 11,237 | 174,420 | 49,913 | 112,064 | 3,276 | 1,542 | 7,625 | 138,026 | 41,346 | 90,554 | 6,126 |
| East Carroll | 7,459 | 2,054 | 5,272 | 29 | 43 | 61 | 5,901 | 1,773 | 4,043 | 19 | 27 | 39 | 4,564 | 1,218 | 3,305 | 41 |
| East Feliciana | 19,539 | 11,516 | 7,341 | 91 | 262 | 329 | 16,183 | 9,740 | 5,918 | 61 | 198 | 266 | 13,327 | 7,805 | 5,075 | 447 |

# Splits

### Plan: HLS 24 1 E.S. -15 (W. Carter)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 5** | | | | | | | | | | | | | | | | |
| *Evangeline | 8,362 | 2,802 | 5,381 | 65 | 38 | 76 | 6,216 | 2,329 | 3,757 | 55 | 27 | 48 | 5,404 | 1,766 | 3,564 | 74 |
| Franklin | 19,774 | 12,492 | 6,802 | 70 | 205 | 205 | 15,028 | 9,901 | 4,779 | 44 | 153 | 151 | 12,350 | 8,524 | 3,718 | 108 |
| *Lafayette | 71,363 | 27,730 | 39,143 | 580 | 645 | 3,265 | 53,448 | 22,458 | 28,053 | 401 | 435 | 2,101 | 42,879 | 18,157 | 22,883 | 1,839 |
| Madison | 10,017 | 3,475 | 6,363 | 20 | 59 | 100 | 7,435 | 2,906 | 4,391 | 9 | 48 | 81 | 7,068 | 2,439 | 4,518 | 111 |
| Morehouse | 25,629 | 12,281 | 12,484 | 160 | 370 | 334 | 20,062 | 10,095 | 9,300 | 117 | 279 | 271 | 15,440 | 7,806 | 7,377 | 257 |
| *Ouachita | 69,977 | 15,866 | 50,236 | 1,392 | 569 | 1,914 | 51,843 | 13,801 | 34,945 | 1,143 | 431 | 1,523 | 39,191 | 9,091 | 28,601 | 1,499 |
| Pointe Coupee | 20,758 | 12,395 | 7,504 | 107 | 159 | 593 | 16,250 | 10,108 | 5,502 | 91 | 119 | 430 | 14,107 | 9,040 | 4,837 | 230 |
| *Rapides | 48,757 | 16,308 | 29,960 | 620 | 687 | 1,182 | 36,513 | 13,241 | 21,355 | 466 | 510 | 941 | 26,668 | 9,817 | 15,784 | 1,067 |
| Richland | 20,043 | 11,785 | 7,603 | 83 | 258 | 314 | 15,383 | 9,338 | 5,546 | 66 | 203 | 230 | 13,141 | 8,144 | 4,753 | 244 |
| St. Helena | 10,920 | 4,527 | 6,031 | 39 | 134 | 189 | 8,463 | 3,805 | 4,371 | 28 | 109 | 150 | 8,260 | 3,626 | 4,492 | 142 |
| St. Landry | 82,540 | 43,611 | 35,836 | 499 | 636 | 1,958 | 61,851 | 34,209 | 25,497 | 353 | 451 | 1,301 | 52,429 | 28,933 | 22,135 | 1,361 |
| *Tangipahoa | 13,471 | 4,416 | 8,585 | 83 | 103 | 284 | 10,170 | 3,656 | 6,180 | 71 | 63 | 200 | 6,431 | 2,414 | 3,865 | 152 |
| Tensas | 4,147 | 1,744 | 2,312 | 23 | 26 | 42 | 3,235 | 1,446 | 1,728 | 12 | 23 | 26 | 3,485 | 1,510 | 1,937 | 38 |
| West Baton Rouge | 27,199 | 14,307 | 11,170 | 287 | 326 | 1,109 | 20,526 | 11,146 | 8,149 | 209 | 219 | 803 | 16,753 | 9,620 | 6,764 | 369 |
