HLS 241ES-26                                                                 **ORIGINAL**

2024 First Extraordinary Session

HOUSE BILL NO. 5

BY REPRESENTATIVE MARCELLE

REAPPORTIONMENT/CONGRESS:  Provides relative to the election districts for members of congress (Item #1)

1                                                    AN ACT

2    To enact R.S. 18:1276.1 and to repeal R.S. 18:1276, relative to congressional districts; to

3          provide for the redistricting of Louisiana's congressional districts; to provide with

4          respect to positions and offices, other than congressional, which are based upon

5          congressional districts; to provide for effectiveness; and to provide for related

6          matters.

7    Be it enacted by the Legislature of Louisiana:

8          Section 1.  R.S. 18:1276.1 is hereby enacted to read as follows:

9          §1276.1.  Congressional districts

10              Louisiana shall be divided into six congressional districts, and the qualified

11    electors of each district shall elect one representative to the United States House of

12    Representatives.  The districts shall be composed as follows:

13              (1) District 1 is composed of Precincts 1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14,

14    15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,

15    38, 39, 40, 41, 42, 43, 44, 45, 46, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64,

16    65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87,

17    88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 105, 106, 117, 118,

18    119, 120, 121, 122, 123, 124, 125A, 125B, 126, 127, 128, 129, 130, 132, 134, 136,

19    138, 246, 247, 248, 1-GI, 1-H, 2-H, 3-H, 4-H, 5-H, 6-H, 7-H, 8-H, 9-H, 1-K, 2-K,

20    3-K, 4-K, 5-K, 6-KA, 6-KB, 7-KA, 7-KB, 8-K, 9-K, 10-K, 11-K, 12-K, 13-KA,

CODING:  Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

Hearing Exhibit R028
Case No: 3:24-cv-00122-DCJ-CES-RRS
R028-001

HLS 241ES-26 **ORIGINAL**
HB NO. 5

1  14-K, 15-K, 16-K, 17-K, 18-K, 19-K, 20-K, 25-K, 27-K, 28-K, 29-K, 34-K, 35-K,
2  and 1-L of Jefferson Parish; Lafourche Parish; Precincts 3-9, 3-12, 3-14, 3-15, 3-18,
3  3-19, 3-20, 4-6, 4-7, 4-8, 4-9, 4-11, 4-14, 4-15, 4-17, 4-17A, 4-18, 4-20, 4-21, 4-22,
4  4-23, 5-8, 5-9, 5-10, 5-11, 5-12, 5-13, 5-15, 5-16, 5-17, 5-18, 6-9, 7-17, 7-41, 7-42,
5  9-45, 9-45A, 13-1, 13-2, 13-3, 13-4, 13-5, 13-6, 13-7, 13-8, 13-9, 13-10, 13-11,
6  13-12, 13-13, 13-14, 13-15, 13-16, 14-1, 14-2, 14-3, 14-4, 14-5, 14-6, 14-7, 14-8,
7  14-9, 14-10, 14-11, 14-12, 14-13A, 14-14, 14-15, 14-16, 14-17, 14-18A, 14-19,
8  14-20, 14-21, 14-25, 16-1, 16-1A, 16-2, 16-3, 16-4, 16-5, 16-6, 16-7, 16-8, 17-1,
9  17-2, 17-3, 17-17, 17-18, 17-18A, 17-19, and 17-20 of Orleans Parish; Plaquemines
10 Parish; St. Bernard Parish; St. Mary Parish; Precincts 403, 408, 409, 412, 426, 603,
11 604, 606, 701, 702, 703, 704, 705, 706, 801, 802, 802A, 803, 804, 805, 806, 807,
12 808, 809, 810, 811, 812, 813, 814, 815, 815A, 816, 817, 818, 901, 902, 903, 903A,
13 904, 905, 906, 907, 909, 909A, 910, 911, 913, 914, 915, 916, 917, 918, 921, 922,
14 M02, M04, M09, M09A, M10, P01, S01, S02, S03, S04, S05, S06, S07, S08, S09,
15 S10, S11, S13, S15, S16, S17, S18, S19, S21, S22, S23, and S24 of St. Tammany
16 Parish; and Terrebonne Parish.
17 (2) District 2 is composed of Precincts 36, 37, 38, 39, 40, 42, 44, 45, 47, 48,
18 50, 51, 52, 53, 54, 55, 57, 65, and 66 of Ascension Parish; Assumption Parish;
19 Precincts 1-1, 1-3, 1-8, 3-2, 4-1, 4-2, 7-5, 8-2, 8-3, 9-1, 9-2, 9-4, 9-5, 10-1, 11-1,
20 11-3, 11-4, 11-5, 11-6, 12-1, 12-2, and 12-3 of Iberia Parish; Iberville Parish;
21 Precincts 104, 108, 115, 116, 131, 133, 150, 151, 152, 153, 154, 155, 156, 157A,
22 157B, 170, 171, 172, 173, 174, 175, 176, 177, 178, 179A, 179B, 180, 181, 182, 183,
23 184, 185A, 185B, 187, 188, 189, 190, 191, 192, 193A, 193B, 194A, 194B, 195, 196,
24 197A, 197B, 198, 199, 200, 201, 202, 203, 204, 205, 210, 211, 212, 213A, 213B,
25 213C, 214A, 214B, 215, 216A, 216B, 216C, 217, 225, 226, 227, 228, 229, 230, 231,
26 232A, 232B, 234, 235, 236, 237, 238A, 238B, 1-G, 2-G, 3-G, 4-G, 5-G, 6-G, 7-G,
27 8-G, 9-G, 10-G, 11-G, 12-G, 13-G, 13-KB, 21-K, 22-K, 23-K, 24-K, 26-K, 30-K,
28 31-K, 33-K, 1-W, 2-W, 3-W, 4-W, 5-W, 6-W, and 7-W of Jefferson Parish; Precincts
29 1-1, 1-2, 1-5, 1-6, 2-1, 2-2, 2-4, 2-6, 2-7, 3-1, 3-8, 4-2, 4-3, 5-1, 5-2, 5-3, 5-5, 5-7,

CODING: Words in ~~struck through~~ type are deletions from existing law; words underscored are additions.

