SLS 241ES-26                                                   **<u>ORIGINAL</u>**

2024 First Extraordinary Session

SENATE BILL NO. 10

BY SENATOR CARTER

CONGRESS.  Provides for redistricting of Louisiana congressional districts. (Item #1)(See Act)

1    AN ACT

2    To enact R.S. 18:1276.1 and to repeal R.S. 18:1276, relative to congressional districts; to

3         provide for the redistricting of Louisiana's congressional districts; to provide with

4         respect to positions and offices, other than congressional, which are based upon

5         congressional districts; to provide for the effectiveness; and to provide for related

6         matters.

7    Be it enacted by the Legislature of Louisiana:

8         Section 1.  R.S. 18:1276.1 is hereby enacted to read as follows:

9         **<u>§1276.1.  Congressional districts</u>**

10             **<u>Louisiana shall be divided into six congressional districts, and the</u>**

11        **<u>qualified electors of each district shall elect one representative to the United</u>**

12        **<u>States House of Representatives.  The districts shall be composed as follows:</u>**

13             **<u>(1)  District 1 is composed of Precincts 2-4 (Part) Tract 050600 - Blocks</u>**

14        **<u>2003, 2016, 2024, 2025; 3-1, 3-2, 5-3, 7-2, 7-3, 8-1 and 9-1 of Assumption Parish;</u>**

15        **<u>Precincts 1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,</u>**

16        **<u>24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46,</u>**

17        **<u>51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73,</u>**

Coding: Words which are ~~struck through~~ are deletions from existing law; words in **boldface type and underscored** are additions.



SLS 241ES-26

1     **74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96,**

2     **97, 98, 99, 100, 101, 102, 103, 105, 106, 117, 118, 119, 120, 121, 122, 123, 124,**

3     **125A, 125B, 126, 127, 128, 129, 130, 132, 134, 136, 138, 246, 247, 248, 1-GI, 1-H,**

4     **2-H, 3-H, 4-H, 5-H, 6-H, 7-H, 8-H, 9-H, 1-K, 2-K, 3-K, 4-K, 5-K, 6-KA, 6-KB,**

5     **7-KA, 7-KB, 8-K, 9-K, 10-K, 11-K, 12-K, 13-KA, 14-K, 15-K, 16-K, 17-K, 18-K,**

6     **19-K, 20-K, 25-K, 27-K, 28-K, 29-K, 34-K, 35-K and 1-L of Jefferson Parish;**

7     **Lafourche Parish; Precincts 3-14, 3-19, 3-20, 4-7, 4-8, 4-9, 4-11, 4-14, 4-15, 4-17,**

8     **4-17A, 4-18, 4-20, 4-21, 4-22, 4-23, 5-12, 5-13, 5-15, 5-16, 5-17, 5-18, 6-9, 7-17,**

9     **7-41, 7-42, 9-45, 9-45A, 10-7, 10-8, 10-9, 11-4, 11-5, 11-8, 11-9, 12-5, 12-6, 12-7,**

10     **12-10, 13-3, 13-4, 13-5, 13-6, 13-7, 13-8, 13-9, 13-10, 13-12, 14-1, 14-2, 14-3, 14-4,**

11     **14-5, 14-6, 14-7, 14-8, 14-9, 14-10, 14-11, 14-12, 14-13A, 14-14, 14-15, 14-16,**

12     **14-17, 14-18A, 14-19, 14-20, 14-21, 16-1, 16-1A, 16-2, 16-3, 16-4, 16-5, 16-7, 16-8,**

13     **17-1, 17-17, 17-18, 17-18A, 17-19 and 17-20 of Orleans Parish; Plaquemines**

14     **Parish; Precincts 10, 11, 12, 13, 14, 20, 21, 24, 30, 31, 32, 33, 34, 41, 42 (Part)**

15     **Tract 030209 - Blocks 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008,**

16     **2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2018, 2020, 2026, 2027; 42A, 43,**

17     **46, 51, 53, 54 and 55 of St. Bernard Parish; Precincts 2-5, 3-1 (Part) Tract**

18     **062301 - Blocks 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2012,**

19     **2013, 2014, 2015, 2016, 2017, 2019, 2022, 2024, 4001, 4002, 4003, 4004, 4005,**

20     **4006, 4007, 4008, 4009, 4010, 4011, 4012, 4013; 4-1, 4-2, 4-3, 4-5, 5-5, 6-1, 6-2,**

21     **6-4, 7-1, 7-2 and 7-3 of St. Charles Parish; Precincts 1 and 2 of St. Martin**

22     **Parish; St. Mary Parish; Precincts 409, 426, 603, 605, 701, 702, 703, 704, 705,**

23     **706, 801, 802, 802A, 803, 804, 805, 806, 807, 808, 809, 810, 811, 812, 813, 814,**

24     **815, 815A, 816, 817, 818, 901, 902, 903, 903A, 904, 905, 906, 907, 909, 909A, 910,**

25     **911, 913, 914, 915, 916, 917, 918, 921, 922, M09, M09A, M10, P01, S01, S02, S03,**

26     **S04, S05, S06, S07, S08, S09, S10, S11, S13, S15, S16, S17, S18, S19, S21, S22,**

27     **S23 and S24 of St. Tammany Parish and Terrebonne Parish.**

28     **(2) District 2 is composed of Precincts 28, 30, 31, 32, 36, 37, 38, 39, 40,**

29     **42, 44, 45, 47, 48, 50, 51, 52, 53, 54, 55, 57, 58, 65, 66 and 71 of Ascension Parish;**

Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **boldface type and underscored** are additions.

SLS 241ES-26

1   **Precincts 1-1, 1-2, 1-3, 2-1, 2-2, 2-3, 2-4 (Part) Tract 050600 - Blocks 2002, 2004,**

2   **2005, 2006, 2007, 2008, 2009, 2014; 2-5, 4-1, 4-2, 4-3, 4-4, 5-1, 5-2, 5-5, 6-1, 6-2,**

3   **6-3 and 7-1 of Assumption Parish; Precincts 1-1, 1-3 (Part) Tract 030500 -**

4   **Blocks 1006, 1007, 1012, 1013, 1014, 1015, 1016, 1017, 1019, 1020, 1021, 1022,**

5   **1023, 1024, 1025, 1026, 1027, 1028 and 6005 and 6006; Tract 030601 - Blocks**

6   **2013; Tract 031102 - Blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1008,**

7   **1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021,**

8   **1022, 1023, 1024, 1025, 1026, 1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040,**

9   **1041, 1042, 1044, 1045, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008,**

10  **2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021,**

11  **2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2031, 2033; 1-8, 2-1, 3-2 (Part)**

12  **Tract 030201 - Blocks 5020, 5021, 5022 and 5023; Tract 030500 - Blocks 7000,**

13  **7001, 7002; 4-1, 4-2, 5-3, 6-2, 7-1, 7-2, 7-4, 7-5, 8-1, 8-2, 8-3, 9-1, 9-2, 9-4, 9-5,**

14  **11-1 (Part) Tract 030101 - Blocks 3000, 3001, 3002, 3003, 3004, 3005, 3006, 3007,**

15  **3008, 3009, 3010, 3011, 3012, 3013, 3014, 3015, 3016, 3017, 3018, 3019, 3020,**

16  **3021, 3022, 3023, 3024, 3025, 3026, 3027, 3028, 3029, 3030, 3031, 3032, 3033,**

17  **3034, 3035, 3036, 3037, 3039, 3040, 3041, 3042, 3043, 3044, 3045, 3046, 3047,**

18  **3048, 3049, 3050, 3053, 3054, 3055, 3056, 3057, 3058, 3059, 3060, 3061, 3062,**

19  **3067, 3068, 3069, 3070, 3079, 3080, 3081, 3082, 3083 and 3084; Tract 030102 -**

20  **Blocks 4000, 4001, 4003; 11-3 and 11-5 of Iberia Parish; Iberville Parish;**

