SLS 241ES-21                                                    **ORIGINAL**

2024 First Extraordinary Session

SENATE BILL NO. 4

BY SENATORS PRICE AND DUPLESSIS

CONGRESS.  Provides for redistricting of Louisiana congressional districts. (Item #1)(See Act)

1              AN ACT

2  To enact R.S. 18:1276.1 and to repeal R.S. 18:1276, relative to congressional districts; to

3        provide for the redistricting of Louisiana's congressional districts; to provide with

4        respect to positions and offices, other than congressional, which are based upon

5        congressional districts; to provide for the effectiveness; and to provide for related

6        matters.

7  Be it enacted by the Legislature of Louisiana:

8        Section 1. R.S. 18:1276.1 is hereby enacted to read as follows:

9        **§1276.1. Congressional districts**

10             **Louisiana shall be divided into six congressional districts, and the**

11       **qualified electors of each district shall elect one representative to the United**

12       **States House of Representatives. The districts shall be composed as follows:**

13             **(1) District 1 is composed of Precincts 1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 12, 13,**

14       **14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,**

15       **37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63,**

16       **64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86,**

17       **87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 105, 106, 117,**

Coding: Words which are ~~struck through~~ are deletions from existing law; words in **boldface type and underscored** are additions.



SLS 241ES-21

1  **118, 119, 120, 121, 122, 123, 124, 125A, 125B, 126, 127, 128, 129, 130, 132, 134,**

2  **136, 138, 246, 247, 248, 1-GI, 1-H, 2-H, 3-H, 4-H, 5-H, 6-H, 7-H, 8-H, 9-H, 1-K,**

3  **2-K, 3-K, 4-K, 5-K, 6-KA, 6-KB, 7-KA, 7-KB, 8-K, 9-K, 10-K, 11-K, 12-K,**

4  **13-KA, 14-K, 15-K, 16-K, 17-K, 18-K, 19-K, 20-K, 25-K, 27-K, 28-K, 29-K,**

5  **34-K, 35-K and 1-L of Jefferson Parish; Lafourche Parish; Precincts 3-9, 3-12,**

6  **3-14, 3-15, 3-18, 3-19, 3-20, 4-6, 4-7, 4-8, 4-9, 4-11, 4-14, 4-15, 4-17, 4-17A, 4-18,**

7  **4-20, 4-21, 4-22, 4-23, 5-8, 5-9, 5-10, 5-11, 5-12, 5-13, 5-15, 5-16, 5-17, 5-18, 6-9,**

8  **7-17, 7-41, 7-42, 9-45, 9-45A, 13-1, 13-2, 13-3, 13-4, 13-5, 13-6, 13-7, 13-8, 13-9,**

9  **13-10, 13-11, 13-12, 13-13, 13-14, 13-15, 13-16, 14-1, 14-2, 14-3, 14-4, 14-5, 14-6,**

10  **14-7, 14-8, 14-9, 14-10, 14-11, 14-12, 14-13A, 14-14, 14-15, 14-16, 14-17, 14-18A,**

11  **14-19, 14-20, 14-21, 14-25, 16-1, 16-1A, 16-2, 16-3, 16-4, 16-5, 16-6, 16-7, 16-8,**

12  **17-1, 17-2, 17-3, 17-17, 17-18, 17-18A, 17-19 and 17-20 of Orleans Parish;**

13  **Plaquemines Parish; St. Bernard Parish; St. Mary Parish; Precincts 403, 408,**

14  **409, 412, 426, 603, 604, 606, 701, 702, 703, 704, 705, 706, 801, 802, 802A, 803,**

15  **804, 805, 806, 807, 808, 809, 810, 811, 812, 813, 814, 815, 815A, 816, 817, 818,**

16  **901, 902, 903, 903A, 904, 905, 906, 907, 909, 909A, 910, 911, 913, 914, 915, 916,**

17  **917, 918, 921, 922, M02, M04, M09, M09A, M10, P01, S01, S02, S03, S04, S05,**

18  **S06, S07, S08, S09, S10, S11, S13, S15, S16, S17, S18, S19, S21, S22, S23 and S24**

19  **of St. Tammany Parish and Terrebonne Parish.**

20  **(2) District 2 is composed of Precincts 36, 37, 38, 39, 40, 42, 44, 45, 47, 48,**

21  **50, 51, 52, 53, 54, 55, 57, 65 and 66 of Ascension Parish; Assumption Parish;**

22  **Precincts 1-1, 1-3, 1-8, 3-2, 4-1, 4-2, 7-5, 8-2, 8-3, 9-1, 9-2, 9-4, 9-5, 10-1, 11-1,**

23  **11-3, 11-4, 11-5, 11-6, 12-1, 12-2 and 12-3 of Iberia Parish; Iberville Parish;**

24  **Precincts 104, 108, 115, 116, 131, 133, 150, 151, 152, 153, 154, 155, 156, 157A,**

25  **157B, 170, 171, 172, 173, 174, 175, 176, 177, 178, 179A, 179B, 180, 181, 182, 183,**

26  **184, 185A, 185B, 187, 188, 189, 190, 191, 192, 193A, 193B, 194A, 194B, 195, 196,**

27  **197A, 197B, 198, 199, 200, 201, 202, 203, 204, 205, 210, 211, 212, 213A, 213B,**

28  **213C, 214A, 214B, 215, 216A, 216B, 216C, 217, 225, 226, 227, 228, 229, 230, 231,**

29  **232A, 232B, 234, 235, 236, 237, 238A, 238B, 1-G, 2-G, 3-G, 4-G, 5-G, 6-G, 7-G,**

Coding: Words which are ~~struck through~~ are deletions from existing law; words in **boldface type and underscored** are additions.

SLS 241ES-21

1    **8-G, 9-G, 10-G, 11-G, 12-G, 13-G, 13-KB, 21-K, 22-K, 23-K, 24-K, 26-K, 30-K,**

2    **31-K, 33-K, 1-W, 2-W, 3-W, 4-W, 5-W, 6-W and 7-W of Jefferson Parish;**

3    **Precincts 1-1, 1-2, 1-5, 1-6, 2-1, 2-2, 2-4, 2-6, 2-7, 3-1, 3-8, 4-2, 4-3, 5-1, 5-2, 5-3,**

4    **5-5, 5-7, 6-1, 6-2, 6-4, 6-6, 6-7, 6-8, 7-1, 7-2, 7-4, 7-5, 7-6, 7-7, 7-8, 7-9A, 7-10,**

5    **7-11, 7-12, 7-13, 7-14, 7-15, 7-16, 7-18, 7-19, 7-20, 7-21, 7-23, 7-24, 7-25, 7-25A,**

6    **7-26, 7-27, 7-27B, 7-28, 7-28A, 7-29, 7-30, 7-32, 7-33, 7-35, 7-37, 7-37A, 7-40, 8-1,**

7    **8-2, 8-4, 8-6, 8-7, 8-8, 8-9, 8-12, 8-13, 8-14, 8-15, 8-19, 8-20, 8-21, 8-22, 8-23, 8-24,**

