SLS 241ES-18                                          **ENGROSSED**

2024 First Extraordinary Session

SENATE BILL NO. 8

BY SENATOR WOMACK

CONGRESS. Provides for redistricting of Louisiana congressional districts. (Item #1)(See Act)

1                                      AN ACT

2     To enact R.S. 18:1276.1 and to repeal R.S. 18:1276, relative to congressional districts; to

3           provide for the redistricting of Louisiana's congressional districts; to provide with

4           respect to positions and offices, other than congressional, which are based upon

5           congressional districts; to provide for the effectiveness; and to provide for related

6           matters.

7     Be it enacted by the Legislature of Louisiana:

8           Section 1. R.S. 18:1276.1 is hereby enacted to read as follows:

9           **§1276.1. Congressional districts**

10          **Louisiana shall be divided into six congressional districts, and the**

11          **qualified electors of each district shall elect one representative to the United**

12          **States House of Representatives. The districts shall be composed as follows:**

13                **(1) District 1 is composed of Precincts 13, 14, 15, 18, 21, 22, 25, 26, 27, 33,**

14          **34, 35, 41, 43 and 69 of Ascension Parish; Precincts 1, 2, 3, 4, 5, 7, 8, 9, 10, 11,**

15          **12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34,**

16          **35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 51, 52, 53, 54, 55, 56, 58, 59, 60, 61, 62,**

17          **63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85,**

Coding: Words which are ~~struck through~~ are deletions from existing law; words in **boldface type and underscored** are additions.



Hearing Exhibit
**R032**

Case No. 3:24-cv-00122-DCJ-CES-RRS

SLS 241ES-18

1    **86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 105, 106,**

2    **117, 118, 119, 120, 121, 122, 123, 124, 125A, 125B, 126, 127, 128, 129, 130, 132,**

3    **134, 136, 192, 198, 199, 246, 247, 248, 1-GI, 1-H, 2-H, 3-H, 4-H, 5-H, 6-H, 7-H,**

4    **8-H, 9-H, 1-K, 2-K, 3-K, 4-K, 5-K, 6-KA, 6-KB, 7-KA, 7-KB, 8-K, 9-K, 10-K,**

5    **11-K, 12-K, 13-KA, 14-K, 16-K, 17-K, 18-K, 19-K, 20-K, 25-K, 27-K, 28-K,**

6    **29-K, 34-K, 35-K and 1-L of Jefferson Parish; Precincts 3-3, 3-6, 4-1, 4-2, 4-3,**

7    **4-4, 4-5, 4-6, 7-4, 8-1, 9-1, 9-2, 10-1, 10-2, 10-3, 10-4, 10-6, 10-8, 10-9, 10-10,**

8    **10-11, 10-12, 10-13, 10-14, 10-15, 10-16, 11-1, 11-2, 11-3 and 11-5 of Lafourche**

9    **Parish; Precincts 13A, 13B, 14, 15, 16, 17, 22, 31, 32 and 38 of Livingston**

10   **Parish; Precincts 4-7, 4-8, 4-9, 4-11, 4-14, 4-15, 4-17, 4-17A, 4-18, 4-20, 4-21,**

11   **4-22, 4-23, 5-12, 5-13, 5-15, 5-16, 5-17, 5-18, 6-9, 7-41, 7-42, 9-45, 9-45A, 11-4,**

12   **11-5, 11-8, 11-9, 11-10, 11-11, 12-5, 12-6, 12-7, 12-9, 12-10, 13-5, 13-7, 13-8, 14-1,**

13   **14-2, 14-3, 14-4, 14-5, 14-6, 14-7, 14-8, 14-9, 14-10, 14-11, 14-13A, 14-14, 14-15,**

14   **14-16, 14-17, 14-18A, 14-20, 14-21, 16-1, 16-1A, 17-1, 17-17, 17-18, 17-18A, 17-19**

15   **and 17-20 of Orleans Parish; Plaquemines Parish; Precincts 32, 33, 34, 41, 42A,**

16   **43, 44, 45, 46, 50, 51, 52, 53, 54 and 55 of St. Bernard Parish; Precincts 1-6, 2-6,**

17   **3-1, 3-2, 3-3, 5-5, 6-1, 6-2, 6-3, 6-4, 6-6 and 6-8 of St. Charles Parish; St.**

18   **Tammany Parish and Precincts 44, 49, 70, 70A, 71, 72, 72A, 73, 74, 120B, 122A,**

19   **122B, 122C, 124, 137, 137A, 137B, 137C, 137D, 139, 141, 141A, 143, 143A, 145,**

20   **147, 149, 149A and 151 of Tangipahoa Parish.**

21           **(2) District 2 is composed of Precincts 6, 7, 9, 11, 17, 20, 23, 24, 28, 30, 31,**

22   **32, 36, 37, 38, 39, 40, 42, 44, 45, 47, 48, 50, 51, 52, 53, 54, 55, 57, 58, 62, 63, 65, 66,**

23   **68, 71, 72, 73, 77 and 78 of Ascension Parish; Assumption Parish; Iberville**

24   **Parish; Precincts 57, 104, 108, 115, 116, 131, 133, 138, 150, 151, 152, 153, 154,**

25   **155, 156, 157A, 157B, 170, 171, 172, 173, 174, 175, 176, 177, 178, 179A, 179B,**

26   **180, 181, 182, 183, 184, 185A, 185B, 187, 188, 189, 190, 191, 193A, 193B, 194A,**

27   **194B, 195, 196, 197A, 197B, 200, 201, 202, 203, 204, 205, 210, 211, 212, 213A,**

28   **213B, 213C, 214A, 214B, 215, 216A, 216B, 216C, 217, 225, 226, 227, 228, 229,**

29   **230, 231, 232A, 232B, 234, 235, 236, 237, 238A, 238B, 1-G, 2-G, 3-G, 4-G, 5-G,**

Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **boldface type and underscored** are additions.

SLS 241ES-18

1    **6-G, 7-G, 8-G, 9-G, 10-G, 11-G, 12-G, 13-G, 13-KB, 15-K, 21-K, 22-K, 23-K,**

2    **24-K, 26-K, 30-K, 31-K, 33-K, 1-W, 2-W, 3-W, 4-W, 5-W, 6-W and 7-W of**

3    **Jefferson Parish; Precincts 1-2, 1-3, 1-4, 1-5, 1-6, 2-1, 2-1A, 2-3, 2-5, 2-7, 2-9,**

4    **2-10, 2-11, 2-16, 5-1, 5-1A and 5-3 of Lafourche Parish; Precincts 1-1, 1-2, 1-5,**

5    **1-6, 2-1, 2-2, 2-4, 2-6, 2-7, 3-1, 3-8, 3-9, 3-12, 3-14, 3-15, 3-18, 3-19, 3-20, 4-2, 4-3,**

6    **4-6, 5-1, 5-2, 5-3, 5-5, 5-7, 5-8, 5-9, 5-10, 5-11, 6-1, 6-2, 6-4, 6-6, 6-7, 6-8, 7-1, 7-2,**

7    **7-4, 7-5, 7-6, 7-7, 7-8, 7-9A, 7-10, 7-11, 7-12, 7-13, 7-14, 7-15, 7-16, 7-17, 7-18,**

8    **7-19, 7-20, 7-21, 7-23, 7-24, 7-25, 7-25A, 7-26, 7-27, 7-27B, 7-28, 7-28A, 7-29,**

9    **7-30, 7-32, 7-33, 7-35, 7-37, 7-37A, 7-40, 8-1, 8-2, 8-4, 8-6, 8-7, 8-8, 8-9, 8-12,**

10    **8-13, 8-14, 8-15, 8-19, 8-20, 8-21, 8-22, 8-23, 8-24, 8-25, 8-26, 8-27, 8-28, 8-30, 9-1,**

