2024 First Extraordinary Session                    <u>**ENROLLED**</u>

SENATE BILL NO. 8

BY SENATOR WOMACK AND REPRESENTATIVES BRYANT, WILFORD CARTER, CHASSION, GREEN, MANDIE LANDRY, LARVADAIN, MOORE, SELDERS, WALTERS, YOUNG AND KNOX

1                            AN ACT

2 To enact R.S. 18:1276.1 and to repeal R.S. 18:1276, relative to congressional districts; to

3       provide for the redistricting of Louisiana's congressional districts; to provide with

4       respect to positions and offices, other than congressional, which are based upon

5       congressional districts; to provide for the effectiveness; and to provide for related

6       matters.

7 Be it enacted by the Legislature of Louisiana:

8       Section 1. R.S. 18:1276.1 is hereby enacted to read as follows:

9       **§1276.1. Congressional districts**

10            **Louisiana shall be divided into six congressional districts, and the**

11 **qualified electors of each district shall elect one representative to the United**

12 **States House of Representatives. The districts shall be composed as follows:**

13            **(1) District 1 is composed of Precincts 13, 14, 15, 18, 21, 22, 25, 26, 27, 33,**

14 **34, 35, 41, 43 and 69 of Ascension Parish; Precincts 1, 2, 3, 4, 5, 7, 8, 9, 10, 11,**

15 **12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34,**

16 **35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 51, 52, 53, 54, 55, 56, 58, 59, 60, 61, 62,**

17 **63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85,**

18 **86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 105, 106,**

19 **117, 118, 119, 120, 121, 122, 123, 124, 125A, 125B, 126, 127, 128, 129, 130, 132,**

20 **134, 136, 192, 198, 199, 246, 247, 248, 1-GI, 1-H, 2-H, 3-H, 4-H, 5-H, 6-H, 7-H,**

21 **8-H, 9-H, 1-K, 2-K, 3-K, 4-K, 5-K, 6-KA, 6-KB, 7-KA, 7-KB, 8-K, 9-K, 10-K,**

22 **11-K, 12-K, 13-KA, 14-K, 16-K, 17-K, 18-K, 19-K, 20-K, 25-K, 27-K, 28-K,**

23 **29-K, 34-K, 35-K and 1-L of Jefferson Parish; Precincts 3-3, 3-6, 4-1, 4-2, 4-3,**

24 **4-4, 4-5, 4-6, 7-4, 8-1, 9-1, 9-2, 10-1, 10-2, 10-3, 10-4, 10-6, 10-8, 10-9, 10-10,**

Page 1 of 8
Coding: Words which are ~~struck through~~ are deletions from existing law; words in **boldface type and underscored** are additions.



SB NO. 8                                                    ENROLLED

1      **10-11, 10-12, 10-13, 10-14, 10-15, 10-16, 11-1, 11-2, 11-3 and 11-5 of Lafourche**

2      **Parish; Precincts 13A, 13B, 14, 15, 16, 17, 22, 31, 32 and 38 of Livingston**

3      **Parish; Precincts 4-7, 4-8, 4-9, 4-11, 4-14, 4-15, 4-17, 4-17A, 4-18, 4-20, 4-21,**

4      **4-22, 4-23, 5-12, 5-13, 5-15, 5-16, 5-17, 5-18, 6-9, 7-41, 7-42, 9-45, 9-45A, 11-4,**

5      **11-5, 11-8, 11-9, 11-10, 11-11, 12-5, 12-6, 12-7, 12-9, 12-10, 13-5, 13-7, 13-8, 14-1,**

6      **14-2, 14-3, 14-4, 14-5, 14-6, 14-7, 14-8, 14-9, 14-10, 14-11, 14-13A, 14-14, 14-15,**

7      **14-16, 14-17, 14-18A, 14-20, 14-21, 16-1, 16-1A, 17-1, 17-17, 17-18, 17-18A, 17-19**

8      **and 17-20 of Orleans Parish; Plaquemines Parish; Precincts 32, 33, 34, 41, 42A,**

9      **43, 44, 45, 46, 50, 51, 52, 53, 54 and 55 of St. Bernard Parish; Precincts 1-6, 2-6,**

10     **3-1, 3-2, 3-3, 5-5, 6-1, 6-2, 6-3, 6-4, 6-6 and 6-8 of St. Charles Parish; St.**

11     **Tammany Parish and Precincts 44, 49, 70, 70A, 71, 72, 72A, 73, 74, 120B, 122A,**

12     **122B, 122C, 124, 137, 137A, 137B, 137C, 137D, 139, 141, 141A, 143, 143A, 145,**

13     **147, 149, 149A and 151 of Tangipahoa Parish.**

14           **(2) District 2 is composed of Precincts 6, 7, 9, 11, 17, 20, 23, 24, 28, 30, 31,**

15     **32, 36, 37, 38, 39, 40, 42, 44, 45, 47, 48, 50, 51, 52, 53, 54, 55, 57, 58, 62, 63, 65, 66,**

16     **68, 71, 72, 73, 77 and 78 of Ascension Parish; Assumption Parish; Iberville**

17     **Parish; Precincts 57, 104, 108, 115, 116, 131, 133, 138, 150, 151, 152, 153, 154,**

18     **155, 156, 157A, 157B, 170, 171, 172, 173, 174, 175, 176, 177, 178, 179A, 179B,**

19     **180, 181, 182, 183, 184, 185A, 185B, 187, 188, 189, 190, 191, 193A, 193B, 194A,**

20     **194B, 195, 196, 197A, 197B, 200, 201, 202, 203, 204, 205, 210, 211, 212, 213A,**

21     **213B, 213C, 214A, 214B, 215, 216A, 216B, 216C, 217, 225, 226, 227, 228, 229,**

22     **230, 231, 232A, 232B, 234, 235, 236, 237, 238A, 238B, 1-G, 2-G, 3-G, 4-G, 5-G,**

23     **6-G, 7-G, 8-G, 9-G, 10-G, 11-G, 12-G, 13-G, 13-KB, 15-K, 21-K, 22-K, 23-K,**

24     **24-K, 26-K, 30-K, 31-K, 33-K, 1-W, 2-W, 3-W, 4-W, 5-W, 6-W and 7-W of**

25     **Jefferson Parish; Precincts 1-2, 1-3, 1-4, 1-5, 1-6, 2-1, 2-1A, 2-3, 2-5, 2-7, 2-9,**

26     **2-10, 2-11, 2-16, 5-1, 5-1A and 5-3 of Lafourche Parish; Precincts 1-1, 1-2, 1-5,**

27     **1-6, 2-1, 2-2, 2-4, 2-6, 2-7, 3-1, 3-8, 3-9, 3-12, 3-14, 3-15, 3-18, 3-19, 3-20, 4-2, 4-3,**

28     **4-6, 5-1, 5-2, 5-3, 5-5, 5-7, 5-8, 5-9, 5-10, 5-11, 6-1, 6-2, 6-4, 6-6, 6-7, 6-8, 7-1, 7-2,**

29     **7-4, 7-5, 7-6, 7-7, 7-8, 7-9A, 7-10, 7-11, 7-12, 7-13, 7-14, 7-15, 7-16, 7-17, 7-18,**

30     **7-19, 7-20, 7-21, 7-23, 7-24, 7-25, 7-25A, 7-26, 7-27, 7-27B, 7-28, 7-28A, 7-29,**

Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **boldface type and underscored** are additions.

