**2024 First Extraordinary Session**

Sequence: 21     **SBS FINAL PASSAGE**     Date: 1/19/2024
**SB 8 BY WOMACK**     Time: 12:43:02 PM
**FINAL PASSAGE**

**ROLL CALL**

The roll was called with the following result:

YEAS

| | | |
|---|---|---|
| Mr. Speaker | Firment | Mena |
| Adams | Fisher | Miller |
| Beaullieu | Freeman | Moore |
| Berault | Gadberry | Muscarello |
| Billings | Galle | Myers |
| Bourriaque | Geymann | Newell |
| Boyd | Glorioso | Orgeron |
| Boyer | Green | Owen |
| Brass | Hebert | Phelps |
| Braud | Henry | Romero |
| Brown | Hilferty | Schamerhorn |
| Bryant | Horton | Schlegel |
| Butler | Hughes | Selders |
| Carlson | Illg | St. Blanc |
| Carrier | Jackson | Stagni |
| Carter, R. | Johnson, T. | Tarver |
| Carter, W. | Jordan | Taylor |
| Carver | Kerner | Thomas |
| Chassion | Knox | Thompson |
| Coates | LaFleur | Turner |
| Cox | Landry, J. | Ventrella |
| Crews | Landry, M. | Villio |
| Deshotel | Larvadain | Walters |
| Dewitt | Lyons | Wilder |
| Dickerson | Mack | Willard |
| Echols | Marcelle | Wright |
| Egan | McCormick | Wyble |
| Emerson | McFarland | Young |
| Farnum | McMahen | |

Total -- 86

NAYS

| | | |
|---|---|---|
| Amedee | Davis | McMakin |
| Bacala | Domangue | Melerine |
| Bagley | Edmonston | Riser |
| Bamburg | Fontenot | Wiley |
| Bayham | Freiberg | Zeringue |
| Chenevert | Johnson, M. | |

Total -- 17

ABSENT

| | |
|---|---|
| Carpenter | LaCombe |

Total -- 2

Hearing Exhibit
R034
Case No: 3:24-cv-00122-DCJ-CES-RRS