**2024 First Extraordinary Session**

Sequence: 20

**SBS FINAL PASSAGE**
**SB 8 BY WOMACK**
**AMENDMENT # 83 BY BEAULLIEU**
**MOTION TO ADOPT**

Date: 1/19/2024
Time: 12:32:46 PM

**ROLL CALL**

The roll was called with the following result:

**YEAS**

| | | |
|---|---|---|
| Mr. Speaker | Domangue | McFarland |
| Adams | Edmonston | McMahen |
| Amedee | Egan | McMakin |
| Bacala | Emerson | Melerine |
| Bagley | Firment | Miller |
| Bamburg | Fisher | Moore |
| Bayham | Fontenot | Muscarello |
| Beaullieu | Freeman | Myers |
| Berault | Freiberg | Orgeron |
| Billings | Gadberry | Owen |
| Boyer | Galle | Phelps |
| Braud | Glorioso | Schamerhorn |
| Brown | Green | Schlegel |
| Bryant | Hebert | Selders |
| Butler | Henry | St. Blanc |
| Carlson | Hilferty | Stagni |
| Carrier | Horton | Taylor |
| Carter, R. | Illg | Thomas |
| Carter, W. | Jackson | Turner |
| Carver | Johnson, M. | Ventrella |
| Chassion | Johnson, T. | Villio |
| Chenevert | Jordan | Walters |
| Coates | Kerner | Wilder |
| Cox | LaFleur | Wiley |
| Crews | Landry, J. | Wright |
| Davis | Landry, M. | Wyble |
| Deshotel | Mack | Young |
| Dewitt | Marcelle | Zeringue |
| Dickerson | McCormick | |

Total -- 86

**NAYS**

| | | |
|---|---|---|
| Bourriaque | Geymann | Newell |
| Boyd | Hughes | Riser |
| Brass | Knox | Romero |
| Echols | Lyons | Tarver |
| Farnum | Mena | Willard |

Total -- 15

**ABSENT**

| | |
|---|---|
| Carpenter | Larvadain |
| LaCombe | Thompson |

Total -- 4

Hearing Exhibit
R035
Case No: 3:24-cv-00122-DCJ-CES-RRS