**2024 First Extraordinary Session**

Sequence: 20    **SENATE BILLS RETURNED FROM HOUSE WITH AMENDMENTS**    Date: 1/19/2024
**SB 8 BY WOMACK**    Time: 2:35:09 PM
**CONGRESS**
**EGF INCREASE GF EX SEE NOTE**
**CONCUR**

**ROLL CALL**

The roll was called with the following result:

YEAS

| | | |
|---|---|---|
| Mr. President | Duplessis | McMath |
| Abraham | Edmonds | Miguez |
| Barrow | Fields | Mizell |
| Boudreaux | Harris | Owen |
| Bouie | Hensgens | Price |
| Carter | Hodges | Reese |
| Cloud | Jenkins | Stine |
| Connick | Kleinpeter | Wheat |
| Coussan | Luneau | Womack |

Total -- 27

NAYS

| | | |
|---|---|---|
| Allain | Foil | Pressly |
| Bass | Lambert | Seabaugh |
| Cathey | Miller | Talbot |
| Fesi | Morris | |

Total -- 11

ABSENT

Jackson

Total -- 1

Hearing Exhibit R037
Case No: 3:24-cv-00122-DCJ-CES-RRS