**2024 First Extraordinary Session**

Sequence: 9     **SBS 3RD READING AND FINAL PASSAGE**     Date: 1/17/2024
**SB 8 BY WOMACK**
**CONGRESS**
**EG INCREASE GF EX SEE NOTE**
**FINAL PASSAGE**
Time: 2:37:03 PM

**ROLL CALL**

The roll was called with the following result:

YEAS

| | | |
|---|---|---|
| Mr. President | Duplessis | McMath |
| Abraham | Edmonds | Miguez |
| Barrow | Fields | Mizell |
| Boudreaux | Harris | Owen |
| Bouie | Hensgens | Price |
| Carter | Hodges | Reese |
| Cloud | Jackson | Stine |
| Connick | Jenkins | Wheat |
| Coussan | Kleinpeter | Womack |

Total -- 27

NAYS

| | | |
|---|---|---|
| Allain | Foil | Pressly |
| Bass | Lambert | Seabaugh |
| Cathey | Miller | Talbot |
| Fesi | Morris | |

Total -- 11

ABSENT

Luneau

Total -- 1

Hearing Exhibit R038
Case No: 3:24-cv-00122-DCJ-CES-RRS

R038-001