SCASB8 WILEYJW 31

## SENATE COMMITTEE AMENDMENTS
2024 First Extraordinary Session

Amendments proposed by Senate Committee on Senate and Governmental Affairs to Original Senate Bill No. 8 by Senator Womack

1  AMENDMENT NO. 1

2  On page 1, delete lines 13 through 17

3  AMENDMENT NO. 2

4  Delete pages 2 through 5

5  AMENDMENT NO. 3

7  On page 6, delete lines 1 through 25, and insert:

8  "**(1)  District 1 is composed of Precincts 1, 2, 3, 4, 5, 8, 10, 12, 13, 14, 15,**
9  **18, 21, 22, 25, 26, 27, 33, 35, 41, 61, 68, 69 and 76 of Ascension Parish; Precincts**
10  **1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26,**
11  **27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 51, 52, 53,**
12  **54, 55, 56, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77,**
13  **78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99,**
14  **100, 101, 102, 103, 105, 106, 117, 118, 119, 120, 121, 122, 123, 124, 125A, 125B,**
15  **126, 127, 128, 129, 130, 132, 134, 136, 138, 246, 247, 248, 1-GI, 1-H, 2-H, 3-H,**
16  **4-H, 5-H, 6-H, 7-H, 8-H, 9-H, 1-K, 2-K, 3-K, 4-K, 5-K, 6-KA, 6-KB, 7-KA, 7-KB,**
17  **8-K, 9-K, 10-K, 11-K, 12-K, 13-KA, 13-KB, 14-K, 16-K, 17-K, 18-K, 19-K, 20-K,**
18  **25-K, 27-K, 28-K, 29-K, 34-K, 35-K and 1-L of Jefferson Parish; Precincts 13A,**
19  **13B, 14, 15, 16, 17, 18, 18A, 19, 19A, 20, 21A, 22, 31, 32, 33, 34, 38 and 43 of**
20  **Livingston Parish; Precincts 4-9, 4-11, 4-14, 4-15, 4-17, 4-17A, 4-18, 4-20, 4-21,**
21  **4-22, 4-23, 5-17, 5-18, 7-41, 7-42, 9-45, 9-45A, 14-1, 14-2, 14-3, 14-4, 14-5, 14-6,**
22  **14-7, 14-8, 14-9, 14-10, 14-11, 14-12, 14-13A, 14-14, 14-15, 14-16, 14-17, 14-18A,**
23  **14-19, 14-20, 14-21, 16-2, 16-3, 16-4, 16-5, 16-6, 16-7, 16-8, 17-1, 17-2, 17-17,**
24  **17-18, 17-18A, 17-19 and 17-20 of Orleans Parish; Plaquemines Parish; St.**
25  **Bernard Parish; St. Tammany Parish and Precincts 40A, 41, 42, 43, 44, 45A,**
26  **45B, 46, 47, 49, 70, 70A, 71, 72, 72A, 73, 74, 120, 122A, 122B, 122C, 124, 129A,**
