SCASB8 WILEYJW 34

**SENATE COMMITTEE AMENDMENTS**
2024 First Extraordinary Session

Amendments proposed by Senate Committee on Senate and Governmental Affairs to Original Senate Bill No. 8 by Senator Womack

1   AMENDMENT NO. 1

2   On page 1, delete lines 13 through 17

3   AMENDMENT NO. 2

4   Delete pages 2 through 5

5   AMENDMENT NO. 3

6   On page 6, delete lines 1 through 25, and insert:

8   "**(1)  District 1 is composed of Precincts 13, 14, 15, 18, 21, 22, 25, 26, 27,**
9   **33, 34, 35, 41, 43 and 69 of Ascension Parish; Precincts 1, 2, 3, 4, 5, 7, 8, 9, 10,**
10  **11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33,**
11  **34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 51, 52, 53, 54, 55, 56, 58, 59, 60, 61,**
12  **62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84,**
13  **85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 105, 106,**
14  **117, 118, 119, 120, 121, 122, 123, 124, 125A, 125B, 126, 127, 128, 129, 130, 132,**
15  **134, 136, 192, 198, 199, 246, 247, 248, 1-GI, 1-H, 2-H, 3-H, 4-H, 5-H, 6-H, 7-H,**
16  **8-H, 9-H, 1-K, 2-K, 3-K, 4-K, 5-K, 6-KA, 6-KB, 7-KA, 7-KB, 8-K, 9-K, 10-K,**
17  **11-K, 12-K, 13-KA, 14-K, 16-K, 17-K, 18-K, 19-K, 20-K, 25-K, 27-K, 28-K,**
18  **29-K, 34-K, 35-K and 1-L of Jefferson Parish; Precincts 3-3, 3-6, 4-1, 4-2, 4-3,**
19  **4-4, 4-5, 4-6, 7-4, 8-1, 9-1, 9-2, 10-1, 10-2, 10-3, 10-4, 10-6, 10-8, 10-9, 10-10,**
20  **10-11, 10-12, 10-13, 10-14, 10-15, 10-16, 11-1, 11-2, 11-3 and 11-5 of Lafourche**
21  **Parish; Precincts 13A, 13B, 14, 15, 16, 17, 22, 31, 32 and 38 of Livingston**
22  **Parish; Precincts 4-7, 4-8, 4-9, 4-11, 4-14, 4-15, 4-17, 4-17A, 4-18, 4-20, 4-21,**
23  **4-22, 4-23, 5-12, 5-13, 5-15, 5-16, 5-17, 5-18, 6-9, 7-41, 7-42, 9-45, 9-45A, 11-4,**
24  **11-5, 11-8, 11-9, 11-10, 11-11, 12-5, 12-6, 12-7, 12-9, 12-10, 13-5, 13-7, 13-8, 14-1,**
25  **14-2, 14-3, 14-4, 14-5, 14-6, 14-7, 14-8, 14-9, 14-10, 14-11, 14-13A, 14-14, 14-15,**
26  **14-16, 14-17, 14-18A, 14-20, 14-21, 16-1, 16-1A, 17-1, 17-17, 17-18, 17-18A, 17-19**
27  **and 17-20 of Orleans Parish; Plaquemines Parish; Precincts 32, 33, 34, 41, 42A,**
28  **43, 44, 45, 46, 50, 51, 52, 53, 54 and 55 of St. Bernard Parish; Precincts 1-6, 2-6,**
29  **3-1, 3-2, 3-3, 5-5, 6-1, 6-2, 6-3, 6-4, 6-6 and 6-8 of St. Charles Parish; St.**
30  **Tammany Parish and Precincts 44, 49, 70, 70A, 71, 72, 72A, 73, 74, 120B, 122A,**
31  **122B, 122C, 124, 137, 137A, 137B, 137C, 137D, 139, 141, 141A, 143, 143A, 145,**
32  **147, 149, 149A and 151 of Tangipahoa Parish.**
33          **(2)  District 2 is composed of Precincts 6, 7, 9, 11, 17, 20, 23, 24, 28, 30,**
34  **31, 32, 36, 37, 38, 39, 40, 42, 44, 45, 47, 48, 50, 51, 52, 53, 54, 55, 57, 58, 62, 63, 65,**
35  **66, 68, 71, 72, 73, 77 and 78 of Ascension Parish; Assumption Parish; Iberville**
36  **Parish; Precincts 57, 104, 108, 115, 116, 131, 133, 138, 150, 151, 152, 153, 154,**
37  **155, 156, 157A, 157B, 170, 171, 172, 173, 174, 175, 176, 177, 178, 179A, 179B,**
38  **180, 181, 182, 183, 184, 185A, 185B, 187, 188, 189, 190, 191, 193A, 193B, 194A,**
39  **194B, 195, 196, 197A, 197B, 200, 201, 202, 203, 204, 205, 210, 211, 212, 213A,**
40  **213B, 213C, 214A, 214B, 215, 216A, 216B, 216C, 217, 225, 226, 227, 228, 229,**
41  **230, 231, 232A, 232B, 234, 235, 236, 237, 238A, 238B, 1-G, 2-G, 3-G, 4-G, 5-G,**
42  **6-G, 7-G, 8-G, 9-G, 10-G, 11-G, 12-G, 13-G, 13-KB, 15-K, 21-K, 22-K, 23-K,**
43  **24-K, 26-K, 30-K, 31-K, 33-K, 1-W, 2-W, 3-W, 4-W, 5-W, 6-W and 7-W of**
44  **Jefferson Parish; Precincts 1-2, 1-3, 1-4, 1-5, 1-6, 2-1, 2-1A, 2-3, 2-5, 2-7, 2-9,**
45  **2-10, 2-11, 2-16, 5-1, 5-1A and 5-3 of Lafourche Parish; Precincts 1-1, 1-2, 1-5,**
46  **1-6, 2-1, 2-2, 2-4, 2-6, 2-7, 3-1, 3-8, 3-9, 3-12, 3-14, 3-15, 3-18, 3-19, 3-20, 4-2, 4-3,**
47  **4-6, 5-1, 5-2, 5-3, 5-5, 5-7, 5-8, 5-9, 5-10, 5-11, 6-1, 6-2, 6-4, 6-6, 6-7, 6-8, 7-1, 7-2,**
48  **7-4, 7-5, 7-6, 7-7, 7-8, 7-9A, 7-10, 7-11, 7-12, 7-13, 7-14, 7-15, 7-16, 7-17, 7-18,**
49  **7-19, 7-20, 7-21, 7-23, 7-24, 7-25, 7-25A, 7-26, 7-27, 7-27B, 7-28, 7-28A, 7-29,**

