SCASB8 WILEYJW 48

# SENATE COMMITTEE AMENDMENTS
2024 First Extraordinary Session

Amendments proposed by Senate Committee on Senate and Governmental Affairs to Original Senate Bill No. 8 by Senator Womack

1  AMENDMENT NO. 1

2  On page 1, delete lines 13 through 17

3  AMENDMENT NO. 2

4  Delete pages 2 through 5

5  AMENDMENT NO. 3

6  On page 6, delete lines 1 through 25, and insert:

8  "(1)  District 1 is composed of Precincts 13, 14, 15, 18, 21, 22, 25, 26, 27,
9  33, 34, 35, 41, 43 and 69 of Ascension Parish; Precincts 1, 2, 3, 4, 5, 7, 8, 9, 10,
10  11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33,
11  34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 51, 52, 53, 54, 55, 56, 58, 59, 60, 61,
12  62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84,
13  85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 105, 106,
14  117, 118, 119, 120, 121, 122, 123, 124, 125A, 125B, 126, 127, 128, 129, 130, 132,
15  134, 136, 192, 198, 199, 246, 247, 248, 1-GI, 1-H, 2-H, 3-H, 4-H, 5-H, 6-H, 7-H,
16  8-H, 9-H, 1-K, 2-K, 3-K, 4-K, 5-K, 6-KA, 6-KB, 7-KA, 7-KB, 8-K, 9-K, 10-K,
17  11-K, 12-K, 13-KA, 14-K, 16-K, 17-K, 18-K, 19-K, 20-K, 25-K, 27-K, 28-K,
18  29-K, 34-K, 35-K and 1-L of Jefferson Parish; Precincts 3-3, 3-6, 4-1, 4-2, 4-3,
19  4-4, 4-5, 4-6, 7-4, 8-1, 9-1, 9-2, 10-1, 10-2, 10-3, 10-4, 10-6, 10-8, 10-9, 10-10,
20  10-11, 10-12, 10-13, 10-14, 10-15, 10-16, 11-1, 11-2, 11-3 and 11-5 of Lafourche
21  Parish; Precincts 13A, 13B, 14, 15, 16, 17, 22, 31, 32 and 38 of Livingston
22  Parish; Precincts 4-7, 4-8, 4-9, 4-11, 4-14, 4-15, 4-17, 4-17A, 4-18, 4-20, 4-21,
23  4-22, 4-23, 5-12, 5-13, 5-15, 5-16, 5-17, 5-18, 6-9, 7-41, 7-42, 9-45, 9-45A, 11-4,
24  11-5, 11-8, 11-9, 11-10, 11-11, 12-5, 12-6, 12-7, 12-9, 12-10, 13-5, 13-7, 13-8, 14-1,
25  14-2, 14-3, 14-4, 14-5, 14-6, 14-7, 14-8, 14-9, 14-10, 14-11, 14-13A, 14-14, 14-15,
26  14-16, 14-17, 14-18A, 14-20, 14-21, 16-1, 16-1A, 17-1, 17-17, 17-18, 17-18A, 17-19
