HCASB8 362 68

---

**HOUSE COMMITTEE AMENDMENTS**
2024 First Extraordinary Session
Amendments proposed by House Committee on House and Governmental Affairs to Reengrossed Senate Bill No. 8 by Senator Womack

---

1  AMENDMENT NO. 1

2  On page 1, delete lines 13 through 17 and delete pages 2 through 6 and insert the following:

3      "**(1)  District 1 is composed of Precincts 1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 12, 13,**
4  **14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,**
5  **37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 51, 52, 53, 54, 55, 56, 58, 59, 60, 61, 62, 63, 64,**
6  **65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87,**
7  **88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 105, 106, 117, 118,**
8  **119, 120, 121, 122, 123, 124, 125A, 125B, 126, 127, 128, 129, 130, 132, 134, 136,**
9  **192, 198, 199, 246, 247, 248, 1-GI, 1-H, 2-H, 3-H, 4-H, 5-H, 6-H, 7-H, 8-H, 9-H,**
10  **1-K, 2-K, 3-K, 4-K, 5-K, 6-KA, 6-KB, 7-KA, 7-KB, 8-K, 9-K, 10-K, 11-K, 12-K,**
11  **13-KA, 14-K, 16-K, 17-K, 18-K, 19-K, 20-K, 25-K, 27-K, 28-K, 29-K, 34-K,**
12  **35-K, and 1-L of Jefferson Parish; Precincts 3-3, 3-6, 4-1, 4-2, 4-3, 4-4, 4-5, 4-6,**
13  **7-4, 8-1, 9-1, 9-2, 10-1, 10-2, 10-3, 10-4, 10-6, 10-8, 10-9, 10-10, 10-11, 10-12,**
14  **10-13, 10-14, 10-15, 10-16, 11-1, 11-2, 11-3, and 11-5 of Lafourche Parish;**
15  **Precincts 7, 7C, 13A, 13B, 14, 15, 16, 17, 18, 18A, 19, 19A, 20, 21, 21A, 21B, 22,**
16  **23, 23A, 23B, 23C, 31, 32, 33, 34, 38, and 43 of Livingston Parish; Precincts 4-7,**
17  **4-8, 4-9, 4-11, 4-14, 4-15, 4-17, 4-17A, 4-18, 4-20, 4-21, 4-22, 4-23, 5-12, 5-13,**
18  **5-15, 5-16, 5-17, 5-18, 6-9, 7-41, 7-42, 9-45, 9-45A, 11-4, 11-5, 11-8, 11-9, 11-10,**
19  **11-11, 12-5, 12-6, 12-7, 12-9, 12-10, 13-5, 13-7, 13-8, 14-1, 14-2, 14-3, 14-4, 14-5,**
20  **14-6, 14-7, 14-8, 14-9, 14-10, 14-11, 14-13A, 14-14, 14-15, 14-16, 14-17, 14-18A,**
21  **14-20, 14-21, 16-1, 16-1A, 17-1, 17-17, 17-18, 17-18A, 17-19, and 17-20 of**
22  **Orleans Parish; Plaquemines Parish; Precincts 32, 33, 34, 41, 42A, 43, 44, 45, 46,**
23  **50, 51, 52, 53, 54, and 55 of St. Bernard Parish; Precincts 1-6, 2-6, 3-1, 3-2, 3-3,**
24  **3-5, 6-1, 6-2, 6-3, 6-4, 6-6, and 6-8 of St. Charles Parish; St. Tammany Parish**
25  **and Precincts 44, 49, 70, 70A, 71, 72, 72A, 73, 74, 120, 120B, 122A, 122B, 122C,**
26  **124, 137, 137A, 137B, 137C, 137D, 139, 141, 141A, 143, 143A, 145, 147, 149,**
27  **149A, and 151 of Tangipahoa Parish.**
28      **(2)  District 2 is composed of Precincts 28, 30, 31, 32, 36, 37, 38, 39, 40,**
29  **42, 44, 45, 47, 48, 50, 51, 52, 53, 54, 55, 57, 58, 65, 66, and 71 of Ascension**
30  **Parish; Assumption Parish; Precincts 1, 3, 6, 7, 10B, 11, 12, 13, 14, 14A, 15, 15A,**
31  **15B, 16, 17, 18, 19, 20, and 24 of Iberville Parish; Precincts 57, 104, 108, 115,**
32  **116, 131, 133, 138, 150, 151, 152, 153, 154, 155, 156, 157A, 157B, 170, 171, 172,**
33  **173, 174, 175, 176, 177, 178, 179A, 179B, 180, 181, 182, 183, 184, 185A, 185B,**
34  **187, 188, 189, 190, 191, 193A, 193B, 194A, 194B, 195, 196, 197A, 197B, 200, 201,**
35  **202, 203, 204, 205, 210, 211, 212, 213A, 213B, 213C, 214A, 214B, 215, 216A,**
36  **216B, 216C, 217, 225, 226, 227, 228, 229, 230, 231, 232A, 232B, 234, 235, 236,**
37  **237, 238A, 238B, 1-G, 2-G, 3-G, 4-G, 5-G, 6-G, 7-G, 8-G, 9-G, 10-G, 11-G, 12-G,**
38  **13-G, 13-KB, 15-K, 21-K, 22-K, 23-K, 24-K, 26-K, 30-K, 31-K, 33-K, 1-W, 2-W,**
39  **3-W, 4-W, 5-W, 6-W, and 7-W of Jefferson Parish; Precincts 1-1, 1-2, 1-3, 1-4,**
40  **1-5, 1-6, 2-1, 2-1A, 2-3, 2-5, 2-7, 2-9, 2-10, 2-11, 2-14, 2-16, 5-1, 5-1A, and 5-3 of**
41  **Lafourche Parish; Precincts 1-1, 1-2, 1-5, 1-6, 2-1, 2-2, 2-4, 2-6, 2-7, 3-1, 3-8, 3-9,**
42  **3-12, 3-14, 3-15, 3-18, 3-19, 3-20, 4-2, 4-3, 4-6, 5-1, 5-2, 5-3, 5-5, 5-7, 5-8, 5-9,**
43  **5-10, 5-11, 6-1, 6-2, 6-4, 6-6, 6-7, 6-8, 7-1, 7-2, 7-4, 7-5, 7-6, 7-7, 7-8, 7-9A, 7-10,**
44  **7-11, 7-12, 7-13, 7-14, 7-15, 7-16, 7-17, 7-18, 7-19, 7-20, 7-21, 7-23, 7-24, 7-25,**
45  **7-25A, 7-26, 7-27, 7-27B, 7-28, 7-28A, 7-29, 7-30, 7-32, 7-33, 7-35, 7-37, 7-37A,**
46  **7-40, 8-1, 8-2, 8-4, 8-6, 8-7, 8-8, 8-9, 8-12, 8-13, 8-14, 8-15, 8-19, 8-20, 8-21, 8-22,**
47  **8-23, 8-24, 8-25, 8-26, 8-27, 8-28, 8-30, 9-1, 9-3, 9-4, 9-5, 9-6, 9-7, 9-8, 9-9, 9-10,**
48  **9-11, 9-12, 9-13, 9-14, 9-15, 9-16, 9-17, 9-19, 9-21, 9-23, 9-25, 9-26, 9-28, 9-28C,**
49  **9-29, 9-30, 9-30A, 9-31, 9-31A, 9-31B, 9-31D, 9-32, 9-33, 9-34A, 9-35, 9-35A,**
50  **9-36, 9-36B, 9-37, 9-38, 9-38A, 9-39, 9-39B, 9-40, 9-40A, 9-40C, 9-41, 9-41A,**

