HCASB8 362 70

**HOUSE COMMITTEE AMENDMENTS**
2024 First Extraordinary Session
Amendments proposed by House Committee on House and Governmental Affairs to
Engrossed Senate Bill No. 8 by Senator Womack

1 AMENDMENT NO. 1

2 On page 1, delete lines 13 through 17 and delete pages 2 through 6 and insert the following:

3 "**(1)  District 1 is composed of Precincts 1, 2, 3, 4, 5, 8, 10, 12, 13, 14, 15,**
4 **18, 21, 22, 25, 26, 27, 33, 34, 35, 41, 43, 61, 68, 69, and 76 of Ascension Parish;**
5 **Precincts 1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,**
6 **24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46,**
7 **51, 52, 53, 54, 55, 56, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74,**
8 **75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97,**
9 **98, 99, 100, 101, 102, 103, 105, 106, 117, 118, 119, 120, 121, 122, 123, 124, 125A,**
10 **125B, 126, 127, 128, 129, 130, 132, 134, 136, 192, 198, 199, 203, 246, 247, 248,**
11 **1-GI, 1-H, 2-H, 3-H, 4-H, 5-H, 6-H, 7-H, 8-H, 9-H, 1-K, 2-K, 3-K, 4-K, 5-K,**
12 **6-KA, 6-KB, 7-KA, 7-KB, 8-K, 9-K, 10-K, 11-K, 12-K, 13-KA, 14-K, 16-K, 17-K,**
13 **18-K, 19-K, 20-K, 25-K, 27-K, 28-K, 29-K, 34-K, 35-K, and 1-L of Jefferson**
14 **Parish; Precincts 11, 12, 13A, 13B, 14, 15, 16, 17, 18, 18A, 19, 19A, 20, 21A, 21B,**
15 **22, 30, 31, 32, 33, 34, 38, and 43 of Livingston Parish; Precincts 4-9, 4-11, 4-14,**
16 **4-15, 4-17, 4-17A, 4-18, 4-20, 4-21, 4-22, 4-23, 5-17, 5-18, 7-41, 7-42, 9-45, 9-45A,**
17 **13-13, 14-1, 14-2, 14-3, 14-4, 14-5, 14-6, 14-7, 14-8, 14-9, 14-10, 14-11, 14-12,**
18 **14-13A, 14-14, 14-15, 14-16, 16-2, 16-3, 17-1, 17-17, 17-18, 17-18A, 17-19, and**
19 **17-20 of Orleans Parish; Plaquemines Parish; St. Bernard Parish; St. Tammany**
20 **Parish; and Precincts 40A, 41, 42, 45A, 45B, 46, 47, 70, 70A, 71, 72, 72A, 73, 74,**
21 **121A, 122B, 124, 125, 127, 133, 133A, 137, 137A, 137B, 137C, 137D, 139, 141A,**
22 **143, 143A, 145, 147, 149, 149A, and 151 of Tangipahoa Parish.**
23        **(2)  District 2 is composed of Precincts 6, 7, 9, 11, 16, 17, 19, 20, 23, 24,**
24 **28, 30, 31, 32, 36, 37, 38, 39, 40, 42, 44, 45, 47, 48, 50, 51, 52, 53, 54, 55, 57, 58, 62,**
25 **63, 64, 65, 66, 71, 72, 73, 77, and 78 of Ascension Parish; Assumption Parish;**
26 **Iberville Parish; Precincts 57, 104, 108, 115, 116, 131, 133, 138, 150, 151, 152,**
27 **153, 154, 155, 156, 157A, 157B, 170, 171, 172, 173, 174, 175, 176, 177, 178, 179A,**
28 **179B, 180, 181, 182, 183, 184, 185A, 185B, 187, 188, 189, 190, 191, 193A, 193B,**
29 **194A, 194B, 195, 196, 197A, 197B, 200, 201, 202, 204, 205, 210, 211, 212, 213A,**
30 **213B, 213C, 214A, 214B, 215, 216A, 216B, 216C, 217, 225, 226, 227, 228, 229,**
31 **230, 231, 232A, 232B, 234, 235, 236, 237, 238A, 238B, 1-G, 2-G, 3-G, 4-G, 5-G,**
32 **6-G, 7-G, 8-G, 9-G, 10-G, 11-G, 12-G, 13-G, 13-KB, 15-K, 21-K, 22-K, 23-K,**
33 **24-K, 26-K, 30-K, 31-K, 33-K, 1-W, 2-W, 3-W, 4-W, 5-W, 6-W, and 7-W of**
34 **Jefferson Parish; Precincts 1-1, 1-2, 1-5, 1-6, 2-1, 2-2, 2-4, 2-6, 2-7, 3-1, 3-8, 3-9,**
35 **3-12, 3-14, 3-15, 3-18, 3-19, 3-20, 4-2, 4-3, 4-6, 4-7, 4-8, 5-1, 5-2, 5-3, 5-5, 5-7, 5-8,**
36 **5-9, 5-10, 5-11, 5-12, 5-13, 5-15, 5-16, 6-1, 6-2, 6-4, 6-6, 6-7, 6-8, 6-9, 7-1, 7-2, 7-4,**
37 **7-5, 7-6, 7-7, 7-8, 7-9A, 7-10, 7-11, 7-12, 7-13, 7-14, 7-15, 7-16, 7-17, 7-18, 7-19,**
38 **7-20, 7-21, 7-23, 7-24, 7-25, 7-25A, 7-26, 7-27, 7-27B, 7-28, 7-28A, 7-29, 7-30,**
39 **7-32, 7-33, 7-35, 7-37, 7-37A, 7-40, 8-1, 8-2, 8-4, 8-6, 8-7, 8-8, 8-9, 8-12, 8-13,**
40 **8-14, 8-15, 8-19, 8-20, 8-21, 8-22, 8-23, 8-24, 8-25, 8-26, 8-27, 8-28, 8-30, 9-1, 9-3,**
41 **9-4, 9-5, 9-6, 9-7, 9-8, 9-9, 9-10, 9-11, 9-12, 9-13, 9-14, 9-15, 9-16, 9-17, 9-19, 9-21,**
42 **9-23, 9-25, 9-26, 9-28, 9-28C, 9-29, 9-30, 9-30A, 9-31, 9-31A, 9-31B, 9-31D, 9-32,**
43 **9-33, 9-34A, 9-35, 9-35A, 9-36, 9-36B, 9-37, 9-38, 9-38A, 9-39, 9-39B, 9-40,**
44 **9-40A, 9-40C, 9-41, 9-41A, 9-41B, 9-41C, 9-41D, 9-42, 9-42C, 9-43A, 9-43B,**
45 **9-43C, 9-43E, 9-43F, 9-43G, 9-43H, 9-43I, 9-43J, 9-43K, 9-43L, 9-43M, 9-43N,**
46 **9-44, 9-44A, 9-44B, 9-44D, 9-44E, 9-44F, 9-44G, 9-44I, 9-44J, 9-44L, 9-44M,**
47 **9-44N, 9-44O, 9-44P, 9-44Q, 10-3, 10-6, 10-7, 10-8, 10-9, 10-11, 10-12, 10-13,**
48 **10-14, 11-2, 11-3, 11-4, 11-5, 11-8, 11-9, 11-10, 11-11, 11-12, 11-13, 11-14, 11-17,**
49 **12-1, 12-2, 12-3, 12-4, 12-5, 12-6, 12-7, 12-9, 12-10, 12-11, 12-12, 12-13, 12-14,**
50 **12-16, 12-17, 12-19, 13-1, 13-2, 13-3, 13-4, 13-5, 13-6, 13-7, 13-8, 13-9, 13-10,**

