HCASB8 3645 74

# HOUSE COMMITTEE AMENDMENTS
### 2024 First Extraordinary Session

Amendments proposed by House Committee on House and Governmental Affairs to Engrossed Senate Bill No. 8 by Senator Womack

1  AMENDMENT NO. 1

2  On page 1, delete lines 13 through 17 and delete pages 2 through 6 and insert the following:

3  "**(1)  District 1 is composed of Precincts 1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 12, 13,**
4  **14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,**
5  **37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 51, 52, 53, 54, 55, 56, 58, 59, 60, 61, 62, 63, 64,**
6  **65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87,**
7  **88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 105, 106, 117, 118,**
8  **119, 120, 121, 122, 123, 124, 125A, 125B, 126, 127, 128, 129, 130, 132, 134, 136,**
9  **192, 198, 199, 246, 247, 248, 1-GI, 1-H, 2-H, 3-H, 4-H, 5-H, 6-H, 7-H, 8-H, 9-H,**
10 **1-K, 2-K, 3-K, 4-K, 5-K, 6-KA, 6-KB, 7-KA, 7-KB, 8-K, 9-K, 10-K, 11-K, 12-K,**
11 **13-KA, 14-K, 16-K, 17-K, 18-K, 19-K, 20-K, 25-K, 27-K, 28-K, 29-K, 34-K,**
12 **35-K, and 1-L of Jefferson Parish; Precincts 3-3, 3-6, 4-1, 4-2, 4-3, 4-4, 4-5, 4-6,**
13 **7-4, 8-1, 9-1, 9-2, 10-1, 10-2, 10-3, 10-4, 10-6, 10-8, 10-9, 10-10, 10-11, 10-12,**
14 **10-13, 10-14, 10-15, 10-16, 11-1, 11-2, 11-3, and 11-5 of Lafourche Parish;**
15 **Precincts 7, 7C, 13A, 13B, 14, 15, 16, 17, 18, 18A, 19, 19A, 20, 21, 21A, 21B, 22,**
16 **23, 23A, 23B, 23C, 31, 32, 33, 34, 38, and 43 of Livingston Parish; Precincts 4-7,**
17 **4-8, 4-9, 4-11, 4-14, 4-15, 4-17, 4-17A, 4-18, 4-20, 4-21, 4-22, 4-23, 5-12, 5-13,**
18 **5-15, 5-16, 5-17, 5-18, 6-9, 7-41, 7-42, 9-45, 9-45A, 11-4, 11-5, 11-8, 11-9, 11-10,**
19 **11-11, 12-5, 12-6, 12-7, 12-9, 12-10, 13-5, 13-7, 13-8, 14-1, 14-2, 14-3, 14-4, 14-5,**
20 **14-6, 14-7, 14-8, 14-9, 14-10, 14-11, 14-13A, 14-14, 14-15, 14-16, 14-17, 14-18A,**
21 **14-20, 14-21, 16-1, 16-1A, 17-1, 17-17, 17-18, 17-18A, 17-19, and 17-20 of**
22 **Orleans Parish; Plaquemines Parish; Precincts 32, 33, 34, 41, 42A, 43, 44, 45, 46,**
23 **50, 51, 52, 53, 54, and 55 of St. Bernard Parish; Precincts 1-6, 2-6, 3-1, 3-2, 3-3,**
24 **5-5, 6-1, 6-2, 6-3, 6-4, 6-6, and 6-8 of St. Charles Parish; St. Tammany Parish**
25 **and Precincts 44, 49, 70, 70A, 71, 72, 72A, 73, 74, 120, 120B, 122A, 122B, 122C,**
26 **124, 137, 137A, 137B, 137C, 137D, 139, 141, 141A, 143, 143A, 145, 147, 149,**
27 **149A, and 151 of Tangipahoa Parish.**
28 **(2)  District 2 is composed of Precincts 28, 30, 31, 32, 36, 37, 38, 39, 40,**
29 **42, 44, 45, 47, 48, 50, 51, 52, 53, 54, 55, 57, 58, 65, 66, and 71 of Ascension**
30 **Parish; Assumption Parish; Precincts 1, 3, 6, 7, 10B, 11, 12, 13, 14, 14A, 15, 15A,**
31 **15B, 16, 17, 18, 19, 20, and 24 of Iberville Parish; Precincts 57, 104, 108, 115,**
32 **116, 131, 133, 138, 150, 151, 152, 153, 154, 155, 156, 157A, 157B, 170, 171, 172,**
33 **173, 174, 175, 176, 177, 178, 179A, 179B, 180, 181, 182, 183, 184, 185A, 185B,**
34 **187, 188, 189, 190, 191, 193A, 193B, 194A, 194B, 195, 196, 197A, 197B, 200, 201,**
35 **202, 203, 204, 205, 210, 211, 212, 213A, 213B, 213C, 214A, 214B, 215, 216A,**
36 **216B, 216C, 217, 225, 226, 227, 228, 229, 230, 231, 232A, 232B, 234, 235, 236,**
37 **237, 238A, 238B, 1-G, 2-G, 3-G, 4-G, 5-G, 6-G, 7-G, 8-G, 9-G, 10-G, 11-G, 12-G,**
38 **13-G, 13-KB, 15-K, 21-K, 22-K, 23-K, 24-K, 26-K, 30-K, 31-K, 33-K, 1-W, 2-W,**
39 **3-W, 4-W, 5-W, 6-W, and 7-W of Jefferson Parish; Precincts 1-1, 1-2, 1-3, 1-4,**
40 **1-5, 1-6, 2-1, 2-1A, 2-3, 2-5, 2-7, 2-9, 2-10, 2-11, 2-14, 2-16, 5-1, 5-1A, and 5-3 of**
41 **Lafourche Parish; Precincts 1-1, 1-2, 1-5, 1-6, 2-1, 2-2, 2-4, 2-6, 2-7, 3-1, 3-8, 3-9,**
42 **3-12, 3-14, 3-15, 3-18, 3-19, 3-20, 4-2, 4-3, 4-6, 5-1, 5-2, 5-3, 5-5, 5-7, 5-8, 5-9,**
43 **5-10, 5-11, 6-1, 6-2, 6-4, 6-6, 6-7, 6-8, 7-1, 7-2, 7-4, 7-5, 7-6, 7-7, 7-8, 7-9A, 7-10,**
44 **7-11, 7-12, 7-13, 7-14, 7-15, 7-16, 7-17, 7-18, 7-19, 7-20, 7-21, 7-23, 7-24, 7-25,**
45 **7-25A, 7-26, 7-27, 7-27B, 7-28, 7-28A, 7-29, 7-30, 7-32, 7-33, 7-35, 7-37, 7-37A,**
46 **7-40, 8-1, 8-2, 8-4, 8-6, 8-7, 8-8, 8-9, 8-12, 8-13, 8-14, 8-15, 8-19, 8-20, 8-21, 8-22,**
47 **8-23, 8-24, 8-25, 8-26, 8-27, 8-28, 8-30, 9-1, 9-3, 9-4, 9-5, 9-6, 9-7, 9-8, 9-9, 9-10,**
48 **9-11, 9-12, 9-13, 9-14, 9-15, 9-16, 9-17, 9-19, 9-21, 9-23, 9-25, 9-26, 9-28, 9-28C,**
49 **9-29, 9-30, 9-30A, 9-31, 9-31A, 9-31B, 9-31D, 9-32, 9-33, 9-34A, 9-35, 9-35A,**
50 **9-36, 9-36B, 9-37, 9-38, 9-38A, 9-39, 9-39B, 9-40, 9-40A, 9-40C, 9-41, 9-41A,**

