HFASB8 362 83

<table>
<tr><td colspan="2" align="center"><b>FOR OFFICE USE ONLY</b></td></tr>
<tr><td></td><td></td></tr>
</table>

# HOUSE FLOOR AMENDMENTS

2024 First Extraordinary Session

Amendments proposed by Representative Beaullieu to Engrossed Senate Bill No. 8 by Senator Womack

1  <u>AMENDMENT NO. 1</u>

2  Delete the set of House Committee Amendments by the House Committee on House and
3  Governmental Affairs (#74)

Page 1 of 1

CODING: Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

Hearing Exhibit R046
Case No: 3:24-cv-00122-DCJ-CES-RRS
R046-001