# Fairfax Response Report



Figure 3 - Louisiana Congressional Districts of Robinson Illustrative 2023 Plan 2



Figure 4 - Louisiana Congressional Districts of the A3 Plan

**Hearing Exhibit**
**R294**
Case No: 3:24-cv-00122-DCJ-CES-RRS

(R001) Fairfax Response Report at pp. 30-31 (Figs. 3 and 4)

1