# Opinions on Hefner and Voss' Political Subdivision Analysis: Parish Splits

## Fairfax Response Report

**Table 1 - Parish Splits for the HB1 & SB8 Plans**

|  | HB1 | SB8 |
|---|---|---|
| Total Parish Splits | 15 | 16 |
| CD 1 Parish Splits | 5 | 6 |
| CD 2 Parish Splits | 9 | 6 |
| CD 3 Parish Splits | 2 | 3 |
| CD 4 Parish Splits | 1 | 5 |
| CD 5 Parish Splits | 2 | 6 |
| CD6 Parish Splits | 11 | 6 |
| Largest CD Parish Split | 11 | 6 |

Source: U.S. Census Bureau Census County level using Mapitude Reports

(R001) Fairfax Response Report at p. 12 (Table 1)

## Hefner March 2024 Report

**Table 1: Summary of Parish-Level Splits**

| | Louisiana Congressional Plan Comparison<br>Communities of Interest Analysis-Split Parish Comparisons | | | |
|---|---|---|---|---|
| | HB1 (2022 Enacted) | | SB8 (2024 Enacted) | |
| District | Number of Split Parish Parts | Split Population | Number of Split Parish Parts | Split Population |
| CD1 | 5 | 444,419 | 8 | 488,242 |
| CD2 | 9 | 756,125 | 6 | 662,367 |
| CD3 | 2 | 95,006 | 3 | 342,803 |
| CD4 | 1 | 7,473 | 5 | 292,806 |
| CD5 | 2 | 108,172 | 6 | 536,204 |
| CD6 | 11 | 634,005 | 6 | 608,228 |
| Total Splits/Pop | 30 | 2,045,200 | 34 | 2,930,650 |
| Split Parishes | 15 | | 16 | |
| Zero Pop Parishes | 0 | | 0 | |

Hefner Rebuttal Report at p. 3 (Table 1)



Hearing Exhibit **R295**
Case No: 3:24-cv-00122-DCJ-CES-RRS