# Opinions on Hefner's Political Subdivision Analysis: Municipality Split Analysis

## Fairfax Response Report

**Table 2 - Municipality Splits for the HB1 & SB8 Plans**

|  | HB1 | SB8 |
|---|---|---|
| Total Municipality Splits | **32** | 42 |
| CD 1 Municipality Splits | 14 | 14 |
| CD 2 Municipality Splits | 19 | **13** |
| CD 3 Municipality Splits | **5** | 15 |
| CD 4 Municipality Splits | **4** | 15 |
| CD 5 Municipality Splits | **3** | 12 |
| CD6 Municipality Splits | 19 | **15** |
| Largest CD Municipality Split | 19 | **15** |

Source: U.S. Census Bureau Census Places using Mapitude Reports

(R001) Fairfax Response Report at p. 15 (Table 2)

## Hefner March 2024 Report

**Table 8 – Summary of Split Municipalities**

| Louisiana Congressional Plan Comparison Communities of Interest Analysis-Split Municipality Comparisons | | | | |
|---|---|---|---|---|
| | HB1 (2022 Enacted) | | SB8 (2024 Enacted) | |
| District | Number of Municipal Splits/District | Split Population | Number of Municipal Splits/District | Split Population |
| CD1 | 14 | 329,394 | 14 | 296,863 |
| CD2 | 17 | 494,876 | 13 | 402,112 |
| CD3 | 5 | 15,115 | 15 | 195,800 |
| CD4 | 3 | 10,186 | 15 | 114,122 |
| CD5 | 3 | 16,583 | 12 | 156,087 |
| CD6 | 19 | 220,710 | 15 | 390,415 |
| Total Splits/Pop | 64 | 1,086,864 | 84 | 1,555,399 |
| Whole Municipalities | 456 | | 447 | |
| Municipal Splits | 32 | | 42 | |
| Zero Pop Municipalities | 2 | | 3 | |

Hefner Rebuttal Report at p. 12 (Table 8)

Hearing Exhibit **R296**
Case No: 3:24-cv-00122-DCJ-CES-RRS

3