# Opinions on Voss's analysis of COIs: Metropolitan Statistical Areas

|  | Metro Stat'l Areas Split | MSA with Most "Effective Splits" | "Effective Splits" | MSA with 2nd Most | "Effective Splits" |
|---|---|---|---|---|---|
| 2022 Enacted | 7 | Houma-Thib | 0.99 | GNO | 0.97 |
| Echols | 7 | Rapides-Grant | 1.36 | Baton Rouge | 1.07 |
| Carter | 7 | Rapides-Grant | 1.45 | Baton Rouge | 1.35 |
| Price/Marcelle | 7 | Rapides-Grant | 1.58 | Baton Rouge | 1.25 |
| Robinson | 7 | Baton Rouge | 1.62 | Rapides-Grant | 1.58 |
| Womack | 9 | Baton Rouge | 1.81 | Rapides-Grant | 0.95 |
| 2024 Enacted | 9 | Baton Rouge | 1.81 | Hammond | 0.94 |

Table 5: Metropolitan Statistical Area (MSA) & Precinct Splits: Enacted Map is the Worst

Voss March 2024 Report at p. 17 (Table 5)

Hearing Exhibit R297
Case No: 3:24-cv-00122-DCJ-CES-RRS