# Distribution of Black Voting Age Population in Louisiana

## Hefner March 2024 Report



Hefner March 2024 Report at p. 27 (Map 14)

## Fairfax Response Report



Figure 2 - Louisiana Black Voting Age Population % of Parishes

(R001) Fairfax Response Report at p. 28 (Fig. 2)

**Hearing Exhibit R298**
Case No: 3:24-cv-00122-DCJ-CES-RRS