# Opinions on Socioeconomic Commonalities

## Fairfax Response Report



Figure 5 - CD 6 of SB8 Plan of East Baton Rouge Parish w/Six Socioeconomic Variables

(R001) Fairfax Response Report at p. 34, Fig. 5



Figure 6 - CD 6 of SB8 Plan of East Baton Rouge Parish w/Census Places

(R001) Fairfax Response Report at p. 36, Fig. 6

Hearing Exhibit **R299**
Case No: 3:24-cv-00122-DCJ-CES-RRS

6

R299-001