# Opinions on Hefner and Voss's Racial Predominance Analysis

## Fairfax Response Report



Figure 3 - Louisiana Congressional Districts of Robinson Illustrative 2023 Plan 2



Figure 4 - Louisiana Congressional Districts of the A3 Plan

(R001) Fairfax Response Report at pp. 30-31 (Figs. 3 and 4)



Hearing Exhibit R300
Case No: 3:24-cv-00122-DCJ-CES-RRS