Table 1: Summary of issues with the seven simulation analyses in Dr. Voss's report.

| Simulation analysis | Uses J.R. 21 Criteria? | Applies criteria like Legislature? | Stated constraints applied correctly? | Simulations representative and reliable? | Usable for studying Black-majority districts? |
|---|---|---|---|---|---|
| **"Race-neutral"** | | | | | |
| Baseline | No | No | No | ? | **No** |
| Light Parish Protection | No | No | No | No | **No** |
| Heavy Parish Protection | No | No | | No | **No** |
| Multi-Split Avoidance | No | No | | No | **No** |
| **"Race-conscious"** | | | | | |
| Parish BVAP Clusters | No | No | | ? | **No** |
| Statewide BVAP Clusters | No | No | No | ? | **No** |
| via District 2 | No | No | No | No | **No** |

(R003) McCartan Rebuttal Expert Report at p.6 (Table 1)

Hearing Exhibit
R301
Case No.  3:24-cv-00122-DCJ-CES-RRS