Figure 1: The range of plan compactness scores for each of Dr. Voss's seven simulation analyses, indicated by the boxes and horizontal lines. The scores for the plans actually enacted by the Legislature are indicated by the labeled vertical lines.

(R003) McCartan Rebuttal Expert Report at p.12 (Fig. 1)

**Hearing Exhibit R302**

Case No: 3:24-cv-00122-DCJ-CES-RRS

R302-001