

Figure 2: The share of simulated plans with each number of total parish splits is indicated by the sizes of the squares and the percentages noted on top of each. The number of parish splits for the plans actually enacted by the Legislature are indicated by the labeled vertical lines.

(R003) McCartan Rebuttal Expert Report at p.13 (Fig. 2)