

(R003) McCartan Rebuttal Expert Report at p.16 (Fig. 3)