IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NANCY LANDRY, in her official capacity as Louisiana Secretary of State, <br><br> Defendant. | Case No. 3:24-cv-00122-DCJ-CES-RRS <br><br> Judge David C. Joseph <br> Judge Carl E. Stewart <br> Judge Robert R. Summerhays <br><br> Magistrate Judge Kayla D. McClusky |

## **MOTION TO WITHDRAW THOMAS A. FARR AS ATTORNEY**

NOW COMES INTO COURT, Defendant Nancy Landry, in her official capacity as Secretary of State of Louisiana ("Defendant"), by and through undersigned counsel, who respectfully submits this motion to withdraw Thomas A. Farr as counsel of record in this matter.

Mr. Farr passed away unexpectedly on April 1, 2024. At the time of his passing, he was counsel of record for Defendant, along with other attorneys at Nelson Mullins Riley & Scarborough LLP. The undersigned respectfully request that Mr. Farr be withdrawn from this matter. Nelson Mullins and Shows, Cali & Walsh, L.L.P., will continue to represent Defendant in this matter.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that this motion be granted and Thomas A. Farr be withdrawn as counsel of record in the above-captioned matter.

Respectfully submitted, this the 17th day of April, 2024.

/s/ Phillip J. Strach
Phillip J. Strach* (Lead Counsel)
phillip.strach@nelsonmullins.com
Alyssa M. Riggins*
alyssa.riggins@nelsonmullins.com

Cassie A. Holt*
cassie.holt@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3799

/s/ John C. Walsh
John C. Walsh (Louisiana Bar Roll No. 24903)
**SHOWS, CALI & WALSH, L.L.P.**
628 St. Louis St. (70802)
P.O. Box 4225
Baton Rouge, LA 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-5561
john@scwllp.com

*Admitted pro hac vice*

*Counsel for Defendant NANCY LANDRY, in her official capacity as Louisiana Secretary of State*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 17th day of April, 2024 the foregoing document served on all counsel of record in this matter via CM/ECF.

/s/ Phillip J. Strach
Phillip J. Strach* (Lead Counsel)
phillip.strach@nelsonmullins.com
Alyssa M. Riggins*
alyssa.riggins@nelsonmullins.com
Cassie A. Holt*
cassie.holt@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3799

/s/ John C. Walsh
John C. Walsh (Louisiana Bar Roll No. 24903)
**SHOWS, CALI & WALSH, L.L.P.**
628 St. Louis St. (70802)
P.O. Box 4225
Baton Rouge, LA 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-5561
john@scwllp.com

*Admitted pro hac vice*

*Counsel for Defendant NANCY LANDRY, in her official capacity as Louisiana Secretary of State*