IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NANCY LANDRY, in her official capacity as Louisiana Secretary of State, <br><br> Defendant. | Case No. 3:24-cv-00122-DCJ-CES-RRS <br><br> Judge David C. Joseph <br> Judge Carl E. Stewart <br> Judge Robert R. Summerhays <br><br> Magistrate Judge Kayla D. McClusky |

## **ORDER**

Considering the foregoing *Motion to Withdraw Thomas A. Farr as Counsel,*

**IT IS HEREBY ORDERED** that attorney Thomas A. Farr be withdrawn as counsel of record for Defendant Nancy Landry, in her official capacity as Secretary of State for Louisiana, in the above-captioned matter.

_____              _____
 Date                                                                              United States District Court Judge