IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, *et al.*,<br><br>**Plaintiffs,**<br><br>vs.<br><br>NANCY LANDRY, in her official capacity as Louisiana Secretary of State,<br><br>**Defendant.** | Case No. 3:24-cv-00122-DCJ-CES-RRS |

**MOTION AND MEMORANDUM REQUESTING LEAVE TO FILE POST-TRIAL *AMICUS CURIAE* BRIEF OF *GALMON* AMICI**

Edward Galmon, Sr., Ciara Hart, Norris Henderson, Tramelle Howard, and Dr. Ross Williams ("*Galmon* Amici") respectfully request that the Court allow the filing of the attached post-trial amici curiae brief.

This Court has previously allowed *Galmon* Amici to file an *amicus curiae* brief in opposition to Plaintiffs' Motion for Preliminary Injunction. ECF No. 91. As this Court has already found, *Galmon* Amici have a substantial interest in this litigation, and the disposition of this action could impair or impede their ability to protect their interest. ECF No. 79. This action is inextricably tied to the congressional districting litigation that Mr. Galmon, Ms. Hart, Mr. Henderson, and Mr. Howard have been pursuing for the past two years in the Middle District of Louisiana (the "Middle District litigation"), and the challenged map would not exist but for their successful efforts in that litigation. If successful, Plaintiffs' motion for preliminary injunction threatens to eliminate the second Black-opportunity district that *Galmon* Amici have fought for and in which Dr. Williams resides.

Like their previous a*micus curiae* brief, *Galmon* Amici's Proposed Post-Trial *Amicus Curiae* brief will also meaningfully contribute to this litigation. In particular, it sets out to answer a question posed by this Court during trial regarding whether the Middle District of Louisiana and the Fifth Circuit properly evaluated the possibility of drawing a second majority-minority district without violating the Equal Protection Clause, and aims to otherwise harmonize the issues raised in this case with the findings and conclusions rendered in the Middle District litigation, in which four *Galmon* Amici were plaintiffs.

*Galmon* Amici's Proposed Amicus Curiae brief will not prejudice the parties. *Galmon* Amici file this motion and attached brief consistent with the deadline set by this Court for post-trial briefs. ECF No. 178 at 2. Neither the Secretary, the State, nor the Robinson Intervenor-Defendants object to this filing. Plaintiffs object on the grounds that they will not have an opportunity to address the arguments in the amicus brief and because the briefing may be duplicative. But the nature of the Court's simultaneous filing deadline necessarily means that no party (or amicus) will have an opportunity to respond to other submissions. And *Galmon* Amici's proposed brief is both short (fewer than 13 pages) and focused on arguments that will likely not be duplicated by the Intervenor-Defendants. Ultimately, "[i]f an amicus brief that turns out to be unhelpful is filed, the [court], after studying the case, will often be able to make that determination without much trouble and can then simply disregard the amicus brief. On the other hand, if a good brief is rejected, the [court] will be deprived of a resource that might have been of assistance." *Lefebure v. D'Aquilla*, 15 F.4th 670, 676 (5th Cir. 2021) (quoting *Neonatology Assocs., P.A. v. C.I.R.*, 293 F.3d 128, 133 (5th Cir. 2002)).

*Galmon* Amici respectfully request that the Court grant their motion for leave to file their post-trial *amicus curiae* brief and take the arguments addressed in that brief into consideration when deciding the merits.

Respectfully submitted this April 17, 2024.

<u>*s/ J.E. Cullens, Jr.*</u>

J. E. Cullens, Jr. (LA # 23011)
Andrée Matherne Cullens (LA # 23212)
Stephen Layne Lee (LA # 17689)
WALTERS, THOMAS, CULLENS, LLC
12345 Perkins Road, Bldg. One
Baton Rouge, LA 70810
(225) 236-3636
cullens@lawbr.net
acullens@lawbr.net
laynelee@lawbr.net

<u>*s/ Abha Khanna*</u>

Abha Khanna* (# 917978)
ELIAS LAW GROUP LLP
1700 Seventh Ave., Suite 2100
Seattle, WA 98101
(206) 656-0177
akhanna@elias.law

Lalitha D. Madduri* (# 917979)
Jacob D. Shelly* (# 917980)
Daniel Cohen* (# 917976)
Qizhou Ge* (# 917977)
ELIAS LAW GROUP LLP
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
(202) 968-4490
lmadduri@elias.law
jshelly@elias.law
dcohen@elias.law
age@elias.law

* Admitted *pro hac vice*

Counsel for *Galmon* Amici

**CERTIFICATE OF SERVICE AND CONSENT SOUGHT**

I hereby certify that on April 17, 2024, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and that service will be provided through the CM/ECF system. Counsel for Proposed Amici sought consent from the parties to seek leave of the court to file a post-trial amicus brief. Neither Defendant nor Intervenor-Defendants object to this filing. Plaintiffs do not consent to this filing.

*/s/Abha Khanna*
Abha Khanna

Counsel for *Galmon* Amici
