IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **PHILLIP CALLAIS, et al.,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**NANCY LANDRY, in her official capacity as Louisiana Secretary of State,**<br><br>**Defendant.** | Case No. 3:24-cv-00122-DCJ-CES-RRS |

## [PROPOSED] ORDER

The Court having considered the Motion and Memorandum Requesting Leave to File Post-Trial *Amicus Curiae* Brief of *Galmon* Amici, it is hereby ORDERED that the motion is GRANTED. The proposed brief that accompanied the motion shall be deemed to have been filed and served by ECF on the date of this Order.

IT IS SO ORDERED.

This ____ day of _____ 2024.

_____
Judge Carl E. Stewart
United States Circuit Judge

_____
Judge Robert R. Summerhays
United States District Judge

                                        _____
                                        Judge David C. Joseph
                                        United States District Judge