IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA, MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, <br><br>*Plaintiffs*, <br><br>v. <br><br>NANCY LANDRY, in her official capacity as Secretary of State for Louisiana, <br><br>*Defendant*. | Civil Action No. 3:24-cv-00122 <br><br>Judge David C. Joseph <br><br>Circuit Judge Carl E. Stewart <br><br>Judge Robert R. Summerhays |

## [PROPOSED] ORDER DENYING INJUNCTIVE RELIEF AND JUDGMENT DISMISSING ACTION

For the reasons stated in this Court's Opinion dated _____, ECF No. \_\_, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. The Court finds 1) that Plaintiffs are unlikely to succeed on the merits of their claims, 2) that there is no substantial threat of irreparable injury to the Plaintiffs in the absence of an injunction, 3) Plaintiffs' threatened injury fails to outweigh the harm that will result if the injunction is granted, and 4) that the grant of an injunction will clearly not be in the public interest.

2. Because Plaintiffs have failed to show that the preliminary injunction factors support relief, Plaintiffs' motion for preliminary injunction is DENIED.

3. The Court finds that Plaintiffs are not entitled to any relief on their claims, and Defendant and Intervenor-Defendants are entitled to judgment in their favor and against Plaintiffs.

4.       This action is DISMISSED with prejudice, and JUDGMENT is hereby entered against Plaintiffs and in favor of Defendant and Intervenor-Defendants, with costs allowed to the Defendants and Intervenor-Defendants.

THUS, DONE AND SIGNED on this _____ day of _____, 2024.

                                          _____
CARL E. STEWART
CIRCUIT JUDGE
UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT


                                          _____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA


                                          _____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA