IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Louisiana Secretary of State,<br><br>　　　　　　Defendant. | Case No. 3:24-cv-00122-DCJ-CES-RRS<br><br>Judge David C. Joseph<br>Judge Carl E. Stewart<br>Judge Robert R. Summerhays<br><br>Magistrate Judge Kayla D. McClusky |

## ORDER

Considering the foregoing *Motion to Withdraw Thomas A. Farr as Counsel,*

**IT IS HEREBY ORDERED** that attorney Thomas A. Farr be withdrawn as counsel of record for Defendant Nancy Landry, in her official capacity as Secretary of State for Louisiana, in the above-captioned matter.

　04/18/2024　　　　　　　　　　　　　　　　　　_/s/ Kayla D. McClusky_
　Date　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge