# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF LOUISIANA, MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, *Plaintiffs*, v. NANCY LANDRY, in her official capacity as Secretary of State for Louisiana, *Defendant*. | Civil Action No. 3:24-cv-00122 Judge David C. Joseph Circuit Judge Carl E. Stewart Judge Robert R. Summerhays |

## *ROBINSON* INTERVENORS' MOTION FOR STAY PENDING APPEAL

Press Robinson, Edgar Cage, Dorothy Nairne, Edwin Rene Soule, Alice Washington, Clee Earnest Lowe, Davante Lewis, Martha Davis, Ambrose Sims, the National Association for the Advancement of Colored People Louisiana State Conference, and the Power Coalition for Equity and Justice (the "*Robinson* Intervenors") move for the Court to stay its April 30, 2024 Order, ECF 198, enjoining Louisiana's enacted congressional map, SB8, pending appellate proceedings in the United States Supreme Court. The Court's order imposes irreparable harm on *Robinson* Intervenors, Louisiana voters, and the general public; it is unlikely to withstand appellate scrutiny on the merits; and the balance of equities favors a stay pending appeal. In the alternative, *Robinson* Intervenors respectfully request that the Court enter an administrative stay, which would temporarily stay the Court's injunction to permit the *Robinson* Intervenors to move the United States Supreme Court for a stay pending appeal. The bases of *Robinson* Intervenors' motion are

1

set forth in the accompanying memorandum of law, which is incorporated herein by reference. For the reasons stated therein, this motion for stay pending appeal should be granted.

Due to the consequential and time-sensitive nature of these proceedings, *Robinson* Intervenors respectfully request that the Court rule on this motion expeditiously and that it do so no later than Friday, May 3, 2024.

| | |
|---|---|
| DATED: May 1, 2024 | Respectfully submitted, |
| By: /s/ *Tracie L. Washington*<br>Tracie L. Washington<br>LA. Bar No. 25925<br>Louisiana Justice Institute<br>8004 Belfast Street<br>New Orleans, LA 70125<br>Tel: (504) 872-9134<br>tracie.washington.esq@gmail.com | By: /s/ *Stuart Naifeh*<br>Stuart Naifeh (admitted pro hac vice)<br>NAACP Legal Defense and<br>Educational Fund, Inc.<br>40 Rector Street, 5th Floor<br>New York, NY 10006<br>Tel: (212) 965-2200<br>snaifeh@naacpldf.org |
| *Counsel for Robinson Intervenors Dorothy Nairne, Martha Davis, Clee Earnest Lowe, and Rene Soule* | *Counsel for the Robinson Intervenors* |

Kathryn Sadasivan*
Victoria Wenger*
Colin Burke*
NAACP Legal Defense and
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Tel: (212) 965-2200
ksadasivan@naacpldf.org
vwenger@naacpldf.org
cburke@naacpldf.org

R. Jared Evans
LA. Bar No. 34537
I. Sara Rohani*
NAACP Legal Defense and
Educational Fund, Inc.
700 14th Street N.W. Ste. 600
Washington, DC 20005
Tel: (202) 682-1300
jevans@naacpldf.org
srohani@naacpldf.org

Sarah Brannon*
Megan C. Keenan*
American Civil Liberties Union Foundation
915 15th St., NW
Washington, DC 20005
sbrannon@aclu.org
mkeenan@aclu.org

Nora Ahmed
NY Bar No. 5092374 (pro hac vice forthcoming)
ACLU Foundation of Louisiana
1340 Poydras St, Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
nahmed@laaclu.org

John Adcock
Adcock Law LLC
3110 Canal Street
New Orleans, LA 70119
Tel: (504) 233-3125
jnadcock@gmail.com

Robert A. Atkins*
Yahonnes Cleary*
Jonathan H. Hurwitz*
Amitav Chakraborty*
Adam P. Savitt*
Arielle B. McTootle*
Robert Klein*
Neil Chitrao*
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Tel.: (212) 373-3000
Fax: (212) 757-3990
ratkins@paulweiss.com
ycleary@paulweiss.com
jhurwitz@paulweiss.com
achakraborty@paulweiss.com
asavitt@paulweiss.com
amctootle@paulweiss.com
rklein@paulweiss.com
nchitrao@paulweiss.com

Sophia Lin Lakin*
Garrett Muscatel*
Dayton Campbell-Harris (pro hac vice forthcoming)**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org
gmuscatel@aclu.org
dcampbell-harris@aclu.org

T. Alora Thomas-Lundborg*
Daniel Hessel*
Election Law Clinic
Harvard Law School
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 495-5202
tthomaslundborg@law.harvard.edu
dhessel@law.harvard.edu

*Additional counsel for the Robinson Intervenors*

\*  Admitted pro hac vice.
\*\*Practice is limited to federal court.

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which provides electronic notice of filing to all counsel of record, on this first day of May, 2024.

/s/ *Stuart Naifeh*
Stuart Naifeh