UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**PHILLIP CALLAIS, ET AL**         CIVIL DOCKET NO. 3:24-CV-00122
                                    DCJ-CES-RRS

**VERSUS**                          THREE-JUDGE COURT

**NANCY LANDRY, in her official
capacity as Louisiana Secretary of
State**

### ORDER

The Court *sua sponte* reconsiders its ORDER [Doc. 79] denying the MOTION TO INTERVENE (the "Motion") [Doc. 10] filed by Edward Galmon, Sr., Ciara Hart, Norris Henderson, and Tramelle Howard (collectively, the "*Galmon* Movants"), and now grants the *Galmon* Movants' Motion under Federal Rule of Civil Procedure 24(b) for the purpose of participating in the remedial phase of this trial only.

Accordingly,

IT IS HEREBY ORDERED THAT the *Galmon* Movants' MOTION TO INTERVENE [Doc. 10] is GRANTED as limited to the remedial phase of this trial.

THUS, DONE AND SIGNED in Chambers on this 3rd day of May 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE