IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, *et al.*,<br><br>   Plaintiffs,<br><br>vs.<br><br>NANCY LANDRY, in her official capacity as Louisiana Secretary of State,<br><br>   Defendant. | Case No. 3:24-cv-00122-DCJ-CES-RRS |

## ORDER

The Court having considered the Motion for Leave to File Brief *Amicus Curiae* in Support of Neither Party and to Exceed Page Limit of Michael Mislove, Lisa J. Fauci, Robert Lipton, and Nicholas Mattei, it is hereby ORDERED that the Motion is GRANTED. The proposed brief that accompanied the motion shall be deemed to have been filed and served by ECF on the date of this Order.

IT IS SO ORDERED.

This _____ day of _____, 2024.

_____
Judge Carl E. Stewart
United States Circuit Judge

1

                                                                                                           _____

Judge Robert R. Summerhays
United States District Judge


                                         _____

Judge David C. Joseph
United States District Judge