## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, *et al.*,<br><br>              Plaintiffs,<br><br>      vs.<br><br>NANCY LANDRY, in her official capacity as Louisiana Secretary of State,<br><br>              Defendant. | Case No. 3:24-cv-00122-DCJ-CES-RRS |

## MOTION FOR LEAVE TO ATTEND
## MAY 6 STATUS CONFERENCE

Michael Mislove, Lisa J. Fauci, Robert Lipton, and Nicholas Mattei (the "Proposed *Amici*") respectfully request that the Court allow their counsel to virtually attend the status conference scheduled for May 6 regarding the remedial phase of these proceedings. Pursuant to Local Rule 7.4.1, counsel for Proposed *Amici* contacted counsel for all parties to attempt to obtain consent for the filing and granting of this motion. The Robinson Intervenors consent to this motion. The Plaintiffs do not consent to this motion. As of the time of this filing, Defendant Secretary of State Landry and Defendant-Intervenor the State of Louisiana have not provided their positions on this motion.

Proposed *Amici* Michael Mislove, Lisa J. Fauci, Robert Lipton, and Nicholas Mattei are professors of mathematics and computer science at Louisiana State University and Tulane University. They were thrice allowed to submit *amicus* briefs in *Robinson v. Ardoin*, No. 3:22-cv-0021 (M.D. La.), and they have sought here to file a brief

and proposed remedial map demonstrating that computational redistricting—using high-performance computers to draw maps that attempt to optimize multiple redistricting criteria—can produce a map that avoids both excessive race-consciousness and dilution of minority voting strength in violation of Section 2 of the VRA, 52 U.S.C. § 10301, while also complying with all other legal requirements and traditional districting principles. Proposed *Amici* offer their proposed brief and remedial map not in support of either party, but rather as a public service to assist the Court as it commences the remedial stage of this litigation.

If allowed to attend the status conference, Proposed *Amici* do not intend to actively participate in the status conference, unless requested to do so by the Court. But given their interest in the remedial proceedings, they would appreciate the opportunity to attend the conference and therefore respectfully request that an email invitation with the information for the conference be forwarded to their counsel.

Dated: May 3, 2024

Sam Hirsch*
Jessica Ring Amunson*
Sophia W. Montgomery*
JENNER & BLOCK LLP
1099 New York Avenue, NW,
  Suite 900
Washington, D.C. 20001
(202) 639-6000
shirsch@jenner.com
jamunson@jenner.com
smontgomery@jenner.com

* *Pro hac vice* application pending

Respectfully submitted,

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso (La. Bar No. 2814)
Mithun B. Kamath (La. Bar No. 35504)
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, LA 70112
Tel: (504) 589-9700
Fax: (504) 589-9701
jbarrasso@barrassousdin.com
mkamath@barrassousdin.com

*Counsel for Proposed Amici*