IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, *et al.*,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>NANCY LANDRY, in her official capacity as Louisiana Secretary of State,<br><br>　　　Defendant. | Case No. 3:24-cv-00122-DCJ-CES-RRS |

# ORDER

The Court having considered the Motion for Leave to Attend May 6 Status Conference of Michael Mislove, Lisa J. Fauci, Robert Lipton, and Nicholas Mattei, it is hereby ORDERED that the Motion is GRANTED. Counsel for Proposed *Amici* will be forwarded an email invitation prior to the conference.

IT IS SO ORDERED.

This _____ day of _____, 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Judge Carl E. Stewart
　　　　　　　　　　　　　　　　　　United States Circuit Judge

 

_____
Judge Robert R. Summerhays
United States District Judge



_____
Judge David C. Joseph
United States District Judge