IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> NANCY LANDRY, in her official capacity as Louisiana Secretary of State, <br><br> Defendant. | Case No. 3:24-cv-00122-DCJ-CES-RRS <br><br> Judge David C. Joseph <br> Judge Carl E. Stewart <br> Judge Robert R. Summerhays <br><br> Magistrate Judge Kayla D. McClusky |

## ORDER

IT IS ORDERED that Sophia W. Montgomery be and is hereby admitted to the bar of this Court pro hac vice on behalf of Proposed *Amici* Michael Mislove, Lisa J. Fauci, Robert Lipton, and Nicholas Mattei in the above-described action.

SO ORDERED on this, the ____ day of _____, 2024.

_____
Magistrate Judge Kayla D. McClusky

1