IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>NANCY LANDRY, in her official capacity as Louisiana Secretary of State,<br><br>    Defendant. | Case No. 3:24-cv-00122-DCJ-CES-RRS<br><br>Judge David C. Joseph<br>Judge Carl E. Stewart<br>Judge Robert R. Summerhays<br><br>Magistrate Judge Kayla D. McClusky |

## DECLARATION OF SAM HIRSCH

The undersigned, Sam Hirsch, declares under penalty of perjury the following is true and correct:

1. I am an attorney at the law firm Jenner & Block LLP, 1099 New York Ave NW #900, Washington, DC 20001, and am requesting admission pro hac vice on behalf of Proposed *Amici* Michael Mislove, Lisa J. Fauci, Robert Lipton, and Nicholas Mattei in the above-captioned lawsuit.

2. I submit this declaration in support of the motion for my pro hac vice admission to practice in this Court in the above-captioned matter.

3. I have been a member in good standing of the District of Columbia Bar since September 5, 1997. A Certificate of Good Standing issued by the Clerk of the District of Columbia Court of Appeals is attached hereto as Exhibit A.

4. No criminal charges or disciplinary proceedings are currently pending against me, nor have such proceedings ever been brought against me.

1

5. I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filter) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter out messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

I hereby swear, affirm, and promise that as an attorney and counselor of this Court, I will conduct myself professionally and according to law; and that I will support the Constitution of the United States.

The fee will be paid to the Clerk of Court for this pro hac vice admission. Signed and submitted, under penalty of perjury, this 3rd day of May, 2024.

*/s/ Sam Hirsch*_____
Sam Hirsch