IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> NANCY LANDRY, in her official capacity as Louisiana Secretary of State, <br><br> Defendant. | Case No. 3:24-cv-00122-DCJ-CES-RRS <br><br> Judge David C. Joseph <br> Judge Carl E. Stewart <br> Judge Robert R. Summerhays <br><br> Magistrate Judge Kayla D. McClusky |

## MOTION TO APPEAR PRO HAC VICE

In accordance with the local rules for the United States District Court, Western District of Louisiana, undersigned counsel respectfully submits this application to admit Jessica Ring Amunson pro hac vice to the bar of this Court for the purpose of appearing on behalf of Proposed *Amici* Michael Mislove, Lisa J. Fauci, Robert Lipton, and Nicholas Mattei in the subject case.

Movant represents that Ms. Amunson is a member in good standing of the bar of the District of Columbia (Bar No. 497223). Attached hereto is a certificate of good standing from the District of Columbia Bar (Exhibit A). Ms. Amunson is not eligible to become a member of the permanent bar of this Court, but is admitted to practice in the following jurisdictions:

- Bar of the District of Columbia, admitted 4/3/2006, Bar No. 497223
- State Bar of Maryland, admitted 12/14/2004, Bar No. 412140024
- U.S. Court of Appeals for the D.C. Circuit

1

- U.S. Court of Appeals for the Eighth Circuit
- U.S. Court of Appeals for the Eleventh Circuit
- U.S. Court of Appeals for the Federal Circuit
- U.S. Court of Appeals for the Fifth Circuit
- U.S. Court of Appeals for the First Circuit
- U.S. Court of Appeals for the Fourth Circuit
- U.S. Court of Appeals for the Ninth Circuit
- U.S. Court of Appeals for the Second Circuit
- U.S. Court of Appeals for the Seventh Circuit
- U.S. Court of Appeals for the Sixth Circuit
- U.S. Court of Appeals for the Tenth Circuit
- U.S. Court of Appeals for the Third Circuit
- U.S. District Court for the District of Columbia
- U.S. District Court for the Northern District of Florida
- U.S. Supreme Court

Ms. Amunson states under oath in the accompanying declaration, attached hereto as Exhibit B, that she has not had any disciplinary proceedings or criminal charges instituted against her in any jurisdictions in which she has been admitted.

Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

In accordance with the local rules for the United States District Court, Western District of Louisiana, Judy Y. Barasso and Mithun B. Kamath of the firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. are appointed as local counsel.

Ms. Amunson authorizes the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to her under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. She also agrees to receive notice electronically from other parties and the court via electronic mail. She understands that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and has verified that any such software installed on her computer or network will not filter out messages sent from Clerk@lawd.uscourts.gov. She understands this electronic notice will be in lieu of notice by any other means. She understands it is her responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update her electronic mail address within the court's electronic filing system.

Respectfully submitted,

| | |
|---|---|
| /s/ Jessica Ring Amunson | /s/ Judy Y. Barrasso |
| Jessica Ring Amunson | Judy Y. Barrasso (La. Bar No. 2814) |
| JENNER & BLOCK LLP | Mithun B. Kamath (La. Bar No. 35504) |
| 1099 New York Avenue, NW, Suite 900 | BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C. |
| Washington, D.C. 20001 | 909 Poydras Street, Suite 2350 |
| (202) 639-6000 | New Orleans, LA 70112 |
| jamunson@jenner.com | Tel: (504) 589-9700 |
| | Fax: (504) 589-9701 |
| | jbarrasso@barrassousdin.com |
| | mkamath@barrassousdin.com |

3

## CERTIFICATE OF SERVICE

  I hereby certify that on May 3, 2024, I presented the foregoing Petition for Admission Pro Hac Vice to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso (La. Bar No. 2814)
