IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>NANCY LANDRY, in her official capacity as Louisiana Secretary of State,<br><br>    Defendant. | Case No. 3:24-cv-00122-DCJ-CES-RRS |

## ORDER

IT IS ORDERED that Jessica Ring Amunson be and is hereby admitted to the bar of this Court pro hac vice on behalf of Proposed *Amici* Michael Mislove, Lisa J. Fauci, Robert Lipton, and Nicholas Mattei in the above-described action for the limited purpose of participating in today's status conference and filing the amici brief unless otherwise directed by the Court.

SO ORDERED on this, the 6th day of May, 2024.

_____
Magistrate Judge Kayla D. McClusky