IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

PHILLIP CALLAIS, *et al.*,

        Plaintiffs,

   vs.

NANCY LANDRY, in her official
capacity as Louisiana Secretary of
State,

        Defendant.

Case No. 3:24-cv-00122-DCJ-CES-RRS

Judge David C. Joseph
Judge Carl E. Stewart
Judge Robert R. Summerhays

Magistrate Judge Kayla D. McClusky

## ORDER

IT IS ORDERED that Sophia W. Montgomery be and is hereby admitted to the bar of this Court pro hac vice on behalf of Proposed *Amici* Michael Mislove, Lisa J. Fauci, Robert Lipton, and Nicholas Mattei in the above-described action for the limited purpose of participating in today's status conference and filing the amici brief unless otherwise directed by the Court.

SO ORDERED on this, the 6th day of May, 2024.

_____
Magistrate Judge Kayla D. McClusky

1