# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **PHILLIP CALLAIS ET AL** | **CASE NO. 3:24-CV-00122** |
| **VERSUS** | **CIRCUIT JUDGE CARL E. STEWART, DISTRICT JUDGES ROBERT R. SUMMERHAYS AND DAVID C. JOSEPH** |
| **NANCY LANDRY, ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## MINUTES OF COURT:
## STATUS CONFERENCE

| Date: | May 6, 2024 | Presiding: | Judges Carl E. Stewart, Robert R. Summerhays, and David C. Joseph |
|---|---|---|---|
| Court Opened: | 10:31 AM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 11:37 AM | Court Reporter: | Jodi Terry |
| Statistical Time: | 1:06 | Courtroom: | Zoom Recording |

### APPEARANCES

| | | |
|---|---|---|
| Paul L Hurd | For | Phillip Callais, All Plaintiffs |
| Edward D Greim | For | Phillip Callais, All Plaintiffs |
| Katherine Graves | For | Phillip Callais, All Plaintiffs |
| Jackson Tyler | For | Phillip Callais, All Plaintiffs |
| Stuart Naifeh | For | Robinson Intervenor Defendants |
| John Adcock | For | Robinson Intervenor Defendants |
| Amitav Chakraborty | For | Robinson Intervenor Defendants |
| Garrett Muscatel | For | Robinson Intervenor Defendants |
| Arielle B McTootle | For | Robinson Intervenor Defendants |
| Jonathan Hurwitz | For | Robinson Intervenor Defendants |
| Robert Klein | For | Robinson Intervenor Defendants |
| Daneil Hessel | For | Robinson Intervenor Defendants |
| Alora Thomas | For | Robinson Intervenor Defendants |
| Sara Rohani | For | Robinson Intervenor Defendants |
| Colin Burke | For | Robinson Intervenor Defendants |
| Victoria Wenger | For | Robinson Intervenor Defendants |
| R. Jared Evans | For | Robinson Intervenor Defendants |
| Morgan D. Brungard | For | Louisiana Attorney General's Office |
| Cary T. Jones | For | Louisiana Attorney General's Office |
| Jason Brett Torchinsky | For | Louisiana Attorney General's Office |
| Brennan A.R. Bowen | For | Louisiana Attorney General's Office |
| Zachary D. Henson | For | Louisiana Attorney General's Office |
| Phillip M. Gordon | For | Louisiana Attorney General's Office |
| Drew Ensign | For | Louisiana Attorney General's Office |

| | | |
|---|---|---|
| Phillip J. Strach | For | Nancy Landry, La. Secretary of State |
| Alyssa M. Riggins | For | Nancy Landry, La. Secretary of State |
| John C. Walsh | For | Nancy Landry, La. Secretary of State |
| Abha Khanna | For | Edward Galmon, Sr. Intervenors |
| Qizhou Ge | For | Edward Galmon, Sr. Intervenors |
| Lalitha Madduri | For | Edward Galmon, Sr. Intervenors |
| Jacob D. Shelly | For | Edward Galmon, Sr. Intervenors |
| Sam Hirsch | For | Michael Mislove, Amici |
| Jessica Ring Amunson | For | Michael Mislove, Amici |
| Judy Barrasso | For | Michael Mislove, Amici |

## **PROCEEDINGS**

The Court held a Status Conference via Zoom Video Conference.

The Court requested the parties jointly propose a briefing schedule for the remedial phase of the trial by the close of business tomorrow, May 7, 2024.

The State of Louisiana will file a brief by close of business tomorrow, May 7, 2024, explaining the feasibility of the Louisiana Legislature enacting a new Congressional map in time for the 2024 Congressional election. Among the other items discussed, the brief shall clearly state whether there is a legislative vehicle to enact a new congressional districting map during the 2024 regular session.

Defendant, Nancy Landry, Secretary of State, was directed to file a brief by the end of the day outlining and explaining the applicable deadlines for the upcoming Congressional election.

The Court will consider the briefing and the parties' scheduling proposals and enter a scheduling order forthwith.