# **Exhibit 2**

```
 1                    UNITED STATES DISTRICT COURT
 2                    MIDDLE DISTRICT OF LOUISIANA
 3

 4   PRESS ROBINSON, ET AL       *     CIVIL ACTION
                                 *
 5   VERSUS                      *     NO. 22-211-SDD
                                 *
 6   KYLE ARDOIN, ET AL          *     CONSOLIDATED WITH
                                 *
 7                               *
     EDWARD GALMON SR., ET AL    *     NO. 22-214-SDD
 8                               *
     VERSUS                      *     MAY 13, 2022
 9                               *
     KYLE ARDOIN, ET AL          *     VOLUME 5 OF 5
10   * * * * * * * * * * * * * * *

11
             MOTION FOR PRELIMINARY INJUNCTION BEFORE
12                 THE HONORABLE SHELLY D. DICK
                UNITED STATES CHIEF DISTRICT JUDGE
13

14   APPEARANCES:

15   FOR THE ROBINSON           NAACP LEGAL DEFENSE FUND AND
     PLAINTIFFS:                EDUCATIONAL FUND, INC.
16                              BY:  STUART NAIFEH, ESQ.
                                     KATHRYN SADASIVAN, ESQ.
17                                   VICTORIA WENGER, ESQ.
                                     SARA ROHANI, ESQ.
18                              40 RECTOR STREET, FIFTH FLOOR
                                NEW YORK, NEW YORK 10006
19
                                ADCOCK LAW, LLC
20                              BY:  JOHN ADCOCK, ESQ.
                                3110 CANAL STREET
21                              NEW ORLEANS, LOUISIANA 70119

22
                                AMERICAN CIVIL LIBERTIES UNION
23                              FOUNDATION VOTING RIGHTS PROJECT
                                BY:  SARAH E. BRANNON, ESQ.
24                                   SAMANTHA OSAKI, ESQ.
                                915 15TH STREET N.W.
25                              WASHINGTON, D.C. 20005
```

```
 1                                  PAUL, WEISS, RIFKIND, WHARTON &
                                    GARRISON, LLP
 2                                  BY:   AMITAV CHAKRABORTY, ESQ.
                                          RYAN RIZZUTO, ESQ.
 3                                        ADAM SAVITT, ESQ.
                                          JONATHAN H. HURWITZ, ESQ.
 4                                  1285 AVENUE OF THE AMERICAS
                                    NEW YORK, NEW YORK 10019
 5
     FOR THE GALMON                 WALTERS, PAPILLION, THOMAS,
 6   PLAINTIFFS:                    CULLENS, LLC
                                    BY:   DARREL J. PAPILLION, ESQ.
 7                                  12345 PERKINS ROAD, BUILDING ONE
                                    BATON ROUGE, LOUISIANA 70810
 8
                                    ELIAS LAW GROUP, LLP
 9                                  BY:   ABHA KHANNA, ESQ.
                                          JONATHAN P. HAWLEY, ESQ.
10                                  1700 SEVENTH AVE., SUITE 2100
                                    SEATTLE, WASHINGTON 98101
11
                                    ELIAS LAW GROUP, LLP
12                                  BY:   JACOB D. SHELLY, ESQ.
                                          OLIVIA N. SEDWICK, ESQ.
13                                        LALITHA D. MADDURI, ESQ.
                                    10 G STREET N.E., SUITE 600
14                                  WASHINGTON, D.C. 20002

15   FOR KYLE ARDOIN,               SHOWS, CALI & WALSH, LLP
     IN HIS OFFICIAL                BY:   JOHN C. WALSH, ESQ.
16   CAPACITY AS SECRETARY          628 ST. LOUIS STREET
     OF STATE                       BATON ROUGE, LOUISIANA 70821
17
                                    NELSON MULLINS RILEY AND
18                                  SCARBOROUGH, LLC
                                    BY:   PHILLIP STRACH, ESQ.
19                                        THOMAS A. FARR, ESQ.
                                          ALYSSA M. RIGGINS, ESQ.
20                                  4140 PARKLAKE AVENUE, SUITE 200
                                    RALEIGH, NORTH CAROLINA 27612
21
     FOR THE LOUISIANA              STEPHEN M. IRVING, LLC
22   LEGISLATIVE BLACK CAUCUS:      BY:   STEPHEN M. IRVING, ESQ.
                                    111 FLOUNDERS DRIVE, SUITE 700
23                                  BATON ROUGE, LOUISIANA 70810

24                                  JOHNSON LAW FIRM
                                    BY:   ERNEST L. JOHNSON, ESQ.
