## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF LOUISIANA—MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, <br><br>  Plaintiffs, <br><br> v. <br><br> NANCY LANDRY, IN HER OFFICIAL CAPACITY AS LOUISIANA SECRETARY OF STATE, <br><br>  Defendant. | Case No. 3:24-cv-00122 |

### THE STATE OF LOUISIANA'S NOTICE OF APPEAL

Notice is hereby given that the State of Louisiana, by and through Elizabeth Murrill, the Attorney General of Louisiana, hereby appeals this Court's April 30, 2024 order granting a preliminary injunction, ECF No. 198, as well as orders relating to that injunction (including ECF No. 219), to the United States Supreme Court. This appeal is taken pursuant to 28 U.S.C. § 1253.

Dated: May 7, 2024

/s/ Phillip J. Strach
Phillip J. Strach*
Lead Counsel
Thomas A. Farr*
John E. Branch, III*
Alyssa M. Riggins*
Cassie A. Holt*
NELSON MULLINS RILEY &
SCARBOROUGH LLP
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Ph: (919) 329-3800
phil.strach@nelsonmullins.com
tom.farr@nelsonmullins.com
john.branch@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
cassie.holt@nelsonmullins.com

/s/ John C. Walsh
John C. Walsh, (LSBA No. 24903)
John C. Conine, Jr., (LSBA No. 36834)
SHOWS, CALL & WALSH, L.L.P.
628 St. Louis St. (70802)
P.O. Box 4425
Baton Rouge, LA 70821
Ph: (225) 346-1461
Fax: (225) 346-1467
john@scwllp.com
coninej@scwllp.com


*Counsel for Defendant NANCY LANDRY, in her official capacity as Secretary of State of Louisiana*

Respectfully Submitted,

*/s/ Morgan Brungard*
Morgan Brungard (LSBA No. 40298)
*Deputy Solicitor General*

Carey Tom Jones (LSBA No. 07474)
Office of the Attorney General
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70802
(225) 326-6000 phone
(225) 326-6098 fax
BrungardM@ag.louisiana.gov
JonesCar@ag.louisiana.gov

Jason B. Torchinsky (DC No. 976033)*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
2300 N Street, NW
Suite 643A
Washington, DC 20037
Tel: 202-737-8808
Email: jtorchinsky@holtzmanvogel.com

Phillip M. Gordon (VA No. 95621)*
Zachary D. Henson (NY No. 5907340)*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
15405 John Marshall Hwy.
Haymarket, VA 20169
Telephone: (540) 341-8808
Facsimile: (540) 341-8809
Email: pgordon@holtzmanvogel.com
        zhenson@holtzmanvogel.com

Drew C. Ensign (DC No. 976571)\*
Brennan A.R. Bowen (AZ No. 036639)\*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
2575 East Camelback Rd, Ste 860
Phoenix, AZ 85016
602-388-1262
Email: densign@holtzmanvogel.com
       bbowen@holtzmanvogel.com

   \*admitted *pro hac vice*

*Counsel for Intervenor-Defendant State of Louisiana*

**CERTIFICATE OF SERVICE**

I hereby declare that I served the foregoing document on counsel for all parties via email on May 7, 2024.

*/s/ Morgan Brungard*
Morgan Brungard
