IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA—MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, <br><br>Plaintiffs, <br><br>v. <br><br>NANCY LANDRY, IN HER OFFICIAL CAPACITY AS LOUISIANA SECRETARY OF STATE, <br><br>Defendant. | Case No. 3:24-cv-00122 |

## THE STATE OF LOUISIANA'S AND THE SECRETARY OF STATE'S JOINT MOTION FOR A STAY PENDING APPEAL

The State of Louisiana, by and through Elizabeth Murrill, the Attorney General of Louisiana, joined by the Louisiana Secretary of State, moves this Court for a stay pending appeal of the April 30, 2024 injunction, ECF No. 198, as implemented by the Court's subsequent scheduling order, ECF No. 219. The bases for the motion are set forth in the accompanying memorandum of law, which is incorporated herein by reference. For the reasons stated in that memorandum, this motion should be granted.

The State and the Secretary respectfully request a ruling on this motion by 12:00 p.m. Central Time on May 9 to permit the State and the Secretary to file an application for a stay in the Supreme Court that evening if this Court denies this

motion. If this Court does not rule on this motion by noon on May 9, the State will file a motion for a stay pending appeal by the end of that day.

Dated: May 8, 2024

Jason B. Torchinsky (DC No. 976033)*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
2300 N Street, NW
Suite 643A
Washington, DC 20037
Tel: 202-737-8808
Email: jtorchinsky@holtzmanvogel.com

Phillip M. Gordon (VA No. 95621)*
Zachary D. Henson (NY No. 5907340)*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
15405 John Marshall Hwy.
Haymarket, VA 20169
Telephone: (540) 341-8808
Facsimile: (540) 341-8809
Email: pgordon@holtzmanvogel.com
    zhenson@holtzmanvogel.com

Brennan A.R. Bowen (AZ No. 036639)*
Drew C. Ensign (DC No. 976571)*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
2575 East Camelback Rd, Ste 860
Phoenix, AZ 85016
602-388-1262
Email: bbowen@holtzmanvogel.com

    *admitted *pro hac vice*

*Counsel for Intervenor-Defendant State of Louisiana*

Respectfully Submitted,

*/s/ Morgan Brungard*
Morgan Brungard (LSBA No. 40298)
*Deputy Solicitor General*

Carey Tom Jones (LSBA No. 07474)
Office of the Attorney General
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70802
(225) 326-6000 phone
(225) 326-6098 fax
BrungardM@ag.louisiana.gov
JonesCar@ag.louisiana.gov

*Counsel for Intervenor-Defendant State of Louisiana*

*/s/ Phillip J. Strach*
Phillip J. Strach
phillip.strach@nelsonmullins.com
Alyssa M. Riggins*
alyssa.riggins@nelsonmullins.com
Cassie A. Holt*
cassie.holt@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612
Telephone: (919) 329-3800
Facsimile: (919) 329-3799

*/s/ John C. Walsh*
John C. Walsh (Louisiana Bar Roll No. 24903)
john@scwllp.com
**SHOWS, CALI & WALSH, L.L.P.**
P.O. Box 4046
Baton Rouge, LA 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-5561

*Counsel for Defendant Nancy Landry*
admitted *pro hac vice*\*

3

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 8, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

*/s/ Morgan Brungard*
Morgan Brungard
