# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF LOUISIANA, MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, *Plaintiffs*, v. NANCY LANDRY, in her official capacity as Secretary of State for Louisiana. *Defendant*. | Civil Action No.3:24-cv-00122  Judge David C. Joseph  Circuit Judge Carl E. Stewart  Judge Robert R. Summerhays |

## [PROPOSED] ORDER

The Court having considered the *Robinson* and *Galmon* Intervenors' Motion for Clarification and Reconsideration, it is hereby ORDERED that the Motion is GRANTED.

This Court will adhere to the findings of the Middle District of Louisiana in the *Robinson* litigation, as affirmed on appeal by the Fifth Circuit, that the Voting Rights Act likely requires two congressional districts in Louisiana in which Black voters have the opportunity to elect their candidates of choice.

The parties are permitted to submit up to two proposed remedial plans as part of their submissions pursuant to the Court's Scheduling Order, ECF No. 219.

The Court will evaluate proposed maps based upon the following criteria: _____.

IT IS SO ORDERED. This ____ day of _____ 2024.

_____
Judge Carl E. Stewart
United States Circuit Judge

_____
Judge Robert R. Summerhays
United States District Judge

_____
Judge David C. Joseph
United States District Judge