*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, ET AL._____ <br> Plaintiff | Case No.   3:24-CV-00122 |
| VS. <br> _____NANCY LANDRY_____ <br> Defendant | Judge   DCJ-CES-RRS <br> Magistrate Judge   Kayla D. McClusky |

**[PROPOSED] ORDER**

IT IS ORDERED that Christopher E. Mills be and is hereby admitted to the bar of this Court pro hac vice on behalf of proposed *amicus curiae* Project on Fair Representation in the above described action.

SO ORDERED on this, the _____ day of _____, 2024.

_____
U.S. Magistrate Judge