IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> NANCY LANDRY, in her official capacity as Secretary of State of Louisiana, <br><br> *Defendant*. | Civil Action No.: 3:24-cv-00122-DCJ-CES-RRS |

**MOTION FOR LEAVE TO FILE BRIEF FOR THE PROJECT ON FAIR REPRESENTATION AS *AMICUS CURIAE* REGARDING REMEDIES**

Project on Fair Representation moves for leave to file the attached brief as *amicus curiae* in support of Plaintiffs regarding remedies. Plaintiffs, the State, and Galmon *intervenors* consent to this motion. The other parties have not responded to a request for their positions, but they will not be prejudiced by the timely (indeed, early) filing of this brief. *See* Doc. 219 at 3 (setting May 17, 2024, as the due date for *amici*).

The Project on Fair Representation is a public-interest organization committed to the principle that racial and ethnic classifications are unconstitutional, unfair, and harmful. It works to advance race-neutral rules in education, government action, and voting. The Project pursues these goals through education and advocacy and has been involved in several cases before the Supreme Court involving these important issues. The Project opposes racial gerrymandering of all kinds. Eliminating racial sorting in districting is not only what our Constitution requires, but it is also a needed remedy for our Nation's increasingly polarized and racialized politics. Because SB8 structures elections based on citizens' races, the Project has a direct interest in this case.

The proposed brief provides relevant arguments about the issues before the Court in the remedial phase of this litigation. As explained in more detail in the attached brief, Project on Fair Representation brief offers two arguments for the Court's consideration as it analyzes potential remedial maps. First, the Court should consider Louisiana's demographically diverse neighborhoods and prioritize *maintaining* those neighborhoods—rather than segregating them block-by-block, as the State did in SB8, in pursuit of an artificial proportional (or more) representation for a particular racial group. Second, any tentative findings of the district court in *Robinson* about the Voting Rights Act are irrelevant to this Court's duty to fully remedy the State's constitutional violation. This Court has no leeway to depart from the Constitution.

Thus, the brief adds pertinent arguments on issues central to the proper resolution of this case. "[C]ourts should welcome amicus briefs for one simple reason: '[I]t is for the honour of a court of justice to avoid error in their judgments.'" *Lefebure v. D'Aquilla*, 15 F.4th 670, 675 (5th Cir. 2021). "No benefit would be served by depriving the [C]ourt of the opportunity to engage with" the arguments presented in this brief. *Id.* at 674. "[T]o the contrary, that would contradict the whole point of our adversarial legal system." *Id.*

For these reasons, the Court should grant the motion and file the attached brief.

Respectfully submitted,

/s/   R. Chaz Coleman
R. Chaz Coleman (Bar No. 38165)
AYRES, SHELTON, WILLIAMS,
BENSON & PAINE, LLC
333 Texas Street (71101)
P.O. Box 1764
Shreveport, LA 71166
(318) 227-3305
ChazColeman@arklatexlaw.com

/s/   Christopher E. Mills
Christopher E. Mills*
SPERO LAW LLC
557 East Bay St. #22251
Charleston, SC 29413
(843) 606-0640
cmills@spero.law
*Pro hac vice admission pending

May 15, 2024

## CERTIFICATE OF SERVICE AND CONSENT SOUGHT

I hereby certify that on May 15, 2024, I presented the foregoing to the Clerk of Court by filing and uploading to the CM/ECF system, which will send notification of such filing to all parties. Counsel for proposed *amicus* sought consent from the parties for this motion, and Plaintiffs, the State, and *Galmon* intervenors consented; the other parties have not yet responded.

/s/   *R. Chaz Coleman*
R. Chaz Coleman (Bar No. 38165)
Ayres, Shelton, Williams,
Benson & Paine, LLC
333 Texas Street (71101)
P.O. Box 1764
Shreveport, LA 71166
(318) 227-3305
ChazColeman@arklatexlaw.com