# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, et al., *Plaintiffs*, v. NANCY LANDRY, in her official capacity as Secretary of State of Louisiana, *Defendant*. | Civil Action No.: 3:24-cv-00122-DCJ-CES-RRS |

## [PROPOSED] ORDER

The Court having considered the Motion for Leave to File Brief for the Project on Fair Representation as *Amicus Curiae* Regarding Remedies, it is hereby **ORDERED** that the motion is **GRANTED**. The proposed brief that accompanied the motion shall be deemed to have been filed and served by ECF on the date of this Order.

**IT IS SO ORDERED**.

This ____ day of _____ 2024.

_____
Judge Carl E. Stewart
United States Circuit Judge

_____
Judge Robert R. Summerhays
United States District Judge

                                        _____
                                        Judge David C. Joseph
                                        United States District Judge