(Rev. 6/14/2022)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| PHILLIP CALLAIS, ET AL. | Case No. | 3:24-CV-00122 |
|---|---|---|
| Plaintiff | | |
| VS. | Judge | DCJ-CES-RRS |
| NANCY LANDRY | Magistrate Judge | Kayla D. McClusky |
| Defendant | | |

**ORDER**

IT IS ORDERED that Christopher E. Mills be and is hereby admitted to the bar of this Court pro hac vice on behalf of proposed *amicus curiae* Project on Fair Representation in the above described action.

SO ORDERED on this, the 17th day of May, 2024.

_____
U.S. Magistrate Judge