# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

May 21, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-30177   Callais v. Landry  
                 USDC No. 3:24-CV-122

The court has granted the motion to supplement or correct the record in this case. The originating court is requested to add the attached motion and documents to their court's docket and to provide us with a supplemental electronic record. Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Majella A. Sutton, Deputy Clerk  
504-310-7680

Mr. John N. Adcock  
Mr. Jorge Benjamin Aguinaga  
Ms. Morgan Brungard  
Mr. Daniel Cohen  
Mr. Joseph Elton Cullens Jr.  
Ms. Qizhou Ge  
Mr. Edward Dean Greim  
Ms. Cassie Holt  
Mr. Paul Loy Hurd  
Ms. Abha Khanna  
Ms. Lalitha Madduri  
Mr. Daniel J. McCoy  
Mrs. Alyssa Riggins  
Mr. Jacob D. Shelly  
Mr. Phillip Strach  
Mr. John Carroll Walsh