No. 24-30177

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

PHILIP CALLAIS; LLOYD PRICE; BRUCE ODELL; ELIZABETH ERSOFF; ALBERTY CAISSIE; DANIEL WEIR; JOYCE LACOUR; CANDY CARROLL PEAVY; TANYA WHITNEY; MIKE JOHNSON; GROVER JOSEPH REES; ROLFE MCCOLLISTER
*Plaintiffs-Appellees,*

v.

NANCY LANDRY, in her official capacity as Louisiana Secretary of State,
*Defendant-Appellee,*

STATE OF LOUISIANA,
*Intervenor-Defendant-Appellee,*

PRESS ROBINSON; EDGAR CAGE; DOROTHY NAIRNE; EDWIN RENE SOULE; ALICE WASHINGTON; CLEE EARNEST LOWE; DAVANTE LEWIS; MARTHA DAVIS; AMBROSE SIMS; NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE LOUISIANA STATE CONFERENCE; POWER COALITION FOR EQUITY AND JUSTICE; STATE OF LOUISIANA,
*Intervenor-Defendants-Appellees,*

v.

EDWARD GALMON, SR.; CIARA HART; NORRIS HENDERSON; TRAMELLE HOWARD; ROSS WILLIAMS,
*Movants-Appellants.*

Appeal from the United States District Court for the Western District of Louisiana
Case No. 3:24-cv-122

**PLAINTIFF-APPELLEES' UNOPPOSED MOTION
TO SUPPLEMENT THE RECORD**

*(Counsel listed on next page)*

Edward D. Greim
Graves Garrett Greim, LLC
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Tel.: (816) 256-3181
Fax: (816) 222-0534
edgreim@gravesgarrett.com
*Attorney for Plaintiffs-Appellees*

## UNOPPOSED MOTION TO SUPPLEMENT THE RECORD

Appellees Philip Callais, Lloyd Price, Bruce Odell, Elizabeth Ersoff, Albert Caissie, Daniel Weir, Joyce LaCour, Candy Carroll Peavy, Tanya Whitney, Mike Johnson, Grover Joseph Rees, and Rolfe McCollister (collectively, "Appellees"), pursuant to 5th Cir. R. 27.1.11 and Fed. R. App. P. 27(b), respectfully move the Court or Clerk of the Court to supplement the Record on Appeal. This motion is unopposed.

Since the Record on Appeal was lodged on April 16, 2024, several events have transpired in the underlying case which materially affect the present appeal of the Orders Denying Intervention. First, the District Court allowed Appellants to file a Post-trial Amicus Brief. **(Doc. 196 and 197)**. Second, the District Court granted a final permanent injunction on the merits and determined that it would advance from the liability to the remedial phase of litigation. **(Doc. 198)**. Third, the District Court, *sua sponte*, reconsidered its Order Denying Intervention **(Doc. 79)**, and granted the *Galmon* Motion to Intervene **(Doc. 10)** for the purpose of participating in the remedial phase of the underlying litigation. **(Doc. 205)**. Fourth, the District Court held a status conference including

3

Appellants as Defendant-Intervenors to commence the remedial phase of the trial. **(Doc. 216)**.

Accordingly, Appellees request this Court supplement the record to include: **Doc. 196**; **Doc. 197**; **Doc. 198**; **Doc. 205**; and **Doc. 216**.

Additionally, Appellees request a ruling from the Clerk of the Court on this motion by Wednesday, May 22, 2024, as their brief is due Tuesday, May 28, 2024.

Respectfully submitted,

**GRAVES GARRETT GREIM LLC**

*s/ Edward D. Greim*
Edward D. Greim, MO #28676
1100 Main Street, Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Fax: (816) 256-5958
edgreim@gravesgarrett.com

*Attorney for Plaintiffs-Appellees*

4

## CERTIFICATE OF COMPLIANCE

I hereby certify that the following statements are true:

1. This brief complies with the type-volume limitations by FRAP 27(d)(1)(E) and 32(a)(7)(B)(i) and the word limit of FRAP 27(d)(2)(A). It contains 244 words, excluding the parts of the brief exempted by FRAP 32(f).

2. This brief complies with the typeface and typestyle requirements of FRAP 32(a)(5) and 32(a)(6). It has been prepared in proportionally-spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

Executed this 21st day of May, 2024

*/s/ Edward D. Greim*
Edward D. Greim

# CERTIFICATE OF SERVICE

I, Edward D. Greim, certify that on May 21st, 2024, a copy of the foregoing, was filed with the Clerk of the Court using the CM/ECF system, which sent notification to all parties through their counsel of record.

*/s/ Edward D. Greim*
Edward D. Greim
