IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> NANCY LANDRY, in her official capacity as Louisiana Secretary of State, <br><br> **Defendant.** | Case No. 3:24-cv-00122-DCJ-CES-RRS |

## *GALMON* MOVANTS' NOTICE OF APPEAL

Notice is hereby given that Edward Galmon, Sr., Ciara Hart, Norris Henderson, Tramelle Howard, and Ross Williams ("*Galmon* Movants") appeal to the Supreme Court of the United States from the following orders from this Court: Injunction and Reasons for Judgment, April 30, 2024, ECF No. 198; Order Denying the *Galmon* Movants' Motion to Intervene, February 26, 2024, ECF No. 79; and Order Denying the *Galmon* Movants' Motion to Reconsider Motion Denying Intervention, March 15, 2024, ECF No. 114.

This appeal is taken under 28 U.S.C. § 1253.

Respectfully submitted this May 30, 2024.

*s/ J.E. Cullens, Jr.*

J. E. Cullens, Jr. (LA # 23011)
Andrée Matherne Cullens (LA # 23212)
Stephen Layne Lee (LA # 17689)
WALTERS, THOMAS, CULLENS, LLC
12345 Perkins Road, Bldg. One
Baton Rouge, LA 70810
(225) 236-3636
cullens@lawbr.net
acullens@lawbr.net
laynelee@lawbr.net

*s/ Abha Khanna*

Abha Khanna* (# 917978)
ELIAS LAW GROUP LLP
1700 Seventh Ave., Suite 2100
Seattle, WA 98101
(206) 656-0177
akhanna@elias.law

Lalitha D. Madduri* (# 917979)
Jacob D. Shelly* (# 917980)
Daniel Cohen* (# 917976)
Qizhou Ge* (# 917977)

1

ELIAS LAW GROUP LLP
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
(202) 968-4490
lmadduri@elias.law
jshelly@elias.law
dcohen@elias.law
age@elias.law

* Admitted *pro hac vice*

Counsel for *Galmon* Movants

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2024, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and that service will be provided through the CM/ECF system.

<u>s/ Abha Khanna</u>
Abha Khanna

Counsel for *Galmon* Movants