Lysandra Williams, Dep in charge    Greta Roaix, Dep in charge Jun 12 24
800-2100 Lafayette St               515 109 Murray St
Lafayette LA 70501                  Alexandria LA 71315
337 593 5000 FAX 5027            318 473 7415 FAX 7345

                Robinson v Callais   3:24cv122   Stayed 23A994

Please mail me your price for the docket sheet in this your case pending timely appeal in the US Supreme Ct.
I suggest a 2nd ballot by limited voting for the six LA M's with LA voters electing 3 members by limited voting in each of two-three mem dists.
I lack a copy of emergency app No.23A1002 which I may get from the BMRCC library.

                                              *Robert Allensworth*
                                           Robert M Allensworth B14522 BMRCC
                                           251 N IL 37    Ina IL 62846

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
JUN 1 7 2024
DANIEL J. McCOY, CLERK
BY: KW