

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**800 Lafayette Street, Suite 2100**
**Lafayette, Louisiana 70501**
**337-593-5000**
**www.lawd.uscourts.gov**

Dear Sir or Madam:

We have your recently submitted request which was received on June 17, 2024. However, our office is unable to provide the information that you seek for the reason(s) indicated below:

- The court charges for copy work requests. Even if you are granted *in forma pauperis* status, you must pay for your copies ($0.50 per page) in advance, or there must be an order signed by a judge directing us to provide copies to you at no cost. The cost for your copy request is $38.00. If you are requesting certified copies, an $12.00 additional fee **per certified document** must be submitted. An itemized listing of your request is as follows:

| Case No. | Doc No. | Document Title/Description | Pages |
|---|---|---|---|
| 3:24-cv-0122 | N/A | Docket Sheet | 76 |
| | | TOTAL NUMBER OF PAGES: | 76 |

Please either:
1. Return your request, this letter, and payment to us at the address above, and we will provide the copies to you, or
2. You may make your payment **online** by going to https://www.lawd.uscourts.gov/fees-and-online-payments. You will then be taken to a secure online payment form. Once you complete the online form and payment is confirmed, we will provide the copies to you.

We are returning a copy of your request with this correspondence for your future reference.

Sincerely,

DANIEL J. McCOY, Clerk of Court

BY: s/K. Williams
       Deputy Clerk