2024 U.S. LEXIS 2168, *3

## *Robinson v. Callais*

Supreme Court of the United States

May 15, 2024, Decided

No. 23A994.

**Reporter**
2024 U.S. LEXIS 2168 *

Press Robinson, et al., Applicants v. Phillip Callais, et al.

**Notice:** The pagination of this document is subject to change pending release of the final published version.

**Prior History:** [*1] ON APPLICATION FOR STAY

*Callais v. Landry*, 2024 U.S. Dist. LEXIS 79140, 2024 WL 1903930 (W.D. La., Apr. 30, 2024)

**Judges:** Roberts, Thomas, Alito, Sotomayor, Kagan, Gorsuch, Kavanaugh, Barrett, Jackson.

## Opinion

The applications for stay presented to JUSTICE ALITO and by him referred to the Court are granted. See *Purcell v. Gonzalez*, 549 U. S. 1, 127 S. Ct. 5, 166 L. Ed. 2d 1 (2006). The April 30, 2024 order of the United States District Court for the Western District of Louisiana, case No. 3:24-cv-00122, is stayed pending the timely docketing of the appeal in this Court. Should the jurisdictional statement be timely filed, this order shall remain in effect pending this Court's action on the appeal. If the appeal is dismissed, or the judgment affirmed, this order shall terminate automatically. In the event jurisdiction is noted or postponed, this order will remain in effect pending the sending down of the judgment of this Court.

JUSTICE SOTOMAYOR and JUSTICE KAGAN would deny the applications for stay.

**Dissent by:** JACKSON

## Dissent

JUSTICE JACKSON, dissenting from grant of applications for stay.

These emergency applications arise from a complex series of cases about what district lines Louisiana voters should use to select their Congressional Representatives. Over more than two years of litigation, separate groups of voters have challenged [*2] Louisiana's congressional maps, first for violating *§2 of the Voting Rights Act* and now for violating the *Equal Protection Clause of the Constitution*. The Louisiana Legislature, two Governors, civil rights organizations, voters, and jurists at every level of our federal system have weighed in on these challenges. That careful scrutiny is fitting: The question of how to elect representatives consistent with our shared commitment to racial equality is among the most consequential we face as a democracy.

The question before us today, though, is far more quotidian: When does Louisiana need a new map for the November 2024 election? Redistricting raises unique and unusual timeliness concerns, with important deadlines weeks and even months before an election. The three-judge District Court in this action, after holding a full merits trial and finding the current map unconstitutional, scheduled the imposition of a remedial map for no later than June 4. In doing so, it rejected the State's argument that the real deadline for settling on a map is May 15. The State now renews those arguments before us, asserting that waiting any longer will result in irreparable harm, namely, "election chaos." Emergency Application in No. 23A1002, p. 19. The Court appears to credit the State's arguments, relying on the so-called [*3] *Purcell* principle that courts making changes to election procedures close to an election must consider the possibility of "voter confusion." *Purcell v. Gonzalez*, 549 U. S. 1, 4-5, 127 S. Ct. 5, 166 L. Ed. 2d 1 (2006) (per curiam).

In my view, *Purcell* has no role to play here. There is little risk of voter confusion from a new map being imposed this far out from the November election. In fact, we have often denied stays of redistricting orders issued as close or closer to an election. See *Merrill v. Milligan*, 595 U. S. ___ - ___, 142 S. Ct. 879, 882 (2022) (KAGAN, J., dissenting from grant of applications for stays) (*142 S. Ct. 879, 882, slip op., at 10-11*) (collecting cases). Of course, administrative difficulties may occur if a new map is imposed late in an election cycle. But, as the Fifth Circuit noted in rejecting similar *Purcell* arguments by the State in advance of the 2022 election, "'[i]f time presses too seriously, the District Court has the power appropriately to extend' . . . deadline[s] and other 'time limitations imposed by state law.'" *Robinson v. Ardoin*, 37 F. 4th 208, 230 (2022) (per curiam) (quoting *Sixty-seventh Minnesota State Senate v. Beens*, 406 U. S. 187, 201, n. 11, 92 S. Ct. 1477, 32 L. Ed. 2d 1 (1972) (per curiam)).

