R Allensworth B14522
251 N IL 3||
Tna IL 62846

THIS CORRESPONDENCE
IS FROM AN INMATE OF IDOC

SAINT LOUIS MO 63?
12 JUN 2024 PM 9 L

US POSTAGE PITNEY BOWES

ZIP 62846
02 4W
0000379096 JUN 12 2024
$ 000.64

Lysandra Williams
800-2100 Lafayette St
Lafayette LA 70501

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUN 1 7 2024

DANIEL J. McCOY, CLERK
BY:_____

X-RAYED
CLEARED FOR DELIVERY

70501-686525