# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 24, 2024

**RECEIVED**
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUN 2 7 2024

DANIEL J. McCOY, CLERK
BY:_____

Clerk
United States District Court for the Western
District of Louisiana
Joe D. Waggonner Federal Bldg.
300 Fannin Street, Suite 1167
Shreveport, LA 71101-3089

Re: Nancy Landry, Louisiana Secretary of State, et al.
v. Phillip Callais, et al.
Application No. 23A1142
(Your No. 3:24-cv-00122)

Dear Clerk:

The application for an extension of time within which to docket an appeal in the above-entitled case has been presented to Justice Alito, who on June 24, 2024, extended the time to and including July 30, 2024.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by
Lisa Nesbitt
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Jorge Benjamin Aguinaga
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, LA 70802

Mr. Edward Dean Greim
Graves Garrett Greim LLC
1100 Main Street, Suite 2700
Kansas City, MO 64105

Clerk
United States District Court for the Western District of Louisiana
Joe D. Waggonner Federal Bldg.
300 Fannin Street, Suite 1167
Shreveport, LA 71101-3089