OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

NOV 1 2 2024

DANIEL J. McCOY, CLERK

BY:_____





X-RAYED



NEWPORT
11/04/2024
US POSTAGE $000.69⁰
US OFFICIAL MAIL
$300 Penalty
For Private Use
ZIP 20543
041M11120601

FIRST-CLASS MAIL