# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

December 9, 2024

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States District Court for the Western
District of Louisiana
Joe D. Waggonner Federal Bldg.
300 Fannin Street, Suite 1167
Shreveport, LA 71101-3089

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

DEC 1 9 2024

DANIEL J. McCOY, CLERK
BY:_____

Re: Louisiana
v. Phillip Callais, et al.
No. 24-109 VIDED
(Your No. 3:24-cv-00122-DCJ-CES-RRS)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of Edward Galmon, Sr., et al. for leave to intervene is denied.

Sincerely,

Scott S. Harris, Clerk