IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA—MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, <br><br> *Plaintiffs,* <br><br> v. <br><br> NANCY LANDRY, in her official capacity as Secretary of State of Louisiana, <br><br> *Defendant.* | Case No. 3:24-cv-00122-DCJ-CES-RRS <br><br> *District Judge David C. Joseph* <br> *Circuit Judge Carl E. Stewart* <br> *District Judge Robert R. Summerhays* <br><br> *Magistrate Judge Kayla D. McClusky* |

## MOTION TO WITHDRAWAL AS COUNSEL

COMES NOW, Phillip M. Gordon and Brennan A.R. Bowen of the Law Firm of Holtzman Vogel Baran Torchinsky & Josefiak PLLC and hereby moves the Court for an order allowing them to withdraw as counsel as they are leaving the firm and will no longer be representing Intervenor-Defendant State of Louisiana. Attorney's Jason B. Torchinsky, Elizabeth B. Murrill, Morgan Brungard, Carey Tom Jones, and Amanda M. LaGroue will continue to serve as counsel of record for the Plaintiffs.

WHEREFORE, Phillip M. Gordon and Brennan A.R. Bowen pray this Honorable Court grant their motion and issue an order permitting them to withdrawal as counsel.

Dated: January 29, 2025

1

Respectfully Submitted,

Jason B. Torchinsky (DC 976033)*
Phillip M. Gordon (DC 1531277)*
Brennan A.R. Bowen (AZ 036639)*
Holtzman Vogel Baran
Torchinsky & Josefiak, PLLC
15405 John Marshall Highway
Haymarket, VA 20169
(540) 341-8808 phone
(540) 341-8809 fax
jtorchinsky@holtzmanvogel.com
pgordon@holtzmanvogel.com
bbowen@holtzmanvogel.com

*admitted pro hac vice*

_____
Phillip M. Gordon (DC 1531277)*
**NAMAN HOWELL SMITH & LEE**
400 Austin Ave., Suite 800
Waco, TX 76701
Phone: 254.755.4100
Fax: 254.754.6331
pgordon@namanhowell.com

*admitted pro hac vice*

_____
Brennan A.R. Bowen (AZ 036639)*
FRAZIER LAW
7702 E. Doubletree Ranch Road
Suite 300
Scottsdale, AZ 85258
BBowen@frazierlawpllc.net

*admitted pro hac vice*

*/s/ Elizabeth B. Murrill*
Elizabeth B. Murrill (LSBA No. 20685)
   *Louisiana Attorney General*
Morgan Brungard (LSBA No. 40298)
Carey Tom Jones (LSBA No. 07474)
Amanda M. LaGroue (LSBA No. 35509)

Office of the Attorney General
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6000 phone
(225) 326-6098 fax
murrille@ag.louisiana.gov
jonescar@ag.louisiana.gov
brungardm@ag.louisiana.gov
LaGroueA@ag.louisiana.gov

*Counsel for Proposed Intervenor-Defendant State of Louisiana*

## CERTIFICATE OF SERVICE

I do hereby certify that, on this 29th day of January 2025, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which gives notice of filing to all counsel of record.

*/s/ Carey Tom Jones*
Carey Tom Jones