IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA—MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER,<br><br>    *Plaintiffs,*<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State of Louisiana,<br><br>*Defendant.* | Case No. 3:24-cv-00122-DCJ-CES-RRS<br><br>*District Judge David C. Joseph*<br>*Circuit Judge Carl E. Stewart*<br>*District Judge Robert R. Summerhays*<br><br>*Magistrate Judge Kayla D. McClusky* |

## **ORDER**

CONSIDERING the foregoing Motion to Withdraw as Counsel*:*

IT IS ORDERED that the Motion is GRANTED, and Phillip M. Gordon and Brennan A.R. Bowen re hereby withdrawn as additional counsel for the Intervenor Defendant State of Louisiana, in the above captioned matter.

READ SIGNED AND DATED this 11th day of February, 2025.

_____
United States Magistrate Judge, Western District of Louisiana

1