RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FEB 1 9 2025
DANIEL J. McCOY, CLERK
BY: _____

OFFICE OF THE CLERK
**SUPREME COURT OF THE UNITED STATES**
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FIRST-CLASS MAIL
02/11/2025
US POSTAGE $000.69⁰
US OFFICIAL MAIL
$300 Penalty For Private Use
ZIP 20543
041M11120601



