IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

PHILLIP CALLAIS, LLOYD PRICE,
BRUCE ODELL, ELIZABETH ERSOFF,
ALBERT CAISSIE, DANIEL WEIR, JOYCE
LACOUR, CANDY CARROLL PEAVY,
TANYA WHITNEY, MIKE JOHNSON,
GROVER JOSEPH REES, ROLFE
MCCOLLISTER,

                  Plaintiffs,

v.

NANCY LANDRY, in her official capacity as
Louisiana Secretary of State,

                  Defendant.

Case No. 3:24-cv-00122-DCJ-CES-RRS

Judge David C. Joseph
Judge Carl E. Stewart
Judge Robert R. Summerhays

Magistrate Judge Kayla D. McClusky

## MOTION FOR *PRO HAC VICE* ADMISSION OF JORDAN A. KOONTS

Pursuant to the local rules for the United States District Court, Western District of Louisiana, John C. Walsh, counsel for Defendant Nancy Landry, in her official capacity as Secretary of State for the state of Louisiana, hereby moves for the admission of Jordan A. Koonts to appear *pro hac vice* in the above-captioned matter as co-counsel. In consideration of this motion, the following facts support his application:

Mr. Koonts is a graduate of the University of North Carolina School of Law and is a licensed attorney admitted to practice in the State of North Carolina. He is a member in good standing of the State Bar of North Carolina.

Pursuant to Local Civil Rule 83.2.6, a declaration under oath by Mr. Koonts is attached hereto as **Exhibit A**, swearing that no disciplinary proceedings or criminal charges have been instituted against him. Also pursuant to Local Civil Rule 83.2.6, a Certificate of Good Standing is attached hereto as **Exhibit B**.

Mr. Koonts' contact information for the applicants is as follows: Jordan A. Koonts, Nelson Mullins Riley & Scarborough LLP, 301 Hillsborough Street, Suite 1400, Raleigh, NC 27603; Phone: 919-329-3800; Fax: 919-329-3799.

The undersigned local counsel understands that he will be responsible to the Court at all stages of the proceedings and that he must co-sign all documents filed in this matter.

WHEREFORE,  John C. Walsh, counsel of record for Defendant Nancy Landry, in her official capacity as Louisiana Secretary of State, in this case and a member in good standing, prays that this court enter an Order permitting Jordan A. Koonts to appear *pro hac vice* as counsel on behalf of Defendant Nancy Landry, in her official capacity as Louisiana Secretary of State, in the above captioned matter.

Dated: March 31, 2025.                     Respectfully submitted,


                                            /s/ John C. Walsh
                                            John C. Walsh, LA Bar Roll No. 24903
                                            Shows, Call & Walsh, L.L.P.
                                            P.O. Box 4046
                                            Baton Rouge, LA 70821
                                            Ph: (225) 346-1461
                                            Fax: (225) 346-5561

                                            *Counsel for Defendant Nancy Landry, in her*
                                            *official capacity as Secretary of State of Louisiana*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties of record.

/s/ John C. Walsh
John C. Walsh

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, | Case No. 3:24-cv-00122-DCJ-CES-RRS |
| Plaintiffs, | Judge David C. Joseph<br>Judge Carl E. Stewart<br>Judge Robert R. Summerhays |
| v. | |
| NANCY LANDRY, in her official capacity as Louisiana Secretary of State, | Magistrate Judge Kayla D. McClusky |
| Defendant. | |

## DECLARATION OF JORDAN A. KOONTS IN SUPPORT OF EX PARTE MOTION FOR ADMISSION *PRO HAC VICE*

I, Jordan A. Koonts of Raleigh, North Carolina, declare the following:

1.    I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

2.    No disciplinary proceedings or criminal charges have been instituted against me.

3.    I am currently a member in good standing of the North Carolina State Bar (NC Bar No. 59363) and am admitted to practice before the Supreme Court of the State of North Carolina.

4.    A Certificate of Good Standing is attached to this declaration as an exhibit.

5.    I declare under penalty of perjury that the foregoing is true and correct.

Furthermore, I do solemnly swear that I will conduct myself as an attorney and counselor of this Court, uprightly, and according to law; and that I will support the Constitution of the United States.

Executed on March 31st, 2025.

/s/ Jordan A. Koonts
Jordan A. Koonts, NC Bar No. 59363
Nelson Mullins Riley & Scarborough LLP
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
PH: (919) 329-3800
Jordan.koonts@nelsonmullins.com

# Exhibit B

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Grant E. Buckner, Clerk of the Supreme Court of North Carolina, do hereby certify

that on September 1, 2022, license to practice as an Attorney and Counselor at Law in all

the Courts of this State was issued by the North Carolina Board of Law Examiners to

# Jordan Alexander Koonts

according to the certified list of licentiates reported by the Secretary of said Board and filed

in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this

Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in

Raleigh, this March 5, 2025.

Grant E. Buckner
Clerk of the Supreme Court
of the State of North Carolina