IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER,<br><br>Plaintiffs,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Louisiana Secretary of State,<br><br>Defendant. | Case No. 3:24-cv-00122-DCJ-CES-RRS<br><br>Judge David C. Joseph<br>Judge Carl E. Stewart<br>Judge Robert R. Summerhays<br><br>Magistrate Judge Kayla D. McClusky |

## ORDER

Considering the foregoing *Ex Parte Motion for Admission Pro Hac Vice*,

**IT IS HEREBY ORDERED** that Jordan A. Koonts be enrolled as counsel of record for Defendant Nancy Landry, in her official capacity as Secretary of State of Lousiana in the above-captioned matter.

_____                              _____
Date                                                                                          United States District Judge