# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF LOUISIANA—MONROE DIVISION

| | | |
|---|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:24-cv-00122-DCJ-CES-RRS |
| v. | ) ) ) | District Judge David C. Joseph Circuit Judge Carl E. Stewart |
| NANCY LANDRY, IN HER OFFICIAL CAPACITY AS LOUISIANA SECRETARY OF STATE, | ) ) ) ) | District Judge Robert R. Summerhays Magistrate Judge Kayla D. McClusky |
| Defendant. | ) ) | |

## MOTION TO WITHDRAW AS COUNSEL

Individual attorney and counsel to Plaintiffs, Jackson Tyler hereby moves this Court for leave to withdraw as attorney of record in the above-referenced case. Mr. Tyler is moving to another firm and will no longer be employed by Graves Garrett Greim LLC. Plaintiffs will continue to be represented by Graves Garrett Greim LLC and Paul Loy Hurd, APLC.

WHEREFORE, for the above-stated reason, Counsel to Plaintiffs, Jackson Tyler, respectfully requests this Court for leave to withdraw as attorney of record for Plaintiffs.

Dated this 2nd day of April, 2025.

Respectfully submitted,  **PAUL LOY HURD, APLC**

*/s/ Paul Loy Hurd*
Paul Loy Hurd
Louisiana Bar No. 13909
Paul Loy Hurd, APLC
1896 Hudson Circle, Suite 5
Monroe, Louisiana 71201
Tel.: (318) 323-3838
paul@paulhurdlawoffice.com
*Attorney for Plaintiffs*

 And

 **GRAVES GARRETT GREIM LLC**
*/s/ Jackson Tyler*
Edward D. Greim, * Mo. Bar No. 54034
A. Bradley Bodamer, * Mo. Bar No.28676
Matthew Mueller, * Mo. Bar No. 70263
Jackson Tyler, * Mo. Bar No. 73115
Katherine Graves, * Mo. Bar No. 74671
**Admitted Pro Hac Vice*
GRAVES GARRETT GREIM LLC
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Tel.: (816) 256-3181
Fax: (816) 256-5958
edgreim@gravesgarrett.com
bbodamer@gravesgarrett.com
jtyler@gravesgarrett.com
mmueller@gravesgarrett.com
kgraves@gravesgarrett.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I do hereby certify that, on this 2nd day of April, 2025, was served via electronic mail to all counsel of record.

*/s/ Jackson Tyler*
Jackson Tyler

2