# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF LOUISIANA—MONROE DIVISION

| | | |
|---|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:24-cv-00122-DCJ-CES-RRS |
| v. | ) ) ) | District Judge David C. Joseph Circuit Judge Carl E. Stewart |
| NANCY LANDRY, IN HER OFFICIAL CAPACITY AS LOUISIANA SECRETARY OF STATE, | ) ) ) ) | District Judge Robert R. Summerhays Magistrate Judge Kayla D. McClusky |
| Defendant. | ) ) | |

## **ORDER**

CONSIDERING the foregoing Motion to Withdraw as Counsel.

IT IS ORDERED that the Motion is GRANTED, and Jackson Tyler is hereby withdrawn as counsel of record for Plaintiffs in the above captioned matter.

This ___ day of April, 2025

_____
United States District Court, Western District of Louisiana, Monroe Division

1