# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF LOUISIANA—MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, <br><br>　　　　　Plaintiffs, <br><br>v. <br><br>NANCY LANDRY, IN HER OFFICIAL CAPACITY AS LOUISIANA SECRETARY OF STATE, <br><br>　　　　　Defendant. | Case No. 3:24-cv-00122-DCJ-CES-RRS <br><br>District Judge David C. Joseph <br>Circuit Judge Carl E. Stewart <br>District Judge Robert R. Summerhays <br><br>Magistrate Judge Kayla D. McClusky |

## ORDER

CONSIDERING the foregoing Motion to Withdraw as Counsel.

IT IS ORDERED that the Motion is GRANTED, and Jackson Tyler is hereby withdrawn as counsel of record for Plaintiffs in the above captioned matter.

This __4th__ day of April, 2025

_____
United States District Court, Western District of
Louisiana, Monroe Division

1