### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF LOUISIANA, MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, *Plaintiffs*, v. NANCY LANDRY, in her official capacity as Secretary of State for Louisiana, *Defendant*. | Civil Action No. 3:24-cv-00122<br><br>Judge David C. Joseph<br><br>Circuit Judge Carl E. Stewart<br><br>Judge Robert R. Summerhays |

### MOTION TO WITHDRAW AS COUNSEL

I, Megan C. Keenan, respectfully request leave to withdraw as counsel for Press Robinson, Alice Washington, Clee Ernest Lowe, Ambrose Sims, Edgar Cage, Dorothy Nairne, Davante Lewis, Edwin René Soulé, Martha Davis, Louisiana State Conference of the NAACP, and Power Coalition for Equity and Justice (collectively, the "*Robinson* Intervenor-Defendants"). I am leaving my current position at the American Civil Liberties Union Foundation on January 29, 2026. The *Robinson* Intervenor-Defendants will continue to be represented by my colleagues Sarah Brannon and Sophia Lin Lakin at the American Civil Liberties Union Foundation, as well as our co-counsel at the ACLU Foundation of Louisiana; NAACP Legal Defense & Educational Fund; Paul, Weiss, Rifkind, Wharton & Garrison LLP; Election Law Clinic at Harvard Law School; Adcock Law LLC; and practitioner Ron Wilson.

Date: January 29, 2026          Respectfully submitted,

          /s/ Megan C. Keenan

Megan C. Keenan*
American Civil Liberties Union Foundation
915 15th St. NW
Washington, DC 20005
mkeenan@aclu.org

*admitted pro hac vice

2