## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF LOUISIANA, MONROE DIVISION

PHILLIP CALLAIS, LLOYD PRICE,
BRUCE ODELL, ELIZABETH ERSOFF,
ALBERT CAISSIE, DANIEL WEIR,
JOYCE LACOUR, CANDY CARROLL
PEAVY, TANYA WHITNEY, MIKE
JOHNSON, GROVER JOSEPH REES,
ROLFE MCCOLLISTER,

*Plaintiffs*,

v.

NANCY LANDRY, in her official capacity
as Secretary of State for Louisiana,

*Defendant*.

Civil Action No. 3:24-cv-00122

Judge David C. Joseph

Circuit Judge Carl E. Stewart

Judge Robert R. Summerhays

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

CONSIDERING the foregoing Motion to Withdraw as Counsel, IT IS ORDERED that the

Motion is GRANTED, and Megan C. Keenan is hereby withdrawn as counsel for Press Robinson,

Alice Washington, Clee Ernest Lowe, Ambrose Sims, Edgar Cage, Dorothy Nairne, Davante

Lewis, Edwin René Soulé, Martha Davis, Louisiana State Conference of the NAACP, and Power

Coalition for Equity and Justice in the above captioned matter.

Date:   February 3, 2026

United States District Court
Western District of Louisiana,
Monroe Division