# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF LOUISIANA, MONROE DIVISION

PHILLIP CALLAIS, LLOYD PRICE,
BRUCE ODELL, ELIZABETH ERSOFF,
ALBERT CAISSIE, DANIEL WEIR,
JOYCE LACOUR, CANDY CARROLL
PEAVY, TANYA WHITNEY, MIKE
JOHNSON, GROVER JOSEPH REES,
ROLFE MCCOLLISTER,

*Plaintiffs*,

v.

NANCY LANDRY, in her official capacity
as Secretary of State for Louisiana,

*Defendant*.

Civil Action No. 3:24-cv-00122

Judge David C. Joseph

Circuit Judge Carl E. Stewart

Judge Robert R. Summerhays

## ORDER

CONSIDERING the foregoing Motion to Withdraw as Counsel:

IT IS ORDERED that the Motion is GRANTED, and Neil Chitrao is hereby withdrawn as counsel of record for Press Robinson, Edgar Cage, Dorothy Nairne, Edwin Rene Soule, Alice Washington, Clee Earnest Lowe, Davante Lewis, Martha Davis, Ambrose Sims, National Association for the Advancement of Colored People Louisiana State Conference, and Power Coalition for Equity and Justice (collectively, the *Robinson* Intervenors) in the above captioned matter.

Shreveport, Louisiana, this 2nd day of April, 2026

_____
United States District Court, Western District of Louisiana, Monroe Division
  Kayla D. McClusky
  U.S. Magistrate Judge