## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF LOUISIANA, MONROE DIVISION

PHILLIP CALLAIS, LLOYD PRICE,
BRUCE ODELL, ELIZABETH ERSOFF,
ALBERT CAISSIE, DANIEL WEIR,
JOYCE LACOUR, CANDY CARROLL
PEAVY, TANYA WHITNEY, MIKE
JOHNSON, GROVER JOSEPH REES,
ROLFE MCCOLLISTER,

*Plaintiffs*,

v.

NANCY LANDRY, in her official capacity
as Secretary of State for Louisiana,

*Defendant*.

Civil Action No. 3:24-cv-00122

Judge David C. Joseph

Circuit Judge Carl E. Stewart

Judge Robert R. Summerhays

## MOTION TO WITHDRAW AS COUNSEL

I, Daniel Hessel, respectfully request leave to withdraw as counsel for Press Robinson, Alice Washington, Clee Ernest Lowe, Ambrose Sims, Edgar Cage, Dorothy Nairne, Davante Lewis, Edwin René Soulé, Martha Davis, Louisiana State Conference of the NAACP, and Power Coalition for Equity and Justice (collectively, the "Robinson Intervenor-Defendants"). I am leaving my current position at the Election Law Clinic at Harvard Law School. The Robinson Intervenor-Defendants will continue to be represented by counsel at the American Civil Liberties Union Foundation; ACLU Foundation of Louisiana; NAACP Legal Defense & Educational Fund; Paul, Weiss, Rifkind, Wharton & Garrison LLP; and Adcock Law LLC.

DATED:  April 20, 2026

/s/ Daniel Hessel
Daniel Hessel
ELECTION LAW CLINIC
HARVARD LAW SCHOOL
6 Everett Street, Ste. 4105
Cambridge, MA 02138
dhessel@law.harvard.edu

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

Date: April 20, 2026                                  */s/ Daniel Hessel*
                                                      Daniel Hessel