## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF LOUISIANA, MONROE DIVISION

PHILLIP CALLAIS, LLOYD PRICE,
BRUCE ODELL, ELIZABETH ERSOFF,
ALBERT CAISSIE, DANIEL WEIR,
JOYCE LACOUR, CANDY CARROLL
PEAVY, TANYA WHITNEY, MIKE
JOHNSON, GROVER JOSEPH REES,
ROLFE MCCOLLISTER,

*Plaintiffs*,

v.

NANCY LANDRY, in her official capacity
as Secretary of State for Louisiana,

*Defendant*.

Civil Action No. 3:24-cv-00122

Judge David C. Joseph

Circuit Judge Carl E. Stewart

Judge Robert R. Summerhays

## [PROPOSED] ORDER

Upon consideration of the motion to withdraw as counsel, it is HEREBY ORDERED that

the motion is GRANTED, and Daniel Hessel is hereby withdrawn as counsel of record for Press

Robinson, Edgar Cage, Dorothy Nairne, Edwin René Soulé, Alice Washington, Clee Earnest

Lowe, Davante Lewis, Martha Davis, Ambrose Sims, National Association for the Advancement

of Colored People Louisiana State Conference, and Power Coalition for Equity and Justice in the

above captioned matter.

Dated April _____, 2026

_____

United States District Court
Western District of Louisiana
Monroe Division