**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA—MONROE DIVISION**

PHILLIP CALLAIS, LLOYD PRICE,      )
BRUCE ODELL, ELIZABETH ERSOFF,     )
ALBERT CAISSIE, DANIEL WEIR,       )
JOYCE LACOUR, CANDY CARROLL        )
PEAVY, TANYA WHITNEY, MIKE         )
JOHNSON, GROVER JOSEPH REES,       )
ROLFE MCCOLLISTER,                 )
                                   )      Case No. 3:24-cv-00122-DCJ-CES-RRS
          Plaintiffs,              )
                                   )
v.                                 )      District Judge  David C. Joseph
                                   )      Circuit Judge Carl E. Stewart
NANCY LANDRY, IN HER OFFICIAL      )      District Judge  Robert R. Summerhays
CAPACITY AS LOUISIANA              )
SECRETARY OF STATE,                )      Magistrate Judge Kayla D. McClusky
                                   )
          Defendant.               )

**PLAINTIFFS' NOTICE OF APPLICATION TO THE UNITED STATES SUPREME
COURT FOR EXPEDITED ISSUANCE OF A COPY OF THE OPINION AND A
CERTIFIED COPY OF THE JUDGMENT TO THIS COURT**

1.      Plaintiffs hereby provide notice they have filed an application in the United States

Supreme Court requesting that the Clerk of that Court expedite the issuance of a copy of the

Supreme Court's opinion and a certified copy of its judgment to the Clerk of this Court. *See*

Application, attached as Exhibit 1.

2.      On April 29, 2026, the Supreme Court affirmed this Court's decision of April 30,

2024, in favor of Plaintiffs. *See* Opinion, attached as Exhibit 2. The Supreme Court also remanded

Plaintiffs' case to this Court for proceedings consistent with the Supreme Court's decision. *Id*.

3.      Despite the Supreme Court's decision, Plaintiffs' Application to the Supreme Court

was necessary to ensure that jurisdiction passes expeditiously from the Supreme Court back to this

Court under Supreme Court Rule 45.3. Under Rule 45.3, jurisdiction remains with the Supreme

1

Court until the Clerk of that Court issues a copy of the Court's opinion and a certified copy of the judgment to the Clerk of this Court. Once the Clerk of this Court receives those items from the Clerk of the Supreme Court, this Court can proceed to impose a remedy.

4.      At that time, Plaintiffs intend to move this Court to immediately complete the remedial proceedings it was on the cusp of completing in May of 2024. In the event the Legislature passes a proposed remedy to control the 2026 elections, this Court can and should retain jurisdiction to ensure that the new legislation remedies Plaintiffs' injury and is otherwise lawful. Alternatively, if the Legislature does not pass a lawful plan, the Legislature may still make statutory changes to impending primary deadlines, which will give this Court an opportunity to produce its own interim remedial plan. Either way, Plaintiffs' injury would be remedied in time for the 2026 congressional elections.

5.      Even in the unlikely event that the Legislature takes no action at all to impact the 2026 elections, an early remedy from this Court would (1) ensure that the 2028 election is held under a constitutionally-compliant map; and (2) potentially give the Legislature a chance to consider the Court-drawn map and pass its own new plan in 2027, in plenty of time for the 2028 cycle.

6.      In conclusion, Plaintiffs respectfully submit that this Court should prepare to review a Legislative remedial map, or implement its own temporary remedial map, so that 2026 does not become the second congressional election cycle conducted under a racial gerrymander.

Dated this 29th day of April, 2026

PAUL LOY HURD, APLC
*/s/ Paul Loy Hurd*
Paul Loy Hurd
Louisiana Bar No. 13909
1896 Hudson Circle, Suite 5
Monroe, Louisiana 71201
Tel.: (318) 323-3838
paul@paulhurdlawoffice.com
*Attorney for Plaintiffs*

Respectfully submitted,

GRAVES GARRETT GREIM LLC
*/s/  Edward  D.  Greim*
Edward D. Greim
Missouri Bar No. 54034
*Admitted Pro Hac Vice*
Matthew Mueller
Missouri Bar No. 70263
*Admitted Pro Hac Vice*
Katherine E. Mitra
Missouri Bar No. 74671
*Admitted Pro Hac Vice*
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Tel.: (816) 256-3181
Fax: (816) 256-5958
edgreim@gravesgarrett.com
mmueller@gravesgarrett.com
kmitra@gravesgarrett.com
*Attorneys for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I do hereby certify that, on this 29th day of April, 2026, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which gives notice of filing to all counsel of record.

*/s/ Edward D. Greim*
Edward D. Greim
*Attorney for Plaintiffs*

3