UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

PHILLIP CALLAIS, ET AL

CIVIL DOCKET NO. 3:24-CV-00122
DCJ-CES-RRS

VERSUS

THREE-JUDGE COURT

NANCY LANDRY, in her official
capacity as Louisiana Secretary of
State

## ORDER

Considering the Opinion issued by the United States Supreme Court on April
29, 2026, in the matter of *Louisiana v. Callais*, 608 U.S. ____ (2026),

**IT IS HEREBY ORDERED THAT:**

1)    This Court's ruling having been affirmed and the matter remanded
by the Supreme Court, the permanent Injunction issued by this
Court prohibiting the State of Louisiana "from using SB8's map of
congressional districts for any election" remains in effect. [Doc.
198].

2)    The State of Louisiana will be afforded the opportunity to enact a
Constitutionally compliant map consistent with the Supreme
Court's opinion in *Louisiana v. Callais*, 608 U.S. ____ (2026) and
this Court's Injunction. [Doc. 198].

3)    The State of Louisiana shall file a brief outlining how the State
intends to comply with the Supreme Court's opinion in *Louisiana
v. Callais* and this Court's Injunction within three (3) days of
receipt by this Court of a certified copy of the Supreme Court's
Judgment. Any responses to the State of Louisiana's brief by other
parties may be filed within three (3) days thereafter.

THUS, DONE AND SIGNED on this 30th day of April 2026.

CARL E. STEWART
UNITED STATES CIRCUIT JUDGE

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE