**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF LOUISIANA, MONROE DIVISION**

PHILLIP CALLAIS, LLOYD PRICE,
BRUCE ODELL, ELIZABETH ERSOFF,
ALBERT CAISSIE, DANIEL WEIR,
JOYCE LACOUR, CANDY CARROLL
PEAVY, TANYA WHITNEY, MIKE
JOHNSON, GROVER JOSEPH REES,
ROLFE MCCOLLISTER,

    *Plaintiffs*,

    v.

NANCY LANDRY, in her official capacity
as Secretary of State for Louisiana,

    *Defendant.*

Civil Action No. 3:24-cv-00122

Judge David C. Joseph

Circuit Judge Carl E. Stewart

Judge Robert R. Summerhays

*ROBINSON* **INTERVENORS' MOTION TO VACATE**

*Robinson* Intervenors hereby move to vacate the order issued by this Court on April 30, 2026 (Doc. 261) because it is inconsistent with the U.S. Supreme Court's stay of this Court's April 30, 2024 injunction (Doc. 198). Because the judgement of the Supreme Court has yet to issue, the stay remains in effect. On May 15, 2024, the Supreme Court issued an order staying this Court's injunction. The Supreme Court's order instructs that

> Should the jurisdictional statement be timely filed, this order shall remain in effect pending this Court's action on the appeal. If the appeal is dismissed, or the judgment affirmed, this order shall terminate automatically. *In the event jurisdiction is noted or postponed, this order will remain in effect pending the sending down of the judgment of this Court.*

*See* 144 S. Ct. 1171 (2024) (emphasis added).

The Supreme Court noted probable jurisdiction in this case on November 4, 2024. Therefore, the termination of the stay is governed by the stay order's final sentence, which provides for termination of the stay *only* upon the Court issuing its judgment. That is, until the judgment issues, the stay of this Court's injunction remains in place. The Supreme Court issued its opinion on April 29, 2026, but it has not yet sent down its judgment. Accordingly, the stay is currently in effect, and the April 30, 2026 Order, which assumes injunction is no longer stayed, should be vacated.

In the ordinary course, the judgment would issue 32 days after the opinion was issued, or on May 31, 2026. Supreme Court Rule 45.3. There is currently an application to expedite the issuance of the judgment pending before the Supreme Court. *See Callais v. Louisiana*, No. 25A1197 (2026). The Supreme Court called for a response but has not yet acted on the application. Until it does, or until the 32-day period provided for in Supreme Court Rule 45.3 has expired, the injunction remains stayed.

Accordingly, this Court should vacate its April 30, 2026 order pending the Supreme Court's sending down of the judgment.

DATED: April 30, 2026                              Respectfully submitted,

By: /s/ *Tracie L. Washington*                     By: /s/ *John Adcock*
Tracie L. Washington                               John Adcock
LA. Bar No. 25925                                  Adcock Law LLC
Louisiana Justice Institute                        8131 Oak Street, Unit 100
8004 Belfast Street                                New Orleans, LA 70118
New Orleans, LA 70125                              Tel: (504) 233-3125
Tel: (504) 872-9134                                jnadcock@gmail.com
tracie.washington.esq@gmail.com


*Counsel for Robinson Intervenors*                 *Counsel for the Robinson Intervenors*
*Dorothy Nairne, Martha Davis, Clee*
*Earnest Lowe, and Rene Soule*


Stuart Naifeh (admitted pro hac vice)              Robert A. Atkins (admitted pro hac vice)
Kathryn Sadasivan (admitted pro hac vice)          Yahonnes Cleary (admitted pro hac vice)
Victoria Wenger (admitted pro hac vice)            Amitav Chakraborty (admitted pro hac vice)
Colin Burke (admitted pro hac vice)                Adam P. Savitt (admitted pro hac vice)
NAACP Legal Defense and                            Arielle B. McTootle (admitted pro hac vice)
     Educational Fund, Inc.                        Robert Klein (admitted pro hac vice)
40 Rector Street, 5th Floor                        Paul, Weiss, Rifkind, Wharton & Garrison LLP
New York, NY 10006                                 1285 Avenue of the Americas
Tel: (212) 965-2200                                New York, NY 10019
snaifeh@naacpldf.org                               Tel.: (212) 373-3000
ksadasivan@naacpldf.org                            Fax: (212) 757-3990
vwenger@naacpldf.org                               ratkins@paulweiss.com
cburke@naacpldf.org                                ycleary@paulweiss.com
                                                   achakraborty@paulweiss.com
I. Sara Rohani (admitted pro hac vice)             asavitt@paulweiss.com
NAACP Legal Defense and                            amctootle@paulweiss.com
     Educational Fund, Inc.                        rklein@paulweiss.com
700 14th Street N.W. Ste. 600
Washington, DC 20005                               Sophia Lin Lakin (admitted pro hac vice)
Tel: (202) 682-1300                                American Civil Liberties Union Foundation
srohani@naacpldf.org                               125 Broad Street, 18th Floor
                                                   New York, NY 10004
T. Alora Thomas-Lundborg (admitted pro             slakin@aclu.org
hac vice)
Race & Law Clinic                                  Sarah Brannon (admitted pro hac vice)*
Harvard Law School                                 American Civil Liberties Union Foundation
1607 Massachusetts Ave, 3rd Fr                     915 15th St., NW
Cambridge, MA 02138                                Washington, DC 20005
(617) 495-5202                                     sbrannon@aclu.org
tthomaslundborg@law.harvard.edu

2

Nora Ahmed
NY Bar No. 5092374 (pro hac vice
forthcoming)
ACLU Foundation of Louisiana
1340 Poydras St, Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
nahmed@laaclu.org
*Additional counsel for Robinson-Intervenors*

*Practice is limited to federal court.

3