# EXHIBIT 4



Advancing racial
justice since 1940

**VIA E-Filing**

The Honorable Scott S. Harris
Clerk of Court
Supreme Court of the United States
One First Street, NE
Washington, DC 20543

**Re: *Callais v. Louisiana*, No. 25A1197**

Dear Mr. Harris:

Earlier this afternoon, the Robinson Appellants submitted their response to the pending application for issuance of the opinion and judgment forthwith, in which Appellants explained that by the terms of this Court's stay order, issued May 15, 2024, the district court's injunction remains stayed pending the sending down of this Court's judgment.

In contravention of the stay order, at approximately 4:24pm EST, the district court issued an order purporting to take action in furtherance of its still stayed injunction and judgment. The order is attached.

Respectfully submitted,

*/s/ Stuart C. Naifeh*

Stuart Naifeh
    Counsel of Record
NAACP Legal Defense and Educational Fund, Inc.
40 Rector St, 5th Flr
New York, NY 10006
(917) 574-5846
snaifeh@naacpldf.org

cc:      All Counsel of Record

Encl. Order, ECF 261, No 3:24-cv-122 (W.D. La.)

naacpldf.org
212-965-2200

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

PHILLIP CALLAIS, ET AL

VERSUS

NANCY LANDRY, in her official
capacity as Louisiana Secretary of
State

CIVIL DOCKET NO. 3:24-CV-00122
DCJ-CES-RRS

THREE-JUDGE COURT

ORDER

Considering the Opinion issued by the United States Supreme Court on April 29, 2026, in the matter of *Louisiana v. Callais*, 608 U.S. ____ (2026),

IT IS HEREBY ORDERED THAT:

1) This Court's ruling having been affirmed and the matter remanded by the Supreme Court, the permanent Injunction issued by this Court prohibiting the State of Louisiana "from using SB8's map of congressional districts for any election" remains in effect. [Doc. 198].

2) The State of Louisiana will be afforded the opportunity to enact a Constitutionally compliant map consistent with the Supreme Court's opinion in *Louisiana v. Callais*, 608 U.S. ____ (2026) and this Court's Injunction. [Doc. 198].

3) The State of Louisiana shall file a brief outlining how the State intends to comply with the Supreme Court's opinion in *Louisiana v. Callais* and this Court's Injunction within three (3) days of receipt by this Court of a certified copy of the Supreme Court's Judgment. Any responses to the State of Louisiana's brief by other parties may be filed within three (3) days thereafter.

THUS, DONE AND SIGNED on this 30th day of April 2026.

CARL E. STEWART
UNITED STATES CIRCUIT JUDGE

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE