**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA—MONROE DIVISION**

PHILLIP CALLAIS, LLOYD PRICE,  )
BRUCE ODELL, ELIZABETH ERSOFF,  )
ALBERT CAISSIE, DANIEL WEIR,  )
JOYCE LACOUR, CANDY CARROLL  )
PEAVY, TANYA WHITNEY, MIKE  )
JOHNSON, GROVER JOSEPH REES,  )
ROLFE MCCOLLISTER,  )
   )    Case No. 3:24-cv-00122-DCJ-CES-RRS
      Plaintiffs,  )
   )
v.  )    District Judge  David C. Joseph
   )    Circuit Judge  Carl E. Stewart
NANCY LANDRY, IN HER OFFICIAL  )    District Judge  Robert R. Summerhays
CAPACITY AS LOUISIANA  )
SECRETARY OF STATE,  )    Magistrate Judge Kayla D. McClusky
   )
      Defendant.  )

**PLAINTIFFS' NOTICE OF STATE COURT ACTIONS**

1.      Plaintiffs hereby provide notice of the filing of at least two state court actions seeking to effectively block Louisiana's remedial actions.

2.      On May 1, 2026, the Elias Law Group, which is also counsel to the Galmon Intervenors, who have been granted intervention in the remedial phase of this case, filed an Emergency Petition for Injunctive Relief and Request for Temporary Restraining Order in the Nineteenth Judicial District Court in the Parish of East Baton Rouge. *See* Petition in *National Council of Jewish Women—Greater New Orleans Section, et al. v. Landry, et al.*, (the "Elias Action"), attached as Exhibit 1. The named plaintiffs include National Council of Jewish Women—Greater New Orleans Section and several purported voters.

3.      The Elias Action seeks to prevent the enforcement of Executive Order JML 26-038, issued by Governor Jeffrey M. Landry, and being carried out by Secretary of State Nancy Landry.

1

The Elias Action argues that the Executive Order was "issued in excess of executive authority, in violation of Article II, § 2 of the Louisiana Constitution." *Id*. at 20 (Prayer for Relief).

4.     The Elias Action purports to only target executive authority. But by targeting executive authority that sought to create an opportunity for legislative remedial action, the Elias Action seeks to effectively prevent the State of Louisiana from legislatively moving back the date of the congressional primary election to allow for this Court to order a remedy or approve a legislative remedy. It is yet another attempt to frustrate and impede the remedial jurisdiction of this Court.

5.     On information and belief, the TRO application in the Elias Action was denied today.

6.     On May 1, 2026, the NAACP Legal Defense Fund, which is also counsel to the Robinson Intervenors in this case, filed its own lawsuit in the same East Baton Rouge state court as the Elias Group (the "NAACP Action"). The NAACP Action includes as named plaintiffs the Louisiana State Conference of the National Association for the Advancement of Colored People along with various other groups. See Exhibit 2. This lawsuit asserts the same challenge to executive authority as the Elias Action. *Id*. at pp. 11-12. It also asserts that any postponement of the primary to allow a remedy for the racial gerrymander at issue in this case will necessarily violate the state constitutional right to vote for those voters who have already cast votes, and would have to vote again in a postponed election under new districts. *Id*. at p. 12.

Dated this 1st day of May, 2026

PAUL LOY HURD, APLC
*/s/ Paul Loy Hurd*
Paul Loy Hurd
Louisiana Bar No. 13909
1896 Hudson Circle, Suite 5
Monroe, Louisiana 71201
Tel.: (318) 323-3838
paul@paulhurdlawoffice.com
*Attorney for Plaintiffs*

Respectfully submitted,

GRAVES GARRETT GREIM LLC
*/s/ Edward D. Greim*
Edward D. Greim
Missouri Bar No. 54034
*Admitted Pro Hac Vice*
Matthew Mueller
Missouri Bar No. 70263
*Admitted Pro Hac Vice*
Katherine E. Mitra
Missouri Bar No. 74671
*Admitted Pro Hac Vice*
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Tel.: (816) 256-3181
Fax: (816) 256-5958
edgreim@gravesgarrett.com
mmueller@gravesgarrett.com
kmitra@gravesgarrett.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I do hereby certify that, on this 1st day of May, 2026, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which gives notice of filing to all counsel of record.

*/s/ Edward D. Greim*
Edward D. Greim
*Attorney for Plaintiffs*

3