# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 4, 2026

Clerk
United States District Court
  for the Western District of
  Louisiana
201 Jackson Street, Suite 215
Monroe, Louisiana 71201

      Re:  **Louisiana
          v. Phillip Callais, et al.
          No. 24-109 (Your docket No. 3:24-cv-00122)**

          **Press Robinson, et al.
          v. Phillip Callais, et al.
          No. 24-110 (Your docket No. 3:24-cv-00122)**

Dear Clerk:

    Attached please find a certified copy of the judgment of this Court in the above-entitled cases.

                  Sincerely,

                  SCOTT S. HARRIS, Clerk

                  By

                  L. Wood
                  Deputy Clerk

Enc.
cc:    All counsel of record