# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 4, 2026

Mr. Jorge Benjamin Aguinaga
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, LA  70802

Mr. Edward Dean Greim
Graves Garrett LLC
1100 Main Street, Suite 2700
Kansas City, MO  64105

Mr. Stuart Charles Naifeh
NAACP Legal Defense and Education Fund, Inc.
40 Rector St, 5th Flr
New York, NY  10006

Mr. Phillip John Strach
Nelson Mullins Riley & Scarborough
301 Hillsborough Street, Suite 1400
Raleigh, NC  27603

Mrs. Janai S. Nelson
NAACP LDEF, Inc.
40 Rector Street, 5th Floor
New York, NY  10006

Re:  **Louisiana
v. Phillip Callais, et al.
No. 24-109**

**Press Robinson, et al.
v. Phillip Callais, et al.
No. 24-110**

Dear Counsel:

Attached please find a certified copy of the judgment of this Court in the above-entitled cases.

Sincerely,

SCOTT S. HARRIS, Clerk

By *[signature]*

L. Wood
Deputy Clerk

cc:  Clerk, Western District of Louisiana
(Your docket 3:24-cv-00122)