# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 27, 2025

Clerk
United States District Court,
 Western Dist. of Louisiana
Joe D. Waggonner Federal Bldg.
300 Fannin Street, Suite 1167
Shreveport, LA  71101-3089

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAY 0 5 2026

DANIEL J. McCOY, CLERK
BY:_____

Re:   24-109, Louisiana v. Phillip Callais, et al.; and
        24-110, Press Robinson, et al. v. Phillip Callais, et al.
        (Your No. 3:24-cv-00122-DCJ-CES-RRS)

Dear Clerk:

The enclosed opinion of this Court was announced today in the above
stated case.

Sincerely,

**Scott S. Harris**, Clerk

by

Denise McNerney
Merits Case Clerk
(202) 479-3032