**OFFICE OF THE CLERK**
**SUPREME COURT OF THE UNITED STATES**
**WASHINGTON, D.C. 20543-0001**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE. $300

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAY 0 5 2026

BY:_____ DANIEL J. McCOY, CLERK

X-RAY



quadient
FIRST-CLASS MAIL
IMI
$002.72 ℠
04/29/2026 ZIP 20543
043M31266310

US POSTAGE