UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

PHILLIP CALLAIS, ET AL        CIVIL DOCKET NO. 3:24-CV-00122
                                     DCJ-CES-RRS

VERSUS                              THREE-JUDGE COURT

NANCY LANDRY, in her official
capacity as Louisiana Secretary of
State

## ORDER

A MOTION TO INTERVENE [Doc. 267] was filed by non-party Lauren Jewett on May 5, 2026, wherein she seeks intervention as of right, or alternatively, permissive intervention in the above-captioned matter.  In consideration of the posture of this matter and the associated exigencies;

IT IS HEREBY ORDERED that any additional motions to intervene in this matter shall be filed by third parties **no later than May 8, 2026**.

IT IS FURTHER ORDERED that the parties currently enrolled in this matter shall file **no later than May 15, 2026**, any oppositions or other responses to both: (i) the pending Motion to Intervene [Doc. 267], and (ii) any additional motions to intervene that may be timely filed pursuant to this Order.

IT IS FURTHER ORDERED that the MOTION TO VACATE [Doc. 262] filed by the *Robinson* Intervenors, seeking to have the Court's prior Order of April 30, 2026, [Doc. 261] stricken, is hereby DENIED AS MOOT considering the Supreme Court's issuance of Judgment in this matter on May 4, 2026 [Doc. 265].

THUS, DONE AND SIGNED in Chambers on this 6th day of May 2026.

FOR THE THREE-JUDGE COURT:

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE