UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| Phillip Callais, Lloyd Price, Bruce Odell, Elizabeth Ersoff, Albert Caissie, Daniel Weir, Joyce LaCour, Candy Carroll Peavy, Tanya Whitney, Mike Johnson, Grover Joseph Rees, Rolfe McCollister <br> Plaintiffs | Case No. | 3:24-cv-00122-DCJ-CES-RRS |
| VS. | District Judge <br> Circuit Judge <br> District Judge | David C. Joseph <br> Carl E. Stewart <br> Robert R. Summerhays |
| | Magistrate Judge | Kayla D. McClusky |
| Nancy Landry, in her official capacity as Louisiana Secretary of State <br> Defendant | | |

**MOTION TO APPEAR PRO HAC VICE**

In accordance with the Local Rules for the United States District Court for the Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this Court for the purpose of appearing on behalf of Plaintiffs in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the Missouri Supreme Court, which is the highest court of such state. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the Local Rules for the United States District Court, Western District of Louisiana, Paul Loy Hurd of the firm of Paul Loy Hurd, APLC is appointed as local counsel.

1

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed. R. Civ. P. 77, Fed. R. Crim. P. 49, LR 5.7.10.  I also agree to receive notice electronically from other parties and the court via electronic mail.  I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov.  I understand this electronic notice will be in lieu of notice by any other means.  I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

| /s/ Sarah R. Pineau | /s/ Paul L. Hurd |
|---|---|
| Signature of Applying Attorney | Signature of Local Counsel |

PLEASE TYPE OR PRINT LEGIBLY:

Name:   Sarah R. Pineau
Firm:   Graves Garrett Greim LLC
Address:   1100 Main Street, Suite 2700
                Kansas City, MO 64105
Telephone:   (816) 256-3181
Fax:   (816) 256-5958
E-mail:   spineau@gravesgarrett.com
Additional e-mail(s):
ecf@gravesgarrett.com

LOCAL COUNSEL INFORMATION:

Name:   Paul Loy Hurd
Firm:   Paul Loy Hurd, APLC
Address:   1896 Hudson Circle, Suite 5
                Monroe, LA  71201
Telephone:   (318) 323-3838
Fax:   (318) 330-9390
E-mail:   paul@paulhurdlawoffice.com

**Certificate of Service**

I hereby certify that on May 7, 2026, I presented the foregoing Petition for Admission Pro Hac Vice to the Clerk of Court for filing and uploading to the CM/ECF system, which sent electronic notification to all counsel of record.

_/s/ Paul L. Hurd_
Signature

Name:    Paul Loy Hurd
Firm:    Paul Loy Hurd, APLC
Address:    1896 Hudson Circle, Suite 5
　　　　　　Monroe, LA 71201
Telephone:    (318) 323-3838
Fax:    (318) 330-9390
E-mail:    Paul@paulhurdlawoffice.com