UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| Phillip Callais, Lloyd Price, Bruce Odell, Elizabeth Ersoff, Albert Caissie, Daniel Weir, Joyce LaCour, Candy Carroll Peavy, Tanya Whitney, Mike Johnson, Grover Joseph Rees, Rolfe McCollister <br> Plaintiffs | Case No.   3:24-cv-00122-DCJ-CES-RRS |
| VS. | District Judge   David C. Joseph <br> Circuit Judge    Carl E. Stewart <br> District Judge   Robert R. Summerhays <br><br> Magistrate Judge   Kayla D. McClusky |
| Nancy Landry, in her official capacity as Louisiana Secretary of State <br> Defendant | |

**ORDER**

IT IS ORDERED that Sarah R. Pineau be and is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiffs in the above described action.

SO ORDERED on this, the __ day of May, 2026.

_____
U.S. Magistrate Judge