**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

|  |  |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER,<br><br>*Plaintiffs*,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State for Louisiana,<br><br>*Defendant*. | Civil Action No. 3:24-cv-00122<br><br><br>Judge David C. Joseph<br>Circuit Judge Carl E. Stewart<br>Judge Robert R. Summerhays |

## *ROBINSON* AND *GALMON* INTERVENORS' JOINT MOTION FOR STAY

Intervenors Press Robinson, Edgar Cage, Dorothy Nairne, Edwin Rene Soule, Alice Washington, Clee Earnest Lowe, Davante Lewis, Martha Davis, Ambrose Sims, the National Association for the Advancement of Colored People Louisiana State Conference, and the Power Coalition for Equity and Justice (*Robinson* Intervenors), and Intervenors Edward Galmon Sr., Ciara Hart, Norris Henderson, Tramelle Howard, and Ross Williams (*Galmon* Intervenors (collectively, Intervenors) respectfully move the Court to stay its April 30, 2024 injunction, Dkt. No. 198, until after the conclusion of the 2026 elections to allow for an orderly remedial process in this case, and respond to the State's Briefing, Dkt. No. 271. While the Supreme Court has now affirmed this Court's finding that Louisiana violated the Fourteenth Amendment when it drew

1

Congressional District 6 and enacted Senate Bill 8 ("S.B. 8"), it left the scope and timing of the remedy to this Court's discretion.

As explained in the accompanying memorandum of law, the State has not identified any feasible plan for implementing this Court's injunction against the use of S.B. 8 without irreparable harm to Louisiana voters, candidates, and elections officials and without threatening the integrity of the democratic process. Under the compulsion of that injunction, the State has initiated a hasty and disordered process of attempting to halt an ongoing election already in progress, resulting in more than 200,000 Louisiana voters who have already cast ballots, with many more voters casting ballots each day. Staying the injunction is necessary to avoid irreparable harm to voters and ensure an orderly remedial process. The principle derived from *Purcell v. Gonzales*, 549 U.S. 1 (2006), and the public interest further call for full implementation of this Court's relief after the 2026 election.

Consistent with this Court's inherent authority, Intervenors simply seek a stay to allow for a deliberative remedial process focused on Congressional District 6 that serves the public interest and avoids the State compounding its constitutional violation through a rushed and haphazard process. Doing so will permit Louisiana to engage in a transparent and meaningful process to produce a constitutionally compliant congressional plan for the 2028 elections without disenfranchising more than 200,000 Louisiana voters who have already cast ballots in the ongoing primary or sowing further chaos in an election already underway, all of which serves the interest of all Louisianians.

DATED: May 11, 2026                         Respectfully submitted,

By: /s/ *Tracie L. Washington*               By: /s/ *John Adcock*
Tracie L. Washington                         John Adcock
LA. Bar No. 25925                            Adcock Law LLC
Louisiana Justice Institute                  3110 Canal Street
8004 Belfast Street                          New Orleans, LA 70119
New Orleans, LA 70125                        Tel: (504) 233-3125
Tel: (504) 872-9134                          jnadcock@gmail.com
tracie.washington.esq@gmail.com

*Counsel for Intervenors*                    *Counsel for Robinson Intervenors*
*Dorothy Nairne, Martha Davis,*
*Clee Earnest Lowe, and Rene Soule*

Stuart Naifeh (admitted *pro hac vice*)       Sarah Brannon (admitted *pro hac vice*)
Victoria Wenger (admitted *pro hac vice*)     American Civil Liberties Union Foundation
Colin Burke (admitted *pro hac vice*)         915 15th Street, N.W.
NAACP Legal Defense and                      Washington, DC 20005
Educational Fund, Inc.                       sbrannon@aclu.org
40 Rector Street, 5th Floor
New York, NY 10006                           Sophia Lin Lakin (admitted *pro hac vice)*
Tel: (212) 965-2200                          Davin Rosborough (*pro hac vice forthcoming)*
snaifeh@naacpldf.org                         Theresa J. Lee (*pro hac vice forthcoming)*
vwenger@naacpldf.org                         Dayton Campbell-Harris (*pro hac vice*
cburke@naacpldf.org                          forthcoming)*
                                             American Civil Liberties Union Foundation
I. Sara Rohani (admitted *pro hac vice*)      125 Broad Street, 18th Floor
NAACP Legal Defense and                      New York, NY 10004
Educational Fund, Inc.                       drosborough@aclu.org
700 14th Street N.W. Ste. 600                tlee@aclu.org
Washington, DC 20005                         slakin@aclu.org
Tel: (202) 682-1300                          dcampbell-harris@aclu.org
srohani@naacpldf.org
                                             Nora Ahmed
Robert A. Atkins (admitted *pro hac vice*)    NY Bar No. 5092374 (admitted *pro hac vice*)
Yahonnes Cleary (admitted *pro hac vice*)     ACLU Foundation of Louisiana
Amitav Chakraborty (admitted *pro hac vice*)  1340 Poydras St, Ste. 2160
Adam P. Savitt (admitted *pro hac vice*)      New Orleans, LA 70112
Arielle B. McTootle (admitted *pro hac vice*) Tel: (504) 522-0628
Robert Klein (admitted *pro hac vice*)        nahmed@laaclu.org
Neil Chitrao (admitted *pro hac vice*)
Paul, Weiss, Rifkind, Wharton & Garrison      T. Alora Thomas-Lundborg (admitted *pro hac*
LLP                                          *vice*)
1285 Avenue of the Americas                  Race and Law Clinic
New York, NY 10019                           Harvard Law School

Tel.: (212) 373-3000                          6 Everett Street, Ste. 4105
Fax: (212) 757-3990                          Cambridge, MA 02138
ratkins@paulweiss.com                      (617) 495-5202
ycleary@paulweiss.com                    tthomaslundborg@law.harvard.edu
achakraborty@paulweiss.com
asavitt@paulweiss.com
amctootle@paulweiss.com
rklein@paulweiss.com
nchitrao@paulweiss.com

*Additional counsel for Robinson Intervenors*

\*Practice is limited to federal court.

Lalitha D. Madduri                           /s/ *Abha Khanna*
Jacob D. Shelly                               Abha Khanna
ELIAS LAW GROUP LLP                  ELIAS LAW GROUP LLP
250 Massachusetts Ave NW          1700 Seventh Avenue
Suite 400                                       Suite 2100
Washington, D.C. 20001               Seattle, Washington 98101
(202) 968-4490                             (206) 656-0177
lmadduri@elias.law                       AKhanna@elias.law
jshelly@elias.law

*Counsel for Galmon Intervenors*

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2026, a true copy of this document was filed via the

Court's CM/ECG system and that a copy will be sent automatically to all counsel of record.

/s/ *John Adcock*
John Adcock


## CERTIFICATE OF CONFERENCE

I hereby certify on May 11, 2026 that Intervenors have conferred with Plaintiffs and

Defendants about this motion. Plaintiffs, Defendant Secretary of State, and Defendant-Intervenor

State of Louisiana oppose the motion. Proposed-Intervenor Lauren Jewitt and the *Collins v. Landry*

Plaintiffs do not oppose.

/s/ *John Adcock*
John Adcock