# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, <br><br> *Plaintiffs,* <br><br> v. <br><br> NANCY LANDRY, in her official capacity as Secretary of State for Louisiana, <br><br> *Defendant.* | Civil Action No. 3:24-cv-00122 <br><br><br> Judge David C. Joseph <br> Circuit Judge Carl E. Stewart <br> Judge Robert R. Summerhays |

**DECLARATION FROM ROBINSON INTERVENORS**

**AFFIDAVIT OF AMBROSE SIMS Jr.**

NOW appears Ambrose Sims Jr. who attests to the following based upon his personal knowledge, information and belief:

1.      My name is Ambrose Sims Jr. I am over 18 years of age and competent to make this declaration. I have personal knowledge of the statements made in this Affidavit and each is true and correct.

2.      I am a U.S. citizen and a resident of West Feliciana Parish.

3.      I am lawfully registered to vote in Congressional District 5.

4.      I am a member of the NAACP and serve as president of my branch.

5.      I am a registered Democrat.

6.      I participate in the absentee by mail program.

7.      I received a ballot to vote in the May 16, 2026 elections and returned my ballot by mail on the morning of April 30, 2026.

8.      I voted in the congressional primary race, along with other races and constitutional amendments on my ballot.

9.      It is my understanding that my vote in the congressional race will not be counted due to the Governor's Executive Order suspending the closed party primaries for the congressional elections.

2

10.  I declare under penalty of perjury under the laws of Louisiana that the foregoing is true and correct to the best of my knowledge.

Signed this __1st__ day of May 2026.

_____

Ambrose Sims Jr.

Sworn to and subscribed before me

This __1st__ day of May 2026.

_____
NOTARY PUBLIC

Print Name: __Miriam Jarreau__

Notary No. __63077__

3