# EXHIBIT D

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

PHILLIP CALLAIS, LLOYD PRICE,
BRUCE ODELL, ELIZABETH ERSOFF,
ALBERT CAISSIE, DANIEL WEIR,
JOYCE LACOUR, CANDY CARROLL
PEAVY, TANYA WHITNEY, MIKE
JOHNSON, GROVER JOSEPH REES,
ROLFE MCCOLLISTER,

        *Plaintiffs*,

        v.

NANCY LANDRY, in her official capacity
as Secretary of State for Louisiana,

        *Defendant*.

Civil Action No. 3:24-cv-00122

Judge David C. Joseph
Circuit Judge Carl E. Stewart
Judge Robert R. Summerhays

**DECLARATION FROM ROBINSON INTERVENORS**

## AFFIDAVIT OF ASHLEY K. SHELTON

NOW appears Ashley K. Shelton who attests to the following based upon her personal knowledge, information and belief:

1. My name is Ashley K. Shelton and I am over eighteen years of age and competent to make this Declaration. I have personal knowledge of the statements made in this Affidavit and each is true and correct.

2. I am a U.S. citizen and a lawfully registered voter.

3. I am a resident of Baton Rouge, Louisiana.

4. I serve as the President and CEO of the Power Coalition for Equity and Justice ("PCEJ"). I am also a member of several boards, including the boards of the Center for Planning Excellence, the Southern Mutual Help Association, and the Voice of the Experienced. These roles provide a range of perspectives on the experiences of communities and voters across the State of Louisiana.

5. Founded in 2015, PCEJ is a nonpartisan, nonprofit statewide civic engagement table in Louisiana that works to build grassroots power, advocate for community-centered policies, and increase voter participation. In more than a decade serving Louisiana communities, PCEJ has established itself as a trusted source for voter information and nonpartisan civic engagement guidance.

6. PCEJ's mission is to support community-driven activism and grassroots leadership development to empower citizens to address classism, racism, and other marginalization in their own lives and communities. PCEJ advances its mission with the support of a small full- and part-time staff, community volunteers, and a membership of nonprofit and advocacy organizations united around an integrated civic engagement strategy to educate and empower voters across Louisiana.

1

7.  As in other years, PCEJ engaged in robust efforts to engage Louisianians in the voting process in 2025. Staff and volunteers knocked on 56,969 doors, made 306,861 calls, and sent 1,005,630 text messages to voters. PCEJ also invested in 325 outreach teams across the state (team members making $25/hour) and in geofenced ads with impressions tallying up to 1,874,470. During early voting and election days, PCEJ also provided rides to the polls and rapid-response voter support. In 2026, PCEJ is carrying on these multi-prong efforts to reach and support voters.

8.  Since Governor Landry signed closed primaries for select offices into law in 2024, PCEJ has had to invest incredible monetary and time resources educating communities across the state about this change and what it means for voters. In registration efforts, PCEJ staff and volunteers have had to help voters navigate the implications of registering with a political party or remaining unaffiliated in a closed versus open primary system. In Get Out the Vote ("GOTV") efforts, PCEJ staff and volunteers have had to help voters understand which positions would elect officials under a closed primary model and which would remain in the state's open primary system. It has taken significant effort to demystify the varying models and make sense of the changes enacted in 2024.

9.  During elections, PCEJ creates sample ballots for print and digital distribution, which requires time and monetary expense. Reflecting the dates, offices, and amendments for the elections that have been set for months, PCEJ created and printed sample ballots that listed the closed party primaries for Congress scheduled for May 16, 2026. It would come at substantial expense to reprint these materials now and is practically impossible to ensure that the ones already distributed are

2

taken out of circulation.

10. In recent weeks, PCEJ has also engaged in a statewide roadshow to educate voters about the items on the ballot and other voting rights topics that matter to their communities. The roadshow is still underway, and PCEJ will have to pivot scheduled agenda items to respond to the Governor's Executive Order and explain the consequences to voters.

11.  PCEJ works every day to bring people into the political process and now faces the disillusioning reality and demotivating narrative that votes already cast will be wiped away. I have direct knowledge of voters who have already cast their ballots and will have their selections for Congress ignored as a result of this Order. This makes our work to encourage voters to turn out to vote that much harder.

12. While PCEJ has been on the frontlines in the calls for district maps that provide fair opportunities for Black voters to elect their candidates of choice, we have also been consistently confronted with claims from our lawmakers and state election officials that it was too late, too difficult, and too administratively burdensome to change maps when it would increase representation for Black voters. When, like now, our leaders act quickly to suspend elections in order to displace districts where Black voters have an equal voice, it sends a clear message to the communities PCEJ serves that they are not equally valued. This frustrates PCEJ's mission to empower voters and assure them that their voices matter in the political process and are respected by the elected officials.

13. I declare under penalty of perjury under the laws of Louisiana that the foregoing is true and correct to the best of my knowledge.

3



Ashley K. Shelton

Sworn to and subscribed before me

This ___1st___ day of May 2026.

NOTARY PUBLIC

Print Name: Jessica A. Guinn

Notary No. LA Bar Roll #31181

Jessica A. Guinn
Notary Public
Bar Roll No. 31181
My commission expires at death