**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**


**PHILLIP CALLAIS ET AL**                          **CASE NO.   3:24-CV-00122**

**VERSUS**                                          **JUDGE DAVID C. JOSEPH**

**NANCY LANDRY**                                    **MAG. JUDGE KAYLA D. MCCLUSKY**


**NOTICE OF DEFICIENT DOCUMENT**


**NOTICE TO FILER:**

The Motion to Stay filed on May 11, 2026 by Edgar Cage, Martha Davis, Edward Galmon, Sr,
Ciara Hart, Norris Henderson, Tramelle Howard, Davante Lewis, Clee Earnest Lowe, Dorothy
Nairne, National Association for the Advancement of Colored People Louisiana State
Conference, Power Coalition for Equity & Justice, Press Robinson, Ambrose Sims, Edwin Rene
Soule, Alice Washington, Ross William was DEFICIENT for the following reason(s):

   ✓    Either no proposed order accompanied this motion or the proposed order was not
        on a separate page. Please see LR7.3 for additional information.
        The motion cannot be referred to chambers until this deficiency is corrected.


**Within three (3) days** of receipt of this notice, please file a "corrective document"
addressing the deficiency or deficiencies noted above, or the court may strike the
document.   All filing deadlines previously set remain in effect.   Issuance of this notice does not
amount to an extension of any deadline; however, if, for good cause shown, additional time is
needed to correct this filing, please contact the Clerk of Court's office.   **DO NOT file a motion**
to extend the three-day deadline provided by this notice.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-
866-323-1101.