# EXHIBIT B

**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER,<br><br>*Plaintiffs,*<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State for Louisiana,<br><br>*Defendant.* | Civil Action No. 3:24-cv-00122<br><br><br>Judge David C. Joseph<br>Circuit Judge Carl E. Stewart<br>Judge Robert R. Summerhays |

**DECLARATION FROM ROBINSON INTERVENORS**

**DECLARATION OF MICHAEL MCCLANAHAN**

I, Michael McClanahan, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. My name is Michael McClanahan and I am over eighteen years of age and competent to make this Declaration. I have personal knowledge of the statements made in this Affidavit and each is true and correct.

2. I am a U.S. citizen and a lawfully registered voter.

3. I am a resident of Baton Rouge, Louisiana.

4. I serve as the President of the NAACP Louisiana State Conference ("Louisiana NAACP"). I can confirm that Shawon Bernard is a member of the Louisiana NAACP.

5. I voted early in the Louisiana primary elections being held on May 16, 2026.

6. The Louisiana NAACP is a state chapter of the National Association for the Advancement of Colored People, Inc. It is one of the oldest and most significant civil rights organizations in Louisiana. Since its founding in 1943, the Louisiana NAACP has worked toward its mission to ensure the political, educational, social, and economic equality of all persons and to eliminate race-based discrimination. Among the Louisiana NAACP's central objectives and mission are protecting of voting rights, ensuring equitable political representation, and eliminating racial discrimination in the democratic process. Its work includes efforts to register, educate, and advocate on behalf of Black voters throughout Louisiana. In the Louisiana NAACP's decades of work, it has become a trusted source for voter information. Cancelling the primary election and refusing to count votes that have already been cast by voters in Louisiana will impede the Louisiana NAACP's mission to achieve equitable political representation.

7. The Louisiana NAACP has approximately 5,000 members throughout Louisiana,

1

interactions with Louisiana voters.

14. I believe that less individuals have participated in the early vote than would have without the confusion caused by the Governor's Executive Order to suspend congressional primary elections.

15. I am also aware from my personal interactions with them that candidates running for office in at least one of the congressional primary elections are facing significant burdens because they have already expended significant resources to campaign in these elections.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  May 11, 2026

MICHAEL W.  MCCLANAHAN

3