# EXHIBIT C

**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, <br><br> *Plaintiffs*, <br><br> v. <br><br><br> NANCY LANDRY, in her official capacity as Secretary of State for Louisiana, <br><br> *Defendant*. | Civil Action No. 3:24-cv-00122 <br><br><br> Judge David C. Joseph <br> Circuit Judge Carl E. Stewart <br> Judge Robert R. Summerhays |

**DECLARATION FROM ROBINSON INTERVENORS**

## DECLARATION OF SHAWON BERNARD

I, Shawon Bernard, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      My name is Shawon Bernard and I am over 18 years of age and competent to make this declaration.

2.      I am a U.S. citizen and a resident of Orleans Parish, Louisiana.

3.      I am Black.

4.      I am lawfully registered to vote in Congressional District 2.

5.      I am a registered Democrat.

6.      On May 2, 2026, I voted early in person for the May 16, 2026 elections. On my ballot, I made selections for the congressional primary race, along with other races and constitutional amendments.

7.      It is my understanding that if the Governor's Executive Order suspending the closed party primaries for the congressional elections stands, my vote in the congressional race will not be counted.

8.      Voting, and encouraging other members of my community to do the same, is deeply personal to me. I serve as President of the Lower 9th Ward Voter's Coalition and work to register

2

voters, distribute voter education materials, and encourage community members to make their voices heard in our elections. Through these efforts, I have witnessed directly the confusion and disillusionment caused by the Governor's Executive Order and Secretary of State's actions to enforce it.

9.      Voters have asked me questions about what will appear on their ballot after seeing that the congressional races are no longer listed in the Voter Portal maintained by the Secretary of State. When I visited the Registrar of Voters Office in Orleans Parish, I also did not see the congressional race listed on the printed sample ballot. In my outreach to parish officials, they confirmed that the congressional race would still appear on the ballot and when I went to vote early, the congressional race was still listed.

10.      I voted in the congressional primary because I refuse to forfeit my vote. To me, voting is a way to invest in my community and honor the sacrifices of those who came before us. I did not want to give up my vote in the congressional primary, even if my state's leaders have threatened to erase it.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 3, 2026.


Shawon Bernard

3