**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

PHILLIP CALLAIS, LLOYD PRICE,
BRUCE ODELL, ELIZABETH ERSOFF,
ALBERT CAISSIE, DANIEL WEIR,
JOYCE LACOUR, CANDY CARROLL
PEAVY, TANYA WHITNEY, MIKE
JOHNSON, GROVER JOSEPH REES,
ROLFE MCCOLLISTER,

*Plaintiffs*,

v.

NANCY LANDRY, in her official capacity
as Secretary of State for Louisiana,

*Defendant*.

Civil Action No. 3:24-cv-00122

Judge David C. Joseph
Circuit Judge Carl E. Stewart
Judge Robert R. Summerhays

**[PROPOSED] ORDER**

Having considered the *Robinson* and *Galmon* Intervenors' Motion for Stay, it is hereby

ORDERED that the motion is GRANTED, and ORDERED that the Court's injunction of April

30, 2024 barring the use of S.B. 8 in any election, Dkt. No. 198, is hereby STAYED pending

certification of the results of the 2026 midterm congressional general election.

SO ORDERED on this _____ day of May, 2026.


_____
CARL E. STEWART
CIRCUIT JUDGE
UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT


_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA


_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA