IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

PHILLIP CALLAIS, et al.,                    )
                                            )        Case No. 3:24-cv-00122-DCJ-CES-RRS
            Plaintiffs,                     )
                                            )
v.                                          )        District Judge  David C. Joseph
                                            )        Circuit Judge Carl E. Stewart
NANCY LANDRY, IN HER OFFICIAL               )        District Judge Robert R. Summerhays
CAPACITY AS LOUISIANA                       )
SECRETARY OF STATE, et al.,                 )        Magistrate Judge Kayla D. McClusky
                                            )
            Defendants.                     )

**[PROPOSED] ORDER**

CONSIDERING the foregoing Unopposed Motion to Defer Motion for Attorneys' Fees,

IT IS ORDERED that the Motion is GRANTED. Any motion for attorneys' fees shall be due no

earlier than 21 days after the Court's approval of a remedial plan in the above captioned matter.

This ___ day of May, 2026.

_____
United States District Court, Western District of
Louisiana, Monroe Division

1