# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Phillip Callais, Lloyd Price, Bruce Odell, Elizabeth Ersoff, Albert Caissie, Daniel Weir, Joyce LaCour, Candy Carroll Peavy, Tanya Whitney, Mike Johnson, Grover Joseph Rees, Rolfe McCollister, <br><br>     Plaintiffs, <br><br> v. <br><br> NANCY LANDRY, in her official capacity as Secretary of State of the State of Louisiana. <br><br>     Defendants. | Civil Action: 3:24-cv-00122 <br><br> Hon. Carl E. Stewart <br> Hon. Robert R. Summerhays <br> Hon. David C. Joseph |

## NOTICE OF ACT 7

To comply with the Court's April 30, 2026 order (ECF 261), the State committed to keep the Court informed of any material developments pertaining to "(a) the Governor's signing into law any legislation related to the 2026 congressional election, (b) a call for any extraordinary 'redistricting' session, and/or (c) the Legislature's adjournment sine die without passing relevant legislation." ECF 271. While the Legislature continues to deliberate over how to redraw the congressional map, the State hereby gives notice that House Bill 842 passed both the House and Senate, was signed by the Governor, and was enacted into law yesterday as Act 7. A copy of Act 7 is attached as Exhibit A.

Act 7 provides that "[t]he May 16, 2026, and June 27, 2026, party primary elections for representative in the United States Congress are hereby cancelled" and

1

that "votes cast in [those primaries] shall be void" and "not counted." Ex. A at 13. The Act also provides that "[c]andidates for representative in the United States Congress shall be elected at the open primary election to be held on November 3, 2026, and the open general election to be held on December 12, 2026." *Id.* at 39. Given that the Legislature is currently in session, the Secretary of State has confirmed her ability to enter a new map in the coming weeks and adhere to Act 7's election administration requirements as well as other deadlines currently in law.

As the legislative session continues, the State will continue to notify the Court of additional material developments.

Dated: May 15, 2026

Respectfully Submitted,

ELIZABETH B. MURRILL
Attorney General of Louisiana

*/s/ Morgan Brungard*
MORGAN BRUNGARD (LA 40298)
Deputy Solicitor General

OFFICE OF THE ATTORNEY GENERAL
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70802
(225) 326-6705
BrungardM@ag.louisiana.gov

*Counsel for the State of Louisiana*