# EXHIBIT A

<u>**ENROLLED**</u>

2026 Regular Session

HOUSE BILL NO. 842

BY REPRESENTATIVE BEAULLIEU

AN ACT

To amend and reenact R.S. 18:2(9), 53(B)(2)(b), 55(D), 59(F), 62, 108(A), 110(B)(3), 154(C)(1)(h) and (D)(1) and (3) and (F)(8), 192(B)(1)(a), 193(A), 196(B) and (C)(2)(a), 197, 401.1(H), 402(A)(1), 433(B)(1), 465(B) and (D), 469(A), 491(B), 493, 495(B), 501(C), 532(F), 532.1(C)(1) and (4), 551(B)(2)(introductory paragraph), 562(B)(2), 564(B)(5)(b), 565(B) and (C), 571(A)(8), 573(E), 574(A)(2) and (3), 602(E)(2)(d), 604(B)(2)(c), 621(B), 1254(C), 1259(B)(2)(introductory paragraph), 1300.2(C)(1), 1300.3(A)(1)(b), 1303(K) and (L), 1309(D)(2), (K), and (N)(5), 1309.3(B)(4)(b), 1313(C)(1) and (H)(3) and (5), 1313.1(C)(2) and (I)(2), 1314(B)(2) and (C)(2)(a) and (3), 1315(A)(1) and (2)(introductory paragraph), (B), and (D)(2), 1317, 1333(B) and (G)(1) and (7), 1367.2(F), 1367.11(A), 1371(A)(1) and (2)(introductory paragraph), 1401(G), 1402(B)(1)(a), 1405, 1413, and 1922.2(B)(2) and to enact R.S. 18:106.2, 107(H), 110(B)(1)(c), 192(C), 465(E)(3), 1310(A)(3), 1316(D), 1401(H), and 1922.2(B)(3), relative to the Louisiana Election Code; to make revisions to the Louisiana Election Code; to provide for duties of the secretary of state and registrars of voters; to provide for the raising of allegations against a registrar of voters; to provide for the payment of the parish portion of the salary of a registrar of voters, chief deputy registrar, and confidential assistant; to provide for political activities of unclassified registrars, deputy registrars, and other employees; to provide for the cancellation of prior voter registration; to provide for change of registration address; to provide for the cancellation of registration; to provide for the registration of unaffiliated registrants; to provide for the registration

CODING: Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

HB NO. 842                                                               **ENROLLED**

information of a person who is seventeen years of age; to provide for voters incapable of making a mark; to provide for the confidentiality of registration information of law enforcement officers; to provide for the annual canvass in certain years; to provide for use of an address confirmation form; to provide for the calculation of dates and computation of time; to provide for meetings of a parish board of election supervisors; to provide for the information required on a nominating petition; to provide for the certification of signatures on a nominating petition; to provide for procedures related to changing precincts and boundaries; to provide for the completion of voter assistance forms; to provide for the statement of election returns; to provide for notification of a special election to fill a vacancy; to provide for vacancies in certain party primary offices; to provide for the contents of a nominating petition for presidential elector; to provide for the arrangement of the ballot;  to provide for certifying employment for purposes of early voting; to provide for early voting commissioner qualifications; to provide for filing the list of early voting watchers; to provide for casting a vote on an absentee by mail ballot; to provide for the timing to challenge a person applying to vote during early voting; to provide for grounds to challenge an absentee by mail ballot; to authorize the secretary of state to promulgate rules related to distinguishing marks; to provide for the duration of the nursing home early voting program; to provide for procurement methods for the delivery of voting machines and equipment; to provide relative to legal remedies related to the procurement of voting machines; to provide for election contests; to provide for objections to candidacy; to provide for a cause of action, the proper parties, and the peremptive period for objecting to the placement of a constitutional amendment on a ballot; to provide for the time for the commencement of objections to candidacy and election contests; to provide for the designation of statewide elections for the purpose of the consideration of constitutional amendments; to provide relative to the secretary of state's duties related to recall petitions; to provide for the designation of party primary offices; to provide for the election of candidates for representative in the United States Congress in 2026; to provide that votes cast for candidates for representative in the United States Congress

CODING: Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

HB NO. 842                                                                **ENROLLED**

in the May 16, 2026, and June 27, 2026, party primary election be void and not counted; to provide that cancelled votes are not subject to the Public Records Law; to provide for the conduct of the 2026 fall elections; to provide for qualifying for the 2026 fall open primary elections; to provide for nominating petitions for candidates for representative in the United States Congress for the 2026 fall open primary elections; to correct terminology; to provide for effectiveness; and to provide for related matters.

Be it enacted by the Legislature of Louisiana:

Section 1. R.S. 18:53(B)(2)(b), 55(D), 59(F), 62, 108(A), 110(B)(3), 154(D)(1) and (3), 192(B)(1)(a), 193(A), 196(B) and (C)(2)(a), 197, 401.1(H), 402(A)(1), 433(B)(1), 465(B) and (D), 469(A), 491(B), 493, 495(B), 501(C), 532(F), 532.1(C)(1) and (4), 551(B)(2)(introductory paragraph), 562(B)(2), 564(B)(5)(b), 565(B) and (C), 571(A)(8), 573(E), 574(A)(2) and (3), 602(E)(2)(d), 604(B)(2)(c), 621(B), 1254(C), 1259(B)(2)(introductory paragraph), 1300.2(C)(1), 1300.3(A)(1)(b), 1303(K) and (L), 1309(D)(2), (K), and (N)(5), 1309.3(B)(4)(b), 1313(C)(1) and (H)(3) and (5), 1313.1(C)(2) and (I)(2), 1314(B)(2) and (C)(2)(a) and (3), 1315(A)(1) and (2)(introductory paragraph), (B), and (D)(2), 1317, 1333(B) and (G)(1) and (7), 1367.2(F), 1367.11(A), 1371(A)(1) and (2)(introductory paragraph), 1401(G), 1402(B)(1)(a), 1405, 1413, and 1922.2(B)(2) are hereby amended and reenacted and  R.S. 18:106.2, 110(B)(1)(c), 192(C), 465(E)(3), 1310(A)(3), 1316(D), 1401(H), and 1922.2(B)(3) are hereby enacted to read as follows:

§53.  Removal from office; may not be own immediate successor

\*        \*        \*

B.

\*        \*        \*

(2)

\*        \*        \*

(b) If the commissioner of elections raises allegations that the parish registrar has engaged in any conduct set forth in Paragraphs (A)(1) through (7) of this Section, the board shall schedule a hearing on the allegations brought by the commissioner of elections within thirty days of the receipt of the ~~accusations~~ allegations. If the

CODING:  Words in ~~struck through~~ type are deletions from existing law; words underscored are additions.

HB NO. 842                                                      **ENROLLED**

commissioner of elections serves as a regular member of the board, he shall not serve for the purposes of such hearings, and the secretary of state shall designate a member of the Registrars of Voters Association to serve in the commissioner's place and shall notify the board in writing of any such designation as provided in R.S. 18:23.

\*      \*      \*

§55. Compensation of registrar of voters; amount and manner of payment; reduction during tenure prohibited; prohibited increase

\*      \*      \*

D.   The state portion of each salary shall be paid biweekly by the state through the secretary of state, and the parish portion of each salary shall be paid biweekly, semimonthly, or monthly by the parish governing authority on the warrant of the respective registrars.  The funds for the parish portion of the salary shall be annually appropriated by the parish governing authority and the funds for the state portion of the salary shall be annually appropriated to the secretary of state.

\*      \*      \*

§59.   Deputies, confidential assistants, and other permanent office employees; temporary employees; appointment and compensation; prohibited increase in compensation

\*      \*      \*

F. The state portion of the salary of each chief deputy registrar of voters and confidential assistant shall be paid biweekly by the state through the secretary of state, and the parish portion of the salary shall be paid biweekly, semimonthly, or monthly by the parish governing authority on the warrant of each chief deputy and confidential assistant.  The funds for the parish portion of the salary shall be annually appropriated by the parish governing authority and the funds for the state portion of the salary shall be annually appropriated by the legislature to the secretary of state.

