An official website of the State of Louisiana. **Here's how you know** ⌄    **Language** 🌐    **Accessibility** ♿



🔍

🏠 ❯ News ❯ Governor Jeff Landry Suspends Only U.S. House Primar...



April 30, 2026

# Governor Jeff Landry Suspends Only U.S. House Primary Elections Following Supreme Court Ruling

**BATON ROUGE, La**. — Governor Jeff Landry issued an executive order suspending Louisiana's closed party primary elections <u>only</u> for offices of U.S. Representative in response to the recent decision by the United States Supreme Court in *Louisiana v. Callais*. **EO attached.**

"The best way to end race-based discrimination is to stop making decisions based on race," **said Governor Jeff Landry.** "Here in Louisiana, we're proud to lead the nation on this charge. Allowing elections to proceed under an unconstitutional map would undermine the integrity of our system and violate the rights of our voters. This executive order ensures we uphold the rule of law while giving the Legislature the time it needs to pass a fair and lawful congressional map. I would like to thank Attorney General Liz Murrill for her hard work throughout this process"

The ruling issued on April 29 found Louisiana's current congressional district map, enacted under SB 8 during the 2024 First Extraordinary Session, to be an unconstitutional

gerrymander. The decision effectively reinstates a lower court injunction prohibiting the state from conducting congressional elections under the invalidated map.

As a result, the state's closed party primary elections for U.S. House seats, previously scheduled for May 16, 2026, and the second primary set for June 27, 2026, are suspended. Early voting for the May election was set to begin May 2. **Other offices and ballot measures scheduled for May 16 will continue as planned. This suspension will only apply to the U.S. House races.**

This executive order follows certification from the Louisiana Secretary of State that an electoral emergency exists, as provided under R.S. 18:401.1. The statute authorizes the governor to suspend or delay elections to protect voter safety, participation, and the integrity of the process.

## Let's stay in touch.

**Louisiana Office of the Governor**

PO Box 94004
Baton Rouge, LA 70804

📞 225-342-0991

**website feedback →**

   

ALL CONTACTS →

**Quick Links**

Employee Webmail                    Report Possible Fraud or Abuse

Public Records Request        Accessibility

Privacy Policy

POWERED BY CICERO GOVERNMENT

Public Records Request        Accessibility

Privacy Policy