**NEWS RELEASE**

# NANCY LANDRY
### S E C R E T A R Y   O F   S T A T E

P.O. Box 94125 • Baton Rouge, LA 70804-9125 • www.sos.la.gov

**TREY WILLIAMS**
Deputy Secretary
Communications and Policy
2 2 5 . 9 2 2 . 0 8 2 0
trey.williams@sos.la.gov

**Exhibit Sticker**

**C**

April 30, 2026

## LOUISIANA U.S. HOUSE OF REPRESENTATIVES RACES SUSPENDED

### Early Voting Begins Saturday For All Other Races

**BATON ROUGE, La.** — Louisiana Secretary of State Nancy Landry today said that voting for the May 16 elections will proceed, with early voting beginning on Saturday, May 2.

However, the U.S. Supreme Court ruled yesterday that Louisiana's current U.S. House District maps are an unconstitutional gerrymander and their use in the upcoming Congressional elections would violate law.

"Pursuant to 18:401.1(B), I have certified the emergency in light of the Supreme Court ruling. This is a mandatory step prior to the Governor issuing an executive order suspending the upcoming Louisiana U.S. House races. **All other races on the ballot, besides the U.S. House races, will continue as scheduled, with early voting beginning on Saturday**," Secretary Landry said.

"Our office will post notices at each of the early voting sites to alert the public of this change. While the U.S. House races will remain on voters' ballots, any votes cast in those races will not be counted."

### ###