Exhibit Sticker

D

exhibitsticker.com

HOME   QUICK LINKS

[ SEARCH ]  🔍

| ELECTIONS & VOTING | BUSINESS SERVICES | NOTARY & CERTIFICATIONS | HISTORICAL RESOURCES | OUR OFFICE |
|---|---|---|---|---|

## ELECTIONS & VOTING

**Browse by Audience**

**Register to Vote**

**Vote**

*Get Election Information*

   Search Election Dates

   Polling Locations & Changes

   Find Results & Statistics

   Review Sample Ballots

   Review Types of Elections

   How are Candidates Elected?

   Search for Candidates

   Learn about Redistricting

   Sign-up for Election Alerts

   Frequently Asked Questions

**Become a Candidate**

**Find Public Officials**

**Information for Public Officials**

**Get Involved**

**Review Administration & History**

**Get Bond, Debt or Tax Costs**

**Task Forces & Study Groups**

**Certification of Voting Systems**

**Get Election Forms & Brochures**

**Contact Us**

---

**LOUISIANA U.S. HOUSE OF REPRESENTATIVES RACES SUSPENDED**

**Elections Hotline: 1.800.883.2805**

Click here to fill out an application to become an election worker

Election Day is this Saturday - May 16. All races on the ballot, except U.S. House of Representatives, are proceeding as scheduled. **View your sample ballot and polling location.**

**Closed Party Primaries are coming in 2026! Click here to watch our series of educational videos.**

---

Home > Elections & Voting > Get Election Information                                    Print

## GET ELECTION INFORMATION

View the **May 16, 2026 Election Quick Facts** for detailed information about this election.

**Questions or concerns regarding the election should be directed to the Elections Hotline at 1.800.883.2805.**

**May 16, 2026\* - Party Primary Election\*\* (U.S. Senate, La. Supreme Court Justice, Board of Elementary and Secondary Education Member, Public Service Commission Member)/Municipal Primary Election**

\*Spring 2026 dates have been adjusted per Act 1 of the 2025 First Extraordinary Session of the Louisiana Legislature.

Click here to learn more about Closed Party Primaries.

The following is additional important information for the Saturday, May 16, 2026 Election:

- The deadline to register to vote in person, by mail, or at an OMV Office is April 15.
- The deadline to register to vote through the GeauxVote Online Registration System is April 25.
- Early voting is May 2-9 (excluding Sunday, May 3) from 8:30 a.m.-6 p.m.
- The deadline to request an absentee ballot is May 12 by 4:30 p.m (other than military and overseas voters). You can request an absentee ballot online through our Voter Portal or in writing through your Registrar of Voters Office.
- The deadline for a registrar of voters to receive a voted absentee ballot is May 15 by 4:30 p.m. (other than military and overseas voters).
- On election day, the polls are open from 7 a.m.-8 p.m.

**June 27, 2026\* - 2nd Party Primary Election**

\*Spring 2026 dates have been adjusted per Act 1 of the 2025 First Extraordinary Session of the Louisiana Legislature.

The following is important information for the Saturday, June 27, 2026, 2nd Party Primary Election:

- The deadline to register to vote in person, by mail, or at an OMV Office is May 27.
- The deadline to register to vote through the GeauxVote Online Registration System is June 6.
- Early voting is June 12-20 (excluding Sunday, June 14, and Friday, June 19, for Juneteeth) from 8:30 a.m.-6 p.m.
- The deadline to request an absentee ballot is June 23 by 4:30 p.m (other than military and overseas voters). You can request an absentee ballot online through our Voter Portal or in writing through your Registrar of Voters Office.
- The deadline for a registrar of voters to receive a voted absentee ballot  is June 26 by 4:30 p.m. (other than military and overseas voters).
- On election day, the polls are open from 7 a.m.-8 p.m.

**November 3, 2026 - U.S. Senate General/Open U.S. H**

The following is important information for the Tuesday, Nove.

Voting questions?
Chat with our **virtual assistant**

- The qualifying period for all candidates is August 5-7, 2026. Local and municipal candidates qualify with the clerk of court in the parish in which they are registered to vote (contact your local clerk of court for office hours). State candidates qualify at the Secretary of State's office at 8585 Archives Ave. in Baton Rouge between the hours of 8 a.m. and 4:30 p.m. Qualifying fees must be paid in the form of cash; certified or cashier's check on a state or national bank or credit union; U.S. postal money order issued by a state or national bank or credit union and must be accompanied by the qualifying form.
- Please note that qualifying for candidates for party primary offices occured in January. Per Act 7 of the 2026 Regular Legislative Session, U.S. Representative is no longer considered a closed party office for purposes of the November and December election cycle, and anyone planning to qualify must do so by either paying the qualifying fee or via nominating petition regardless of party.
- The November 3, 2026 election is the open general election date for party primary offices. Learn more here.

