

| Home | Laws | Bills | Sessions | House | Senate | Committees | Legislators | My Legis |
|------|------|-------|----------|-------|--------|------------|-------------|----------|

## *2026 REGULAR SESSION*

### SB121  by Senator Jay Morris



**CONGRESS:  Provides for the redistricting of Louisiana congressional districts. (See Act) (EG +$2,934,660 GF EX See Note)**

**Current Status:  Pending House introduction**

Text ▶   Amendments ▶   Digests ▶   Notes ▶   Votes ▶   Authors ▶

| Date | Chamber | Journal Page | Action | *sort history by ascending dates* |
|------|---------|--------------|--------|-----------------------------------|
| 05/14 | S | | Senate floor amendments read and adopted. Read by title and passed by a vote of 27 yeas and 10 nays; ordered reengrossed and sent to the House. Motion to reconsider tabled. | Senate 5/14 Video |
| 05/13 | S | 47 | Read by title; made Special Order of the Day No. 1 for 5/14. | Senate 5/13 Video |
| 05/13 | S | 16 | Reported with amendments. Rules suspended. Read by title; Committee amendments read and adopted. Ordered engrossed and passed to third reading and final passage. | Senate 5/13 Video |
| 03/09 | S | 13 | Introduced in the Senate; read by title. Rules suspended. Read second time and referred to the Committee on Senate and Governmental Affairs. | S&G 5/12 Video<br>S&G 5/12 Video part 2<br>S&G 5/12 Video part 3<br>S&G 5/12 Video part 4<br>S&G 5/8 Video<br>S&G 5/8 Video part 2<br>S&G 5/8 Video part 3<br>Senate 3/9 Video<br>Senate 3/9 Video part 2 |
| 02/23 | S | | Prefiled and under the rules provisionally referred to the Committee on Senate and Governmental Affairs. | |