SLS 26RS-282

2026 Regular Session

SENATE BILL NO. 121

BY SENATOR MORRIS

**REENGROSSED**



CONGRESS. Provides for the redistricting of Louisiana congressional districts. (See Act)

AN ACT

To enact R.S. 18:1276 and to repeal R.S. 18:1276.1, relative to congressional districts; to provide for the redistricting of Louisiana's congressional districts; to provide with respect to positions and offices, other than congressional, which are based upon congressional districts; to provide for effectiveness; and to provide for related matters.

Be it enacted by the Legislature of Louisiana:

Section 1. R.S. 18:1276 is hereby enacted to read as follows:

**§1276. Congressional districts**

**Louisiana shall be divided into six congressional districts, and the qualified electors of each district shall elect one representative to the United States House of Representatives. The districts shall be composed as follows:**

**(1) District 1 is composed of Precincts 1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 105, 106, 116, 117,**

Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **boldface type and underscored** are additions.

SLS 26RS-282                                                          <u>REENGROSSED</u>
                                                                     SB NO. 121

**118, 119, 120, 121, 122, 123, 124, 125A, 125B, 126, 127, 128, 129, 130, 132, 134, 136, 138, 192, 198, 199, 203, 246, 247, 248, 1-GI, 1-H, 2-H, 3-H, 4-H, 6-H, 7-H, 8-H, 9-H, 1-K, 2-K, 3-K, 4-K, 5-K, 6-KA, 6-KB, 7-KA, 7-KB, 8-K, 9-K, 10-K, 11-K, 12-K, 13-KA, 14-K, 16-K, 17-K, 19-K, 20-K, 25-K, 27-K, 28-K, 29-K, 34-K, 35-K and 1-L of Jefferson Parish; Precincts 3-5, 3-6, 4-1, 4-2, 4-3, 4-4, 4-5, 4-6, 7-2, 7-3, 7-4, 8-1, 9-1, 9-2, 10-1, 10-2, 10-3, 10-4, 10-6, 10-8, 10-9, 10-10, 10-11, 10-12, 10-13, 10-14, 10-15, 10-16, 11-1 and 11-2 of Lafourche Parish; Precincts 3-20, 4-7, 4-8, 4-9, 4-11, 4-14, 4-15, 4-17, 4-17A, 4-18, 4-20, 4-21, 4-22, 4-23, 5-12, 5-13, 5-15, 5-16, 5-17, 5-18, 7-41, 7-42, 14-2, 14-3, 14-4, 14-8, 14-9, 14-10, 14-11, 14-12, 14-13A, 14-14, 14-15, 14-16, 14-18A, 14-19, 14-21, 16-1, 16-1A, 16-2, 16-3, 17-1, 17-17, 17-18, 17-18A, 17-19 and 17-20 of Orleans Parish; Plaquemines Parish; St. Bernard Parish; St. Tammany Parish; Precincts 70, 70A, 71, 72, 72A, 73, 74, 122A, 122B, 122C, 124, 137, 137A, 137C, 137D, 145, 147, 149, 149A and 151 of Tangipahoa Parish and Precincts 18, 19, 20, 23, 25, 27, 29, 31, 34, 35, 38, 41, 43, 45, 48, 49, 52, 53, 55, 56, 57, 59, 60, 62, 63, 69, 71, 72, 81, 83, 85, 88, 90, 94, 95, 100 and 110 of Terrebonne Parish.**

**(2) District 2 is composed of Precincts 45, 47, 48, 50, 51, 52, 53, 54, 55 and 57 of Ascension Parish; Precincts 1-1, 1-2, 2-5, 4-3, 5-5, 6-1, 6-2, 6-3 and 7-1 of Assumption Parish; Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 1-6, 1-10, 1-11, 1-13, 1-14, 1-15, 1-16, 1-18, 1-19, 1-21, 1-22, 1-23, 1-24, 1-25, 1-26, 1-27, 1-28, 1-29, 1-30, 1-31, 1-32, 1-33, 1-36, 1-38, 1-41, 1-43, 1-44, 1-45, 1-50, 1-51, 1-56, 1-58, 1-61, 1-62, 1-63, 1-67, 1-69, 1-77, 1-84, 1-85, 1-86, 1-91, 1-92, 1-93, 1-94, 1-95, 1-100, 1-101, 1-104, 1-106, 2-1, 2-11, 2-16, 2-22, 2-23, 2-24 and 2-30 of East Baton Rouge Parish; Precincts 1, 3, 7, 9, 10, 10B, 11, 12, 13, 14, 14A, 15, 16, 17, 18, 19, 20, 21 and 22 of Iberville Parish; Precincts 104, 108, 115, 131, 133, 150A, 150B, 151, 152, 153, 154, 155, 156, 157A, 170, 171, 172, 173, 174, 175, 176, 177, 178, 179A, 179B, 180, 181, 182, 183, 184, 185A, 185B, 187, 188, 189, 190, 191, 193A, 193B, 194A, 194B, 195, 196, 197A, 197B, 200, 201, 202, 204, 205, 210, 211, 212, 213A, 213B, 213C, 214A, 214B, 215, 216A, 216B, 217, 225, 226, 227, 228, 229,**

Coding: Words which are ~~struck through~~ are deletions from existing law; words in **boldface type and underscored** are additions.

