

**Map 4– Plaintiffs' Illustrative Plan 1**



