

Exhibit Sticker

J

exhibitsticker.com