**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA, MONROE DIVISION**

PHILLIP CALLAIS, LLOYD PRICE,
BRUCE ODELL, ELIZABETH ERSOFF,
ALBERT CAISSIE, DANIEL WEIR,
JOYCE LACOUR, CANDY CARROLL
PEAVY, TANYA WHITNEY, MIKE
JOHNSON, GROVER JOSEPH REES,
ROLFE MCCOLLISTER,

Civil Action No. 3:24-cv-00122

*Plaintiffs*,

v.

Judge David C. Joseph
Circuit Judge Carl E. Stewart
Judge Robert R. Summerhays

NANCY LANDRY, in her official capacity
as Secretary of State for the State of
Louisiana,

*Defendant*.

### *ROBINSON* AND *GALMON* INTERVENORS' MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF JOINT MOTION FOR STAY

The *Robinson* and *Galmon* Intervenors respectfully move this Court for leave to file an approximately one-page Reply in support of their Joint Motion for Stay. *See* ECF No. 278. The State's and Plaintiffs' Oppositions to Intervenors' Motion to Stay, *see* ECF Nos. 284, 285, offer conflicting views on remedial proceedings, with Plaintiffs seeking a prolonged multi-week remedial process, further counseling in favor of a stay. Plaintiffs' Opposition also includes a brand new district map that has never been tested in this Court, *see* ECF No. 285; Intervenors should be permitted an opportunity to respond. Accordingly, Intervenors respectfully request a Reply, not to exceed two pages, to take a position on the State's and Plaintiffs' competing views for an orderly remedial process that results in feasible election administration, and to correct the record.

1

DATED: May 18, 2026

By: /s/ *Tracie L. Washington*
Tracie L. Washington
LA. Bar No. 25925
 Louisiana Justice Institute
8004 Belfast Street
New Orleans, LA 70125
Tel: (504) 872-9134
tracie.washington.esq@gmail.com


*Counsel for Robinson Intervenors Dorothy Nairne, Martha Davis, Clee Earnest Lowe, and Rene Soule*

Victoria Wenger (admitted pro hac vice)
Colin Burke (admitted pro hac vice)
NAACP Legal Defense and
Educational Fund, Inc.
40 Rector Street, 5th Floor New York, NY 10006
Tel: (212) 965-2200
vwenger@naacpldf.org
cburke@naacpldf.org

I. Sara Rohani (admitted pro hac vice)
NAACP Legal Defense and
Educational Fund, Inc.
700 14th Street N.W. Ste. 600
Washington, DC 20005
Tel: (202) 682-1300
srohani@naacpldf.org

John Adcock
Adcock Law LLC
8131 Oak Street, Unit 100
New Orleans, LA 70118
Tel: (504) 233-3125
jnadcock@gmail.com

Robert A. Atkins (admitted pro hac vice)
Yahonnes Cleary (admitted pro hac vice)
Amitav Chakraborty (admitted pro hac vice)
Adam P. Savitt (admitted pro hac vice)
Arielle B. McTootle (admitted pro hac vice)
Robert Klein (admitted pro hac vice)

Respectfully submitted,

By: /s/ *Stuart Naifeh*
Stuart Naifeh (admitted pro hac vice)
NAACP Legal Defense and
Educational Fund, Inc.
40 Rector Street, 5th Floor New York, NY 10006
Tel: (212) 965-2200
snaifeh@naacpldf.org


*Counsel for the Robinson Intervenors*

Sarah Brannon (admitted pro hac vice)
American Civil Liberties Union Foundation
915 15th Street, N.W.
Washington, DC 20005
sbrannon@aclu.org

Sophia Lin Lakin (admitted pro hac vice)
Davin Rosborough (pro hac vice forthcoming)
Theresa J. Lee (pro hac vice forthcoming)
Dayton Campbell-Harris (pro hac vice forthcoming)*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
drosborough@aclu.org
tlee@aclu.org
slakin@aclu.org
dcampbell-harris@aclu.org

Nora Ahmed (admitted pro hac vice)
ACLU Foundation of Louisiana
1340 Poydras St, Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
nahmed@laaclu.org

T. Alora Thomas-Lundborg (admitted pro hac vice)
Race and Law Clinic
Harvard Law School
6 Everett Street, Ste. 4105

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Tel.: (212) 373-3000
Fax: (212) 757-3990
ratkins@paulweiss.com
ycleary@paulweiss.com
achakraborty@paulweiss.com
asavitt@paulweiss.com
amctootle@paulweiss.com
rklein@paulweiss.com

Cambridge, MA 02138
(617) 495-5202
tthomaslundborg@law.harvard.edu

*Additional counsel for Robinson Intervenors*

\* Practice is limited to federal court.

Lalitha D. Madduri
Jacob D. Shelly
ELIAS LAW GROUP LLP
250 Massachusetts Ave NW
Suite 400
Washington, D.C. 20001
(202) 968-4490
lmadduri@elias.law
jshelly@elias.law

/s/ *Abha Khanna*
Abha Khanna
ELIAS LAW GROUP LLP
1700 Seventh Avenue
Suite 2100
Seattle, Washington 98101
(206) 656-0177
AKhanna@elias.law

*Counsel for Galmon Intervenors*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have electronically filed a copy of the foregoing with the Clerk of

Court using the CM/ECF system, which provides electronic notice of filing to all counsel of record,

on this eighteenth day of May, 2026.

<u>/s/ *Stuart Naifeh*</u>
Stuart Naifeh