**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER,<br><br>*Plaintiffs*,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State for Louisiana,<br><br>*Defendant*. | Civil Action No. 3:24-cv-00122<br><br><br>Judge David C. Joseph<br>Circuit Judge Carl E. Stewart<br>Judge Robert R. Summerhays |

**_ROBINSON_ AND _GALMON_ INTERVENORS' [PROPOSED] REPLY
IN SUPPORT OF JOINT MOTION FOR STAY**

In their Oppositions, ECF Nos. 284 (State) and 285 (Plaintiffs), to Intervenors motion to stay this Court's April 30, 2024 Injunction, ECF No. 198, the State and the Plaintiffs offer competing views of how they anticipate remedial proceedings playing out, which, together only further counsel in favor of a stay. For its part, the State insists that this case is practically over, that the Louisiana Legislature has scheduled a second congressional primary election and is poised to adopt a new map. Plaintiffs, in contrast, envision a prolonged remedial process. *See* ECF No. 285, at 7-9. They state their opposition to maps currently being considered by the Legislature, *id.*, question prior assertions of state officials on the time required to implement a new map, and foresee a remedial evidentiary hearing that could involve testimony not only from multiple map-drawers and other witnesses testifying in support of proposed maps, *id.* at 10, but also from state election officials testifying on issues of election administration, *id.* at 8. Plaintiffs' Opposition makes clear that remedial proceedings in this case will likely take many weeks in this Court, leaving aside the potential for further appeals.[1] Prolonging the remedial process and delaying the date on which voters, candidates, and election officials will finally have certainty will only aggravate the risks associated with changing Louisiana's congressional map in the middle of the election described in Intervenors' motion. A stay of the injunction until after the November 2026 election will avoid these problems and allow a more deliberative and transparent remedial process.

In addition, both Oppositions wrongly suggest that Intervenors are asking this Court to order the use of SB8 in 2026. ECF No. 284, at 1, ECF No. 285, at 2. On the contrary, a stay of the

---

[1] Plaintiffs suggestion that the Court simply impose an unvetted remedial map created through an unknown process whose author they have refused to identify runs directly counter to the commands of the Supreme Court and the Fifth Circuit that states should have the first opportunity to remedy statutory or constitutional violations. *See*, *e.g.*, *Wise v. Lipscomb*, 437 U.S. 535, 540 (1978); *In re Landry*, 83 F.4th 300, 303-04 (5th Cir. 2023).

injunction is needed simply to avoid forcing a rushed map-drawing process if implementation of

a new map in advance of November proves unworkable.

This Court should grant Intervenors' motion to stay.

DATED: May 18, 2026

Respectfully submitted,

By: /s/ *Tracie L. Washington*
Tracie L. Washington
LA. Bar No. 25925
Louisiana Justice Institute
8004 Belfast Street
New Orleans, LA 70125
Tel: (504) 872-9134
tracie.washington.esq@gmail.com

By: /s/ *Stuart Naifeh*
Stuart Naifeh (admitted *pro hac vice*)
NAACP Legal Defense and
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Tel: (212) 965-2200
snaifeh@naacpldf.org

*Counsel for Intervenor-Defendants Dorothy Nairne, Martha Davis, Clee Earnest Lowe, and Rene Soule*

*Counsel for Robinson Intervenor-Defendants*

Victoria Wenger (admitted *pro hac vice*)
Colin Burke (admitted *pro hac vice*)
NAACP Legal Defense and
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Tel: (212) 965-2200
vwenger@naacpldf.org
cburke@naacpldf.org

I. Sara Rohani (admitted *pro hac vice*)
NAACP Legal Defense and
Educational Fund, Inc.
700 14th Street N.W. Ste. 600
Washington, DC 20005
Tel: (202) 682-1300
srohani@naacpldf.org

John Adcock
Adcock Law LLC
8131 Oak Street, Unit 100
New Orleans, LA 70118
Tel: (504) 233-3125

Sarah Brannon (admitted *pro hac vice*)
American Civil Liberties Union Foundation
915 15th Street, N.W.
Washington, DC 20005
sbrannon@aclu.org

Sophia Lin Lakin (admitted *pro hac vice*)
Davin Rosborough (*pro hac vice forthcoming*)
Theresa J. Lee (*pro hac vice forthcoming*)
Dayton Campbell-Harris (*pro hac vice* forthcoming)*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org
drosborough@aclu.org
tlee@aclu.org
dcampbell-harris@aclu.org

Nora Ahmed
NY Bar No. 5092374 (admitted *pro hac vice*)
ACLU Foundation of Louisiana
1340 Poydras Street, Ste. 2160

2

jnadcock@gmail.com

Robert A. Atkins (admitted *pro hac vice*)
Yahonnes Cleary (admitted *pro hac vice*)
Amitav Chakraborty (admitted *pro hac vice*)
Adam P. Savitt (admitted *pro hac vice*)
Arielle B. McTootle (admitted *pro hac vice*)
Robert Klein (admitted *pro hac vice*)
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, NY 10019
Tel.: (212) 373-3000
Fax: (212) 757-3990
ratkins@paulweiss.com
ycleary@paulweiss.com
achakraborty@paulweiss.com
asavitt@paulweiss.com
amctootle@paulweiss.com
rklein@paulweiss.com

*Additional counsel for Robinson Intervenor-Defendants*

*Practice is limited to federal court.

New Orleans, LA 70112
Tel: (504) 522-0628
nahmed@laaclu.org

T. Alora Thomas-Lundborg (admitted *pro hac vice*)
Race and Law Clinic
Harvard Law School
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 495-5202
tthomaslundborg@law.harvard.edu

Lalitha D. Madduri
Jacob D. Shelly
ELIAS LAW GROUP LLP
250 Massachusetts Ave NW
Suite 400
Washington, D.C. 20001
(202) 968-4490
lmadduri@elias.law
jshelly@elias.law

/s/ *Abha Khanna*
Abha Khanna
ELIAS LAW GROUP LLP
1700 Seventh Avenue
Suite 2100
Seattle, Washington 98101
(206) 656-0177
AKhanna@elias.law

*Counsel for Galmon Intervenors*

3

## CERTIFICATE OF SERVICE

I certify that on May 18, 2026, this document was filed electronically on the Court's

electronic case filing system, which gives notice of filing to all counsel of record.


*/s/ Stuart Naifeh*