**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF LOUISIANA, MONROE DIVISION**

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, *Plaintiffs*, <br><br> v. <br><br> NANCY LANDRY, in her official capacity as Secretary of State for Louisiana. <br><br> *Defendant*. | Civil Action No.3:24-cv-00122 <br><br> Judge David C. Joseph <br> Circuit Judge Carl E. Stewart <br> Judge Robert R. Summerhays |

**[PROPOSED] ORDER**

The Court having considered *Robinson* and *Galmon* Intervenors' Joint Motion for Leave to File A Reply in Support of Their Joint Motion for Stay, it is hereby ORDERED that leave is GRANTED, and Intervenors' proposed reply brief shall be deemed filed.

IT IS SO ORDERED. This _____ day of _____ 2026.

_____
Judge Carl E. Stewart
United States Circuit Judge


_____
Judge Robert R. Summerhays
United States District Judge


_____
Judge David C. Joseph
United States District Judge