# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, <br><br>     *Plaintiffs*, <br><br>    v. <br><br>NANCY LANDRY, in her official capacity as Secretary of State for Louisiana. <br><br>     *Defendant*. | Civil Action No.3:24-cv-00122 <br><br>Judge David C. Joseph <br>Circuit Judge Carl E. Stewart <br>Judge Robert R. Summerhays |

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, comes Defendant, NANCY LANDRY, in her official capacity as Secretary of State of Louisiana, who respectfully requests that the following attorney be enrolled as additional counsel of record in the above numbered and captioned matter:

> Jennifer Bollinger
> La. Bar Roll No. 32349
> Executive Counsel
> Secretary of State Nancy Landry
> 8585 Archives Ave.
> Baton Rouge, LA 70809
> Telephone: (225) 362-5101
> jennifer.bollinger@sos.la.gov

Jennifer Bollinger is admitted to practice in the United States Court for the Western District

1

of Louisiana.

WHEREFORE, Defendant, NANCY LANDRY, in her official capacity as Secretary of State of Louisiana, prays that this Motion to Enroll Additional Counsel of Record be GRANTED.

Respectfully submitted:

John C. Walsh, La. Bar Roll No. 24903
SHOWS, CALI & WALSH, LLP
628 St. Louis Street (70802)
P.O. Drawer 4425
Baton Rouge, Louisiana 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-1467
Email:  john@scwllp.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of May, 2026, a copy of the foregoing has been served upon all counsel of record via CM/ECF system and has been filed electronically with the Clerk of Court using the CM/ECF system.

John C. Walsh

2