## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER,

            *Plaintiffs,*

    v.

NANCY LANDRY, in her official capacity as Secretary of State for Louisiana.

            *Defendant.*

Civil Action No.3:24-cv-00122

Judge David C. Joseph
Circuit Judge Carl E. Stewart
Judge Robert R. Summerhays

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record for Defendant,

**IT IS ORDERED,** that the motion is GRANTED enrolling JENNIFER BOLLINGER (La. Bar Roll No. 32349) Executive Counsel for Secretary of State Nancy Landry, 8585 Archives Ave., Baton Rouge, Louisiana 70809; telephone number (225) 362-5101; jennifer.bollinger@sos.la.gov as additional counsel of record for Defendant, NANCY LANDRY, in her official capacity as Secretary of State of Louisiana.

**READ, SIGNED AND DATED** this _____ day of _____, 2026, in Baton Rouge, Louisiana.

_____
Judge, United States District Court

1