IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

PHILLIP CALLAIS, et al.,                    )
                                            )        Case No. 3:24-cv-00122-DCJ-CES-RRS
            Plaintiffs,                      )
                                            )
v.                                          )        District Judge  David C. Joseph
                                            )        Circuit Judge Carl E. Stewart
NANCY LANDRY, IN HER OFFICIAL               )        District Judge Robert R. Summerhays
CAPACITY AS LOUISIANA                       )
SECRETARY OF STATE, et al.,                 )        Magistrate Judge Kayla D. McClusky
                                            )
            Defendants.                      )

## [PROPOSED] ORDER

CONSIDERING the foregoing Motion for Scheduling Order, IT IS ORDERED that the

Motion is GRANTED. Defendant Secretary of State Nancy Landry shall submit to this Court a

report regarding the operational deadline for implementing a new congressional districting map

for the November 3, 2026 congressional election by 5PM on May 27, 2026, and shall appear for

examination before this Court on or before June 1, 2026.


This ___ day of May, 2026.


_____
United States District Court, Western District of
Louisiana, Monroe Division


1