## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

**PHILLIP CALLAIS, ET AL**

**CIVIL DOCKET NO. 3:24-CV-00122 DCJ-CES-RRS**

**VERSUS**

**THREE-JUDGE COURT**

**NANCY LANDRY, in her official capacity as Louisiana Secretary of State**

### ORDER

Presently before the Court is the MOTION TO INTERVENE (the "Motion") [Doc. 267] filed by Lauren Jewett.  Having considered the Motion and the responses filed,

IT IS HEREBY ORDERED THAT the MOTION TO INTERVENE [Doc. 267] filed by Lauren Jewett is GRANTED pursuant to Rule 24(b)(1); such intervention is limited to the remedial phase of this trial as to any issues that may arise impacting her qualification or candidacy.

THUS, DONE AND SIGNED on this 27th day of May, 2026.

CARL E. STEWART
UNITED STATES CIRCUIT JUDGE

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE