UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

PHILLIP CALLAIS, ET AL

CIVIL DOCKET NO. 3:24-CV-00122
DCJ-CES-RRS

VERSUS

THREE-JUDGE COURT

NANCY LANDRY, in her official
capacity as Louisiana Secretary of
State

## ORDER

Before the Court is PLAINTIFFS' MOTION FOR SCHEDULING ORDER REGARDING REPORTING OF SECRETARY OF STATE'S POSITION (the "Motion") [Doc. 294].  In their Motion, Plaintiffs request that Louisiana Secretary of State Nancy Landry "formally report the operational deadline – and the legal and factual basis for choosing that deadline – to implement a new congressional districting map for the November 3, 2026, congressional election."

After consideration, the Court finds good cause for the relief requested.  The Secretary of State's prompt disclosure of her deadline to implement any new congressional districting map will provide clarity to the parties and the Court in advance of scheduling any necessary remedial proceedings once a new congressional districting map is enacted.

Accordingly,

IT IS HEREBY ORDERED that on or before **June 1, 2026**, Defendant Nancy Landry shall file a verified affidavit listing the true operational deadline to implement a new congressional districting map to be used in the November 3, 2026,

election.  The affidavit shall include the factual and legal bases for the operational deadline by describing the time periods in advance of the November 3, 2026, election date that are required to implement each step of the process.

THUS, DONE AND SIGNED on this 27th day of May, 2026.

CARL E. STEWART
UNITED STATES CIRCUIT JUDGE

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE