# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA

Phillip Callais, Lloyd Price, Bruce Odell, Elizabeth Ersoff, Albert Caissie, Daniel Weir, Joyce LaCour, Candy Carroll Peavy, Tanya Whitney, Mike Johnson, Grover Joseph Rees, Rolfe McCollister,

     Plaintiffs,

v.

NANCY LANDRY, in her official capacity as Secretary of State of the State of Louisiana.

     Defendants.

Civil Action: 3:24-cv-00122

Hon. Carl E. Stewart
Hon. Robert R. Summerhays
Hon. David C. Joseph

## THE STATE'S NOTICE OF ENACTMENT OF NEW CONGRESSIONAL MAP

Pursuant to the Court's April 30, 2026 order (ECF 261), the State committed to keep the Court informed of any material developments pertaining to "the Governor's signing into law any legislation related to the 2026 congressional election." ECF 271. The State accordingly gives notice that Senate Bill 121 ("S.B. 121"), a constitutionally compliant congressional map consistent with the Supreme Court's opinion in *Louisiana v. Callais*, 608 U.S. \_\_\_\_ (2026), passed with a final vote of 66-36 in the House of Representatives on May 28, 2026, and a final vote of 28-10 in the Senate on May 29, 2026. Today, the Governor signed S.B. 121 into law as Act 2. For the Court's convenience, a copy of Act 2 is attached as Exhibit A, and these are the districts it creates:



Dated: May 29, 2026

Respectfully Submitted,

ELIZABETH B. MURRILL
Attorney General of Louisiana

*/s/ Morgan Brungard*
MORGAN BRUNGARD (LA 40298)
Deputy Solicitor General

OFFICE OF THE ATTORNEY GENERAL
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6507
BrungardM@ag.louisiana.gov

*Counsel for the State*

2