# EXHIBIT A

ACT___2___

2026 Regular Session

SENATE BILL NO. 121

BY SENATOR MORRIS



ORIGINATED

IN THE

**SENATE**

**RECEIVED**

MAY **2 9** 2026

SECRETARY OF STATE
ELECTION SERVICES



By: _____
Governor's Office

7:40 p.m.

S-213 (R/83)

**SECRETARY OF THE SENATE**

ACT ___2___

2026 Regular Session                                    **ENROLLED**

SENATE BILL NO. 121

BY SENATOR MORRIS

AN ACT

To enact R.S. 18:1276 and to repeal R.S. 18:1276.1, relative to congressional districts; to provide for the redistricting of Louisiana's congressional districts; to provide with respect to positions and offices, other than congressional, which are based upon congressional districts; to provide for effectiveness; and to provide for related matters.

Be it enacted by the Legislature of Louisiana:

Section 1. R.S. 18:1276 is hereby enacted to read as follows:

**§1276. Congressional districts**

**Louisiana shall be divided into six congressional districts, and the qualified electors of each district shall elect one representative to the United States House of Representatives. The districts shall be composed as follows:**

**(1) District 1 is composed of Precincts 1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 105, 106, 117, 118, 119, 120, 121, 122, 123, 124, 125A, 125B, 126, 127, 128, 129, 130, 132, 134, 136, 192, 198, 199, 203, 246, 247, 248, 1-GI, 1-H, 2-H, 3-H, 4-H, 6-H, 7-H, 8-H, 9-H, 1-K, 2-K, 3-K, 4-K, 5-K, 6-KA, 6-KB, 7-KA, 7-KB, 8-K, 9-K, 10-K, 11-K, 12-K, 17-K, 19-K, 20-K, 25-K, 27-K, 34-K, 35-K, and 1-L of Jefferson Parish; Precincts 3-2, 3-4, 3-5, 3-6, 3-7, 4-1, 4-3, 4-4, 4-5, 4-6, 6-3, 7-2, 7-3, 7-4, 8-1, 9-1, 9-2, 10-1, 10-2, 10-3, 10-4, 10-6, 10-8, 10-9, 10-10, 10-11, 10-12, 10-13, 10-14, 10-15, 10-16, and 11-1 of Lafourche Parish; Precincts 3-19, 3-20, 4-7, 4-8, 4-9, 4-11, 4-14, 4-15, 4-17, 4-17A, 4-18, 4-20, 4-21, 4-22, 4-23, 5-10, 5-11, 5-12, 5-13, 5-15, 5-16, 5-17, 5-18, 6-7, 6-8, 6-9, 7-41, 7-42, 9-45A, 14-4, 14-8, 14-9, 14-10, 14-11, 14-12, 14-13A, 14-14, 14-15, 14-16, 14-17, 14-18A, 14-19, 14-21, 14-25,**

Coding: Words which are ~~struck through~~ are deletions from existing law; words in **boldface type and underscored** are additions.

SB NO. 121                                                                      **ENROLLED**

**16-1, 16-1A, 16-2, 16-3, 16-4, 16-8, 17-1, 17-2, 17-17, 17-18, 17-18A, 17-19, and 17-20 of Orleans Parish; Plaquemines Parish; Precincts 33, 34, 41, 42, 42A, 43, 44, 45, 46, 50, 51, 52, 53, 54, and 55 of St. Bernard Parish; St. Tammany Parish; Precincts 70, 70A, 71, 72, 72A, 73, 74, 120, 122A, 122B, 122C, 124, 137, 137A, 137C, 137D, 145, 147, 149, 149A, and 151 of Tangipahoa Parish; and Precincts 10, 11, 12, 14, 15, 16, 17, 18, 19, 20, 23, 25, 27, 28, 29, 31, 33, 34, 35, 37, 38, 39, 41, 42, 43, 45, 48, 49, 51, 52, 53, 55, 56, 57, 59, 60, 62, 63, 68, 69, 71, 72, 81, 83, 84, 85, 87, 88, 90, 94, 95, 100, and 110 of Terrebonne Parish.**

