IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, *et al.*,<br><br>           Plaintiffs,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Louisiana Secretary of State,<br><br>           Defendant. | Case No. 3:24-cv-00122-DCJ-CES-RRS<br><br>Judge David C. Joseph<br>Judge Carl E. Stewart<br>Judge Robert R. Summerhays<br><br>Magistrate Judge Kayla D. McClusky |

## AFFIDAVIT OF NANCY RUTH LANDRY

Now comes Nancy Ruth Landry, who deposes and says:

1. I am over 18 years of age, legally competent to give this affidavit, and have knowledge of the facts set forth in it.

2. I am currently the Secretary of State for the State of Louisiana. I was elected on November 18, 2023 and took office on January 8, 2024.

3. I provide the information in this Affidavit in accordance with the Court's May 27, 2026 order at Docket Entry 297, and in consultation with our staff, including Sherri Hadskey, the Commissioner of Elections, and based on a review of relevant records and laws, including an initial review of Act 2 of the 2026 Regular Session of the Louisiana State Legislature, which became law on May 29, 2026.

4. Below is a table containing relevant statutory deadlines that must be met in advance of the November 3, 2026, election.

| DATE | DEADLINE |
| --- | --- |
| July 8, 2026 | Deadline for Propositions for the November 3, 2026 election. **La. R.S. 12:1285(B)(1)(a): La. R.S. 18:1300(C)(1)** |
| July 8, 2026 | Deadline to Call a Special Election for the November 3, 2026 election. **La. R.S. 18:402(E)(1)** |
| July 9, 2026 | Nominating Petitions for U.S. House races to be submitted to the Registrar of Voters. (**see Act 7 of the 2026 Regular Session**) |
| July 21, 2026 | Deadline for parish governing authorities to submit any precinct changes, including a precinct being established or altered in any way including alpha division. **La. R.S. 18:532.1(E)** |
| August 5, 2026 | Deadline for Registrar of Voters to publish the names and address of those persons on the inactive list in the official journal of the parish governing authority. **La. R.S. 18:193(F)** |
| August 5th – 7th 2026 (closing at 4:20 p.m. on August 7, 2026) | Qualifying for U.S. House races and all races running on the November 3, 2026 election. (**see Act 7 of the 2026 Regular Session**) |
| August 12, 2026 | Deadline to submit a list of candidates to campaign finance. **La. R.S. 18:470.1** |
| August 14, 2026 | Deadline for objections to candidacy or any other candidate to withdraw. **La. R.S. 18:493; La. R.S. 18:1405(A)** |
| September 19, 2026 | Deadline to mail military and overseas ballots. **La. R.S. 18:1308(A)(2)(a)** |
| October 5, 2026 | Deadline for In Person/By Mail Voter Registration for the November 3, 2026 election. **La. R.S. 18:135(A)(1) &(C)** |
| October 6, 2026 | Nursing home resident Early Voting begins. **La. R.S. 18:1333** |
| October 13, 2026 | Deadline for Geaux Vote Online Voter Registration. **La. R.S. 18:135(A)(3)** |
| October 20 – 27, 2026 | Early Voting for the November 3, 2026 election begins. **La. R.S. 18:1309(A)(B)&(C)** |
| October 30, 2026 | Deadline to Request a Mail Ballot from Registrar (other than military and overseas ballots) for November 3, 2026 election. **La. R.S. 18:1307(B)(2)** |
| November 2, 2026 | Deadline for Registrar to Receive Voted Mail Ballot (other than military and overseas ballots). **La. R.S. 18:1308(C)** |
| November 3, 2026 | Primary Election day for U.S. House races. (**see Act 7 of the 2026 Regular Session**) |
| December 12, 2026 | General Election day for U.S. House races (if necessary).**La. R.S. 18:402(C)** |

5.      The administration of elections is linear and fact-specific. The first legal deadline for the November 3, 2026 election is July 8 and 9, 2026 for propositions, special elections, and nominating petitions. After the May 29, 2026 enactment of Act 2 of the 2026 Regular Session, which the Secretary of State is legally obligated to implement, our office is in the early stages of reviewing the map and beginning the required steps necessary for the map to be implemented in the statewide voter registration system. These steps, which the Commissioner of Elections oversees, are listed below:

     a.  Secretary of State staff review parish district lines and precinct numbers that need to change in each parish statewide;

     b.  Next, staff for the Secretary of State create a plan for each parish. Secretary of State staff then proof these parish-specific plans;

     c.  Secretary of State staff then submit each plan to the respective parish for the local Registrar of Voters to review;

     d.  Secretary of State staff and the local Registrar of Voters then work together to create schedules for parishes to implement coding changes in each parish in the statewide voter registration system, ranking each parish by volume of changes needed.

Consistent with past practice, our office expects these initial steps to take approximately five weeks.

6.      Only after all of the steps listed in paragraph 5 are complete, can the Commissioner of Elections oversee the coding process in the statewide voter registration system. The steps of the process are listed below:

3

a. The Registrar of Voters and Secretary of State staff work collaboratively to make changes in the statewide voter registration system. This step can only be completed in batches of fewer than 10 parishes.

b. The Registrar of Voters and Secretary of State staff then finalize all changes made.

c. After the changes are complete in the statewide voter registration system, the Secretary of State staff work with State Printing to create and print identification cards for voters and potential candidates, informing them of changes to their districts, which are then submitted to USPS for delivery.

Consistent with past practice, our office expects these steps to take approximately three weeks.

7.   Even after cards are mailed and candidate qualifying is complete on August 7, 2026, election administration work continues. As detailed in the chart in paragraph 4 above, our office will participate in ensuring that military and overseas ballots are mailed by the appropriate date (this year, September 19, 2026) and will then continue working on voter registration processing deadlines, and early voting.

NANCY RUTH LANDRY

SWORN AND SUBSCRIBED before me, Notary Public, at Baton Rouge, Louisiana, on the 1st day of June, 2026.

CARLO JOSEPH GULINA, II (ID No.35802)
NOTARY PUBLIC

4