UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **PHILLIP CALLAIS, ET AL** | **CIVIL DOCKET NO. 3:24-CV-00122 DCJ-CES-RRS** |
| **VERSUS** | **THREE-JUDGE COURT** |
| **NANCY LANDRY, in her official capacity as Louisiana Secretary of State** | |

## ORDER

On May 29, 2026, the State of Louisiana notified the Court that Senate Bill 121 ("S.B. 121"), establishing a new congressional map, had passed both chambers of the Louisiana Legislature and had been signed into law by the Governor as Act 2 of the 2026 Regular Session.  [Doc. 298].

In light of the enactment of Act 2, the Court will convene a hearing beginning on **June 17, 2026, at 10:00 a.m.**, in Courtroom 1 of the United States Courthouse, 300 Fannin Street, Shreveport, Louisiana, before United States Circuit Judge Carl E. Stewart, Judge David C. Joseph, and Judge Robert R. Summerhays, to determine whether the newly enacted congressional plan satisfies the requirements of *Louisiana v. Callais*, 608 U.S. ____ (2026).  The hearing will continue on June 18, 2026, as necessary.

Accordingly,

IT IS HEREBY ORDERED that any party seeking to address the validity or effect of Act 2 shall file a brief no later than **June 5, 2026**.  Any opposition or response brief shall be filed no later than **June 12, 2026**.

THUS, DONE AND SIGNED in Chambers on this 2nd day of June, 2026.

CARL E. STEWART
UNITED STATES CIRCUIT JUDGE

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE