# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA

PHILLIP CALLAIS, et al.,

      Plaintiffs,

v.

NANCY LANDRY, in her official capacity as Secretary of State of the State of Louisiana.

      Defendant.

Civil Action: 3:24-cv-00122

Hon. Carl E. Stewart
Hon. Robert R. Summerhays
Hon. David C. Joseph

## [PROPOSED] ORDER

Considering the State's Motion to Reset Deadlines,

**IT IS ORDERED** that the Motion is GRANTED. The deadline for any party seeking to address the validity or effect of Act 2 is 60 days from the date of this order. The deadline for any opposition or response to such briefs is 90 days from the date of this order. A hearing date will be determined by the Court forthwith.

This \_\_\_\_ day of June, 2026.

_____
CARL E. STEWART
UNITED STATES CIRCUIT JUDGE

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE

1