**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**PHILLIP CALLAIS, ET AL**                    **CIVIL DOCKET NO. 3:24-CV-00122**
                                               **DCJ-CES-RRS**

**VERSUS**                                     **THREE-JUDGE COURT**

**NANCY LANDRY, in her official**
**capacity as Louisiana Secretary of**
**State**

## ORDER

Before the Court is the STATE'S MOTION TO RESET DEADLINES (the "Motion") [Doc. 302], in which the State of Louisiana requests that the Court reset the briefing and hearing schedule in this matter in light of the Supreme Court's ruling in *Allen v. Milligan*, No. 2026 WL 1552756 (U.S. June 2, 2026). Accordingly,

IT IS HEREBY ORDERED that any response to the Motion shall be filed **on or before June 4, 2026, at 12:00 p.m. (noon)**.

THUS, DONE AND SIGNED in Chambers on this 3rd day of June, 2026.

CARL E. STEWART
UNITED STATES CIRCUIT JUDGE

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE