# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

**PHILLIP CALLAIS, ET AL**                     **CIVIL DOCKET NO. 3:24-CV-00122 DCJ-CES-RRS**

**VERSUS**                                     **THREE-JUDGE COURT**

**NANCY LANDRY**

## ORDER

Presently before the Court is THE STATE'S MOTION TO RESET DEADLINES (the "Motion") [Doc. 302] filed by the State of Louisiana.  Having considered the Motion and the responses filed,

IT IS HEREBY ORDERED THAT the State's Motion to Reset Deadlines [Doc. 302] is GRANTED IN PART.  The hearing scheduled for June 17 and 18, 2026, is cancelled and the briefing deadlines are vacated.  The Court will set a status conference to discuss a scheduling order at a later date.  No later than close of business on Friday, June 5, 2026, the State of Louisiana shall respond to Intervenor Lauren Jewett's Opposition to the State's Motion to Reset Deadlines [Doc. 306].

THUS, DONE AND SIGNED in Chambers on this 4th day of June, 2026.

CARL E. STEWART
UNITED STATES CIRCUIT JUDGE

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE