**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA, MONROE DIVISION**

PHILLIP CALLAIS, LLOYD PRICE,
BRUCE ODELL, ELIZABETH ERSOFF,
ALBERT CAISSIE, DANIEL WEIR,
JOYCE LACOUR, CANDY CARROLL
PEAVY, TANYA WHITNEY, MIKE
JOHNSON, GROVER JOSEPH REES,
ROLFE MCCOLLISTER,

          *Plaintiffs*,

          v.

NANCY LANDRY, in her official capacity
as Secretary of State for Louisiana,

          *Defendant*.

Civil Action No. 3:24-cv-00122

Judge David C. Joseph

Circuit Judge Carl E. Stewart

Judge Robert R. Summerhays

**ORDER**

IT IS ORDERED that John Cusick be and is hereby admitted to the bar of this Court pro

hac vice on behalf of the proposed Intervenor-Defendants in the above-described action.

SO ORDERED on this, the _____ day of June, 2026.

 

                                    U.S. Magistrate Judge