**IN THE UNITED STATES DISTRICT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| PHILLIP CALLAIS, et al., | Case No. 3:24-cv-00122 |
| *Plaintiffs,* | Hon. David C. Joseph |
| v. | Hon. Carl E. Stewart |
| | Hon. Robert R. Summerhays |
| NANCY LANDRY, in her official capacity as Secretary of State of Louisiana, | Hon. Magistrate Judge |
| *Defendants.* | Kayla D. McClusky |

**NOTICE OF PROPOSED SCHEDULE**

In preparation for the upcoming status conference, the State of Louisiana respectfully offers the schedule below to aid the Court's consideration of next steps. The proposed schedule mirrors the Court's previous framework (ECF 301), with dates adjusted to reflect the current posture of this case and to account for (1) the 2028 federal election cycle and accompanying qualifying calendar,[1] (2) the 2027 Regular Session of the Louisiana Legislature (April 12 through June 10, 2027), and (3) reasonable time for the Court's consideration and resolution of any issues that may arise. Accordingly, the State proposes:

| | |
|---|---|
| Opening Filings: | December 15, 2026 |
| Response Filings: | January 30, 2027 |
| Hearing: | February 2027 |
| Order: | March 2027 |

---

[1] The Secretary's 2028 election calendar shows August 17, 2027, as the first date to start collecting signatures for the March 25, 2028 primary election. That calendar is available online at: https://www.sos.la.gov/ElectionsAndVoting/PublishedDocuments/ElectionsCalendar2028.pdf.

Dated: June 16, 2026

Respectfully submitted,

ELIZABETH B. MURRILL
Attorney General of Louisiana

*/s/ Morgan Brungard*
MORGAN BRUNGARD (LA 40298)
Deputy Solicitor General

CAREY TOM JONES (LA 07474)
AMANDA M. LAGROUE (LA 35509)
Assistant Attorneys General

OFFICE OF THE ATTORNEY GENERAL
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70802
(225) 326-6705
BrungardM@ag.louisiana.gov

Jason B. Torchinsky (DC Bar No 976033)*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
2300 N Street, NW
Suite 643
Washington, DC 20037
Tel: 202-737-8808
Email: jtorchinsky@holtzmanvogel.com

Brandon J. Smith (TN Bar No. 0037272)**
Andrew O. Wilson (TN Bar No. 40532)**
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
1221 Broadway
Suite 2100
Nashville, TN 37203
Tel: 615-647-8528
Email: bsmith@holtzmanvogel.com
awilson@holtzmanvogel.com

*Admitted *pro hac vice*
** *pro hac vice* motion forthcoming

*Counsel for the State of Louisiana*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on this 16th day of June 2026, the foregoing has been filed with the Clerk via the CM/ECF system that has sent a Notice of Electronic filing to all counsel of record.

*/s/ Morgan Brungard*
Morgan Brungard

3