**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

PHILLIP CALLAIS ET AL                                   CASE NO.  3:24-CV-00122

VERSUS                                                   JUDGE DAVID C. JOSEPH

NANCY LANDRY                                             MAG. JUDGE KAYLA D. MCCLUSKY

### NOTICE OF MOTION SETTING

Please take notice that the Motion to Dismiss for Lack of Jurisdiction (Document No. 313) filed by Edgar Cage, Martha Davis, Edward Galmon, Sr, Ciara Hart, Norris Henderson, Tramelle Howard, Davante Lewis, Clee Earnest Lowe, Dorothy Nairne, National Association for the Advancement of Colored People Louisiana State Conference, Power Coalition for Equity & Justice, Press Robinson, Ambrose Sims, Edwin Rene Soule, Alice Washington, Ross Williams on June 16, 2026 has been set before the Honorable David C. Joseph and the Honorable Robert Summerhays.

### Deadlines

Any party who opposes the motion must file a memorandum in opposition within **twenty-one (21) days** after service of the motion. See LR 7.4.  The movant may **file a reply** within **fourteen (14) days** after the memorandum in opposition is filed.  OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED.

### No Oral Argument

It is the policy of the Court to decide motions on the basis of the record without oral argument. Briefs should fully address all pertinent issues.  All parties will be notified if the Court finds oral argument is necessary. A written ruling will be issued in due course.

### Courtesy Copies Not Required

The parties are relieved of their obligation under LR 7.1 to provide chambers with courtesy copy of the briefs and any attachments filed in connection with this motion.

**DATE OF NOTICE: June 17, 2026**

Daniel J. McCoy
Clerk of Court