UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

PHILLIP CALLAIS ET AL                              CASE NO.  3:24-CV-00122

VERSUS                                             THREE-JUDGE COURT

NANCY LANDRY

MINUTES OF COURT:
Status Conference (ZOOM)

| Date: | 6/17/26 | Presiding: | Judge David C. Joseph |
| | | | Circuit Judge Carl E. Stewart |
| | | | Judge Robert R. Summerhays |
| Court Opened: | 10:00 | Courtroom Deputy: | Chrissy Craig/Dru Casebonne |
| Court Adjourned: | 10:28 | Court Reporter: | Beth Delatte |
| Statistical Time: | 28 mins | Courtroom: | Video Conference |

APPEARANCES

| | | |
|---|---|---|
| Paul L Hurd | For | Phillip Callais, All Plaintiffs |
| Edward D Greim | | |
| Katherine Graves | | |
| | | |
| John N Adcock | For | Press Robinson, All Intervenor |
| T Alora Thomas | | Plaintiffs |
| Stuart Naifeh | | |
| Amitav Chakraborty | | |
| Arielle B McTootle | | |
| Robert Klein | | |
| Victoria Wenge | | |
| Sarah Brannon | | |
| | | |
| Morgan Elizabeth Brungard | For | State of Louisiana, Intervenor |
| Jason Brett Torchinsky | | Defendant |
| John Spencer Cusick | | |
| | | |
| Lalitha Madduri | For | Galmon Group, All Intervenors |
| | | |
| John Carroll Walsh | For | Nancy Landry, In her official |
| Jennifer Olivier Bollinger | | capacity as Secretary of State, |
| | | Defendant |

Minutes-Status Conference
Page 2

## **PROCEEDINGS**

Case called for Status Conference

Counsel for Intervenor Plaintiff Lauren Jewett did not make an appearance for the status conference.

The Court ordered that the State and Plaintiffs have 28 days from the date of filing the Motion to Dismiss Plaintiff's Complaint [Doc 313] to file briefs responding to that Motion and addressing the parties' respective positions regarding the scope of the remedial proceedings. The movant intervenors have 7 days thereafter to file a reply brief.

Parties are to meet and confer and submit a joint proposed scheduling order for the remedial proceedings to the Court within 7 days of this status conference.