**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA**

PHILLIP CALLAIS, *et al.*,

      Plaintiffs,

    v.

NANCY LANDRY, in her official capacity as
Louisiana Secretary of State,

      Defendant.

Case No. 3:24-cv-00122-DCJ-CES-RRS

**MOTION AND ORDER TO ENROLL AS COUNSEL OF RECORD**

**NOW INTO COURT** through undersigned counsel come Edward Galmon, Sr., Ciara Hart, Norris

Henderson, Tramelle Howard, and Ross Williams ("*Galmon* Movants"), who move this court to

allow S. Layne Lee and Andree Matherne Cullens of Walters, Thomas, Cullens, LLC, to be

enrolled as additional counsel of record for Edward Galmon, Sr., Ciara Hart, Norris Henderson,

Tramelle Howard, and Ross Williams ("*Galmon* Movants").

Respectfully submitted this June 19, 2026.

*s/ J.E. Cullens, Jr.*
J. E. Cullens, Jr. (LA # 23011)
Andrée Matherne Cullens (LA # 23212)
Stephen Layne Lee (LA # 17689)
WALTERS, THOMAS, CULLENS, LLC
12345 Perkins Road, Bldg. One
Baton Rouge, LA 70810
(225) 236-3636
cullens@lawbr.net
acullens@lawbr.net
laynelee@lawbr.net

Abha Khanna* (# 917978)
ELIAS LAW GROUP LLP
1700 Seventh Ave., Suite 2100
Seattle, WA 98101
(206) 656-0177
akhanna@elias.law

Lalitha D. Madduri* (# 917979)
Jacob D. Shelly* (# 917980)
Daniel Cohen* (# 917976)
Qizhou Ge* (# 917977)
ELIAS LAW GROUP LLP
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
(202) 968-4490
lmadduri@elias.law
jshelly@elias.law
dcohen@elias.law
age@elias.law

*Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2026, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and that service will be provided through the CM/ECF system.

s/ *J. E. Cullens, Jr.*
J. E. Cullens, Jr.
Counsel for *Galmon* Movants