**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**

PHILLIP CALLAIS, *et al.*,

      Plaintiffs,

  v.

NANCY LANDRY, in her official capacity as
Louisiana Secretary of State,

      Defendant.

Case No. 3:24-cv-00122-DCJ-CES-RRS

**ORDER**

**IT IS ORDERED** that S. Layne Lee and Andree Matherne Cullens of Walters, Thomas, Cullens, LLC be and are hereby entered into the record of this Court as additional counsel for movants, Edward Galmon, Sr., Ciara Hart, Norris Henderson, Tramelle Howard, and Ross Williams ("*Galmon* Movants").

SO ORDERED on this, ____ day of _____, 2026.

_____
Honorable Kayla D. McClusky
U.S. Magistrate Judge