IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| PHILLIP CALLAIS, et al., | ) | |
| | ) | Case No. 3:24-cv-00122-DCJ-CES-RRS |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | District Judge  David C. Joseph |
| | ) | Circuit Judge Carl E. Stewart |
| NANCY LANDRY, IN HER OFFICIAL | ) | District Judge  Robert R. Summerhays |
| CAPACITY AS LOUISIANA | ) | |
| SECRETARY OF STATE, et al., | ) | Magistrate Judge Kayla D. McClusky |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

CONSIDERING Plaintiffs' Motion for Extension of Pages, IT IS ORDERED that the

Motion is GRANTED. Plaintiffs shall have an additional ten (10) pages for their Memorandum in

Support of Their Motion for Attorneys' Fees and Bill of Costs.

This ___ day of June, 2026.

_____

United States District Court, Western District of
Louisiana, Monroe Division