IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| PHILLIP CALLAIS, et al., | ) | |
| | ) | Case No. 3:24-cv-00122-DCJ-CES-RRS |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | District Judge  David C. Joseph |
| | ) | Circuit Judge Carl E. Stewart |
| NANCY LANDRY, IN HER OFFICIAL | ) | District Judge  Robert R. Summerhays |
| CAPACITY AS LOUISIANA | ) | |
| SECRETARY OF STATE, et al., | ) | Magistrate Judge Kayla D. McClusky |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES

Plaintiffs Callais, et al. ("Plaintiffs") are the prevailing parties and are thereby entitled to their attorneys' fees and expenses under 42 U.S.C. § 1988(b) and Federal Rule of Civil Procedure 54. After a hard-fought battle in this Court and multiple rounds in the U.S. Supreme Court, they prevailed. All their fees and costs to secure this landmark victory are recoverable.

Plaintiffs incurred $2,237,151.09 in litigating this case and defending it in the U.S. Supreme Court, including $2,088,852.75 in attorneys' fees and $148,298.34 in expenses. For the reasons stated in their Memorandum in Support of this Motion, Plaintiffs ask the Court to award them a total of $2,237,151.09 along with a 20% enhancement for their fees.

1

Dated this 25th day of June, 2026

PAUL LOY HURD, APLC
/s/ Paul Loy Hurd
Paul Loy Hurd
Louisiana Bar No. 13909
1896 Hudson Circle, Suite 5
Monroe, Louisiana 71201
Tel.: (318) 323-3838
paul@paulhurdlawoffice.com
*Attorney for Plaintiffs*

Respectfully submitted,

GRAVES GARRETT GREIM LLC
/s/ Edward D. Greim
Edward D. Greim,* Mo. Bar No. 54034
Matthew Mueller,* Mo. Bar No. 70263
Katherine E. Mitra,* Mo. Bar No. 74671
Sarah R. Pineau,* Mo. Bar No. 74483
*Admitted Pro Hac Vice*
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Tel.: (816) 256-3181
Fax: (816) 256-5958
edgreim@gravesgarrett.com
mmueller@gravesgarrett.com
kmitra@gravesgarrett.com
spineau@gravesgarrett.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I do hereby certify that, on this 25th day of June, 2026, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which gives notice of filing to all counsel of record.

/s/ Edward D. Greim
Edward D. Greim
*Attorney for Plaintiffs*

2