# Exhibit EG-2

| | E. Greim | | B. Bodamer | | K. Mitra | | J. Tyler | | M. Mueller | | S. Pineau | | R. Smith | | N. Kruger | | C. Black | | L. Bye | | L. Hao | | A. Duncan | | M. Kuckleman | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Time | Billed | Time | Billed | Time | Billed | Time | Billed | Time | Billed | Time | Billed | Time | Billed | Time | Billed | Time | Billed | Time | Billed | Time | Billed | Time | Billed | Time | Billed |
| **2023-2024 Rate** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Jan-24 | 46.7 | $ 29,187.50 | | | 90.4 | $ 32,544.00 | 25.3 | $ 9,361.00 | 12.8 | $ 4,928.00 | | | 3.9 | $ 916.50 | | | | | | | | | | | | |
| Feb-24 | 79.9 | $ 49,937.50 | | | 127.9 | $ 46,044.00 | 91 | $ 33,670.00 | 13.1 | $ 5,043.50 | | | 20.4 | $ 4,794.00 | | | | | | | | | | | | |
| *Deductions* | | | | | | | | | | $ (4,928.00) | | | | | | | | | | | | | | | | |
| **TOTAL FOR RATE** | 126.6 | $ 79,125.00 | 0 | $ - | 218.3 | $ 78,588.00 | 116.3 | $ 43,031.00 | 25.9 | $ 5,043.50 | 0 | $ - | 24.3 | $ 5,710.50 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| **2024-2025 Rate** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mar-24 | 85.3 | $ 58,004.00 | 8 | $ 5,160.00 | 121.5 | $ 47,992.50 | 138.8 | $ 54,826.00 | 7.8 | $ 3,276.00 | | | 25 | $ 6,375.00 | 0.3 | $ 76.50 | 0.4 | $ 102.00 | | | | | | | | |
| Apr-24 | 135.6 | $ 92,208.00 | 62.5 | $ 40,312.50 | 178.4 | $ 70,468.00 | 146.1 | $ 57,709.50 | 4.6 | $ 1,932.00 | | | 64.3 | $ 16,396.50 | 1.4 | $ 357.00 | 10.4 | $ 2,652.00 | | | | | | | | |
| May-24 | 82.5 | $ 56,100.00 | | | 117.9 | $ 46,570.50 | 99.2 | $ 39,184.00 | 3.4 | $ 1,428.00 | | | 20.8 | $ 5,304.00 | | | 2.4 | $ 612.00 | | | | | | | | |
| Jun-24 | 12.7 | $ 8,636.00 | | | 24.4 | $ 9,638.00 | 2.5 | $ 987.50 | | | | | 2.7 | $ 688.50 | | | | | | | | | | | | |
| Jul-24 | 7.9 | $ 5,372.00 | | | 6.7 | $ 2,646.50 | 5.8 | $ 2,291.00 | | | | | | | | | | | | | | | | | | |
| Aug-24 | 36.4 | $ 24,752.00 | | | 95.4 | $ 37,683.00 | 21 | $ 8,295.00 | | | | | 19.1 | $ 4,870.50 | | | 1.4 | $ 357.00 | | | | | | | | |
| Sep-24 | 3.4 | $ 2,312.00 | | | 3 | $ 1,185.00 | 19 | $ 7,505.00 | | | | | 0.5 | $ 127.50 | | | | | | | | | | | | |
| Oct-24 | 3.4 | $ 2,312.00 | | | 2.5 | $ 987.50 | 0.6 | $ 237.00 | | | | | 0.6 | $ 153.00 | | | | | | | | | | | | |
| Nov-24 | 14.9 | $ 10,132.00 | | | 24.8 | $ 9,796.00 | 15.5 | $ 6,122.50 | | | | | 0.3 | $ 76.50 | | | | | | | | | | | | |
| Dec-24 | 65.1 | $ 44,268.00 | | | 35.4 | $ 13,983.00 | 43.4 | $ 17,143.00 | | | | | 2.6 | $ 663.00 | | | 1.5 | $ 382.50 | | | | | | | | |
| Jan-25 | 64.7 | $ 43,996.00 | | | 66.3 | $ 26,188.50 | 43.4 | $ 17,143.00 | | | | | 5.1 | $ 1,300.50 | | | | | | | | | | | | |
| Feb-25 | 35.1 | $ 23,868.00 | | | 57.1 | $ 22,554.50 | 41.8 | $ 16,511.00 | | | | | | | | | | | | | | | | | | |
| *Deductions* | | $ (5,952.00) | | | | $ (2,804.50) | | $ (197.50) | | $ (2,000.00) | | | | | | | | | | | | | | | | |
| **TOTAL FOR RATE** | 547 | $ 366,008.00 | 70.5 | $ 45,472.50 | 733.4 | $ 286,888.50 | 577.1 | $ 227,757.00 | 15.8 | $ 4,636.00 | 0 | $ - | 141 | $ 35,955.00 | 1.7 | $ 433.50 | 16.1 | $ 4,105.50 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| **2025-2026 Rate** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mar-25 | 72.5 | $ 52,562.50 | | | 55.1 | $ 24,519.50 | 52.5 | $ 20,737.50 | | | | | 1.2 | $ 318.00 | | | | | | | | | | | | |
