# EXHIBIT EG-3

| Date | Invoice No. | Cost | Name | Taxable? | If yes, category? | Recoverable as nontaxable? | If yes, category? |
|---|---|---|---|---|---|---|---|
| 1/31/2024 | 18563 | 5.60 | Photocopy charges - 56 black and white copies. | Yes | Photocopy | | |
| | | 1046.77 | Online legal research - Westlaw Invoice #849720194 | No | | Yes | Westlaw |
| 2/29/2024 | 18713 | 16.25 | Certificate of good standing for pro hac | Yes | Fees of clerk | | |
| | | 16.25 | Certificate of good standing for pro hac | Yes | Fees of clerk | | |
| | | 16.25 | Certificate of good standing for pro hac | Yes | Fees of clerk | | |
| | | 16.25 | Certificate of good standing for pro hac | Yes | Fees of clerk | | |
| | | 10.37 | Conference line | | | Yes | Telephone |
| | | 2.46 | Conference line | | | Yes | Telephone |
| | | 50.00 | Service Fee | Yes | Service | | |
| | | 16.95 | Postage - Service Packet | Yes | Service | | |
| | | 16.64 | Conference line | | | Yes | Telephone |
| | | 64.51 | Courier fee | | | Yes | Shipping |
| | | 32.51 | Courier fee | | | Yes | Shipping |
| | | 34.31 | Courier fee | | | Yes | Shipping |
| | | 32.65 | Courier fee | | | Yes | Shipping |
| | | 130.00 | Legislative document service | Yes | Service | | |
| | | 57.40 | Photocopy charges | Yes | Photocopy | | |
| | | 14.70 | Photocopy charges | Yes | Photocopy | | |
| | | 2471.46 | Westlaw | | | Yes | Westlaw |
| 3/31/2024 | 18852 | 40.00 | LA House of Reps - Certified Public Records Request Fee | | | Yes | Research |
| | | 32.51 | Courier fee | | | Yes | Shipping |
| | | 47.10 | Courier fee | | | Yes | Shipping |
| | | 1305.00 | Polhman Reporting | Yes | Transcripts | | |
| | | 655.20 | Polhman Reporting | Yes | Transcripts | | |
| | | 81.00 | Polhman Reporting | Yes | Transcripts | | |
| | | 15.38 | Accessline Conference | | | Yes | Telephone |
| | | 96.00 | Greater Baton Rouge Buiness Reporter - Fee for Pulling Articles | | | Yes | Research |
| | | 22.60 | Photocopy | Yes | Photocopy | | |
| | | 9.00 | Photocopy | Yes | Photocopy | | |
| | | 2019.41 | Westlaw | | | Yes | Westlaw |
| 4/30/2024 | 18975 | 20.37 | Conference Line | | | Yes | Telephone |
| | | 2.65 | Conference line | | | Yes | Telephone |
| | | 1.39 | Conference line | | | Yes | Telephone |
| | | 74.09 | Conference line | | | Yes | Telephone |
| | | 25.74 | Conference line | | | Yes | Telephone |
| | | 4.05 | Conference line | | | Yes | Telephone |
| | | 12.87 | Conference line | | | Yes | Telephone |
| | | 105.00 | Pro hac application fee | Yes | Fees of clerk | | |
| | | 1.00 | Onlinelegal research - The Advocate | | | Yes | Research |
| | | 24.01 | Conference line | | | Yes | Telephone |
| | | 16.32 | Conference line | | | Yes | Telephone |
| | | 1.33 | Conference line | | | Yes | Telephone |
| | | 13.60 | Conference line | | | Yes | Telephone |

| Date | Invoice No. | Cost | Name | Taxable? | If yes, category? | Recoverable as nontaxable? | If yes, category? |
|---|---|---|---|---|---|---|---|
| | | 24.65 | Conference line | | | Yes | Telephone |
| | | 69.58 | Trial materials | | | Yes | Supplies |
| | | 35.70 | Trial materials | | | Yes | Supplies |
| | | 745.57 | Trial materials | | | Yes | Supplies |
| | | 51.93 | Trial binders | Yes | Printing | | |
| | | 162.00 | Polhman Reporting | Yes | Transcripts | | |
| | | 209.71 | Courier fee | | | Yes | Shipping |
| | | 209.71 | Courier fee | | | Yes | Shipping |
| | | 250.40 | Courier fee | | | Yes | Shipping |
| | | 29.18 | Meal for deposition team | | | Yes | Subsistence |
| | | 4000.00 | Flight to/from Louisiana for trial | | | Yes | Travel |
| | | 36.05 | Mileage to/from airport for pilot N. Garrett | | | Yes | Travel |
| | | 20.08 | Meal for E. Greim while travelling | | | Yes | Travel |
| | | 209.06 | Meal for trial team | | | Yes | Travel |
| | | 127.80 | Uber from airport to hotel for B. Bodamer | | | Yes | Travel |
| | | 39.81 | Meal for B. Bodamer | | | Yes | Travel |
| | | 203.41 | Hotel for B. Bodamer | | | Yes | Travel |
| | | 17.93 | Uber for K. Graves during trial | | | Yes | Travel |
| | | 16.93 | Uber for K. Graves during trial | | | Yes | Travel |
| | | 19.23 | Mileage to airport for K. Graves | | | Yes | Travel |
| | | 258.47 | Meal for trial team | | | Yes | Travel |
| | | 141.62 | Meal for trial team | | | Yes | Travel |
| | | 266.59 | Hotel for B. Bodamer | | | Yes | Travel |
| | | 843.47 | Hotel Conference Room Fee | | | Yes | Trial |
| | | 451.03 | Choice Copy Services | Yes | Printing | | |
| | | 431.51 | Courier fee | | | Yes | Shipping |
| | | 104.29 | Courier fee | | | Yes | Shipping |
| | | 113.37 | Courier fee | | | Yes | Shipping |
| | | 99.75 | Courier fee | | | Yes | Shipping |
| | | 232.92 | Courier fee | | | Yes | Shipping |
| | | 198.42 | Meal for trial team | | | Yes | Travel |
| | | 287.47 | Hotel for B. Bodamer | | | Yes | Travel |
| | | 37.20 | Meal for B. Bodamer | | | Yes | Travel |
| | | 673.11 | Hotel for E. Greim | | | Yes | Travel |
| | | 605.49 | Hotel for K. Graves | | | Yes | Travel |
| | | 605.49 | Hotel for J. Tyler | | | Yes | Travel |
| | | 311.31 | Hotel Conference Room Fee | | | Yes | Trial |
| | | 38.82 | Choice Copy Services | Yes | Printing | | |
| | | 40.87 | Mileage to/from airport B. Bodamer | | | Yes | Travel |
| | | 31.55 | Uber from airport to home for B. Bodamer | | | Yes | Travel |
| | | 20.92 | Uber from hotel to courthouse for B. Bodamer | | | Yes | Travel |
| | | 50.00 | Uber for B. Bodamer | | | Yes | Travel |
| | | 19.23 | Mileage from airport to residence for K. Graves | | | Yes | Travel |

