# Exhibit EG-4

# Invoice

**Counsel Press Inc.**

PO Box 65019
Baltimore, Maryland 21264-5019

Phone: (800) 427-7325

| | |
|---|---|
| Invoice Number: | 0009163328 |
| Date: | 06/25/2024 |
| Fed. Tax ID: | 47-3380949 |
| Terms: | ON RECEIPT |

**Sold To**

Graves Garrett Greim LLC
1100 Main Street, Suite 2700
Kansas City, MO 64105   USA

Attention:  Edward D. Greim, Esq.

File No.:  328641
Court:  USCOA - 5TH
Case Name:  Callais v. Landry

| | | | | Amount |
|---|---|---|---:|---:|
| | APPELLEE'S BRIEF | | | |
| 1.00 | Preparation of Brief | @ | $750.00 | $750.00 |
| 52.00 | Page(s) | @ | $0.00 | |
| 1.00 | Electronic File Production and Review | @ | $75.00 | $75.00 |
| 1.00 | File Upload(s) | @ | $50.00 | $50.00 |
| 1.00 | Filing of Documents | @ | $80.00 | $80.00 |
| 1.00 | Shipping & Handling | @ | $120.00 | $120.00 |

**01-JG**
07/02/2024 09:12 AM

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

| | |
|---|---:|
| Subtotal | $1,075.00 |
| Sales Tax | $0.00 |
| | $0.00 |
| Payment/Credit | $0.00 |
| Balance | $1,075.00 |

Page 1 of 1

# Invoice

**Counsel Press Inc.**

PO Box 65019
Baltimore, Maryland 21264-5019

Phone: (800) 427-7325

Invoice Number:  0009162107

Date:  05/28/2024

Fed. Tax ID:  47-3380949

Terms:  ON RECEIPT

**Sold To**

Graves Garrett LLC
1100 Main Street
Suite 2700
Kansas City, MO 64105   USA

Attention:  Edward D. Greim, Esq.

File No.:  329818
Court:  US SUPREME CT
Case Name:  Press Robinson v. Phillip Callai

| | | | Amount |
|---|---|---|---|
| RESPONSE TO EMERGENCY APPLICATIONS FOR STAY | | | |
| 1.00  Cover(s) - 1st Side - (repro only) | @ | $45.00 | $45.00 |
| 1662.00  Page(s) | @ | $5.25 | $8,725.50 |
| 225.00  Color Photos/Pages - (5 x 51) | @ | $2.45 | $551.25 |
| 1.00  Compliance Review | @ | $157.00 | $157.00 |
| 5.00  Volumes Bound | @ | $4.25 | $21.25 |
| 1.00  E-mailing | @ | $79.00 | $79.00 |
| 1.00  Electronic Submissions to the Court | @ | $205.00 | $205.00 |
| 2.00  Service(s) of Documents | @ | $16.00 | $32.00 |
| 1.00  Filing of Documents | @ | $75.00 | $75.00 |
| 1.00  Shipping & Handling | @ | $175.00 | $175.00 |

As a courtesy to client, a 40% discount has been granted on the response to application.

**19-GC**
05/27/2024 15:25 PM

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

| | |
|---|---|
| Subtotal | $10,066.00 |
| Sales Tax | $0.00 |
| | $3,956.40 |
| Payment/Credit | $0.00 |
| Balance | $6,109.60 |

Page 1 of 1

Date:    09/11/2024

Fed. Tax ID:    47-9380949

Terms:    ON RECEIPT

File No.:  331841

Court:  US SUPREME CT

Case Name:  Louisiana v. Phillip Callais

| | | | Amount |
|---|---|---|---|
| RM | | | |
| | @ | $100.00 | $100.00 |
| | @ | $20.00 | $880.00 |
| | @ | $175.00 | $175.00 |
| | @ | $15.75 | $126.00 |
| | @ | $5.50 | $319.00 |
| nd E-mailing | @ | $80.00 | $80.00 |
| e Court | @ | $205.00 | $205.00 |
| | @ | $20.00 | $60.00 |
| | @ | $75.00 | $75.00 |
| | @ | $509.00 | $509.00 |

| | | |
|---|---|---|
| Subtotal | | $2,529.00 |
| Sales Tax | | $0.00 |
| | | $0.00 |

pt. Please Show Invoice
tting Payment.

