IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

PHILLIP CALLAIS, et al.,                )
                                        )        Case No. 3:24-cv-00122-DCJ-CES-RRS
            Plaintiffs,                 )
                                        )
v.                                      )        District Judge  David C. Joseph
                                        )        Circuit Judge Carl E. Stewart
NANCY LANDRY, IN HER OFFICIAL           )        District Judge Robert R. Summerhays
CAPACITY AS LOUISIANA                   )
SECRETARY OF STATE, et al.,             )        Magistrate Judge Kayla D. McClusky
                                        )
            Defendants.                 )

**[PROPOSED] ORDER**

CONSIDERING Plaintiffs' Motion for Attorneys' Fees and Expenses and Bill of Costs, IT

IS ORDERED that the Motion is GRANTED and costs are to be taxed. Plaintiffs are entitled to

the full award of $2,237,151.09 plus a 20% enhancement for their attorneys' fees.


This ___ day of ____, 2026.


_____
United States District Court, Western District of
Louisiana, Monroe Division

1