**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **PHILLIP CALLAIS, ET AL** | **CIVIL DOCKET NO. 3:24-CV-00122 DCJ-CES-RRS** |
| **VERSUS** | **THREE-JUDGE COURT** |
| **NANCY LANDRY** | **MAGISTRATE JUDGE MCCLUSKY** |

## <u>SCHEDULING ORDER</u>

The following case-specific deadlines are hereby set in accordance with Fed. R. Civ. P. 16(b).  If you have any questions about the rules or deadlines fixed by this order or otherwise wish to contact chambers, you may reach Judge Joseph's chambers by calling (337) 593-5050.  You may also reach the Magistrate Judge's chambers by dialing the main line for those chambers.

| | |
|---|---|
| REMEDIAL PROCEEDINGS HEARING | **March 2-3, 2027, at 9:00 a.m.** in Shreveport, Courtroom 1, before United States Circuit Judge Carl E. Stewart, United States District Judge David C. Joseph, and United States District Judge Robert R. Summerhays. |

| PRE-TRIAL DEADLINES: | FOR: |
|---|---|
| **12/15/2026** | Any party objecting to SB 121 must file a brief setting forth the legal basis for its objection.  This filing shall include any expert reports supporting its position, as well as any alternative maps required by applicable law. |
| **1/20/2027** | Any party opposing or responding to the December 15 filings must file a brief setting forth its legal position.  This filing must include any expert reports supporting the party's position.  Any reports supporting this brief or responding to the reports served on December 15, 2026, must also be served. |
| **1/22/2027** | Deadline for serving fact discovery, including written discovery and notices of deposition. |
| **1/27/2027** | Deadline for serving rebuttal expert reports to any reports submitted January 20. |
| **2/12/2027** | Discovery must be completed. |

| | |
|---|---|
| **2/19/2027** | Parties must exchange witness and exhibit lists and provide them to the Court.  Parties must exchange deposition designations. |
| **2/23/2027** | **Trial Depositions.**  Depositions authorized by the Court for use at trial, if any [*see* page 3], shall be edited to remove nonessential, repetitious, and unnecessary material, as well as objections and colloquy of counsel.  A copy of edited trial deposition transcripts shall be included in the bench books.  All objections thereto must be filed and briefed by this deadline.  Objections to deposition testimony will be waived unless submitted along with the deposition transcripts. |
| **2/23/2027** | **Bench Books.**  The parties shall deliver one bench book to each of the judge's chambers for use by the judges at trial.  The bench books should be tabbed and indexed with a cover sheet on which each party is to state all objections to the admissibility of exhibits.  A fourth copy of the bench book shall be placed at the witness stand on the morning of the hearing for use by testifying witnesses.  In addition, the parties will provide a digital copy of the bench book to the judges' law clerks.  The original exhibits must be entered into evidence at trial. After trial, the exhibits actually admitted into evidence must also be submitted on a flash drive or DVD. |
| **2/23/2027** | **Pre-Trial Briefs Due.** |
| **2/23/2027** | **Real Time Glossary.**  A real-time glossary must be submitted to **lawd_realtime@lawd.uscourts.gov** **by this date regardless of whether you are requesting real-time reporting services**. *See* **Court Reporters & Transcript, Western District of Louisiana, United States District Court**, for example. |

The glossary shall contain all "key word indexes" from all depositions taken in the case, all witness lists, all exhibit lists, and copies of all expert reports, as well as any other technical, scientific, or otherwise uncommon terms that are likely to be stated on the record during the hearing.

**Real-Time Reporting Services:** Requests for uncertified, real-time translation services must also be submitted to **lawd_realtime@lawd.uscourts.gov** **by this date**.

**Trial Testimony:** Testimonial evidence offered as part of a party's case-in-chief **shall be presented by live testimony** of the witness(es) absent leave of Court.  Deposition testimony is disfavored by the Court and will only be authorized for good cause shown.

**Continuances:** Motions to continue a trial date, even if agreed upon by the parties, are disfavored by the Court absent compelling circumstances. *See also* Standing Order in Civil and Criminal Cases. True conflicts in counsel's trial calendars may be addressed with the Court at the pre-trial conference.

**Filing Instructions:** E-Filing is mandatory in the Western District of Louisiana.  In an emergency, printed materials may be filed with the Clerk of Court's Office in any division of the Western District.

**Extensions:** No Scheduling Order deadline will be extended unless for good cause and only in the interest of justice.

**Communicating with the Court:** Notwithstanding mandatory e-filing here in the Western District of Louisiana, the parties are welcome to contact the Court by telephone, mail, or e-mail at joseph_motions@lawd.uscourts.gov.  All written communication must be copied to opposing counsel and any telephone conference must include all parties involved.

A copy of any dispositive motions, *Daubert* motions, or Motions in Limine, as well as a copy of the Pre-Trial Order (with all required attachments) shall be **e-mailed to** joseph_motions@lawd.uscourts.gov  in Word format and **sent via hard copy** to chambers.

All matters that must be exchanged among counsel must be exchanged by hand delivery or certified mail, unless all counsel agree otherwise, IN WRITING, or unless this Court orders otherwise.

All deadlines in this Order are case specific and override any deadlines for the same matter found in an applicable rule of civil procedure.  All other deadlines in the Federal Rules of Civil Procedure shall govern this case and shall be enforced by this Court.  Counsel should note Rule 26 and Rule 37(c)(1).

This Court will enforce Fed. R. Civ. P. 30, particularly Rule 30(a)(2)(A) (the ten-deposition rule), and Rule 30(d)(1) (the rule limiting depositions to one day/seven hours), absent written stipulation of the parties or court order.  This Court shall enforce Rule 26 unless changed by case-specific order or by subsequent court order.

THUS, DONE AND SIGNED in chambers on this 30th day of June, 2026.

Carl E. Stewart, United States Circuit Judge
Robert R. Summerhays, United States District Judge
David C. Joseph, United States District Judge