IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Louisiana Secretary of State,<br><br>　　　　　　Defendant. | Case No. 3:24-cv-00122-DCJ-CES-RRS<br><br>Judge David C. Joseph<br>Judge Carl E. Stewart<br>Judge Robert R. Summerhays<br><br><br>Magistrate Judge Kayla D. McClusky |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR FEES & COSTS

Defendants, Nancy Landry in her official capacity as the Secretary of State for the State of Louisiana ("the Secretary"), and the State of Louisiana ("the State") (collectively Defendants") jointly and respectfully move this Court for an order extending the time in which Defendants may file their response to Plaintiffs' Motion for Attorney's Fees and Expenses (hereinafter "the Motion"). [Dkt. 322]. In support of this motion, Defendants provide the following:

1.　　　　On June 25, 2026, Plaintiffs filed the Motion [Dkt. 322] along with numerous exhibits, totaling over 250 pages.

2.　　　　On June 26, 2026, the Court issued a response deadline of July 17, 2026. [Dkt. 323].

3.　　　　Due to other briefing conflicts and the voluminous nature of Plaintiffs' filings, Defendants require additional time to respond to the Motion.

4.　　　　As such, Defendants respectfully seek an extension of an additional 30 days, up to and including August 17, 2026, with which to respond to the Motion. Understanding that counsel for Plaintiffs has a trial in early September, Defendants also request, on behalf of Plaintiffs, that Plaintiffs be allowed until September 14, 2026, to file any reply to Defendants response.

5.    Counsel for Defendants conferred with counsel for the Plaintiffs regarding Defendants' request on July 1, 2026. Counsel for Plaintiffs consents to Defendants' request for extensions. Counsel for Defendants conferred with counsel for the other parties in this matter on July 6, 2026; both the Robinson and Galmon Intervenors stated they take no position on Defendants requested extension.

6.    This motion is not sought for the purpose of delay, rather, it is intended to accommodate the parties' schedules and provide adequate time to respond.

7.    An extension serves the interests of judicial efficiency as there is ample time to brief this issue, given that remedial hearings are not scheduled until March of 2027.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court enter an order allowing Defendants a 30-day extension, up to and including August 17, 2026, to respond to the Motion and allow Plaintiffs until September 14, 2026, with which to file their reply.

Respectfully submitted this, the ____ day of July 2026.

/s/ Jennifer Bollinger
La. Bar Roll No. 32349
Executive Counsel
Secretary of State Nancy Landry
8585 Archives Ave.
Baton Rouge, LA 70809
Telephone: (225) 362-5101
Jennifer.bollinger@sos.la.gov

/s/ John C. Walsh
John C. Walsh (La. Bar Roll No. 24903)
**SHOWS, CALI & WALSH, L.L.P.**
628 St. Louis St. (70802)
P.O. Box 4225
Baton Rouge, LA 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-5561
john@scwllp.com
*Counsel for Secretary of State Nancy Landry*

*/s/ Carey Tom Jones*
Carey Tom Jones (La. Bar Roll No. 07474)
Office of the Attorney General
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6000 phone
(225) 326-6098 fax
jonescar@ag.louisiana.gov

*/s/ Morgan Brungard*
Morgan Brungard
Deputy Solicitor General
Office of the Attorney General
1885 N. Third St. Baton Rouge, LA 70802
(225) 326-6705
BrungardM@ag.louisiana.gov
*Counsel for the State of Louisiana*