IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| PHILLIP CALLAIS, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Louisiana Secretary of State,<br><br>       Defendant. | Case No. 3:24-cv-00122-DCJ-CES-RRS<br><br>Judge David C. Joseph<br>Judge Carl E. Stewart<br>Judge Robert R. Summerhays<br><br>Magistrate Judge Kayla D. McClusky |

**ORDER**

Defendants, Nancy Landry in her official capacity as the Secretary of State for the State of Louisiana ("the Secretary"), and the State of Louisiana ("the State") (collectively Defendants") filed a joint unopposed motion seeking an order extending the time in which Defendants may file their response to Plaintiffs' Motion for Attorney's Fees and Expenses filed at [Dkt. 322], and for additional time for Plaintiffs to file their Reply to Defendants' response. All parties have either consented or stated they do not take a position to the requested extension. As such, good cause exists to extend the deadline.

For good cause shown, Defendants' motion for extension of time to respond to Plaintiffs' motion for Attorney's Fees and Expenses is GRANTED. The deadline for Defendants to file a response shall be extended by thirty days, up to and including August 17, 2026, and Plaintiffs shall have up to and including September 14, 2026 to file a response.

SO ORDERED, this the 9th day of July, 2026.

_____
UNITED STATES MAGISTRATE JUDGE