## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | | |
|---|---|---|
| PHILLIP CALLAIS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil No. 3:24-cv-00122 |
| | ) | |
| v. | ) | Circuit Judge Carl E. Stewart |
| | ) | Judge David C. Joseph |
| NANCY LANDRY, in her official capacity | ) | Judge Robert R. Summerhays |
| as Secretary of State of the State of | ) | |
| Louisiana, | ) | |
| | ) | |
| Defendant. | ) | |

## THE STATE'S RULE 60(B) MOTION TO VACATE PERMANENT INJUNCTION AND JUDGMENT

The State of Louisiana, by and through Attorney General Elizabeth Murrill, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 60(b) to modify the judgment, *see* ECF 198, and vacate the permanent injunction against the enforcement of Senate Bill 8 ("SB8"), *see* ECF 261. Following the enactment of Act 2, which completely superseded SB8, the permanent injunction is directed at a law (SB8) that no longer exists and consequently, neither the injunction nor the judgment have any practical effect or any legal and factual basis. Thus, "applying [the judgment] prospectively is no longer equitable," warranting vacatur. Fed. R. Civ. P. 60(b)(5).

For the reasons set forth more fully in the accompanying memorandum of law, the State of Louisiana respectfully request that the Court GRANT its Motion to Vacate.

1

Dated: July 14, 2026

Respectfully submitted,

ELIZABETH B. MURRILL
Attorney General of Louisiana

*/s/ Morgan Brungard*
MORGAN BRUNGARD (LA 40298)
Deputy Solicitor General

CAREY TOM JONES (LA 07474)
Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70804
(225) 324-9866
brungardm@ag.louisiana.gov

*Counsel for the State of Louisiana*

2