**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

PHILLIP CALLAIS ET AL                        CASE NO.  3:24-CV-00122

VERSUS                                       JUDGE DAVID C. JOSEPH

NANCY LANDRY                                 MAG. JUDGE KAYLA D. MCCLUSKY

## NOTICE OF MOTION SETTING

The Motion to Vacate (Document No. 329) filed by State of Louisiana on July 14, 2026, has been referred to the Honorable David C. Joseph, the Honorable Judge Carl E Stewart, and the Honorable Judge Robert R Summerhays.

### Deadlines

Any response to said motion is due within twenty-one **(21) days after service of the motion** in accordance with LR 7.4.  Reply briefs shall be filed **only if requested by the Court**, and, if permitted, shall be limited to seven (7) pages.  Any party filing no brief will be deemed not to oppose the motion. At the close of the briefing period, the record will be submitted to the Judge for consideration and a hearing date for oral argument, if any, will be set.

### Oral Argument

Requests for oral argument will be considered on a case-by-case basis and may be made by the parties or *sua sponte* by the Court. Oral argument notwithstanding, responses and briefs should <u>fully address</u> all pertinent issues. The parties will be notified at least seven (7) days in advance of any oral argument on pending motions.

**ALL DEADLINES SET FORTH IN THE SCHEDULING ORDER SHALL REMAIN IN PLACE UNLESS OTHERWISE ORDERED BY THIS COURT.**

If the parties resolve any matters raised in the motion, the moving party should immediately notify chambers at (337) 593-5050 and file a motion to withdraw motion into the record.

**DATE OF NOTICE: July 15, 2026**

Daniel J. McCoy
Clerk of Court