**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**

PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, and ROLFE MCCOLLISTER,

*Plaintiffs*,

v.

NANCY LANDRY, in her official capacity as Secretary of State for Louisiana,

*Defendant*.

Civil Action No. 3:24-cv-00122

Circuit Judge Carl E. Stewart

Judge David C. Joseph

Judge Robert R. Summerhays

***ROBINSON* INTERVENORS' STATEMENT CONCERNING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS**

Press Robinson, Edgar Cage, Dorothy Nairne, Edwin Rene Soulé, Alice Washington, Clee Earnest Lowe, Davante Lewis, Martha Davis, Ambrose Sims, the National Association for the Advancement of Colored People Louisiana State Conference, and the Power Coalition for Equity and Justice (the "Robinson Intervenors") take no position concerning Plaintiffs' Motion for Attorneys' Fees and Bill of Costs (the "Motion"). The Motion seeks fees against the State of Louisiana and the Louisiana Secretary of State, the parties who Plaintiffs assert are responsible for paying any fee award. Accordingly, the Robinson-Intervenors take no position on Plaintiffs' motion.

DATED: August 17, 2026

Respectfully submitted,

By: /s/ *Tracie L. Washington*
Tracie L. Washington
LA. Bar No. 25925
Louisiana Justice Institute
8004 Belfast St.
New Orleans, LA 70125
Tel: (504) 872-9134
tracie.washington.esq@gmail.com

*Counsel for Robinson Intervenors Dorothy Nairne, Martha Davis, Clee Earnest Lowe, and Rene Soulé*

By: /s/ *John Adcock*
John Adcock
Adcock Law LLC
8131 Oak St., Unit 100
New Orleans, LA 70118
Tel: (504) 233-3125
jnadcock@gmail.com

*Counsel for the Robinson Intervenors*

Stuart Naifeh (admitted pro hac vice)
Victoria Wenger (admitted pro hac vice)
John S. Cusick (admitted pro hac vice)NAACP Legal Defense and
Educational Fund, Inc.
40 Rector St., 5th Floor
New York, NY 10006
Tel: (212) 965-2200
snaifeh@naacpldf.org
vwenger@naacpldf.org
jcusick@naacpldf.org
cburke@naacpldf.org

I. Sara Rohani (admitted pro hac vice)
NAACP Legal Defense and

Sarah Brannon (admitted pro hac vice)
American Civil Liberties Union Foundation
915 15th St., N.W.
Washington, DC 20005
sbrannon@aclu.org

Sophia Lin Lakin (admitted pro hac vice)
American Civil Liberties Union Foundation
125 Broad St., 18th Floor
New York, NY 10004
slakin@aclu.org

Nora Ahmed (admitted pro hac vice)
ACLU Foundation of Louisiana
1340 Poydras St., Ste. 2160

Educational Fund, Inc.
700 14th St. N.W. Ste. 600
Washington, DC 20005
Tel: (202) 682-1300
srohani@naacpldf.org

Robert A. Atkins (admitted pro hac vice)
Yahonnes Cleary (admitted pro hac vice)
Amitav Chakraborty (admitted pro hac vice)
Adam P. Savitt (admitted pro hac vice)
Arielle B. McTootle (admitted pro hac vice)
Robert Klein (admitted pro hac vice)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Ave. of the Americas
New York, NY 10019
Tel: (212) 373-3000
Fax: (212) 757-3990
ratkins@paulweiss.com
ycleary@paulweiss.com
achakraborty@paulweiss.com
asavitt@paulweiss.com
amctootle@paulweiss.com
rklein@paulweiss.com

*Additional counsel for Robinson Intervenors*

New Orleans, LA 70112
Tel: (504) 522-0628
nahmed@laaclu.org

T. Alora Thomas-Lundborg (admitted pro hac vice)
Race and Law Clinic
Harvard Law School
6 Everett St., Ste. 4105
Cambridge, MA 02138
Tel: (617) 495-5202
tthomaslundborg@law.harvard.edu

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which provides electronic notice of filing to all counsel of record, on this 17th day of August, 2026.

/s/ *John Adcock*

John Adcock