# EXHIBIT 2

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| PHILLIP CALLAIS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State of the State of Louisiana.<br><br>Defendant. | Civil Action: 3:24-cv-00122<br><br>Hon. Carl E. Stewart<br>Hon. Robert R. Summerhays<br>Hon. David C. Joseph |

**EXPENSES FOR EXCLUSION**

**1. Expenses Stemming Directly from Private Intervention**

The table below identifies the number and amount of these expenses, which should be excluded entirely as attributable to Plaintiffs.[1]

| | Number of entries | Amount |
|---|---|---|
| Before supplemental briefing ordered | 8 | $14,857.96 |
| After supplemental briefing ordered | 1 | $3,132.50 |
| Total | 9 | $17,990.46 |

[1] *See* Exhibit 2-A.

### 2. Expenses After Supplemental Briefing Ordered.

The table below identifies the number and amount of these expenses, which should be excluded entirely as attributable to Plaintiffs.[2]

| | Number of entries | Amount |
|---|---|---|
| After supplemental briefing ordered | 91 | $28,517.56 |

### 3. Excessive Expenses

The table below identifies the number and amount of these expenses, which should be reduced to a reasonable amount.[3]

| Number of entries | Amount |
|---|---|
| 6 | $5,504.05 |

[2] *See* Exhibit 2-B.
[3] *See* Exhibit 2-C.

## CALLAIS v. LANDRY — Expense Analysis

| Category | Matched Expenses | Total Amount |
|---|---|---|
| Intervenor-Related Only | 8 | $17,990.46 |
| Non-Legal - Media | 9 | $198.60 |
| **GRAND TOTAL** | **17** | **$18,189.06** |

**Methodology:**
Expenses matched to time entries by date proximity and subject matter alignment.
Sources: GGG invoices (Exhibit EG-1), Exhibit EG-3 expense schedule, Exhibit EG-4 receipts.
Intervenor expenses include Counsel Press and Wilson-Epes costs for filing appellee briefs, supplemental briefs, and joint appendices in No. 24-30177 (5th Cir.) and the U.S. Supreme Court.
Total expenses claimed by Plaintiffs: $148,298.34. This analysis identifies those tied to Intervenor-Related and Non-Legal time entries only.

