IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| PHILLIP CALLAIS, et al., | ) | |
| | ) | Case No. 3:24-cv-00122-DCJ-CES-RRS |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | District Judge David C. Joseph |
| | ) | Circuit Judge Carl E. Stewart |
| NANCY LANDRY, IN HER OFFICIAL | ) | District Judge Robert R. Summerhays |
| CAPACITY AS LOUISIANA | ) | |
| SECRETARY OF STATE, et al., | ) | Magistrate Judge Kayla D. McClusky |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR EXTENSION OF PAGES**

COME NOW Plaintiffs Callais et al. who hereby file this motion to exceed by 10 pages the page limits of Local Civil Rule 7.1 for their Reply Memorandum in Support of Their Motion for Attorneys' Fees and Bill of Costs in response to the State and Secretary of State's Response Memorandum. The State and Secretary of State ("the State Defendants") take no position on this motion. Good cause exists here.

The State Defendants have filed a 23-page Response to Plaintiffs' Motion for Fees and Costs that raises a myriad of discrete, contested issues and over 80 pages in Exhibits, which include additional arguments on deductions to Plaintiffs' time entries. In the argument section of their Response Brief, alone, the State Defendants list 16 different headings and sub-headings, most of which raise distinct arguments and some of which contain multiple arguments. Plaintiffs require a short extension to enable them to adequately respond to the State Defendants' objections.

For the foregoing reasons, Plaintiffs respectfully ask for an extension of 10 pages for their Reply to the State Defendant's Response, for a total of 20 pages.

Dated this 18th day of August, 2026

PAUL LOY HURD, APLC
/s/ Paul Loy Hurd
Paul Loy Hurd
Louisiana Bar No. 13909
1896 Hudson Circle, Suite 5
Monroe, Louisiana 71201
Tel.: (318) 323-3838
paul@paulhurdlawoffice.com
*Attorney for Plaintiffs*

Respectfully submitted,

GRAVES GARRETT GREIM LLC
/s/ Edward D. Greim
Edward D. Greim,* Mo. Bar No. 54034
Matthew Mueller,* Mo. Bar No. 70263
Katherine E. Mitra,* Mo. Bar No. 74671
Sarah R. Pineau,* Mo. Bar No. 74483
**Admitted Pro Hac Vice*
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Tel.: (816) 256-3181
Fax: (816) 256-5958
edgreim@gravesgarrett.com
mmueller@gravesgarrett.com
kmitra@gravesgarrett.com
spineau@gravesgarrett.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I do hereby certify that, on this 18th day of August, 2026, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which gives notice of filing to all counsel of record.

/s/ Edward D. Greim
Edward D. Greim
*Attorney for Plaintiffs*