IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| PHILLIP CALLAIS, et al., | ) | |
| | ) | Case No. 3:24-cv-00122-DCJ-CES-RRS |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | District Judge David C. Joseph |
| | ) | Circuit Judge Carl E. Stewart |
| NANCY LANDRY, IN HER OFFICIAL CAPACITY AS LOUISIANA SECRETARY OF STATE, et al., | ) | District Judge Robert R. Summerhays |
| | ) | Magistrate Judge Kayla D. McClusky |
| Defendants. | ) | |

**[PROPOSED] ORDER**

CONSIDERING Plaintiffs' Motion for Extension of Pages, IT IS ORDERED that the Motion is GRANTED. Plaintiffs shall have an additional ten (10) pages for their Reply Memorandum in Support of Their Motion for Attorneys' Fees and Bill of Costs.

This ___ day of August, 2026.

_________________________________
United States District Court, Western District of Louisiana, Monroe Division