**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**

PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, and ROLFE MCCOLLISTER,

*Plaintiffs*,

v.

NANCY LANDRY, in her official capacity as Secretary of State for Louisiana,

*Defendant*.

Civil Action No. 3:24-cv-00122

Circuit Judge Carl E. Stewart

Judge David C. Joseph

Judge Robert R. Summerhays

**_ROBINSON_ AND _GALMON_ INTERVENORS' REPLY TO THE STATE OF LOUISIANA'S OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS**

The *Robinson* and *Galmon* Intervenor-Defendants (together "Intervenors") submit this response to the State of Louisiana's Memorandum in Opposition to Plaintiffs' Motion for Attorneys' Fees and Expenses ("Opposition"). In its Opposition, the State argues that it should not be liable for fees incurred by Plaintiffs' counsel to "address the … Intervenors' actions in this case." See Opp. at 14-15. Intervenors understand the State to be seeking a reduction of any fee award the Court may order against it, and not to be suggesting that Intervenors may be held liable for attorneys' fees in this case. Intervenors take no position on the State's request for a reduction in fees. On the issue of Intervenors' responsibility for fees, however, the parties all seem to be in agreement that Intervenors bear no such responsibility. *See* Plaintiffs' Motion for Attorneys' Fees and Bill of Costs, at 13 n.1 (asserting that only the State and Secretary of State are responsible for paying any fee award). Insofar as the State's Opposition suggests otherwise, it is incorrect. Should the Court contemplate assessing fees against the Intervenors, however, Intervenors respectfully request the Court order a briefing deadline to provide Intervenors an opportunity to explain that intervenors cannot be held liable for attorney's fees in these circumstances. *See, e.g.*, *Indep. Fed'n of Flight Attendants v. Zipes*, 491 U.S. 754, 758 (1989) (concluding that plaintiffs are "[unable] generally to recover fees against intervenors"); *Hopwood v. State of Texas*, 236 F.3d 256, 280 (5th Cir. 2000) (similar).

DATED: August 19, 2026

Respectfully submitted,

By: /s/ *Tracie L. Washington*
Tracie L. Washington
LA. Bar No. 25925
Louisiana Justice Institute
8004 Belfast St.
New Orleans, LA 70125
Tel: (504) 872-9134
tracie.washington.esq@gmail.com

*Counsel for Robinson Intervenors Dorothy Nairne, Martha Davis, Clee Earnest Lowe, and Rene Soulé*

Stuart Naifeh*
Victoria Wenger*
John S. Cusick*
NAACP Legal Defense and
Educational Fund, Inc.
40 Rector St., 5th Floor
New York, NY 10006
Tel: (212) 965-2200
snaifeh@naacpldf.org
vwenger@naacpldf.org
jcusick@naacpldf.org
cburke@naacpldf.org

I. Sara Rohani*
NAACP Legal Defense and
Educational Fund, Inc.
700 14th St. N.W. Ste. 600
Washington, DC 20005
Tel: (202) 682-1300
srohani@naacpldf.org

Robert A. Atkins*
Yahonnes Cleary*
Amitav Chakraborty*
Adam P. Savitt*
Arielle B. McTootle*
Robert Klein*
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Ave. of the Americas
New York, NY 10019
Tel: (212) 373-3000

By: /s/ *John Adcock*
John Adcock
Adcock Law LLC
8131 Oak St., Unit 100
New Orleans, LA 70118
Tel: (504) 233-3125
jnadcock@gmail.com

*Counsel for the Robinson Intervenors*

Sarah Brannon*
American Civil Liberties Union Foundation
915 15th St., N.W.
Washington, DC 20005
sbrannon@aclu.org

Sophia Lin Lakin*
American Civil Liberties Union Foundation
125 Broad St., 18th Floor
New York, NY 10004
slakin@aclu.org

Nora Ahmed*
ACLU Foundation of Louisiana
1340 Poydras St., Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
nahmed@laaclu.org

T. Alora Thomas-Lundborg*
Race and Law Clinic
Harvard Law School
6 Everett St., Ste. 4105
Cambridge, MA 02138
Tel: (617) 495-5202
tthomaslundborg@law.harvard.edu

Fax: (212) 757-3990
ratkins@paulweiss.com
ycleary@paulweiss.com
achakraborty@paulweiss.com
asavitt@paulweiss.com
amctootle@paulweiss.com
rklein@paulweiss.com

*Additional counsel for Robinson Intervenors*

s/ J.E. Cullens, Jr.

J. E. Cullens, Jr. (LA # 23011)
Andrée Matherne Cullens (LA # 23212)
Stephen Layne Lee (LA # 17689)
WALTERS, THOMAS, CULLENS, LLC
12345 Perkins Road, Bldg. One
Baton Rouge, LA 70810
(225) 236-3636
cullens@lawbr.net
acullens@lawbr.net
laynelee@lawbr.net

s/ Abha Khanna

Abha Khanna* (# 917978)
ELIAS LAW GROUP LLP
1700 Seventh Ave., Suite 2100
Seattle, WA 98101
(206) 656-0177
akhanna@elias.law

Lalitha D. Madduri* (# 917979)
Jacob D. Shelly* (# 917980)
Qizhou Ge* (# 917977)
ELIAS LAW GROUP LLP
250 Massachusetts Ave. NW,
Suite 400
Washington, DC 20001
(202) 948-1135
lmadduri@elias.law
jshelly@elias.law
age@elias.law

* Admitted *pro hac vice*

*Counsel for Galmon Intervenors*

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which provides electronic notice of filing to all counsel of record, on this 19th day of August, 2026.

/s/ *John Adcock*

John Adcock