# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| PHILLIP CALLAIS, et al., | ) | |
| | ) | Case No. 3:24-cv-00122-DCJ-CES-RRS |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | District Judge David C. Joseph |
| | ) | Circuit Judge Carl E. Stewart |
| NANCY LANDRY, IN HER OFFICIAL | ) | District Judge Robert R. Summerhays |
| CAPACITY AS LOUISIANA | ) | |
| SECRETARY OF STATE, et al., | ) | Magistrate Judge Kayla D. McClusky |
| | ) | |
| Defendants. | ) | |

**SECOND DECLARATION OF EDWARD D. GREIM IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES**

I, Edward D. Greim, pursuant to 28 U.S.C. § 1746, declare:

1. I have served at all times as lead co-counsel for Plaintiffs in the above-referenced matter.

2. Plaintiffs' counsel's responses to the media as flagged in Doc. 336-1, Ex. 1-D were imperative to Plaintiffs' success in this matter. Specifically, those interviews and appearances helped balance the wealth of negative publicity against Plaintiffs and their fight against this racial gerrymander and attracted *amici curiae* in support of Plaintiffs, whose presence in the Supreme Court was a key part of Plaintiffs' success on appeal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 11, 2026.

*/s/ Edward D. Greim*
Edward D. Greim