**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| **PHILLIP CALLAIS, ET AL.** | **CIV. ACTION NO. 3:24-00122** |
| **VERSUS** | **CIRCUIT JUDGE CARL E. STEWART**<br>**DIST. JUDGE ROBERT R. SUMMERHAYS**<br>**DIST. JUDGE DAVID C. JOSEPH** |
| **NANCY LANDRY, in her official capacity as LOUISIANA SECRETARY OF STATE** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**O R D E R**

Before the Court is a motion for attorneys' fees and expenses [doc. # 322] filed by Plaintiffs Phillip Callais, et al. ("Plaintiffs"). On August 17, 2026, Intervenor, the State of Louisiana, and Defendant, Nancy Landry, Louisiana Secretary of State (collectively, the "State"), filed a brief opposing recovery of any fees against the State, or, alternatively, a significant reduction of the claimed fees on various grounds. (State Opp. Memo. [doc. # 336]). With that brief, the State submitted tables that set forth the total number of time entries, the amount of time spent by Plaintiffs' counsel's firm(s), the fees requested, and the State's proposed reduction percentage. *See* Fees for Exclusion or Reduction [doc. # 336-1].

However, to calculate the amount of "Fees requested" column in each table, the State appears to have utilized a blended fee rate (or a tally of requested rates). Because the Court is tasked with determining a reasonable hourly rate for each legal professional employed by Plaintiffs, which may differ from Plaintiffs' proposed rates, the State's calculation of the fees that it proposes to be reduced in its tables is unusable.

Rather, for *each* of the ten categories/tables set forth in its Fees for Exclusion or Reduction, the Court requires a breakdown of the time spent by *each* legal professional for work

performed, "[b]efore supplemental briefing order," as well as for work performed "[a]fter supplemental briefing ordered." While this information may be gleaned from the lengthy spreadsheet of time entries that the State attached to its Fees for Exclusion or Reduction,[1] the Court has but limited available resources. Moreover, having created the spreadsheet, the State may be better positioned to readily marshal and generate the information necessitated by its arguments.

Accordingly,

IT IS ORDERED that, on or before October 15, 2026, the State shall supplement its exhibit titled, Fees for Exclusion or Reduction, to list the total amount of time expended by each of Plaintiffs' legal professionals (by name) in each of the ten categories/tables for entries that occurred both "[b]efore supplemental briefing ordered" and "[a]fter supplemental briefing ordered."[2] In other words, for *each* table, two time totals should be listed for each legal professional: one time total for each legal professional should be listed for work performed "[b]efore supplemental briefing ordered," and one time total for each legal professional for work performed "[a]fter supplemental briefing ordered."

In Chambers, at Monroe, Louisiana, on this 8th day of October, 2026.

KAYLA DYE MCCLUSKY
UNITED STATES MAGISTRATE JUDGE

[1] The State reviewed Plaintiffs' counsel's time entries and created a spreadsheet that listed, among other things, the name of the person performing each task, a description of the work performed, the amount of time expended, the rate range for the individual, and the procedural phase of the trial. [doc. # 336-1].

[2] The Court is seeking clarification of provided data, not additional briefing.