**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| PHILLIP CALLAIS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State of the State of Louisiana,<br><br>Defendant. | Civil Action: 3:24-cv-00122<br><br>Hon. Carl E. Stewart<br>Hon. Robert R. Summerhays<br>Hon. David C. Joseph<br><br>Hon. Kayla D. McClusky |

## THE STATE'S SUPPLEMENTAL EXHIBIT

The Court has requested that the State "supplement its exhibit titled, Fees for Exclusion or Reduction" to show "for each table" and "each legal professional" two time totals for the work performed (1) "before supplemental briefing [was] ordered" and (2) "after supplemental briefing [was] ordered." ECF 343 at 2 (citation modified). Accordingly, the State submits this supplemental exhibit with updated tables.

Because the Court will "determin[e] a reasonable hourly rate for each legal professional employed by Plaintiffs," ECF 343 at 1, this supplement provides only the number of hours that each legal professional worked both before and after the Supreme Court's supplemental briefing order so that the Court may apply its determined rates to those hours. This supplement provides some dollar amounts only to show the relative size of each category. Every dollar amount in this supplement was calculated in the same manner as the dollar amounts in the State's original exhibit (ECF 336-1). Each amount is the sum of the dollar amounts that Plaintiffs'

invoices assign to the listed time entries, meaning the number of hours that Plaintiffs billed for each entry multiplied by the hourly rate Plaintiffs billed for the timekeeper who recorded that entry. These amounts do not reflect any of Plaintiffs' invoice-level courtesy discounts or the State's proposed deductions.

In preparing this supplement, the State corrected a few errors in its previous tables, which has resulted in a net decrease of 60.10 hours and $27,273.75 (calculated as described above) across all tables. Specifically:

- In the Table for Section 2, the State (a) removed thirty entries for Paul Loy Hurd (42.60 hours) dated January 26, 2024, through March 22, 2025, which predate the August 1, 2025 order for supplemental briefing and were included in that table in error; (b) removed twelve entries (14.35 hours) that appeared twice in the State's compilation but only once in Plaintiffs' invoices; and (c) corrected two entries from 0.00 to 0.25 and 1.10 hours, consistent with the amounts billed (net decrease 55.60).

- In the Table for Section 3, the State removed four entries billed at $0.00 (decrease 3.50).

- In the Table for Section 5, the State corrected one entry from 0.00 to 1.00 hours (increase 1.00).

- In the Table for Section 7, the State removed one travel entry that appeared twice in the State's compilation but only once in Plaintiffs' invoices (decrease 3.00).

- In the Table for Section 8, the State corrected one entry from 0.00 to 1.00 hours (increase 1.00).

- In the Table for Section 9, all 122.70 hours are now reported as after supplemental briefing was ordered (instead of before that briefing as was stated in ECF 336-1) because every entry is dated in June 2026.

- The State also corrected the names of four timekeepers—Brett Mordecai, Salvatore Paris, Leila Hao, and Matthew Kuckleman—who were misidentified in ECF 336-1, Exhibits 1-A through 1-J.

- Entries in the Tables for Sections 1-A, 1-B, 4, and 6 remain unchanged.

## UPDATED TABLES

**Updated Table for Section 1-A (ECF 336-1 at 1)**: The table below identifies Plaintiffs' entries that are exclusively or predominantly private-intervenor-related tasks, the hours spent on them, the fees at Plaintiffs' billed rates, and the State's proposed deductions.

| Legal Professional | Firm | Before supplemental briefing ordered (hours) | After supplemental briefing ordered (hours) | Total (hours) | Percentage To Be Deducted |
|---|---|---|---|---|---|
| Katie Mitra | GGG | 233.30 | 13.20 | 246.50 | 100% |
| Jackson Tyler | GGG | 102.90 | 0.00 | 102.90 | 100% |
| Edward D. Greim | GGG | 67.30 | 5.10 | 72.40 | 100% |
| Rebekah Smith | GGG | 13.80 | 0.00 | 13.80 | 100% |
| Paul Loy Hurd | Hurd | 10.80 | 1.45 | 12.25 | 100% |
| Matthew Mueller | GGG | 5.30 | 2.90 | 8.20 | 100% |
| Christina Black | GGG | 1.40 | 0.60 | 2.00 | 100% |
| Sarah Pineau | GGG | 0.00 | 0.60 | 0.60 | 100% |
| Leah Bye | GGG | 0.00 | 0.30 | 0.30 | 100% |
| **Total** | | **434.80** | **24.15** | **458.95** | **100%** |

