**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **PHILLIP CALLAIS ET AL** | **CASE NO. 3:24-CV-00122** |
| **VERSUS** | **THREE-JUDGE COURT** |
| **NANCY LANDRY** | |

**MINUTES OF COURT:**
**Motions hearing**

| | | | |
|---|---|---|---|
| Date: | 10/27/26 | Presiding: | Judge David C. Joseph<br>Circuit Judge Carl E. Stewart<br>Judge Robert R. Summerhays |
| Court Opened: | 10:35 am | Courtroom Deputy: | Dru Casebonne/Chrissy Craig |
| Court Adjourned: | 11:40 am | Court Reporter: | Diana Cavenah |
| Statistical Time: | 65mins | Courtroom: | Courtroom 1 |

**APPEARANCES**

| | | |
|---|---|---|
| Paul L Hurd<br>Edward D Greim<br>Katherine Graves<br>Dalton L Oldham | For | Phillip Callais, All Plaintiffs |
| Stuart Naifeh<br>Victoria Wenger<br>Sarah Brannon (Rohani?) | For | Press Robinson, All Intervenor Plaintiffs |
| Morgan Elizabeth Brungard<br>Jason Brett Torchinsky | For | State of Louisiana, Intervenor Defendant |
| Jacob Shelly | For | Galmon Group, All Intervenors |
| John Carroll Walsh<br>Jennifer Olivier Bollinger<br>Valerie Mayhall | For | Nancy Landry, In her official capacity as Secretary of State, Defendant |

**PROCEEDINGS**

Case called for Motions hearing re: [313] *Robinson* and *Galmon* Intervenors' Motion to Dismiss Plaintiffs' Complaint and [329] The State's Rule 60(b) Motion to Vacate Permanent Injunction and Judgment.

After hearing oral argument, the Court took the matters submitted under advisement.