**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**PHILLIP CALLAIS, ET AL** | **CIVIL DOCKET NO. 3:24-CV-00122 DCJ-CES-RRS**

**VERSUS** | **THREE-JUDGE COURT**

**NANCY LANDRY**

**ORDER**

Presently before the Court are *ROBINSON AND GALMON* INTERVENORS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT [Doc. 313] and THE STATE'S RULE 60(b) MOTION TO VACATE PERMANENT INJUNCTION AND JUDGMENT filed by the State of Louisiana [Doc. 329] (the "Motions"). Plaintiffs and the State of Louisiana filed responses to the Intervenors' Motion to Dismiss [Docs. 328, 330], to which Intervenors filed a reply [Doc. 332]. Plaintiffs also filed a response to the State's Rule 60(b) Motion [Doc. 333]. The three-judge Court heard oral argument on the Motions on October 27, 2026.

After consideration, the Court will DEFER ruling on the Motions until after the previously established deadline of December 15, 2026, for "[a]ny party objecting to SB 121" to file briefs "setting forth the legal basis for its objection" and the January 20, 2027, deadline for "[a]ny party opposing or responding to" any objections. [Doc. 325]. The parties shall thereafter continue following the deadlines established in the Scheduling Order [Doc. 325] absent further order of this Court. The parties are directed to focus any objections or responses filed pursuant to the Scheduling Order [Doc. 325] on whether SB 121 "violates anew" either the constitutional or statutory

voting rights claims previously decided in this matter by this Court and the United States Supreme Court.

THUS, DONE AND SIGNED in Chambers on this 29th day of October 2026.

CARL E. STEWART
UNITED STATES CIRCUIT JUDGE

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE