**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**

PHILLIP CALLAIS, et al.,

Plaintiffs,

v.

NANCY LANDRY, in her official capacity as Secretary of State of the State of Louisiana,

Defendant.

Civil Action: 3:24-cv-00122

Hon. Carl E. Stewart
Hon. Robert R. Summerhays
Hon. David C. Joseph

## THE STATE'S MOTION FOR EXTENSION OF TIME TO OBJECT TO THE REPORT AND RECOMMENDATION ON ATTORNEY FEES

Magistrate Judge Kayla McClusky recently issued a Report and Recommendation (ECF 345, the "Fee R&R") on Plaintiffs' motion for attorney's fees and costs (ECF 322). The Fee R&R gives the parties 14 days or until November 10, 2026, "to file specific, written objections" and another 14 days to "respond to another party's objections." ECF 345 at 48. The Fee R&R has been referred to the three-judge District Court under Rule 54(d)(2)(D).

Under Federal Rule of Civil Procedure 6(b)(1)(A), the State of Louisiana respectfully moves the three-judge Court to extend the parties' deadline under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b)(2) to file objections to the Fee R&R" until 30 days after entry of an order of dismissal or a final judgment concluding this case, with responses due as provided by Rule 72(b)(2). Plaintiffs oppose this motion. The Secretary of State does not oppose this motion. And the *Robinson* and *Galmon* Intervenors take no position on this motion.

Good cause exists for this motion. *See* Fed. R. Civ. P. 6(b)(1)(A). For one, the current 14-day response period ends during the State's lead counsel's week-long trial in *Boudreaux v. St. Mary Par. Sch. Bd.*, No. 6:65-cv-11351 (W.D. La.) (Summerhays, J.).

For another, this extension conserves judicial and party resources. On October 29, 2026, the Court deferred ruling on the Robinson and Galmon Intervenors' Motion to Dismiss (ECF 313) and the State's Rule 60(b) Motion to Vacate Permanent Injunction and Judgment (ECF 329) until after the December 15, 2026 deadline for objections to the new map under Act 2 and the January 20, 2027 deadline for responses to any such objections. *See* ECF 347. At Plaintiffs' own request, the Court previously ordered that any fee motion be filed no earlier than 21 days after approval of a remedial plan (*see* ECFs 282, 288), and the remedial hearing, if warranted, is set for March 2–3, 2027. *See* ECF 325. Granting the State's requested extension would restore fee briefing to that previous timeline and allow any fees appeal to proceed along the same timeline as any merits appeal.

The Fee R&R's prevailing-party determination rests on the permanent injunction (ECF 345 at 14–17), which, as the Fee R&R itself recognized, remains in effect only "for now." ECF 345 at 17. Although the State believes that Plaintiffs are not prevailing parties at all under binding Supreme Court precedent, this Court's consideration of the Fee R&R will—as the Magistrate Judge's analysis indicates—implicate the Court's resolution of the Motion to Dismiss and Motion to Vacate, which is deferred for now. And if the case continues, any further fee requests arising from

the Act 2 proceedings (to which the State would object) will be presented after final judgment. Extending the current objection deadline to 30 days after the case concludes will allow the Court to decide all fee questions together on a complete record.

The Court has authority to grant this extension. Rule 6(b)(1)(A) permits the Court, for good cause, to extend a deadline when the request is made before the deadline expires. And the Court has inherent authority "to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). No party will be prejudiced by this extension, and the State does not bring this motion for delay. Accordingly, the Court should grant this motion.

Dated: November 2, 2026

Respectfully submitted,

ELIZABETH B. MURRILL
Attorney General of Louisiana

*/s/ Jason B. Torchinsky*
JASON B. TORCHISNKY*
Holtzman Vogel Baran
Torchinsky & Josefiak PLLC
2300 N Street NW, Suite 643
Washington, DC 20037
(540) 341-8808
jtorchinsky@holtzmanvogel.com

**Admitted pro hac vice*

MORGAN BRUNGARD (LA 40298)
Deputy Solicitor General
CAREY TOM JONES (LA 07474)
Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70804
(225) 324-9866
BrungardM@ag.louisiana.gov

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| PHILLIP CALLAIS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State of the State of Louisiana,<br><br>Defendant. | Civil Action: 3:24-cv-00122<br><br>Hon. Carl E. Stewart<br>Hon. Robert R. Summerhays<br>Hon. David C. Joseph |

## [PROPOSED] ORDER

Before the Court is the State of Louisiana's Motion for Extension of Time to Object to the Report and Recommendation on Attorney's Fees. Having considered the motion, the Court finds good cause under Federal Rule of Civil Procedure 6(b)(1)(A) and that resolving all fee questions together after this case concludes will promote judicial and party economy. Accordingly, the Motion is **GRANTED**.

IT IS **ORDERED** that the deadline for any party to file objections to the Report and Recommendation (ECF 345) is **EXTENDED**, and any objections shall be filed within thirty (30) days after entry of an order of dismissal or a final judgment concluding this case. Responses to any objections shall be due as provided by Federal Rule of Civil Procedure 72(b)(2).

THUS DONE AND SIGNED in Chambers on this ___ day of __________, 2026.

______________________________
CARL E. STEWART
UNITED STATES CIRCUIT JUDGE

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE