**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **PHILLIP CALLAIS, ET AL** | **CIVIL DOCKET NO. 3:24-CV-00122 DCJ-CES-RRS** |
| **VERSUS** | **THREE-JUDGE COURT** |
| **NANCY LANDRY** | |

# ORDER

Before the Court is THE STATE'S MOTION FOR EXTENSION OF TIME TO OBJECT TO THE REPORT AND RECOMMENDATION ON ATTORNEY FEES (the "Motion"). [Doc. 348].

Upon consideration of the Motion, the Court finds that an extension of the objection deadline is not warranted.

Accordingly,

IT IS HEREBY ORDERED that the Motion [Doc. 348] is DENIED. The deadline for filing objections to the Report and Recommendation issued by Magistrate Judge Kayla McClusky [Doc. 345] remains November 10, 2026.

THUS, DONE AND SIGNED in Chambers on this 3rd day of November 2026.

FOR THE THREE-JUDGE COURT:

David C Joseph

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE