# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| PHILLIP CALLAIS, et al., | ) | |
| | ) | Case No. 3:24-cv-00122-DCJ-CES-RRS |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | District Judge David C. Joseph |
| | ) | Circuit Judge Carl E. Stewart |
| NANCY LANDRY, IN HER OFFICIAL CAPACITY AS LOUISIANA SECRETARY OF STATE, et al., | ) | District Judge Robert R. Summerhays |
| | ) | |
| | ) | Magistrate Judge Kayla D. McClusky |
| | ) | |
| Defendants. | ) | |

**THIRD DECLARATION OF EDWARD D. GREIM IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES**

I, Edward D. Greim, pursuant to 28 U.S.C. § 1746, declare:

1. I have served at all times as lead counsel for Plaintiffs in the above-referenced matter, including as counsel of record in the U.S. Supreme Court.

2. I am a partner in the firm of Graves Garrett Greim LLC, located at 1100 Main Street, Suite 2700, Kansas City, Missouri 64105.

3. Part of my job responsibilities as an attorney and partner with Graves Garrett Greim is to supervise work done under my direction, including its quality and the quantity of time expended for any given service. I review dozens of billing statements monthly and make judgments on a regular basis regarding time that is reasonably and necessarily spent on legal services performed on behalf of clients for whom I am the responsible partner. I was intimately involved in the work performed at my request or under my supervision in this matter on an ongoing basis. I regularly reviewed the monthly billing statements for this matter and, during that process, if I identified entries that I believed were redundant or excessive, I cut or reduced them accordingly.

4. Filed contemporaneously herewith as **Exhibit EG-1** to my declaration and incorporated herein is a true and correct copy of a spreadsheet detailing by timekeeper and rate as adjusted by the R&R, with the exception of the rate for Paul Hurd, which should be $425/hour, updated and corrected Tables based on Plaintiffs' objections to the Court's findings. Since the R&R reduces some of Plaintiffs' recovery by percentages, the Tables only list the amounts the R&R reduces that should be recoverable for ease of adding these amounts to the total recovery determined by the R&R. Plaintiffs do not list the entire recoverable amount based on the State's deductions in Doc. 344. Plaintiffs follow the same Table designations as the R&R. Based on these calculations, Plaintiffs should recover $655,386.80 in addition to the amount awarded by the R&R.

5. Filed contemporaneously herewith as **Exhibit EG-2** to my declaration and incorporated herein is a true and correct copy of a spreadsheet detailing by rate, timekeeper, and date the amounts expended by Plaintiffs on attorney's fees related to the briefing and Reply in Support of their Motion for Attorneys' Fees from July 2026 to September 2026 in the above-captioned case based on the adjusted rates as described above. Also on that spreadsheet are fees incurred by Plaintiffs' counsel (adjusted by rate as described) in filing their Objections to the Magistrate Judge's Report and Recommendation on the Motion for Fees and their successful Opposition to the State's Motion for Extension of Time to file objections to the same. Fees incurred in November 2026 have yet to be billed to Plaintiffs. All of the time submitted here was reasonably and necessarily spent in representing Plaintiffs in this matter. Based on these calculations, Plaintiffs should recover $27,160.00 in addition to the amount awarded by the R&R.

6. An additional reason this time was necessary was the State's unwillingness to meet and confer on a reasonable amount of fees. In Plaintiffs' counsel's experience it is sometimes possible to avoid litigating fees by agreeing to a compromise position or by narrowing the

questions to be litigated. The State agreed to speak with me for a few minutes via phone, through counsel, on July 2, 2026. But the State only conveyed that it would not entertain any discussion regarding Plaintiffs' fees. Plaintiffs explored whether the State would agree to discuss the question of reasonableness, while preserving and isolating for adjudication any legal arguments the State might make about whether Plaintiffs were entitled to fees. The State was not willing to explore this option. The State's refusal to meet and confer required Plaintiffs to fully litigate their fee application.

7. Plaintiffs are not seeking the costs of legal research and Westlaw charges related to the Motion for Fees during the same period.

