**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA, MONROE DIVISION**

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, | Civil Action No. 3:24-cv-00122 |
| *Plaintiffs*, | Judge David C. Joseph |
| v. | Circuit Judge Carl E. Stewart |
| NANCY LANDRY, in her official capacity as Secretary of State for Louisiana, | Judge Robert R. Summerhays |
| *Defendant*. | |

**MOTION TO WITHDRAW INDIVIDUAL ATTORNEY AS COUNSEL OF RECORD**

Attorney Adam Savitt respectfully moves this Court for leave to withdraw his individual appearance as counsel of record for Intervenor-Defendants Press Robinson, Edgar Cage, Dorothy Nairne, Edwin Rene Soule, Alice Washington, Clee Earnest Lowe, Davante Lewis, Martha Davis, Ambrose Sims, National Association for the Advancement of Colored People Louisiana State Conference ("Louisiana NAACP"), and Power Coalition for Equity and Justice (collectively, the "*Robinson* Intervenors").

In support of this motion, Adam Savitt states as follows:

1. I am an attorney at Paul, Weiss, Rifkind, Wharton & Garrison LLP. I am admitted *pro hac vice* in this action.

2. As of November 13, 2026, I will no longer be associated with Paul, Weiss, Rifkind,

Wharton & Garrison LLP.

3. The other undersigned attorneys remain counsel of record for the *Robinson* Intervenors.

For the reasons set forth above, the *Robinson* Intervenors respectfully request that this Court grant leave to withdraw Adam Savitt's individual appearance as counsel for the *Robinson* Intervenors.

DATED: November 12, 2026

Respectfully submitted,

By: */s/ Adam Savitt*

Adam P. Savitt*
Amitav Chakraborty*
Arielle B. McTootle*
Robert Klein*
Robert A. Atkins*
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Tel.: (212) 373-3000
Fax: (212) 757-3990
asavitt@paulweiss.com
achakraborty@paulweiss.com
amctootle@paulweiss.com
rklein@paulweiss.com
ratkins@paulweiss.com
*Counsel for the Robinson Intervenors*

Stuart Naifeh*
Victoria Wenger*
John S. Cusick*
NAACP Legal Defense and
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Tel: (212) 965-2200
snaifeh@naacpldf.org
vwenger@naacpldf.org
jcusick@naacpldf.org

I. Sara Rohani*
NAACP Legal Defense and
Educational Fund, Inc.
700 14th Street N.W. Ste. 600 Washington,
DC 20005
Tel: (202) 682-1300
srohani@naacpldf.org

Sarah Brannon*
American Civil Liberties Union Foundation
915 15th St., NW
Washington, DC 20005
sbrannon@aclu.org

Nora Ahmed*
ACLU Foundation of Louisiana
1340 Poydras St, Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
nahmed@laaclu.org

John Adcock
Adcock Law LLC
3110 Canal Street
New Orleans, LA 70119
Tel: (504) 233-3125
jnadcock@gmail.com

Sophia Lin Lakin*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org

T. Alora Thomas-Lundborg*
Race and Law Clinic
Harvard Law School
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 495-5202
tthomaslundborg@law.harvard.edu

*Additional counsel for the Robinson Intervenors*

* Admitted pro hac vice.