**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA, MONROE DIVISION**

| | |
|---|---|
| PHILLIP CALLAIS, LLOYD PRICE, BRUCE ODELL, ELIZABETH ERSOFF, ALBERT CAISSIE, DANIEL WEIR, JOYCE LACOUR, CANDY CARROLL PEAVY, TANYA WHITNEY, MIKE JOHNSON, GROVER JOSEPH REES, ROLFE MCCOLLISTER, | Civil Action No. 3:24-cv-00122 |
| *Plaintiffs*, | Judge David C. Joseph |
| v. | Circuit Judge Carl E. Stewart |
| NANCY LANDRY, in her official capacity as Secretary of State for Louisiana, | Judge Robert R. Summerhays |
| *Defendant*. | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that Paul, Weiss, Rifkind, Wharton & Garrison LLP has relocated its New York office to the following address as of November 16, 2026:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1345 Avenue of the Americas
New York, NY 10105
Tel: (212) 373-3000
Fax: (212) 757-3990

Please direct any hard copy service to us at our new address.

DATED: November 17, 2026

Respectfully submitted,

By: */s/ Amitav Chakraborty*

Amitav Chakraborty *(pro hac vice)*
Arielle B. McTootle *(pro hac vice)*
Robert Klein *(pro hac vice)*
Robert A. Atkins *(pro hac vice)*
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
1345 Avenue of the Americas
New York, NY 10105 Tel.:
(212) 373-3000
Fax: (212) 757-3990
achakraborty@paulweiss.com
amctootle@paulweiss.com
rklein@paulweiss.com
ratkins@paulweiss.com

John N. Adcock
Adcock Law LLC
8131 Oak Street
Suite 100
New Orleans, LA 70118
(225) 284-6327
Fax: (504) 308-1266
jnadcock@gmail.com

*Counsel for the Robinson Intervenors*