| West Carroll | 9,751 | 7,894 | 1,425 | 27 | 180 | 225 | 7,532 | 6,223 | 1,010 | 20 | 136 | 143 | 6,871 | 5,770 | 1,013 | 88 |
| West Feliciana | 15,310 | 10,883 | 3,740 | 89 | 225 | 373 | 12,783 | 9,283 | 2,951 | 56 | 174 | 319 | 7,492 | 5,186 | 2,160 | 146 |
| **District 5** | 776,295 100.000% | 313,441 40.377% | 420,460 54.162% | 9,195 1.184% | 7,888 1.016% | 25,311 3.260% | 587,997 100.000% | 253,748 43.155% | 303,463 51.610% | 6,976 1.186% | 5,884 1.001% | 17,926 3.049% | 466,743 79.378% | 204,270 43.765% | 247,375 53.000% | 15,098 3.235% |
| **District 6** | | | | | | | | | | | | | | | | |
| *Ascension | 89,276 | 66,679 | 13,004 | 1,866 | 1,509 | 6,218 | 64,728 | 49,762 | 8,680 | 1,193 | 1,047 | 4,046 | 56,146 | 45,619 | 7,407 | 3,120 |
| *East Baton Rouge | 223,882 | 134,614 | 59,529 | 12,050 | 2,764 | 14,925 | 181,192 | 113,968 | 44,726 | 9,323 | 2,205 | 10,970 | 130,811 | 91,399 | 28,948 | 10,464 |
| Livingston | 142,282 | 116,855 | 12,658 | 1,697 | 3,111 | 7,961 | 105,141 | 88,432 | 8,136 | 1,099 | 2,311 | 5,163 | 82,405 | 73,655 | 5,642 | 3,108 |
| *St. Tammany | 155,698 | 127,698 | 11,020 | 2,990 | 3,111 | 10,879 | 118,535 | 99,084 | 7,562 | 2,028 | 2,234 | 7,627 | 105,692 | 93,930 | 5,194 | 6,568 |
| *Tangipahoa | 119,686 | 76,920 | 33,294 | 1,391 | 2,351 | 5,730 | 91,321 | 61,549 | 23,037 | 1,029 | 1,764 | 3,942 | 56,855 | 43,758 | 10,947 | 2,150 |
| Washington | 45,463 | 29,943 | 13,434 | 216 | 736 | 1,134 | 34,951 | 23,743 | 9,732 | 154 | 561 | 761 | 27,151 | 18,603 | 7,892 | 656 |
| **District 6** | 776,287 100.000% | 552,709 71.199% | 142,939 18.413% | 20,210 2.603% | 13,582 1.750% | 46,847 6.035% | 595,868 100.000% | 436,538 73.261% | 101,873 17.097% | 14,826 2.488% | 10,122 1.699% | 32,509 5.456% | 459,060 77.041% | 366,964 79.938% | 66,030 14.384% | 26,066 5.678% |

# Congress - Statewide



R027-016

# Congress - Ouachita



R027-017

# Congress Central Louisiana



R027-018

# Congress - Acadiana

Allen
Evangeline
St. Landry
Pointe Coupee
W Feliciana
E Feliciana
St. Helena
Livingston
EBR
WBR
Iberville
Ascension
St. Martin
Lafayette
Acadia
Jeff Davis
Calcasieu
Cameron
Vermilion
Iberia
St. Martin
St. Mary
Assumption
St. James
St. John
Lafourche
Terrebonne
1
2
3
4
5
6

# Congress - Baton Rouge Metro

Concordia
W Feliciana
E Feliciana
St. Helena
Washington
Pointe Coupee
Tangipahoa
EBR
WBR
Livingston
St. Tammany
Iberville
Ascension
St. Martin
St. John
St. James
St. Charles
Jefferson
5
6
2
1

# Congress - Orleans Metro