HLS 241ES-26                                                                 <u>ORIGINAL</u>
                                                                              HB NO. 5

1   <u>6-1, 6-2, 6-4, 6-6, 6-7, 6-8, 7-1, 7-2, 7-4, 7-5, 7-6, 7-7, 7-8, 7-9A, 7-10, 7-11, 7-12,</u>

2   <u>7-13, 7-14, 7-15, 7-16, 7-18, 7-19, 7-20, 7-21, 7-23, 7-24, 7-25, 7-25A, 7-26, 7-27,</u>

3   <u>7-27B, 7-28, 7-28A, 7-29, 7-30, 7-32, 7-33, 7-35, 7-37, 7-37A, 7-40, 8-1, 8-2, 8-4,</u>

4   <u>8-6, 8-7, 8-8, 8-9, 8-12, 8-13, 8-14, 8-15, 8-19, 8-20, 8-21, 8-22, 8-23, 8-24, 8-25,</u>

5   <u>8-26, 8-27, 8-28, 8-30, 9-1, 9-3, 9-4, 9-5, 9-6, 9-7, 9-8, 9-9, 9-10, 9-11, 9-12, 9-13,</u>

6   <u>9-14, 9-15, 9-16, 9-17, 9-19, 9-21, 9-23, 9-25, 9-26, 9-28, 9-28C, 9-29, 9-30, 9-30A,</u>

7   <u>9-31, 9-31A, 9-31B, 9-31D, 9-32, 9-33, 9-34A, 9-35, 9-35A, 9-36, 9-36B, 9-37,</u>

8   <u>9-38, 9-38A, 9-39, 9-39B, 9-40, 9-40A, 9-40C, 9-41, 9-41A, 9-41B, 9-41C, 9-41D,</u>

9   <u>9-42, 9-42C, 9-43A, 9-43B, 9-43C, 9-43E, 9-43F, 9-43G, 9-43H, 9-43I, 9-43J,</u>

10  <u>9-43K, 9-43L, 9-43M, 9-43N, 9-44, 9-44A, 9-44B, 9-44D, 9-44E, 9-44F, 9-44G,</u>

11  <u>9-44I, 9-44J, 9-44L, 9-44M, 9-44N, 9-44O, 9-44P, 9-44Q, 10-3, 10-6, 10-7, 10-8,</u>

12  <u>10-9, 10-11, 10-12, 10-13, 10-14, 11-2, 11-3, 11-4, 11-5, 11-8, 11-9, 11-10, 11-11,</u>

13  <u>11-12, 11-13, 11-14, 11-17, 12-1, 12-2, 12-3, 12-4, 12-5, 12-6, 12-7, 12-9, 12-10,</u>

14  <u>12-11, 12-12, 12-13, 12-14, 12-16, 12-17, 12-19, 14-23, 14-24A, 14-26, 15-1, 15-2,</u>

15  <u>15-3, 15-5, 15-6, 15-8, 15-9, 15-10, 15-11, 15-12, 15-12A, 15-13, 15-13A, 15-13B,</u>

16  <u>15-14, 15-14A, 15-14B, 15-14C, 15-14D, 15-14E, 15-14F, 15-14G, 15-15, 15-15A,</u>

17  <u>15-15B, 15-16, 15-17, 15-17A, 15-17B, 15-18, 15-18A, 15-18B, 15-18C, 15-18D,</u>

18  <u>15-18E, 15-18F, 15-19, 15-19A, 15-19B, 15-19C, 16-9, 17-4, 17-5, 17-6, 17-7, 17-8,</u>

19  <u>17-9, 17-10, 17-11, 17-12, 17-13, 17-13A, 17-14, 17-15, and 17-16 of Orleans</u>

20  <u>Parish; St. Charles Parish; St. James Parish; St. John the Baptist Parish; and</u>

21  <u>St. Martin Parish.</u>

22       <u>(3) District 3 is composed of Acadia Parish; Allen Parish; Beauregard Parish;</u>

23  <u>Calcasieu Parish; Cameron Parish; Evangeline Parish; Precincts 1-7, 2-1, 2-2, 2-3,</u>

24  <u>3-3, 3-4, 3-5, 4-3, 5-1, 5-2, 5-3, 5-5, 6-1, 6-2, 6-4, 6-5, 7-1, 7-2, 7-4, 8-1, 10-2, 10-3,</u>

25  <u>10-4, 12-4, 13-1, 13-2, 13-3, 13-4, 13-5, 14-1, 14-3, 14-4, and 14-5 of Iberia Parish;</u>

26  <u>Jefferson Davis Parish; Precincts 3, 8, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,</u>

27  <u>37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 65, 66, 67, 69, 70, 71, 72, 73, 74, 75,</u>

28  <u>76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98,</u>

29  <u>99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 114, 115, 116, 117,</u>

CODING: Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

1  118, 119, 120, 121, 124, 125, 126, 127, 128, 130, 131, 133, 134, 135, and 136 of
2  Lafayette Parish; Precincts C22, C23, C31, C32, C33, C34, C35, C36, C37-A,
3  C37-B, C41, C42, N6, N7, N11, N12, N13-A, N13-B, N14-A, N14-B, N15, N16,
4  N17, N18-A, N18-B, N19, N20, N21, N22, N23, N24, N25, N26, S1, S2, S4, S5,
5  S6A, S6B, S7, S8, S9, S10, S11, S13, S14, S21, S22, S23, S24, S25, S26, S27, S28,
6  and S29 of Rapides Parish; Vermilion Parish; and Precincts 1-1, 1-1A, 1-1B, 1-4,
7  1-5, 1-6A, 1-7, 1-7B, 1-8, 1-9, 4-1, 4-2, 4-3, 4-3A, 4-3B, 4-3C, 4-3G, 4-3K, 4-3L,
8  4-3N, 5-1, 5-2, 5-2A, 6-1, 6-2, 6-3, 6-4, 7-1, 7-2, 7-2B, 7-3, 7-4, 7-4A, 7-5, 7-5A,
9  7-5D, 8-1, 8-2, and 8-3 of Vernon Parish.
10  (4) District 4 is composed of Bienville Parish; Bossier Parish; Caddo Parish;
11  Caldwell Parish; Claiborne Parish; De Soto Parish; Grant Parish; Jackson Parish; La
12  Salle Parish; Lincoln Parish; Natchitoches Parish; Precincts 1, 1A, 2, 4, 6, 7, 25, 31,
13  32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 44A, 45, 46, 48, 49, 50, 51, 51A, 52,
14  52A, 53, 54, 55, 56, 56A, 57, 58, 61, 64, 71, 75, 76, 77, and 78 of Ouachita Parish;
15  Red River Parish; Sabine Parish; Union Parish; Precincts 1-2, 1-3, 1-3C, 1-4B, 1-4C,
16  1-5A, 1-6, 1-6B, 1-8A, 2-1, 2-1A, 2-2, 2-2A, 2-3, 2-4, 3-1, 3-2, 3-3, 3-4, and 3-5 of
17  Vernon Parish; Webster Parish; and Winn Parish.
18  (5) District 5 is composed of Avoyelles Parish; Catahoula Parish; Concordia
19  Parish; Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 1-6, 1-7, 1-9, 1-10, 1-11, 1-13, 1-14, 1-15,
20  1-16, 1-17, 1-18, 1-19, 1-20, 1-21, 1-22, 1-23, 1-24, 1-25, 1-26, 1-27, 1-28, 1-29,
21  1-30, 1-31, 1-32, 1-33, 1-36, 1-37, 1-38, 1-45, 1-50, 1-51, 1-52, 1-53, 1-54, 1-55,
22  1-57, 1-58, 1-60, 1-61, 1-62, 1-63, 1-67, 1-68, 1-70, 1-71, 1-72, 1-74, 1-77, 1-78,
23  1-81, 1-82, 1-83, 1-84, 1-85, 1-86, 1-87, 1-88, 1-91, 1-92, 1-93, 1-94, 1-95, 1-96,
24  1-97, 1-100, 1-101, 1-104, 2-1, 2-2, 2-3, 2-4, 2-5, 2-6, 2-7, 2-9, 2-10, 2-11, 2-12,
25  2-13, 2-14, 2-15, 2-16, 2-17, 2-18, 2-19, 2-20, 2-21, 2-22, 2-23, 2-24, 2-25, 2-26,
26  2-27, 2-28, 2-29, 2-30, 2-31, 2-32, 2-34, 2-35, 2-36, 2-37, 2-38, 3-8, 3-24, 3-28, 3-32,
27  3-42, 3-54, and 3-72 of East Baton Rouge Parish; East Carroll Parish; East Feliciana
28  Parish; Franklin Parish; Precincts 1, 2, 4, 5, 6, 7, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18,
29  19, 20, 21, 22, 23, 24, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 63, 64, 68, 112,