21  **Precincts 104, 108, 115, 116, 131, 133, 150, 151, 152, 153, 154, 155, 156, 157A,**

22  **157B, 170, 171, 172, 173, 174, 175, 176, 177, 178, 179A, 179B, 180, 181, 182, 183,**

23  **184, 185A, 185B, 187, 188, 189, 190, 191, 192, 193A, 193B, 194A, 194B, 195, 196,**

24  **197A, 197B, 198, 199, 200, 201, 202, 203, 204, 205, 210, 211, 212, 213A, 213B,**

25  **213C, 214A, 214B, 215, 216A, 216B, 216C, 217, 225, 226, 227, 228, 229, 230, 231,**

26  **232A, 232B, 234, 235, 236, 237, 238A, 238B, 1-G, 2-G, 3-G, 4-G, 5-G, 6-G, 7-G,**

27  **8-G, 9-G, 10-G, 11-G, 12-G, 13-G, 13-KB, 21-K, 22-K, 23-K, 24-K, 26-K, 30-K,**

28  **31-K, 33-K, 1-W, 2-W, 3-W, 4-W, 5-W, 6-W and 7-W of Jefferson Parish;**

29  **Precincts 1-1, 1-2, 1-5, 1-6, 2-1, 2-2, 2-4, 2-6, 2-7, 3-1, 3-8, 3-9, 3-12, 3-15, 3-18,**

Coding: Words which are ~~struck through~~ are deletions from existing law; words in **boldface type and underscored** are additions.

SLS 241ES-26

1    **4-2, 4-3, 4-6, 5-1, 5-2, 5-3, 5-5, 5-7, 5-8, 5-9, 5-10, 5-11, 6-1, 6-2, 6-4, 6-6, 6-7, 6-8,**

2    **7-1, 7-2, 7-4, 7-5, 7-6, 7-7, 7-8, 7-9A, 7-10, 7-11, 7-12, 7-13, 7-14, 7-15, 7-16, 7-18,**

3    **7-19, 7-20, 7-21, 7-23, 7-24, 7-25, 7-25A, 7-26, 7-27, 7-27B, 7-28, 7-28A, 7-29,**

4    **7-30, 7-32, 7-33, 7-35, 7-37, 7-37A, 7-40, 8-1, 8-2, 8-4, 8-6, 8-7, 8-8, 8-9, 8-12,**

5    **8-13, 8-14, 8-15, 8-19, 8-20, 8-21, 8-22, 8-23, 8-24, 8-25, 8-26, 8-27, 8-28, 8-30, 9-1,**

6    **9-3, 9-4, 9-5, 9-6, 9-7, 9-8, 9-9, 9-10, 9-11, 9-12, 9-13, 9-14, 9-15, 9-16, 9-17, 9-19,**

7    **9-21, 9-23, 9-25, 9-26, 9-28, 9-28C, 9-29, 9-30, 9-30A, 9-31, 9-31A, 9-31B, 9-31D,**

8    **9-32, 9-33, 9-34A, 9-35, 9-35A, 9-36, 9-36B, 9-37, 9-38, 9-38A, 9-39, 9-39B, 9-40,**

9    **9-40A, 9-40C, 9-41, 9-41A, 9-41B, 9-41C, 9-41D, 9-42, 9-42C, 9-43A, 9-43B,**

10   **9-43C, 9-43E, 9-43F, 9-43G, 9-43H, 9-43I, 9-43J, 9-43K, 9-43L, 9-43M, 9-43N,**

11   **9-44, 9-44A, 9-44B, 9-44D, 9-44E, 9-44F, 9-44G, 9-44I, 9-44J, 9-44L, 9-44M,**

12   **9-44N, 9-44O, 9-44P, 9-44Q, 10-3, 10-6, 10-11, 10-12, 10-13, 10-14, 11-2, 11-3,**

13   **11-10, 11-11, 11-12, 11-13, 11-14, 11-17, 12-1, 12-2, 12-3, 12-4, 12-9, 12-11, 12-12,**

14   **12-13, 12-14, 12-16, 12-17, 12-19, 13-1, 13-2, 13-11, 13-13, 13-14, 13-15, 13-16,**

15   **14-23, 14-24A, 14-25, 14-26, 15-1, 15-2, 15-3, 15-5, 15-6, 15-8, 15-9, 15-10, 15-11,**

16   **15-12, 15-12A, 15-13, 15-13A, 15-13B, 15-14, 15-14A, 15-14B, 15-14C, 15-14D,**

17   **15-14E, 15-14F, 15-14G, 15-15, 15-15A, 15-15B, 15-16, 15-17, 15-17A, 15-17B,**

18   **15-18, 15-18A, 15-18B, 15-18C, 15-18D, 15-18E, 15-18F, 15-19, 15-19A, 15-19B,**

19   **15-19C, 16-6, 16-9, 17-2, 17-3, 17-4, 17-5, 17-6, 17-7, 17-8, 17-9, 17-10, 17-11,**

20   **17-12, 17-13, 17-13A, 17-14, 17-15 and 17-16 of Orleans Parish; Precincts 15, 22,**

21   **23, 25, 40, 42 (Part) Tract 030209 - Blocks 1000, 1001, 1008, 1009, 1010; 44, 45,**

22   **50 and 52 of St. Bernard Parish; Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 1-6, 2-1, 2-3,**

23   **2-4, 2-6, 3-1 (Part) Tract 062301 - Blocks 4014, 4015, 4016, 4017, 4018, 4019,**

24   **4020, 4021; 3-2, 3-3, 4-4, 5-1, 5-3, 5-4, 6-3, 6-6, 6-8, 7-4, 7-5 and 7-6 of St. Charles**

25   **Parish; St. James Parish; St. John the Baptist Parish and Precincts 3, 4, 5, 6, 7,**

26   **8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30,**

27   **31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42 and 43 of St. Martin Parish.**

28         **(3)  District 3 is composed of Acadia Parish; Allen Parish; Beauregard**

29   **Parish; Calcasieu Parish; Cameron Parish; Evangeline Parish; Precincts 1-3**

Coding: Words which are ~~struck through~~ are deletions from existing law; words in **boldface type and underscored** are additions.

SLS 241ES-26

**ORIGINAL**
SB NO. 10

1    **(Part) Tract 030402 - Blocks 9000, 9001, 9003, 9004, 9009, 9010 and 9011; Tract**

2    **030500 - Blocks 1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038, 3009,**

3    **3010, 3012, 4010, 4011, 5004, 5005, 5006, 5007, 5008, 5009, 5010, 5011, 5012,**

4    **6000, 6001, 6007; 1-7, 2-2, 2-3, 3-2 (Part) Tract 030301 - Blocks 2000, 2001,**

5    **2002, 2003, 2004, 2005, 2006, 2007, 5000, 5001, 5002, 5003, 5004, 5005, 5006,**

6    **5007, 5008, 5009, 5010, 5011, 5012, 5013, 5014, 5015, 5016 and 5017; Tract**

7    **030500 - Blocks 2007, 2008, 2009, 2010, 2011, 2012, 2013, 3000, 3001, 3002, 3003,**

8    **3004, 3005, 3006, 3007, 3008, 3011, 4000, 4001, 4002, 4003, 4004, 4005, 4006,**

9    **4007, 4008, 4009, 5000, 5001, 5002, 5003, 6002, 6003, 6004; 3-3, 3-4, 3-5, 4-3, 5-1,**

10   **5-2, 5-5, 6-1, 6-4, 6-5, 10-1, 10-2, 10-3, 10-4, 11-1 (Part) Tract 030101 - Blocks**

11   **1000, 1001, 1002, 1003, 1023, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007,**

12   **2008, 2009, 2010, 2011, 2012, 2013, 2014, 2018, 2019, 2020, 2021, 2022, 2027,**

13   **2028, 2029, 2030 and 2031; Tract 030102 - Blocks 1008, 1009, 1010, 1011, 1012,**