8    **8-25, 8-26, 8-27, 8-28, 8-30, 9-1, 9-3, 9-4, 9-5, 9-6, 9-7, 9-8, 9-9, 9-10, 9-11, 9-12,**

9    **9-13, 9-14, 9-15, 9-16, 9-17, 9-19, 9-21, 9-23, 9-25, 9-26, 9-28, 9-28C, 9-29, 9-30,**

10    **9-30A, 9-31, 9-31A, 9-31B, 9-31D, 9-32, 9-33, 9-34A, 9-35, 9-35A, 9-36, 9-36B,**

11    **9-37, 9-38, 9-38A, 9-39, 9-39B, 9-40, 9-40A, 9-40C, 9-41, 9-41A, 9-41B, 9-41C,**

12    **9-41D, 9-42, 9-42C, 9-43A, 9-43B, 9-43C, 9-43E, 9-43F, 9-43G, 9-43H, 9-43I,**

13    **9-43J, 9-43K, 9-43L, 9-43M, 9-43N, 9-44, 9-44A, 9-44B, 9-44D, 9-44E, 9-44F,**

14    **9-44G, 9-44I, 9-44J, 9-44L, 9-44M, 9-44N, 9-44O, 9-44P, 9-44Q, 10-3, 10-6, 10-7,**

15    **10-8, 10-9, 10-11, 10-12, 10-13, 10-14, 11-2, 11-3, 11-4, 11-5, 11-8, 11-9, 11-10,**

16    **11-11, 11-12, 11-13, 11-14, 11-17, 12-1, 12-2, 12-3, 12-4, 12-5, 12-6, 12-7, 12-9,**

17    **12-10, 12-11, 12-12, 12-13, 12-14, 12-16, 12-17, 12-19, 14-23, 14-24A, 14-26, 15-1,**

18    **15-2, 15-3, 15-5, 15-6, 15-8, 15-9, 15-10, 15-11, 15-12, 15-12A, 15-13, 15-13A,**

19    **15-13B, 15-14, 15-14A, 15-14B, 15-14C, 15-14D, 15-14E, 15-14F, 15-14G, 15-15,**

20    **15-15A, 15-15B, 15-16, 15-17, 15-17A, 15-17B, 15-18, 15-18A, 15-18B, 15-18C,**

21    **15-18D, 15-18E, 15-18F, 15-19, 15-19A, 15-19B, 15-19C, 16-9, 17-4, 17-5, 17-6,**

22    **17-7, 17-8, 17-9, 17-10, 17-11, 17-12, 17-13, 17-13A, 17-14, 17-15 and 17-16 of**

23    **Orleans Parish; St. Charles Parish; St. James Parish; St. John the Baptist**

24    **Parish and St. Martin Parish.**

25       **(3) District 3 is composed of Acadia Parish; Allen Parish; Beauregard**

26    **Parish; Calcasieu Parish; Cameron Parish; Evangeline Parish; Precincts 1-7,**

27    **2-1, 2-2, 2-3, 3-3, 3-4, 3-5, 4-3, 5-1, 5-2, 5-3, 5-5, 6-1, 6-2, 6-4, 6-5, 7-1, 7-2, 7-4,**

28    **8-1, 10-2, 10-3, 10-4, 12-4, 13-1, 13-2, 13-3, 13-4, 13-5, 14-1, 14-3, 14-4 and 14-5**

29    **of Iberia Parish; Jefferson Davis Parish; Precincts 3, 8, 25, 26, 27, 28, 29, 30, 31,**

Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **boldface type and underscored** are additions.

SLS 241ES-21

1    **32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 65, 66, 67, 69, 70,**

2    **71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93,**

3    **94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111,**

4    **114, 115, 116, 117, 118, 119, 120, 121, 124, 125, 126, 127, 128, 130, 131, 133, 134,**

5    **135 and 136 of Lafayette Parish; Precincts C22, C23, C31, C32, C33, C34, C35,**

6    **C36, C37-A, C37-B, C41, C42, N6, N7, N11, N12, N13-A, N13-B, N14-A, N14-B,**

7    **N15, N16, N17, N18-A, N18-B, N19, N20, N21, N22, N23, N24, N25, N26, S1, S2,**

8    **S4, S5, S6A, S6B, S7, S8, S9, S10, S11, S13, S14, S21, S22, S23, S24, S25, S26,**

9    **S27, S28 and S29 of Rapides Parish; Vermilion Parish and Precincts 1-1, 1-1A,**

10   **1-1B, 1-4, 1-5, 1-6A, 1-7, 1-7B, 1-8, 1-9, 4-1, 4-2, 4-3, 4-3A, 4-3B, 4-3C, 4-3G,**

11   **4-3K, 4-3L, 4-3N, 5-1, 5-2, 5-2A, 6-1, 6-2, 6-3, 6-4, 7-1, 7-2, 7-2B, 7-3, 7-4, 7-4A,**

12   **7-5, 7-5A, 7-5D, 8-1, 8-2 and 8-3 of Vernon Parish.**

13          **(4) District 4 is composed of Bienville Parish; Bossier Parish; Caddo**

14   **Parish; Caldwell Parish; Claiborne Parish; De Soto Parish; Grant Parish;**

15   **Jackson Parish; La Salle Parish; Lincoln Parish; Natchitoches Parish; Precincts**

16   **1, 1A, 2, 4, 6, 7, 25, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 44A, 45, 46,**

17   **48, 49, 50, 51, 51A, 52, 52A, 53, 54, 55, 56, 56A, 57, 58, 61, 64, 71, 75, 76, 77 and**

18   **78 of Ouachita Parish; Red River Parish; Sabine Parish; Union Parish;**

19   **Precincts 1-2, 1-3, 1-3C, 1-4B, 1-4C, 1-5A, 1-6, 1-6B, 1-8A, 2-1, 2-1A, 2-2, 2-2A,**

20   **2-3, 2-4, 3-1, 3-2, 3-3, 3-4 and 3-5 of Vernon Parish; Webster Parish and Winn**

21   **Parish.**

22          **(5) District 5 is composed of Avoyelles Parish; Catahoula Parish;**

23   **Concordia Parish; Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 1-6, 1-7, 1-9, 1-10, 1-11, 1-13,**

24   **1-14, 1-15, 1-16, 1-17, 1-18, 1-19, 1-20, 1-21, 1-22, 1-23, 1-24, 1-25, 1-26, 1-27,**

25   **1-28, 1-29, 1-30, 1-31, 1-32, 1-33, 1-36, 1-37, 1-38, 1-45, 1-50, 1-51, 1-52, 1-53,**

26   **1-54, 1-55, 1-57, 1-58, 1-60, 1-61, 1-62, 1-63, 1-67, 1-68, 1-70, 1-71, 1-72, 1-74,**

27   **1-77, 1-78, 1-81, 1-82, 1-83, 1-84, 1-85, 1-86, 1-87, 1-88, 1-91, 1-92, 1-93, 1-94,**

28   **1-95, 1-96, 1-97, 1-100, 1-101, 1-104, 2-1, 2-2, 2-3, 2-4, 2-5, 2-6, 2-7, 2-9, 2-10,**

29   **2-11, 2-12, 2-13, 2-14, 2-15, 2-16, 2-17, 2-18, 2-19, 2-20, 2-21, 2-22, 2-23, 2-24,**

Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **boldface type and underscored** are additions.