11    **9-3, 9-4, 9-5, 9-6, 9-7, 9-8, 9-9, 9-10, 9-11, 9-12, 9-13, 9-14, 9-15, 9-16, 9-17, 9-19,**

12    **9-21, 9-23, 9-25, 9-26, 9-28, 9-28C, 9-29, 9-30, 9-30A, 9-31, 9-31A, 9-31B, 9-31D,**

13    **9-32, 9-33, 9-34A, 9-35, 9-35A, 9-36, 9-36B, 9-37, 9-38, 9-38A, 9-39, 9-39B, 9-40,**

14    **9-40A, 9-40C, 9-41, 9-41A, 9-41B, 9-41C, 9-41D, 9-42, 9-42C, 9-43A, 9-43B,**

15    **9-43C, 9-43E, 9-43F, 9-43G, 9-43H, 9-43I, 9-43J, 9-43K, 9-43L, 9-43M, 9-43N,**

16    **9-44, 9-44A, 9-44B, 9-44D, 9-44E, 9-44F, 9-44G, 9-44I, 9-44J, 9-44L, 9-44M,**

17    **9-44N, 9-44O, 9-44P, 9-44Q, 10-3, 10-6, 10-7, 10-8, 10-9, 10-11, 10-12, 10-13,**

18    **10-14, 11-2, 11-3, 11-12, 11-13, 11-14, 11-17, 12-1, 12-2, 12-3, 12-4, 12-11, 12-12,**

19    **12-13, 12-14, 12-16, 12-17, 12-19, 13-1, 13-2, 13-3, 13-4, 13-6, 13-9, 13-10, 13-11,**

20    **13-12, 13-13, 13-14, 13-15, 13-16, 14-12, 14-19, 14-23, 14-24A, 14-25, 14-26, 15-1,**

21    **15-2, 15-3, 15-5, 15-6, 15-8, 15-9, 15-10, 15-11, 15-12, 15-12A, 15-13, 15-13A,**

22    **15-13B, 15-14, 15-14A, 15-14B, 15-14C, 15-14D, 15-14E, 15-14F, 15-14G, 15-15,**

23    **15-15A, 15-15B, 15-16, 15-17, 15-17A, 15-17B, 15-18, 15-18A, 15-18B, 15-18C,**

24    **15-18D, 15-18E, 15-18F, 15-19, 15-19A, 15-19B, 15-19C, 16-2, 16-3, 16-4, 16-5,**

25    **16-6, 16-7, 16-8, 16-9, 17-2, 17-3, 17-4, 17-5, 17-6, 17-7, 17-8, 17-9, 17-10, 17-11,**

26    **17-12, 17-13, 17-13A, 17-14, 17-15 and 17-16 of Orleans Parish; Precincts 10, 11,**

27    **12, 13, 14, 15, 20, 21, 22, 23, 24, 25, 30, 31, 40 and 42 of St. Bernard Parish;**

28    **Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 2-1, 2-3, 2-4, 2-5, 4-1, 4-2, 4-3, 4-4, 4-5, 5-1, 5-3,**

29    **5-4, 7-1, 7-2, 7-3, 7-4, 7-5 and 7-6 of St. Charles Parish; St. James Parish and St.**

Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **boldface type and underscored** are additions.

SLS 241ES-18

1     **John the Baptist Parish.**

2     **(3) District 3 is composed of Acadia Parish; Precincts 167, 260, 261, 262,**

3     **300, 301, 302, 303, 304, 305, 306, 307, 308, 309E, 309W, 310, 311, 312, 313E,**

4     **313W, 314, 315E, 315W, 316E, 316W, 317, 318, 319N, 319S, 320E, 320W, 321,**

5     **322, 323, 324, 325, 326, 327, 328, 329, 330, 331, 332N, 332S, 333, 334, 335, 336,**

6     **337, 338, 339, 340, 360, 361, 362, 363, 364, 368, 369, 370, 372, 405, 440, 441, 463,**

7     **464, 467, 800, 801, 860S, 861E and 861W of Calcasieu Parish; Cameron Parish;**

8     **Iberia Parish; Jefferson Davis Parish; Precincts 1, 3, 8, 25, 26, 27, 28, 29, 30, 31,**

9     **32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 65, 66, 67, 69, 70,**

10     **71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93,**

11     **94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111,**

12     **114, 115, 116, 117, 118, 119, 120, 121, 123, 124, 125, 126, 127, 128, 130, 131, 133,**

13     **134, 135 and 136 of Lafayette Parish; Precincts 1-1, 2-2, 2-6, 2-8, 2-12, 2-13,**

14     **2-14, 2-15, 3-1, 3-2, 3-4, 3-5, 3-7, 5-2, 6-1, 6-2, 6-3, 6-4, 6-5, 7-1, 7-2, 7-3 and 11-4**

15     **of Lafourche Parish; St. Martin Parish; St. Mary Parish; Terrebonne Parish**

16     **and Vermilion Parish.**

17     **(4) District 4 is composed of Allen Parish; Beauregard Parish; Bienville**

18     **Parish; Bossier Parish; Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 1-6, 1-7, 1-8, 1-9, 1-10,**

19     **1-11, 1-12, 1-13, 1-14, 2-1, 2-2, 2-4, 2-7, 3-1, 3-8, 4-1, 4-2, 4-3, 4-4, 4-5, 4-6, 4-7,**

20     **4-8, 4-9, 4-10, 5-10, 6-1, 7-1, 8-1, 8-2, 8-3, 8-4, 8-5, 8-6, 8-7, 8-8, 8-9, 9-1, 9-2, 9-3,**

21     **9-4, 9-5, 9-6, 9-7, 9-8, 9-9, 9-10, 9-11, 9-12, 9-13, 10-2, 11-1, 11-2, 11-3, 11-6, 11-7,**

22     **11-9, 11-10, 12-1, 12-3, 12-7, 12-8 and 12-9 of Caddo Parish; Precincts 160E,**

23     **160W, 161, 162E, 162W, 163, 164, 165, 166E, 166W, 365, 366, 367, 371N, 371S,**

24     **400, 401, 402, 403, 404, 406, 407, 408, 460E, 460W, 461, 465, 466E, 466W, 468,**

25     **469, 560, 561, 562, 600, 601, 602, 603, 660, 661, 662, 663, 664, 700, 701, 702, 703,**

26     **760, 761, 762 and 860N of Calcasieu Parish; Claiborne Parish; Precincts 10, 11,**

27     **11B, 11C, 16, 16A, 16B, 16C, 23, 28, 30A, 31A, 34, 34A, 34B, 35, 35A, 35B, 37,**

28     **37C, 46, 46A, 48, 49, 49A and 51 of De Soto Parish; Evangeline Parish; Grant**

29     **Parish; Jackson Parish; Lincoln Parish; Precincts 1, 1A, 2, 4, 25, 32, 33, 38, 41,**

Coding: Words which are ~~struck through~~ are deletions from existing law; words in **boldface type and underscored** are additions.