SB NO. 8                                                    ENROLLED

1    **7-30, 7-32, 7-33, 7-35, 7-37, 7-37A, 7-40, 8-1, 8-2, 8-4, 8-6, 8-7, 8-8, 8-9, 8-12,**

2    **8-13, 8-14, 8-15, 8-19, 8-20, 8-21, 8-22, 8-23, 8-24, 8-25, 8-26, 8-27, 8-28, 8-30, 9-1,**

3    **9-3, 9-4, 9-5, 9-6, 9-7, 9-8, 9-9, 9-10, 9-11, 9-12, 9-13, 9-14, 9-15, 9-16, 9-17, 9-19,**

4    **9-21, 9-23, 9-25, 9-26, 9-28, 9-28C, 9-29, 9-30, 9-30A, 9-31, 9-31A, 9-31B, 9-31D,**

5    **9-32, 9-33, 9-34A, 9-35, 9-35A, 9-36, 9-36B, 9-37, 9-38, 9-38A, 9-39, 9-39B, 9-40,**

6    **9-40A, 9-40C, 9-41, 9-41A, 9-41B, 9-41C, 9-41D, 9-42, 9-42C, 9-43A, 9-43B,**

7    **9-43C, 9-43E, 9-43F, 9-43G, 9-43H, 9-43I, 9-43J, 9-43K, 9-43L, 9-43M, 9-43N,**

8    **9-44, 9-44A, 9-44B, 9-44D, 9-44E, 9-44F, 9-44G, 9-44I, 9-44J, 9-44L, 9-44M,**

9    **9-44N, 9-44O, 9-44P, 9-44Q, 10-3, 10-6, 10-7, 10-8, 10-9, 10-11, 10-12, 10-13,**

10   **10-14, 11-2, 11-3, 11-12, 11-13, 11-14, 11-17, 12-1, 12-2, 12-3, 12-4, 12-11, 12-12,**

11   **12-13, 12-14, 12-16, 12-17, 12-19, 13-1, 13-2, 13-3, 13-4, 13-6, 13-9, 13-10, 13-11,**

12   **13-12, 13-13, 13-14, 13-15, 13-16, 14-12, 14-19, 14-23, 14-24A, 14-25, 14-26, 15-1,**

13   **15-2, 15-3, 15-5, 15-6, 15-8, 15-9, 15-10, 15-11, 15-12, 15-12A, 15-13, 15-13A,**

14   **15-13B, 15-14, 15-14A, 15-14B, 15-14C, 15-14D, 15-14E, 15-14F, 15-14G, 15-15,**

15   **15-15A, 15-15B, 15-16, 15-17, 15-17A, 15-17B, 15-18, 15-18A, 15-18B, 15-18C,**

16   **15-18D, 15-18E, 15-18F, 15-19, 15-19A, 15-19B, 15-19C, 16-2, 16-3, 16-4, 16-5,**

17   **16-6, 16-7, 16-8, 16-9, 17-2, 17-3, 17-4, 17-5, 17-6, 17-7, 17-8, 17-9, 17-10, 17-11,**

18   **17-12, 17-13, 17-13A, 17-14, 17-15 and 17-16 of Orleans Parish; Precincts 10, 11,**

19   **12, 13, 14, 15, 20, 21, 22, 23, 24, 25, 30, 31, 40 and 42 of St. Bernard Parish;**

20   **Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 2-1, 2-3, 2-4, 2-5, 4-1, 4-2, 4-3, 4-4, 4-5, 5-1, 5-3,**

21   **5-4, 7-1, 7-2, 7-3, 7-4, 7-5 and 7-6 of St. Charles Parish; St. James Parish and St.**

22   **John the Baptist Parish.**

23          **(3) District 3 is composed of Acadia Parish; Precincts 167, 260, 261, 262,**

24   **300, 301, 302, 303, 304, 305, 306, 307, 308, 309E, 309W, 310, 311, 312, 313E,**

25   **313W, 314, 315E, 315W, 316E, 316W, 317, 318, 319N, 319S, 320E, 320W, 321,**

26   **322, 323, 324, 325, 326, 327, 328, 329, 330, 331, 332N, 332S, 333, 334, 335, 336,**

27   **337, 338, 339, 340, 360, 361, 362, 363, 364, 368, 369, 370, 372, 405, 440, 441, 463,**

28   **464, 467, 800, 801, 860S, 861E and 861W of Calcasieu Parish; Cameron Parish;**

29   **Iberia Parish; Jefferson Davis Parish; Precincts 1, 3, 8, 25, 26, 27, 28, 29, 30, 31,**

30   **32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 65, 66, 67, 69, 70,**

Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **boldface type and underscored** are additions.

SB NO. 8                                                    ENROLLED

**71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 114, 115, 116, 117, 118, 119, 120, 121, 123, 124, 125, 126, 127, 128, 130, 131, 133, 134, 135 and 136 of Lafayette Parish; Precincts 1-1, 2-2, 2-6, 2-8, 2-12, 2-13, 2-14, 2-15, 3-1, 3-2, 3-4, 3-5, 3-7, 5-2, 6-1, 6-2, 6-3, 6-4, 6-5, 7-1, 7-2, 7-3 and 11-4 of Lafourche Parish; St. Martin Parish; St. Mary Parish; Terrebonne Parish and Vermilion Parish.**

**(4) District 4 is composed of Allen Parish; Beauregard Parish; Bienville Parish; Bossier Parish; Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 1-6, 1-7, 1-8, 1-9, 1-10, 1-11, 1-12, 1-13, 1-14, 2-1, 2-2, 2-4, 2-7, 3-1, 3-8, 4-1, 4-2, 4-3, 4-4, 4-5, 4-6, 4-7, 4-8, 4-9, 4-10, 5-10, 6-1, 7-1, 8-1, 8-2, 8-3, 8-4, 8-5, 8-6, 8-7, 8-8, 8-9, 9-1, 9-2, 9-3, 9-4, 9-5, 9-6, 9-7, 9-8, 9-9, 9-10, 9-11, 9-12, 9-13, 10-2, 11-1, 11-2, 11-3, 11-6, 11-7, 11-9, 11-10, 12-1, 12-3, 12-7, 12-8 and 12-9 of Caddo Parish; Precincts 160E, 160W, 161, 162E, 162W, 163, 164, 165, 166E, 166W, 365, 366, 367, 371N, 371S, 400, 401, 402, 403, 404, 406, 407, 408, 460E, 460W, 461, 465, 466E, 466W, 468, 469, 560, 561, 562, 600, 601, 602, 603, 660, 661, 662, 663, 664, 700, 701, 702, 703, 760, 761, 762 and 860N of Calcasieu Parish; Claiborne Parish; Precincts 10, 11, 11B, 11C, 16, 16A, 16B, 16C, 23, 28, 30A, 31A, 34, 34A, 34B, 35, 35A, 35B, 37, 37C, 46, 46A, 48, 49, 49A and 51 of De Soto Parish; Evangeline Parish; Grant Parish; Jackson Parish; Lincoln Parish; Precincts 1, 1A, 2, 4, 25, 32, 33, 38, 41, 43, 44, 44A, 45, 49, 50, 51, 51A, 53, 55, 57, 58, 61, 64, 71, 75, 76 and 77 of Ouachita Parish; Precincts C22, C23, C35, C37-A, C37-B, C41, S7, S8, S9, S10, S11, S13, S14, S21, S22, S23, S24, S25, S26, S27, S28 and S29 of Rapides Parish; Red River Parish; Sabine Parish; Union Parish; Vernon Parish; Webster Parish and Winn Parish.**