27  **133, 133A, 137, 137A, 137B, 137C, 137D, 139, 141, 141A, 143, 143A, 145, 147,**
28  **149, 149A and 151 of Tangipahoa Parish.**
29  **(2)  District 2 is composed of Precincts 6, 7, 9, 11, 16, 17, 19, 20, 23, 24,**
30  **28, 30, 31, 32, 34, 36, 37, 38, 39, 40, 42, 43, 44, 45, 47, 48, 50, 51, 52, 53, 54, 55, 57,**
31  **58, 62, 63, 64, 65, 66, 71, 72, 73, 77 and 78 of Ascension Parish; Assumption**
32  **Parish; Iberville Parish; Precincts 57, 104, 108, 115, 116, 131, 133, 150, 151, 152,**
33  **153, 154, 155, 156, 157A, 157B, 170, 171, 172, 173, 174, 175, 176, 177, 178, 179A,**
34  **179B, 180, 181, 182, 183, 184, 185A, 185B, 187, 188, 189, 190, 191, 192, 193A,**
35  **193B, 194A, 194B, 195, 196, 197A, 197B, 198, 199, 200, 201, 202, 203, 204, 205,**
36  **210, 211, 212, 213A, 213B, 213C, 214A, 214B, 215, 216A, 216B, 216C, 217, 225,**
37  **226, 227, 228, 229, 230, 231, 232A, 232B, 234, 235, 236, 237, 238A, 238B, 1-G,**
38  **2-G, 3-G, 4-G, 5-G, 6-G, 7-G, 8-G, 9-G, 10-G, 11-G, 12-G, 13-G, 15-K, 21-K,**
39  **22-K, 23-K, 24-K, 26-K, 30-K, 31-K, 33-K, 1-W, 2-W, 3-W, 4-W, 5-W, 6-W and**
40  **7-W of Jefferson Parish; Precincts 1-1, 1-2, 1-5, 1-6, 2-1, 2-2, 2-4, 2-6, 2-7, 3-1,**
41  **3-8, 3-9, 3-12, 3-14, 3-15, 3-18, 3-19, 3-20, 4-2, 4-3, 4-6, 4-7, 4-8, 5-1, 5-2, 5-3, 5-5,**
42  **5-7, 5-8, 5-9, 5-10, 5-11, 5-12, 5-13, 5-15, 5-16, 6-1, 6-2, 6-4, 6-6, 6-7, 6-8, 6-9, 7-1,**
43  **7-2, 7-4, 7-5, 7-6, 7-7, 7-8, 7-9A, 7-10, 7-11, 7-12, 7-13, 7-14, 7-15, 7-16, 7-17,**
44  **7-18, 7-19, 7-20, 7-21, 7-23, 7-24, 7-25, 7-25A, 7-26, 7-27, 7-27B, 7-28, 7-28A,**
45  **7-29, 7-30, 7-32, 7-33, 7-35, 7-37, 7-37A, 7-40, 8-1, 8-2, 8-4, 8-6, 8-7, 8-8, 8-9,**
46  **8-12, 8-13, 8-14, 8-15, 8-19, 8-20, 8-21, 8-22, 8-23, 8-24, 8-25, 8-26, 8-27, 8-28,**
47  **8-30, 9-1, 9-3, 9-4, 9-5, 9-6, 9-7, 9-8, 9-9, 9-10, 9-11, 9-12, 9-13, 9-14, 9-15, 9-16,**
48  **9-17, 9-19, 9-21, 9-23, 9-25, 9-26, 9-28, 9-28C, 9-29, 9-30, 9-30A, 9-31, 9-31A,**
49  **9-31B, 9-31D, 9-32, 9-33, 9-34A, 9-35, 9-35A, 9-36, 9-36B, 9-37, 9-38, 9-38A,**