Hearing Exhibit
R040
Case No: 3:24-cv-00122-DCJ-CES-RRS

R040-001

```
 1    7-30, 7-32, 7-33, 7-35, 7-37, 7-37A, 7-40, 8-1, 8-2, 8-4, 8-6, 8-7, 8-8, 8-9, 8-12,
 2    8-13, 8-14, 8-15, 8-19, 8-20, 8-21, 8-22, 8-23, 8-24, 8-25, 8-26, 8-27, 8-28, 8-30, 9-1,
 3    9-3, 9-4, 9-5, 9-6, 9-7, 9-8, 9-9, 9-10, 9-11, 9-12, 9-13, 9-14, 9-15, 9-16, 9-17, 9-19,
 4    9-21, 9-23, 9-25, 9-26, 9-28, 9-28C, 9-29, 9-30, 9-30A, 9-31, 9-31A, 9-31B, 9-31D,
 5    9-32, 9-33, 9-34A, 9-35, 9-35A, 9-36, 9-36B, 9-37, 9-38, 9-38A, 9-39, 9-39B, 9-40,
 6    9-40A, 9-40C, 9-41, 9-41A, 9-41B, 9-41C, 9-41D, 9-42, 9-42C, 9-43A, 9-43B,
 7    9-43C, 9-43E, 9-43F, 9-43G, 9-43H, 9-43I, 9-43J, 9-43K, 9-43L, 9-43M, 9-43N,
 8    9-44, 9-44A, 9-44B, 9-44D, 9-44E, 9-44F, 9-44G, 9-44I, 9-44J, 9-44L, 9-44M,
 9    9-44N, 9-44O, 9-44P, 9-44Q, 10-3, 10-6, 10-7, 10-8, 10-9, 10-11, 10-12, 10-13,
10    10-14, 11-2, 11-3, 11-12, 11-13, 11-14, 11-17, 12-1, 12-2, 12-3, 12-4, 12-11, 12-12,
11    12-13, 12-14, 12-16, 12-17, 12-19, 13-1, 13-2, 13-3, 13-4, 13-6, 13-9, 13-10, 13-11,
12    13-12, 13-13, 13-14, 13-15, 13-16, 14-12, 14-19, 14-23, 14-24A, 14-25, 14-26, 15-1,
13    15-2, 15-3, 15-5, 15-6, 15-8, 15-9, 15-10, 15-11, 15-12, 15-12A, 15-13, 15-13A,
14    15-13B, 15-14, 15-14A, 15-14B, 15-14C, 15-14D, 15-14E, 15-14F, 15-14G, 15-15,
15    15-15A, 15-15B, 15-16, 15-17, 15-17A, 15-17B, 15-18, 15-18A, 15-18B, 15-18C,
16    15-18D, 15-18E, 15-18F, 15-19, 15-19A, 15-19B, 15-19C, 16-2, 16-3, 16-4, 16-5,
17    16-6, 16-7, 16-8, 16-9, 17-2, 17-3, 17-4, 17-5, 17-6, 17-7, 17-8, 17-9, 17-10, 17-11,
18    17-12, 17-13, 17-13A, 17-14, 17-15 and 17-16 of Orleans Parish; Precincts 10, 11,
19    12, 13, 14, 15, 20, 21, 22, 23, 24, 25, 30, 31, 40 and 42 of St. Bernard Parish;
20    Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 2-1, 2-3, 2-4, 2-5, 4-1, 4-2, 4-3, 4-4, 4-5, 5-1, 5-3,
21    5-4, 7-1, 7-2, 7-3, 7-4, 7-5 and 7-6 of St. Charles Parish; St. James Parish and St.
22    John the Baptist Parish.
23         (3)  District 3 is composed of Acadia Parish; Precincts 167, 260, 261, 262,
24    300, 301, 302, 303, 304, 305, 306, 307, 308, 309E, 309W, 310, 311, 312, 313E,
25    313W, 314, 315E, 315W, 316E, 316W, 317, 318, 319N, 319S, 320E, 320W, 321,
26    322, 323, 324, 325, 326, 327, 328, 329, 330, 331, 332N, 332S, 333, 334, 335, 336,
27    337, 338, 339, 340, 360, 361, 362, 363, 364, 368, 369, 370, 372, 405, 440, 441, 463,
28    464, 467, 800, 801, 860S, 861E and 861W of Calcasieu Parish; Cameron Parish;
29    Iberia Parish; Jefferson Davis Parish; Precincts 1, 3, 8, 25, 26, 27, 28, 29, 30, 31,
30    32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 65, 66, 67, 69, 70,
31    71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93,
32    94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111,
33    114, 115, 116, 117, 118, 119, 120, 121, 123, 124, 125, 126, 127, 128, 130, 131, 133,
34    134, 135 and 136 of Lafayette Parish; Precincts 1-1, 2-2, 2-6, 2-8, 2-12, 2-13,
35    2-14, 2-15, 3-1, 3-2, 3-4, 3-5, 3-7, 5-2, 6-1, 6-2, 6-3, 6-4, 6-5, 7-1, 7-2, 7-3 and 11-4
36    of Lafourche Parish; St. Martin Parish; St. Mary Parish; Terrebonne Parish
37    and Vermilion Parish.
38         (4)  District 4 is composed of Allen Parish; Beauregard Parish; Bienville
39    Parish; Bossier Parish; Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 1-6, 1-7, 1-8, 1-9, 1-10,
40    1-11, 1-12, 1-13, 1-14, 2-1, 2-2, 2-4, 2-7, 3-1, 3-8, 4-1, 4-2, 4-3, 4-4, 4-5, 4-6, 4-7,
41    4-8, 4-9, 4-10, 5-10, 6-1, 7-1, 8-1, 8-2, 8-3, 8-4, 8-5, 8-6, 8-7, 8-8, 8-9, 9-1, 9-2, 9-3,
42    9-4, 9-5, 9-6, 9-7, 9-8, 9-9, 9-10, 9-11, 9-12, 9-13, 10-2, 11-1, 11-2, 11-3, 11-6, 11-7,
43    11-9, 11-10, 12-1, 12-3, 12-7, 12-8 and 12-9 of Caddo Parish; Precincts 160E,
44    160W, 161, 162E, 162W, 163, 164, 165, 166E, 166W, 365, 366, 367, 371N, 371S,
45    400, 401, 402, 403, 404, 406, 407, 408, 460E, 460W, 461, 465, 466E, 466W, 468,
46    469, 560, 561, 562, 600, 601, 602, 603, 660, 661, 662, 663, 664, 700, 701, 702, 703,
47    760, 761, 762 and 860N of Calcasieu Parish; Claiborne Parish; Precincts 10, 11,
48    11B, 11C, 16, 16A, 16B, 16C, 23, 28, 30A, 31A, 34, 34A, 34B, 35, 35A, 35B, 37,
49    37C, 46, 46A, 48, 49, 49A and 51 of De Soto Parish; Evangeline Parish; Grant
50    Parish; Jackson Parish; Lincoln Parish; Precincts 1, 1A, 2, 4, 25, 32, 33, 38, 41,
51    43, 44, 44A, 45, 49, 50, 51, 51A, 53, 55, 57, 58, 61, 64, 71, 75, 76 and 77 of
52    Ouachita Parish; Precincts C22, C23, C35, C37-A, C37-B, C41, S7, S8, S9, S10,
53    S11, S13, S14, S21, S22, S23, S24, S25, S26, S27, S28 and S29 of Rapides Parish;
54    Red River Parish; Sabine Parish; Union Parish; Vernon Parish; Webster Parish
55    and Winn Parish.
56         (5)  District 5 is composed of Precincts 1, 2, 3, 4, 5, 8, 10, 12, 16, 19, 61,
57    64 and 76 of Ascension Parish; Precincts 1-1, 1-2, 1-3, 1-3A, 2-1, 2-1A, 2-2, 2-2A,
58    2-2B, 2-2C, 2-2D, 2-2F, 2-3A, 2-4, 2-4A, 2-5, 2-5E, 2-7, 2-8, 3-1B, 4-1, 4-2, 5-1,
59    5-1A, 5-1B, 6-1A, 6-2, 6-2A, 7-3B and 9-4B of Avoyelles Parish; Caldwell Parish;
60    Catahoula Parish; Concordia Parish; Precincts 1-12, 1-34, 1-41, 1-42, 1-43, 1-44,
61    1-46, 1-47, 1-49, 1-56, 1-69, 1-74, 1-75, 1-76, 1-79, 1-80, 1-99, 1-105, 1-107, 2-6,
```