27  and 17-20 of Orleans Parish; Plaquemines Parish; Precincts 32, 33, 34, 41, 42A,
28  43, 44, 45, 46, 50, 51, 52, 53, 54 and 55 of St. Bernard Parish; Precincts 1-6, 2-6,
29  3-1, 3-2, 3-3, 5-5, 6-1, 6-2, 6-3, 6-4, 6-6 and 6-8 of St. Charles Parish; St.
30  Tammany Parish and Precincts 44, 49, 70, 70A, 71, 72, 72A, 73, 74, 120B, 122A,
31  122B, 122C, 124, 137, 137A, 137B, 137C, 137D, 139, 141, 141A, 143, 143A, 145,
32  147, 149, 149A and 151 of Tangipahoa Parish.
33  (2)  District 2 is composed of Precincts 6, 7, 9, 11, 17, 20, 23, 24, 28, 30,
34  31, 32, 36, 37, 38, 39, 40, 42, 44, 45, 47, 48, 50, 51, 52, 53, 54, 55, 57, 58, 62, 63, 65,
35  66, 68, 71, 72, 73, 77 and 78 of Ascension Parish; Assumption Parish; Iberville
36  Parish; Precincts 57, 104, 108, 115, 116, 131, 133, 138, 150, 151, 152, 153, 154,
37  155, 156, 157A, 157B, 170, 171, 172, 173, 174, 175, 176, 177, 178, 179A, 179B,
38  180, 181, 182, 183, 184, 185A, 185B, 187, 188, 189, 190, 191, 193A, 193B, 194A,
39  194B, 195, 196, 197A, 197B, 200, 201, 202, 203, 204, 205, 210, 211, 212, 213A,
40  213B, 213C, 214A, 214B, 215, 216A, 216B, 216C, 217, 225, 226, 227, 228, 229,
41  230, 231, 232A, 232B, 234, 235, 236, 237, 238A, 238B, 1-G, 2-G, 3-G, 4-G, 5-G,
42  6-G, 7-G, 8-G, 9-G, 10-G, 11-G, 12-G, 13-G, 13-KB, 15-K, 21-K, 22-K, 23-K,
43  24-K, 26-K, 30-K, 31-K, 33-K, 1-W, 2-W, 3-W, 4-W, 5-W, 6-W and 7-W of
44  Jefferson Parish; Precincts 1-2, 1-3, 1-4, 1-5, 1-6, 2-1, 2-1A, 2-3, 2-5, 2-7, 2-9,
45  2-10, 2-11, 2-16, 5-1, 5-1A and 5-3 of Lafourche Parish; Precincts 1-1, 1-2, 1-5,
46  1-6, 2-1, 2-2, 2-4, 2-6, 2-7, 3-1, 3-8, 3-9, 3-12, 3-14, 3-15, 3-18, 3-19, 3-20, 4-2, 4-3,
47  4-6, 5-1, 5-2, 5-3, 5-5, 5-7, 5-8, 5-9, 5-10, 5-11, 6-1, 6-2, 6-4, 6-6, 6-7, 6-8, 7-1, 7-2,
48  7-4, 7-5, 7-6, 7-7, 7-8, 7-9A, 7-10, 7-11, 7-12, 7-13, 7-14, 7-15, 7-16, 7-17, 7-18,
49  7-19, 7-20, 7-21, 7-23, 7-24, 7-25, 7-25A, 7-26, 7-27, 7-27B, 7-28, 7-28A, 7-29,