CODING: Words in ~~struck through~~ type are deletions from existing law; words underscored are additions.

Hearing Exhibit
**R043**
Case No. 3:24-cv-00122-DCJ-CES-RRS

HCASB8 362 68

1  **9-41B, 9-41C, 9-41D, 9-42, 9-42C, 9-43A, 9-43B, 9-43C, 9-43E, 9-43F, 9-43G,**
2  **9-43H, 9-43I, 9-43J, 9-43K, 9-43L, 9-43M, 9-43N, 9-44, 9-44A, 9-44B, 9-44D,**
3  **9-44E, 9-44F, 9-44G, 9-44I, 9-44J, 9-44L, 9-44M, 9-44N, 9-44O, 9-44P, 9-44Q,**
4  **10-3, 10-6, 10-7, 10-8, 10-9, 10-11, 10-12, 10-13, 10-14, 11-2, 11-3, 11-12, 11-13,**
5  **11-14, 11-17, 12-1, 12-2, 12-3, 12-4, 12-11, 12-12, 12-13, 12-14, 12-16, 12-17,**
6  **12-19, 13-1, 13-2, 13-3, 13-4, 13-6, 13-9, 13-10, 13-11, 13-12, 13-13, 13-14, 13-15,**
7  **13-16, 14-12, 14-19, 14-23, 14-24A, 14-25, 14-26, 15-1, 15-2, 15-3, 15-5, 15-6,**
8  **15-8, 15-9, 15-10, 15-11, 15-12, 15-12A, 15-13, 15-13A, 15-13B, 15-14, 15-14A,**
9  **15-14B, 15-14C, 15-14D, 15-14E, 15-14F, 15-14G, 15-15, 15-15A, 15-15B, 15-16,**
10  **15-17, 15-17A, 15-17B, 15-18, 15-18A, 15-18B, 15-18C, 15-18D, 15-18E, 15-18F,**
11  **15-19, 15-19A, 15-19B, 15-19C, 16-2, 16-3, 16-4, 16-5, 16-6, 16-7, 16-8, 16-9, 17-2,**
12  **17-3, 17-4, 17-5, 17-6, 17-7, 17-8, 17-9, 17-10, 17-11, 17-12, 17-13, 17-13A, 17-14,**
13  **17-15, and 17-16 of Orleans Parish; Precincts 10, 11, 12, 13, 14, 15, 20, 21, 22,**
14  **23, 24, 25, 30, 31, 40, and 42 of St. Bernard Parish; Precincts 1-1, 1-2, 1-3, 1-4,**
15  **1-5, 2-1, 2-3, 2-4, 2-5, 4-1, 4-2, 4-3, 4-4, 4-5, 5-1, 5-3, 5-4, 7-1, 7-2, 7-3, 7-4, 7-5,**
16  **and 7-6 of St. Charles Parish; St. James Parish; St. John the Baptist Parish; and**
17  **Precincts 1, 2, 5, 7, 20, 23, 29, 31, 34, 41, 48, 49, 52, 64, 67, 68, 71, 72, 76, 81, 83,**
18  **90, 95, and 115 of Terrebonne Parish.**
19  **(3)   District 3 is composed of Acadia Parish; Precincts 1, 2, 3, 4, 5, 6, 7,**
20  **8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 33, 34, 35,**
21  **41, 43, 61, 62, 63, 64, 68, 69, 72, 73, 76, 77, and 78 of Ascension Parish; Cameron**
22  **Parish; Precincts 1-8, 1-12, 1-41, 1-42, 1-43, 1-44, 1-46, 1-47, 1-48, 1-56, 1-69,**
23  **1-75, 3-4, 3-5, 3-23, 3-33, 3-35, 3-36, 3-40, 3-45, 3-48, 3-49, 3-62, 3-64, 3-65, 3-67,**
24  **and 3-68 of East Baton Rouge Parish; Iberia Parish; Precincts 4, 5, 9, 10, 21, 22,**
25  **22B, 25, 26, 27, 28, 29, 31, and 32 of Iberville Parish; Jefferson Davis Parish;**
26  **Precincts 1, 3, 4, 8, 9, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40,**
27  **41, 42, 43, 44, 45, 46, 47, 48, 49, 65, 66, 67, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79,**
28  **80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101,**
29  **102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 114, 115, 116, 117, 118, 119, 120,**
30  **121, 123, 124, 125, 126, 127, 128, 130, 131, 133, 134, 135, and 136 of Lafayette**
31  **Parish; Precincts 2-2, 2-6, 2-8, 2-12, 2-13, 2-15, 3-1, 3-2, 3-4, 3-5, 3-7, 5-2, 6-1,**
32  **6-2, 6-3, 6-4, 6-5, 7-1, 7-2, 7-3, and 11-4 of Lafourche Parish; St. Martin Parish;**
33  **St. Mary Parish; Precincts 8, 10, 11, 12, 14, 15, 16, 17, 18, 19, 21, 25, 27, 28, 30,**
34  **33, 35, 37, 38, 39, 40, 42, 43, 45, 51, 53, 55, 56, 57, 58, 59, 60, 62, 63, 65, 69, 73, 74,**
35  **84, 85, 87, 88, 94, 100, and 110 of Terrebonne Parish; and Vermilion Parish.**
36  **(4)  District 4 is composed of Allen Parish; Beauregard Parish; Bienville**
37  **Parish; Bossier Parish; Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 1-6, 1-7, 1-8, 1-9, 1-10,**
38  **1-11, 1-12, 1-13, 1-14, 2-1, 2-2, 2-4, 2-7, 3-1, 3-8, 4-1, 4-2, 4-3, 4-4, 4-5, 4-6, 4-7,**
39  **4-8, 4-9, 4-10, 5-10, 6-1, 7-1, 8-1, 8-2, 8-3, 8-4, 8-5, 8-6, 8-7, 8-8, 8-9, 9-1, 9-2, 9-3,**
40  **9-4, 9-5, 9-6, 9-7, 9-8, 9-9, 9-10, 9-11, 9-12, 9-13, 10-2, 11-1, 11-2, 11-3, 11-6, 11-7,**
41  **11-9, 11-10, 12-1, 12-3, 12-7, 12-8, and 12-9 of Caddo Parish; Calcasieu Parish;**
42  **Claiborne Parish; Precincts 10, 11, 11B, 11C, 16, 16A, 16B, 16C, 23, 28, 30A,**
43  **31A, 34, 34A, 34B, 35, 35A, 35B, 37, 37C, 46, 46A, 48, 49, 49A, and 51 of De Soto**
44  **Parish; Evangeline Parish; Grant Parish; Precincts C22, C23, C37-A, C37-B,**
45  **S7, S9, S10, S11, S13, S14, S21, S22, S23, S24, S25, S26, S27, S28, and S29 of**
46  **Rapides Parish; Sabine Parish; Union Parish; Vernon Parish; Webster Parish;**
47  **and Winn Parish.**
48  **(5)  District 5 is composed of Precincts 1-1, 1-2, 1-3, 1-3A, 2-1, 2-1A, 2-2,**
49  **2-2A, 2-2B, 2-2C, 2-2D, 2-2F, 2-3A, 2-4, 2-4A, 2-5, 2-5E, 2-7, 2-8, 3-1B, 4-1, 4-2,**
50  **4-2A, 4-2B, 5-1, 5-1A, 5-1B, 6-1A, 6-1B, 6-2, 6-2A, 7-3, 7-3B, 8-1, 8-2A, 8-2B, 8-3,**
51  **8-3A, 9-4B, and 11-2A of Avoyelles Parish; Caldwell Parish; Catahoula Parish;**
52  **Concordia Parish; Precincts 1-34, 1-79, 1-80, 1-99, 1-105, 2-6, 2-7, 2-8, 2-33, 3-1,**
53  **3-2, 3-3, 3-6, 3-7, 3-9, 3-13, 3-14, 3-15, 3-16, 3-17, 3-18, 3-22, 3-25, 3-26, 3-29,**
54  **3-30, 3-31, 3-34, 3-37, 3-38, 3-39, 3-41, 3-43, 3-46, 3-47, 3-51, 3-53, 3-58, 3-60,**
55  **3-61, 3-66, 3-71, and 3-73 of East Baton Rouge Parish; East Carroll Parish; East**
56  **Feliciana Parish; Franklin Parish; Jackson Parish; La Salle Parish; Lincoln**
57  **Parish; Precincts 1, 1A, 1B, 1C, 1D, 2, 2A, 3, 3A, 3B, 4, 4A, 4B, 5, 5A, 5B, 5D, 6,**
58  **6A, 6B, 7A, 7B, 7D, 8A, 8B, 9, 10, 11, 11A, 12, 24, 24B, 24C, 24D, 25, 26, 26A,**
59  **26B, 26C, 27, 28, 29, 30, 35, 35A, 36, 36A, 39, 39A, 39B, 40, 40A, and 41 of**