Page 1 of 3

CODING: Words in ~~struck through~~ type are deletions from existing law; words underscored
are additions.

Hearing Exhibit
R044
Case No.  3:24-cv-00122-DCJ-CES-RRS

HCASB8 362 70

13-11, 13-12, 13-14, 13-15, 13-16, 14-17, 14-18A, 14-19, 14-20, 14-21, 14-23, 14-24A, 14-25, 14-26, 15-1, 15-2, 15-3, 15-5, 15-6, 15-8, 15-9, 15-10, 15-11, 15-12, 15-12A, 15-13, 15-13A, 15-13B, 15-14, 15-14A, 15-14B, 15-14C, 15-14D, 15-14E, 15-14F, 15-14G, 15-15, 15-15A, 15-15B, 15-16, 15-17, 15-17A, 15-17B, 15-18, 15-18A, 15-18B, 15-18C, 15-18D, 15-18E, 15-18F, 15-19, 15-19A, 15-19B, 15-19C, 16-1, 16-1A, 16-4, 16-5, 16-6, 16-7, 16-8, 16-9, 17-2, 17-3, 17-4, 17-5, 17-6, 17-7, 17-8, 17-9, 17-10, 17-11, 17-12, 17-13, 17-13A, 17-14, 17-15, and 17-16 of Orleans Parish; St. Charles Parish; St. James Parish; and St. John the Baptist Parish.

(3) District 3 is composed of Acadia Parish; Precincts 164, 166E, 166W, 260, 261, 262, 300, 301, 302, 303, 304, 305, 307, 308, 309E, 309W, 310, 311, 312, 313E, 313W, 314, 315E, 315W, 318, 319N, 319S, 320E, 320W, 321, 322, 323, 324, 328, 329, 330, 332N, 332S, 360, 361, 364, 370, 371N, 800, 801, 860N, 860S, 861E, and 861W of Calcasieu Parish; Cameron Parish; Iberia Parish; Jefferson Davis Parish; Precincts 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 67, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 114, 115, 116, 117, 118, 119, 120, 121, 124, 125, 126, 127, 128, 130, 131, 133, 134, 135, and 136 of Lafayette Parish; Lafourche Parish; St. Martin Parish; St. Mary Parish; Terrebonne Parish; and Vermilion Parish.

(4) District 4 is composed of Allen Parish; Avoyelles Parish; Beauregard Parish; Bienville Parish; Bossier Parish; Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 1-6, 1-7, 1-8, 1-9, 1-10, 1-11, 1-12, 1-13, 1-14, 2-1, 2-2, 2-4, 3-1, 3-8, 3-9, 4-1, 4-2, 4-3, 4-4, 4-5, 4-6, 4-7, 4-8, 4-9, 4-10, 5-10, 6-1, 8-1, 8-2, 8-3, 8-4, 8-5, 8-6, 8-7, 8-8, 8-9, 9-1, 9-2, 9-3, 9-7, 9-8, 9-9, 9-10, 9-11, 9-12, 9-13, 10-2, 11-1, 11-9, 11-10, 12-1, 12-3, 12-7, and 12-8 of Caddo Parish; Precincts 160E, 160W, 161, 162E, 162W, 163, 165, 167, 306, 316E, 316W, 317, 325, 326, 327, 331, 333, 334, 335, 336, 337, 338, 339, 340, 362, 363, 365, 366, 367, 368, 369, 371S, 372, 400, 401, 402, 403, 404, 405, 406, 407, 408, 440, 441, 460E, 460W, 461, 463, 464, 465, 466E, 466W, 467, 468, 469, 560, 561, 562, 600, 601, 602, 603, 660, 661, 662, 663, 664, 700, 701, 702, 703, 760, 761, and 762 of Calcasieu Parish; Claiborne Parish; Precincts 10, 11, 11B, 11C, 28, 35, 35A, 35B, 37, 37C, 46, 46A, 46B, 48, 49, 49A, and 51 of De Soto Parish; Grant Parish; Jackson Parish; Lincoln Parish; Precincts N6, N9, N10, N11, N12, N13-A, N13-B, N14-A, N14-B, N15, N16, N17, N18-A, N18-B, N19, N20, N21, N22, N23, N24, N25, N26, N27, N28, N29, S16, S17, S18, S19, and S20 of Rapides Parish; Sabine Parish; Union Parish; Vernon Parish; Webster Parish; and Winn Parish.