CODING:  Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

Hearing Exhibit
R045
Case No: 3:24-cv-00122-DCJ-CES-RRS

R045-001

| | |
|---|---|
| 1 | **9-41B, 9-41C, 9-41D, 9-42, 9-42C, 9-43A, 9-43B, 9-43C, 9-43E, 9-43F, 9-43G,** |
| 2 | **9-43H, 9-43I, 9-43J, 9-43K, 9-43L, 9-43M, 9-43N, 9-44, 9-44A, 9-44B, 9-44D,** |
| 3 | **9-44E, 9-44F, 9-44G, 9-44I, 9-44J, 9-44L, 9-44M, 9-44N, 9-44O, 9-44P, 9-44Q,** |
| 4 | **10-3, 10-6, 10-7, 10-8, 10-9, 10-11, 10-12, 10-13, 10-14, 11-2, 11-3, 11-12, 11-13,** |
| 5 | **11-14, 11-17, 12-1, 12-2, 12-3, 12-4, 12-11, 12-12, 12-13, 12-14, 12-16, 12-17,** |
| 6 | **12-19, 13-1, 13-2, 13-3, 13-4, 13-6, 13-9, 13-10, 13-11, 13-12, 13-13, 13-14, 13-15,** |
| 7 | **13-16, 14-12, 14-19, 14-23, 14-24A, 14-25, 14-26, 15-1, 15-2, 15-3, 15-5, 15-6,** |
| 8 | **15-8, 15-9, 15-10, 15-11, 15-12, 15-12A, 15-13, 15-13A, 15-13B, 15-14, 15-14A,** |
| 9 | **15-14B, 15-14C, 15-14D, 15-14E, 15-14F, 15-14G, 15-15, 15-15A, 15-15B, 15-16,** |
| 10 | **15-17, 15-17A, 15-17B, 15-18, 15-18A, 15-18B, 15-18C, 15-18D, 15-18E, 15-18F,** |
| 11 | **15-19, 15-19A, 15-19B, 15-19C, 16-2, 16-3, 16-4, 16-5, 16-6, 16-7, 16-8, 16-9, 17-2,** |
| 12 | **17-3, 17-4, 17-5, 17-6, 17-7, 17-8, 17-9, 17-10, 17-11, 17-12, 17-13, 17-13A, 17-14,** |
| 13 | **17-15, and 17-16 of Orleans Parish; Precincts 10, 11, 12, 13, 14, 15, 20, 21, 22,** |
| 14 | **23, 24, 25, 30, 31, 40, and 42 of St. Bernard Parish; Precincts 1-1, 1-2, 1-3, 1-4,** |
| 15 | **1-5, 2-1, 2-3, 2-4, 2-5, 4-1, 4-2, 4-3, 4-4, 4-5, 5-1, 5-3, 5-4, 7-1, 7-2, 7-3, 7-4, 7-5,** |
| 16 | **and 7-6 of St. Charles Parish; St. James Parish; St. John the Baptist Parish; and** |
| 17 | **Precincts 1, 2, 5, 7, 20, 23, 29, 31, 34, 41, 48, 49, 52, 64, 67, 68, 71, 72, 76, 81, 83,** |
| 18 | **90, 95, and 115 of Terrebonne Parish.** |
| 19 | **(3)  District 3 is composed of Acadia Parish; Precincts 1, 2, 3, 4, 5, 6, 7,** |
| 20 | **8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 33, 34, 35,** |
| 21 | **41, 43, 61, 62, 63, 64, 68, 69, 72, 73, 76, 77, and 78 of Ascension Parish; Cameron** |
| 22 | **Parish; Precincts 1-8, 1-12, 1-41, 1-42, 1-43, 1-44, 1-46, 1-47, 1-48, 1-56, 1-69,** |
| 23 | **1-75, 3-4, 3-5, 3-23, 3-33, 3-35, 3-36, 3-40, 3-45, 3-48, 3-49, 3-62, 3-64, 3-65, 3-67,** |
| 24 | **and 3-68 of East Baton Rouge Parish; Iberia Parish; Precincts 4, 5, 9, 10, 21, 22,** |
| 25 | **22B, 25, 26, 27, 28, 29, 31, and 32 of Iberville Parish; Jefferson Davis Parish;** |
| 26 | **Precincts 1, 3, 4, 8, 9, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40,** |
| 27 | **41, 42, 43, 44, 45, 46, 47, 48, 49, 65, 66, 67, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79,** |
| 28 | **80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101,** |
| 29 | **102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 114, 115, 116, 117, 118, 119, 120,** |
| 30 | **121, 123, 124, 125, 126, 127, 128, 130, 131, 133, 134, 135, and 136 of Lafayette** |
| 31 | **Parish; Precincts 2-2, 2-6, 2-8, 2-12, 2-13, 2-15, 3-1, 3-2, 3-4, 3-5, 3-7, 5-2, 6-1,** |
| 32 | **6-2, 6-3, 6-4, 6-5, 7-1, 7-2, 7-3, and 11-4 of Lafourche Parish; St. Martin Parish;** |
| 33 | **St. Mary Parish; Precincts 8, 10, 11, 12, 14, 15, 16, 17, 18, 19, 21, 25, 27, 28, 30,** |
| 34 | **33, 35, 37, 38, 39, 40, 42, 43, 45, 51, 53, 55, 56, 57, 58, 59, 60, 62, 63, 65, 69, 73, 74,** |
| 35 | **84, 85, 87, 88, 94, 100, and 110 of Terrebonne Parish; and Vermilion Parish.** |
| 36 | **(4)  District 4 is composed of Allen Parish; Beauregard Parish; Bienville** |
| 37 | **Parish; Bossier Parish; Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 1-6, 1-7, 1-8, 1-9, 1-10,** |
| 38 | **1-11, 1-12, 1-13, 1-14, 2-1, 2-2, 2-4, 2-7, 3-1, 3-8, 4-1, 4-2, 4-3, 4-4, 4-5, 4-6, 4-7,** |
| 39 | **4-8, 4-9, 4-10, 5-10, 6-1, 7-1, 8-1, 8-2, 8-3, 8-4, 8-5, 8-6, 8-7, 8-8, 8-9, 9-1, 9-2, 9-3,** |
| 40 | **9-4, 9-5, 9-6, 9-7, 9-8, 9-9, 9-10, 9-11, 9-12, 9-13, 10-2, 11-1, 11-2, 11-3, 11-6, 11-7,** |
| 41 | **11-9, 11-10, 12-1, 12-3, 12-7, 12-8, and 12-9 of Caddo Parish; Calcasieu Parish;** |
| 42 | **Claiborne Parish; Precincts 10, 11, 11B, 11C, 16, 16A, 16B, 16C, 23, 28, 30A,** |
| 43 | **31A, 34, 34A, 34B, 35, 35A, 35B, 37, 37C, 46, 46A, 48, 49, 49A, and 51 of De Soto** |
| 44 | **Parish; Evangeline Parish; Grant Parish; Precincts C22, C23, C37-A, C37-B,** |
| 45 | **S7, S9, S10, S11, S13, S14, S21, S22, S23, S24, S25, S26, S27, S28, and S29 of** |
| 46 | **Rapides Parish; Sabine Parish; Union Parish; Vernon Parish; Webster Parish;** |
| 47 | **and Winn Parish.** |
| 48 | **(5)  District 5 is composed of Precincts 1-1, 1-2, 1-3, 1-3A, 2-1, 2-1A, 2-2,** |
| 49 | **2-2A, 2-2B, 2-2C, 2-2D, 2-2F, 2-3A, 2-4, 2-4A, 2-5, 2-5E, 2-7, 2-8, 3-1B, 4-1, 4-2,** |
| 50 | **4-2A, 4-2B, 5-1, 5-1A, 5-1B, 6-1A, 6-1B, 6-2, 6-2A, 7-3, 7-3B, 8-1, 8-2A, 8-2B, 8-3,** |
| 51 | **8-3A, 9-4B, and 11-2A of Avoyelles Parish; Caldwell Parish; Catahoula Parish;** |
| 52 | **Concordia Parish; Precincts 1-34, 1-79, 1-80, 1-99, 1-105, 2-6, 2-7, 2-8, 2-33, 3-1,** |
| 53 | **3-2, 3-3, 3-6, 3-7, 3-9, 3-13, 3-14, 3-15, 3-16, 3-17, 3-18, 3-22, 3-25, 3-26, 3-29,** |
| 54 | **3-30, 3-31, 3-34, 3-37, 3-38, 3-39, 3-41, 3-43, 3-46, 3-47, 3-51, 3-53, 3-58, 3-60,** |
| 55 | **3-61, 3-66, 3-71, and 3-73 of East Baton Rouge Parish; East Carroll Parish; East** |
| 56 | **Feliciana Parish; Franklin Parish; Jackson Parish; La Salle Parish; Lincoln** |
| 57 | **Parish; Precincts 1, 1A, 1B, 1C, 1D, 2, 2A, 3, 3A, 3B, 4, 4A, 4B, 5, 5A, 5B, 5D, 6,** |
| 58 | **6A, 6B, 7A, 7B, 7D, 8A, 8B, 9, 10, 11, 11A, 12, 24, 24B, 24C, 24D, 25, 26, 26A,** |
| 59 | **26B, 26C, 27, 28, 29, 30, 35, 35A, 36, 36A, 39, 39A, 39B, 40, 40A, and 41 of** |