25                                  3313 GOVERNMENT STREET
                                    BATON ROUGE, LOUISIANA 70806
```

```
                                ARTHUR THOMAS & ASSOCIATES
                                BY:  ARTHUR R. THOMAS, ESQ.
                                3313 GOVERNMENT STREET
                                BATON ROUGE, LOUISIANA 70806

FOR LEGISLATIVE                 BAKERHOSTETLER, LLP
INTERVENORS CLAY                BY:  PATRICK T. LEWIS, ESQ.
SCHEXNAYDER AND PATRICK              ERIKA D. PROUTY, ESQ.
CORTEZ:                         127 PUBLIC SQUARE, SUITE 2000
                                CLEVELAND, OHIO 44114

                                BAKERHOSTETLER, LLP
                                BY:  E. MARK BRADEN, ESQ.
                                     KATHERINE L. MCKNIGHT, ESQ.
                                1050 CONNECTICUT AVENUE, N.W.,
                                SUITE 1100
                                WASHINGTON, D.C. 20036

INTERVENOR DEFENDANT,           LOUISIANA'S OFFICE OF THE ATTORNEY
STATE OF LOUISIANA:             GENERAL
                                BY:  JEFFREY M. WALE, ESQ.
                                     ANGELIQUE D. FREEL, ESQ.
                                     CAREY TOM JONES, ESQ.
                                1885 NORTH THIRD STREET
                                BATON ROUGE, LOUISIANA 70802

                                HOLTZMAN VOGEL BARAN TORCHINSKY &
                                JOSEFIAK, PLLC
                                BY:  PHILLIP M. GORDON, ESQ.
                                15405 JOHN MARSHALL HIGHWAY
                                HAYMARKET, VIRGINIA 20169

OFFICIAL COURT REPORTER:        SHANNON L. THOMPSON, CCR
                                UNITED STATES COURTHOUSE
                                777 FLORIDA STREET
                                BATON ROUGE, LOUISIANA 70801
                                SHANNON_THOMPSON@LAMD.USCOURTS.GOV
                                (225)389-3567


       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY USING
             COMPUTER-AIDED TRANSCRIPTION SOFTWARE
```

```
 1                              INDEX
 2   DEFENDANTS' WITNESSES:                                  PAGE
 3   ALAN T.MURRAY, PH.D.
 4       DIRECT EXAMINATION BY MR. GORDON                     6
 5       CROSS-EXAMINATION BY MR. NAIFEH                      16
 6   SHERRI WHATON HADSKEY
 7       DIRECT EXAMINATION BY MR. STRACH                     22
 8       CROSS-EXAMINATION BY MR. LEWIS                       35
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

09:25  1  AREAS. SO IN THE RED, THESE WOULD BE HIGH CONCENTRATION, HIGH
       2  PERCENT WHITE VOTING AGE POPULATION SURROUNDED BY HIGH
       3  PERCENTAGE WHITE VOTING AGE POPULATION. SO IT'S NOT THE
       4  DISTRIBUTION PER SE, IT'S SHOWING A STATISTICAL SUMMARY OF A
       5  COMPARISON OF OBSERVED RACIAL POPULATION IN A BLOCK COMPARED TO
       6  ITS NEIGHBORS.
       7  **Q.** OKAY. AND JUST SO I UNDERSTAND -- AND, AGAIN, I MAY BE
       8  SIMPLIFYING AGAIN -- ESSENTIALLY WHAT YOU'RE TELLING US, USING
       9  A MATHEMATICAL MODEL IS THAT RESIDENTIAL PATTERNS IN THESE
      10  CITIES ARE HIGHLY SEGREGATED. IS THAT CORRECT?
      11  **A.** YES.
      12  **Q.** I HAVE NO FURTHER QUESTIONS.
      13           **THE COURT:** IS THERE ANY REDIRECT?
      14           **MR. GORDON:** NOTHING FROM ME, YOUR HONOR. THANK YOU.
      15           **THE COURT:** OKAY. YOU MAY STEP DOWN.
      16           THANK YOU, SIR.
      17           NEXT WITNESS.
      18           **MR. STRACH:** THANK YOU, YOUR HONOR. PHIL STRACH.