Rather than wading in now, I would have let the District Court's remedial process run its course before considering whether our emergency intervention was warranted.[*] Therefore, I respectfully dissent.

---

End of Document

---

[*] In a separate application, intervenors from the earlier Voting Rights Act litigation allege that they will face irreparable harm if subjected to another election under a map that likely violates §2. See Emergency Application in No. 23A994, p. 40. That harm is serious, but it was, at the time of these emergency filings, highly contingent. The District Court has not yet selected a remedial map, and, were it not for this Court's intervention, it may have selected a map that complies with both §2 and the *Equal Protection Clause*. I would have waited until after the remedial process concluded (when it would have been clearer if the intervenors' faced irreparable harm) to consider their arguments.

Lysander Williams Dep in Charge                          Jun 12 24
                              WI Sec State LaFollette          Apr 3 24
800-2100 Lafayette St         BX 7848 Madison WI  53707 608 266 8888
Lafayette LA 70501            Legis Cnsl 1 E Main 53703 608 266 1304
                                              FAX 3159   FAX 3830

LIMITED VOTING MAY COME THIS YEAR    SCRAP SINGLE-MEM DISTRICTS!
I like 3 & 4-mem dists: 1 Dem 1 Rep & 1 or 2 Indep! GA & NC 2 3 & 2 4-mem!
WI MN & MO 2 4-mem LA & KY 2 3-mem TN & IN 3 3-mem AL & SC 1 3 & 1 4-mem!
HAVE TX VOTERS ELECT their 38 US MCs from 10 3 & 2 4-mem dists!
"The only way out from this TWO-PARTY DOOM LOOP is to Scrap the SINGLE-
district electoral system!" PSQ Vol 136 #4 2022 www.psqonline.org
ACAD POL SCI    aps@psqonline.org      212 870 2500 FAX 2202
99+ docket entries Veasey v Abbott 2:13cv197 Corpus are from me pro se!
Many ask for a 2nd ballot! Have TX & GA voters elect 48 Senators from 1
3-mem dists & 144 House mems 48 3-mem dists!
LA & MS 36 Senators 12 3-mem dists & 108 House mems 36 3-mem dists!
Many GA House mems share a Room & Phone #.
Please Phone some at 404 656 0109 0126 0152 0178 0188 0202 0213!
                                         0116
        Sec State Raffensperger 206-214 Wash SW 30334 844 753 3824
                                                  FAX 404 656 0513

Wisc's legis created an Accountability Bd in 2007 in wake of an ethics
scandal. It pushed disclosure. IRS pushed a trench of audits & interro
on conserv orgs. This probe got in Milw Jrnl Sent. Wall St Jrnl blew 1
off story. WI State Jg Greg Peterson rejected illegal coord theory &
quashed som subpeonas. On Feb 11 David Rivkin filed O'Keefe v Schmitz
14 C 139 on how a group spent 4 years harassing pol opponents with Joh
Does. On May 6 Jg Rankin shut operatn down.
Calif nonprofits must file IRS 990 tax forms with the AG. Kamala Harri
claimed they were incomplete lacking full donor attachment. Center for
Competitive Politcs sued arguing fed law protected those names. In Dec
Am for Prosperity Fndtn filed its own suit. In 2015 a 9th Cir JG panel
upheld Harris. Ina Dep 2015 58 orgs filed a SCOTUS brief - Declined NC
- Kimberly Strassel WSJ Ed Bd 2005+ ©2016 INTIM GAME 12 TWELVE
                                              Hacket Book Group

14 C 139   517-362 E Wisc Ave
Milw WI 53202                          Robert M Allensworth B14522
414 297 1698 3372 FAX 1695 3253
www.wied uscourts.gov                  251 N IL 37    Ina IL 62346

Have IL voters elect their 17 UC MCs from 3 3 & 2 4-mem dists!
    OH                           16          4 4-mem dists!
Am for Prosp v Baonta     141 S Ct 2313            RECEIVED
                                                U.S. DISTRICT COURT
Robinson v Jallais  23A994  May 15 24       WESTERN DISTRICT OF LOUISIANA
                                                 JUN 17 2024

                                          DANIEL J. McCOY, CLERK
                                          BY: KW