\*      \*      \*

§62.  Political activities prohibited

A.  No registrar of voters, and or deputy registrar, or other employee of a registrar who is in the unclassified state civil service shall participate or engage in:

Page 4 of 40

CODING:  Words in struck through type are deletions from existing law; words underscored are additions.

HB NO. 842                                                                                                          **ENROLLED**

political activity, including his own or any other candidacy for election to public office; membership on any national, state, or local committee of a political party or faction; making or soliciting contributions for any political party, faction, or candidate; or taking active part in the management of the affairs of a political party, faction, candidate, or any political campaign, except to exercise his right as a citizen to express his opinion privately and to cast his vote as he desires.  As used in this Section, the term "political activity" shall have the meaning ascribed to it in Article X, Section 9(C) of the Constitution of Louisiana.

B.  All deputy registrars and other employees of a registrar who are in the classified state civil service shall be subject to the constitution and laws, and the regulations adopted pursuant thereto, affecting political activities by persons in the classified state civil service.

*        *        *

§106.2.  Voter incapable of signing his name or making a mark

A.  If a registered voter, subsequent to his registration, is no longer capable of signing his name or making a mark due to a physical disability, he shall file with the registrar of voters an alternative signature attestation to authorize another person to sign documents required by this Title on his behalf, along with a letter signed by a physician stating that the voter is unable to provide his signature or mark due to a physical disability and that the voter is capable of providing consent for another person to sign on his behalf.

B.  The individual assisting a voter who filed the attestation provided for in Subsection A of this Section shall complete and sign a form, at the voter's direction and in the presence of the voter and at least one witness, indicating that the voter is unable to sign his name or make a mark due to a physical disability, that the voter has verbally or otherwise attested that the individual was given the authority to sign on the voter's behalf, and that all information supplied on the form is true and correct under penalty of perjury.  The form shall also contain the individual's printed name, signature, and residential address, as well as the printed name and signature of the witness.

CODING:  Words in struck through type are deletions from existing law; words underscored are additions.

HB NO. 842                                                                    **ENROLLED**

C.  The individual authorized to assist the voter shall be an elector of the state and shall not be a candidate, the voter's employer or employer's agent, or the voter's union agent.

D.  When signing a document required by this Title on the voter's behalf, the individual authorized to assist the voter shall also sign and print his own name and residential address on the document.

E.  If a registered voter who is no longer capable of signing his name or making a mark due to a physical disability appears in person to vote on election day or during early voting, he shall verbally or otherwise convey his consent for the commissioner or deputy registrar to sign the precinct register, early voting register, and any other forms required by this Title, and the commissioner or deputy registrar shall sign on behalf of the voter in the presence of at least one witness.

\*       \*       \*

§108.  Prior registration; surrender of notice of registration before new registration; change of place of registration

A.  If the registrant's application indicates that the applicant previously registered as a voter in any other parish, ~~and if the previous notice of registration is available, then before making a new registration the registrar shall require the applicant to surrender his previous notice for cancellation.  The~~ the registrar shall promptly notify the registrar of the parish in which the applicant has registered previously, through the statewide voter registration system, of the present registration.  The other registrar shall ~~verify the cancellation of~~ cancel the voter's previous registration in the other parish; however, the cancellation shall not be made as long as the registrant has the right to vote in the parish of his former residence as provided in R.S. 18:110(C).

\*       \*       \*

§110.  Removal from precinct; removal from parish

\*       \*       \*

B.(1)  A change of registration based upon a change of residence within a parish received after the closing of registration for a primary election shall become

Page 6 of 40

CODING: Words in ~~struck through~~ type are deletions from existing law; words underscored are additions.

HB NO. 842                                                          **ENROLLED**

effective the day after the general election or special general election when a special

primary election is held in conjunction with a general election except as follows:

*       *       *

(c) A change of registration based upon a change of residence within a parish

received after the closing of registration for a closed party primary election shall

become effective the day after the second party primary election.

*       *       *

(3)   However, in a regularly scheduled general election where the only

candidate's election appearing on any ballot in the parish is a special primary

election, then in such instance, ~~the~~ a change made prior to the close of registration

for the general election shall become effective prior to the special primary election.

In a regularly scheduled or special general election, where the change of registration

was made prior to the close of registration for the general election and does not

change any issues or candidate offices upon which the voter was entitled to vote

prior to the change, the change shall become effective prior to the regularly

scheduled or special general election.

*       *       *

§154.  Records open to inspection; copying; exceptions

*       *       *

D.(1) Notwithstanding the provisions of this Section, the registrar, the clerk

of court, and the Department of State shall not disclose the name and address of a

law enforcement officer if the registrar has received certification from the law

enforcement agency employing the officer that the officer is engaging in hazardous

activities ~~to the extent that it is~~ making it necessary for his name and address to be

kept confidential.  The registrar shall indicate such certification in the state voter

registration computer system upon receipt of the certification.

*       *       *

(3)(a)  Any agency employing a law enforcement officer availing himself of

Paragraph (1) of this Subsection shall ~~also~~ issue a decertification notice to the

registrar of voters when the officer is no longer engaging in hazardous activities ~~to~~

Page 7 of 40

CODING: Words in ~~struck through~~ type are deletions from existing law; words underscored
are additions.

HB NO. 842                                                          **ENROLLED**

the ~~extent that it is~~ <u>making it</u> necessary for his name and address to be kept confidential.

(b)   Any time after certification by the employing agency, the law enforcement officer may submit written notice to the registrar of voters that it is no longer necessary for his name and address to be kept confidential.

(c) Upon receipt of a notice provided for in this Paragraph, the registrar shall remove the indication of certification for the affected law enforcement officer from the state voter registration computer system.

*       *       *

§192.  Annual canvass; costs

*       *       *

B.(1)  No later than June thirtieth, the Department of State shall conduct an annual canvass as provided in this Subsection.  Using information available in the state voter registration computer system, the secretary of state shall identify registrants who meet all of the following criteria:

(a)  The registrant's name did not appear with a corrected address provided ~~by the United States Postal Service or its licensee~~ pursuant to Subsection A of this Section.

*       *       *

C. The Department of State is not required to conduct a canvass as provided for in Subsection A or B of this Section in a calendar year when there is less than sixty days between a regularly scheduled or special election date and the opening of qualifying for a regularly scheduled or special primary election.

§193.  Challenge and cancellation of registration; notice; procedures

A.  When the registrar has reason to believe that a registrant no longer is qualified to be registered, or that a registrant has changed his residence, the registrar shall immediately notify the person by sending the address confirmation notice to the registrant and place the voter on the inactive list of voters.  However, a person shall not be placed on the inactive list of voters if there is address information available

CODING: Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

HB NO. 842                                                                                    **ENROLLED**

to the registrar ~~from the United States Postal Service or its licensee~~ which indicates the voter has moved to another address within the parish.

\*        \*        \*

§196.  Inactive list of voters; procedure for voting

\*        \*        \*

B.  A registrant whose name is on the inactive list of voters may vote:

(1)  If the registrant has not changed residence, at the polling place of the registrant's last address upon affirming in writing by completing an address confirmation ~~notice~~ <u>form</u> affirming that the registrant still resides at the address on file at the office of the registrar of voters.

(2)  If the registrant has moved to an address within the parish in the same precinct, at the polling place of the registrant's last address on file at the office of the registrar of voters upon affirming in writing that the registrant resides in the precinct by completing an address confirmation ~~notice~~ <u>form</u> affirming the new address within the precinct.

(3)  If the registrant has moved to an address within the parish in a different precinct, at the polling place of the registrant's last address on file at the office of the registrar of voters for that election only upon affirming in writing that the  registrant still  resides  in  the  parish  by  completing  an  address  confirmation ~~notice~~ <u>form</u> affirming the new address within the parish.

(4)  If the registrant has moved to an address outside of the parish, at the polling place of the registrant's last address on file at the office of the registrar of voters for that election only upon affirming in writing that the registrant has moved within the last three months and no longer resides in the parish by completing an address confirmation ~~notice~~ <u>form</u> affirming the new address outside of the parish and that  the  length  of  time  since  the  move  has  not  exceeded  three  months.   If  the registrant  does  not  affirm  that  he  has  moved  within  the  last  three  months,  the registrant shall not be permitted to vote.