The following is additional important information for the Tuesday, November 3, 2026 Election:

- The deadline to register to vote in person, by mail, or at an OMV Office is October 5.
- The deadline to register to vote through the GeauxVote Online Registration System is October 13.
- Early voting is October 20-27 (excluding Sunday, October 25) from 8:30 a.m.-6 p.m.
- The deadline to request an absentee ballot is October 30 by 4:30 p.m (other than military and overseas voters). You can request an absentee ballot online through our Voter Portal or in writing through your Registrar of Voters Office.
- The deadline for a registrar of voters to receive a voted absentee ballot is November 2 by 4:30 p.m. (other than military and overseas voters).
- On election day, the polls are open from 6 a.m.-8 p.m.

**December 12, 2026 - Open U.S. Representative General/Open General Election**

The following is important information for the Saturday, December 12, 2026 Election:

- The deadline to register to vote in person, by mail, or at an OMV Office is November 12.
- The deadline to register to vote through the GeauxVote Online Registration System is November 21.
- Early voting is November 28-December 5 (excluding Sunday, November 29) from 8:30 a.m.- 6 p.m.
- The deadline to request an absentee ballot is December 8 by 4:30 p.m. (other than military and overseas voters). You can request an absentee ballot online through our Voter Portal or in writing through your Registrar of Voters Office.
- The deadline for a registrar of voters to recieve a voted absentee ballot is December 11 by 4:30 p.m. (other than military and overseas voters).
- On election day, the polls are open from 7 a.m.-8 p.m.

View more information on past, present and future elections.

**Propositions and Constitutional Amendments**

The text of propositions and the text and summaries of constitutional amendments to be voted on in upcoming elections and those which were voted on in recent past elections can be seen by viewing propositions and constitutional amendments under "Review Types of Elections."

**Purchase Voter Lists**

A database of public information of registered voters is only available for purchase using specifically defined selection criteria. The voter list is available through email as a PDF or tab delimited text file. In addition, printable address labels in PDF are available upon request during the online ordering process. You can receive a cost estimate and purchase a list of registered voters through our online application. The purchaser is responsible for defining the selection criteria, reviewing the estimate and paying in advance of receipt of the requested list.

View the instructional video before placing an order.

If you need assistance in selection criteria, or have any other questions, please contact your Registrar of Voters Office, email us, call Elections Services at 225.922.0900 or call toll-free at 800.883.2805.

Additional information about the lists is available below:

- Voter List Charges and Other Information;
- Email Record Format;
- Saving Information to an Excel Spreadsheet;
- Purchase Voter Lists FAQs; and
- Voter history is also available as an option when purchasing a voter list.

*Election results are not final until certified by the Louisiana Secretary of State. Third-party results are not official and Louisiana citizens are encouraged to only rely on data provided by the Louisiana Secretary of State.

**ELECTIONS & VOTING**

Browse by Audience
Register to Vote
Vote
Get Election Information
Become a Candidate
Find Public Officials
Information for Public Officials
Get Involved
Review Administration & History
Get Bond, Debt or Tax Costs
Task Forces & Study Groups
Get Election Forms & Brochures
Contact Us

**BUSINESS SERVICES**

Start a Business
Search for Louisiana Business Filings
File Business Documents
Service of Process
Uniform Commercial Code
Small BIZ Protection
Beneficial Ownership Reporting
Contact Us

**NOTARY & CERTIFICATIONS**

Become a Louisiana Notary
Prepare for the Notary Exam
File Notary Documents
Search for Louisiana Notaries
Notary Education Provider Information
Become a RON Notary
Certifications
Contact Us

**HISTORICAL RESOURCES**

Browse by Audience
Learn about the Archives
Explore Media Archives
Research Historical Records
Managing Records
Visit Museums
About Louisiana
Contact Us

**OUR OFFICE**

Learn about Nancy Landry
Department Overview
Find Administrative Rules
Obtain Publications
End of Life Registries
Government Entity Registries
View Solicitations
Address Confidentiality Program
Call Before You Dig
Flood Protection Authorities
Contact Us
Make a Public Records Request
Litigation Disclosure Reports
SOS Policy Against Sexual Harassment

**SITE INFORMATION**

Disclaimer
Accessibility
Security & Privacy
Report a Problem

Free software is required to view some content on this site. If you are having problems accessing a file, click the file type below to install the necessary software:
PDF (Adobe Acrobat Viewer) | DOC or DOCX (Microsoft Word Viewer) | XLS or XLSX (Microsoft Excel Viewer)

©  2026 Louisiana Department of State