SLS 26RS-282                                          <u>**REENGROSSED**</u>
SB NO. 121

**230, 231, 232A, 232B, 234, 235, 236, 237, 238A, 238B, 1-G, 2-G, 3-G, 4-G, 5-G, 6-G, 7-G, 8-G, 9-G, 10-G, 11-G, 12-G, 13-G, 13-KB, 15-K, 21-K, 22-K, 23-K, 24-K, 26-K, 30-K, 31-K, 33-K, 1-W, 3-W, 4-W, 5-W, 6-W and 7-W of Jefferson Parish; Precincts 1-1, 1-2, 1-5, 1-6, 2-1, 2-2, 2-4, 2-6, 2-7, 3-1, 3-8, 3-9, 3-12, 3-14, 3-15, 3-18, 3-19, 4-2, 4-3, 4-6, 5-1, 5-2, 5-3, 5-5, 5-7, 5-8, 5-9, 5-10, 5-11, 6-1, 6-2, 6-4, 6-6, 6-7, 6-8, 6-9, 7-1, 7-2, 7-4, 7-5, 7-6, 7-7, 7-8, 7-9A, 7-10, 7-11, 7-12, 7-13, 7-14, 7-15, 7-16, 7-17, 7-18, 7-19, 7-20, 7-21, 7-23, 7-24, 7-25, 7-25A, 7-26, 7-27, 7-27B, 7-28, 7-28A, 7-29, 7-30, 7-32, 7-33, 7-35, 7-37, 7-37A, 7-40, 8-1, 8-2, 8-4, 8-6, 8-7, 8-8, 8-9, 8-12, 8-13, 8-14, 8-15, 8-19, 8-20, 8-21, 8-22, 8-23, 8-24, 8-25, 8-26, 8-27, 8-28, 8-30, 9-1, 9-3, 9-4, 9-5, 9-6, 9-7, 9-8, 9-9, 9-10, 9-11, 9-12, 9-13, 9-14, 9-15, 9-16, 9-17, 9-19, 9-21, 9-23, 9-25, 9-26, 9-28, 9-28C, 9-29, 9-30, 9-30A, 9-31, 9-31A, 9-31B, 9-31D, 9-32, 9-33, 9-34A, 9-35, 9-35A, 9-36, 9-36B, 9-37, 9-38, 9-38A, 9-39, 9-39B, 9-40, 9-40A, 9-40C, 9-41, 9-41A, 9-41B, 9-41C, 9-41D, 9-42, 9-42C, 9-43A, 9-43B, 9-43C, 9-43E, 9-43F, 9-43G, 9-43H, 9-43I, 9-43J, 9-43K, 9-43L, 9-43M, 9-43N, 9-44, 9-44A, 9-44B, 9-44D, 9-44E, 9-44F, 9-44G, 9-44I, 9-44J, 9-44L, 9-44M, 9-44N, 9-44O, 9-44P, 9-44Q, 9-45, 9-45A, 10-3, 10-6, 10-7, 10-8, 10-9, 10-11, 10-12, 10-13, 10-14, 11-2, 11-3, 11-4, 11-5, 11-8, 11-9, 11-10, 11-11, 11-12, 11-13, 11-14, 11-17, 12-1, 12-2, 12-3, 12-4, 12-5, 12-6, 12-7, 12-9, 12-10, 12-11, 12-12, 12-13, 12-14, 12-16, 12-17, 12-19, 13-1, 13-2, 13-3, 13-4, 13-5, 13-6, 13-7, 13-8, 13-9, 13-10, 13-11, 13-12, 13-13, 13-14, 13-15, 13-16, 14-1, 14-5, 14-6, 14-7, 14-17, 14-20, 14-23, 14-24A, 14-25, 14-26, 15-1, 15-2, 15-3, 15-5, 15-6, 15-8, 15-9, 15-10, 15-11, 15-12, 15-12A, 15-13, 15-13A, 15-13B, 15-14, 15-14A, 15-14B, 15-14C, 15-14D, 15-14E, 15-14F, 15-14G, 15-15, 15-15A, 15-15B, 15-16, 15-17, 15-17A, 15-17B, 15-18, 15-18A, 15-18B, 15-18C, 15-18D, 15-18E, 15-18F, 15-19, 15-19A, 15-19B, 15-19C, 16-4, 16-5, 16-6, 16-7, 16-8, 16-9, 17-2, 17-3, 17-4, 17-5, 17-6, 17-7, 17-8, 17-9, 17-10, 17-11, 17-12, 17-13, 17-13A, 17-14, 17-15 and 17-16 of Orleans Parish; Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 2-1, 2-3, 2-4, 2-5, 4-1, 4-2, 4-3, 4-4, 4-5, 5-1, 5-3, 5-4, 6-3, 6-6, 7-1, 7-2, 7-3, 7-4 and 7-5 of St. Charles Parish; St. James Parish; Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 2-1, 2-2,**

Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **boldface type and underscored** are additions.