**(2) District 2 is composed of Precincts 45, 47, 48, 50, 51, 52, 53, 54, 55, and 57 of Ascension Parish; Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 1-6, 1-10, 1-11, 1-13, 1-14, 1-15, 1-16, 1-18, 1-19, 1-21, 1-22, 1-23, 1-24, 1-25, 1-26, 1-27, 1-28, 1-29, 1-30, 1-31, 1-32, 1-36, 1-38, 1-45, 1-50, 1-51, 1-58, 1-61, 1-62, 1-63, 1-67, 1-77, 1-84, 1-85, 1-86, 1-91, 1-92, 1-93, 1-94, 1-95, 1-100, 1-101, 1-104, 2-1, 2-2, 2-9, 2-10, 2-11, 2-12, 2-16, 2-22, 2-23, 2-25, 2-27, and 2-30 of East Baton Rouge Parish; Precincts 1, 3, 7, 9, 10, 10B, 11, 12, 13, 14, 14A, 15, 16, 18, 19, 20, 21, and 22 of Iberville Parish; Precincts 104, 108, 115, 116, 131, 133, 138, 150A, 150B, 151, 152, 153, 154, 155, 156, 157A, 170, 171, 172, 173, 174, 175, 176, 177, 178, 179A, 179B, 180, 181, 182, 183, 184, 185A, 185B, 187, 188, 189, 190, 191, 193A, 193B, 194A, 194B, 195, 196, 197A, 197B, 200, 201, 202, 204, 205, 210, 211, 212, 213A, 213B, 213C, 214A, 214B, 215, 216A, 216B, 217, 225, 226, 227, 228, 229, 230, 231, 232A, 232B, 234, 235, 236, 237, 238A, 238B, 1-G, 2-G, 3-G, 4-G, 5-G, 6-G, 7-G, 8-G, 9-G, 10-G, 11-G, 12-G, 13-G, 13-KA, 13-KB, 14-K, 15-K, 16-K, 21-K, 22-K, 23-K, 24-K, 26-K, 28-K, 29-K, 30-K, 31-K, 33-K, 1-W, 3-W, 4-W, 5-W, 6-W, and 7-W of Jefferson Parish; Precincts 1-1, 1-2, 1-5, 1-6, 2-1, 2-2, 2-4, 2-6, 2-7, 3-1, 3-8, 3-9, 3-12, 3-14, 3-15, 3-18, 4-2, 4-3, 4-6, 5-1, 5-2, 5-3, 5-5, 5-7, 5-8, 5-9, 6-1, 6-2, 6-4, 6-6, 7-1, 7-2, 7-4, 7-5, 7-6, 7-7, 7-8, 7-9A, 7-10, 7-11, 7-12, 7-13, 7-14, 7-15, 7-16, 7-17, 7-18, 7-19, 7-20, 7-21, 7-23, 7-24, 7-25, 7-25A, 7-26, 7-27, 7-27B, 7-28, 7-28A, 7-29, 7-30, 7-32, 7-33, 7-35, 7-37, 7-37A, 7-40, 8-1, 8-2, 8-4, 8-6, 8-7, 8-8, 8-9, 8-12, 8-13, 8-14, 8-15, 8-19, 8-20, 8-21, 8-22, 8-23, 8-24, 8-25, 8-26, 8-27, 8-28, 8-30, 9-1, 9-3, 9-4, 9-5, 9-6, 9-7, 9-8, 9-9, 9-10, 9-11, 9-12,**

Coding: Words which are ~~struck through~~ are deletions from existing law; words in **boldface type and underscored** are additions.