| Apr-25 | 1.2 | $ 725.00 | | | 1.2 | $ 44.50 | | | | | | | 0.6 | $ 26.50 | 0.2 | $ 53.00 | | | | | | | | | | |
| May-25 | 2.3 | $ 1,667.50 | | | 0.8 | $ 356.00 | | | 2.1 | $ 1,039.50 | | | 0.8 | $ 212.00 | | | | | | | | | | | | |
| Jun-25 | 13.5 | $ 9,787.50 | | | 11.1 | $ 4,939.50 | | | 14 | $ 6,930.00 | | | | | | | | | | | | | | | | |
| Jul-25 | 6.3 | $ 4,567.50 | | | 2.1 | $ 934.50 | | | 10.6 | $ 5,247.00 | | | | | | | | | | | | | 12.2 | $ 3,050.00 | | |
| Aug-25 | 45.9 | $ 33,277.50 | | | 57.3 | $ 25,498.50 | | | 17.4 | $ 8,613.00 | | | | | | | | | | | | | | | | |
| Sep-25 | 89.6 | $ 64,960.00 | | | 131.3 | $ 58,428.50 | | | 39.5 | $ 19,552.50 | | | | | 1.4 | $ 371.00 | 3.1 | $ 821.50 | | | | | | | | |
| Oct-25 | 87 | $ 63,075.00 | | | 59.1 | $ 26,299.50 | | | 48.7 | $ 24,106.50 | | | | | | | | | | | | | | | | |
| Nov-25 | 4.9 | $ 3,552.50 | | | | | | | 1.1 | $ 544.50 | | | | | | | | | | | | | | | | |
| Dec-25 | 1.3 | $ 942.50 | | | | | | | 0.6 | $ 297.00 | | | | | | | | | | | | | | | | |
| Jan-26 | 10.4 | $ 7,540.00 | | | | | | | 1.7 | $ 841.50 | 14.4 | $ 6,552.00 | | | | | | | | | | | | | | |
| Feb-26 | 0.2 | $ 145.00 | | | 0.5 | $ 222.50 | | | 1 | $ 495.00 | 0.1 | $ 45.50 | | | | | | | | | | | | | | |
| *Deductions* | | $ (7,466.00) | | | | $ (3,204.50) | | $ (1,580.00) | | $ (17,969.50) | | $ (6,000.00) | | $ (53.00) | | | | | | | | | | | | |
| **TOTAL FOR RATE** | 335.1 | $ 235,336.50 | 0 | $ - | 319.6 | $ 138,528.00 | 52.5 | $ 19,157.50 | 136.7 | $ 49,697.00 | 14.5 | $ 597.50 | 2.6 | $ 503.50 | 1.6 | $ 424.00 | 3.1 | $ 821.50 | 0 | $ - | 0 | $ - | 12.2 | $ 3,050.00 | 0 | $ - |
| **2026-2027 Rate** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mar-26 | 2.4 | $ 1,836.00 | | | 0.5 | $ 235.00 | | | | | | | | | | | | | | | | | | | | |
| Apr-26 | 10.7 | $ 8,185.00 | | | 6.7 | $ 3,149.00 | | | 2.9 | $ 1,522.50 | 4.7 | $ 2,232.50 | | | | | | | 1.5 | $ 427.50 | | | | | | |
| May-26 | 73.2 | $ 55,998.00 | | | 62.2 | $ 29,234.00 | | | 4.6 | $ 2,415.00 | 17.6 | $ 8,360.00 | | | | | 0.9 | $ 256.50 | 6.3 | $ 1,795.50 | 1 | $ 285.00 | | | | |
| Jun-26 (Non-Fee) | 16 | $ 12,240.00 | | | 18.6 | $ 8,742.00 | | | 1.1 | $ 577.50 | 1.3 | $ 617.50 | | | | | 0.9 | $ 256.50 | 0.6 | $ 171.00 | 1.3 | $ 370.50 | | | | |
| Jun-26 (Fee) | **25.6** | **$ 19,584.00** | | | **46.2** | **$ 21,714.00** | | | **0.3** | **$ 157.50** | **0.5** | **$ 237.50** | | | | | **10.7** | **$ 3,049.50** | **9.1** | **$ 2,593.50** | **9.8** | **$ 2,793.00** | **8.6** | **$ 2,279.00** | | **$ 2,194.50** |
| *Deductions* | -8 | $ (6,120.00) | | | -2 | $ (940.00) | | | | | | | | | | | | | | | | | | | | |
| **TOTAL FOR RATE** | 119.9 | $ 91,723.50 | 0 | $ - | 132.2 | $ 62,134.00 | 0 | $ - | 8.9 | $ 4,672.50 | 24.1 | $ 11,447.50 | 0 | $ - | | | 12.5 | $ 3,562.50 | 17.5 | $ 4,987.50 | 12.1 | $ 3,448.50 | 8.6 | $ 2,279.00 | 7.7 | $ 2,194.50 |
| **TOTAL PER PERSON** | 1128.6 | $ 772,193.00 | 70.5 | $ 45,472.50 | 1403.5 | $ 566,138.50 | 745.9 | $ 289,945.50 | 187.3 | $ 64,049.00 | 38.6 | $ 12,045.00 | 167.9 | $ 42,169.00 | 15.8 | $ 4,420.00 | 36.7 | $ 9,914.50 | 12.1 | $ 3,448.50 | 8.6 | $ 2,279.00 | 12.2 | $ 3,050.00 | 7.7 | $ 2,194.50 |

**GGG TOTAL**

$   1,817,319.00