| Date | Invoice No. | Cost | Name | Taxable? | If yes, category? | Recoverable as nontaxable? | If yes, category? |
|---|---|---|---|---|---|---|---|
| | | 1186.25 | B. Overholt deposition transcript | Yes | Transcripts | | |
| | | 627.50 | Polhman Reporting | Yes | Transcripts | | |
| | | 3359.80 | Trial transcript | Yes | Transcripts | | |
| | | 28.57 | Courier fee | | | Yes | Shipping |
| | | 220.73 | Courier fee | | | Yes | Shipping |
| | | 235.75 | Courier fee | | | Yes | Shipping |
| | | 4404.50 | Trial transcript | Yes | Transcripts | | |
| | | 4680.50 | Trial transcript | Yes | Transcripts | | |
| | | 2504.00 | Trial transcript | Yes | Transcripts | | |
| | | 31.99 | Courier fee | | | Yes | Shipping |
| | | 805.40 | Photocopy | Yes | Printing | | |
| | | 176.90 | Photocopy | Yes | Printing | | |
| | | 237.25 | Westlaw | | | Yes | Westlaw |
| | | 808.73 | Westlaw | | | Yes | Westlaw |
| 5/31/2024 | 19120 | 1053.80 | Deposition transcript of M. Hefner | Yes | Transcripts | | |
| | | 3537.87 | Westlaw | | | Yes | Westlaw |
| | | 683.80 | Photocopy | Yes | Photocopy | | |
| | | 355.90 | Photocopy | Yes | Photocopy | | |
| 6/30/2024 | 19262 | 1316.25 | Pohlman Reporting Transcript of A. Fairfax | Yes | Transcripts | | |
| | | 527.80 | Pohlman Reporting Video of A. Fairfax | | | Yes | Video of deposition |
| | | 166.03 | Westlaw | | | Yes | Westlaw |
| 7/31/2024 | 19393 | 2160.61 | Pohlman Reporting Transcript of McCartan | Yes | Transcripts | | |
| | | 589.68 | Pohlman Reporting Video of A. Shelton | | | Yes | Video of deposition |
| | | 352.78 | Pohlman Reporting Video of D. Lewis | | | Yes | Video of deposition |
| | | 1,273.97 | Pohlman Reporting Transcript of A. Shelton | Yes | Transcripts | | |
| | | 986.82 | Pohlman Reporting Transcript of D. Lewis | Yes | Transcripts | | |
| | | 1075.00 | Counsel press filing appellee's brief | Yes | Counsel Press Printing | | |
| | | 100.00 | Process server of summons to C. Fields | Yes | Service | | |
| | | 32.60 | PACER | | | Yes | Research |
| | | 55.65 | Westlaw | | | Yes | Westlaw |
| | | 4.00 | Photocopy | Yes | Photocopy | | |
| 8/31/2024 | 19490 | 113.40 | PACER | | | Yes | Research |
| | | 6109.60 | Counsel press filing brief | Yes | Counsel Press Printing | | |
| | | 30.50 | Photocopy | Yes | Photocopy | | |
| | | 791.13 | Westlaw | | | Yes | Westlaw |
| 9/30/2024 | 19654 | 19.95 | Online legal research - the Advocate | | | Yes | Research |
| | | 143.40 | PACER | | | Yes | Research |
| | | 19.96 | Courier fee | | | Yes | Shipping |
| | | 2529.00 | Counsel press filing brief | Yes | Counsel Press Printing | | |
| | | 2480.80 | Counsel press filing brief | Yes | Counsel Press Printing | | |
| | | 2506.20 | Cousel press filing brief | Yes | Counsel Press Printing | | |
| 10/31/2024 | 19783 | 184.49 | Westlaw | | | Yes | Westlaw |
| | | 39.90 | Online legal research - the Advocate | | | Yes | Research |

| Date | Invoice No. | Cost | Name | Taxable? | If yes, category? | Recoverable as nontaxable? | If yes, category? |
|---|---|---|---|---|---|---|---|
| | | 0.73 | Westlaw | | | Yes | Westlaw |
| | | 3.40 | Photocopy | Yes | Photocopy | | |
| | | 0.40 | Photocopy | Yes | Photocopy | | |
| 11/30/2024 | 19869 | 19.72 | Conference line | | | Yes | Telephone |
| | | 3.40 | Photocopy | Yes | Photocopy | | |
| | | 0.40 | Photocopy | Yes | Photocopy | | |
| | | 429.35 | Westlaw | | | Yes | Westlaw |
| 12/31/2024 | 20060 | 9.70 | Conference line | | | Yes | Telephone |
| | | 282.74 | Supreme Court Practice Book | | | Yes | Research/oral argument prep |
| | | 170.77 | Supreme Court & Appellate Advocacy Book | | | Yes | Research/oral argument prep |
| | | 19.95 | Online legal research - the Advocate | | | Yes | Research |
| | | 508.40 | Photocopy | Yes | Photocopy | | |
| | | 93.40 | Photocopy | Yes | Photocopy | | |
| 1/31/2025 | 20178 | 27.80 | Conference line | | | Yes | Telephone |
| | | 47.46 | Conference line | | | Yes | Telephone |
| | | 774.50 | Wilson Epes Printing Co. Joint Appendix | Yes | Printing | | |
| | | 17,196.00 | Wilson Epes Printing Co. Joint Appendix | Yes | Printing | | |
| | | 39.90 | Online legal research - the Advocate | | | Yes | Research |
| | | 3.60 | Photocopy | Yes | Photocopy | | |
| | | 944.67 | Westlaw | | | Yes | Westlaw |
| | | 5494.50 | Counsel press filing brief | Yes | Counsel Press Printing | | |
| 2/28/2025 | 20315 | 16.49 | Courier fee | | | Yes | Shipping |
| | | 42.91 | Courier fee | | | Yes | Shipping |
| | | 16.25 | Certificate of good standing for SCOTUS admission | Yes | Fees of clerk | | |
| | | 28.45 | Courier fee | | | Yes | Shipping |
| | | 27.08 | Courier fee | | | Yes | Shipping |
| | | 582.97 | Travel to/from Washington for moot | | | Yes | Travel |
| | | 411.48 | Travel to/from Washington for moot | | | Yes | Travel |
| | | 411.48 | Travel to/from Washington for moot | | | Yes | Travel |
| | | 16.49 | Courier fee | | | Yes | Shipping |
| | | 34.73 | Courier fee | | | Yes | Shipping |
| | | 29.15 | Courier fee | | | Yes | Shipping |
| | | 20.75 | Courier fee - Doordash (notebook materials) | | | Yes | Supplies |
| | | 601.78 | Hotel for K. Mitra | | | Yes | Travel |
| | | 601.78 | Hotel for J. Tyler | | | Yes | Travel |
| | | 15.39 | Courier fee | | | Yes | Shipping |
| | | 17.69 | Mileage for E. Greim to airport | | | Yes | Travel |
| | | 25.94 | Taxi | | | Yes | Travel |
| | | 26.88 | Mileage for K. Mitra to/from airport | | | Yes | Travel |
| | | 10.00 | Taxi from hotel to supreme court | | | Yes | Travel |
| | | 34.89 | Taxi from airport to hotel | | | Yes | Travel |
| | | 18.09 | Mileage for E. Greim from airport | | | Yes | Travel |
| | | 12.10 | Meal for K. Mitra | | | Yes | Travel |