Date:   09/11/2024

Fed. Tax ID:   47-3380949

Terms:   ON RECEIPT

File No.:   332469

Court:   US SUPREME CT

Case Name:   Press Robinson v. Phillip Callais

| | | | Amount |
|---|---|---|---|
| RM | | | |
| | @ | $100.00 | $100.00 |
| | @ | $20.00 | $900.00 |
| | @ | $175.00 | $175.00 |
| | @ | $16.10 | $128.80 |
| | @ | $5.50 | $319.00 |
| d E-mailing | @ | $80.00 | $80.00 |
| e Court | @ | $205.00 | $205.00 |
| | @ | $20.00 | $60.00 |
| | @ | $75.00 | $75.00 |
| | @ | $438.00 | $438.00 |

| | Subtotal | $2,480.80 |
|---|---|---|
| | Sales Tax | $0.00 |
| | | $0.00 |

t. Please Show Invoice
ing Payment.

Date:    09/11/2024

Fed. Tax ID:    47-3380949

Terms:    ON RECEIPT

File No.:  332470

Court:  US SUPREME CT

Case Name:  Edward Galmon, Sr., v. Phillip Callais

| | | | Amount |
|---|---|---|---|
| IRM | | | |
| | @ | $100.00 | $100.00 |
| | @ | $20.00 | $860.00 |
| | @ | $175.00 | $175.00 |
| | @ | $15.40 | $123.20 |
| | @ | $5.50 | $319.00 |
| nd E-mailing | @ | $80.00 | $80.00 |
| e Court | @ | $205.00 | $205.00 |
| | @ | $20.00 | $60.00 |
| | @ | $75.00 | $75.00 |
| | @ | $509.00 | $509.00 |

| | Subtotal | $2,506.20 |
|---|---|---|
| | Sales Tax | $0.00 |
| | | $0.00 |

ipt. Please Show Invoice
tting Payment.

# Invoice

**Counsel Press Inc.**

PO Box 65019
Baltimore, Maryland 21264-5019

Phone: (800) 427-7325

Invoice Number:  0009173290

Date:  01/23/2025

Fed. Tax ID:  47-3380949

Terms:  ON RECEIPT

## Sold To

Graves Garrett Greim LLC
1100 Main Street
Suite 2700
Kansas City, MO 64105   USA

Attention:  Ms. Nichole Kruger

File No.:  334637
Court:  US SUPREME CT
Case Name:  Louisiana v. Phillip Callais

| | | | | Amount |
|---|---|---|---|---|
| | APPELLEE'S BRIEF | | | |
| 1.00 | Cover(s) - 1st Side | @ | $100.00 | $100.00 |
| 61.00 | Page(s) | @ | $20.00 | $1,220.00 |
| 228.00 | Color Photos/Pages - (76 x 3) | @ | $2.75 | $627.00 |
| 1.00 | Compliance Review | @ | $175.00 | $175.00 |
| 26.00 | Additional Copies | @ | $22.75 | $591.50 |
| 76.00 | Volumes Bound | @ | $5.50 | $418.00 |
| 1.00 | Certificate of Compliance and E-mailing | @ | $80.00 | $80.00 |
| 1.00 | Electronic Submissions to the Court | @ | $205.00 | $205.00 |
| 4.00 | Service(s) of Documents 01/21/25 | @ | $20.00 | $80.00 |
| 1.00 | Filing of Documents | @ | $75.00 | $75.00 |
| 1.00 | Shipping & Handling | @ | $574.00 | $574.00 |

Page 1 of 2

| | RESPONSE TO MOTION FOR LEAVE TO INTERVENE | | | |
|---|---|---|---|---|
| 1.00 | Cover(s) - 1st Side | @ | $100.00 | $100.00 |