| Expense Date | Invoice No. | Expense Description / Cost Name | Expense Amount | Expense Source / Page Reference | Matched Time Entry Description | Match Basis / Rationale |
|---|---|---|---|---|---|---|
| 07/02/2024 | Client Number: | Outside professional fee - Counsel Press Invoice No. 9163328 - Appellee's Brief. | $1,075.00 | Exhibit EG-3 / Invoice Client Number: | Review and analyze Galmon Fifth Circuit reply brief. | Appellate filing/service expense; matched to intervenor time entry 6 day(s) away |
| 08/27/2024 | Client Number: | Outside professional fee - Counsel Press Inc. Invoice No. 9162107. | $6,109.60 | Exhibit EG-3 / Invoice Client Number: | Confer with D. Oldham on various edits to State draft, and then on Robinson draft; prepare revised versions of briefs; confer on Galmon brief; discuss overall case approach; confer with printer on logistics and cost issues. | Appellate filing/service expense; matched to intervenor time entry 0 day(s) away |
| 09/16/2024 | 19654 | Outside professional fee - Counsel Press Inc. Invoice No. 9166932. | $2,529.00 | Exhibit EG-3 / Invoice 19654 | Confer with K. Graves on response to Fifth Circuit Motion to Stay; draft response; research ; review Robinson response. | Appellate filing/service expense; matched to intervenor time entry 0 day(s) away |
| 09/16/2024 | 19654 | Outside professional fee - Counsel Press Inc. Invoice No. 9166925. | $2,480.80 | Exhibit EG-3 / Invoice 19654 | Confer with K. Graves on response to Fifth Circuit Motion to Stay; draft response; research ; review Robinson response. | Appellate filing/service expense; matched to intervenor time entry 0 day(s) away |
| 09/16/2024 | 19654 | Outside professional fee - Counsel Press Inc. Invoice No. 9166926. | $2,506.20 | Exhibit EG-3 / Invoice 19654 | Confer with K. Graves on response to Fifth Circuit Motion to Stay; draft response; research ; review Robinson response. | Appellate filing/service expense; matched to intervenor time entry 0 day(s) away |
| 05/04/2026 | Client Number: | SNS EBR Landrecords - Copies of filings in related case. | $67.28 | Exhibit EG-3 / Invoice Client Number: | Review various filings and notices in Supreme Court; review emails regarding status of matter; review Order from three judge panel; review emergency Executive Order; review lawsuit in Middle District; review Motion to Vacate; review and exchange emails regarding additional filings. | Appellate filing/service expense; matched to intervenor time entry 4 day(s) away |
| 05/04/2026 | Client Number: | SNS EBR Landrecords Baton Rouge - Copy of filings in related case. | $81.98 | Exhibit EG-3 / Invoice Client Number: | Review various filings and notices in Supreme Court; review emails regarding status of matter; review Order from three judge panel; review emergency Executive Order; review lawsuit in Middle District; review Motion to Vacate; review and exchange emails regarding additional filings. | Appellate filing/service expense; matched to intervenor time entry 4 day(s) away |
| 05/07/2026 | Client Number: | SNS EBR Landrecords - Copies of filings in related cases. | $8.10 | Exhibit EG-3 / Invoice Client Number: | Confer with P. Hurd on edits to our filing for today; make revisions to reflect last several days of comments; confer with K. Mitra on!!!! point; review Robinson and Galmon email regar mg a requested .y .in junction, and respond; confer with team on our response in opposition to the stay request. | Appellate filing/service expense; matched to intervenor time entry 4 day(s) away |
| 10/21/2025 | 21282 | Outside professional fee - Counsel Press Invoice No. 9188797 - Supplemental Brief | $3,132.50 | Exhibit EG-3 / Invoice 21282 | Supreme Court supplemental briefing work | Counsel Press filing supplemental brief in Supreme Court; same date cluster as appellate briefing entries |
| | | **TOTAL** | **$17,990.46** | | | |

| Expense Date | Invoice No. | Expense Description / Cost Name | Expense Amount | Taxable? | Taxable Category | Recoverable as Nontaxable? | Nontaxable Category | Expense Source / Page Reference | Matched Time Entry Date | Matched Timekeeper | Matched Time Entry Description | Matched Time Entry Tab | Match Basis / Rationale | Match Confidence | Potential Overlap / Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/27/2024 | 19654 | Online legal research - Circulation the Advocate - E. Greim research. | $19.95 | No | | Yes | Research | Exhibit EG-3 / Invoice 19654 | | | (subscription; no proximate time entry) | Non-Legal - Media | Advocate subscription - appears to be ongoing media monitoring expense | Low | |
| 09/22/2024 | 19654 | Online legal research - Circulation the Advocate - E. Greim research. | $19.95 | No | | Yes | Research | Exhibit EG-3 / Invoice 19654 | | | (subscription; no proximate time entry) | Non-Legal - Media | Advocate subscription - appears to be ongoing media monitoring expense | Low | |
| 09/24/2024 | 19654 | Online legal research - Circulation the Advocate - E. Greim research. | $19.95 | No | | Yes | Research | Exhibit EG-3 / Invoice 19654 | | | (subscription; no proximate time entry) | Non-Legal - Media | Advocate subscription - appears to be ongoing media monitoring expense | Low | |
| 10/20/2024 | Client Number: | Online legal research - Circulation the Advocate. | $39.90 | No | | Yes | Research | Exhibit EG-3 / Invoice Client Number: | 10/16/2024 | EDG (Edward D. Greim) | Email with team on media inquiry. | Non-Legal - Media | Media/newspaper research expense; matched to media time entry 4 day(s) away | Medium | |
| 04/06/2025 | Client Number: | Online legal research - Circulation the Advocate. | $19.95 | No | | Yes | Research | Exhibit EG-3 / Invoice Client Number: | 03/26/2025 | EDG (Edward D. Greim) | Confer with various media outlets to provide commentary on the argument and case. | Non-Legal - Media | Media/newspaper research expense; matched to media time entry 11 day(s) away | Low | |
| 06/01/2025 | Client Number: | Online legal research - Circulation the Advocate. | $19.95 | No | | Yes | Research | Exhibit EG-3 / Invoice Client Number: | | | (subscription; no proximate time entry) | Non-Legal - Media | Advocate subscription - appears to be ongoing media monitoring expense | Low | |
| 06/29/2025 | Client Number: | Online legal research - Circulation the Advocate. | $19.95 | No | | Yes | Research | Exhibit EG-3 / Invoice Client Number: | 07/08/2025 | EDG (Edward D. Greim) | Confer with counsel and client team via email; email with key media; email with Louisiana client on . | Non-Legal - Media | Media/newspaper research expense; matched to media time entry 9 day(s) away | Medium | |
| 08/24/2025 | Client Number: | Online legal research - Circulation the Advocate. | $19.05 | No | | Yes | Research | Exhibit EG-3 / Invoice Client Number: | 09/12/2025 | EDG (Edward D. Greim) | Work on new version of brief by augmenting and revising several sections; confer with K. Mitra on same; review new request from Secretary of State for argument time; confer with legal team via email and phone regarding. ., work on media interview from- ; review M. Mueller research on | Non-Legal - Media | Media/newspaper research expense; matched to media time entry 19 day(s) away | Low | |
| 11/16/2025 | Client Number: | Online legal research - Circulation the Advocate. | $19.95 | No | | Yes | Research | Exhibit EG-3 / Invoice Client Number: | | | (subscription; no proximate time entry) | Non-Legal - Media | Advocate subscription - appears to be ongoing media monitoring expense | Low | |
| | | **TOTAL** | **$198.60** | | | | | | | | | | | | |