**Updated Table for Section 1-B (ECF 336-1 at 2)**: The table below identifies entries that are partially attributable to private-intervenor-related tasks (block-billed), the hours spent on them, the fees at Plaintiffs' billed rates, and the State's proposed deductions. The deductions reflect a 25% discount for block-billed fee requests consistent with Fifth Circuit precedent, and an additional 25% discount for time allocated to private-intervenor-related tasks.

| Legal Professional | Firm | Before supplemental briefing ordered (hours) | After supplemental briefing ordered (hours) | Total (hours) | Percentage To Be Deducted |
|---|---|---|---|---|---|
| Edward D. Greim | GGG | 140.10 | 14.00 | 154.10 | 43.75% |
| Jackson Tyler | GGG | 135.60 | 0.00 | 135.60 | 43.75% |
| Katie Mitra | GGG | 103.30 | 5.30 | 108.60 | 43.75% |
| Rebekah Smith | GGG | 21.30 | 0.00 | 21.30 | 43.75% |
| Brad Bodamer | GGG | 9.40 | 0.00 | 9.40 | 43.75% |
| Paul Loy Hurd | Hurd | 2.45 | 5.50 | 7.95 | 43.75% |
| Brett Mordecai | GGG | 5.40 | 0.00 | 5.40 | 43.75% |
| Matthew Mueller | GGG | 2.90 | 0.40 | 3.30 | 43.75% |
| Christina Black | GGG | 3.00 | 0.00 | 3.00 | 43.75% |
| **Total** | | **423.45** | **25.20** | **448.65** | **43.75%** |

**Updated Table for Section 2 (ECF 336-1 at 2)**: The table below identifies each legal professional's work performed after the Supreme Court ordered supplemental briefing, the hours they spent, the fees at Plaintiffs' billed rates, and the State's proposed deductions. Altogether, the work performed by all legal professionals after the Supreme Court ordered supplemental briefing totals 1,201.80 hours and $623,339.13 in fees at Plaintiffs' billed rates. These entries should be excluded entirely as attributable to Plaintiffs.

| Legal Professional | Firm | Before supplemental briefing ordered (hours) | After supplemental briefing ordered (hours) | Total (hours) | Percentage To Be Deducted |
|---|---|---|---|---|---|
| Katie Mitra | GGG | 0.00 | 378.70 | 378.70 | 100% |
| Edward D. Greim | GGG | 0.00 | 346.80 | 346.80 | 100% |
| Paul Loy Hurd | Hurd | 0.00 | 260.10 | 260.10 | 100% |
| Matthew Mueller | GGG | 0.00 | 112.70 | 112.70 | 100% |
| Sarah Pineau | GGG | 0.00 | 37.00 | 37.00 | 100% |
| Christina Black | GGG | 0.00 | 20.60 | 20.60 | 100% |
| Nichole Kruger | GGG | 0.00 | 13.60 | 13.60 | 100% |
| Leah Bye | GGG | 0.00 | 12.10 | 12.10 | 100% |
| Leila Hao | GGG | 0.00 | 8.60 | 8.60 | 100% |
| Matthew Kuckleman | GGG | 0.00 | 7.70 | 7.70 | 100% |
| Salvatore Paris | GGG | 0.00 | 3.90 | 3.90 | 100% |

| Legal Professional | Firm | Before supplemental briefing ordered (hours) | After supplemental briefing ordered (hours) | Total (hours) | Percentage To Be Deducted |
|---|---|---|---|---|---|
| **Total** | | **0.00** | **1,201.80** | **1,201.80** | **100%** |

**Updated Table for Section 3 (ECF 336-1 at 3)**: The table below identifies entries for Plaintiffs' time devoted to media and public relations, the hours spent on that work, the fees at Plaintiffs' billed rates, and the State's proposed deductions. Time entries attributable to media and public relations total 54.70 hours and $35,098.25 in fees at Plaintiffs' billed rates. These should be excluded entirely as media and public-relations work is non-compensable.

| Legal Professional | Firm | Before supplemental briefing ordered (hours) | After supplemental briefing ordered (hours) | Total (hours) | Percentage To Be Deducted |
|---|---|---|---|---|---|
| Edward D. Greim | GGG | 20.00 | 19.60 | 39.60 | 100% |
| Paul Loy Hurd | Hurd | 10.40 | 4.30 | 14.70 | 100% |
| Sarah Pineau | GGG | 0.00 | 0.40 | 0.40 | 100% |
| **Total** | | **30.40** | **24.30** | **54.70** | **100%** |

**Updated Table for Section 4 (ECF 336-1 at 3)**: The table below identifies entries attributable to legislative and political strategy, the hours spent on them, the fees at Plaintiffs' billed rates, and the State's proposed deductions. Time entries attributable to legislative and political strategy total 48.10 hours and $16,603.13 in fees at Plaintiffs' billed rates. These should be excluded entirely as belonging to a non-compensable category.