8. When the rate for Paul Hurd is properly adjusted from $375 to $425 and applied to the "net time" of 295.23 hours identified by the R&R on page 41, Plaintiffs should recover a total of $125,472.75, or a net increase of $14,761.50 from the R&R's total calculated amount of $110,711.25 in the same table.

9. Plaintiffs should recover $44,308.72 in costs and expenses that were reasonably and necessarily incurred that the R&R does not award. Those include $17,520.59 in costs attributable to responses to the Intervenors, $24,036.10 in costs incurred after supplemental briefing was ordered, and $2,752.03 for travel expenses. (Plaintiffs do not seek recovery for $239.79 for Paul Hurd's two hotel stays in May 2026.)

10. In total, Plaintiffs seek to recover $697,308.30 in fees and $44,308.72 in costs and expenses in addition to the $905,586.75 in fees and $103,749.83 in costs and expenses awarded by the R&R, for a total recovery of $1,750,953.60.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 10, 2026.

Edward D. Greim

# EXHIBIT EG-1

| Table 1-A | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Total** |
| E. Greim | 72.4 | $600 | 43440 |
| B. Bodamer | 0 | $550 | 0 |
| K. Mitra | 246.5 | $250 | 61625 |
| J. Tyler | 102.9 | $250 | 25725 |
| M. Mueller | 8.2 | $350 | 2870 |
| S. Pineau | 0.6 | $350 | 210 |
| R. Smith (paralegal) | 13.8 | $100 | 1380 |
| N. Kruger (paralegal) | 0 | $100 | 0 |
| C. Black (paralegal) | 2 | $100 | 200 |
| L. Bye (paralegal) | 0.3 | $100 | 30 |
| P. Hurd | 12.25 | $425 | 5206.25 |
| | | **Total =** | **140686.3** |

| Table 1-B | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Total** |
| E. Greim | 38.53 | $600 | 23118 |
| B. Bodamer | 2.35 | $550 | 1292.5 |
| K. Mitra | 27.15 | $250 | 6787.5 |
| J. Tyler | 33.9 | $250 | 8475 |
| M. Mueller | 0.83 | $350 | 290.5 |
| S. Pineau | 0 | $350 | 0 |
| R. Smith (paralegal) | 5.33 | $100 | 533 |
| N. Kruger (paralegal) | 0 | $100 | 0 |
| C. Black (paralegal) | 0.75 | $100 | 75 |
| L. Bye (paralegal) | 0 | $100 | 0 |
| P. Hurd | 1.99 | $425 | 845.75 |
| | | **Total =** | **41417.25** |

| Table 2 | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Total** |
| E. Greim | 294.78 | $600 | 176868 |
| B. Bodamer | 0 | $550 | 0 |
| K. Mitra | 321.9 | $250 | 80475 |
| J. Tyler | 0 | $250 | 0 |
| M. Mueller | 95.8 | $350 | 33530 |
| S. Pineau | 31.45 | $350 | 11007.5 |
| R. Smith (paralegal) | 0 | $100 | 0 |
| N. Kruger (paralegal) | 11.56 | $100 | 1156 |
| C. Black (paralegal) | 17.51 | $100 | 1751 |
| L. Bye (paralegal) | 10.29 | $100 | 1029 |
| Leila Hao (law clerk) | 7.31 | $125 | 913.75 |
| Matthew Kuckleman (law clerk) | 6.55 | $125 | 818.75 |

| | | | |
|---|---|---|---|
| P. Hurd | 221.09 | $425 | 93963.25 |
| | | **Total =** | **401512.3** |

| Table 7 | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Total** |
| E. Greim | 3.6 | $600 | 2160 |
| B. Bodamer | 5.52 | $550 | 3036 |
| K. Mitra | 22.44 | $250 | 5610 |
| J. Tyler | 9.78 | $250 | 2445 |
| | | **Total =** | **13251** |

| Table 8 | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Total** |
| E. Greim | 51.26 | $600 | 30756 |
| B. Bodamer | 3.49 | $550 | 1919.5 |
| K. Mitra | 52.91 | $250 | 13227.5 |
| J. Tyler | 23.03 | $250 | 5757.5 |
| M. Mueller | 6.59 | $350 | 2306.5 |
| S. Pineau | 2.39 | $350 | 836.5 |
| R. Smith (paralegal) | 5.64 | $100 | 564 |
| N. Kruger (paralegal) | 0.08 | $100 | 8 |
| C. Black (paralegal) | 1.1 | $100 | 110 |
| P. Hurd | 7.14 | $425 | 3034.5 |
| | | **Total =** | **58520** |