Page 4 of 8

CODING: Words in struck through type are deletions from existing law; words underscored are additions.

R028-004

| | |
|---|---|
| 1 | 113, 122, 123, and 129 of Lafayette Parish; Madison Parish; Morehouse Parish; |
| 2 | Precincts 3, 5, 8, 9, 9A, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 26, |
| 3 | 27, 28, 30, 47, 59, 60, 62, 63, 65, 65A, 66, 67, 68, 69, 70, 72, 73, 74, and 79 of |
| 4 | Ouachita Parish; Pointe Coupee Parish; Precincts C1, C2, C3, C4, C5, C6, C7, C8, |
| 5 | C9, C10, C11-A, C11-B, C13, C14, C15, C17, C18, C19, C20, C21, C24, C25, C26, |
| 6 | C27, C28, C30, C38-A, C38-B, C39, C40, N1, N2, N3, N4, N5, N8, N9, N10, N27, |
| 7 | N28, N29, S15, S16, S17, S18, S19, and S20 of Rapides Parish; Richland Parish; |
| 8 | St. Helena Parish; St. Landry Parish; Precincts 2, 6, 11, 15, 16, 17, 28, 101, 102, 104, |
| 9 | 105, 106, 106A, 107, 108, 109, 111A, and 115B of Tangipahoa Parish; Tensas |
| 10 | Parish; West Baton Rouge Parish; West Carroll Parish; and West Feliciana Parish. |
| 11 | (6) District 6 is composed of Precincts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, |
| 12 | 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 30, 31, 32, 33, 34, 35, 41, 43, |
| 13 | 58, 61, 62, 63, 64, 68, 69, 71, 72, 73, 76, 77, and 78 of Ascension Parish; Precincts |
| 14 | 1-8, 1-12, 1-34, 1-35, 1-39, 1-40, 1-41, 1-42, 1-43, 1-44, 1-46, 1-47, 1-48, 1-49, 1-56, |
| 15 | 1-59, 1-64, 1-65, 1-66, 1-69, 1-73, 1-75, 1-76, 1-79, 1-80, 1-89, 1-90, 1-98, 1-99, |
| 16 | 1-102, 1-103, 1-105, 1-107, 2-8, 2-33, 3-1, 3-2, 3-3, 3-4, 3-5, 3-6, 3-7, 3-9, 3-10, |
| 17 | 3-11, 3-12, 3-13, 3-14, 3-15, 3-16, 3-17, 3-18, 3-19, 3-20, 3-21, 3-22, 3-23, 3-25, |
| 18 | 3-26, 3-27, 3-29, 3-30, 3-31, 3-33, 3-34, 3-35, 3-36, 3-37, 3-38, 3-39, 3-40, 3-41, |
| 19 | 3-43, 3-44, 3-45, 3-46, 3-47, 3-48, 3-49, 3-50, 3-51, 3-52, 3-53, 3-55, 3-56, 3-57, |
| 20 | 3-58, 3-59, 3-60, 3-61, 3-62, 3-63, 3-64, 3-65, 3-66, 3-67, 3-68, 3-69, 3-70, 3-71, |
| 21 | 3-73, 3-74, 3-75, and 3-76 of East Baton Rouge Parish; Livingston Parish; Precincts |
| 22 | 101, 102, 103, 104, 105, 106, 106A, 107, 108, 110, 111, 112, 113, 114, 115, 116, |
| 23 | 118, 201, 202, 203, 204, 205, 206, 207, 301, 302, 303, 304, 305, 306, 307, 308, 309, |
| 24 | 310, 312, 312A, 313, 314, 401, 402, 404, 405, 406, 407, 410, 411, 413, 414, 415, |
| 25 | 416, 417, 418, 419, 420, 421, 422, 427, 429, 430, 501, 502, 503, 504, 505, 602, 605, |
| 26 | 609, A01, A02, A02A, A03, A04, C01, C02, C03, C04, C06, C07, C08, C09, C11, |
| 27 | F01, M01, M06, M07, M08, M11, M12, and MD1 of St. Tammany Parish; Precincts |
| 28 | 33, 40A, 41, 42, 43, 44, 45A, 45B, 46, 47, 49, 70, 70A, 71, 72, 72A, 73, 74, 110, |
| 29 | 112, 114, 116, 117, 118, 118A, 119, 120, 120A, 120B, 121, 121A, 122A, 122B, |

CODING: Words in ~~struck through~~ type are deletions from existing law; words underscored are additions.

HLS 241ES-26 **ORIGINAL**
HB NO. 5

1   122C, 123, 124, 125, 127, 129A, 133, 133A, 137, 137A, 137B, 137C, 137D, 139,

2   141, 141A, 143, 143A, 145, 147, 149, 149A, and 151 of Tangipahoa Parish; and

3   Washington Parish.

4   Section 2.  R.S. 18:1276 is hereby repealed in its entirety.

5   Section 3.(A)  The precincts referenced in this Act are those contained in the file

6   named "2024 Precinct Shapefiles (1-10-2024)" available on the website of the Legislature

7   of Louisiana on the effective date of this Section.  The 2024 Precinct Shapefiles are based

8   upon those Voting Districts (VTDs) contained in the 2020 Census Redistricting TIGER/Line

9   Shapefiles for the State of Louisiana as those files have been modified and validated through

10  the data verification program of the Louisiana House of Representatives and the Louisiana

11  Senate to represent precinct changes submitted through January 10, 2024, to the Legislature

12  of Louisiana by parish governing authorities pursuant to the provisions of R.S. 18:532 and

13  532.1.