14   **1013, 1014, 1015, 1016, 1017, 1018, 1019, 4002, 4007, 4008, 4009, 4010, 4011,**

15   **4012 and 4013; Tract 031302 - Blocks 3008, 3009, 3010, 3011, 3012; 11-4, 11-6,**

16   **12-1, 12-2, 12-3, 12-4, 13-1, 13-3, 13-2, 13-4, 13-5, 14-1, 14-3, 14-4 and 14-5 of**

17   **Iberia Parish; Jefferson Davis Parish; Precincts 3, 8, 25, 26, 27, 28, 29, 30, 31,**

18   **32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 65, 66, 67, 69, 70,**

19   **71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93,**

20   **94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111,**

21   **114, 115, 116, 117, 118, 119, 120, 121, 124, 125, 126, 127, 128, 130, 131, 133, 134,**

22   **135 and 136 of Lafayette Parish; Precincts C22, C23, C31, C32, C33, C34, C35,**

23   **C36, C37-A, C37-B, C41, C42, N6, N7, N11, N12, N13-A, N13-B, N14-A, N14-B,**

24   **N15, N16, N17, N18-A, N18-B, N19, N20, N21, N22, N23, N24, N25, N26, S1, S2,**

25   **S4, S5, S6A, S6B, S7, S8, S9, S10, S11, S13, S14, S21, S22, S23, S24, S25, S26,**

26   **S27, S28 and S29 of Rapides Parish; Vermilion Parish; Precincts 1-1, 1-1A**

27   **(Part) Tract 950400 - Blocks 2008, 2009, 2020, 2021, 2022, 2023, 2024, 2025,**

28   **2031, 2032, 2033, 2034, 2035, 2044, 2046, 2047, 2048, 2049, 2050 and 2051; Tract**

29   **950501 - Blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1019, 1020, 1021,**

Coding: Words which are ~~struck through~~ are deletions from existing law; words in **boldface type and underscored** are additions.

R029-005

SLS 241ES-26

1    **1022, 1023, 1024, 1025, 1026, 1027, 1029, 1030, 1031, 1032, 1033, 1034, 1035,**

2    **1036, 1042, 1043, 1055, 1061, 1062, 1063, 1064; 1-1B, 1-4, 1-5, 1-6A, 1-7, 1-7B,**

3    **1-8, 1-8A, 1-9, 4-1, 4-2, 4-3, 4-3A, 4-3B, 4-3C, 4-3G, 4-3K, 4-3L, 4-3N, 5-1, 5-2,**

4    **5-2A, 6-1, 6-2, 6-3, 6-4, 7-1, 7-2 (Part) Tract 950901 - Blocks 3034 and 3036;**

5    **Tract 950902 - Blocks 1047, 1048, 1049, 1050, 1051, 1052, 1053, 1054, 1055,**

6    **1056, 1057, 1058, 1059, 2000, 2001, 2002, 2031, 3000, 3001, 3002, 3006, 3011,**

7    **3012, 3013, 3014, 3016, 3017, 3028, 3029, 3030, 3032, 3033, 3035, 3036, 3037,**

8    **3038, 3039, 3040, 3041, 3060, 3061, 3062, 3063, 3064, 3065, 3066, 3067, 3068,**

9    **3069, 3070, 3071, 3072, 3073, 3074, 3075, 3076, 3077, 3078, 3079, 3080, 3081,**

10   **3082, 3083, 3084 and 7-2B, 7-3, 7-4, 7-4A, 7-5, 7-5A, 7-5D, 8-1, 8-2 and 8-3 of**

11   **Vernon Parish.**

12   **(4)   District 4 is composed of Bienville Parish; Bossier Parish; Caddo**

13   **Parish; Caldwell Parish; Claiborne Parish; De Soto Parish; Grant Parish;**

14   **Jackson Parish; La Salle Parish; Lincoln Parish; Natchitoches Parish; Precincts**

15   **1, 1A, 2, 4, 6, 7, 25, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 44A, 45, 46,**

16   **48, 49, 50, 51, 51A, 52, 52A, 53, 54, 55, 56, 56A, 57, 58, 61, 64, 71, 75, 76, 77 and**

17   **78 of Ouachita Parish; Red River Parish; Sabine Parish; Union Parish;**

18   **Precincts 1-1A (Part) Tract 950501 - Blocks 1008, 1010, 1012, 1013, 1015, 1016,**

19   **1017, 1018, 1028, 1037, 1109, 1110, 1111; 1-2, 1-3, 1-3C, 1-4B, 1-4C, 1-5A, 1-6,**

20   **1-6B, 2-1, 2-1A, 2-2, 2-2A, 2-3, 2-4, 3-1, 3-2, 3-3, 3-4, 3-5, 7-2 (Part) Tract 950901**

21   **- Blocks 3015 and 3031; Tract 950902 - Blocks 3003, 3004, 3005, 3018, 3019,**

22   **3020, 3021, 3022, 3023, 3024, 3025, 3026, 3027, 3042, 3043, 3044, 3045, 3046,**

23   **3047, 3048, 3049, 3050, 3051, 3052, 3053, 3054, 3055, 3056, 3057, 3058 and 3059**

24   **of Vernon Parish; Webster Parish and Winn Parish.**

25   **(5)   District 5 is composed of Avoyelles Parish; Catahoula Parish;**

26   **Concordia Parish; Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 1-6, 1-7, 1-9, 1-10, 1-11, 1-13,**

27   **1-14, 1-15, 1-16, 1-17, 1-18, 1-19, 1-20, 1-21, 1-22, 1-23, 1-24, 1-25, 1-26, 1-27,**

28   **1-28, 1-29, 1-30, 1-31, 1-32, 1-33, 1-36, 1-37, 1-38, 1-45, 1-49, 1-50, 1-51, 1-52,**

29   **1-53, 1-54, 1-55, 1-57, 1-58, 1-60, 1-61, 1-62, 1-63, 1-67, 1-68, 1-70, 1-71, 1-72,**

Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **boldface type and underscored** are additions.

SLS 241ES-26

1  **1-74, 1-77, 1-78, 1-81, 1-82, 1-83, 1-84, 1-85, 1-86, 1-87, 1-88, 1-91, 1-92, 1-93,**

2  **1-94, 1-95, 1-96, 1-97, 1-100, 1-101, 1-104, 2-1, 2-2, 2-3, 2-4, 2-5, 2-6, 2-7, 2-9,**

3  **2-10, 2-11, 2-12, 2-13, 2-14, 2-15, 2-16, 2-17, 2-18, 2-19, 2-20, 2-21, 2-22, 2-23,**

4  **2-24, 2-25, 2-26, 2-27, 2-28, 2-29, 2-30, 2-31, 2-32, 2-34, 2-35, 2-36, 2-37, 2-38, 3-8,**

5  **3-24, 3-28, 3-32, 3-42, 3-54 and 3-72 of East Baton Rouge Parish; East Carroll**

6  **Parish; East Feliciana Parish; Franklin Parish; Precincts 1, 2, 4, 5, 6, 7, 9, 10,**

7  **11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 50, 51, 52, 53, 54, 55, 56, 57, 58,**

8  **59, 60, 61, 63, 64, 68, 112, 113, 122, 123 and 129 of Lafayette Parish; Madison**

9  **Parish; Morehouse Parish; Precincts 3, 5, 8, 9, 9A, 10, 11, 12, 13, 14, 15, 16, 17,**

10  **18, 19, 20, 21, 22, 23, 24, 26, 27, 28, 30, 47, 59, 60, 62, 63, 65, 65A, 66, 67, 68, 69,**

11  **70, 72, 73, 74 and 79 of Ouachita Parish; Pointe Coupee Parish; Precincts C1,**

12  **C2, C3, C4, C5, C6, C7, C8, C9, C10, C11-A, C11-B, C13, C14, C15, C17, C18,**

13  **C19, C20, C21, C24, C25, C26, C27, C28, C30, C38-A, C38-B, C39, C40, N1, N2,**

14  **N3, N4, N5, N8, N9, N10, N27, N28, N29, S15, S16, S17, S18, S19 and S20 of**