SLS 241ES-21

**ORIGINAL**
SB NO. 4

1  **2-25, 2-26, 2-27, 2-28, 2-29, 2-30, 2-31, 2-32, 2-34, 2-35, 2-36, 2-37, 2-38, 3-8, 3-24,**

2  **3-28, 3-32, 3-42, 3-54 and 3-72 of East Baton Rouge Parish; East Carroll Parish;**

3  **East Feliciana Parish; Franklin Parish; Precincts 1, 2, 4, 5, 6, 7, 9, 10, 11, 12, 13,**

4  **14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61,**

5  **63, 64, 68, 112, 113, 122, 123 and 129 of Lafayette Parish; Madison Parish;**

6  **Morehouse Parish; Precincts 3, 5, 8, 9, 9A, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19,**

7  **20, 21, 22, 23, 24, 26, 27, 28, 30, 47, 59, 60, 62, 63, 65, 65A, 66, 67, 68, 69, 70, 72,**

8  **73, 74 and 79 of Ouachita Parish; Pointe Coupee Parish; Precincts C1, C2, C3,**

9  **C4, C5, C6, C7, C8, C9, C10, C11-A, C11-B, C13, C14, C15, C17, C18, C19,**

10  **C20, C21, C24, C25, C26, C27, C28, C30, C38-A, C38-B, C39, C40, N1, N2, N3,**

11  **N4, N5, N8, N9, N10, N27, N28, N29, S15, S16, S17, S18, S19 and S20 of Rapides**

12  **Parish; Richland Parish; St. Helena Parish; St. Landry Parish; Precincts 2, 6,**

13  **11, 15, 16, 17, 28, 101, 102, 104, 105, 106, 106A, 107, 108, 109, 111A and 115B of**

14  **Tangipahoa Parish; Tensas Parish; West Baton Rouge Parish; West Carroll**

15  **Parish and West Feliciana Parish.**

16  **(6) District 6 is composed of Precincts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13,**

17  **14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 30, 31, 32, 33, 34, 35, 41, 43,**

18  **58, 61, 62, 63, 64, 68, 69, 71, 72, 73, 76, 77 and 78 of Ascension Parish; Precincts**

19  **1-8, 1-12, 1-34, 1-35, 1-39, 1-40, 1-41, 1-42, 1-43, 1-44, 1-46, 1-47, 1-48, 1-49, 1-56,**

20  **1-59, 1-64, 1-65, 1-66, 1-69, 1-73, 1-75, 1-76, 1-79, 1-80, 1-89, 1-90, 1-98, 1-99,**

21  **1-102, 1-103, 1-105, 1-107, 2-8, 2-33, 3-1, 3-2, 3-3, 3-4, 3-5, 3-6, 3-7, 3-9, 3-10,**

22  **3-11, 3-12, 3-13, 3-14, 3-15, 3-16, 3-17, 3-18, 3-19, 3-20, 3-21, 3-22, 3-23, 3-25,**

23  **3-26, 3-27, 3-29, 3-30, 3-31, 3-33, 3-34, 3-35, 3-36, 3-37, 3-38, 3-39, 3-40, 3-41,**

24  **3-43, 3-44, 3-45, 3-46, 3-47, 3-48, 3-49, 3-50, 3-51, 3-52, 3-53, 3-55, 3-56, 3-57,**

25  **3-58, 3-59, 3-60, 3-61, 3-62, 3-63, 3-64, 3-65, 3-66, 3-67, 3-68, 3-69, 3-70, 3-71,**

26  **3-73, 3-74, 3-75 and 3-76 of East Baton Rouge Parish; Livingston Parish;**

27  **Precincts 101, 102, 103, 104, 105, 106, 106A, 107, 108, 110, 111, 112, 113, 114,**

28  **115, 116, 118, 201, 202, 203, 204, 205, 206, 207, 301, 302, 303, 304, 305, 306, 307,**

29  **308, 309, 310, 312, 312A, 313, 314, 401, 402, 404, 405, 406, 407, 410, 411, 413,**

Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **boldface type and underscored** are additions.

SLS 241ES-21

**ORIGINAL**
SB NO. 4

1    **414, 415, 416, 417, 418, 419, 420, 421, 422, 427, 429, 430, 501, 502, 503, 504, 505,**

2    **602, 605, 609, A01, A02, A02A, A03, A04, C01, C02, C03, C04, C06, C07, C08,**

3    **C09, C11, F01, M01, M06, M07, M08, M11, M12 and MD1 of St. Tammany**

4    **Parish; Precincts 33, 40A, 41, 42, 43, 44, 45A, 45B, 46, 47, 49, 70, 70A, 71, 72,**

5    **72A, 73, 74, 110, 112, 114, 116, 117, 118, 118A, 119, 120, 120A, 120B, 121, 121A,**

6    **122A, 122B, 122C, 123, 124, 125, 127, 129A, 133, 133A, 137, 137A, 137B, 137C,**

7    **137D, 139, 141, 141A, 143, 143A, 145, 147, 149, 149A and 151 of Tangipahoa**

8    **Parish and Washington Parish.**

9    Section 2. R.S. 18:1276 is hereby repealed.

10   Section 3.(A) The precincts referenced in this Act are those contained in the file

11   named "2024 Precinct Shapefiles (1-10-2024)" available on the website of the Legislature

12   of Louisiana on the effective date of this Section. The 2024 Precinct Shapefiles are based

13   upon those Voting Districts (VTDs) contained in the 2020 Census Redistricting TIGER/Line

14   Shapefiles for the State of Louisiana as those files have been modified and validated through

15   the data verification program of the Louisiana House of Representatives and the Louisiana

16   Senate to represent precinct changes submitted through January 10, 2024, to the Legislature

17   of Louisiana by parish governing authorities pursuant to the provisions of R.S. 18:532 and

18   532.1.