SLS 241ES-18

**ENGROSSED**
SB NO. 8

1    **43, 44, 44A, 45, 49, 50, 51, 51A, 53, 55, 57, 58, 61, 64, 71, 75, 76 and 77 of**

2    **Ouachita Parish; Precincts C22, C23, C35, C37-A, C37-B, C41, S7, S8, S9, S10,**

3    **S11, S13, S14, S21, S22, S23, S24, S25, S26, S27, S28 and S29 of Rapides Parish;**

4    **Red River Parish; Sabine Parish; Union Parish; Vernon Parish; Webster Parish**

5    **and Winn Parish.**

6        **(5) District 5 is composed of Precincts 1, 2, 3, 4, 5, 8, 10, 12, 16, 19, 61, 64**

7    **and 76 of Ascension Parish; Precincts 1-1, 1-2, 1-3, 1-3A, 2-1, 2-1A, 2-2, 2-2A,**

8    **2-2B, 2-2C, 2-2D, 2-2F, 2-3A, 2-4, 2-4A, 2-5, 2-5E, 2-7, 2-8, 3-1B, 4-1, 4-2, 5-1,**

9    **5-1A, 5-1B, 6-1A, 6-2, 6-2A, 7-3B and 9-4B of Avoyelles Parish; Caldwell Parish;**

10   **Catahoula Parish; Concordia Parish; Precincts 1-12, 1-34, 1-41, 1-42, 1-43, 1-44,**

11   **1-46, 1-47, 1-49, 1-56, 1-69, 1-74, 1-75, 1-76, 1-79, 1-80, 1-99, 1-105, 1-107, 2-6,**

12   **2-7, 2-8, 2-33, 3-1, 3-2, 3-3, 3-4, 3-5, 3-6, 3-7, 3-9, 3-13, 3-14, 3-15, 3-16, 3-17,**

13   **3-18, 3-21, 3-22, 3-23, 3-25, 3-26, 3-29, 3-30, 3-31, 3-33, 3-34, 3-35, 3-36, 3-37,**

14   **3-38, 3-39, 3-40, 3-41, 3-43, 3-45, 3-46, 3-47, 3-48, 3-49, 3-51, 3-53, 3-58, 3-60,**

15   **3-61, 3-62, 3-64, 3-65, 3-66, 3-67, 3-68, 3-71, 3-73 and 3-74 of East Baton Rouge**

16   **Parish; East Carroll Parish; East Feliciana Parish; Franklin Parish; La Salle**

17   **Parish; Precincts 1, 1A, 1B, 1C, 1D, 2, 2A, 3, 3A, 3B, 4, 4A, 4B, 5, 5A, 5B, 5D, 6,**

18   **6A, 6B, 7, 7A, 7B, 7C, 7D, 8A, 8B, 9, 10, 11, 11A, 12, 18, 18A, 19, 19A, 20, 21,**

19   **21A, 21B, 23, 23A, 23B, 23C, 24, 24B, 24C, 24D, 25, 26, 26A, 26B, 26C, 27, 28,**

20   **29, 30, 33, 34, 35, 35A, 36, 36A, 39, 39A, 39B, 40, 40A, 41 and 43 of Livingston**

21   **Parish; Madison Parish; Morehouse Parish; Precincts 3, 5, 6, 7, 8, 9, 9A, 10, 11,**

22   **12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 26, 27, 28, 30, 31, 34, 35, 36, 37, 39,**

23   **40, 42, 46, 47, 48, 52, 52A, 54, 56, 56A, 59, 60, 62, 63, 65, 65A, 66, 67, 68, 69, 70,**

24   **72, 73, 74, 78 and 79 of Ouachita Parish; Richland Parish; St. Helena Parish;**

25   **Precincts 2, 6, 11, 15, 16, 17, 28, 33, 40A, 41, 42, 43, 45A, 45B, 46, 47, 101, 102,**

26   **104, 105, 106, 106A, 107, 108, 109, 110, 111A, 112, 114, 115B, 116, 117, 118,**

27   **118A, 119, 120, 120A, 121, 121A, 123, 125, 127, 129A, 133 and 133A of**

28   **Tangipahoa Parish; Tensas Parish; Washington Parish; West Carroll Parish**

29   **and West Feliciana Parish.**

Coding: Words which are ~~struck through~~ are deletions from existing law; words in **boldface type and underscored** are additions.

SLS 241ES-18

-1**ENGROSSED**
SB NO. 8

1   **(6) District 6 is composed of Precincts 3-1, 3-3, 4-2A, 4-2B, 6-1B, 7-1, 7-3,**

2   **8-1, 8-2A, 8-2B, 8-3, 8-3A, 9-1A, 9-2, 9-2A, 9-3, 9-4, 9-5B, 10-2, 10-2A, 10-2B,**

3   **10-3A, 10-3B, 10-4, 11-1 and 11-2A of Avoyelles Parish; Precincts 2-3, 2-5, 2-6,**

4   **2-8, 2-9, 2-10, 2-11, 2-12, 3-2, 3-3, 3-4, 3-5, 3-6, 3-7, 3-9, 5-1, 5-2, 5-3, 5-4, 5-5, 5-6,**

5   **5-7, 5-8, 5-9, 5-11, 6-2, 6-3, 6-4, 6-5, 6-6, 6-7, 6-8, 6-9, 6-10, 7-2, 7-3, 7-4, 7-5, 7-6,**

6   **7-7, 7-8, 7-9, 7-10, 10-1, 10-3, 10-4, 10-5, 10-6, 10-7, 10-8, 10-9, 11-4, 11-5, 11-8,**

7   **12-2, 12-4, 12-5, 12-6, 12-10 and 12-11 of Caddo Parish; Precincts 1, 4, 5, 5A, 6,**

8   **6A, 6B, 9, 21, 22, 22A, 26, 26A, 30, 31, 32, 33, 33A, 38, 38A, 42, 44, 46B, 53, 55,**

9   **56, 59, 60, 60A, 63 and 63A of De Soto Parish; Precincts 1-1, 1-2, 1-3, 1-4, 1-5,**

10  **1-6, 1-7, 1-8, 1-9, 1-10, 1-11, 1-13, 1-14, 1-15, 1-16, 1-17, 1-18, 1-19, 1-20, 1-21,**

11  **1-22, 1-23, 1-24, 1-25, 1-26, 1-27, 1-28, 1-29, 1-30, 1-31, 1-32, 1-33, 1-35, 1-36,**

12  **1-37, 1-38, 1-39, 1-40, 1-45, 1-48, 1-50, 1-51, 1-52, 1-53, 1-54, 1-55, 1-57, 1-58,**

13  **1-59, 1-60, 1-61, 1-62, 1-63, 1-64, 1-65, 1-66, 1-67, 1-68, 1-70, 1-71, 1-72, 1-73,**

14  **1-77, 1-78, 1-81, 1-82, 1-83, 1-84, 1-85, 1-86, 1-87, 1-88, 1-89, 1-90, 1-91, 1-92,**

15  **1-93, 1-94, 1-95, 1-96, 1-97, 1-98, 1-100, 1-101, 1-102, 1-103, 1-104, 2-1, 2-2, 2-3,**

16  **2-4, 2-5, 2-9, 2-10, 2-11, 2-12, 2-13, 2-14, 2-15, 2-16, 2-17, 2-18, 2-19, 2-20, 2-21,**

17  **2-22, 2-23, 2-24, 2-25, 2-26, 2-27, 2-28, 2-29, 2-30, 2-31, 2-32, 2-34, 2-35, 2-36,**

18  **2-37, 2-38, 3-8, 3-10, 3-11, 3-12, 3-19, 3-20, 3-24, 3-27, 3-28, 3-32, 3-42, 3-44, 3-50,**

19  **3-52, 3-54, 3-55, 3-56, 3-57, 3-59, 3-63, 3-69, 3-70, 3-72, 3-75 and 3-76 of East**