**(5) District 5 is composed of Precincts 1, 2, 3, 4, 5, 8, 10, 12, 16, 19, 61, 64 and 76 of Ascension Parish; Precincts 1-1, 1-2, 1-3, 1-3A, 2-1, 2-1A, 2-2, 2-2A, 2-2B, 2-2C, 2-2D, 2-2F, 2-3A, 2-4, 2-4A, 2-5, 2-5E, 2-7, 2-8, 3-1B, 4-1, 4-2, 5-1, 5-1A, 5-1B, 6-1A, 6-2, 6-2A, 7-3B and 9-4B of Avoyelles Parish; Caldwell Parish; Catahoula Parish; Concordia Parish; Precincts 1-12, 1-34, 1-41, 1-42, 1-43, 1-44,**

Coding: Words which are ~~struck through~~ are deletions from existing law; words in **boldface type and underscored** are additions.

SB NO. 8                                                    ENROLLED

1  **1-46, 1-47, 1-49, 1-56, 1-69, 1-74, 1-75, 1-76, 1-79, 1-80, 1-99, 1-105, 1-107, 2-6,**

2  **2-7, 2-8, 2-33, 3-1, 3-2, 3-3, 3-4, 3-5, 3-6, 3-7, 3-9, 3-13, 3-14, 3-15, 3-16, 3-17,**

3  **3-18, 3-21, 3-22, 3-23, 3-25, 3-26, 3-29, 3-30, 3-31, 3-33, 3-34, 3-35, 3-36, 3-37,**

4  **3-38, 3-39, 3-40, 3-41, 3-43, 3-45, 3-46, 3-47, 3-48, 3-49, 3-51, 3-53, 3-58, 3-60,**

5  **3-61, 3-62, 3-64, 3-65, 3-66, 3-67, 3-68, 3-71, 3-73 and 3-74 of East Baton Rouge**

6  **Parish; East Carroll Parish; East Feliciana Parish; Franklin Parish; La Salle**

7  **Parish; Precincts 1, 1A, 1B, 1C, 1D, 2, 2A, 3, 3A, 3B, 4, 4A, 4B, 5, 5A, 5B, 5D, 6,**

8  **6A, 6B, 7, 7A, 7B, 7C, 7D, 8A, 8B, 9, 10, 11, 11A, 12, 18, 18A, 19, 19A, 20, 21,**

9  **21A, 21B, 23, 23A, 23B, 23C, 24, 24B, 24C, 24D, 25, 26, 26A, 26B, 26C, 27, 28,**

10  **29, 30, 33, 34, 35, 35A, 36, 36A, 39, 39A, 39B, 40, 40A, 41 and 43 of Livingston**

11  **Parish; Madison Parish; Morehouse Parish; Precincts 3, 5, 6, 7, 8, 9, 9A, 10, 11,**

12  **12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 26, 27, 28, 30, 31, 34, 35, 36, 37, 39,**

13  **40, 42, 46, 47, 48, 52, 52A, 54, 56, 56A, 59, 60, 62, 63, 65, 65A, 66, 67, 68, 69, 70,**

14  **72, 73, 74, 78 and 79 of Ouachita Parish; Richland Parish; St. Helena Parish;**

15  **Precincts 2, 6, 11, 15, 16, 17, 28, 33, 40A, 41, 42, 43, 45A, 45B, 46, 47, 101, 102,**

16  **104, 105, 106, 106A, 107, 108, 109, 110, 111A, 112, 114, 115B, 116, 117, 118,**

17  **118A, 119, 120, 120A, 121, 121A, 123, 125, 127, 129A, 133 and 133A of**

18  **Tangipahoa Parish; Tensas Parish; Washington Parish; West Carroll Parish**

19  **and West Feliciana Parish.**

20  **(6) District 6 is composed of Precincts 3-1, 3-3, 4-2A, 4-2B, 6-1B, 7-1, 7-3,**

21  **8-1, 8-2A, 8-2B, 8-3, 8-3A, 9-1A, 9-2, 9-2A, 9-3, 9-4, 9-5B, 10-2, 10-2A, 10-2B,**

22  **10-3A, 10-3B, 10-4, 11-1 and 11-2A of Avoyelles Parish; Precincts 2-3, 2-5, 2-6,**

23  **2-8, 2-9, 2-10, 2-11, 2-12, 3-2, 3-3, 3-4, 3-5, 3-6, 3-7, 3-9, 5-1, 5-2, 5-3, 5-4, 5-5, 5-6,**

24  **5-7, 5-8, 5-9, 5-11, 6-2, 6-3, 6-4, 6-5, 6-6, 6-7, 6-8, 6-9, 6-10, 7-2, 7-3, 7-4, 7-5, 7-6,**

25  **7-7, 7-8, 7-9, 7-10, 10-1, 10-3, 10-4, 10-5, 10-6, 10-7, 10-8, 10-9, 11-4, 11-5, 11-8,**

26  **12-2, 12-4, 12-5, 12-6, 12-10 and 12-11 of Caddo Parish; Precincts 1, 4, 5, 5A, 6,**

27  **6A, 6B, 9, 21, 22, 22A, 26, 26A, 30, 31, 32, 33, 33A, 38, 38A, 42, 44, 46B, 53, 55,**

28  **56, 59, 60, 60A, 63 and 63A of De Soto Parish; Precincts 1-1, 1-2, 1-3, 1-4, 1-5,**

29  **1-6, 1-7, 1-8, 1-9, 1-10, 1-11, 1-13, 1-14, 1-15, 1-16, 1-17, 1-18, 1-19, 1-20, 1-21,**

30  **1-22, 1-23, 1-24, 1-25, 1-26, 1-27, 1-28, 1-29, 1-30, 1-31, 1-32, 1-33, 1-35, 1-36,**

Coding: Words which are ~~struck through~~ are deletions from existing law; words in **boldface type and underscored** are additions.