Page 1 of 3
This set of amendment(s) was prepared by J. W. Wiley.

Hearing Exhibit
R039
Case No: 3:24-cv-00122-DCJ-CES-RRS

R039-001

SCASB8 WILEYJW 31

| | |
|---|---|
| 1 | 9-39, 9-39B, 9-40, 9-40A, 9-40C, 9-41, 9-41A, 9-41B, 9-41C, 9-41D, 9-42, 9-42C, |
| 2 | 9-43A, 9-43B, 9-43C, 9-43E, 9-43F, 9-43G, 9-43H, 9-43I, 9-43J, 9-43K, 9-43L, |
| 3 | 9-43M, 9-43N, 9-44, 9-44A, 9-44B, 9-44D, 9-44E, 9-44F, 9-44G, 9-44I, 9-44J, |
| 4 | 9-44L, 9-44M, 9-44N, 9-44O, 9-44P, 9-44Q, 10-3, 10-6, 10-7, 10-8, 10-9, 10-11, |
| 5 | 10-12, 10-13, 10-14, 11-2, 11-3, 11-4, 11-5, 11-8, 11-9, 11-10, 11-11, 11-12, 11-13, |
| 6 | 11-14, 11-17, 12-1, 12-2, 12-3, 12-4, 12-5, 12-6, 12-7, 12-9, 12-10, 12-11, 12-12, |
| 7 | 12-13, 12-14, 12-16, 12-17, 12-19, 13-1, 13-2, 13-3, 13-4, 13-5, 13-6, 13-7, 13-8, |
| 8 | 13-9, 13-10, 13-11, 13-12, 13-13, 13-14, 13-15, 13-16, 14-23, 14-24A, 14-25, 14-26, |
| 9 | 15-1, 15-2, 15-3, 15-5, 15-6, 15-8, 15-9, 15-10, 15-11, 15-12, 15-12A, 15-13, |
| 10 | 15-13A, 15-13B, 15-14, 15-14A, 15-14B, 15-14C, 15-14D, 15-14E, 15-14F, |
| 11 | 15-14G, 15-15, 15-15A, 15-15B, 15-16, 15-17, 15-17A, 15-17B, 15-18, 15-18A, |
| 12 | 15-18B, 15-18C, 15-18D, 15-18E, 15-18F, 15-19, 15-19A, 15-19B, 15-19C, 16-1, |
| 13 | 16-1A, 16-9, 17-3, 17-4, 17-5, 17-6, 17-7, 17-8, 17-9, 17-10, 17-11, 17-12, 17-13, |
| 14 | 17-13A, 17-14, 17-15 and 17-16 of Orleans Parish; St. Charles Parish; St. James |
| 15 | Parish and St. John the Baptist Parish. |
| 16 | (3) District 3 is composed of Acadia Parish; Precincts 260, 261, 262, 300, |
| 17 | 301, 303, 304, 305, 307, 308, 309E, 309W, 310, 311, 312, 313E, 313W, 314, 315E, |
| 18 | 315W, 316E, 318, 319N, 319S, 320E, 320W, 321, 322, 323, 324, 326, 327, 328, |
| 19 | 329, 330, 331, 332N, 332S, 335, 337, 360, 361, 364, 370, 800, 801, 860N, 860S, |
| 20 | 861E and 861W of Calcasieu Parish; Cameron Parish; Iberia Parish; Jefferson |
| 21 | Davis Parish; Precincts 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, |
| 22 | 41, 42, 43, 44, 45, 46, 47, 48, 49, 67, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, |
| 23 | 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, |
| 24 | 103, 104, 105, 106, 107, 108, 109, 110, 111, 114, 115, 116, 117, 118, 119, 120, 121, |
| 25 | 124, 125, 126, 127, 128, 130, 131, 133, 134, 135 and 136 of Lafayette Parish; |
| 26 | Lafourche Parish; St. Martin Parish; St. Mary Parish; Terrebonne Parish and |
| 27 | Vermilion Parish. |
| 28 | (4) District 4 is composed of Allen Parish; Beauregard Parish; Bienville |
| 29 | Parish; Bossier Parish; Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 1-6, 1-7, 1-8, 1-9, 1-10, |
| 30 | 1-11, 1-12, 1-13, 1-14, 2-1, 2-2, 2-4, 3-8, 3-9, 4-3, 4-4, 4-5, 4-6, 4-7, 4-8, 4-9, 4-10, |