Page 2 of 3
This set of amendment(s) was prepared by J. W. Wiley.

R040-002

SCASB8 WILEYJW 34

**2-7, 2-8, 2-33, 3-1, 3-2, 3-3, 3-4, 3-5, 3-6, 3-7, 3-9, 3-13, 3-14, 3-15, 3-16, 3-17, 3-18, 3-21, 3-22, 3-23, 3-25, 3-26, 3-29, 3-30, 3-31, 3-33, 3-34, 3-35, 3-36, 3-37, 3-38, 3-39, 3-40, 3-41, 3-43, 3-45, 3-46, 3-47, 3-48, 3-49, 3-51, 3-53, 3-58, 3-60, 3-61, 3-62, 3-64, 3-65, 3-66, 3-67, 3-68, 3-71, 3-73 and 3-74 of East Baton Rouge Parish; East Carroll Parish; East Feliciana Parish; Franklin Parish; La Salle Parish; Precincts 1, 1A, 1B, 1C, 1D, 2, 2A, 3, 3A, 3B, 4, 4A, 4B, 5, 5A, 5B, 5D, 6, 6A, 6B, 7, 7A, 7B, 7C, 7D, 8A, 8B, 9, 10, 11, 11A, 12, 18, 18A, 19, 19A, 20, 21, 21A, 21B, 23, 23A, 23B, 23C, 24, 24B, 24C, 24D, 25, 26, 26A, 26B, 26C, 27, 28, 29, 30, 33, 34, 35, 35A, 36, 36A, 39, 39A, 39B, 40, 40A, 41 and 43 of Livingston Parish; Madison Parish; Morehouse Parish; Precincts 3, 5, 6, 7, 8, 9, 9A, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 26, 27, 28, 30, 31, 34, 35, 36, 37, 39, 40, 42, 46, 47, 48, 52, 52A, 54, 56, 56A, 59, 60, 62, 63, 65, 65A, 66, 67, 68, 69, 70, 72, 73, 74, 78 and 79 of Ouachita Parish; Richland Parish; St. Helena Parish; Precincts 2, 6, 11, 15, 16, 17, 28, 33, 40A, 41, 42, 43, 45A, 45B, 46, 47, 101, 102, 104, 105, 106, 106A, 107, 108, 109, 110, 111A, 112, 114, 115B, 116, 117, 118, 118A, 119, 120, 120A, 121, 121A, 123, 125, 127, 129A, 133 and 133A of Tangipahoa Parish; Tensas Parish; Washington Parish; West Carroll Parish and West Feliciana Parish.**