Page 1 of 3
This set of amendment(s) was prepared by J. W. Wiley.

Hearing Exhibit
R042
Case No: 3:24-cv-00122-DCJ-CES-RRS

R042-001

SCASB8 WILEYJW 48

| | |
|---|---|
| 1 | 7-30, 7-32, 7-33, 7-35, 7-37, 7-37A, 7-40, 8-1, 8-2, 8-4, 8-6, 8-7, 8-8, 8-9, 8-12, |
| 2 | 8-13, 8-14, 8-15, 8-19, 8-20, 8-21, 8-22, 8-23, 8-24, 8-25, 8-26, 8-27, 8-28, 8-30, 9-1, |
| 3 | 9-3, 9-4, 9-5, 9-6, 9-7, 9-8, 9-9, 9-10, 9-11, 9-12, 9-13, 9-14, 9-15, 9-16, 9-17, 9-19, |
| 4 | 9-21, 9-23, 9-25, 9-26, 9-28, 9-28C, 9-29, 9-30, 9-30A, 9-31, 9-31A, 9-31B, 9-31D, |
| 5 | 9-32, 9-33, 9-34A, 9-35, 9-35A, 9-36, 9-36B, 9-37, 9-38, 9-38A, 9-39, 9-39B, 9-40, |
| 6 | 9-40A, 9-40C, 9-41, 9-41A, 9-41B, 9-41C, 9-41D, 9-42, 9-42C, 9-43A, 9-43B, |
| 7 | 9-43C, 9-43E, 9-43F, 9-43G, 9-43H, 9-43I, 9-43J, 9-43K, 9-43L, 9-43M, 9-43N, |
| 8 | 9-44, 9-44A, 9-44B, 9-44D, 9-44E, 9-44F, 9-44G, 9-44I, 9-44J, 9-44L, 9-44M, |
| 9 | 9-44N, 9-44O, 9-44P, 9-44Q, 10-3, 10-6, 10-7, 10-8, 10-9, 10-11, 10-12, 10-13, |
| 10 | 10-14, 11-2, 11-3, 11-12, 11-13, 11-14, 11-17, 12-1, 12-2, 12-3, 12-4, 12-11, 12-12, |
| 11 | 12-13, 12-14, 12-16, 12-17, 12-19, 13-1, 13-2, 13-3, 13-4, 13-6, 13-9, 13-10, 13-11, |
| 12 | 13-12, 13-13, 13-14, 13-15, 13-16, 14-12, 14-19, 14-23, 14-24A, 14-25, 14-26, 15-1, |
| 13 | 15-2, 15-3, 15-5, 15-6, 15-8, 15-9, 15-10, 15-11, 15-12, 15-12A, 15-13, 15-13A, |
| 14 | 15-13B, 15-14, 15-14A, 15-14B, 15-14C, 15-14D, 15-14E, 15-14F, 15-14G, 15-15, |
| 15 | 15-15A, 15-15B, 15-16, 15-17, 15-17A, 15-17B, 15-18, 15-18A, 15-18B, 15-18C, |
| 16 | 15-18D, 15-18E, 15-18F, 15-19, 15-19A, 15-19B, 15-19C, 16-2, 16-3, 16-4, 16-5, |
| 17 | 16-6, 16-7, 16-8, 16-9, 17-2, 17-3, 17-4, 17-5, 17-6, 17-7, 17-8, 17-9, 17-10, 17-11, |
| 18 | 17-12, 17-13, 17-13A, 17-14, 17-15 and 17-16 of Orleans Parish; Precincts 10, 11, |
| 19 | 12, 13, 14, 15, 20, 21, 22, 23, 24, 25, 30, 31, 40 and 42 of St. Bernard Parish; |
| 20 | Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 2-1, 2-3, 2-4, 2-5, 4-1, 4-2, 4-3, 4-4, 4-5, 5-1, 5-3, |
| 21 | 5-4, 7-1, 7-2, 7-3, 7-4, 7-5 and 7-6 of St. Charles Parish; St. James Parish and St. |
| 22 | John the Baptist Parish. |
| 23 | (3)  District 3 is composed of Acadia Parish; Precincts 167, 260, 261, 262, |
| 24 | 300, 301, 302, 303, 304, 305, 306, 307, 308, 309E, 309W, 310, 311, 312, 313E, |
| 25 | 313W, 314, 315E, 315W, 316E, 316W, 317, 318, 319N, 319S, 320E, 320W, 321, |
| 26 | 322, 323, 324, 325, 326, 327, 328, 329, 330, 331, 332N, 332S, 333, 334, 335, 336, |
| 27 | 337, 338, 339, 340, 360, 361, 362, 363, 364, 368, 369, 370, 372, 405, 440, 441, 463, |
| 28 | 464, 467, 800, 801, 860S, 861E and 861W of Calcasieu Parish; Cameron Parish; |
| 29 | Iberia Parish; Jefferson Davis Parish; Precincts 1, 3, 8, 25, 26, 27, 28, 29, 30, 31, |