CODING: Words in ~~struck through~~ type are deletions from existing law; words underscored are additions.

HCASB8 362 68

**Livingston Parish; Madison Parish; Morehouse Parish; Ouachita Parish; Precincts N10, N22, N24, N25, N26, and N27 of Rapides Parish; Richland Parish; St. Helena Parish; Precincts 2, 6, 11, 15, 16, 17, 28, 33, 40A, 41, 42, 43, 45A, 45B, 46, 47, 101, 102, 104, 105, 106, 106A, 107, 108, 109, 110, 111A, 112, 114, 115B, 116, 117, 118, 118A, 119, 120A, 121, 121A, 123, 125, 127, 129A, 133, and 133A of Tangipahoa Parish; Tensas Parish; Washington Parish; West Carroll Parish; and West Feliciana Parish.**

        **(6)  District 6 is composed of Precincts 3-1, 3-3, 7-1, 9-1A, 9-2, 9-2A, 9-3, 9-4, 9-5B, 10-2, 10-2A, 10-2B, 10-3A, 10-3B, 10-4 and 11-1 of Avoyelles Parish; Precincts 2-3, 2-5, 2-6, 2-8, 2-9, 2-10, 2-11, 2-12, 3-2, 3-3, 3-4, 3-5, 3-6, 3-7, 3-9, 5-1, 5-2, 5-3, 5-4, 5-5, 5-6, 5-7, 5-8, 5-9, 5-11, 6-2, 6-3, 6-4, 6-5, 6-6, 6-7, 6-8, 6-9, 6-10, 7-2, 7-3, 7-4, 7-5, 7-6, 7-7, 7-8, 7-9, 7-10, 10-1, 10-3, 10-4, 10-5, 10-6, 10-7, 10-8, 10-9, 11-4, 11-5, 11-8, 12-2, 12-4, 12-5, 12-6, 12-10, and 12-11 of Caddo Parish; Precincts 1, 4, 5, 5A, 6, 6A, 6B, 9, 21, 22, 22A, 26, 26A, 30, 31, 32, 33, 33A, 38, 38A, 42, 44, 46B, 53, 55, 56, 59, 60, 60A, 63, and 63A of De Soto Parish; Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 1-6, 1-7, 1-9, 1-10, 1-11, 1-13, 1-14, 1-15, 1-16, 1-17, 1-18, 1-19, 1-20, 1-21, 1-22, 1-23, 1-24, 1-25, 1-26, 1-27, 1-28, 1-29, 1-30, 1-31, 1-32, 1-33, 1-35, 1-36, 1-37, 1-38, 1-39, 1-40, 1-45, 1-49, 1-50, 1-51, 1-52, 1-53, 1-54, 1-55, 1-57, 1-58, 1-59, 1-60, 1-61, 1-62, 1-63, 1-64, 1-65, 1-66, 1-67, 1-68, 1-70, 1-71, 1-72, 1-73, 1-74, 1-76, 1-77, 1-78, 1-81, 1-82, 1-83, 1-84, 1-85, 1-86, 1-87, 1-88, 1-89, 1-90, 1-91, 1-92, 1-93, 1-94, 1-95, 1-96, 1-97, 1-98, 1-100, 1-101, 1-102, 1-103, 1-104, 1-107, 2-1, 2-2, 2-3, 2-4, 2-5, 2-9, 2-10, 2-11, 2-12, 2-13, 2-14, 2-15, 2-16, 2-17, 2-18, 2-19, 2-20, 2-21, 2-22, 2-23, 2-24, 2-25, 2-26, 2-27, 2-28, 2-29, 2-30, 2-31, 2-32, 2-34, 2-35, 2-36, 2-37, 2-38, 3-8, 3-10, 3-11, 3-12, 3-19, 3-20, 3-21, 3-24, 3-27, 3-28, 3-32, 3-42, 3-44, 3-50, 3-52, 3-54, 3-55, 3-56, 3-57, 3-59, 3-63, 3-69, 3-70, 3-72, 3-74, 3-75, and 3-76 of East Baton Rouge Parish; Precincts 2, 5, 6, 7, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 63, 64, 68, 112, 113, 122, and 129 of Lafayette Parish; Natchitoches Parish; Pointe Coupee Parish; Precincts C1, C2, C3, C4, C5, C6, C7, C8, C9, C10, C11-A, C11-B, C13, C14, C15, C17, C18, C19, C20, C21, C24, C25, C26, C27, C28, C30, C31, C32, C33, C34, C35, C36, C38-A, C38-B, C39, C40, C41, C42, N1, N2, N3, N4, N5, N6, N7, N8, N9, N11, N12, N13-A, N13-B, N14-A, N14-B, N15, N16, N17, N18-A, N18-B, N19, N20, N21, N23, N28, N29, S1, S2, S4, S5, S6A, S6B, S8, S15, S16, S17, S18, S19, and S20 of Rapides Parish; Red River Parish; St. Landry Parish; and West Baton Rouge Parish."**