(5) District 5 is composed of Caldwell Parish; Catahoula Parish; Concordia Parish; Precincts 1-9, 1-12, 1-34, 1-35, 1-42, 1-43, 1-47, 1-49, 1-53, 1-56, 1-60, 1-66, 1-72, 1-74, 1-75, 1-79, 1-80, 1-89, 1-90, 1-98, 1-99, 1-103, 1-105, 1-107, 2-6, 2-7, 2-8, 2-33, 3-1, 3-2, 3-3, 3-4, 3-6, 3-7, 3-9, 3-10, 3-11, 3-12, 3-13, 3-14, 3-15, 3-16, 3-17, 3-18, 3-19, 3-21, 3-22, 3-23, 3-25, 3-26, 3-27, 3-28, 3-29, 3-30, 3-31, 3-32, 3-33, 3-34, 3-35, 3-36, 3-37, 3-38, 3-39, 3-40, 3-41, 3-43, 3-45, 3-46, 3-47, 3-48, 3-49, 3-51, 3-52, 3-53, 3-55, 3-56, 3-58, 3-59, 3-60, 3-61, 3-62, 3-64, 3-65, 3-66, 3-67, 3-68, 3-70, 3-71, 3-72, 3-73, 3-74, 3-75, and 3-76 of East Baton Rouge Parish; East Carroll Parish; East Feliciana Parish; Franklin Parish; La Salle Parish; Precincts 1, 1A, 1B, 1C, 1D, 2, 2A, 3, 3A, 3B, 4, 4A, 4B, 5, 5A, 5B, 5D, 6, 6A, 6B, 7, 7A, 7B, 7C, 7D, 8A, 8B, 9, 10, 11A, 21, 23, 23A, 23B, 23C, 24, 24B, 24C, 24D, 25, 26, 26A, 26B, 26C, 27, 28, 29, 35, 35A, 36, 36A, 39, 39A, 39B, 40, 40A, and 41 of Livingston Parish; Madison Parish; Morehouse Parish; Ouachita Parish; Richland Parish; St. Helena Parish; Precincts 2, 6, 11, 15, 16, 17, 28, 33, 43, 44, 49, 101, 102, 104, 105, 106, 106A, 107, 108, 109, 110, 111A, 112, 114, 115B, 116, 117, 118, 118A, 119, 120, 120A, 120B, 121, 122A, 122C, 123, 129A, and 141 of Tangipahoa Parish; Tensas Parish; Washington Parish; West Carroll Parish; and West Feliciana Parish.

(6) District 6 is composed of Precincts 2-3, 2-5, 2-6, 2-7, 2-8, 2-9, 2-10, 2-11, 2-12, 3-2, 3-3, 3-4, 3-5, 3-6, 3-7, 5-1, 5-2, 5-3, 5-4, 5-5, 5-6, 5-7, 5-8, 5-9, 5-11, 6-2, 6-3, 6-4, 6-5, 6-6, 6-7, 6-8, 6-9, 6-10, 7-1, 7-2, 7-3, 7-4, 7-5, 7-6, 7-7, 7-8, 7-9,

Page 2 of 3

CODING: Words in ~~struck through~~ type are deletions from existing law; words underscored are additions.

HCASB8 362 70

1   **7-10, 9-4, 9-5, 9-6, 10-1, 10-3, 10-4, 10-5, 10-6, 10-7, 10-8, 10-9, 11-2, 11-3, 11-4,**
2   **11-5, 11-6, 11-7, 11-8, 12-2, 12-4, 12-5, 12-6, 12-9, 12-10, and 12-11 of Caddo**
3   **Parish; Precincts 1, 4, 5, 5A, 6, 6A, 6B, 9, 16, 16A, 16B, 16C, 21, 22, 22A, 23, 26,**
4   **26A, 30, 30A, 31, 31A, 32, 33, 33A, 34, 34A, 34B, 38, 38A, 42, 44, 53, 55, 56, 59,**
5   **60, 60A, 63, and 63A of De Soto Parish; Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 1-6, 1-7,**
6   **1-8, 1-10, 1-11, 1-13, 1-14, 1-15, 1-16, 1-17, 1-18, 1-19, 1-20, 1-21, 1-22, 1-23, 1-24,**
7   **1-25, 1-26, 1-27, 1-28, 1-29, 1-30, 1-31, 1-32, 1-33, 1-36, 1-37, 1-38, 1-39, 1-40,**
8   **1-41, 1-44, 1-45, 1-46, 1-48, 1-50, 1-51, 1-52, 1-54, 1-55, 1-57, 1-58, 1-59, 1-61,**
9   **1-62, 1-63, 1-64, 1-65, 1-67, 1-68, 1-69, 1-70, 1-71, 1-73, 1-76, 1-77, 1-78, 1-81,**
10  **1-82, 1-83, 1-84, 1-85, 1-86, 1-87, 1-88, 1-91, 1-92, 1-93, 1-94, 1-95, 1-96, 1-97,**
11  **1-100, 1-101, 1-102, 1-104, 2-1, 2-2, 2-3, 2-4, 2-5, 2-9, 2-10, 2-11, 2-12, 2-13, 2-14,**
12  **2-15, 2-16, 2-17, 2-18, 2-19, 2-20, 2-21, 2-22, 2-23, 2-24, 2-25, 2-26, 2-27, 2-28,**
13  **2-29, 2-30, 2-31, 2-32, 2-34, 2-35, 2-36, 2-37, 2-38, 3-5, 3-8, 3-20, 3-24, 3-42, 3-44,**
14  **3-50, 3-54, 3-57, 3-63, and 3-69 of East Baton Rouge Parish; Evangeline Parish;**
15  **Precincts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,**
16  **24, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 63, 64, 65, 66, 68, 112, 113, 122,**
17  **123, and 129 of Lafayette Parish; Natchitoches Parish; Pointe Coupee Parish;**
18  **Precincts C1, C2, C3, C4, C5, C6, C7, C8, C9, C10, C11-A, C11-B, C13, C14,**
19  **C15, C17, C18, C19, C20, C21, C22, C23, C24, C25, C26, C27, C28, C30, C31,**
20  **C32, C33, C34, C35, C36, C37-A, C37-B, C38-A, C38-B, C39, C40, C41, C42,**
21  **N1, N2, N3, N4, N5, N7, N8, S1, S2, S4, S5, S6A, S6B, S7, S8, S9, S10, S11, S13,**
22  **S14, S15, S21, S22, S23, S24, S25, S26, S27, S28, and S29 of Rapides Parish; Red**
23  **River Parish; St. Landry Parish; and West Baton Rouge Parish.**"