CODING:  Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

1 **Livingston Parish; Madison Parish; Morehouse Parish; Ouachita Parish;**
2 **Precincts N10, N22, N24, N25, N26, and N27 of Rapides Parish; Richland**
3 **Parish; St. Helena Parish; Precincts 2, 6, 11, 15, 16, 17, 28, 33, 40A, 41, 42, 43,**
4 **45A, 45B, 46, 47, 101, 102, 104, 105, 106, 106A, 107, 108, 109, 110, 111A, 112,**
5 **114, 115B, 116, 117, 118, 118A, 119, 120A, 121, 121A, 123, 125, 127, 129A, 133,**
6 **and 133A of Tangipahoa Parish; Tensas Parish; Washington Parish; West**
7 **Carroll Parish; and West Feliciana Parish.**
8 **(6)  District 6 is composed of Precincts 3-1, 3-3, 7-1, 9-1A, 9-2, 9-2A, 9-3,**
9 **9-4, 9-5B, 10-2, 10-2A, 10-2B, 10-3A, 10-3B, 10-4 and 11-1 of Avoyelles Parish;**
10 **Precincts 2-3, 2-5, 2-6, 2-8, 2-9, 2-10, 2-11, 2-12, 3-2, 3-3, 3-4, 3-5, 3-6, 3-7, 3-9,**
11 **5-1, 5-2, 5-3, 5-4, 5-5, 5-6, 5-7, 5-8, 5-9, 5-11, 6-2, 6-3, 6-4, 6-5, 6-6, 6-7, 6-8, 6-9,**
12 **6-10, 7-2, 7-3, 7-4, 7-5, 7-6, 7-7, 7-8, 7-9, 7-10, 10-1, 10-3, 10-4, 10-5, 10-6, 10-7,**
13 **10-8, 10-9, 11-4, 11-5, 11-8, 12-2, 12-4, 12-5, 12-6, 12-10, and 12-11 of Caddo**
14 **Parish; Precincts 1, 4, 5, 5A, 6, 6A, 6B, 9, 21, 22, 22A, 26, 26A, 30, 31, 32, 33,**
15 **33A, 38, 38A, 42, 44, 46B, 53, 55, 56, 59, 60, 60A, 63, and 63A of De Soto Parish;**
16 **Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 1-6, 1-7, 1-9, 1-10, 1-11, 1-13, 1-14, 1-15, 1-16,**
17 **1-17, 1-18, 1-19, 1-20, 1-21, 1-22, 1-23, 1-24, 1-25, 1-26, 1-27, 1-28, 1-29, 1-30,**
18 **1-31, 1-32, 1-33, 1-35, 1-36, 1-37, 1-38, 1-39, 1-40, 1-45, 1-49, 1-50, 1-51, 1-52,**
19 **1-53, 1-54, 1-55, 1-57, 1-58, 1-59, 1-60, 1-61, 1-62, 1-63, 1-64, 1-65, 1-66, 1-67,**
20 **1-68, 1-70, 1-71, 1-72, 1-73, 1-74, 1-76, 1-77, 1-78, 1-81, 1-82, 1-83, 1-84, 1-85,**
21 **1-86, 1-87, 1-88, 1-89, 1-90, 1-91, 1-92, 1-93, 1-94, 1-95, 1-96, 1-97, 1-98, 1-100,**
22 **1-101, 1-102, 1-103, 1-104, 1-107, 2-1, 2-2, 2-3, 2-4, 2-5, 2-9, 2-10, 2-11, 2-12, 2-13,**
23 **2-14, 2-15, 2-16, 2-17, 2-18, 2-19, 2-20, 2-21, 2-22, 2-23, 2-24, 2-25, 2-26, 2-27,**
24 **2-28, 2-29, 2-30, 2-31, 2-32, 2-34, 2-35, 2-36, 2-37, 2-38, 3-8, 3-10, 3-11, 3-12, 3-19,**
25 **3-20, 3-21, 3-24, 3-27, 3-28, 3-32, 3-42, 3-44, 3-50, 3-52, 3-54, 3-55, 3-56, 3-57,**
26 **3-59, 3-63, 3-69, 3-70, 3-72, 3-74, 3-75, and 3-76 of East Baton Rouge Parish;**
27 **Precincts 2, 5, 6, 7, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 50, 51,**
28 **52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 63, 64, 68, 112, 113, 122, and 129 of Lafayette**
29 **Parish; Natchitoches Parish; Pointe Coupee Parish; Precincts C1, C2, C3, C4,**
30 **C5, C6, C7, C8, C9, C10, C11-A, C11-B, C13, C14, C15, C17, C18, C19, C20,**
31 **C21, C24, C25, C26, C27, C28, C30, C31, C32, C33, C34, C35, C36, C38-A,**
32 **C38-B, C39, C40, C41, C42, N1, N2, N3, N4, N5, N6, N7, N8, N9, N11, N12,**
33 **N13-A, N13-B, N14-A, N14-B, N15, N16, N17, N18-A, N18-B, N19, N20, N21,**
34 **N23, N28, N29, S1, S2, S4, S5, S6A, S6B, S8, S15, S16, S17, S18, S19, and S20 of**
35 **Rapides Parish; Red River Parish; St. Landry Parish; and West Baton Rouge**
36 **Parish.**"