      19           THE DEFENSE CALLS SHERRI HADSKEY.
      20                    **SHERRI WHARTON HADSKEY,**
      21  **HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS:**
      22           **THE DEPUTY CLERK:** AND IF YOU WOULD, PLEASE, STATE
      23  YOUR NAME AND SPELL IT, FOR THE RECORD.
      24           **THE WITNESS:** SURE. SHERRI, S-H-E-R-R-I, WHARTON,
      25  W-H-A-R-T-O-N, HADSKEY, H-A-D-S-K-E-Y.

```
09:26   1                    DIRECT EXAMINATION
        2   BY MR. STRACH:
        3   Q.   GOOD MORNING, MS. HADSKEY.
        4   A.   GOOD MORNING.
        5   Q.   COULD YOU TELL THE COURT WHAT YOUR CURRENT POSITION IS?
        6   A.   I AM THE COMMISSIONER OF ELECTIONS FOR THE LOUISIANA
        7   SECRETARY OF STATE.
        8   Q.   AND COULD YOU GIVE US A BRIEF OVERVIEW OF YOUR POSITION
        9   AND WHAT YOU DO?
       10   A.   I OVERSEE ELECTIONS.  WE HAVE ELECTIONS OPERATIONS,
       11   ELECTIONS FIELD OPERATIONS, ELECTIONS BUSINESS, AND ELECTIONS
       12   SERVICES, AND I OVERSEE THE ADMINISTERING OF THE ELECTIONS
       13   PROCESS.
       14   Q.   ALL RIGHT.
       15             MR. STRACH:  FOREST, COULD WE PULL UP MS. HADSKEY'S
       16   AFFIDAVIT WHICH IS SOS_1?
       17   BY MR. STRACH:
       18   Q.   MS. HADSKEY, DOES THIS APPEAR TO BE A COPY OF -- A COPY OF
       19   THE AFFIDAVIT, THE DECLARATION YOU SUBMITTED IN THIS CASE?
       20   A.   YES, IT DOES.
       21   Q.   AND DOES THIS AFFIDAVIT OUTLINE YOUR PROFESSIONAL
       22   BACKGROUND AND CURRENT DUTIES?
       23   A.   YES, IT DOES.
       24   Q.   OKAY.  ALL RIGHT.  THEN WE WON'T GO INTO DETAIL ON THAT.
       25             MR. STRACH:  YOU CAN TAKE IT DOWN FOR US.  THANK YOU.
```

|       |    |                                                                           |
|-------|----|---------------------------------------------------------------------------|
| 09:29 | 1  | PETITION BY THAT DATE?                                                    |
|       | 2  | **A.**  CORRECT.  WITH ALL OF THE SIGNATURES, WHICH WILL BE               |
|       | 3  | SUBMITTED TO THE REGISTRARS FOR VERIFICATION.                             |
|       | 4  | **Q.**  ALL RIGHT.  AND SO IS YOUR OFFICE READY AND PREPARED FOR          |
|       | 5  | THAT DEADLINE AS OF TODAY?                                                |
|       | 6  | **A.**  WE ARE, BECAUSE THE CARDS HAVE NOTIFIED THE VOTERS WHICH          |
|       | 7  | DISTRICTS THEY ARE IN.  THE PEOPLE THAT WANT TO QUALIFY FOR --            |
|       | 8  | BY PETITION WILL HAVE THE CORRECT AREAS THAT THEY NEED TO GET             |
|       | 9  | THE SIGNATURES FROM.                                                      |
|       | 10 | **Q.**  ALL RIGHT.  WHEN IS THE QUALIFYING DEADLINE FOR                   |
|       | 11 | CONGRESSIONAL CANDIDATES WHO WANT TO PAY THE FILING FEE?                  |
|       | 12 | **A.**  THE QUALIFYING DEADLINE IS -- WELL, QUALIFYING IS THE             |