C.

\*        \*        \*

CODING:  Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

HB NO. 842                                                                **ENROLLED**

(2)(a)  If a registrant whose name is on the inactive list of voters applies to vote absentee by mail or votes absentee by mail or during early voting, the registrar shall transfer the registrant's name to the official list of voters and make any necessary corrections in the registrant's registration records if the information on the address confirmation notice form, as required by R.S. 18:1309, or the residence address provided in an application to vote by mail so indicates. The registrar shall change the registrant's registration address to the residence address provided on the address confirmation form or application to vote by mail.

*        *        *

§197.  Registration; cancellation

No registrar of voters shall cancel the registration of any voter in his parish between any open primary election and the subsequent general election occurring in that parish as a result of any of the processes authorized by this Part, except in the case of a person whose registration is cancelled pursuant to R.S. 18:193(G) or who has been fraudulently placed upon the registration records or in the case of a person whose registration is canceled pursuant to the annual canvass conducted by the registrar.

*        *        *

§401.1.  Election emergency; purpose; elections emergency contingency plan

*        *        *

H.  For purposes of this Section, a vacancy in a party primary office that may not be filled by appointment, designation, or in accordance with the timeframes required by law shall constitute an emergency.  If the vacancy may not be filled in a timely manner in accordance with the election dates provided for in R.S. 18:402, the governor may proclaim a state of emergency for purposes of calling a special election to fill the vacancy.  Notwithstanding the provisions of R.S. 18:401.3, following the issuance of the emergency proclamation, the authority required by law to call a special election to fill the vacancy in office shall, in consultation with and with the certification of the secretary of state, issue a proclamation ordering a special election.  The proclamation ordering the special election shall include the dates for

CODING: Words in ~~struck through~~ type are deletions from existing law; words underscored are additions.

HB NO. 842                                                                                                    **ENROLLED**

qualifying, early voting, ~~the~~ at least one party primary election, and the general election~~, and at least one party primary election~~ and make all provisions necessary to conduct an election in a timely manner notwithstanding the dates, timing, and delays otherwise provided by this Code.

*        *        *

§402.  Dates of primary and general elections; prohibited election days

A.  Prohibited election days.  (1)  No election of any kind shall be held in this state on any of the days of Rosh Hashanah, Yom Kippur, Sukkot, Shemini Atzeret, Simchat Torah, the first two days and the last two days of Passover, Shavuot, Tish'a B'Av, the two days preceding Labor Day, the three days preceding Easter, or the three days following Thanksgiving Day.  If the date of any fall election falls on any of the above-named days, the election shall be held on the same ~~weekday~~ day of the preceding week.  If the date of any spring election falls on any of the above-named days, the election shall be held on the same day of the following week.

*        *        *

§433.  Commissioners-in-charge; course of instruction; selection; commission; disqualification; replacement

*        *        *

B.  Selection.  (1)(a)  The parish board of election supervisors shall meet ~~at 10:00 a.m. by~~ on or before the second Friday in January of each year to select a commissioner-in-charge to serve at each precinct in the parish.  The meeting shall be open to the public.  The board shall have previously posted a notice on the front door of the courthouse stating the location within the courthouse where the meeting is to be held.  The selection of commissioners-in-charge shall be made from the certified list furnished by the clerk as required by Paragraph (A)(5) of this Section and in the manner provided for in this Subsection.

CODING:  Words in ~~struck through~~ type are deletions from existing law; words underscored are additions.

HB NO. 842                                                              **ENROLLED**

(b)  If the course of instruction for commissioners-in-charge is delayed due to a gubernatorially declared state of emergency as provided by Paragraph (A)(1) of this Section, the parish board of election supervisors shall meet ~~at 10:00 a.m.~~ on or before the fifth day after completion of the course of instruction.

*        *        *

§465.  Nominating petitions

*        *        *

B.  Method of nominating candidates.  A person may ~~only~~ be nominated as a candidate in a primary election <u>only</u> by persons who are registered to vote on the office he seeks who sign a nominating petition for him no more than one hundred twenty days before the qualifying period opens for candidates in the primary election.  In addition to his signature, each voter who signs a nominating petition shall <u>provide the information required by R.S. 18:3</u> ~~date his signature and shall provide the ward and precinct in which he is registered to vote, his residence address, including the municipal number, the apartment number, if any, the rural route and box number, or any other physical description that will identify his actual place of residence~~.  Once a voter has signed a nominating petition, he may not withdraw the nomination.  The secretary of state shall prepare forms which may be used by any person who seeks nomination as a candidate by nominating petition.  The secretary of state shall furnish copies of the forms to each clerk of court, and the forms shall be available, upon request, at the office of the secretary of state or at the office of the clerk of court.  Nothing in this Subsection shall be construed to require nominating petitions to be filed only on forms prepared by the secretary of state.

*        *        *

D.  Form.  <u>In addition to the requirements of R.S. 18:3, each</u> ~~Each~~ sheet of the nominating petition shall set forth the candidate's name, the address of his domicile, the office for which the signers nominate him, the political party with which he is affiliated, if any, and the date of the primary election for which he seeks to qualify.  ~~The name of each voter who signed the nominating petition shall be typed or legibly written on the petition, and each signature on the nominating petition~~

CODING:  Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

HB NO. 842                                                                                     **ENROLLED**

~~shall be dated and witnessed by the candidate or the person who obtained the signature on his behalf.~~  The candidate and all persons who obtained signatures on his behalf shall certify on the nominating petition that to the best of their knowledge, information, and belief all of the signatures on the nominating petition are genuine and all of the statements contained in the nominating petition are true and correct.

E.  Certification.

\*        \*        \*

(3)   The registrar of voters for each parish may request and accept the assistance of employees of the Department of State and registrars and deputy registrars of voters from other parishes to complete the certification of the nominating petition.

\*        \*        \*

§469.  Reopening of qualifying period; effect

A.   When a person who qualified as a candidate and has opposition in a primary election for a public office dies after the close of the qualifying period and before the time for closing the polls on the day of the primary election, the qualifying period for candidates in the primary election for that office shall reopen for candidates on the day after the secretary of state receives actual notice of the death and shall close at 4:30 p.m. on the third day after notice of the death or, if that day is a legal holiday, at 4:30 p.m. on the next day which is not a legal holiday.   The name of the deceased candidate shall not be printed on the primary election ballot. If the primary election ballot was printed with the deceased candidate's name on it, any votes received by the deceased candidate shall be void and shall not be counted for any purpose whatsoever.

\*        \*        \*

§491.  Standing to object to candidacy

\*        \*        \*

B.   A registered voter may present evidence that a candidate has illegally qualified for elective office.  The evidence may be presented to the respective parish district attorney, who may determine whether or not the evidence presented

CODING: Words in ~~struck through~~ type are deletions from existing law; words underscored are additions.

HB NO. 842                                                                          **ENROLLED**

establishes grounds for objecting to such candidacy and if the district attorney makes such a determination he may file an action objecting to candidacy within the time limitation provided in R.S. ~~18:493~~ 18:1405(A).

\*       \*       \*

§493.  ~~Time for objecting to candidacy~~ Subpoena and testimony; Department of Revenue

A.  ~~An action objecting to candidacy shall be commenced in a court of competent jurisdiction within seven days after the close of qualifications for candidates in the primary election. However, if the time interval ends on a Saturday, Sunday, or other legal holiday, then noon of the next day which is not a Saturday, Sunday, or legal holiday shall be deemed to be the end of the time interval. After the expiration of the time period set forth in this Section, no action shall be commenced objecting to candidacy based on the grounds for objections to candidacy contained in R.S. 18:492.~~

~~B.(1)~~ Neither the secretary of the Department of Revenue nor any employee engaged in the administration or charged with the custody of any records or files of the Department of Revenue shall be subject to subpoena or otherwise required to appear in court for any matter filed pursuant to this Section.

~~(2)~~ B.  In lieu of live testimony, a properly executed affidavit issued by the secretary of the Department of Revenue or his designee shall serve as sufficient confirmation as to the accuracy of the records and files of the secretary of the Department of Revenue for such purposes.