SLS 26RS-282                                    <u>REENGROSSED</u>
SB NO. 121

**2-3, 2-4, 2-5, 3-1, 3-2, 3-3, 3-4, 3-7, 4-1, 4-2, 4-3, 5-1, 5-2, 5-3, 6-1, 6-2, 6-3, 6-4, 7-1 and 7-4 of St. John the Baptist Parish and Precincts 1B, 1C, 1D, 1E, 6, 8, 10, 13A and 14A of West Baton Rouge Parish.**

**(3) District 3 is composed of Acadia Parish; Precincts 164, 166E, 167, 260, 261, 262, 300, 301, 302, 303, 304, 305, 306, 307, 308, 309E, 309W, 310, 311, 312, 313E, 313W, 314, 315E, 315W, 316E, 316W, 317, 318, 319N, 319S, 320E, 320W, 321, 322, 323, 324, 325, 326, 327, 328, 329, 330, 331, 332N, 332S, 333, 334, 335, 336, 337, 338, 339, 340, 360, 361, 362, 364, 365, 366, 367, 368, 369, 370, 371N, 371S, 372, 405, 441, 800, 801, 860N, 860S, 861E and 861W of Calcasieu Parish; Cameron Parish; Iberia Parish; Jefferson Davis Parish; Lafayette Parish; Precincts 10A, 11, 11B, 12, 18, 18A, 19, 19A, 22, 22B, 24, 24B, 25, 26, 26A, 32, 32A, 44, 44A, 44B, 45, 46, 47, 48, 49, 50, 50A, 51, 51A and 52 of St. Landry Parish; St. Martin Parish; St. Mary Parish; Precincts 1, 2, 5, 7, 8, 10, 11, 12, 14, 15, 16, 17, 28, 33, 37, 39, 42, 51, 64, 67, 68, 73, 76, 84 and 87 of Terrebonne Parish and Vermilion Parish.**

**(4) District 4 is composed of Allen Parish; Beauregard Parish; Bienville Parish; Bossier Parish; Caddo Parish; Precincts 160E, 160W, 161, 162E, 162W, 163, 165, 166W, 363, 400, 401, 402, 403, 404, 406, 407, 408, 440, 460E, 460W, 461, 463, 464, 465, 466E, 466W, 467, 468, 469, 560, 561, 562, 600, 601, 602, 603, 660, 661, 662, 663, 664, 700, 701, 702, 703, 760, 761 and 762 of Calcasieu Parish; Claiborne Parish; De Soto Parish; Evangeline Parish; Precincts 1-1, 1-2, 1-3, 1-4, 2-1, 2-2, 2-6, 3-1, 3-2, 3-3, 5-1, 5-2 and 5-3 of Grant Parish; Natchitoches Parish; Red River Parish; Sabine Parish; Union Parish; Vernon Parish and Webster Parish.**

**(5) District 5 is composed of Avoyelles Parish; Caldwell Parish; Catahoula Parish; Concordia Parish; East Carroll Parish; East Feliciana Parish; Franklin Parish; Precincts 2-3, 2-5, 4-1, 4-2, 4-3, 6-1, 6-2, 6-3, 6-4, 7-1, 7-2, 7-3, 7-5, 7-6, 8-1, 8-2, 8-3 and 8-4 of Grant Parish; Jackson Parish; La Salle Parish; Lincoln Parish; Madison Parish; Morehouse Parish; Ouachita Parish;**

Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **boldface type and underscored** are additions.

SLS 26RS-282                                              <u>REENGROSSED</u>
                                                         SB NO. 121

**Rapides Parish; Richland Parish; St. Helena Parish; Precincts 1, 1A, 1B, 1C, 1D, 2, 2A, 2B, 2C, 3, 4, 4A, 4B, 5, 6, 7A, 8, 9, 9A, 10, 13, 13A, 14A, 14B, 15, 18B, 20, 20B, 21, 21A and 23A of St. Landry Parish; Precincts 2, 6, 11, 15, 16, 17, 28, 33, 40A, 41, 42, 43, 44, 45A, 45B, 46, 47, 49, 101, 102, 104, 106, 106A, 107, 108, 109, 110, 111A, 112, 114, 115B, 116, 117, 118, 118A, 119, 120, 120A, 120B, 121, 121A, 123, 125, 127, 129A, 133, 133A, 137B, 139, 141, 141A, 143 and 143A of Tangipahoa Parish; Tensas Parish; Washington Parish; West Carroll Parish; West Feliciana Parish and Winn Parish.**