SB NO. 121                                                              ENROLLED

9-13, 9-14, 9-15, 9-16, 9-17, 9-19, 9-21, 9-23, 9-25, 9-26, 9-28, 9-28C, 9-29, 9-30, 9-30A, 9-31, 9-31A, 9-31B, 9-31D, 9-32, 9-33, 9-34A, 9-35, 9-35A, 9-36, 9-36B, 9-37, 9-38, 9-38A, 9-39, 9-39B, 9-40, 9-40A, 9-40C, 9-41, 9-41A, 9-41B, 9-41C, 9-41D, 9-42, 9-42C, 9-43A, 9-43B, 9-43C, 9-43E, 9-43F, 9-43G, 9-43H, 9-43I, 9-43J, 9-43K, 9-43L, 9-43M, 9-43N, 9-44, 9-44A, 9-44B, 9-44D, 9-44E, 9-44F, 9-44G, 9-44I, 9-44J, 9-44L, 9-44M, 9-44N, 9-44O, 9-44P, 9-44Q, 9-45, 10-3, 10-6, 10-7, 10-8, 10-9, 10-11, 10-12, 10-13, 10-14, 11-2, 11-3, 11-4, 11-5, 11-8, 11-9, 11-10, 11-11, 11-12, 11-13, 11-14, 11-17, 12-1, 12-2, 12-3, 12-4, 12-5, 12-6, 12-7, 12-9, 12-10, 12-11, 12-12, 12-13, 12-14, 12-16, 12-17, 12-19, 13-1, 13-2, 13-3, 13-4, 13-5, 13-6, 13-7, 13-8, 13-9, 13-10, 13-11, 13-12, 13-13, 13-14, 13-15, 13-16, 14-1, 14-2, 14-3, 14-5, 14-6, 14-7, 14-20, 14-23, 14-24A, 14-26, 15-1, 15-2, 15-3, 15-5, 15-6, 15-8, 15-9, 15-10, 15-11, 15-12, 15-12A, 15-13, 15-13A, 15-13B, 15-14, 15-14A, 15-14B, 15-14C, 15-14D, 15-14E, 15-14F, 15-14G, 15-15, 15-15A, 15-15B, 15-16, 15-17, 15-17A, 15-17B, 15-18, 15-18A, 15-18B, 15-18C, 15-18D, 15-18E, 15-18F, 15-19, 15-19A, 15-19B, 15-19C, 16-5, 16-6, 16-7, 16-9, 17-3, 17-4, 17-5, 17-6, 17-7, 17-8, 17-9, 17-10, 17-11, 17-12, 17-13, 17-13A, 17-14, 17-15, and 17-16 of Orleans Parish; Precincts 10, 11, 12, 13, 14, 15, 20, 21, 22, 23, 24, 25, 30, 31, 32, and 40 of St. Bernard Parish; Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 2-1, 2-3, 2-4, 2-5, 4-1, 4-2, 4-3, 4-4, 4-5, 7-1, 7-2, 7-3, 7-4, and 7-5 of St. Charles Parish; St. James Parish; Precincts 1-1, 1-2, 1-3, 1-5, 2-5, 3-1, 3-2, 3-4, 3-7, 4-2, 4-3, 5-2, 5-3, 6-1, 6-3, 6-4, 7-1, and 7-4 of St. John the Baptist Parish; and Precincts 1B, 1C, 1D, 1E, 6, 7B, 8, 10, 13A, 14A, and 15 of West Baton Rouge Parish.

(3) District 3 is composed of Acadia Parish; Precincts 167, 260, 261, 262, 300, 301, 302, 303, 304, 305, 306, 307, 308, 309E, 309W, 310, 311, 312, 313E, 313W, 314, 315E, 315W, 316E, 316W, 317, 318, 319N, 319S, 320E, 320W, 321, 322, 323, 324, 325, 326, 327, 328, 329, 330, 331, 332N, 332S, 333, 334, 335, 336, 337, 338, 339, 340, 361, 362, 363, 364, 365, 366, 367, 368, 369, 370, 371N, 371S, 372, 464, 800, 801, 861E, and 861W of Calcasieu Parish; Cameron Parish; Iberia Parish; Jefferson Davis Parish; Lafayette Parish; Precincts 7, 10, 10A, 11B, 12, 13A, 14, 14A, 14B, 16, 16A, 17, 18, 18A, 18B, 19, 19A, 20B, 21, 21A, 22,

Coding: Words which are struck through are deletions from existing law;
words in **boldface type and underscored** are additions.

SB NO. 121                                                    **ENROLLED**

**22B, 23, 23A, 24, 24B, 25, 26, 26A, 27, 28, 29, 29A, 30, 30A, 30B, 31, 32, 32A, 33, 33A, 34, 34A, 35, 36, 37, 37A, 38, 39, 39A, 40, 41, 41A, 42, 43, 44, 44A, 44B, 45, 46, 47, 48, 49, 50, 50A, 51, 51A, and 52 of St. Landry Parish; Precincts 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, and 43 of St. Martin Parish; St. Mary Parish; Precincts 1, 2, 5, 7, 8, 64, 67, 73, and 76 of Terrebonne Parish; and Vermilion Parish.**

**(4) District 4 is composed of Allen Parish; Beauregard Parish; Bienville Parish; Bossier Parish; Caddo Parish; Precincts 160E, 160W, 161, 162E, 162W, 163, 164, 165, 166E, 166W, 360, 400, 401, 402, 403, 404, 405, 406, 407, 408, 440, 441, 460E, 460W, 461, 463, 465, 466E, 466W, 467, 468, 469, 560, 561, 562, 600, 601, 602, 603, 660, 661, 662, 663, 664, 700, 701, 702, 703, 760, 761, 762, 860N, and 860S of Calcasieu Parish; Claiborne Parish; De Soto Parish; Evangeline Parish; Natchitoches Parish; Red River Parish; Sabine Parish; Union Parish; Vernon Parish; and Webster Parish.**