| Date | Invoice No. | Cost | Name | Taxable? | If yes, category? | Recoverable as nontaxable? | If yes, category? |
|---|---|---|---|---|---|---|---|
| | | 553.64 | Westlaw | | | Yes | Westlaw |
| | | 2637.20 | Photocopy | Yes | Photocopy | | |
| | | 1330.90 | Photocopy | Yes | Photocopy | | |
| | | 31.09 | Postage | | | Yes | Shipping |
| 3/31/2025 | 20400 | 118.15 | Flight for E. Greim | | | Yes | Travel |
| | | 13.44 | Mileage to airport for K. Mitra | | | Yes | Travel |
| | | 13.44 | Mileage from airport for K. Mitra | | | Yes | Travel |
| | | 18.00 | Airport parking for K. Mitra | | | Yes | Travel |
| | | 16.85 | Meal for K. Mitra | | | Yes | Travel |
| | | 17.69 | Mileage to airport for E. Greim | | | Yes | Travel |
| | | 17.69 | Mileage to airport for E. Greim | | | Yes | Travel |
| | | 22.68 | Cab ride for E. Greim | | | Yes | Travel |
| | | 17.96 | Uber from airport to hotel for J. Tyler | | | Yes | Travel |
| | | 16.63 | Meal for K. Mitra | | | Yes | Travel |
| | | 10.92 | Mileage to airport for K. Mitra | | | Yes | Travel |
| | | 38.92 | Mileage to/from airport for J. Tyler | | | Yes | Travel |
| | | 56.00 | Parking at airport for J. Tyler | | | Yes | Travel |
| | | 56.70 | Meal for E. Greim and K. Mitra | | | Yes | Travel |
| | | 5.74 | Meal for K. Mitra | | | Yes | Travel |
| | | 18.09 | Mileage home for E. Greim | | | Yes | Travel |
| | | 4.00 | Photocopy | Yes | Photocopy | | |
| | | 27.50 | Photocopy | Yes | Photocopy | | |
| | | 742.03 | Westlaw | | | Yes | Westlaw |
| 4/30/2025 | 20549 | 8.57 | Online legal research - Greater Baton Rouge Business Report | | | Yes | Research |
| | | 19.95 | The Advocate | | | Yes | Research |
| 5/31/2025 | 20614 | 19.95 | The Advocate | | | Yes | Research |
| | | 2.60 | Photocopy | Yes | Photocopy | | |
| | | 56.40 | Photocopy | Yes | Photocopy | | |
| 6/30/2025 | 20732 | 19.95 | The Advocate | | | Yes | Research |
| | | 111.39 | Westlaw | | | Yes | Westlaw |
| 7/31/2025 | 20934 | 19.95 | The Advocate | | | Yes | Research |
| | | 194.79 | Westlaw | | | Yes | Westlaw |
| 8/31/2025 | 21028 | 19.05 | The Advocate | | | Yes | Research |
| | | 11.60 | Photocopy | Yes | Photocopy | | |
| | | 4.00 | Photocopy | Yes | Photocopy | | |
| | | 374.63 | Westlaw | | | Yes | Westlaw |
| 9/30/2025 | 21162 | 1171.40 | Westlaw | | | Yes | Westlaw |
| 10/31/2025 | 21282 | 36.72 | Courier fee | | | Yes | Shipping |
| | | 42.44 | Courier fee | | | Yes | Shipping |
| | | 36.72 | Courier fee | | | Yes | Shipping |
| | | 36.72 | Courier fee | | | Yes | Shipping |
| | | 36.72 | Courier fee | | | Yes | Shipping |
| | | 35.24 | Meal for team during moot | | | Yes | Travel |

| Date | Invoice No. | Cost | Name | Taxable? | If yes, category? | Recoverable as nontaxable? | If yes, category? |
|---|---|---|---|---|---|---|---|
| | | 17.69 | Mileage for E. Greim | | | Yes | Travel |
| | | 24.68 | Travel for E. Greim in D.C. | | | Yes | Travel |
| | | 18.09 | Mileage for E. Greim | | | Yes | Travel |
| | | 569.03 | Hotel for E. Greim | | | Yes | Travel |
| | | 36.80 | Uber for E. Greim | | | Yes | Travel |
| | | 497.43 | Hotel for M. Mueller | | | Yes | Travel |
| | | 11.38 | Taxi for E. Greim and M. Mueller | | | Yes | Travel |
| | | 125.60 | Meal for hearing team | | | Yes | Travel |
| | | 36.00 | Parking at airport for M. Mueller | | | Yes | Travel |
| | | 39.06 | Mileage to/from airport for M. Mueller | | | Yes | Travel |
| | | 74.75 | Parking at airport for E. Greim | | | Yes | Travel |
| | | 1929 | Conference room deposit to prepare for oral argument | | | Yes | Oral argument prep |
| | | 634.36 | Flight to/from Washington for K. Mitra | | | Yes | Travel |
| | | 17.69 | Mileage for E. Greim | | | Yes | Travel |
| | | 15.06 | Meal for E. Greim | | | Yes | Travel |
| | | 184.80 | Meal for moot team | | | Yes | Travel |
| | | 25.01 | Transportation for E. Greim | | | Yes | Travel |
| | | 16.27 | Meal for K. Mitra | | | Yes | Travel |
| | | 21.50 | Taxi for K. Mitra | | | Yes | Travel |
| | | 35.00 | Airline fee for K. Mitra | | | Yes | Travel |
| | | 46.12 | Meal for E. Greim | | | Yes | Travel |
| | | 55.55 | Meal for moot team | | | Yes | Travel |
| | | 4.67 | Printing at hotel | Yes | Printing | | |
| | | 291.40 | Meal for hearing team | | | Yes | Travel |
| | | 5.85 | Printing at hotel | Yes | Printing | | |
| | | 6.89 | Meal for K. Mitra | | | Yes | Travel |
| | | 18.09 | Mileage for E. Greim | | | Yes | Travel |
| | | 1365.90 | Hotel for E. Greim | | | Yes | Travel |
| | | 24.26 | Taxi for E. Greim and M. Mueller | | | Yes | Travel |
| | | 84.00 | Parking at airport | | | Yes | Travel |
| | | 1471.22 | Hotel for M. Mueller | | | Yes | Travel |
| | | 606.96 | Flight to/from Washington for M. Mueller | | | Yes | Travel |
| | | 84.00 | Parking for E. Greim | | | Yes | Travel |
| | | 39.06 | Mileage to/from airport for M. Mueller | | | Yes | Travel |
| | | 35.00 | Airline fee for K. Mitra | | | Yes | Travel |
| | | 19.86 | Taxi for K. Mitra | | | Yes | Travel |
| | | 1223.27 | Hotel for K. Mitra | | | Yes | Travel |
| | | 7.69 | Meal for K. Mitra | | | Yes | Travel |
| | | 26.32 | Mileage to/from airport for K.Mitra | | | Yes | Travel |
| | | 19.95 | The Advocate | | | Yes | Research |
| | | 3132.50 | Counsel press supplemental brief | Yes | Counsel Press Printing | | |
| | | 677.52 | Westlaw | | | Yes | Westlaw |
| | | 99.60 | Photocopy | Yes | Photocopy | | |