**19-GC**
01/31/2025 12:23 PM

This Invoice is Due Upon Receipt. Please Show Invoice
Number on Check When Submitting Payment.

| | |
|---|---|
| Subtotal | $5,494.50 |
| Sales Tax | $0.00 |
| | $0.00 |
| Payment/Credit | $0.00 |
| Balance | $5,494.50 |

Page 1 of 2

Sold To

Graves Garrett Greim LLC
1100 Main Street
Suite 2700
Kansas City, MO 64105   USA

Attention: Ms. Nichole Kruger

File No.: 334637
Court: US SUPREME CT
Case Name: Louisiana v. Phillip Callais

| | | | | Amount |
|---|---|---|---|---|
| 24.00 | Page(s) | @ | $7.00 | $168.00 |
| 1.00 | Compliance Review | @ | $175.00 | $175.00 |
| 18.00 | Volumes Bound | @ | $5.50 | $99.00 |
| 1.00 | E-mailing | @ | $80.00 | $80.00 |
| 1.00 | Electronic Submissions to the Court | @ | $205.00 | $205.00 |
| 4.00 | Service(s) of Documents - 12/02/24 | @ | $20.00 | $80.00 |
| 1.00 | Filing of Documents | @ | $75.00 | $75.00 |
| 1.00 | Shipping & Handling | @ | $367.00 | $367.00 |

| | | |
|---|---|---|
| Subtotal | | $5,494.50 |
| Sales Tax | | $0.00 |
| | | $0.00 |
| Payment/Credit | | $0.00 |
| Balance | | $5,494.50 |

**19-GC**
01/31/2025 12:23 PM

This Invoice is Due Upon Receipt. Please Show Invoice
Number on Check When Submitting Payment.

Page 2 of 2

NEW YORK, NY - WASHINGTON, DC - PHILADELPHIA, PA - LOS ANGELES, CA  - CHICAGO, IL
BUFFALO, NY - RICHMOND, VA - BOSTON, MA - ISELIN, NJ - SYRACUSE, NY - ROCHESTER, NY - DELHI, NY

# Invoice

**Counsel Press Inc.**

Invoice Number:   0009188797

Date:   9/29/2025

PO Box 25292
New York, NY  10087

Fed. Tax ID:   47-3380949

Terms:   ON RECEIPT

**Sold To**

Graves Garrett Greim LLC
1100 Main Street
Suite 2700
Kansas City, MO 64105   USA

Attention: Ms. Nichole Kruger

File No.:  384166
Court:  US SUPREME CT
Case Name:   Louisiana v. Phillip Callais

| | | | | Amount |
|---|---|---|---|---|
| | SUPPLEMENTAL BRIEF | | | |
| 1.00 | Cover(s) - 1st Side | @ | $100.00 | $100.00 |
| 62.00 | Page(s) | @ | $20.00 | $1,240.00 |
| 1.00 | Compliance Review | @ | $175.00 | $175.00 |
| 10.00 | Additional Copies Over 50 | @ | $22.05 | $220.50 |
| 60.00 | Volumes Bound | @ | $5.50 | $330.00 |
| 1.00 | Certificate of Compliance and E-mailing | @ | $80.00 | $80.00 |
| 1.00 | Electronic Submissions to the Court - Including Bookmarking and Thumbnail Numbering | @ | $205.00 | $205.00 |
| 4.00 | Service(s) of Documents | @ | $20.00 | $80.00 |
| 1.00 | Filing of Documents | @ | $75.00 | $75.00 |
| 1.00 | Shipping & Handling | @ | $627.00 | $627.00 |

19-GC

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

| | |
|---|---|
| Subtotal | $3,132.50 |
| Sales Tax | $0.00 |
| | $0.00 |
| Payment/Credit Amount | $0.00 |
| Balance | $3,132.50 |

NEW YORK, NY - WASHINGTON, DC - PHILADELPHIA, PA - LOS ANGELES, CA, CHICAGO, IL
BUFFALO, NY - RICHMOND, VA - BOSTON, MA - ISELIN, NJ - SYRACUSE, NY - ROCHESTER, NY