**EXPENSES AFTER ALIGNMENT - Callais v. Landry**

*Entries on or after August 1, 2025 (Phases 3b, 4, 5)*

| Date | Invoice No. | Cost | Name/Description | Taxable? | Taxable Category | Recoverable as Nontaxable? | Nontaxable Category | Final Category | Expense Type | Procedural Phase | Page in fee request pdf |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/31/2025 | 21028 | $19.05 | The Advocate | | | Yes | Research | Research | Nontaxable | 3b - After Case Set for Reargument | p.226 |
| 8/31/2025 | 21028 | $11.60 | Photocopy | Yes | Photocopy | | | Photocopy | Taxable | 3b - After Case Set for Reargument | p.226 |
| 8/31/2025 | 21028 | $4.00 | Photocopy | Yes | Photocopy | | | Photocopy | Taxable | 3b - After Case Set for Reargument | p.226 |
| 8/31/2025 | 21028 | $374.63 | Westlaw | | | Yes | Westlaw | Westlaw | Nontaxable | 3b - After Case Set for Reargument | p.226 |
| 9/30/2025 | 21162 | $1,171.40 | Westlaw | | | Yes | Westlaw | Westlaw | Nontaxable | 3b - After Case Set for Reargument | p.226 |
| 10/31/2025 | 21282 | $36.72 | Courier fee | | | Yes | Shipping | Shipping | Nontaxable | 3b - After Case Set for Reargument | p.226 |
| 10/31/2025 | 21282 | $42.44 | Courier fee | | | Yes | Shipping | Shipping | Nontaxable | 3b - After Case Set for Reargument | p.226 |
| 10/31/2025 | 21282 | $36.72 | Courier fee | | | Yes | Shipping | Shipping | Nontaxable | 3b - After Case Set for Reargument | p.226 |
| 10/31/2025 | 21282 | $36.72 | Courier fee | | | Yes | Shipping | Shipping | Nontaxable | 3b - After Case Set for Reargument | p.226 |
| 10/31/2025 | 21282 | $36.72 | Courier fee | | | Yes | Shipping | Shipping | Nontaxable | 3b - After Case Set for Reargument | p.226 |
| 10/31/2025 | 21282 | $35.24 | Meal for team during moot | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.226 |
| 10/31/2025 | 21282 | $17.69 | Mileage for E. Greim | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $24.68 | Travel for E. Greim in D.C. | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $18.09 | Mileage for E. Greim | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $569.03 | Hotel for E. Greim | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $36.80 | Uber for E. Greim | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $497.43 | Hotel for M. Mueller | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $11.38 | Taxi for E. Greim and M. Mueller | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $125.60 | Meal for hearing team | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $36.00 | Parking at airport for M. Mueller | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $39.06 | Mileage to/from airport for M. Mueller | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $74.75 | Parking at airport for E. Greim | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $1,929.00 | Conference room deposit to prepare for oral argument | | | Yes | Oral argument prep | Oral argument prep | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $634.36 | Flight to/from Washington for K. Mitra | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $17.69 | Mileage for E. Greim | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $15.06 | Meal for E. Greim | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $184.80 | Meal for moot team | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $25.01 | Transportation for E. Greim | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $16.27 | Meal for K. Mitra | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $21.50 | Taxi for K. Mitra | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $35.00 | Airline fee for K. Mitra | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $46.12 | Meal for E. Greim | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $55.55 | Meal for moot team | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $4.67 | Printing at hotel | Yes | Printing | | | Printing | Taxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $291.40 | Meal for hearing team | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $5.85 | Printing at hotel | Yes | Printing | | | Printing | Taxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $6.89 | Meal for K. Mitra | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $18.09 | Mileage for E. Greim | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $1,365.90 | Hotel for E. Greim | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $24.26 | Taxi for E. Greim and M. Mueller | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $84.00 | Parking at airport | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $1,471.22 | Hotel for M. Mueller | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $606.96 | Flight to/from Washington for M. Mueller | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $84.00 | Parking for E. Greim | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $39.06 | Mileage to/from airport for M. Mueller | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $35.00 | Airline fee for K. Mitra | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.227 |