| **Legal Professional** | **Firm** | **Before supplemental briefing ordered (hours)** | **After supplemental briefing ordered (hours)** | **Total (hours)** | **Percentage To Be Deducted** |
|---|---|---|---|---|---|
| Paul Loy Hurd | Hurd | 0.45 | 45.35 | 45.80 | 100% |
| Edward D. Greim | GGG | 1.80 | 0.00 | 1.80 | 100% |
| Matthew Mueller | GGG | 0.00 | 0.40 | 0.40 | 100% |
| Katie Mitra | GGG | 0.00 | 0.10 | 0.10 | 100% |
| **Total** | | **2.25** | **45.85** | **48.10** | **100%** |

**Updated Table for Section 5 (ECF 336-1 at 4)**: The table below identifies entries for clerical work, the hours spent on that work, the fees at Plaintiffs' billed rates, and the State's proposed deductions. Time entries attributable to clerical work total 54.50 hours and $21,931.00 in fees at Plaintiffs' billed rates. The State's deductions reflect a 90% discount for clerical work.

| Legal Professional | Firm | Before supplemental briefing ordered (hours) | After supplemental briefing ordered (hours) | Total (hours) | Percentage To Be Deducted |
|---|---|---|---|---|---|
| Rebekah Smith | GGG | 24.90 | 0.00 | 24.90 | 90% |
| Edward D. Greim | GGG | 6.90 | 4.30 | 11.20 | 90% |
| Katie Mitra | GGG | 0.70 | 10.00 | 10.70 | 90% |
| Paul Loy Hurd | Hurd | 3.90 | 0.50 | 4.40 | 90% |
| Christina Black | GGG | 0.00 | 1.50 | 1.50 | 90% |
| Nichole Kruger | GGG | 0.00 | 1.00 | 1.00 | 90% |
| Leah Bye | GGG | 0.00 | 0.50 | 0.50 | 90% |
| Matthew Mueller | GGG | 0.30 | 0.00 | 0.30 | 90% |
| **Total** | | **36.70** | **17.80** | **54.50** | **90%** |

**Updated Table for Section 6 (ECF 336-1 at 4)**: The table below identifies entries for business and client development, the hours spent on them, the fees at Plaintiffs' billed rates, and the State's proposed deductions. Time entries attributable to business and client development total 5.20 hours and $2,067.00 in fees at Plaintiffs' billed rates. These should be excluded entirely as business and client development are non-compensable.

| Legal Professional | Firm | Before supplemental briefing ordered (hours) | After supplemental briefing ordered (hours) | Total (hours) | Percentage To Be Deducted |
|---|---|---|---|---|---|
| Matthew Mueller | GGG | 4.20 | 0.00 | 4.20 | 100% |
| Paul Loy Hurd | Hurd | 1.00 | 0.00 | 1.00 | 100% |
| **Total** | | **5.20** | **0.00** | **5.20** | **100%** |

**Updated Table for Section 7 (ECF 336-1 at 5)**: The table below identifies entries for travel, the hours spent on them, the fees at Plaintiffs' billed rates, and the State's proposed deductions. Entries for time spent traveling total 287.25 hours and $129,940.88 in fees at Plaintiffs' billed rates. This does not include entries for travel included in the non-compensable categories above. A 50% discount should be applied to these entries consistent with Fifth Circuit precedent.

| Legal Professional | Firm | Before supplemental briefing ordered (hours) | After supplemental briefing ordered (hours) | Total (hours) | Percentage To Be Deducted |
|---|---|---|---|---|---|
| Katie Mitra | GGG | 74.80 | 18.30 | 93.10 | 50% |
| Paul Loy Hurd | Hurd | 68.25 | 13.00 | 81.25 | 50% |
| Jackson Tyler | GGG | 32.60 | 0.00 | 32.60 | 50% |
| Edward D. Greim | GGG | 12.00 | 20.50 | 32.50 | 50% |
| Matthew Mueller | GGG | 0.00 | 20.50 | 20.50 | 50% |
| Brad Bodamer | GGG | 18.40 | 0.00 | 18.40 | 50% |
| Rebekah Smith | GGG | 8.90 | 0.00 | 8.90 | 50% |
| **Total** | | **214.95** | **72.30** | **287.25** | **50%** |

**Updated Table for Section 8 (ECF 336-1 at 5–6)**: The table below identifies block-billed entries, the hours spent on them, the fees at Plaintiffs' billed rates, and the State's proposed deductions. These entries do not include block-billed entries included in the non-compensable or only partially compensable categories above. Even so, these entries total 1,543.45 hours and $776,602.00 in fees at Plaintiffs' billed rates, a staggering 23.1% of *all* time entries and 36.6% of *all* fees at Plaintiffs' billed rates. Plaintiffs' average time entry was 2.35 hours, but they included 17 time entries for 12 or more hours (totaling 252.60 hours and $122,425.50 in fees at Plaintiffs' billed rates). A 25% discount should be applied to these block-billed entries consistent with Fifth Circuit precedent.