**Overall Total =** **655386.8**

# EXHIBIT EG-2

| Date | Timekeeper | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 7/1/2026 | E. Greim | Confer with J. Walsh on State's request for more time to respond to fee motion; report to team; outreach to M. Brungard, State's attorney. | 0.5 | $600 | $300.00 |
| 7/1/2026 | K. Mitra | Review emails from legal team and opposing counsel regarding motion for fees. | 0.1 | $250 | $25.00 |
| 7/2/2026 | E. Greim | Confer with M. Brungard regarding the State's position on fees and on whether Plaintiffs are prevailing party; report to team via email on my views and proposed next steps. | 0.6 | $600 | $360.00 |
| 7/7/2026 | K. Mitra | Email E. Greim regarding response to lntervenors and review email from E. Greim; review Motion for Extension of Time from State. | 0.1 | $250 | $25.00 |
| 8/18/2026 | K. Mitra | Review Responses to Motion for Fees; work on outline for Reply; research outstanding issues for Reply; review local rules regarding Reply; email counsel for State and Secretary of State regarding extension of pages to file Reply; draft Motion for Extension of Pages and finalize for filing. | 2.7 | $250 | $675.00 |
| 8/18/2026 | E. Greim | Review opposition brief; confer with K. Mitra on plan and points for our response. | 0.8 | $600 | $480.00 |
| 8/18/2026 | L. Bye | File Motion for Extension of Pages and Proposed Order. | 0.2 | $100 | $20.00 |
| 8/21/2026 | K. Mitra | Work on Reply to State's Response to Motion for Fees. | 4.3 | $250 | $1,075.00 |
| 8/24/2026 | K. Mitra | Work on Reply to State's Response to Motion for Fees. | 4.3 | $250 | $1,075.00 |
| 8/25/2026 | K. Mitra | Work on Reply to State's Response to Motion for Fees. | 4.2 | $250 | $1,050.00 |
| 8/26/2026 | K. Mitra | Work on Reply to State's Response to Motion for Fees. | 3.2 | $250 | $800.00 |
| 8/27/2026 | K. Mitra | Work on Reply to State's Response to Motion for Fees. | 2.9 | $250 | $725.00 |
| 8/28/2026 | K. Mitra | Work on Reply to State's Response to Motion for Fees. | 1.7 | $250 | $425.00 |
| 9/1/2026 | K. Mitra | Work on Reply to State's Response to Motion for Fees. | 2.8 | $250 | $700.00 |
| 9/2/2026 | E. Greim | Confer with K. Mitra on motion status. | 0.2 | $600 | $120.00 |
| 9/2/2026 | K. Mitra | Work on Reply to State's Response to Motion for Fees. | 3.9 | $250 | $975.00 |
| 9/3/2026 | E. Greim | Confer with P. Hurd on affidavit issue. | 0.2 | $600 | $120.00 |
| 9/3/2026 | K. Mitra | Work on Reply to State's Response to Motion for Fees. | 1.6 | $250 | $400.00 |
| 9/4/2026 | E. Greim | Review draft fee application, reply brief and send comments to K. Mitra. | 0.8 | $600 | $480.00 |
| 9/4/2026 | K. Mitra | Work on Reply to State's Response to Motion for Fees. | 2.4 | $250 | $600.00 |
| 9/8/2026 | E. Greim | Confer with K. Mitra on edits to reply brief and topics for follow-up; review Hurd affidavit. | 0.6 | $600 | $360.00 |
| 9/8/2026 | K. Mitra | Work on Reply to State's Response to Motion for Fees; review edits to Reply from E. Greim and incorporate same; call E. Greim regarding same. | 3 | $250 | $750.00 |
| 9/9/2026 | K. Mitra | Work on Reply to State's Motion for Fees. | 2.8 | $250 | $700.00 |
| 9/10/2026 | E. Greim | Review first draft of reply brief, make edits, and send to team with comments. | 1.7 | $600 | $1,020.00 |
| 9/10/2026 | K. Mitra | Work on Reply to State's Motion for Fees; organize declarations; send Reply to E. Greim, with cover email, explaining findings. | 6.4 | $250 | $1,600.00 |