14  (B)  When a precinct referenced in this Act has been subdivided by action of the

15  parish governing authority on a nongeographic basis or subdivided by action of the parish

16  governing authority on a geographic basis in accordance with the provisions of R.S.

17  18:532.1, the enumeration in this Act of the general precinct designation shall include all

18  nongeographic and all geographic subdivisions thereof, however such subdivisions may be

19  designated.

20  (C)  The territorial limits of the districts as provided in this Act shall continue in

21  effect until changed by law regardless of any subsequent change made to the precincts by

22  the parish governing authority.

23  Section 4.  The provisions of this Act shall not reduce the term of office of any

24  person holding any position or office on the effective date of this Section for which the

25  appointment or election is based upon a congressional district as composed pursuant to R.S.

26  18:1276.  Any position or office that is filled by appointment or election based upon a

27  congressional district and that is to be filled after January 3, 2025, shall be appointed or

28  elected from a district as it is described in Section 1 of this Act.

Page 6 of 8

CODING: Words in struck through type are deletions from existing law; words underscored are additions.

HLS 241ES-26                                  **ORIGINAL**
                                                                                       HB NO. 5

1      Section 5.(A)  Solely for the purposes of qualifying for election and the conduct of

2  the election of representatives to the United States Congress at the regularly scheduled

3  election for representatives to the congress in 2024, the provisions of Section 1 of this Act

4  shall become effective upon signature of this Act by the governor or, if not signed by the

5  governor, upon expiration of the time for bills to become law without signature by the

6  governor, as provided in Article III, Section 18 of the Constitution of Louisiana.  If this Act

7  is vetoed by the governor and subsequently approved by the legislature, the provisions of

8  Section 1 of this Act shall become effective on the day following such approval for the

9  purposes established in this Subsection.

10     (B)  For subsequent elections of representatives to the United States Congress and

11  for all other purposes, the provisions of Section 1 of this Act shall become effective at noon

12  on January 3, 2025.

13     (C)  The provisions of Section 2 of this Act shall become effective at noon on

14  January 3, 2025.

15     (D)  The provisions of this Section and Sections 3 and 4 of this Act shall become

16  effective upon signature of this Act by the governor or, if not signed by the governor, upon

17  expiration of the time for bills to become law without signature by the governor, as provided

18  in Article III, Section 18 of the Constitution of Louisiana.  If this Act is vetoed by the

19  governor and subsequently approved by the legislature, the provisions of this Section and

20  Sections 3 and 4 of this Act shall become effective on the day following such approval.

---

## DIGEST

The digest printed below was prepared by House Legislative Services.  It constitutes no part of the legislative instrument.  The keyword, one-liner, abstract, and digest do not constitute part of the law or proof or indicia of legislative intent.  [R.S. 1:13(B) and 24:177(E)]

---

HB 5 Original                  2024 First Extraordinary Session                   Marcelle

**Abstract:** Provides for the redistricting of the state's congressional districts and provides for the composition of each of the six congressional districts.  Effective upon signature of governor for election purposes only for the regular congressional elections in 2024 and at noon on January 3, 2025, for all other purposes.

Statistical summaries of <u>proposed law</u>, including district variances from the ideal population of 776,292 and the range of those variances, as well as maps illustrating proposed district boundaries accompany this digest. *(Attached to the bill version on the internet.)*

Page 7 of 8

CODING:  Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

HLS 241ES-26 **ORIGINAL**
HB NO. 5

Present U.S. Constitution (14th Amendment) provides that representatives in congress shall be apportioned among the several states according to their respective numbers, counting the whole number of persons in each state. The U.S. Supreme Court has held that the population of congressional districts in the same state must be as nearly equal in population as practicable.

Present law provides for six congressional districts based upon the 2020 federal decennial census.

Proposed law redraws district boundaries for the congressional districts based upon the 2020 federal decennial census.

Proposed law provides that the new districts become effective upon signature of governor or lapse of time for gubernatorial action for election purposes only for the regular congressional elections in 2024. Retains present law districts based upon the 2020 census until noon on January 3, 2025, at which time present law is repealed and the new districts based upon the 2020 census, as established by proposed law, become effective for all other purposes.

Proposed law specifies that precincts referenced in district descriptions are those precincts identified as Voting Districts (VTDs) contained in the file named "2024 Precinct Shapefiles (1-10-2024)" available on the La. legislature's website. Specifies that the 2024 Precinct Shapefiles are based upon those Voting Districts (VTDs) contained in the 2020 Census Redistricting TIGER/Line Shapefiles for the State of Louisiana as those files have been modified and validated through the data verification program of the La. legislature. Also specifies that if any such precinct has been subdivided by action of the parish governing authority on a nongeographic basis or subdivided by action of the parish governing authority on a geographic basis in accordance with present law, the enumeration of the general precinct designation shall include all nongeographic and all geographic subdivisions thereof. Further provides that the territorial limits of the districts as enacted shall continue in effect until changed by law regardless of any subsequent change made to the precincts by the parish governing authority.

Proposed law specifies that proposed law does not reduce the term of office of any person holding any position or office on the effective date of proposed law for which the appointment or election is based upon a congressional district as composed pursuant to present law. Specifies that any position or office filled after Jan. 1, 2025, for which the appointment or election is based upon a congressional district shall be appointed or elected from a district as it is described in proposed law.

Population data in the summaries accompanying this digest are derived from 2020 Census Redistricting Data (Public Law 94-171), Summary File for Louisiana. Population data, statistical information, and maps are supplied for purposes of information and analysis and comprise no part of proposed law.

Effective upon signature of governor or lapse of time for gubernatorial action for election purposes only for the regular congressional elections in 2024; effective for all other purposes at noon on January 3, 2025.

(Adds R.S. 18:1276.1; Repeals R.S. 18:1276)

Page 8 of 8

CODING: Words in struck through type are deletions from existing law; words underscored are additions.