15  **Rapides Parish; Richland Parish; St. Helena Parish; St. Landry Parish;**

16  **Precincts 2, 6, 11, 15, 16, 17, 28, 101, 102, 104 (Part) Tract 953200 - Blocks 2007,**

17  **2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020,**

18  **2021, 2022, 2023, 2024, 2025, 2029, 2030, 2031, 2033 and 2034; Tract 953501 -**

19  **Blocks 1004, 1005, 2000, 2002, 2003, 2004; 105, 106, 106A, 107, 109, 111A and**

20  **115B of Tangipahoa Parish; Tensas Parish; West Baton Rouge Parish; West**

21  **Carroll Parish and West Feliciana Parish.**

22  **(6)  District 6 is composed of Precincts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12,**

23  **13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 33, 34, 35, 41, 43, 61, 62, 63,**

24  **64, 68, 69, 72, 73, 76, 77 and 78 of Ascension Parish; Precincts 1-8, 1-12, 1-34,**

25  **1-35, 1-39, 1-40, 1-41, 1-42, 1-43, 1-44, 1-46, 1-47, 1-48, 1-56, 1-59, 1-64, 1-65,**

26  **1-66, 1-69, 1-73, 1-75, 1-76, 1-79, 1-80, 1-89, 1-90, 1-98, 1-99, 1-102, 1-103, 1-105,**

27  **1-107, 2-8, 2-33, 3-1, 3-2, 3-3, 3-4, 3-5, 3-6, 3-7, 3-9, 3-10, 3-11, 3-12, 3-13, 3-14,**

28  **3-15, 3-16, 3-17, 3-18, 3-19, 3-20, 3-21, 3-22, 3-23, 3-25, 3-26, 3-27, 3-29, 3-30,**

29  **3-31, 3-33, 3-34, 3-35, 3-36, 3-37, 3-38, 3-39, 3-40, 3-41, 3-43, 3-44, 3-45, 3-46,**

Coding: Words which are ~~struck through~~ are deletions from existing law; words in **boldface type and underscored** are additions.

1   **3-47, 3-48, 3-49, 3-50, 3-51, 3-52, 3-53, 3-55, 3-56, 3-57, 3-58, 3-59, 3-60, 3-61,**

2   **3-62, 3-63, 3-64, 3-65, 3-66, 3-67, 3-68, 3-69, 3-70, 3-71, 3-73, 3-74, 3-75 and 3-76**

3   **of East Baton Rouge Parish; Livingston Parish; Precincts 101, 102, 103, 104,**

4   **105, 106, 106A, 107, 108, 110, 111, 112, 113, 114, 115, 116, 118, 201, 202, 203,**

5   **204, 205, 206, 207, 301, 302, 303, 304, 305, 306, 307, 308, 309, 310, 312, 312A,**

6   **313, 314, 401, 402, 403, 404, 405, 406, 407, 408, 410, 411, 412, 413, 414, 415, 416,**

7   **417, 418, 419, 420, 421, 422, 427, 429, 430, 501, 502, 503, 504, 505, 602, 604, 606,**

8   **609, A01, A02, A02A, A03, A04, C01, C02, C03, C04, C06, C07, C08, C09, C11,**

9   **F01, M01, M02, M04, M06, M07, M08, M11, M12 and MD1 of St. Tammany**

10   **Parish; Precincts 33, 40A, 41, 42, 43, 44, 45A, 45B, 46, 47, 49, 70, 70A, 71, 72,**

11   **72A, 73, 74, 104 (Part) Tract 953200 - Blocks 2001, 2005, 2006, 2026, 2027, 2028,**

12   **2032, 2035, 2036, 2037 and 2038; Tract 953501 - Blocks 1001, 1002, 1003; 108,**

13   **110, 112, 114, 116, 117, 118, 118A, 119, 120, 120A, 120B, 121, 121A, 122A, 122B,**

14   **122C, 123, 124, 125, 127, 129A, 133, 133A, 137, 137A, 137B, 137C, 137D, 139,**

15   **141, 141A, 143, 143A, 145, 147, 149, 149A and 151 of Tangipahoa Parish and**

16   **Washington Parish.**

17   Section 2.  R.S. 18:1276 is hereby repealed.

18   Section 3.(A) The precincts referenced in this Act are those contained in the file

19   named "2024 Precinct Shapefiles (1-10-2024)" available on the website of the Legislature

20   of Louisiana on the effective date of this Section. The 2024 Precinct Shapefiles are based

21   upon those Voting Districts (VTDs) contained in the 2020 Census Redistricting TIGER/Line

22   Shapefiles for the State of Louisiana as those files have been modified and validated through

23   the data verification program of the Louisiana House of Representatives and the Louisiana

24   Senate to represent precinct changes submitted through January 10, 2024, to the Legislature

25   of Louisiana by parish governing authorities pursuant to the provisions of R.S. 18:532 and

26   532.1.

27   (B) When a precinct referenced in this Act has been subdivided by action of the

28   parish governing authority on a nongeographic basis or subdivided by action of the parish

29   governing authority on a geographic basis in accordance with the provisions of R.S.

Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **boldface type and underscored** are additions.

SLS 241ES-26

**ORIGINAL**
SB NO. 10

1    18:532.1, the enumeration in this Act of the general precinct designation shall include all

2    nongeographic and all geographic subdivisions thereof, however such subdivisions may be

3    designated.

4    (C)  The territorial limits of the districts as provided in this Act shall continue in

5    effect until changed by law regardless of any subsequent change made to the precincts by

6    the parish governing authority.

7    Section 4.  The provisions of this Act shall not reduce the term of office of any

8    person holding any position or office on the effective date of this Section for which the

9    appointment or election is based upon a congressional district as composed pursuant to R.S.

10    18:1276.  Any position or office that is filled by appointment or election based upon a

11    congressional district and that is to be filled after January 3, 2025, shall be appointed or

12    elected from a district as it is described in Section 1 of this Act.

13    Section 5.(A)  Solely for the purposes of qualifying for election and the conduct of

14    the election of representatives to the United States Congress at the regularly scheduled

15    election for representatives to the congress in 2024, the provisions of Section 1 of this Act

16    shall become effective upon signature of this Act by the governor or, if not signed by the

17    governor, upon expiration of the time for bills to become law without signature by the

18    governor, as provided in Article III, Section 18 of the Constitution of Louisiana.  If this Act

19    is vetoed by the governor and subsequently approved by the legislature, the provisions of

20    Section 1 of this Act shall become effective on the day following such approval for the

21    purposes established in this Subsection.

22    (B)  For subsequent elections of representatives to the United States Congress and

23    for all other purposes, the provisions of Section 1 of this Act shall become effective at noon

24    on January 3, 2025.

25    (C) The provisions of Section 2 of this Act shall become effective at noon on January

26    3, 2025.

27    (D)  The provisions of this Section and Sections 3 and 4 of this Act shall become

28    effective upon signature of this Act by the governor or, if not signed by the governor, upon

29    expiration of the time for bills to become law without signature by the governor, as provided

Coding: Words which are struck through are deletions from existing law;
words in **boldface type and underscored** are additions.

R029-009

SLS 241ES-26                                                    **ORIGINAL**
                                                                 SB NO. 10

1    in Article III, Section 18 of the Constitution of Louisiana.  If this Act is vetoed by the

2    governor and subsequently approved by the legislature, the provisions of this Section and

3    Sections 3 and 4 of this Act shall become effective on the day following such approval.

_____

The original instrument and the following digest, which constitutes no part
of the legislative instrument, were prepared by J. W. Wiley.