19   (B) When a precinct referenced in this Act has been subdivided by action of the

20   parish governing authority on a nongeographic basis or subdivided by action of the parish

21   governing authority on a geographic basis in accordance with the provisions of R.S.

22   18:532.1, the enumeration in this Act of the general precinct designation shall include all

23   nongeographic and all geographic subdivisions thereof, however such subdivisions may be

24   designated.

25   (C) The territorial limits of the districts as provided in this Act shall continue in

26   effect until changed by law regardless of any subsequent change made to the precincts by

27   the parish governing authority.

28   Section 4. The provisions of this Act shall not reduce the term of office of any person

29   holding any position or office on the effective date of this Section for which the appointment

Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **boldface type and underscored** are additions.

SLS 241ES-21

<u>**ORIGINAL**</u>
SB NO. 4

1    or election is based upon a congressional district as composed pursuant to R.S. 18:1276. Any

2    position or office that is filled by appointment or election based upon a congressional district

3    and that is to be filled after January 3, 2025, shall be appointed or elected from a district as

4    it is described in Section 1 of this Act.

5         Section 5.(A) Solely for the purposes of qualifying for election and the conduct of

6    the election of representatives to the United States Congress at the regularly scheduled

7    election for representatives to the congress in 2024, the provisions of Section 1 of this Act

8    shall become effective upon signature of this Act by the governor or, if not signed by the

9    governor, upon expiration of the time for bills to become law without signature by the

10   governor, as provided in Article III, Section 18 of the Constitution of Louisiana. If this Act

11   is vetoed by the governor and subsequently approved by the legislature, the provisions of

12   Section 1 of this Act shall become effective on the day following such approval for the

13   purposes established in this Subsection.

14        (B) For subsequent elections of representatives to the United States Congress and for

15   all other purposes, the provisions of Section 1 of this Act shall become effective at noon on

16   January 3, 2025.

17        (C) The provisions of Section 2 of this Act shall become effective at noon on January

18   3, 2025.

19        (D) The provisions of this Section and Sections 3 and 4 of this Act shall become

20   effective upon signature of this Act by the governor or, if not signed by the governor, upon

21   expiration of the time for bills to become law without signature by the governor, as provided

22   in Article III, Section 18 of the Constitution of Louisiana. If this Act is vetoed by the

23   governor and subsequently approved by the legislature, the provisions of this Section and

24   Sections 3 and 4 of this Act shall become effective on the day following such approval.

---

The original instrument and the following digest, which constitutes no part
of the legislative instrument, were prepared by J. W. Wiley.

---

DIGEST

| SB 4 Original | 2024 First Extraordinary Session | Price |

<u>Present U.S. Constitution</u> (14th Amendment) provides that representatives in congress shall
be apportioned among the several states according to their respective numbers, counting the
whole number of persons in each state. The U.S. Supreme Court has held that the population

Page 7 of 8
Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **<u>boldface type and underscored</u>** are additions.

SLS 241ES-21                                                    **ORIGINAL**
                                                                SB NO. 4

of congressional districts in the same state must be as nearly equal in population as practicable.

<u>Present law</u> provides for six congressional districts based upon the 2020 federal decennial census.

<u>Proposed law</u> redraws district boundaries for the congressional districts based upon the 2020 federal decennial census.

<u>Proposed law</u> provides that the new districts become effective upon signature of governor or lapse of time for gubernatorial action for election purposes only for the regular congressional elections in 2024. Retains <u>present law</u> districts based upon the 2020 census until noon on January 3, 2025, at which time <u>present law</u> is repealed and the new districts based upon the 2020 census, as established by <u>proposed law</u>, become effective for all other purposes.

<u>Proposed law</u> specifies that precincts referenced in district descriptions are those precincts identified as Voting Districts (VTDs) contained in the file named "2024 Precinct Shapefiles (1-10-2024)" available on the La. Legislature's website. Specifies that the 2024 Precinct Shapefiles are based upon those Voting Districts (VTDs) contained in the 2020 Census Redistricting TIGER/Line Shapefiles for the State of Louisiana as those files have been modified and validated through the data verification program of the La. legislature. Also specifies that if any such precinct has been subdivided by action of the parish governing authority on a nongeographic basis or subdivided by action of the parish governing authority on a geographic basis in accordance with <u>present law</u>, the enumeration of the general precinct designation shall include all nongeographic and all geographic subdivisions thereof. Further provides that the territorial limits of the districts as enacted shall continue in effect until changed by law regardless of any subsequent change made to the precincts by the parish governing authority.

<u>Proposed law</u> specifies that <u>proposed law</u> does not reduce the term of office of any person holding any position or office on the effective date of <u>proposed law</u> for which the appointment or election is based upon a congressional district as composed pursuant to <u>present law</u>. Specifies that any position or office filled after Jan. 1, 2025, for which the appointment or election is based upon a congressional district shall be appointed or elected from a district as it is described in <u>proposed law</u>.

Population data in the summaries accompanying this digest are derived from 2020 Census Redistricting Data (Public Law 94-171), Summary File for Louisiana. Population data, statistical information, and maps are supplied for purposes of information and analysis and comprise no part of <u>proposed law</u>.

Effective upon signature of governor or lapse of time for gubernatorial action for election purposes only for the regular congressional elections in 2024; effective for all other purposes at noon on January 3, 2025.

(Adds R.S. 18:1276.1; repeals R.S. 18:1276)

Coding: Words which are ~~struck through~~ are deletions from existing law; words in **boldface type and underscored** are additions.

# Plan Statistics

## Plan: SLS 241ES-21 (Price)

| Districts: | # of Members | Actual Population | Ideal Population | Absolute Deviation | Relative Deviation |
|---|---|---|---|---|---|
| District 1 | 1 | 776,316 | 776,292 | 24 | 0.003% |
| District 2 | 1 | 776,287 | 776,292 | -5 | -0.001% |
| District 3 | 1 | 776,249 | 776,292 | -43 | -0.006% |
| District 4 | 1 | 776,310 | 776,292 | 18 | 0.002% |
| District 5 | 1 | 776,309 | 776,292 | 17 | 0.002% |
| District 6 | 1 | 776,286 | 776,292 | -6 | -0.001% |
| **Grand Total:** | 6 | 4,657,757 | 4,657,752 | | |

| | | | | |
|---|---|---|---|---|
| Ideal Population Per Member: | 776292 | | | |
| Number of Districts for Plan Type: | 6 | | | |
| | | | | |
| Range of District Populations: | 776,249 | to | 776,316 | |
| | | | | |
| Absolute Mean Deviation: | 11 | | | |
| Absolute Range: | -43 | to | 24 | |
| Absolute Overall Range: | 67 | | | |
| | | | | |
| Relative Mean Deviation: | 0.00% | | | |
| Relative Range: | -0.01% | to | 0.00% | |
| Relative Overall Range: | 0.01% | | | |

| | |
|---|---|
| *Ideal - Actual:* | *-5* |
| *Remainder:* | *5* |
| *Unassigned Population:* | *0* |