20  **Baton Rouge Parish; Precincts 2, 4, 5, 6, 7, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19,**

21  **20, 21, 22, 23, 24, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 63, 64, 68, 112, 113,**

22  **122 and 129 of Lafayette Parish; Natchitoches Parish; Pointe Coupee Parish;**

23  **Precincts C1, C2, C3, C4, C5, C6, C7, C8, C9, C10, C11-A, C11-B, C13, C14,**

24  **C15, C17, C18, C19, C20, C21, C24, C25, C26, C27, C28, C30, C31, C32, C33,**

25  **C34, C36, C38-A, C38-B, C39, C40, C42, N1, N2, N3, N4, N5, N6, N7, N8, N9,**

26  **N10, N11, N12, N13-A, N13-B, N14-A, N14-B, N15, N16, N17, N18-A, N18-B,**

27  **N19, N20, N21, N22, N23, N24, N25, N26, N27, N28, N29, S1, S2, S4, S5, S6A,**

28  **S6B, S15, S16, S17, S18, S19 and S20 of Rapides Parish; St. Landry Parish and**

29  **West Baton Rouge Parish.**

Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **boldface type and underscored** are additions.

R032-006

SLS 241ES-18

1       Section 2. R.S. 18:1276 is hereby repealed.

2       Section 3.(A) The precincts referenced in this Act are those contained in the file

3   named "2024 Precinct Shapefiles (1-10-2024)" available on the website of the Legislature

4   of Louisiana on the effective date of this Section. The 2024 Precinct Shapefiles are based

5   upon those Voting Districts (VTDs) contained in the 2020 Census Redistricting TIGER/Line

6   Shapefiles for the State of Louisiana as those files have been modified and validated through

7   the data verification program of the Louisiana House of Representatives and the Louisiana

8   Senate to represent precinct changes submitted through January 10, 2024, to the Legislature

9   of Louisiana by parish governing authorities pursuant to the provisions of R.S. 18:532 and

10   532.1.

11       (B) When a precinct referenced in this Act has been subdivided by action of the

12   parish governing authority on a nongeographic basis or subdivided by action of the parish

13   governing authority on a geographic basis in accordance with the provisions of R.S.

14   18:532.1, the enumeration in this Act of the general precinct designation shall include all

15   nongeographic and all geographic subdivisions thereof, however such subdivisions may be

16   designated.

17       (C) The territorial limits of the districts as provided in this Act shall continue in

18   effect until changed by law regardless of any subsequent change made to the precincts by

19   the parish governing authority.

20       Section 4. The provisions of this Act shall not reduce the term of office of any person

21   holding any position or office on the effective date of this Section for which the appointment

22   or election is based upon a congressional district as composed pursuant to R.S. 18:1276. Any

23   position or office that is filled by appointment or election based upon a congressional district

24   and that is to be filled after January 3, 2025, shall be appointed or elected from a district as

25   it is described in Section 1 of this Act.

26       Section 5.(A) Solely for the purposes of qualifying for election and the conduct of

27   the election of representatives to the United States Congress at the regularly scheduled

28   election for representatives to the congress in 2024, the provisions of Section 1 of this Act

29   shall become effective upon signature of this Act by the governor or, if not signed by the

Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **boldface type and underscored** are additions.

SLS 241ES-18                                                          **ENGROSSED**
                                                                      SB NO. 8

1   governor, upon expiration of the time for bills to become law without signature by the

2   governor, as provided in Article III, Section 18 of the Constitution of Louisiana. If this Act

3   is vetoed by the governor and subsequently approved by the legislature, the provisions of

4   Section 1 of this Act shall become effective on the day following such approval for the

5   purposes established in this Subsection.

6          (B) For subsequent elections of representatives to the United States Congress and for

7   all other purposes, the provisions of Section 1 of this Act shall become effective at noon on

8   January 3, 2025.

9          (C) The provisions of Section 2 of this Act shall become effective at noon on January

10  3, 2025.

11         (D) The provisions of this Section and Sections 3 and 4 of this Act shall become

12  effective upon signature of this Act by the governor or, if not signed by the governor, upon

13  expiration of the time for bills to become law without signature by the governor, as provided

14  in Article III, Section 18 of the Constitution of Louisiana. If this Act is vetoed by the

15  governor and subsequently approved by the legislature, the provisions of this Section and

16  Sections 3 and 4 of this Act shall become effective on the day following such approval.

---

The original instrument and the following digest, which constitutes no part
of the legislative instrument, were prepared by J. W. Wiley.

---

DIGEST

SB 8 Engrossed            2024 First Extraordinary Session            Womack

Present U.S. Constitution (14th Amendment) provides that representatives in congress shall
be apportioned among the several states according to their respective numbers, counting the
whole number of persons in each state. The U.S. Supreme Court has held that the population
of congressional districts in the same state must be as nearly equal in population as
practicable.

Present law provides for six congressional districts based upon the 2020 federal decennial
census.

Proposed law redraws district boundaries for the congressional districts based upon the 2020
federal decennial census.

Proposed law provides that the new districts become effective upon signature of governor
or lapse of time for gubernatorial action for election purposes only for the regular
congressional elections in 2024. Retains present law districts based upon the 2020 census
until noon on January 3, 2025, at which time present law is repealed and the new districts
based upon the 2020 census, as established by proposed law, become effective for all other
purposes.

Page 8 of 9

Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **boldface type and underscored** are additions.

SLS 241ES-18                                                    **ENGROSSED**
                                                               SB NO. 8

<u>Proposed law</u> specifies that precincts referenced in district descriptions are those precincts identified as Voting Districts (VTDs) contained in the file named "2024 Precinct Shapefiles (1-10-2024)" available on the La. Legislature's website. Specifies that the 2024 Precinct Shapefiles are based upon those Voting Districts (VTDs) contained in the 2020 Census Redistricting TIGER/Line Shapefiles for the State of Louisiana as those files have been modified and validated through the data verification program of the La. legislature. Also specifies that if any such precinct has been subdivided by action of the parish governing authority on a nongeographic basis or subdivided by action of the parish governing authority on a geographic basis in accordance with <u>present law</u>, the enumeration of the general precinct designation shall include all nongeographic and all geographic subdivisions thereof. Further provides that the territorial limits of the districts as enacted shall continue in effect until changed by law regardless of any subsequent change made to the precincts by the parish governing authority.

<u>Proposed law</u> specifies that <u>proposed law</u> does not reduce the term of office of any person holding any position or office on the effective date of <u>proposed law</u> for which the appointment or election is based upon a congressional district as composed pursuant to <u>present law</u>. Specifies that any position or office filled after Jan. 1, 2025, for which the appointment or election is based upon a congressional district shall be appointed or elected from a district as it is described in <u>proposed law.</u>

Population data in the summaries accompanying this digest are derived from 2020 Census Redistricting Data (Public Law 94-171), Summary File for Louisiana. Population data, statistical information, and maps are supplied for purposes of information and analysis and comprise no part of <u>proposed law.</u>

Effective upon signature of governor or lapse of time for gubernatorial action for election purposes only for the regular congressional elections in 2024; effective for all other purposes at noon on January 3, 2025.

(Adds R.S. 18:1276.1; repeals R.S. 18:1276)


<u>Summary of Amendments Adopted by Senate</u>

    <u>Committee Amendments Proposed by Senate Committee on Senate and Governmental Affairs to the original bill</u>

    1.    Changes boundaries of districts.

Coding: Words which are ~~struck through~~ are deletions from existing law; words in **boldface type and underscored** are additions.