SB NO. 8                                                            **ENROLLED**

1      **1-37, 1-38, 1-39, 1-40, 1-45, 1-48, 1-50, 1-51, 1-52, 1-53, 1-54, 1-55, 1-57, 1-58,**

2      **1-59, 1-60, 1-61, 1-62, 1-63, 1-64, 1-65, 1-66, 1-67, 1-68, 1-70, 1-71, 1-72, 1-73,**

3      **1-77, 1-78, 1-81, 1-82, 1-83, 1-84, 1-85, 1-86, 1-87, 1-88, 1-89, 1-90, 1-91, 1-92,**

4      **1-93, 1-94, 1-95, 1-96, 1-97, 1-98, 1-100, 1-101, 1-102, 1-103, 1-104, 2-1, 2-2, 2-3,**

5      **2-4, 2-5, 2-9, 2-10, 2-11, 2-12, 2-13, 2-14, 2-15, 2-16, 2-17, 2-18, 2-19, 2-20, 2-21,**

6      **2-22, 2-23, 2-24, 2-25, 2-26, 2-27, 2-28, 2-29, 2-30, 2-31, 2-32, 2-34, 2-35, 2-36,**

7      **2-37, 2-38, 3-8, 3-10, 3-11, 3-12, 3-19, 3-20, 3-24, 3-27, 3-28, 3-32, 3-42, 3-44, 3-50,**

8      **3-52, 3-54, 3-55, 3-56, 3-57, 3-59, 3-63, 3-69, 3-70, 3-72, 3-75 and 3-76 of East**

9      **Baton Rouge Parish; Precincts 2, 4, 5, 6, 7, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19,**

10     **20, 21, 22, 23, 24, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 63, 64, 68, 112, 113,**

11     **122 and 129 of Lafayette Parish; Natchitoches Parish; Pointe Coupee Parish;**

12     **Precincts C1, C2, C3, C4, C5, C6, C7, C8, C9, C10, C11-A, C11-B, C13, C14,**

13     **C15, C17, C18, C19, C20, C21, C24, C25, C26, C27, C28, C30, C31, C32, C33,**

14     **C34, C36, C38-A, C38-B, C39, C40, C42, N1, N2, N3, N4, N5, N6, N7, N8, N9,**

15     **N10, N11, N12, N13-A, N13-B, N14-A, N14-B, N15, N16, N17, N18-A, N18-B,**

16     **N19, N20, N21, N22, N23, N24, N25, N26, N27, N28, N29, S1, S2, S4, S5, S6A,**

17     **S6B, S15, S16, S17, S18, S19 and S20 of Rapides Parish; St. Landry Parish and**

18     **West Baton Rouge Parish.**

19     Section 2. R.S. 18:1276 is hereby repealed.

20     Section 3.(A) The precincts referenced in this Act are those contained in the file

21     named "2024 Precinct Shapefiles (1-10-2024)" available on the website of the Legislature

22     of Louisiana on the effective date of this Section. The 2024 Precinct Shapefiles are based

23     upon those Voting Districts (VTDs) contained in the 2020 Census Redistricting TIGER/Line

24     Shapefiles for the State of Louisiana as those files have been modified and validated through

25     the data verification program of the Louisiana House of Representatives and the Louisiana

26     Senate to represent precinct changes submitted through January 10, 2024, to the Legislature

27     of Louisiana by parish governing authorities pursuant to the provisions of R.S. 18:532 and

28     532.1.

29     (B) When a precinct referenced in this Act has been subdivided by action of the

30     parish governing authority on a nongeographic basis or subdivided by action of the parish

Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **boldface type and underscored** are additions.

1    governing authority on a geographic basis in accordance with the provisions of R.S.

2    18:532.1, the enumeration in this Act of the general precinct designation shall include all

3    nongeographic and all geographic subdivisions thereof, however such subdivisions may be

4    designated.

5          (C) The territorial limits of the districts as provided in this Act shall continue in

6    effect until changed by law regardless of any subsequent change made to the precincts by

7    the parish governing authority.

8          Section 4. The provisions of this Act shall not reduce the term of office of any person

9    holding any position or office on the effective date of this Section for which the appointment

10   or election is based upon a congressional district as composed pursuant to R.S. 18:1276. Any

11   position or office that is filled by appointment or election based upon a congressional district

12   and that is to be filled after January 3, 2025, shall be appointed or elected from a district as

13   it is described in Section 1 of this Act.

14         Section 5.(A) Solely for the purposes of qualifying for election and the conduct of

15   the election of representatives to the United States Congress at the regularly scheduled

16   election for representatives to the congress in 2024, the provisions of Section 1 of this Act

17   shall become effective upon signature of this Act by the governor or, if not signed by the

18   governor, upon expiration of the time for bills to become law without signature by the

19   governor, as provided in Article III, Section 18 of the Constitution of Louisiana. If this Act

20   is vetoed by the governor and subsequently approved by the legislature, the provisions of

21   Section 1 of this Act shall become effective on the day following such approval for the

22   purposes established in this Subsection.

23         (B) For subsequent elections of representatives to the United States Congress and for

24   all other purposes, the provisions of Section 1 of this Act shall become effective at noon on

25   January 3, 2025.

26         (C) The provisions of Section 2 of this Act shall become effective at noon on January

27   3, 2025.

28         (D) The provisions of this Section and Sections 3 and 4 of this Act shall become

29   effective upon signature of this Act by the governor or, if not signed by the governor, upon

30   expiration of the time for bills to become law without signature by the governor, as provided

Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **boldface type and underscored** are additions.

SB NO. 8                                                                    **ENROLLED**

1    in Article III, Section 18 of the Constitution of Louisiana. If this Act is vetoed by the

2    governor and subsequently approved by the legislature, the provisions of this Section and

3    Sections 3 and 4 of this Act shall become effective on the day following such approval.

_____
PRESIDENT OF THE SENATE

_____
SPEAKER OF THE HOUSE OF REPRESENTATIVES

_____
GOVERNOR OF THE STATE OF LOUISIANA

APPROVED: _____

Coding: Words which are ~~struck through~~ are deletions from existing law; words in **boldface type and underscored** are additions.

R033-008

# Plan Statistics

### Plan: Senate Bill 8 Enrolled by Sen. Womack

| Districts: | # of Members | Actual Population | Ideal Population | Absolute Deviation | Relative Deviation |
|---|---|---|---|---|---|
| District 1 | 1 | 776,327 | 776,292 | 35 | 0.005% |
| District 2 | 1 | 776,316 | 776,292 | 24 | 0.003% |
| District 3 | 1 | 776,287 | 776,292 | -5 | -0.001% |
| District 4 | 1 | 776,302 | 776,292 | 10 | 0.001% |
| District 5 | 1 | 776,285 | 776,292 | -7 | -0.001% |
| District 6 | 1 | 776,240 | 776,292 | -52 | -0.007% |
| Grand Total: | 6 | 4,657,757 | 4,657,752 | | |

| | | | | |
|---|---|---|---|---|
| Ideal Population Per Member: | 776292 | | | |
| Number of Districts for Plan Type: | 6 | | | |
| | | | | |
| Range of District Populations: | 776,240 | to | 776,327 | |
| | | | | |
| Absolute Mean Deviation: | 14 | | | |
| Absolute Range: | -52 | to | 35 | |
| Absolute Overall Range: | 87 | | | |
| | | | | |
| Relative Mean Deviation: | 0.00% | | | |
| Relative Range: | -0.01% | to | 0.00% | |
| Relative Overall Range: | 0.01% | | | |

| | |
|---|---|
| *Ideal - Actual:* | *-5* |
| *Remainder:* | *5* |
| *Unassigned Population:* | *0* |