| 31 | 5-10, 6-1, 8-1, 8-2, 8-3, 8-4, 8-5, 8-6, 8-7, 8-8, 8-9, 9-1, 9-2, 9-3, 9-7, 9-8, 9-9, 9-10, |
| 32 | 9-11, 9-12, 9-13, 11-1, 11-9, 11-10, 12-1, 12-3, 12-7 and 12-8 of Caddo Parish; |
| 33 | Precincts 160E, 160W, 161, 162E, 162W, 163, 164, 165, 166E, 166W, 167, 302, |
| 34 | 306, 316W, 317, 325, 333, 334, 336, 338, 339, 340, 362, 363, 365, 366, 367, 368, |
| 35 | 369, 371N, 371S, 372, 400, 401, 402, 403, 404, 405, 406, 407, 408, 440, 441, 460E, |
| 36 | 460W, 461, 463, 464, 465, 466E, 466W, 467, 468, 469, 560, 561, 562, 600, 601, |
| 37 | 602, 603, 660, 661, 662, 663, 664, 700, 701, 702, 703, 760, 761 and 762 of |
| 38 | Calcasieu Parish; Claiborne Parish; Precincts 10, 11, 11B, 11C, 28, 35, 35A, |
| 39 | 35B, 46, 46A, 46B, 48, 49, 49A and 51 of De Soto Parish; Grant Parish; Jackson |
| 40 | Parish; Lincoln Parish; Precincts 31, 32, 33, 36, 37, 38, 39, 40, 41, 42, 43, 44, |
| 41 | 44A, 45, 46, 47, 48, 49, 51, 51A, 52, 52A, 53, 54, 55, 56, 56A, 57 and 58 of |
| 42 | Ouachita Parish; Precincts N12, N15, N16, N17, N18-A, N18-B, N19, N20, N22, |
| 43 | N23, N24, N25, N26, N27, N28, N29 and S16 of Rapides Parish; Sabine Parish; |
| 44 | Union Parish; Vernon Parish; Webster Parish and Winn Parish. |
| 45 | (5) District 5 is composed of Avoyelles Parish; Caldwell Parish; |
| 46 | Catahoula Parish; Concordia Parish; Precincts 1-7, 1-8, 1-12, 1-41, 1-42, 1-43, |
| 47 | 1-44, 1-46, 1-47, 1-48, 1-56, 1-69, 1-75, 1-76, 1-80, 1-89, 1-90, 1-98, 1-99, 1-102, |
| 48 | 1-103, 1-107, 2-6, 2-7, 2-8, 2-21, 2-26, 2-33, 2-35, 3-1, 3-2, 3-3, 3-4, 3-5, 3-6, 3-7, |
| 49 | 3-9, 3-10, 3-13, 3-14, 3-15, 3-16, 3-17, 3-18, 3-19, 3-20, 3-21, 3-22, 3-23, 3-25, 3-26, |
| 50 | 3-28, 3-29, 3-30, 3-32, 3-33, 3-34, 3-35, 3-36, 3-37, 3-38, 3-39, 3-40, 3-41, 3-43, |
| 51 | 3-44, 3-45, 3-46, 3-47, 3-48, 3-49, 3-50, 3-52, 3-53, 3-56, 3-57, 3-58, 3-59, 3-60, |
| 52 | 3-61, 3-62, 3-63, 3-64, 3-65, 3-66, 3-67, 3-68, 3-69, 3-70, 3-71, 3-72, 3-73, 3-74, |
| 53 | 3-75 and 3-76 of East Baton Rouge Parish; East Carroll Parish; East Feliciana |
| 54 | Parish; Franklin Parish; La Salle Parish; Precincts 1, 1A, 1B, 1C, 1D, 2, 2A, 3, |
| 55 | 3A, 3B, 4, 4A, 4B, 5, 5A, 5B, 5D, 6, 6A, 6B, 7, 7A, 7B, 7C, 7D, 8A, 8B, 9, 10, 11, |
| 56 | 11A, 12, 21, 21B, 23, 23A, 23B, 23C, 24, 24B, 24C, 24D, 25, 26, 26A, 26B, 26C, |
| 57 | 27, 28, 29, 30, 35, 35A, 36, 36A, 39, 39A, 39B, 40, 40A and 41 of Livingston |
| 58 | Parish; Madison Parish; Morehouse Parish; Precincts 1, 1A, 2, 3, 4, 5, 6, 7, 8, |
| 59 | 9, 9A, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 30, 34, |
| 60 | 35, 50, 59, 60, 61, 62, 63, 64, 65, 65A, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, |
| 61 | 78 and 79 of Ouachita Parish; Richland Parish; St. Helena Parish; Precincts 2, |