  **(6) District 6 is composed of Precincts 3-1, 3-3, 4-2A, 4-2B, 6-1B, 7-1, 7-3, 8-1, 8-2A, 8-2B, 8-3, 8-3A, 9-1A, 9-2, 9-2A, 9-3, 9-4, 9-5B, 10-2, 10-2A, 10-2B, 10-3A, 10-3B, 10-4, 11-1 and 11-2A of Avoyelles Parish; Precincts 2-3, 2-5, 2-6, 2-8, 2-9, 2-10, 2-11, 2-12, 3-2, 3-3, 3-4, 3-5, 3-6, 3-7, 3-9, 5-1, 5-2, 5-3, 5-4, 5-5, 5-6, 5-7, 5-8, 5-9, 5-11, 6-2, 6-3, 6-4, 6-5, 6-6, 6-7, 6-8, 6-9, 6-10, 7-2, 7-3, 7-4, 7-5, 7-6, 7-7, 7-8, 7-9, 7-10, 10-1, 10-3, 10-4, 10-5, 10-6, 10-7, 10-8, 10-9, 11-4, 11-5, 11-8, 12-2, 12-4, 12-5, 12-6, 12-10 and 12-11 of Caddo Parish; Precincts 1, 4, 5, 5A, 6, 6A, 6B, 9, 21, 22, 22A, 26, 26A, 30, 31, 32, 33, 33A, 38, 38A, 42, 44, 46B, 53, 55, 56, 59, 60, 60A, 63 and 63A of De Soto Parish; Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 1-6, 1-7, 1-8, 1-9, 1-10, 1-11, 1-13, 1-14, 1-15, 1-16, 1-17, 1-18, 1-19, 1-20, 1-21, 1-22, 1-23, 1-24, 1-25, 1-26, 1-27, 1-28, 1-29, 1-30, 1-31, 1-32, 1-33, 1-35, 1-36, 1-37, 1-38, 1-39, 1-40, 1-45, 1-48, 1-50, 1-51, 1-52, 1-53, 1-54, 1-55, 1-57, 1-58, 1-59, 1-60, 1-61, 1-62, 1-63, 1-64, 1-65, 1-66, 1-67, 1-68, 1-70, 1-71, 1-72, 1-73, 1-77, 1-78, 1-81, 1-82, 1-83, 1-84, 1-85, 1-86, 1-87, 1-88, 1-89, 1-90, 1-91, 1-92, 1-93, 1-94, 1-95, 1-96, 1-97, 1-98, 1-100, 1-101, 1-102, 1-103, 1-104, 2-1, 2-2, 2-3, 2-4, 2-5, 2-9, 2-10, 2-11, 2-12, 2-13, 2-14, 2-15, 2-16, 2-17, 2-18, 2-19, 2-20, 2-21, 2-22, 2-23, 2-24, 2-25, 2-26, 2-27, 2-28, 2-29, 2-30, 2-31, 2-32, 2-34, 2-35, 2-36, 2-37, 2-38, 3-8, 3-10, 3-11, 3-12, 3-19, 3-20, 3-24, 3-27, 3-28, 3-32, 3-42, 3-44, 3-50, 3-52, 3-54, 3-55, 3-56, 3-57, 3-59, 3-63, 3-69, 3-70, 3-72, 3-75 and 3-76 of East Baton Rouge Parish; Precincts 2, 4, 5, 6, 7, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 63, 64, 68, 112, 113, 122 and 129 of Lafayette Parish; Natchitoches Parish; Pointe Coupee Parish; Precincts C1, C2, C3, C4, C5, C6, C7, C8, C9, C10, C11-A, C11-B, C13, C14, C15, C17, C18, C19, C20, C21, C24, C25, C26, C27, C28, C30, C31, C32, C33, C34, C36, C38-A, C38-B, C39, C40, C42, N1, N2, N3, N4, N5, N6, N7, N8, N9, N10, N11, N12, N13-A, N13-B, N14-A, N14-B, N15, N16, N17, N18-A, N18-B, N19, N20, N21, N22, N23, N24, N25, N26, N27, N28, N29, S1, S2, S4, S5, S6A, S6B, S15, S16, S17, S18, S19 and S20 of Rapides Parish; St. Landry Parish and West Baton Rouge Parish.**"

Page 3 of 3
This set of amendment(s) was prepared by J. W. Wiley.

R040-003

# Plan Statistics

Plan: SCA SB8-34 (Womack)

| Districts: | # of Members | Actual Population | Ideal Population | Absolute Deviation | Relative Deviation |
|---|---|---|---|---|---|
| District 1 | 1 | 776,327 | 776,292 | 35 | 0.005% |
| District 2 | 1 | 776,316 | 776,292 | 24 | 0.003% |
| District 3 | 1 | 776,287 | 776,292 | -5 | -0.001% |
| District 4 | 1 | 776,302 | 776,292 | 10 | 0.001% |
| District 5 | 1 | 776,285 | 776,292 | -7 | -0.001% |
| District 6 | 1 | 776,240 | 776,292 | -52 | -0.007% |
| Grand Total: | 6 | 4,657,757 | 4,657,752 | | |

| | | | | |
|---|---|---|---|---|
| Ideal Population Per Member: | 776292 | | *Ideal - Actual:* | *-5* |
| Number of Districts for Plan Type: | 6 | | *Remainder:* | *5* |
| | | | *Unassigned Population:* | *0* |
| Range of District Populations: | 776,240 to | 776,327 | | |
| Absolute Mean Deviation: | 14 | | | |
| Absolute Range: | -52 to | 35 | | |
| Absolute Overall Range: | 87 | | | |
| Relative Mean Deviation: | 0.00% | | | |
| Relative Range: | -0.01% to | 0.00% | | |
| Relative Overall Range: | 0.01% | | | |

## Total Population

Plan: SCA SB8-34 (Womack)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | Total Hispanic | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | VAP Hispanic Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | 776,327 | 553,751 | 108,188 | 23,991 | 17,494 | 72,903 | 90,968 | 603,907 | 444,675 | 76,646 | 17,622 | 12,740 | 52,224 | 64,365 |
| | 100.000% | 71.330% | 13.936% | 3.090% | 2.253% | 9.391% | 11.718% | 100.000% | 73.633% | 12.692% | 2.918% | 2.110% | 8.648% | 10.658% |
| District 2 | 776,316 | 271,367 | 412,387 | 24,960 | 9,683 | 57,919 | 74,305 | 598,204 | 225,203 | 305,124 | 19,711 | 7,377 | 40,789 | 51,406 |
| | 100.000% | 34.956% | 53.121% | 3.215% | 1.247% | 7.461% | 9.571% | 100.000% | 37.647% | 51.007% | 3.295% | 1.233% | 6.819% | 8.593% |
| District 3 | 776,287 | 514,019 | 189,998 | 16,980 | 18,502 | 36,788 | 43,292 | 588,557 | 405,242 | 132,825 | 12,215 | 12,990 | 25,285 | 29,021 |
| | 100.000% | 66.215% | 24.475% | 2.187% | 2.383% | 4.739% | 5.577% | 100.000% | 68.853% | 22.568% | 2.075% | 2.207% | 4.296% | 4.931% |
| District 4 | 776,302 | 541,739 | 169,212 | 13,823 | 20,170 | 31,358 | 39,630 | 593,646 | 424,349 | 122,168 | 9,987 | 15,060 | 22,082 | 27,348 |
| | 100.000% | 69.785% | 21.797% | 1.781% | 2.598% | 4.039% | 5.105% | 100.000% | 71.482% | 20.579% | 1.682% | 2.537% | 3.720% | 4.607% |
| District 5 | 776,285 | 491,932 | 225,122 | 14,471 | 12,211 | 32,549 | 38,166 | 597,217 | 392,767 | 160,995 | 10,902 | 9,249 | 23,304 | 26,564 |
| | 100.000% | 63.370% | 29.000% | 1.864% | 1.573% | 4.193% | 4.916% | 100.000% | 65.766% | 26.958% | 1.825% | 1.549% | 3.902% | 4.448% |
| District 6 | 776,240 | 284,844 | 438,212 | 13,063 | 9,000 | 31,121 | 36,188 | 589,017 | 232,275 | 318,011 | 9,979 | 6,824 | 21,928 | 24,958 |
| | 100.000% | 36.695% | 56.453% | 1.683% | 1.159% | 4.009% | 4.662% | 100.000% | 39.434% | 53.990% | 1.694% | 1.159% | 3.723% | 4.237% |
| Grand Total | 4,657,757 | 2,657,652 | 1,543,119 | 107,288 | 87,060 | 262,638 | 322,549 | 3,570,548 | 2,124,511 | 1,115,769 | 80,416 | 64,240 | 185,612 | 223,662 |
| | 100.000% | 57.059% | 33.130% | 2.303% | 1.869% | 5.639% | 6.925% | 100.000% | 59.501% | 31.249% | 2.252% | 1.799% | 5.198% | 6.264% |