| 30 | 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 65, 66, 67, 69, 70, |
| 31 | 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, |
| 32 | 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, |
| 33 | 114, 115, 116, 117, 118, 119, 120, 121, 123, 124, 125, 126, 127, 128, 130, 131, 133, |
| 34 | 134, 135 and 136 of Lafayette Parish; Precincts 1-1, 2-2, 2-6, 2-8, 2-12, 2-13, |
| 35 | 2-14, 2-15, 3-1, 3-2, 3-4, 3-5, 3-7, 5-2, 6-1, 6-2, 6-3, 6-4, 6-5, 7-1, 7-2, 7-3 and 11-4 |
| 36 | of Lafourche Parish; St. Martin Parish; St. Mary Parish; Terrebonne Parish |
| 37 | and Vermilion Parish. |
| 38 | (4)  District 4 is composed of Allen Parish; Beauregard Parish; Bienville |
| 39 | Parish; Bossier Parish; Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 1-6, 1-7, 1-8, 1-9, 1-10, |
| 40 | 1-11, 1-12, 1-13, 1-14, 2-1, 2-2, 2-4, 2-7, 3-1, 3-8, 4-1, 4-2, 4-3, 4-4, 4-5, 4-6, 4-7, |
| 41 | 4-8, 4-9, 4-10, 5-10, 6-1, 7-1, 8-1, 8-2, 8-3, 8-4, 8-5, 8-6, 8-7, 8-8, 8-9, 9-1, 9-2, 9-3, |
| 42 | 9-4, 9-5, 9-6, 9-7, 9-8, 9-9, 9-10, 9-11, 9-12, 9-13, 10-2, 11-1, 11-2, 11-3, 11-6, 11-7, |
| 43 | 11-9, 11-10, 12-1, 12-3, 12-7, 12-8 and 12-9 of Caddo Parish; Precincts 160E, |
| 44 | 160W, 161, 162E, 162W, 163, 164, 165, 166E, 166W, 365, 366, 367, 371N, 371S, |
| 45 | 400, 401, 402, 403, 404, 406, 407, 408, 460E, 460W, 461, 465, 466E, 466W, 468, |
| 46 | 469, 560, 561, 562, 600, 601, 602, 603, 660, 661, 662, 663, 664, 700, 701, 702, 703, |
| 47 | 760, 761, 762 and 860N of Calcasieu Parish; Claiborne Parish; Precincts 10, 11, |
| 48 | 11B, 11C, 16, 16A, 16B, 16C, 23, 28, 30A, 31A, 34, 34A, 34B, 35, 35A, 35B, 37, |
| 49 | 37C, 46, 46A, 48, 49, 49A and 51 of De Soto Parish; Evangeline Parish; Grant |
| 50 | Parish; Jackson Parish; Lincoln Parish; Precincts 1, 1A, 2, 4, 25, 32, 33, 38, 41, |
| 51 | 43, 44, 44A, 45, 49, 50, 51, 51A, 53, 55, 57, 58, 61, 64, 71, 75, 76 and 77 of |
| 52 | Ouachita Parish; Precincts C22, C23, C35, C37-A, C37-B, C41, S7, S8, S9, S10, |
| 53 | S11, S13, S14, S21, S22, S23, S24, S25, S26, S27, S28 and S29 of Rapides Parish; |
| 54 | Red River Parish; Sabine Parish; Union Parish; Vernon Parish; Webster Parish |
| 55 | and Winn Parish. |
| 56 | (5)  District 5 is composed of Precincts 1, 2, 3, 4, 5, 8, 10, 12, 16, 19, 61, |
| 57 | 64 and 76 of Ascension Parish; Precincts 1-1, 1-2, 1-3, 1-3A, 2-1, 2-1A, 2-2, 2-2A, |
| 58 | 2-2B, 2-2C, 2-2D, 2-2F, 2-3A, 2-4, 2-4A, 2-5, 2-5E, 2-7, 2-8, 3-1B, 4-1, 4-2, 5-1, |
| 59 | 5-1A, 5-1B, 6-1A, 6-2, 6-2A, 7-3B and 9-4B of Avoyelles Parish; Caldwell Parish; |
| 60 | Catahoula Parish; Concordia Parish; Precincts 1-12, 1-34, 1-41, 1-42, 1-43, 1-44, |
| 61 | 1-46, 1-47, 1-49, 1-56, 1-69, 1-74, 1-75, 1-76, 1-79, 1-80, 1-99, 1-105, 1-107, 2-6, |