CODING:  Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

R043-003

## Plan Statistics

### Plan: HCASB8 362 68 (Farnum)

| Districts: | # of Members | Actual Population | Ideal Population | Absolute Deviation | Relative Deviation |
|---|---|---|---|---|---|
| District 1 | 1 | 776,381 | 776,292 | 89 | 0.011% |
| District 2 | 1 | 776,280 | 776,292 | -12 | -0.002% |
| District 3 | 1 | 776,270 | 776,292 | -22 | -0.003% |
| District 4 | 1 | 776,296 | 776,292 | 4 | 0.001% |
| District 5 | 1 | 776,252 | 776,292 | -40 | -0.005% |
| District 6 | 1 | 776,278 | 776,292 | -14 | -0.002% |
| Grand Total: | 6 | 4,657,757 | 4,657,752 | | |

| | | | | |
|---|---|---|---|---|
| Ideal Population Per Member: | 776292 | | | |
| Number of Districts for Plan Type: | 6 | | | |
| | | | | |
| Range of District Populations: | 776,252 | to | 776,381 | |
| | | | | |
| Absolute Mean Deviation: | 22 | | | |
| Absolute Range: | -40 | to | 89 | |
| Absolute Overall Range: | 129 | | | |
| | | | | |
| Relative Mean Deviation: | 0.00% | | | |
| Relative Range: | -0.01% | to | 0.01% | |
| Relative Overall Range: | 0.02% | | | |

| | |
|---|---|
| *Ideal - Actual:* | *-5* |
| *Remainder:* | *5* |
| *Unassigned Population:* | *0* |

# Total Population

Plan: HCASB8 362 68 (Farnum)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | Total Hispanic | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | VAP Hispanic Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | 776,381 | 553,430 | 108,540 | 24,179 | 17,554 | 72,678 | 90,546 | 603,522 | 444,115 | 76,761 | 17,751 | 12,790 | 52,105 | 64,058 |
| | 100.000% | 71.283% | 13.980% | 3.114% | 2.261% | 9.361% | 11.663% | 100.000% | 73.587% | 12.719% | 2.941% | 2.119% | 8.633% | 10.614% |
| District 2 | 776,280 | 264,181 | 418,661 | 24,614 | 11,415 | 57,409 | 73,886 | 598,919 | 220,674 | 309,711 | 19,580 | 8,552 | 40,402 | 51,019 |
| | 100.000% | 34.032% | 53.932% | 3.171% | 1.470% | 7.395% | 9.518% | 100.000% | 36.845% | 51.712% | 3.269% | 1.428% | 6.746% | 8.519% |
| District 3 | 776,270 | 548,487 | 153,456 | 18,279 | 16,940 | 39,108 | 45,887 | 591,560 | 432,325 | 107,053 | 13,253 | 11,933 | 26,996 | 31,168 |
| | 100.000% | 70.657% | 19.768% | 2.355% | 2.182% | 5.038% | 5.911% | 100.000% | 73.082% | 18.097% | 2.240% | 2.017% | 4.564% | 5.269% |
| District 4 | 776,296 | 521,664 | 186,559 | 14,930 | 19,486 | 33,657 | 42,723 | 591,965 | 409,614 | 133,437 | 10,719 | 14,517 | 23,678 | 29,422 |
| | 100.000% | 67.199% | 24.032% | 1.923% | 2.510% | 4.336% | 5.503% | 100.000% | 69.196% | 22.541% | 1.811% | 2.452% | 4.000% | 4.970% |
| District 5 | 776,252 | 490,388 | 234,234 | 11,186 | 12,834 | 27,610 | 31,991 | 594,283 | 388,481 | 168,025 | 8,264 | 9,732 | 19,781 | 22,116 |
| | 100.000% | 63.174% | 30.175% | 1.441% | 1.653% | 3.557% | 4.121% | 100.000% | 65.370% | 28.274% | 1.391% | 1.638% | 3.329% | 3.721% |
| District 6 | 776,278 | 279,502 | 441,669 | 14,100 | 8,831 | 32,176 | 37,516 | 590,299 | 229,302 | 320,782 | 10,849 | 6,716 | 22,650 | 25,879 |
| | 100.000% | 36.005% | 56.896% | 1.816% | 1.138% | 4.145% | 4.833% | 100.000% | 38.845% | 54.342% | 1.838% | 1.138% | 3.837% | 4.384% |
| Grand Total | 4,657,757 | 2,657,652 | 1,543,119 | 107,288 | 87,060 | 262,638 | 322,549 | 3,570,548 | 2,124,511 | 1,115,769 | 80,416 | 64,240 | 185,612 | 223,662 |
| | 100.000% | 57.059% | 33.130% | 2.303% | 1.869% | 5.639% | 6.925% | 100.000% | 59.501% | 31.249% | 2.252% | 1.799% | 5.198% | 6.264% |