CODING:  Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u>
are additions.

## Plan Statistics

### Plan: HCASB8 362 70 (Marcelle)

| Districts: | # of Members | Actual Population | Ideal Population | Absolute Deviation | Relative Deviation |
|---|---|---|---|---|---|
| District 1 | 1 | 776,282 | 776,292 | -10 | -0.001% |
| District 2 | 1 | 776,284 | 776,292 | -8 | -0.001% |
| District 3 | 1 | 776,304 | 776,292 | 12 | 0.002% |
| District 4 | 1 | 776,303 | 776,292 | 11 | 0.001% |
| District 5 | 1 | 776,284 | 776,292 | -8 | -0.001% |
| District 6 | 1 | 776,300 | 776,292 | 8 | 0.001% |
| Grand Total: | 6 | 4,657,757 | 4,657,752 | | |

| | | | | | |
|---|---|---|---|---|---|
| Ideal Population Per Member: | 776292 | | | | |
| Number of Districts for Plan Type: | 6 | | | | |
| | | | | | |
| Range of District Populations: | 776,282 | to | 776,304 | | |
| | | | | | |
| Absolute Mean Deviation: | 4 | | | | |
| Absolute Range: | -10 | to | 12 | | |
| Absolute Overall Range: | 22 | | | | |
| | | | | | |
| Relative Mean Deviation: | 0.00% | | | | |
| Relative Range: | 0.00% | to | 0.00% | | |
| Relative Overall Range: | 0.00% | | | | |

| | |
|---|---|
| *Ideal - Actual:* | *-5* |
| *Remainder:* | *5* |
| *Unassigned Population:* | *0* |

# Total Population

Plan: HCASB8 362 70 (Marcelle)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | Total Hispanic | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | VAP Hispanic Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | 776,282 | 542,503 | 120,699 | 24,399 | 15,222 | 73,459 | 90,963 | 599,985 | 433,862 | 84,625 | 17,800 | 11,276 | 52,422 | 64,022 |
| | 100.000% | 69.885% | 15.548% | 3.143% | 1.961% | 9.463% | 11.718% | 100.000% | 72.312% | 14.105% | 2.967% | 1.879% | 8.737% | 10.671% |
| District 2 | 776,284 | 278,532 | 405,616 | 25,111 | 9,446 | 57,579 | 74,236 | 601,177 | 231,861 | 301,405 | 19,890 | 7,243 | 40,778 | 51,710 |
| | 100.000% | 35.880% | 52.251% | 3.235% | 1.217% | 7.417% | 9.563% | 100.000% | 38.568% | 50.136% | 3.309% | 1.205% | 6.783% | 8.601% |
| District 3 | 776,304 | 514,866 | 188,325 | 15,173 | 21,020 | 36,920 | 43,499 | 587,515 | 405,299 | 131,516 | 10,933 | 14,530 | 25,237 | 28,984 |
| | 100.000% | 66.323% | 24.259% | 1.955% | 2.708% | 4.756% | 5.603% | 100.000% | 68.985% | 22.385% | 1.861% | 2.473% | 4.296% | 4.933% |
| District 4 | 776,303 | 538,244 | 170,908 | 15,093 | 20,189 | 31,869 | 40,804 | 595,216 | 423,224 | 123,396 | 11,002 | 15,073 | 22,521 | 28,369 |
| | 100.000% | 69.334% | 22.016% | 1.944% | 2.601% | 4.105% | 5.256% | 100.000% | 71.104% | 20.731% | 1.848% | 2.532% | 3.784% | 4.766% |
| District 5 | 776,284 | 488,868 | 225,954 | 15,762 | 12,382 | 33,318 | 38,227 | 594,707 | 388,886 | 160,948 | 11,588 | 9,461 | 23,824 | 26,435 |
| | 100.000% | 62.975% | 29.107% | 2.030% | 1.595% | 4.292% | 4.924% | 100.000% | 65.391% | 27.063% | 1.949% | 1.591% | 4.006% | 4.445% |
| District 6 | 776,300 | 294,639 | 431,617 | 11,750 | 8,801 | 29,493 | 34,820 | 591,948 | 241,379 | 313,879 | 9,203 | 6,657 | 20,830 | 24,142 |
| | 100.000% | 37.954% | 55.599% | 1.514% | 1.134% | 3.799% | 4.485% | 100.000% | 40.777% | 53.025% | 1.555% | 1.125% | 3.519% | 4.078% |
| Grand Total | 4,657,757 | 2,657,652 | 1,543,119 | 107,288 | 87,060 | 262,638 | 322,549 | 3,570,548 | 2,124,511 | 1,115,769 | 80,416 | 64,240 | 185,612 | 223,662 |
| | 100.000% | 57.059% | 33.130% | 2.303% | 1.869% | 5.639% | 6.925% | 100.000% | 59.501% | 31.249% | 2.252% | 1.799% | 5.198% | 6.264% |