Page 3 of 3

CODING:  Words in struck through type are deletions from existing law; words underscored are additions.

# Plan Statistics

### Plan: HCASB8 3645 74

| Districts: | # of Members | Actual Population | Ideal Population | Absolute Deviation | Relative Deviation |
|---|---:|---:|---:|---:|---:|
| District 1 | 1 | 776,381 | 776,292 | 89 | 0.011% |
| District 2 | 1 | 776,280 | 776,292 | -12 | -0.002% |
| District 3 | 1 | 776,270 | 776,292 | -22 | -0.003% |
| District 4 | 1 | 776,296 | 776,292 | 4 | 0.001% |
| District 5 | 1 | 776,252 | 776,292 | -40 | -0.005% |
| District 6 | 1 | 776,278 | 776,292 | -14 | -0.002% |
| Grand Total: | 6 | 4,657,757 | 4,657,752 | | |

| | | | |
|---|---|---|---|
| Ideal Population Per Member: | 776292 | | |
| Number of Districts for Plan Type: | 6 | | |
| Range of District Populations: | 776,252 | to | 776,381 |
| Absolute Mean Deviation: | 22 | | |
| Absolute Range: | -40 | to | 89 |
| Absolute Overall Range: | 129 | | |
| Relative Mean Deviation: | 0.00% | | |
| Relative Range: | -0.01% | to | 0.01% |
| Relative Overall Range: | 0.02% | | |

| | |
|---|---:|
| *Ideal - Actual:* | *-5* |
| *Remainder:* | *5* |
| *Unassigned Population:* | *0* |

# Total Population

Plan: HCASB8 3645 74

|  | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | Total Hispanic | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | VAP Hispanic Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | 776,381 | 553,430 | 108,540 | 24,179 | 17,554 | 72,678 | 90,546 | 603,522 | 444,115 | 76,761 | 17,751 | 12,790 | 52,105 | 64,058 |
|  | 100.000% | 71.283% | 13.980% | 3.114% | 2.261% | 9.361% | 11.663% | 100.000% | 73.587% | 12.719% | 2.941% | 2.119% | 8.633% | 10.614% |
| District 2 | 776,280 | 264,181 | 418,661 | 24,614 | 11,415 | 57,409 | 73,886 | 598,919 | 220,674 | 309,711 | 19,580 | 8,552 | 40,402 | 51,019 |
|  | 100.000% | 34.032% | 53.932% | 3.171% | 1.470% | 7.395% | 9.518% | 100.000% | 36.845% | 51.712% | 3.269% | 1.428% | 6.746% | 8.519% |
| District 3 | 776,270 | 548,487 | 153,456 | 18,279 | 16,940 | 39,108 | 45,887 | 591,560 | 432,325 | 107,053 | 13,253 | 11,933 | 26,996 | 31,168 |
|  | 100.000% | 70.657% | 19.768% | 2.355% | 2.182% | 5.038% | 5.911% | 100.000% | 73.082% | 18.097% | 2.240% | 2.017% | 4.564% | 5.269% |
| District 4 | 776,296 | 521,664 | 186,559 | 14,930 | 19,486 | 33,657 | 42,723 | 591,965 | 409,614 | 133,437 | 10,719 | 14,517 | 23,678 | 29,422 |
|  | 100.000% | 67.199% | 24.032% | 1.923% | 2.510% | 4.336% | 5.503% | 100.000% | 69.196% | 22.541% | 1.811% | 2.452% | 4.000% | 4.970% |
| District 5 | 776,252 | 490,388 | 234,234 | 11,186 | 12,834 | 27,610 | 31,991 | 594,283 | 388,481 | 168,025 | 8,264 | 9,732 | 19,781 | 22,116 |
|  | 100.000% | 63.174% | 30.175% | 1.441% | 1.653% | 3.557% | 4.121% | 100.000% | 65.370% | 28.274% | 1.391% | 1.638% | 3.329% | 3.721% |
| District 6 | 776,278 | 279,502 | 441,669 | 14,100 | 8,831 | 32,176 | 37,516 | 590,299 | 229,302 | 320,782 | 10,849 | 6,716 | 22,650 | 25,879 |
|  | 100.000% | 36.005% | 56.896% | 1.816% | 1.138% | 4.145% | 4.833% | 100.000% | 38.845% | 54.342% | 1.838% | 1.138% | 3.837% | 4.384% |
| Grand Total | 4,657,757 | 2,657,652 | 1,543,119 | 107,288 | 87,060 | 262,638 | 322,549 | 3,570,548 | 2,124,511 | 1,115,769 | 80,416 | 64,240 | 185,612 | 223,662 |
|  | 100.000% | 57.059% | 33.130% | 2.303% | 1.869% | 5.639% | 6.925% | 100.000% | 59.501% | 31.249% | 2.252% | 1.799% | 5.198% | 6.264% |