|       | 13 | 20TH, 21ST AND 22ND OF JULY.                                              |
|       | 14 | **Q.**  ALL RIGHT.  SO YOU'RE WORKING BETWEEN NOW, OBVIOUSLY, AND         |
|       | 15 | JUNE 22ND AND JULY 20TH.  WHAT KIND OF ACTIVITIES IS YOUR                 |
|       | 16 | OFFICE ENGAGED IN AND FACING BETWEEN NOW AND JULY 20TH?                   |
|       | 17 | **A.**  SO CURRENTLY WE ARE RECEIVING THE SCHOOL BOARD PLANS TO           |
|       | 18 | BEGIN THE PROCESS FOR REDISTRICTING WITH THE SCHOOL BOARDS,               |
|       | 19 | WHICH IS QUITE COMPLICATED.  WE ALSO HAVE 158 MUNICIPALITIES              |
|       | 20 | THAT CAN BE REDISTRICTED AND WE ARE WAITING FOR THAT                      |
|       | 21 | INFORMATION TO COME IN AS WELL.                                           |
|       | 22 | WE ARE CONDUCTING AN ELECTION ON JUNE 4TH BECAUSE OF                      |
|       | 23 | A REDISTRICTING ERROR THAT WAS MADE IN THE MARCH 26TH ELECTION            |
|       | 24 | IN CALCASIEU PARISH.  SO WE HAVE EARLY VOTING AND THE ELECTION            |
|       | 25 | PROCESS GOING ON FOR THAT PARTICULAR AREA.                                |

09:37   1         NOW, THE PROBLEM THAT WE HAD IN CALCASIEU STEMMED
        2    FROM THE LATE CENSUS INFORMATION COMING THROUGH AND THE SHORT
        3    AMOUNT OF TIME THAT THE LOCALS HAD TO GET THAT INFORMATION
        4    ENTERED.  AND BY DOING IT QUICKLY AND TRYING TO PROCESS
        5    EVERYTHING AS FAST AS THEY COULD TO BE READY FOR QUALIFYING,
        6    MISTAKES WERE MADE.  SO ON ELECTION DAY, PEOPLE WERE GIVEN THE
        7    WRONG BALLOT.
        8    **Q.**  ALL RIGHT.  DO YOU HAVE ANY -- OBVIOUSLY, THIS IS A
        9    ONCE-A-DECADE PROCESS FOR CONGRESSIONAL MAPS.  DO YOU HAVE ANY
       10    NEW REGISTRARS AT THE LOCAL LEVEL THIS YEAR WHO HAVE NEVER DONE
       11    REDISTRICTING BEFORE?
       12    **A.**  YES.  WE HAVE 19 NEW REGISTRARS THAT WILL BE DOING THIS
       13    PROCESS FOR THE FIRST TIME AS THE REGISTRAR OF VOTERS.
       14    **Q.**  ALL RIGHT.  AND IF YOU HAD TO PROCESS A NEW CONGRESSIONAL
       15    PLAN SOME TIME BETWEEN NOW AND JULY 20TH, WOULD A NEW ROUND OF
       16    NOTICES HAVE TO GO OUT TO THE VOTERS?
       17    **A.**  ABSOLUTELY.
       18    **Q.**  OKAY.
       19    **A.**  THE MOST IMPORTANT THING IS THAT THE VOTER AND THE
       20    CANDIDATES KNOW THE DISTRICTS THAT THEY ARE LIVING IN AND THAT
       21    THEY WILL VOTE IN.
       22    **Q.**  AND IN THE CARDS, WOULD THEY HAVE TO GO OUT WITH PLENTY OF
       23    TIME FOR THE CANDIDATES TO ACTUALLY STUDY THE PLAN AND DECIDE
       24    WHAT TO DO AND THE VOTERS DECIDE WHAT TO DO?
       25    **A.**  YES.  YES.

09:38 1   **Q.** ARE THERE ANY ISSUES -- IN YOUR AFFIDAVIT, YOUR
2   DECLARATION, YOU TALKED ABOUT A PAPER SHORTAGE. WHAT DOES THAT
3   -- HOW DOES THAT PLAY INTO THIS PROCESS?