\*       \*       \*

§495.  Initiation of action by district attorney; attorney general; court costs and attorney fees

\*       \*       \*

B.  The district attorney shall have standing to bring such an action pursuant to this Subpart.  In addition, if requested in accordance with Subsection A of this Section, the attorney general shall have standing to bring such an action pursuant to this Subpart.  The time limitation to commence an action objecting to candidacy

CODING: Words in ~~struck through~~ type are deletions from existing law; words underscored are additions.

HB NO. 842                                                                                        **ENROLLED**

prescribed by R.S. 18:493 18:1405(A) shall apply to such actions brought by the district attorney or the attorney general.

*        *        *

§501.  Procedure for withdrawal

*        *        *

C.  Notwithstanding the provisions of Subsections A and B of this Section, if the number of candidates remaining in a primary election, second party primary election, or general election for a public office is one more than the number of persons to be elected to the office, the secretary of state shall accept a notice of withdrawal that is filed prior to 4:30 p.m. on the second business day prior to the first day of early voting.  The candidate or candidates remaining after the withdrawal shall be declared elected by the people.

*        *        *

§532.  Establishment of precincts

*        *        *

F.  Prior to the adoption of an ordinance to establish the boundaries of precincts pursuant to this Section, the parish governing authority shall submit the proposed precincts and boundaries to the clerk of court and registrar of voters for their review to confirm in writing the ability to conduct an election utilizing the proposed boundaries.  The parish governing authority shall submit to the secretary of state in accordance with timetables in this Section, the written confirmation received by the parish governing authority.

§532.1.  Changing boundaries

*        *        *

C.(1)  The parish governing authority shall comply with the provisions of R.S. 18:532(A), (B), (C), and (E), and (F) when changing any precinct boundary.

*        *        *

(4)  In addition to the requirements of Paragraph (2) of this Subsection, when the proposed precinct change involves dividing a precinct, prior to the adoption of the ordinance, the parish governing authority shall submit proposed changes to the

CODING:  Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

HB NO. 842                                                                                **ENROLLED**

clerk of court and registrar of voters to confirm <u>in writing</u> the ability to conduct an election utilizing the proposed boundaries.  <u>The parish governing authority shall submit to the secretary of state in accordance with timetables in this Section, the written confirmation received by the parish governing authority.</u>

*        *        *

§551.  Ballots

*        *        *

B.  Titles of offices.

*        *        *

(2) ~~Below any party primary offices, the~~ <u>Except as provided in Paragraph (1) of this Subsection,</u> titles of the offices to be voted on in a primary or general election shall be listed on the ballot in the following order:

*        *        *

§562.  Prerequisites to voting

*        *        *

B.  Review of precinct register.  The commissioners shall then determine:

*        *        *

(2)  If the applicant's name is found in the precinct register on the inactive list of voters and the applicant has not voted absentee by mail or during early voting, the applicant may vote after complying with provisions of R.S. 18:196(B).  After such compliance, one of the commissioners shall announce the applicant's name again and shall preserve the address confirmation ~~notice~~ <u>form</u> received from the voter by placing the address confirmation ~~notice~~ <u>form</u> in the envelope marked "Registrar of Voters" and attaching the envelope to the precinct register.

*        *        *

§564.  Assistance in voting on election day

*        *        *

CODING:  Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

HB NO. 842                                                    **ENROLLED**

B.  Persons prohibited from assisting voters.

\*        \*        \*

(5)

\*        \*        \*

(b)  The ~~voter, along with the~~ person assisting the voter~~,~~ shall complete a voter assistance form and provide the name, address, and relationship to the voter of the person~~, including a commissioner,~~ assisting the voter and attest whether the person, other than a commissioner, assisting the voter was paid to provide assistance. If the voter is not marked for assistance in voting in the precinct register, the voter shall attest on the voter assistance form that the voter has a physical disability or is unable to read and requires assistance in voting.

\*        \*        \*

§565.  Challenge of voters

\*        \*        \*

B.  Disposition of record of challenge and address confirmation ~~notice~~ form. The original record of the challenge, signed by the challenger, and the address confirmation ~~notice~~ form shall be placed in the envelope marked "Registrar of Voters".  A duplicate record of the challenge shall be placed in the clear plastic zipper bag and returned to the clerk of court on election night. A duplicate record of the challenge shall be given to the voter being challenged.

C.  Disposition of the challenge. The commissioners present shall determine the validity of the challenge.  If they determine by majority vote that the challenge is valid, the applicant shall not be permitted to vote.  However, if the valid challenge has determined that the applicant has moved within the parish or has moved outside of the parish within the last three months, the voter shall be allowed to vote upon completing an address confirmation ~~notice~~ form.  If a majority of the commissioners determine that the challenge is invalid, the applicant shall be permitted to vote.

\*        \*        \*

CODING: Words in ~~struck through~~ type are deletions from existing law; words underscored are additions.

HB NO. 842                                                                    **ENROLLED**

§571.  Procedures for commissioners after termination of voting

A.   At the termination of voting in a primary or general election, the commissioners shall announce that voting is terminated. The commissioners in the presence of the watchers shall immediately:

*        *        *

(8)  Place one copy of the official election results reports, one copy of the machine certificates, one of the duplicate poll lists, all original executed challenges of voters, all precinct register corrections, all voter identification affidavits, all voter assistance forms, any physicians' certificates, any copies of disability documentation, a copy of each completed notation of irregularities form, and any address confirmation ~~notices~~ forms in the envelope marked "Registrar of Voters", seal it and attach it to the precinct register after the termination of voting, and place a new protective seal on the precinct register.

*        *        *

§573.  Evidence of election results

*        *        *

E.   Transmission and disposition of original challenges, duplicate voters' affidavits, and address confirmation ~~notices~~ forms.  (1)  At the opening of the voting machines, the sealed precinct registers shall be immediately returned to the registrar of voters.  Upon receipt of the sealed precinct registers, the registrar shall remove any attached original record of challenges of voters made during the election, any precinct register correction affidavits, any voter identification affidavits made pursuant to R.S. 18:562, any address confirmation ~~notices~~ forms, any voter assistance forms, any certificates, any copies of disability documentation, and any completed voter registration applications.

(2)  The registrar shall utilize the procedures set forth in Part V of Chapter 4 of this Code to determine the validity of the registration of each challenged voter who did not submit an address confirmation ~~notice~~ form.  In any instance where an address confirmation ~~notice~~ form was received that stated an address different from the address on file in the registrar's office for a registrant, the registrar shall change

Page 18 of 40

CODING:  Words in ~~struck through~~ type are deletions from existing law; words underscored are additions.

HB NO. 842                                                                           **ENROLLED**

the registrant's address to the address on the address confirmation ~~notice~~ form if the change of address is in the parish; transfer the registrant's registration to another parish if the address on the address confirmation ~~notice~~ form is in another parish; or cancel the registration if the address on the address confirmation ~~notice~~ form is in another state.  If an address confirmation ~~notice~~ form was received that affirmed the address on file in the registrar's office, the registrar shall reinstate the registrant to the official list of voters if the registrant appears on the inactive list of voters.  If the address confirmation ~~notice~~ form was a result of a valid challenge, the registrar shall so inform the district attorney and shall transmit to him the address confirmation ~~notice~~ form of that person.

(3)  The registrar also shall proceed to determine if each voter submitting a voter identification affidavit made pursuant to R.S. 18:562 attesting that he is a qualified registered voter is in fact a registered voter qualified to vote in the election by comparing the information provided by the voter with the information on file in the registrar's office and by reasonably comparing the signature on the affidavit with any signature on file for the voter in the registrar's office.  If the registrar determines that any person who has voted in the election by virtue of his submission of such an affidavit was not a registered voter qualified to vote in the election, the registrar shall so inform the elections compliance unit and shall transmit to it the affidavit of that person.

(4)  The registrar shall scan the address confirmation ~~notice~~ form, voter identification affidavit, voter assistance form, or voter registration application and add it to the voter's record in the state voter registration computer system after processing.

§574.  Compilation and promulgation of returns

A.

\*        \*        \*

(2)  Immediately after the completion of the verification by the clerk of court and the counting and tabulation of provisional ballots for federal office, if applicable, the board shall publicly prepare ~~two~~ a compiled ~~statements~~ statement of the election

CODING:  Words in ~~struck through~~ type are deletions from existing law; words underscored are additions.