**(6) District 6 is composed of Precincts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 58, 61, 62, 63, 64, 65, 66, 68, 69, 71, 72, 73, 76, 77 and 78 of Ascension Parish; Precincts 1-3, 2-1, 2-3, 2-4, 3-1, 3-2, 4-1, 4-4, 5-1, 5-2, 5-3, 7-2, 7-3, 8-1 and 9-1 of Assumption Parish; Precincts 1-7, 1-8, 1-9, 1-12, 1-20, 1-34, 1-35, 1-37, 1-39, 1-40, 1-42, 1-46, 1-47, 1-48, 1-49, 1-52, 1-53, 1-54, 1-55, 1-57, 1-59, 1-60, 1-64, 1-65, 1-66, 1-70, 1-71, 1-72, 1-73, 1-74, 1-75, 1-76, 1-78, 1-79, 1-80, 1-81, 1-82, 1-83, 1-87, 1-88, 1-89, 1-90, 1-96, 1-97, 1-98, 1-99, 1-102, 1-103, 1-105, 1-107, 2-2, 2-3, 2-4, 2-5, 2-6, 2-7, 2-8, 2-9, 2-10, 2-12, 2-13, 2-14, 2-15, 2-17, 2-18, 2-19, 2-20, 2-21, 2-25, 2-26, 2-27, 2-28, 2-29, 2-31, 2-32, 2-33, 2-34, 2-35, 2-36, 2-37, 2-38, 3-1, 3-2, 3-3, 3-4, 3-5, 3-6, 3-7, 3-8, 3-9, 3-10, 3-11, 3-12, 3-13, 3-14, 3-15, 3-16, 3-17, 3-18, 3-19, 3-20, 3-21, 3-22, 3-23, 3-24, 3-25, 3-26, 3-27, 3-28, 3-29, 3-30, 3-31, 3-32, 3-33, 3-34, 3-35, 3-36, 3-37, 3-38, 3-39, 3-40, 3-41, 3-42, 3-43, 3-44, 3-45, 3-46, 3-47, 3-48, 3-49, 3-50, 3-51, 3-52, 3-53, 3-54, 3-55, 3-56, 3-57, 3-58, 3-59, 3-60, 3-61, 3-62, 3-63, 3-64, 3-65, 3-66, 3-67, 3-68, 3-69, 3-70, 3-71, 3-72, 3-73, 3-74, 3-75 and 3-76 of East Baton Rouge Parish; Precincts 4, 5, 6, 15A, 24, 25, 26, 27, 28, 29, 31 and 32 of Iberville Parish; Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 1-6, 2-1, 2-1A, 2-2, 2-3, 2-5, 2-6, 2-7, 2-8, 2-9, 2-10, 2-11, 2-12, 2-13, 2-14, 2-15, 2-16, 3-1, 3-2, 3-3, 3-4, 3-7, 5-1, 5-1A, 5-2, 5-3, 6-1, 6-2, 6-3, 6-4, 6-5, 7-1, 11-3, 11-4 and 11-5 of Lafourche Parish; Livingston Parish; Pointe Coupee Parish; Precincts 1-6, 2-6, 3-1, 3-2, 3-3, 5-5, 6-1, 6-2 and**

Coding: Words which are ~~struck through~~ are deletions from existing law; words in **boldface type and underscored** are additions.

SLS 26RS-282                                                    <u>**REENGROSSED**</u>
                                                                 SB NO. 121

**6-4 of St. Charles Parish; Precincts 1-6, 1-7, 4-4, 4-5, 5-4, 5-5, 6-5, 7-2 and 7-3**

**of St. John the Baptist Parish; Precincts 7, 14, 16, 16A, 17, 23, 27, 28, 29, 29A,**

**30, 30A, 30B, 31, 33, 33A, 34, 34A, 35, 36, 37, 37A, 38, 39, 39A, 40, 41, 41A, 42**

**and 43 of St. Landry Parish and Precincts 1A, 2A, 2B, 3, 4A, 4B, 5, 7A, 7B, 9,**

**13B, 14B, 15, 16, 17, 18, 19, 20, 21 and 22 of West Baton Rouge Parish.**

Section 2. R.S. 18:1276.1 is hereby repealed.

Section 3.(A) The precincts referenced in this Act are those contained in the file named "2026 Precinct Shapefiles (1-27-2026)" available on the website of the Legislature of Louisiana on the effective date of this Section. The 2026 Precinct Shapefiles are based upon those Voting Districts (VTDs) contained in the 2020 Census Redistricting TIGER/Line Shapefiles for the State of Louisiana as those files have been modified and validated through the data verification program of the Louisiana Senate and the Louisiana House of Representatives to represent precinct changes submitted through January 27, 2026, to the Legislature of Louisiana by parish governing authorities pursuant to the provisions of R.S. 18:532 and 532.1.

(B) When a precinct referenced in this Act has been subdivided by action of the parish governing authority on a nongeographic basis or subdivided by action of the parish governing authority on a geographic basis in accordance with the provisions of R.S. 18:532.1, the enumeration in this Act of the general precinct designation shall include all nongeographic and all geographic subdivisions thereof, however such subdivisions may be designated.

(C) The territorial limits of the districts as provided in this Act shall continue in effect until changed by law regardless of any subsequent change made to the precincts by the parish governing authority.

Section 4. The provisions of this Act shall not reduce the term of office of any person holding any position or office on the effective date of this Section for which the appointment or election is based upon a congressional district as composed pursuant to R.S. 18:1276.1. Any position or office that is filled by appointment or election based upon a congressional district and that is to be filled after January 3, 2027, shall be appointed or elected from a

Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **boldface type and underscored** are additions.