**(5) District 5 is composed of Avoyelles Parish; Caldwell Parish; Catahoula Parish; Concordia Parish; East Carroll Parish; East Feliciana Parish; Franklin Parish; Grant Parish; Jackson Parish; La Salle Parish; Lincoln Parish; Madison Parish; Morehouse Parish; Ouachita Parish; Rapides Parish; Richland Parish; St. Helena Parish; Precincts 1, 1A, 1B, 1C, 1D, 2, 2A, 2B, 2C, 3, 4, 4A, 4B, 5, 6, 7A, 8, 9, 9A, 11, 13, 15, and 20 of St. Landry Parish; Precincts 2, 6, 11, 15, 16, 17, 28, 33, 40A, 41, 42, 43, 44, 45A, 45B, 46, 47, 49, 101, 102, 104, 106, 106A, 107, 108, 109, 110, 111A, 112, 114, 115B, 116, 117, 118, 118A, 119, 120A, 120B, 121, 121A, 123, 125, 127, 129A, 133, 133A, 137B, 139, 141, 141A, 143, and 143A of Tangipahoa Parish; Tensas Parish; Washington Parish; West Carroll Parish; West Feliciana Parish; and Winn Parish.**

**(6) District 6 is composed of Precincts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 58, 61, 62, 63, 64, 65, 66, 68, 69, 71, 72, 73, 76, 77, and 78 of Ascension Parish; Assumption Parish; Precincts 1-7, 1-8, 1-9, 1-12, 1-20,**

Page 4 of 7
Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **boldface type and underscored** are additions.

SB NO. 121                                                      **ENROLLED**

**1-33, 1-34, 1-35, 1-37, 1-39, 1-40, 1-41, 1-42, 1-43, 1-44, 1-46, 1-47, 1-48, 1-49, 1-52, 1-53, 1-54, 1-55, 1-56, 1-57, 1-59, 1-60, 1-64, 1-65, 1-66, 1-69, 1-70, 1-71, 1-72, 1-73, 1-74, 1-75, 1-76, 1-78, 1-79, 1-80, 1-81, 1-82, 1-83, 1-87, 1-88, 1-89, 1-90, 1-96, 1-97, 1-98, 1-99, 1-102, 1-103, 1-105, 1-106, 1-107, 2-3, 2-4, 2-5, 2-6, 2-7, 2-8, 2-13, 2-14, 2-15, 2-17, 2-18, 2-19, 2-20, 2-21, 2-24, 2-26, 2-28, 2-29, 2-31, 2-32, 2-33, 2-34, 2-35, 2-36, 2-37, 2-38, 3-1, 3-2, 3-3, 3-4, 3-5, 3-6, 3-7, 3-8, 3-9, 3-10, 3-11, 3-12, 3-13, 3-14, 3-15, 3-16, 3-17, 3-18, 3-19, 3-20, 3-21, 3-22, 3-23, 3-24, 3-25, 3-26, 3-27, 3-28, 3-29, 3-30, 3-31, 3-32, 3-33, 3-34, 3-35, 3-36, 3-37, 3-38, 3-39, 3-40, 3-41, 3-42, 3-43, 3-44, 3-45, 3-46, 3-47, 3-48, 3-49, 3-50, 3-51, 3-52, 3-53, 3-54, 3-55, 3-56, 3-57, 3-58, 3-59, 3-60, 3-61, 3-62, 3-63, 3-64, 3-65, 3-66, 3-67, 3-68, 3-69, 3-70, 3-71, 3-72, 3-73, 3-74, 3-75, and 3-76 of East Baton Rouge Parish; Precincts 4, 5, 6, 15A, 17, 24, 25, 26, 27, 28, 29, 31, and 32 of Iberville Parish; Precincts 1-1, 1-2, 1-3, 1-4, 1-5, 1-6, 2-1, 2-1A, 2-2, 2-3, 2-5, 2-6, 2-7, 2-8, 2-9, 2-10, 2-11, 2-12, 2-13, 2-14, 2-15, 2-16, 3-1, 3-3, 4-2, 5-1, 5-1A, 5-2, 5-3, 6-1, 6-2, 6-4, 6-5, 7-1, 11-2, 11-3, 11-4, and 11-5 of Lafourche Parish; Livingston Parish; Pointe Coupee Parish; Precincts 1-6, 2-6, 3-1, 3-2, 3-3, 5-1, 5-3, 5-4, 5-5, 6-1, 6-2, 6-3, 6-4, and 6-6 of St. Charles Parish; Precincts 1-4, 1-6, 1-7, 2-1, 2-2, 2-3, 2-4, 3-3, 4-1, 4-4, 4-5, 5-1, 5-4, 5-5, 6-2, 6-5, 7-2, and 7-3 of St. John the Baptist Parish; Precincts 1 and 2 of St. Martin Parish; and Precincts 1A, 2A, 2B, 3, 4A, 4B, 5, 7A, 9, 13B, 14B, 16, 17, 18, 19, 20, 21, and 22 of West Baton Rouge Parish.**