| Date | Invoice No. | Cost | Name | Taxable? | If yes, category? | Recoverable as nontaxable? | If yes, category? |
|------|------------|------|------|----------|-------------------|---------------------------|-------------------|
| | | 30.50 | Photocopy | Yes | Photocopy | | |
| 11/30/2025 | 21396 | 19.95 | The Advocate | | | Yes | Research |
| | | 20.55 | Westlaw | | | Yes | Westlaw |
| | | 4.20 | Photocopy | Yes | Photocopy | | |
| 12/31/2025 | 21529 | None | | | | | |
| 1/31/2026 | 21706 | 21.43 | Conference Line | | | Yes | Telephone |
| 2/28/2026 | | None | | | | | |
| 3/31/2026 | | None | | | | | |
| 4/30/2026 | 22124 | 9.00 | Photocopy | Yes | Photocopy | | |
| | | 4.50 | Photocopy | Yes | Photocopy | | |
| | | 8.11 | Westlaw | | | Yes | Westlaw |
| 5/31/2026 | 22235 | 20.87 | Conference line | | | Yes | Telephone |
| | | 10.00 | Research filings in related case | | | Yes | Research |
| | | 67.28 | Research filings in related case | | | Yes | Research |
| | | 81.98 | Research filings in related case | | | Yes | Research |
| | | 5.00 | Research filings in related case | | | Yes | Research |
| | | 189.14 | Courier fee | | | Yes | Shipping |
| | | 189.14 | Courier fee | | | Yes | Shipping |
| | | 206.10 | Courier fee | | | Yes | Shipping |
| | | 206.10 | Courier fee | | | Yes | Shipping |
| | | 204.78 | Courier fee | | | Yes | Shipping |
| | | 42.47 | Courier fee | | | Yes | Shipping |
| | | 49.04 | Courier fee | | | Yes | Shipping |
| | | 49.04 | Courier fee | | | Yes | Shipping |
| | | 8.10 | Research filings in related case | | | Yes | Research |
| | | 105.00 | Pro hac vice S. Pineau | Yes | Fees of clerk | | |
| | | 20.14 | Conference line | | | Yes | Telephone |
| | | 50.13 | Courier fee | | | Yes | Shipping |
| | | 1910.20 | Transcripts | Yes | Transcripts | | |
| | | 1212.70 | Transcripts | Yes | Transcripts | | |
| | | 100.80 | Photocopy | Yes | Photocopy | | |
| | | 2.40 | Photocopy | Yes | Photocopy | | |
| | | 223.90 | Transcripts | Yes | Transcripts | | |
| | | 4239.40 | Transcripts | Yes | Transcripts | | |
| **Paul Hurd Bills** | | | | | | | |
| Jan-24 | | 400.00 | Filing fee with U.S. District Court | Yes | Fees of clerk | | |
| | | 45.00 | U.S.D.C. PACER system downpayment for copies | | | Yes | PACER |
| | | 50.00 | Service to SOS and AG | Yes | Service | | |
| | | 105.00 | Pro hac vice filing fee | Yes | Fees of clerk | | |
| | | 105.00 | Pro hac vice filing fee | Yes | Fees of clerk | | |
| | | 105.00 | Pro hac vice filing fee | Yes | Fees of clerk | | |
| Feb-24 | | 270.88 | Service on SOS and AG | Yes | Service | | |

| Date | Invoice No. | Cost | Name | Taxable? | If yes, category? | Recoverable as nontaxable? | If yes, category? |
|---|---|---|---|---|---|---|---|
| Mar-24 | | 138.02 | March 28, 2024 Mileage for inspection of courtroom in Shreveport | | | Yes | Travel |
| Apr-24 | | 184.31 | Meal for trial team | | | Yes | Travel |
| | | 69.01 | Travel to Shreveport for trial | | | Yes | Travel |
| | | 48.50 | Trial supplies for exhibit exchange | | | Yes | Supplies |
| | | 841.56 | Hotel | | | Yes | Travel |
| | | 69.01 | Travel from Shreveport for trial | | | Yes | Travel |
| May-24 | | 294.75 | Travel to Mandeville and back for meeting with potential witness | | | Yes | Travel |
| Feb-25 | | 1025.97 | Flight from Monroe to DC for oral argument | | | Yes | Travel |
| | | 729.84 | Hotel in DC for moot/oral argument | | | Yes | Travel |
| | | 30.00 | Taxi from airport to hotel | | | Yes | Travel |
| | | 9.95 | Luggage surcharge | | | Yes | Travel |
| | | 20.00 | Taxi from hotel to SCOTUS | | | Yes | Travel |
| Mar-25 | | 320.00 | Mileage to Kansas City for moot oral argument | | | Yes | Travel |
| | | 243.88 | Mileage to Kansas City for moot oral argument | | | Yes | Travel |
| | | 45.00 | Meal during travel to DC | | | Yes | Travel |
| | | 23.19 | Breakfast during travel | | | Yes | Travel |
| | | 1099.96 | Flight from Monroe to DC for moot | | | Yes | Travel |
| | | 25.00 | Taxi | | | Yes | Travel |
| | | 735.04 | Hotel | | | Yes | Travel |
| | | 762.17 | Hotel | | | Yes | Travel |
| | | 40.00 | Luggage surcharge | | | Yes | Travel |
| | | 1151.07 | Flight from Monroe to DC for oral argument | | | Yes | Travel |
| | | 46.38 | Hotel charge | | | Yes | Travel |
| | | 40.00 | Luggage surcharge | | | Yes | Travel |
| | | 637.50 | Flight to Monroe | | | Yes | Travel |
| 10/1/2025 | | 475.00 | Hotel | | | Yes | Travel |
| | | 182.22 | Hotel | | | Yes | Travel |
| | | 1343.56 | Hotel | | | Yes | Travel |
| | | 749.96 | Flight | | | Yes | Travel |
| | | 734.96 | Flight | | | Yes | Travel |
| 5/1/2025 | | 105.00 | Filing fee for pro hac | Yes | Fees of clerk | | |
| | | 135.57 | Mileage to Baton Rouge for public congressional redistricting hearing | | | Yes | Travel |
| | | 135.57 | Mileage from Baton Rouge to Monroe | | | Yes | Travel |
| | | 124.45 | Hotel | | | Yes | Travel |
| | | 271.14 | Mileage to and from Baton Rouge for hearing | | | Yes | Travel |
| | | 135.57 | Mileage from Monroe to Baton Rouge for hearing | | | Yes | Travel |
| | | 115.34 | Hotel in Baton Rouge | | | Yes | Travel |
| | | 135.57 | Mileage from Baton Rouge to Monroe | | | Yes | Travel |

Experts

| Date | Invoice No. | Cost | Name | Taxable? | If yes, category? | Recoverable as nontaxable? | If yes, category? |
|------|-------------|------|------|----------|-------------------|----------------------------|-------------------|
| Apr-24 | | 2067.79 | Voss Travel to and from trial | Yes | Witness travel | | |
| | | 200 | Travel/trial days - 5 days | Yes | Witness attendance | | |
| | | 40 | Voss deposition | Yes | Witness attendance | | |
| | | 40 | Hefner trial day | Yes | Witness attendance | | |
| | | 40 | Hefner deposition | Yes | Witness attendance | | |
| | | 1683.87 | Overholt Travel to and from trial | Yes | Witness travel | | |
| | | 160 | Overholt Travel/Trial days - 4 days | Yes | Witness travel | | |
| | | 40 | Overholt deposition | Yes | Witness attendance | | |
| | | 148298.34 | | | | | |