**EXPENSES AFTER ALIGNMENT - Callais v. Landry**

*Entries on or after August 1, 2025 (Phases 3b, 4, 5)*

| Date | Invoice No. | Cost | Name/Description | Taxable? | Taxable Category | Recoverable as Nontaxable? | Nontaxable Category | Final Category | Expense Type | Procedural Phase | Page in fee request pdf |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/31/2025 | 21282 | $19.86 | Taxi for K. Mitra | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $1,223.27 | Hotel for K. Mitra | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $7.69 | Meal for K. Mitra | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $26.32 | Mileage to/from airport for K. Mitra | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $19.95 | The Advocate | | | Yes | Research | Research | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $3,132.50 | Counsel press supplemental brief | Yes | Counsel Press Printing | | | Counsel Press Printing | Taxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $677.52 | Westlaw | | | Yes | Westlaw | Westlaw | Nontaxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $99.60 | Photocopy | Yes | Photocopy | | | Photocopy | Taxable | 3b - After Case Set for Reargument | p.227 |
| 10/31/2025 | 21282 | $30.50 | Photocopy | Yes | Photocopy | | | Photocopy | Taxable | 3b - After Case Set for Reargument | p.228 |
| 11/30/2025 | 21396 | $19.95 | The Advocate | | | Yes | Research | Research | Nontaxable | 3b - After Case Set for Reargument | p.228 |
| 11/30/2025 | 21396 | $20.55 | Westlaw | | | Yes | Westlaw | Westlaw | Nontaxable | 3b - After Case Set for Reargument | p.228 |
| 11/30/2025 | 21396 | $4.20 | Photocopy | Yes | Photocopy | | | Photocopy | Taxable | 3b - After Case Set for Reargument | p.228 |
| 1/31/2026 | 21706 | $21.43 | Conference Line | | | Yes | Telephone | Telephone | Nontaxable | 3b - After Case Set for Reargument | p.228 |
| 4/30/2026 | 22124 | $9.00 | Photocopy | Yes | Photocopy | | | Photocopy | Taxable | 4. Remedial Phase Through Act 2 Enactment | p.228 |
| 4/30/2026 | 22124 | $4.50 | Photocopy | Yes | Photocopy | | | Photocopy | Taxable | 4. Remedial Phase Through Act 2 Enactment | p.228 |
| 4/30/2026 | 22124 | $8.11 | Westlaw | | | Yes | Westlaw | Westlaw | Nontaxable | 4. Remedial Phase Through Act 2 Enactment | p.228 |
| 5/31/2026 | 22235 | $20.87 | Conference line | | | Yes | Telephone | Telephone | Nontaxable | 5. Post-Enactment, Motion to Dismiss & Fee Application | p.228 |
| 5/31/2026 | 22235 | $10.00 | Research filings in related case | | | Yes | Research | Research | Nontaxable | 5. Post-Enactment, Motion to Dismiss & Fee Application | p.228 |
| 5/31/2026 | 22235 | $67.28 | Research filings in related case | | | Yes | Research | Research | Nontaxable | 5. Post-Enactment, Motion to Dismiss & Fee Application | p.228 |
| 5/31/2026 | 22235 | $81.98 | Research filings in related case | | | Yes | Research | Research | Nontaxable | 5. Post-Enactment, Motion to Dismiss & Fee Application | p.228 |
| 5/31/2026 | 22235 | $5.00 | Research filings in related case | | | Yes | Research | Research | Nontaxable | 5. Post-Enactment, Motion to Dismiss & Fee Application | p.228 |
| 5/31/2026 | 22235 | $189.14 | Courier fee | | | Yes | Shipping | Shipping | Nontaxable | 5. Post-Enactment, Motion to Dismiss & Fee Application | p.228 |