| Legal Professional | Firm | Before supplemental briefing ordered (hours) | After supplemental briefing ordered (hours) | Total (hours) | Percentage To Be Deducted |
|---|---|---|---|---|---|
| Katie Mitra | GGG | 347.80 | 181.30 | 529.10 | 25% |
| Edward D. Greim | GGG | 342.40 | 170.20 | 512.60 | 25% |
| Jackson Tyler | GGG | 230.30 | 0.00 | 230.30 | 25% |
| Paul Loy Hurd | Hurd | 33.00 | 38.35 | 71.35 | 25% |
| Matthew Mueller | GGG | 11.60 | 54.30 | 65.90 | 25% |
| Rebekah Smith | GGG | 56.40 | 0.00 | 56.40 | 25% |
| Brad Bodamer | GGG | 34.90 | 0.00 | 34.90 | 25% |
| Sarah Pineau | GGG | 0.00 | 23.90 | 23.90 | 25% |

| Legal Professional | Firm | Before supplemental briefing ordered (hours) | After supplemental briefing ordered (hours) | Total (hours) | Percentage To Be Deducted |
|---|---|---|---|---|---|
| Christina Black | GGG | 0.00 | 11.00 | 11.00 | 25% |
| Nichole Kruger | GGG | 0.60 | 7.40 | 8.00 | 25% |
| **Total** | | **1,057.00** | **486.45** | **1,543.45** | **25%** |

**Updated Table for Section 9 (ECF 336-1 at 6)**: The table below identifies entries for preparing Plaintiffs' fee request, the hours spent on them, the fees at Plaintiffs' billed rates, and the State's proposed deductions.

| Legal Professional | Firm | Before supplemental briefing ordered (hours) | After supplemental briefing ordered (hours) | Total (hours) | Percentage To Be Deducted |
|---|---|---|---|---|---|
| Katie Mitra | GGG | 0.00 | 49.90 | 49.90 | 100% |
| Edward D. Greim | GGG | 0.00 | 25.90 | 25.90 | 100% |
| Nichole Kruger | GGG | 0.00 | 10.70 | 10.70 | 100% |
| Leah Bye | GGG | 0.00 | 10.00 | 10.00 | 100% |
| Christina Black | GGG | 0.00 | 9.10 | 9.10 | 100% |
| Leila Hao | GGG | 0.00 | 8.60 | 8.60 | 100% |
| Matthew Kuckleman | GGG | 0.00 | 7.70 | 7.70 | 100% |
| Sarah Pineau | GGG | 0.00 | 0.50 | 0.50 | 100% |

| **Legal Professional** | **Firm** | **Before supplemental briefing ordered (hours)** | **After supplemental briefing ordered (hours)** | **Total (hours)** | **Percentage To Be Deducted** |
|---|---|---|---|---|---|
| Matthew Mueller | GGG | 0.00 | 0.30 | 0.30 | 100% |
| **Total** | | **0.00** | **122.70** | **122.70** | **100%** |

Dated: October 15, 2026

NANCY LANDRY
Louisiana Secretary of State

*/s/ Jennifer Bollinger*
JENNIFER BOLLINGER
La. Bar Roll No. 32349
Executive Counsel
Secretary of State Nancy Landry
8585 Archives Ave.
Baton Rouge, LA 70809

Respectfully submitted,

ELIZABETH B. MURRILL
Attorney General of Louisiana

MORGAN BRUNGARD (LA 40298)
Deputy Solicitor General

OFFICE OF THE ATTORNEY GENERAL
Louisiana Department of Justice
1885 N. Third St.

Telephone: (225) 362-5101
Jennifer.bollinger@sos.la.gov

JOHN C. WALSH
Louisiana Bar Roll No. 24903
SHOWS, CALI & WALSH, L.L.P.
628 St. Louis St.
P.O. Box 4225
Baton Rouge, LA 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-5561
john@scwllp.com

*Counsel for the Secretary of State*

Baton Rouge, LA 70802
(225) 324-9866
BrungardM@ag.louisiana.gov

*<u>/s/ Jason Torchinsky</u>*
JASON TORCHINSKY *

Holtzman Vogel Baran
Torchinsky & Josefiak PLLC
2300 N. Street NW, Suite 643
Washington, DC 20037
(540) 341-8808
jtorchinsky@holtzmanvogel.com
**Admitted pro hac vice*

*Counsel for the State of Louisiana*