| | | | | | |
|---|---|---|---|---|---|
| 9/11/2026 | K. Mitra | Work on Reply to State's Motion for Fees. | 4 | $250 | $1,000.00 |
| 9/13/2026 | E. Greim | Send K. Mitra final set of edits on reply brief on fees. | 1.5 | $600 | $900.00 |
| 9/14/2026 | K. Mitra | Work on Reply to State's Motion for Fees. | 1.6 | $250 | $400.00 |
| 9/14/2026 | L. Bye | Draft tables for brief; file brief with exhibits. | 3.2 | $100 | $320.00 |
| 11/2/2026 | K. Mitra | Review emails from the State and E. Greim regarding Motion to Extend Deadlines for Objections to Fee Report and Recommendations (0.1); work on Objections to Fee Report and Recommendations (1.0). | 1.1 | $250 | $275.00 |
| 11/2/2026 | E. Greim | Emails with state on surprise request to extend objection deadlines, and review Galmon and Robinson positions (.4); conf. with legal team internally via email and phone on state's request and our suggested approach (.5); email with legal team on our response and on filing of objections next week (.4); conf. with K. Mitra on R&R arguments (.3); review email from last Intervenor Jewett's counsel from Friday regarding challenge to existing map, and send to team (1.0) | 2.6 | $600 | $1,560.00 |
| 11/3/2026 | L. Bye | File Response to Motion for Extension. | 0.2 | $100 | $20.00 |
| 11/3/2026 | K. Mitra | Work on Response to Extension of Time. | 1.8 | $250 | $450.00 |
| 11/3/2026 | E. Greim | Revise and add section on procedural history to opposition; conf. with legal team via phone; approve for filing; review order received this evening. | 2.8 | $600 | $1,680.00 |
| 11/4/2026 | K. Mitra | Work on Objections to Magistrate Judge's Report and Recommendation. | 3.4 | $250 | $850.00 |
| 11/4/2026 | E. Greim | Email legal counsel team on results from yesterday, objections that are due on Tuesday of next week, and plans for December 15 (.7); review and approve K. Mitra final outline of points to raise on objections (.7). | 1.4 | $600 | $840.00 |
| 11/5/2026 | K. Mitra | Work on Objections to Magistrate Judge's Report and Recommendation. | 2.4 | $250 | $600.00 |
| 11/5/2026 | E. Greim | Update legal team on motions and orders from last few days, and plan moving forward (.3); conf. with K. Mitra on objection points and arguments (.3). | 0.6 | $600 | $360.00 |
| 11/6/2026 | K. Mitra | Work on Objections to Magistrate Judge's Report and Recommendation based on edits from E. Greim. | 1.1 | $250 | $275.00 |
| 11/6/2026 | E. Greim | Review draft of objections to the Report and Recommendations, make revisions and send back to K. Mitra with comments (2.3); email with K. Mitra on cited case law (.4). | 2.7 | $600 | $1,620.00 |
| 11/9/2026 | L. Bye | Draft instructions for M. King to create Excel spreadsheet of fees for exhibit to the Objections to the Report and Reccomendation; correspond with K. Mitra and M. King on the same. | 0.5 | $100 | $50.00 |
| 11/9/2026 | K. Mitra | Work on Objections to Magistrate's Report and Recommendation and other exhibits for filing. | 2.4 | $250 | $600.00 |
| 11/10/2026 | K. Mitra | Work on Objections to Magistrate's Report and Recommendation and other exhibits for filing. | 2 | $250 | $500.00 |

| | | | |
|---|---|---|---|
| **Total** | 87.3 | | $27,160.00 |