# Plan Statistics

Plan: HLS 24 1 E.S.-26 (Marcelle)

| Districts: | # of Members | Actual Population | Ideal Population | Absolute Deviation | Relative Deviation |
|---|---|---|---|---|---|
| District 1 | 1 | 776,316 | 776,292 | 24 | 0.003% |
| District 2 | 1 | 776,287 | 776,292 | -5 | -0.001% |
| District 3 | 1 | 776,249 | 776,292 | -43 | -0.006% |
| District 4 | 1 | 776,310 | 776,292 | 18 | 0.002% |
| District 5 | 1 | 776,309 | 776,292 | 17 | 0.002% |
| District 6 | 1 | 776,286 | 776,292 | -6 | -0.001% |
| Grand Total: | 6 | 4,657,757 | 4,657,752 | | |

| | | | | |
|---|---|---|---|---|
| Ideal Population Per Member: | 776292 | | Ideal - Actual: | -5 |
| Number of Districts for Plan Type: | 6 | | Remainder: | 5 |
| Range of District Populations: | 776,249 to 776,316 | | Unassigned Population: | 0 |
| Absolute Mean Deviation: | 11 | | | |
| Absolute Range: | -43 to 24 | | | |
| Absolute Overall Range: | 67 | | | |
| Relative Mean Deviation: | 0.00% | | | |
| Relative Range: | -0.01% to 0.00% | | | |
| Relative Overall Range: | 0.01% | | | |

## Total Population

Plan: HLS 24 1 E.S.-26 (Marcelle)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | Total Hispanic | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | VAP Hispanic Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | 776,316 | 507,998 | 144,750 | 24,327 | 24,531 | 74,710 | 93,828 | 604,976 | 413,014 | 103,198 | 18,110 | 17,265 | 53,389 | 66,217 |
| | 100.000% | 65.437% | 18.646% | 3.134% | 3.160% | 9.624% | 12.086% | 100.000% | 68.269% | 17.058% | 2.994% | 2.854% | 8.825% | 10.945% |
| District 2 | 776,287 | 275,643 | 415,880 | 24,040 | 9,014 | 51,710 | 66,679 | 598,879 | 228,637 | 307,807 | 18,976 | 6,933 | 36,526 | 46,130 |
| | 100.000% | 35.508% | 53.573% | 3.097% | 1.161% | 6.661% | 8.589% | 100.000% | 38.177% | 51.397% | 3.169% | 1.158% | 6.099% | 7.703% |
| District 3 | 776,249 | 555,655 | 154,675 | 17,548 | 13,872 | 34,499 | 42,419 | 586,407 | 432,072 | 107,317 | 12,674 | 10,207 | 24,137 | 29,092 |
| | 100.000% | 71.582% | 19.926% | 2.261% | 1.787% | 4.444% | 5.465% | 100.000% | 73.681% | 18.301% | 2.161% | 1.741% | 4.116% | 4.961% |
| District 4 | 776,310 | 455,308 | 262,042 | 12,026 | 18,028 | 28,906 | 34,609 | 596,380 | 362,830 | 190,355 | 8,867 | 13,745 | 20,583 | 24,005 |
| | 100.000% | 58.650% | 33.755% | 1.549% | 2.322% | 3.724% | 4.458% | 100.000% | 60.839% | 31.918% | 1.487% | 2.305% | 3.451% | 4.025% |
| District 5 | 776,309 | 310,229 | 424,358 | 9,644 | 7,847 | 24,231 | 28,750 | 590,024 | 252,234 | 306,972 | 7,377 | 5,838 | 17,603 | 20,367 |
| | 100.000% | 39.962% | 54.664% | 1.242% | 1.011% | 3.121% | 3.703% | 100.000% | 42.750% | 52.027% | 1.250% | 0.989% | 2.983% | 3.452% |
| District 6 | 776,286 | 552,819 | 141,414 | 19,703 | 13,768 | 48,582 | 56,264 | 593,882 | 435,724 | 100,120 | 14,412 | 10,252 | 33,374 | 37,851 |
| | 100.000% | 71.213% | 18.217% | 2.538% | 1.774% | 6.258% | 7.248% | 100.000% | 73.369% | 16.859% | 2.427% | 1.726% | 5.620% | 6.373% |
| Grand Total | 4,657,757 | 2,657,652 | 1,543,119 | 107,288 | 87,060 | 262,638 | 322,549 | 3,570,548 | 2,124,511 | 1,115,769 | 80,416 | 64,240 | 185,612 | 223,662 |
| | 100.000% | 57.059% | 33.130% | 2.303% | 1.869% | 5.639% | 6.925% | 100.000% | 59.501% | 31.249% | 2.252% | 1.799% | 5.198% | 6.264% |

## Voter Registration

Plan: HLS 24 1 E.S.-26 (Marcelle)

|  | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 | Reg Dem Total Dec 2023 | Reg Rep Total Dec 2023 | Reg Other Total Dec 2023 |
|---|---|---|---|---|---|---|---|
| District 1 | 457,120 | 343,796 | 70,257 | 43,067 | 143,303 | 173,425 | 140,392 |
|  | 75.560% | 75.209% | 15.369% | 9.421% | 31.349% | 37.939% | 30.712% |
| District 2 | 473,883 | 185,949 | 250,792 | 37,142 | 268,004 | 84,364 | 121,515 |
|  | 79.128% | 39.239% | 52.923% | 7.838% | 56.555% | 17.803% | 25.642% |
| District 3 | 445,031 | 352,141 | 72,719 | 20,171 | 128,776 | 193,532 | 122,723 |
|  | 75.891% | 79.127% | 16.340% | 4.532% | 28.936% | 43.487% | 27.576% |
| District 4 | 442,996 | 290,311 | 134,060 | 18,625 | 153,079 | 177,962 | 111,955 |
|  | 74.281% | 65.534% | 30.262% | 4.204% | 34.555% | 40.172% | 25.272% |
| District 5 | 465,296 | 201,079 | 248,836 | 15,381 | 243,650 | 111,458 | 110,188 |
|  | 78.861% | 43.215% | 53.479% | 3.306% | 52.365% | 23.954% | 23.681% |
| District 6 | 457,961 | 367,170 | 65,165 | 25,626 | 115,694 | 210,885 | 131,382 |
|  | 77.113% | 80.175% | 14.229% | 5.596% | 25.263% | 46.049% | 28.688% |
| Grand Total | 2,742,287 | 1,740,446 | 841,829 | 160,012 | 1,052,506 | 951,626 | 738,155 |