_____

DIGEST

SB 10 Original          2024 First Extraordinary Session          Carter

Present U.S. Constitution (14th Amendment) provides that representatives in congress shall
be apportioned among the several states according to their respective numbers, counting the
whole number of persons in each state. The U.S. Supreme Court has held that the population
of congressional districts in the same state must be as nearly equal in population as
practicable.

Present law provides for six congressional districts based upon the 2020 federal decennial
census.

Proposed law redraws district boundaries for the congressional districts based upon the 2020
federal decennial census.

Proposed law provides that the new districts become effective upon signature of governor
or lapse of time for gubernatorial action for election purposes only for the regular
congressional elections in 2024.  Retains present law districts based upon the 2020 census
until noon on January 3, 2025, at which time present law is repealed and the new districts
based upon the 2020 census, as established by proposed law, become effective for all other
purposes.

Proposed law specifies that precincts referenced in district descriptions are those precincts
identified as Voting Districts (VTDs) contained in the file named "2024 Precinct Shapefiles
(1-10-2024)" available on the La. Legislature's website.  Specifies that the 2024 Precinct
Shapefiles are based upon those Voting Districts (VTDs) contained in the 2020 Census
Redistricting TIGER/Line Shapefiles for the State of Louisiana as those files have been
modified and validated through the data verification program of the La. legislature.  Also
specifies that if any such precinct has been subdivided by action of the parish governing
authority on a nongeographic basis or subdivided by action of the parish governing authority
on a geographic basis in accordance with present law, the enumeration of the general
precinct designation shall include all nongeographic and all geographic subdivisions thereof.
Further provides that the territorial limits of the districts as enacted shall continue in effect
until changed by law regardless of any subsequent change made to the precincts by the
parish governing authority.

Proposed law specifies that proposed law does not reduce the term of office of any person
holding any position or office on the effective date of proposed law for which the
appointment or election is based upon a congressional district as composed pursuant to
present law. Specifies that any position or office filled after Jan. 1, 2025, for which the
appointment or election is based upon a congressional district shall be appointed or elected
from a district as it is described in proposed law.

Population data in the summaries accompanying this digest are derived from 2020 Census
Redistricting Data (Public Law 94-171), Summary File for Louisiana.  Population data,
statistical information, and maps are supplied for purposes of information and analysis and
comprise no part of proposed law.

Page 10 of 11
Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **boldface type and underscored** are additions.

SLS 241ES-26                                          **<u>ORIGINAL</u>**
                                                         SB NO. 10

Effective upon signature of governor or lapse of time for gubernatorial action for election
purposes only for the regular congressional elections in 2024; effective for all other purposes
at noon on January 3, 2025.

(Adds R.S. 18:1276.1; repeals R.S. 18:1276)

Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **<u>boldface type and underscored</u>** are additions.

R029-011

# Plan Statistics

### Plan: SLS 241ES-26 (Carter)

| Districts: | # of Members | Actual Population | Ideal Population | Absolute Deviation | Relative Deviation |
|---|---|---|---|---|---|
| District 1 | 1 | 776,308 | 776,292 | 16 | 0.002% |
| District 2 | 1 | 776,290 | 776,292 | -2 | 0.000% |
| District 3 | 1 | 776,259 | 776,292 | -33 | -0.004% |
| District 4 | 1 | 776,267 | 776,292 | -25 | -0.003% |
| District 5 | 1 | 776,310 | 776,292 | 18 | 0.002% |
| District 6 | 1 | 776,323 | 776,292 | 31 | 0.004% |
| Grand Total: | 6 | 4,657,757 | 4,657,752 | | |

| | | | |
|---|---|---|---|
| Ideal Population Per Member: | 776292 | | |
| Number of Districts for Plan Type: | 6 | | |
| | | | |
| Range of District Populations: | 776,259 | to | 776,323 |
| | | | |
| Absolute Mean Deviation: | 11 | | |
| Absolute Range: | -33 | to | 31 |
| Absolute Overall Range: | 64 | | |
| | | | |
| Relative Mean Deviation: | 0.00% | | |
| Relative Range: | 0.00% | to | 0.00% |
| Relative Overall Range: | 0.00% | | |

| | |
|---|---|
| *Ideal - Actual:* | *-5* |
| *Remainder:* | *5* |
| *Unassigned Population:* | *0* |

# Total Population

## Plan: SLS 241ES-26 (Carter)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | Total Hispanic | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | VAP Hispanic Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | 776,308 | 519,275 | 135,044 | 24,124 | 24,564 | 73,301 | 92,096 | 605,534 | 421,990 | 96,018 | 17,950 | 17,289 | 52,287 | 64,922 |
| | 100.000% | 66.890% | 17.396% | 3.108% | 3.164% | 9.442% | 11.863% | 100.000% | 69.689% | 15.857% | 2.964% | 2.855% | 8.635% | 10.721% |
| District 2 | 776,290 | 261,442 | 427,682 | 24,282 | 9,056 | 53,828 | 69,406 | 597,640 | 217,291 | 316,127 | 19,194 | 6,959 | 38,069 | 48,070 |
| | 100.000% | 33.678% | 55.093% | 3.128% | 1.167% | 6.934% | 8.941% | 100.000% | 36.358% | 52.896% | 3.212% | 1.164% | 6.370% | 8.043% |
| District 3 | 776,259 | 554,034 | 156,534 | 17,529 | 13,825 | 34,337 | 42,248 | 586,624 | 430,849 | 108,925 | 12,666 | 10,174 | 24,010 | 28,951 |
| | 100.000% | 71.372% | 20.165% | 2.258% | 1.781% | 4.423% | 5.443% | 100.000% | 73.446% | 18.568% | 2.159% | 1.734% | 4.093% | 4.935% |
| District 4 | 776,267 | 455,421 | 261,925 | 12,007 | 18,015 | 28,899 | 34,593 | 596,355 | 362,929 | 190,266 | 8,851 | 13,732 | 20,577 | 23,991 |
| | 100.000% | 58.668% | 33.742% | 1.547% | 2.321% | 3.723% | 4.456% | 100.000% | 60.858% | 31.905% | 1.484% | 2.303% | 3.450% | 4.023% |
| District 5 | 776,310 | 310,477 | 424,046 | 9,671 | 7,851 | 24,265 | 28,798 | 590,113 | 252,499 | 306,739 | 7,398 | 5,835 | 17,642 | 20,411 |
| | 100.000% | 39.994% | 54.623% | 1.246% | 1.011% | 3.126% | 3.710% | 100.000% | 42.788% | 51.980% | 1.254% | 0.989% | 2.990% | 3.459% |
| District 6 | 776,323 | 557,003 | 137,888 | 19,675 | 13,749 | 48,008 | 55,408 | 594,282 | 438,953 | 97,694 | 14,357 | 10,251 | 33,027 | 37,317 |
| | 100.000% | 71.749% | 17.762% | 2.534% | 1.771% | 6.184% | 7.137% | 100.000% | 73.863% | 16.439% | 2.416% | 1.725% | 5.557% | 6.279% |
| Grand Total | 4,657,757 | 2,657,652 | 1,543,119 | 107,288 | 87,060 | 262,638 | 322,549 | 3,570,548 | 2,124,511 | 1,115,769 | 80,416 | 64,240 | 185,612 | 223,662 |
| | 100.000% | 57.059% | 33.130% | 2.303% | 1.869% | 5.639% | 6.925% | 100.000% | 59.501% | 31.249% | 2.252% | 1.799% | 5.198% | 6.264% |