# Total Population

## Plan: SLS 241ES-21 (Price)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | Total Hispanic | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | VAP Hispanic Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | 776,316 | 507,998 | 144,750 | 24,327 | 24,531 | 74,710 | 93,828 | 604,976 | 413,014 | 103,198 | 18,110 | 17,265 | 53,389 | 66,217 |
| | 100.000% | 65.437% | 18.646% | 3.134% | 3.160% | 9.624% | 12.086% | 100.000% | 68.269% | 17.058% | 2.994% | 2.854% | 8.825% | 10.945% |
| District 2 | 776,287 | 275,643 | 415,880 | 24,040 | 9,014 | 51,710 | 66,679 | 598,879 | 228,637 | 307,807 | 18,976 | 6,933 | 36,526 | 46,130 |
| | 100.000% | 35.508% | 53.573% | 3.097% | 1.161% | 6.661% | 8.589% | 100.000% | 38.177% | 51.397% | 3.169% | 1.158% | 6.099% | 7.703% |
| District 3 | 776,249 | 555,655 | 154,675 | 17,548 | 13,872 | 34,499 | 42,419 | 586,407 | 432,072 | 107,317 | 12,674 | 10,207 | 24,137 | 29,092 |
| | 100.000% | 71.582% | 19.926% | 2.261% | 1.787% | 4.444% | 5.465% | 100.000% | 73.681% | 18.301% | 2.161% | 1.741% | 4.116% | 4.961% |
| District 4 | 776,310 | 455,308 | 262,042 | 12,026 | 18,028 | 28,906 | 34,609 | 596,380 | 362,830 | 190,355 | 8,867 | 13,745 | 20,583 | 24,005 |
| | 100.000% | 58.650% | 33.755% | 1.549% | 2.322% | 3.724% | 4.458% | 100.000% | 60.839% | 31.918% | 1.487% | 2.305% | 3.451% | 4.025% |
| District 5 | 776,309 | 310,229 | 424,358 | 9,644 | 7,847 | 24,231 | 28,750 | 590,024 | 252,234 | 306,972 | 7,377 | 5,838 | 17,603 | 20,367 |
| | 100.000% | 39.962% | 54.664% | 1.242% | 1.011% | 3.121% | 3.703% | 100.000% | 42.750% | 52.027% | 1.250% | 0.989% | 2.983% | 3.452% |
| District 6 | 776,286 | 552,819 | 141,414 | 19,703 | 13,768 | 48,582 | 56,264 | 593,882 | 435,724 | 100,120 | 14,412 | 10,252 | 33,374 | 37,851 |
| | 100.000% | 71.213% | 18.217% | 2.538% | 1.774% | 6.258% | 7.248% | 100.000% | 73.369% | 16.859% | 2.427% | 1.726% | 5.620% | 6.373% |
| Grand Total | 4,657,757 | 2,657,652 | 1,543,119 | 107,288 | 87,060 | 262,638 | 322,549 | 3,570,548 | 2,124,511 | 1,115,769 | 80,416 | 64,240 | 185,612 | 223,662 |
| | 100.000% | 57.059% | 33.130% | 2.303% | 1.869% | 5.639% | 6.925% | 100.000% | 59.501% | 31.249% | 2.252% | 1.799% | 5.198% | 6.264% |

# Voter Registration

## Plan: SLS 241ES-21 (Price)

| | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 | Reg Dem Total Dec 2023 | Reg Rep Total Dec 2023 | Reg Other Total Dec 2023 |
|---|---|---|---|---|---|---|---|
| District 1 | 457,120 | 343,796 | 70,257 | 43,067 | 143,303 | 173,425 | 140,392 |
| | 75.560% | 75.209% | 15.369% | 9.421% | 31.349% | 37.939% | 30.712% |
| District 2 | 473,883 | 185,949 | 250,792 | 37,142 | 268,004 | 84,364 | 121,515 |
| | 79.128% | 39.239% | 52.923% | 7.838% | 56.555% | 17.803% | 25.642% |
| District 3 | 445,031 | 352,141 | 72,719 | 20,171 | 128,776 | 193,532 | 122,723 |
| | 75.891% | 79.127% | 16.340% | 4.532% | 28.936% | 43.487% | 27.576% |
| District 4 | 442,996 | 290,311 | 134,060 | 18,625 | 153,079 | 177,962 | 111,955 |
| | 74.281% | 65.534% | 30.262% | 4.204% | 34.555% | 40.172% | 25.272% |
| District 5 | 465,296 | 201,079 | 248,836 | 15,381 | 243,650 | 111,458 | 110,188 |
| | 78.861% | 43.215% | 53.479% | 3.306% | 52.365% | 23.954% | 23.681% |
| District 6 | 457,961 | 367,170 | 65,165 | 25,626 | 115,694 | 210,885 | 131,382 |
| | 77.113% | 80.175% | 14.229% | 5.596% | 25.263% | 46.049% | 28.688% |
| Grand Total | 2,742,287 | 1,740,446 | 841,829 | 160,012 | 1,052,506 | 951,626 | 738,155 |