# Plan Statistics

### Plan: Senate Bill 8 Engrossed by Sen. Womack

| Districts: | # of Members | Actual Population | Ideal Population | Absolute Deviation | Relative Deviation |
|---|---|---|---|---|---|
| District 1 | 1 | 776,327 | 776,292 | 35 | 0.005% |
| District 2 | 1 | 776,316 | 776,292 | 24 | 0.003% |
| District 3 | 1 | 776,287 | 776,292 | -5 | -0.001% |
| District 4 | 1 | 776,302 | 776,292 | 10 | 0.001% |
| District 5 | 1 | 776,285 | 776,292 | -7 | -0.001% |
| District 6 | 1 | 776,240 | 776,292 | -52 | -0.007% |
| Grand Total: | 6 | 4,657,757 | 4,657,752 | | |

| | | | | |
|---|---|---|---|---|
| Ideal Population Per Member: | 776292 | | | |
| Number of Districts for Plan Type: | 6 | | | |
| | | | | |
| Range of District Populations: | 776,240 | to | 776,327 | |
| | | | | |
| Absolute Mean Deviation: | 14 | | | |
| Absolute Range: | -52 | to | 35 | |
| Absolute Overall Range: | 87 | | | |
| | | | | |
| Relative Mean Deviation: | 0.00% | | | |
| Relative Range: | -0.01% | to | 0.00% | |
| Relative Overall Range: | 0.01% | | | |

| | |
|---|---|
| *Ideal - Actual:* | *-5* |
| *Remainder:* | *5* |
| *Unassigned Population:* | *0* |

# Total Population

Plan: Senate Bill 8 Engrossed by Sen. Womack

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | Total Hispanic | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | VAP Hispanic Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | 776,327 | 553,751 | 108,188 | 23,991 | 17,494 | 72,903 | 90,968 | 603,907 | 444,675 | 76,646 | 17,622 | 12,740 | 52,224 | 64,365 |
| | 100.000% | 71.330% | 13.936% | 3.090% | 2.253% | 9.391% | 11.718% | 100.000% | 73.633% | 12.692% | 2.918% | 2.110% | 8.648% | 10.658% |
| District 2 | 776,316 | 271,367 | 412,387 | 24,960 | 9,683 | 57,919 | 74,305 | 598,204 | 225,203 | 305,124 | 19,711 | 7,377 | 40,789 | 51,406 |
| | 100.000% | 34.956% | 53.121% | 3.215% | 1.247% | 7.461% | 9.571% | 100.000% | 37.647% | 51.007% | 3.295% | 1.233% | 6.819% | 8.593% |
| District 3 | 776,287 | 514,019 | 189,998 | 16,980 | 18,502 | 36,788 | 43,292 | 588,557 | 405,242 | 132,825 | 12,215 | 12,990 | 25,285 | 29,021 |
| | 100.000% | 66.215% | 24.475% | 2.187% | 2.383% | 4.739% | 5.577% | 100.000% | 68.853% | 22.568% | 2.075% | 2.207% | 4.296% | 4.931% |
| District 4 | 776,302 | 541,739 | 169,212 | 13,823 | 20,170 | 31,358 | 39,630 | 593,646 | 424,349 | 122,168 | 9,987 | 15,060 | 22,082 | 27,348 |
| | 100.000% | 69.785% | 21.797% | 1.781% | 2.598% | 4.039% | 5.105% | 100.000% | 71.482% | 20.579% | 1.682% | 2.537% | 3.720% | 4.607% |
| District 5 | 776,285 | 491,932 | 225,122 | 14,471 | 12,211 | 32,549 | 38,166 | 597,217 | 392,767 | 160,995 | 10,902 | 9,249 | 23,304 | 26,564 |
| | 100.000% | 63.370% | 29.000% | 1.864% | 1.573% | 4.193% | 4.916% | 100.000% | 65.766% | 26.958% | 1.825% | 1.549% | 3.902% | 4.448% |
| District 6 | 776,240 | 284,844 | 438,212 | 13,063 | 9,000 | 31,121 | 36,188 | 589,017 | 232,275 | 318,011 | 9,979 | 6,824 | 21,928 | 24,958 |
| | 100.000% | 36.695% | 56.453% | 1.683% | 1.159% | 4.009% | 4.662% | 100.000% | 39.434% | 53.990% | 1.694% | 1.159% | 3.723% | 4.237% |
| Grand Total | 4,657,757 | 2,657,652 | 1,543,119 | 107,288 | 87,060 | 262,638 | 322,549 | 3,570,548 | 2,124,511 | 1,115,769 | 80,416 | 64,240 | 185,612 | 223,662 |
| | 100.000% | 57.059% | 33.130% | 2.303% | 1.869% | 5.639% | 6.925% | 100.000% | 59.501% | 31.249% | 2.252% | 1.799% | 5.198% | 6.264% |

# Voter Registration

## Plan: Senate Bill 8 Engrossed by Sen. Womack

| | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 | Reg Dem Total Dec 2023 | Reg Rep Total Dec 2023 | Reg Other Total Dec 2023 |
|---|---|---|---|---|---|---|---|
| District 1 | 479,186 | 385,098 | 51,969 | 42,119 | 127,253 | 205,251 | 146,682 |
| | 79.348% | 80.365% | 10.845% | 8.790% | 26.556% | 42.833% | 30.611% |
| District 2 | 466,623 | 181,215 | 245,721 | 39,687 | 267,146 | 76,552 | 122,925 |
| | 78.004% | 38.835% | 52.659% | 8.505% | 57.251% | 16.406% | 26.344% |
| District 3 | 452,113 | 336,261 | 94,266 | 21,586 | 142,481 | 185,022 | 124,610 |
| | 76.817% | 74.375% | 20.850% | 4.774% | 31.514% | 40.924% | 27.562% |
| District 4 | 443,328 | 339,359 | 84,236 | 19,733 | 124,622 | 202,564 | 116,142 |
| | 74.679% | 76.548% | 19.001% | 4.451% | 28.111% | 45.692% | 26.198% |
| District 5 | 453,903 | 315,312 | 120,990 | 17,601 | 154,290 | 182,707 | 116,906 |
| | 76.003% | 69.467% | 26.655% | 3.878% | 33.992% | 40.252% | 25.756% |
| District 6 | 447,134 | 183,201 | 244,647 | 19,286 | 236,714 | 99,530 | 110,890 |
| | 75.912% | 40.972% | 54.714% | 4.313% | 52.940% | 22.260% | 24.800% |
| Grand Total | 2,742,287 | 1,740,446 | 841,829 | 160,012 | 1,052,506 | 951,626 | 738,155 |