# Total Population

Plan: Senate Bill 8 Enrolled by Sen. Womack

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | Total Hispanic | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | VAP Hispanic Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | 776,327 | 553,751 | 108,188 | 23,991 | 17,494 | 72,903 | 90,968 | 603,907 | 444,675 | 76,646 | 17,622 | 12,740 | 52,224 | 64,365 |
| | 100.000% | 71.330% | 13.936% | 3.090% | 2.253% | 9.391% | 11.718% | 100.000% | 73.633% | 12.692% | 2.918% | 2.110% | 8.648% | 10.658% |
| District 2 | 776,316 | 271,367 | 412,387 | 24,960 | 9,683 | 57,919 | 74,305 | 598,204 | 225,203 | 305,124 | 19,711 | 7,377 | 40,789 | 51,406 |
| | 100.000% | 34.956% | 53.121% | 3.215% | 1.247% | 7.461% | 9.571% | 100.000% | 37.647% | 51.007% | 3.295% | 1.233% | 6.819% | 8.593% |
| District 3 | 776,287 | 514,019 | 189,998 | 16,980 | 18,502 | 36,788 | 43,292 | 588,557 | 405,242 | 132,825 | 12,215 | 12,990 | 25,285 | 29,021 |
| | 100.000% | 66.215% | 24.475% | 2.187% | 2.383% | 4.739% | 5.577% | 100.000% | 68.853% | 22.568% | 2.075% | 2.207% | 4.296% | 4.931% |
| District 4 | 776,302 | 541,739 | 169,212 | 13,823 | 20,170 | 31,358 | 39,630 | 593,646 | 424,349 | 122,168 | 9,987 | 15,060 | 22,082 | 27,348 |
| | 100.000% | 69.785% | 21.797% | 1.781% | 2.598% | 4.039% | 5.105% | 100.000% | 71.482% | 20.579% | 1.682% | 2.537% | 3.720% | 4.607% |
| District 5 | 776,285 | 491,932 | 225,122 | 14,471 | 12,211 | 32,549 | 38,166 | 597,217 | 392,767 | 160,995 | 10,902 | 9,249 | 23,304 | 26,564 |
| | 100.000% | 63.370% | 29.000% | 1.864% | 1.573% | 4.193% | 4.916% | 100.000% | 65.766% | 26.958% | 1.825% | 1.549% | 3.902% | 4.448% |
| District 6 | 776,240 | 284,844 | 438,212 | 13,063 | 9,000 | 31,121 | 36,188 | 589,017 | 232,275 | 318,011 | 9,979 | 6,824 | 21,928 | 24,958 |
| | 100.000% | 36.695% | 56.453% | 1.683% | 1.159% | 4.009% | 4.662% | 100.000% | 39.434% | 53.990% | 1.694% | 1.159% | 3.723% | 4.237% |
| Grand Total | 4,657,757 | 2,657,652 | 1,543,119 | 107,288 | 87,060 | 262,638 | 322,549 | 3,570,548 | 2,124,511 | 1,115,769 | 80,416 | 64,240 | 185,612 | 223,662 |
| | 100.000% | 57.059% | 33.130% | 2.303% | 1.869% | 5.639% | 6.925% | 100.000% | 59.501% | 31.249% | 2.252% | 1.799% | 5.198% | 6.264% |

# Voter Registration

Plan: Senate Bill 8 Enrolled by Sen. Womack

| | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 | Reg Dem Total Dec 2023 | Reg Rep Total Dec 2023 | Reg Other Total Dec 2023 |
|---|---|---|---|---|---|---|---|
| District 1 | 479,186 | 385,098 | 51,969 | 42,119 | 127,253 | 205,251 | 146,682 |
| | 79.348% | 80.365% | 10.845% | 8.790% | 26.556% | 42.833% | 30.611% |
| District 2 | 466,623 | 181,215 | 245,721 | 39,687 | 267,146 | 76,552 | 122,925 |
| | 78.004% | 38.835% | 52.659% | 8.505% | 57.251% | 16.406% | 26.344% |
| District 3 | 452,113 | 336,261 | 94,266 | 21,586 | 142,481 | 185,022 | 124,610 |
| | 76.817% | 74.375% | 20.850% | 4.774% | 31.514% | 40.924% | 27.562% |
| District 4 | 443,328 | 339,359 | 84,236 | 19,733 | 124,622 | 202,564 | 116,142 |
| | 74.679% | 76.548% | 19.001% | 4.451% | 28.111% | 45.692% | 26.198% |
| District 5 | 453,903 | 315,312 | 120,990 | 17,601 | 154,290 | 182,707 | 116,906 |
| | 76.003% | 69.467% | 26.655% | 3.878% | 33.992% | 40.252% | 25.756% |
| District 6 | 447,134 | 183,201 | 244,647 | 19,286 | 236,714 | 99,530 | 110,890 |
| | 75.912% | 40.972% | 54.714% | 4.313% | 52.940% | 22.260% | 24.800% |
| Grand Total | 2,742,287 | 1,740,446 | 841,829 | 160,012 | 1,052,506 | 951,626 | 738,155 |