Page 2 of 3
This set of amendment(s) was prepared by J. W. Wiley.

R039-002

SCASB8 WILEYJW 31

| | |
|---|---|
| 1 | **6, 11, 15, 16, 17, 28, 33, 101, 102, 104, 105, 106, 106A, 107, 108, 109, 110, 111A,** |
| 2 | **112, 114, 115B, 116, 117, 118, 118A, 119, 120A, 120B, 121, 121A, 123, 125 and** |
| 3 | **127 of Tangipahoa Parish; Tensas Parish; Washington Parish; West Carroll** |
| 4 | **Parish and West Feliciana Parish.** |
| 5 | **(6)  District 6 is composed of Precincts 2-3, 2-5, 2-6, 2-7, 2-8, 2-9, 2-10,** |
| 6 | **2-11, 2-12, 3-1, 3-2, 3-3, 3-4, 3-5, 3-6, 3-7, 4-1, 4-2, 5-1, 5-2, 5-3, 5-4, 5-5, 5-6, 5-7,** |
| 7 | **5-8, 5-9, 5-11, 6-2, 6-3, 6-4, 6-5, 6-6, 6-7, 6-8, 6-9, 6-10, 7-1, 7-2, 7-3, 7-4, 7-5, 7-6,** |
| 8 | **7-7, 7-8, 7-9, 7-10, 9-4, 9-5, 9-6, 10-1, 10-2, 10-3, 10-4, 10-5, 10-6, 10-7, 10-8, 10-9,** |
| 9 | **11-2, 11-3, 11-4, 11-5, 11-6, 11-7, 11-8, 12-2, 12-4, 12-5, 12-6, 12-9, 12-10 and** |
| 10 | **12-11 of Caddo Parish; Precincts 1, 4, 5, 5A, 6, 6A, 6B, 9, 16, 16A, 16B, 16C, 21,** |
| 11 | **22, 22A, 23, 26, 26A, 30, 30A, 31, 31A, 32, 33, 33A, 34, 34A, 34B, 37, 37C, 38,** |
| 12 | **38A, 42, 44, 53, 55, 56, 59, 60, 60A, 63 and 63A of De Soto Parish; Precincts 1-1,** |
| 13 | **1-2, 1-3, 1-4, 1-5, 1-6, 1-9, 1-10, 1-11, 1-13, 1-14, 1-15, 1-16, 1-17, 1-18, 1-19, 1-20,** |
| 14 | **1-21, 1-22, 1-23, 1-24, 1-25, 1-26, 1-27, 1-28, 1-29, 1-30, 1-31, 1-32, 1-33, 1-34,** |
| 15 | **1-35, 1-36, 1-37, 1-38, 1-39, 1-40, 1-45, 1-49, 1-50, 1-51, 1-52, 1-53, 1-54, 1-55,** |
| 16 | **1-57, 1-58, 1-59, 1-60, 1-61, 1-62, 1-63, 1-64, 1-65, 1-66, 1-67, 1-68, 1-70, 1-71,** |
| 17 | **1-72, 1-73, 1-74, 1-77, 1-78, 1-79, 1-81, 1-82, 1-83, 1-84, 1-85, 1-86, 1-87, 1-88,** |
| 18 | **1-91, 1-92, 1-93, 1-94, 1-95, 1-96, 1-97, 1-100, 1-101, 1-104, 1-105, 2-1, 2-2, 2-3,** |
| 19 | **2-4, 2-5, 2-9, 2-10, 2-11, 2-12, 2-13, 2-14, 2-15, 2-16, 2-17, 2-18, 2-19, 2-20, 2-22,** |
| 20 | **2-23, 2-24, 2-25, 2-27, 2-28, 2-29, 2-30, 2-31, 2-32, 2-34, 2-36, 2-37, 2-38, 3-8, 3-11,** |
| 21 | **3-12, 3-24, 3-27, 3-31, 3-42, 3-51, 3-54 and 3-55 of East Baton Rouge Parish;** |
| 22 | **Evangeline Parish; Precincts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17,** |
| 23 | **18, 19, 20, 21, 22, 23, 24, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 63, 64, 65, 66,** |
| 24 | **68, 112, 113, 122, 123 and 129 of Lafayette Parish; Natchitoches Parish; Pointe** |
| 25 | **Coupee Parish; Precincts C1, C2, C3, C4, C5, C6, C7, C8, C9, C10, C11-A,** |
| 26 | **C11-B, C13, C14, C15, C17, C18, C19, C20, C21, C22, C23, C24, C25, C26, C27,** |
| 27 | **C28, C30, C31, C32, C33, C34, C35, C36, C37-A, C37-B, C38-A, C38-B, C39,** |
| 28 | **C40, C41, C42, N1, N2, N3, N4, N5, N6, N7, N8, N9, N10, N11, N13-A, N13-B,** |
| 29 | **N14-A, N14-B, N21, S1, S2, S4, S5, S6A, S6B, S7, S8, S9, S10, S11, S13, S14, S15,** |
| 30 | **S17, S18, S19, S20, S21, S22, S23, S24, S25, S26, S27, S28 and S29 of Rapides** |
| 31 | **Parish; Red River Parish; St. Landry Parish and West Baton Rouge Parish.**" |

Page 3 of 3
This set of amendment(s) was prepared by J. W. Wiley.

R039-003