# Voter Registration

Plan: SCA SB8-34 (Womack)

|  | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 | Reg Dem Total Dec 2023 | Reg Rep Total Dec 2023 | Reg Other Total Dec 2023 |
|---|---:|---:|---:|---:|---:|---:|---:|
| District 1 | 479,186 | 385,098 | 51,969 | 42,119 | 127,253 | 205,251 | 146,682 |
|  | 79.348% | 80.365% | 10.845% | 8.790% | 26.556% | 42.833% | 30.611% |
| District 2 | 466,623 | 181,215 | 245,721 | 39,687 | 267,146 | 76,552 | 122,925 |
|  | 78.004% | 38.835% | 52.659% | 8.505% | 57.251% | 16.406% | 26.344% |
| District 3 | 452,113 | 336,261 | 94,266 | 21,586 | 142,481 | 185,022 | 124,610 |
|  | 76.817% | 74.375% | 20.850% | 4.774% | 31.514% | 40.924% | 27.562% |
| District 4 | 443,328 | 339,359 | 84,236 | 19,733 | 124,622 | 202,564 | 116,142 |
|  | 74.679% | 76.548% | 19.001% | 4.451% | 28.111% | 45.692% | 26.198% |
| District 5 | 453,903 | 315,312 | 120,990 | 17,601 | 154,290 | 182,707 | 116,906 |
|  | 76.003% | 69.467% | 26.655% | 3.878% | 33.992% | 40.252% | 25.756% |
| District 6 | 447,134 | 183,201 | 244,647 | 19,286 | 236,714 | 99,530 | 110,890 |
|  | 75.912% | 40.972% | 54.714% | 4.313% | 52.940% | 22.260% | 24.800% |
| Grand Total | 2,742,287 | 1,740,446 | 841,829 | 160,012 | 1,052,506 | 951,626 | 738,155 |