Page 2 of 3
This set of amendment(s) was prepared by J. W. Wiley.

R042-002

| | |
|---|---|
| 1 | **2-7, 2-8, 2-33, 3-1, 3-2, 3-3, 3-4, 3-5, 3-6, 3-7, 3-9, 3-13, 3-14, 3-15, 3-16, 3-17,** |
| 2 | **3-18, 3-21, 3-22, 3-23, 3-25, 3-26, 3-29, 3-30, 3-31, 3-33, 3-34, 3-35, 3-36, 3-37,** |
| 3 | **3-38, 3-39, 3-40, 3-41, 3-43, 3-45, 3-46, 3-47, 3-48, 3-49, 3-51, 3-53, 3-58, 3-60,** |
| 4 | **3-61, 3-62, 3-64, 3-65, 3-66, 3-67, 3-68, 3-71, 3-73 and 3-74 of East Baton Rouge** |
| 5 | **Parish; East Carroll Parish; East Feliciana Parish; Franklin Parish; La Salle** |
| 6 | **Parish; Precincts 1, 1A, 1B, 1C, 1D, 2, 2A, 3, 3A, 3B, 4, 4A, 4B, 5, 5A, 5B, 5D, 6,** |
| 7 | **6A, 6B, 7, 7A, 7B, 7C, 7D, 8A, 8B, 9, 10, 11, 11A, 12, 18, 18A, 19, 19A, 20, 21,** |
| 8 | **21A, 21B, 23, 23A, 23B, 23C, 24, 24B, 24C, 24D, 25, 26, 26A, 26B, 26C, 27, 28,** |
| 9 | **29, 30, 33, 34, 35, 35A, 36, 36A, 39, 39A, 39B, 40, 40A, 41 and 43 of Livingston** |
| 10 | **Parish; Madison Parish; Morehouse Parish; Precincts 3, 5, 6, 7, 8, 9, 9A, 10, 11,** |
| 11 | **12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 26, 27, 28, 30, 31, 34, 35, 36, 37, 39,** |
| 12 | **40, 42, 46, 47, 48, 52, 52A, 54, 56, 56A, 59, 60, 62, 63, 65, 65A, 66, 67, 68, 69, 70,** |
| 13 | **72, 73, 74, 78 and 79 of Ouachita Parish; Richland Parish; St. Helena Parish;** |
| 14 | **Precincts 2, 6, 11, 15, 16, 17, 28, 33, 40A, 41, 42, 43, 45A, 45B, 46, 47, 101, 102,** |
| 15 | **104, 105, 106, 106A, 107, 108, 109, 110, 111A, 112, 114, 115B, 116, 117, 118,** |
| 16 | **118A, 119, 120, 120A, 121, 121A, 123, 125, 127, 129A, 133 and 133A of** |
| 17 | **Tangipahoa Parish; Tensas Parish; Washington Parish; West Carroll Parish** |
| 18 | **and West Feliciana Parish.** |
| 19 | **(6) District 6 is composed of Precincts 3-1, 3-3, 4-2A, 4-2B, 6-1B, 7-1, 7-3,** |
| 20 | **8-1, 8-2A, 8-2B, 8-3, 8-3A, 9-1A, 9-2, 9-2A, 9-3, 9-4, 9-5B, 10-2, 10-2A, 10-2B,** |
| 21 | **10-3A, 10-3B, 10-4, 11-1 and 11-2A of Avoyelles Parish; Precincts 2-3, 2-5, 2-6,** |
| 22 | **2-8, 2-9, 2-10, 2-11, 2-12, 3-2, 3-3, 3-4, 3-5, 3-6, 3-7, 3-9, 5-1, 5-2, 5-3, 5-4, 5-5, 5-6,** |
| 23 | **5-7, 5-8, 5-9, 5-11, 6-2, 6-3, 6-4, 6-5, 6-6, 6-7, 6-8, 6-9, 6-10, 7-2, 7-3, 7-4, 7-5, 7-6,** |