# Voter Registration

### Plan: HCASB8 362 68 (Farnum)

| | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 | Reg Dem Total Dec 2023 | Reg Rep Total Dec 2023 | Reg Other Total Dec 2023 |
|---|---|---|---|---|---|---|---|
| District 1 | 477,280 | 383,200 | 51,982 | 42,098 | 126,097 | 205,002 | 146,181 |
| | 79.082% | 80.288% | 10.891% | 8.820% | 26.420% | 42.952% | 30.628% |
| District 2 | 459,259 | 173,592 | 246,160 | 39,507 | 265,425 | 72,437 | 121,397 |
| | 76.681% | 37.798% | 53.599% | 8.602% | 57.794% | 15.773% | 26.433% |
| District 3 | 471,948 | 367,750 | 80,513 | 23,685 | 138,323 | 202,531 | 131,094 |
| | 79.780% | 77.922% | 17.060% | 5.019% | 29.309% | 42.914% | 27.777% |
| District 4 | 430,285 | 319,557 | 90,464 | 20,264 | 129,560 | 185,668 | 115,057 |
| | 72.688% | 74.266% | 21.024% | 4.709% | 30.110% | 43.150% | 26.740% |
| District 5 | 458,014 | 317,500 | 125,665 | 14,849 | 155,125 | 188,744 | 114,145 |
| | 77.070% | 69.321% | 27.437% | 3.242% | 33.869% | 41.209% | 24.922% |
| District 6 | 445,501 | 178,847 | 247,045 | 19,609 | 237,976 | 97,244 | 110,281 |
| | 75.470% | 40.145% | 55.453% | 4.402% | 53.418% | 21.828% | 24.754% |
| Grand Total | 2,742,287 | 1,740,446 | 841,829 | 160,012 | 1,052,506 | 951,626 | 738,155 |

## Splits

### Plan: HCASB8 362 68 (Farnum)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 1** | | | | | | | | | | | | | | | | |
| *Jefferson | 240,081 | 155,518 | 30,822 | 11,880 | 4,356 | 37,505 | 192,148 | 129,999 | 22,555 | 8,951 | 3,295 | 27,348 | 144,399 | 112,491 | 12,528 | 19,380 |
| *Lafourche | 47,193 | 37,212 | 3,189 | 577 | 3,242 | 2,973 | 35,543 | 29,123 | 1,939 | 413 | 2,140 | 1,928 | 25,117 | 22,442 | 1,115 | 1,560 |
| *Livingston | 38,424 | 31,997 | 3,335 | 464 | 764 | 1,864 | 28,563 | 24,368 | 2,098 | 289 | 562 | 1,246 | 22,459 | 20,136 | 1,557 | 766 |
| *Orleans | 64,493 | 50,312 | 6,498 | 2,503 | 749 | 4,431 | 53,843 | 42,329 | 5,556 | 1,950 | 609 | 3,399 | 41,535 | 34,071 | 3,239 | 4,225 |
| Plaquemines | 23,515 | 14,287 | 5,428 | 1,317 | 697 | 1,786 | 17,334 | 10,856 | 3,857 | 925 | 500 | 1,196 | 13,143 | 8,996 | 2,934 | 1,213 |
| *St. Bernard | 20,543 | 11,907 | 5,780 | 617 | 436 | 1,803 | 14,871 | 8,992 | 3,854 | 424 | 327 | 1,274 | 12,975 | 8,866 | 3,231 | 878 |
| *St. Charles | 19,887 | 13,870 | 3,607 | 347 | 356 | 1,707 | 14,990 | 10,865 | 2,485 | 229 | 241 | 1,170 | 12,791 | 9,837 | 2,063 | 891 |
| St. Tammany | 264,570 | 196,641 | 38,643 | 5,774 | 5,660 | 17,852 | 202,228 | 154,621 | 26,761 | 4,075 | 4,161 | 12,610 | 174,307 | 141,262 | 21,129 | 11,916 |
| *Tangipahoa | 57,675 | 41,686 | 11,238 | 700 | 1,294 | 2,757 | 44,002 | 32,962 | 7,656 | 495 | 955 | 1,934 | 30,554 | 25,099 | 4,186 | 1,269 |
| **District 1** | **776,381** | **553,430** | **108,540** | **24,179** | **17,554** | **72,678** | **603,522** | **444,115** | **76,761** | **17,751** | **12,790** | **52,105** | **477,280** | **383,200** | **51,982** | **42,098** |
| | **100.000%** | **71.283%** | **13.980%** | **3.114%** | **2.261%** | **9.361%** | **100.000%** | **73.587%** | **12.719%** | **2.941%** | **2.119%** | **8.633%** | **79.082%** | **80.288%** | **10.891%** | **8.820%** |
| **District 2** | | | | | | | | | | | | | | | | |