# Voter Registration

### Plan: HCASB8 362 70 (Marcelle)

| | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 | Reg Dem Total Dec 2023 | Reg Rep Total Dec 2023 | Reg Other Total Dec 2023 |
|---|---|---|---|---|---|---|---|
| District 1 | 472,075 | 376,739 | 54,366 | 40,970 | 123,211 | 203,629 | 145,235 |
| | 78.681% | 79.805% | 11.516% | 8.679% | 26.100% | 43.135% | 30.765% |
| District 2 | 471,504 | 186,651 | 244,255 | 40,598 | 269,536 | 78,259 | 123,709 |
| | 78.430% | 39.586% | 51.803% | 8.610% | 57.165% | 16.598% | 26.237% |
| District 3 | 452,114 | 336,628 | 93,909 | 21,577 | 143,560 | 184,358 | 124,196 |
| | 76.954% | 74.456% | 20.771% | 4.772% | 31.753% | 40.777% | 27.470% |
| District 4 | 429,407 | 329,384 | 80,277 | 19,746 | 122,148 | 192,021 | 115,238 |
| | 72.143% | 76.707% | 18.695% | 4.598% | 28.446% | 44.718% | 26.837% |
| District 5 | 471,511 | 326,866 | 125,475 | 19,170 | 157,057 | 193,772 | 120,682 |
| | 79.285% | 69.323% | 26.611% | 4.066% | 33.309% | 41.096% | 25.595% |
| District 6 | 445,676 | 184,178 | 243,547 | 17,951 | 236,994 | 99,587 | 109,095 |
| | 75.290% | 41.326% | 54.647% | 4.028% | 53.176% | 22.345% | 24.479% |
| Grand Total | 2,742,287 | 1,740,446 | 841,829 | 160,012 | 1,052,506 | 951,626 | 738,155 |