# Voter Registration

Plan: HCASB8 3645 74

|  | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 | Reg Dem Total Dec 2023 | Reg Rep Total Dec 2023 | Reg Other Total Dec 2023 |
|---|---|---|---|---|---|---|---|
| District 1 | 477,280 | 383,200 | 51,982 | 42,098 | 126,097 | 205,002 | 146,181 |
|  | 79.082% | 80.288% | 10.891% | 8.820% | 26.420% | 42.952% | 30.628% |
| District 2 | 459,259 | 173,592 | 246,160 | 39,507 | 265,425 | 72,437 | 121,397 |
|  | 76.681% | 37.798% | 53.599% | 8.602% | 57.794% | 15.773% | 26.433% |
| District 3 | 471,948 | 367,750 | 80,513 | 23,685 | 138,323 | 202,531 | 131,094 |
|  | 79.780% | 77.922% | 17.060% | 5.019% | 29.309% | 42.914% | 27.777% |
| District 4 | 430,285 | 319,557 | 90,464 | 20,264 | 129,560 | 185,668 | 115,057 |
|  | 72.688% | 74.266% | 21.024% | 4.709% | 30.110% | 43.150% | 26.740% |
| District 5 | 458,014 | 317,500 | 125,665 | 14,849 | 155,125 | 188,744 | 114,145 |
|  | 77.070% | 69.321% | 27.437% | 3.242% | 33.869% | 41.209% | 24.922% |
| District 6 | 445,501 | 178,847 | 247,045 | 19,609 | 237,976 | 97,244 | 110,281 |
|  | 75.470% | 40.145% | 55.453% | 4.402% | 53.418% | 21.828% | 24.754% |
| Grand Total | 2,742,287 | 1,740,446 | 841,829 | 160,012 | 1,052,506 | 951,626 | 738,155 |