4   **A.** SO WE HAVE SUPPLY CHAIN SHORTAGES RIGHT NOW THAT WE ARE
5   DEALING WITH FOR ELECTIONS, ACTUALLY THE ENTIRE NATION IS
6   DEALING WITH FOR ELECTIONS. ONE OF THOSE IS THE PAPER
7   SHORTAGE. WE ATTEMPTED TO GET THE ENVELOPES FOR OUR
8   ABSENTEE-BY-MAIL PROCESS AND WE SEARCHED -- ACTUALLY THE
9   DIVISION OF ADMINISTRATION ASSISTED US IN SEARCHING THE ENTIRE
10   UNITED STATES TO TRY AND FIND THE PAPER TO PRODUCE OUR
11   ENVELOPES. THEY ALSO REACHED OUT TO CANADA. AND FORTUNATELY,
12   AT THE LAST MINUTE, WE WERE ABLE TO FIND ONE PAPER MILL THAT
13   COULD PROVIDE THE PAPER THAT WE NEED. HOWEVER, IT'S, OF
14   COURSE, AT A MUCH HIGHER RATE OF PAY, RATE OF COST.
15   **Q.** ALL RIGHT. SO IN LIGHT OF THE -- ALL OF THE MANY
16   ACTIVITIES YOUR OFFICE IS ENGAGED IN AND IF YOU HAD TO DO A NEW
17   CONGRESSIONAL PLAN SOME TIME WITHIN THE NEXT FEW MONTHS, WHAT'S
18   YOUR ASSESSMENT OF WHETHER YOU COULD -- YOU COULD PULL THAT OFF
19   ERROR FREE?
20   **A.** OH, I'M EXTREMELY CONCERNED. I'M VERY CONCERNED BECAUSE
21   WHEN YOU PUSH -- WHEN YOU PUSH PEOPLE TO TRY AND GET SOMETHING
22   DONE QUICKLY -- AND ESPECIALLY PEOPLE THAT HAVE NOT DONE THIS
23   PROCESS BEFORE, THE WORST THING YOU CAN HEAR FROM A VOTER IS,
24   "I'M LOOKING AT MY BALLOT AND I DON'T THINK IT'S RIGHT. I
25   THINK I'M IN THE WRONG DISTRICT OR I DON'T FEEL LIKE I HAVE THE

```
09:40   1    RIGHT RACES."
        2              THE OTHER THING IS NOTIFYING THE VOTERS.  I THINK WE
        3    ALL CAN RELATE TO WE KNOW WHO OUR PERSON IS THAT WE VOTED FOR,
        4    FOR CONGRESS OR FOR SCHOOL BOARD OR ANY RACE AND WHEN YOU GET
        5    THERE AND YOU REALIZE IT'S NOT THE PERSON YOU ARE LOOKING FOR,
        6    YOU'RE THINKING THAT'S WHO YOU'RE GOING TO VOTE FOR.  AND THEN
        7    YOU FIND OUT, "WAIT, I'M IN A DIFFERENT DISTRICT."  IF WE DON'T
        8    NOTIFY THEM IN ENOUGH TIME AND HAVE THAT CORRECTED, IT CAUSES
        9    CONFUSION ACROSS THE BOARD.  NOT JUST CONFUSION FOR THE VOTERS,
       10    BUT ALSO CONFUSION FOR THE ELECTIONS ADMINISTRATORS TRYING TO
       11    GO BACK AND CHECK AND DOUBLECHECK THAT WHAT THEY HAVE IS
       12    CORRECT.
       13    Q.   ALL RIGHT.  BROADLY SPEAKING, ASIDE FROM JUST ELECTION
       14    ADMINISTRATION, ARE THERE ANY OTHER FACTORS THAT CONCERN YOU IN
       15    CONSIDERING THE ELECTION SCHEDULE THIS YEAR?
       16    A.   YES.  UNFORTUNATELY AND SADLY FOR THE LAST TWO YEARS, IT'S
       17    BEEN THE LAST -- THE LAST TWO YEARS HAVE BEEN THE HARDEST IN MY
       18    ENTIRE CAREER.  I HAVE NO WAY OF KNOWING IF COVID IS GOING TO
       19    COME BACK UP THIS COMING FALL.  AND THAT ALONE ADDED AN
       20    ADDITIONAL MASSIVE AMOUNT OF WORK ON THE LOCALS AND ON THE
       21    STATE TO BE ABLE TO PROVIDE FOR SOCIAL DISTANCING, NOT HAVE
       22    POLLING LOCATIONS IN NURSING FACILITIES, ET CETERA.  SO I'M
       23    VERY CONCERNED ABOUT THAT COMING AT US LIKE A FREIGHT TRAIN.
       24              AND THEN I'M ALSO CONCERNED ABOUT -- I THINK WE ALL
       25    KNOW IN 2020, WE COULD NOT FIND HAND SANITIZER.  WE COULDN'T
```