HB NO. 842                                                                **ENROLLED**

returns as shown by the record of the votes made by the clerk of court.  The compiled

~~statements~~ statement shall separately show the machine votes for each candidate and

for and against each proposition in each precinct, the total absentee by mail and early

voting votes for each candidate and for and against each proposition in the parish,

the total provisional votes for each candidate for federal office, and the total of all

votes for each candidate and for and against each proposition in the parish.

(3)  The board shall complete the compilation of the election returns and file

~~one copy of~~ the compiled statement with the clerk of court no later than 4:00 p.m. on

the fifth day after the election.  ~~One copy of the compiled statement shall be~~

~~postmarked~~ The clerk of court shall transmit an electronic copy of the compiled

statement to the secretary of state no later than noon on the sixth day after the

election and mailed to the secretary of state.  ~~The clerk of court shall transmit the~~

~~election returns as shown by the compiled statement from the parish board of~~

~~election supervisors to the secretary of state no later than noon on the sixth day after~~

~~the election.~~  In a parish containing a municipality with a population of three hundred

thousand or more, the parish board of election supervisors shall transmit the election

returns as shown by their compiled statement to the secretary of state no later than

noon on the sixth day after the election.  Failure to comply with these time limits

shall not void the election.

*          *          *

§602.  Vacancies in certain local and municipal offices; exceptions

*          *          *

E.

*          *          *

(2)

*          *          *

CODING: Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

(d) ~~Within twenty-four hours~~ <u>Immediately</u> after he receives the copy, the secretary of state shall notify all election officials having any duty to perform in connection with a special election to fill such vacancy, including the parish boards of election supervisors for the parish or parishes in which the vacancy occurred.

*          *          *

§604.  Marshal of city or municipal court; temporary absence; vacancy

*          *          *

B.

*          *          *

(2)

*          *          *

(c)  A copy of the proclamation shall also be mailed to the secretary of state who shall ~~within twenty-four hours~~ <u>immediately</u> after receipt of the information notify all election officials having any duty to perform in connection with a special election to fill such vacancy, including the parish board of election supervisors. When a special election is required, the appointee shall serve only until the successor is elected and takes office.

§621.  Vacancy in office of judge

*          *          *

B.  Immediately after issuance of the proclamation, the secretary of state shall publish the proclamation in the official journal of each parish in which the election is to be held.  Within twenty-four hours after its issuance, the governor shall send a copy of the proclamation to the secretary of state.  ~~Within twenty-four hours~~ <u>Immediately</u> after he receives the copy, the secretary of state shall notify all election officials having any duty to perform in connection with a special election to fill such vacancy, including the parish boards of election supervisors for the parish or parishes in which the vacancy occurred.

*          *          *

CODING:  Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

HB NO. 842                                                                                    **ENROLLED**

§1254.   Slates of candidates not affiliated with a recognized political party; nominating petitions and qualifying by payment of qualifying fees

*        *        *

C.  Nominating petitions for the office of presidential elector shall be in the form prescribed by R.S. 18:465(D), except that in lieu of including the recognized political party with which the candidates are affiliated, the petition shall contain, in not more than three words, the political principle which the candidates represent. Also, in lieu of the date of the primary election for which the candidates seek to qualify, the petition shall include the date of the general election.  ~~The~~ Each sheet of the petition also shall include the names of the candidate for president and the candidate for vice president whom the candidates for elector support in lieu of the candidate's name and domicile address; however, neither the candidate for president nor the candidate for vice president supported by the slate of candidates for electors shall be a candidate for that office supported by a recognized political party or by a slate of candidates for elector who have previously filed a nominating petition or qualified by the payment of a qualifying fee for that election.  Each petition shall contain a full slate of candidates for elector, one from each congressional district and two from the state at large.  In designating the office for which the candidate is nominated, the petition shall designate the particular office of presidential elector, that is, the district in which the candidate is a qualified elector if he is nominated for the office for that district, or the designation "At large" in the case of the two offices to be filled at large.  Each nominating petition shall be accompanied by the notice of candidacy and notarized affidavit of each candidate for elector signifying that the certificate constitutes his acceptance of the nomination.

*        *        *

§1259.  Arrangement of ballot; designation of party candidates

*        *        *

B.

*        *        *

Page 22 of 40

CODING: Words in ~~struck through~~ type are deletions from existing law; words underscored are additions.

HB NO. 842                                                                    **ENROLLED**

(2) ~~Directly to the left of~~ In addition to the names of the presidential and vice presidential candidates, the following shall appear:

\*       \*       \*

§1300.2.  Petition for recall election; campaign finance disclosure

\*       \*       \*

C.(1)  Prior to the entering of any signatures on a petition, the chairman designated to represent the petitioners shall file with the secretary of state a copy of the recall petition which will be used and copies of a picture identification that contain the name and signature of the chairman and vice chairman, respectively, or copies of current utility bills, bank statements, government checks, paychecks, or other government documents that show the name and address of the chairman and vice chairman, respectively.  Upon receipt of the recall petition, the secretary of state shall provide to the chairman and vice chairman, respectively, a document prepared by the secretary of state in conjunction with the Louisiana Registrars of Voters Association, subject to approval as to content by the attorney general, providing general information on petition requirements and deadlines.  Upon receipt of the recall petition, the secretary of state shall ~~endorse~~ certify thereon the fact and the date of filing, and this unsigned copy of the recall petition shall be a public record.  A copy shall be transmitted by the secretary of state to the registrar of voters for each parish in which the recall election is to be held.  The chairman shall list on the petition every parish that is wholly or partially within the voting area where the recall election is to be held.  The petition shall be considered filed when it is received in the office of the secretary of state.  Upon receipt of the recall petition, the secretary of state shall produce a report of the number of qualified electors in the voting area wherein the recall election is sought effective on the date of receipt of the recall petition and shall notify the registrar of voters in each parish in the voting area of the number of qualified electors of the voting area in the parish for issuance of the certification.

\*       \*       \*

CODING:  Words in ~~struck through~~ type are deletions from existing law; words underscored are additions.

HB NO. 842                                                                    **ENROLLED**

§1300.3.  Certification of registrar of voters; addition or withdrawal of signatures; designation as a public record; form of names

A.(1)

*          *          *

(b)  The registrar of voters for each parish in the voting area may request and accept the assistance of employees of the Department of State and registrars and deputy registrars of voters from other parishes to complete the certification of the recall petition.  ~~Each person offering such assistance shall be considered a deputy registrar of the requesting parish registrar for that purpose only.~~

*          *          *

§1303.  Persons entitled to vote in compliance with this Chapter

*          *          *

K.  Secretary of state and employees.  The secretary of state or an employee of the ~~secretary of state~~ <u>Department of State</u> who is a qualified voter and who submits to the registrar of voters of the parish where he is registered to vote <u>a letter from his supervisor on Department of State letterhead confirming his employment, a paystub, or</u> a copy of a state employee identification card may vote absentee by mail upon meeting the requirements of this Chapter.

L.  Employees of the registrar.  An employee of the registrar of voters who is a qualified voter registered to vote in a parish other than his parish of employment and who submits to the registrar of voters of the parish where he is registered to vote <u>a letter from his employing registrar of voters confirming his employment, a paystub, or</u> a copy of an identification card showing employment with the registrar of voters may vote absentee by mail upon meeting the requirements of this Chapter.

*          *          *

§1309.  Early voting; verification

*          *          *

D.

*          *          *

CODING:  Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

HB NO. 842                                                        **ENROLLED**

(2)  If the voter's name is found in the state voter registration computer system on the inactive list of voters, the voter shall be required to complete an address confirmation ~~card~~ form to determine his eligibility to vote.

*        *        *

K.(1) A ~~person~~ qualified voter who is able to perform the essential duties of a commissioner may serve as an early voting commissioner only if he has received a certificate of instruction as provided in R.S. 18:431(A) and has attended a course of instruction for early voting commissioners and received a certificate of instruction from the registrar of voters.