SLS 26RS-282                                                    **REENGROSSED**
                                                                SB NO. 121

district as it is described in Section 1 of this Act.

Section 5.(A) Solely for the purposes of qualifying for election and the conduct of the election of representatives to the United States Congress at the regularly scheduled election for representatives to the congress in 2026, the provisions of Section 1 of this Act shall become effective upon signature of this Act by the governor or, if not signed by the governor, upon expiration of the time for bills to become law without signature by the governor, as provided in Article III, Section 18 of the Constitution of Louisiana. If this Act is vetoed by the governor and subsequently approved by the legislature, the provisions of Section 1 of this Act shall become effective on the day following such approval for the purposes established in this Subsection.

(B) For subsequent elections of representatives to the United States Congress and for all other purposes, the provisions of Section 1 of this Act shall become effective at noon on January 3, 2027.

(C) The provisions of Section 2 of this Act shall become effective at noon on January 3, 2027.

(D) The provisions of this Section and Sections 3 and 4 of this Act shall become effective upon signature of this Act by the governor or, if not signed by the governor, upon expiration of the time for bills to become law without signature by the governor, as provided in Article III, Section 18 of the Constitution of Louisiana. If this Act is vetoed by the governor and subsequently approved by the legislature, the provisions of this Section and Sections 3 and 4 of this Act shall become effective on the day following such approval.

---

The original instrument and the following digest, which constitutes no part of the legislative instrument, were prepared by Senate Legislative Services. The keyword, summary, and digest do not constitute part of the law or proof or indicia of legislative intent. [R.S. 1:13(B) and 24:177(E)]

---

DIGEST

SB 121 Reengrossed          2026 Regular Session                    Morris

Present U.S. Constitution (14th Amendment) provides that representatives in congress shall be apportioned among the several states according to their respective numbers, counting the whole number of persons in each state. The U.S. Supreme Court has held that the population of congressional districts in the same state must be as nearly equal in population as practicable.

Present law provides for six congressional districts based upon the 2020 federal decennial

Coding: Words which are ~~struck through~~ are deletions from existing law; words in **boldface type and underscored** are additions.

SLS 26RS-282                                                    **REENGROSSED**
                                                                   SB NO. 121

census.

Proposed law updates precincts for the current Act 2 of the 2024 1st E.S. congressional districts based upon the "2026 Precinct Shapefiles (1-27-2026)".

Proposed law provides that the new districts become effective upon signature of governor or lapse of time for gubernatorial action for election purposes only for the regular congressional elections in 2026. Retains present law districts based upon the 2020 census until noon on January 3, 2027, at which time present law is repealed and the new districts based upon the 2020 census, as established by proposed law, become effective for all other purposes.

Proposed law specifies that precincts referenced in district descriptions are those precincts identified as Voting Districts (VTDs) contained in the file named "2026 Precinct Shapefiles (1-27-2026)" available on the La. Legislature's website. Specifies that the 2026 Precinct Shapefiles are based upon those Voting Districts (VTDs) contained in the 2020 Census Redistricting TIGER/Line Shapefiles for the State of Louisiana as those files have been modified and validated through the data verification program of the La. Legislature. Also specifies that if any such precinct has been subdivided by action of the parish governing authority on a nongeographic basis or subdivided by action of the parish governing authority on a geographic basis in accordance with present law, the enumeration of the general precinct designation shall include all nongeographic and all geographic subdivisions thereof. Further provides that the territorial limits of the districts as enacted shall continue in effect until changed by law regardless of any subsequent change made to the precincts by the parish governing authority.

Proposed law specifies that proposed law does not reduce the term of office of any person holding any position or office on the effective date of proposed law for which the appointment or election is based upon a congressional district as composed pursuant to present law. Specifies that any position or office filled after January 3, 2027, for which the appointment or election is based upon a congressional district shall be appointed or elected from a district as it is described in proposed law.

Population data in the summaries accompanying this digest are derived from 2020 Census Redistricting Data (Public Law 94-171), Summary File for Louisiana. Population data, statistical information, and maps are supplied for purposes of information and analysis and comprise no part of proposed law.

Effective upon signature of governor or lapse of time for gubernatorial action for election purposes only for the regular congressional elections in 2026; effective for all other purposes at noon on January 3, 2027.

(Adds R.S. 18:1276; repeals R.S. 18:1276.1)

Summary of Amendments Adopted by Senate

Committee Amendments Proposed by Senate Committee on Senate and Governmental Affairs to the original bill

1.    Provided an updated congressional map with revised district boundaries and precincts.

2.    Changed date in section 4 from 2029 to 2027 for the term of office of any person holding any position or office on the effective date of the law to reflect the current congressional date.

3.    Changes the election date from 2028 to 2026 to reflect the current election.

Page 8 of 9
Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **boldface type and underscored** are additions.