Section 2. R.S. 18:1276.1 is hereby repealed.

Section 3.(A) The precincts referenced in this Act are those contained in the file named "2026 Precinct Shapefiles (1-27-2026)" available on the website of the Legislature of Louisiana on the effective date of this Section. The 2026 Precinct Shapefiles are based upon those Voting Districts (VTDs) contained in the 2020 Census Redistricting TIGER/Line Shapefiles for the State of Louisiana as those files have been modified and validated through the data verification program of the Louisiana Senate and the Louisiana House of Representatives to represent precinct changes submitted through January 27, 2026, to the Legislature of Louisiana by parish governing authorities pursuant to the provisions of R.S.

Coding: Words which are ~~struck through~~ are deletions from existing law; words in **boldface type and underscored** are additions.

SB NO. 121                                                                    **ENROLLED**

18:532 and 532.1.

(B) When a precinct referenced in this Act has been subdivided by action of the parish governing authority on a nongeographic basis or subdivided by action of the parish governing authority on a geographic basis in accordance with the provisions of R.S. 18:532.1, the enumeration in this Act of the general precinct designation shall include all nongeographic and all geographic subdivisions thereof, however such subdivisions may be designated.

(C) The territorial limits of the districts as provided in this Act shall continue in effect until changed by law regardless of any subsequent change made to the precincts by the parish governing authority.

Section 4. The provisions of this Act shall not reduce the term of office of any person holding any position or office on the effective date of this Section for which the appointment or election is based upon a congressional district as composed pursuant to R.S. 18:1276.1. Any position or office that is filled by appointment or election based upon a congressional district and that is to be filled after January 3, 2027, shall be appointed or elected from a district as it is described in Section 1 of this Act.

Section 5.(A) Solely for the purposes of qualifying for election and the conduct of the election of representatives to the United States Congress at the regularly scheduled election for representatives to the congress in 2026, the provisions of Section 1 of this Act shall become effective upon signature of this Act by the governor or, if not signed by the governor, upon expiration of the time for bills to become law without signature by the governor, as provided in Article III, Section 18 of the Constitution of Louisiana. If this Act is vetoed by the governor and subsequently approved by the legislature, the provisions of Section 1 of this Act shall become effective on the day following such approval for the purposes established in this Subsection.

(B) For subsequent elections of representatives to the United States Congress and for all other purposes, the provisions of Section 1 of this Act shall become effective at noon on January 3, 2027.

(C) The provisions of Section 2 of this Act shall become effective at noon on January 3, 2027.

Coding: Words which are ~~struck through~~ are deletions from existing law; words in **boldface type and underscored** are additions.

**SB NO. 121**                                                    **ENROLLED**

(D) The provisions of this Section and Sections 3 and 4 of this Act shall become effective upon signature of this Act by the governor or, if not signed by the governor, upon expiration of the time for bills to become law without signature by the governor, as provided in Article III, Section 18 of the Constitution of Louisiana. If this Act is vetoed by the governor and subsequently approved by the legislature, the provisions of this Section and Sections 3 and 4 of this Act shall become effective on the day following such approval.

_____
PRESIDENT OF THE SENATE

_____
SPEAKER OF THE HOUSE OF REPRESENTATIVES

_____
GOVERNOR OF THE STATE OF LOUISIANA

APPROVED: Angélique Freel May 29, 2026

Coding: Words which are ~~struck through~~ are deletions from existing law; words in **boldface type and underscored** are additions.