# TAXABLE EXPENSES

| Description | Category | Cost |
|---|---|---|
| Counsel Press Appellee's Brief - Preparation of Brief | Counsel Press Printing | $ 750.00 |
| Counsel Press - Response to Emergency Applications for Stay - Cover | Counsel Press Printing | $ 45.00 |
| Counsel Press - Response to Emergency Applications for Stay - Pages | Counsel Press Printing | $ 8,725.50 |
| Counsel Press - Response to Emergency Applications for Stay - Color Photos/Pages | Counsel Press Printing | $ 551.25 |
| Counsel Press Cover | Counsel Press Printing | $ 100.00 |
| Counsel Press Pages | Counsel Press Printing | $ 880.00 |
| Counsel Press Cover | Counsel Press Printing | $ 100.00 |
| Counsel Press Pages | Counsel Press Printing | $ 900.00 |
| Counsel Press Cover | Counsel Press Printing | $ 100.00 |
| Counsel Press Pages | Counsel Press Printing | $ 860.00 |
| Counsel Press Appellee's Brief - Cover | Counsel Press Printing | $ 100.00 |
| Counsel Press Appellee's Brief - Pages | Counsel Press Printing | $ 1,220.00 |
| Counsel Press Appellee's Brief - Color Photos/Pages | Counsel Press Printing | $ 627.00 |
| Counsel Press Appellee's Brief -  Additional Copies | Counsel Press Printing | $ 591.50 |
| Counsel Press Response to Motion for Leave to Intervene - Cover Page | Counsel Press Printing | $ 100.00 |
| Counsel Press Response to Motion for Leave to Intervene - Pages | Counsel Press Printing | $ 168.00 |
| Counsel Press Supplemental Brief - Cover Page | Counsel Press Printing | $ 100.00 |
| Counsel Press Supplemental Brief - Pages | Counsel Press Printing | $ 1,240.00 |
| Counsel Press Supplemental Brief - Additional Copies | Counsel Press Printing | $ 220.50 |
| Credit to Counsel Press Invoice No. 13991 | N/A | $ (3,956.40) |
| Trial binders | Printing | $ 51.93 |
| Choice Copy Services | Printing | $ 451.03 |
| Choice Copy Services | Printing | $ 38.82 |
| Photocopy | Printing | $ 805.40 |
| Photocopy | Printing | $ 176.90 |
| Wilson Epes Printing Co. Joint Appendix | Printing | $ 774.50 |
| Wilson Epes Printing Co. Joint Appendix | Printing | $ 17,196.00 |
| Printing at hotel | Printing | $ 4.67 |
| Printing at hotel | Printing | $ 5.85 |
| | TOTAL | $ 32,927.45 |

| Description | Category | Cost |
|---|---|---:|
| Certificate of good standing for pro hac | Fees of clerk | $ 16.25 |
| Certificate of good standing for pro hac | Fees of clerk | $ 16.25 |
| Certificate of good standing for pro hac | Fees of clerk | $ 16.25 |
| Certificate of good standing for pro hac | Fees of clerk | $ 16.25 |
| Pro hac application fee | Fees of clerk | $ 105.00 |
| Certificate of good standing for SCOTUS admission | Fees of clerk | $ 16.25 |
| Pro hac vice S. Pineau | Fees of clerk | $ 105.00 |
| Filing fee with U.S. District Court | Fees of clerk | $ 400.00 |
| Pro hac vice filing fee | Fees of clerk | $ 105.00 |
| Pro hac vice filing fee | Fees of clerk | $ 105.00 |
| Pro hac vice filing fee | Fees of clerk | $ 105.00 |
| Filing fee for pro hac | Fees of clerk | $ 105.00 |
| **TOTAL** | | **$ 1,111.25** |

| Description | Category | Cost |
|---|---|---:|
| Photocopy charges - 56 black and white copies. | Photocopy | $ 5.60 |
| Photocopy charges | Photocopy | $ 57.40 |
| Photocopy charges | Photocopy | $ 14.70 |
| Photocopy | Photocopy | $ 22.60 |
| Photocopy | Photocopy | $ 9.00 |
| Photocopy | Photocopy | $ 683.80 |
| Photocopy | Photocopy | $ 355.90 |
| Photocopy | Photocopy | $ 4.00 |
| Photocopy | Photocopy | $ 30.50 |
| Photocopy | Photocopy | $ 3.40 |
| Photocopy | Photocopy | $ 0.40 |
| Photocopy | Photocopy | $ 3.40 |
| Photocopy | Photocopy | $ 0.40 |
| Photocopy | Photocopy | $ 508.40 |
| Photocopy | Photocopy | $ 93.40 |
| Photocopy | Photocopy | $ 3.60 |
| Photocopy | Photocopy | $ 2,637.20 |
| Photocopy | Photocopy | $ 1,330.90 |

| Description | Category | Cost | |
|---|---|---|---|
| Photocopy | Photocopy | $ | 4.00 |
| Photocopy | Photocopy | $ | 27.50 |
| Photocopy | Photocopy | $ | 2.60 |
| Photocopy | Photocopy | $ | 56.40 |
| Photocopy | Photocopy | $ | 11.60 |
| Photocopy | Photocopy | $ | 4.00 |
| Photocopy | Photocopy | $ | 99.60 |
| Photocopy | Photocopy | $ | 30.50 |
| Photocopy | Photocopy | $ | 4.20 |
| Photocopy | Photocopy | $ | 9.00 |
| Photocopy | Photocopy | $ | 4.50 |
| Photocopy | Photocopy | $ | 100.80 |
| Photocopy | Photocopy | $ | 2.40 |
| | **TOTAL** | **$** | **6,121.70** |

| Description | Category | Cost | |
|---|---|---|---|
| Service Fee | Service | $ | 50.00 |
| Postage - Service Packet | Service | $ | 16.95 |
| Legislative document service | Service | $ | 130.00 |
| Process server of summons to C. Fields | Service | $ | 100.00 |
| Service to SOS and AG | Service | $ | 50.00 |
| Service on SOS and AG | Service | $ | 270.88 |
| Service of Documents | Service | $ | 80.00 |
| Service of Documents | Service | $ | 80.00 |
| Service of Documents | Service | $ | 80.00 |
| Service of Documents | Service | $ | 60.00 |
| Service of Documents | Service | $ | 60.00 |
| Service of Documents | Service | $ | 60.00 |
| Service of Documents | Service | $ | 32.00 |
| | **TOTAL** | **$** | **1,069.83** |

| Description | Category | Cost | |
|---|---|---|---|
| Polhman Reporting | Transcripts | $ | 1,305.00 |
| Polhman Reporting | Transcripts | $ | 655.20 |