| 5/31/2026 | 22235 | $189.14 | Courier fee | | | Yes | Shipping | Shipping | Nontaxable | 5. Post-Enactment, Motion to Dismiss & Fee Application | p.228 |
| 5/31/2026 | 22235 | $206.10 | Courier fee | | | Yes | Shipping | Shipping | Nontaxable | 5. Post-Enactment, Motion to Dismiss & Fee Application | p.228 |
| 5/31/2026 | 22235 | $206.10 | Courier fee | | | Yes | Shipping | Shipping | Nontaxable | 5. Post-Enactment, Motion to Dismiss & Fee Application | p.228 |
| 5/31/2026 | 22235 | $204.78 | Courier fee | | | Yes | Shipping | Shipping | Nontaxable | 5. Post-Enactment, Motion to Dismiss & Fee Application | p.228 |
| 5/31/2026 | 22235 | $42.47 | Courier fee | | | Yes | Shipping | Shipping | Nontaxable | 5. Post-Enactment, Motion to Dismiss & Fee Application | p.228 |
| 5/31/2026 | 22235 | $49.04 | Courier fee | | | Yes | Shipping | Shipping | Nontaxable | 5. Post-Enactment, Motion to Dismiss & Fee Application | p.228 |
| 5/31/2026 | 22235 | $49.04 | Courier fee | | | Yes | Shipping | Shipping | Nontaxable | 5. Post-Enactment, Motion to Dismiss & Fee Application | p.228 |
| 5/31/2026 | 22235 | $8.10 | Research filings in related case | | | Yes | Research | Research | Nontaxable | 5. Post-Enactment, Motion to Dismiss & Fee Application | p.228 |
| 5/31/2026 | 22235 | $105.00 | Pro hac vice S. Pineau | Yes | Fees of clerk | | | Fees of clerk | Taxable | 5. Post-Enactment, Motion to Dismiss & Fee Application | p.228 |
| 5/31/2026 | 22235 | $20.14 | Conference line | | | Yes | Telephone | Telephone | Nontaxable | 5. Post-Enactment, Motion to Dismiss & Fee Application | p.228 |
| 5/31/2026 | 22235 | $50.13 | Courier fee | | | Yes | Shipping | Shipping | Nontaxable | 5. Post-Enactment, Motion to Dismiss & Fee Application | p.228 |
| 5/31/2026 | 22235 | $1,910.20 | Transcripts | Yes | Transcripts | | | Transcripts | Taxable | 5. Post-Enactment, Motion to Dismiss & Fee Application | p.228 |
| 5/31/2026 | 22235 | $1,212.70 | Transcripts | Yes | Transcripts | | | Transcripts | Taxable | 5. Post-Enactment, Motion to Dismiss & Fee Application | p.228 |
| 5/31/2026 | 22235 | $100.80 | Photocopy | Yes | Photocopy | | | Photocopy | Taxable | 5. Post-Enactment, Motion to Dismiss & Fee Application | p.228 |
| 5/31/2026 | 22235 | $2.40 | Photocopy | Yes | Photocopy | | | Photocopy | Taxable | 5. Post-Enactment, Motion to Dismiss & Fee Application | p.228 |
| 5/31/2026 | 22235 | $223.90 | Transcripts | Yes | Transcripts | | | Transcripts | Taxable | 5. Post-Enactment, Motion to Dismiss & Fee Application | p.228 |
| 5/31/2026 | 22235 | $4,239.40 | Transcripts | Yes | Transcripts | | | Transcripts | Taxable | 5. Post-Enactment, Motion to Dismiss & Fee Application | p.228 |
| 10/9/2025 | PH-1 | $475.00 | Hyatt Hotel (DC) one night estimated | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.229 |
| 10/13/2025 | PH-1 | $182.22 | Hotel in Jackson, Mississippi to get flight in morning direct to DC | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.229 |
| 11/17/2025 | PH-1 | $1,343.56 | Hotel in DC for Supreme Court oral argument; October 13 and 14; (excluding one meal of $40.70) | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.229 |
| 10/7/2025 | PH-1 | $749.96 | Airline travel (Delta Airlines) from Monroe to DC and back to Monroe; with baggage charge | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.229 |