Splits

Plan: HLS 24 1 E.S.-26 (Marcelle)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 1** | | | | | | | | | | | | | | | | |
| *Jefferson | 236,631 | 152,726 | 30,203 | 11,591 | 4,247 | 37,864 | 189,536 | 127,909 | 22,100 | 8,749 | 3,210 | 27,568 | 141,430 | 110,356 | 11,873 | 19,201 |
| Lafourche | 97,557 | 71,710 | 15,855 | 1,025 | 4,224 | 4,743 | 74,619 | 56,838 | 11,077 | 738 | 2,777 | 3,189 | 54,238 | 45,481 | 6,277 | 2,480 |
| *Orleans | 87,257 | 62,884 | 12,857 | 3,297 | 1,129 | 7,090 | 72,861 | 53,123 | 10,767 | 2,605 | 913 | 5,453 | 56,060 | 42,517 | 7,517 | 6,026 |
| Plaquemines | 23,515 | 14,287 | 5,428 | 1,317 | 697 | 1,786 | 17,334 | 10,856 | 3,857 | 925 | 500 | 1,196 | 13,143 | 8,996 | 2,934 | 1,213 |
| St. Bernard | 43,764 | 24,497 | 12,309 | 1,381 | 947 | 4,630 | 31,775 | 18,992 | 7,944 | 982 | 688 | 3,169 | 25,685 | 18,044 | 5,593 | 2,048 |
| St. Mary | 49,406 | 26,949 | 15,991 | 835 | 1,670 | 3,961 | 37,521 | 21,594 | 11,520 | 593 | 1,173 | 2,641 | 29,204 | 17,999 | 9,570 | 1,635 |
| *St. Tammany | 128,606 | 85,011 | 28,960 | 3,138 | 2,980 | 8,517 | 98,825 | 68,071 | 20,137 | 2,279 | 2,254 | 6,084 | 81,550 | 58,802 | 16,583 | 6,165 |
| Terrebonne | 109,580 | 69,934 | 23,147 | 1,743 | 8,637 | 6,119 | 82,505 | 55,631 | 15,796 | 1,239 | 5,750 | 4,089 | 55,810 | 41,601 | 9,910 | 4,299 |
| **District 1** | 776,316 | 507,998 | 144,750 | 24,327 | 24,531 | 74,710 | 604,976 | 413,014 | 103,198 | 18,110 | 17,265 | 53,389 | 457,120 | 343,796 | 70,257 | 43,067 |
| | 100.000% | 65.437% | 18.646% | 3.134% | 3.160% | 9.624% | 100.000% | 68.269% | 17.058% | 2.994% | 2.854% | 8.825% | 75.560% | 75.209% | 15.369% | 9.421% |
| **District 2** | | | | | | | | | | | | | | | | |
| *Ascension | 24,459 | 8,224 | 14,701 | 190 | 196 | 1,148 | 18,078 | 6,675 | 10,347 | 141 | 136 | 779 | 16,126 | 6,268 | 9,237 | 621 |
| Assumption | 21,039 | 13,722 | 6,220 | 96 | 258 | 743 | 16,616 | 11,145 | 4,707 | 57 | 197 | 510 | 13,323 | 8,977 | 4,131 | 215 |
| *Iberia | 32,673 | 16,418 | 14,296 | 663 | 299 | 997 | 24,693 | 13,063 | 10,228 | 481 | 225 | 696 | 20,601 | 11,346 | 8,539 | 716 |
| Iberville | 30,241 | 14,833 | 13,730 | 202 | 274 | 1,202 | 24,086 | 12,462 | 10,232 | 149 | 221 | 1,022 | 19,906 | 9,999 | 9,484 | 423 |
| *Jefferson | 204,150 | 68,209 | 96,014 | 11,433 | 3,439 | 25,055 | 155,118 | 56,226 | 70,075 | 8,943 | 2,625 | 17,249 | 112,003 | 42,580 | 54,329 | 15,094 |
| *Orleans | 296,740 | 63,578 | 206,112 | 9,559 | 2,537 | 14,954 | 233,335 | 57,129 | 155,301 | 7,915 | 2,035 | 10,955 | 182,330 | 43,608 | 123,073 | 15,649 |
| St. Charles | 52,549 | 33,550 | 13,928 | 837 | 925 | 3,309 | 39,541 | 26,154 | 9,890 | 529 | 667 | 2,301 | 33,582 | 23,411 | 8,270 | 1,901 |
| St. James | 20,192 | 9,973 | 9,762 | 60 | 82 | 315 | 15,505 | 7,883 | 7,297 | 31 | 64 | 230 | 14,531 | 7,116 | 7,196 | 219 |
| St. John the Baptist | 42,477 | 13,877 | 25,196 | 403 | 465 | 2,536 | 32,503 | 11,622 | 18,437 | 323 | 350 | 1,771 | 27,484 | 9,338 | 16,653 | 1,493 |
| St. Martin | 51,767 | 33,259 | 15,921 | 597 | 539 | 1,451 | 39,404 | 26,278 | 11,293 | 407 | 413 | 1,013 | 33,997 | 23,306 | 9,880 | 811 |
| **District 2** | 776,287 | 275,643 | 415,880 | 24,040 | 9,014 | 51,710 | 598,879 | 228,637 | 307,807 | 18,976 | 6,933 | 36,526 | 473,883 | 185,949 | 250,792 | 37,142 |
| | 100.000% | 35.508% | 53.573% | 3.097% | 1.161% | 6.661% | 100.000% | 38.177% | 51.397% | 3.169% | 1.158% | 6.099% | 79.128% | 39.239% | 52.923% | 7.838% |
| **District 3** | | | | | | | | | | | | | | | | |
| Acadia | 57,576 | 44,480 | 10,864 | 238 | 573 | 1,421 | 42,943 | 34,071 | 7,383 | 173 | 400 | 916 | 36,151 | 29,438 | 5,995 | 718 |
| Allen | 22,750 | 16,327 | 4,490 | 246 | 947 | 740 | 17,510 | 12,751 | 3,275 | 182 | 646 | 656 | 11,079 | 8,704 | 1,920 | 455 |
| Beauregard | 36,549 | 29,529 | 4,649 | 402 | 1,052 | 917 | 27,489 | 22,304 | 3,495 | 269 | 773 | 648 | 22,071 | 18,639 | 2,264 | 1,168 |
| Calcasieu | 216,785 | 139,772 | 59,386 | 4,702 | 3,536 | 9,389 | 163,166 | 108,789 | 41,898 | 3,359 | 2,604 | 6,516 | 111,819 | 80,364 | 26,493 | 4,962 |
| Cameron | 5,617 | 5,232 | 125 | 30 | 75 | 155 | 4,358 | 4,100 | 79 | 23 | 47 | 109 | 4,072 | 3,936 | 61 | 75 |
| Evangeline | 32,350 | 21,354 | 9,235 | 241 | 280 | 1,240 | 24,408 | 16,460 | 6,483 | 187 | 217 | 1,061 | 20,388 | 14,274 | 5,744 | 370 |
| *Iberia | 37,256 | 22,788 | 10,260 | 1,460 | 495 | 2,253 | 28,098 | 18,232 | 6,841 | 1,081 | 356 | 1,588 | 21,587 | 15,502 | 4,902 | 1,183 |
| Jefferson Davis | 32,250 | 25,066 | 5,837 | 183 | 472 | 692 | 24,039 | 19,121 | 4,006 | 111 | 325 | 476 | 18,733 | 15,509 | 2,784 | 440 |
| *Lafayette | 175,072 | 128,510 | 27,553 | 5,901 | 2,609 | 10,499 | 133,786 | 101,351 | 18,873 | 4,278 | 1,988 | 7,296 | 108,657 | 89,514 | 12,618 | 6,525 |
| *Rapides | 69,584 | 54,292 | 8,596 | 1,655 | 2,166 | 2,875 | 53,146 | 42,439 | 5,966 | 1,201 | 1,634 | 1,906 | 41,989 | 35,665 | 4,304 | 2,020 |
| Vermilion | 57,359 | 44,477 | 8,810 | 1,447 | 623 | 2,002 | 43,012 | 34,363 | 5,787 | 1,037 | 488 | 1,337 | 35,511 | 29,693 | 4,555 | 1,263 |