# Voter Registration

## Plan: SLS 241ES-26 (Carter)

| | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 | Reg Dem Total Dec 2023 | Reg Rep Total Dec 2023 | Reg Other Total Dec 2023 |
|---|---|---|---|---|---|---|---|
| District 1 | 457,746 | 350,906 | 64,457 | 42,382 | 139,716 | 178,063 | 139,966 |
| | 75.594% | 76.660% | 14.081% | 9.259% | 30.523% | 38.900% | 30.577% |
| District 2 | 471,496 | 176,572 | 257,056 | 37,865 | 271,859 | 78,421 | 121,211 |
| | 78.893% | 37.449% | 54.519% | 8.031% | 57.659% | 16.632% | 25.708% |
| District 3 | 445,106 | 350,608 | 74,324 | 20,177 | 129,850 | 192,595 | 122,674 |
| | 75.876% | 78.770% | 16.698% | 4.533% | 29.173% | 43.269% | 27.561% |
| District 4 | 442,928 | 290,360 | 133,973 | 18,596 | 153,005 | 177,978 | 111,938 |
| | 74.273% | 65.555% | 30.247% | 4.198% | 34.544% | 40.182% | 25.272% |
| District 5 | 465,649 | 201,501 | 248,722 | 15,416 | 243,654 | 111,622 | 110,371 |
| | 78.908% | 43.273% | 53.414% | 3.311% | 52.326% | 23.971% | 23.703% |
| District 6 | 459,362 | 370,499 | 63,297 | 25,576 | 114,422 | 212,947 | 131,995 |
| | 77.297% | 80.655% | 13.779% | 5.568% | 24.909% | 46.357% | 28.734% |
| Grand Total | 2,742,287 | 1,740,446 | 841,829 | 160,012 | 1,052,506 | 951,626 | 738,155 |

# Splits

### Plan: SLS 241ES-26 (Carter)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 1** | | | | | | | | | | | | | | | | |
| *Assumption | 8,540 | 7,657 | 292 | 49 | 144 | 398 | 6,829 | 6,264 | 170 | 34 | 106 | 255 | 5,033 | 4,876 | 69 | 90 |
| *Jefferson | 236,631 | 152,726 | 30,203 | 11,591 | 4,247 | 37,864 | 189,536 | 127,909 | 22,100 | 8,749 | 3,210 | 27,568 | 141,430 | 110,356 | 11,873 | 19,201 |
| Lafourche | 97,557 | 71,710 | 15,855 | 1,025 | 4,224 | 4,743 | 74,619 | 56,838 | 11,077 | 738 | 2,777 | 3,189 | 54,238 | 45,481 | 6,277 | 2,480 |
| *Orleans | 78,502 | 61,196 | 7,699 | 3,128 | 945 | 5,534 | 65,877 | 51,796 | 6,549 | 2,486 | 770 | 4,276 | 50,611 | 41,469 | 3,767 | 5,375 |
| Plaquemines | 23,515 | 14,287 | 5,428 | 1,317 | 697 | 1,786 | 17,334 | 10,856 | 3,857 | 925 | 500 | 1,196 | 13,143 | 8,996 | 2,934 | 1,213 |
| *St. Bernard | 31,123 | 20,258 | 5,495 | 1,083 | 721 | 3,566 | 23,094 | 15,781 | 3,520 | 776 | 535 | 2,482 | 18,872 | 14,954 | 2,354 | 1,560 |
| *St. Charles | 24,123 | 18,916 | 2,606 | 411 | 522 | 1,668 | 18,011 | 14,518 | 1,733 | 255 | 373 | 1,132 | 15,670 | 13,331 | 1,473 | 867 |
| *St. Martin | 1,368 | 1,285 | 13 | 7 | 34 | 29 | 1,154 | 1,091 | 11 | 5 | 30 | 17 | 891 | 876 | 1 | 14 |
| St. Mary | 49,406 | 26,949 | 15,991 | 835 | 1,670 | 3,961 | 37,521 | 21,594 | 11,520 | 593 | 1,173 | 2,641 | 29,204 | 17,999 | 9,570 | 1,635 |
| *St. Tammany | 115,963 | 74,357 | 28,315 | 2,935 | 2,723 | 7,633 | 89,054 | 59,712 | 19,685 | 2,150 | 2,065 | 5,442 | 72,844 | 50,967 | 16,229 | 5,648 |
| Terrebonne | 109,580 | 69,934 | 23,147 | 1,743 | 8,637 | 6,119 | 82,505 | 55,631 | 15,796 | 1,239 | 5,750 | 4,089 | 55,810 | 41,601 | 9,910 | 4,299 |
| **District 1** | **776,308**<br>100.000% | **519,275**<br>66.890% | **135,044**<br>17.396% | **24,124**<br>3.108% | **24,564**<br>3.164% | **73,301**<br>9.442% | **605,534**<br>100.000% | **421,990**<br>69.689% | **96,018**<br>15.857% | **17,950**<br>2.964% | **17,289**<br>2.855% | **52,287**<br>8.635% | **457,746**<br>75.594% | **350,906**<br>76.660% | **64,457**<br>14.081% | **42,382**<br>9.259% |
| **District 2** | | | | | | | | | | | | | | | | |
| *Ascension | 37,064 | 14,446 | 19,184 | 394 | 468 | 2,572 | 27,360 | 11,540 | 13,458 | 304 | 329 | 1,729 | 23,078 | 10,352 | 11,573 | 1,153 |
| *Assumption | 12,499 | 6,065 | 5,928 | 47 | 114 | 345 | 9,787 | 4,881 | 4,537 | 23 | 91 | 255 | 8,290 | 4,101 | 4,062 | 125 |
| *Iberia | 32,706 | 17,926 | 12,554 | 701 | 359 | 1,166 | 24,501 | 14,187 | 8,709 | 505 | 271 | 829 | 20,594 | 12,830 | 7,021 | 739 |
| Iberville | 30,241 | 14,833 | 13,730 | 202 | 274 | 1,202 | 24,086 | 12,462 | 10,232 | 149 | 221 | 1,022 | 19,906 | 9,999 | 9,484 | 423 |
| *Jefferson | 204,150 | 68,209 | 96,014 | 11,433 | 3,439 | 25,055 | 155,118 | 56,226 | 70,075 | 8,943 | 2,625 | 17,249 | 112,003 | 42,580 | 54,329 | 15,094 |
| *Orleans | 305,495 | 65,266 | 211,270 | 9,728 | 2,721 | 16,510 | 240,319 | 58,456 | 159,519 | 8,034 | 2,178 | 12,132 | 187,779 | 44,656 | 126,823 | 16,300 |
| *St. Bernard | 12,641 | 4,239 | 6,814 | 298 | 226 | 1,064 | 8,681 | 3,211 | 4,424 | 206 | 153 | 687 | 6,813 | 3,090 | 3,239 | 488 |
| *St. Charles | 28,426 | 14,634 | 11,322 | 426 | 403 | 1,641 | 21,530 | 11,636 | 8,157 | 274 | 294 | 1,169 | 17,912 | 10,080 | 6,797 | 1,034 |
| St. James | 20,192 | 9,973 | 9,762 | 60 | 82 | 315 | 15,505 | 7,883 | 7,297 | 31 | 64 | 230 | 14,531 | 7,116 | 7,196 | 219 |
| St. John the Baptist | 42,477 | 13,877 | 25,196 | 403 | 465 | 2,536 | 32,503 | 11,622 | 18,437 | 323 | 350 | 1,771 | 27,484 | 9,338 | 16,653 | 1,493 |
| *St. Martin | 50,399 | 31,974 | 15,908 | 590 | 505 | 1,422 | 38,250 | 25,187 | 11,282 | 402 | 383 | 996 | 33,106 | 22,430 | 9,879 | 797 |
| **District 2** | **776,290**<br>100.000% | **261,442**<br>33.678% | **427,682**<br>55.093% | **24,282**<br>3.128% | **9,056**<br>1.167% | **53,828**<br>6.934% | **597,640**<br>100.000% | **217,291**<br>36.358% | **316,127**<br>52.896% | **19,194**<br>3.212% | **6,959**<br>1.164% | **38,069**<br>6.370% | **471,496**<br>78.893% | **176,572**<br>37.449% | **257,056**<br>54.519% | **37,865**<br>8.031% |
| **District 3** | | | | | | | | | | | | | | | | |
| Acadia | 57,576 | 44,480 | 10,864 | 238 | 573 | 1,421 | 42,943 | 34,071 | 7,383 | 173 | 400 | 916 | 36,151 | 29,438 | 5,995 | 718 |
| Allen | 22,750 | 16,327 | 4,490 | 246 | 947 | 740 | 17,510 | 12,751 | 3,275 | 182 | 646 | 656 | 11,079 | 8,704 | 1,920 | 455 |
| Beauregard | 36,549 | 29,529 | 4,649 | 402 | 1,052 | 917 | 27,489 | 22,304 | 3,495 | 269 | 773 | 648 | 22,071 | 18,639 | 2,264 | 1,168 |
| Calcasieu | 216,785 | 139,772 | 59,386 | 4,702 | 3,536 | 9,389 | 163,166 | 108,789 | 41,898 | 3,359 | 2,604 | 6,516 | 111,819 | 80,364 | 26,493 | 4,962 |
| Cameron | 5,617 | 5,232 | 125 | 30 | 75 | 155 | 4,358 | 4,100 | 79 | 23 | 47 | 109 | 4,072 | 3,936 | 61 | 75 |
| Evangeline | 32,350 | 21,354 | 9,235 | 241 | 280 | 1,240 | 24,408 | 16,460 | 6,483 | 187 | 217 | 1,061 | 20,388 | 14,274 | 5,744 | 370 |
| *Iberia | 37,223 | 21,280 | 12,002 | 1,422 | 435 | 2,084 | 28,290 | 17,108 | 8,360 | 1,057 | 310 | 1,455 | 21,594 | 14,018 | 6,420 | 1,160 |