# Splits

## Plan: SLS 241ES-21 (Price)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 1** | | | | | | | | | | | | | | | | |
| *Jefferson | 236,631 | 152,726 | 30,203 | 11,591 | 4,247 | 37,864 | 189,536 | 127,909 | 22,100 | 8,749 | 3,210 | 27,568 | 141,430 | 110,356 | 11,873 | 19,201 |
| Lafourche | 97,557 | 71,710 | 15,855 | 1,025 | 4,224 | 4,743 | 74,619 | 56,838 | 11,077 | 738 | 2,777 | 3,189 | 54,238 | 45,481 | 6,277 | 2,480 |
| *Orleans | 87,257 | 62,884 | 12,857 | 3,297 | 1,129 | 7,090 | 72,861 | 53,123 | 10,767 | 2,605 | 913 | 5,453 | 56,060 | 42,517 | 7,517 | 6,026 |
| Plaquemines | 23,515 | 14,287 | 5,428 | 1,317 | 697 | 1,786 | 17,334 | 10,856 | 3,857 | 925 | 500 | 1,196 | 13,143 | 8,996 | 2,934 | 1,213 |
| St. Bernard | 43,764 | 24,497 | 12,309 | 1,381 | 947 | 4,630 | 31,775 | 18,992 | 7,944 | 982 | 688 | 3,169 | 25,685 | 18,044 | 5,593 | 2,048 |
| St. Mary | 49,406 | 26,949 | 15,991 | 835 | 1,670 | 3,961 | 37,521 | 21,594 | 11,520 | 593 | 1,173 | 2,641 | 29,204 | 17,999 | 9,570 | 1,635 |
| *St. Tammany | 128,606 | 85,011 | 28,960 | 3,138 | 2,980 | 8,517 | 98,825 | 68,071 | 20,137 | 2,279 | 2,254 | 6,084 | 81,550 | 58,802 | 16,583 | 6,165 |
| Terrebonne | 109,580 | 69,934 | 23,147 | 1,743 | 8,637 | 6,119 | 82,505 | 55,631 | 15,796 | 1,239 | 5,750 | 4,089 | 55,810 | 41,601 | 9,910 | 4,299 |
| **District 1** | 776,316 | 507,998 | 144,750 | 24,327 | 24,531 | 74,710 | 604,976 | 413,014 | 103,198 | 18,110 | 17,265 | 53,389 | 457,120 | 343,796 | 70,257 | 43,067 |
| | 100.000% | 65.437% | 18.646% | 3.134% | 3.160% | 9.624% | 100.000% | 68.269% | 17.058% | 2.994% | 2.854% | 8.825% | 75.560% | 75.209% | 15.369% | 9.421% |
| **District 2** | | | | | | | | | | | | | | | | |
| *Ascension | 24,459 | 8,224 | 14,701 | 190 | 196 | 1,148 | 18,078 | 6,675 | 10,347 | 141 | 136 | 779 | 16,126 | 6,268 | 9,237 | 621 |
| Assumption | 21,039 | 13,722 | 6,220 | 96 | 258 | 743 | 16,616 | 11,145 | 4,707 | 57 | 197 | 510 | 13,323 | 8,977 | 4,131 | 215 |
| *Iberia | 32,673 | 16,418 | 14,296 | 663 | 299 | 997 | 24,693 | 13,063 | 10,228 | 481 | 225 | 696 | 20,601 | 11,346 | 8,539 | 716 |
| Iberville | 30,241 | 14,833 | 13,730 | 202 | 274 | 1,202 | 24,086 | 12,462 | 10,232 | 149 | 221 | 1,022 | 19,906 | 9,999 | 9,484 | 423 |
| *Jefferson | 204,150 | 68,209 | 96,014 | 11,433 | 3,439 | 25,055 | 155,118 | 56,226 | 70,075 | 8,943 | 2,625 | 17,249 | 112,003 | 42,580 | 54,329 | 15,094 |
| *Orleans | 296,740 | 63,578 | 206,112 | 9,559 | 2,537 | 14,954 | 233,335 | 57,129 | 155,301 | 7,915 | 2,035 | 10,955 | 182,330 | 43,608 | 123,073 | 15,649 |
| St. Charles | 52,549 | 33,550 | 13,928 | 837 | 925 | 3,309 | 39,541 | 26,154 | 9,890 | 529 | 667 | 2,301 | 33,582 | 23,411 | 8,270 | 1,901 |
| St. James | 20,192 | 9,973 | 9,762 | 60 | 82 | 315 | 15,505 | 7,883 | 7,297 | 31 | 64 | 230 | 14,531 | 7,116 | 7,196 | 219 |
| St. John the Baptist | 42,477 | 13,877 | 25,196 | 403 | 465 | 2,536 | 32,903 | 11,622 | 18,437 | 323 | 350 | 1,771 | 27,484 | 9,338 | 16,653 | 1,493 |
| St. Martin | 51,767 | 33,259 | 15,921 | 597 | 539 | 1,451 | 39,404 | 26,278 | 11,293 | 407 | 413 | 1,013 | 33,997 | 23,306 | 9,880 | 811 |
| **District 2** | 776,287 | 275,643 | 415,880 | 24,040 | 9,014 | 51,710 | 598,879 | 228,637 | 307,807 | 18,976 | 6,933 | 36,526 | 473,883 | 185,949 | 250,792 | 37,142 |
| | 100.000% | 35.508% | 53.573% | 3.097% | 1.161% | 6.661% | 100.000% | 38.177% | 51.397% | 3.169% | 1.158% | 6.099% | 79.128% | 39.239% | 52.923% | 7.838% |
| **District 3** | | | | | | | | | | | | | | | | |
| Acadia | 57,576 | 44,480 | 10,864 | 238 | 573 | 1,421 | 42,943 | 34,071 | 7,383 | 173 | 400 | 916 | 36,151 | 29,438 | 5,995 | 718 |
| Allen | 22,750 | 16,327 | 4,490 | 246 | 947 | 740 | 17,510 | 12,751 | 3,275 | 182 | 646 | 656 | 11,079 | 8,704 | 1,920 | 455 |
| Beauregard | 36,549 | 29,529 | 4,649 | 402 | 1,052 | 917 | 27,489 | 22,304 | 3,495 | 269 | 773 | 648 | 22,071 | 18,639 | 2,264 | 1,168 |
| Calcasieu | 216,785 | 139,772 | 59,386 | 4,702 | 3,536 | 9,389 | 163,166 | 108,789 | 41,898 | 3,359 | 2,604 | 6,516 | 111,819 | 80,364 | 26,493 | 4,962 |
| Cameron | 5,617 | 5,232 | 125 | 30 | 75 | 155 | 4,358 | 4,100 | 79 | 23 | 47 | 109 | 4,072 | 3,936 | 61 | 75 |
| Evangeline | 32,350 | 21,354 | 9,235 | 241 | 280 | 1,240 | 24,408 | 16,460 | 6,483 | 187 | 217 | 1,061 | 20,388 | 14,274 | 5,744 | 370 |
| *Iberia | 37,256 | 22,788 | 10,260 | 1,460 | 495 | 2,253 | 28,098 | 18,232 | 6,841 | 1,081 | 356 | 1,588 | 21,587 | 15,502 | 4,902 | 1,183 |
| Jefferson Davis | 32,250 | 25,066 | 5,837 | 183 | 472 | 692 | 24,039 | 19,121 | 4,006 | 111 | 325 | 476 | 18,733 | 15,509 | 2,784 | 440 |
| *Lafayette | 175,072 | 128,510 | 27,553 | 5,901 | 2,609 | 10,499 | 133,786 | 101,351 | 18,873 | 4,278 | 1,988 | 7,296 | 108,657 | 89,514 | 12,618 | 6,525 |
| *Rapides | 69,584 | 54,292 | 8,596 | 1,655 | 2,166 | 2,875 | 53,146 | 42,439 | 5,966 | 1,201 | 1,634 | 1,906 | 41,989 | 35,665 | 4,304 | 2,020 |
| Vermilion | 57,359 | 44,477 | 8,810 | 1,447 | 623 | 2,002 | 43,012 | 34,363 | 5,787 | 1,037 | 488 | 1,337 | 35,511 | 29,693 | 4,555 | 1,263 |