# Splits

Plan: Senate Bill 8 Engrossed by Sen. Womack

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 1** | | | | | | | | | | | | | | | | |
| *Ascension | 27,718 | 23,228 | 2,058 | 201 | 522 | 1,709 | 20,611 | 17,693 | 1,304 | 121 | 368 | 1,125 | 17,243 | 15,672 | 954 | 617 |
| *Jefferson | 240,081 | 155,518 | 30,822 | 11,880 | 4,356 | 37,505 | 192,148 | 129,999 | 22,555 | 8,951 | 3,295 | 27,348 | 144,399 | 112,491 | 12,528 | 19,380 |
| *Lafourche | 47,193 | 37,212 | 3,189 | 577 | 3,242 | 2,973 | 35,543 | 29,123 | 1,939 | 413 | 2,140 | 1,928 | 25,117 | 22,442 | 1,115 | 1,560 |
| *Livingston | 13,310 | 11,276 | 1,138 | 84 | 259 | 553 | 10,369 | 8,949 | 804 | 46 | 207 | 363 | 8,639 | 7,732 | 668 | 239 |
| *Orleans | 64,493 | 50,312 | 6,498 | 2,503 | 749 | 4,431 | 53,843 | 42,329 | 5,556 | 1,950 | 609 | 3,399 | 41,535 | 34,071 | 3,239 | 4,225 |
| Plaquemines | 23,515 | 14,287 | 5,428 | 1,317 | 697 | 1,786 | 17,334 | 10,856 | 3,857 | 925 | 500 | 1,196 | 13,143 | 8,996 | 2,934 | 1,213 |
| *St. Bernard | 20,543 | 11,907 | 5,780 | 617 | 436 | 1,803 | 14,871 | 8,992 | 3,854 | 424 | 327 | 1,274 | 12,975 | 8,866 | 3,231 | 878 |
| *St. Charles | 19,887 | 13,870 | 3,607 | 347 | 356 | 1,707 | 14,990 | 10,865 | 2,485 | 229 | 241 | 1,170 | 12,791 | 9,837 | 2,063 | 891 |
| St. Tammany | 264,570 | 196,641 | 38,643 | 5,774 | 5,660 | 17,852 | 202,228 | 154,621 | 26,761 | 4,075 | 4,161 | 12,610 | 174,307 | 141,262 | 21,129 | 11,916 |
| *Tangipahoa | 55,017 | 39,500 | 11,025 | 691 | 1,217 | 2,584 | 41,970 | 31,248 | 7,531 | 488 | 892 | 1,811 | 29,037 | 23,729 | 4,108 | 1,200 |
| **District 1** | **776,327** | **553,751** | **108,188** | **23,991** | **17,494** | **72,903** | **603,907** | **444,675** | **76,646** | **17,622** | **12,740** | **52,224** | **479,186** | **385,098** | **51,969** | **42,119** |
| | 100.000% | 71.330% | 13.936% | 3.090% | 2.253% | 9.391% | 100.000% | 73.633% | 12.692% | 2.918% | 2.110% | 8.648% | 79.348% | 80.365% | 10.845% | 8.790% |
| **District 2** | | | | | | | | | | | | | | | | |
| *Ascension | 67,009 | 34,447 | 25,291 | 1,260 | 985 | 5,026 | 48,560 | 26,086 | 17,639 | 850 | 679 | 3,306 | 41,549 | 23,859 | 15,251 | 2,439 |
| Assumption | 21,039 | 13,722 | 6,220 | 96 | 258 | 743 | 16,616 | 11,145 | 4,707 | 57 | 197 | 510 | 13,323 | 8,977 | 4,131 | 215 |
| Iberville | 30,241 | 14,833 | 13,730 | 202 | 274 | 1,202 | 24,086 | 12,462 | 10,232 | 149 | 221 | 1,022 | 19,906 | 9,999 | 9,484 | 423 |
| *Jefferson | 200,700 | 65,417 | 95,395 | 11,144 | 3,330 | 25,414 | 152,506 | 54,136 | 69,620 | 8,741 | 2,540 | 17,469 | 109,034 | 40,445 | 53,674 | 14,915 |
| *Lafourche | 19,271 | 10,678 | 7,472 | 188 | 292 | 641 | 14,620 | 8,657 | 5,185 | 132 | 200 | 446 | 10,440 | 6,675 | 3,412 | 353 |
| *Orleans | 319,504 | 76,150 | 212,471 | 10,353 | 2,917 | 17,613 | 252,353 | 67,923 | 160,512 | 8,570 | 2,339 | 13,009 | 196,855 | 52,054 | 127,351 | 17,450 |
| *St. Bernard | 23,221 | 12,590 | 6,529 | 764 | 511 | 2,827 | 16,904 | 10,000 | 4,090 | 558 | 361 | 1,895 | 12,710 | 9,178 | 2,362 | 1,170 |
| *St. Charles | 32,662 | 19,680 | 10,321 | 490 | 569 | 1,602 | 24,551 | 15,289 | 7,405 | 300 | 426 | 1,131 | 20,791 | 13,574 | 6,207 | 1,010 |
| St. James | 20,192 | 9,973 | 9,762 | 60 | 82 | 315 | 15,505 | 7,883 | 7,297 | 31 | 64 | 230 | 14,531 | 7,116 | 7,196 | 219 |
| St. John the Baptist | 42,477 | 13,877 | 25,196 | 403 | 465 | 2,536 | 32,503 | 11,622 | 18,437 | 323 | 350 | 1,771 | 27,484 | 9,338 | 16,653 | 1,493 |
| **District 2** | **776,316** | **271,367** | **412,387** | **24,960** | **9,683** | **57,919** | **598,204** | **225,203** | **305,124** | **19,711** | **7,377** | **40,789** | **466,623** | **181,215** | **245,721** | **39,687** |
| | 100.000% | 34.956% | 53.121% | 3.215% | 1.247% | 7.461% | 100.000% | 37.647% | 51.007% | 3.295% | 1.233% | 6.819% | 78.004% | 38.835% | 52.659% | 8.505% |
| **District 3** | | | | | | | | | | | | | | | | |
| Acadia | 57,564 | 44,480 | 10,864 | 238 | 573 | 1,421 | 42,943 | 34,071 | 7,383 | 173 | 400 | 916 | 36,151 | 29,438 | 5,995 | 718 |
| *Calcasieu | 131,299 | 69,747 | 50,290 | 3,564 | 1,764 | 5,934 | 99,893 | 55,812 | 35,987 | 2,563 | 1,347 | 4,184 | 65,841 | 39,808 | 22,822 | 3,211 |
| Cameron | 5,617 | 5,232 | 125 | 30 | 75 | 155 | 4,358 | 4,100 | 79 | 23 | 47 | 109 | 4,072 | 3,936 | 61 | 75 |
| Iberia | 69,929 | 39,206 | 24,556 | 2,123 | 794 | 3,250 | 52,791 | 31,295 | 17,069 | 1,562 | 581 | 2,284 | 42,188 | 26,848 | 13,441 | 1,899 |
| Jefferson Davis | 32,250 | 25,066 | 5,837 | 183 | 472 | 692 | 24,039 | 19,121 | 4,006 | 111 | 325 | 476 | 18,733 | 15,509 | 2,784 | 440 |
| *Lafayette | 180,411 | 131,849 | 29,263 | 5,960 | 2,665 | 10,674 | 137,635 | 103,919 | 19,952 | 4,314 | 2,029 | 7,421 | 111,925 | 91,759 | 13,498 | 6,668 |
| *Lafourche | 31,093 | 23,820 | 5,194 | 260 | 690 | 1,129 | 24,456 | 19,058 | 3,953 | 193 | 437 | 815 | 18,681 | 16,364 | 1,750 | 567 |
| St. Martin | 51,767 | 33,259 | 15,921 | 597 | 539 | 1,451 | 39,404 | 26,278 | 11,293 | 407 | 413 | 1,013 | 33,997 | 23,306 | 9,880 | 811 |
| St. Mary | 49,406 | 26,949 | 15,991 | 835 | 1,670 | 3,961 | 37,521 | 21,594 | 11,520 | 593 | 1,173 | 2,641 | 29,204 | 17,999 | 9,570 | 1,635 |