# Splits

Plan: Senate Bill 8 Enrolled by Sen. Womack

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 1** | | | | | | | | | | | | | | | | |
| *Ascension | 27,718 | 23,228 | 2,058 | 201 | 522 | 1,709 | 20,611 | 17,693 | 1,304 | 121 | 368 | 1,125 | 17,243 | 15,672 | 954 | 617 |
| *Jefferson | 240,081 | 155,518 | 30,822 | 11,880 | 4,356 | 37,505 | 192,148 | 129,999 | 22,555 | 8,951 | 3,295 | 27,348 | 144,399 | 112,491 | 12,528 | 19,380 |
| *Lafourche | 47,193 | 37,212 | 3,189 | 577 | 3,242 | 2,973 | 35,543 | 29,123 | 1,939 | 413 | 2,140 | 1,928 | 25,117 | 22,442 | 1,115 | 1,560 |
| *Livingston | 13,310 | 11,276 | 1,138 | 84 | 259 | 553 | 10,369 | 8,949 | 804 | 46 | 207 | 363 | 8,639 | 7,732 | 668 | 239 |
| *Orleans | 64,493 | 50,312 | 6,498 | 2,503 | 749 | 4,431 | 53,843 | 42,329 | 5,556 | 1,950 | 609 | 3,399 | 41,535 | 34,071 | 3,239 | 4,225 |
| Plaquemines | 23,515 | 14,287 | 5,428 | 1,317 | 697 | 1,786 | 17,334 | 10,856 | 3,857 | 925 | 500 | 1,196 | 13,143 | 8,996 | 2,934 | 1,213 |
| *St. Bernard | 20,543 | 11,907 | 5,780 | 617 | 436 | 1,803 | 14,871 | 8,992 | 3,854 | 424 | 327 | 1,274 | 12,975 | 8,866 | 3,231 | 878 |
| *St. Charles | 19,887 | 13,870 | 3,607 | 347 | 356 | 1,707 | 14,990 | 10,865 | 2,485 | 229 | 241 | 1,170 | 12,791 | 9,837 | 2,063 | 891 |
| St. Tammany | 264,570 | 196,641 | 38,643 | 5,774 | 5,660 | 17,852 | 202,228 | 154,621 | 26,761 | 4,075 | 4,161 | 12,610 | 174,307 | 141,262 | 21,129 | 11,916 |
| *Tangipahoa | 55,017 | 39,500 | 11,025 | 691 | 1,217 | 2,584 | 41,970 | 31,248 | 7,531 | 488 | 892 | 1,811 | 29,037 | 23,729 | 4,108 | 1,200 |
| **District 1** | 776,327 | 553,751 | 108,188 | 23,991 | 17,494 | 72,903 | 603,907 | 444,675 | 76,646 | 17,622 | 12,740 | 52,224 | 479,186 | 385,098 | 51,969 | 42,119 |
| | 100.000% | 71.330% | 13.936% | 3.090% | 2.253% | 9.391% | 100.000% | 73.633% | 12.692% | 2.918% | 2.110% | 8.648% | 79.348% | 80.365% | 10.845% | 8.790% |
| **District 2** | | | | | | | | | | | | | | | | |
| *Ascension | 67,009 | 34,447 | 25,291 | 1,260 | 985 | 5,026 | 48,560 | 26,086 | 17,639 | 850 | 679 | 3,306 | 41,549 | 23,859 | 15,251 | 2,439 |
| Assumption | 21,039 | 13,722 | 6,220 | 96 | 258 | 743 | 16,616 | 11,145 | 4,707 | 57 | 197 | 510 | 13,323 | 8,977 | 4,131 | 215 |
| Iberville | 30,241 | 14,833 | 13,730 | 202 | 274 | 1,202 | 24,086 | 12,462 | 10,232 | 149 | 221 | 1,022 | 19,906 | 9,999 | 9,484 | 423 |
| *Jefferson | 200,700 | 65,417 | 95,395 | 11,144 | 3,330 | 25,414 | 152,506 | 54,136 | 69,620 | 8,741 | 2,540 | 17,469 | 109,034 | 40,445 | 53,674 | 14,915 |
| *Lafourche | 19,271 | 10,678 | 7,472 | 188 | 292 | 641 | 14,620 | 8,657 | 5,185 | 132 | 200 | 446 | 10,440 | 6,675 | 3,412 | 353 |
| *Orleans | 319,504 | 76,150 | 212,471 | 10,353 | 2,917 | 17,613 | 252,353 | 67,923 | 160,512 | 8,570 | 2,339 | 13,009 | 196,855 | 52,054 | 127,351 | 17,450 |
| *St. Bernard | 23,221 | 12,590 | 6,529 | 764 | 511 | 2,827 | 16,904 | 10,000 | 4,090 | 558 | 361 | 1,895 | 12,710 | 9,178 | 2,362 | 1,170 |
| *St. Charles | 32,662 | 19,680 | 10,321 | 490 | 569 | 1,602 | 24,551 | 15,289 | 7,405 | 300 | 426 | 1,131 | 20,791 | 13,574 | 6,207 | 1,010 |
| St. James | 20,192 | 9,973 | 9,762 | 60 | 82 | 315 | 15,505 | 7,883 | 7,297 | 31 | 64 | 230 | 14,531 | 7,116 | 7,196 | 219 |
| St. John the Baptist | 42,477 | 13,877 | 25,196 | 403 | 465 | 2,536 | 32,503 | 11,622 | 18,437 | 323 | 350 | 1,771 | 27,484 | 9,338 | 16,653 | 1,493 |
| **District 2** | 776,316 | 271,367 | 412,387 | 24,960 | 9,683 | 57,919 | 598,204 | 225,203 | 305,124 | 19,711 | 7,377 | 40,789 | 466,623 | 181,215 | 245,721 | 39,687 |
| | 100.000% | 34.956% | 53.121% | 3.215% | 1.247% | 7.461% | 100.000% | 37.647% | 51.007% | 3.295% | 1.233% | 6.819% | 78.004% | 38.835% | 52.659% | 8.505% |
| **District 3** | | | | | | | | | | | | | | | | |
| Acadia | 57,576 | 44,480 | 10,864 | 238 | 573 | 1,421 | 42,943 | 34,071 | 7,383 | 173 | 400 | 916 | 36,151 | 29,438 | 5,995 | 718 |
| *Calcasieu | 131,299 | 69,747 | 50,290 | 3,564 | 1,764 | 5,934 | 99,893 | 55,812 | 35,987 | 2,563 | 1,347 | 4,184 | 65,841 | 39,808 | 22,822 | 3,211 |
| Cameron | 5,617 | 5,232 | 125 | 30 | 75 | 155 | 4,358 | 4,100 | 79 | 23 | 47 | 109 | 4,072 | 3,936 | 61 | 75 |
| Iberia | 69,929 | 39,206 | 24,556 | 2,123 | 794 | 3,250 | 52,791 | 31,295 | 17,069 | 1,562 | 581 | 2,284 | 42,188 | 26,848 | 13,441 | 1,899 |
| Jefferson Davis | 32,250 | 25,066 | 5,837 | 183 | 472 | 692 | 24,039 | 19,121 | 4,006 | 111 | 325 | 476 | 18,733 | 15,509 | 2,784 | 440 |
| *Lafayette | 180,411 | 131,849 | 29,263 | 5,960 | 2,665 | 10,674 | 137,635 | 103,919 | 19,952 | 4,314 | 2,029 | 7,421 | 111,925 | 91,759 | 13,498 | 6,668 |
| *Lafourche | 31,093 | 23,820 | 5,194 | 260 | 690 | 1,129 | 24,456 | 19,058 | 3,953 | 193 | 437 | 815 | 18,681 | 16,364 | 1,750 | 567 |
| St. Martin | 51,767 | 33,259 | 15,921 | 597 | 539 | 1,451 | 39,404 | 26,278 | 11,293 | 407 | 413 | 1,013 | 33,997 | 23,306 | 9,880 | 811 |
| St. Mary | 49,406 | 26,949 | 15,991 | 835 | 1,670 | 3,961 | 37,521 | 21,594 | 11,520 | 593 | 1,173 | 2,641 | 29,204 | 17,999 | 9,570 | 1,635 |