## Splits

Plan: SCA SB8-34 (Womack)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 1** | | | | | | | | | | | | | | | | |
| *Ascension | 27,718 | 23,228 | 2,058 | 201 | 522 | 1,709 | 20,611 | 17,693 | 1,304 | 121 | 368 | 1,125 | 17,243 | 15,672 | 954 | 617 |
| *Jefferson | 240,081 | 155,518 | 30,822 | 11,880 | 4,356 | 37,505 | 192,148 | 129,999 | 22,555 | 8,951 | 3,295 | 27,348 | 144,399 | 112,491 | 12,528 | 19,380 |
| *Lafourche | 47,193 | 37,212 | 3,189 | 577 | 3,242 | 2,973 | 35,543 | 29,123 | 1,939 | 413 | 2,140 | 1,928 | 25,117 | 22,442 | 1,115 | 1,560 |
| *Livingston | 13,310 | 11,276 | 1,138 | 84 | 259 | 553 | 10,369 | 8,949 | 804 | 46 | 207 | 363 | 8,639 | 7,732 | 668 | 239 |
| *Orleans | 64,493 | 50,312 | 6,498 | 2,503 | 749 | 4,431 | 53,843 | 42,329 | 5,556 | 1,950 | 609 | 3,399 | 41,535 | 34,071 | 3,239 | 4,225 |
| Plaquemines | 23,515 | 14,287 | 5,428 | 1,317 | 697 | 1,786 | 17,334 | 10,856 | 3,857 | 925 | 500 | 1,196 | 13,143 | 8,996 | 2,934 | 1,213 |
| *St. Bernard | 20,543 | 11,907 | 5,780 | 617 | 436 | 1,803 | 14,871 | 8,992 | 3,854 | 424 | 327 | 1,274 | 12,975 | 8,866 | 3,231 | 878 |
| *St. Charles | 19,887 | 13,870 | 3,607 | 347 | 356 | 1,707 | 14,990 | 10,865 | 2,485 | 229 | 241 | 1,170 | 12,791 | 9,837 | 2,063 | 891 |
| St. Tammany | 264,570 | 196,641 | 38,643 | 5,774 | 5,660 | 17,852 | 202,228 | 154,621 | 26,761 | 4,075 | 4,161 | 12,610 | 174,307 | 141,262 | 21,129 | 11,916 |
| *Tangipahoa | 55,017 | 39,500 | 11,025 | 691 | 1,217 | 2,584 | 41,970 | 31,248 | 7,531 | 488 | 892 | 1,811 | 29,037 | 23,729 | 4,108 | 1,200 |
| **District 1** | **776,327** | **553,751** | **108,188** | **23,991** | **17,494** | **72,903** | **603,907** | **444,675** | **76,646** | **17,622** | **12,740** | **52,224** | **479,186** | **385,098** | **51,969** | **42,119** |
| | 100.000% | 71.330% | 13.936% | 3.090% | 2.253% | 9.391% | 100.000% | 73.633% | 12.692% | 2.918% | 2.110% | 8.648% | 79.348% | 80.365% | 10.845% | 8.790% |
| **District 2** | | | | | | | | | | | | | | | | |
| *Ascension | 67,009 | 34,447 | 25,291 | 1,260 | 985 | 5,026 | 48,560 | 26,086 | 17,639 | 850 | 679 | 3,306 | 41,549 | 23,859 | 15,251 | 2,439 |
| Assumption | 21,039 | 13,722 | 6,220 | 96 | 258 | 743 | 16,616 | 11,145 | 4,707 | 57 | 197 | 510 | 13,323 | 8,977 | 4,131 | 215 |
| Iberville | 30,241 | 14,833 | 13,730 | 202 | 274 | 1,202 | 24,086 | 12,462 | 10,232 | 149 | 221 | 1,022 | 19,906 | 9,999 | 9,484 | 423 |
| *Jefferson | 200,700 | 65,417 | 95,395 | 11,144 | 3,330 | 25,414 | 152,506 | 54,136 | 69,620 | 8,741 | 2,540 | 17,469 | 109,034 | 40,445 | 53,674 | 14,915 |
| *Lafourche | 19,271 | 10,678 | 7,472 | 188 | 292 | 641 | 14,620 | 8,657 | 5,185 | 132 | 200 | 446 | 10,440 | 6,675 | 3,412 | 353 |
| *Orleans | 319,504 | 76,150 | 212,471 | 10,353 | 2,917 | 17,613 | 252,353 | 67,923 | 160,512 | 8,570 | 2,339 | 13,009 | 196,855 | 52,054 | 127,351 | 17,450 |
| *St. Bernard | 23,221 | 12,590 | 6,529 | 764 | 511 | 2,827 | 16,904 | 10,000 | 4,090 | 558 | 361 | 1,895 | 12,710 | 9,178 | 2,362 | 1,170 |
| *St. Charles | 32,662 | 19,680 | 10,321 | 490 | 569 | 1,602 | 24,551 | 15,289 | 7,405 | 300 | 426 | 1,131 | 20,791 | 13,574 | 6,207 | 1,010 |
| St. James | 20,192 | 9,973 | 9,762 | 60 | 82 | 315 | 15,505 | 7,883 | 7,297 | 31 | 64 | 230 | 14,531 | 7,116 | 7,196 | 219 |
| St. John the Baptist | 42,477 | 13,877 | 25,196 | 403 | 465 | 2,536 | 32,503 | 11,622 | 18,437 | 323 | 350 | 1,771 | 27,484 | 9,338 | 16,653 | 1,493 |
| **District 2** | **776,316** | **271,367** | **412,387** | **24,960** | **9,683** | **57,919** | **598,204** | **225,203** | **305,124** | **19,711** | **7,377** | **40,789** | **466,623** | **181,215** | **245,721** | **39,687** |
| | 100.000% | 34.956% | 53.121% | 3.215% | 1.247% | 7.461% | 100.000% | 37.647% | 51.007% | 3.295% | 1.233% | 6.819% | 78.004% | 38.835% | 52.659% | 8.505% |
| **District 3** | | | | | | | | | | | | | | | | |
| Acadia | 57,576 | 44,480 | 10,864 | 238 | 573 | 1,421 | 42,943 | 34,071 | 7,383 | 173 | 400 | 916 | 36,151 | 29,438 | 5,995 | 718 |
| *Calcasieu | 131,299 | 69,747 | 50,290 | 3,564 | 1,764 | 5,934 | 99,893 | 55,812 | 35,987 | 2,563 | 1,347 | 4,184 | 65,841 | 39,808 | 22,822 | 3,211 |
| Cameron | 5,617 | 5,232 | 125 | 30 | 75 | 155 | 4,358 | 4,100 | 79 | 23 | 47 | 109 | 4,072 | 3,936 | 61 | 75 |
| Iberia | 69,929 | 39,206 | 24,556 | 2,123 | 794 | 3,250 | 52,791 | 31,295 | 17,069 | 1,562 | 581 | 2,284 | 42,188 | 26,848 | 13,441 | 1,899 |
| Jefferson Davis | 32,250 | 25,066 | 5,837 | 183 | 472 | 692 | 24,039 | 19,121 | 4,006 | 111 | 325 | 476 | 18,733 | 15,509 | 2,784 | 440 |
| *Lafayette | 180,411 | 131,849 | 29,263 | 5,960 | 2,665 | 10,674 | 137,635 | 103,919 | 19,952 | 4,314 | 2,029 | 7,421 | 111,925 | 91,759 | 13,498 | 6,668 |
| *Lafourche | 31,093 | 23,820 | 5,194 | 260 | 690 | 1,129 | 24,456 | 19,058 | 3,953 | 193 | 437 | 815 | 18,681 | 16,364 | 1,750 | 567 |
| St. Martin | 51,767 | 33,259 | 15,921 | 597 | 539 | 1,451 | 39,404 | 26,278 | 11,293 | 407 | 413 | 1,013 | 33,997 | 23,306 | 9,880 | 811 |
| St. Mary | 49,406 | 26,949 | 15,991 | 835 | 1,670 | 3,961 | 37,521 | 21,594 | 11,520 | 593 | 1,173 | 2,641 | 29,204 | 17,999 | 9,570 | 1,635 |