| 24 | **7-7, 7-8, 7-9, 7-10, 10-1, 10-3, 10-4, 10-5, 10-6, 10-7, 10-8, 10-9, 11-4, 11-5, 11-8,** |
| 25 | **12-2, 12-4, 12-5, 12-6, 12-10 and 12-11 of Caddo Parish; Precincts 1, 4, 5, 5A, 6,** |
| 26 | **6A, 6B, 9, 21, 22, 22A, 26, 26A, 30, 31, 32, 33, 33A, 38, 38A, 42, 44, 46B, 53, 55,** |
| 27 | **56, 59, 60, 60A, 63 and 63A of De Soto Parish; Precincts 1-1, 1-2, 1-3, 1-4, 1-5,** |
| 28 | **1-6, 1-7, 1-8, 1-9, 1-10, 1-11, 1-13, 1-14, 1-15, 1-16, 1-17, 1-18, 1-19, 1-20, 1-21,** |
| 29 | **1-22, 1-23, 1-24, 1-25, 1-26, 1-27, 1-28, 1-29, 1-30, 1-31, 1-32, 1-33, 1-35, 1-36,** |
| 30 | **1-37, 1-38, 1-39, 1-40, 1-45, 1-48, 1-50, 1-51, 1-52, 1-53, 1-54, 1-55, 1-57, 1-58,** |
| 31 | **1-59, 1-60, 1-61, 1-62, 1-63, 1-64, 1-65, 1-66, 1-67, 1-68, 1-70, 1-71, 1-72, 1-73,** |
| 32 | **1-77, 1-78, 1-81, 1-82, 1-83, 1-84, 1-85, 1-86, 1-87, 1-88, 1-89, 1-90, 1-91, 1-92,** |
| 33 | **1-93, 1-94, 1-95, 1-96, 1-97, 1-98, 1-100, 1-101, 1-102, 1-103, 1-104, 2-1, 2-2, 2-3,** |
| 34 | **2-4, 2-5, 2-9, 2-10, 2-11, 2-12, 2-13, 2-14, 2-15, 2-16, 2-17, 2-18, 2-19, 2-20, 2-21,** |
| 35 | **2-22, 2-23, 2-24, 2-25, 2-26, 2-27, 2-28, 2-29, 2-30, 2-31, 2-32, 2-34, 2-35, 2-36,** |
| 36 | **2-37, 2-38, 3-8, 3-10, 3-11, 3-12, 3-19, 3-20, 3-24, 3-27, 3-28, 3-32, 3-42, 3-44, 3-50,** |
| 37 | **3-52, 3-54, 3-55, 3-56, 3-57, 3-59, 3-63, 3-69, 3-70, 3-72, 3-75 and 3-76 of East** |
| 38 | **Baton Rouge Parish; Precincts 2, 4, 5, 6, 7, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19,** |
| 39 | **20, 21, 22, 23, 24, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 63, 64, 68, 112, 113,** |
| 40 | **122 and 129 of Lafayette Parish; Natchitoches Parish; Pointe Coupee Parish;** |
| 41 | **Precincts C1, C2, C3, C4, C5, C6, C7, C8, C9, C10, C11-A, C11-B, C13, C14,** |
| 42 | **C15, C17, C18, C19, C20, C21, C24, C25, C26, C27, C28, C30, C31, C32, C33,** |
| 43 | **C34, C36, C38-A, C38-B, C39, C40, C42, N1, N2, N3, N4, N5, N6, N7, N8, N9,** |
| 44 | **N10, N11, N12, N13-A, N13-B, N14-A, N14-B, N15, N16, N17, N18-A, N18-B,** |
| 45 | **N19, N20, N21, N22, N23, N24, N25, N26, N27, N28, N29, S1, S2, S4, S5, S6A,** |
| 46 | **S6B, S15, S16, S17, S18, S19 and S20 of Rapides Parish; St. Landry Parish and** |
| 47 | **West Baton Rouge Parish.**" |

Page 3 of 3
This set of amendment(s) was prepared by J. W. Wiley.

R042-003