| *Ascension | 37,064 | 14,446 | 19,184 | 394 | 468 | 2,572 | 27,360 | 11,540 | 13,458 | 304 | 329 | 1,729 | 23,078 | 10,352 | 11,573 | 1,153 |
| Assumption | 21,039 | 13,722 | 6,220 | 96 | 258 | 743 | 16,616 | 11,145 | 4,707 | 57 | 197 | 510 | 13,323 | 8,977 | 4,131 | 215 |
| *Iberville | 15,292 | 5,133 | 9,470 | 107 | 117 | 465 | 11,796 | 4,369 | 6,866 | 85 | 99 | 377 | 9,968 | 3,219 | 6,572 | 177 |
| *Jefferson | 200,700 | 65,417 | 95,395 | 11,144 | 3,330 | 25,414 | 152,506 | 54,136 | 69,620 | 8,741 | 2,540 | 17,469 | 109,034 | 40,445 | 53,674 | 14,915 |
| *Lafourche | 24,338 | 13,417 | 9,362 | 259 | 424 | 876 | 18,869 | 10,865 | 6,895 | 194 | 284 | 631 | 12,620 | 8,573 | 3,620 | 427 |
| *Orleans | 319,504 | 76,150 | 212,471 | 10,353 | 2,917 | 17,613 | 252,353 | 67,923 | 160,512 | 8,570 | 2,339 | 13,009 | 196,855 | 52,054 | 127,351 | 17,450 |
| *St. Bernard | 23,221 | 12,590 | 6,529 | 764 | 511 | 2,827 | 16,904 | 10,000 | 4,090 | 558 | 361 | 1,895 | 12,710 | 9,178 | 2,362 | 1,170 |
| *St. Charles | 32,662 | 19,680 | 10,321 | 490 | 569 | 1,602 | 24,551 | 15,289 | 7,405 | 300 | 426 | 1,131 | 20,791 | 13,574 | 6,207 | 1,010 |
| St. James | 20,192 | 9,973 | 9,762 | 60 | 82 | 315 | 15,505 | 7,883 | 7,297 | 31 | 64 | 230 | 14,531 | 7,116 | 7,196 | 219 |
| St. John the Baptist | 42,477 | 13,877 | 25,196 | 403 | 465 | 2,536 | 32,503 | 11,622 | 18,437 | 323 | 350 | 1,771 | 27,484 | 9,338 | 16,653 | 1,493 |
| *Terrebonne | 39,791 | 19,776 | 14,751 | 544 | 2,274 | 2,446 | 29,956 | 15,902 | 10,424 | 417 | 1,563 | 1,650 | 18,865 | 10,766 | 6,821 | 1,278 |
| **District 2** | **776,280** | **264,181** | **418,661** | **24,614** | **11,415** | **57,409** | **598,919** | **220,674** | **309,711** | **19,580** | **8,552** | **40,402** | **459,259** | **173,592** | **246,160** | **39,507** |
| | **100.000%** | **34.032%** | **53.932%** | **3.171%** | **1.470%** | **7.395%** | **100.000%** | **36.845%** | **51.712%** | **3.269%** | **1.428%** | **6.746%** | **76.681%** | **37.798%** | **53.599%** | **8.602%** |
| **District 3** | | | | | | | | | | | | | | | | |
| Acadia | 57,576 | 44,480 | 10,864 | 238 | 573 | 1,421 | 42,943 | 34,071 | 7,383 | 173 | 400 | 916 | 36,151 | 29,438 | 5,995 | 718 |
| *Ascension | 89,436 | 66,695 | 13,032 | 1,906 | 1,536 | 6,267 | 64,597 | 49,596 | 8,681 | 1,210 | 1,061 | 4,049 | 55,568 | 45,190 | 7,255 | 3,123 |
| Cameron | 5,617 | 5,232 | 125 | 30 | 75 | 155 | 4,358 | 4,100 | 79 | 23 | 47 | 109 | 4,072 | 3,936 | 61 | 75 |
| *East Baton Rouge | 66,417 | 47,915 | 10,627 | 3,445 | 840 | 3,590 | 56,418 | 41,414 | 8,697 | 2,784 | 705 | 2,818 | 38,068 | 30,357 | 4,566 | 3,145 |
| Iberia | 69,929 | 39,206 | 24,556 | 2,123 | 794 | 3,250 | 52,791 | 31,295 | 17,069 | 1,562 | 581 | 2,284 | 42,188 | 26,848 | 13,441 | 1,899 |
| *Iberville | 14,949 | 9,700 | 4,260 | 95 | 157 | 737 | 12,290 | 8,093 | 3,366 | 64 | 122 | 645 | 9,938 | 6,780 | 2,912 | 246 |
| Jefferson Davis | 32,250 | 25,066 | 5,837 | 183 | 472 | 692 | 24,039 | 19,121 | 4,006 | 111 | 325 | 476 | 18,733 | 15,509 | 2,784 | 440 |
| *Lafayette | 185,749 | 134,269 | 31,733 | 5,992 | 2,740 | 11,015 | 141,431 | 105,821 | 21,557 | 4,336 | 2,078 | 7,639 | 115,072 | 93,393 | 14,863 | 6,816 |
| *Lafourche | 26,026 | 21,081 | 3,304 | 189 | 558 | 894 | 20,207 | 16,850 | 2,243 | 131 | 353 | 630 | 16,501 | 14,466 | 1,542 | 493 |