# Splits

## Plan: HCASB8 362 70 (Marcelle)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 1** | | | | | | | | | | | | | | | | |
| *Ascension | 55,041 | 43,734 | 5,922 | 898 | 959 | 3,528 | 40,067 | 32,768 | 3,792 | 552 | 668 | 2,287 | 34,326 | 29,645 | 3,007 | 1,674 |
| *Jefferson | 241,927 | 156,619 | 31,279 | 11,949 | 4,436 | 37,644 | 193,519 | 130,833 | 22,881 | 9,000 | 3,358 | 27,447 | 145,427 | 113,149 | 12,795 | 19,483 |
| *Livingston | 29,296 | 25,088 | 2,146 | 228 | 587 | 1,247 | 22,320 | 19,363 | 1,516 | 132 | 452 | 857 | 17,537 | 16,076 | 960 | 501 |
| *Orleans | 44,524 | 35,608 | 3,421 | 1,820 | 519 | 3,156 | 36,295 | 29,327 | 2,867 | 1,373 | 403 | 2,325 | 28,038 | 23,999 | 1,297 | 2,742 |
| Plaquemines | 23,515 | 14,287 | 5,428 | 1,317 | 697 | 1,786 | 17,334 | 10,856 | 3,857 | 925 | 500 | 1,196 | 13,143 | 8,996 | 2,934 | 1,213 |
| St. Bernard | 43,764 | 24,497 | 12,309 | 1,381 | 947 | 4,630 | 31,775 | 18,992 | 7,944 | 982 | 688 | 3,169 | 25,685 | 18,044 | 5,593 | 2,048 |
| St. Tammany | 264,570 | 196,641 | 38,643 | 5,774 | 5,660 | 17,852 | 202,228 | 154,621 | 26,761 | 4,075 | 4,161 | 12,610 | 174,307 | 141,262 | 21,129 | 11,916 |
| *Tangipahoa | 73,645 | 46,029 | 21,551 | 1,032 | 1,417 | 3,616 | 56,447 | 37,102 | 15,007 | 761 | 1,046 | 2,531 | 33,612 | 25,568 | 6,651 | 1,393 |
| **District 1** | **776,282** | **542,503** | **120,699** | **24,399** | **15,222** | **73,459** | **599,985** | **433,862** | **84,625** | **17,800** | **11,276** | **52,422** | **472,075** | **376,739** | **54,366** | **40,970** |
| | 100.000% | 69.885% | 15.548% | 3.143% | 1.961% | 9.463% | 100.000% | 72.312% | 14.105% | 2.967% | 1.879% | 8.737% | 78.681% | 79.805% | 11.516% | 8.679% |
| **District 2** | | | | | | | | | | | | | | | | |
| *Ascension | 71,459 | 37,407 | 26,294 | 1,402 | 1,045 | 5,311 | 51,890 | 28,368 | 18,347 | 962 | 722 | 3,491 | 44,320 | 25,897 | 15,821 | 2,602 |
| Assumption | 21,039 | 13,722 | 6,220 | 96 | 258 | 743 | 16,616 | 11,145 | 4,707 | 57 | 197 | 510 | 13,323 | 8,977 | 4,131 | 215 |
| Iberville | 30,241 | 14,833 | 13,730 | 202 | 274 | 1,202 | 24,086 | 12,462 | 10,232 | 149 | 221 | 1,022 | 19,906 | 9,999 | 9,484 | 423 |
| *Jefferson | 198,854 | 64,316 | 94,938 | 11,075 | 3,250 | 25,275 | 151,135 | 53,302 | 69,294 | 8,692 | 2,477 | 17,370 | 108,006 | 39,787 | 53,407 | 14,812 |
| *Orleans | 339,473 | 90,854 | 215,548 | 11,036 | 3,147 | 18,888 | 269,901 | 80,925 | 163,201 | 9,147 | 2,545 | 14,083 | 210,352 | 62,126 | 129,293 | 18,933 |
| St. Charles | 52,549 | 33,550 | 13,928 | 837 | 925 | 3,309 | 39,541 | 26,154 | 9,890 | 529 | 667 | 2,301 | 33,582 | 23,411 | 8,270 | 1,901 |
| St. James | 20,192 | 9,973 | 9,762 | 60 | 82 | 315 | 15,505 | 7,883 | 7,297 | 31 | 64 | 230 | 14,531 | 7,116 | 7,196 | 219 |
| St. John the Baptist | 42,477 | 13,877 | 25,196 | 403 | 465 | 2,536 | 32,503 | 11,622 | 18,437 | 323 | 350 | 1,771 | 27,484 | 9,338 | 16,653 | 1,493 |
| **District 2** | **776,284** | **278,532** | **405,616** | **25,111** | **9,446** | **57,579** | **601,177** | **231,861** | **301,405** | **19,890** | **7,243** | **40,778** | **471,504** | **186,651** | **244,255** | **40,598** |
| | 100.000% | 35.880% | 52.251% | 3.235% | 1.217% | 7.417% | 100.000% | 38.568% | 50.136% | 3.309% | 1.205% | 6.783% | 78.430% | 39.586% | 51.803% | 8.610% |
| **District 3** | | | | | | | | | | | | | | | | |
| Acadia | 57,576 | 44,480 | 10,864 | 238 | 573 | 1,421 | 42,943 | 34,071 | 7,383 | 173 | 400 | 916 | 36,151 | 29,438 | 5,995 | 718 |
| *Calcasieu | 77,266 | 30,517 | 41,780 | 1,163 | 889 | 2,917 | 57,991 | 24,329 | 30,074 | 849 | 660 | 2,079 | 37,404 | 15,978 | 19,816 | 1,610 |
| Cameron | 5,617 | 5,232 | 125 | 30 | 75 | 155 | 4,358 | 4,100 | 79 | 23 | 47 | 109 | 4,072 | 3,936 | 61 | 75 |
| Iberia | 69,929 | 39,206 | 24,556 | 2,123 | 794 | 3,250 | 52,791 | 31,295 | 17,069 | 1,562 | 581 | 2,284 | 42,188 | 26,848 | 13,441 | 1,899 |
| Jefferson Davis | 32,350 | 25,066 | 5,837 | 183 | 472 | 692 | 24,039 | 19,121 | 4,006 | 111 | 325 | 476 | 18,733 | 15,509 | 2,784 | 440 |
| *Lafayette | 167,997 | 124,036 | 25,439 | 5,789 | 2,524 | 10,209 | 128,332 | 97,679 | 17,432 | 4,201 | 1,916 | 7,104 | 104,806 | 86,839 | 11,620 | 6,347 |
| Lafourche | 97,557 | 71,710 | 15,855 | 1,025 | 4,224 | 4,743 | 74,619 | 56,838 | 11,077 | 738 | 2,777 | 3,189 | 54,238 | 45,481 | 6,277 | 2,480 |
| St. Martin | 51,767 | 33,259 | 15,921 | 597 | 539 | 1,451 | 39,404 | 26,278 | 11,293 | 407 | 413 | 1,013 | 33,997 | 23,306 | 9,880 | 811 |
| St. Mary | 49,406 | 26,949 | 15,991 | 835 | 1,670 | 3,961 | 37,521 | 21,594 | 11,520 | 593 | 1,173 | 2,641 | 29,204 | 17,999 | 9,570 | 1,635 |
| Terrebonne | 109,580 | 69,934 | 23,147 | 1,743 | 8,637 | 6,119 | 82,505 | 55,631 | 15,796 | 1,239 | 5,750 | 4,089 | 55,810 | 41,601 | 9,910 | 4,299 |
| Vermilion | 57,359 | 44,477 | 8,810 | 1,447 | 623 | 2,002 | 43,012 | 34,363 | 5,787 | 1,037 | 488 | 1,337 | 35,511 | 29,693 | 4,555 | 1,263 |
| **District 3** | **776,304** | **514,866** | **188,325** | **15,173** | **21,020** | **36,920** | **587,515** | **405,299** | **131,516** | **10,933** | **14,530** | **25,237** | **452,114** | **336,628** | **93,909** | **21,577** |
| | 100.000% | 66.323% | 24.259% | 1.955% | 2.708% | 4.756% | 100.000% | 68.985% | 22.385% | 1.861% | 2.473% | 4.296% | 76.954% | 74.456% | 20.771% | 4.772% |
| **District 4** | | | | | | | | | | | | | | | | |