## Splits

Plan: HCASB8 3645 74

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 1** | | | | | | | | | | | | | | | | |
| *Jefferson | 240,081 | 155,518 | 30,822 | 11,880 | 4,356 | 37,505 | 192,148 | 129,999 | 22,555 | 8,951 | 3,295 | 27,348 | 144,399 | 112,491 | 12,528 | 19,380 |
| *Lafourche | 47,193 | 37,212 | 3,189 | 577 | 3,242 | 2,973 | 35,543 | 29,123 | 1,939 | 413 | 2,140 | 1,928 | 25,117 | 22,442 | 1,115 | 1,560 |
| *Livingston | 38,424 | 31,997 | 3,335 | 464 | 764 | 1,864 | 28,563 | 24,368 | 2,098 | 289 | 562 | 1,246 | 22,459 | 20,136 | 1,557 | 766 |
| *Orleans | 64,493 | 50,312 | 6,498 | 2,503 | 749 | 4,431 | 53,843 | 42,329 | 5,556 | 1,950 | 609 | 3,399 | 41,535 | 34,071 | 3,239 | 4,225 |
| Plaquemines | 23,515 | 14,287 | 5,428 | 1,317 | 697 | 1,786 | 17,334 | 10,856 | 3,857 | 925 | 500 | 1,196 | 13,143 | 8,996 | 2,934 | 1,213 |
| *St. Bernard | 20,543 | 11,907 | 5,780 | 617 | 436 | 1,803 | 14,871 | 8,992 | 3,854 | 424 | 327 | 1,274 | 12,975 | 8,866 | 3,231 | 878 |
| *St. Charles | 19,887 | 13,870 | 3,607 | 347 | 356 | 1,707 | 14,990 | 10,865 | 2,485 | 229 | 241 | 1,170 | 12,791 | 9,837 | 2,063 | 891 |
| St. Tammany | 264,570 | 196,641 | 38,643 | 5,774 | 5,660 | 17,852 | 202,228 | 154,621 | 26,761 | 4,075 | 4,161 | 12,610 | 174,307 | 141,262 | 21,129 | 11,916 |
| *Tangipahoa | 57,675 | 41,686 | 11,238 | 700 | 1,294 | 2,757 | 44,002 | 32,962 | 7,656 | 495 | 955 | 1,934 | 30,554 | 25,099 | 4,186 | 1,269 |
| **District 1** | **776,381** | **553,430** | **108,540** | **24,179** | **17,554** | **72,678** | **603,522** | **444,115** | **76,761** | **17,751** | **12,790** | **52,105** | **477,280** | **383,200** | **51,982** | **42,098** |
| | 100.000% | 71.283% | 13.980% | 3.114% | 2.261% | 9.361% | 100.000% | 73.587% | 12.719% | 2.941% | 2.119% | 8.633% | 79.082% | 80.288% | 10.891% | 8.820% |
| **District 2** | | | | | | | | | | | | | | | | |
| *Ascension | 37,064 | 14,446 | 19,184 | 394 | 468 | 2,572 | 27,360 | 11,540 | 13,458 | 304 | 329 | 1,729 | 23,078 | 10,352 | 11,573 | 1,153 |
| Assumption | 21,039 | 13,722 | 6,220 | 96 | 258 | 743 | 16,616 | 11,145 | 4,707 | 57 | 197 | 510 | 13,323 | 8,977 | 4,131 | 215 |
| *Iberville | 15,292 | 5,133 | 9,470 | 107 | 117 | 465 | 11,796 | 4,369 | 6,866 | 85 | 99 | 377 | 9,968 | 3,219 | 6,572 | 177 |
| *Jefferson | 200,700 | 65,417 | 95,395 | 11,144 | 3,330 | 25,414 | 152,506 | 54,136 | 69,620 | 8,741 | 2,540 | 17,469 | 109,034 | 40,445 | 53,674 | 14,915 |
| *Lafourche | 24,338 | 13,417 | 9,362 | 259 | 424 | 876 | 18,869 | 10,865 | 6,895 | 194 | 284 | 631 | 12,620 | 8,573 | 3,620 | 427 |
| *Orleans | 319,504 | 76,150 | 212,471 | 10,353 | 2,917 | 17,613 | 252,353 | 67,923 | 160,512 | 8,570 | 2,339 | 13,009 | 196,855 | 52,054 | 127,351 | 17,450 |
| *St. Bernard | 23,221 | 12,590 | 6,529 | 764 | 511 | 2,827 | 16,904 | 10,000 | 4,090 | 558 | 361 | 1,895 | 12,710 | 9,178 | 2,362 | 1,170 |
| *St. Charles | 32,662 | 19,680 | 10,321 | 490 | 569 | 1,602 | 24,551 | 15,289 | 7,405 | 300 | 426 | 1,131 | 20,791 | 13,574 | 6,207 | 1,010 |
| St. James | 20,192 | 9,973 | 9,762 | 60 | 82 | 315 | 15,505 | 7,883 | 7,297 | 31 | 64 | 230 | 14,531 | 7,116 | 7,196 | 219 |
| St. John the Baptist | 42,477 | 13,877 | 25,196 | 403 | 465 | 2,536 | 32,503 | 11,622 | 18,437 | 323 | 350 | 1,771 | 27,484 | 9,338 | 16,653 | 1,493 |
| *Terrebonne | 39,791 | 19,776 | 14,751 | 544 | 2,274 | 2,446 | 29,956 | 15,902 | 10,424 | 417 | 1,563 | 1,650 | 18,865 | 10,766 | 6,821 | 1,278 |
| **District 2** | **776,280** | **264,181** | **418,661** | **24,614** | **11,415** | **57,409** | **598,919** | **220,674** | **309,711** | **19,580** | **8,552** | **40,402** | **459,259** | **173,592** | **246,160** | **39,507** |
| | 100.000% | 34.032% | 53.932% | 3.171% | 1.470% | 7.395% | 100.000% | 36.845% | 51.712% | 3.269% | 1.428% | 6.746% | 76.681% | 37.798% | 53.599% | 8.602% |
| **District 3** | | | | | | | | | | | | | | | | |
| Acadia | 57,576 | 44,480 | 10,864 | 238 | 573 | 1,421 | 42,943 | 34,071 | 7,383 | 173 | 400 | 916 | 36,151 | 29,438 | 5,995 | 718 |
| *Ascension | 89,436 | 66,695 | 13,032 | 1,906 | 1,536 | 6,267 | 64,597 | 49,596 | 8,681 | 1,210 | 1,061 | 4,049 | 55,568 | 45,190 | 7,255 | 3,123 |
| Cameron | 5,617 | 5,232 | 125 | 30 | 75 | 155 | 4,358 | 4,100 | 79 | 23 | 47 | 109 | 4,072 | 3,936 | 61 | 75 |
| *East Baton Rouge | 66,417 | 47,915 | 10,627 | 3,445 | 840 | 3,590 | 56,418 | 41,414 | 8,697 | 2,784 | 705 | 2,818 | 38,068 | 30,357 | 4,566 | 3,145 |
| Iberia | 69,929 | 39,206 | 24,556 | 2,123 | 794 | 3,250 | 52,791 | 31,295 | 17,069 | 1,562 | 581 | 2,284 | 42,188 | 26,848 | 13,441 | 1,899 |
| *Iberville | 14,949 | 9,700 | 4,260 | 95 | 157 | 737 | 12,290 | 8,093 | 3,366 | 64 | 122 | 645 | 9,938 | 6,780 | 2,912 | 246 |
| Jefferson Davis | 32,250 | 25,066 | 5,837 | 183 | 472 | 692 | 24,039 | 19,121 | 4,006 | 111 | 325 | 476 | 18,733 | 15,509 | 2,784 | 440 |
| *Lafayette | 185,749 | 134,269 | 31,733 | 5,992 | 2,740 | 11,015 | 141,431 | 105,821 | 21,557 | 4,336 | 2,078 | 7,639 | 115,072 | 93,393 | 14,863 | 6,816 |
| *Lafourche | 26,026 | 21,081 | 3,304 | 189 | 558 | 894 | 20,207 | 16,850 | 2,243 | 131 | 353 | 630 | 16,501 | 14,466 | 1,542 | 493 |