```
09:49  1   Q.    AND YOU WON'T KNOW WHICH CANDIDATES WILL QUALIFY TO APPEAR
       2   ON THE BALLOTS FOR CONGRESSIONAL ELECTIONS UNTIL JULY 29TH AT
       3   THE EARLIEST?
       4   A.    THAT'S CORRECT.
       5   Q.    THE NUMBER OF BALLOTS THE STATE NEEDS FOR THIS NOVEMBER'S
       6   ELECTIONS WON'T CHANGE BASED ON THE SHAPE OF THE CONGRESSIONAL
       7   DISTRICTS.  CORRECT?
       8   A.    NO.  NO, IT SHOULD NOT BASED ON THE SHAPE OF THE
       9   CONGRESSIONAL DISTRICTS.  IT'S BASED ON THE NUMBER OF
      10   CANDIDATES THAT QUALIFY, THE NUMBER OF CONSTITUTIONAL
      11   AMENDMENTS.  IN OTHER WORDS, YOU MAY HAVE A ONE-PAGE BALLOT OR
      12   YOU COULD HAVE A THREE-PAGE BALLOT, DEPENDING ON WHO QUALIFIES.
      13   Q.    RIGHT.  YOU DISCUSSED ABSENTEE ENVELOPES WITH MR. STRACH,
      14   I BELIEVE.  NO ABSENTEE BALLOTS HAVE GONE OUT YET.  IS THAT
      15   CORRECT?
      16   A.    NOT YET.
      17   Q.    AND THOSE WON'T NEED TO BE PRINTED UNTIL 45 DAYS BEFORE
      18   THE ELECTION?
      19   A.    OH, NO.  WE HAVE TO HAVE THEM PRINTED WAY IN ADVANCE.
      20   LOUISIANA HAS A SPECIAL ENVELOPE.  IT HAS AN AFFIDAVIT FLAP ON
      21   IT.  IT'S UNIQUE.  THERE'S NOT -- TO MY KNOWLEDGE, THERE'S NO
      22   OTHER STATE OR JURISDICTION IN THE UNITED STATES THAT HAS THE
      23   DETAILED FLAP THAT WE HAVE.  AND IT'S VERY DIFFICULT TO PRINT.
      24         WHEN WE'VE PUT IT OUT TO BID IN THE PAST, ONLY THREE
      25   COMPANIES IN THE NATION WERE ABLE TO PRINT THIS PARTICULAR
```

```
09:50   1    ENVELOPE IN THE WAY THAT IT'S MADE AND THE INFORMATION THAT'S
        2    ON IT.  AND IN ORDER TO HAVE THEM PRINT, PROOF, PRINT ALL OF
        3    THEM THAT ARE NECESSARY FOR THE PRIMARY AND THE GENERAL AND
        4    THEN HAVE THEM SHIPPED TO US, THEN BREAK IT DOWN AND DISTRIBUTE
        5    THEM TO THE PARISHES, WE HAVE TO RECEIVE THOSE BY AUGUST 1ST.
        6    WE CAN'T RECEIVE THEM ANY LATER THAN THAT OR WE WOULDN'T BE
        7    ABLE TO GET THEM OUT TO THE LOCALS TO BE ABLE TO HAVE THEM TO
        8    USE.
        9    Q.   THANK YOU.
       10            THE NUMBER OF ABSENTEE BALLOT ENVELOPES WILL NOT
       11    CHANGE DEPENDING ON THE SHAPE OF THE CONGRESSIONAL DISTRICTS.
       12    CORRECT?
       13    A.   NO.  THAT WILL DEPEND ON THE NUMBER OF PEOPLE THAT APPLY
       14    FOR AN ABSENTEE BALLOT AND THE NUMBER OF PEOPLE THAT APPLY FOR
       15    THE PROGRAMS LIKE THE OVER 65 PROGRAM OR THE DISABILITY
       16    PROGRAM; THINGS LIKE THAT.
       17    Q.   YOU SUGGEST THAT THE PAPER SHORTAGE MIGHT AFFECT THE
       18    PRINTING OF VOTER REGISTRATION CARDS.  CORRECT?
       19    A.   IT COULD -- IT COULD AFFECT ANY ITEM THAT WE HAVE TO
       20    PRINT.  FOR EXAMPLE, THE PAPER ROLLS FOR THE VOTING MACHINES,
       21    THE TAPES, THE CARDS OR ANY SUPPLY.  IF YOU'VE GONE TO VOTE ON
       22    ELECTION DAY AND YOU WANT TO CHANGE YOUR ADDRESS OR YOU WANT TO
       23    VOTE BY AFFIDAVIT OR ANY OF THE SUPPLY ITEMS.  ALSO, THE POLL
       24    BOOK PAGES, WE USE PAPER POLL BOOK PAGES.  WE DON'T USE E-POLL
       25    BOOKS, SO EVERYTHING THAT IS PAPER-RELATED, WE'RE TRYING TO
```