(2)  An early voting commissioner shall meet the same qualifications of a commissioner as provided in R.S. 18:425(B). ~~A person to whom one or more of the following applies shall not serve as an early voting commissioner:~~

~~(a)  The person is a candidate in the election.~~

~~(b)  An immediate family member of the person is a candidate for election to public office in the election.~~

~~(c)  The person is marked for assistance in voting in the precinct register or requires the use of the audio ballot in voting.~~

~~(d)  The person has been convicted of an election offense enumerated in Chapter 10 of this Title.~~

~~(e)  The person is required to register as a sex offender or child predator pursuant to R.S. 15:542.~~

*        *        *

N.

*        *        *

(5)  A list of early voting watchers shall be filed with the registrar of voters by hand delivery, facsimile, mail, or commercial courier before 4:30 p.m. on the ~~fourteenth~~ tenth business day before the first day of early voting for the party primary, primary, or general election; however, if the ~~fourteenth~~ tenth business day before the first day of early voting for the party primary, primary, or general election falls on a Saturday, Sunday, or other legal holiday, the list shall be filed on the next

CODING:  Words in ~~struck through~~ type are deletions from existing law; words underscored are additions.

HB NO. 842                                                                **ENROLLED**

day which is not a Saturday, Sunday, or other legal holiday.  For purposes of this Paragraph, "commercial courier" shall have the same meaning as provided in R.S. 13:3204(D).

\* \* \*

§1309.3.  Assistance in voting during early voting

\* \* \*

B.  Persons prohibited from assisting voters during early voting.

\* \* \*

(4)

\* \* \*

(b)  The ~~voter, along with the~~ person assisting the voter, shall complete a voter assistance form and provide the name of the person assisting the voter and attest whether the person, other than a commissioner, providing assistance was paid to assist the voter. If the voter is not marked for assistance in voting in the statewide voter registration database, the voter shall attest on the voter assistance form that the voter has a physical disability or is unable to read and requires assistance in voting.

\* \* \*

§1310.  Execution of certificate; marking of ballot; casting vote; assistance

A.

\* \* \*

(3)  In order to cast a vote on an absentee by mail ballot, a voter shall make a selection for a candidate or for or against a proposition by completely filling in the oval to the right of a selection and returning the ballot to the registrar of voters as provided in this Section within the applicable deadline set forth by law.  If a voter makes selections for more than the number of candidates to be elected for an office or makes selections for and against the same proposition, the selections for that office or proposition shall be void.

\* \* \*

CODING: Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

HB NO. 842                                                                                                           **ENROLLED**

§1313.  Tabulation and counting of absentee by mail and early voting ballots

\*          \*          \*

C.(1)  Absentee by mail and early voting ballots shall be counted at a public facility within the parish designated by the registrar of voters at a time fixed by the parish board of election supervisors, which time shall be on election day no later than 8:00 p.m.  If the time selected by the parish board of election supervisors to count absentee by mail and early voting ballots is after 4:00 p.m. on election day, the starttime shall be submitted to the commissioner of elections for approval no later than the fourth day prior to election day.

\*          \*          \*

H. The procedure for counting early voting machine ballots and paper ballots voted during early voting shall be as follows:

\*          \*          \*

(3)  The board shall post the results from each early voting machine results report for the early voting ballots, unless an early voting machine ballot has been challenged pursuant to R.S. 18:1309(E)(6) or 1315.

\*          \*          \*

(5)  The board shall determine the validity of challenges to early voters who cast a paper ballot made in accordance with R.S. 18:1315.

\*          \*          \*

§1313.1.  Preparation, verification, tabulation, and counting of absentee by mail and early voting ballots

\*          \*          \*

C.

\*          \*          \*

(2)  Absentee by mail and early voting ballots shall be counted at a public facility within the parish designated by the registrar of voters at a time fixed by the parish board of election supervisors, which time shall be on election day no later than 8:00 p.m.  If the time selected by the parish board of election supervisors to count absentee by mail and early voting ballots is after 4:00 p.m. on election day, the start

CODING: Words in struck through type are deletions from existing law; words underscored are additions.

HB NO. 842                                                                          **ENROLLED**

time shall be submitted to the commissioner of elections for approval no later than the fourth day prior to election day.

*        *        *

I.  The procedure for counting early voting machine ballots on election day shall be as follows:

*        *        *

(2)  The board shall post the results from each early voting machine results report for the early voting ballots, unless an early voting ballot has been challenged pursuant to R.S. 18:1309(E)(6) or 1315.

*        *        *

§1314.  Parish board commissioners

*        *        *

B.  Selection for primary election.

*        *        *

(2)  The parish board of election supervisors shall meet at 10:00 a.m. on the fifth day before a primary election and shall select the parish board commissioners and alternate parish board commissioners for the parish in the manner provided by law for the selection of commissioners and alternate commissioners.  If there are not enough certified commissioners to select the appropriate number of parish board commissioners and alternate parish board commissioners, the board of election supervisors may select a qualified elector of the parish to serve; however, no such elector shall serve as a parish board commissioner if a certified commissioner has been selected as an alternate parish board commissioner.

*        *        *

C.  Selection for general election.

*        *        *

(2)(a)  If the parish board determines that the number of parish board commissioners can be reduced, it shall notify each person who served as a parish board commissioner or alternate parish board commissioner in the primary election of its decision to reduce the number of parish board commissioners and of the date

CODING: Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

HB NO. 842                                                                                    **ENROLLED**

and time of the meeting to select the parish board commissioners for the general election. The parish board shall meet ~~at 10:00 a.m.~~ on the fifth day before a general election and shall select the parish board commissioners and alternate parish board commissioners to serve in the general election for the parish.

\*       \*       \*

(3) If the parish board and the secretary of state or his designee determine that the number of parish board commissioners should be increased, the parish board shall meet ~~at 10:00 a.m.~~ on the fifth day before a general election and shall select the additional parish board commissioners and alternate parish board commissioners to serve in the general election for that parish from the list of certified commissioners who have not been chosen to serve in the general election as a commissioner-in-charge, commissioner, or, if applicable, parish board commissioner in the manner provided by law for the selection of commissioners and alternate commissioners. If there are not enough certified commissioners to select the appropriate number of parish board commissioners and alternate parish board commissioners, the board of election supervisors may select a qualified elector of the parish to serve; however, no such elector shall serve as a parish board commissioner if a certified commissioner has been selected as an alternate parish board commissioner.

\*       \*       \*

§1315. Challenge of absentee by mail or early voting ballot

A.(1)(a) A candidate or his representative, a member of the board, or a qualified elector may challenge an absentee by mail ~~or early voting~~ ballot for the grounds specified in R.S. 18:565(A), by personally filing his written challenge with the registrar no later than the fourth day before the election for which the ballot is challenged. ~~Such challenge shall be on a form provided by the secretary of state.~~

(b) A candidate or his representative, a member of the board, an early voting watcher, or a qualified elector may challenge a person applying to early vote on the grounds specified in R.S. 18:565(A), prior to the person casting an early voting ballot. The challenged early voter shall not cast his ballot on an early voting

CODING: Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

HB NO. 842                                                          **ENROLLED**

machine, but shall be provided a paper ballot in accordance with R.S. 18:1309(E)(5)(b).

(2) A challenge made pursuant to this Subsection shall be on a form provided by the secretary of state which The form shall include:

*          *          *

B.   During the preparation and verification process for the counting of absentee by mail and early voting ballots before the election, as applicable, or the counting of absentee by mail and early voting ballots on election day, any candidate or his representative, member of the board, or qualified elector may challenge an absentee by mail or early voting paper ballot for cause, other than those grounds specified in R.S. 18:565(A). Failure to include a witness's printed name or mailing address on an absentee ballot certificate shall not be grounds to challenge an absentee by mail ballot.

*          *          *

D.

*          *          *

(2)  If a challenge in accordance with the provisions of Subsection A of this Section is sustained, the vote shall not be counted; the ballot or early voting confirmation sheet shall be placed in the special, secure absentee by mail and early voting ballot container; and the board shall notify the voter in writing of the challenge and the cause therefor.  This notification shall be on a form provided by the secretary of state and shall be signed by at least a majority of the members of the board. The notice of the challenge and the cause therefor shall be given within four business days by mail, addressed to the voter at his place of residence.  The board shall retain a copy of the notification. However, if the challenge is based upon a change of residence within the parish or is based upon a change of residence outside of the parish that has occurred within the last three months, the ballot shall be counted, provided that the voter confirmed his current address as shown by the affidavit of the absentee by mail ballot certificate or early voting confirmation sheet

CODING:  Words in ~~struck through~~ type are deletions from existing law; words underscored are additions.