SLS 26RS-282                                           **REENGROSSED**
                                                        SB NO. 121

4.      Changes the effective date for Section 1 from January 3, 2029 to January 3,
        2027.

5.      Changes the effective date of Section 2 from January 3, 2029 to January 3,
        2027.

Senate Floor Amendments to engrossed bill

1.      Changes boundaries of districts.

Page 9 of 9
Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **boldface type and underscored** are additions.

# Plan Statistics

### Plan: Senate Bill 121 Reengrossed (Morris)

| Districts: | # of Members | Actual Population | Ideal Population | Absolute Deviation | Relative Deviation |
|---|---|---|---|---|---|
| District 1 | 1 | 776,252 | 776,292 | -40 | -0.005% |
| District 2 | 1 | 776,311 | 776,292 | 19 | 0.002% |
| District 3 | 1 | 776,278 | 776,292 | -14 | -0.002% |
| District 4 | 1 | 776,255 | 776,292 | -37 | -0.005% |
| District 5 | 1 | 776,320 | 776,292 | 28 | 0.004% |
| District 6 | 1 | 776,341 | 776,292 | 49 | 0.006% |
| Grand Total: | 6 | 4,657,757 | 4,657,752 | | |

| | | | | |
|---|---|---|---|---|
| Ideal Population Per Member: | 776292 | | **Ideal - Actual:** | **-5** |
| Number of Districts for Plan Type: | 6 | | **Remainder:** | **5** |
| | | | **Unassigned Population:** | **0** |
| Range of District Populations: | 776,252 | to | 776,341 | |

| | | | |
|---|---|---|---|
| Absolute Mean Deviation: | 15 | | |
| Absolute Range: | -40 | to | 49 |
| Absolute Overall Range: | 89 | | |
| Relative Mean Deviation: | 0.00% | | |
| Relative Range: | -0.01% | to | 0.01% |
| Relative Overall Range: | 0.02% | | |

# District Summary

Plan: Senate Bill 121 Reengrossed (Morris)

| | Total Population | VAP Total | Reg Total Dec 2025 | Reg Dem Total Dec 2025 | Reg Rep Total Dec 2025 | Reg Other Total Dec 2025 |
|---|---|---|---|---|---|---|
| District 1 | 776,252 | 601,847 | 438,985 | 107,108 | 197,758 | 134,119 |
| | 100.000% | 100.000% | 72.940% | 24.399% | 45.049% | 30.552% |
| District 2 | 776,311 | 602,516 | 411,368 | 250,392 | 55,206 | 105,770 |
| | 100.000% | 100.000% | 68.275% | 60.868% | 13.420% | 25.712% |
| District 3 | 776,278 | 586,689 | 421,998 | 130,791 | 178,723 | 112,484 |
| | 100.000% | 100.000% | 71.929% | 30.993% | 42.352% | 26.655% |
| District 4 | 776,255 | 590,566 | 401,803 | 129,073 | 171,707 | 101,023 |
| | 100.000% | 100.000% | 68.037% | 32.123% | 42.734% | 25.142% |
| District 5 | 776,320 | 597,174 | 396,194 | 136,089 | 167,214 | 92,891 |
| | 100.000% | 100.000% | 66.345% | 34.349% | 42.205% | 23.446% |
| District 6 | 776,341 | 591,756 | 439,925 | 137,630 | 183,465 | 118,830 |
| | 100.000% | 100.000% | 74.342% | 31.285% | 41.704% | 27.011% |
| Grand Total | 4,657,757 | 3,570,548 | 2,510,273 | 891,083 | 954,073 | 665,117 |
| | 100.000% | 100.000% | 70.305% | 35.497% | 38.007% | 26.496% |

| | Total Population | VAP Total | Reg Total Dec 2025 | Reg Dem Total Dec 2025 | Reg Rep Total Dec 2025 | Reg Other Total Dec 2025 |
|---|---|---|---|---|---|---|