| Description | Category | | Cost |
|---|---|---|---:|
| Polhman Reporting | Transcripts | $ | 81.00 |
| Polhman Reporting | Transcripts | $ | 162.00 |
| B. Overholt deposition transcript | Transcripts | $ | 1,186.25 |
| Polhman Reporting | Transcripts | $ | 627.50 |
| Trial transcript | Transcripts | $ | 3,359.80 |
| Trial transcript | Transcripts | $ | 4,404.50 |
| Trial transcript | Transcripts | $ | 4,680.50 |
| Trial transcript | Transcripts | $ | 2,504.00 |
| Deposition transcript of M. Hefner | Transcripts | $ | 1,053.80 |
| Pohlman Reporting Transcript of A. Fairfax | Transcripts | $ | 1,316.25 |
| Pohlman Reporting Transcript of McCartan | Transcripts | $ | 2,160.61 |
| Pohlman Reporting Transcript of A. Shelton | Transcripts | $ | 1,273.97 |
| Pohlman Reporting Transcript of D. Lewis | Transcripts | $ | 986.82 |
| Transcripts | Transcripts | $ | 1,910.20 |
| Transcripts | Transcripts | $ | 1,212.70 |
| Transcripts | Transcripts | $ | 223.90 |
| Transcripts | Transcripts | $ | 4,239.40 |
| | | **TOTAL** $ | **33,343.40** |

| Travel/trial days - 5 days | Witness attendance | $ | 200.00 |
|---|---|---|---:|
| Voss deposition | Witness attendance | $ | 40.00 |
| Hefner trial day | Witness attendance | $ | 40.00 |
| Hefner deposition | Witness attendance | $ | 40.00 |
| Overholt deposition | Witness attendance | $ | 40.00 |
| Voss Travel to and from trial | Witness travel | $ | 2,067.79 |
| Overholt Travel to and from trial | Witness travel | $ | 1,683.87 |
| Overholt Travel/Trial days - 4 days | Witness travel | $ | 160.00 |
| | | **TOTAL** $ | **4,271.66** |

**Total Taxable Expenses**                                     **$  78,845.29**

NONTAXABLE EXPENSES

| Description | Category | Cost |
|---|---|---|
| Courier fee | Shipping | $        64.51 |
| Courier fee | Shipping | $        32.51 |
| Courier fee | Shipping | $        34.31 |
| Courier fee | Shipping | $        32.65 |
| Courier fee | Shipping | $        32.51 |
| Courier fee | Shipping | $        47.10 |
| Courier fee | Shipping | $      209.71 |
| Courier fee | Shipping | $      209.71 |
| Courier fee | Shipping | $      250.40 |
| Courier fee | Shipping | $      431.51 |
| Courier fee | Shipping | $      104.29 |
| Courier fee | Shipping | $      113.37 |
| Courier fee | Shipping | $        99.75 |
| Courier fee | Shipping | $      232.92 |
| Courier fee | Shipping | $        28.57 |
| Courier fee | Shipping | $      220.73 |
| Courier fee | Shipping | $      235.75 |
| Courier fee | Shipping | $        31.99 |
| Courier fee | Shipping | $        19.96 |
| Courier fee | Shipping | $        16.49 |
| Courier fee | Shipping | $        42.91 |
| Courier fee | Shipping | $        28.45 |
| Courier fee | Shipping | $        27.08 |
| Courier fee | Shipping | $        16.49 |
| Courier fee | Shipping | $        34.73 |
| Courier fee | Shipping | $        29.15 |
| Courier fee | Shipping | $        15.39 |
| Postage | Shipping | $        31.09 |
| Courier fee | Shipping | $        36.72 |
| Courier fee | Shipping | $        42.44 |
| Courier fee | Shipping | $        36.72 |
| Courier fee | Shipping | $        36.72 |

| Description | Category | Cost | |
|---|---|---|---|
| Courier fee | Shipping | $ | 36.72 |
| Courier fee | Shipping | $ | 189.14 |
| Courier fee | Shipping | $ | 189.14 |
| Courier fee | Shipping | $ | 206.10 |
| Courier fee | Shipping | $ | 206.10 |
| Courier fee | Shipping | $ | 204.78 |
| Courier fee | Shipping | $ | 42.47 |
| Courier fee | Shipping | $ | 49.04 |
| Courier fee | Shipping | $ | 49.04 |
| Courier fee | Shipping | $ | 50.13 |
| Shipping and Handling | Shipping | $ | 120.00 |
| Shipping and Handling | Shipping | $ | 175.00 |
| Shipping and Handling | Shipping | $ | 509.00 |
| Shipping and Handling | Shipping | $ | 438.00 |
| Shipping and Handling | Shipping | $ | 509.00 |
| Shipping and Handling | Shipping | $ | 574.00 |
| Shipping and Handling | Shipping | $ | 367.00 |
| Shipping and Handling | Shipping | $ | 627.00 |
| | | TOTAL $ | 7,368.29 |

| Description | Category | Cost | |
|---|---|---|---|
| Trial materials | Supplies | $ | 69.58 |
| Trial materials | Supplies | $ | 35.70 |
| Trial materials | Supplies | $ | 745.57 |
| Courier fee - Doordash (notebook materials) | Supplies | $ | 20.75 |
| Trial supplies for exhibit exchange | Supplies | $ | 48.50 |
| | | TOTAL $ | 920.10 |

| Description | Category | Cost | |
|---|---|---|---|
| Conference line | Telephone | $ | 10.37 |
| Conference line | Telephone | $ | 2.46 |
| Conference line | Telephone | $ | 16.64 |
| Accessline Conference | Telephone | $ | 15.38 |
| Conference Line | Telephone | $ | 20.37 |

| Description | Category | Cost |
|---|---|---|
| Conference line | Telephone | $ 2.65 |
| Conference line | Telephone | $ 1.39 |
| Conference line | Telephone | $ 74.09 |
| Conference line | Telephone | $ 25.74 |
| Conference line | Telephone | $ 4.05 |
| Conference line | Telephone | $ 12.87 |
| Conference line | Telephone | $ 24.01 |
| Conference line | Telephone | $ 16.32 |
| Conference line | Telephone | $ 1.33 |
| Conference line | Telephone | $ 13.60 |
| Conference line | Telephone | $ 24.65 |
| Conference line | Telephone | $ 19.72 |
| Conference line | Telephone | $ 9.70 |
| Conference line | Telephone | $ 27.80 |
| Conference line | Telephone | $ 47.46 |
| Conference Line | Telephone | $ 21.43 |
| Conference line | Telephone | $ 20.87 |
| Conference line | Telephone | $ 20.14 |
| | TOTAL | $ 433.04 |

| Flight to/from Louisiana for trial | Travel | $ 4,000.00 |
| Mileage to/from airport for pilot N. Garrett | Travel | $ 36.05 |
| Meal for E. Greim while travelling | Travel | $ 20.08 |
| Meal for trial team | Travel | $ 209.06 |
| Uber from airport to hotel for B. Bodamer | Travel | $ 127.80 |
| Meal for B. Bodamer | Travel | $ 39.81 |
| Hotel for B. Bodamer | Travel | $ 203.41 |
| Uber for K. Graves during trial | Travel | $ 17.93 |
| Uber for K. Graves during trial | Travel | $ 16.93 |
| Mileage to airport for K. Graves | Travel | $ 19.23 |
| Meal for trial team | Travel | $ 258.47 |
| Meal for trial team | Travel | $ 141.62 |