**EXPENSES AFTER ALIGNMENT - Callais v. Landry**

*Entries on or after August 1, 2025 (Phases 3b, 4, 5)*

| Date | Invoice No. | Cost | Name/Description | Taxable? | Taxable Category | Recoverable as Nontaxable? | Nontaxable Category | Final Category | Expense Type | Procedural Phase | Page in fee request pdf |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/15/2025 | PH-1 | $734.96 | Airline travel for Supreme Court oral argument (from Jackson, Mississippi to DC and back to Jackson) | | | Yes | Travel | Travel | Nontaxable | 3b - After Case Set for Reargument | p.229 |
| 5/8/2026 | PH-1 | $124.45 | HOTEL: Baton Rouge Hampton Inn in Baton Rouge for Senate Committee hearing | | | Yes | Travel | Travel | Nontaxable | 4. Remedial Phase Through Act 2 Enactment | p.229 |
| 5/21/2026 | PH-1 | $115.34 | HOTEL: Baton Rouge Hampton Inn in Baton Rouge for House Committee hearing | | | Yes | Travel | Travel | Nontaxable | 4. Remedial Phase Through Act 2 Enactment | p.229 |

**SUMMARY**

| | | |
|---|---|---|
| | Entries Include | 92 |
| | **Total Cost** | **$28,517.56** |

| Date | Source Row | Category | Amount | Description | Destination/Route |
|---|---|---|---|---|---|
| 2025-02-25 | 30 | Airfare | $1,025.97 | AIRLINE TICKET: Flight from Monroe to DFW to DC to observe oral argument | Monroe, LA via DFW to Washington, DC |
| 2025-02-25 | 31 | Hotel Stay | $729.84 | HOTEL: Hyatt Regency (Capitol Hill) for observation of oral argument | Washington, DC |
| 2025-03-12 | 39 | Hotel Stay | $735.04 | HOTEL: Hotel charge at Hyatt Regency for night of March 12, 2025 | Washington, DC |
| 2025-03-12 | 37 | Airfare | $1,099.96 | AIRLINE TICKET: Flight from Monroe, Louisiana to Washington, and back | Monroe, LA to Washington, DC |
| 2025-03-19 | 40 | Hotel Stay | $762.17 | HOTEL: Attendance at moot court in Washington (Heritage Foundation) | Washington, DC |
| 2025-03-22 | 42 | Airfare | $1,151.07 | AIRLINE TICKET: Flight from Monroe to DC for Oral Argument at Supreme Court | Monroe, LA to Washington, DC |
| | | **GRAND TOTAL** | **$5,504.05** | **6 items total** | |