Splits

Plan: HLS 24 1 E.S.-26 (Marcelle)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 3** | | | | | | | | | | | | | | | | |
| *Vernon | 33,101 | 23,828 | 4,870 | 1,043 | 1,044 | 2,316 | 24,452 | 18,091 | 3,231 | 773 | 729 | 1,628 | 12,974 | 10,903 | 1,079 | 992 |
| District 3 | 776,249 | 555,655 | 154,675 | 17,548 | 13,872 | 34,499 | 586,407 | 432,072 | 107,317 | 12,674 | 10,207 | 24,137 | 445,031 | 352,141 | 72,719 | 20,171 |
| | 100.000% | 71.582% | 19.926% | 2.261% | 1.787% | 4.444% | 100.000% | 73.681% | 18.301% | 2.161% | 1.741% | 4.116% | 75.891% | 79.127% | 16.340% | 4.532% |
| **District 4** | | | | | | | | | | | | | | | | |
| Bienville | 12,981 | 6,950 | 5,600 | 57 | 207 | 167 | 10,073 | 5,486 | 4,284 | 30 | 162 | 111 | 8,336 | 4,509 | 3,728 | 99 |
| Bossier | 128,746 | 81,052 | 32,551 | 3,492 | 3,273 | 8,378 | 95,876 | 62,931 | 22,440 | 2,448 | 2,477 | 5,580 | 65,726 | 48,229 | 13,555 | 3,942 |
| Caddo | 237,848 | 103,457 | 119,304 | 4,034 | 3,840 | 7,213 | 182,407 | 85,059 | 86,359 | 3,008 | 2,958 | 5,023 | 131,942 | 64,381 | 61,471 | 6,090 |
| Caldwell | 9,645 | 7,646 | 1,632 | 51 | 150 | 166 | 7,478 | 5,969 | 1,224 | 46 | 116 | 123 | 5,813 | 4,959 | 762 | 92 |
| Claiborne | 14,170 | 7,263 | 6,360 | 88 | 185 | 274 | 11,507 | 6,258 | 4,824 | 55 | 140 | 230 | 8,390 | 4,557 | 3,677 | 156 |
| De Soto | 26,812 | 15,284 | 9,973 | 117 | 740 | 698 | 20,440 | 11,909 | 7,425 | 86 | 557 | 463 | 17,887 | 11,005 | 6,317 | 565 |
| Grant | 22,169 | 17,709 | 3,335 | 133 | 644 | 348 | 17,527 | 13,964 | 2,717 | 97 | 507 | 242 | 12,226 | 10,764 | 1,120 | 342 |
| Jackson | 15,031 | 9,967 | 4,166 | 175 | 255 | 468 | 11,783 | 7,967 | 3,125 | 140 | 174 | 377 | 9,375 | 6,570 | 2,610 | 195 |
| La Salle | 14,791 | 11,348 | 1,422 | 283 | 372 | 1,366 | 11,563 | 8,636 | 1,065 | 264 | 271 | 1,327 | 8,380 | 7,633 | 583 | 164 |
| Lincoln | 48,396 | 26,034 | 19,364 | 892 | 662 | 1,444 | 38,655 | 21,306 | 15,119 | 744 | 526 | 960 | 24,408 | 15,139 | 8,357 | 912 |
| Natchitoches | 37,515 | 19,361 | 15,725 | 255 | 861 | 1,313 | 29,349 | 16,010 | 11,415 | 198 | 683 | 1,043 | 20,675 | 11,761 | 8,016 | 898 |
| *Ouachita | 90,953 | 72,958 | 11,272 | 1,451 | 2,101 | 3,171 | 68,844 | 56,386 | 7,617 | 1,018 | 1,638 | 2,185 | 57,035 | 49,426 | 5,606 | 2,003 |
| Red River | 7,620 | 4,195 | 3,106 | 25 | 171 | 123 | 5,714 | 3,338 | 2,164 | 3 | 116 | 93 | 5,475 | 3,034 | 2,358 | 83 |
| Sabine | 22,155 | 15,036 | 3,861 | 94 | 2,723 | 441 | 17,064 | 12,054 | 2,655 | 66 | 1,970 | 319 | 13,570 | 10,287 | 1,912 | 1,371 |
| Union | 21,107 | 14,460 | 5,224 | 62 | 338 | 1,023 | 16,632 | 11,807 | 3,861 | 39 | 254 | 671 | 14,802 | 10,847 | 3,497 | 458 |
| *Vernon | 15,649 | 11,259 | 2,741 | 399 | 556 | 694 | 11,809 | 8,674 | 1,902 | 301 | 431 | 501 | 9,435 | 7,226 | 1,529 | 680 |
| Webster | 36,967 | 22,735 | 12,679 | 208 | 687 | 658 | 28,753 | 18,144 | 9,464 | 154 | 558 | 433 | 21,259 | 14,068 | 6,744 | 447 |
| Winn | 13,755 | 8,594 | 3,727 | 210 | 263 | 961 | 10,906 | 6,932 | 2,695 | 170 | 207 | 902 | 8,262 | 5,916 | 2,218 | 128 |
| District 4 | 776,310 | 455,308 | 262,042 | 12,026 | 18,028 | 28,906 | 596,380 | 362,830 | 190,355 | 8,867 | 13,745 | 20,583 | 442,996 | 290,311 | 134,060 | 18,625 |
| | 100.000% | 58.650% | 33.755% | 1.549% | 2.322% | 3.724% | 100.000% | 60.839% | 31.918% | 1.487% | 2.305% | 3.451% | 74.281% | 65.534% | 30.262% | 4.204% |
| **District 5** | | | | | | | | | | | | | | | | |
| Avoyelles | 39,693 | 25,625 | 11,678 | 434 | 767 | 1,189 | 30,578 | 20,269 | 8,311 | 379 | 570 | 1,049 | 21,438 | 15,242 | 5,622 | 574 |
| Catahoula | 8,906 | 5,776 | 2,395 | 46 | 119 | 570 | 6,951 | 4,557 | 1,736 | 33 | 87 | 538 | 6,113 | 4,363 | 1,695 | 55 |
| Concordia | 18,687 | 10,275 | 7,725 | 122 | 233 | 332 | 14,217 | 8,108 | 5,613 | 100 | 167 | 229 | 11,419 | 6,816 | 4,418 | 185 |
| *East Baton Rouge | 216,003 | 45,353 | 155,329 | 4,729 | 1,519 | 9,073 | 162,926 | 38,040 | 113,697 | 3,603 | 1,200 | 6,386 | 127,317 | 29,588 | 91,583 | 6,146 |
| East Carroll | 7,459 | 2,054 | 5,272 | 29 | 43 | 61 | 5,901 | 1,773 | 4,043 | 19 | 27 | 39 | 4,564 | 1,218 | 3,305 | 41 |
| East Feliciana | 19,539 | 11,516 | 7,341 | 91 | 262 | 329 | 16,183 | 9,740 | 5,918 | 61 | 198 | 266 | 13,327 | 7,805 | 5,075 | 447 |
| Franklin | 19,774 | 12,492 | 6,802 | 70 | 205 | 205 | 15,028 | 9,901 | 4,779 | 44 | 153 | 151 | 12,350 | 8,524 | 3,718 | 108 |
| *Lafayette | 66,681 | 24,853 | 37,583 | 553 | 601 | 3,091 | 50,089 | 20,257 | 27,044 | 386 | 399 | 2,003 | 40,152 | 16,284 | 22,127 | 1,741 |
| Madison | 10,017 | 3,475 | 6,363 | 20 | 59 | 100 | 7,435 | 2,906 | 4,391 | 9 | 48 | 81 | 7,068 | 2,439 | 4,518 | 111 |
| Morehouse | 25,629 | 12,281 | 12,484 | 160 | 370 | 334 | 20,062 | 10,095 | 9,300 | 117 | 279 | 271 | 15,440 | 7,806 | 7,377 | 257 |