# Splits

## Plan: SLS 241ES-26 (Carter)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 3** | | | | | | | | | | | | | | | | |
| Jefferson Davis | 32,250 | 25,066 | 5,837 | 183 | 472 | 692 | 24,039 | 19,121 | 4,006 | 111 | 325 | 476 | 18,733 | 15,509 | 2,784 | 440 |
| *Lafayette | 175,072 | 128,510 | 27,553 | 5,901 | 2,609 | 10,499 | 133,786 | 101,351 | 18,873 | 4,278 | 1,988 | 7,296 | 108,657 | 89,514 | 12,618 | 6,525 |
| *Rapides | 69,584 | 54,292 | 8,596 | 1,655 | 2,166 | 2,875 | 53,146 | 42,439 | 5,966 | 1,201 | 1,634 | 1,906 | 41,989 | 35,665 | 4,304 | 2,020 |
| Vermilion | 57,359 | 44,477 | 8,810 | 1,447 | 623 | 2,002 | 43,012 | 34,363 | 5,787 | 1,037 | 488 | 1,337 | 35,511 | 29,693 | 4,555 | 1,263 |
| *Vernon | 33,144 | 23,715 | 4,987 | 1,062 | 1,057 | 2,323 | 24,477 | 17,992 | 3,320 | 789 | 742 | 1,634 | 13,042 | 10,854 | 1,166 | 1,021 |
| **District 3** | **776,259** | **554,034** | **156,534** | **17,529** | **13,825** | **34,337** | **586,624** | **430,849** | **108,925** | **12,666** | **10,174** | **24,010** | **445,106** | **350,608** | **74,324** | **20,177** |
| | 100.000% | 71.372% | 20.165% | 2.258% | 1.781% | 4.423% | 100.000% | 73.446% | 18.568% | 2.159% | 1.734% | 4.093% | 75.876% | 78.770% | 16.698% | 4.533% |
| **District 4** | | | | | | | | | | | | | | | | |
| Bienville | 12,981 | 6,950 | 5,600 | 57 | 207 | 167 | 10,073 | 5,486 | 4,284 | 30 | 162 | 111 | 8,336 | 4,509 | 3,728 | 99 |
| Bossier | 128,746 | 81,052 | 32,551 | 3,492 | 3,273 | 8,378 | 95,876 | 62,931 | 22,440 | 2,448 | 2,477 | 5,580 | 65,726 | 48,229 | 13,555 | 3,942 |
| Caddo | 237,848 | 103,457 | 119,304 | 4,034 | 3,840 | 7,213 | 182,407 | 85,059 | 86,353 | 3,008 | 2,958 | 5,023 | 131,942 | 64,381 | 61,471 | 6,090 |
| Caldwell | 9,645 | 7,646 | 1,632 | 51 | 150 | 166 | 7,478 | 5,969 | 1,224 | 46 | 116 | 123 | 5,813 | 4,959 | 762 | 92 |
| Claiborne | 14,170 | 7,263 | 6,360 | 88 | 185 | 274 | 11,507 | 6,258 | 4,824 | 55 | 140 | 230 | 8,390 | 4,557 | 3,677 | 156 |
| De Soto | 26,812 | 15,284 | 9,973 | 117 | 740 | 698 | 20,440 | 11,909 | 7,425 | 86 | 557 | 463 | 17,887 | 11,005 | 6,317 | 565 |
| Grant | 22,169 | 17,709 | 3,335 | 133 | 644 | 348 | 17,527 | 13,964 | 2,717 | 97 | 507 | 242 | 12,226 | 10,764 | 1,120 | 342 |
| Jackson | 15,031 | 9,967 | 4,166 | 175 | 255 | 468 | 11,783 | 7,967 | 3,125 | 140 | 174 | 377 | 9,375 | 6,570 | 2,610 | 195 |
| La Salle | 14,791 | 11,348 | 1,422 | 283 | 372 | 1,366 | 11,563 | 8,636 | 1,065 | 264 | 271 | 1,327 | 8,380 | 7,633 | 583 | 164 |
| Lincoln | 48,396 | 26,034 | 19,364 | 892 | 662 | 1,444 | 38,655 | 21,306 | 15,119 | 744 | 526 | 960 | 24,408 | 15,139 | 8,357 | 912 |
| Natchitoches | 37,515 | 19,361 | 15,725 | 255 | 861 | 1,313 | 29,349 | 16,010 | 11,415 | 198 | 683 | 1,043 | 20,675 | 11,761 | 8,016 | 898 |
| *Ouachita | 90,953 | 72,958 | 11,272 | 1,451 | 2,101 | 3,171 | 68,844 | 56,386 | 7,617 | 1,018 | 1,638 | 2,185 | 57,035 | 49,426 | 5,606 | 2,003 |
| Red River | 7,620 | 4,195 | 3,106 | 25 | 171 | 123 | 5,714 | 3,338 | 2,164 | 3 | 116 | 93 | 5,475 | 3,034 | 2,358 | 83 |
| Sabine | 22,155 | 15,036 | 3,861 | 94 | 2,723 | 441 | 17,064 | 12,054 | 2,655 | 66 | 1,970 | 319 | 13,570 | 10,287 | 1,912 | 1,371 |
| Union | 21,107 | 14,460 | 5,224 | 62 | 338 | 1,023 | 16,632 | 11,807 | 3,861 | 39 | 254 | 671 | 14,802 | 10,847 | 3,497 | 458 |
| *Vernon | 15,606 | 11,372 | 2,624 | 380 | 543 | 687 | 11,784 | 8,773 | 1,813 | 285 | 418 | 495 | 9,367 | 7,275 | 1,442 | 651 |
| Webster | 36,967 | 22,735 | 12,679 | 208 | 687 | 658 | 28,753 | 18,144 | 9,464 | 154 | 558 | 433 | 21,259 | 14,068 | 6,744 | 447 |
| Winn | 13,755 | 8,594 | 3,727 | 210 | 263 | 961 | 10,906 | 6,932 | 2,695 | 170 | 207 | 902 | 8,262 | 5,916 | 2,218 | 128 |
| **District 4** | **776,267** | **455,421** | **261,925** | **12,007** | **18,015** | **28,899** | **596,355** | **362,929** | **190,266** | **8,851** | **13,732** | **20,577** | **442,928** | **290,360** | **133,973** | **18,596** |
| | 100.000% | 58.668% | 33.742% | 1.547% | 2.321% | 3.723% | 100.000% | 60.858% | 31.905% | 1.484% | 2.303% | 3.450% | 74.273% | 65.555% | 30.247% | 4.198% |
| **District 5** | | | | | | | | | | | | | | | | |
| Avoyelles | 39,693 | 25,625 | 11,678 | 434 | 767 | 1,189 | 30,578 | 20,269 | 8,311 | 379 | 570 | 1,049 | 21,438 | 15,242 | 5,622 | 574 |
| Catahoula | 8,906 | 5,776 | 2,395 | 46 | 119 | 570 | 6,951 | 4,557 | 1,736 | 33 | 87 | 538 | 6,113 | 4,363 | 1,695 | 55 |
| Concordia | 18,687 | 10,275 | 7,725 | 122 | 233 | 332 | 14,217 | 8,108 | 5,613 | 100 | 167 | 229 | 11,419 | 6,816 | 4,418 | 185 |
| *East Baton Rouge | 217,705 | 46,760 | 155,490 | 4,770 | 1,543 | 9,142 | 164,322 | 39,219 | 113,810 | 3,637 | 1,210 | 6,446 | 128,667 | 30,775 | 91,670 | 6,222 |
| East Carroll | 7,459 | 2,054 | 5,272 | 29 | 43 | 61 | 5,901 | 1,773 | 4,043 | 19 | 27 | 39 | 4,564 | 1,218 | 3,305 | 41 |
| East Feliciana | 19,539 | 11,516 | 7,341 | 91 | 262 | 329 | 16,183 | 9,740 | 5,918 | 61 | 198 | 266 | 13,327 | 7,805 | 5,075 | 447 |