# Splits

## Plan: SLS 241ES-21 (Price)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 3** | | | | | | | | | | | | | | | | |
| *Vernon | 33,101 | 23,828 | 4,870 | 1,043 | 1,044 | 2,316 | 24,452 | 18,091 | 3,231 | 773 | 729 | 1,628 | 12,974 | 10,903 | 1,079 | 992 |
| **District 3** | 776,249 | 555,655 | 154,675 | 17,548 | 13,872 | 34,499 | 586,407 | 432,072 | 107,317 | 12,674 | 10,207 | 24,137 | 445,031 | 352,141 | 72,719 | 20,171 |
| | 100.000% | 71.582% | 19.926% | 2.261% | 1.787% | 4.444% | 100.000% | 73.681% | 18.301% | 2.161% | 1.741% | 4.116% | 75.891% | 79.127% | 16.340% | 4.532% |
| **District 4** | | | | | | | | | | | | | | | | |
| Bienville | 12,981 | 6,950 | 5,600 | 57 | 207 | 167 | 10,073 | 5,486 | 4,284 | 30 | 162 | 111 | 8,336 | 4,509 | 3,728 | 99 |
| Bossier | 128,746 | 81,052 | 32,551 | 3,492 | 3,273 | 8,378 | 95,876 | 62,931 | 22,440 | 2,448 | 2,477 | 5,580 | 65,726 | 48,229 | 13,555 | 3,942 |
| Caddo | 237,848 | 103,457 | 119,304 | 4,034 | 3,840 | 7,213 | 182,407 | 85,059 | 86,359 | 3,008 | 2,958 | 5,023 | 131,942 | 64,381 | 61,471 | 6,090 |
| Caldwell | 9,645 | 7,646 | 1,632 | 51 | 150 | 166 | 7,478 | 5,969 | 1,224 | 46 | 116 | 123 | 5,813 | 4,959 | 762 | 92 |
| Claiborne | 14,170 | 7,263 | 6,360 | 88 | 185 | 274 | 11,507 | 6,258 | 4,824 | 55 | 140 | 230 | 8,390 | 4,557 | 3,677 | 156 |
| De Soto | 26,812 | 15,284 | 9,973 | 117 | 740 | 698 | 20,440 | 11,909 | 7,425 | 86 | 557 | 463 | 17,887 | 11,005 | 6,317 | 565 |
| Grant | 22,169 | 17,709 | 3,335 | 133 | 644 | 348 | 17,527 | 13,964 | 2,717 | 97 | 507 | 242 | 12,226 | 10,764 | 1,120 | 342 |
| Jackson | 15,031 | 9,967 | 4,166 | 175 | 255 | 468 | 11,783 | 7,967 | 3,125 | 140 | 174 | 377 | 9,375 | 6,570 | 2,610 | 195 |
| La Salle | 14,791 | 11,348 | 1,422 | 283 | 372 | 1,366 | 11,563 | 8,636 | 1,065 | 264 | 271 | 1,327 | 8,380 | 7,633 | 583 | 164 |
| Lincoln | 48,396 | 26,034 | 19,364 | 892 | 662 | 1,444 | 38,655 | 21,306 | 15,119 | 744 | 526 | 960 | 24,408 | 15,139 | 8,357 | 912 |
| Natchitoches | 37,515 | 19,361 | 15,725 | 255 | 861 | 1,313 | 29,349 | 16,010 | 11,415 | 198 | 683 | 1,043 | 20,675 | 11,761 | 8,016 | 898 |
| *Ouachita | 90,953 | 72,958 | 11,272 | 1,451 | 2,101 | 3,171 | 68,844 | 56,386 | 7,617 | 1,018 | 1,638 | 2,185 | 57,035 | 49,426 | 5,606 | 2,003 |
| Red River | 7,620 | 4,195 | 3,106 | 25 | 171 | 123 | 5,714 | 3,338 | 2,164 | 3 | 116 | 93 | 5,475 | 3,034 | 2,358 | 83 |
| Sabine | 22,155 | 15,036 | 3,861 | 94 | 2,723 | 441 | 17,064 | 12,054 | 2,655 | 66 | 1,970 | 319 | 13,570 | 10,287 | 1,912 | 1,371 |
| Union | 21,107 | 14,460 | 5,224 | 62 | 338 | 1,023 | 16,632 | 11,807 | 3,861 | 39 | 254 | 671 | 14,802 | 10,847 | 3,497 | 458 |
| *Vernon | 15,649 | 11,259 | 2,741 | 399 | 556 | 694 | 11,809 | 8,674 | 1,902 | 301 | 431 | 501 | 9,435 | 7,226 | 1,529 | 680 |
| Webster | 36,967 | 22,735 | 12,679 | 208 | 687 | 658 | 28,753 | 18,144 | 9,464 | 154 | 558 | 433 | 21,259 | 14,068 | 6,744 | 447 |
| Winn | 13,755 | 8,594 | 3,727 | 210 | 263 | 961 | 10,906 | 6,932 | 2,695 | 170 | 207 | 902 | 8,262 | 5,916 | 2,218 | 128 |
| **District 4** | 776,310 | 455,308 | 262,042 | 12,026 | 18,028 | 28,906 | 596,380 | 362,830 | 190,355 | 8,867 | 13,745 | 20,583 | 442,996 | 290,311 | 134,060 | 18,625 |
| | 100.000% | 58.650% | 33.755% | 1.549% | 2.322% | 3.724% | 100.000% | 60.839% | 31.918% | 1.487% | 2.305% | 3.451% | 74.281% | 65.534% | 30.262% | 4.204% |
| **District 5** | | | | | | | | | | | | | | | | |
| Avoyelles | 39,693 | 25,625 | 11,678 | 434 | 767 | 1,189 | 30,578 | 20,269 | 8,311 | 379 | 570 | 1,049 | 21,438 | 15,242 | 5,622 | 574 |
| Catahoula | 8,954 | 5,776 | 2,395 | 46 | 119 | 570 | 6,951 | 4,557 | 1,736 | 33 | 87 | 538 | 6,113 | 4,363 | 1,695 | 55 |
| Concordia | 18,687 | 10,275 | 7,725 | 122 | 233 | 332 | 14,217 | 8,108 | 5,613 | 100 | 167 | 229 | 11,419 | 6,816 | 4,418 | 185 |
| *East Baton Rouge | 216,003 | 45,353 | 155,329 | 4,729 | 1,519 | 9,073 | 162,926 | 38,040 | 113,867 | 3,603 | 1,200 | 6,386 | 127,317 | 29,588 | 91,583 | 6,146 |
| East Carroll | 7,459 | 2,054 | 5,272 | 29 | 43 | 61 | 5,901 | 1,773 | 4,043 | 19 | 27 | 39 | 4,564 | 1,218 | 3,305 | 41 |
| East Feliciana | 19,539 | 11,516 | 7,341 | 91 | 262 | 329 | 16,183 | 9,740 | 5,918 | 61 | 198 | 266 | 13,327 | 7,805 | 5,075 | 447 |
| Franklin | 19,774 | 12,492 | 6,802 | 70 | 205 | 205 | 15,028 | 9,901 | 4,779 | 44 | 153 | 151 | 12,350 | 8,423 | 3,718 | 108 |
| *Lafayette | 66,681 | 24,853 | 37,583 | 553 | 601 | 3,091 | 50,089 | 20,257 | 27,044 | 386 | 399 | 2,003 | 40,152 | 16,284 | 22,127 | 1,741 |
| Madison | 10,017 | 3,475 | 6,363 | 20 | 59 | 100 | 7,435 | 2,906 | 4,391 | 9 | 48 | 81 | 7,068 | 2,439 | 4,518 | 111 |
| Morehouse | 25,629 | 12,281 | 12,484 | 160 | 370 | 334 | 20,062 | 10,095 | 9,300 | 117 | 279 | 271 | 15,440 | 7,806 | 7,377 | 257 |