# Splits

## Plan: Senate Bill 8 Engrossed by Sen. Womack

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 3** | | | | | | | | | | | | | | | | |
| Terrebonne | 109,580 | 69,934 | 23,147 | 1,743 | 8,637 | 6,119 | 82,505 | 55,631 | 15,796 | 1,239 | 5,750 | 4,089 | 55,810 | 41,601 | 9,910 | 4,299 |
| Vermilion | 57,359 | 44,477 | 8,810 | 1,447 | 623 | 2,002 | 43,012 | 34,363 | 5,787 | 1,037 | 488 | 1,337 | 35,511 | 29,693 | 4,555 | 1,263 |
| **District 3** | 776,287 | 514,019 | 189,998 | 16,980 | 18,502 | 36,788 | 588,557 | 405,242 | 132,825 | 12,215 | 12,990 | 25,285 | 452,113 | 336,261 | 94,266 | 21,586 |
| | 100.000% | 66.215% | 24.475% | 2.187% | 2.383% | 4.739% | 100.000% | 68.853% | 22.568% | 2.075% | 2.207% | 4.296% | 76.817% | 74.375% | 20.850% | 4.774% |
| **District 4** | | | | | | | | | | | | | | | | |
| Allen | 22,750 | 16,327 | 4,490 | 246 | 947 | 740 | 17,510 | 12,751 | 3,275 | 182 | 646 | 656 | 11,079 | 8,704 | 1,920 | 455 |
| Beauregard | 36,549 | 29,529 | 4,649 | 402 | 1,052 | 917 | 27,489 | 22,304 | 3,495 | 269 | 773 | 648 | 22,071 | 18,639 | 2,264 | 1,168 |
| Bienville | 12,981 | 6,950 | 5,600 | 57 | 207 | 167 | 10,073 | 5,486 | 4,284 | 30 | 162 | 111 | 8,336 | 4,509 | 3,728 | 99 |
| Bossier | 128,746 | 81,052 | 32,551 | 3,492 | 3,273 | 8,378 | 95,876 | 62,931 | 22,440 | 2,448 | 2,477 | 5,580 | 65,726 | 48,229 | 13,555 | 3,942 |
| *Caddo | 115,441 | 81,078 | 24,210 | 3,063 | 2,680 | 4,410 | 90,776 | 65,789 | 17,575 | 2,243 | 2,062 | 3,107 | 69,121 | 52,696 | 12,684 | 3,741 |
| *Calcasieu | 85,486 | 70,025 | 9,096 | 1,138 | 1,772 | 3,455 | 63,273 | 52,977 | 5,911 | 796 | 1,257 | 2,332 | 45,978 | 40,556 | 3,671 | 1,751 |
| Claiborne | 14,170 | 7,263 | 6,360 | 88 | 185 | 274 | 11,507 | 6,258 | 4,824 | 55 | 140 | 230 | 8,390 | 4,557 | 3,677 | 156 |
| *De Soto | 11,787 | 8,939 | 2,074 | 35 | 377 | 362 | 8,971 | 6,910 | 1,554 | 25 | 266 | 216 | 8,699 | 6,940 | 1,476 | 283 |
| Evangeline | 32,350 | 21,354 | 9,235 | 241 | 280 | 1,240 | 24,408 | 16,460 | 6,483 | 187 | 217 | 1,061 | 20,388 | 14,274 | 5,744 | 370 |
| Grant | 22,169 | 17,709 | 3,335 | 133 | 644 | 348 | 17,527 | 13,964 | 2,717 | 97 | 507 | 242 | 12,226 | 10,764 | 1,120 | 342 |
| Jackson | 15,031 | 9,967 | 4,166 | 175 | 255 | 468 | 11,783 | 7,967 | 3,125 | 140 | 174 | 377 | 9,375 | 6,570 | 2,610 | 195 |
| Lincoln | 48,396 | 26,034 | 19,364 | 892 | 662 | 1,444 | 38,655 | 21,306 | 15,119 | 744 | 526 | 960 | 24,408 | 15,139 | 8,357 | 912 |
| *Ouachita | 55,373 | 45,898 | 5,641 | 1,121 | 1,225 | 1,488 | 41,613 | 34,950 | 3,864 | 771 | 961 | 1,067 | 36,532 | 32,374 | 2,853 | 1,305 |
| *Rapides | 24,719 | 19,507 | 2,233 | 699 | 829 | 1,451 | 18,855 | 15,256 | 1,530 | 494 | 627 | 948 | 15,222 | 13,127 | 1,240 | 855 |
| Red River | 7,620 | 4,195 | 3,106 | 25 | 171 | 123 | 5,714 | 3,338 | 2,164 | 3 | 116 | 93 | 5,475 | 3,034 | 2,358 | 83 |
| Sabine | 22,155 | 15,036 | 3,861 | 94 | 2,723 | 441 | 17,064 | 12,054 | 2,655 | 66 | 1,970 | 319 | 13,570 | 10,287 | 1,912 | 1,371 |
| Union | 21,107 | 14,460 | 5,224 | 62 | 338 | 1,023 | 16,632 | 11,807 | 3,861 | 39 | 254 | 671 | 14,802 | 10,847 | 3,497 | 458 |
| Vernon | 48,750 | 35,087 | 7,611 | 1,442 | 1,600 | 3,010 | 36,261 | 26,765 | 5,133 | 1,074 | 1,160 | 2,129 | 22,409 | 18,129 | 2,608 | 1,672 |
| Webster | 36,967 | 22,735 | 12,679 | 208 | 687 | 658 | 28,753 | 18,144 | 9,464 | 154 | 558 | 433 | 21,259 | 14,068 | 6,744 | 447 |
| Winn | 13,755 | 8,594 | 3,727 | 210 | 263 | 961 | 10,906 | 6,932 | 2,695 | 170 | 207 | 902 | 8,262 | 5,916 | 2,218 | 128 |
| **District 4** | 776,302 | 541,739 | 169,212 | 13,823 | 20,170 | 31,358 | 593,646 | 424,349 | 122,168 | 9,987 | 15,060 | 22,082 | 443,328 | 339,359 | 84,236 | 19,733 |
| | 100.000% | 69.785% | 21.797% | 1.781% | 2.598% | 4.039% | 100.000% | 71.482% | 20.579% | 1.682% | 2.537% | 3.720% | 74.679% | 76.548% | 19.001% | 4.451% |
| **District 5** | | | | | | | | | | | | | | | | |
| *Ascension | 31,773 | 23,466 | 4,867 | 839 | 497 | 2,104 | 22,786 | 17,357 | 3,196 | 543 | 343 | 1,347 | 19,854 | 16,011 | 2,623 | 1,220 |
| *Avoyelles | 20,125 | 14,889 | 4,417 | 132 | 397 | 290 | 15,393 | 11,696 | 3,076 | 102 | 282 | 237 | 11,431 | 8,976 | 2,117 | 338 |
| Caldwell | 9,645 | 7,646 | 1,632 | 51 | 150 | 166 | 7,478 | 5,969 | 1,224 | 46 | 116 | 123 | 5,813 | 4,959 | 762 | 92 |
| Catahoula | 8,906 | 5,776 | 2,395 | 46 | 119 | 570 | 6,951 | 4,557 | 1,736 | 33 | 87 | 538 | 6,113 | 4,363 | 1,695 | 55 |
| Concordia | 18,687 | 10,275 | 7,725 | 122 | 233 | 332 | 14,217 | 8,108 | 5,613 | 100 | 167 | 229 | 11,419 | 6,816 | 4,418 | 185 |
| *East Baton Rouge | 172,199 | 119,876 | 31,907 | 8,088 | 2,420 | 9,908 | 138,993 | 99,727 | 23,872 | 6,216 | 1,935 | 7,243 | 104,631 | 81,782 | 15,706 | 7,143 |
| East Carroll | 7,459 | 2,054 | 5,272 | 29 | 43 | 61 | 5,901 | 1,773 | 4,043 | 19 | 27 | 39 | 4,564 | 1,218 | 3,305 | 41 |