# Splits

## Plan: Senate Bill 8 Enrolled by Sen. Womack

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 3** | | | | | | | | | | | | | | | | |
| Terrebonne | 109,580 | 69,934 | 23,147 | 1,743 | 8,637 | 6,119 | 82,505 | 55,631 | 15,796 | 1,239 | 5,750 | 4,089 | 55,810 | 41,601 | 9,910 | 4,299 |
| Vermilion | 57,359 | 44,477 | 8,810 | 1,447 | 623 | 2,002 | 43,012 | 34,363 | 5,787 | 1,037 | 488 | 1,337 | 35,511 | 29,693 | 4,555 | 1,263 |
| **District 3** | 776,287 100.000% | 514,019 66.215% | 189,998 24.475% | 16,980 2.187% | 18,502 2.383% | 36,788 4.739% | 588,557 100.000% | 405,242 68.853% | 132,825 22.568% | 12,215 2.075% | 12,990 2.207% | 25,285 4.296% | 452,113 76.817% | 336,261 74.375% | 94,266 20.850% | 21,586 4.774% |
| **District 4** | | | | | | | | | | | | | | | | |
| Allen | 22,750 | 16,327 | 4,490 | 246 | 947 | 740 | 17,510 | 12,751 | 3,275 | 182 | 646 | 656 | 11,079 | 8,704 | 1,920 | 455 |
| Beauregard | 36,549 | 29,529 | 4,649 | 402 | 1,052 | 917 | 27,489 | 22,304 | 3,495 | 269 | 773 | 648 | 22,071 | 18,639 | 2,264 | 1,168 |
| Bienville | 12,981 | 6,950 | 5,600 | 57 | 207 | 167 | 10,073 | 5,486 | 4,284 | 30 | 162 | 111 | 8,336 | 4,509 | 3,728 | 99 |
| Bossier | 128,746 | 81,052 | 32,551 | 3,492 | 3,273 | 8,378 | 95,876 | 62,931 | 22,440 | 2,448 | 2,477 | 5,580 | 65,726 | 48,229 | 13,555 | 3,942 |
| *Caddo | 115,441 | 81,078 | 24,210 | 3,063 | 2,680 | 4,410 | 90,776 | 65,789 | 17,575 | 2,243 | 2,062 | 3,107 | 69,121 | 52,696 | 12,684 | 3,741 |
| *Calcasieu | 85,486 | 70,025 | 9,096 | 1,138 | 1,772 | 3,455 | 63,273 | 52,977 | 5,911 | 796 | 1,257 | 2,332 | 45,978 | 40,556 | 3,671 | 1,751 |
| Claiborne | 14,170 | 7,263 | 6,360 | 88 | 185 | 274 | 11,507 | 6,258 | 4,824 | 55 | 140 | 230 | 8,390 | 4,557 | 3,677 | 156 |
| *De Soto | 11,787 | 8,939 | 2,074 | 35 | 377 | 362 | 8,971 | 6,910 | 1,554 | 25 | 266 | 216 | 8,699 | 6,940 | 1,476 | 283 |
| Evangeline | 32,350 | 21,354 | 9,235 | 241 | 280 | 1,240 | 24,408 | 16,460 | 6,483 | 187 | 217 | 1,061 | 20,388 | 14,274 | 5,744 | 370 |
| Grant | 22,169 | 17,709 | 3,335 | 133 | 644 | 348 | 17,527 | 13,964 | 2,717 | 97 | 507 | 242 | 12,226 | 10,764 | 1,120 | 342 |
| Jackson | 15,031 | 9,967 | 4,166 | 175 | 255 | 468 | 11,783 | 7,967 | 3,125 | 140 | 174 | 377 | 9,375 | 6,570 | 2,610 | 195 |
| Lincoln | 48,396 | 26,034 | 19,364 | 892 | 662 | 1,444 | 38,655 | 21,306 | 15,119 | 744 | 526 | 960 | 24,408 | 15,139 | 8,357 | 912 |
| *Ouachita | 55,373 | 45,898 | 5,641 | 1,121 | 1,225 | 1,488 | 41,613 | 34,950 | 3,864 | 771 | 961 | 1,067 | 36,532 | 32,374 | 2,853 | 1,305 |
| *Rapides | 24,719 | 19,507 | 2,233 | 699 | 829 | 1,451 | 18,855 | 15,256 | 1,530 | 494 | 627 | 948 | 15,222 | 13,127 | 1,240 | 855 |
| Red River | 7,620 | 4,195 | 3,106 | 25 | 171 | 123 | 5,714 | 3,338 | 2,164 | 3 | 116 | 93 | 5,475 | 3,034 | 2,358 | 83 |
| Sabine | 22,155 | 15,036 | 3,861 | 94 | 2,723 | 441 | 17,064 | 12,054 | 2,655 | 66 | 1,970 | 319 | 13,570 | 10,287 | 1,912 | 1,371 |
| Union | 21,107 | 14,460 | 5,224 | 62 | 338 | 1,023 | 16,632 | 11,807 | 3,861 | 39 | 254 | 671 | 14,802 | 10,847 | 3,497 | 458 |
| Vernon | 48,750 | 35,087 | 7,611 | 1,442 | 1,600 | 3,010 | 36,261 | 26,765 | 5,133 | 1,074 | 1,160 | 2,129 | 22,409 | 18,129 | 2,608 | 1,672 |
| Webster | 36,967 | 22,735 | 12,679 | 208 | 687 | 658 | 28,753 | 18,144 | 9,464 | 154 | 558 | 433 | 21,259 | 14,068 | 6,744 | 447 |
| Winn | 13,755 | 8,594 | 3,727 | 210 | 263 | 961 | 10,906 | 6,932 | 2,695 | 170 | 207 | 902 | 8,262 | 5,916 | 2,218 | 128 |
| **District 4** | 776,302 100.000% | 541,739 69.785% | 169,212 21.797% | 13,823 1.781% | 20,170 2.598% | 31,358 4.039% | 593,646 100.000% | 424,349 71.482% | 122,168 20.579% | 9,987 1.682% | 15,060 2.537% | 22,082 3.720% | 443,328 74.679% | 339,359 76.548% | 84,236 19.001% | 19,733 4.451% |
| **District 5** | | | | | | | | | | | | | | | | |
| *Ascension | 31,773 | 23,466 | 4,867 | 839 | 497 | 2,104 | 22,786 | 17,357 | 3,196 | 543 | 343 | 1,347 | 19,854 | 16,011 | 2,623 | 1,220 |
| *Avoyelles | 20,125 | 14,889 | 4,417 | 132 | 397 | 290 | 15,393 | 11,696 | 3,076 | 102 | 282 | 237 | 11,431 | 8,976 | 2,117 | 338 |
| Caldwell | 9,645 | 7,646 | 1,632 | 51 | 150 | 166 | 7,478 | 5,969 | 1,224 | 46 | 116 | 123 | 5,813 | 4,959 | 762 | 92 |
| Catahoula | 8,906 | 5,776 | 2,395 | 46 | 119 | 570 | 6,951 | 4,557 | 1,736 | 33 | 87 | 538 | 6,113 | 4,363 | 1,695 | 55 |
| Concordia | 18,687 | 10,275 | 7,725 | 122 | 233 | 332 | 14,217 | 8,108 | 5,613 | 100 | 167 | 229 | 11,419 | 6,816 | 4,418 | 185 |
| *East Baton Rouge | 172,199 | 119,876 | 31,907 | 8,088 | 2,420 | 9,908 | 138,993 | 99,727 | 23,872 | 6,216 | 1,935 | 7,243 | 104,631 | 81,782 | 15,706 | 7,143 |
| East Carroll | 7,459 | 2,054 | 5,272 | 29 | 43 | 61 | 5,901 | 1,773 | 4,043 | 19 | 27 | 39 | 4,564 | 1,218 | 3,305 | 41 |