Splits

Plan: SCA SB8-34 (Womack)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 3** | | | | | | | | | | | | | | | | |
| Terrebonne | 109,580 | 69,934 | 23,147 | 1,743 | 8,637 | 6,119 | 82,505 | 55,631 | 15,796 | 1,239 | 5,750 | 4,089 | 55,810 | 41,601 | 9,910 | 4,299 |
| Vermilion | 57,359 | 44,477 | 8,810 | 1,447 | 623 | 2,002 | 43,012 | 34,363 | 5,787 | 1,037 | 488 | 1,337 | 35,511 | 29,693 | 4,555 | 1,263 |
| District 3 | 776,287 | 514,019 | 189,998 | 16,980 | 18,502 | 36,788 | 588,557 | 405,242 | 132,825 | 12,215 | 12,990 | 25,285 | 452,113 | 336,261 | 94,266 | 21,586 |
| | 100.000% | 66.215% | 24.475% | 2.187% | 2.383% | 4.739% | 100.000% | 68.853% | 22.568% | 2.075% | 2.207% | 4.296% | 76.817% | 74.375% | 20.850% | 4.774% |
| **District 4** | | | | | | | | | | | | | | | | |
| Allen | 22,750 | 16,327 | 4,490 | 246 | 947 | 740 | 17,510 | 12,751 | 3,275 | 182 | 646 | 656 | 11,079 | 8,704 | 1,920 | 455 |
| Beauregard | 36,549 | 29,529 | 4,649 | 402 | 1,052 | 917 | 27,489 | 22,304 | 3,495 | 269 | 773 | 648 | 22,071 | 18,639 | 2,264 | 1,168 |
| Bienville | 12,981 | 6,950 | 5,600 | 57 | 207 | 167 | 10,073 | 5,486 | 4,284 | 30 | 162 | 111 | 8,336 | 4,509 | 3,728 | 99 |
| Bossier | 128,746 | 81,052 | 32,551 | 3,492 | 3,273 | 8,378 | 95,876 | 62,931 | 22,440 | 2,448 | 2,477 | 5,580 | 65,726 | 48,229 | 13,555 | 3,942 |
| *Caddo | 115,441 | 81,078 | 24,210 | 3,063 | 2,680 | 4,410 | 90,776 | 65,789 | 17,575 | 2,243 | 2,062 | 3,107 | 69,121 | 52,696 | 12,684 | 3,741 |
| *Calcasieu | 85,486 | 70,025 | 9,096 | 1,138 | 1,772 | 3,455 | 63,273 | 52,977 | 5,911 | 796 | 1,257 | 2,332 | 45,978 | 40,556 | 3,671 | 1,751 |
| Claiborne | 14,170 | 7,263 | 6,360 | 88 | 185 | 274 | 11,507 | 6,258 | 4,824 | 55 | 140 | 230 | 8,390 | 4,557 | 3,677 | 156 |
| *De Soto | 11,787 | 8,939 | 2,074 | 35 | 377 | 362 | 8,971 | 6,910 | 1,554 | 25 | 266 | 216 | 8,699 | 6,940 | 1,476 | 283 |
| Evangeline | 32,350 | 21,354 | 9,235 | 241 | 280 | 1,240 | 24,408 | 16,460 | 6,483 | 187 | 217 | 1,061 | 20,388 | 14,274 | 5,744 | 370 |
| Grant | 22,169 | 17,709 | 3,335 | 133 | 644 | 348 | 17,527 | 13,964 | 2,717 | 97 | 507 | 242 | 12,226 | 10,764 | 1,120 | 342 |
| Jackson | 15,031 | 9,967 | 4,166 | 175 | 255 | 468 | 11,783 | 7,967 | 3,125 | 140 | 174 | 377 | 9,375 | 6,570 | 2,610 | 195 |
| Lincoln | 48,396 | 26,034 | 19,364 | 892 | 662 | 1,444 | 38,655 | 21,306 | 15,119 | 744 | 526 | 960 | 24,408 | 15,139 | 8,357 | 912 |
| *Ouachita | 55,373 | 45,898 | 5,641 | 1,121 | 1,225 | 1,488 | 41,613 | 34,950 | 3,864 | 771 | 961 | 1,067 | 36,532 | 32,374 | 2,853 | 1,305 |
| *Rapides | 24,719 | 19,507 | 2,233 | 699 | 829 | 1,451 | 18,855 | 15,256 | 1,530 | 494 | 627 | 948 | 15,222 | 13,127 | 1,240 | 855 |
| Red River | 7,620 | 4,195 | 3,106 | 25 | 171 | 123 | 5,714 | 3,338 | 2,164 | 3 | 116 | 93 | 5,475 | 3,034 | 2,358 | 83 |
| Sabine | 22,155 | 15,036 | 3,861 | 94 | 2,723 | 441 | 17,064 | 12,054 | 2,655 | 66 | 1,970 | 319 | 13,570 | 10,287 | 1,912 | 1,371 |
| Union | 21,107 | 14,460 | 5,224 | 62 | 338 | 1,023 | 16,632 | 11,807 | 3,861 | 39 | 254 | 671 | 14,802 | 10,847 | 3,497 | 458 |
| Vernon | 48,750 | 35,087 | 7,611 | 1,442 | 1,600 | 3,010 | 36,261 | 26,765 | 5,133 | 1,074 | 1,160 | 2,129 | 22,409 | 18,129 | 2,608 | 1,672 |
| Webster | 36,967 | 22,735 | 12,679 | 208 | 687 | 658 | 28,753 | 18,144 | 9,464 | 154 | 558 | 433 | 21,259 | 14,068 | 6,744 | 447 |
| Winn | 13,755 | 8,594 | 3,727 | 210 | 263 | 961 | 10,906 | 6,932 | 2,695 | 170 | 207 | 902 | 8,262 | 5,916 | 2,218 | 128 |
| District 4 | 776,302 | 541,739 | 169,212 | 13,823 | 20,170 | 31,358 | 593,646 | 424,349 | 122,168 | 9,987 | 15,060 | 22,082 | 443,328 | 339,359 | 84,236 | 19,733 |
| | 100.000% | 69.785% | 21.797% | 1.781% | 2.598% | 4.039% | 100.000% | 71.482% | 20.579% | 1.682% | 2.537% | 3.720% | 74.679% | 76.548% | 19.001% | 4.451% |
| **District 5** | | | | | | | | | | | | | | | | |
| *Ascension | 31,773 | 23,466 | 4,867 | 839 | 497 | 2,104 | 22,786 | 17,357 | 3,196 | 543 | 343 | 1,347 | 19,854 | 16,011 | 2,623 | 1,220 |
| *Avoyelles | 20,125 | 14,889 | 4,417 | 132 | 397 | 290 | 15,393 | 11,696 | 3,076 | 102 | 282 | 237 | 11,431 | 8,976 | 2,117 | 338 |
| Caldwell | 9,645 | 7,646 | 1,632 | 51 | 150 | 166 | 7,478 | 5,969 | 1,224 | 46 | 116 | 123 | 5,813 | 4,959 | 762 | 92 |
| Catahoula | 8,906 | 5,776 | 2,395 | 46 | 119 | 570 | 6,951 | 4,557 | 1,736 | 33 | 87 | 538 | 6,113 | 4,363 | 1,695 | 55 |
| Concordia | 18,687 | 10,275 | 7,725 | 122 | 233 | 332 | 14,217 | 8,108 | 5,613 | 100 | 167 | 229 | 11,419 | 6,816 | 4,418 | 185 |
| *East Baton Rouge | 172,199 | 119,876 | 31,907 | 8,088 | 2,420 | 9,908 | 138,993 | 99,727 | 23,872 | 6,216 | 1,935 | 7,243 | 104,631 | 81,782 | 15,706 | 7,143 |
| East Carroll | 7,459 | 2,054 | 5,272 | 29 | 43 | 61 | 5,901 | 1,773 | 4,043 | 19 | 27 | 39 | 4,564 | 1,218 | 3,305 | 41 |