# Splits

## Plan: HCASB8 362 68 (Farnum)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 3** | | | | | | | | | | | | | | | | |
| St. Martin | 51,767 | 33,259 | 15,921 | 597 | 539 | 1,451 | 39,404 | 26,278 | 11,293 | 407 | 413 | 1,013 | 33,997 | 23,306 | 9,880 | 811 |
| St. Mary | 49,406 | 26,949 | 15,991 | 835 | 1,670 | 3,961 | 37,521 | 21,594 | 11,520 | 593 | 1,173 | 2,641 | 29,204 | 17,999 | 9,570 | 1,635 |
| *Terrebonne | 69,789 | 50,158 | 8,396 | 1,199 | 6,363 | 3,673 | 52,549 | 39,729 | 5,372 | 822 | 4,187 | 2,439 | 36,945 | 30,835 | 3,089 | 3,021 |
| Vermilion | 57,359 | 44,477 | 8,810 | 1,447 | 623 | 2,002 | 43,012 | 34,363 | 5,787 | 1,037 | 488 | 1,337 | 35,511 | 29,693 | 4,555 | 1,263 |
| **District 3** | 776,270 100.000% | 548,487 70.657% | 153,456 19.768% | 18,279 2.355% | 16,940 2.182% | 39,108 5.038% | 591,560 100.000% | 432,325 73.082% | 107,053 18.097% | 13,253 2.240% | 11,933 2.017% | 26,996 4.564% | 471,948 79.780% | 367,750 77.922% | 80,513 17.060% | 23,685 5.019% |
| **District 4** | | | | | | | | | | | | | | | | |
| Allen | 22,750 | 16,327 | 4,490 | 246 | 947 | 740 | 17,510 | 12,751 | 3,275 | 182 | 646 | 656 | 11,079 | 8,704 | 1,920 | 455 |
| Beauregard | 36,549 | 29,529 | 4,649 | 402 | 1,052 | 917 | 27,489 | 22,304 | 3,495 | 269 | 773 | 648 | 22,071 | 18,639 | 2,264 | 1,168 |
| Bienville | 12,981 | 6,950 | 5,600 | 57 | 207 | 167 | 10,073 | 5,486 | 4,284 | 30 | 162 | 111 | 8,336 | 4,509 | 3,728 | 99 |
| Bossier | 128,746 | 81,052 | 32,551 | 3,492 | 3,273 | 8,378 | 95,876 | 62,931 | 22,440 | 2,448 | 2,477 | 5,580 | 65,726 | 48,229 | 13,555 | 3,942 |
| *Caddo | 115,441 | 81,078 | 24,210 | 3,063 | 2,680 | 4,410 | 90,776 | 65,789 | 17,575 | 2,243 | 2,062 | 3,107 | 69,121 | 52,696 | 12,684 | 3,741 |
| Calcasieu | 216,785 | 139,772 | 59,386 | 4,702 | 3,536 | 9,389 | 163,166 | 108,789 | 41,898 | 3,359 | 2,604 | 6,516 | 111,819 | 80,364 | 26,493 | 4,962 |
| Claiborne | 14,170 | 7,263 | 6,360 | 88 | 185 | 274 | 11,507 | 6,258 | 4,824 | 55 | 140 | 230 | 8,390 | 4,557 | 3,677 | 156 |
| *De Soto | 11,787 | 8,939 | 2,074 | 35 | 377 | 362 | 8,971 | 6,910 | 1,554 | 25 | 266 | 216 | 8,699 | 6,940 | 1,476 | 283 |
| Evangeline | 32,350 | 21,354 | 9,235 | 241 | 280 | 1,240 | 24,408 | 16,460 | 6,483 | 187 | 217 | 1,061 | 20,388 | 14,274 | 5,744 | 370 |
| Grant | 22,169 | 17,709 | 3,335 | 133 | 644 | 348 | 17,527 | 13,964 | 2,717 | 97 | 507 | 242 | 12,226 | 10,764 | 1,120 | 342 |
| *Rapides | 19,834 | 15,779 | 1,567 | 455 | 694 | 1,339 | 15,046 | 12,270 | 1,084 | 321 | 514 | 857 | 12,128 | 10,634 | 824 | 670 |
| Sabine | 22,155 | 15,036 | 3,861 | 94 | 2,723 | 441 | 17,064 | 12,054 | 2,655 | 66 | 1,970 | 319 | 13,570 | 10,287 | 1,912 | 1,371 |
| Union | 21,107 | 14,460 | 5,224 | 62 | 338 | 1,023 | 16,632 | 11,807 | 3,861 | 39 | 254 | 671 | 14,802 | 10,847 | 3,497 | 458 |
| Vernon | 48,750 | 35,087 | 7,611 | 1,442 | 1,600 | 3,010 | 36,261 | 26,765 | 5,133 | 1,074 | 1,160 | 2,129 | 22,409 | 18,129 | 2,608 | 1,672 |
| Webster | 36,967 | 22,735 | 12,679 | 208 | 687 | 658 | 28,753 | 18,144 | 9,464 | 154 | 558 | 433 | 21,259 | 14,068 | 6,744 | 447 |
| Winn | 13,755 | 8,594 | 3,727 | 210 | 263 | 961 | 10,906 | 6,932 | 2,695 | 170 | 207 | 902 | 8,262 | 5,916 | 2,218 | 128 |
| **District 4** | 776,296 100.000% | 521,664 67.199% | 186,559 24.032% | 14,930 1.923% | 19,486 2.510% | 33,657 4.336% | 591,965 100.000% | 409,614 69.196% | 133,437 22.541% | 10,719 1.811% | 14,517 2.452% | 23,678 4.000% | 430,285 72.688% | 319,557 74.266% | 90,464 21.024% | 20,264 4.709% |
| **District 5** | | | | | | | | | | | | | | | | |
| *Avoyelles | 24,985 | 19,169 | 4,768 | 154 | 489 | 405 | 19,062 | 14,936 | 3,325 | 119 | 357 | 325 | 14,217 | 11,550 | 2,270 | 397 |
| Caldwell | 9,645 | 7,646 | 1,632 | 51 | 150 | 166 | 7,478 | 5,969 | 1,224 | 46 | 116 | 123 | 5,813 | 4,959 | 762 | 92 |
| Catahoula | 8,906 | 5,776 | 2,395 | 46 | 119 | 570 | 6,951 | 4,557 | 1,736 | 33 | 87 | 538 | 6,113 | 4,363 | 1,695 | 55 |
| Concordia | 18,687 | 10,275 | 7,725 | 122 | 233 | 332 | 14,217 | 8,108 | 5,613 | 100 | 167 | 229 | 11,419 | 6,816 | 4,418 | 185 |
| *East Baton Rouge | 94,010 | 66,522 | 17,763 | 3,642 | 1,398 | 4,685 | 73,024 | 53,489 | 12,530 | 2,576 | 1,079 | 3,350 | 62,006 | 49,004 | 9,554 | 3,448 |
| East Carroll | 7,459 | 2,054 | 5,272 | 29 | 43 | 61 | 5,901 | 1,773 | 4,043 | 19 | 27 | 39 | 4,564 | 1,218 | 3,305 | 41 |
| East Feliciana | 19,539 | 11,516 | 7,341 | 91 | 262 | 329 | 16,183 | 9,740 | 5,918 | 61 | 198 | 266 | 13,327 | 7,805 | 5,075 | 447 |
| Franklin | 19,774 | 12,492 | 6,802 | 70 | 205 | 205 | 15,028 | 9,901 | 4,779 | 44 | 153 | 151 | 12,350 | 8,524 | 3,718 | 108 |
| Jackson | 15,031 | 9,967 | 4,166 | 175 | 255 | 468 | 11,783 | 7,967 | 3,125 | 140 | 174 | 377 | 9,375 | 6,570 | 2,610 | 195 |