# Splits

## Plan: HCASB8 362 70 (Marcelle)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Allen | 22,750 | 16,327 | 4,490 | 246 | 947 | 740 | 17,510 | 12,751 | 3,275 | 182 | 646 | 656 | 11,079 | 8,704 | 1,920 | 455 |
| Avoyelles | 39,693 | 25,625 | 11,678 | 434 | 767 | 1,189 | 30,578 | 20,269 | 8,311 | 379 | 570 | 1,049 | 21,438 | 15,242 | 5,622 | 574 |
| Beauregard | 36,549 | 29,529 | 4,649 | 402 | 1,052 | 917 | 27,489 | 22,304 | 3,495 | 269 | 773 | 648 | 22,071 | 18,639 | 2,264 | 1,168 |
| Bienville | 12,981 | 6,950 | 5,600 | 57 | 207 | 167 | 10,073 | 5,486 | 4,284 | 30 | 162 | 111 | 8,336 | 4,509 | 3,728 | 99 |
| Bossier | 128,746 | 81,052 | 32,551 | 3,492 | 3,273 | 8,378 | 95,876 | 62,931 | 22,440 | 2,448 | 2,477 | 5,580 | 65,726 | 48,229 | 13,555 | 3,942 |
| *Caddo | 103,309 | 73,048 | 21,031 | 2,954 | 2,385 | 3,891 | 81,216 | 59,172 | 15,268 | 2,178 | 1,837 | 2,761 | 60,562 | 47,117 | 10,086 | 3,359 |
| *Calcasieu | 139,519 | 109,255 | 17,606 | 3,539 | 2,647 | 6,472 | 105,175 | 84,460 | 11,824 | 2,510 | 1,944 | 4,437 | 74,415 | 64,386 | 6,677 | 3,352 |
| Claiborne | 14,170 | 7,263 | 6,360 | 88 | 185 | 274 | 11,507 | 6,258 | 4,824 | 55 | 140 | 230 | 8,390 | 4,557 | 3,677 | 156 |
| *De Soto | 6,229 | 4,542 | 1,338 | 7 | 153 | 189 | 4,921 | 3,674 | 1,013 | 5 | 112 | 117 | 4,529 | 3,474 | 953 | 102 |
| Grant | 22,169 | 17,709 | 3,335 | 133 | 644 | 348 | 17,527 | 13,964 | 2,717 | 97 | 507 | 242 | 12,226 | 10,764 | 1,120 | 342 |
| Jackson | 15,031 | 9,967 | 4,166 | 175 | 255 | 468 | 11,783 | 7,967 | 3,125 | 140 | 174 | 377 | 9,375 | 6,570 | 2,610 | 195 |
| Lincoln | 48,396 | 26,034 | 19,364 | 892 | 662 | 1,444 | 38,655 | 21,306 | 15,119 | 744 | 526 | 960 | 24,408 | 15,139 | 8,357 | 912 |
| *Rapides | 44,027 | 35,031 | 5,638 | 658 | 1,401 | 1,299 | 33,290 | 26,980 | 3,893 | 462 | 1,056 | 899 | 26,550 | 22,807 | 2,729 | 1,014 |
| Sabine | 22,155 | 15,036 | 3,861 | 94 | 2,723 | 441 | 17,064 | 12,054 | 2,655 | 66 | 1,970 | 319 | 13,570 | 10,287 | 1,912 | 1,371 |
| Union | 21,107 | 14,460 | 5,224 | 62 | 338 | 1,023 | 16,632 | 11,807 | 3,861 | 39 | 254 | 671 | 14,802 | 10,847 | 3,497 | 458 |
| Vernon | 48,750 | 35,087 | 7,611 | 1,442 | 1,600 | 3,010 | 36,261 | 26,765 | 5,133 | 1,074 | 1,160 | 2,129 | 22,409 | 18,129 | 2,608 | 1,672 |
| Webster | 36,967 | 22,735 | 12,679 | 208 | 687 | 658 | 28,753 | 18,144 | 9,464 | 154 | 558 | 433 | 21,259 | 14,068 | 6,744 | 447 |
| Winn | 13,755 | 8,594 | 3,727 | 210 | 263 | 961 | 10,906 | 6,932 | 2,695 | 170 | 207 | 902 | 8,262 | 5,916 | 2,218 | 128 |
| **District 4** | **776,303** 100.000% | **538,244** 69.334% | **170,908** 22.016% | **15,093** 1.944% | **20,189** 2.601% | **31,869** 4.105% | **595,216** 100.000% | **423,224** 71.104% | **123,396** 20.731% | **11,002** 1.848% | **15,073** 2.532% | **22,521** 3.784% | **429,407** 72.143% | **329,384** 76.707% | **80,277** 18.695% | **19,746** 4.598% |
| **District 5** | | | | | | | | | | | | | | | | |
| Caldwell | 9,645 | 7,646 | 1,632 | 51 | 150 | 166 | 7,478 | 5,969 | 1,224 | 46 | 116 | 123 | 5,813 | 4,959 | 762 | 92 |
| Catahoula | 8,906 | 5,776 | 2,395 | 46 | 119 | 570 | 6,951 | 4,557 | 1,736 | 33 | 87 | 538 | 6,113 | 4,363 | 1,695 | 55 |
| Concordia | 18,687 | 10,275 | 7,725 | 122 | 233 | 332 | 14,217 | 8,108 | 5,613 | 100 | 167 | 229 | 11,419 | 6,816 | 4,418 | 185 |
| *East Baton Rouge | 203,337 | 129,610 | 47,916 | 9,714 | 2,788 | 13,309 | 159,477 | 106,217 | 34,421 | 7,135 | 2,210 | 9,494 | 130,465 | 96,132 | 24,913 | 9,420 |
| East Carroll | 7,459 | 2,054 | 5,272 | 29 | 43 | 61 | 5,901 | 1,773 | 4,043 | 19 | 27 | 39 | 4,564 | 1,218 | 3,305 | 41 |
| East Feliciana | 19,539 | 11,516 | 7,341 | 91 | 262 | 329 | 16,183 | 9,740 | 5,918 | 61 | 198 | 266 | 13,327 | 7,805 | 5,075 | 447 |
| Franklin | 19,774 | 12,492 | 6,802 | 70 | 205 | 205 | 15,028 | 9,901 | 4,779 | 44 | 153 | 151 | 12,350 | 8,524 | 3,718 | 108 |
| La Salle | 14,791 | 11,348 | 1,422 | 283 | 372 | 1,366 | 11,563 | 8,636 | 1,065 | 264 | 271 | 1,327 | 8,380 | 7,633 | 583 | 164 |
| *Livingston | 112,986 | 91,767 | 10,512 | 1,469 | 2,524 | 6,714 | 82,821 | 69,069 | 6,620 | 967 | 1,859 | 4,306 | 64,868 | 57,579 | 4,682 | 2,607 |
| Madison | 10,017 | 3,475 | 6,363 | 20 | 59 | 100 | 7,435 | 2,906 | 4,391 | 9 | 48 | 81 | 7,068 | 2,439 | 4,518 | 111 |
| Morehouse | 25,629 | 12,281 | 12,484 | 160 | 370 | 334 | 20,062 | 10,095 | 9,300 | 117 | 279 | 271 | 15,440 | 7,806 | 7,377 | 257 |
| Ouachita | 160,368 | 88,545 | 61,217 | 2,788 | 2,661 | 5,157 | 120,200 | 69,974 | 42,290 | 2,118 | 2,059 | 3,759 | 95,630 | 58,149 | 34,021 | 3,460 |
| Richland | 20,043 | 11,785 | 7,603 | 83 | 258 | 314 | 15,383 | 9,338 | 5,546 | 66 | 203 | 230 | 13,141 | 8,144 | 4,753 | 244 |
| St. Helena | 10,920 | 4,527 | 6,031 | 39 | 134 | 189 | 8,463 | 3,805 | 4,371 | 28 | 109 | 150 | 8,260 | 3,626 | 4,492 | 142 |
| *Tangipahoa | 59,512 | 35,307 | 20,328 | 442 | 1,037 | 2,398 | 45,044 | 28,103 | 14,210 | 339 | 781 | 1,611 | 29,674 | 20,604 | 8,161 | 909 |