Splits

Plan: HCASB8 3645 74

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 3** | | | | | | | | | | | | | | | | |
| St. Martin | 51,767 | 33,259 | 15,921 | 597 | 539 | 1,451 | 39,404 | 26,278 | 11,293 | 407 | 413 | 1,013 | 33,997 | 23,306 | 9,880 | 811 |
| St. Mary | 49,406 | 26,949 | 15,991 | 835 | 1,670 | 3,961 | 37,521 | 21,594 | 11,520 | 593 | 1,173 | 2,641 | 29,204 | 17,999 | 9,570 | 1,635 |
| *Terrebonne | 69,789 | 50,158 | 8,396 | 1,199 | 6,363 | 3,673 | 52,549 | 39,729 | 5,372 | 822 | 4,187 | 2,439 | 36,945 | 30,835 | 3,089 | 3,021 |
| Vermilion | 57,359 | 44,477 | 8,810 | 1,447 | 623 | 2,002 | 43,012 | 34,363 | 5,787 | 1,037 | 488 | 1,337 | 35,511 | 29,693 | 4,555 | 1,263 |
| **District 3** | 776,270 100.000% | 548,487 70.657% | 153,456 19.768% | 18,279 2.355% | 16,940 2.182% | 39,108 5.038% | 591,560 100.000% | 432,325 73.082% | 107,053 18.097% | 13,253 2.240% | 11,933 2.017% | 26,996 4.564% | 471,948 79.780% | 367,750 77.922% | 80,513 17.060% | 23,685 5.019% |
| **District 4** | | | | | | | | | | | | | | | | |
| Allen | 22,750 | 16,327 | 4,490 | 246 | 947 | 740 | 17,510 | 12,751 | 3,275 | 182 | 646 | 656 | 11,079 | 8,704 | 1,920 | 455 |
| Beauregard | 36,549 | 29,529 | 4,649 | 402 | 1,052 | 917 | 27,489 | 22,304 | 3,495 | 269 | 773 | 648 | 22,071 | 18,639 | 2,264 | 1,168 |
| Bienville | 12,981 | 6,950 | 5,600 | 57 | 207 | 167 | 10,073 | 5,486 | 4,284 | 30 | 162 | 111 | 8,336 | 4,509 | 3,728 | 99 |
| Bossier | 128,746 | 81,052 | 32,551 | 3,492 | 3,273 | 8,378 | 95,876 | 62,931 | 22,440 | 2,448 | 2,477 | 5,580 | 65,726 | 48,229 | 13,555 | 3,942 |
| *Caddo | 115,441 | 81,078 | 24,210 | 3,063 | 2,680 | 4,410 | 90,776 | 65,789 | 17,575 | 2,243 | 2,062 | 3,107 | 69,121 | 52,696 | 12,684 | 3,741 |
| Calcasieu | 216,785 | 139,772 | 59,386 | 4,702 | 3,536 | 9,389 | 163,166 | 108,789 | 41,898 | 3,359 | 2,604 | 6,516 | 111,819 | 80,364 | 26,493 | 4,962 |
| Claiborne | 14,170 | 7,263 | 6,360 | 88 | 185 | 274 | 11,507 | 6,258 | 4,824 | 55 | 140 | 230 | 8,390 | 4,557 | 3,677 | 156 |
| *De Soto | 11,787 | 8,939 | 2,074 | 35 | 377 | 362 | 8,971 | 6,910 | 1,554 | 25 | 266 | 216 | 8,699 | 6,940 | 1,476 | 283 |
| Evangeline | 32,350 | 21,354 | 9,235 | 241 | 280 | 1,240 | 24,408 | 16,460 | 6,483 | 187 | 217 | 1,061 | 20,388 | 14,274 | 5,744 | 370 |
| Grant | 22,169 | 17,709 | 3,335 | 133 | 644 | 348 | 17,527 | 13,964 | 2,717 | 97 | 507 | 242 | 12,226 | 10,764 | 1,120 | 342 |
| *Rapides | 19,834 | 15,779 | 1,567 | 455 | 694 | 1,339 | 15,046 | 12,270 | 1,084 | 321 | 514 | 857 | 12,128 | 10,634 | 824 | 670 |
| Sabine | 22,155 | 15,036 | 3,861 | 94 | 2,723 | 441 | 17,064 | 12,054 | 2,655 | 66 | 1,970 | 319 | 13,570 | 10,287 | 1,912 | 1,371 |
| Union | 21,107 | 14,460 | 5,224 | 62 | 338 | 1,023 | 16,632 | 11,807 | 3,861 | 39 | 254 | 671 | 14,802 | 10,847 | 3,497 | 458 |
| Vernon | 48,750 | 35,087 | 7,611 | 1,442 | 1,600 | 3,010 | 36,261 | 26,765 | 5,133 | 1,074 | 1,160 | 2,129 | 22,409 | 18,129 | 2,608 | 1,672 |
| Webster | 36,967 | 22,735 | 12,679 | 208 | 687 | 658 | 28,753 | 18,144 | 9,464 | 154 | 558 | 433 | 21,259 | 14,068 | 6,744 | 447 |
| Winn | 13,755 | 8,594 | 3,727 | 210 | 263 | 961 | 10,906 | 6,932 | 2,695 | 170 | 207 | 902 | 8,262 | 5,916 | 2,218 | 128 |
| **District 4** | 776,296 100.000% | 521,664 67.199% | 186,559 24.032% | 14,930 1.923% | 19,486 2.510% | 33,657 4.336% | 591,965 100.000% | 409,614 69.196% | 133,437 22.541% | 10,719 1.811% | 14,517 2.452% | 23,678 4.000% | 430,285 72.688% | 319,557 74.266% | 90,464 21.024% | 20,264 4.709% |
| **District 5** | | | | | | | | | | | | | | | | |
| *Avoyelles | 24,985 | 19,169 | 4,768 | 154 | 489 | 405 | 19,062 | 14,936 | 3,325 | 119 | 357 | 325 | 14,217 | 11,550 | 2,270 | 397 |
| Caldwell | 9,645 | 7,646 | 1,632 | 51 | 150 | 166 | 7,478 | 5,969 | 1,224 | 46 | 116 | 123 | 5,813 | 4,959 | 762 | 92 |
| Catahoula | 8,906 | 5,776 | 2,395 | 46 | 119 | 570 | 6,951 | 4,557 | 1,736 | 33 | 87 | 538 | 6,113 | 4,363 | 1,695 | 55 |
| Concordia | 18,687 | 10,275 | 7,725 | 122 | 233 | 332 | 14,217 | 8,108 | 5,613 | 100 | 167 | 229 | 11,419 | 6,816 | 4,418 | 185 |
| *East Baton Rouge | 94,010 | 66,522 | 17,763 | 3,642 | 1,398 | 4,685 | 73,024 | 53,489 | 12,530 | 2,576 | 1,079 | 3,350 | 62,006 | 49,004 | 9,554 | 3,448 |
| East Carroll | 7,459 | 2,054 | 5,272 | 29 | 43 | 61 | 5,901 | 1,773 | 4,043 | 19 | 27 | 39 | 4,564 | 1,218 | 3,305 | 41 |
| East Feliciana | 19,539 | 11,516 | 7,341 | 91 | 262 | 329 | 16,183 | 9,740 | 5,918 | 61 | 198 | 266 | 13,327 | 7,805 | 5,075 | 447 |
| Franklin | 19,774 | 12,492 | 6,802 | 70 | 205 | 205 | 15,028 | 9,901 | 4,779 | 44 | 153 | 151 | 12,350 | 8,524 | 3,718 | 108 |
| Jackson | 15,031 | 9,967 | 4,166 | 175 | 255 | 468 | 11,783 | 7,967 | 3,125 | 140 | 174 | 377 | 9,375 | 6,570 | 2,610 | 195 |