HB NO. 842                                                                **ENROLLED**

or, if the voter is on the inactive list of voters, as shown by the information provided on an address confirmation ~~notice~~ form.

\*        \*        \*

§1316.  Rejection of ballot having distinguishing marks

\*        \*        \*

D.   The secretary of state may promulgate rules in accordance with the Administrative Procedure Act necessary to effectuate the provisions and purposes of this Section.

§1317.  Curing absentee by mail ballot deficiencies; rejection of deficient ballots

A.(1)  The secretary of state shall promulgate ~~and adopt~~ rules in accordance with the Administrative Procedure Act as necessary to effectuate uniform and standardized processes for the review and curing or rejection of deficient absentee by mail ballots by the parish board of election supervisors~~,~~.

(2)  The failure of a witness to provide his printed name or address on the absentee by mail certificate shall not be deemed a deficiency requiring cure.

B.   The secretary of state shall maintain records of all ballots rejected pursuant to the provisions of R.S. 18:1315(D)(3)(a)~~,~~ and shall include information detailing the total number of ballots rejected per parish and the reasons for their rejection in the post-election statistical data published to the website of the secretary of state.

\*        \*        \*

§1333.  Nursing home early voting program; voting by persons residing in a nursing home

\*        \*        \*

B.  A qualified voter who resides in a nursing home within the parish in which the voter is entitled to vote may vote early as provided in this Section during the period extending at least two weeks prior to the beginning day for early voting

CODING:  Words in ~~struck through~~ type are deletions from existing law; words underscored are additions.

HB NO. 842                                                                                    **ENROLLED**

through <u>four days before election day</u> ~~the last day for early voting established by R.S. 18:1309~~.

*        *        *

G. The voting by each voter shall be accomplished in the following manner:

(1) The voter shall present to the registrar the letter the voter received from the registrar that bears the reply number assigned as provided in Subsection E of this Section.  The registrar shall compare the number on the letter with the number on the absentee by mail ballot envelope in his possession and, if they are identical, the registrar shall hand the envelope containing the absentee by mail ballot to the voter. However, if the voter is on the inactive list of voters, the voter shall complete an address confirmation ~~notice~~ <u>form</u> prior to receiving the envelope containing the absentee by mail ballot.

*        *        *

(7)  Upon receipt of an address confirmation ~~notice~~ <u>form</u>, the registrar shall reinstate the voter to the official list of voters.

*        *        *

§1367.2.  Authority to resolve protested solicitations and awards

*        *        *

F.  ~~Stay of procurements during protests.  In the event of a timely protest under Subsection A of this Section, the state shall not proceed further with the solicitation or with the awarding of the contract unless the chief procurement officer makes a written determination that the awarding of the contract is necessary without delay to protect the substantial interests of the state.  Upon such determination by the chief procurement officer, no court shall enjoin progress under the award except after notice and hearing.~~ <u>Protest bond to stay procurement during protest. (1) A protestant who timely protests a solicitation or an award may apply for a stay only during the time period provided in Subsection A of this Section to protest a solicitation or an award.</u>

Page 32 of 40

CODING:  Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.

HB NO. 842                                                                    **ENROLLED**

(2) The protest bond and stay application shall be conducted in the manner provided in R.S. 39:1671(F)(2) and (3).

\*        \*        \*

§1367.11.  ~~Trial;~~ Hearing; decision; appeal

A.  Actions objecting to the solicitation or award of a contract pursuant to this Subpart shall be ~~tried~~ heard summarily on the administrative record, without a jury, and in open court.  The ~~trial~~ hearing, which shall be confined to the administrative record, shall begin no later than fourteen days after suit is filed.

\*        \*        \*

§1371.  Delivery and return of machines and supplies; contract; time of delivery

A.(1)(a)  The secretary of state shall contract for the delivery to the voting precincts of the election day machines and other election equipment and supplies for which he is responsible and for their return to the storage warehouses.  The specifications for the contract shall be prepared by the secretary of state after consultation with and approval by the parish custodian of the parish in which the contract is to be performed.  The contract shall be ~~advertised and let~~ procured in accordance with the Louisiana Procurement Code.  The governing authority of the parish or municipality in which the voting machines are to be used may submit bids and be awarded contracts for the drayage of the voting machines.

(b)  The secretary of state may contract for delivery the week prior to the beginning of early voting until no later than 11:59 p.m. on the day before early voting begins for an election, in the parishes that have three or more early voting locations, of the voting machines and other election equipment and supplies for which he is responsible and for their return to the offices of the registrars of voters or the location designated by the registrar of voters within twenty-four hours of the end of early voting.  The specifications for the contract shall be prepared by the secretary of state after consultation with and approval by the registrar of voters of the parish in which the contract is to be performed.  The contract shall be ~~advertised and let~~ procured in accordance with the Louisiana Procurement Code.  The governing authority of the parish or municipality in which the voting machines are to be used

Page 33 of 40

CODING:  Words in ~~struck through~~ type are deletions from existing law; words underscored are additions.

HB NO. 842                                                                **ENROLLED**

may submit bids and be awarded contracts for the drayage of the early voting machines.

(2)  If the secretary of state seeks to award a contract by competitive sealed bidding, in ~~In~~ addition to all other notices and advertisements for bids required, the secretary of state shall furnish notice of the invitation for bids at least thirty days prior to the opening of bids for each contract for the delivery of machines to the early voting locations or voting precincts for a parish in the following manner:

*          *          *

§1401.  Objections to candidacy; contests of elections; contests of certification of recall petition; parties authorized to institute actions; penalties

*          *          *

G.  A qualified elector may bring an action objecting to the placement of a constitutional amendment on a ballot.

H.  Upon a determination that a candidate knowingly attested to false information in a notice of candidacy, the court shall assess court costs and attorney fees, and the court may impose any other sanctions the court deems appropriate against the candidate.

§1402.  Proper parties

*          *          *

B.(1)  The following persons are the proper parties against whom election contests shall be instituted:

(a)  The secretary of state, in his official capacity, when contesting an election on any proposed amendment to the constitution or when contesting the placement of a constitutional amendment on a ballot.

*          *          *

§1405.  Time for commencement of action

A.  An action objecting to candidacy shall be instituted no earlier than the day the candidate submits his notice of candidacy to the qualifying official and no ~~not~~ later than 4:30 p.m. of the seventh day after the close of qualifications for candidates in the primary election.  After the expiration of the time period set forth in this

CODING: Words in ~~struck through~~ type are deletions from existing law; words underscored are additions.

Section, no further action shall be commenced objecting to candidacy based on the grounds for objections to candidacy contained in R.S. 18:492.

B.  An action contesting any election involving election to office shall be instituted no earlier than the day after the date of the election and no ~~not~~ later than 4:30 p.m. of the ninth day after the date of the election, and no such contest shall be declared moot because of the performance or nonperformance of a ministerial function including but not limited to matters relating to the printing of ballots for the general election.

C.(1)  An action contesting an election on a proposed constitutional amendment shall be instituted no earlier than the day after the election and ~~not~~ no later than 4:30 p.m. of the tenth day after promulgation of the results of the election by the secretary of state.

(2)  An action objecting to the placement of a constitutional amendment on a ballot shall be instituted no earlier than the date of the final passage of the joint resolution calling the election and no later than 4:30 p.m. of the thirtieth day after final passage of the legislative instrument calling the election.

D.  An action contesting an election submitting a proposition to the voters, except a constitutional amendment or a proposition covered by ~~Subsection~~ Paragraph (C)(2) or Subsection E of this Section, shall be instituted no earlier than the day after the date of the election and no ~~not~~ later than 4:30 p.m. of the thirtieth day after the official promulgation of the results of the election.