# District Parish Summary

## Plan: Senate Bill 121 Reengrossed (Morris)

| | Total Population | VAP Total | Reg Total Dec 2025 | Reg Dem Total Dec 2025 | Reg Rep Total Dec 2025 | Reg Other Total Dec 2025 |
|---|---|---|---|---|---|---|
| **District 1** | | | | | | |
| *Jefferson | 245,682 | 196,528 | 133,984 | 33,174 | 59,052 | 41,758 |
| *Lafourche | 44,458 | 33,799 | 22,315 | 5,447 | 10,654 | 6,214 |
| *Orleans | 50,038 | 41,407 | 29,329 | 10,958 | 8,637 | 9,734 |
| Plaquemines | 23,515 | 17,334 | 12,130 | 3,924 | 4,971 | 3,235 |
| St. Bernard | 43,764 | 31,775 | 22,206 | 7,912 | 6,732 | 7,562 |
| St. Tammany | 264,570 | 202,228 | 168,850 | 34,289 | 83,147 | 51,414 |
| *Tangipahoa | 39,081 | 29,691 | 21,750 | 4,175 | 11,357 | 6,218 |
| *Terrebonne | 65,144 | 49,085 | 28,421 | 7,229 | 13,208 | 7,984 |
| **District 1** | 776,252 | 601,847 | 438,985 | 107,108 | 197,758 | 134,119 |
| | 100.000% | 100.000% | 72.940% | 24.399% | 45.049% | 30.552% |
| **District 2** | | | | | | |
| *Ascension | 9,737 | 7,283 | 5,100 | 3,426 | 818 | 856 |
| *Assumption | 6,927 | 5,421 | 4,237 | 2,489 | 1,037 | 711 |
| *East Baton Rouge | 112,025 | 86,653 | 50,713 | 34,204 | 4,432 | 12,077 |
| *Iberville | 21,489 | 16,969 | 11,853 | 6,811 | 2,593 | 2,449 |
| *Jefferson | 195,099 | 148,126 | 92,835 | 46,648 | 18,490 | 27,697 |
| *Orleans | 333,959 | 264,789 | 188,230 | 126,881 | 12,630 | 48,719 |
| *St. Charles | 35,062 | 26,383 | 20,904 | 7,411 | 8,017 | 5,476 |
| St. James | 20,192 | 15,505 | 13,459 | 7,633 | 3,537 | 2,289 |
| *St. John the Baptist | 32,678 | 24,826 | 19,043 | 12,146 | 2,592 | 4,305 |
| *West Baton Rouge | 9,143 | 6,561 | 4,994 | 2,743 | 1,060 | 1,191 |
| **District 2** | 776,311 | 602,516 | 411,368 | 250,392 | 55,206 | 105,770 |
| | 100.000% | 100.000% | 68.275% | 60.868% | 13.420% | 25.712% |
| **District 3** | | | | | | |
| Acadia | 57,576 | 42,943 | 33,583 | 9,481 | 16,401 | 7,701 |
| *Calcasieu | 134,931 | 102,278 | 60,923 | 22,485 | 21,853 | 16,585 |
| Cameron | 5,617 | 4,358 | 3,924 | 844 | 2,118 | 962 |
| Iberia | 69,929 | 52,791 | 36,944 | 12,313 | 15,184 | 9,447 |
| Jefferson Davis | 32,250 | 24,039 | 18,329 | 4,957 | 8,478 | 4,894 |
| Lafayette | 241,753 | 183,875 | 138,622 | 38,312 | 60,999 | 39,311 |
| *St. Landry | 31,254 | 23,048 | 17,128 | 8,666 | 4,393 | 4,069 |
| St. Martin | 51,767 | 39,404 | 31,057 | 10,762 | 12,880 | 7,415 |
| St. Mary | 49,406 | 37,521 | 26,695 | 9,267 | 9,994 | 7,434 |
| *Terrebonne | 44,436 | 33,420 | 22,131 | 5,096 | 10,872 | 6,163 |
| Vermilion | 57,359 | 43,012 | 32,662 | 8,608 | 15,551 | 8,503 |
| **District 3** | 776,278 | 586,689 | 421,998 | 130,791 | 178,723 | 112,484 |
| | 100.000% | 100.000% | 71.929% | 30.993% | 42.352% | 26.655% |
| **District 4** | | | | | | |
| Allen | 22,750 | 17,510 | 10,797 | 3,362 | 5,053 | 2,382 |
| Beauregard | 36,549 | 27,489 | 21,046 | 3,672 | 11,362 | 6,012 |
| Bienville | 12,981 | 10,073 | 7,942 | 3,498 | 2,889 | 1,555 |
| Bossier | 128,746 | 95,876 | 64,006 | 14,484 | 31,775 | 17,747 |
| Caddo | 237,848 | 182,407 | 119,564 | 52,437 | 37,457 | 29,670 |
| *Calcasieu | 81,854 | 60,888 | 42,419 | 7,905 | 22,542 | 11,972 |
| Claiborne | 14,170 | 11,507 | 7,439 | 2,884 | 2,826 | 1,729 |
| De Soto | 26,812 | 20,440 | 17,070 | 5,932 | 7,395 | 3,743 |
| Evangeline | 32,350 | 24,408 | 18,176 | 7,093 | 7,463 | 3,620 |
| *Grant | 8,081 | 6,195 | 4,553 | 1,221 | 2,177 | 1,155 |
| Natchitoches | 37,515 | 29,349 | 19,037 | 7,518 | 6,812 | 4,707 |
| Red River | 7,620 | 5,714 | 4,877 | 2,218 | 1,747 | 912 |
| Sabine | 22,155 | 17,064 | 12,460 | 3,010 | 6,599 | 2,851 |
| Union | 21,107 | 16,632 | 12,695 | 3,322 | 6,653 | 2,720 |
| Vernon | 48,750 | 36,261 | 20,095 | 3,985 | 10,497 | 5,613 |
| Webster | 36,967 | 28,753 | 19,627 | 6,532 | 8,460 | 4,635 |
| **District 4** | 776,255 | 590,566 | 401,803 | 129,073 | 171,707 | 101,023 |
| | 100.000% | 100.000% | 68.037% | 32.123% | 42.734% | 25.142% |
| **District 5** | | | | | | |
| Avoyelles | 39,693 | 30,578 | 19,578 | 7,487 | 7,622 | 4,469 |
| Caldwell | 9,645 | 7,478 | 5,381 | 1,214 | 2,944 | 1,223 |
| Catahoula | 8,906 | 6,951 | 5,626 | 1,981 | 2,445 | 1,200 |
| Concordia | 18,687 | 14,217 | 9,841 | 4,059 | 3,753 | 2,029 |
| East Carroll | 7,459 | 5,901 | 3,106 | 1,880 | 682 | 544 |
| East Feliciana | 19,539 | 16,183 | 12,351 | 4,876 | 4,703 | 2,772 |
| Franklin | 19,774 | 15,028 | 11,061 | 3,534 | 5,395 | 2,132 |
| *Grant | 14,088 | 11,332 | 6,793 | 915 | 4,092 | 1,786 |
| Jackson | 15,031 | 11,783 | 8,696 | 2,713 | 4,187 | 1,796 |
| La Salle | 14,791 | 11,563 | 7,863 | 1,383 | 4,887 | 1,593 |
| Lincoln | 48,396 | 38,655 | 21,272 | 6,783 | 9,161 | 5,328 |
| Madison | 10,017 | 7,435 | 5,394 | 2,855 | 1,377 | 1,162 |