| Description | Category | Cost |
|---|---|---|
| Hotel for B. Bodamer | Travel | $ 266.59 |
| Meal for trial team | Travel | $ 198.42 |
| Hotel for B. Bodamer | Travel | $ 287.47 |
| Meal for B. Bodamer | Travel | $ 37.20 |
| Hotel for E. Greim | Travel | $ 673.11 |
| Hotel for K. Graves | Travel | $ 605.49 |
| Hotel for J. Tyler | Travel | $ 605.49 |
| Mileage to/from airport B. Bodamer | Travel | $ 40.87 |
| Uber from airport to home for B. Bodamer | Travel | $ 31.55 |
| Uber from hotel to courthouse for B. Bodamer | Travel | $ 20.92 |
| Uber for B. Bodamer | Travel | $ 50.00 |
| Mileage from airport to residence for K. Graves | Travel | $ 19.23 |
| Travel to/from Washington for moot | Travel | $ 582.97 |
| Travel to/from Washington for moot | Travel | $ 411.48 |
| Travel to/from Washington for moot | Travel | $ 411.48 |
| Hotel for K. Mitra | Travel | $ 601.78 |
| Hotel for J. Tyler | Travel | $ 601.78 |
| Mileage for E. Greim to airport | Travel | $ 17.69 |
| Taxi | Travel | $ 25.94 |
| Mileage for K. Mitra to/from airport | Travel | $ 26.88 |
| Taxi from hotel to supreme court | Travel | $ 10.00 |
| Taxi from airport to hotel | Travel | $ 34.89 |
| Mileage for E. Greim from airport | Travel | $ 18.09 |
| Meal for K. Mitra | Travel | $ 12.10 |
| Flight for E. Greim | Travel | $ 118.15 |
| Mileage to airport for K. Mitra | Travel | $ 13.44 |
| Mileage from airport for K. Mitra | Travel | $ 13.44 |
| Airport parking for K. Mitra | Travel | $ 18.00 |
| Meal for K. Mitra | Travel | $ 16.85 |
| Mileage to airport for E. Greim | Travel | $ 17.69 |
| Mileage to airport for E. Greim | Travel | $ 17.69 |
| Cab ride for E. Greim | Travel | $ 22.68 |

| Description | Category | Cost | |
|---|---|---|---|
| Uber from airport to hotel for J. Tyler | Travel | $ | 17.96 |
| Meal for K. Mitra | Travel | $ | 16.63 |
| Mileage to airport for K. Mitra | Travel | $ | 10.92 |
| Mileage to/from airport for J. Tyler | Travel | $ | 38.92 |
| Parking at airport for J. Tyler | Travel | $ | 56.00 |
| Meal for E. Greim and K. Mitra | Travel | $ | 56.70 |
| Meal for K. Mitra | Travel | $ | 5.74 |
| Mileage home for E. Greim | Travel | $ | 18.09 |
| Meal for team during moot | Travel | $ | 35.24 |
| Mileage for E. Greim | Travel | $ | 17.69 |
| Travel for E. Greim in D.C. | Travel | $ | 24.68 |
| Mileage for E. Greim | Travel | $ | 18.09 |
| Hotel for E. Greim | Travel | $ | 569.03 |
| Hotel for M. Mueller | Travel | $ | 497.43 |
| Taxi for E. Greim and M. Mueller | Travel | $ | 11.38 |
| Meal for hearing team | Travel | $ | 125.60 |
| Parking at airport for M. Mueller | Travel | $ | 36.00 |
| Mileage to/from airport for M. Mueller | Travel | $ | 39.06 |
| Parking at airport for E. Greim | Travel | $ | 74.75 |
| Flight to/from Washington for K. Mitra | Travel | $ | 634.36 |
| Mileage for E. Greim | Travel | $ | 17.69 |
| Meal for E. Greim | Travel | $ | 15.06 |
| Meal for moot team | Travel | $ | 184.80 |
| Transportation for E. Greim | Travel | $ | 25.01 |
| Meal for K. Mitra | Travel | $ | 16.27 |
| Taxi for K. Mitra | Travel | $ | 21.50 |
| Airline fee for K. Mitra | Travel | $ | 35.00 |
| Meal for E. Greim | Travel | $ | 46.12 |
| Meal for moot team | Travel | $ | 55.55 |
| Meal for hearing team | Travel | $ | 291.40 |
| Meal for K. Mitra | Travel | $ | 6.89 |
| Mileage for E. Greim | Travel | $ | 18.09 |

| Description | Category | Cost |
|---|---|---|
| Hotel for E. Greim | Travel | $ 1,365.90 |
| Taxi for E. Greim and M. Mueller | Travel | $ 24.26 |
| Parking at airport | Travel | $ 84.00 |
| Hotel for M. Mueller | Travel | $ 1,471.22 |
| Flight to/from Washington for M. Mueller | Travel | $ 606.96 |
| Parking for E. Greim | Travel | $ 84.00 |
| Mileage to/from airport for M. Mueller | Travel | $ 39.06 |
| Airline fee for K. Mitra | Travel | $ 35.00 |
| Taxi for K. Mitra | Travel | $ 19.86 |
| Hotel for K. Mitra | Travel | $ 1,223.27 |
| Meal for K. Mitra | Travel | $ 7.69 |
| Mileage to/from airport for K.Mitra | Travel | $ 26.32 |
| Uber for E. Greim | Travel | $ 36.80 |
| Meal for deposition team | Travel | $ 29.18 |
| March 28, 2024 Mileage for inspection of courtroom in Shreveport | Travel | $ 138.02 |
| Meal for trial team | Travel | $ 184.31 |
| Travel to Shreveport for trial | Travel | $ 69.01 |
| Hotel | Travel | $ 841.56 |
| Travel from Shreveport for trial | Travel | $ 69.01 |
| Travel to Mandeville and back for meeting with potential witness | Travel | $ 294.75 |
| Flight from Monroe to DC for oral argument | Travel | $ 1,025.97 |
| Hotel in DC for moot/oral argument | Travel | $ 729.84 |
| Taxi from airport to hotel | Travel | $ 30.00 |
| Luggage surcharge | Travel | $ 9.95 |
| Taxi from hotel to SCOTUS | Travel | $ 20.00 |
| Mileage to Kansas City for moot oral argument | Travel | $ 320.00 |
| Mileage to Kansas City for moot oral argument | Travel | $ 243.88 |
| Meal during travel to DC | Travel | $ 45.00 |
| Breakfast during travel | Travel | $ 23.19 |
| Flight from Monroe to DC for moot | Travel | $ 1,099.96 |
| Taxi | Travel | $ 25.00 |
| Hotel | Travel | $ 735.04 |

| Description | Category | Cost |
|---|---|---|
| Hotel | Travel | $ 762.17 |
| Luggage surcharge | Travel | $ 40.00 |
| Flight from Monroe to DC for oral argument | Travel | $ 1,151.07 |
| Hotel charge | Travel | $ 46.38 |
| Luggage surcharge | Travel | $ 40.00 |
| Flight to Monroe | Travel | $ 637.50 |
| Hotel | Travel | $ 475.00 |
| Hotel | Travel | $ 182.22 |
| Hotel | Travel | $ 1,343.56 |
| Flight | Travel | $ 749.96 |
| Flight | Travel | $ 734.96 |
| Mileage to Baton Rouge for public congressional redistricting hearing | Travel | $ 135.57 |
| Mileage from Baton Rouge to Monroe | Travel | $ 135.57 |
| Hotel | Travel | $ 124.45 |
| Mileage to and from Baton Rouge for hearing | Travel | $ 271.14 |
| Mileage from Monroe to Baton Rouge for hearing | Travel | $ 135.57 |
| Hotel in Baton Rouge | Travel | $ 115.34 |
| Mileage from Baton Rouge to Monroe | Travel | $ 135.57 |
| | TOTAL | $ 32,131.44 |