Splits

Plan: HLS 24 1 E.S.-26 (Marcelle)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **District 5** | | | | | | | | | | | | | | | | |
| *Ouachita | 69,415 | 15,587 | 49,945 | 1,337 | 560 | 1,986 | 51,356 | 13,588 | 34,673 | 1,100 | 421 | 1,574 | 38,595 | 8,723 | 28,415 | 1,457 |
| Pointe Coupee | 20,758 | 12,395 | 7,504 | 107 | 159 | 593 | 16,250 | 10,108 | 5,502 | 91 | 119 | 430 | 14,107 | 9,040 | 4,837 | 230 |
| *Rapides | 60,439 | 23,218 | 33,996 | 773 | 936 | 1,516 | 45,646 | 18,934 | 24,239 | 585 | 700 | 1,188 | 33,297 | 14,291 | 17,655 | 1,351 |
| Richland | 20,043 | 11,785 | 7,603 | 83 | 258 | 314 | 15,383 | 9,338 | 5,546 | 66 | 203 | 230 | 13,141 | 8,144 | 4,753 | 244 |
| St. Helena | 10,920 | 4,527 | 6,031 | 39 | 134 | 189 | 8,463 | 3,805 | 4,371 | 28 | 109 | 150 | 8,260 | 3,626 | 4,492 | 142 |
| St. Landry | 82,540 | 43,611 | 35,836 | 499 | 636 | 1,958 | 61,811 | 34,209 | 25,497 | 353 | 451 | 1,301 | 52,429 | 28,933 | 22,135 | 1,361 |
| *Tangipahoa | 23,399 | 10,578 | 11,824 | 126 | 229 | 642 | 17,669 | 8,508 | 8,474 | 106 | 155 | 426 | 11,678 | 6,151 | 5,237 | 290 |
| Tensas | 4,147 | 1,744 | 2,312 | 23 | 26 | 42 | 3,235 | 1,446 | 1,728 | 12 | 23 | 26 | 3,485 | 1,510 | 1,937 | 38 |
| West Baton Rouge | 27,199 | 14,307 | 11,170 | 287 | 326 | 1,109 | 20,526 | 11,146 | 8,149 | 209 | 219 | 803 | 16,753 | 9,620 | 6,764 | 369 |
| West Carroll | 9,751 | 7,894 | 1,425 | 27 | 180 | 225 | 7,532 | 6,223 | 1,010 | 20 | 136 | 143 | 6,871 | 5,770 | 1,013 | 88 |
| West Feliciana | 15,310 | 10,883 | 3,740 | 89 | 225 | 373 | 12,783 | 9,283 | 2,951 | 56 | 174 | 319 | 7,492 | 5,186 | 2,160 | 146 |
| **District 5** | 776,309 | 310,229 | 424,358 | 9,644 | 7,847 | 24,231 | 590,024 | 252,234 | 306,972 | 7,377 | 5,838 | 17,603 | 465,296 | 201,079 | 248,836 | 15,381 |
| | 100.000% | 39.962% | 54.664% | 1.242% | 1.011% | 3.121% | 100.000% | 42.750% | 52.027% | 1.250% | 0.989% | 2.983% | 78.861% | 43.215% | 53.479% | 3.306% |
| **District 6** | | | | | | | | | | | | | | | | |
| *Ascension | 102,041 | 72,917 | 17,515 | 2,110 | 1,808 | 7,691 | 73,879 | 54,461 | 11,792 | 1,373 | 1,254 | 4,999 | 62,520 | 49,274 | 9,591 | 3,655 |
| *East Baton Rouge | 240,778 | 150,716 | 58,069 | 11,696 | 3,208 | 17,089 | 192,686 | 125,841 | 43,093 | 8,996 | 2,547 | 12,209 | 141,520 | 103,157 | 27,919 | 10,444 |
| Livingston | 142,282 | 116,855 | 12,658 | 1,697 | 3,111 | 7,961 | 105,141 | 88,432 | 8,136 | 1,099 | 2,311 | 5,163 | 82,405 | 73,655 | 5,642 | 3,108 |
| *St. Tammany | 135,964 | 111,630 | 9,683 | 2,636 | 2,680 | 9,335 | 103,403 | 86,550 | 6,624 | 1,796 | 1,907 | 6,526 | 92,757 | 82,460 | 4,546 | 5,751 |
| *Tangipahoa | 109,758 | 70,758 | 30,055 | 1,348 | 2,225 | 5,372 | 83,822 | 56,697 | 20,743 | 994 | 1,672 | 3,716 | 51,608 | 40,021 | 9,575 | 2,012 |
| Washington | 45,463 | 29,943 | 13,434 | 216 | 736 | 1,134 | 34,951 | 23,743 | 9,732 | 154 | 561 | 761 | 27,151 | 18,603 | 7,892 | 656 |
| **District 6** | 776,286 | 552,819 | 141,414 | 19,703 | 13,768 | 48,582 | 593,882 | 435,724 | 100,120 | 14,412 | 10,252 | 33,374 | 457,961 | 367,170 | 65,165 | 25,626 |
| | 100.000% | 71.213% | 18.217% | 2.538% | 1.774% | 6.258% | 100.000% | 73.369% | 16.859% | 2.427% | 1.726% | 5.620% | 77.113% | 80.175% | 14.229% | 5.596% |

# Congress - Statewide



R028-015

# Congress - Ouachita





Congress - Central Louisiana



Congress - Acadiana



Congress - EBR Metro

R028-019



Congress - Orleans Metro