# Splits

## Plan: SLS 241ES-26 (Carter)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 5** | | | | | | | | | | | | | | | | |
| Franklin | 19,774 | 12,492 | 6,802 | 70 | 205 | 205 | 15,028 | 9,901 | 4,779 | 44 | 153 | 151 | 12,350 | 8,524 | 3,718 | 108 |
| *Lafayette | 66,681 | 24,853 | 37,583 | 553 | 601 | 3,091 | 50,089 | 20,257 | 27,044 | 386 | 399 | 2,003 | 40,152 | 16,284 | 22,127 | 1,741 |
| Madison | 10,017 | 3,475 | 6,363 | 20 | 59 | 100 | 7,435 | 2,906 | 4,391 | 9 | 48 | 81 | 7,068 | 2,439 | 4,518 | 111 |
| Morehouse | 25,629 | 12,281 | 12,484 | 160 | 370 | 334 | 20,062 | 10,095 | 9,300 | 117 | 279 | 271 | 15,440 | 7,806 | 7,377 | 257 |
| *Ouachita | 69,415 | 15,587 | 49,945 | 1,337 | 560 | 1,986 | 51,356 | 13,588 | 34,673 | 1,100 | 421 | 1,574 | 38,595 | 8,723 | 28,415 | 1,457 |
| Pointe Coupee | 20,758 | 12,395 | 7,504 | 107 | 159 | 593 | 16,250 | 10,108 | 5,502 | 91 | 119 | 430 | 14,107 | 9,040 | 4,837 | 230 |
| *Rapides | 60,439 | 23,218 | 33,996 | 773 | 936 | 1,516 | 45,646 | 18,934 | 24,239 | 585 | 700 | 1,188 | 33,297 | 14,291 | 17,655 | 1,351 |
| Richland | 20,043 | 11,785 | 7,603 | 83 | 258 | 314 | 15,383 | 9,338 | 5,546 | 66 | 203 | 230 | 13,141 | 8,144 | 4,753 | 244 |
| St. Helena | 10,920 | 4,527 | 6,031 | 39 | 134 | 189 | 8,463 | 3,805 | 4,371 | 28 | 109 | 150 | 8,260 | 3,626 | 4,492 | 142 |
| St. Landry | 82,540 | 43,611 | 35,836 | 499 | 636 | 1,958 | 61,811 | 34,209 | 25,497 | 353 | 451 | 1,301 | 52,429 | 28,933 | 22,135 | 1,361 |
| *Tangipahoa | 21,698 | 9,419 | 11,351 | 112 | 209 | 607 | 16,362 | 7,594 | 8,128 | 93 | 142 | 405 | 10,681 | 5,386 | 5,036 | 249 |
| Tensas | 4,147 | 1,744 | 2,312 | 23 | 26 | 42 | 3,235 | 1,446 | 1,728 | 12 | 23 | 26 | 3,485 | 1,510 | 1,937 | 38 |
| West Baton Rouge | 27,199 | 14,307 | 11,170 | 287 | 326 | 1,109 | 20,526 | 11,146 | 8,149 | 209 | 219 | 803 | 16,753 | 9,620 | 6,764 | 369 |
| West Carroll | 9,751 | 7,894 | 1,425 | 27 | 180 | 225 | 7,532 | 6,223 | 1,010 | 20 | 136 | 143 | 6,871 | 5,770 | 1,013 | 88 |
| West Feliciana | 15,310 | 10,883 | 3,740 | 89 | 225 | 373 | 12,783 | 9,283 | 2,951 | 56 | 174 | 319 | 7,492 | 5,186 | 2,160 | 146 |
| **District 5** | 776,310 100.000% | 310,477 39.994% | 424,046 54.623% | 9,671 1.246% | 7,851 1.011% | 24,265 3.126% | 590,113 100.000% | 252,499 42.788% | 306,739 51.980% | 7,398 1.254% | 5,835 0.989% | 17,642 2.990% | 465,649 78.908% | 201,501 43.273% | 248,722 53.414% | 15,416 3.311% |
| **District 6** | | | | | | | | | | | | | | | | |
| *Ascension | 89,436 | 66,695 | 13,032 | 1,906 | 1,536 | 6,267 | 64,597 | 49,596 | 8,681 | 1,210 | 1,061 | 4,049 | 55,568 | 45,190 | 7,255 | 3,123 |
| *East Baton Rouge | 239,076 | 149,309 | 57,908 | 11,655 | 3,184 | 17,020 | 191,290 | 124,662 | 42,980 | 8,962 | 2,537 | 12,149 | 140,170 | 101,970 | 27,832 | 10,368 |
| Livingston | 142,282 | 116,855 | 12,658 | 1,697 | 3,111 | 7,961 | 105,141 | 88,432 | 8,136 | 1,099 | 2,311 | 5,163 | 82,405 | 73,655 | 5,642 | 3,108 |
| *St. Tammany | 148,607 | 122,284 | 10,328 | 2,839 | 2,937 | 10,219 | 113,174 | 94,909 | 7,076 | 1,925 | 2,096 | 7,168 | 101,463 | 90,295 | 4,900 | 6,268 |
| *Tangipahoa | 111,459 | 71,917 | 30,528 | 1,362 | 2,245 | 5,407 | 85,129 | 57,611 | 21,089 | 1,007 | 1,685 | 3,737 | 52,605 | 40,786 | 9,776 | 2,053 |
| Washington | 45,463 | 29,943 | 13,434 | 216 | 736 | 1,134 | 34,951 | 23,743 | 9,732 | 154 | 561 | 761 | 27,151 | 18,603 | 7,892 | 656 |
| **District 6** | 776,323 100.000% | 557,003 71.749% | 137,888 17.762% | 19,675 2.534% | 13,749 1.771% | 48,008 6.184% | 594,282 100.000% | 438,953 73.863% | 97,694 16.439% | 14,357 2.416% | 10,251 1.725% | 33,027 5.557% | 459,362 77.297% | 370,499 80.655% | 63,297 13.779% | 25,576 5.568% |

# Congress - Statewide



# Congress - Jefferson / Orleans



R029-019

# Congress - St. Charles



# Congress - Assumption



R029-021

# Congress - Ascension



# Congress - East Baton Rouge



R029-023

# Congress Lafayette



# Congress - Rapides



# Congress - Vernon



# Congress - Ouachita