# Splits

## Plan: SLS 241ES-21 (Price)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 5** | | | | | | | | | | | | | | | | |
| *Ouachita | 69,415 | 15,587 | 49,945 | 1,337 | 560 | 1,986 | 51,356 | 13,588 | 34,673 | 1,100 | 421 | 1,574 | 38,595 | 8,723 | 28,415 | 1,457 |
| Pointe Coupee | 20,758 | 12,395 | 7,504 | 107 | 159 | 593 | 16,250 | 10,108 | 5,502 | 91 | 119 | 430 | 14,107 | 9,040 | 4,837 | 230 |
| *Rapides | 60,439 | 23,218 | 33,996 | 773 | 936 | 1,516 | 45,646 | 18,934 | 24,239 | 585 | 700 | 1,188 | 33,297 | 14,291 | 17,655 | 1,351 |
| Richland | 20,043 | 11,785 | 7,603 | 83 | 258 | 314 | 15,383 | 9,338 | 5,546 | 66 | 203 | 230 | 13,141 | 8,144 | 4,753 | 244 |
| St. Helena | 10,920 | 4,527 | 6,031 | 39 | 134 | 189 | 8,463 | 3,805 | 4,371 | 28 | 109 | 150 | 8,260 | 3,626 | 4,492 | 142 |
| St. Landry | 82,540 | 43,611 | 35,836 | 499 | 636 | 1,958 | 61,811 | 34,209 | 25,497 | 353 | 451 | 1,301 | 52,429 | 28,933 | 22,135 | 1,361 |
| *Tangipahoa | 23,399 | 10,578 | 11,824 | 126 | 229 | 642 | 17,669 | 8,508 | 8,474 | 106 | 155 | 426 | 11,678 | 6,151 | 5,237 | 290 |
| Tensas | 4,147 | 1,744 | 2,312 | 23 | 26 | 42 | 3,235 | 1,446 | 1,728 | 12 | 23 | 26 | 3,485 | 1,510 | 1,937 | 38 |
| West Baton Rouge | 27,199 | 14,307 | 11,170 | 287 | 326 | 1,109 | 20,526 | 11,146 | 8,149 | 209 | 219 | 803 | 16,753 | 9,620 | 6,764 | 369 |
| West Carroll | 9,751 | 7,894 | 1,425 | 27 | 180 | 225 | 7,532 | 6,223 | 1,010 | 20 | 136 | 143 | 6,871 | 5,770 | 1,013 | 88 |
| West Feliciana | 15,310 | 10,883 | 3,740 | 89 | 225 | 373 | 12,783 | 9,283 | 2,951 | 56 | 174 | 319 | 7,492 | 5,186 | 2,160 | 146 |
| **District 5** | 776,309 | 310,229 | 424,358 | 9,644 | 7,847 | 24,231 | 590,024 | 252,234 | 306,972 | 7,377 | 5,838 | 17,603 | 465,296 | 201,079 | 248,836 | 15,381 |
| | 100.000% | 39.962% | 54.664% | 1.242% | 1.011% | 3.121% | 100.000% | 42.750% | 52.027% | 1.250% | 0.989% | 2.983% | 78.861% | 43.215% | 53.479% | 3.306% |
| **District 6** | | | | | | | | | | | | | | | | |
| *Ascension | 102,041 | 72,917 | 17,515 | 2,110 | 1,808 | 7,691 | 73,879 | 54,461 | 11,792 | 1,373 | 1,254 | 4,999 | 62,520 | 49,274 | 9,591 | 3,655 |
| *East Baton Rouge | 240,778 | 150,716 | 58,069 | 11,696 | 3,208 | 17,089 | 192,686 | 125,841 | 43,093 | 8,996 | 2,547 | 12,209 | 141,520 | 103,157 | 27,919 | 10,444 |
| Livingston | 142,282 | 116,855 | 12,658 | 1,697 | 3,111 | 7,961 | 105,141 | 88,432 | 8,136 | 1,099 | 2,311 | 5,163 | 82,405 | 73,655 | 5,642 | 3,108 |
| *St. Tammany | 135,964 | 111,630 | 9,683 | 2,636 | 2,680 | 9,335 | 103,403 | 86,550 | 6,624 | 1,796 | 1,907 | 6,526 | 92,757 | 82,460 | 4,546 | 5,751 |
| *Tangipahoa | 109,758 | 70,758 | 30,055 | 1,348 | 2,225 | 5,372 | 83,822 | 56,697 | 20,743 | 994 | 1,672 | 3,716 | 51,608 | 40,021 | 9,575 | 2,012 |
| Washington | 45,463 | 29,943 | 13,434 | 216 | 736 | 1,134 | 34,951 | 23,743 | 9,732 | 154 | 561 | 761 | 27,151 | 18,603 | 7,892 | 656 |
| **District 6** | 776,286 | 552,819 | 141,414 | 19,703 | 13,768 | 48,582 | 593,882 | 435,724 | 100,120 | 14,412 | 10,252 | 33,374 | 457,961 | 367,170 | 65,165 | 25,626 |
| | 100.000% | 71.213% | 18.217% | 2.538% | 1.774% | 6.258% | 100.000% | 73.369% | 16.859% | 2.427% | 1.726% | 5.620% | 77.113% | 80.175% | 14.229% | 5.596% |

# Congress - Statewide



R030-015

# Congress - Jefferson / Orleans



# Congress - Northshore



# Congress - East Baton Rouge



R030-018

# Congress - Ascension



R030-019

# Congress - Lafayette



R030-020

# Congress - Iberia (part)



# Congress, Rapides



# Congress - Vernon



# Congress   Ouachita



R030-024