## Splits

### Plan: Senate Bill 8 Engrossed by Sen. Womack

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 5** | | | | | | | | | | | | | | | | |
| East Feliciana | 19,539 | 11,516 | 7,341 | 91 | 262 | 329 | 16,183 | 9,740 | 5,918 | 61 | 198 | 266 | 13,327 | 7,805 | 5,075 | 447 |
| Franklin | 19,774 | 12,492 | 6,802 | 70 | 205 | 205 | 15,028 | 9,901 | 4,779 | 44 | 153 | 151 | 12,350 | 8,524 | 3,718 | 108 |
| La Salle | 14,791 | 11,348 | 1,422 | 283 | 372 | 1,366 | 11,563 | 8,636 | 1,065 | 264 | 271 | 1,327 | 8,380 | 7,633 | 583 | 164 |
| *Livingston | 128,972 | 105,579 | 11,520 | 1,613 | 2,852 | 7,408 | 94,772 | 79,483 | 7,332 | 1,053 | 2,104 | 4,800 | 73,766 | 65,923 | 4,974 | 2,869 |
| Madison | 10,017 | 3,475 | 6,363 | 20 | 59 | 100 | 7,435 | 2,906 | 4,391 | 9 | 48 | 81 | 7,068 | 2,439 | 4,518 | 111 |
| Morehouse | 25,629 | 12,281 | 12,484 | 160 | 370 | 334 | 20,062 | 10,095 | 9,300 | 117 | 279 | 271 | 15,440 | 7,806 | 7,377 | 257 |
| *Ouachita | 104,995 | 42,647 | 55,576 | 1,667 | 1,436 | 3,669 | 78,587 | 35,024 | 38,426 | 1,347 | 1,098 | 2,692 | 59,098 | 25,775 | 31,168 | 2,155 |
| Richland | 20,043 | 11,785 | 7,603 | 83 | 258 | 314 | 15,383 | 9,338 | 5,546 | 66 | 203 | 230 | 13,141 | 8,144 | 4,753 | 244 |
| St. Helena | 10,920 | 4,527 | 6,031 | 39 | 134 | 189 | 8,463 | 3,805 | 4,371 | 28 | 109 | 150 | 8,260 | 3,523 | 4,492 | 142 |
| *Tangipahoa | 78,140 | 41,836 | 30,854 | 783 | 1,237 | 3,430 | 59,521 | 33,957 | 21,686 | 612 | 935 | 2,331 | 34,249 | 22,443 | 10,704 | 1,102 |
| Tensas | 4,147 | 1,744 | 2,312 | 23 | 26 | 42 | 3,235 | 1,446 | 1,728 | 12 | 23 | 26 | 3,485 | 1,510 | 1,937 | 38 |
| Washington | 45,463 | 29,943 | 13,434 | 216 | 736 | 1,134 | 34,951 | 23,743 | 9,732 | 154 | 561 | 761 | 27,151 | 18,603 | 7,892 | 656 |
| West Carroll | 9,751 | 7,894 | 1,425 | 27 | 180 | 225 | 7,532 | 6,223 | 1,010 | 20 | 136 | 143 | 6,871 | 5,770 | 1,013 | 88 |
| West Feliciana | 15,310 | 10,883 | 3,740 | 89 | 225 | 373 | 12,783 | 9,283 | 2,951 | 56 | 174 | 319 | 7,492 | 5,186 | 2,160 | 146 |
| **District 5** | 776,285 | 491,932 | 225,122 | 14,471 | 12,211 | 32,549 | 597,217 | 392,767 | 160,995 | 10,902 | 9,249 | 23,304 | 453,903 | 315,312 | 120,990 | 17,601 |
| | 100.000% | 63.370% | 29.000% | 1.864% | 1.573% | 4.193% | 100.000% | 65.766% | 26.958% | 1.825% | 1.549% | 3.902% | 76.003% | 69.467% | 26.655% | 3.878% |
| **District 6** | | | | | | | | | | | | | | | | |
| *Avoyelles | 19,568 | 10,736 | 7,261 | 302 | 370 | 899 | 15,185 | 8,573 | 5,235 | 277 | 288 | 812 | 10,007 | 6,266 | 3,505 | 236 |
| *Caddo | 122,407 | 22,379 | 95,094 | 971 | 1,160 | 2,803 | 91,631 | 19,270 | 68,784 | 765 | 896 | 1,916 | 62,821 | 11,685 | 48,787 | 2,349 |
| *De Soto | 15,025 | 6,345 | 7,899 | 82 | 363 | 336 | 11,469 | 4,999 | 5,871 | 61 | 291 | 247 | 9,188 | 4,065 | 4,841 | 282 |
| *East Baton Rouge | 284,582 | 76,193 | 181,491 | 8,337 | 2,307 | 16,254 | 216,619 | 64,154 | 132,918 | 6,383 | 1,812 | 11,352 | 164,206 | 50,963 | 103,796 | 9,447 |
| *Lafayette | 61,342 | 21,514 | 35,873 | 494 | 545 | 2,916 | 46,240 | 17,689 | 25,965 | 350 | 358 | 1,878 | 36,884 | 14,039 | 21,247 | 1,598 |
| Natchitoches | 37,515 | 19,361 | 15,725 | 255 | 861 | 1,313 | 29,349 | 16,010 | 11,415 | 198 | 683 | 1,043 | 20,675 | 11,761 | 8,016 | 898 |
| Pointe Coupee | 20,758 | 12,395 | 7,504 | 107 | 159 | 593 | 16,250 | 10,108 | 5,502 | 91 | 119 | 430 | 14,107 | 9,040 | 4,837 | 230 |
| *Rapides | 105,304 | 58,003 | 40,359 | 1,729 | 2,273 | 2,940 | 79,937 | 46,117 | 28,675 | 1,292 | 1,707 | 2,146 | 60,064 | 36,829 | 20,719 | 2,516 |
| St. Landry | 82,540 | 43,611 | 35,836 | 499 | 636 | 1,958 | 61,811 | 34,209 | 25,497 | 353 | 451 | 1,301 | 52,429 | 28,933 | 22,135 | 1,361 |
| West Baton Rouge | 27,199 | 14,307 | 11,170 | 287 | 326 | 1,109 | 20,526 | 11,146 | 8,149 | 209 | 219 | 803 | 16,753 | 9,620 | 6,764 | 369 |
| **District 6** | 776,240 | 284,844 | 438,212 | 13,063 | 9,000 | 31,121 | 589,017 | 232,275 | 318,011 | 9,979 | 6,824 | 21,928 | 447,134 | 183,201 | 244,647 | 19,286 |
| | 100.000% | 36.695% | 56.453% | 1.683% | 1.159% | 4.009% | 100.000% | 39.434% | 53.990% | 1.694% | 1.159% | 3.723% | 75.912% | 40.972% | 54.714% | 4.313% |

# Congress - Statewide



# Congress - Jefferson / Orleans



# Congress - Lafourche / St. Charles



# Congress -Ascension / Livingston / Tangipahoa (part)



# Congress - East Baton Rouge



R032-020

# Congress - Lafayette



# Congress - Calcasieu

# Congress - Rapides / Avoyelles



R032-023

# Congress - Caddo / DeSoto



# Congress - Ouachita



R032-025