# Splits

## Plan: Senate Bill 8 Enrolled by Sen. Womack

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 5** | | | | | | | | | | | | | | | | |
| East Feliciana | 19,539 | 11,516 | 7,341 | 91 | 262 | 329 | 16,183 | 9,740 | 5,918 | 61 | 198 | 266 | 13,327 | 7,805 | 5,075 | 447 |
| Franklin | 19,774 | 12,492 | 6,802 | 70 | 205 | 205 | 15,028 | 9,901 | 4,779 | 44 | 153 | 151 | 12,350 | 8,524 | 3,718 | 108 |
| La Salle | 14,791 | 11,348 | 1,422 | 283 | 372 | 1,366 | 11,563 | 8,636 | 1,065 | 264 | 271 | 1,327 | 8,380 | 7,633 | 583 | 164 |
| *Livingston | 128,972 | 105,579 | 11,520 | 1,613 | 2,852 | 7,408 | 94,772 | 79,483 | 7,332 | 1,053 | 2,104 | 4,800 | 73,766 | 65,923 | 4,974 | 2,869 |
| Madison | 10,017 | 3,475 | 6,363 | 20 | 59 | 100 | 7,435 | 2,906 | 4,391 | 9 | 48 | 81 | 7,068 | 2,439 | 4,518 | 111 |
| Morehouse | 25,629 | 12,281 | 12,484 | 160 | 370 | 334 | 20,062 | 10,095 | 9,300 | 117 | 279 | 271 | 15,440 | 7,806 | 7,377 | 257 |
| *Ouachita | 104,995 | 42,647 | 55,576 | 1,667 | 1,436 | 3,669 | 78,587 | 35,024 | 38,426 | 1,347 | 1,098 | 2,692 | 59,098 | 25,775 | 31,168 | 2,155 |
| Richland | 20,043 | 11,785 | 7,603 | 83 | 258 | 314 | 15,383 | 9,338 | 5,546 | 66 | 203 | 230 | 13,141 | 8,144 | 4,753 | 244 |
| St. Helena | 10,920 | 4,527 | 6,031 | 39 | 134 | 189 | 8,463 | 3,805 | 4,371 | 28 | 109 | 150 | 8,260 | 3,526 | 4,492 | 142 |
| *Tangipahoa | 78,140 | 41,836 | 30,854 | 783 | 1,237 | 3,430 | 59,521 | 33,957 | 21,686 | 612 | 935 | 2,331 | 34,249 | 22,443 | 10,704 | 1,102 |
| Tensas | 4,147 | 1,744 | 2,312 | 23 | 26 | 42 | 3,235 | 1,446 | 1,728 | 12 | 23 | 26 | 3,485 | 1,510 | 1,937 | 38 |
| Washington | 45,463 | 29,943 | 13,434 | 216 | 736 | 1,134 | 34,951 | 23,743 | 9,732 | 154 | 561 | 761 | 27,151 | 18,603 | 7,892 | 656 |
| West Carroll | 9,751 | 7,894 | 1,425 | 27 | 180 | 225 | 7,532 | 6,223 | 1,010 | 20 | 136 | 143 | 6,871 | 5,770 | 1,013 | 88 |
| West Feliciana | 15,310 | 10,883 | 3,740 | 89 | 225 | 373 | 12,783 | 9,283 | 2,951 | 56 | 174 | 319 | 7,492 | 5,186 | 2,160 | 146 |
| **District 5** | 776,285 | 491,932 | 225,122 | 14,471 | 12,211 | 32,549 | 597,217 | 392,767 | 160,995 | 10,902 | 9,249 | 23,304 | 453,903 | 315,312 | 120,990 | 17,601 |
| | 100.000% | 63.370% | 29.000% | 1.864% | 1.573% | 4.193% | 100.000% | 65.766% | 26.958% | 1.825% | 1.549% | 3.902% | 76.003% | 69.467% | 26.655% | 3.878% |
| **District 6** | | | | | | | | | | | | | | | | |
| *Avoyelles | 19,568 | 10,736 | 7,261 | 302 | 370 | 899 | 15,185 | 8,573 | 5,235 | 277 | 288 | 812 | 10,007 | 6,266 | 3,505 | 236 |
| *Caddo | 122,407 | 22,379 | 95,094 | 971 | 1,160 | 2,803 | 91,631 | 19,270 | 68,784 | 765 | 896 | 1,916 | 62,821 | 11,685 | 48,787 | 2,349 |
| *De Soto | 15,025 | 6,345 | 7,899 | 82 | 363 | 336 | 11,469 | 4,999 | 5,871 | 61 | 291 | 247 | 9,188 | 4,065 | 4,841 | 282 |
| *East Baton Rouge | 284,582 | 76,193 | 181,491 | 8,337 | 2,307 | 16,254 | 216,619 | 64,154 | 132,918 | 6,383 | 1,812 | 11,352 | 164,206 | 50,963 | 103,796 | 9,447 |
| *Lafayette | 61,342 | 21,514 | 35,873 | 494 | 545 | 2,916 | 46,240 | 17,689 | 25,965 | 350 | 358 | 1,878 | 36,884 | 14,039 | 21,247 | 1,598 |
| Natchitoches | 37,515 | 19,361 | 15,725 | 255 | 861 | 1,313 | 29,349 | 16,010 | 11,415 | 198 | 683 | 1,043 | 20,675 | 11,761 | 8,016 | 898 |
| Pointe Coupee | 20,758 | 12,395 | 7,504 | 107 | 159 | 593 | 16,250 | 10,108 | 5,502 | 91 | 119 | 430 | 14,107 | 9,040 | 4,837 | 230 |
| *Rapides | 105,304 | 58,003 | 40,359 | 1,729 | 2,273 | 2,940 | 79,937 | 46,117 | 28,875 | 1,292 | 1,707 | 2,146 | 60,064 | 36,829 | 20,719 | 2,516 |
| St. Landry | 82,540 | 43,611 | 35,836 | 499 | 636 | 1,958 | 61,811 | 34,209 | 25,497 | 353 | 451 | 1,301 | 52,429 | 28,933 | 22,135 | 1,361 |
| West Baton Rouge | 27,199 | 14,307 | 11,170 | 287 | 326 | 1,109 | 20,526 | 11,146 | 8,149 | 209 | 219 | 803 | 16,753 | 9,620 | 6,764 | 369 |
| **District 6** | 776,240 | 284,844 | 438,212 | 13,063 | 9,000 | 31,121 | 589,017 | 232,275 | 318,011 | 9,979 | 6,824 | 21,928 | 447,134 | 183,201 | 244,647 | 19,286 |
| | 100.000% | 36.695% | 56.453% | 1.683% | 1.159% | 4.009% | 100.000% | 39.434% | 53.990% | 1.694% | 1.159% | 3.723% | 75.912% | 40.972% | 54.714% | 4.313% |

# Congress - Statewide



# Congress - Jefferson / Orleans



# Congress - Lafourche / St. Charles



R033-017

# Congress - Ascension / Livingston / Tangipahoa (part)



# Congress - East Baton Rouge



R033-019

# Congress - Lafayette



**Congress - Calcasieu**



R033-021

## Congress - Rapides / Avoyelles



R033-022

# Congress - Caddo / DeSoto



# Congress - Ouachita



R033-024