Splits

Plan: SCA SB8-34 (Womack)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 5** | | | | | | | | | | | | | | | | |
| East Feliciana | 19,539 | 11,516 | 7,341 | 91 | 262 | 329 | 16,183 | 9,740 | 5,918 | 61 | 198 | 266 | 13,327 | 7,805 | 5,075 | 447 |
| Franklin | 19,774 | 12,492 | 6,802 | 70 | 205 | 205 | 15,028 | 9,901 | 4,779 | 44 | 153 | 151 | 12,350 | 8,524 | 3,718 | 108 |
| La Salle | 14,791 | 11,348 | 1,422 | 283 | 372 | 1,366 | 11,563 | 8,636 | 1,065 | 264 | 271 | 1,327 | 8,380 | 7,633 | 583 | 164 |
| *Livingston | 128,972 | 105,579 | 11,520 | 1,613 | 2,852 | 7,408 | 94,772 | 79,483 | 7,332 | 1,053 | 2,104 | 4,800 | 73,766 | 65,923 | 4,974 | 2,869 |
| Madison | 10,017 | 3,475 | 6,363 | 20 | 59 | 100 | 7,435 | 2,906 | 4,391 | 9 | 48 | 81 | 7,068 | 2,439 | 4,518 | 111 |
| Morehouse | 25,629 | 12,281 | 12,484 | 160 | 370 | 334 | 20,062 | 10,095 | 9,300 | 117 | 279 | 271 | 15,440 | 7,806 | 7,377 | 257 |
| *Ouachita | 104,995 | 42,647 | 55,576 | 1,667 | 1,436 | 3,669 | 78,587 | 35,024 | 38,426 | 1,347 | 1,098 | 2,692 | 59,098 | 25,775 | 31,168 | 2,155 |
| Richland | 20,043 | 11,785 | 7,603 | 83 | 258 | 314 | 15,383 | 9,338 | 5,546 | 66 | 203 | 230 | 13,141 | 8,144 | 4,753 | 244 |
| St. Helena | 10,920 | 4,527 | 6,031 | 39 | 134 | 189 | 8,463 | 3,805 | 4,371 | 28 | 109 | 150 | 8,260 | 3,626 | 4,492 | 142 |
| *Tangipahoa | 78,140 | 41,836 | 30,854 | 783 | 1,237 | 3,430 | 59,521 | 33,957 | 21,686 | 612 | 935 | 2,331 | 34,249 | 22,443 | 10,704 | 1,102 |
| Tensas | 4,147 | 1,744 | 2,312 | 23 | 26 | 42 | 3,235 | 1,446 | 1,728 | 12 | 23 | 26 | 3,485 | 1,510 | 1,937 | 38 |
| Washington | 45,463 | 29,943 | 13,434 | 216 | 736 | 1,134 | 34,951 | 23,743 | 9,732 | 154 | 561 | 761 | 27,151 | 18,603 | 7,892 | 656 |
| West Carroll | 9,751 | 7,894 | 1,425 | 27 | 180 | 225 | 7,532 | 6,223 | 1,010 | 20 | 136 | 143 | 6,871 | 5,770 | 1,013 | 88 |
| West Feliciana | 15,310 | 10,883 | 3,740 | 89 | 225 | 373 | 12,783 | 9,283 | 2,951 | 56 | 174 | 319 | 7,492 | 5,186 | 2,160 | 146 |
| **District 5** | **776,285** 100.000% | **491,932** 63.370% | **225,122** 29.000% | **14,471** 1.864% | **12,211** 1.573% | **32,549** 4.193% | **597,217** 100.000% | **392,767** 65.766% | **160,995** 26.958% | **10,902** 1.825% | **9,249** 1.549% | **23,304** 3.902% | **453,903** 76.003% | **315,312** 69.467% | **120,990** 26.655% | **17,601** 3.878% |
| **District 6** | | | | | | | | | | | | | | | | |
| *Avoyelles | 19,568 | 10,736 | 7,261 | 302 | 370 | 899 | 15,185 | 8,573 | 5,235 | 277 | 288 | 812 | 10,007 | 6,266 | 3,505 | 236 |
| *Caddo | 122,407 | 22,379 | 95,094 | 971 | 1,160 | 2,803 | 91,631 | 19,270 | 68,784 | 765 | 896 | 1,916 | 62,821 | 11,685 | 48,787 | 2,349 |
| *De Soto | 15,025 | 6,345 | 7,899 | 82 | 363 | 336 | 11,469 | 4,999 | 5,871 | 61 | 291 | 247 | 9,188 | 4,065 | 4,841 | 282 |
| *East Baton Rouge | 284,582 | 76,193 | 181,491 | 8,337 | 2,307 | 16,254 | 216,619 | 64,154 | 132,918 | 6,383 | 1,812 | 11,352 | 164,206 | 50,963 | 103,796 | 9,447 |
| *Lafayette | 61,342 | 21,514 | 35,873 | 494 | 545 | 2,916 | 46,240 | 17,689 | 25,965 | 350 | 358 | 1,878 | 36,884 | 14,039 | 21,247 | 1,598 |
| Natchitoches | 37,515 | 19,361 | 15,725 | 255 | 861 | 1,313 | 29,349 | 16,010 | 11,415 | 198 | 683 | 1,043 | 20,675 | 11,761 | 8,016 | 898 |
| Pointe Coupee | 20,758 | 12,395 | 7,504 | 107 | 159 | 593 | 16,250 | 10,108 | 5,502 | 91 | 119 | 430 | 14,107 | 9,040 | 4,837 | 230 |
| *Rapides | 105,304 | 58,003 | 40,359 | 1,729 | 2,273 | 2,940 | 79,937 | 46,117 | 28,675 | 1,292 | 1,707 | 2,146 | 60,064 | 36,829 | 20,719 | 2,516 |
| St. Landry | 82,540 | 43,611 | 35,836 | 499 | 636 | 1,958 | 61,811 | 34,209 | 25,497 | 353 | 451 | 1,301 | 52,429 | 28,933 | 22,135 | 1,361 |
| West Baton Rouge | 27,199 | 14,307 | 11,170 | 287 | 326 | 1,109 | 20,526 | 11,146 | 8,149 | 209 | 219 | 803 | 16,753 | 9,620 | 6,764 | 369 |
| **District 6** | **776,240** 100.000% | **284,844** 36.695% | **438,212** 56.453% | **13,063** 1.683% | **9,000** 1.159% | **31,121** 4.009% | **589,017** 100.000% | **232,275** 39.434% | **318,011** 53.990% | **9,979** 1.694% | **6,824** 1.159% | **21,928** 3.723% | **447,134** 75.912% | **183,201** 40.972% | **244,647** 54.714% | **19,286** 4.313% |



**Congress - Statewide**



Congress - Jefferson / Orleans

# Congress - Lafourche / St. Charles



R040-012



Congress - Ascension / Livingston / Tangipahoa (part)

R040-013

# Congress – East Baton Rouge



# Congress_Lafayette



# Congress - Calcasieu

R040-016



Congress - Rapides / Avoyelles

R040-017



Congress – Caddo / DeSoto

# Congress - Ouachita