## Splits

Plan: HCASB8 362 68 (Farnum)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 5** | | | | | | | | | | | | | | | | |
| La Salle | 14,791 | 11,348 | 1,422 | 283 | 372 | 1,366 | 11,563 | 8,636 | 1,065 | 264 | 271 | 1,327 | 8,380 | 7,633 | 583 | 164 |
| Lincoln | 48,396 | 26,034 | 19,364 | 892 | 662 | 1,444 | 38,655 | 21,306 | 15,119 | 744 | 526 | 960 | 24,408 | 15,139 | 8,357 | 912 |
| *Livingston | 103,858 | 84,858 | 9,323 | 1,233 | 2,347 | 6,097 | 76,578 | 64,064 | 6,038 | 810 | 1,749 | 3,917 | 59,946 | 53,519 | 4,085 | 2,342 |
| Madison | 10,017 | 3,475 | 6,363 | 20 | 59 | 100 | 7,435 | 2,906 | 4,391 | 9 | 48 | 81 | 7,068 | 2,439 | 4,518 | 111 |
| Morehouse | 25,629 | 12,281 | 12,484 | 160 | 370 | 334 | 20,062 | 10,095 | 9,300 | 117 | 279 | 271 | 15,440 | 7,806 | 7,377 | 257 |
| Ouachita | 160,368 | 88,545 | 61,217 | 2,788 | 2,661 | 5,157 | 120,200 | 69,974 | 42,290 | 2,118 | 2,059 | 3,759 | 95,630 | 58,149 | 34,021 | 3,460 |
| *Rapides | 14,041 | 12,004 | 1,011 | 179 | 490 | 357 | 10,327 | 8,979 | 630 | 123 | 364 | 231 | 8,826 | 8,094 | 444 | 288 |
| Richland | 20,043 | 11,785 | 7,603 | 83 | 258 | 314 | 15,383 | 9,338 | 5,546 | 66 | 203 | 230 | 13,141 | 8,144 | 4,753 | 244 |
| St. Helena | 10,920 | 4,527 | 6,031 | 39 | 134 | 189 | 8,463 | 3,805 | 4,371 | 28 | 109 | 150 | 8,260 | 3,626 | 4,492 | 142 |
| *Tangipahoa | 75,482 | 39,650 | 30,641 | 774 | 1,160 | 3,257 | 57,489 | 32,243 | 21,561 | 605 | 872 | 2,208 | 32,732 | 21,073 | 10,626 | 1,033 |
| Tensas | 4,147 | 1,744 | 2,312 | 23 | 26 | 42 | 3,235 | 1,446 | 1,728 | 12 | 23 | 26 | 3,485 | 1,510 | 1,937 | 38 |
| Washington | 45,463 | 29,943 | 13,434 | 216 | 736 | 1,134 | 34,951 | 23,743 | 9,732 | 154 | 561 | 761 | 27,151 | 18,603 | 7,892 | 656 |
| West Carroll | 9,751 | 7,894 | 1,425 | 27 | 180 | 225 | 7,532 | 6,223 | 1,010 | 20 | 136 | 143 | 6,871 | 5,770 | 1,013 | 88 |
| West Feliciana | 15,310 | 10,883 | 3,740 | 89 | 225 | 373 | 12,783 | 9,283 | 2,951 | 56 | 174 | 319 | 7,492 | 5,186 | 2,160 | 146 |
| **District 5** | **776,252** | **490,388** | **234,234** | **11,186** | **12,834** | **27,610** | **594,283** | **388,481** | **168,025** | **8,264** | **9,732** | **19,781** | **458,014** | **317,500** | **125,665** | **14,849** |
| | 100.000% | 63.174% | 30.175% | 1.441% | 1.653% | 3.557% | 100.000% | 65.370% | 28.274% | 1.391% | 1.638% | 3.329% | 77.070% | 69.321% | 27.437% | 3.242% |
| **District 6** | | | | | | | | | | | | | | | | |
| *Avoyelles | 14,708 | 6,456 | 6,910 | 280 | 278 | 784 | 11,516 | 5,333 | 4,986 | 260 | 213 | 724 | 7,221 | 3,692 | 3,352 | 177 |
| *Caddo | 122,407 | 22,379 | 95,094 | 971 | 1,160 | 2,803 | 91,631 | 19,270 | 68,784 | 765 | 896 | 1,916 | 62,821 | 11,685 | 48,787 | 2,349 |
| *De Soto | 15,025 | 6,345 | 7,899 | 82 | 363 | 336 | 11,469 | 4,999 | 5,871 | 61 | 291 | 247 | 9,188 | 4,065 | 4,841 | 282 |
| *East Baton Rouge | 296,354 | 81,632 | 185,008 | 9,338 | 2,489 | 17,887 | 226,170 | 68,978 | 135,563 | 7,239 | 1,963 | 12,427 | 168,763 | 53,384 | 105,382 | 9,997 |
| *Lafayette | 56,004 | 19,094 | 33,403 | 462 | 470 | 2,575 | 42,444 | 15,787 | 24,360 | 328 | 309 | 1,660 | 33,737 | 12,405 | 19,882 | 1,450 |
| Natchitoches | 37,515 | 19,361 | 15,725 | 255 | 861 | 1,313 | 29,349 | 16,010 | 11,415 | 198 | 683 | 1,043 | 20,675 | 11,761 | 8,016 | 898 |
| Pointe Coupee | 20,758 | 12,395 | 7,504 | 107 | 159 | 593 | 16,250 | 10,108 | 5,502 | 91 | 119 | 430 | 14,107 | 9,040 | 4,837 | 230 |
| *Rapides | 96,148 | 49,727 | 40,014 | 1,794 | 1,918 | 2,695 | 73,419 | 40,124 | 28,491 | 1,342 | 1,456 | 2,006 | 54,332 | 31,228 | 20,691 | 2,413 |
| Red River | 7,620 | 4,195 | 3,106 | 25 | 171 | 123 | 5,714 | 3,338 | 2,164 | 3 | 116 | 93 | 5,475 | 3,034 | 2,358 | 83 |
| St. Landry | 82,540 | 43,611 | 35,836 | 499 | 636 | 1,958 | 61,811 | 34,209 | 25,497 | 353 | 451 | 1,301 | 52,429 | 28,933 | 22,135 | 1,361 |
| West Baton Rouge | 27,199 | 14,307 | 11,170 | 287 | 326 | 1,109 | 20,526 | 11,146 | 8,149 | 209 | 219 | 803 | 16,753 | 9,620 | 6,764 | 369 |
| **District 6** | **776,278** | **279,502** | **441,669** | **14,100** | **8,831** | **32,176** | **590,299** | **229,302** | **320,782** | **10,849** | **6,716** | **22,650** | **445,501** | **178,847** | **247,045** | **19,609** |
| | 100.000% | 36.005% | 56.896% | 1.816% | 1.138% | 4.145% | 100.000% | 38.845% | 54.342% | 1.838% | 1.138% | 3.837% | 75.470% | 40.145% | 55.453% | 4.402% |

# Congress - Statewide (Farnum HCA #68)



# Congress - Northwest (Farnum HCA #68)



R043-011

# Congress - Rapides and Avoyelles (Farnum HCA #68)



R043-012

# Congress - Lafayette (Farnum HCA #68)



R043-013

# Congress - East Baton Rouge (Farnum HCA #68)



R043-014

# Congress - River Parishes (Farnum HCA #68)



R043-015

# Congress - Livingston and Tangipahoa (Farnum HCA #68)



R043-016

# Congress - Terrebonne, Lafourche, and Greater New Orleans (Farnum HCA #68)