# Splits

## Plan: HCASB8 362 70 (Marcelle)

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 5** | | | | | | | | | | | | | | | | |
| Tensas | 4,147 | 1,744 | 2,312 | 23 | 26 | 42 | 3,235 | 1,446 | 1,728 | 12 | 23 | 26 | 3,485 | 1,510 | 1,937 | 38 |
| Washington | 45,463 | 29,943 | 13,434 | 216 | 736 | 1,134 | 34,951 | 23,743 | 9,732 | 154 | 561 | 761 | 27,151 | 18,603 | 7,892 | 656 |
| West Carroll | 9,751 | 7,894 | 1,425 | 27 | 180 | 225 | 7,532 | 6,223 | 1,010 | 20 | 136 | 143 | 6,871 | 5,770 | 1,013 | 88 |
| West Feliciana | 15,310 | 10,883 | 3,740 | 89 | 225 | 373 | 12,783 | 9,283 | 2,951 | 56 | 174 | 319 | 7,492 | 5,186 | 2,160 | 146 |
| **District 5** | **776,284** | **488,868** | **225,954** | **15,762** | **12,382** | **33,318** | **594,707** | **388,886** | **160,948** | **11,588** | **9,461** | **23,824** | **471,511** | **326,866** | **125,475** | **19,170** |
| | 100.000% | 62.975% | 29.107% | 2.030% | 1.595% | 4.292% | 100.000% | 65.391% | 27.063% | 1.949% | 1.591% | 4.006% | 79.285% | 69.323% | 26.611% | 4.066% |
| **District 6** | | | | | | | | | | | | | | | | |
| *Caddo | 134,539 | 30,409 | 98,273 | 1,080 | 1,455 | 3,322 | 101,191 | 25,887 | 71,091 | 830 | 1,121 | 2,262 | 71,380 | 17,264 | 51,385 | 2,731 |
| *De Soto | 20,583 | 10,742 | 8,635 | 110 | 587 | 509 | 15,519 | 8,235 | 6,412 | 81 | 445 | 346 | 13,358 | 7,531 | 5,364 | 463 |
| *East Baton Rouge | 253,444 | 66,459 | 165,482 | 6,711 | 1,939 | 12,853 | 196,135 | 57,664 | 122,369 | 5,464 | 1,537 | 9,101 | 138,372 | 36,613 | 94,589 | 7,170 |
| Evangeline | 32,350 | 21,354 | 9,235 | 241 | 280 | 1,240 | 24,408 | 16,460 | 6,483 | 187 | 217 | 1,061 | 20,388 | 14,274 | 5,744 | 370 |
| *Lafayette | 73,756 | 29,327 | 39,697 | 665 | 686 | 3,381 | 55,543 | 23,929 | 28,485 | 463 | 471 | 2,195 | 44,003 | 18,959 | 23,125 | 1,919 |
| Natchitoches | 37,515 | 19,361 | 15,725 | 255 | 861 | 1,313 | 29,349 | 16,010 | 11,415 | 198 | 683 | 1,043 | 20,675 | 11,761 | 8,016 | 898 |
| Pointe Coupee | 20,758 | 12,395 | 7,504 | 107 | 159 | 593 | 16,250 | 10,108 | 5,502 | 91 | 119 | 430 | 14,107 | 9,040 | 4,837 | 230 |
| *Rapides | 85,996 | 42,479 | 36,954 | 1,770 | 1,701 | 3,092 | 65,502 | 34,393 | 26,312 | 1,324 | 1,278 | 2,195 | 48,736 | 27,149 | 19,230 | 2,357 |
| Red River | 7,620 | 4,195 | 3,106 | 25 | 171 | 123 | 5,714 | 3,338 | 2,164 | 3 | 116 | 93 | 5,475 | 3,034 | 2,358 | 83 |
| St. Landry | 82,540 | 43,611 | 35,836 | 499 | 636 | 1,958 | 61,811 | 34,209 | 25,497 | 353 | 451 | 1,301 | 52,429 | 28,933 | 22,135 | 1,361 |
| West Baton Rouge | 27,199 | 14,307 | 11,170 | 287 | 326 | 1,109 | 20,526 | 11,146 | 8,149 | 209 | 219 | 803 | 16,753 | 9,620 | 6,764 | 369 |
| **District 6** | **776,300** | **294,639** | **431,617** | **11,750** | **8,801** | **29,493** | **591,948** | **241,379** | **313,879** | **9,203** | **6,657** | **20,830** | **445,676** | **184,178** | **243,547** | **17,951** |
| | 100.000% | 37.954% | 55.599% | 1.514% | 1.134% | 3.799% | 100.000% | 40.777% | 53.025% | 1.555% | 1.125% | 3.519% | 75.290% | 41.326% | 54.647% | 4.028% |

# Congress - Statewide (Marcelle HCA #70)



# Congress - Northwest (Marcelle HCA #70)



**Congress - Rapides (Marcelle HCA #70)**



R044-012

# Congress - Southwest Acadiana (Marcelle HCA #70)



# Congress - Baton Rouge Metro (Marcelle HCA #70)



R044-014

# Congress - Orleans Metro (Marcelle HCA #70)



R044-015