## Splits

Plan: HCASB8 3645 74

| | Total Population | Total White | Total Black | Total Asian | Total American Indian | Total Other | VAP Total | VAP White | VAP Black | VAP Asian | VAP American Indian | VAP Other | Reg Total Dec 2023 | Reg White Dec 2023 | Reg Black Dec 2023 | Reg Other Dec 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **District 5** | | | | | | | | | | | | | | | | |
| La Salle | 14,791 | 11,348 | 1,422 | 283 | 372 | 1,366 | 11,563 | 8,636 | 1,065 | 264 | 271 | 1,327 | 8,380 | 7,633 | 583 | 164 |
| Lincoln | 48,396 | 26,034 | 19,364 | 892 | 662 | 1,444 | 38,655 | 21,306 | 15,119 | 744 | 526 | 960 | 24,408 | 15,139 | 8,357 | 912 |
| *Livingston | 103,858 | 84,858 | 9,323 | 1,233 | 2,347 | 6,097 | 76,578 | 64,064 | 6,038 | 810 | 1,749 | 3,917 | 59,946 | 53,519 | 4,085 | 2,342 |
| Madison | 10,017 | 3,475 | 6,363 | 20 | 59 | 100 | 7,435 | 2,906 | 4,391 | 9 | 48 | 81 | 7,068 | 2,439 | 4,518 | 111 |
| Morehouse | 25,629 | 12,281 | 12,484 | 160 | 370 | 334 | 20,062 | 10,095 | 9,300 | 117 | 279 | 271 | 15,440 | 7,806 | 7,377 | 257 |
| Ouachita | 160,368 | 88,545 | 61,217 | 2,788 | 2,661 | 5,157 | 120,200 | 69,974 | 42,290 | 2,118 | 2,059 | 3,759 | 95,630 | 58,149 | 34,021 | 3,460 |
| *Rapides | 14,041 | 12,004 | 1,011 | 179 | 490 | 357 | 10,327 | 8,979 | 630 | 123 | 364 | 231 | 8,826 | 8,094 | 444 | 288 |
| Richland | 20,043 | 11,785 | 7,603 | 83 | 258 | 314 | 15,383 | 9,338 | 5,546 | 66 | 203 | 230 | 13,141 | 8,144 | 4,753 | 244 |
| St. Helena | 10,920 | 4,527 | 6,031 | 39 | 134 | 189 | 8,463 | 3,805 | 4,371 | 28 | 109 | 150 | 8,260 | 3,626 | 4,492 | 142 |
| *Tangipahoa | 75,482 | 39,650 | 30,641 | 774 | 1,160 | 3,257 | 57,489 | 32,243 | 21,561 | 605 | 872 | 2,208 | 32,732 | 21,073 | 10,626 | 1,033 |
| Tensas | 4,147 | 1,744 | 2,312 | 23 | 26 | 42 | 3,235 | 1,446 | 1,728 | 12 | 23 | 26 | 3,485 | 1,510 | 1,937 | 38 |
| Washington | 45,463 | 29,943 | 13,434 | 216 | 736 | 1,134 | 34,951 | 23,743 | 9,732 | 154 | 561 | 761 | 27,151 | 18,603 | 7,892 | 656 |
| West Carroll | 9,751 | 7,894 | 1,425 | 27 | 180 | 225 | 7,532 | 6,223 | 1,010 | 20 | 136 | 143 | 6,871 | 5,770 | 1,013 | 88 |
| West Feliciana | 15,310 | 10,883 | 3,740 | 89 | 225 | 373 | 12,783 | 9,283 | 2,951 | 56 | 174 | 319 | 7,492 | 5,186 | 2,160 | 146 |
| **District 5** | **776,252** | **490,388** | **234,234** | **11,186** | **12,834** | **27,610** | **594,283** | **388,481** | **168,025** | **8,264** | **9,732** | **19,781** | **458,014** | **317,500** | **125,665** | **14,849** |
| | 100.000% | 63.174% | 30.175% | 1.441% | 1.653% | 3.557% | 100.000% | 65.370% | 28.274% | 1.391% | 1.638% | 3.329% | 77.070% | 69.321% | 27.437% | 3.242% |
| **District 6** | | | | | | | | | | | | | | | | |
| *Avoyelles | 14,708 | 6,456 | 6,910 | 280 | 278 | 784 | 11,516 | 5,333 | 4,986 | 260 | 213 | 724 | 7,221 | 3,692 | 3,352 | 177 |
| *Caddo | 122,407 | 22,379 | 95,094 | 971 | 1,160 | 2,803 | 91,631 | 19,270 | 68,784 | 765 | 896 | 1,916 | 62,821 | 11,685 | 48,787 | 2,349 |
| *De Soto | 15,025 | 6,345 | 7,899 | 82 | 363 | 336 | 11,469 | 4,999 | 5,871 | 61 | 291 | 247 | 9,188 | 4,065 | 4,841 | 282 |
| *East Baton Rouge | 296,354 | 81,632 | 185,008 | 9,338 | 2,489 | 17,887 | 226,170 | 68,978 | 135,563 | 7,239 | 1,963 | 12,427 | 168,763 | 53,384 | 105,382 | 9,997 |
| *Lafayette | 56,004 | 19,094 | 33,403 | 462 | 470 | 2,575 | 42,444 | 15,787 | 24,360 | 328 | 309 | 1,660 | 33,737 | 12,405 | 19,882 | 1,450 |
| Natchitoches | 37,515 | 19,361 | 15,725 | 255 | 861 | 1,313 | 29,349 | 16,010 | 11,415 | 198 | 683 | 1,043 | 20,675 | 11,761 | 8,016 | 898 |
| Pointe Coupee | 20,758 | 12,395 | 7,504 | 107 | 159 | 593 | 16,250 | 10,108 | 5,502 | 91 | 119 | 430 | 14,107 | 9,040 | 4,837 | 230 |
| *Rapides | 96,148 | 49,727 | 40,014 | 1,794 | 1,918 | 2,695 | 73,419 | 40,124 | 28,491 | 1,342 | 1,456 | 2,006 | 54,332 | 31,228 | 20,691 | 2,413 |
| Red River | 7,620 | 4,195 | 3,106 | 25 | 171 | 123 | 5,714 | 3,338 | 2,164 | 3 | 116 | 93 | 5,475 | 3,034 | 2,358 | 83 |
| St. Landry | 82,540 | 43,611 | 35,836 | 499 | 636 | 1,958 | 61,811 | 34,209 | 25,497 | 353 | 451 | 1,301 | 52,429 | 28,933 | 22,135 | 1,361 |
| West Baton Rouge | 27,199 | 14,307 | 11,170 | 287 | 326 | 1,109 | 20,526 | 11,146 | 8,149 | 209 | 219 | 803 | 16,753 | 9,620 | 6,764 | 369 |
| **District 6** | **776,278** | **279,502** | **441,669** | **14,100** | **8,831** | **32,176** | **590,299** | **229,302** | **320,782** | **10,849** | **6,716** | **22,650** | **445,501** | **178,847** | **247,045** | **19,609** |
| | 100.000% | 36.005% | 56.896% | 1.816% | 1.138% | 4.145% | 100.000% | 38.845% | 54.342% | 1.838% | 1.138% | 3.837% | 75.470% | 40.145% | 55.453% | 4.402% |

# Congress - Livingston and Tangipahoa (HCSB8 3645 74)

# Congress - Statewide (HCSB8 3645 74)





Congress - Northwest (HCSB8 3645 74)

R045-012



Congress - Central (HCSB8 3645 74)

# Congress - Lafayette (HCSB8 3645 74)





Congress - East Baton Rouge (HCSB8 3645 74)



Congress - River Parishes (HCSB8 3645 74)


Congress - Terrebonne and Lafourche (HCSB8 3645 74)

# Congress - Greater New Orleans (HCSB8 3645 74)