E.  An action contesting an election on a proposition submitted to the voters relating to the issuance of bonds, refunding bonds, assuming an indebtedness, or levying a tax shall be instituted no earlier than the day after the date of the election and no ~~not~~ later than 4:30 p.m. of the sixtieth day after official promulgation of the results.  If the legality of the election, the bond issue provided for, the tax authorized, or the assumption of indebtedness is not contested within the sixty days herein prescribed, the authority to incur the debt, levy the tax, or issue the bonds, the legality thereof, and the taxes and other revenues necessary to pay the same shall be conclusively presumed to be valid and no court thereafter shall have authority to inquire into such matters.

CODING: Words in ~~struck through~~ type are deletions from existing law; words underscored are additions.

F.  An action contesting the certification of a recall petition shall be instituted after the certification of the recall petition as provided in R.S. 18:1300.3 and not later than 4:30 p.m. of the fifteenth day after the governor has issued the proclamation ordering the recall election or not later than 4:30 p.m. of the fifteenth day after the last day for the governor to call the election if no recall election is called.

G.  Except as provided in Paragraph (C)(1) of this Section, an An action objecting to the calling of a special election shall be instituted no earlier than the day after the date the election is called and no not later than 4:30 p.m. of the fourteenth day after the calling of the election date the election is called.

H.  An action contesting any election involving the recall of a public officer shall be instituted no earlier than the day after the date of the election and no not later than 4:30 p.m. of the ninth day after the date of the election.

*        *        *

§1413.  Computation of time

Computation of all time intervals in this Chapter shall include Sundays and other legal holidays.  However, if the time interval ends on a Sunday or other legal holiday, then noon 4:30 p.m. of the next legal day shall be deemed to be the end of the time interval.

*        *        *

§1922.2.  Approval of reapportionment plan by local election officials

*        *        *

B.

*        *        *

(2)  The registrar of voters and clerk of court shall review and confirm in writing the ability to conduct an election utilizing the proposed plan.

(3)  The local governing body shall submit to the secretary of state in accordance with timetables in this Section, the written report received by the local governing body.

Page 36 of 40

CODING:  Words in struck through type are deletions from existing law; words underscored are additions.

Section 2.  R.S. 18:107(H)  is hereby enacted to read as follows:

§107.  Party affiliation for registration; change in party affiliation

\*          \*          \*

H.    A person who is registered as or who applies for registration as "unaffiliated" shall have his party affiliation changed to "no party".

Section 3.  R.S. 18:154(C)(1)(h) is hereby amended and reenacted to read as follows:

§154.  Records open to inspection; copying; exceptions

\*          \*          \*

C.(1)  Notwithstanding any provision of this Section to the contrary, the registrar, the clerk of court, the Department of State, the office of motor vehicles of the Department of Public Safety and Corrections and any entity that contracts with the office, each voter registration agency and any entity that contracts with a voter registration agency, and any person who handles the voter registration application form of another person shall be prohibited from circulating on a commercial list or otherwise disclosing the following:

\*          \*          \*

(h)  The voter registration application and any information contained on the voter registration application of any person who is sixteen or seventeen years of age, except that the voter registration information of a person who is seventeen years of age may appear in a precinct register when that person will be eighteen years of age within seven days before an election day.

\*          \*          \*

Section 4.  R.S. 18:402(G)(1) as amended and reenacted by Act No. 640 of the 2024 Regular Session of the Legislature shall supercede R.S. 18:402(G)(1) as amended and reenacted by Act No. 386 of the 2025 Regular Session of the Legislature.

Section 5.  R.S. 18:2(9) and 154(F)(8) are hereby amended and reenacted to read as follows:

§2.  Definitions

As used in this Code, the following words and terms shall have the meanings hereinafter ascribed to each, unless the context clearly indicates another meaning:

\*          \*          \*

CODING:  Words in ~~struck through~~ type are deletions from existing law; words underscored are additions.

(9) "Party primary office" means an office of senator or representative in the United States Congress, justice of the supreme court, the State Board of Elementary and Secondary Education, and the Public Service Commission.

\*　　\*　　\*

§154.  Records open to inspection; copying; exceptions

\*　　\*　　\*

F.    Notwithstanding any provision of this Section to the contrary, the registrar, the clerk of court, and the Department of State shall be prohibited from disclosing the following:

\*　　\*　　\*

(8)  Votes that are void because of the death of a candidate pursuant to R.S. 18:469, withdrawal of a candidate pursuant to R.S. 18:502, resignation of a public officer subject to a recall election pursuant to R.S. 18:1300.7, or disqualification of a candidate pursuant to R.S. 18:1410, or cancellation of an election for an office or proposition.

\*　　\*　　\*

Section 6.  R.S. 18:2(9) is hereby amended and reenacted to read as follows:

§2.  Definitions

As used in this Code, the following words and terms shall have the meanings hereinafter ascribed to each, unless the context clearly indicates another meaning:

\*　　\*　　\*

(9) "Party primary office" means an office of senator or representative in the United States Congress, justice of the supreme court, the State Board of Elementary and Secondary Education, and the Public Service Commission.

\*　　\*　　\*

Section 7.(A)(1) The May 16, 2026, and June 27, 2026, party primary elections for representative in the United States Congress are hereby cancelled. Notwithstanding any provision of the Louisiana Election Code to the contrary, votes cast in the May 16, 2026, or June 27, 2026, party primary election for representative in the United States Congress shall be void and not counted. No election official, as defined in R.S. 18:1466, shall disclose votes

CODING:  Words in struck through type are deletions from existing law; words underscored are additions.

HB NO. 842                                                                          **ENROLLED**

cast in the May 16, 2026, or June 27, 2026, party primary election for representative in the United States Congress.

(2)  The secretary of state shall remit to each candidate the state portion of the qualifying fee, as provided for in R.S. 18:464(B)(1), and the additional qualifying fee, as provided for in R.S. 18:464(B)(5), that the candidate paid to qualify for the May 16, 2026, and June 27, 2026, party primary elections for representative in the United States Congress. The secretary of state shall cancel any nominating petition received for the May 16, 2026, and June 27, 2026, party primary elections for representative in the United States Congress.

(B)  Candidates for representative in the United States Congress shall be elected at the open primary election to be held on November 3, 2026, and the open general election to be held on December 12, 2026.

(C)(1)  Notwithstanding the provisions of R.S. 18:467, the qualifying period for all candidates in the 2026 fall primary election, including candidates for representative in the United States Congress, shall begin on August 5, 2026. The qualifying period for such candidates shall close at 4:30 p.m. on August 7, 2026.

(2) Notwithstanding the provisions of R.S. 18:465(C)(3)(b), the number of qualified voters who must timely sign a nominating petition for a candidate for representative in the United States Congress for the 2026 congressional election shall be two hundred fifty. Notwithstanding the provisions of R.S. 18:465(D), the nominating petition shall not be required to set forth the congressional district for which a candidate for representative in the United States Congress seeks to qualify until the petition is submitted to the registrar of voters. A qualified voter may sign the nominating petition beginning on the effective date of this Section. The nominating petition shall be submitted to the registrar of voters no later than July 9, 2026.

Section 8.(A)  Section 1 of this Act shall become effective August 1, 2026.

(B)  Section 2 of this Act shall become effective September 1, 2026.

(C)  Section 3 of this Act shall become effective February 1, 2027.

(D)  Section 6 of this Act shall become effective January 1, 2027.

CODING: Words in ~~struck through~~ type are deletions from existing law; words underscored are additions.

HB NO. 842                                                                                    **ENROLLED**

(E)  Sections 4, 5, and 7 and this Section of this Act shall become effective upon signature by the governor or, if not signed by the governor, upon expiration of the time for bills to become law without signature by the governor, as provided by Article III, Section 18 of the Constitution of Louisiana.  If vetoed by the governor and subsequently approved by the legislature, Sections 4, 5, and 7 and this Section of this Act shall become effective on the day following such approval.


_____
SPEAKER OF THE HOUSE OF REPRESENTATIVES


_____
PRESIDENT OF THE SENATE


_____
GOVERNOR OF THE STATE OF LOUISIANA


APPROVED: _____

Page 40 of 40

CODING:  Words in ~~struck through~~ type are deletions from existing law; words underscored are additions.