# District Parish Summary

## Plan: Senate Bill 121 Reengrossed (Morris)

| | Total Population | VAP Total | Reg Total Dec 2025 | Reg Dem Total Dec 2025 | Reg Rep Total Dec 2025 | Reg Other Total Dec 2025 |
|---|---|---|---|---|---|---|
| **District 5** | | | | | | |
| Morehouse | 25,629 | 20,062 | 13,316 | 5,563 | 4,880 | 2,873 |
| Ouachita | 160,368 | 120,200 | 80,532 | 26,315 | 35,088 | 19,129 |
| Rapides | 130,023 | 98,792 | 66,219 | 20,448 | 28,894 | 16,877 |
| Richland | 20,043 | 15,383 | 11,325 | 3,695 | 5,132 | 2,498 |
| St. Helena | 10,920 | 8,463 | 7,499 | 4,179 | 1,984 | 1,336 |
| *St. Landry | 20,809 | 15,963 | 13,372 | 6,843 | 3,791 | 2,738 |
| *Tangipahoa | 94,076 | 71,800 | 40,191 | 13,724 | 16,152 | 10,315 |
| Tensas | 4,147 | 3,235 | 3,024 | 1,719 | 828 | 477 |
| Washington | 45,463 | 34,951 | 24,047 | 8,242 | 9,837 | 5,968 |
| West Carroll | 9,751 | 7,532 | 5,144 | 1,069 | 2,963 | 1,112 |
| West Feliciana | 15,310 | 12,783 | 7,463 | 2,468 | 3,265 | 1,730 |
| Winn | 13,755 | 10,906 | 7,100 | 2,144 | 3,152 | 1,804 |
| **District 5** | 776,320 100.000% | 597,174 100.000% | 396,194 66.345% | 136,089 34.349% | 167,214 42.205% | 92,891 23.446% |
| **District 6** | | | | | | |
| *Ascension | 116,763 | 84,674 | 70,009 | 18,761 | 31,386 | 19,862 |
| *Assumption | 14,112 | 11,195 | 7,950 | 3,025 | 3,180 | 1,745 |
| *East Baton Rouge | 344,756 | 268,959 | 186,535 | 70,059 | 65,864 | 50,612 |
| *Iberville | 8,752 | 7,117 | 5,691 | 2,557 | 1,921 | 1,213 |
| *Lafourche | 53,099 | 40,820 | 30,023 | 8,043 | 13,763 | 8,217 |
| Livingston | 142,282 | 105,141 | 80,500 | 13,540 | 44,448 | 22,512 |
| Pointe Coupee | 20,758 | 16,250 | 13,201 | 5,858 | 4,426 | 2,917 |
| *St. Charles | 17,487 | 13,158 | 10,777 | 2,617 | 5,107 | 3,053 |
| *St. John the Baptist | 9,799 | 7,677 | 5,656 | 2,419 | 1,689 | 1,548 |
| *St. Landry | 30,477 | 22,800 | 18,881 | 6,644 | 7,734 | 4,503 |
| *West Baton Rouge | 18,056 | 13,965 | 10,702 | 4,107 | 3,947 | 2,648 |
| **District 6** | 776,341 100.000% | 591,756 100.000% | 439,925 74.342% | 137,630 31.285% | 183,465 41.704% | 118,830 27.011% |
| **Grand Total** | 4,657,757 100.000% | 3,570,548 100.000% | 2,510,273 70.305% | 891,083 35.497% | 954,073 38.007% | 665,117 26.496% |

# Congress Statewide



# Congress - Jefferson-Orleans

# Congress EBR-WBR

# Congress - Iberville-Ascension



# Congress  Assumption



# Congress - St. John-St. Charles



# Congress - Houma-Thibodaux

# Congress  St. Landry



# Congress - Grant



# Congress Tangipahoa



# Congress - Calcasieu

# Congress - Terrebonne-Lafourche