| Description | Category | Cost |
|---|---|---|
| Hotel Conference Room Fee | Trial | $ 843.47 |
| Hotel Conference Room Fee | Trial | $ 311.31 |
| Conference room deposit to prepare for oral argument | Oral argument prep | $ 1,929.00 |
| | TOTAL | $ 3,083.78 |

| Description | Category | Cost |
|---|---|---|
| Pohlman Reporting Video of A. Fairfax | Video of deposition | $ 527.80 |
| Pohlman Reporting Video of A. Shelton | Video of deposition | $ 589.68 |
| Pohlman Reporting Video of D. Lewis | Video of deposition | $ 352.78 |
| | TOTAL | $ 1,470.26 |

| Description | Category | Cost |
|---|---|---|
| Online legal research - Westlaw Invoice #849720194 | Westlaw | $ 1,046.77 |
| Westlaw | Westlaw | $ 2,471.46 |

| Description | Category | Cost |
|---|---|---|
| Westlaw | Westlaw | $ 2,019.41 |
| Westlaw | Westlaw | $ 237.25 |
| Westlaw | Westlaw | $ 808.73 |
| Westlaw | Westlaw | $ 3,537.87 |
| Westlaw | Westlaw | $ 166.03 |
| Westlaw | Westlaw | $ 55.65 |
| Westlaw | Westlaw | $ 791.13 |
| Westlaw | Westlaw | $ 184.49 |
| Westlaw | Westlaw | $ 0.73 |
| Westlaw | Westlaw | $ 429.35 |
| Westlaw | Westlaw | $ 944.67 |
| Westlaw | Westlaw | $ 553.64 |
| Westlaw | Westlaw | $ 742.03 |
| Westlaw | Westlaw | $ 111.39 |
| Westlaw | Westlaw | $ 194.79 |
| Westlaw | Westlaw | $ 374.63 |
| Westlaw | Westlaw | $ 1,171.40 |
| Westlaw | Westlaw | $ 677.52 |
| Westlaw | Westlaw | $ 20.55 |
| Westlaw | Westlaw | $ 8.11 |
| U.S.D.C. PACER system downpayment for copies | PACER | $ 45.00 |
| LA House of Reps - Certified Public Records Request Fee | Research | $ 40.00 |
| Greater Baton Rouge Buiness Reporter - Fee for Pulling Articles | Research | $ 96.00 |
| Onlinelegal research - The Advocate | Research | $ 1.00 |
| PACER | Research | $ 32.60 |
| PACER | Research | $ 113.40 |
| Online legal research - the Advocate | Research | $ 19.95 |
| PACER | Research | $ 143.40 |
| Online legal research - the Advocate | Research | $ 39.90 |
| Online legal research - the Advocate | Research | $ 19.95 |
| Online legal research - the Advocate | Research | $ 39.90 |
| Online legal research - Greater Baton Rouge Business Report | Research | $ 8.57 |

| Description | Category | Cost | |
|---|---|---|---|
| The Advocate | Research | $ | 19.95 |
| The Advocate | Research | $ | 19.95 |
| The Advocate | Research | $ | 19.95 |
| The Advocate | Research | $ | 19.95 |
| The Advocate | Research | $ | 19.05 |
| The Advocate | Research | $ | 19.95 |
| The Advocate | Research | $ | 19.95 |
| Research filings in related case | Research | $ | 10.00 |
| Research filings in related case | Research | $ | 67.28 |
| Research filings in related case | Research | $ | 81.98 |
| Research filings in related case | Research | $ | 5.00 |
| Research filings in related case | Research | $ | 8.10 |
| Supreme Court Practice Book | Research/oral argument prep | $ | 282.74 |
| Supreme Court & Appellate Advocacy Book | Research/oral argument prep | $ | 170.77 |
| | | **TOTAL** $ | **17,911.89** |

| Description | Category | Cost | |
|---|---|---|---|
| Electronic File Production and Review | Printer Cost | $ | 75.00 |
| File Upload | Printer Cost | $ | 50.00 |
| Filing of Brief | Printer Cost | $ | 80.00 |
| Compliance Review | Printer Cost | $ | 157.00 |
| Volumes Bound | Printer Cost | $ | 21.25 |
| Emailing | Printer Cost | $ | 79.00 |
| Electronic Submissions to the Court | Printer Cost | $ | 205.00 |
| Filing of Documents | Printer Cost | $ | 75.00 |
| Volumes Bound | Printer Cost | $ | 319.00 |
| Certificate of Compliance and Emailing | Printer Cost | $ | 80.00 |
| Electronic Submission to the Court | Printer Cost | $ | 205.00 |
| Volumes Bound | Printer Cost | $ | 319.00 |
| Certificate of Compliance and Emailing | Printer Cost | $ | 80.00 |
| Electronic Submission to the Court | Printer Cost | $ | 205.00 |
| Volumes Bound | Printer Cost | $ | 319.00 |
| Certificate of Compliance and Emailing | Printer Cost | $ | 80.00 |

| Description | Category | Cost | |
|---|---|---|---|
| Electronic Submission to the Court | Printer Cost | $ | 205.00 |
| Volumes Bound | Printer Cost | $ | 418.00 |
| Certificate of Compliance and Emailing | Printer Cost | $ | 80.00 |
| Electronic Submission to the Court | Printer Cost | $ | 205.00 |
| Compliance Review | Printer Cost | $ | 175.00 |
| Volumes Bound | Printer Cost | $ | 99.00 |
| Certificate of Compliance and Emailing | Printer Cost | $ | 80.00 |
| Electronic Submission to the Court | Printer Cost | $ | 205.00 |
| Volumes Bound | Printer Cost | $ | 330.00 |
| Certificate of Compliance and Emailing | Printer Cost | $ | 80.00 |
| Electronic Submission to the Court | Printer Cost | $ | 205.00 |
| Filing of Documents | Printer Cost | $ | 75.00 |
| Filing of Documents | Printer Cost | $ | 75.00 |
| Compliance Review | Printer Cost | $ | 175.00 |
| Filing of Documents | Printer Cost | $ | 75.00 |
| Counsel Press Appellee's Brief - Compliance Review | Printer Cost | $ | 175.00 |
| Filing of Documents | Printer Cost | $ | 75.00 |
| Compliance Review | Printer Cost | $ | 175.00 |
| Filing of Documents | Printer Cost | $ | 75.00 |
| Compliance Review | Printer Cost | $ | 175.00 |
| Filing of Documents | Printer Cost | $ | 75.00 |
| Compliance Review | Printer Cost | $ | 175.00 |
| Volumes Bound | Printer Cost | $ | 126.00 |
| Volumes Bound | Printer Cost | $ | 128.80 |
| Volumes Bound | Printer Cost | $ | 123.20 |
| | | TOTAL $ | 6,134.25 |

**Total Nontaxable Expenses**                                                   $      69,453.05